| Fill in this information to identify the case: |
|---|
| United States District Court for the: |
| District of Puerto Rico |
| Case number (if known): _____ (PROMESA Title III) |

☐ Check if this is an amended filing

# Title III Petition for Covered Territory or Covered Instrumentality

This form is designed to comply with section 304(a) of Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. § 2164 ("PROMESA").

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the Debtor's name and the case number (if known).

**1. Debtor's name**

The Commonwealth of Puerto Rico

**2. All other names Debtor used in the last 8 years**

Estado Libre Asociado de Puerto Rico
Government of Puerto Rico
Gobierno de Puerto Rico

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's address**

**Principal place of business**

Office of the Governor, La Fortaleza, 63 Calle Fortaleza
Number   Street

San Juan, PR 00901
City   State   ZIP Code

County

**Address for Financial Oversight and Management Board for Puerto Rico, as Representative of Debtor per PROMESA § 315**

Jacob Javits Federal Bldg., 26 Federal Plaza
Number   Street

Room 2-128, Attn: Jaime El Koury
P.O. Box

New York, NY 10278
City   State   ZIP Code

**4. Debtor's website (URL)**
**Financial Oversight and Management Board website (URL)**

http://www2.pr.gov/Pages/default.aspx
https://juntasupervision.pr.gov/index.php/en/home/

**5. Type of Title III Debtor**

☒ Covered Territory (as defined in PROMESA § 5(8))
☐ Covered Territorial Instrumentality (as defined in PROMESA § 5(7))

**6. Are any Title III or Title VI cases pending or being filed by an affiliate of the Debtor?**

☒ No.
☐ Yes  Debtor _____ Relationship _____

District _____ When ___/___/___
                                MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

**7. Why is the Title III case filed in *this District*?**

Check all that apply:

☒ This is the United States District Court for the covered territory or covered territorial instrumentality, as applicable (PROMESA § 307(a))

☐ This is the United States District Court for the jurisdiction in which the Oversight Board maintains an office that is located outside of the territory (PROMESA § 307(b))

☐ Territory does not have a district court (U.S. District Court of Hawaii only) (PROMESA § 307(a))

page 1

Debtor __The Commonwealth of Puerto Rico_____ Case number (if known)_____
     Name

**Request for Relief, Declaration, and Signatures**

8. **Declaration and signature of Financial Oversight and Management Board for Puerto Rico as Representative of Debtor per PROMESA § 315.**

    ☒ The Debtor requests relief in accordance with Title III of PROMESA

    ☒ I have been authorized to file this petition on behalf of the Financial Oversight and Management Board for Puerto Rico.

    ☒ I have examined the information in this petition and the documents attached to this petition as listed below and have a reasonable belief that the information is true and correct.

        ☒ *Schedule A:* Certification of Resolutions Adopted by the Financial Oversight and Management Board for Puerto Rico Pursuant to PROMESA §§ 104(j) and 206(a).

        ☒ *Schedule B:* List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on __May 3, 2017__
                  MM / DD / YYYY

    X _/s/_____    __Jaime El Koury__
       Signature                             Printed name

    Title __General Counsel__

---

**Signature of Attorney for Financial Oversight and Management Board for Puerto Rico as Representative of Debtor per PROMESA § 315**

X _/s/_____    Date __May 3, 2017__
  Signature                                        MM / DD / YYYY

Martin J. Bienenstock *(pro hac vice pending)*
Printed name

Proskauer Rose LLP
Firm name

11 Times Square
Number   Street

New York                               NY     10036
City                                           State    ZIP Code

212.969.3000                      mbienenstock@proskauer.com
Contact phone                      Email address

1542554                                NY
Bar number                              State

---

**Signature of Attorney for Financial Oversight and Management Board for Puerto Rico as representative of Debtor per PROMESA § 315**

X _/s/_____    Date __May 3, 2017__
  Signature                                        MM / DD / YYYY

