UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>　　　　　　　　　　　　　　　　Debtor. | Title III<br><br>Case No. 17-cv-01578 |

**NOTICE OF FILING OF AMENDED SCHEDULE B TO TITLE III PETITION - LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS**

PLEASE TAKE NOTICE that on May 3, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), filed a voluntary petition (the "Title III Petition") for relief for the Commonwealth pursuant to Title III of PROMESA [D.I. 1].

PLEASE TAKE FURTHER NOTICE that Schedule B to the Title III Petition (List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders) is hereby amended, substituted, and replaced in its entirety by the schedule attached hereto as **Exhibit A** (such amended schedule, the "20 Largest Unsecured Claims List").

PLEASE TAKE FURTHER NOTICE that the Commonwealth reserves the right to further amend or supplement the 20 Largest Unsecured Claims List as may be necessary or appropriate from time to time. Nothing herein shall be deemed an admission or a waiver of any and all rights, claims, and defenses of the Commonwealth or the Oversight Board.

PLEASE TAKE FURTHER NOTICE that further information regarding the Commonwealth's Title III case is available for inspection on the District Court's website at https://ecf.prd.uscourts.gov/cgi-bin/ShowIndex.pl via PACER (Public Access to Court Electronic

Records) or free of charge on the Commonwealth's restructuring website at

https://cases.primeclerk.com/puertorico/.

Dated: May 4, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Scott K. Rutsky
Philip M. Abelson
(Admission Pro Hac Vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the*
*Financial Oversight and*
*Management Board as representative for*
*the Commonwealth of Puerto Rico*

*/s/Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the*
*Financial Oversight and*
*Management Board as representative for*
*the Commonwealth of Puerto Rico*