**Case Information**

Debtor : Commonwealth of Puerto Rico

United States District Court for Puerto Rico

Case Number: 17-cv-01578

Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders[1]

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| 1 | Cede & Co., as nominee of the Depositary Trust Company[2] | 55 Water St<br>New York, NY 10041 | Bond Debt | | $12,096,636,080.00 |
| 2 | U.S. Army Corps of Engineers | Annex Building<br>Fundacion ÁNGEL RAMOS<br>2ND Floor Suite 202<br>Franklin Delano Roosevelt Avenue #383<br>San Juan, Puerto Rico 00917<br>Fax: 787-729-6875<br>Email: Antilles.AO@usace.army.mil | Services | | $212,302,479.00 |
| 3 | Total Petroleum Corps. | PO Box 362916<br>San Juan, Puerto Rico 00936-2916<br>Attn: Luis Llado<br>Fax: 787-783-0407<br>Email: Luis.llado@tpprc.com | Supplies | | $11,506,512.98 |
| 4 | EVERTEC Inc. | Carr. #176 k.m. 1.3 Cupey Bajo<br>Río Piedras, PR 00926<br>Fax: 787-250-7356<br>Email: eserrano@evertecinc.com | Services | | $10,167,835.37 |
| 5 | Microsoft | City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968<br>Attn: Jenny Rivera<br>Fax: 787- 273-3634<br>Email: jerivera@microsft.com | Services | | $8,120,058.00 |
| 6 | Baxter Sales & Distrib PR Corp | P.O. Box 360002<br>San Juan, PR 00936-0002<br>Attn: Eric Ruiz Malave & John Almeida<br>Fax: 787-792-4646<br>Email: eric_ruiz@baxter.com<br>       pat_johnsen@baxter.com<br>One Baxter Park Way<br>Deerfield, Illinois 60015 | Supplies | | $6,974,075.05 |
| 7 | Cesar Castillo Inc. | PO Box 191149<br>San Juan, PR 00919-1149<br>Attn: Jose L. Castillo<br>Fax: 787-999-1613<br>Email: jgonzalez@cesarcastilo.com | Supplies | | $6,008,917.52 |
| 8 | IKON Solutions, Inc. | 270 Avenida Munoz Rivera PH1<br>San Juan, PR 00918<br>Attn: Pedro J. Latorre Negron<br>Fax: 787-620-0590<br>Email: pedro.latorre@ikonpr.com | Services | | $5,857,040.37 |
| 9 | Kirkland & Ellis LLP | 655 Fifteen Street, N.W.<br>Washington DC 20005<br>Attn: Travis Langenkamp & Michael F Williams<br>Email: mwilliams@kirkland.com | Services | | $5,342,970.45 |
| 10 | MC&CS | 428 Ave Escorial Caparra Hts<br>Viejo San Juan, Puerto Rico 00926<br>Attn: Carlos Colon Medina<br>Fax: 787-774-1870 | Services | | $3,998,904.15 |

---

[1] The Commonwealth of Puerto Rico reserves all rights to amend or supplement this list from time to time, in all respects, as may be necessary or appropriate. Nothing herein shall be deemed an admission or a waiver of any rights, claims, and defenses.

[2] Cede & Co represents publicly held beneficial holders of the bond debt. For questions regarding holders of the bond debt please contact Prime Clerk at 844-822-9231.

00458908; 1

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim(for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of Claim |
|---|---|---|---|---|---|
| | | Email: carlosrcolon@mccspr.com ccolon@mccspr.com | | | |
| 11 | Manpower | 268 Munoz Rivera Ave, Ground Floor San Juan, PR 00918 Attn: Melissa Rivera Fax: 787-767-7611 Email: melissa.rivera@manpower.com | Services | | $3,236,683.70 |
| 12 | COSALL | Carr 181 Km 2.0 Trujillo Alto, Puerto Rico 00976 Attn: Jorge I.Valentin Asencio Fax: 787-292-1211 Email: jorge.valentin@cosallpr.com PO BOX 1858 Trujillo Alto P.R. 00977 | Services | | $3,234,442.17 |
| 13 | Puerto Rico Telephone Company | 1515 F.D. Roosevelt Avenue Guaynabo, PR 00968 Attn: Enrique Ortiz de Montellano Rangel Fax: 787-792-9830 Email: enrique.ortiz@claropr.com | Services | | $3,200,935.17 |
| 14 | Ediciones Santillana, Inc. | Avenida Roosvelt 1506 Guaynabo, PR 00968 Attn: Daniel Sanz & Obed Betancourt Fax: 787-486-4826 Email: dsanz@santillana.com ydejesus@santillana.com obetancourt@santillana.com | Supplies | | $2,807,231.16 |
| 15 | Corporacion de Servicios Educativos de Yabucoa | Sector Juan Martin, Carretera #3 Km 93.7, Ruta 901 Yabucoa, PR 00767 Attn: Dr. Roque Diaz Tizol Fax: 787-266-3881 Email: mmedina@cosey.org | Services | | $2,517,577.33 |
| 16 | Cardinal Health PR | Centro Internacional de Distribucion PR-165 Km 2.4 Edificio 10 Guaynabo, PR 00965 Attn: Deborah Weitzman & Kaleny Nazario Bartolomei Fax: 787-625-4322 Email: kaleny.nazario@cardinalhealth.com deborah.weitzman@cardinalhealth.com PO Box 366211 San Juan PR, 00936 | Supplies | | $2,460,000.69 |
| 17 | Institucion Educativa NETS, LLC | 84-11 70 Street, Sierra Bayamon Bayamon, PR 00961 Attn: Nydia T. Rodriguez Lopez Fax: 787-785-5564 Email: mrodriguez@netspr.com | Services | | $2,439,180.09 |
| 18 | Braxton School of Puerto Rico | K-2 Ave. San Patricio Guaynabo, PR 00968 Attn: Angelina Sosa Fax: 787-793-0495 Email: wmunoz@braxtonpr.com academico@braxtonpr.com braxton.dp@gmail.com | Services | | $2,153,106.90 |
| 19 | Workforce Training and Employment Center, Inc. (WOTEC) | Marginal 65 Infanteria #23, Urb. San Agustin San Juan, PR 00925 Attn: Rosa J Orama Ortiz Fax: 787-815-0432 Email: info@wotecpr.org | Services | | $2,063,354.80 |
| 20 | Ediciones SM | Barrio Palmas 776, Calle 7, Suite 2 Catano, PR 00962 Attn: Marisol Diaz Fax: 787-625-9799 Email: marisol.diaz@primaspr.net consultas@sm-pr.com | Supplies | | $1,893,127.81 |