## DESIGNATION OF PRESIDING DISTRICT JUDGE
## UNDER TITLE 48 § 2168 OF THE UNITED STATES CODE

Pursuant to the authority vested in me under 48 U.S.C. § 2168, I hereby designate the

### HONORABLE LAURA TAYLOR SWAIN

United States District Judge for the Southern District of New York as the presiding judge in case number 3:17-CV-1578 filed in the United States District Court for the District of Puerto Rico as a petition under 48 U.S.C. § 2164.

*[signature]*

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C.
May 5, 2017