# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO.: 17-CV-01578 |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor(s) | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW, William Santiago Sastre, party in interest and tax payer, represented by the undersigned attorney and law firm and respectfully sets forth and prays that the appearing party is represented by the undersigned firm in all judicial proceedings regarding this case pending before this Honorable Court.

WHEREFORE, the appearing party requests this Honorable Court to take notice of this appearance and to notify the undersigned attorney of all orders, judgments and resolutions entered and filed in the above captioned case.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing document with the Clerk using CM/ECF system, which will send notification of such filing to Debtor(s) attorney, the Chapter 13 Trustee and to all CM/ECF participants.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on the 5th day of May, 2017.

*/s/ William Santiago-Sastre*
William Santiago-Sastre, Esq.
USDCPR 201106
PO Box 1801
Sabana Seca, Puerto Rico 00952-1801
wssbankruptcy@gmail.com
Tel.: 787-448-7032 / Fax: 787-622-3941