AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

IN RE: )
)
THE COMMONWEALTH OF PR ) Case No. 17-cv-01578
)
DEBTOR )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee")

Date: May 5, 2017

_____
*Attorney's signature*

A. J. Bennazar Zequeira, USDC 120907
*Printed name and bar number*

P.O. Box 194000 No. 212, San Juan, PR 00919-4000
*Address*

ajb@bennazar.org / bgm.csp@bennazar.org
*E-mail address*

787-754-9191
*Telephone number*

787-764-3101
*FAX number*