IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  Case No. 17-CV-01578

THE COMMONWEALTH OF PUERTO RICO,  Hon. Laura Taylor Swain

    DEBTOR.

_____/

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Robert D. Gordon, applicant herein, respectfully states:

1. Applicant is an attorney and a member of the law firm of Clark Hill PLC ("Clark Hill"), with offices at:

    151 South Old Woodward Avenue
    Suite 200
    Birmingham, Michigan 48009

2. Applicant will sign all pleadings with the name Robert D. Gordon.

3. Applicant and Clark hill have been retained by the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee" or "Committee") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since November 8, 1993, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Michigan, where applicant regularly practices law. Applicant's bar license number is P48627.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| U.S. District Court for the Eastern District of Michigan | 11/08/93 |
| U.S. District Court for the Western District of Michigan | 04/18/94 |
| U.S. District Court for the Northern District of Illinois | 11/12/91 |
| U.S. Court of Appeals, 6th Circuit | 05/19/99 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

A.J. Bennazar-Zequeira
BENNAZAR, GARCIA & MILIAN, C.S.P.
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
ajb@bennazar.org

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case

215736187.1 56902/311830

before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check made payable to: "Clerk, U.S. District Court".

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: May 5, 2017

                         Robert D. Gordon
                         CLARK HILL PLC
                         151 South Old Woodward Avenue
                         Suite 200
                         Birmingham, Michigan 48009
                         Telephone: (248) 988-5882
                         Facsimile: (248) 988-2502
                         rgordon@clarkhill.com

*Co-Counsel to the Ad Hoc Retiree Committee*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Dated: May ___, 2017

                         BENNAZAR, GARCIA & MILIAN, C.S.P.

                         /s/ A.J. Bennazar-Zequeira
                         A.J. Bennazar-Zequeira
                         Edificio Union Plaza, PH-A
                         416 Ave. Ponce de Leon
                         Hato Rey, Puerto Rico 00918
                         Telephone: (787) 754-9191
                         Facsimile: (787) 764-3101
                         ajb@bennazar.org

*Co-Counsel to the Ad Hoc Retiree Committee*

215736187.1 56902/311830

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of the Court accompanied by a $300.00 pro hac vice admission fee.

_____
Robert D. Gordon

---

### ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of the Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.


_____
HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

215736187.1 56902/311830

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Robert Daniel Gordon*

was admitted to the practice of law in the courts of the State of Michigan on

*November 8, 1993*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: May 03, 2017

Clerk

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of Court, certify that

## Robert D. Gordon

was duly admitted to practice in this Court on 11/08/1993,

and is in good standing as a member of the Bar of this Court.

Dated at Detroit, Michigan on 05/03/2017.

David J. Weaver
Clerk



Deputy Clerk