# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | Case No. 17-cv-01578 |
| | ) | |
| | ) | Hon. Laura Taylor Swain |
| Debtor. | ) | |

### ORDER GRANTING MOTION FOR ENTRY OF AN
### ORDER PURSUANT TO 48 U.S.C. § 2161 AND 11 U.S.C. § 1102
### DIRECTING THE APPOINTMENT OF AN OFFICIAL RETIREE COMMITTEE
### AND APPOINTING THE PREPETITION AD HOC RETIREE COMMITTEE
### AS THE OFFICIAL RETIREE COMMITTEE

This matter coming before the Court upon the *Motion for Entry of an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Retiree Committee and Appointing the Prepetition Ad Hoc Retiree Committee as the Official Retiree Committee* (the "Motion"), filed by the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees, a/k/a Movimiento Pro Pensionados (the "Ad Hoc Retiree Committee"); and the Court having considered the Motion and being otherwise duly advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED:

Pursuant to 11 U.S.C. § 1102(a)(2) and (b)(1), made applicable in this case by section 161(a) of PROMESA (48 U.S.C. § 2161(a)), the United States Trustee is directed to appoint an Official Retiree Committee consisting of the members of the Ad Hoc Retiree Committee who have executed the Declaration attached to the Motion.[1]

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

215733913.1 56902/311830

# EXHIBIT B



# MOVIMIENTO PRO PENSIONADOS DE PUERTO RICO

(Ad Hoc Committee for the Protection under PROMESA of Accrued
Retirement Benefits of Puerto Rico's Public Employees and Retirees)

          

## Declaration of the Members of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee:

1.      As indicated on the chart attached, I, **Sra. Nilda Laureano Rodriguez**, am **Representive** of the **Asociación de Empleados de Comedores y Pensionados del Gobierno de Puerto Rico**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee. I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_____
May 2, 2017
Date

_____
Name

2.      As indicated on the chart attached, I, **Dr. Marcos López Reyes**, am **President** of the **Asociación de Empleados Jubilados de la UPR**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee. I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_____
May 2, 2017
Date

_____
Name

3.      As indicated on the chart attached, I, **Sra. Genoveva Rios Quintero**, am the **President** of the **Asociación de Ex Empleados Socios de AE y del ELA (AESA)**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee. I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_____
2 Mayo 2017
Date

_____
Name

4.      As indicated on the chart attached, I, **Sr. Roberto Aquino Garcia**, am the **President** of the **Asociación de Pensionados del Gobierno de Puerto Rico (APGPR),** which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_May 2, 2017_
Date

_____
Name

5.      As indicated on the chart attached, I, **Sr. Félix Báez Neris**, am **Representative** of the **Asociación de Profesores Jubilados de la UPR-Humacao,** which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_May 2, 2017_
Date

_____
Name

6.      As indicated on the chart attached, I, **Sr. Juan Ortiz Curet**, am **President** of the **Departamento de Pensionados y/o Retirados de la Asociación de Maestros,** which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_May 2, 2017_
Date

_____
Name

7.      As indicated on the chart attached, I, **Lcdo. Iván Rivera Gómez** am the **President** of the **Pensionados C.F.S.E,** which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_May 2, 2017_
Date

_Lcdo. Iván Rivera Gómez by_
Name

2

8.      As indicated on the chart attached, I, **Sra. Lydia E. Cruz Perez**, am **Representive** of the **Retirados AEELA INC**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

| | |
|---|---|
| _May 2, 2017_ | _Lydia E Cruz_ |
| Date | Name |

9.      As indicated on the chart attached, I, **Sr. José Marín Martínez**, am **C.E.O** of the **Sindicato de Policías Puertorriqueños (SPP)**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

| | |
|---|---|
| _May 2, 2017_ | _Marín_ |
| Date | Name |

10.     As indicated on the chart attached, I, **Sra. Maria Torres**, am the **President** of the **Asoc. Retirados Residentes en el Exterior (A.S.R.E.P)**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

| | |
|---|---|
| _May 2, 2017_ | _Maria Torres_ |
| Date | Name |

11.     As indicated on the chart attached, I, **Dr. Luz Torres Romero** am **President** of the **Asociacion Médicos Jubilados C.F.S.E**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

| | |
|---|---|
| _May 2, 2017_ | _Luz Torres_ |
| Date | Name |

3

12.    As indicated on the chart attached, I, **Dr. Manuel de J. Vélez Jr**, am President of the **Movimiento Retiro 447 Activos**, which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity.

_____          _____
May 2, 2017                                              Dr Manuel de J Vélez Jr
Date                                                           Name

13.    As indicated on the chart attached, I, **Sra. Wanda G. Santiago**, am a **Pensionada S.R.M**, and I am a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act.

