UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) |
| | ) Civil No. 17-cv-01578 |
| COMMONWEALTH OF PUERTO RICO, | ) |
| Debtor. | ) |

---

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Pursuant to Local Rule 83(D)(a) the undersigned counsel, Jose A. Sosa-Llorens, hereby notifies this Honorable Court and the parties that he will be appearing in the above-captioned case as counsel for The University of Puerto Rico. I respectfully request that copy of all motions, orders or any other documents and/or correspondence in this case be served on me, as applicable, through the CM/ECF system.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the appearance of the undersigned, and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned attorney through the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

EAST\142453355.2

In San Juan, Puerto Rico, this 5th day of May, 2017.

                **DLA Piper (Puerto Rico) LLC**
                Edificio Ochoa, Suite 401
                500 Calle de la Tanca
                San Juan
                00901-1969
                Puerto Rico

                **s/ Jose A. Sosa-Llorens**
                JOSE A. SOSA-LLORENS
                USDC-PR No. 208602
                jose.sosa@dlapiper.com