# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | Civil No. 17-01578 |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW**, Timothy W. Mungovan, (hereinafter the "applicant") and states and requests as follows:

1. Applicant is an attorney and member of the law firm of Proskauer Rose LLP, with offices at One International Place, Boston, MA 02110.

2. Applicant makes the instant request to appear *pro hac vice* on behalf of the Financial Oversight and Management Board, Jose B. Carrion, III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel.

3. Applicant will sign all pleadings with the name Timothy W. Mungovan.

4. Applicant's contact information is as follows:

> **Name:** Timothy W. Mungovan
> **Email:** tmungovan@proskauer.com
> **Telephone:** (617) 526-9412
> **Fax:** (617) 526-9899

5. Since December 19, 1994, applicant has been and presently is a member in good standing of the bar of the highest court of the State(s) of Massachusetts, where applicant regularly practices law, and where his bar license number is 600702.

6. Applicant has been admitted to practice before the following courts:

| | Court: | Admission Date: |
|---|---|---|
| a. | U.S. Circuit Court of Appeals, First Circuit | April 6, 1995 |
| b. | U.S. District Court, District of Massachusetts | January 26, 1996 |
| c. | U.S. Circuit Court of Appeals, Fourth Circuit | June 12, 2000 |
| d. | U.S. Circuit Court of Appeals, Eleventh Circuit | October 9, 2009 |
| e. | Supreme Court of the United States | April 4, 2011 |
| f. | State of New York | October 12, 2012 |

7. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the matter of: Servidores Publicos Unidos, et al. v. The Financial Oversight and Management Board, et al., Civil No. 17-01783 (FAB) on April 18, 2017.

11. Local counsel of record associated with applicant in this matter is:

   a. **Name:** Hermann D. Bauer
   b. **USDC-PR Bar No.:** 215205
   c. **Law Firm:** O'NEILL & BORGES LLC

00457891, 1

    d. **Address:** 250 Muñoz Rivera Avenue, Suite 800, San Juan, PR 00918-1813.
    e. **Email:** hermann.bauer@oneillborges.com
    f. **Telephone:** (787) 764-8181
    g. **Fax:** (787) 753-8944

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 5, 2017

                                              Timothy W. Mungovan
                                              Printed Name of Applicant

                                              Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 5, 2017

Herman D. Bauer
Printed Name of Local Counsel

Signature of Local Counsel

00457891; 1

4