# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE COMMONWEALTH OF
PUERTO RICO,

        Debtor.

Civil No. 17-cv-01578 - LTS

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 83(D) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico the parties listed below appear herein as counsel to, and on behalf of, the American Federation of State, County and Municipal Employees ("AFSCME"), and request that all notices given or required to be given and all papers served in this case, be delivered to and served upon the parties identified below at the following addresses:

| AFSCME | SAUL EWING LLP |
|---|---|
| Judith Rivlin* | Sharon L. Levine* |
| Teague P. Paterson* | Dipesh Patel* |
| Matthew S. Blumin* | 1037 Raymond Blvd. |
| 1101 17th Street NW, Suite 900 | Suite 1520 |
| Washington, DC 20011 | Newark, NJ 07102 |
| (202) 775-5900 (Telephone) | (973) 286-6713 (Telephone) |
| (202) 452-0556 (Facsimile) | (973) 286-6821 (Facsimile) |
| jrivlin@afscme.org | slevine@saul.com |
| tpaterson@afscme.org | dpatel@saul.com |
| mblumin@afscme.org | |

**RODRIGUEZ BANCHS, CSP**
Manuel A. Rodríguez Banchs
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)
manuel@rodriguezbanchs.com

*Applications for Admission *Pro hac vice* will be filed under a separate cover.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited or master service lists are used in this proceeding, the parties listed above request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended nor shall be deemed to waive AFSCME's substantive or procedural rights, including any rights, claims, actions, defenses, setoffs, or recoupments to which AFSCME is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal Rules of Civil Procedure.

Dated: May 7, 2017                      RODRIGUEZ BANCHS, CSP

                                          /s/Manuel A. Rodríguez Banchs
                                          MANUEL A. RODRIGUEZ BANCHS
                                          P.O. Box 368006
                                          San Juan, Puerto Rico 00936-8006
                                          Telephone: (787) 764-8896
                                          Facsimile (787) 721-0975

                                                   -and-

                                          **AMERICAN FEDERATION OF STATE,**
                                          **COUNTY AND MUNICIPAL EMPLOYEES**
                                          Judith Rivlin
                                          Teague P. Paterson
                                          Matthew S. Blumin

1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)
jrivlin@afscme.org
tpaterson@afscme.org
mblumin@afscme.org

-and-

SAUL EWING LLP
Sharon L. Levine
Dipesh Patel
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)
slevine@saul.com
dpatel@saul.com

*Attorneys for the American Federation of State,
County and Municipal Employees*

    **I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: May 7, 2017

                                      /s/Manuel A. Rodríguez Banchs
                                      MANUEL A. RODRIGUEZ BANCHS