UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------- x
                                               )
In re:                                         )    Title III
                                               )
COMMONWEALTH OF PUERTO RICO,                  ))    Civil No. 17-cv-01578
                                               )
                Debtor.                        )
---------------------------------------------- x

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Pursuant to Local Rule 83(D)(a) the undersigned counsel, Jose A. Sosa-Llorens and Richard A Chesley, hereby notifies this Honorable Court and the parties that they will be appearing in the above-captioned case as counsel for The Employees Retirement System of the Government of the Commonwealth of Puerto Rico. The undersigned counsel respectfully request that copy of all motions, orders or any other documents and/or correspondence in this case be served on them, as applicable, through the CM/ECF system.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the appearance of the undersigned, and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned attorneys through the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

EAST\142453219.2

In San Juan, Puerto Rico, this __th day of May, 2017.

**DLA Piper (Puerto Rico) LLC**
Edificio Ochoa, Suite 401
500 Calle de la Tanca
San Juan
00901-1969
Puerto Rico

**s/ Jose A. Sosa-Llorens**
JOSE A. SOSA-LLORENS
USDC-PR No. 208602
jose.sosa@dlapiper.com

and

**DLA Piper LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089

**s/ Richard A. Chesley**
RICHARD A. CHESLEY
*Pro hac vice admission pending*
Phone: (312) 368-4000
Fax: (312) 236-7516
richard.chesley@dlapiper.com