IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

COMMONWEALTH OF PUERTO RICO

Debtor

CIVIL NO. 17-1578 (LTS)

**MOTION FOR APPEARANCE**

**TO THE HONORABLE COURT:**

COMES NOW the undersigned attorney and very respectfully states, alleges and prays:

1.   Notice is given to the Court that the undersigned attorney is appearing as legal representative of CMA ARCHITECTS & ENGINEERS LLC. The undersigned attorney respectfully request that copy of all motions, orders or any other documents and/or correspondence in this case be served on him, as applicable, through the CM/ECF system.

WHEREFORE: the undersigned respectfully requests from the Honorable Court take notice of this motion.

Respectfully submitted on this 8th day of May, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com