UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------x
                                          )
In re:                                    )    Title III
                                          )
COMMONWEALTH OF PUERTO RICO,              )    Civil No. 17-cv-01578
                                          )
                Debtor.                   )
                                          )
------------------------------------------x
```

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

TO THE HONORABLE COURT:

Comes now, Richard A. Chesley, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of DLA Piper LLP (US), with offices at:

> 444 West Lake Street, Suite 900
> Chicago, IL 60606-0089
> richard.chesley@dlapiper.com
> Phone: 312.368.4000
> Fax: 312.236.7516

2. Applicant will sign all pleadings with the name Richard A. Chesley.

3. Applicant has been retained personally or as a member of the above-named firm by The Employees Retirement System of the Government of the Commonwealth of Puerto Rico to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since July 8, 1997, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Illinois where applicant regularly practices law. Applicant's bar license number is IL-6240877.

1

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals for the First Circuit | 12/08/2016 |
| U.S. Court of Appeals for the Eighth Circuit | 03/12/1992 |
| U.S. Court of Appeals for the Fourth Circuit | 06/22/1989 |
| U.S. Court of Appeals for the Seventh Circuit | 06/15/2000 |
| U.S. Court of Appeals for the Sixth Circuit | 10/25/1988 |
| U.S. Court of Appeals for the Tenth Circuit | 04/28/2003 |
| U.S. Court of Appeals for the Third Circuit | 01/31/2000 |
| U.S. District Court for the ND of Illinois | 07/17/1998 |
| U.S. District Court for the ND of Ohio | 04/19/1989 |
| U.S. District Court for the SD of Ohio | 01/27/1986 |
| State of Ohio | 11/04/1985 |
| State of New York | 01/01/2017 |
| State of Illinois | 07/08/1997 |
| Supreme Court of the United States | 07/08/1997 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| October 25, 2016 | 3:16-cv-02696-FAB (Civil): *Altair Global Credit Opp. Fund et al. v. Hon. Alejando Garcia Padilla, et al.* |

10. Local counsel of record associated with applicant in this matter is:
Name: Jose A. Sosa-Llorens
**USDC-PR Bar No.:** 208602
Address: Edificio Ochoa, Suite 401
500 Calle de la Tanca
San Juan, Puerto Rico 00901-1969
Email: jose.sosa@dlapiper.com
Telephone No. (787) 945-9116
Fax No. (787) 945-5182

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 8th, 2017

Richard A. Chesley
Printed Name of Applicant

_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 8th, 2017

Jose A. Sosa-Llorens
Printed Name of Local Counsel

_____
Signature of Local Counsel

3

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

                                                                                                                _____
                                                                                                                HONORABLE LAURA TAYLOR SWAIN
                                                                                                                U.S. DISTRICT JUDGE