IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

The Commonwealth of Puerto Rico

Debtor

Case No. 17-cv-01578-LTS

v.

Defendant

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, __Judith Rivlin__, applicant herein and respectfully states:

1. Applicant is an attorney and an associate with the law firm of (or practices under the name of) __American Federation of State, County & Municipal Employees__, with offices at:

| Address | 1101 17th Street, N.W., #900 |
|---|---|
|  | Washington, D.C. 20036 |
| Email | jrivlin@afscme.org |
| Telephone No. | 202-775-5900 |
| Fax No. | 202-452-0556 |

2. Applicant will sign all pleadings with the name __Judith Rivlin__.

3. Applicant has been retained personally or as a member of the above-named firm by __the American Federation of State, County and Municipal Employees__ to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since __March 3, 1980__, applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is __305797__.

Application and Order for Admission Pro Hac Vice (05/2017)

5. Applicant has been admitted to practice before the following courts:

<u>Court:</u>　　　　　　　　　　　　　　<u>Admission Date:</u>

See Attachment.

_____

_____

_____

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

<u>Date of Application:</u>　　　　　　　　<u>Case Number and Style:</u>

None

_____

_____

_____

Application and Order for Admission Pro Hac Vice (05/2017)

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Manuel A. Rodriguez Banchs |
| USDC-PR Bar No. | 216208 |
| Address | P.O. Box 368006 |
| | San Juan, 00936-8006 |
| Email | manuel@rodriguezbanchs.com |
| Telephone No. | 787-764-8896 |
| Fax No. | 787-721-0975 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 5/8/17

Judith Rivlin
Printed Name of Applicant

Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: _9 May 2017_.

_Manuel A. Rodriguez Banchs_
Printed Name of Local Counsel

_[signature]_
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_Judith Rivlin_
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

## Courts Before Which Judith Rivlin Is Admitted to Practice

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 03/03/1980 | 305797 |
| U.S. District Ct, C.D. Illinois | 03/06/2006 | |
| DC Circuit Ct of Appeals | 07/30/1980 | |
| 3rd Circuit Ct of Appeals | 09/18/1990 | |
| 4th Circuit Ct of Appeals | 05/04/1995 | |
| 11th Circuit Ct of Appeals | 12/12/2002 | |
| U.S. Supreme Court | 12/11/1989 | |

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

❏ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❏ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
**U.S. DISTRICT JUDGE**

Application and Order for Admission Pro Hac Vice (05/2017)