IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

The Commonwealth of Puerto Rico
_____

**Debtor**

v.

_____

**Defendant**

Case No. ___17-cv-01578-LTS___

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, ___Dipesh Patel_____, applicant herein and respectfully states:

1. Applicant is an attorney and an associate with the law firm of (or practices under the name of)

___Saul Ewing LLP_____, with offices at:

| Address | 1037 Raymond Blvd., Suite 1520 |
|---|---|
|  | Newark, New Jersey |
| Email | dpatel@saul.com |
| Telephone No. | 973-286-6718 |
| Fax No. | 973-286-6818 |

2. Applicant will sign all pleadings with the name ___Dipesh Patel_____.

3. Applicant has been retained personally or as a member of the above-named firm by

the American Federation of State, County and
Municipal Employees_____ to provide legal representation in connection with the above-

styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since ___December 3, 2008_____, applicant has been and presently is a member in good

standing of the bar of the highest court of the State of ___New Jersey_____, where applicant

regularly practices law.  Applicant's bar license number is ___021992008_____.

Application and Order for Admission Pro Hac Vice (05/2017)

5. Applicant has been admitted to practice before the following courts:

Court:                                        Admission Date:

United States District Court for the District of New Jersey -  September 1, 2009
United States District Court for the Southern District of New York - June 17, 2010
United States District Court for the Eastern District of New York - October 17, 2011
State of New York - May 14, 2009

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

Date of Application:                          Case Number and Style:

None

Application and Order for Admission Pro Hac Vice (05/2017)

10.  Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Manuel A. Rodriguez Banchs |
| USDC-PR Bar No. | 216208 |
| Address | P O Box 368006 |
| | San Juan, 00936-8006 |
| Email | manuel@rodriguezbanchs.com |
| Telephone No. | 787-764-8896 |
| Fax No. | 787-721-0975 |

11.  Applicant has read the local rules of this court and will comply with same.

12.  Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court.  Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: ___May 7, 2017_____.

Dipesh Patel
Printed Name of Applicant

_Dipesh Patel_
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: ___9 May 2017___.

Manuel A. Rodriguez-Banchs
Printed Name of Local Counsel

Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)

<u>ORDER</u>

The Court, having considered the above Application for Admission Pro Hac Vice,

orders that:

❏          the application be granted.  The Clerk of Court shall deposit the admission

fee to the account of Non-Appropriated Funds of this Court.

❏          the application be denied.  The Clerk of Court shall return the admission fee

to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
                              **U.S. DISTRICT JUDGE**


Application and Order for Admission Pro Hac Vice (05/2017)