## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE :

COMMONWEALTH OF PUERTO RICO,

DEBTOR

CIVIL ACTION NO: 17-1578

## APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

NOW APPEAR the Oppenheimer Funds[1], the Franklin Funds[2], and the First Puerto Rico

Family of Funds[3] (collectively, the "**Mutual Fund Group**"), creditors and parties in interest

hereto, and hereby enter their appearance through the undersigned counsel pursuant to Rule 9010

---

[1] Oppenheimer Rochester AMT-Free Municipal Fund, Oppenheimer Rochester AMT-Free New York Municipal Fund, Oppenheimer Rochester Arizona Municipal Fund, Oppenheimer Rochester California Municipal Fund, Oppenheimer Rochester Fund Municipals, Oppenheimer Rochester Limited Term California Municipal Fund, Oppenheimer Rochester Limited Term Municipal Fund, Oppenheimer Rochester Limited Term New York Municipal Fund, Oppenheimer Rochester Maryland Municipal Fund, Oppenheimer Rochester Massachusetts Municipal Fund, Oppenheimer Rochester Michigan Municipal Fund, Oppenheimer Rochester Minnesota Municipal Fund, Oppenheimer Rochester North Carolina Municipal Fund, Oppenheimer Rochester Ohio Municipal Fund, Oppenheimer Rochester Virginia Municipal Fund, Oppenheimer Rochester High Yield Municipal Fund, Oppenheimer Rochester New Jersey Municipal Fund, and Oppenheimer Rochester Pennsylvania Municipal Fund (collectively, the "Oppenheimer Funds").

[2] Franklin California Tax-Free Trust (for the Franklin California Intermediate-Term Tax Free Income Fund), Franklin Tax-Free Trust (for the series Franklin Alabama Tax Free Income Fund, Franklin Arizona Tax-Free Income Fund, Franklin Colorado Tax-Free Income Fund, Franklin Connecticut Tax-Free Income Fund, Franklin Georgia Tax-Free Income Fund, Franklin Pennsylvania Tax-Free Income Fund, Franklin High Yield Tax-Free Income Fund, Franklin Kentucky Tax-Free Income Fund, Franklin Michigan Tax-Free Income Fund, Franklin Missouri Tax-Free Income Fund, Franklin Oregon Tax-Free Income Fund, Franklin Virginia Tax-Free Income Fund, Franklin Florida Tax-Free Income Fund, Franklin Louisiana Tax-Free Income Fund, Franklin Maryland Tax-Free Income Fund, Franklin North Carolina Tax-Free Income Fund, and Franklin New Jersey Tax-Free Income Fund), Franklin Municipal Securities Trust (for the series Franklin Tennessee Municipal Bond Fund), Franklin California Tax-Free Income Fund, Franklin New York Tax-Free Income Fund, Franklin Federal Tax-Free Income Fund (collectively, the "Franklin Funds").

[3] First Puerto Rico Tax-Exempt Target Maturity Fund II, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund III, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund IV, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund V, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund VII, Inc., First Puerto Rico Target Maturity Income Opportunities Fund I, Inc., First Puerto Rico Target Maturity Income Opportunities Fund II, Inc., First Puerto Rico Tax Advantaged Target Maturity Fund I, Inc., First Puerto Rico Tax Advantaged Target Maturity Fund II, Inc., First Puerto Rico AAA Target Maturity Fund I, Inc., First Puerto Rico AAA Target Maturity Fund II, Inc., First Puerto Rico Tax-Exempt Fund, Inc. and First Puerto Rico Tax-Exempt Fund II, Inc. (collectively, the "First Puerto Rico Family of Funds").

of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170, and very respectfully request that all motions, pleadings, papers and orders be served upon them through the undersigned counsel, and that they be included in the master list, or any other similar notice list applicable to this proceeding.

      **I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

      **RESPECTFULLY SUBMITTED**.

      In San Juan, Puerto Rico, May 9, 2017.


**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

*s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

*s/ Jane Patricia Van Kirk*
JANE PATRICIA VAN KIRK
USDC–PR No. 220,510
E-mail: jvankirk@tcmrslaw.com

*Counsel for the Mutual Fund Group*


**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

*s/ Amy Caton*
AMY CATON*
THOMAS MOERS MAYER*
PHILIP BENTLEY*
DAVID E. BLABEY, JR.*
DOUGLAS BUCKLEY*
Email: acaton@kramerlevin.com
      tmayer@kramerlevin.com
      pbentley@kramerlevin.com
      dblabey@kramerlevin.com
      dbuckley@kramerlevin.com
*(*pro hac vice* application pending)

*Counsel for the Mutual Fund Group*