**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | CASE NO. 3:17-cv-01578 (LTS)<br><br>TITLE III |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND
ALL PARTIES OF RECORD:**

Pursuant to Rule 83(D)(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico and Bankruptcy R. 9010 (b), I am admitted or otherwise authorized to practice in this Court, appear in this case as counsel for National Public Finance Guarantee Corporation ("National"), and hereby request to be served with all motions, pleadings, papers and processes in this matter and to be added to any Master List to be maintained by the Clerk of Court.

**WHEREFORE**, the undersigned respectfully requests the Clerk of Court and all parties of record to take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 9th of May, 2017.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000
Fax: 787.756.9010
Email: acasellas@amgprlaw.com

By: */s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*Counsel for*
*National Public Finance Guarantee Corporation*