**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO, and<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>                    Debtors. | Title III<br><br>Case No. 17-01578 (LTS)<br><br>Case No. 17-01599<br><br>(Joint Administration Requested) |

**NOTICE OF HEARING**
**ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed a voluntary petition for relief under Title III of PROMESA in the United States District Court for the District of Puerto Rico (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a voluntary petition for relief under Title III of PROMESA in the Court.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal

---

[1] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

Building, Office 150, San Juan, P.R. 00918-1767 (the "Court"), on **May 17, 2017 at 9:30 a.m.**

**(Atlantic Standard Time)**, or as soon thereafter as counsel may be heard, to consider the relief

sought by the Debtors in the following motions (the "Motions"):

- *Motion of Debtors Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief* [D.I. 41];

- *Motion of Debtors Pursuant to PROMESA Section 315, Bankruptcy Code Sections 105(a) and 923, and Bankruptcy Rules 2002, 9007, and 9008 for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication Thereof, and Granting Related Relief* [D.I. 42];

- *Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* [D.I. 43];

- *Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases;* [D.I. 44 ]; and

- *Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to Petition Dates* [D.I. 45].

**PLEASE TAKE FUTHER NOTICE** that any responses or objections to any

Motions must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and must be filed with the Court (a) by registered users of the Court's case

filing system, electronically in accordance with rule 5 of the Local Rules for the District of

Puerto Rico (the "Local District Court Rules"), and (b) by all other parties in interest, on a CD-

ROM, in text-searchable portable document format (PDF), and served on (i) counsel for the

Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299

(Attn: Martin J. Bienenstock, Scott K. Rutsky, and Paul V. Possinger), and O'Neill & Borges

LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 (Attn: Hermann D. Bauer,

Esq.); (ii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority,

O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: John J.

Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.); and

(iii) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street,

Suite 301, San Juan, PR 00901-1922, **so as to be received no later than May 15, 2017 at 3:00**

**p.m. (Atlantic Standard Time)**.

Dated:  May 9, 2017
      San Juan, Puerto Rico

Respectfully submitted,

/s/  Martin J. Bienenstock

Martin J. Bienenstock
Scott K. Rutsky
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/  Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

3