### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>COMMONWEALTH OF PUERTO RICO<br><br>Debtor | CASE NO. 17-CV-01578 (LTS)<br><br>CAUSE: BANKRUPTCY<br><br>RELIEF UNDER PROMESA<br>Pub. Law 114-187<br>(130 STAT. 549) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

**TO THE HONORABLE COURT:**

Please take notice that Totti & Rodríguez Díaz, PSC, and the undersigned Counsel hereby file their appearance as counsel representing creditor and interested party **CESAR CASTILLO, INC.,** named in Debtor's Petition as one of the twenty largest creditors in the above captioned case, and respectfully request this Honorable Court to be included in the case's master address list.

The here appearing party further requests from this Honorable Court and all parties in interest that all notices given, or required to be given, and all pleadings, motions, orders, applications, petitions, disclosures, plans, and any and all other documents filed and served, or required to be filed and served in connection with the captioned case, be given and served upon the undersigned attorneys, at the address set forth below.

Please take further notice that this appearance does not constitute, and must not be construed, as an acknowledgement or acceptance by the appearing party of the constitutionality, propriety or validity of Debtor's petition for relief filed by Debtor on May 3, 2017 under the PROMESA Act (Pub. Law114-187, of June 30, 2016, 130 STAT. 549).

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

1

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on May 10, 2017.

**Totti & Rodríguez Díaz, PSC**
P.O. Box 191732
San Juan, PR 00919-1732
Tel.: (787)753-7910, Fax: (787)764-9480

s/ *Daniel Molina López*
Daniel Molina López, Esq.
USDC-PR 211813
Email: dml@trdlaw.com

2