# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No. 17-CV-01578 |
| THE COMMONWEALTH OF PUERTO RICO, | Hon. Laura Taylor Swain |
| DEBTOR. | |
| _____/ | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 5, 2017, the *Motion for Entry of an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Retiree Committee and Appointing the Pre-Petition Ad Hoc Retiree Committee as the Official Retiree Committee* [Dkt. No. 8] (the "Motion") was served upon all then-current ECF participants in this case via the Court's CM/ECF system.

The undersigned also certifies that on May 5, 2017, the Motion was served via electronic mail and by first class United States mail upon the following entities:

| | |
|---|---|
| Martin J. Bienenstock<br>Proskauer Rose LLP<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, NY  10036-8299<br>mbienenstock@proskauer.com<br>*Counsel for the Financial Oversight and Management Board for Puerto Rico* | John Rapisardi<br>O'Melveny & Myers, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br>jrapisardi@omm.com<br>*Counsel for The Commonwealth of Puerto Rico* |
| Sam J. Alberts<br>Dentons<br>1301 K Street, NW<br>Suite 600, East Tower<br>Washington, D.C.  20005-3364<br>sam.alberts@dentons.com<br>*Counsel for The Commonwealth of Puerto Rico* | Ralph C. Ferrara<br>Proskauer Rose LLP<br>1001 Pennsylvania Ave., N.W.<br>Suite 600 South<br>Washington, D.C.  20004-2533<br>rferrara@proskauer.com<br>*Counsel for the Financial Oversight and Management Board for Puerto Rico* |

215744333.1 56902/311830

| | |
|---|---|
| Julio Pietrantoni<br>O'Neill & Borges<br>American International Plaza<br>250 Munoz Rivera Avenue, Ste. 800<br>San Juan, Puerto Rico 00918-1813<br>Julio.Pietrantoni@oneillborges.com<br>**Counsel for the Financial Oversight and Management Board for Puerto Rico** | Hermann D. Bauer-Alvarez<br>O'Neill & Borges<br>American International Plaza<br>250 Munoz Rivera Avenue, Ste. 800<br>San Juan, Puerto Rico 00918-1813<br>Hermann.Bauer@oneillborges.com<br>**Counsel for the Financial Oversight and Management Board for Puerto Rico** |
| Claude D. Montgomery<br>Dentons<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>claude.montgomery@dentons.com<br>**Counsel for The Commonwealth of Puerto Rico** | Manuel R. Pietrantoni<br>Pietrantoni Mendez & Alvarez LLC<br>Popular Center – 19th Floor<br>208 Ponce de Leon Ave.<br>San Juan, Puerto Rico 00918<br>mpietrantoni@pmalaw.com<br>**Counsel for The Commonwealth of Puerto Rico** |
| Monsita Lecaroz-Arribas<br>Assistant United States Trustee<br>Office of the United States Trustee<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, Puerto Rico 00901-1922<br>USTP.Region21@usdoj.gov | |

Dated: May 9, 2017

                        CLARK HILL PLC

                        */s/ Robert D. Gordon*
                        Robert D. Gordon (P48627)
                        (*PRO HAC VICE ADMISSION PENDING*)
                        151 S. Old Woodward Ave., Suite 200
                        Birmingham, Michigan 48009
                        Ph: (248) 988-5882
                        rgordon@clarkhill.com

- AND -

                        BENNAZAR, GARCIA & MILIAN, C.S.P.

                        /s/ A.J. Bennazar-Zequeira
                        A.J. Bennazar-Zequeira
                        Edificio Union Plaza, PH-A
                        416 Ave. Ponce de Leon
                        Hato Rey, Puerto Rico 00918
                        Ph: (787) 754-9191
                        ajb@bennazar.org

215744333.1 56902/311830