# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>　　　　　　　Debtor. | Title III<br><br>Case No. 3:17-cv-01578 |
| ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION.<br><br>　　　　　　　Plaintiffs.<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSELLÓ NEVARES; GERARDO PORTELA FRANCO; HON. RAÚL MALDONADO GAUTIER; AND JOHN DOES 1-3<br><br>　　　　　　　Defendants. | Adv. No. 3:17-cv-01584 |

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

　　　COMES NOW, Jonathan D. Polkes, applicant herein, and pursuant to L. Civ. R. 83.1(f)

of the United States District Court for the District of Puerto Rico, states as follows:

　　　1.　　Applicant is an attorney at Weil, Gotshal & Manges LLP 767 Fifth Avenue

New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

　　　2.　　Applicant will sign all pleadings with the name "Jonathan D. Polkes."

3. Applicant has been retained by plaintiff National Public Finance Guarantee Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 1985, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices. Bar License number 2015527.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| South District of New York | April 11, 1989 |
| Eastern District of New York | August 28, 1990 |
| U.S. Court of Appeals for the Second Circuit | March 17, 2010 |
| U.S. Court of Appeals for the Fourth Circuit | March 25, 2010 |
| U.S. Court of Appeals for the Fifth Circuit | November 29, 2011 |
| U.S. Court of Appeals for the Tenth Circuit | September 29, 2010 |
| U.S. Court of Appeals for the District of Colorado | January 9, 2008 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| June 16, 2016 | Civil No. 16-cv-02101. |

10. Local counsel of record associated with applicant in this matter is:

> ERIC PEREZ-OCHOA
> USDC-PR NO. 206314
> ALEXANDRA CASELLAS-CABRERA
> USDC-PR NO. 301010
> **ADSUAR MUÑIZ GOYCO**
> **SEDA & PEREZ-OCHOA, P.S.C.**
> P.O. Box 70294
> San Juan, P.R. 00936-8294
> Tel: 787.756.9000
> Fax: 787.756.9000
> E-mail: epo@amgprlaw.com
> acasellas@amgprlaw.com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 10, 2017.

> By: */s/* Jonathan D. Polkes
> Jonathan D. Polkes, Esq.
> 767 Fifth Avenue
> New York, N.Y. 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
> Email: jonathan.polkes@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: May 10, 2017.

3

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010
E-mail: epo@amgprlaw.com
acasellas@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
acasellas@amgprlaw.com

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
acasellas@amgprlaw.com

/s/ Jonathan D. Polkes
Jonathan D. Polkes, Esq.
*Pro Hac Vice*
767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jonathan.polkes@weil.com

*Attorneys for National*

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
U.S. District Judge