## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

COMMONWEALTH OF PUERTO RICO,

                              Debtor

Civil No. 17-cv-1578

## APPLICATION OF GRANT R. MAINLAND
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW Grant R. Mainland, Esq**. (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1.      Applicant is an attorney with the law firm Milbank, Tweed, Hadley & McCloy LLP with offices at:

| | | |
|---|---|---|
| **Address** | : | 28 Liberty Street<br>New York, NY 10005-1413 |
| **E-Mail** | : | GMainland@milbank.com |
| **Telephone** | : | (212) 530-5251 |
| **Fax** | : | (212) 822-5251 |

2.      Applicant will sign all pleadings with the name <u>Grant R. Mainland</u>.

3.      Applicant does not reside in the Commonwealth of Puerto Rico.

4.      Applicant has been retained as counsel by plaintiff Ambac Assurance Corporation ("Ambac"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5.      Since 2008, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where Applicant regularly practices law. Applicant's bar license number is 4628319.

*GRM*

Application of Grant R. Mainland to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 2 of 4

6.      Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| US Court of Appeals for the First Circuit | 2017 |
| US Court of Appeals for the Ninth Circuit | 2014 |
| US District Court for the District of Colorado | 2014 |
| US District Court for the Southern District of New York | 2010 |
| US District Court for the Eastern District of New York | 2010 |

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.      During the past three years, Applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Style and Number: |
|---|---|
| January 11, 2016 | *Assured Guaranty Corp. et al v. García-Padilla et al.*, No. 16-cv-1037 (D.P.R.) (Besosa, J) |
| May 11, 2016 | *Ambac Assurance Corp. v. Puerto Rico Highways and Transp. Auth.*, No. 16-cv-1893 (D.P.R.) (Besosa, J.) |
| October 27, 2016 | *Lex Claims, LLC, et al. v. The Commonwealth Of Puerto Rico, et al.*, No. 16-cv-2374 (D.P.R.) (Besosa, J.) |

10.     Local counsel of record associated with Applicant in this matter is:

| | | |
|---|---|---|
| **Name** | : | Roberto A. Cámara-Fuertes |
| **USDC-PR Bar No.** | : | 219002 |
| **Email** | : | rcamara@ferriauioli.com |
| **Address** | : | P.O. Box 195168 |
| | | San Juan, PR  00919-5168 |
| **Telephone No.** | : | (787) 776-7000 x 366 |
| **Fax No.** | : | (787) 776-7001 |

GRM

11.     Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico[1] and agrees to comply with them in their entirety.

12.     Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court.   Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 10th day of May, 2017.

_____
Grant R. Mainland

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 10th day of May, 2017.

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002

---

[1]     Latest version (with amendments through September 2, 2010) available at
http://www.prd.uscourts.gov/sites/default/files/documents/94/Local_Rules_amended_as_of_Sept_2_2010_with_TOC.pdf

**Application of Grant R. Mainland to Appear** *Pro Hac Vice*
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 4 of 4

<hr>

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, 1 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

In San Juan, Puerto Rico, this 10th day of May, 2017.

# Ferraiuoli LLC

PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

**_s/ Roberto A. Cámara Fuertes_**
Roberto A. Cámara Fuertes
USDC-PR 219002
Email: rcamara@ferraiuoli.com