IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

COMMONWEALTH OF PUERTO RICO,

        Debtor

Civil No. 17-cv-1578

APPLICATION OF DENNIS F. DUNNE
FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW Dennis F. Dunne, Esq.** (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney and a Partner with the law firm Milbank, Tweed, Hadley & McCloy LLP with offices at:

   | | | |
   |---|---|---|
   | **Address** | : | 28 Liberty Street<br>New York, NY 10005-1413 |
   | **E-Mail** | : | ddunne@milbank.com |
   | **Telephone** | : | (212) 530-5770 |
   | **Fax** | : | (212) 822-5770 |

2. Applicant will sign all pleadings with the name Dennis F. Dunne.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by plaintiff Ambac Assurance Corporation ("Ambac") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Since 1991, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where Applicant regularly practices law. Applicant's bar license number is 2414373.



Case:17-03283-LTS Doc#:54 Filed:05/10/17 Entered:05/11/17 16:17:13 Desc: Main
Document Page 2 of 4
Application of Dennis F. Dunne to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 2 of 4

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| US Court of Appeals for the First Circuit | 2017 |
| US Court of Appeals for the Second Circuit | 1995 |
| US District Court for the Southern District of New York | 1991 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Style and Number: |
|---|---|
| January 11, 2016 | *Assured Guaranty Corp. et al v. García-Padilla et al*, No. 16-cv-1037 (D.P.R.) (Besosa, J.) |
| May 16, 2016 | *Ambac Assurance Corp. v. Puerto Rico Highways and Transp. Auth.*, No. 16-cv-1893 (D.P.R.) (Besosa, J.) |
| November 30, 2016 | *Lex Claims, LLC, et al. v. The Commonwealth Of Puerto Rico, et al.*, No. 16-cv-2374 (D.P.R.) (Besosa, J.) |

10. Local counsel of record associated with Applicant in this matter is:

| | | |
|---|---|---|
| **Name** | : | Roberto A. Cámara-Fuertes |
| **USDC-PR Bar No.** | : | 219002 |
| **Email** | : | rcamara@ferriauioli.com |
| **Address** | : | P.O. Box 195168 |
| | | San Juan, PR 00919-5168 |
| **Telephone No.** | : | (787) 776-7000 x 366 |
| **Fax No.** | : | (787) 776-7001 |



Case:17-03283-LTS Doc#:54 Filed:05/10/17 Entered:05/11/17 16:17:13 Desc: Main
Document Page 3 of 4

Application of Dennis F. Dunne to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 3 of 4

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico[1] and agrees to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 10th day of May, 2017.

Dennis F. Dunne

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 10th day of May, 2017.

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002

---

[1] Latest version (with amendments through September 2, 2010) available at http://www.prd.uscourts.gov/sites/default/files/documents/94/Local_Rules_amended_as_of_Sept_2_2010_with_TOC.pdf

Case:17-03283-LTS Doc#:54 Filed:05/10/17 Entered:05/11/17 16:17:13 Desc: Main
Document Page 4 of 4

Application of Dennis F. Dunne to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 4 of 4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

In San Juan, Puerto Rico, this 10th day of May, 2017.

**Ferraiuoli** LLC
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Email: rcamara@ferraiuoli.com