IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>                     Debtor | |

Civil No. 17-cv-1578

## APPLICATION OF ANDREW M. LEBLANC
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

      **COMES NOW Andrew M. Leblanc, Esq.** (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

      1.     Applicant is an attorney and Partner with the law firm Milbank, Tweed, Hadley & McCloy LLP with offices at:

| | | |
|---|---|---|
| **Address** | : | 28 Liberty Street<br>New York, NY 10005-1413 |
| **E-Mail** | : | ALeblanc@milbank.com |
| **Telephone** | : | (202) 835-7574 |
| **Fax** | : | (202) 263-7574 |

      2.     Applicant will sign all pleadings with the name <u>Andrew M. Leblanc</u>.

      3.     Applicant does not reside in the Commonwealth of Puerto Rico.

      4.     Applicant has been retained as counsel by plaintiff Ambac Assurance Corporation ("Ambac"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

      5.     Since 1998, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of Maine. Applicant's Maine bar license number is 008706. Since 2002, the Applicant has been and presently is a member in good standing of the bar of the

Case:17-03283-LTS Doc#:55 Filed:05/10/17 Entered:05/11/17 16:19:11 Desc: Main
Document Page 2 of 4
Application of Andrew M. Leblanc to Appear *Pro Hac Vice*
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 2 of 4

highest court of the District of Columbia. Applicant's District of Columbia bar license number is 479445. Since 2010, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York. Applicant's New York bar license number is 4869848.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
| --- | --- |
| US Supreme Court | 2013 |
| US Court of Appeals for the First Circuit | 2017 |
| US Court of Appeals for the Second Circuit | 2007 |
| US Court of Appeals for the Fifth Circuit | 2012 |
| US Court of Appeals for the Eleventh Circuit | 2011 |
| US Court of Appeals for the Federal Circuit | 2006 |
| US Court of Federal Claims | 2000 |
| US District Court for the Southern District of New York | 2012 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Style and Number: |
| --- | --- |
| November 28, 2016 | *Lex Claims, LLC, et al. v. The Commonwealth Of Puerto Rico, et al.*, No. 16-cv-2374 (D.P.R.) (Besosa, J.) |

10. Local counsel of record associated with Applicant in this matter is:

| | | |
| --- | --- | --- |
| **Name** | : | Roberto A. Cámara-Fuertes |
| **USDC-PR Bar No.** | : | 219002 |
| **Email** | : | rcamara@ferriauioli.com |
| **Address** | : | P.O. Box 195168 |



Case:17-03283-LTS Doc#:55 Filed:05/10/17 Entered:05/11/17 16:19:11 Desc: Main
Document Page 3 of 4
Application of Andrew M. Leblanc to Appear *Pro Hac Vice*
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 3 of 4

|  |  | San Juan, PR 00919-5168 |
| --- | --- | --- |
| **Telephone No.** | : | (787) 776-7000 x 366 |
| **Fax No.** | : | (787) 776-7001 |

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico[1] and agrees to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE,** Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 10th day of May, 2017.

Andrew M. Leblanc

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 10th day of May, 2017.

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002

---

[1] Latest version (with amendments through September 2, 2010) available at
http://www.prd.uscourts.gov/sites/default/files/documents/94/Local_Rules_amended_as_of_Sept_2_2010_with_TOC.pdf



Case:17-03283-LTS Doc#:55 Filed:05/10/17 Entered:05/11/17 16:19:11 Desc: Main
Document Page 4 of 4

Application of Andrew M. Leblanc to Appear *Pro Hac Vice*
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 4 of 4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

In San Juan, Puerto Rico, this 10th day of May, 2017.

**Ferraiuoli** LLC
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Email: rcamara@ferraiuoli.com