# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | Title III<br><br>Case No. 3:17-cv-01578 |
| ASSURED GUARANTY CORP.; ASSURED GUARANTY MUNICIPAL CORP.; AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION.<br><br>Plaintiffs.<br><br>v.<br><br>COMMONWEALTH OF PUERTO RICO; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; HON. RICARDO ANTONIO ROSELLÓ NEVARES; GERARDO PORTELA FRANCO; HON. RAÚL MALDONADO GAUTIER; AND JOHN DOES 1-3<br><br>Defendants. | Adv. No. 3:17-cv-01584 |

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW, Kelly DiBlasi, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

2. Applicant will sign all pleadings with the name "Kelly DiBlasi".

3. Applicant has been retained by plaintiff National Public Finance Guarantee

Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 2005, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices. Bar License number: 4342994.

5. Applicant is also admitted to practice before the following courts:

<u>Court:</u>                                                                 Admission Date:

| Court | Admission Date |
|---|---|
| State of New York | 2005 |
| U.S. District Court for the Eastern District of New York. | 2006 |
| U.S. District Court for the Southern District of New York | 2006 |
| U.S. District Court for the Eastern District Michigan | 2013 |

6. Applicant is a member in good standing of the bar of the court listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

ERIC PEREZ-OCHOA
USDC-PR NO. 206314
ALEXANDRA CASELLAS-CABRERA
USDC-PR NO. 301010
**ADSUAR MUÑIZ GOYCO
SEDA & PEREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9000
E-mail: epo@amgprlaw.com
acasellas@amgprlaw.com

10. Applicant has read the Local Rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 10, 2017.

> By: */s/ Kelly DiBlasi*
> Kelly DiBlasi, Esq.
> 767 Fifth Avenue
> New York, N.Y. 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
> Email: kelly.diblasi@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: May 10, 2017.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010
E-mail: epo@amgprlaw.com
acasellas@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

3

208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
acasellas@amgprlaw.com

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
acasellas@amgprlaw.com

By: */s/ Kelly DiBlasi*
Kelly Diblasi, Esq.
*Pro Hac Vice*
767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: kelly.diblasi@weil.com

*Attorneys for National*

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
U.S. District Judge