UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

          as representative of                                            No. 17 CV 1578-LTS

THE COMMONWEALTH OF PUERTO RICO,

                    Debtor.


-----------------------------------------------------------

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

          as representative of                                            No. 17 CV 1599

PUERTO RICO SALES TAX FINANCING                                           (Joint Administration
CORPORATION ("COFINA"),                                                   Requested)

                    Debtor.

-----------------------------------------------------------x

<u>ORDER</u>

          The Court has received and reviewed motions filed by counsel for the Debtor

(docket entry nos. 41, 42, 43, 44, and 45 in case no. 17 CV 1578), including a motion that the

above-captioned cases be jointly administered.  Any opposition to these motions must be filed by

**Monday, May 15, 2017, at 3:00 p.m.**, with courtesy copies sent to the attention of the

undersigned at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardón

Avenue, San Juan, Puerto Rico, and served on counsel as provided in the Notice of Hearing

(docket entry no. 46 in case no. 17 CV 1578).

A hearing on the motions will take place on **Wednesday, May 17, 2017**, from 9:30 a.m. to 12:00 p.m., and, if necessary, from 1:00 p.m. to 2:00 p.m., in Courtroom 3 of the United States District Court for the District of Puerto Rico, the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardón Avenue, San Juan, Puerto Rico.  Limited space within Courtroom 3 will be available for counsel for parties who do not wish to be heard, members of the press, and the general public on a first come, first served basis.  Additional overflow space within the Courthouse will be available to view a live audio/video transmission of the proceedings: for attorneys, the overflow space will be Courtroom 1; for members of the public, the overflow space will be the Jury Assembly Room.  Telephonic and remote audio/video participation will not be available for this hearing.  Those in attendance at the hearing in Courtroom 3 are requested to refrain from wearing cologne or perfume.

To the extent not covered in connection with the referenced motions, counsel for the Debtor entities will be requested to provide a status report, including their expectations as to the timetable for proposing plans, whether and to what extent active settlement negotiations are proceeding, and whether the initiation of a formal mediation process in the near term would be helpful.  Additionally, the representative of the United States Trustee will be requested to provide a status report, including its expectations and timetable relating to the formation of committees.

Counsel who wish to speak at the hearing must file a notice captioned "Notice of Request to Be Heard at May 17, 2017, Hearing" describing the matters on which counsel wishes to be heard by **Monday, May 15, 2017, at 3:00 p.m.**  Counsel who have filed such notices must identify themselves to the Court Security Officer at the entrance of Courtroom 3 on the morning of the hearing.

Counsel for the Debtor is directed to prepare, file, and serve a proposed agenda for the May 17, 2017, hearing by **Tuesday, May 16, 2017, at 10:00 a.m.** The proposed agenda shall include: (1) the docket number and title of each matter scheduled to be heard at the hearing, with a list of all papers and their docket numbers that have been filed in support of, or opposition to, each matter; (2) a brief description of the nature of the matter, with any comments that would assist the Court, including an estimate of the time required to hear each matter; and (3) a suggested order in which the matters should be addressed.

Counsel for the Debtor is ordered to serve a copy of this Order on the Office of the United States Trustee.

SO ORDERED.

Dated: New York, New York
May 10, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge