# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO, and<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>Debtors. | Title III<br><br>Case No. 17-01578 (LTS)<br><br>Case No. 17-01599<br><br>(Joint Administration Requested) |

## NOTICE OF FILING OF DECLARATION IN
## SUPPORT OF CREDITOR MATRIX MOTION

**PLEASE TAKE NOTICE** that on May 9, 2017, the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation (together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed the *Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* [D.I. 44] (the "Creditor Matrix Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Creditor Matrix Motion, the Debtors hereby file the *Declaration of Scott A. Rinaldi in Support of the Motion of Debtors for Entry of an Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* (the "Declaration"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Creditor Matrix Motion, the Declaration, and all documents filed in these title III cases are available (a) free of charge by

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

| | |
|---|---|
| Dated: May 10, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/* Martin J. Bienenstock<br><br>Martin J. Bienenstock<br>Scott K. Rutsky<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admission Pro Hac Vice pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/* Hermann D. Bauer<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |