UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Title III |
| COMMONWEALTH OF PUERTO RICO, and | Case No. 17-01578 (LTS) |
| PUERTO RICO SALES TAX FINANCING CORPORATION, | Case No. 17-01599 |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF HEARING ON MOTIONS

**PLEASE TAKE NOTICE** that on May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] filed a voluntary petition for relief under Title III of PROMESA in the United States District Court for the District of Puerto Rico (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a voluntary petition for relief under Title III of PROMESA in the Court.

**PLEASE TAKE FURTHER NOTICE** that on May 9, 2017, the Debtors filed several motions seeking relief from the Court (collectively, the "May 9 Motions"),[2] including the *Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and*

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] *See Notice of Hearing on First Day Motions* [D.I. 46].

FOMB - Notice of Hearing (5-10-17); 1

*(B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* [D.I. 44] (the "Creditor Matrix Motion").

**PLEASE TAKE FURTHER NOTICE** that on May 10, 2017, the Debtors filed the following pleadings:

- *Declaration of Scott A. Rinaldi in Support of the Motion of Debtors for Entry of an Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* [D.I. 59], in support of the Creditor Matrix Motion; and

- *Motion of Debtors Pursuant to Bankruptcy Code Section 105(a) for Entry of Order Confirming Authority of Banks to Continue Honoring Instructions and Payment Instruments with Respect to the Debtors' Bank Accounts* [D.I. 60] (together with the May 9 Motions, the "First Day Motions").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767, on **May 17, 2017 at 9:30 a.m. (Atlantic Standard Time)**, or as soon thereafter as counsel may be heard, to consider the relief sought by the Debtors in the First Day Motions.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to any First Day Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), and served on (i) counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299 (Attn: Martin J. Bienenstock, Esq., Scott K. Rutsky, Esq., and Paul V. Possinger, Esq.), and O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite

800, San Juan, PR 00918-1813 (Attn: Hermann D. Bauer, Esq.); (ii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.); and (iii) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, **so as to be received no later than May 15, 2017 at 3:00 p.m. (Atlantic Standard Time)**.

| | |
|---|---|
| Dated: May 10, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/* Martin J. Bienenstock<br><br>Martin J. Bienenstock<br>Scott K. Rutsky<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admission Pro Hac Vice pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/* Hermann D. Bauer<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |