UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 CV 1578-LTS |
| | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
|     Debtor. | |

-----------------------------------------------------

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 CV 1599 |
| | No. 17 BK 3284 |
| PUERTO RICO SALES TAX FINANCING | |
| CORPORATION ("COFINA"), | (Joint Administration |
| | Requested) |
|     Debtor. | |

------------------------------------------------------------x

NOTICE OF TRANSFER OF DOCKET

        For administration purposes only, the public docket in the above-captioned cases shall be maintained on the Case Management / Electronic Case Files ("CM/ECF") system of the United States Bankruptcy Court for the District of Puerto Rico. Bankruptcy Case No. 17 BK 3283 has been opened and will correspond to the existing case no. 17 CV 1578. Bankruptcy Case No. 17 BK 3284 has been opened and will correspond to the existing case no. 17 CV 1599. All further filings in the above-captioned cases must **only** be made in the CM/ECF system of the United States Bankruptcy Court for the District of Puerto Rico, and the Clerk of Court for the

District of Puerto Rico will transfer all existing filings into the Bankruptcy Court CM/ECF system. No further filings should be made in the CM/ECF system for the United States District Court for the District of Puerto Rico in these cases.

Any further filings in these cases must bear a caption substantially conforming to the models below:

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
------------------------------------------------------------x

In re:  PROMESA
        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,

    Debtor.

------------------------------------------------------------x

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
------------------------------------------------------------x

In re:  PROMESA
        Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of  No. 17 BK 3284

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

    Debtor.

------------------------------------------------------------x

The Clerk of Court for the District of Puerto Rico is respectfully requested to transfer and then administratively close cases 17 CV 1578 and 17 CV 1599 in conformance with the foregoing.

SO ORDERED.

Dated: May 11, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge