IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

**COMMONWEALTH OF PUERTO RICO,**

      **Debtor.**

_____/

Case No. 3:17-cv-01578 (LTS)

Title III

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

    **NOW APPEAR** the UBS Family of Funds and the Puerto Rico Family of Funds identified in Exhibit 1 attached hereto, and hereby enter their appearance through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170, and very respectfully request that copies of all notices and pleadings given or required to be given in this case by any party or their counsel of record, whether in writing or by telephone, fax, or any other form of transmission, and all papers served or required to be served in this case by any party or their counsel of record, be given and served upon:

| | |
|---|---|
| LOPEZ SANCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918<br>(787) 522-6776<br>(787) 522-6777<br><br>Attn: José C. Sánchez-Castro<br>USDC-PR 213312<br>jsanchez@lsplawpr.com<br><br>Alicia I. Lavergne-Ramírez<br>USDC-PR 215112<br>alavergne@lsplawpr.com<br><br>Maraliz Vázquez-Marrero<br>USDC-PR 225504<br>mvazquez@lsplawpr.com | WHITE & CASE LLP<br>200 South Biscayne Blvd.<br>Miami, FL 33131-2352<br>(305) 371-2700<br>Attn: John K. Cunningham<br>(*pro hac vice* pending)<br>Jason N. Zakia (*pro hac vice* pending)<br>jcunningham@whitecase.com<br>jzakia@whitecase.com<br><br>-and-<br><br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>(212) 819-8200<br>Attn: Glenn M. Kurtz (*pro hac vice* pending)<br>gkurtz@whitecase.com |

Americas 92813591

2

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 11, 2017.

By: /s/ *Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112
LÓPEZ SÁNCHEZ & PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
(787) 522-6776
(787) 522-6777
alavergne@lsplawpr.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

Americas 92813591

# **EXHIBIT 1**

Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.
Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Investors Tax-Free Fund, Inc. II
Puerto Rico Investors Tax-Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund IV, Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund VI, Inc.
Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.
UBS IRA Select Growth & Income Puerto Rico Fund