# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,

      Debtor.

PROMESA
Title III

No. 17 BK 3283-LTS[1]

-------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

      Debtor.

PROMESA
Title III

No. 17 BK 3284

(Joint Administration Requested)

Related to D.I. 45

---------------------------------------------------------------x

## NOTICE OF FILING OF EXHIBIT A
## TO THE PRIME CLERK APPLICATION

**PLEASE TAKE NOTICE** that on May 9, 2017, the Commonwealth of Puerto Rico (the

"Commonwealth") and the Puerto Rico Sales Tax Financing Corporation (together with the

---

[1] Pursuant to the *Notice of Transfer of Docket* [D.I. 62], for administration purposes only, the public docket in the above-captioned cases will be maintained on the Case Management/Electronic Case Files system of the United States Bankruptcy Court for the District of Puerto Rico. For the Commonwealth of Puerto Rico, Bankruptcy Case No. 17 BK 3283 has been opened and will correspond to the existing case no. 17 CV 1578, and for the Puerto Rico Sales Tax Financing Corporation, Bankruptcy Case No. 17 BK 3284 has been opened and will correspond to the existing case no. 17 CV 1599.

Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] filed the *Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to Petition Dates* [D.I. 45] (the "Prime Clerk Application").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are hereby filing with the Court Exhibit A to the Prime Clerk Application, containing a copy of the engagement agreement, dated as of May 3, 2017, between Prime Clerk and the Oversight Board (the "Engagement Agreement").

**PLEASE TAKE FURTHER NOTICE** that copies of the Prime Clerk Application, the Engagement Agreement, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

| | |
|---|---|
| Dated: May 11, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br>*/s/ Martin J. Bienenstock*<br>Martin J. Bienenstock<br>Scott K. Rutsky<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admission Pro Hac Vice pending)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900 |

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/   Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205

*/s/ Daniel J. Perez-Refojos*
Daniel J. Perez-Refojos
USDC No. 303909

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*