# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as a representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | **PROMESA**<br>**Title III**<br><br><br>**No. 17 BK 3283-LTS** |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW, Glenn M. Kurtz, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1. Applicant is an attorney and member of the law firm of White & Case, LLP, with offices at:

   Address: 1221 Avenue of the Americas
   New York, New York 10020-1095

   E-mail: gkurtz@whitecase.com

   Telephone: (212) 819-8200

   Facsimile: (212) 354-8113

2. Applicant will sign all pleadings with the name Glenn M. Kurtz.

3. Applicant has been retained as a member of the above-named firm by the UBS Family of Funds and the Puerto Rico Family of Funds identified in Exhibit 1 to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1990, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices. Applicant's bar number is 2321966.

Americas 92813706

5. Applicant has been admitted to practice before the following courts:

> U.S. Supreme Court since 2007
> U.S. Court of Appeals for the Eleventh Circuit Court since 2013
> U.S. Court of Appeals for the Second Circuit since 1996
> U.S. Court of Appeals for the Third Circuit since 2004
> U.S. Court of Appeals for the Fourth Circuit since 2002
> U.S. Court of Appeals for the Sixth Circuit since 2008
> U.S. Court of Appeals for the Eighth Circuit since 2005
> U.S. Court of Appeals for the Ninth Circuit since 2008
> U.S. District Court for the Western District of Michigan since 2003
> U.S. District Court for the Eastern District of New York since 1991
> U.S. District Court for the Southern District of New York since 1991
> New York State Bar since 1990

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name: | Alicia I. Lavergne Ramírez |
| Address: | 270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, Puerto Rico 00918 |
| E-mail: | alavergne@lsplawpr.com |
| Telephone: | (787) 522-6776 |

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide, in part that attorneys appearing *Pro Hac Vice* must comply with the provisions set forth therein and pay an admission fee per appearance in each new case before the Court. Accordingly, payment of the *Pro Hac Vice* admission fee is attached hereto.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 11, 2017

/s/ *Glenn M. Kurtz*
Glenn M. Kurtz
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Email: gkurtz@whitecase.com

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 11, 2017

Alicia I. Lavergne Ramírez
USDC-PR 215112

/s/ *Alicia I. Lavergne Ramírez*
Signature of Local Counsel

I CERTIFY that on May 11, 2017, I caused to be electronically filed the foregoing Application and Order for Admission *Pro Hac Vice*, accompanied by the admission fee, *Pro Hac Vice* admission fee, with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Glenn M. Kurtz*
Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, order that:

- ❑ the application be granted. The Clerk shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ❑ the application be denied. The Clerk shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
U.S. DISTRICT JUDGE

Americas 92813706

4

## **EXHIBIT 1**

Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.
Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Investors Tax-Free Fund, Inc. II
Puerto Rico Investors Tax-Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund IV, Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund VI, Inc.
Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.
UBS IRA Select Growth & Income Puerto Rico Fund