# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Paul, Weiss, Rifkind, Wharton & Garrison LLP, Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, and Jiménez, Graffam & Lausell hereby enter their appearance in the above-captioned Title III cases (the "Title III Cases") as co-counsel to an ad hoc group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc

Group of General Obligation Bondholders").[1]

The Ad Hoc Group of General Obligation Bondholders hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by the Clerk in the Title III Cases, and that the Clerk and all other parties-in-interest in the Title III Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Title III Cases, to the persons listed below:

PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
Attn:  Andrew N. Rosenberg
Attn:  Richard A. Rosen
Attn:  Walter Rieman
Attn:  Kyle J. Kimpler
Attn:  Karen R. Zeituni
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
E-Mail:  arosenberg@paulweiss.com
        rrosen@paulweiss.com
        wrieman@paulweiss.com
        kkimpler@paulweiss.com
        kzeituni@paulweiss.com

ROBBINS, RUSSELL, ENGLERT, ORSECK,
   UNTEREINER & SAUBER LLP
1801 K Street, NW
Washington, D.C.  20006
Attn:  Mark T. Stancil
Attn:  Gary A. Orseck
Attn:  Donald Burke
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
E-Mail:  mstancil@robbinsrussell.com
        gorseck@robbinsrussell.com
        dburke@robbinsrussell.com

JIMÉNEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR 00936-6104
Attn:  J. Ramón Rivera Morales
Telephone:  (787) 767-1030
Facsimile:  (787) 751-4068
E-Mail:  rrivera@jgl.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the provisions of

---

[1] The Ad Hoc Group of General Obligation Bondholders consists of certain funds managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion Capital Partners L.P.

2

the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this Title III Case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex, electronically or otherwise filed or given with regard to the Title III Cases and the proceedings therein, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any rights of the Ad Hoc Group of General Obligation Bondholders (or of any of its members) (1) to trial by jury in any proceeding so triable in the Title III Cases or any case, controversy or proceeding related to the Title III Cases; or (2) to rights, claims, actions, defenses, setoffs, recoupments or remedies to which the Ad Hoc Group of General Obligation Bondholders (or any of its members) is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved hereby.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
      May 11, 2017

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| Andrew N. Rosenberg (*pro hac vice* pending)<br>Richard A. Rosen (*pro hac vice* pending)<br>Walter Rieman (*pro hac vice* pending)<br>Kyle J. Kimpler (*pro hac vice* pending)<br>Karen R. Zeituni (*pro hac vice* pending)<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-Mail: arosenberg@paulweiss.com<br>rrosen@paulweiss.com<br>wrieman@paulweiss.com<br>kkimpler@paulweiss.com<br>kzeituni@paulweiss.com | Mark T. Stancil (*pro hac vice* pending)<br>Gary A. Orseck (*pro hac vice* pending)<br>Donald Burke (*pro hac vice* pending)<br>1801 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>E-Mail: mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>dburke@robbinsrussell.com |

**JIMÉNEZ, GRAFFAM & LAUSELL**

By:    /s/ *Ramón Rivera Morales*

J. Ramón Rivera Morales
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

*Counsel to the Ad Hoc Group of General Obligation Bondholders*

4