# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

## APPLICATION OF ATARA MILLER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

    **COMES NOW Atara Miller, Esq.** (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

    1.    Applicant is an attorney and a Partner with the law firm Milbank, Tweed, Hadley & McCloy LLP with offices at:

| | | |
|---|---|---|
| **Address** | : | 28 Liberty Street<br>New York, NY 10005-1413 |
| **E-Mail** | : | AMiller@milbank.com |
| **Telephone** | : | (212) 530-5421 |
| **Fax** | : | (212) 822-5421 |

    2.    Applicant will sign all pleadings with the name <u>Atara Miller</u>.

    3.    Applicant does not reside in the Commonwealth of Puerto Rico.

    4.    Applicant has been retained as counsel by plaintiff Ambac Assurance Corporation ("Ambac"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

Case:17-03283-LTS   Doc#:76   Filed:05/12/17   Entered:05/12/17 10:16:22   Desc: Main
Application of Atara Miller to Appear Document   Page 2 of 5
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 2 of 5

5.  Since 2003, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where Applicant regularly practices law. Applicant's New York bar license number is 4126314. Since 2003, Applicant has been and presently is a member in good standing of the bar of the highest court of the Commonwealth of Massachusetts. Applicant's Massachusetts bar license number is 654694.

6.  Applicant has also been admitted to practice before the following courts where she remains as a member in good standing:

| Court: | Admission Date: |
| --- | --- |
| US Supreme Court | 2013 |
| US Court of Appeals for the First Circuit | 2017 |
| US Court of Appeals for the Second Circuit | 2005 |
| US Court of Appeals for the Seventh Circuit | 2011 |
| US Court of Appeals for the Eleventh Circuit | 2011 |
| US District Court for the Eastern District of New York | 2006 |
| US District Court for the Southern District of New York | 2003 |

7.  Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.  Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.  During the past three years, applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Style and Number: |
| --- | --- |
| January 11, 2016 | *Assured Guaranty Corp. et al v. García-Padilla et al.*, No. 16-cv-1037 (D.P.R.) (Besosa, J.) |
| May 11, 2016 | *Ambac Assurance Corp. v. Puerto Rico Highways and Transp. Auth.*, No. 16-cv-1893 (D.P.R.) (Besosa, J.) |
| October 27, 2016 | *Lex Claims, LLC, et al. v. The Commonwealth Of Puerto Rico, et al.*, No. 16-cv-2374 (D.P.R.) (Besosa, J.) |

Case:17-03283-LTS Doc#:76 Filed:05/12/17 Entered:05/12/17 10:16:22 Desc: Main
Application of Atara Miller to Appear Pro Hac Vice Page 3 of 5
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 3 of 5

10. Local counsel of record associated with Applicant in this matter is:

| | | |
|---|---|---|
| **Name** | : | Roberto A. Cámara-Fuertes |
| **USDC-PR Bar No.** | : | 219002 |
| **Email** | : | rcamara@ferriauioli.com |
| **Address** | : | P.O. Box 195168 |
| | | San Juan, PR 00919-5168 |
| **Telephone No.** | : | (787) 776-7000 x 366 |
| **Fax No.** | : | (787) 776-7001 |

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico[1] and agrees to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

---

[1] Latest version (with amendments through September 2, 2010) available at http://www.prd.uscourts.gov/sites/default/files/documents/94/Local_Rules_amended_as_of_Sept_2_2010_with_TOC.pdf

Case:17-03283-LTS Doc#:76 Filed:05/12/17 Entered:05/12/17 10:16:22 Desc: Main
Document Page 4 of 5
Application of Atara Miller to Appear Pro Hac Vice
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 4 of 5

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 12th day of May, 2017.

*Atara Miller*
Atara Miller

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 12th day of May, 2017.

*s/ Roberto A. Cámara-Fuertes*
Roberto A. Cámara-Fuertes
USDC-PR No. 219002



Case:17-03283-LTS   Doc#:76   Filed:05/12/17   Entered:05/12/17 10:16:22   Desc: Main
Application of Atara Miller to Appear Document   Page 5 of 5
In re Commonwealth of Puerto Rico
Civil No. 17-cv-1578
Page 5 of 5

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

In San Juan, Puerto Rico, this 12th day of May, 2017.

**Ferraiuoli** LLC
PO Box 195168
San Juan, PR 00919-5168
Phone: 787.766.7000
Fax: 787.766.7001

*s/ Roberto A. Cámara Fuertes*
Roberto A. Cámara Fuertes
USDC-PR 219002
Email: rcamara@ferraiuoli.com