# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** <br><br> As representative of <br><br> **THE COMMONWEALTH OF PUERTO RICO** <br><br> Debtor. | PROMESA <br><br> Title III <br><br><br> Case No. 17-CV-01578-LTS <br><br> Case No. 17-03283 |
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** <br><br> As representative of <br><br> **PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),** <br><br> Debtor. | PROMESA <br><br> Title III <br><br><br> Case No. 17-CV-01599-LTS <br><br> Case No. 17-03284 <br><br> **(Joint Administration Requested)** |

## UNITED STATES TRUSTEE'S NOTICE
## OF REQUEST TO BE HEARD AT MAY 17, 2017, HEARING

Guy G. Gebhardt, the Acting United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

1. Guy G. Gebhardt, the Acting United States Trustee for Region 21, requests to be heard at the status conference in these cases to be held by the court on May 17, 2017. The United States Trustee will be represented at the hearing by Monsita Lecaroz-Arribas, Assistant United States Trustee for the District of Puerto Rico and by Maria D. Giannirakis, trial attorney from the Cleveland, Ohio office of the United States Trustee. The United States Trustee appears to respond to the court's Order of May 10, 2017 requesting the United States Trustee to appear and report on the status of committee formation for these cases.

WHEREFORE, the United States Trustee requests that the Court take note of the United Trustee's appearance at the May 17, 2017 hearing.

**DATED: May 12, 2017**

GUY G. GEBHARDT
Acting United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707