# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

The appearing party, The Bank of New York Mellon, as trustee, respectfully informs that the following attorneys enter an appearance on its behalf:

> Lee Sepulvado Ramos
> USDC-PR Bar No. 211912
> José F. Escobar Machín
> USDC-PR Bar No. 230509
> José Javier Santos Mimoso
> USDC-PR Bar No.208207
> SEPULVADO & MALDONADO, PSC
> 252 Ponce de León Avenue
> Citibank Tower, Suite 1900
> San Juan, PR 00918
> Email: lsepulvado@smlawpr.com
> Email: jescobar@smlawpr.com
> Email: jsantos@smlawpr.com
> Telephone:  787-765-5656
> Facsimile:  787-294-0073
>
> and
>
> Eric A. Schaffer (*pro hac vice* forthcoming)
> Luke A. Sizemore (*pro hac vice* forthcoming)
> REED SMITH LLP
> 225 Fifth Avenue, Suite 1200

        Pittsburgh, PA 15222
        Email: eschaffer@reedsmith.com
        Email:lsizemore@reedsmith.com
        Telephone: 412-288-4202
        Facsimile: 412-288-3063

        and

        Kurt F. Gwynne, Esq. (*pro hac vice* forthcoming)
        REED SMITH LLP
        1201 Market Street, Suite 1500
        Wilmington, DE 19801
        Email: kgwynne@reedsmith.com
        Telephone: (302) 778-7550
        Facsimile: (302) 778-7575

    WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned.

    RESPECTFULLY SUBMITTED.

    On this 12th day of May, 2017.

    I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

Dated: May 12, 2017         Respectfully submitted,

        SEPULVADO & MALDONADO, PSC

        By:    *s/Lee Sepulvado Ramos*
              Lee Sepulvado Ramos
              USDC-PR Bar No. 211912
              252 Ponce de León Avenue
              Citibank Tower, Suite 1900
              San Juan, PR 00918
              Email: lsepulvado@smlawpr.com
              Telephone: 787-765-5656
              Facsimile: 787-294-0073

              *Counsel for The Bank of New York Mellon, as trustee*