**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>               Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF KURT F. GWYNNE**

COMES NOW, Kurt F. Gwynne, Applicant herein and respectfully states:

1.      Applicant is an attorney and a partner of the law firm of Reed Smith LLP, with offices at:

> 1201 Market Street, Suite 1500
> Wilmington, DE 19801
> kgwynne@reedsmith.com
> Telephone:  (302) 778-7550
> Facsimile:  (302) 778-7575

2.      Applicant will sign all pleadings with the name Kurt F. Gwynne.

3.      Applicant has been retained as a member of the above-named firm by The Bank of New York Mellon, as trustee, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since 2000, applicant has been and presently is a member in good standing of the bar of the State of Delaware, where applicant regularly practices law. Applicant's Delaware bar license number is 3951.

5.      Applicant has admitted to practice and is a member in good standing in the following state jurisdictions:

| Court | Admission Date | Attorney Identification Number |
|---|---|---|
| State of Delaware | 2000 | 3951 |
| Commonwealth of Pennsylvania | 1992 | 66390 |
| State of New Jersey | 1993 | KG3252 |

6.      Movant is admitted to practice and is a member in good standing in the following federal jurisdictions:

| Court | Admission Date | Attorney Identification Number |
|---|---|---|
| United States District Court for the District of Delaware | 2001 | Active |
| United States District Court for the Central District of Illinois | 1999 | Active |
| United States District Court for the Eastern District of Michigan | 2000 | Active |
| United States District Court for the Eastern District of Pennsylvania | 1995 | Active |
| United States District Court for the Western District of Pennsylvania | 1995 | Active |
| United States District Court for the Northern District of Texas | 1997 | Active |
| United States Court of Appeals for the Third Circuit | 1998 | Active |
| United States Bankruptcy Court for the District of Delaware | 2000 | Active |
| United States Bankruptcy Court for the District of New Jersey | 1994 | Active |
| United States Bankruptcy Court for the Eastern District of Pennsylvania | 1993 | Active |
| United States Supreme Court | 2015 | Active |

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any jurisdiction.

9.      Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10.     Local counsel of record associated with the applicant in this matter is:

> Lee Sepulvado Ramos
> USDC-PR Bar No. 211912
> Jose F. Escobar Machin
> USDC-PR Bar No.  230509
> Jose Javier Santos Mimoso
> USDC-PR Bar No.  208207
> SEPULVADO & MALDONADO, PSC
> 252 Ponce de León Avenue
> Citibank Tower, Suite 1900
> San Juan, PR 00918
> Email:  lsepulvado@smlawpr.com
> Telephone:  787-765-5656
> Facsimile:  787-294-0073

11.     Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

12.     Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court.  Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to:  Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

*[This remainder of this page was intentionally left blank]*

Dated:  May 12, 2017                    Respectfully submitted,

                                        REED SMITH LLP

                        By:     _____

                                        Kurt F. Gwynne, Esq.
                                        Del. I.D. No. 3951
                                        1201 Market Street, Suite 1500
                                        Wilmington, DE 19801
                                        kgwynne@reedsmith.com
                                        Telephone:  (302) 778-7550
                                        Facsimile:  (302) 778-7575
                                        Email:  kgwynne@reedsmith.com

                                        *Counsel for The Bank of New York Mellon,
                                        as trustee*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the

designation of local counsel of record for all purposes.

Dated:  May 12, 2017                          Respectfully submitted,

                                              SEPULVADO & MALDONADO, PSC

                                    By:     s/Lee Sepulvado Ramos
                                          _____
                                            Lee Sepulvado Ramos
                                            USDC-PR Bar No. 211912
                                            252 Ponce de León Avenue
                                            Citibank Tower, Suite 1900
                                            San Juan, PR 00918
                                            Email:  lsepulvado@smlawpr.com
                                            Telephone:  787-765-5656
                                            Facsimile:  787-294-0073

                                            *Counsel for The Bank of New York Mellon,
                                            as trustee*

## <u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on this date, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send automatic notification of such

filing to all CM/ECF Participants.

Dated:  May 12, 2017     <u>*/s/ Lee Sepulvado Ramos*  </u>
        Lee Sepulvado Ramos
        USDC-PR Bar No. 222207
        lsepulvado@smlawpr.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

       as a representative of

THE COMMONWEALTH OF PUERTO
RICO,

              Debtor.

PROMESA
Title III

Case No. 17 BK 3283-LTS

**ORDER GRANTING ADMISSION
*PRO HAC VICE* OF KURT F. GWYNNE**

This Court, having considered the above Application for Admission *Pro Hac Vice,* orders

that:

_____ the application be granted.  The Clerk of Court shall deposit the admission fee to

the account of Non-Appropriated Funds of this Court.

_____ the application be denied.  The Clerk of Court shall deposit the admission fee to

the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of _____, 2017.

                    _____

                    U.S. District Judge