IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF ERIC A. SCHAFFER

COMES NOW, Eric A. Schaffer, Applicant herein and respectfully states:

1. Applicant is an attorney and a partner of the law firm of Reed Smith LLP, with offices at:

> 225 Fifth Avenue, Suite 1200
> Pittsburgh, Pennsylvania 15222
> eschaffer@reedsmith.com
> Telephone: 412-288-4202
> Facsimile: 412-288-3063

2. Applicant will sign all pleadings with the name Eric A. Schaffer.

3. Applicant has been retained as a member of the above-named firm by The Bank of New York Mellon, as trustee, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since October 31, 1979, applicant has been and presently is a member in good standing of the bar of the Commonwealth of Pennsylvania, where applicant regularly practices law. Applicant's Pennsylvania bar license number is 30797.

5. Applicant has been admitted to practice and is a member in good standing in the following state jurisdictions:

| Court | Admission Date | Attorney Identification Number |
|---|---|---|
| Supreme Court of Pennsylvania | October 31, 1979 | 30797 |
| Supreme Court of Louisiana | December, 1994 | Active |
| Supreme Court of Ohio | October 6, 1989 | 0073429 |
| Court of Appeals of New York | July 23, 2003 | 4142469 |

6. Movant is admitted to practice and is a member in good standing in the following federal jurisdictions:

| Court | Admission Date | Attorney Identification Number |
|---|---|---|
| United States District Court for the Western District of Pennsylvania | October 26, 1979 | Active |
| United States District Court for the Southern District of New York | July 23, 2003 | Active |
| United States Supreme Court | January 27, 1987 | Active |
| United States Court of Appeals for the Second Circuit | November 8, 2012 | Active |
| United States Court of Appeals for the Third Circuit | February 5, 1982 | Active |
| United States Court of Appeals for the Fourth Circuit | April 30, 2004 | Active |
| United States Court of Appeals for the Fifth Circuit | November 4, 1993 | Active |
| United States Court of Appeals for the Sixth Circuit | June 28, 1989 | Active |
| United States Court of Appeals for the Eighth Circuit | November 15, 2002 | Active |
| United States Court of Appeals for the Ninth Circuit | October 2, 2014 | Active |
| United States Court of Appeals for the Tenth Circuit | December 21, 1983 | Active |
| United States Court of Appeals for the Eleventh Circuit | January 5, 2000 | Active |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any jurisdiction.

9. Applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico in *Lex Claims, LLC v. Padilla,* Case No. 3:16-cv-02374 (FAB) [Document No. 119].

10. Local counsel of record associated with the applicant in this matter is:

> Lee Sepulvado Ramos
> USDC-PR Bar No. 211912
> Jose F. Escobar Machin
> USDC-PR Bar No. 230509
> Jose Javier Santos Mimoso
> USDC-PR Bar No. 208207
> SEPULVADO & MALDONADO, PSC
> 252 Ponce de León Avenue
> Citibank Tower, Suite 1900
> San Juan, PR 00918
> Email: lsepulvado@smlawpr.com
> Telephone: 787-765-5656
> Facsimile: 787-294-0073

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

*[This remainder of this page was intentionally left blank]*

Dated: May 12, 2017

Respectfully submitted,

REED SMITH LLP

By: _____

Eric A. Schaffer, Esq.
PA I.D. No. 30797
Reed Smith Centre
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: 412-288-3131
Facsimile: 412-288-3063
Email: eschaffer@reedsmith.com

*Counsel for The Bank of New York Mellon, as trustee*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Dated: May 12, 2017

Respectfully submitted,

SEPULVADO & MALDONADO, PSC

By:   s/Lee Sepulvado Ramos
Lee Sepulvado Ramos
USDC-PR Bar No. 211912
252 Ponce de León Avenue
Citibank Tower, Suite 1900
San Juan, PR 00918
Email: lsepulvado@smlawpr.com
Telephone: 787-765-5656
Facsimile: 787-294-0073

*Counsel for The Bank of New York Mellon, as trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notification of such filing to all CM/ECF Participants.

Dated: May 12, 2017

*/s/ Lee Sepulvado Ramos*
Lee Sepulvado Ramos
USDC-PR Bar No. 211912
lsepulvado@smlawpr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

ORDER GRANTING ADMISSION
*PRO HAC VICE* OF ERIC A. SCHAFFER

This Court, having considered the above Application for Admission *Pro Hac Vice,* orders that:

_____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

_____ the application be denied. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of _____, 2017.

_____
U.S. District Judge