IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-------------------------------------------------------------x

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Goldman Sachs Asset Management, L.P., under Fed. R. Bankr. P. 9010(b). I hereby request to be served with all motions, pleadings and documents filed in this case.

I HEREBY CERTIFY that I have electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record.

Dated: May 12, 2017

*/s/ Iván J. Lladó*
Iván J. Llado
USDC PR No. 302002
Email: ivan.llado@mbcdlaw.com

**MORELL, BAUZÁ,
CARTAGENA & DAPENA**
PO Box 13399
San Juan, PR 00908
Tel.  787-723-1233
Fax. 787-723-8763