IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------x
In re:                                                    PROMESA
                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
                                                          No. 17 BK 3283-LTS
      as representative of

THE COMMONWEALTH OF PUERTO RICO,

           Debtor.
-------------------------------------------------------x
```

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Goldman Sachs Asset Management, L.P., under Fed. R. Bankr. P. 9010(b). I hereby request to be served with all motions, pleadings and documents filed in this case.

I HEREBY CERTIFY that I have electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record.

Dated: May 12, 2017

*/s/ Ramón E. Dapena*
Ramón E. Dapena
USDC PR No. 125005
Email: ramon.dapena@mbcdlaw.com

**MORELL, BAUZÁ,
CARTAGENA & DAPENA**
PO Box 13399
San Juan, PR 00908
Tel. 787-723-1233
Fax. 787-723-8763