IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

    as representative of

THE COMMONWEALTH OF PUERTO
RICO,

    Debtor.

---------------------------------------------------------------------- x

PROMESA
Title III

No. 17 BK 3283-LTS

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Megan Thibert-Ind, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of:

   McDermott Will & Emery, LLP
   444 West Lake Street, Suite 4000
   Chicago, Illinois 60606
   Phone: (312) 372-2000
   Fax: (312) 984-7700
   Email: mthibert-ind@mwe.com

2. Applicant will sign all pleadings with the name Megan Thibert-Ind.

3. Applicant has been retained as a member of the above-named firm by Goldman Sachs Asset Management, L.P. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

1

4. Since November 9, 2006, applicant has been and currently is a member in good standing of the bar of the highest court of the State of Illinois, where applicant regularly practices law. Applicant's bar license number is: 6290904.

5. Applicant has been admitted to practice before the following courts:

| JURISDICTION | STATUS | ADMISSION DATE |
|---|---|---|
| Northern District of Illinois | Active | 1/11/2007 |
| Seventh Circuit Court of Appeals | Active | 4/5/2013 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

- *Puerto Rico Tourism Company v. Priceline.com, Inc., et al.*, No. 14-cv-01318(JAF) (Date of Application: August, 21, 2015)

10. Local counsel of record associated with applicant in this matter is:

Ramón Dapena (USDC-PR Bar No. 125005)
Victor Quiñones (USDC-PR Bar No. 221410)
Iván Lladó (USDC-PR Bar No. 302002)
**MORELL BAUZÁ CARTAGENA & DAPENA, LLC**
Plaza 273
Suite 700
273 Ponce de León Ave.
Hato Rey, Puerto Rico 00917-1934
Phone: (787) 723-1233

Fax: (787) 723-8763
Email: ramon.dapena@mbcdlaw.com
Email: victor.quinones@mbcdlaw.com
Email: ivan.llado@mbcdlaw.com

11. Applicant has read the local rules of this court and will comply with those rules.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: May 12, 2017

Megan Thibert-Ind
Printed Name of Applicant

*/s/ Megan Thibert-Ind*
Printed Name of Applicant

WE HEREBY CERTIFY, pursuant to Local Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Dated: May 12, 2017

Ramón E. Dapena
_____
Printed Name of Local Counsel

S/ Ramón E. Dapena
_____
Signature of Local Counsel

Iván J. Lladó
_____
Printed Name of Local Counsel

S/ Iván J. Lladó
_____
Signature of Local Counsel

Víctor J. Quiñones
_____
Printed Name of Local Counsel

S/ Víctor J. Quiñones
_____
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

*[signature: Megan Thibert-Ind]*
_____
Printed Name of Applicant

5

# **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
Honorable Laura Taylor Swain

DM_US 81839174-1.022714.0243