```
                                United States Bankruptcy Court
                                   District of Puerto Rico
In re:                                                             Case No. 17-03283-LTS
COMMONWEALTH OF PUERTO RICO                                        Chapter 9
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0104-3         User: reyesw              Page 1 of 2           Date Rcvd: May 11, 2017
                             Form ID: pdf001           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 13, 2017.
db            +COMMONWEALTH OF PUERTO RICO,    FINANCIAL OVERSIGHT & MANAGEMENT BOARD,
                JACOB JAVITS FEDERAL BLDG,   26 FEDERAL PLAZA,    RM 2-128,   NEW YORK, NY 10278-0004
aty            ALEXANDRA CASELLAS-CABRERA,    ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PS,    PO BOX 70294,
                SAN JUAN, PR  00936-8294
aty           +JOSE A SOSA-LLORENS,    DLA PIPER (PUERTO RICO) LLC,    EDIFICIO OCHOA SUITE 401,
                500 CALLE DE LA TANCA,    SAN JUAN, PR 00901-1942
aty            MANUEL A RODRIGUEZ BANCHS,    PO BOX 368006,   SAN JUAN, PR  00936-8006
smg            FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg            PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,   12 FLOOR,
                SAN JUAN, PR  00918
cr             AD HOC RETIREE COMMITTEE,    PO BOX 194000 BOX 212,    SAN JUAN, PR  00919-4000
cr            +AMBAC ASSURANCE CORPORATION,    P O BOX 195168,    SAN JUAN, PR 00919-5168
cr            +AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL,    1101 17TH STREET NW SUITE 900,
                WASHINGTON, DC 20036-4712
cr             CARDINAL HEALTH PR 120 INC,    WILLIAM M. VIDAL-CARVAJAL LAW OFFICE PSC,
                MCS PLAZA PONCE DE LEON AVE SUITE 801,    SAN JUAN, PR  00917
cr             CESAR CASTILLO INC,    C/O TOTTI & RODRIGUEZ DIAZ,    PO BOX 191732,   SAN JUAN, PR  00919-1732
cr            +CMA ARCHITECTS & ENGINEERS LLC,    PO BOX 194134,   SAN JUAN, PR 00919-4134
cr             MUTUAL FUND GROUP,    P O BOX 195383,   SAN JUAN, PR  00919-5383
cr             NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,    ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PS,
                PO BOX 70294,    SAN JUAN, PR  00936-8294
cr            +PUERTO RICO AAA PORTFOLIO BOND FUND INC,    LOPEZ SANCHEZ & PIRILLO LLC,
                270 MUNOZ RIVERA AVENUE SUITE 1110,    SAN JUAN, PR 00918-1939
intp          +THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT,    DLA PIPER (PUERTO RICO) LLC,
                EDIFICIO OCHOA SUITE 401,    500 CALLE DE LA TANCA,    SAN JUAN, PR 00901-1942
intp          +UNIVERSITY OF PUERTO RICO,    DLA PIPER (PUERTO RICO) LLC,    EDIFICIO OCHOA SUITE 401,
                500 CALLE DE LA TANCA,    SAN JUAN, PR 00901-1942
intp           WILLIAM SANTIAGO SASTRE,    PO BOX 1801,   SABANA SECA, PR  00952-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@hacienda.pr.gov May 11 2017 19:19:27      DEPARTAMENTO DE HACIENDA,
                PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg            E-mail/Text: ustpregion21.hr.ecf@usdoj.gov May 11 2017 19:18:15      US TRUSTEE,
                EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
intp           E-mail/Text: juani@icepr.com May 11 2017 19:17:59      JUAN M SUAREZ-COBO,   LEGAL PARTNERS PSC,
                138 WISTON CHURCHILL AVE,   SUITE 316,   SAN JUAN, PR  00926-6023
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           WILLIAM SANTIAGO SASTRE,    PO BOX 1801,   SABANA SECA, PR  00952-1801
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2017 at the address(es) listed below:
              AJ  BENNAZAR ZEQUEIRA    on behalf of Creditor    AD HOC RETIREE COMMITTEE ajb@bennazar.org
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               alavergne@lsplawpr.com,   alavergneramirez@gmail.com
              DANIEL  MOLINA LOPEZ    on behalf of Creditor    CESAR CASTILLO INC dml@trdlaw.com,
               i.cartagena@trdlaw.com;noticesdml@yahoo.com
              ERIC  PEREZ OCHOA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               epo@amgprlaw.com,   docketclerk@amgprlaw.com;ycruz@amgprlaw.com
```

```
District/off: 0104-3                  User: reyesw                 Page 2 of 2                  Date Rcvd: May 11, 2017
                                      Form ID: pdf001              Total Noticed: 21


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ERIC   PEREZ OCHOA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               epo@amgprlaw.com,   docketclerk@amgprlaw.com;ycruz@amgprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY CORP hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP
               hburgos@cabprlaw.com
              HERMANN D BAUER ALVAREZ    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               herman@oneillborges.com,   rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com
              JANE P VANKIRK    on behalf of Creditor    MUTUAL FUND GROUP jvankirk@tcmrslaw.com
              JOHN EDWARD MUDD    on behalf of Creditor    CMA ARCHITECTS & ENGINEERS LLC jemudd@yahoo.com
              JUAN MANUEL SUAREZ COBO    on behalf of Interested Party JUAN M SUAREZ-COBO
               pennyrose@legalpartnerspr.com,
               suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.co
               m;maribel@legalpartnerspr.com;casellas.lp@gmail.com;cgonzalez@legalpartnerspr.com;rfontanez@legal
               partnerspr.com
              LINETTE   FIGUEROA TORRES    on behalf of Creditor    MUTUAL FUND GROUP lft@tcmrslaw.com
              LOURDES ARLENE ARROYO PORTELA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,   docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LOURDES ARLENE ARROYO PORTELA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,   docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LUIS A OLIVER    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               loliver@amgprlaw.com,   luiggioliver@gmail.com
              MANUEL   FERNANDEZ BARED    on behalf of Creditor    MUTUAL FUND GROUP mfb@tcmrslaw.com
              MONSITA   LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO   CAMARA    on behalf of Creditor    AMBAC ASSURANCE CORPORATION rcamara@ferraiuoli.com,
               camara.robert@gmail.com
              WILLIAM M VIDAL    on behalf of Creditor    CARDINAL HEALTH PR 120 INC william.m.vidal@gmail.com
                                                                                             TOTAL: 19
```

