**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>COMMONWEALTH OF PUERTO RICO, and<br><br>PUERTO RICO SALES TAX<br>FINANCING CORPORATION,<br><br>              Debtors. | Title III<br><br>Case No. 17-01578 (LTS)<br><br>Case No. 17-01599<br><br>(Joint Administration Requested) |

**<u>CERTIFICATE OF SERVICE</u>**

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned cases pending under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On May 10, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Master Email Service List attached hereto as **<u>Exhibit A</u>**:

- Motion of Debtors for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief [Docket No. 41]

- Motion of Debtors for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication thereof, and Granting Related Relief [Docket No. 42]

- Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief [Docket No. 43]

- Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the extent such Rule is Applicable to These Title III Cases [Docket No. 44]

- Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, *nunc pro tunc* to Petition Dates [Docket No. 45]

- Notice of Hearing on First Day Motions (Hearing scheduled for May 17, 2017 at 9:30 a.m. (Atlantic Standard Time)) [Docket No. 46]

- Order (On Hearing for First Day Motions scheduled for May 17, 2017 at 9:30 a.m. (Atlantic Time)) [Docket No. 58]

- Notice of Filing of Declaration in Support of Creditor Matrix Motion [Docket No. 59]

- Motion of Debtors for Entry of Order Confirming Authority of Banks to Continue Honoring Instructions and Payment Instruments with respect to the Debtors' Bank Accounts [Docket No. 60]

- Notice of Hearing on Motions (Hearing scheduled for May 17, 2017 at 9:30 a.m. (Atlantic Standard Time)) [Docket No. 61]

On May 10, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Master Service List attached hereto as **Exhibit B**:

- Motion of Debtors for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief [Docket No. 41]

- Motion of Debtors for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication thereof, and Granting Related Relief [Docket No. 42]

- Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief [Docket No. 43]

- Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the extent such Rule is Applicable to These Title III Cases [Docket No. 44]

- Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, *nunc pro tunc* to Petition Dates [Docket No. 45]

- Notice of Hearing on First Day Motions (Hearing scheduled for May 17, 2017 at 9:30 a.m. (Atlantic Standard Time)) [Docket No. 46]

- Order (On Hearing for First Day Motions scheduled for May 17, 2017 at 9:30 a.m. (Atlantic Time)) [Docket No. 58]

On May 11, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Master Service List attached hereto as **Exhibit B**:

- Notice of Filing of Declaration in Support of Creditor Matrix Motion [Docket No. 59]

- Motion of Debtors for Entry of Order Confirming Authority of Banks to Continue Honoring Instructions and Payment Instruments with respect to the Debtors' Bank Accounts [Docket No. 60]

- Notice of Hearing on Motions (Hearing scheduled for May 17, 2017 at 9:30 a.m. (Atlantic Standard Time)) [Docket No. 61]


Dated: May 11, 2017

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 11, 2017, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

SRF 15915

**<u>Exhibit A</u>**

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | P.O. Box 194000<br>No. 212<br>San Juan PR 00919-4000 | ajb@bennazar.org<br>bgm.csp@bennazar.org |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Alexandra Casellas-Cabrera<br>P.O. Box 70294<br>San Juan PR 00936-8294 | acasellas@amgprlaw.com |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa<br>P.O. Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Lourdes Arroyo Portela<br>P.O. Box 70294<br>San Juan PR 00936-8294 | larroyo@amgprlaw.com |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Luis A. Oliver Fraticelli<br>P.O. Box 70294<br>San Juan PR 00936-8294 | loliver@amgprlaw.com |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida<br>One Baxter Park Way<br>Deerfield IL 60015 | eric_ruiz@baxter.com<br>pat johnsen@baxter.com |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida<br>P.O. Box 360002<br>San Juan PR 00936-0002 | eric_ruiz@baxter.com<br>pat johnsen@baxter.com |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa<br>K-2 Ave. San Patricio<br>Guaynabo PR 00968 | wmunoz@braxtonpr.com<br>academico@braxtonpr.com<br>braxton.dp@gmail.com |
| Counsel to FGIC | Butler Snow | Attn: Martin Sosland, Esq.<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | martin.sosland@butlersnow.com |
| Counsel to Assured | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq.<br>700 Sixth Street, N.W.<br>Washington DC 20001 | mark.ellenberg@cwt.com |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>Centro Internacional de Distribucion<br>PR-165 Km 2.4 Edificio 10<br>Guaynabo PR 00965 | kalcny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>P.O. Box 366211<br>San Juan PR 00936 | kalcny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol<br>Sector Juan Martin<br>Carretera #3 Km 93.7, Ruta 901<br>Yabucoa PR 00767 | mmedina@cosey.org |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924<br>San Juan PR 00936-4924 | dperez@cabprlaw.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 | richard.chesley@dlapiper.com |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt<br>Avenida Roosevelt 1506<br>Guaynabo PR 00968 | dsanz@santillana.com<br>ydejesus@santillana.com<br>obetancourt@santillana.com |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz<br>Barrio Palmas 776<br>Calle 7, Suite 2<br>Calano PR 00962 | consultas@sm-pr.com |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron<br>270 Avenida Munoz Rivera PH1<br>San Juan PR 00918 | pedro.latorre@ikonpr.com |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez<br>84-11 70 Street<br>Sierra Bayamon<br>Bayamon PR 00961 | mrodriguez@netspr.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams<br>655 Fifteenth Street, N.W.<br>Washington DC 20005 | mwilliams@kirkland.com |
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd<br>P.O. Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com |

Exhibit A

Master Email Service List

Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com |
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers<br>268 Munoz Rivera Ave<br>Ground Floor<br>San Juan PR 00918 | melissa.rivera@manpower.com |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina<br>428 Ave Excorial Caparra Hts<br>Viejo San Juan PR 00926 | ccolon@mccspr.com |
| Counsel to GSAM | McDermott Will and Emery | Attn: William Smith, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com |
| Counsel to Ambac | Milbank | Attn: Dennis F. Dunne, Esq.<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 | rchristmas@nixonpeabody.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq. & Peter Friedman, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com |
| Counsel to the Oversight Board | O'Neil & Borges LLC | Attn: Herman D. Bauer, Esq.<br>250 Munoz Rivera Ave<br>Suite 800<br>San Juan PR 00918-1813 | herman.bauer@oneillborges.com |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com |
| Counsel to the Oversight Board | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Scott K. Rutsky, Paul V. Possinger, Ehud Barak & Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>srutsky@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| Top 20 Unsecured Creditor | Puerto Rico Telephone Company | Attn: Enrique Ortiz de Montellano Rangel<br>1515 F.D. Roosevelt Avenue<br>Guaynabo PR 00968 | enrique.ortiz@claropr.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric Schaffer, Esq.<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov |
| Counsel to Mutual Fund Group | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com |
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan PR 00917 | |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov |
| Counsel to Lehman Brothers Holdings Inc. | Weil, Gotshal & Manges LLP | Attn: Garrett A. Fail<br>767 Fifth Avenue<br>New York NY 10153 | garrett.fail@weil.com |
| Counsel to NPFG | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com |
| Counsel to UBS Family of Funds and Puerto Rico Family of Funds | White & Case LLP | Attn: John K. Cunningham, Esq.<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jcunningham@whitecase.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 | william.m.vidal@gmail.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com |
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz<br>Marginal 65 Infanteria #23<br>Urb. San Agustin<br>San Juan PR 00925 | info@wotecpr.org |

**<u>Exhibit B</u>**

Exhibit B
Master Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | P.O. Box 194000<br>No. 212<br>San Juan PR 00919-4000 |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Alexandra Casellas-Cabrera<br>P.O. Box 70294<br>San Juan PR 00936-8294 |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa<br>P.O. Box 70294<br>San Juan PR 00936-8294 |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Lourdes Arroyo Portela<br>P.O. Box 70294<br>San Juan PR 00936-8294 |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Luis A. Oliver Fraticelli<br>P.O. Box 70294<br>San Juan PR 00936-8294 |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington DC 20525 |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida<br>One Baxter Park Way<br>Deerfield IL 60015 |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida<br>P.O. Box 360002<br>San Juan PR 00936-0002 |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa<br>K-2 Ave. San Patricio<br>Guaynabo PR 00968 |
| Counsel to FGIC | Butler Snow | Attn: Martin Sosland, Esq.<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 |
| Counsel to Assured | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq.<br>700 Sixth Street, N.W.<br>Washington DC 20001 |

Exhibit B

Master Service List

Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>Centro Internacional de Distribucion<br>PR-165 Km 2.4 Edificio 10<br>Guaynabo PR 00965 |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>P.O. Box 366211<br>San Juan PR 00936 |
| Top 20 Unsecured Creditor | Cede & Co., as nominee of the Depositary Trust Company2 | Attn: President and General Counsel<br>55 Water St.<br>New York NY 10041 |
| Top 20 Unsecured Creditor | Cesar Castillo Inc. | Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan PR 00919-1149 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura T. Swain | 150 Carlos Chardón Street<br>Federal Building, Office 150<br>San Juan PR 00918-1767 |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol<br>Sector Juan Martin<br>Carretera #3 Km 93.7, Ruta 901<br>Yabucoa PR 00767 |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto PR 00976 |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto PR 00977 |
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq.<br>919 Third Avenue<br>New York NY 10022 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington DC 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington DC 20585 |

In re:  Commonwealth of Puerto Rico, *et al.*
Case No. 17-01578 (LTS)

Exhibit B

Master Service List

Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington DC 20528-0075 |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson<br>451 7th Street., SW<br>Washington DC 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington DC 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke<br>1849 C St., NW<br>Washington DC 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington DC 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington DC 20420 |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924<br>San Juan PR 00936-4924 |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt<br>Avenida Roosevelt 1506<br>Guaynabo PR 00968 |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz<br>Barrio Palmas 776<br>Calle 7, Suite 2<br>Calano PR 00962 |

In re:  Commonwealth of Puerto Rico, *et al.*
Case No. 17-01578 (LTS)

Exhibit B
Master Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 |
| Top 20 Unsecured Creditor | EVERTEC Inc. | Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras PR 00926 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron<br>270 Avenida Munoz Rivera PH1<br>San Juan PR 00918 |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez<br>84-11 70 Street<br>Sierra Bayamon<br>Bayamon PR 00961 |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams<br>655 Fifteenth Street, N.W.<br>Washington DC 20005 |
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 |
| Counsel to Major COFINA Bondholders & Mutual Fund Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd<br>P.O. Box 194134<br>San Juan PR 00919 |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 |

In re:  Commonwealth of Puerto Rico, *et al.*
Case No. 17-01578 (LTS)

Exhibit B

Master Service List

Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers<br>268 Munoz Rivera Ave<br>Ground Floor<br>San Juan PR 00918 |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina<br>428 Ave Excorial Caparra Hts<br>Viejo San Juan PR 00926 |
| Counsel to GSAM | McDermott Will and Emery | Attn: William Smith, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 |
| Top 20 Unsecured Creditor | Microsoft | Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo PR 00968 |
| Counsel to Ambac | Milbank | Attn: Dennis F. Dunne, Esq.<br>28 Liberty Street<br>New York NY 10005-1413 |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 |
| Counsel to the Oversight Board | O'Neil & Borges LLC | Attn: Herman D. Bauer, Esq.<br>250 Munoz Rivera Ave<br>Suite 800<br>San Juan PR 00918-1813 |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019-6064 |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 |
| Counsel to the Oversight Board | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Scott K. Rutsky, Paul V. Possinger, Ehud Barak & Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 |

Exhibit B
Master Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Top 20 Unsecured Creditor | Puerto Rico Telephone Company | Attn: Enrique Ortiz de Montellano Rangel<br>1515 F.D. Roosevelt Avenue<br>Guaynabo PR 00968 |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric Schaffer, Esq.<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA 15222 |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 |
| Federal Agency | Small business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 |
| Counsel to Mutual Fund Group | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 |
| Top 20 Unsecured Creditor | Total Petroleum Corps. | Attn: Luis Llado<br>P.O. Box 326916<br>San Juan PR 00936-2916 |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 |
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan PR 00917 |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 |

In re:  Commonwealth of Puerto Rico, *et al.*
Case No. 17-01578 (LTS)

Exhibit B
Master Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington DC 20210 |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 |
| Counsel to Lehman Brothers Holdings Inc. | Weil, Gotshal & Manges LLP | Attn: Garrett A. Fail<br>767 Fifth Avenue<br>New York NY 10153 |
| Counsel to NPFG | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 |
| Counsel to UBS Family of Funds and Puerto Rico Family of Funds | White & Case LLP | Attn: John K. Cunningham, Esq.<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 |

In re:  Commonwealth of Puerto Rico, *et al.*
Case No. 17-01578 (LTS)

Page 7 of 8

Exhibit B

Master Service List

Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 |
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz<br>Marginal 65 Infanteria #23<br>Urb. San Agustin<br>San Juan PR 00925 |

In re:  Commonwealth of Puerto Rico, *et al.*

Case No. 17-01578 (LTS)