UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3284-LTS<br><br>(Joint Administration Requested) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF PARKER J. MILENDER**

COMES NOW, Parker J. Milender, Esq. (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm Schulte Roth & Zabel LLP with offices at:

> 919 Third Avenue
> New York, NY 10022
> Email: parker.milender@srz.com
> Telephone: (212) 756-2517
> Facsimile: (212) 593-5955

DOC ID - 26225279.1

2. Applicant will sign all pleadings with the name Parker J. Milender.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by Doral Financial Corporation to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

5. Since 2014, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where Applicant regularly practices law. Applicant's New York bar license number is 5302104.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| U.S. District Court for the Southern District of New York | 2015 |
| U.S. District Court for the Eastern District of New York | 2015 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with Applicant in this matter is:

Juan C. Salichs
USDC-PR Bar No. 211610
Salichs Pou & Associates PSC
P.O. Box 195553
San Juan, PR 00919-5553
Telephone: 787-449-6000
Email: jsalichs@splawpr.com

10. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agrees to comply with them in their entirety.

11. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: May 15, 2017

Respectfully submitted,

_____
Parker J. Milender
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2517
Facsimile: (212) 593-5955
Email: parker.milender@srz.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 15, 2017

Respectfully submitted,

*[signature]*

Juan C. Salichs
USDC-PR Bar No. 211610
Salichs Pou & Associates PSC
P.O. Box 195553
San Juan, PR 00919-5553
Telephone: 787-449-6000
Email: jsalichs@splawpr.com

I HEREBY CERTIFY that on May 15, 2017, I caused to be electronically filed the foregoing Motion for Admission *Pro Hac Vice*, accompanied by the admission fee, with the Clerk of Court, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*[signature]*

Juan C. Salichs
USDC-PR Bar No. 211610
Salichs Pou & Associates PSC
P.O. Box 195553
San Juan, PR 00919-5553
Telephone: 787-449-6000
Email: jsalichs@splawpr.com

*[signature]*

Parker J. Milender
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2517
Facsimile: (212) 593-5955
Email: parker.milender@srz.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3284-LTS<br><br>(Joint Administration Requested) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF PARKER J. MILENDER

The Court, having considered the above Motion for Admission *Pro Hac Vice*, orders that:

❑ the application be granted. The Clerk shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❑ the application be denied. The Clerk shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
The Honorable Laura T. Swain
United States District Judge