UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>  Debtor. | PROMESA<br>TITLE III<br><br>NO. 17 BK 3284-LTS<br><br>(Joint Administration Requested) |

NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Schulte Roth & Zabel LLP, and Salichs Pou & Associates PSC hereby enter their

DOC ID - 26226121.1

appearance in the above-captioned Title III cases (the "Title III Cases") as co-counsel to Doral Financial Corporation ("DFC").  DFC hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by the Clerk in the Title III Cases, and that the Clerk and all other parties-in-interest in the Title III Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Title III Cases, to the persons listed below:

| | |
|---|---|
| **SCHULTE ROTH AND ZABEL LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Attn: Brian D. Pfeiffer<br>Attn: Taejin Kim<br>Attn: Parker J. Milender<br>Telephone: (212) 756-2000<br>Email: brian.pfeiffer@srz.com<br>         tae.kim@srz.com<br>         parker.milender@srz.com | **SALICHS POU & ASSOCIATES PSC**<br>P.O. Box 195553<br>San Juan, PR 00919-5553<br>Attn: Juan C. Salichs<br>Attn: Edna M. Tejeda-Oyola<br>Telephone: 787-449-6000<br>Email: jsalichs@splawpr.com<br>         etejeda@splawpr.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this Title III Case and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex, electronically or otherwise filed or given with regard to the Title III Cases and the proceedings therein, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any rights of DFC (1) to trial by jury in any proceeding so triable in the Title III Cases or any case, controversy or proceeding related to the Title III Cases; or (2) to rights, claims, actions, defenses, setoffs, recoupments or remedies to which DFC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved hereby.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
May 15, 2017

| | |
|---|---|
| SCHULTE ROTH AND ZABEL LLP<br>919 Third Avenue<br>New York, NY 10022<br>Attn: Brian D. Pfeiffer<br>Attn: Taejin Kim<br>Attn: Parker J. Milender<br>Telephone: (212) 756-2000<br>Email: brian.pfeiffer@srz.com<br>　　　　tae.kim@srz.com<br>　　　　parker.milender@srz.com | SALICHS POU & ASSOCIATES PSC<br>P.O. Box 195553<br>San Juan, PR 00919-5553<br>Attn: Juan C. Salichs<br>USDC-PR Bar No. 211610<br>Attn: Edna M. Tejeda-Oyola<br>USDC-PR No. 219803<br>Telephone: 787-449-6000<br>Email: jsalichs@splawpr.com<br>　　　　etejeda@splawpr.com |

*Co-Counsel to Doral Financial Corporation*