IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 CV 1578-LTS<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br><br>No 17 CV 1599<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |

**NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017 HEARING**

**TO THE HONORABLE COURT:**

COMES NOW CMA ARCHITECTS & ENGINEERS LLC., through its undersigned attorney and very respectfully states, alleges and prays:

1. Notice is given to the Court that CMA ARCHITECTS & ENGINEERS LLC respectfully requests to be heard at the May 17, 2017 Hearing as to the need for initiating mediation procedures with creditors. Movant is a provider of services to parts of the

2

Commonwealth of Puerto Rico and would like to be heard on the issue of mediation for any of its contracts.

WHEREFORE: the undersigned respectfully requests from the Honorable Court take notice of this motion.

Respectfully submitted on this 15th day of May, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com