# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                       Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>                       Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017 HEARING

      PLEASE TAKE NOTICE that, pursuant to this Court's order dated May 10, 2017 [Dkt. No. 58], the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the May 17, 2017 hearing. The GO Group intends to provide the Court with a brief history and background on the GO Group as well as a status update on the negotiation and settlement attempts with the Commonwealth of Puerto Rico and the Financial Oversight and Management Board for Puerto Rico. The GO Group will also be prepared to share its views on next steps in this case and respond to any questions that the Court may have and that other parties-in-interest may raise during the hearing.

Dated: San Juan, Puerto Rico
       May 15, 2017

Respectfully submitted,

_____
Andrew N. Rosenberg (*pro hac vice* pending)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

_____
Mark T. Stancil (*pro hac vice* pending)
**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
1801 K Street, NW
Washington, D.C. 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510


/s/ *Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
**JIMÉNEZ, GRAFFAM & LAUSELL**
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068


*Counsel to the Ad Hoc Group of General Obligation Bondholders*

2