# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                   Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF MARTIN A. SOSLAND

COMES NOW Martin A. Sosland, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> 5430 LBJ Freeway, Suite 1200
> Dallas, TX 75240
> Martin.Sosland@butlersnow.com
> Telephone: 469-680-5502
> Facsimile: 469-680-5501

2. Applicant will sign all pleadings with the name of Martin A. Sosland.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since May 11, 1984, applicant has been and presently is a member in good standing of the bar of the State of Texas and admitted to practice and in good standing before the Texas Supreme Court. Applicant's Texas bar license number is 18855645.Applicant is also admitted to practice and in good standing before the bars of the United States District Court for the Northern and Eastern Districts of Texas (since 1988 and 1992, respectively) and the District

of Colorado (since 2016), and the United States Court of Appeals for the Third and Fifth Circuits (since 2010 and 1997, respectively).

5. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

6. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

8. Local counsel of record associated with applicant in this matter is:

> María Emilia Picó – USDC-PR 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> Miramar
> San Juan, Puerto Rico 00907
> mpico@rexachpico.com
> Telephone: 787-723-8520
> Facsimile: 787-724-7844

9. Applicant has read the local rules of this court and will comply with same.

10. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee Shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to "Clerk, U.S. District Court".

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

This, the 15th day of May, 2017.

        Respectfully submitted,

        *s/ Martin A. Sosland*
        Martin A. Sosland (TX Bar #18855645)
        BUTLER SNOW LLP
        5430 LBJ Freeway, Suite 1200
        Dallas, TX 75240
        Martin.Sosland@butlersnow.com
        Telephone: 469-680-5502
        Facsimile: 469-680-5501

        *Attorney for Financial Guaranty Insurance Company*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Dated: May 15, 2017.

    Respectfully submitted,

*s/ Maria E. Picó*
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844

*Attorney for Financial Guaranty Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 payment for *pro hac vice* admission fee.

*s/ Maria E. Picó*
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
San Juan, Puerto Rico 00907
Telephone: 787-723-8520
Facsimile: 787-724-7844
mpico@rexachpico.com


*s/ Martin A. Sosland*
Martin A. Sosland
BUTLER SNOW LLP
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: 469-680-5502
Facsimile: 469-680-5501
Martin.Sosland@butlersnow.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>　　　　　　　Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF MARTIN A. SOSLAND

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

__　　the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

__　　the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this the ___ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　U.S. District Judge

6