# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. §2170, the Financial Guaranty Insurance Company (*"FGIC"*) enters its appearance in the above-captioned case through the undersigned counsel, Maria E. Picó and Martin A. Sosland, and respectfully requests that all motions, pleadings, papers and orders be served upon *FGIC* through the undersigned counsel, and that they be included in the applicable notice list for this proceeding.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUMBITTED.**

In San Juan, Puerto Rico, May 15, 2017.

| | |
|---|---|
| **REXACH & PICÓ, CSP** | **BUTLER SNOW LLP** |
| Ave. Fernández Juncos 802 | 5430 LBJ Freeway, Suite 1200 |
| San Juan, Puerto Rico 00907 | Dallas, TX 75240 |
| Telephone: 787-723-8520 | Telephone: 469-680-5502 |
| Facsimile: 787-724-7844 | Facsimile: 469-680-5501 |
| | |
| *s/ **Maria E. Picó*** | *s/ **Martin A. Sosland*** |
| MARIA E. PICÓ | Martin A. Sosland |
| USDC-PR No. 123214 | *Pro hac vice admission pending* |
| mpico@rexachpico.com | Martin.Sosland@butlersnow.com |

2