# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br><br>Debtor | PROMESA<br>TITLE III<br><br><br><br>**CASE NO. 17 BK 3283-LTS** |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **NOW APPEAR** the Oppenheimer Funds[1], the Franklin Funds[2], and the First Puerto Rico

---

[1] Oppenheimer Rochester AMT-Free Municipal Fund, Oppenheimer Rochester AMT-Free New York Municipal Fund, Oppenheimer Rochester Arizona Municipal Fund, Oppenheimer Rochester California Municipal Fund, Oppenheimer Rochester Fund Municipals, Oppenheimer Rochester Limited Term California Municipal Fund, Oppenheimer Rochester Limited Term Municipal Fund, Oppenheimer Rochester Limited Term New York Municipal Fund, Oppenheimer Rochester Maryland Municipal Fund, Oppenheimer Rochester Massachusetts Municipal Fund, Oppenheimer Rochester Michigan Municipal Fund, Oppenheimer Rochester Minnesota Municipal Fund, Oppenheimer Rochester North Carolina Municipal Fund, Oppenheimer Rochester Ohio Municipal Fund, Oppenheimer Rochester Virginia Municipal Fund, Oppenheimer Rochester High Yield Municipal Fund, Oppenheimer Rochester New Jersey Municipal Fund, and Oppenheimer Rochester Pennsylvania Municipal Fund (collectively, the "Oppenheimer Funds").

[2] Franklin California Tax-Free Trust (for the Franklin California Intermediate-Term Tax Free Income Fund), Franklin Tax-Free Trust (for the series Franklin Alabama Tax Free Income Fund, Franklin Arizona Tax-Free Income Fund, Franklin Colorado Tax-Free Income Fund, Franklin Connecticut Tax-Free Income Fund, Franklin Georgia Tax-Free Income Fund, Franklin Pennsylvania Tax-Free Income Fund, Franklin High Yield Tax-Free Income Fund, Franklin Kentucky Tax-Free Income Fund, Franklin Michigan Tax-Free Income Fund, Franklin Missouri Tax-Free Income Fund, Franklin Oregon Tax-Free Income Fund, Franklin Virginia Tax-Free Income Fund, Franklin Florida Tax-Free Income Fund, Franklin Louisiana Tax-Free Income Fund, Franklin Maryland Tax-Free Income Fund, Franklin North Carolina Tax-Free Income Fund, and Franklin New Jersey Tax-Free Income Fund), Franklin Municipal Securities Trust (for the series Franklin Tennessee Municipal Bond Fund), Franklin California Tax-Free Income Fund, Franklin New York Tax-Free Income Fund, Franklin Federal Tax-Free Income Fund (collectively, the "Franklin Funds").

Family of Funds[3] (collectively, the "**Mutual Fund Group**"), creditors and parties in interest hereto, and hereby represented by the undersigned attorneys and respectfully **STATE** and **PRAY**:

1. On May 9, 2017, a *Pro Hac Vice* Application for Mr. Philip Bentley was filed via the CM/ECF website for the United States District Court for the District of Puerto Rico. See **Dkt. 35**.

2. Also, as required by the Local Rules, a $300.00 payment was made with said application. The receipt number for such payment is receipt number 0104-543197. See **Exhibit 1**, Payment Receipt.

3. Upon verification of the aforementioned document, an error with Mr. Bentley's application was found. Said document stated that Mr. Bentley's first name had two (2) letter Ls while the correct form is with one letter L. See **Dkt. 35**.

4. Therefore, an amended version of Mr. Bentley's *Pro Hac Vice* Application with the made correction is included with this document. See **Exhibit 2**, Amended Pro Hac Vice Application for Mr. Philip Bentley.

**WHEREFORE**, the Mutual Fund Group respectfully requests that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, May 15, 2017.

---

[3] First Puerto Rico Tax-Exempt Target Maturity Fund II, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund III, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund IV, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund V, Inc., First Puerto Rico Tax-Exempt Target Maturity Fund VII, Inc., First Puerto Rico Target Maturity Income Opportunities Fund I, Inc., First Puerto Rico Target Maturity Income Opportunities Fund II, Inc., First Puerto Rico Tax Advantaged Target Maturity Fund I, Inc., First Puerto Rico Tax Advantaged Target Maturity Fund II, Inc., First Puerto Rico AAA Target Maturity Fund I, Inc., First Puerto Rico AAA Target Maturity Fund II, Inc., First Puerto Rico Tax-Exempt Fund, Inc. and First Puerto Rico Tax-Exempt Fund II, Inc. (collectively, the "First Puerto Rico Family of Funds").

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 15th day of May, 2017, I electronically filed the forgoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**<br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcmrslaw.com<br><br>*s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcmrslaw.com<br><br>*s/ Jane Patricia Van Kirk*<br>JANE PATRICIA VAN KIRK<br>USDC–PR No. 220,510<br>E-mail: jvankirk@tcmrslaw.com<br><br>*Counsel for the Mutual Fund Group* | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000<br><br>*s/ Amy Caton*<br>AMY CATON\*<br>THOMAS MOERS MAYER\*<br>PHILIP BENTLEY\*<br>DAVID E. BLABEY, JR.\*<br>DOUGLAS BUCKLEY\*<br>Email: acaton@kramerlevin.com<br>        tmayer@kramerlevin.com<br>        pbentley@kramerlevin.com<br>        dblabey@kramerlevin.com<br>        dbuckley@kramerlevin.com<br>\*(*pro hac vice* application approval pending)<br><br>*Counsel for the Mutual Fund Group* |