| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Tuesday, May 09, 2017 5:54 PM |
| **To:** | Marisol Carrasquillo; Gabriela I. Rivera Negrón |
| **Subject:** | Pay.gov Payment Confirmation: PRD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Neil Almeida at (787) 772-3036.

Application Name: PRD CM ECF
Pay.gov Tracking ID: 262C10ON
Agency Tracking ID: 0104-5431997
Transaction Type: Sale
Transaction Date: May 9, 2017 5:53:52 PM

Account Holder Name: Marisol Carrasquillo Transaction Amount: $300.00 Card Type: AmericanExpress Card Number: ************1013


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.