# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

### NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017 HEARING
[Dkts. # 43 and 58]

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys Rexach & Picó, CSP and Butler Snow LLP, submits this *Notice of Request to be Heard at May 17, 2017 Hearing* in accordance with the Court's *Orders* [Dkts. # 43 and 58]. Counsel for FGIC, María E. Picó and Martin A. Sosland respectfully request to be heard to address FGIC's Limited Objection [Dkt. 104] to that certain *Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* [Dkt. # 43].

Respectfully submitted, in San Juan, Puerto Rico, this 15th day of May, 2017.

REXACH & PICÓ, CSP

*s/María Emilia Picó*
María E. Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

Martin A. Sosland (*pro hac vice* pending)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

Stanford G. Ladner (*pro hac vice* admission forthcoming)
1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (646) 606-3996
Facsimile: (646) 606-3995
E-mail: stan.ladner@butlersnow.com

S. Ault Hootsell III (*pro hac vice* admission forthcoming)
201 St. Charles Avenue, Suite 2700
New Orleans, LA 70170
Telephone: (504) 299-7752
Facsimile: (504) 299-7701
E-mail: ault.hootsell@butlersnow.com

Christopher R. Maddux (*pro hac vice* admission forthcoming)
J. Mitchell Carrington (*pro hac vice* admission forthcoming)
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-2200
Facsimile: (601) 985-4500
E-mail: chris.maddux@butlersnow.com
 mitch.carrington@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same day, the ECF system sent a copy of this motion to all parties in this proceeding.

*s/ Maria E. Picó*
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
San Juan, Puerto Rico 00907
Telephone: 787-723-8520
Facsimile: 787-724-7844
mpico@rexachpico.com