# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

The undersigned is admitted and authorized to practice in this Court, and hereby appears in these Title III cases as counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and requests that the Court take note of the foregoing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 15th day of May, 2017.

I HEREBY CERTIFY: That on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record of such filing.

Mohammad S. Yassin, Esq.
USDC-PR Bar No. 302909
Mohammad.Yassin@aafaf.pr.gov

**PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY**
Robert Sánchez Vilella (Minillas) Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907
Telephone: (787) 722-2525
Facsimile: (787) 721-1443