# Exhibit F

Page 1 of 2

Case:17-03283-LTS   Doc#:113-7   Filed:05/15/17   Entered:05/15/17 14:33:34   Desc: Exhibit F -- El Nuevo Dia February 2016   Page 2 of 3

ENGLISH VERSION

# Lawmaker Calls on Governor to Desist from a Broader Debt Restructuring

Key Cofina bondholders warn that Prepa's agreement with creditors is at stake

Friday, February 26, 2016 - 12:00 AM
By Joanisabel González



According to the bondholders, "any attempt by the Governor 9picture) and his advisors to weaken Cofina's structure could seriously affect Puerto Rico's capacity to use the securitization model that would help with its recovery." (Xavier J. Araújo Berríos)

Chairman of the Puerto Rico House Treasury and Budget Committee, Rafael "Tatito" Hernández Montañez, asked Governor Alejandro García Padilla to immediately suspend his message to restructure Puerto Rico's entire debt, and to seek "achievable" alternatives to the fiscal crisis.

According to Hernández Montañez, chairman of the Treasury Committee in the House of Representatives, his stance towards García Padilla's administration's efforts came forth after the main bondholders of the Puerto Rico Sales Tax Financing Corporation (Cofina, for its Spanish acronym) wrote him a letter in which they warned that, if the government modifies these bonds, it will prevent the renegotiation of the debt of the country's two main public utilities from happening.

"We have to steer clear from the message of García Padilla's administration that all debts are the same. It's completely contradictory that the government just approved the securitization of the Puerto Rico Electric Power Authority (PREPA) to mitigate the transaction risk and, on the other hand, it tells the bondholders that their debt has to be restructured," said the lawmaker.

The letter in question was signed by the senior vice-presidents of OppenheimerFunds and Franklin, Daniel G. Loughran and Sheila Amoroso, and by the President of First Puerto Rico Family of Funds (FPRFF), Frank Serra, who indicated that they are available to assemble a solution to the debt crisis "with the Puerto Rico Legislature."

Altogether, OppenheimerFunds, Franklin, and FPRFF (the mutual funds managed by Santander Asset Management in Puerto Rico) have about $10 billion in Puerto Rico bonds, or approximately 15% of Puerto Rico's outstanding debt.

"The Governor is saying that the securitization of the recently created PREPA restructuring law is a special instrument, that it has safeguards, and he has celebrated it as a positive thing. But then he tells Cofina, which has a similar instrument and was willing to lend the government money 10 years ago, that the debt will be restructured," added the president of the House Treasury Committee.

The legislator suggested that the way forward was to establish discussions with each credit and to refinance what is possible with the available funds.

Page 2 of 2

Case:17-03283-LTS   Doc#:113-7   Filed:05/15/17   Entered:05/15/17 14:33:34   Desc:
Exhibit F -- El Nuevo Dia February 2016   Page 3 of 3

"You cannot offer a general message to a market where everyone gets the same treatment, as if all debts were the same. That is wrong. Cofina has its protection and it must be respected," he said.

Hernández Montañez added that at the beginning of March he would meet with Cofina's bondholders, in order to seek a different solution to what the Governor is proposing to restructure their debt as if it was an obligation that lacks a repayment source.

According to the letter by Cofina's bondholders, instead of continuing the attack on Cofina's strength, García Padilla's administration should use this structure to renegotiate its public debt, since it actually hasthe features of the so-called "superbond" that the government is encouraging.

According to the bondholders, "any attempt by the Governor and his advisors to weaken Cofina's structure could seriously affect Puerto Rico's capacity to use the securitization model that would help with its recovery."

For months, Cofina's bondholders have been warning the government that including the debt payable with the Sales and use Tax (IVU, for its Spanish acronym) in a general renegotiation process would be an ultra vires move.

According to the investment experts, who guaranteed "that the interests of the funds they represent are in line with those of the people of Puerto Rico," Cofina's structure is similar to the one adopted during New York City's fiscal crisis, when the Municipal Assistance Corporation (MAC) was created.

In the letter, the executives also attempted to stress that the investment strategies of an institutional fund are different to those of a "speculative" buyer (hedge funds), who attempt to offer "temporary solutions to help themselves while making fast profits at the expense of other creditors and, ultimately, at the expense of Puerto Rico."