# Exhibit H

**Reorg Research**

Sat 03/18/2017 08:21 AM

Puerto Rico

## Resident Commissioner Addresses AAFAF's Joint Press Release With GO Bondholder Ad Hoc Group, Says COFINA Legal, Constitutional and Useful

Resident Commissioner Jenniffer González expressed concerns Friday with the announcement by the administration of Gov. Ricardo Rosselló that it is not taking a position on the legality of the COFINA bond structure as it maneuvers to restart debt restructuring negotiations with a group of general obligation bondholders who are currently challenging the constitutionality of COFINA in the *Lex Claims* litigation. While she expressed support for the Rosselló administration's efforts "to manage the debt problem and communicate with all bondholders," González signaled that the government should take a firm position backing COFINA's legality.

"I would like to see that happen with COFINA," the resident commissioner told Reorg Research in a phone interview Friday, adding that COFINA is "legal, constitutional and the perfect vehicle to protect people who invest in Puerto Rico."

The congresswoman was responding to the joint press release issued Friday by the Fiscal Agency and Financial Advisory Authority, or AAFAF, and the ad hoc group of GO bondholders, which announced that the Rosselló administration is not taking a definitive position on the merits of the constitutional questions raised by the GO ad hoc group in their legal challenge of the COFINA structure. The statement also indicated that the administration will urge Judge Francisco Besosa to decide the issues raised by the GO bondholder plaintiffs on or before April 30.

On Friday, the U.S. Court of Appeals for the First Circuit entered an order scheduling an expedited briefing and hearing schedule on the pending appeals related to Judge Besosa's Feb. 17 ruling that denied requests to stay the GO bondholder plaintiffs' litigation. A hearing on the appeals, which were filed by the PROMESA oversight Board and the COFINA senior bondholders coalition, is scheduled for April 4.

González, who served four terms in the island legislature before being elected to Congress in 2016, noted that the COFINA law was passed nearly unanimously across partisan lines in 2006.

"COFINA was approved by the legislature and a determination that it is unconstitutional would open all of Puerto Rico's laws to questioning," she said.

González, a former House speaker, noted that members of the current majority New Progressive Party delegation in the island's lower chamber were among those who voted along with her in favor of the COFINA law. Such members include current House Speaker Carlos "Johnny" Méndez and former House Speaker José Aponte.

"I will always support COFINA," said González, adding that the sales tax-backed bonds are much more widely held on-island than are general obligation bonds.

"I understand COFINA is a legal and good way to protect local bondholders, mom and pop investors," she added.

Regarding the content of Friday's joint press release by the AAFAF and the GO ad hoc group, González said she was a "little surprised" and a "little concerned."

Reorg Research, Inc. makes no representation or warranty, express or implied, as to the completeness or accuracy of this information and assumes no responsibility to update this information. This information is not, and should not be construed as, an offer to sell or the solicitation of an offer to buy any securities. In addition, nothing contained herein is intended to be, nor shall it be construed as an investment advice, nor is it to be relied upon in making any investment or other decision. Reorg Research, Inc. does not act as a broker, dealer or investment adviser. Prior to making any investment decision, you are advised to consult with your broker, investment adviser, or other appropriate tax or financial professional to determine the suitability of any investment. Reorg Research, Inc. shall not be responsible or

have any liability for investment decisions based upon, or the results obtained from, the information provided.

© Copyright 2012 - 2017