UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested) |

### THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY'S NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017 HEARING

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through its undersigned counsel, hereby states and prays as follows:

1. AAFAF requests to be heard at the hearing in these Title III cases to be held by the Court on Wednesday, May 17, 2017 at 9:30 a.m. AAFAF will be represented at the hearing by John J. Rapisardi, Suzzanne Uhland, Peter Friedman, and Diana M. Perez of O'Melveny & Myers LLP and Mohammad S. Yassin of AAFAF. AAFAF appears to present the perspective of the Government of Puerto Rico, as well as to respond to any objections to relief sought on behalf of the Debtors by the Financial Oversight and Management Board for Puerto Rico.

WHEREFORE, AAFAF requests that the Court take note of the appearance of its undersigned counsel at the May 17, 2017 hearing.

In San Juan, Puerto Rico, this 15th day of May, 2017,

PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY

By: _____
Mohammad S. Yassin
USDC-PR Bar No. 302909
Mohammad.Yassin@aafaf.pr.gov

Robert Sánchez Vilella (Minillas)
Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907
Telephone: (787) 722-2525
Facsimile: (787) 721-1443

In San Juan, Puerto Rico, this 15th day of May, 2017,

O'MELVENY & MYERS LLP

By: _____
John J. Rapisardi (jrapisardi@omm.com)
Suzzanne Uhland (suhland@omm.com)
Peter Friedman (pfriedman@omm.com)
Diana Perez (dperez@omm.com)
(Admission *pro hac vice* pending)

Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2063
Facsimile: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

2