### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Tittle III<br><br>NO. 17-BK-03283 (LTS) |

### NOTICE OF REQUEST TO BE HEARD
### AT THE MAY 17, 2017 HEARING

**TO THE HONORABLE COURT:**

COMES NOW creditor and interested party **CESAR CASTILLO, INC.,** through the undersigned Counsel, and respectfully prays and avers as follows:

1. On May 3, 2017 the Financial Oversight and Management Board of Puerto Rico (hereinafter "Debtor") filed a petition for relief on behalf of the Commonwealth of Puerto Rico under title III of PROMESA Pub. Law 114-187 (130 STAT. 549).

2. On May 9, 2017 Notice was served by Counsel for Debtor regarding a hearing to consider First Day Motions, to wit, Dkts.#41, 42, 43, 44 and 45[1], which hearing has been scheduled to May 17, 2017 (hereinafter the "Hearing").

3. In keeping with the Order entered by this Honorable Court on May 10, 2017 (Dkt#58), CCI hereby informs the Court of its desire to be heard at the Hearing on the following matters:

    a. Motion requesting the appointment and formation of an Unsecured Creditors' Committee

---

[1] The docket numbers correspond to the original case docketed in the District Court, prior to its administrative

1

    B. Limited Objection to the Proposed Notice Case Management and Administrative Procedures, included in the Motion of Debtors for Order (A) imposing and Rendering Applicable Local Bankruptcy Rules to these Title II Cases, (B) Authorizing Establishment of Certain Notice, Case Manegement, and Administrative Procedures, and (C)Granting Related Relief (Dkt#43).

4. In view of the foregoing, CCI respectfully requests to be allowed to address the Honorable Court on the previously mentioned matters.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar. We further certify that a copy of this Motion was sent via email to Counsel for the Puerto Rico Fiscal and Financial Advisory Authority through Gerardo Portela at Gerardo.Portela@aafaf.pr.gov, to Mohammad Yassin, at Mohammad.Yassin@aafaf.pr.gov; to Counsel for AAFAF through John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., Diana M. Perez, Esq. at the following emails jrapisardi@omm.com, suhland@omm.com, pfriedman@omm.com, dperez@omm.com; Counsel for the Oversight Board, through Martin J. Bienenstock, Scott K. Rutsky, Paul V. Possinger, Ehud Barak, Maja Zerjal, mbienenstock@proskauer.com, srutsky@proskauer.com, ppossinger@proskauer.com, ebarak@proskauer.com, mzerjal@proskauer.com, and Hermann D. Bauer, Esq. at herman.bauer@oneillborges.com. We further certify that a printed courtesy copy was sent to the office of the U.S. Trustee at Office of the U.S. Trustee, Ochoa Building, San Juan, PR; and to Honorable Judge Laura

---

transfer to the Bankruptcy Court.

Taylor Swain, at the Clemente Ruiz Nazario United States Court House, 150 Carlos Chardon Ave., San Juan, PR.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on May 15, 2017.

**Totti & Rodríguez Díaz, PSC**
P.O. Box 191732
San Juan, PR 00919-1732
Tel.: (787)753-7910, Fax: (787)764-9480

s/ *Daniel Molina López*
Daniel Molina López, Esq.
USDC-PR 211813
Email: dml@trdlaw.com