# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>　　　　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>　　　　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

The undersigned hereby enter their appearance as counsel to Assured Guaranty Corp. ("AGC") and Assured Guaranty Municipal Corp., f/k/a Financial Security Assurance Inc. ("AGM" and, together with AGC, "Assured"), and respectfully request that any orders, notices, motions, pleadings and other court papers filed in these proceedings be served through the undersigned counsel.

WHEREFORE, the undersigned respectful request this Honorable Court to take notice of the aforementioned.

USActive 36922651.13

Dated: San Juan, Puerto Rico
May 15, 2017

            CASELLAS ALCOVER & BURGOS P.S.C.

            By: /s/ *Heriberto Burgos Pérez*
                 Heriberto Burgos Pérez
                 USDC-PR 204809
                 Ricardo F. Casellas-Sánchez
                 USDC-PR 203114
                 Diana Pérez-Seda
                 USDC-PR 232014
                 P.O. Box 364924
                 San Juan, PR 00936-4924
                 Telephone: (787) 756-1400
                 Facsimile: (787) 756-1401
                 Email: hburgos@cabprlaw.com
                          rcasellas@cabprlaw.com
                          dperez@cabprlaw.com

            CADWALADER, WICKERSHAM & TAFT LLP

            By: */s/ Howard R. Hawkins, Jr.*
                 Howard R. Hawkins, Jr. (*pro hac vice* admission forthcoming)
                 Mark C. Ellenberg (*pro hac vice* admission forthcoming)
                 Ellen M. Halstead (*pro hac vice* admission forthcoming)
                 Thomas J. Curtin (*pro hac vice* admission forthcoming)
                 Casey J. Servais (*pro hac vice* admission forthcoming)
                 200 Liberty Street
                 New York, NY 10281
                 Telephone: (212) 504-6000
                 Facsimile: (212) 406-6666
                 Email: howard.hawkins@cwt.com
                          mark.ellenberg@cwt.com
                          ellen.halstead@cwt.com
                          thomas.curtin@cwt.com
                          casey.servais@cwt.com

            *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 15th day of May, 2017.

        CASELLAS ALCOVER & BURGOS P.S.C.
        P.O. Box 364924
        San Juan, PR 00936-4924
        T. (787) 756-1400
        F. (787) 756-1401
        hburgos@cabprlaw.com

        /s/ Heriberto J. Burgos Pérez
        Heriberto J. Burgos Pérez
        USDC-PR 204806