UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br>                                  Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS |
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>     as representative of <br><br> PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), <br><br>                                  Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3284 |

**NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017, HEARING**

Ambac Assurance Corporation ("Ambac"), by and through its attorneys and pursuant to this Court's Order dated May 10, 2017 (D.I. 58), respectfully requests to be heard at the hearing scheduled for Wednesday, May 17, 2017 in the above-captioned matters regarding the issues raised in Ambac's Omnibus Objection to Certain of Debtors' First Day Motions, filed concurrently herewith (D.I. 113).

**RESPECTFULLY SUBMITTED.**

| | |
|---|---|
| Dated: San Juan, Puerto Rico<br>May 15, 2017 | **FERRAIUOLI LLC**<br><br>By: /s/ *Roberto Cámara Fuertes*<br>    Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>    Sonia Colón (USDC-PR No. 213809)<br>    221 Ponce de León Avenue, 5th Floor<br>    San Juan, PR 00917<br>    Telephone: (787) 766-7000<br>    Facsimile:  (787) 766-7001<br>    Email:  rcamara@ferraiuoli.com<br>            scolon@ferraiuoli.com<br><br>**MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: /s/ *Dennis F. Dunne*<br>    Dennis F. Dunne (*pro hac vice pending*)<br>    Andrew M. Leblanc (*pro hac vice pending*)<br>    Atara Miller (*pro hac vice pending*)<br>    Grant R. Mainland (*pro hac vice pending*)<br>    28 Liberty Street<br>    New York, NY 10005<br>    Telephone: (212) 530-5770<br>    Facsimile:  (212) 822-5770<br>    Email: ddunne@milbank.com<br>           aleblanc@milbank.com<br>           amiller@milbank.com<br>           gmainland@milbank.com<br><br>*Attorneys for Ambac Assurance Corporation* |