**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>             Debtor. | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Joint Administration Requested) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>             Debtor. | PROMESA<br>Title III<br><br>Case No. 17-03284 (LTS)<br><br>(Joint Administration Requested) |

**NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S
NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017 HEARING**

**TO THE HONORABLE COURT:**

1. National Public Finance Guarantee Corporation ("**National**"), a party in interest in the above-referenced cases (together, the "**Title III Cases**"), requests to be heard at the status conference in the Title III Cases to be held by the court on May 17, 2017. National will be represented at the hearing by Eric Pérez-Ochoa of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., and by Marcia L. Goldstein, Salvatore A. Romanello, and Kelly DiBlasi from the New York, New York office of Weil, Gotshal & Manges LLP.

2.      National appears to be heard in connection with the *Limited Objection of National Public Finance Guarantee Corporation to (I) Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief and (II) Motion of Debtors Pursuant to PROMESA Sections 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief* [ECF No. 127].

3.      National also appears to respond to any statements made by the Oversight Board regarding the status of creditor negotiations.

**WHEREFORE**, National respectfully requests that the Court take notice of the foregoing.

In San Juan, Puerto Rico, this 15th day of May, 2017.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

<table>
<tr><td>

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email:  epo@amgprlaw.com
            acasellas@amgprlaw.com
            larroyo@amgprlaw.com

By:   */s/* Eric Pérez-Ochoa
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo Portela
USDC-PR No. 226501

</td><td>

**WEIL, GOTSHAL & MANGES LLP**
Marcia Goldstein (*pro hac vice* pending)
Salvatore A. Romanello (*pro hac vice* pending)
Kelly DiBlasi (*pro hac vice* pending)
Gabriel A. Morgan (*pro hac vice* pending)

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: marcia.goldstein@weil.com
            salvatore.romanello@weil.com
            kelly.diblasi@weil.com
            gabriel.morgan@weil.com

</td></tr>
</table>