# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Joint Administration Requested) |

## APPLICATION FOR ADMISSION *PRO HAC VICE* BY HOWARD R. HAWKINS, JR.

    COMES NOW Howard R. Hawkins, Jr. ("Applicant") and respectfully states and prays as follows:

    1.    Applicant is an attorney and a Senior Counsel with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 200 Liberty Street, New York, New York 10281.

    2.    Applicant has been retained as counsel by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. f/k/a Financial Security Assurance Inc.

    3.    Applicant will sign all pleadings and papers with the name Howard R. Hawkins, Jr.

USActive 37042616.2

4. Since 1976, Applicant has been and presently is a member in good standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's bar license number is 1374024.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts:

| Court | Admission Date |
|---|---|
| U.S. Supreme Court | 2007 |
| U.S. Court of Appeals, First Circuit | 2017 |
| U.S. Court of Appeals, Second Circuit | 1980 |
| U.S. Court of Appeals, Third Circuit | 1982 |
| U.S. Court of Appeals, Fourth Circuit | 1980 |
| U.S. Court of Appeals, Eighth Circuit | 1987 |
| U.S. Court of Appeals, D.C. Circuit | 2012 |
| U.S. District Court, S.D.N.Y. | 1977 |
| U.S. District Court, E.D.N.Y. | 1990 |
| U.S. District Court, D. Maryland | 1987 |
| U.S. District Court, E.D. Michigan | 2013 |
| New York | 1976 |
| Maryland | 1987 |

6. Applicant hereby attests that he is not suspended from practice nor has been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant requested and was granted *pro hac vice* admission in *Assured Guaranty Corp. v. Alejandro García Padilla*, No. 3:16-cv-01037-FAB, and in *Assured Guaranty Corp. vs. Commonwealth of Puerto Rico,* No. 3:16-cv-02384-FAB. Applicant's request for *pro hac vice* admission in *Assured Guaranty Corp. v. Commonwealth of Puerto Rico*, No. 3:17-AP-00125-LTS is pending.

USActive 37042616.2

8. Local counsel of record for the Applicant is:

Heriberto J. Burgos Pérez
USDC-PR 204806
Casellas Alcover & Burgos P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401
hburgos@cabprlaw.com

9. Applicant has read the Local Rules of this Court and will comply with them, including the provision which requires the payment of an admission fee in the amount of $300.00 in the form of a check to the order of the Clerk, U.S. District Court.

WHEREFORE, Applicant respectfully requests to be admitted *pro hac vice* in the U.S. District Court for the District of Puerto Rico in this action.

At New York, New York, this 15th day of May, 2017.

    /s/ Howard R. Hawkins, Jr.
Howard R. Hawkins, Jr.
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone (212) 504-6000
Facsimile (212) 504-6666
howard.hawkins@cwt.com

**CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE**

I hereby certify pursuant to L.Cv.R. 83A(f) that I consent to the designation of local counsel of record for all purposes and that I caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. I also certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 15th day of May, 2017.

CASELLAS ALCOVER & BURGOS P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
T. (787) 756-1400
F. (787) 756-1401
hburgos@cabprlaw.com


 /s/ Heriberto J. Burgos Pérez
Heriberto J. Burgos Pérez
USDC-PR 204806

USActive 37042616.2

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

\_\_\_\_ The application be granted.

\_\_\_\_ The application be denied.

The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this \_\_th day of May, 2017.

_____
Hon. _____
U.S. DISTRICT JUDGE