# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | **PROMESA**<br>**Title III**<br><br><br><br>**No. 17 BK 3283-LTS** |
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,**<br><br>as representative of<br><br>**PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),**<br><br>Debtor. | **PROMESA**<br>**Title III**<br><br><br><br>**No. 17 BK 3284-LTS** |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW Kurt A. Mayr, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

**1.** Applicant is an attorney and member of the law firm of Bracewell, LLP with offices at

> Address: City Place I, 34th Floor
> 185 Asylum Street
> Hartford, CT 06103
>
> Email: kurt.mayr@bracewell.com
>
> Telephone: (860) 256-8534
>
> Facsimile: (800) 404-3970

#5469872

2. Applicant will sign all pleadings with the name Kurt A. Mayr.

3. Applicant has been retained as a member of the above-named firm to appear by Canyon Capital Advisors LLC on behalf of certain of its clients, River Canyon Fund Management LLC on behalf of certain of its clients, OZ Management LP on behalf of certain of its funds, OZ Management II LP, on behalf of certain of its funds, and Davidson Kempner Capital Management LP on behalf of certain of its funds, to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Since 2000, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York bar number is 3015724.

5. Applicant has been admitted to practice before the following courts:

U.S. Court of Appeals for the Fifth Circuit since 2007
U.S. Bankruptcy Court for the District of Connecticut since 2006
U.S. Bankruptcy Court for the Southern District of New York since 2006
New York State Bar since 2000
Connecticut Bar since 2006

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Name: Robert Abesada-Agüet

-2-

#5469872

      Correa-Acevedo & Abesada Law Offices, P.S.C.

      USDC-PR Bar No. 216706

Address:  Centro Internacional de Mercadeo II
      #90 Carr. 165 Suite 407
      Guaynabo, Puerto Rico 00968-8064

E-mail:  ra@calopsc.com

Telephone: (787) 273- 8300

Facsimile: (787) 273- 8371

**10.** Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

**11.** Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: May 15, 2017

            */s/ Kurt A. Mayr*
            Kurt A. Mayr
            Bracewell LLP
            City Place I, 34th Floor
            185 Asylum Street
            Hartford, CT 06103
            Tel: (860) 254-8534
            Email: kurt.mayr@bracewell.com

#5469872

-4-

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Dated: May 15, 2017

                                            Roberto Abesada- Agüet

                                            /s/ *Roberto Abesada- Agüet*

#5469872

**I HEREBY CERTIFY** that on May 15, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

/s/ Kurt A. Mayr
Kurt A. Mayr
Bracewell LLP
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 254-8534
Email: kurt.mayr@bracewell.com

/s/ Roberto Abesada-Agüet
Robert Abesada-Agüet
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300

-5-

#5469872

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2017

_____
U.S. DISTRICT JUDGE

#5469872