IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,** | **PROMESA Title III** |
| as representative of | |
| **THE COMMONWEALTH OF PUERTO RICO,** | **No. 17 BK 3283-LTS** |
| **Debtor.** | |
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,** | **PROMESA Title III** |
| as representative of | |
| **PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),** | **No. 17 BK 3284-LTS** |
| **Debtor.** | |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW Daniel S. Connolly, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

**1.**    Applicant is an attorney and member of the law firm of Bracewell, LLP with offices at

    Address:    1251 Avenue of the Americas
                New York, NY 10020

    Email:      daniel.connolly@bracewell.com

    Telephone:  (212) 508-6104

    Facsimile:  (800) 404-3970

**2.**    Applicant will sign all pleadings with the name Daniel S. Connolly.

#5470085

3. Applicant has been retained as a member of the above-named firm to appear by Canyon Capital Advisors LLC on behalf of certain of its clients, River Canyon Fund Management LLC on behalf of certain of its clients, OZ Management LP on behalf of certain of its funds, OZ Management II LP, on behalf of certain of its funds, and Davidson Kempner Capital Management LP on behalf of certain of its funds, to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Since 1989, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York bar number is 2265569.

5. Applicant has been admitted to practice before the following courts:
U.S. Supreme Court since 2000
U.S. Court of Appeals for the Second Circuit since 2004
U.S. Court of Appeals for the Eighth Circuit since 2012
U.S. Court of Appeals for the for the Ninth Circuit since 2013
U.S. District Court for the Southern District of New York since 1999
U.S. District Court for the Eastern District of Arkansas since 2011
U.S. District Court for the Western District of Arkansas since 2011
U.S. District Court for the Eastern District of Texas since 2013
U.S. Bankruptcy Court for the Eastern District of Arkansas since 2011
U.S. Bankruptcy Court for the Western District of Arkansas since 2011
New York Bar since 1989

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

#5470085

|  |  |
|---|---|
| Name: | Robert Abesada-Agüet |
|  | Correa-Acevedo & Abesada Law Offices, P.S.C. |
|  | USDC-PR Bar No. 216706 |
| Address: | Centro Internacional de Mercadeo II |
|  | #90 Carr. 165 Suite 407 |
|  | Guaynabo, Puerto Rico 00968-8064 |
| E-mail: | ra@calopsc.com |
| Telephone: | (787) 273- 8300 |
| Facsimile: | (787) 273- 8371 |

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: May 15, 2017

*/s/ Daniel S. Connolly*
Daniel S. Connolly
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
Tele: (212) 508-6104
Email: daniel.connolly@bracewell.com

-3-

#5470085

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Dated: May 15, 2017

                                                Roberto Abesada- Agüet

                                                /s/ *Roberto Abesada- Agüet*

-5-

**I HEREBY CERTIFY** that on May 15, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

      */s/ Daniel S. Connolly*
      Daniel S. Connolly
      Bracewell LLP
      1251 Avenue of the Americas
      New York, NY 10020
      Tele:   (212) 508-6104
      Email: daniel.connolly@bracewell.com


      */s/ Roberto Abesada-Agüet*
      Robert Abesada-Agüet
      Centro Internacional de Mercadeo II
      #90 Carr. 165 Suite 407
      Guaynabo, Puerto Rico 00968-8064
      ra@calopsc.com
      (787) 273- 8300

#5470085

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2017

                                                    _____
                                                    U.S. DISTRICT JUDGE

#5470085