## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>            Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>            Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3284-LTS<br><br>(Joint Administration Requested) |

### APPLICATION FOR ADMISSION *PRO HAC VICE* BY MARK C. ELLENBERG

COMES NOW Mark C. Ellenberg ("Applicant") and respectfully states and prays as follows:

1.      Applicant is an attorney with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 700 Sixth Street, N.W., Washington, DC 20001 and 200 Liberty Street, New York, New York 10281.

2.      Applicant has been retained as counsel by Assured Guaranty Corp. and Assured Guaranty Municipal Corp. f/k/a Financial Security Assurance Inc.

3.      Applicant will sign all pleadings and papers with the name Mark C. Ellenberg.

USActive 37042759.2

4.      Since 1975, Applicant has been and presently is a member in good standing of the

Bar of the highest court in the District of Columbia, where Applicant regularly practices law.

Applicant's bar license number is 912758.

5.      Applicant has been admitted to practice and is a member in good standing of the

bar in the following courts:

| Court | Admission Date |
| --- | --- |
| U.S. Supreme Court | 1979 |
| U.S. Court of Appeals, First Circuit | 2017 |
| U.S. Court of Appeals, Second Circuit | 2006 |
| U.S. Court of Appeals, Third Circuit | 2002 |
| U.S. Court of Appeals, Fourth Circuit | 1978 |
| U.S. Court of Appeals, Sixth Circuit | 1984 |
| U.S. Court of Appeals, Tenth Circuit | 2001 |
| U.S. Court of Appeals, D.C. Circuit | 1978 |
| U.S. Court of Appeals, Federal Circuit | 1992 |
| U.S. District Court, D.D.C. | 1975 |
| U.S. District Court, D. Maryland | 1989 |
| District of Columbia | 1975 |
| New York | 2016 |

6.      Applicant hereby attests that he is not suspended from practice nor has been the

subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in

any court or jurisdiction.

7.      Applicant requested and was granted *pro hac vice* admission in *Assured Guaranty

Corp. v. Alejandro García Padilla*, No. 3:16-cv-01037-FAB, and in *Assured Guaranty Corp. vs.

Commonwealth of Puerto Rico,* No. 3:16-cv-02384-FAB.  Applicant's request for *pro hac vice*

admission in *Assured Guaranty Corp. v. Commonwealth of Puerto Rico*, No. 3:17-AP-00125-

LTS is pending.

2

8.      Local counsel of record for the Applicant is:

Heriberto J. Burgos Pérez
USDC-PR 204806
Casellas Alcover & Burgos P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401
hburgos@cabprlaw.com

9.      Applicant has read the Local Rules of this Court and will comply with them,

including the provision which requires the payment of an admission fee in the amount of $300.00

in the form of a check to the order of the Clerk, U.S. District Court.

WHEREFORE, Applicant respectfully requests to be admitted *pro hac vice* in the U.S.

District Court for the District of Puerto Rico in this action.

At Washington, D.C., this 15th day of May, 2017.


　/s/ Mark C. Ellenberg
Mark C. Ellenberg
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862 2238
Facsimile: (202) 862-2400
mark.ellenberg@cwt.com

3

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

I hereby certify pursuant to L.Cv.R. 83A(f) that I consent to the designation of local counsel of record for all purposes and that I caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically.  I also certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 15th day of May, 2017.

CASELLAS ALCOVER & BURGOS P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
T. (787) 756-1400
F. (787) 756-1401
hburgos@cabprlaw.com


 /s/ Heriberto J. Burgos Pérez
Heriberto J. Burgos Pérez
USDC-PR 204806

USActive 37042759.2

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders

that:

\_\_\_\_ The application be granted.

\_\_\_\_ The application be denied.

The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated

Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this \_\_th day of May, 2017.


_____
Hon. _____
U.S. DISTRICT JUDGE

USActive 37042759.2