IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

### NOTICE OF REQUEST TO BE HEARD AT MAY 17, 2017, HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje"), pursuant to the Court's Order entered on May 11, 2017 [Dkt. No. 58] (the "Order"), hereby submits its Request to Be Heard at the May 17, 2017 Hearing. In support of this request, the undersigned respectfully states as follows:

On May 3, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") appointed under the Puerto Rico Oversight, Management, and Economic Stability Act, Pub. L. 114-187 ("PROMESA"), filed a petition in this Court on behalf of the Commonwealth of Puerto Rico (the "Commonwealth") commencing a case under Title III of

23454624

PROMESA. Two days later, on May 5, 2017, the Oversight Board filed a petition in this Court on behalf of the Puerto Rico Sales Tax Financing Corporation (together with the Commonwealth, the "Debtors") commencing a case under Title III of PROMESA.

The first-day hearing in the Debtors' Title III cases has been scheduled for May 17, 2017. In order to be heard at the hearing, the Court's May 11th Order requires counsel to file a Request to Be Heard, describing the matters on which counsel wishes to be heard.

Contemporaneously herewith, Peaje filed a limited objection (the "Objection") to the *Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* [Dkt. No. 43].

The undersigned counsel would like to be heard at the May 17th hearing with respect to: (a) the matters raised in the Objection; and (b) any issues that the Court or other parties-in-interest may raise during the hearing.

*[Remainder of page intentionally left blank.]*

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 15th day of May, 2017.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | |
| s/Dora L. Monserrate Peñagarícano | |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice* pending*)* |
| USDC 212612 | Robert J. Jossen (*pro hac vice* pending*)* |
| 101 San Patricio Avenue | Andrew C. Harmeyer (*pro hac vice* pending*)* |
| Maramar Plaza, Suite 1120 | 1095 Avenue of the Americas |
| Guaynabo, Puerto Rico 00968 | New York, New York 10036 |
| Phone: (787) 620-5300 | |
| Fax: (787) 620-5305 | -and- |
| | |
| | G. Eric Brunstad, Jr. (*pro hac vice* pending) |
| | 90 State House Square |
| | Hartford, Connecticut 06103 |

*Attorneys for Peaje Investments LLC*