UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re: The Financial Oversight and Management Board of Puerto Rico**<br><br>**As Representative of**<br><br>**The Commonwealth of Puerto Rico**<br><br>**Debtor** | **PROMESA, Title III**<br><br>**No. 17-BK-3283 (LTS)** |
| **In re: The Financial Oversight and Management Board of Puerto Rico**<br><br>**As Representative of**<br><br>**Puerto Rico Sales Tax Financing Corporation ("COFINA")**<br><br>**Debtor** | **PROMESA, Title III**<br><br>**No. 17-BK-3284 (LTS)** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE CLERK OF THE COURT**:

PLEASE TAKE NOTICE that, pursuant to Rule 83(D)(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ('PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by section 301 of PROMESA, *Correa Acevedo & Abesada Law Offices, P.S.C.* hereby enters its appearance in the above captioned Title III cases (the "Title III Cases") as co-counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ

#5471139.2

Management, LP, and OZ Management II LP (collectively, the "QTCB Noteholder Group"). The QTCB Noteholder Group hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by the Clerk in the Title III Cases and that the Clerk and all other parties-in-interest in the Title III Cases provide all notices and all papers served on any party filed with the Court or delivered to the Office of the United States Trustee in the Title III Cases, to the persons listed below:

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

/s/ Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all notices and papers referred to in the provisions of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, notice of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda, and briefs in support of any of the foregoing and any other document brought before this Court with respect to these Title III Cases and any proceeding therein, all of which shall be sent to the attorneys listed above.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any rights of the QTCB Noteholder Group to a trial by jury in any proceeding so triable in the Title III Cases or any case, controversy or proceeding related to the Title Cases; or to rights, claims, actions, defenses, setoffs, recoupments or remedies to which the QTCB Noteholder Group may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved hereby.

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the attorneys registered in said system.

In Guaynabo, Puerto Rico, this 15th day of May, 2017.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

/s/ Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

Counsel for Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, and OZ Management II LP

#5471139.2