# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, <br><br> Debtor. | PROMESA <br><br> TITLE III <br><br> No. 17 BK 3283-LTS |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

The undersigned attorney hereby enters his appearance on behalf of WorldNet Telecommunications Inc., and respectfully request that any notices, pleadings, motions, orders, resolutions and any other paper filed before or by the Court be served through the undersigned counsel.

**WHEREFORE,** WorldNet Telecommunications Inc., respectfully request from the Honorable Court to allow the undersigned as its legal representative and to order that all future notices, orders and resolutions addressed to the appearing party be served upon the undersigned counsel.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 15th day of May 2017.

**CERTIFICATION**: I hereby certify that the foregoing document has been filed with the Clerk using the CM/ECF system which will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

1

*By: s/José Luis Barrios-Ramos*
JOSE LUIS BARRIOS-RAMOS
USDC 223611

PO Box 364966
San Juan, Puerto Rico 00936-4966
Tel. 787-767-9625
Fax. 787-764-4430
Email barrios.jl@outlook.com