UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: The Financial Oversight and Management Board of Puerto Rico<br><br>As Representative of<br><br>The Commonwealth of Puerto Rico<br>Debtor<br>_____ | PROMESA, Title III<br>No. 17-BK-3283 (LTS) |
| In re: The Financial Oversight and Management Board of Puerto Rico<br><br>As Representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA")<br>Debtor. | PROMESA, Title III<br>No. 17-BK-3284 (LTS) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that, pursuant to Rule 83(D)(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act (`PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by section 301 of

PROMESA, Damaris Quinones Vargas, Esq. hereby enters its appearance in the above captioned Title III cases (the "Title III Cases") as counsel of IKON Solutions Inc.

IKON Solutions Inc., hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by the Clerk in the Title III Cases and that the Clerk and all other parties-in-interest in the Title III Cases provide all notices and all papers served on any party filed with the Court or delivered to the Office of the United States Trustee in the Title III Cases, to the appearing attorney.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all notices and papers referred to in the provisions of the Bankruptcy Code and the Bankruptcy Rules specified above, without limitation to notice of any orders, pleadings, motions, applications, complaints, demands, hearings, financial, operational reports, requests or petitions, answer, oppositions or reply, papers, memoranda, and briefs in support of any of the foregoing and any other document brought before this Court with respect to these Title III Cases and any proceeding therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex, electronically or otherwise filed or given with regard to the Title III Cases and the proceedings therein, all of which shall be sent to the attorney listed above.

Neither this notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive any rights of the appearing creditor to a trial by jury in any proceeding triable in the Title III Cases or any case, controversy or proceeding related to the Title Cases; or to rights, claims, actions, defenses, setoffs, recoupments or remedies to which IKON Solutions Inc. may be

entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies are expressly reserved hereby.

**WHEREFORE,** the appearing party respectfully requests that this Court take notice of this motion and take any other additional relieve deemed appropriate.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to counsel of record at their electronic address of record.

In San Juan, Puerto Rico this 11th day of May 15th, 2017.

**QUINONES VARGAS LAW OFFICES.**
USDC-PR 213709
Box 429
Cabo Rojo, PR 00623
Tel. (787) 851-7866 Fax 787) 851-1717

Calle Rafael Cordero 154
Edificio González Padín
Oficina 506
San Juan PR 00901
**damarisqv@bufetequiñones.com**

**/s/ DAMARIS QUIÑONES VARGAS**
**DAMARIS QUIÑONES VARGAS, Esq.**
USDC-PR 213709