UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested) |

## APPLICATION OF SUZZANNE UHLAND FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

    **COMES NOW Suzzanne Uhland, Esq.** (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

    1.    Applicant is an attorney with the law firm O'Melveny & Myers LLP with an office at:

        **Address:**    Times Square Tower
                          7 Times Square
                          New York, NY 10026
        **E-Mail:**     suhland@omm.com
        **Telephone:** (212) 326-2259

    Fax:   (212) 326-2061

2. Applicant will sign all pleadings with the name <u>Suzzanne Uhland</u>.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("<u>AAFAF</u>"), to provide legal representation in connection with the above-captioned case now pending before the United States District Court for the District of Puerto Rico.

5. Since 1998, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 136852.

6. Applicant has also been admitted to practice before the following courts where she remains as a member in good standing:

| **Court:** | **Admission Date:** |
|---|---|
| U.S. District Court for the Northern District of California | December 1993 |
| U.S. District Court for the Southern District of California | June 1989 |
| U.S. District Court for the Central District of California | December 1988 |
| U.S. District Court for the Eastern District of California | February 1989 |
| U.S. District Court for the District of Arizona | December 1992 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

  **Name:**   Mohammad S. Yassin, Esq.
  **USDC-PR Bar No:** 302909

2

|  |  |
|---|---|
| **Email:** | Mohammad.Yassin@aafaf.pr.gov |
| **Address:** | Puerto Rico Fiscal Agency and Financial Advisory Authority |
|  | Roberto Sánchez Vilella (Minillas) Government Center |
|  | De Diego Avenue, Stop 22 |
|  | San Juan, Puerto Rico 00907 |
| **Telephone:** | (787) 722-2525 |
| **Fax:** | (787) 721-1443 |

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agreed to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Court for the District of Puerto Rico for the above-captioned case only.

In New York, New York, this 15th day of May, 2017.

/s/ Suzzanne Uhland

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 15th day of May, 2017

_____
Mohammad S. Yassin, Esq.
USDC-PR No. 302909