UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested) |

## APPLICATION OF PETER FRIEDMAN FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW** Peter Friedman, Esq. (the "Applicant") and respectfully requests *pro hac vice* admission to this Court, by stating as follows:

1. Applicant is an attorney with the law firm O'Melveny & Myers LLP with an office at:

    **Address:** 1625 Eye Street, NW
    Washington, DC 20006
    **E-Mail:** pfriedman@omm.com
    **Telephone:** (202) 383-5300
    **Fax:** (202) 383-5414

2. Applicant will sign all pleadings with the name Peter Friedman.

3. Applicant does not reside in the Commonwealth of Puerto Rico.

4. Applicant has been retained as counsel by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), to provide legal representation in connection with the above-captioned case now pending before the United States District Court for the District of Puerto Rico.

5. Since 2001, Applicant has been and presently is a member in good standing of the bar of the highest court of: (i) Washington, D.C., where Applicant's bar license number is 474966, (ii) the State of New York, where Applicant's bar license number is 4976551, and (iii) the State of Illinois, where Applicant's bar license number is 6255955.

6. Applicant has also been admitted to practice before the following courts where he remains as a member in good standing:

| Court: | Admission Date: |
|---|---|
| U.S. Supreme Court | October 2003 |
| U.S. Court of Appeals, Tenth Circuit | June 2015 |
| U.S. Court of Appeals, Seventh Circuit | June 2004 |
| U.S. Court of Appeals, Third Circuit | December 2003 |
| U.S. District Court for the District of Columbia | October 2004 |

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

**Name:** Mohammad S. Yassin, Esq.
**USDC-PR Bar No:** 302909

|  |  |
|---|---|
| **Email:** | Mohammad.Yassin@aafaf.pr.gov |
| **Address:** | Puerto Rico Fiscal Agency and Financial Advisory Authority |
|  | Roberto Sánchez Vilella (Minillas) Government Center |
|  | De Diego Avenue, Stop 22 |
|  | San Juan, Puerto Rico 00907 |
| **Telephone:** | (787) 722-2525 |
| **Fax:** | (787) 721-1443 |

11. Applicant has been furnished a copy of, and has read, the Local Rules of the United States District Court for the District of Puerto Rico and agreed to comply with them in their entirety.

12. Applicant is further aware that such rules provide in part that attorneys appearing *pro hac vice* must pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment module (using the pay.gov portal) or by attaching a check or money order payable to "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States Court for the District of Puerto Rico for the above-captioned case only.

In Washington, D.C., this 15th day of May, 2017.

_____
Peter Friedman

I HEREBY CERTIFY that I consent to the designation of local counsel of record for all purposes pursuant to Local Rule 83.1(f).

In San Juan, Puerto Rico, this 15 day of May, 2017

_____
Mohammad S. Yassin, Esq.
USDC-PR No. 302909