# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested) |

## THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY'S JOINDER TO DEBTORS' FIRST DAY MOTIONS

The Puerto Rico Fiscal Agency and Financial Advisory Authority respectfully joins in the following motions filed by the Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation (collectively, the "Motions"):

- *Motion of Debtors Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief [D.I. 41]*;

- *Motion of Debtors Pursuant to PROMESA Section 315, Bankruptcy Code Sections 105(a) and 923, and Bankruptcy Rules 2002, 9007, and 9008 for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication Thereof, and Granting Related Relief [D.I. 42]*;

- *Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief [D.I. 43];*

- *Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases [D.I. 44];*

- *Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to Petition Dates [D.I. 45];* and

- *Motion of Debtors Pursuant to Bankruptcy Code Section 105(a) for Entry of Order Confirming Authority of Banks to Continue Honoring Instructions and Payment Instruments with Respect to the Debtors' Bank Accounts [D.I. 60].*

*Remainder of Page Intentionally Left Blank*

For the reasons stated in the Motions, which are incorporated by reference here, the Court should grant the relief requested in the Motions in its entirety.

Dated: May 15, 2017
      San Juan, Puerto Rico

Respectfully submitted,

_____
John J. Rapisardi (admission *pro hac vice* pending)
Suzzanne Uhland (admission *pro hac vice* pending)
Diana M. Perez (admission *pro hac vice* pending)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

-and-

Peter Friedman (admission *pro hac vice* pending)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

_____
Mohammad S. Yassin, Esq.
USDC No. 302909

Puerto Rico Fiscal Agency and
Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907
Telephone: (787) 722-2525
Facsimile: (787) 721-1443