**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-----------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284 |
| PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), | (Joint Administration Requested) |
| Debtor. | |

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON MAY 17, 2017 AT 9:30 A.M.**

**Time and Date of Hearing:** Wednesday, May 17, 2017,
from 9:30 a.m. to 12:00 p.m.,
and, if necessary,
from 1:00 p.m. to 2:00 p.m.
(Atlantic Standard Time)

**Location of Hearing:** Honorable Laura Taylor Swain, United States District Court Judge
Courtroom 3
United States District Court for the District of Puerto Rico
the Clemente Ruiz Nazario United States Courthouse
150 Carlos Chardón Avenue
San Juan, P.R. 00918-1767

**Copies of Documents:** Copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **STATUS CONFERENCE**

1. **Debtors' Status Report**.

   Description: A status hearing is going forward on the Debtors' cases, including expectations as to the timetable for proposing plans, settlement negotiations, and potential formal mediation process.

   Estimated Time Required: 15-20 minutes.

2. **United States Trustee's Status Report**.

   Description: A status hearing is going forward on the Debtors' cases, including the United States Trustee's expectations and timetable relating to the formation of committees.

   Estimated Time Required: 15 minutes.

II. **UNCONTESTED MATTERS**

3. **Motion for Approval of Form of Notice of Commencement of Title III Cases**. Motion of Debtors Pursuant to PROMESA Section 315, Bankruptcy Code Sections 105(a) and 923, and Bankruptcy Rules 2002, 9007, and 9008 for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication Thereof, and Granting Related Relief **[ECF No. 42]**.

   Description: The Debtors are seeking the Court's approval of the notice to be provided to creditors and other parties in interest notifying them of the commencement of these title III cases and related matters, and approving the manner of service and circulation of such notice.

   Objection Deadline: Monday, May 15, 2017 at 3:00 p.m. (Atlantic Standard Time).

   Responses Received: None.

   Related Documents: The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions **[ECF No. 155]**.

   Status: This matter is going forward.

   Estimated Time Required: 7 minutes.

4. **Creditor Matrix Motion**. Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases **[ECF No. 44]**.

2

Description: The Debtors are seeking an order (a) fixing June 30, 2017, as the date by which the Debtors must file the creditor mailing matrix; (b) fixing August 30, 2017, as the date by which the Debtors must file the full list of creditors with claim amounts pursuant to Bankruptcy Code section 924 (the "Creditor List"); and (c) waiving, to the extent such rule is applicable to these title III cases, the requirements under rule 1007-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico that may otherwise require the Debtors to file the Creditor List within two days after the date of commencement of these cases.

Objection Deadline: Monday, May 15, 2017 at 3:00 p.m. (Atlantic Standard Time).

Responses Received: None.

Related Documents:

A. Declaration of Scott A. Rinaldi in Support of the Motion of Debtors for Entry of an Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases **[ECF No. 59]**.

B. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions **[ECF No. 155]**.

Status: This matter is going forward.

Estimated Time Required: 7 minutes.

5. **Prime Clerk Application**. Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to Petition Dates **[ECF No. 45]**.

Description: The Debtors are seeking an order authorizing the employment and payment of Prime Clerk LLC ("Prime Clerk") as the official solicitation, notice, and claims agent, and authorizing the Debtors to pay Prime Clerk all amounts arising under its engagement letter.

Objection Deadline: Monday, May 15, 2017 at 3:00 p.m. (Atlantic Standard Time).

Responses Received: None.

Related Documents:

A. Notice of Filing of Exhibit A to the Prime Clerk Application **[ECF No. 65]**.

B. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions **[ECF No. 155]**.

Status: This matter is going forward.

3

Estimated Time Required: 7 minutes.

## III. CONTESTED MATTERS

6. **Joint Administration Motion**. Motion of Debtors Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief **[ECF No. 41]**.

    Description: The Debtors are seeking an order directing the joint administration, solely for procedural purposes, of the title III cases of the Commonwealth of Puerto Rico (the "Commonwealth"), and the Puerto Rico Sales Tax Financing Corporation ("COFINA").

    Objection Deadline: Monday, May 15, 2017 at 3:00 p.m. (Atlantic Standard Time).

    Responses Received:
    - Omnibus Objection of COFINA Senior Bondholders' Coalition to First Day Motions Regarding Bank Accounts (Dkt. 60), Joint Administration (Dkt. 41), and Case Management (Dkt. 43) **[**Case No. 17-3284, **ECF No. 55]**.
    - Ambac Assurance Corporation's Omnibus Objection to Certain of Debtors' First Day Motions **[ECF No. 113]**.
    - Objection of the Puerto Rico Funds to Debtors' Motion for Entry of an Order Directing Joint Administration of Title III Cases **[ECF No. 114]**.
    - Mutual Fund Group's Omnibus Objection to Debtors' First Day Motions **[ECF No. 120]**.
    - Limited Objection of National Public Finance Guarantee Corporation to (I) Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief and (II) Motion of Debtors Pursuant to PROMESA Sections 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief **[ECF No. 127]**.

    Related Documents: The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions **[ECF No. 155]**.

    Status: This matter is going forward.

    Estimated Time Required: 30-60 minutes.

7. **Motion Imposing and Rendering Applicable Local Bankruptcy Rules and Establishing Case Management Procedures**. Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief **[ECF No. 43]**.

4

Description: The Debtors are seeking an order (i) imposing and rendering applicable to these cases the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico, and (ii) approving and implementing certain notice, case management, and administrative procedures.

Objection Deadline: Monday, May 15, 2017 at 3:00 p.m. (Atlantic Standard Time).

Responses Received:
- Omnibus Objection of COFINA Senior Bondholders' Coalition to First Day Motions Regarding Bank Accounts (Dkt. 60), Joint Administration (Dkt. 41), and Case Management (Dkt. 43) **[**Case No. 17-3284, **ECF No. 55]**.
- Financial Guaranty Insurance Company's Limited Objection to Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief **[ECF No. 104]**.
- Cesar Castillo Inc.'s Limited Objection to the Proposed Notice Case Management and Administrative Procedures, Included in the Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief **[ECF No. 112]**.
- Ambac Assurance Corporation's Omnibus Objection to Certain of Debtors' First Day Motions **[ECF No. 113]**.
- Puerto Rico Funds' Limited Objection to Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief **[ECF No. 119]**.
- Mutual Fund Group's Omnibus Objection to Debtors' First Day Motions **[ECF No. 120]**.
- Objection of Peaje Investments LLC to the Debtors' Proposed Notice, Case Management and Administrative Procedures **[ECF No. 122]**.
- Limited Objection of National Public Finance Guarantee Corporation to (I) Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief and (II) Motion of Debtors Pursuant to PROMESA Sections 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief **[ECF No. 127]**.

Related Documents: The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions **[ECF No. 155]**.

Status: This matter is going forward.

Estimated Time Required: 30-60 minutes.

8. **Motion Confirming Banks' Authority to Continue Honoring Instructions and Payment Instruments**. Motion of Debtors Pursuant to Bankruptcy Code Section 105(a) for Entry of Order Confirming Authority of Banks to Continue Honoring Instructions and Payment Instruments with Respect to the Debtors' Bank Accounts **[ECF No. 60]**.

Description: The Debtors are seeking an order confirming the authority of the Debtors' banks to (i) continue honoring all authorized transfer, deposit, and withdrawal instructions and receive, process, honor, and/or pay all checks presented for payment or authorized payment requests (collectively, the "Instructions and Payment Instruments") relating to the Debtors' bank accounts (whether presented and/or submitted before or after the petition date), and (ii) rely on the Debtors' designation of any particular Instruction and Payment Instrument without any bank duty of further inquiry and without incurring any liability therefor.

Objection Deadline: Monday, May 15, 2017 at 3:00 p.m. (Atlantic Standard Time).

Responses Received:
- Omnibus Objection of COFINA Senior Bondholders' Coalition to First Day Motions Regarding Bank Accounts (Dkt. 60), Joint Administration (Dkt. 41), and Case Management (Dkt. 43) **[**Case No. 17-3284, **ECF No. 55]**.
- Ambac Assurance Corporation's Omnibus Objection to Certain of Debtors' First Day Motions **[ECF No. 113]**.
- Mutual Fund Group's Omnibus Objection to Debtors' First Day Motions **[ECF No. 120]**.

Related Documents: The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions **[ECF No. 155]**.

Status: This matter is going forward.

Estimated Time Required: 30-60 minutes.

## IV. **NOTICES OF REQUESTS TO BE HEARD**

1. Notices Filed [Case No. 17-3283]:
   - U.S. Trustee for Region 21 **[ECF No. 77]**
   - Ad Hoc Retiree Committee **[ECF No. 93]**
   - CMA Architects & Engineers LLC **[ECF No. 98]**
   - Ad Hoc Group of General Obligation Bondholders **[ECF No. 99]**
   - Financial Guaranty Insurance Company **[ECF No. 105]**
   - The Bank of New York Mellon **[ECF No. 107]**

6

- Puerto Rico Fiscal Agency and Financial Advisory Authority **[ECF No. 115]**
- Cesar Castillo Inc. **[ECF No. 116]**
- Mutual Fund Group **[ECF No. 117]**
- Assured Guaranty Corp. **[ECF No. 123]**
- Ambac Assurance Corporation **[ECF No. 124]**
- Peaje Investments LLC **[ECF Nos. 128, 144]**
- Puerto Rico Funds **[ECF No. 129]**
- National Public Finance Guarantee Corporation **[ECF No. 130]**

2. Notices Filed [Case No. 17-3284]:
   - U.S. Trustee for Region 21 **[ECF No. 32]**
   - Ad Hoc Group of General Obligation Bondholders **[ECF No. 42]**
   - The Bank of New York Mellon **[ECF No. 44]**
   - COFINA Senior Bondholders' Coalition **[ECF No. 48]**
   - Puerto Rico Fiscal Agency and Financial Advisory Authority **[ECF No. 50]**
   - Mutual Fund Group **[ECF No. 52]**
   - Assured Guaranty Corp. **[ECF No. 54]**
   - Ambac Assurance Corporation **[ECF No. 56]**
   - National Public Finance Guarantee Corporation **[ECF No. 58]**

*[Remainder of Page Intentionally Left Blank]*

Dated: May 16, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/*   Martin J. Bienenstock

Martin J. Bienenstock
Scott K. Rutsky
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/*   Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
*/s/* Ubaldo M. Fernandez
USDC No. 224807
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

8