## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re: The Financial Oversight and Management Board of Puerto Rico**<br><br>**As Representative of**<br><br>**The Commonwealth of Puerto Rico**<br><br>**Debtor** | **PROMESA, Title III**<br><br>**No. 17-BK-3283 (LTS)** |
| **In re: The Financial Oversight and Management Board of Puerto Rico**<br><br>**As Representative of**<br><br>**Puerto Rico Sales Tax Financing Corporation ("COFINA")**<br><br>**Debtor** | **PROMESA, Title III**<br><br>**No. 17-BK-3284 (LTS)** |

## NOTICE OF PAYMENT OF *PRO HAC VICE* APPLICATIONS FILED AT DOCKET NO. 136, 137 AND 139

**TO THE CLERK OF THE COURT**:

PLEASE TAKE NOTICE that the *pro hac vice* fees for the applications of Kurt A. Mayr, Daniel Connolly and David Lawton filed at Docket No. 136, 137 and 139 in the amount of $300.00 per application have been paid and enclosed is the payment receipt in compliance with L. Civ. R. 83.1(f).

**I HEREBY CERTIFY** that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the attorneys registered in said system.

#5471139.2

Notice of Payment
Page -2

In Guaynabo, Puerto Rico, this 16th day of May, 2017.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379

/s/ Roberto Abesada-Agüet
USDC-PR No. 216706
E-Mail: ra@calopsc.com

Counsel for Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, and OZ Management II LP

#5471139.2