```
Court Name: District Court
Division: 1
Receipt Number: PRX100049489
Cashier ID: arodrigu
Transaction Date: 05/16/2017
Payer Name: ABESADA-AGUET, ROBERTO
------------------------------------
PRO HAC VICE
 For: ABESADA-AGUET, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HAC VICE
 For: ABESADA-AGUET, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HAC VICE
 For: ABESADA-AGUET, ROBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: CORREA ACEVEDO & ABESADA
 Check/Money Order Num: 20998
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: CORREA ACEVEDO & ABESADA
 Check/Money Order Num: 20999
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: CORREA ACEVEDO & ABESADA
 Check/Money Order Num: 20997
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $900.00
Total Tendered: $900.00
Change Amt:     $0.00

17-3283 LTS PRO HAC VICE OF KURT A.
MAYR, DANIEL S. CONNOLLY & DAVID L.
LAWTON
THRU: ABESADA-AGUET, ROBERTO
```