IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | * | |
| THE COMMONWEALTH OF PUERTO RICO | * | Case No. 17BK3283 |
| Debtor | * | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

**PURSUANT** to Local Rule 83(D)(a) the undersigned counsel, Andrés L. Córdova, hereby notifies this Honorable Court and the parties that he will be appearing in the above captioned case as counsel for the following parties: Levy Echeandía Trust ("Levy-Echeandía Trust"), Inmobiliaria Levy, Inc., ("Inmobiliaria Levy"), Francisco Levy Hijo, Inc. ("Francisco Levy"), Ricardo Levy Echeandía and Lourdes Arce Rivera ("Levy-Arce"), Laura Levy ("Levy"), hereinafter referred to as collectively as LEVY, Request is respectfully made that all notices given or required to be given and all papers served in this case, including without limitation all orders, motions, petitions, pleadings, requests, complaints, demand, replies, answers, schedules of assets and liabilities, statement of affairs, operating reports and plans, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited or master lists are used in this proceeding, the parties listed above request inclusion therein.

WHEREFORE, it is respectfully requested that this Honorable court take notice of the appearance of the undersigned, and that future notifications of nay motions, orders or other legal documents be sent, as applicable, to the undersigned attorney through the CM/ECF System.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th of May, 2017

s/ ANDRES L CORDOVA
P.O. Box 195355
San Juan, Puerto Rico 00919-533
USCD-PR No. 215612
Tel. (787) 751-1912 x 2083
Fax (787) 751-3991
andreslopecordova@gmail.com
acordova@juris.inter.edu