```
                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF PUERTO RICO
```

IN RE:                          *
THE COMMONWEALTH OF             *
PUERTO RICO                     *          CIVIL NO. 17-bk-3283 (LTS)
                                *
Debtor                          *
_____

                            NOTICE OF APPEARANCE

To   The Clerk of Court and all parties of record:

     Jose W. Cartagena gives notice that:

1.   He is admitted to practice in this court.

2.   He appears in this matter both *pro se* and on behalf of Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena; all of whom are holders of bonds issued by Debtor and, or, covered entities subject to oversight under the Puerto Rico Oversight, Management and Economic Stability Act.

     Respectfully submitted this 16th day of May, 2017.

                                        s/ Jose W. Cartagena
                                        701 Ave Ponce de Leon Suite 401
                                        San Juan PR 00907-3248
                                        Telephone 787-729-9444
                                        Fax 787-729-9446
                                        e-mail jwc@jwcartagena.com
                                        USDCPR No. 119201