**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>  As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>        Debtor(s) | PROMESA<br>TITLE III<br><br><br>No. 17-03283 LTS |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW creditor MANAGEMENT CONSULTANTS & COMPUTER SERVICES INC., through the undersigned and STATES as follows:

The appearing creditor notifies that it has retained the legal services of the undersigned attorney.

WHEREFORE it is respectfully requested that this Honorable Court take notice of the above stated; that Management Consultants & Computer Services Ins. be notified of all proceedings in the present case and that it be included in the Master Address in the above captioned case.

**CERTIFICATE OF SERVICE:** Today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all creditors and other parties in interest which have filed a notice of appearance in the caption case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 16th day of May, 2017.

ROSAMAR GARCIA FONTAN ESQ.
La Coruna Apt. 103
Guaynabo, PR 00969
Tel. 787-598-3313
rgarciafontan@gmail.com

*S/ROSAMAR GARCÍA FONTÁN*
ROSAMAR GARCIA FONTAN
USDC-PR #221004