# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor | PROMESA<br><br>Title III<br><br>No. 17-BK-3283 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>PUERTO RICO SALES TAX FINANCING<br><br>CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br><br>Title III<br><br>No. 17-BK-3284 |

**MOTION FOR RECONSIDERATION OF THE ORDER ISSUED MAY 10, 2017
REGARDING TRANSMISSION OF PROCEEDINGS
FOR THE BENEFIT OF THE PEOPLE OF PUERTO RICO**

**NOW COMES** Onda Virtual, LLC through its attorneys Francisco M. Troncoso and Hector Figueroa Vicenty, and very respectfully states, alleges and prays as follows:

1. Onda Virtual, LLC, is an online broadcaster of a radio signal that reaches all of Puerto Rico. It is the owner of Bonita Radio, a web station which has a YouTube Channel and is heard 24/7 through tune in radio and through

1

the web portal www.bonitaradio.net. The signal which Onda Virtual, LLC covers is global through YouTube.

2. This Honorable Court issued an Order on May 10, 2017 through which it denied the request to broadcast the signal of the hearing to be held on May 17, 2017, in the U.S. District Court for the District of Puerto Rico.

3. Through this motion, petitioner respectfully requests that this Honorable Court reconsider the Order of May 10, 2017 [Docket 58] and permit the broadcast of this hearing to all of Puerto Rico, through Onda Virtual, LLC.

4. Since this hearing involves a matter of great concern for The People of Puerto Rico and is of the utmost importance to the U.S. Citizens that live on the Island and to the millions of relatives, friends and acquaintances that reside on the mainland, the signal of the hearing should be made available to them.

5. In regard to this matter, Onda Virtual, LLC and the producers of Bonita Radio need access only to the Court Room to place a small camera with a cable to the audio system of the Court and from there to a portable computer supplied by Bonita Radio to transmit the signal digitally through a YouTube Channel of Bonita Radio.

6. It is respectfully requested that this Honorable Court reconsider its Order of May 10, 2017 and allow the broadcast of the proceedings through Onda Virtual, LLC, on a nonexclusive basis. While the decision to broadcast the hearing to other Court Rooms in the U.S. District Court for the District of

Puerto Rico is a step in the right direction, it is insufficient because of the limited capacity that these Court Rooms have.

**WHEREFORE** it is respectfully requested that this Honorable Court allow Onda Virtual, LLC to broadcast the proceedings live on a nonexclusive basis.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 16th day of May, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that this function has been filed electronically CM/ECF system so that all interested parties are informed.

| *s/Francisco M. Troncoso* | *s/Héctor Figueroa Vicenty* |
|---|---|
| USDC No. 120007 | USDC No. 120006 |
| Troncoso & Schell | San Francisco Street No. 310 |
| PO Box 9023352 | Third Floor - Suite 32 |
| San Juan, PR 00902-3352 | San Juan, Puerto Rico 00901 |
| Tel: (787) 722-0741 | Tel: (787) 378-1154 |
| Fax: (787) 724-2563 | Email: hector@elbufetedelpueblo.com |
| Email: ftroncosolaw@yahoo.com | quiebras@elbufetedelpueblo.com |

3