UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS |

-------------------------------------------------------------

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3284<br><br>(Joint Administration Requested)<br><br>Related to D.I. 43 |

----------------------------------------------------------------x

**NOTICE OF FILING OF AMENDED PROPOSED
ORDER WITH RESPECT TO DEBTORS' MOTION
FOR ORDER (A) IMPOSING AND RENDERING APPLICABLE
LOCAL BANKRUPTCY RULES TO THESE TITLE III CASES, (B)
AUTHORIZING ESTABLISHMENT OF CERTAIN NOTICE, CASE MANAGEMENT,
AND ADMINISTRATIVE PROCEDURES, AND (C) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 9, 2017, the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation (together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section

315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("<u>PROMESA</u>"),[1] filed the *Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* [D.I. 43] (the "<u>Case Management Motion</u>"). Attached as Exhibit A to the Case Management Motion was the Debtors' initial proposed order in connection with the motion (the "<u>Initial Proposed Order</u>").

**PLEASE TAKE FURTHER NOTICE** that certain objections with respect to the Case Management Motion (the "<u>Objections</u>") were filed with the Court as specified in the *Notice of Agenda of Matters Scheduled for the Hearing on May 17, 2017 at 9:30 A.M.* [D.I. 156].

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file an amended proposed order, in the form attached hereto as **Exhibit A**, reflecting revisions made in an effort to resolve the Objections (the "<u>Amended Proposed Order</u>").

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Amended Proposed Order against the Initial Proposed Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of the Prime Clerk Application, the Engagement Agreement, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

(b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

| | |
|---|---|
| Dated: May 16, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/* Martin J. Bienenstock |

Martin J. Bienenstock
Scott K. Rutsky
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/* Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205

*/s/* Ubaldo M. Fernández

Ubaldo M. Fernández
USDC No. 224807

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*