### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>   Debtor. | PROMESA<br>Title III<br><br>Civil No. 17 CV 1578-LTS |

### NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 9010(a)-(b) and Local Civil Rule 83(D)(a), the undersigned counsel, Lee R. Sepulvado Ramos and Aníbal J. Núñez González, hereby notify this Honorable Court and the parties that they are appearing as counsel for unsecured creditor Total Petroleum Puerto Rico Corp.

The undersigned counsel's appearing information is the following:

>Lee Sepulvado Ramos
>USDC-PR Bar No. 211912
>Email: lsepulvado@smlawpr.com
>
>Aníbal J. Núñez González
>USDC-PR Bar No. 230101
>Email: anunez@smlawpr.com
>
>SEPULVADO & MALDONADO, PSC
>252 Ponce de León Avenue
>Citibank Tower, Suite 1900
>San Juan, PR 00918
>Telephone:  787-765-5656
>Facsimile:  787-294-0073

The undersigned counsel respectfully request that copy of all motions, orders and any other documents or correspondence in this case be served on them through the CM/ECF system.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned and that future notifications of all motions, orders and any other documents or correspondence in this case be served on them through the CM/ECF system.

RESPECTFULLY SUBMITTED.

On this 16th day of May, 2017.

WE HEREBY CERTIFY that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

Dated: May 16, 2017              Respectfully submitted,

SEPULVADO & MALDONADO, PSC

By:    *s/Lee R. Sepulvado Ramos*
       Lee R. Sepulvado Ramos
       USDC-PR Bar No. 211912
       Email: lsepulvado@smlawpr.com

       *s/Aníbal J. Núñez González*
       Aníbal J. Núñez González
       USDC-PR Bar No. 230101
       Email: anunez@smlawpr.com

       252 Ponce de León Avenue
       Citibank Tower, Suite 1900
       San Juan, PR 00918
       Telephone: 787-765-5656
       Facsimile: 787-294-0073

- 2 -