UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-----------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284 |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), | |
| Debtor. | |

------------------------------------------------------------x

## ORDER

The Court has received and reviewed a motion by Onda Virtual LLC ("Onda") seeking reconsideration of that portion of the Court's May 10, 2017, order (docket entry no. 58 in case no. 17 BK 3283), which provided that telephonic and remote audio/video will not be available for the hearing that will be held on May 17, 2017. Onda seeks permission to broadcast the proceedings on radio and transmit visual signals to the general public. Such broadcasts and transmissions are prohibited under Section 410.10(a) of the policies of the Judicial Conference of the United States as well as the Local Rules of this Court (see Local Civil Rule 83F(b)). The

Motion for Reconsideration is, accordingly, denied. This Order resolves Docket Entry No. 161 in 17 BK 3283 and Docket Entry No. 74 in 17 BK 3284.

    SO ORDERED.

Dated: May 16, 2017
       San Juan, Puerto Rico

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       United States District Judge