# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Title III |
| Commonwealth of Puerto Rico, and | Civil No. 17-01578 (LTS) |
| Puerto Rico Sales Tax Financing Corporation. | Case No. 17-01599 |
| Debtors | (Joint Administration Requested) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**

COMES NOW, parties in interest, COOPERATIVA A/C DE CABO ROJO, COOPERATIVA A/C DE CAGUAS, COOPACA, COOPERATIVA A/C DE LA ASOCIACION DE MAESTROS (EDUCOOP), COOPERATIVA A/C DE LA FEDERACION DE MAESTROS DE PR, COOPERATIVA A/C GERENCIALES AUTORIDAD DE ENERGIA ELECTRICA, COOPERATIVA A/C AGUAS BUENAS, COOPERATIVA A/C SAULO D. RODRIGUEZ, COOPERATIVA A/C JESUS OBRERO, COOPERATIVA A/C LAS PIEDRAS, COOPERATIVA A/C LOMAS VERDES, COOPERATIVA A/C SAN JOSE, COOPERATIVA A/C LOS HERMANOS, COOPERATIVA A/C YAUCO are represented by the undersigned attorneys in all judicial proceeding regarding this case pending before this Honorable Court.

WHEREFORE, the appearing parties request this Honorable Court to take notice of this appearance and to notify the undersigned attorneys of all orders, judgments, and resolutions entered and filed in the above captioned case.

**RESPECTFULLY SUBMITTED**

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

Case:17-03283-LTS Doc#:171 Filed:05/16/17 Entered:05/16/17 18:32:36 Desc: Main
Document Page 2 of 2

Civil No. 17-01578 (LTS)
Page **2** of **2**

    In Guaynabo, Puerto Rico, on this 16th day of May, 2017.

**MARICHAL, HERNANDEZ,
SANTIAGO & JUARBE, LLC**
Triple S Plaza
1510 F.D. Roosevelt Ave.
9th Floor, Suite 9 B1
Guaynabo, Puerto Rico 00968
P.O. Box 190095
San Juan, Puerto Rico 00919-0095
Phone: (787) 753-1565
Fax: (787) 763-1704

*/s/ Rafael M. Santiago-Rosa*
**Rafael M. Santiago-Rosa**
USDC P.R. No.211705

/s/ Vanessa Medina-Romero
**Vanessa Medina-Romero**
USDC P.R. No.219403