UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3284 |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), | (Joint Administration Requested) |
| Debtor. | |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("*Prime Clerk*"), the proposed claims and noticing agent for the Debtors in the above-captioned cases pending under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

On May 11, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Notice of Transfer of Docket [Docket No. 62]

- Notice of Filing of Exhibit A to the Prime Clerk Application [Docket No. 65]

Dated: May 16, 2017

_____
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 16, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | P.O. Box 194000 No. 212 San Juan PR 00919-4000 | ajb@bennazar.org bgm.csp@bennazar.org | First Class Mail and Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Alexandra Casellas-Cabrera P.O. Box 70294 San Juan PR 00936-8294 | acasellas@amgprlaw.com | First Class Mail and Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa P.O. Box 70294 San Juan PR 00936-8294 | epo@amgprlaw.com | First Class Mail and Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Lourdes Arroyo Portela P.O. Box 70294 San Juan PR 00936-8294 | larroyo@amgprlaw.com | First Class Mail and Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Luis A. Oliver Fraticelli P.O. Box 70294 San Juan PR 00936-8294 | loliver@amgprlaw.com | First Class Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin 1101 17th Street NW Suite 900 Washington DC 20011 | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org | First Class Mail and Email |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray 1201 New York Ave., NW Washington DC 20525 | | First Class Mail |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida One Baxter Park Way Deerfield IL 60015 | eric_ruiz@baxter.com pat.johnsen@baxter.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida P.O. Box 360002 San Juan PR 00936-0002 | eric_ruiz@baxter.com pat.johnsen@baxter.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa K-2 Ave. San Patricio Guaynabo PR 00968 | wmunoz@braxtonpr.com academico@braxtonpr.com braxton.dp@gmail.com | First Class Mail and Email |
| Counsel to FGIC | Butler Snow | Attn: Martin Sosland, Esq. 5430 LBJ Freeway Suite 1200 Dallas TX 75240 | martin.sosland@butlersnow.com | First Class Mail and Email |
| Counsel to Assured | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq. 700 Sixth Street, N.W. Washington DC 20001 | mark.ellenberg@cwt.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei Centro Internacional de Distribucion PR-165 Km 2.4 Edificio 10 Guaynabo PR 00965 | kalcny.nazario@cardinalhealth.com deborah.weitzman@cardinalhealth.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei P.O. Box 366211 San Juan PR 00936 | kalcny.nazario@cardinalhealth.com deborah.weitzman@cardinalhealth.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Cede & Co., as nominee of the Depositary Trust Company2 | Attn: President and General Counsel 55 Water St. New York NY 10041 | | First Class Mail |
| Top 20 Unsecured Creditor | Cesar Castillo Inc. | Attn: Jose L. Castillo P.O. Box 191149 San Juan PR 00919-1149 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura T. Swain | 150 Carlos Chardón Street<br>Federal Building, Office 150<br>San Juan PR 00918-1767 | | First Class Mail |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol<br>Sector Juan Martin<br>Carretera #3 Km 93.7, Ruta 901<br>Yabucoa PR 00767 | mmedina@cosey.org | First Class Mail and Email |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto PR 00976 | | First Class Mail |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto PR 00977 | | First Class Mail |
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com | First Class Mail and Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington DC 20301-1400 | | First Class Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington DC 20585 | | First Class Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington DC 20528-0075 | | First Class Mail |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson<br>451 7th Street., SW<br>Washington DC 20410 | | First Class Mail |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington DC 20201 | | First Class Mail |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke<br>1849 C St., NW<br>Washington DC 20240 | | First Class Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington DC 20590 | | First Class Mail |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington DC 20420 | | First Class Mail |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924<br>San Juan PR 00936-4924 | dperez@cabprlaw.com | First Class Mail and Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com | First Class Mail and Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 | richard.chesley@dlapiper.com | First Class Mail and Email |

In re: Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LST)

Page 2 of 6

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt<br>Avenida Roosevelt 1506<br>Guaynabo PR 00968 | dsanz@santillana.com<br>ydejesus@santillana.com<br>obetancourt@santillana.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz<br>Barrio Palmas 776<br>Calle 7, Suite 2<br>Calano PR 00962 | consultas@sm-pr.com | First Class Mail and Email |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 | | First Class Mail |
| Top 20 Unsecured Creditor | EVERTEC Inc. | Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras PR 00926 | | First Class Mail |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 | | First Class Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 | | First Class Mail |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron<br>270 Avenida Munoz Rivera PH1<br>San Juan PR 00918 | pedro.latorre@ikonpr.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez<br>84-11 70 Street<br>Sierra Bayamon<br>Bayamon PR 00961 | mrodriguez@netspr.com | First Class Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams<br>655 Fifteenth Street, N.W.<br>Washington DC 20005 | mwilliams@kirkland.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | First Class Mail and Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com | First Class Mail and Email |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd<br>P.O. Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | First Class Mail and Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers<br>268 Munoz Rivera Ave<br>Ground Floor<br>San Juan PR 00918 | melissa.rivera@manpower.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina<br>428 Ave Excorial Caparra Hts<br>Viejo San Juan PR 00926 | ccolon@mccspr.com | First Class Mail and Email |
| Counsel to GSAM | McDermott Will and Emery | Attn: William Smith, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Microsoft | Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo PR 00968 | | First Class Mail |
| Counsel to Ambac | Milbank | Attn: Dennis F. Dunne, Esq.<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com | First Class Mail and Email |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 | rchristmas@nixonpeabody.com | First Class Mail and Email |
| Counsel to Debtor | O'Neill & Borges LLC | Attn: Hermann Bauer, Esq.<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 | hermann.bauer@oneillborges.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq. & Peter Friedman, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com | Email |
| Counsel to the Oversight Board | O'Neil & Borges LLC | Attn: Herman D. Bauer, Esq.<br>250 Munoz Rivera Ave<br>Suite 800<br>San Juan PR 00918-1813 | herman.bauer@oneillborges.com | First Class Mail and Email |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Esq.<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com | First Class Mail and Email |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com | First Class Mail and Email |
| Counsel to the Oversight Board | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Scott K. Rutsky, Paul V. Possinger, Ehud Barak & Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>srutsky@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov | First Class Mail and Email |
| Top 20 Unsecured Creditor | Puerto Rico Telephone Company | Attn: Enrique Ortiz de Montellano Rangel<br>1515 F.D. Roosevelt Avenue<br>Guaynabo PR 00968 | enrique.ortiz@claropr.com | First Class Mail and Email |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com | First Class Mail and Email |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric Schaffer, Esq.<br>Reed Smith Centre<br>225 Fifth Avenue<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com | First Class Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com | First Class Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Federal Agency | Small business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | | First Class Mail |
| Counsel to Mutual Fund Group | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Total Petroleum Corps. | Attn: Luis Llado<br>P.O. Box 326916<br>San Juan PR 00936-2916 | luis.llado@tpprc.com | First Class Mail |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan PR 00917 | | First Class Mail and Email |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 | | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |

In re: Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LST)

Page 5 of 6

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | | First Class Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | | First Class Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | | First Class Mail |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | | First Class Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington DC 20210 | | First Class Mail |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | First Class Mail and Email |
| Counsel to Lehman Brothers Holdings Inc. | Weil, Gotshal & Manges LLP | Attn: Garrett A. Fail<br>767 Fifth Avenue<br>New York NY 10153 | garrett.fail@weil.com | First Class Mail and Email |
| Counsel to NPFG | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com | First Class Mail and Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com | First Class Mail and Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: John K. Cunningham & Jason N. Zakia<br>200 South Biscayne Blvd.<br>Miami FL 33131-2352 | jcunningham@whitecase.com<br>jzakia@whitecase.com | First Class Mail and Email |
| Counsel to UBS Family of Funds and Puerto Rico Family of Funds | White & Case LLP | Attn: John K. Cunningham, Esq.<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jcunningham@whitecase.com | First Class Mail and Email |
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 | william.m.vidal@gmail.com | First Class Mail and Email |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | First Class Mail and Email |
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz<br>Marginal 65 Infanteria #23<br>Urb. San Agustin<br>San Juan PR 00925 | info@wotecpr.org | First Class Mail and Email |

In re: Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LST)

Page 6 of 6