**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | No. 17 BK 3283-LTS |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | No. 17 BK 3284-LTS |
| as representative of | ) | |
| | ) | |
| PUERTO RICO SALES TAX FINANCING | ) | |
| CORPORATION ("COFINA"), | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

**NOW APPEARS** Peaje Investments LLC ("Peaje"), a party-in-interest in the above-captioned cases, and hereby enters its appearance through the undersigned counsel pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, and respectfully requests that all motions, pleadings, papers and orders be given and served upon the following:

1

**PEAJE INVESTMENTS LLC**

c/o National Corporate Research, Ltd.
850 New Burton Road, Suite 201
Dover, DE 19904
Phone:      (800) 483-1140
Fax:         (800) 253-5177
Email:      peajeinfo@dechert.com

**MONSERRATE SIMONET & GIERBOLINI, LLC**

Dora L. Monserrate Peñagarícano
USDC-PR No. 212612
101 San Patricio Avenue
Maramar Plaza, Suite 1120
Guaynabo, Puerto Rico 00968
Phone:      (787) 620-5300
Fax:         (787) 620-5305
Email:      dmonserrate@msglawpr.com

**DECHERT LLP**

Allan S. Brilliant
Robert J. Jossen
Andrew C. Harmeyer
1095 Avenue of the Americas
New York, New York 10036
Phone:      (212) 698-3500
Fax:         (202) 698-3599
Email:      allan.brilliant@dechert.com
               robert.jossen@dechert.com
               andrew.harmeyer@dechert.com

        - and -

G. Eric Brunstad, Jr.
90 State House Square
Hartford, Connecticut 06103
Phone:      (860) 524-3999
Fax:         (860) 524-3930.
Email:      eric.brunstad@dechert.com


     **PLEASE TAKE NOTICE** that this request includes not only the notices and papers

referred to in the provisions specified above, but also includes any notice, motion, proposed

2

order, application, petition, pleading, request, complaint, demand, memorandum, affidavit,

declaration, presentment, order to show cause, disclosure statement and plan of reorganization,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or

otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance

nor any prior or later appearance, pleading, claim or suit shall waive any of Peaje's rights,

claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity or

otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly

reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, May 17, 2017.

**MONSERRATE SIMONET &**            **DECHERT LLP**
**GIERBOLINI, LLC**


*/s/ Dora L. Monserrate Peñagarícano*
Dora L. Monserrate Peñagarícano            Allan S. Brilliant (*pro hac vice* pending*)*
USDC-PR No. 212612                        Robert J. Jossen (*pro hac vice* pending*)*
101 San Patricio Avenue                   Andrew C. Harmeyer (*pro hac vice* pending*)*
Maramar Plaza, Suite 1120                 1095 Avenue of the Americas
Guaynabo, Puerto Rico 00968               New York, New York 10036
Phone:    (787) 620-5300
Fax:      (787) 620-5305                            -and-

                                          G. Eric Brunstad, Jr. (*pro hac vice* pending)
                                          90 State House Square
                                          Hartford, Connecticut 06103


*Attorneys for Peaje Investments LLC*

3