IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors. | TITLE III<br><br>USDC-PR Case No.: 17-01578<br><br>USBC-PR Case No.: 17-03283 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

**COMES NOW**, creditor **BAXTER SALES & DISTRIBUTION PUERTO RICO CORP**., through the undersigning attorneys, one of the listed twenty (20) largest creditors and party in interest hereto, and hereby enters its appearance through the undersigned counsel and very respectfully requests that pursuant to the Puerto Rico Oversight, Management and Economic Stability Act, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and all applicable laws, all motions, pleadings, papers and orders be served upon it as follows:

**Casillas, Santiago & Torres, LLC**
Attn: Juan J. Casillas-Ayala, Esq.
Attn: Alberto J. E. Añeses-Negrón, Esq.
P.O. Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax.: (787) 523-3433
jcasillas@cstlawpr.com
aaneses@cstlawpr.com

Should a notice be done by overnight carrier, please send it to the following address:

**Casillas, Santiago & Torres, LLC**
Attn: Juan J. Casillas-Ayala, Esq.
Attn: Alberto J. E. Añeses-Negrón, Esq.
El Caribe Office Building
53 Calle Palmeras, 16th Floor
San Juan, PR 00901

**WHEREFORE,** the appearing party requests from this Honorable Court to take notice of the above stated, to serve it accordingly and to include it in the master address list.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 17th day of May, 2017.

**CERTIFICATION OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Honorable Court using the CM/ECF System for the United States Bankruptcy Court, District of Puerto Rico which will send notification of such filling to the parties to their registered e-mail addresses.

*Attorneys for*
*Baxter Sales & Distribution Puerto Rico Corp.*



_____
www.CSTLAWPR.com
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstalwpr.com
aaneses@cstalwpr.com


*S/Juan J. Casillas-Ayala*
**Juan J. Casillas-Ayala**
USDC-PR No. 218312

*S/Alberto J. E. Añeses-Negrón*
**Alberto J. E. Añeses-Negrón**
USDC-PR No. 302710