# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>   Debtor. | PROMESEA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>   Debtor. | PROMESA<br>TITLE III<br><br>No. 17 BK 3284<br><br>(Joint Administration Requested) |

## CERTIFICATE OF SERVICE

     I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the proposed claims and noticing agent for the Debtors in the above-captioned cases pending under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA)

     On May 16, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Debtors' First Day Motions [Docket No. 155]

- Notice of Agenda of Matters Scheduled for the Hearing on May 17, 2017 at 9:30 a.m. (Atlantic Standard Time) [Docket No. 156]

- Urgent Motion of Debtors for Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Setting Final Hearing [Docket No. 167]

- Notice of Filing of Amended Proposed Order with Respect to Debtors' Motion for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief [Docket No. 168]

On May 16, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Respondent Parties Service List attached hereto as **Exhibit B**:

- Notice of Agenda of Matters Scheduled for the Hearing on May 17, 2017 at 9:30 a.m. (Atlantic Standard Time) [Docket No. 156]

On May 16, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Utilities Service List attached hereto as **Exhibit C**:

- Urgent Motion of Debtors for Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Setting Final Hearing [Docket No. 167]

Dated: May 16, 2017

/s/ Christine Porter
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on May 16, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Paul Pullo

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 2018

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | P.O. Box 194000<br>No. 212<br>San Juan PR 00919-4000 | ajb@bennazar.org<br>bgm.csp@bennazar.org | Overnight Mail and Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli<br>P.O. Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com | Overnight Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org | Overnight Mail and Email |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington DC 20525 | | Overnight Mail |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy, ("Levy") | Andrés L. Córdova | P.O. Box 195355<br>San Juan PR 00919-533 | andreslopecordova@gmail.com<br>acordova@juris.inter.edu | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida<br>One Baxter Park Way<br>Deerfield IL 60015 | eric_ruiz@baxter.com<br>pat_johnsen@baxter.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida<br>P.O. Box 360002<br>San Juan PR 00936-0002 | eric_ruiz@baxter.com<br>pat_johnsen@baxter.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa<br>K-2 Ave. San Patricio<br>Guaynabo PR 00968 | wmunoz@braxtonpr.com<br>academico@braxtonpr.com<br>braxton.dp@gmail.com | Overnight Mail and Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Overnight Mail and Email |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Butler Snow LLP | Attn: Martin Sosland, Esq.<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | martin.sosland@butlersnow.com | Overnight Mail and Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com | Overnight Mail and Email |
| Counsel to Assured | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq.<br>700 Sixth Street, N.W.<br>Washington DC 20001 | mark.ellenberg@cwt.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>Centro Internacional de Distribucion<br>PR-165 Km 2.4 Edificio 10<br>Guaynabo PR 00965 | kalcny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>P.O. Box 366211<br>San Juan PR 00936 | kalcny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com | Overnight Mail and Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda<br>P.O. Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Cede & Co., as nominee of the Depositary Trust Company2 | Attn: President and General Counsel<br>55 Water St.<br>New York NY 10041 | | Overnight Mail |
| Top 20 Unsecured Creditor | Cesar Castillo Inc. | Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan PR 00919-1149 | | Overnight Mail |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura T. Swain | 150 Carlos Chardón Street<br>Federal Building, Office 150<br>San Juan PR 00918-1767 | | Overnight Mail |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol<br>Sector Juan Martin<br>Carretera #3 Km 93.7, Ruta 901<br>Yabucoa PR 00767 | mmedina@cosey.org | Overnight Mail and Email |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, and OZ Management II LP | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo PR 00968 | ra@calopsc.com<br>scriado@calopsc.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto PR 00976 | | Overnight Mail |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto PR 00977 | | Overnight Mail |
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com | Overnight Mail and Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 | | Overnight Mail |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington DC 20301-1400 | | Overnight Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington DC 20585 | | Overnight Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington DC 20528-0075 | | Overnight Mail |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson<br>451 7th Street., SW<br>Washington DC 20410 | | Overnight Mail |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington DC 20201 | | Overnight Mail |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke<br>1849 C St., NW<br>Washington DC 20240 | | Overnight Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington DC 20590 | | Overnight Mail |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington DC 20420 | | Overnight Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924<br>San Juan PR 00936-4924 | dperez@cabprlaw.com | Overnight Mail and Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Overnight Mail and Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 | richard.chesley@dlapiper.com | Overnight Mail and Email |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | Overnight Mail |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt<br>Avenida Roosevelt 1506<br>Guaynabo PR 00968 | dsanz@santillana.com<br>ydejesus@santillana.com<br>obetancourt@santillana.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz<br>Barrio Palmas 776<br>Calle 7, Suite 2<br>Calano PR 00962 | consultas@sm-pr.com | Overnight Mail and Email |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 | | Overnight Mail |
| Top 20 Unsecured Creditor | EVERTEC Inc. | Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras PR 00926 | | Overnight Mail |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 | | Overnight Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 | | Overnight Mail |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto Cámara Fuertes & Sonia Colón<br>221 Ponce de León Avenue, 5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron<br>270 Avenida Munoz Rivera PH1<br>San Juan PR 00918 | pedro.latorre@ikonpr.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez<br>84-11 70 Street<br>Sierra Bayamon<br>Bayamon PR 00961 | mrodriguez@netspr.com | Overnight Mail and Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit<br>City View Plaza<br>48 Carr 165, suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com | Overnight Mail and Email |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos<br>PO Box 364966<br>San Juan PR 00936-4966 | barrios.jl@outlook.com | Overnight Mail and Email |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena, bondholders | Jose W. Cartagena | 701 Ave Ponce de Leon Suite 401<br>San Juan PR 00907-3248 | jwc@jwcartagena.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams<br>655 Fifteenth Street, N.W.<br>Washington DC 20005 | mwilliams@kirkland.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Overnight Mail and Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com | Overnight Mail and Email |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd<br>P.O. Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com | Overnight Mail and Email |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | Overnight Mail and Email |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn: Thomas Hommell, General Counsel<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | thomas.hommel@lehmanholdings.com | Overnight Mail and Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers<br>268 Munoz Rivera Ave<br>Ground Floor<br>San Juan PR 00918 | melissa.rivera@manpower.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina<br>428 Ave Excorial Caparra Hts<br>Viejo San Juan PR 00926 | ccolon@mccspr.com | Overnight Mail and Email |
| Counsel to GSAM | McDermott Will and Emery | Attn: William Smith, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Microsoft | Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo PR 00968 | | Overnight Mail |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Overnight Mail and Email |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 | rchristmas@nixonpeabody.com | Overnight Mail and Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq. & Peter Friedman, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com | Email |
| Counsel to the Oversight Board | O'Neil & Borges LLC | Attn: Herman D. Bauer, Esq.<br>250 Munoz Rivera Ave<br>Suite 800<br>San Juan PR 00918-1813 | herman.bauer@oneillborges.com | Overnight Mail and Email |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com | Overnight Mail and Email |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com | Overnight Mail and Email |
| Counsel to the Oversight Board | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Scott K. Rutsky, Paul V. Possinger, Ehud Barak & Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>srutsky@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com | Overnight Mail and Email |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Puerto Rico Telephone Company | Attn: Enrique Ortiz de Montellano Rangel<br>1515 F.D. Roosevelt Avenue<br>Guaynabo PR 00968 | enrique.ortiz@claropr.com | Overnight Mail and Email |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn<br>51 Madison Avenue, 22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>davidcooper@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com | Overnight Mail and Email |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 | damarisqv@bufetequiñones.com | Overnight Mail and Email |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan PR 00901 | damarisqv@bufetequiñones.com | Overnight Mail and Email |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | Overnight Mail and Email |

In re: Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 5 of 8

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Overnight Mail and Email |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com | Overnight Mail and Email |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Rexach & Picó, CSP | Attn: Maria E. Picó<br>Ave. Fernández Juncos 802<br>San Juan PR 00907 | mpico@rexachpico.com | Overnight Mail and Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Mark T. Stancil, Gary A. Orseck, & Donald Burke<br>1801 K Street, NW<br>Washington D.C. 20006 | mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>dburke@robbinsrussell.com | Overnight Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com | Overnight Mail and Email |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | La Coruna Apt. 103<br>Guaynabo PR 00969 | rgarciafontan@gmail.com | Overnight Mail and Email |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola<br>P.O. Box 195553<br>San Juan PR 00919-5533 | jsalichs@splawpr.com<br>etejeda@splawpr.com | Overnight Mail and Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Overnight Mail and Email |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender<br>919 Third Avenue<br>New York NY 10022 | brian.pfeiffer@srz.com<br>tae.kim@srz.com<br>parker.milender@srz.com | Overnight Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>jescobar@smlawpr.com<br>jsantos@smlawpr.com | Overnight Mail and Email |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos & Aníbal J. Núñez González<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>anunez@smlawpr.com | Overnight Mail and Email |
| Federal Agency | Small business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | | Overnight Mail |
| Counsel to Mutual Fund Group | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Total Petroleum Corps. | Attn: Luis Llado<br>P.O. Box 326916<br>San Juan PR 00936-2916 | luis.llado@tpprc.com | Overnight Mail and Email |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan PR 00917 | | Overnight Mail |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 | | Overnight Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | Overnight Mail |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | | Overnight Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | Overnight Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | | Overnight Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | | Overnight Mail |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | | Overnight Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington DC 20210 | | Overnight Mail |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Overnight Mail and Email |
| Counsel to NPFG | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com | Overnight Mail and Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com | Overnight Mail and Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: John K. Cunningham & Jason N. Zakia<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jcunningham@whitecase.com<br>jzakia@whitecase.com | Overnight Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 | william.m.vidal@gmail.com | Overnight Mail and Email |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Overnight Mail and Email |
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz<br>Marginal 65 Infanteria #23<br>Urb. San Agustin<br>San Juan PR 00925 | info@wotecpr.org | Overnight Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Respondent Parties Service List
Served as set forth below

| Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Bennazar Garcia & Milian CSP | Attn A.J. Bennazar Zequeira & Hector M Kauffmann | Edificio Union Plaza PH-A | 416 Ave. Ponce de Leon | Hato Rey | PR | 00918- | ajb@bennazar.org | Overnight Mail and Email |
| Butler Snow LLP | Attn: Stanford G. Ladner | 1700 Broadway, 41st Floor | | New York | NY | 10019 | stan.ladner@butlersnow.com | Overnight Mail and Email |
| Butler Snow LLP | Attn: S. Ault Hootsell III | 201 St. Charles Avenue, Suite 2700 | | New Orleans | LA | 70170 | ault.hootsell@butlersnow.com | Overnight Mail and Email |
| Butler Snow LLp | Attn: Christopher R. Maddux & J. Mitchell Carrington | 1020 Highland Colony Parkway, Suite 1400 | | Ridgeland | MS | 39157 | chris.maddux@butlersnow.com; mitch.carrington@butlersnow.com | Overnight Mail and Email |
| Clark Hill PLC | Attn: Robert D. Gordon | 151 S. Old Woodward Ave, Suite 200 | | Birmingham | MI | 48009 | | Overnight Mail |
| Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen, & Andrew C. Harmeyer | 1095 Avenue of the Americas | | New York | NY | 10036 | allan.brilliant@dechert.com; robert.jossen@dechert.com; andrew.harmeyer@dechert.com | Overnight Mail and Email |
| Dechert LLP | Attn: G. Eric Brunstad, Jr. | 90 State House Square | | Hartford | CT | 06103 | eric.brunstad@dechert.com | Overnight Mail and Email |
| Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 | | Overnight Mail |
| Weil, Gotshal & Manges LLP | Attn: Marcia Goldstein, Salvatore A. Romanello, Kelly DiBlasi, Gabriel A. Morgan, & Jonathan D. Polkes | 767 Fifth Avenue | | New York | NY | 10153 | marcia.goldstein@weil.com; salvatore.romanello@weil.com; kelly.diblasi@weil.com; gabriel.morgan@weil.com; jonathan.polkes@weil.com | Overnight Mail and Email |

In re: Commonwealth of Puerto Rico, *et al.*
Case No. 17 BK 3283 (LTS)

Page 1 of 1

**<u>Exhibit C</u>**

Exhibit C

Utilities Service List

Served via Overnight Mail

| Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| 4Net, Inc. | PO BOX 140614 | | ARECIBO | PR | 00614-0614 |
| ABSOLUTE MOBILE, INC. | 4352 SE 95TH STREET | | OCALA | FL | 34480 |
| ACN Communication Services, LLC | 1000 PROGRESS PL | | CONCORD | NC | 28025-2449 |
| ADVANCE WIRELESS COMMUNICATIONS, INC D/B/A AWC TELECOM | 403 CALLE DEL PARQUE | SUITE 6 | SAN JUAN | PR | 00912-3709 |
| AERONET WIRELESS BROADBAND, CORP. | PO BOX 270013 | | SAN JUAN | PR | 00927 |
| AHMED TECHNOLOGY CORP. | ESTANCIAS DE LA FUENTE L14 CALLE PRADERA | | TOA ALTA | PR | 00953 |
| AIR VOICE WIRELESS, INC. | 2425 Franklin Road | | Bloomfield Hills | MI | 48302 |
| Allied Waste of Puerto Rico, Inc. | Calle A, Lote 5 Bo. Palmas | | Cataño | PR | 00962 |
| ALTANETWORKS, LLC | ALTS. DE COVADONGA 4B5 CALLE CAMPO AMOR | | TOA BAJA | PR | 00949-5430 |
| American Broadband and Telecommunications Company | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| AMERIMEX COMMUNICATIONS CORP. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| Andres Reyes Burgos, Inc. (ARB) | PO Box 1055 | | Cataño | PR | 00963 |
| AT& T OF PUERTO RICO, INC. | 996 CALLE SAN ROBERTO REPARTO LOYOLA | SUITE 503 | RÍO PIEDRAS | PR | 00926 |
| AT&T MOBILITY PUERTO RICO, INC. | PO BOX 71514 | | SAN JUAN | PR | 00936-8614 |
| BBR IT SYNERGY, LLC | VILLAS DE SAN FRANCISCO PLAZA 89 AVE. DE DIEGO | SUITE 201 | SAN JUAN | PR | 00927 |
| BLE GROUP INC. | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953 |
| BLUE JAY WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| Blue Jay Wireless, LLC | PO Box 591057 | | SAN JUAN | PR | 00911-1938 |
| Boomerang Wireless, LLC d/b/a EnTouch Wireless | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| BROADBAND TELECOMMUNICATIONS NETWORK, CORP. | 239 AVE. ARTERIAL HOSTOS | SUITE 900 CAPITAL CENTER BUILDING | SAN JUAN | PR | 00918-1400 |
| Broadsmart Global, Inc. | PO Drawer 200 | | Winter Park | FL | 32790-0200 |
| BUDGET PREPAY, INC. | MCS PLAZA, SUITE 715 255 AVE. PONCE DE LEÓN | | SAN JUAN | PR | 00917 |
| BUSINESS TECHNOLOGY PARTNERS | 273 CALLE HONDURAS COND. ROYAL 1004 | | SAN JUAN | PR | 00917 |
| CA SOLUTIONS, INC. | PO BOX 787 | | FAJARDO | PR | 00738-0787 |
| Call Catchers, Inc. d/b/a Freedom Voice Systems | 169 SAXONY RD STE 212 | | ENCINITAS | CA | 92024-6781 |
| Call Catchers, Inc. d/b/a FreedomVoice Systems | 169 SAXONY RD STE 212 | | ENCINITAS | CA | 92024-6781 |
| Caribbean Network Solutions, Inc. | IF 41 Ave. Lomas Verdes Royal Palm | | Bayamón | PR | 00956 |
| CENTURYLINK COMMUNICATIONS, LLC (QWEST) | 1801 CALIFORNIA STREET | 10TH FLOOR | DENVER | CO | 80202 |
| Clearnet | RR 8 Box 9672 | | Bayamón | PR | 00956 |

In re: Commonwealth of Puerto Rico, et al.
Case No. 17 BK 3283 (LTS)

Page 1 of 5

Exhibit C

Utilities Service List

Served via Overnight Mail

| Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Cloud Call, inc. | 1595 PEACHTREE PKWY STE 204-337 | | CUMMING | GA | 30041-9584 |
| COLLECTA CORPORATION | 89 DE DIEGO, SUITE 105 | PMB 719 | SAN JUAN | PR | 00927-6370 |
| COLUMBUS NETWORKS PUERTO RICO, INC. | PO BOX 364225 | | SAN JUAN | PR | 00936-4225 |
| COLUMBUS NETWORKS PUERTO RICO, INC. | City View Plaza, Suite 515 #48 Carr. 165 | Km. 1.2 | SAN JUAN | PR | 00936-4225 |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | PO BOX 195600 | | SAN JUAN | PR | 00919-5600 |
| Consolidated Waste Services, Corp. | PO Box 1322 | | Gurabo | PR | 00778 |
| COQUITEL, LLC | PO BOX 496 | | OROCOVIS | PR | 00720 |
| CORTELCO SYSTEMS PUERTO RICO, INC. | PO BOX 7076 | | CAGUAS | PR | 00726-5249 |
| COSOTNET, INC | PO BOX 270200 | | RIO GRANDE | PR | 00745 |
| CREXENDO BUSINESS SOLUTIONS, INC. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| CRITICAL HUB NETWORKS, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-1278 |
| Crown Castle PR Solutions, LLC | 2000 Corporate Drive | | Canonsburg | PA | 15217 |
| Crown Castle PR Solutions, LLC | 2600 Maitland Center Parkway | Suite 300 | Canonsburg | PA | 15217 |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | SUITE 100 PUERTA DE TIERRA | SAN JUAN | PR | 00901 |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | | SAN JUAN | PR | 00901 |
| DATALINK SOLUTIONS | BOX 122 | | SALINAS | PR | 00751 |
| DM WIRELESS | RR 02 BOX 6147 | | MANATÍ | PR | 00674 |
| EC Waste | Road #3 Int. 923 KM 1.7 Bo. Buena Vista | | Humacao | PR | 00971 |
| Empire Gas Co, Inc. | PO Box 353651 | | San Juan | PR | 00936-3651 |
| FASTLINK COMMUNICATIONS, INC. | 32 BOULEVARD DE LA MEDIA LUNA APTO9204 | | CAROLINA | PR | 00987 |
| Fiber Optic Systems, Corp. | METRO OFFICE PARK 7 CALLE 1 | SUITE 204 | GUAYNABO | PR | 00968-1718 |
| FLASH WIRELESS, LLC | 1000 PROGRESS PLACE NE | | CONCORD | NC | 28025 |
| Freedom Networks, LLC | PO Box 1806 | | Vega Baja | PR | 00694-1806 |
| FUSE TELECOM, LLCA | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953-5208 |
| Gasrico Corporation | Ave Juan Rosado #113 | | Arecibo | PR | 00613-4816 |
| GC Company Corp. | PO Box 860 | | Guaynabo | PR | 00970-0860 |
| GLOBAL CARIBBEAN FIBER-PUERTO RICO, LLC | 250 MUÑOZ RIVERA AVE | SUITE 800 | SAN JUAN | PR | 00918 |
| GLOBAL CONNECTION, INC. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| GLOBAL NET, CORP. | 400 CALLE CALAF PMB 312 | | SAN JUAN | PR | 00918 |
| GLOBAL TEL*LINK CORPORATION | HATO REY TOWER, SUITE 1400 268 AVE. MUÑOZ RIVERA | | SAN JUAN | PR | 00918 |
| GLOBALSTAR CARIBBEAN, LTD | 300 HOLIDAY SQUARE BLVD. | | COVINGTON | LA | 70433 |
| Godaddy.com, Inc. | 1800 M ST NW STE 800N | | WASHINGTON | DC | 20036-5850 |
| GoDaddy.com, LLC | 1800 M ST NW STE 800N | | WASHINGTON | DC | 20036-5850 |

In re: Commonwealth of Puerto Rico, et al.
Case No. 17 BK 3283 (LTS)

Exhibit C

Utilities Service List

Served via Overnight Mail

| Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| Granite Telecommunications, LLC | 100 Newport Avenue Extension | | Quincy | MA | 02171 |
| HMR Technology Solutions, Inc. | PO Box 192956 | | San Juan | PR | 00919-2956 |
| HOTSPOTPR BROADBAND INTERNET, LLC | PO BOX 1785 | | BAYAMON | PR | 00960-1785 |
| IBASIS RETAIL, INC. H/N/C IBASIS | PO BOX 195141 | | SAN JUAN | PR | 00919-5141 |
| IComm Networks, LLC | PO Box 13922 | | San Juan | PR | 00908-3922 |
| IDT PUERTO RICO, CO. | AMERICAN INTERNATIONAL PLAZA 250 MUÑOZ RIVERA AVE. | SUITE 800 | SAN JUAN | PR | 00918-1808 |
| Inmate Calling Solutions, LLC | 2200 DANBURY ST. | | SAN ANTONIO | TX | 78217-5911 |
| INTELLICALL OPERATOR SERVICES, INC. | 3230 W. COMMERCIAL BLVD. | SUITE 360 | OAKLAND PARK | FL | 33309-3400 |
| INTELLICALL OPERATOR SERVICES, INC. (ILD) | 5000 SAWGRASS VILLAGE CIRCLE | SUITE 2 | PONTE VEDRA BEACH | FL | 32082 |
| Interface Security Systems, LLC | 3773 Corporate Center Drive | | Earth City | MO | 63045 |
| IP SOLUTIONS, INC. | PO BOX 361708 | | SAN JUAN | PR | 00936 |
| IT AUDITORS PR CORP. | HC-9 BOX 13076 | | AGUADILLA | PR | 00603 |
| I-WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 |
| Jive Communications, Inc. | 1275 W 1600 N STE 100 | | OREM | UT | 84057-2428 |
| Level 3 Latin American Solutions, LLC | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | LUQUILLO INDUSTRIAL PARK | ROAD 992 KM. 0.2 | LUQUILLO | PR | 00773 |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | PO Box 192296 | | LUQUILLO | PR | 00773 |
| LIVEWIRE, INC. | 1314 PONCE DE LEÓN AVE. | | SAN JUAN | PR | 00907-4004 |
| LIVEWIRE, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-2371 |
| Lycamobile USA, Inc. | 24 Commerce St. | Ste 100 | Newark | NJ | 07102-4024 |
| M. S. Wifi Zone, Inc. | HC 2 Box 9632 | | Barranquitas | PR | 00794 |
| METROPOLITAN TELECOMMUNICATIONS OF PUERTO RICO, INC. | PBM 37, CALAF 400 | | SAN JUAN | PR | 00918 |
| Moca Eco Park Corp. | BO. Algarrobo Carr. #2 | KM 42.1 | Vega Baja | PR | 00694 |
| NATURAL, G.C. INC. | PO BOX 21377 | | SAN JUAN | PR | 00928 |
| NEPTUNO MEDIA INC. | PO BOX 191995 | | SAN JUAN | PR | 00919-1995 |
| NEPTUNO MEDIA INC. D/B/A NEPTUNO NETWORKS | PO BOX 191995 | | SAN JUAN | PR | 00919-1995 |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | PO DRAWER 200 | | WINTER PARK | FL | 32790-0200 |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | 606 EAST MAGRILL STREET | | WINTER PARK | FL | 32790-0200 |
| NEUTRAL TANDEM-PUERTO RICO, LLC | 550 W ADAMS ST STE 900 | | CHICAGO | IL | 60661-3636 |
| NEVESEM INC. | PMB-641, HC-01 | 29030 | CAGUAS | PR | 00725-8900 |
| Nevesem, Inc. | MSC 608. 138 Winston Churchill Ave. El Senorial Mail Station | | San Juan | PR | 00926 |
| ONELINK COMMUNICATIONS | PO BOX 192296 | | SAN JUAN | PR | 00919-2296 |
| ONTIME SOFT, INC. | PMB 204 PO BOX 6017 | | CAROLINA | PR | 00984-6017 |

Exhibit C
Utilities Service List
Served via Overnight Mail

| Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| OPTIVON TELECOMMUNICATIONS SERVICES, INC | PO BOX 11881 | | SAN JUAN | PR | 00922-1881 |
| OPTIVON, INC | PO BOX 11881 | | SAN JUAN | PR | 00922-1881 |
| ORIZON WIRELESS CORP | GPO BOX 363392 | | SAN JUAN | PR | 00936 |
| Ortiz Technologies Corp. d/b/a NetCom Wireless | URB. RIO GRANDE ESTATES V64 CALLE 25 | | RIO GRANDE | PR | 00745-5108 |
| OSNET WIRELESS CORPORATION | PO BOX 819 | | HUMACAO | PR | 00792-0819 |
| OVOX, LLC | PO BOX 368179 | | SAN JUAN | PR | 00936-8179 |
| PIX WIRELESS LLC | 1595 PEACHTREE PARKWAY | SUITE 204-337 | CUMMING | GA | 30041 |
| PIX WIRELESS LLC | 21346 SAINT ANDREWS BLVD. | SUITE 225 | CUMMING | GA | 30041 |
| PR WIRELESS, INC H/N/C OPEN MOBILE | PMB 856 PO BOX 7891 | | GUAYNABO | PR | 00970-7891 |
| PREPA NETWORKS, CORP. | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 |
| Pronatura | PO Box 3504 Amelia Contract Station | | Cataño | PR | 00963 |
| Puerto Rico Aqueducts and Sewer Authority | PO Box 7066 | | San Juan | PR | 00916-7066 |
| PUERTO RICO CABLE ACQUISITION COMPANY, INC H/N/C CHOICECABLE TV | BOX 204, MERCEDITA | | PONCE | PR | 00715-0204 |
| Puerto Rico Electric Power Authority | PO Box 364267 | | San Juan | PR | 00936-4267 |
| PUERTO RICO TELEPHONE COMPANY INC. | PO BOX 360998 | | SAN JUAN | PR | 00936-0998 |
| PUERTO RICO TELEPHONE COMPANY, INC. H/N/C CLARO | PO BOX 360998 | | SAN JUAN | PR | 00936-0998 |
| Q LINK WIRELESS, LCC | 499 EAST SHERIDAN ST. | SUITE 300 | DANIA BEACH | FL | 33004 |
| Q LINK WIRELESS, LCC | 1502 CALLE MARTÍN TRAVIESO | | DANIA BEACH | FL | 33004 |
| RED POCKET INC. | 2060D AVE. DE LOS ARBOLES | | THOUSAND OAKS | CA | 91362 |
| Republic Services | Calle A, Lote 5 Bo. Palmas | | Cataño | PR | 00962 |
| RM COMMUNICATIONS | PMB 685 267 CALLE SIERRA MORENA | | SAN JUAN | PR | 00926-5639 |
| RURAL TELECOMM SERVICES, INC. | Cond. Miramar Plaza 954 Ave. Ponce De León | Apt. 16-B | San Juan | PR | 00907 |
| SAFE ALARM SECURITY, CORP. | 36 CALLE HW SANTAELLA | | COAMO | PR | 00769-3124 |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | PO BOX 367189 | | SAN JUAN | PR | 00936 |
| Smart Networks | PO Box 7678 | | Caguas | PR | 00726-7678 |
| SMARTNET, Inc. | PO BOX 194000 PMB 222 | | SAN JUAN | PR | 00919-4000 |
| SOLAVEI PUERTO RICO, LLC | BBVA Tower, Suite P1 254 Muñoz Rivera Ave. | | San Juan | PR | 00918 |
| Spectrotel, Inc. | 3535 STATE HIGHWAY 66 STE 7 | | NEPTUNE | NJ | 07753-2625 |
| SPRINT COMMUNICATIONS COMPANY LP | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 |
| SPRINTCOM, INC. D/B/A SPRINT PCS | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 |
| Stericycle | Julio N. Matos Street, Industrial Park | Lote 15 | Carolina | PR | 00988 |
| Stream Communicaitons, LLC | 6250 SHILOH RD STE 240 | | ALPHARETTA | GA | 30005-8400 |

In re:  Commonwealth of Puerto Rico, et al.
Case No. 17 BK 3283 (LTS)

Exhibit C
Utilities Service List
Served via Overnight Mail

| Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PUERTO RICO DIVISION | PMB 195, 220 PLAZA WESTERN AUTO | SUITE 101 | TRUJILLO ALTO | PR | 00976-3607 |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PUERTO RICO DIVISION | PO BOX 364225 | | TRUJILLO ALTO | PR | 00976-3607 |
| Synergy, LLC | PO Box 13459 | | San Juan | PR | 00908-3459 |
| TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC. (TLD) | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 |
| TELEFÓNICA USA, INC. D/B/A TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 |
| TELRITE CORPORATION H/N/C LIFE WIRELESS | AMERICAN AIRLINES BLDG. 1509 LOPEZ LANDRÓN | 10TH FLOOR | SAN JUAN | PR | 00911 |
| Telxius Cable Puerto Rico, Inc. | 1111 BRICKELL AVE STE 1800 | | MIAMI | FL | 33131-3125 |
| Telxius Cable Puerto Rico, Inc. | BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | MIAMI | FL | 33131-3125 |
| The People's Operator USA, LLC | 6250 Shiloh Road | Ste 240 | Alpharetta | GA | 30005 |
| TI Wholesale Services PR, Inc. | PMB 118 La Cumbre 273 Sierra Morena | | San Juan | PR | 00926 |
| T-MOBILE PUERTO RICO, LLC | B7 Tabonuco St. | Suite 700 | Guaynabo | PR | 00968-3349 |
| TOTAL CALL | 1411 W. 190 TH STREET | SUITE 650 | GARDENA | CA | 90248 |
| TRACFONE WIRELESS, INC. | PO BOX 10906 | | SAN JUAN | PR | 00922-0906 |
| Tropigas of Puerto Rico | Urb. Industrial Luchetti Calle C | Lote 30 | Bayamon | PR | 00961 |
| UNONET, CORP. | 423 PARQUE MONTEREY II | | PONCE | PR | 00716 |
| URBAN NETWORKS, INC. | URB. JARDINES DE GURABO 77 CALLE 4 | | GURABO | PR | 00778 |
| UVNV, INC. | PO BOX 8526 | | SAN JUAN | PR | 00910-8526 |
| V. A. Waste-Las Piedras Corp. | PO Box 51085 | | Toa Baja | PR | 00950 |
| Verizon PR, LLC | PIETRANTONI MENDEZ & ALVAREZ BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | SAN JUAN | PR | 00918 |
| VIRGIN MOBILE USA, L.P. | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 |
| VIRGIN MOBILE USA, L.P. | 3065 AKERS MILL RD., SE, 7TH FLOOR MAILSTOP GAATLD0704 | | SAN JUAN | PR | 00908-6636 |
| World Connection PR, Inc. | 330 MIRADORES DEL YUNQUE | | RIO GRANDE | PR | 00745-8710 |
| WORLDNET TELECOMMUNICATIONS, INC. | CENTRO INTERNACIONAL DE MERCADEO 90 CARRETERA 165 | SUITE 201 | GUAYNABO | PR | 00968-8059 |
| WORLDNET TELECOMMUNICATIONS, INC. | PO BOX 16636 | | GUAYNABO | PR | 00968-8059 |
| Zonatel, LLC | 248 Calle San Jorge Cond. San Jorge  4B | | San Juan | PR | 00912-3311 |