UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF RICHARD A. ROSEN

COMES NOW, Richard A. Rosen, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, with offices at:

> 1285 Avenue of the Americas
> New York, NY 10019
> Telephone: (212) 373-3305
> Facsimile: (212) 492-0305
> E-Mail: rrosen@paulweiss.com

2. Applicant will sign all pleadings with the name Richard A. Rosen.

3. Applicant has been retained as a member of the above-named firm by an ad hoc group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders")[1] to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since February 4, 1980, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 1663830.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| United States Supreme Court | 3/7/1983 |
| United States Court of Appeals for the District of Columbia | 11/20/1987 |
| United States Court of Appeals for the 2nd Circuit | 10/3/1983 |
| United States Court of Appeals for the 3rd Circuit | 5/19/2004 |
| United States Court of Appeals for the 4th Circuit | 1/26/1982 |
| United States Court of Appeals for the 6th Circuit | 6/7/1990 |
| United States Court of Appeals for the 7th Circuit | 8/27/2004 |
| District Court for the Eastern District of Michigan | 2/28/2014 |
| District Court for the Eastern District of New York | 2/19/1980 |
| District Court for the Southern District of New York | 2/19/1980 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

---

[1] The Ad Hoc Group of General Obligation Bondholders consists of certain funds managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion Capital Partners L.P.

2

9. Local counsel of record associated with applicant in this matter is:

> J. Ramón Rivera Morales
> USDC-PR Bar No. 200701
> Jiménez, Graffam & Lausell
> P.O. Box 366104
> San Juan, Puerto Rico 00936-6101
> Telephone: (787) 767-1030
> Facsimile: (787) 751-4068
> E-Mail: rrivera@jgl.com

10. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: May 18, 2017

Respectfully submitted,

_____
Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3305
Facsimile: (212) 492-0305
E-Mail: rrosen@paulweiss.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 18, 2017

Respectfully submitted,

/s/ *Ramón Rivera Morales*

J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Jiménez, Graffam & Lausell
P.O. Box 366104
San Juan, Puerto Rico 00936-6101
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

/s/ *Ramón Rivera Morales*

J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Jiménez, Graffam & Lausell
P.O. Box 366104
San Juan, Puerto Rico 00936-6101
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

_____
Richard A. Rosen
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3305
Facsimile: (212) 492-0305
E-Mail: rrosen@paulweiss.com

4

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

**ORDER GRANTING ADMISSION**
***PRO HAC VICE* OF RICHARD A. ROSEN**

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

5

In San Juan, Puerto Rico, this \_\_\_\_\_ day of _____, 2017.

_____
U.S. District Judge

```
Court Name: District Court
Division: 1
Receipt Number: PRX100049575
Cashier ID: arodrigu
Transaction Date: 05/18/2017
Payer Name: JIMENEZ, GRAFFAM AND LAUSELL
-----------------------------------------
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
-----------------------------------------
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 064363
 Amt Tendered:   $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 064364
 Amt Tendered:   $300.00
-----------------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-3283(LTS) & 17-3284(LTS) PRO HAC
VICE OF RICHARD A. ROSEN

THRU: J RAMON RIVERA-MORALES
```

| DATE | INVOICE NUMBER | | MEMO | | BALANCE |
|---|---|---|---|---|---|
| 05/18/2017 | 05/18/2017 | NO. 17-BK-3283 (LTS) | | 00215-000 2382- 1 | 300.00 |

PRO HAC VICE OF RICHARD A. ROSEN

| CHECK DATE | CHECK NUMBER | | | TOTAL | 300.00 |
|---|---|---|---|---|---|
| 05/18/2017 | 000064363 | | | | |

---

**JIMENEZ, GRAFFAM & LAUSELL**
PO BOX 366104, SAN JUAN, PR 00936-6104
TEL. (787) 767-1030 · FAX (787) 751-4068

**BANCO POPULAR DE PUERTO RICO**
PARADA 34
HATO REY, PUERTO RICO

101-201 / 215      064363

**PAY** *Three Hundred and 00/100 Dollars*

| NUMBER | DATE | AMOUNT |
|---|---|---|
| 000064363 | 05/18/2017 | ********300.00 |

TO THE ORDER OF  **CLERK, U.S. DISTRICT COURT**

⑈064363⑈ ⑆021502011⑆ 116⑈014113⑈

---

JIMENEZ, GRAFFAM & LAUSELL — CLERK, U.S. DISTRICT COURT — 064363

| DATE | INVOICE NUMBER | | MEMO | | BALANCE |
|---|---|---|---|---|---|
| 05/18/2017 | 05/18/2017 | NO. 17-BK-3283 (LTS) | | 00215-000 2382- 1 | 300.00 |

| CHECK DATE | CHECK NUMBER | | FILE COPY | TOTAL | 300.00 |
|---|---|---|---|---|---|
| 05/18/2017 | 000064363 | | | | |