**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| HON. ROSANA LÓPEZ LEÓN, SENADORA POR ACUMULACIÓN DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO<br><br>DEMANDANTE<br><br>VS.<br><br>HON. RICARDO ROSELLÓ NEVÁRES, GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO; GERARDO PÓRTELA FRANCO, DIRECTOR EJECUTIVO DE LA AUTORIDAD ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO; HON. WANDA VÁZQUEZ GARCED, SECRETARIA DE JUSTICIA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO<br><br>DEMANDADOS | CIVIL NÚM.: SJ2017CV 00107<br><br>SALA: 904<br><br>SOBRE:<br><br>SOLICITUD DE MANDAMUS |

## EXPEDIENTE JUDICIAL

| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 30/mar/17 | 1 | DEMANDA presentada por RAMON A TORRES CRUZ (ROSSANA LOPEZ LEON). (Documentos Adjuntos:[1] CARTA AL GOBERNADOR RRN, [2] PETICIÓN DE INFORMACIÓN, [3] CARTA AAFAF, [4] CARTA CONTESTANDO) |
| 30/mar/17 | 2 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 30 de marzo de 2017 |
| 07/abr/17 | 3 | MOCIÓN DESESTIMACIÓN presentada por RICARDO ROSSELLO NEVARES y otros (IVAN J RAMIREZ CAMACHO) (Documentos Adjuntos:[1] CERTIFICACIÓN SENADO,) |
| 09/abr/17 | 4 | MOCIÓN DESESTIMACIÓN presentada por GERARDO PORTELA FRANCO (DIEGO MURGIA DIAZ) |
| 10/abr/17 | 5 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 10 de abril de 2017 con relación a MOCIÓN DESESTIMACIÓN presentada por RICARDO ROSSELLO NEVARES y otros (IVAN J RAMIREZ CAMACHO)[3]. ENTERADO. SERA RESUELTO CONFORME A LO DISCUTIDO EN SALA. |
| 10/abr/17 | 6 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 10 de abril de 2017 con relación a MOCIÓN DESESTIMACIÓN presentada por GERARDO PORTELA FRANCO (DIEGO MURGIA DIAZ)[4]. ENTERADO. SERA RESUELTO CONFORME A LO RESUELTO EN SALA. |

| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 10/abr/17 | 7 | MOCIÓN ASUMIR REPRESENTACIÓN LEGAL presentada por RICARDO ROSSELLO NEVARES (LIANY A VEGA NAZARIO) |
| 10/abr/17 | 8 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 10 de abril de 2017 con relación a MOCIÓN ASUMIR REPRESENTACIÓN LEGAL presentada por RICARDO ROSSELLO NEVARES (LIANY A VEGA NAZARIO)[7]. ENTERADO Y CON LUGAR. |
| 11/abr/17 | 9 | MINUTA registrada para VISTA celebrada por ANTHONY CUEVAS RAMOS el 10 de abril de 2017. |
| 18/abr/17 | 10 | MOCIÓN DEMANDA ENMENDADA presentada por ROSSANA LOPEZ LEON (RAMON A TORRES CRUZ) (Documentos Adjuntos:[1] DECLARACIÓN JURADA DE DDA ENMENDADA) |
| 19/abr/17 | 11 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 19 de abril de 2017 con relación a MOCIÓN DEMANDA ENMENDADA presentada por ROSSANA LOPEZ LEON (RAMON A TORRES CRUZ)[10]. ENTERADO. PARTE DEMANDADA PROCEDA SEGUN DISPUESTO EN VISTA. |
| 20/abr/17 | 12 | MOCIÓN DEMANDA DE INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ) con relación a MOCIÓN DEMANDA ENMENDADA presentada por ROSSANA LOPEZ LEON (RAMON A TORRES CRUZ)[10]. (Documentos Adjuntos:[1] JURAMENTO DEMANDA DE INTERVENCIÓN) |
| 20/abr/17 | 13 | MOCIÓN INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ) con relación a MOCIÓN DEMANDA DE INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ)[12]. |
| 21/abr/17 | 14 | MOCIÓN DEMANDA DE INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ) con relación a MOCIÓN DEMANDA ENMENDADA presentada por ROSSANA LOPEZ LEON (RAMON A TORRES CRUZ)[10] el 20 de abril de 2017, requiere el pago de derechos arancelarios. El mismo se entenderá como no presentado hasta que se paguen los aranceles correspondientes. |
| 21/abr/17 | 15 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 21 de abril de 2017 con relación a MOCIÓN INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ)[13]. PARTE DEMANDADA EXPRESE SU POSICION EN CUANTO A LA SOLICITUD DE INTERVENCION. |
| 21/abr/17 | 16 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY |

| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
|  |  | CUEVAS RAMOS el 21 de abril de 2017 con relación a MOCIÓN DEMANDA DE INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ)[12]. VEASE ORDEN. |
| 27/abr/17 | 17 | MOCIÓN CUMPLIMIENTO DE ORDEN O RESOLUCIÓN presentada por RICARDO ROSSELLO NEVARES y otros (LIANY A VEGA NAZARIO) |
| 27/abr/17 | 18 | MOCIÓN CUMPLIMIENTO DE ORDEN O RESOLUCIÓN presentada por GERARDO PORTELA FRANCO (DIEGO MURGIA DIAZ) con relación a ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 21 de abril de 2017 [15]. |
| 28/abr/17 | 19 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 28 de abril de 2017 con relación a MOCIÓN CUMPLIMIENTO DE ORDEN O RESOLUCIÓN presentada por GERARDO PORTELA FRANCO (DIEGO MURGIA DIAZ)[18]. ENTERADO. |
| 01/may/17 | 20 | RESOLUCIÓN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 01 de mayo de 2017 con relación a MOCIÓN CUMPLIMIENTO DE ORDEN O RESOLUCIÓN presentada por RICARDO ROSSELLO NEVARES y otros (LIANY A VEGA NAZARIO)[17]. |