**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL GENERAL DE JUSTICIA DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| Hon. Rossana López León, Senadora por acumulación del Estado Libre Asociado de Puerto Rico.<br>    **Demandante**<br><br>    **v.**<br><br>Hon. Ricardo Rosselló Nevares, Gobernador del Estado Libre Asociado de Puerto Rico; Gerardo Pórtela Franco, Director Ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico; Hon. Wanda Vázquez Garced, Secretaria de Justicia del Estado Libre Asociado de Puerto Rico<br>    **Demandados** | **CIVIL NUM.:**<br><br><br>**SOBRE:**<br><br><br>**SOLICITUD DE MANDAMUS** |

**DEMANDA DE MANDAMUS**

**AL HONORABLE TRIBUNAL:**

**COMPARECE**, la demandante representada por el Lcdo. Ramón A. Torres Cruz, muy respetuosamente, **EXPONE, ALEGA y SOLICITA:**

**I. JURISDICCIÓN Y COMPETENCIA DE ESTE HONORABLE TRIBUNAL**

1. El Tribunal de Primera Instancia de San Juan es la sala con jurisdicción y competencia para atender el caso de epígrafe en virtud de las disposiciones de la Ley de la Judicatura, particularmente su artículo 5.001, los Arts. 649 y siguientes del Código de Enjuiciamiento Civil, 32 L.P.R.A. secs. 3421 et seq. y la Regla 3.4 de las de Procedimiento Civil. Los hechos y peticiones objeto de esta Petición ocurrieron en San Juan, Puerto Rico.

**II. LAS PARTES**

2. La parte demandante es la Hon. Rossana López León, es Senadora por acumulación del Estado Libre Asociado de Puerto Rico. Debidamente electa y Juramentada a su cargo. Su dirección es: Senado de Puerto Rico, Edificio Anexo, segundo piso, Capitolio San Juan, Puerto Rico.

3. El co-demandado, Hon. Ricardo Rosselló Nevares es el Gobernador del Estado Libre Asociado de Puerto Rico, es el más alto funcionario en la Rama Ejecutiva.

4. El co-demandado Gerardo Pórtela Franco es el Director Ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (en adelante AAFAF)

5. La co-demanda Hon. Wanda Vázquez Garced es la Secretaria de Justicia del Estado Libre Asociado de Puerto Rico

### III. LOS HECHOS

6. La Ley Federal PROMESA requirió la confección de un Plan Fiscal (Plan) a ser sometido por el Gobierno del Estado Libre Asociado de Puerto Rico, a la Junta de Supervisión Fiscal (Junta), no más tarde del martes 28 de febrero de 2017.

7. Dicho Plan se preparó utilizando estudios, informes, memorandos, cartas, análisis, estudios actuariales, informes de proyecciones de recortes e ingresos, gastos e inversiones y documentos relacionados; con el fin de diseñar posibles escenarios y proyecciones de como resultaría dicho Plan. Estos documentos fueron pagados con fondos públicos.

8. El 13 de febrero de 2017 la Hon. Senadora López le solicito, mediante carta al Gobernador de Puerto Rico, las medidas y modelos que fueron consideradas para la confección del Plan Fiscal. Esto incluyendo, pero sin limitarse, a informes, estudios, análisis o comunicaciones escritas o electrónicas conducentes a la preparación del mencionando Plan Fiscal. (ver anejo 1)

9. El 13 de febrero de 2017 se radicó en la Secretaria del Senado de Puerto Rico, Petición solicitando información al Dr. Ricardo Rosselló Nevares. En esta se la solicita: todos los documentos, estudios, informes, memorandos, cartas, análisis, estudios actuariales, informes de proyecciones de recortes e ingresos, gastos e inversiones y cualquier otro documento que fueran utilizados para la confección del Plan Fiscal para Puerto Rico. Esta petición no fue aprobada por el Senado. (ver anejo 2).

10. El 16 de marzo de 2017, se le solicitó mediante carta, a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico, los modelos económicos, informes, estudios, análisis o comunicaciones, memorandos de consultores de manera escrita o electrónica que fueron utilizados para la confección del Plan Fiscal. (ver anejo 3)



11. El 23 de marzo de 2017, el Director Ejecutivo de AAFAF, contestó el requerimiento hecho el 16 de marzo de 2017. En la carta alude un alegado privilegio oficial/ejecutivo y privilegio abogado-cliente para negar la información y señala además que dicha información contemplan escenarios hipotéticos que no deben ser divulgados a la ciudadanía ya que, según argumento, podría llevar al público a conclusiones "erradas y prematuras". (ver anejo 4)

12. Se trata de documentos y/o informes pagados o gestionados por agencias, corporaciones publicas e instrumentalidades del gobierno que operan con fondos públicos y a cuyo contenido la parte peticionaria tiene derecho a acceder.

13. Se han agotado todos los remedios extra judiciales disponibles para obtener la información solicitada sin obtener lo requerido. Esto según AMPR v Srio. Educación, ELA, 178 DPR 253 (2010)

14. No existe otro remedio adecuado y eficaz en ley para que la parte demandante obtenga la información solicitada. Por lo que es necesario que se expida este mandamus para la obtención de dicha información. Véase, Art. 651 Código Enjuiciamiento Civil, 32 LPRAsec. 3423; Hernández Agosto v Romero Barceló 112 DPR 407 (1982)

15. Toda la información solicitada es información pública y de alto interés público para la ciudadanía y es necesaria para informar sobre la gestión y transparencia gubernamental y la correspondiente fiscalización de la misma. Dávila v Superintendente de Elecciones, 82 DPR 264 (1960)

16. Las partes contra las cuales se dirige el mandamus tienen el deber ministerial de entregar la información solicitada. *"Ley de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico"* Ley Núm. 2 de 18 de enero de 2017 en su artículo cinco (5) inciso "a" dice:

> *"La Autoridad es creada con el propósito de que actúe como agente fiscal, asesor financiero y agente informativo de todos los entes del Gobierno de Puerto Rico y para asistir tales entidades en confrontar la grave crisis fiscal y emergencia económica por la que atraviesa Puerto Rico."*

17. La información solicitada no está protegida por confidencialidad o privilegio alguno; tampoco está cobijada bajo cualquiera de las excepciones al derecho de acceso a la información.

18. El hecho de no entregar la información lacera el derecho al acceso a la información. En particular, los derechos y prerrogativas de la Senadora López León en sus funciones ya que esta pasara juicio sobre las medidas que instrumentan el mencionado Plan, y descargar su responsabilidad inherente de fiscalizar a la Rama Ejecutiva, específicamente sobre el presupuesto del país que se considera y aprueba por nuestra Asamblea Legislativa requiriendo el voto informado de cada uno de los miembros, que en última instancia tienen una responsabilidad indelegable con sus constituyentes.



19. El derecho a acceso a la información está garantizado por la Carta de Derechos de la Constitución del Estado Libre Asociado de Puerto Rico en el Articulo II, Sec. 4 y la Primera Enmienda de la Constitución de los Estados Unidos de Norteamérica.

20. En este caso procede el recurso de mandamus a tenor con la normativa prevaleciente, en vista de lo cual procede que se ordene a la parte promovida a proveer la información que le ha sido solicitada.

21. Las partes demandadas ha obligado a la demandante a recurrir ante este foro judicial para solicitar una información que debe estar disponible y accesible para cualquier ciudadano u organización que así lo solicite.

22. Se solicita la imposición de honorarios de abogado.

POR TODO LO CUAL se solicita muy respetuosamente de este Honorable Tribunal declare HA LUGAR la presente Demanda y ordene la entrega de los documentos e información que le ha sido solicitada, a saber: todos los documentos, estudios, informes, memorandos, cartas, análisis, estudios actuariales, informes de proyecciones de recortes e ingresos, gastos e inversiones y cualquier otro documento que fueran utilizados para la confección del Plan Fiscal para Puerto Rico.

**RESPETUOSAMENTE SOMETIDO**

En San Juan, Puerto Rico, a __30_ de _marzo__ de 2017.

LCDO. RAMÓN A. TORRES CRUZ
RUA 15270
Paseo Fagot, Marginal Fagot 1488, A-1
Boulevard Miguel A. Pou
Ponce, P.R. 00716
Tel y Fax: (787) 259-8095
Cel.: (787) 787-226-9871



Sello

5120
03/30/2017
$90.00

Sello de Rentas Internas
00086-2017-0330-41997017

16-B0442618

Case 3:17-cv-01642 Document 1-3 Filed 05/12/17 Page 5 of 5

## JURAMENTO

Yo, ROSSANA LOPEZ LEON, mayor de edad, soltera, senadora por Acumulación y vecina de San Juan, Puerto Rico, bajo el más solemne juramento declaro:

Mi nombre y demás circunstancias personales son las arriba descritas.

He leído la demanda de Mandamus que antecede y lo allí expuesto es cierto y me consta de propio y personal conocimiento.

Dicha petición de Mandamus ha sido redactada según mi solicitud expresa.

Presto esta declaración jurada a todos los fines legales pertinentes.

En San Juan, Puerto Rico, a 30 de marzo de 2017.


Sen. Rossana López León

Affidávit Número 362

Jurado y suscrito ante mí por ROSSANA LOPEZ LEON, de las circunstancias personales arriba expuestas y a quien doy fe de conocer personalmente o he identificado mediante _____N/A_____.

En San Juan, Puerto Rico, a 30 de marzo de 2017.


NOTARIO

RECIBO DE PAGO
16-B0442162

Sello