

RECIBIDO
CORREO LA FORTALEZA

17 FEB 13 AM 9:28



Hon. Jesús Manuel Ortiz
Representante

Hon. Rossana López
Senadora

13 de febrero de 2017

Hon. Ricardo Rosselló Nevares
Gobernador
Estado Libre Asociado de Puerto Rico
La Fortaleza, San Juan

Estimado señor Gobernador:

Reciba un cordial saludo. Su representante ante la Junta de Supervisión Fiscal (JSF), Lcdo. Elías Sánchez, ha informado públicamente que se están examinando distintos escenarios para un ajuste mayor al gasto público, incluyendo una restructuración del aparato gubernamental.[1] Para esto, según explicó, su gobierno se encuentra modelando escenarios de distintas reducciones de gastos en múltiples instrumentalidades y entidades públicas.

Igualmente, usted ha dicho que tiene varias propuestas e iniciativas, como parte de su *Plan para Puerto Rico*, para atender la situación fiscal.[2] Además, por meses ha señalado que con sus propuestas e iniciativas, se van a reducir los gastos, bajar las contribuciones mientras, que a la misma vez, protegerá a los servidores públicos, los pensionados, la Universidad de Puerto Rico y pagará la deuda. Sin duda una agenda sumamente ambiciosa y abarcadora.

No obstante, la realidad es que la falta de acceso a la información sobre las medidas que están siendo consideradas y la negativa del gobierno de revelar los modelos de ajustes que exploran, han incrementado el nivel de ansiedad y de incertidumbre al punto que ya se dilucidan posibles modificaciones a los beneficios otorgados a los pensionados del país.

Resulta insólito que al día de hoy, a menos de dos semanas de la fecha límite de la entrega del Plan, todavía el gobierno del Estado Libre Asociado no ha presentado de forma detallada y específica ni una sola propuesta que cumpla con las exigencias de la JSF. La transparencia es necesaria en este momento.

Nuestros tribunales de justicia han resuelto y reconocido de forma amplia, los derechos de los ciudadanos, la prensa, los sectores de la sociedad, los miembros de la Asamblea Legislativa, y muy particularmente, de las minorías parlamentarias, de obtener información de primera mano sobre los procesos y documentos públicos.

---

[1] http://www.elnuevodia.com/noticias/locales/nota/eliassanchezadviertequehabraunmayorajustedelgastopublico-2289813/

[2] http://caribbeanbusiness.com/ricardo-rossello-prepared-to-execute-his-fiscal-plan/

2

Así las cosas, el estado de derecho actual es que el gobierno tiene la obligación legal de divulgar cualquier informe, estudio, análisis o comunicación escrita o electrónica que sea parte del proceso decisional sobre cualquier asunto de interés público como ciertamente lo es el plan fiscal que el gobierno deberá presentar en las próximas dos semanas.

Ante la escasa información existente y la ausencia de la divulgación de posibles escenarios que son contemplados sin informar sobre los mismos al pueblo, nos corresponde ejercer nuestras responsabilidades legislativas con el mayor grado de eficiencia, por lo que el acceso a dicha información es fundamental para esos propósitos.

A tenor con lo anterior, le solicitamos que haga públicos y se nos entregue inmediatamente todos los informes, comunicaciones, estudios y memorandos de consultores, incluyendo, pero sin limitarse a, consultores o analistas financieros, donde se detallen cualquiera de estas iniciativas, escenarios y propuestas.

Además, le solicitamos que haga público y así se nos envíe cualquier recomendación general o específica que haya recibido y que pudiera ser considerada por su equipo fiscal, que redunde en la reducción de asignaciones presupuestarias o afecte la financiación de programas y entidades públicas, así como cualquier documento que contenga escenarios alternos a los números base de ingresos y gastos o proyecciones de estos.

El país y la prensa tienen derecho a ser protagonistas de una discusión amplia sobre las distintas alternativas que usted está evaluando para presentarle a la JSF, de forma que el proceso se nutra de todos los grupos y visiones interesadas. Dicha discusión no debe limitarse a reacciones posteriores al 28 de febrero de 2017 sobre lo que usted presente a la JSF, pues sería académico.

Por otro lado, el recorte de asignaciones para servicios esenciales no debe ser mantenido en secreto. Por el contrario, una discusión amplia de las alternativas puede ayudarlo a usted y a su administración a representar mejor los intereses del Pueblo de Puerto Rico ante la JSF y los acreedores.

Confiamos en que no será necesario tomar medidas adicionales para requerir la entrega de la información solicitada la cual esperamos nos sea entregada en un periodo de cinco (5) días laborables. Reiteramos nuestro compromiso de colaborar con usted en cualquier iniciativa que proteja los servicios esenciales, a los servidores públicos, los pensionados, a los trabajadores y a la Universidad de Puerto Rico.

Reciba el testimonio de consideración y estima.

Cordialmente,

Jesús M. Ortiz González
Representante

Rossana López León
Senadora