

Hon. Rossana López León
Senadora por Acumulación
Estado Libre Asociado de Puerto Rico

16 de marzo de 2017

*Sr. Gerardo Portela*
*Director*
*Autoridad de Asesoría Financiera*
*y Agencia Fiscal de Puerto Rico*
*Centro Gubernamental Minillas*
*Roberto Sánchez Vilella*
*Ave. De Diego Prda 22*
*San Juan, PR 00907*

*Estimado señor Portela:*

Reciba un cordial saludo de nuestra parte y los mejores deseos de éxito.

Resulta fundamental al descargue de nuestras funciones como Senadora Electa de Puerto Rico, el contar con la información fidedigna, completa y detallada para el análisis y consideración de aquellos asuntos que atañen los servicios esenciales y la calidad de vida en nuestra Isla. Al presente, el proceso de evaluación, examen y consideración del Plan Fiscal para Puerto Rico (PFPR), bajo el palio de la Ley Federal "PROMESA" que ha presentado la Administración actual, es uno esencial y requiere el desglose de los datos, informes y evidencia que lo sustentan, así como los fundamentos de las enmiendas, cambios y condiciones que se le añadieron como parte del proceso de certificación por parte de la Junta de Supervisión Fiscal (JSF), este pasado Lunes 13 de marzo de 2017.

A tales fines, solicito se nos provea en un término de cinco (5) días a partir del recibo de esta comunicación, así como se divulgue públicamente para beneficio de la ciudadanía, el detalle del racional de los modelos económicos e información provista por esta agencia que fueron parte de la documentación que se examinó y se continúa evaluando en dicho proceso bajo los distintos escenarios. Adicional, cualquier informe, estudio, análisis o comunicación y memorandos de consultores, incluyendo, pero sin limitarse a, consultores o analistas financieros, de manera escrita o electrónica que se aportaron dentro proceso decisional de la confección del Plan Fiscal, como asunto de alto interés público. Todo esto, con el fin de poder medir el impacto de los mismos en nuestros ciudadanos y la certeza de las proyecciones esbozadas en los diferentes renglones.

*El Capitolio*
*PO Box 9023431*
*San Juan, Puerto Rico*
*00902-3431*

*T: (787) 722.1231 / (787) 722.4019*
*E: mvega@senado.pr.gov*

EMPLAZAMIENTO

2

Particularmente, dado el cambio de postura, anuncios de ajustes sin métricas, ni evidencia empírica, que se han realizado recientemente sobre reducciones de gastos, nuevos impuestos y fuentes de recaudos, contribuciones, posibles cambios a la jornada laboral y los derechos de nuestros servidores públicos en múltiples instrumentalidades y entidades. En específico, sobre la posibilidad de la adopción e implementación del modelo de las APP en diferentes áreas y las consecuencias posibles en los derechos y beneficios laborales de los trabajadores que pudieran afectarse.

Es importante reconocer, que esos posibles ajustes trastocarán los servicios esenciales que tiene que garantizar el Gobierno del Estado Libre Asociado de Puerto Rico, de cual es parte esta dependencia. Más aun, cuando a un plazo de 10 años se estima un aumento de casi 6,000 millones en los recortes e impuestos dispuestos originalmente en el Plan sometido por esta Administración, que elevaría a casi 40,000 millones en dicho periodo esa proyección. Impacto, que desconocemos se consideró por cada dependencia para la confección de dicho plan y si fue incluido, o se está considerando en sus estimados y proyecciones.

En dicho sentido, es necesario señalar que esta servidora en calidad de Senadora radiqué una Petición de Información a través del Senado de Puerto Rico que fue denegada a estos fines y cursé misivas, tanto al Gobernador de Puerto Rico, Hon. Ricardo Rosselló Nevares, con fecha del 13 de febrero de este mismo año, junto al compañero Representante Hon. Jesús Manuel Ortíz, que nunca fue contestada y otra a la Junta de Supervisión Fiscal (JSF) con fecha del pasado 13 de marzo de 2017 (adjunto copia de dichos documentos). La realidad, es que la falta de acceso a la información sobre las medidas que están siendo consideradas y la negativa del Gobierno de revelar los modelos de ajustes que exploran, han incrementado el nivel de ansiedad y de incertidumbre en nuestro Pueblo. Asuntos, que deben ponderarse y debieron ser parte del análisis realizado sobre los efectos en nuestro desarrollo socio-económico a corto, mediano y largo plazo, y que ya incluyen modificaciones a las pensiones que hoy se reciben y recortes de cientos de millones a la UPR. Como hemos planteado: *La transparencia es necesaria e inexcusable en este momento.*

Reiteramos nuestro compromiso a colaborar con usted en cualquier iniciativa que proteja los servicios esenciales, a los servidores públicos, a los trabajadores, a la Universidad de Puerto Rico y al Pueblo que representamos por el voto directo de nuestros conciudadanos.

Reciba el testimonio de consideración y estima.

*Cordialmente,*

Rossana López León
Senadora

Anejo