

## GOBIERNO DE PUERTO RICO
**Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico**

23 de marzo de 2017

### Hon. Rossana López León
El Capitolio
PO Box 9023431
San Juan, Puerto Rico
00902-3431

Honorable Senadora:

Acuso recibo de su carta con fecha de 16 de marzo de 2017, mediante la cual usted solicita a la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (la "Autoridad") cierta información y documentos relacionados al Plan Fiscal del Gobierno de Puerto Rico (el "Plan"), incluyendo los modelos económicos utilizados en la confección del Plan y copias de los informes y memorandos preparados por nuestros asesores como parte de dicho proceso.

Estamos conscientes de la importancia de mantener a la ciudadanía informada sobre los asuntos fiscales y económicos de Puerto Rico, particularmente dada la situación por la que atraviesa Puerto Rico actualmente. Es por esto que durante los pasados meses hemos hecho pública una cantidad significativa de información relacionada a dichos temas y continuaremos haciéndolo en el futuro. Estamos también conscientes de su responsabilidad de descargar sus funciones responsablemente y confiamos en que nuestros intereses están alineados por el bien de Puerto Rico.

Sin embargo, los materiales específicos que usted solicita contienen información sujeta al privilegio oficial y/o ejecutivo y al privilegio abogado-cliente sobre la cual existe un interés apremiante de mantener confidencial. Dicho interés se fundamenta en que los materiales solicitados contienen información predecisional y deliberativa sobre alternativas que continúan bajo la evaluación de la Autoridad. El publicar dicha información a destiempo no sería responsable ni resultaría en los mejores intereses de Puerto Rico, ya que podría llevar al público a conclusiones erradas o prematuras sobre la política pública del Gobierno, sobre todo en el contexto de las negociaciones pendientes con los acreedores y de los litigios pendientes relacionados a la deuda del Gobierno de Puerto Rico y sus instrumentalidades. Por lo tanto, lamentamos no poder proveerle los materiales solicitados.

Quedo a su disposición para cualquier otro asunto.

Cordialmente,

Gerardo Portela Franco
Director Ejecutivo



PO Box 42001 • San Juan, PR 00940-2001 • Teléfono (787) 722-2525