**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| **HON. ROSSANA LOPEZ LEON, SENADORA POR ACUMULACION DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO**<br>Demandantes;<br><br>V.<br><br>**HON. RICARDO ROSSELLO NEVARES, GOBERNADOR DEL ELA DE PR, Y OTROS**<br>Demandados. | CIVIL NÚM. **SJ2017CV00107**<br><br>SALA: **904**<br><br>SOBRE:<br><br>**SOLICITUD DE MANDAMUS** |

**ORDEN**

Examinada la demanda de epígrafe radicada electrónicamente por la parte demandante, el 30 de marzo de 2017, **señalamos vista para el 10 de abril de 2017 a las 10:00 a.m. en el salón de sesiones 904** a los únicos efectos de dilucidar la procedencia de lo solicitado por la parte demandante.

A la referida vista los abogados de las partes deberán comparecer preparados para lo siguiente:

1. Exponer en forma concisa y narrativa los hechos pertinentes en que descansa su razón de pedir, negar o intervenir. Todos los participantes aunarán esfuerzos para identificar los hechos medulares a la controversia.

2. Formalizar estipulaciones de hechos, anunciar la prueba testifical y documental a ofrecerse y examinar la posibilidad de acuerdo. A tal efecto, cada abogado deberá tener autorización de su representado o en su defecto éste deberá asistir ese día o estar disponible a comunicación telefónica con su abogado desde el tribunal.

3. Discutir su teoría legal.

4. La celebración de la vista evidenciaria.

La parte demandante deberá diligenciar el emplazamiento, y además notificar esta orden con copia de la demanda, **a todos los demandados antes del 5 de abril**

**de 2017, de conformidad a lo dispuesto en la Regla 4.4 de Procedimiento Civil.** *Corujo Collazo v. Viera Martínez*, 111 DPR 552, 556-557 (1981).

Las partes deberán incluir en sus mociones un número de fax y su correo electrónico.

Se apercibe a la parte demandada que de no comparecer a la conferencia señalada, el tribunal procederá a celebrar la vista, sin más citarle ni oírle, pudiendo dictar la orden de *mandamus* solicitada.

Advertimos a la parte demandada que el caso deberá tramitarse a través del sistema electrónico SUMAC. Por lo cual deberá cumplirse con lo ordenado en la Orden Administrativa Núm. OA-JP2013-173 emitida por el Juez Presidente del Tribunal Supremo de Puerto Rico, Hon. Federico Hernández Denton que entró en vigor el 28 de enero de 2014 así como con las directrices administrativas aprobadas en virtud de dicha orden.

La tramitación del caso se hará de forma electrónica a tenor con lo expuesto precedentemente.

**Notifíquese.**

En San Juan, Puerto Rico a 30 de marzo de 2017.

f/ ANTHONY CUEVAS RAMOS
JUEZ SUPERIOR

K032

## DILIGENCIAMIENTO POR PERSONA PARTICULAR

Yo, _____, mayor de edad, _____, empleado y vecino de _____, Puerto Rico, bajo juramento DECLARO:

Mi nombre y circunstancias personales son las antes dichas, sé leer y escribir y no soy abogado en este asunto, ni parte en el pleito, ni pariente de estos, y no tengo interés en este pleito.

Recibí la Orden al dorso el _____ de _____ de 2017, notificándola personalmente a _____, en _____, Puerto Rico, el _____ de _____ de 2017, a las _____ ☐ a.m. / ☐ p.m.

_____
DILIGENCIANTE

Jurado y suscrito ante mí, por _____ _____ de las circunstancias personales antes mencionadas, a quien doy fe de_____ (conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial).

En _____, Puerto Rico, a ____ de _____ de 2017.

_____
SECRETARIA