

# SENADO
ESPERANZA Y PROGRESO

*Manuel A. Torres Nieves*
*Secretario del Senado*

## CERTIFICACIÓN

**YO, Manuel A. Torres Nieves, Secretario del Senado del Gobierno de Puerto Rico**

## CERTIFICO

Que el documento que se acompaña es una transcripción fiel y exacta del turno de Peticiones de Información y otras comunicaciones de la Sesión del Senado de Puerto Rico del lunes, 13 de febrero de 2017, específicamente de la consideración de la petición de información al Gobernador de Puerto Rico, Hon. Ricardo Rosselló Nevares, radicada por la senadora Rossana López León.

**Y PARA QUE ASI CONSTE,** expido la presente Certificación, en mi Oficina en El Capitolio, en San Juan, Puerto Rico hoy, cinco de abril de dos mil diecisiete, y estampo en ella el Sello del Senado del Gobierno de Puerto Rico.

**Manuel A. Torres Nieves**



TRANSCRIPCIÓN ESPECIAL
SESIÓN DEL LUNES, 13 DE FEBRERO DE 2017
TIEMPO DESDE 2:15:51 – 2:21:26

## PETICIONES Y SOLICITUDES DE INFORMACIÓN AL CUERPO, NOTIFICACIONES Y OTRAS COMUNICACIONES

La Secretaría da cuenta de las siguientes Comunicaciones:

Del Honorable Thomas Rivera Schatz, Presidente del Senado, una comunicación remitiendo Orden Administrativa de la Asamblea Legislativa Núm. 17-14, titulada "Para establecer el Procedimiento Administrativo Aplicable para el Reclutamiento de Empleados del Senado de Puerto Rico".

La senadora Rossana López León ha radicado la siguiente Petición por escrito:

"La Senadora que suscribe, muy respetuosamente solicita que, a través de la Secretaría de este Alto Cuerpo, se le requiera al Honorable Gobernador del Estado Libre Asociado de Puerto Rico, Doctor Ricardo Rosselló Nevares, que someta la siguiente información, conforme a la Regla 18, Sección 18.2 del "Reglamento del Senado de Puerto Rico" (R. del S. 13), en un término no mayor de cinco (5) días calendarios, contados a partir de la notificación de esta Petición:

SOLICITUD DE INFORMACIÓN AL DR. RICARDO ROSSELLÓ NEVARES, GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

- Todos los documentos, estudios, informes, memorandos, cartas, análisis, estudios actuariales, informes de proyecciones de recortes e ingresos, gastos e inversiones y cualesquiera otro documentos que estén relacionados o estén siendo utilizados en el proceso de diseño de posibles escenarios para la confección del plan fiscal a ser sometido ante la Junta de Supervisión Fiscal de conformidad a la Ley federal PROMESA.
- Listado de funcionarios, agencias, instrumentalidades u organismos a quienes se le delegó el deber o encomienda de recopilar, producir, desarrollar, confeccionar o preparar los documentos descritos en el inciso anterior y que estén bajo su poder o jurisdicción, así como la etapa o status en que se encuentren los documentos requeridos, incluyendo, pero sin limitarse a: La Oficina del Gobernador, el Asesor Legal del Gobernador, el Secretario de Estado, el Presidente del Banco Gubernamental de Fomento (BGF), el Secretario de Hacienda, el Director Ejecutivo de la Oficina de Gerencia y Presupuesto (OGP), el Director Ejecutivo de la Agencia de Asesoría Fiscal así como el representante del gobernador ante la Junta de Supervisión Fiscal, Lcdo. Elías Sánchez.

Esta Petición de Información se fundamenta en que desde el 30 de junio de 2016, el entonces Presidente de los Estados Unidos, Barack Obama firmó la Ley federal denominada PROMESA (*"Puerto Rico Oversight, Management, and Economic Stability Act"* (US Congress, 2016, PL 114-187) que, entre otras cosas, viabilizó la imposición de una Junta Federal de Supervisión Fiscal sobre el gobierno de Puerto Rico.

PROMESA es el resultado de un proceso complejo de diálogo y negociaciones entre el Gobierno de Puerto Rico, la Casa Blanca y el Congreso de Estados Unidos que se extendió por casi dos años. La misma tiene siete (7) Artículos y sesenta y ocho (68) Secciones contenidas en unas ciento veinte (120) páginas. Esta Ley establece, como primer paso, los objetivos específicos para enderezar las finanzas creando la estructura legal para supervisar la aprobación de presupuestos balanceados, regular las medidas de impacto fiscal así como las operaciones del gobierno.

Asimismo, PROMESA crea la Junta de Supervisión Fiscal (JSF) que dirigirá y dispondrá de todo el proceso para la restructuración de la deuda pública. Por otra parte, la Ley federal establece el marco jurídico para promover las negociaciones sobre la reestructuración de la deuda con los acreedores, mandata una moratoria retroactiva a los pleitos e impulsa un mecanismo de desarrollo de proyectos estratégicos. Finalmente, establece métricas claras para la culminación del proceso.

No obstante, el estatuto federal dispone - de forma inequívoca - que para llevar a cabo los trabajos dentro de los términos establecidos en la legislación, la Junta de Supervisión establecerá el calendario y exigencias de información a ser entregadas por el gobierno de Puerto Rico como parte de la revisión de los planes y proyectos presupuestarios y fiscales.

Cónsono con eso, la JSF requirió del gobierno anterior la entrega de un plan fiscal el cual fue sometido en el verano del 2016, dentro de los términos establecidos. Posteriormente, la JSF solicitó enmiendas en dicho documento dirigidas – principalmente – a aumentar los recortes en el presupuesto del país y, por consiguiente, reducciones en ciertos servicios.

El entonces gobernador Alejandro García Padilla rechazó tal solicitud por entender que no había mayor espacio para recortes adicionales, sin evitar despidos de empleados públicos y recortes en servicios esenciales.

Mientras eso ocurría, el entonces candidato a la gobernación Dr. Ricardo Rosselló, expresaba que existían los recursos para pagar la deuda y que tenía un plan de acción listo que iba a resolver la situación fiscal y presupuestaria del país. Así las cosas, al salir electo como Primer Ejecutivo, el doctor Rosselló procedió a solicitar tiempo adicional para la entrega del plan fiscal.

La JSF ha determinado el martes 28 de febrero de 2017 como la fecha límite para la entrega del Plan Fiscal el cual deberá contener las medidas específicas para cuadrar el presupuesto para el año fiscal 2019; y además, la inclusión de un programa de recortes y aumento de ingresos por una suma conjunta de $3,500 millones.

Con motivo de este requerimiento, ciertos funcionarios públicos han comenzado a desdoblar los posibles escenarios de recortes presupuestarios y reducciones a beneficios o servicios a determinados sectores poblacionales, que podrían verse afectados. Algunos de esos grupos son los retirados del gobierno, los estudiantes de la Universidad de Puerto Rico y los empleados públicos.

La falta de acceso a la información sobre las medidas que están siendo consideradas y la negativa del gobierno de revelar los modelos de ajustes que exploran, han incrementado el nivel de ansiedad y de incertidumbre del país al punto que ya se dilucidan posibles modificaciones a los beneficios otorgados a los pensionados del país.

Resulta insólito que al día de hoy, a menos de dos semanas de la fecha límite, todavía es la hora que el gobierno de Puerto Rico ha sido incapaz de presentar de forma detallada y específica ni siquiera una sola propuesta que cumpla con las exigencias de la JSF. La transparencia es necesaria en este momento.

Nuestros tribunales de justicia han resuelto y reconocido de forma amplia, los derechos de los ciudadanos, la prensa, los sectores de la sociedad, los miembros de la Asamblea Legislativa, y muy particularmente, de las minorías parlamentarias, de obtener información de primera mano sobre los procesos y documentos públicos.

Así queda reconocido en la jurisprudencia aplicable como lo son los casos: *Soto v. Giménez Muñoz (112 DPR 477)*, en donde nuestro Tribunal Supremo estableció la presunción de que todo expediente en poder de una autoridad gubernamental es público y, como tal, debe estar accesible a los ciudadanos. También los casos: *Trans Ad de Puerto Rico v. Junta de Subastas de la Autoridad Metropolitana de Autobuses* (2008 TSPR 110) y la *Asociación de Maestros v. Rey Hernández* (2010 TSPR 19), contienen determinaciones cónsonas con la primera.

Más aún, recientemente el Tribunal Superior determinó en el caso *Asociación de Periodistas v. Secretario de Hacienda (2015)* que todo documento que por su naturaleza no contenga información que ponga en peligro o afecte derechos de terceros y que esté en poder del gobierno, tiene una presunción de naturaleza pública por lo que su divulgación no debe ser objeto de controversia.

Pero en ese pleito el Tribunal fue más lejos y dictaminó que en el caso particular de informes, estimados, memorandos y/o estudios, entre otros documentos internos que son utilizados como parte de la ponderación de modelos o de diseño de política pública – como era la controversia principal de este caso por el Informe fiscal de la firma KPMG - éstos también son de naturaleza pública por lo que su divulgación, de ser requerida, debe ser inmediata.

Así las cosas, el estado de derecho actual es que el gobierno de Puerto Rico tiene la obligación legal de divulgar cualquier informe, estudio, análisis o comunicación escrita o electrónica que sea parte del proceso decisional sobre cualquier asunto de interés público como ciertamente lo es el plan fiscal que el gobierno deberá presentar en las próximas dios semanas.

Ante la escasa información existente y la ausencia de divulgación de posibles escenarios que son contemplados a espaldas del pueblo, nos corresponde ejercer nuestras responsabilidades legislativas con el mayor grado de eficiencia, por lo que el acceso a dicha información es fundamental para esos propósitos. Esta Petición de Información, es un paso fundamental en esa dirección.

Respetuosamente se solicita que se le remita copia de esta Petición al Honorable Gobernador del Estado Libre Asociado de Puerto Rico, Doctor Ricardo Rosselló Nevares, a través de la Secretaría de este Alto Cuerpo, a la siguiente dirección:

Calle Fortaleza #63<br>
San Juan. Puerto Rico, 00902-0082."

SR. RÍOS SANTIAGO: Señor Presidente, para que se deje en un turno posterior el inciso b, una petición por parte de la senadora López León, solicitamos dejarla para un turno posterior.

PRES. ACC. (SR. NEUMANN ZAYAS): ¿Hay objeción?

SR. BHATIA GAUTIER: Hay objeción, señor Presidente, quisiéramos que se atendiera ahora.

SR. RÍOS SANTIAGO: Pues, señor Presidente, hay que llevarlo entonces a votación.

SR. BHATIA GAUTIER: Señor Presidente, si el Portavoz lo permite, un (1) minuto solamente para explicar por qué es importante que se vea. Si me permite.

PRES. ACC. (SR. NEUMANN ZAYAS): Senador Bhatia Gautier.

SR. BHATIA GAUTIER: Señor Presidente, esta es una… si nos permite que la propia Senadora un (1) minuto que ella explique por qué es importante que se vea ahora.

SRA. LÓPEZ LEÓN: Señor Presidente.

PRES. ACC. (SR. NEUMANN ZAYAS): Senadora López León.

SRA. LÓPEZ LEÓN: Gracias, señor Presidente.

La petición que muy bien hiciera el compañero Portavoz, a raíz de la necesidad apremiante de que el País conozca cuáles son los escenarios a los cuales se va a estar enfrentando, una vez el Gobernador vaya a estar sometiendo el Plan Fiscal el día 28. Entendemos que es sumamente importante el que todo estudio, todo informe, memorando, cartas, análisis, estudios actuariales, informes de proyecciones de recortes e ingresos, gastos e inversiones y cualquier otro documento que esté relacionado o estén siendo utilizados en el proceso de diseño de posibles escenarios para la confección del Plan Fiscal sean sometidos ante la Junta de Supervisión Fiscal, de conformidad a la Ley Federal PROMESA.

De hecho, quiero también dejar para efectos de récord, que esta petición al Gobernador de Puerto Rico está basada en el caso reconocido en la jurisprudencia aplicable como el caso Soto vs Jiménez Muñoz, en donde el Tribunal Supremo estableció la presunción de que todo expediente en poder de una autoridad gubernamental es público y como tal debe estar accesible a los ciudadanos. De la misma manera, la más reciente decisión del Tribunal Superior determinó en el caso de Asociación de Periodistas vs Secretario de Hacienda de 2015, que todo documento que por su naturaleza no contenga información que ponga en peligro o afecte derechos de terceros y que esté en poder del Gobierno tiene una presunción de naturaleza pública, por lo cual su divulgación no debe ser objeto de controversia.

Y ante la expresión del señor Gobernador de transparencia con respecto a la situación apremiante del País, le estamos muy respetuosamente solicitando a este Cuerpo que ante la situación de transparencia que también ha presenciado este Cuerpo e interesa hacerlo, que se pueda el Senado de Puerto Rico obtener estos documentos. Porque de la misma manera, el Senado de Puerto Rico tendrá que actuar en un momento dado, conforme a lo que el Plan del Gobernador el 28 de febrero vaya a estar sometiendo.

Ante consideración de este Cuerpo, que se apruebe esta petición al Gobernador de Puerto Rico.

SR. RÍOS SANTIAGO: Señor Presidente.

PRES. ACC. (SR. NEUMANN ZAYAS): Señor Portavoz.

SR. RÍOS SANTIAGO: Nuestra intención anterior era dejarla en un turno posterior, no era no evaluarla. Ante el planteamiento de la compañera Rossana López, solicitando que debe de ser atendido, vamos a llevarla a votación. Hay objeción.

PRES. ACC. (SR. NEUMANN ZAYAS): Los que estén a favor de la petición que digan que sí. Los que estén en contra de la petición que digan que no.

SR. RÍOS SANTIAGO: Derrotada, señor Presidente.

PRES. ACC. (SR. NEUMANN ZAYAS): Derrotada.

SR. BHATIA GAUTIER: Señor Presidente, decida usted si se derrota, no el Portavoz.

SRA. LÓPEZ LEÓN: Señor Presidente...

SR. BHATIA GAUTIER: Señor Presidente, una Cuestión de Orden.

SRA. LÓPEZ LEÓN: ...perdóneme, pero varios compañeros dijeron que sí, de la misma manera, así que...

SR. RÍOS SANTIAGO: Señor Presidente...

PRES. ACC. (SR. NEUMANN ZAYAS): Señor Portavoz.

SR. RÍOS SANTIAGO: ...la interpretación es de Su Señoría y usted dice si ha sido derrotada o no ha sido derrotada.

PRES. ACC. (SR. NEUMANN ZAYAS): Ha sido...

SR. RÍOS SANTIAGO: Si algún compañero quiere plantear que se divida el Cuerpo, lo puede solicitar, lo que no puede haber es un debate sobre una apreciación de la Presidencia.

Señor Presidente, no se ha planteado, que se prosiga con el Orden de los Asuntos.

PRES. ACC. (SR. NEUMANN ZAYAS): La opinión de la Presidencia, ha sido derrotada. Vamos a continuar con el Orden de los Asuntos.

SR. RÍOS SANTIAGO: Señor Presidente, que se continúe con el Orden de los Asuntos.

PRES. ACC. (SR. NEUMANN ZAYAS): Señor Portavoz, adelante.

SR. RÍOS SANTIAGO: Señor Presidente, para que se reciban las demás peticiones.

PRES. ACC. (SR. NEUMANN ZAYAS): ¿Hay objeción?  No habiendo objeción, que se reciban.

SR. RÍOS SANTIAGO: Señor Presidente, para continuar con el Orden de los Asuntos.

PRES. ACC. (SR. NEUMANN ZAYAS): Adelante, señor Portavoz.