| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 10/abr/17 | 5 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 10 de abril de 2017 con relación a MOCIÓN DESESTIMACIÓN presentada por RICARDO ROSSELLO NEVARES y otros (IVAN J RAMIREZ CAMACHO)[3]. ENTERADO. SERA RESUELTO CONFORME A LO DISCUTIDO EN SALA. |