| Fecha | Número | Anotación al Expediente Judicial |
|-------|--------|----------------------------------|
| 10/abr/17 | 6 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 10 de abril de 2017 con relación a MOCIÓN DESESTIMACIÓN presentada por GERARDO PORTELA FRANCO (DIEGO MURGIA DIAZ)[4]. ENTERADO. SERA RESUELTO CONFORME A LO RESUELTO EN SALA.. |