# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| **ROSSANA LÓPEZ LEÓN**<br><br>Demandante<br><br>VS.<br><br>**RICARDO ROSSELLO NEVAREZ Y OTROS**<br><br>Demandados | **CIVIL NÚM.:** SJ2017CV00107<br><br>**SALA:** 904<br><br>**SOBRE:**<br><br>MANDAMUS |

## MOCIÓN PARA ASUMIR REPRESENTACIÓN LEGAL

**AL HONORABLE TRIBUNAL:**

**COMPARECE** el **GOBIERNO DE PUERTO RICO** (en adelante ELA, por sí y en representación del **GOBERNADOR DE PUERTO RICO EN SU CAPACIDAD OFICIAL** por conducto de la representación legal que suscribe y muy respetuosamente **EXPONE, ALEGA y SOLICITA:**

1. La abogada que suscribe ha sido asignada a asumir la representación legal del Gobierno de Puerto Rico y el Hon. Ricardo Rosselló en su capacidad como Gobernador de Puerto Rico en el caso que nos ocupa.

2. Solicitamos a este Tribunal nos acepte como representante legal y notifique toda orden que genere el caso a la dirección que surge bajo la firma.

**POR TODO LO CUAL** se solicita muy respetuosamente de este Honorable Tribunal declare **HA LUGAR** la presente Moción y acepte la representación legal antes indicada.

**RESPETUOSAMENTE SOMETIDA.**

**CERTIFICO:** Que este escrito ha sido presentado de manera electrónica a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC) el cual da aviso al mismo tiempo a todos los abogados de récord a sus respectivas direcciones electrónicas, lo cual constituye la notificación que debe

efectuarse entre abogados y abogadas, según disponen las Reglas de Procedimiento Civil.

En San Juan, Puerto Rico, a 11 de abril de 2017.

**LCDA. WANDA VÁZQUEZ GARCED**
Secretario de Justicia

**WANDYMAR BURGOS VARGAS**
Secretaria Auxiliar de lo Civil Interina

f/Liany Vega Nazario
**LIANY A. VEGA NAZARIO**
R.Ú.A.: 16826
Directora Interina
Secretaría Auxiliar de lo Civil
División de Recursos Extraordinarios y Política Pública
P.O. Box. 9020192
San Juan, P.R. 00902-0192
Tel. 787-721-2900 Ext. 2196
Fax: 787-721-3977
Correo Electrónico:
lvega@justicia.pr.gov

2