| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 10/abr/17 | 8 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 10 de abril de 2017 con relación a MOCIÓN ASUMIR REPRESENTACIÓN LEGAL presentada por RICARDO ROSSELLO NEVARES (LIANY A VEGA NAZARIO)[7]. ENTERADO Y CON LUGAR. |