Estado Libre Asociado de Puerto Rico
Tribunal de Primera Instancia
Centro Judicial de San Juan
Sala Superior

| | |
|---|---|
| ROSSANA LÓPEZ LEÓN<br>**Demandante**<br><br>Vs.<br><br>RICARDO ROSELLÓ NEVÁRES Y OTROS<br>**Demandado** | Civil Núm.: SJ2017CV00107 (904)<br><br>Sobre:<br><br>MANDAMUS |

## MINUTA

Comparece a la **Vista de Mandamus**, el **Lcdo. Ramón A. Torres Cruz** en representación de la parte demandante. Comparece en representación de la parte codemandada, *Gerardo Portela Franco*, el **Lcdo. Oreste Ramos Prutzel** junto al **Lcdo. Diego Murgia Díaz.**

Iniciados los procedimientos, el licenciado Torres Cruz indica que se radicaron dos mociones de desestimación, por la parte demandada y codemandada.

El tribunal hace constar que examinó las mociones de desestimación y procederá a escuchar la argumentación de la parte demandante en cuanto a las mismas.

A su vez, el licenciado Torres Cruz argumenta ampliamente su réplica a las mociones radicadas por las partes demandada y codemandadas. Expresa el derecho al acceso a documentos que considera como públicos.

Asimismo, la parte demandada y codemandada presentaron sus respectivas posiciones y alegaciones en cuanto a la desestimación, legitimación activa y falta de parte indispensable.

**Escuchada las argumentaciones, el tribunal le concede a la parte demandante el término de 5 días para radicar la correspondiente enmienda a la demanda, incluyendo a la parte indispensable. Además, someterá por escrito su réplica a la moción de desestimación radicada.**

**La parte demandada y codemandada procederán a radicar los escritos correspondientes, luego de la enmienda a la demanda.**

**Una vez radicados los escritos, el tribunal resolverá lo relacionado a la solicitud de desestimación.**

| | | | |
|---|---|---|---|
| **Nombre Juez** | : HON. ÁNGEL R. PAGÁN OCASIO | **Nombre Alguacil** : LUIS D. VÁZQUEZ BÁEZ |
| **OP FTR:** LIZ M. RIVERA DÍAZ | | **Certifico** | : GRISELDA RODRÍGUEZ COLLADO<br>**Secretaria Regional** |
| **SALA** | : 904 | **Por** | : WALESKA RIVERA SAAVEDRA<br>**Secretaria de Servicios a Sala** |
| **Fecha Transcripción :** 11 DE ABRIL DE 2017 | | | |
| OAT 838 (Rev. Abril/95)<br>Minuta Civil (Tribunal de Primera Instancia) | | **Fecha de la Vista** | : 10 DE ABRIL DE 2017 |