# JURAMENTO

YO, **ROSSANA LOPEZ LEON**, mayor de edad, soltera, Senadora por Acumulación y vecina de San Juan, Puerto Rico bajo el más solemne juramento declaro:

1. Que mi nombre y demás circunstancias personales son las antes expresadas.

2. Que he leído la Demanda de Mandamus que antecede y lo allí expuesto es cierto y me consta de propio y personal conocimiento.

3. Que dicha Petición de Mandamus ha sido redactada según mi solicitud expresa.

4. Que presto esta Declaración Jurada para todos los fines legales pertinentes.

**Y PARA QUE ASI CONSTE,** firmo la presente Declaración Jurada, en San Juan, Puerto Rico, a 17 de abril de 2017.

_____
SEN. ROSSANA LOPEZ LEON

**AFFIDAVIT NÚM:** 9,979-

Jurado y suscrito ante mí por **ROSSANA LOPEZ LEON**, de las circunstancias personales antes expresadas a quien doy fe de conocer personalmente. en San Juan, Puerto Rico, a 17 de abril de 2017.

_____
LCDO. JOSE RAMON CASTRO ACEVEDO
NOTARIO PUBLICO

