| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 19/abr/17 | 11 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 19 de abril de 2017 con relación a MOCIÓN DEMANDA ENMENDADA presentada por ROSSANA LOPEZ LEON (RAMON A TORRES CRUZ)[10]. ENTERADO. PARTE DEMANDADA PROCEDA SEGUN DISPUESTO EN VISTA.. |