ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| Hon. Rossana López León, en su carácter personal y como Senadora por Acumulación del Estado Libre Asociado de Puerto Rico.<br>Demandante<br><br>v.<br><br>Hon. Ricardo Rosselló Nevares, Gobernador del Estado Libre Asociado de Puerto Rico; Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico; Gerardo Pórtela Franco, Director Ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico; Hon. Wanda Vázquez Garced, Secretaria de Justicia del Estado Libre Asociado de Puerto Rico<br>Demandados | CIVIL NUM.: SJ2017CV00107<br><br>SOBRE:<br><br>SOLICITUD DE MANDAMUS |

**JURAMENTO**

Yo, JOSÉ RAUL RIVERA CABALLERO, mayor de edad, casado, Presidente de la Asociación Puertorriqueña de Profesores Universitarios y vecino de San Juan, Puerto Rico, bajo el más solemne juramento declaro:

1. Mi nombre y demás circunstancias personales son las arriba descritas.
2. He leído la Demanda de Intervención que antecede y lo allí expuesto es cierto y me consta de propio y personal conocimiento.
3. Dicha Demanda de Intervención ha sido redactada según mi solicitud expresa.

Presto esta declaración jurada a todos los fines legales pertinentes.

En San Juan, Puerto Rico, a 20 de abril de 2017.

_____
JOSÉ RAUL RIVERA CABALLERO

Affidávit Número 1712

Jurado y suscrito ante mí por JOSÉ RAUL RIVERA CABALLERO, de las circunstancias personales arriba expuestas y a quien doy fe de conocer personalmente o he identificado mediante 2276087

En San Juan, Puerto Rico, a 20 de abril de 2017.

_____
NOTARIO

Sello Asistencia legal A1 80488
# 8AH43-3006710-8050408

