ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| Hon. Rossana López León, en su carácter personal y como Senadora por Acumulación del Estado Libre Asociado de Puerto Rico.<br>    Demandante<br><br>        v.<br><br>Hon. Ricardo Rosselló Nevares, Gobernador del Estado Libre Asociado de Puerto Rico; Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico; Gerardo Pórtela Franco, Director Ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico; Hon. Wanda Vázquez Garced, Secretaria de Justicia del Estado Libre Asociado de Puerto Rico<br>    Demandados | CIVIL NUM.: SJ2017CV00107<br><br><br>SOBRE:<br><br>SOLICITUD DE MANDAMUS |

**SOLICITUD DE INTERVENCIÓN**

AL HONORABLE TRIBUNAL:

COMPARECE la ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS, INC. (APPU) representada por su abogado que suscribe y muy respetuosamente, EXPONE, ALEGA y SOLICITA:

1. El 30 de marzo de 2017 se presentó la demanda en este caso mediante el cual la parte demandante solicita la entrega de los siguientes documentos públicos: *"todos los documentos, estudios, informes, memorandos, cartas, análisis, estudios actuariales, informes de proyecciones de recortes e ingresos, gastos e inversiones y cualquier otro documento que fueran utilizados para la confección del Plan Fiscal para Puerto Rico."*

2. La APPU respetuosamente solicita por este medio ser parte interventora en el presente pleito, como parte demandante en estos procedimientos, conforme a la Regla 21 de Procedimiento Civil, por los fundamentos que se exponen a continuación.

1

3. La ASOCIACIÓN PUERTORRIQUEÑA PROFESORES UNIVERSITARIOS, INC. (APPU) es una organización bona-fide de empleados públicos, certificada por el Secretario del Trabajo y Recursos Humanos al amparo de la Ley Núm. 134 de 19 de junio de 1960 y está integrada por sobre mil (1,000) profesores universitarios que trabajan en los once (11) recintos del sistema universitario público de la Universidad de Puerto Rico (UPR).

4. Como organización bonafide de empleados públicos, la APPU agrupa docentes que, en el ejercicio de sus derechos constitucionales, se han organizado *"con fines de promover su progreso social y económico, el bienestar general de los empleados públicos, y fomentar y estimular una actitud liberal y progresista hacia la administración pública, y promover la eficiencia en los servicios públicos".* [1]

5. Como parte del Plan Fiscal sometido por el Gobierno de Puerto Rico a la Junta de Control Fiscal se contemplan reducciones al presupuesto de la Universidad de Puerto Rico por la suma de $450 millones para el año 2021.

6. Un recorte de tal magnitud tendría efectos nefastos sobre la Universidad de Puerto Rico en términos generales y sobre los docentes universitarios en términos particulares. Ya se han mencionado públicamente, entre otros efectos, el inminente cierre de programas académicos en la UPR que tendría el efecto de que una cantidad indeterminada de docentes universitarios pierdan su empleo.

7. Todos los documentos requeridos en la demanda principal en estos procedimientos constituyen documentos públicos y de alto interés público para la ciudadanía, y para los docentes universitarios en particular, son necesarios para evaluar la gestión y transparencia gubernamental y la correspondiente fiscalización de la misma. Específicamente estos documentos resultan indispensables para que la interventora pueda participar en el debate público así como en las vistas públicas que se celebren para evaluar el presupuesto general del Gobierno de Puerto Rico y de la Universidad de Puerto Rico en particular.

---

[1] 3 L.P.R.A. 702(a)

8. A los fines de cumplir con las disposiciones de la Regla 21 de Procedimiento Civil y lo expresado por nuestro Honorable Tribunal Supremo en el caso de Rivera Schatz v Estado Libre Asociado, 191 D.P.R. 470 (2014), se acompaña una **"Demanda de Intervención"** conjuntamente con la presente solicitud.

**POR TODO LO CUAL** se solicita muy respetuosamente de este Honorable Tribunal que tome conocimiento de lo anteriormente expuesto y declare **CON LUGAR** la presente solicitud de intervención, con cualquier otro señalamiento que proceda en derecho.

**RESPETUOSAMENTE SOMETIDO**

En San Juan, Puerto Rico, a 20 de abril de 2017.

**CERTIFICO** que este documento fue radicado en el día de hoy mediante el Sistema Unificado de Manejo y Administración de Casos (SUMAC). Según las *Directrices Administrativas para la Presentación y Notificación Electrónica de Documentos Mediante el Sistema Unificado de Manejo y Administración de Casos*, se presume que una notificación electrónica generada por el SUMAC fue remitida a la dirección de correo electrónico correspondiente de cada una de las partes en el pleito.

En San Juan, Puerto Rico a 20 de abril de 2017.

*s/ Carlos Quirós Méndez*
**LCDO. CARLOS QUIRÓS MÉNDEZ**
**Colegiado 8958 / RUA 7638**
P.O. Box 7445
San Juan, PR 00916
Tel. (787) 946-8069
E-mail: cquiros@igc.org
carlos.quiros.mendez@gmail.com