| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 21/abr/17 | 14 | MOCIÓN DEMANDA DE INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ) con relación a MOCIÓN DEMANDA ENMENDADA presentada por ROSSANA LOPEZ LEON (RAMON A TORRES CRUZ)[10] el 20 de abril de 2017, requiere el pago de derechos arancelarios. El mismo se entenderá como no presentado hasta que se paguen los aranceles correspondientes. |