| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 21/abr/17 | 16 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 21 de abril de 2017 con relación a MOCIÓN DEMANDA DE INTERVENCIÓN presentada por ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (CARLOS QUIRÓS MÉNDEZ)[12]. VEASE ORDEN.. |