**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| HON. ROSSANA LÓPEZ LEÓN, SENADORA POR ACUMULACIÓN DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, <br><br> Demandante <br><br> v. <br><br> HON. RICARDO ROSSELLÓ NEVARES, GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO; GERARDO PORTELA FRANCO, DIRECTOR EJECUTIVO DE LA AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO; HON. WANDA VÁZQUEZ GARCED, SECRETARIA DE JUSTICIA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO. <br><br> Demandados | CIVIL NÚM. SJ2017CV00107 (904) <br><br> SOBRE: <br><br> SOLICITUD DE MANDAMUS |

**MOCIÓN PARA UNIRSE A LA "OPOSICIÓN A SOLICITUD DE INTERVENCIÓN" PRESENTADA POR EL GOBIERNO DE PUERTO RICO**

**AL HONORABLE TRIBUNAL:**

**COMPARECE** el codemandado Gerardo Portela Franco (en adelante, "Sr. Portela Franco"), en su capacidad de Director Ejecutivo de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico (en adelante, la "AAFAF"), sin someterse a la jurisdicción de este Honorable Tribunal, y, por conducto de la representación legal que suscribe, respetuosamente expone, alega y solicita:

1. El 20 de abril de 2017 la Asociación Puertorriqueña de Profesores Universitarios (en adelante, la "APPU") presentó una "Solicitud de Intervención" y una "Demanda de Intervención" en el caso de epígrafe.

2. El 21 de abril de 2017 este Tribunal dictó y notificó una Orden para que la parte demandada expresara su posición a la Solicitud de Intervención de la APPU.

1

3. En el día de hoy el Gobierno de Puerto Rico, por sí y en representación del Gobernador de Puerto Rico, Hon. Ricardo Rosselló Nevares, en su carácter oficial, presentó una "Oposición a Solicitud de Intervención" (en adelante, la "Oposición").

4. Tras estudiar y coincidir con los argumentos esbozados en la Oposición presentada por el Gobierno de Puerto Rico, el Sr. Portela Franco se une a lo expresado en dicha moción. Sin renunciar a ninguna defensa o argumento relativo al recurso presentado por la APPU, el aquí compareciente informa a este Tribunal que la APPU tampoco le ha hecho algún requerimiento previo de los documentos, como exige el marco de derecho que rige los recursos de *mandamus*.

**POR TODO LO CUAL**, solicitamos respetuosamente a este Honorable Tribunal que: (i) tome conocimiento de que la parte aquí compareciente se une a lo expresado por el Gobierno de Puerto Rico en su "Oposición a Solicitud de Intervención" y (ii) dé por cumplida la Orden de 21 de abril de 2017.

**RESPETUOSAMENTE SOMETIDO**

En San Juan, Puerto Rico, a 27 de abril de 2017.

**CERTIFICO:** haber presentado esta moción electrónicamente a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), que a su vez enviará notificación de dicha presentación mediante correo electrónico a todos los abogados de récord.

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center, Piso 19
208 Ave. Ponce de León
San Juan, Puerto Rico 00918
Teléfono: (787) 274-1212
Facsímil: (787) 274-1470

F/ ORESTE R. RAMOS
RÚA NÚM. 12703
ORAMOS@PMALAW.COM

F/DIEGO MURGIA DÍAZ
RÚA NÚM. 16825
DMURGIA@PMALAW.COM

2

LOS FUNCIONARIOS DE LA AAFAF ESTÁN EXENTOS DEL PAGO DE DERECHOS, INCLUYENDO LOS PRESCRITOS PARA LA INSCRIPCIÓN DE DOCUMENTOS, SEGÚN DISPUESTO POR LAS LEYES NÚM. 2-2017, NÚM. 17 DEL 23 DE SEPTIEMBRE DE 1948, 7 L.P.R.A. 551, 553 (2006) Y NÚM. 25 DEL 10 DE JUNIO DE 1959, 30 L.P.R.A. 1770C (2005).