| Fecha | Número | Anotación al Expediente Judicial |
|---|---|---|
| 28/abr/17 | 19 | ORDEN emitida y firmada por el(la) juez(a) ANTHONY CUEVAS RAMOS el 28 de abril de 2017 con relación a MOCIÓN CUMPLIMIENTO DE ORDEN O RESOLUCIÓN presentada por GERARDO PORTELA FRANCO (DIEGO MURGIA DIAZ)[18]. ENTERADO. |