# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 - LTS |

## AMENDED[1] NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Pursuant to Local Rule 83(D)(a), the undersigned counsel, José A. Sosa-Lloréns, Richard A. Chesley (admitted *pro hac vice*) and Rachel Ehrlich Albanese (admitted *pro hac vice*), hereby notify this Honorable Court and the parties that they will be appearing in the above-captioned case as counsel for The University of Puerto Rico. The undersigned counsel respectfully request that copy of all motions, orders or any other documents and/or correspondence in this case be served on the undersigned counsel, as applicable, through the CM/ECF system.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the appearance of the undersigned counsel, and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned counsel through the CM/ECF System.

---

[1] This Notice of Appearance is amended only to add Richard A. Chesley (*admitted pro hac vice)* and Rachel Ehrlich Albanese (*admitted pro hac vice*) as counsel for The University of Puerto Rico. The original notice of appearance is filed at ECF. No. 9. The Court's order admitting Richard A. Chesley and Rachel Ehrlich Albanese *pro hac vice* can be found at ECF No. 103.

EAST\142731198.1

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 19th day of May, 2017.

| | |
|---|---|
| **DLA Piper (Puerto Rico) LLC** | **DLA Piper LLP (US)** |
| Edificio Ochoa, Suite 401 | 1251 Avenue of the Americas |
| 500 Calle de la Tanca | New York, New York 10020 |
| San Juan | Phone (212) 335-4500 |
| 00901-1969 | Fax (212) 335-4501 |
| Puerto Rico | |
| | **s/ Richard A. Chesley** |
| **s/ José A. Sosa-Lloréns** | Richard A. Chesley |
| José A. Sosa-Lloréns | *(admitted pro hac vice)* |
| USDC-PR No. 208602 | richard.chesley@dlapiper.com |
| jose.sosa@dlapiper.com | |
| | **s/ Rachel Ehrlich Albanese** |
| *Counsel to The University of Puerto Rico* | Rachel Ehrlich Albanese |
| | *(admitted pro hac vice)* |
| | rachel.albanese@dlapiper.com |
| | |
| | *Counsel to The University of Puerto Rico* |

EAST\142731198.1