## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-bk-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-bk-3284 (LTS) |

### NOTICE OF APPEARANCE

**NOW APPEARS** Service Employees International Union, a party-in-interest in the above-captioned cases, and hereby enters its appearance through the undersigned counsel pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act U.S.C. § 2170, and respectfully requests that all motions, pleadings, papers, and orders be given and served upon the following:

1

**MONSERRATE SIMONET & GIERBOLINI, LLC**

**Miguel Simonet-Sierra**
USDC # 210101
101 San Patricio Ave.
Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
Email: msimonet@msglawpr.com

**COHEN, WEISS AND SIMON LLP**

**Peter D. DeChiara**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0216
Fax: 646.473.8216
Email: pdechiara@cwsny.com

**Thomas N. Ciantra**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0228
Fax: 646.473.8228
Email: tciantra@cwsny.com

**Hiram M. Arnaud**
330 West 42nd Street
New York, NY 10036-6979
Tel: 212.356.0205
Fax: 646.473.8205
Email: Harnaud@cwsny.com

**RESPECTFULLY SUBMITTED**, this 19th day of May, 2017.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will provide notice thereof to all attorneys of record.

2

00844953.1

**MONSERRATE SIMONET &
GIERBOLINI LLC**

**/s Miguel Simonet-Sierra**
**MIGUEL SIMONET-SIERRA**
USDC # 210101
101 San Patricio Ave.
Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
Email: msimonet@msglawpr.com

**COHEN, WEISS AND SIMON LLP**

**Peter D. DeChiara (*pro hac vice* pending)**
**Thomas N. Ciantra (*pro hac vice* pending)**
**Hiram M. Arnaud (*pro hac vice* pending)**
330 West 42nd Street
New York, NY 10036-6979

*Attorneys for Service Employees International Union*

3