Hermann D. Bauer-Alvarez
Printed name

O'Neill & Borges LLC
Firm name

American International Plaza, 250 Muñoz Rivera Avenue, Ste. 800
Number   Street

San Juan, Puerto Rico                        00918-1813
City                                           State    ZIP Code

787-282-5723                      Hermann.Bauer@oneillborges.com
Contact phone                      Email address

215 205, Puerto Rico
Bar number                              State

## Schedule A

**Certification of Resolutions Adopted by the Financial Oversight and Management Board**

# CERTIFICATION OF RESOLUTIONS ADOPTED BY THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO BY UNANIMOUS WRITTEN CONSENT

### (The Commonwealth of Puerto Rico)

I, the undersigned, General Counsel of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), do hereby certify that (i) attached is a true and correct copy of the resolutions of the Oversight Board adopted on May 3, 2017 by Unanimous Written Consent, and (ii) such resolutions have not been modified or rescinded, and remain in full force and effect.

By: _____
Name: Jaime El Koury
Title: General Counsel
Date: May 3, 2017



# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
# FOR PUERTO RICO

## UNANIMOUS WRITTEN CONSENT APPROVING AND ISSUING CERTIFICATIONS PURSUANT TO SECTIONS 104 AND 206 OF PROMESA FOR THE COMMONWEALTH OF PUERTO RICO

WHEREAS on June 30, 2016, the federal Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA")[1] was enacted; and

WHEREAS Section 101 of PROMESA created the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"); and

WHEREAS on September 30, 2016, the Commonwealth of Puerto Rico (the "Commonwealth") was designated by the Oversight Board as a Covered Territory pursuant to Section 101(d)(1)(A) of PROMESA; and

WHEREAS the Commonwealth has advised the Oversight Board that the Commonwealth desires to effect a plan to adjust its debt pursuant to Title III of PROMESA; and

WHEREAS in connection with the commencement of a Title III case for the Commonwealth, the Oversight Board is required (i) pursuant to Section 206 of PROMESA, to make certain Restructuring Determinations (as defined below) and to issue a restructuring certification as to such determinations, and (ii) pursuant to Section 104(j) of PROMESA, to certify the filing by the Commonwealth of a voluntary petition under Title III of PROMESA; and

WHEREAS following discussions with the Commonwealth and its legal and financial advisors, and after consultation with the Oversight Board's legal and financial advisors, and following extensive deliberation, the Oversight Board has determined, in its sole discretion, that (1) the Commonwealth has made good-faith efforts to reach a consensual restructuring with creditors; (2) the Commonwealth has adopted procedures necessary to deliver timely audited financial statements and made public draft financial statements and other information sufficient for any interested person to make an informed decision with respect to a possible restructuring; (3) the Commonwealth is a Covered Territory that has adopted a Fiscal Plan certified by the Oversight Board; and (4) no order approving a Qualifying Modification under Section 601 of PROMESA has been entered with respect to the Commonwealth (the foregoing determinations, the "Restructuring Determinations"); and

---

[1] Capitalized terms used but not defined herein have the definitions given to them in PROMESA.

WHEREAS following discussions with the Commonwealth and its legal and financial advisors, and after consultation with the Oversight Board's legal and financial advisors, and following extensive deliberation, the Oversight Board has determined it is necessary and appropriate in order to protect the residents of Puerto Rico, and in the best interests of the creditors of the Commonwealth, for a voluntary petition under Title III of PROMESA to be filed for the Commonwealth in the United States District Court for the District of Puerto Rico (the "District Court"); and

WHEREAS it is the Oversight Board's intention in making its determinations in connection with such Title III filing (1) that such filing should not preclude efforts to implement consensual debt restructurings if possible and practicable, and (2) to continue negotiations with the creditors of the Commonwealth with a view to implementing consensual debt restructurings to the extent possible and appropriate;

NOW, THEREFORE, IT IS HEREBY RESOLVED that the Oversight Board approves and certifies the Restructuring Determinations pursuant to section 206 of PROMESA; and it is further

RESOLVED that, pursuant to section 104(j) of PROMESA, the Oversight Board approves and certifies the filing in the District Court of a voluntary petition under Title III of PROMESA for the Commonwealth at such time as the Chair or Executive Director of the Oversight Board determines to be appropriate; and it is further

RESOLVED that, for the avoidance of doubt, these resolutions shall constitute (i) the restructuring certificate required to be issued by the Oversight Board pursuant to Section 206 of PROMESA, and (ii) the certification required to be issued by the Oversight Board for the filing of a Title III petition for the Commonwealth pursuant to Section 104(j) of PROMESA; and it is further

RESOLVED that the Executive Director, General Counsel and any other officer of the Oversight Board now or hereafter appointed by the Oversight Board (each, an "Authorized Officer") shall be, and each hereby is, authorized and empowered to execute and publish (including by attaching a copy thereof to a Title III Petition filed for the Commonwealth) a certificate or certificates that certify (i) the Restructuring Determinations of the Oversight Board pursuant to Section 206 of PROMESA, (ii) the filing of a Title III petition for the Commonwealth pursuant to Section 104(j) of PROMESA, and (iii) the other approvals and authorizations of the Oversight Board set forth in these resolutions; and it is further

RESOLVED that each Authorized Officer shall be, and each hereby is, authorized and empowered to execute and file in the name and on behalf of Oversight Board, as the "representative" of the Commonwealth pursuant to Section 315 of PROMESA, all petitions (including, but not limited to, a Title III petition), schedules, motions, lists, applications, pleadings, affidavits and other papers to be filed in the District Court (and in such other courts of competent jurisdiction as may be applicable), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

| Dated: May 3, 2017 | /s/ José B. Carrión |
|---|---|
| | José B. Carrión, Chair |

Dated: May 3, 2017

_____
Andrew G. Biggs

Dated: May 3, 2017

_____
Carlos M. García

Dated: May 3, 2017

_____
Arthur J. González

Dated: May 3, 2017

_____
José R. González

Dated: May 3, 2017

_____
Ana J. Matosantos

Dated: May 3, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

Dated: May 3, 2017

_____
José B. Carrión, Chair

Dated: May 3, 2017

*[signature]*
_____
Andrew G. Biggs

Dated: May 3, 2017

_____
Carlos M. García

Dated: May 3, 2017

_____
Arthur J. González

Dated: May 3, 2017

_____
José R. González

Dated: May 3, 2017

_____
Ana J. Matosantos

Dated: May 3, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

Dated: May 3, 2017

_____
José B. Carrión, Chair

Dated: May 3, 2017

_____
Andrew G. Biggs

Dated: May 3, 2017

_____
Carlos M. García

Dated: May 3, 2017

_____
Arthur J. González

Dated: May 3, 2017

_____
José R. González

Dated: May 3, 2017

_____
Ana J. Matosantos

Dated: May 3, 2017

_____
David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

Dated: May 3, 2017                                      _____
                                                        José B. Carrión, Chair

Dated: May 3, 2017                                      _____
                                                        Andrew G. Biggs

Dated: May 3, 2017                                      _____
                                                        Carlos M. García

Dated: May 3, 2017                                      _____/s/_____
                                                        Arthur J. González

Dated: May 3, 2017                                      _____
                                                        José R. González

Dated: May 3, 2017                                      _____
                                                        Ana J. Matosantos

Dated: May 3, 2017                                      _____
                                                        David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

Dated: May 3, 2017

_____
José B. Carrión, Chair

Dated: May 3, 2017

_____
Andrew G. Biggs

Dated: May 3, 2017

_____
Carlos M. García

Dated: May 3, 2017

_____
Arthur J. González

Dated: May 3, 2017

_/s/ José R. González_____
José R. González

Dated: May 3, 2017

_____
Ana J. Matosantos

Dated: May 3, 2017

_____
David A. Skeel, Jr.

4

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

Dated: May 3, 2017            _____
                                                         José B. Carrión, Chair

Dated: May 3, 2017            _____
                                                         Andrew G. Biggs

Dated: May 3, 2017            _____
                                                         Carlos M. García

Dated: May 3, 2017            _____
                                                         Arthur J. González

Dated: May 3, 2017            _____
                                                         José R. González

Dated: May 3, 2017            */s/ Ana J. Matosantos*
                                                         Ana J. Matosantos

Dated: May 3, 2017            _____
                                                         David A. Skeel, Jr.

3

professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Commonwealth's Title III case.

Dated: May 3, 2017

_____
José B. Carrión, Chair

Dated: May 3, 2017

_____
Andrew G. Biggs

Dated: May 3, 2017

_____
Carlos M. García

Dated: May 3, 2017

_____
Arthur J. González

Dated: May 3, 2017

_____
José R. González

Dated: May 3, 2017

_____
Ana J. Matosantos

Dated: May 3, 2017

_____
David A. Skeel, Jr.

## Schedule B

**List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

**Case Information**

Debtor : Commonwealth of Puerto Rico

United States District Court for Puerto Rico

Case Number: _____

## List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| 1 | Banco Popular de Puerto Rico | 209 Muñoz Rivera Avenue<br>Hato Rey, PR 00918<br>Attn: Héctor Rivera & Jorge Vélez<br>Email: hrivera@bppr.com &<br>Jorge.velez@popular.com | Bond Trustee | | $12,096,636,080.00 |
| 2 | U.S. Army Corps of Engineers | Annex Building<br>Fundacion ÁNGEL RAMOS<br>2ND Floor Suite 202<br>Franklin Delano Roosevelt Avenue #383<br>San Juan, Puerto Rico 00917<br>Fax: 787-729-6875<br>Email: Antilles.AO@usace.army.mil | Services | | $212,302,479.00 |
| 3 | Total Petroleum Corps. | PO Box 362916<br>San Juan, Puerto Rico 00936-2916<br>Attn: Luis Llado<br>Fax: 787-783-0407<br>Email: Luis.llado@tppre.com | Supplies | | $11,506,512.98 |
| 4 | EVERTEC Inc. | Carr. #176 k.m. 1.3 Cupey Bajo<br>Río Piedras, PR 00926<br>Fax: 787-250-7356<br>Email: eserrano@evertecinc.com | Services | | $10,167,835.37 |
| 5 | Microsoft | City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968<br>Attn: Jenny Rivera<br>Fax: 787-273-3634<br>Email: jerivera@microsft.com | Services | | $8,120,058.00 |
| 6 | Baxter Sales & Distrib PR Corp | P.O. Box 360002<br>San Juan, PR 00936-0002<br>Attn: Eric Ruiz Malave & John Almeida<br>Fax: 787-792-4646<br>Email: eric_ruiz@baxter.com<br>pat_johnsen@baxter.com<br>One Baxter Park Way<br>Deerfield, Illinois 60015 | Supplies | | $6,974,075.05 |
| 7 | Cesar Castillo Inc. | PO Box 191149<br>San Juan, PR 00919-1149<br>Attn: Jose L. Castillo<br>Fax: 787-999-1613<br>Email: jgonzalez@cesarcastilo.com | Supplies | | $6,008,917.52 |
| 8 | IKON Solutions, Inc. | 270 Avenida Munoz Rivera PH1<br>San Juan, PR 00918<br>Attn: Pedro J. Latorre Negron<br>Fax: 787-620-0590<br>Email: pedro.latorre@ikonpr.com | Services | | $5,857,040.37 |
| 9 | Kirkland & Ellis LLP | 655 Fifteen Street, N.W.<br>Washington DC 20005<br>Attn: Travis Langenkamp & Michael F Williams<br>Email: mwilliams@kirkland.com | Services | | $5,342,970.45 |
| 10 | MC&CS | 428 Ave Escorial Caparra Hts<br>Viejo San Juan, Puerto Rico 00926<br>Attn: Carlos Colon Medina<br>Fax: 787-774-1870 | Services | | $3,998,904.15 |

---

[1] The Commonwealth of Puerto Rico reserves all rights to amend or supplement this list from time to time, in all respects, as may be necessary or appropriate. Nothing herein shall be deemed an admission or a waiver of any rights, claims and defenses.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| | | Email: carlosrcolon@mccspr.com<br>ccolon@mccspr.com | | | |
| 11 | Manpower | 268 Munoz Rivera Ave, Ground Floor<br>San Juan, PR 00918<br>Attn: Melissa Rivera<br>Fax: 787-767-7611<br>Email: melissa.rivera@manpower.com | Services | | $3,236,683.70 |
| 12 | COSALL | Carr 181 Km 2.0<br>Trujillo Alto, Puerto Rico 00976<br>Attn: Jorge I. Valentin Asencio<br>Fax: 787-292-1211<br>Email: jorge.valentin@cosallpr.com<br><br>PO BOX 1858<br>Trujillo Alto P.R. 00977 | Services | | $3,234,442.17 |
| 13 | Puerto Rico Telephone Company | 1515 F.D. Roosevelt Avenue<br>Guaynabo, PR 00968<br>Attn: Enrique Ortiz de Montellano Rangel<br>Fax: 787-792-9830<br>Email: enrique.ortiz@claropr.com | Services | | $3,200,935.17 |
| 14 | Ediciones Santillana, Inc. | Avenida Roosvelt 1506<br>Guaynabo, PR 00968<br>Attn: Daniel Sanz & Obed Betancourt<br>Fax: 787-486-4826<br>Email: dsanz@santillana.com<br>ydejesus@santillana.com<br>obetancourt@santillana.com | Supplies | | $2,807,231.16 |
| 15 | Corporacion de Servicios Educativos de Yabucoa | Sector Juan Martin, Carretera #3 Km 93.7, Ruta 901<br>Yabucoa, PR 00767<br>Attn: Dr. Roque Diaz Tizol<br>Fax: 787-266-3881<br>Email: mmedina@cosey.org | Services | | $2,517,577.33 |
| 16 | Cardinal Health PR | Centro Internacional de Distribucion PR-165 Km 2.4 Edificio 10<br>Guaynabo, PR 00965<br>Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>Fax: 787-625-4322<br>Email: kaleny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com<br><br>PO Box 366211<br>San Juan PR, 00936 | Supplies | | $2,460,000.69 |
| 17 | Institucion Educativa NETS, LLC | 84-11 70 Street, Sierra Bayamon<br>Bayamon, PR 00961<br>Attn: Nydia T. Rodriguez Lopez<br>Fax: 787-785-5564<br>Email: mrodriguez@netspr.com | Services | | $2,439,180.09 |
| 18 | Braxton School of Puerto Rico | K-2 Ave. San Patricio<br>Guaynabo, PR 00968<br>Attn: Angelina Sosa<br>Fax: 787-793-0495<br>Email: wmunoz@braxtonpr.com<br>academico@braxtonpr.com<br>braxton.dp@gmail.com | Services | | $2,153,106.90 |
| 19 | Workforce Training and Employment Center, Inc. (WOTEC) | Marginal 65 Infanteria #23, Urb. San Agustin<br>San Juan, PR 00925<br>Attn: Rosa J Orama Ortiz<br>Fax: 787-815-0432<br>Email: info@wotecpr.org | Services | | $2,063,354.80 |
| 20 | Ediciones SM | Barrio Palmas 776, Calle 7, Suite 2<br>Catano, PR 00962<br>Attn: Marisol Diaz<br>Fax: 787-625-9799<br>Email: marisol.diaz@primaspr.net<br>consultas@sm-pr.com | Supplies | | $1,893,127.81 |