_____          _____
May 2, 2017                                              Wanda G. Santiago by
Date                                                           Name

14.    As indicated on the chart attached, I, **Lcda. Sylvia Calero Cerezo**, am **Ex. Jueza** and a **Pensionada E.L.A**, and I am a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act.

_____          Sylvia Calero Cerezo
May 2, 2017                                              by
Date                                                           Name

15.    As indicated on the chart below, I, **Jose A. Cardona Oller**, am **President** of the **Empleados Jubilados de la Comision Industrial,** which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity

_____          Jose A Cardona Oller by
May 2, 2017                                              Name
Date
                                                               Orlando Rey m

4

16. As indicated on the chart below, I, **Otilio Rosado Velez** , am **President** of the **Capitulo de Jubilados de Federacion de Maestros** , which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity

_May 2, 2017_
Date

_____
Name

17. As indicated on the chart below, I, **Oscar J Negron Vazquez**, am **President** of the **Asociacion de Veteranos de la Policia Inc,** which is a member of the Movimiento Pro Pensionados/Ad Hoc Retiree Committee.  I am personally a holder of public-employment accrued retirement benefits and a participant in a public pension system in Puerto Rico, and, if asked, I would be willing to serve on an official retiree committee formed under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act, both in my representative capacity on behalf of my organization and in my individual capacity

_May 2, 2017_
Date

_____
Name

**[MOVIMIENTO/AD HOC RETIREE COMMITTEE ROSTER ATTACHED]**

5

**MOVIMIENTO/AD HOC RETIREE COMMITTEE ROSTER**

| NO. | ORGANIZATION | NAME | NUMBER OF MEMBERS |
|---|---|---|---|
| 1 | Asociación de Empleados de Comedores y Pensionados del Gobierno de Puerto Rico (Retired School Lunch Workers) | Sra. Nilda Laureano Rodríguez-Representative | 3,895 |
| 2 | Asociación de Empleados Jubilados de la UPR (Retired University of Puerto Rico Employees) | Dr. Marcos López Reyes-President | 2,664 |
| 3 | Asociación de Ex Empleados Socios de AE y del ELA (AESA) (Retired Government Employees who were members of AEELA) | Sra. Genoveva Ríos Quintero-President Sra. Sonia Pérez Berrios-Relation Public | 3,500 |
| 4 | Asociación de Pensionados del Gobierno de Puerto Rico (APGPR) (Retired Government of Puerto Rico Employees) | Sr. Roberto Aquino Garcia-President | 52,755 |
| 5 | Asociación de Profesores Jubilados de la UPR-Humacao (Retired professors of the UPR Humacao Campus) | Sr. Félix Báez Neris-Representative | 60 |
| 6 | Departamento de Pensionados y/o Retirados de Asociación de Maestros (Retired Teachers Members of the Teachers' Asoociation) | Sr. Juan Ortiz Curet-President | 9,529 |
| 7 | Pensionados C.F.S.E Retired (Employees of the State Workers Compensation Insurance Fund) | Lcdo. Iván Rivera Gómez-President | 200 |
| 8 | Retirados AEELA INC (Retired AEELA Employees) | Sra. Lydia Cruz Representative. | 100 |
| 9 | Sindicato de Policías Puertorriqueños (SPP) (Retired Police Members of the Policeman's Syndicate) | Sr. José Marin Martinez Director Executive | 21 pensioners 1560 active |
| 10 | Asoc. Retirados Residentes en el exterior A.S.R.E.P (Retirees residing outside of Puerto Rico) | Sra. Marvi Torres President | 100 |
| 11 | Asoc. Médicos Jubilados C.F.S.E (Retired Doctors of the Workers Comp Insurance Fund) | Dra. Luz Torres President | 15 |

| 12 | Movimiento Rétiro 447 Active (Employees who still qualify for Law 447 Defined Benefit Plan) | Dr. Manuel de J. Vélez Jr - President | 16,502 |
| 13 | Empleados Jubilados de la Comision Industrial | Sr Jose A. Cardona President | 100 |
| 14 | Capítulo de Jubilados de Federacion de Maestros | Sr. Otilio Rosado Vélez | 200 |
| 15 | Asociacion de Veteranos de la Policia Inc | Sr. Oscar J Negrón Vázquez | 400 |
| | PENSIONADOS    Representative PR | | Total: 91,601 |
| 16 | Pensionados S.R.M (Retired Employees of the Teachers Retirement System) | Sra. Wanda G. Santiago | Member APG |
| 17 | Pensionada E.L.A (Retired Judge, Judiciary Retirement System) | Lcda. Sylvia Calero Cerezo Ex. Jueza | Member APG |

2