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 CV 1578-LTS |
| | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-----------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 CV 1599 |
| | No. 17 BK 3284 |
| PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), | (Joint Administration Requested) |
| Debtor. | |

-----------------------------------------------------------x

NOTICE OF TRANSFER OF DOCKET

For administration purposes only, the public docket in the above-captioned cases shall be maintained on the Case Management / Electronic Case Files ("CM/ECF") system of the United States Bankruptcy Court for the District of Puerto Rico. Bankruptcy Case No. 17 BK 3283 has been opened and will correspond to the existing case no. 17 CV 1578. Bankruptcy Case No. 17 BK 3284 has been opened and will correspond to the existing case no. 17 CV 1599. All further filings in the above-captioned cases must **only** be made in the CM/ECF system of the United States Bankruptcy Court for the District of Puerto Rico, and the Clerk of Court for the

District of Puerto Rico will transfer all existing filings into the Bankruptcy Court CM/ECF system. No further filings should be made in the CM/ECF system for the United States District Court for the District of Puerto Rico in these cases.

Any further filings in these cases must bear a caption substantially conforming to the models below:

UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
|         Debtor. | |

-------------------------------------------------------------x

UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3284 |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), | |
|         Debtor. | |

-------------------------------------------------------------x

The Clerk of Court for the District of Puerto Rico is respectfully requested to transfer and then administratively close cases 17 CV 1578 and 17 CV 1599 in conformance with the foregoing.

SO ORDERED.

Dated: May 11, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge