```
                            United States Bankruptcy Court
                                District of Puerto Rico
In re:                                                          Case No. 17-03283-LTS
COMMONWEALTH OF PUERTO RICO                                     Chapter 9
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: reyesw              Page 1 of 4                  Date Rcvd: May 17, 2017
                              Form ID: pdf003           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db             +COMMONWEALTH OF PUERTO RICO,    FINANCIAL OVERSIGHT & MANAGEMENT BOARD,
                 JACOB JAVITS FEDERAL BLDG,   26 FEDERAL PLAZA,    RM 2-128,    NEW YORK, NY 10278-0004
intp            ONDA VIRTUAL LLC,    451CALLE CANALS,    SAN JUAN, PR   00918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              AJ  BENNAZAR ZEQUEIRA    on behalf of Creditor    AD HOC RETIREE COMMITTEE ajb@bennazar.org
              ALEXANDRA  CASELLAS-CABRERA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION acasellas@amgprlaw.com
              ALEXANDRA  CASELLAS-CABRERA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION acasellas@amgprlaw.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico
               Fund alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund,
               Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Bond Fund I
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government
               Securities Fund, Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity
               Fund, Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target
               Maturity Fund, Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc.
                alavergne@lsplawpr.com,    alavergneramirez@gmail.com

```
District/off: 0104-3                  User: reyesw                   Page 2 of 4                   Date Rcvd: May 17, 2017
                                      Form ID: pdf003                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               alavergne@lsplawpr.com,   alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               alavergne@lsplawpr.com,   alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               alavergne@lsplawpr.com,   alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc.
               alavergne@lsplawpr.com,   alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               alavergne@lsplawpr.com,   alavergneramirez@gmail.com
              AMY  CATON,    on behalf of Creditor    MUTUAL FUND GROUP acaton@kramerlevin.com
              ANDREW M LEBLANC,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION aleblanc@milbank.com
              Andres L. Cordova    on behalf of Creditor    Levy Echeandia Trust., et al.
               andreslopecordova@gmail.com, acordova@juris.inter.edu
              Andres W Lopez    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
               AUTHORITY andres@awllaw.com
              Anibal Jose Nunez Gonzalez    on behalf of Creditor    Total Petroleum Puerto Rico Corp.
               anunez@smlawpr.com, nunez.anibal@gmail.com
              BRIAN D PFEIFFER,    on behalf of Creditor    Doral Financial Corporation brian.pfeiffer@srz.com
              DAMARIS  QUINONES VARGAS    on behalf of Creditor    IKON SOLUTIONS INC
               damarisqv@bufetequinones.com,   larisav@bufetequinones.com;lrios@bufetequinones.com
              DANIEL  MOLINA LOPEZ    on behalf of Creditor    CESAR CASTILLO INC dml@trdlaw.com,
               i.cartagena@trdlaw.com;noticesdml@yahoo.com
              DANIEL J PEREZ REFOJOS    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               daniel.perez@oneillborges.com,   sharday.rivera@oneillborges.com
              DAVID E BLABEY,    on behalf of Creditor    MUTUAL FUND GROUP dblabey@kramerlevin.com
              DENNIS F DUNNE,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION ddunne@milbank.com
              DIANA  PEREZ SEDA    on behalf of Interested Party    Assured Guaranty Corp. dperez@cabprlaw.com
              DIANA  PEREZ SEDA    on behalf of Plaintiff    ASSURED GUARANTY CORP dperez@cabprlaw.com
              DIANA  PEREZ SEDA    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               dperez@cabprlaw.com
              DIANA  PEREZ SEDA    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP dperez@cabprlaw.com
              DIPESH  PATEL,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) dpatel@saul.com
              DORA L MONSERRATE PENAGARICANO    on behalf of Creditor    Peaje Investment, LLC
               dmonserrate@msglawpr.com,   dmp@monserratelaw.com
              DOUGLAS  BUCKLEY    on behalf of Creditor    MUTUAL FUND GROUP dbuckley@kramerlevin.com,
               corporate-reorg-1449@ecf.pacerpro.com
              EHUD  BARAK,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO ebarak@proskauer.com
              ERIC  PEREZ OCHOA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               epo@amgprlaw.com,   docketclerk@amgprlaw.com;ycruz@amgprlaw.com
              ERIC  PEREZ OCHOA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               epo@amgprlaw.com,   docketclerk@amgprlaw.com;ycruz@amgprlaw.com
              GABRIEL A MORGAN,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               gabriel.morgan@weil.com
              GRANT R MAINLAND,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION gmainland@milbank.com
              GREGORY  SILBERT,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               gregory.silbert@weil.com
              HECTOR JUAN FIGUEROA VINCENTY    on behalf of Interested Party    ONDA VIRTUAL LLC
               quiebras@elbufetedelpueblo.com, G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP
               hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY CORP hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Interested Party    Assured Guaranty Corp.
               hburgos@cabprlaw.com
              HERMANN D BAUER ALVAREZ    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               herman@oneillborges.com,   rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com
              IVAN J LLADO    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               ivan.llado@mbcdlaw.com,   luz.carrero@mbcdlaw.com
              JANE P VANKIRK    on behalf of Creditor    MUTUAL FUND GROUP jvankirk@tcmrslaw.com,
               corporate-reorg-1449@ecf.pacerpro.com;gir@tcmrslaw.com
              JOHN EDWARD MUDD    on behalf of Creditor    CMA ARCHITECTS & ENGINEERS LLC jemudd@yahoo.com
              JONATHAN D POLKES,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               jonathan.polkes@weil.com
              JOSE A SOSA-LLORENS    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO jose.sosa@dlapiper.com
              JOSE A SOSA-LLORENS    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               jose.sosa@dlapiper.com
              JOSE J SANTOS    on behalf of Interested Party    THE BANK OF NEW YORK MELLON jsantos@smlawpr.com,
               santosmimoso@hotmail.com
              JOSE L BARRIOS RAMOS    on behalf of Creditor    WorldNet Telecommunications Inc
               barrios.jl@outlook.com,   jowydc@yahoo.com;jowy911@me.com
              JOSE R. RIVERA MORALES    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               rrivera@jgl.com
              JUAN C SALICHS POU    on behalf of Creditor    Doral Financial Corporation jsalichs@splawpr.com,
               jcslawfirm@onelinkpr.net
```

```
District/off: 0104-3          User: reyesw                Page 3 of 4            Date Rcvd: May 17, 2017
                              Form ID: pdf003             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JUAN MANUEL SUAREZ COBO    on behalf of Interested Party JUAN M SUAREZ-COBO
               pennyrose@legalpartnerspr.com,
               suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.co
               m;maribel@legalpartnerspr.com;casellas.lp@gmail.com;cgonzalez@legalpartnerspr.com;rfontanez@legal
               partnerspr.com
              JUDITH  RIVLIN,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) jrivlin@afscme.org
              Jose W Cartagena     on behalf of Creditor Jose A Rey jwc@jwcartagena.com,    jwcartagena@gmail.com
              Jose W Cartagena     on behalf of Creditor Jose W Cartagena jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Jose W Cartagena     on behalf of Interested Party Julie I Escudero jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Jose W Cartagena     on behalf of Interested Party Hilda O Cartagena jwc@jwcartagena.com,
               jwcartagena@gmail.com
              KELLY  DIBLASI,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               kelly.diblasi@weil.com
              LINETTE  FIGUEROA TORRES    on behalf of Creditor    MUTUAL FUND GROUP lft@tcmrslaw.com
              LOURDES ARLENE ARROYO PORTELA     on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,    docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LOURDES ARLENE ARROYO PORTELA     on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,    docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LUIS A OLIVER     on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               loliver@amgprlaw.com,    luiggioliver@gmail.com
              MAJA  ZERJAL,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO mzerjal@proskauer.com
              MANUEL  FERNANDEZ BARED    on behalf of Creditor    MUTUAL FUND GROUP mfb@tcmrslaw.com
              MANUEL A RODRIGUEZ BANCHS     on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND
               MUNICIPAL EMPLOYEES (AFSCME) manuel@rodriguezbanchs.com
              MARCIA  GOLDSTEIN,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               marcia.goldstein@weil.com
              MARIA E PICO     on behalf of Creditor    Financial Guaranty Insurance Company mpico@rexachpico.com
              MARTIN A SOSLAND,     on behalf of Creditor    Financial Guaranty Insurance Company
               martin.sosland@butlersnow.com,
               ecf.notices@butlersnow.com;velvet.johnson@butlersnow.com;dawn.skoog@butlersnow.com
              MARTIN J BIENENSTOCK,     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               mbienenstock@proskauer.com
              MATTHEW S BLUMIN,     on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) mblumin@afscme.org
              MOHAMMAD S YASSIN     on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY mohammad.yassin@aafaf.pr.gov,    yassin.mohammad@gmail.com
              MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
              PARKER J MILENDER,     on behalf of Creditor    Doral Financial Corporation parker.milender@srz.com
              PAUL V POSSINGER,     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO ppossinger@proskauer.com
              PHILIP  BENTLEY    on behalf of Creditor    MUTUAL FUND GROUP pbentley@kramerlevin.com
              PHILIP M ABELSON,     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO pabelson@proskauer.com
              RACHEL EHRLICH ALBANESE,     on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO rachel.albanese@dlapiper.com
              RAMON E DAPENA     on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               ramon.dapena@mbcdlaw.com,    maria.sanchez@mbcdlaw.com
              RICARDO F CASELLAS     on behalf of Interested Party    Assured Guaranty Corp. rcasellas@cabprlaw.com
              RICARDO F CASELLAS     on behalf of Interested Party    Assured Guaranty Municipal Corp.
               rcasellas@cabprlaw.com
              RICHARD A CHESLEY,     on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO richard.chesley@dlapiper.com
              ROBERTO  ABESADA AGUET     on behalf of Creditor    Davidson Kempner Capital Management LP
               ra@calopsc.com,    rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO  ABESADA AGUET     on behalf of Creditor    OZ Management II LP ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO  ABESADA AGUET     on behalf of Creditor    Canyon Capital Advisors, LLC ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO  ABESADA AGUET     on behalf of Creditor    River Canyon Fund Management, LLC ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO  ABESADA AGUET     on behalf of Creditor    OZ Management, LP ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO  CAMARA    on behalf of Creditor    AMBAC ASSURANCE CORPORATION rcamara@ferraiuoli.com,
               camara.robert@gmail.com;GMainland@milbank.com;rcamara@ecf.courtdrive.com
              ROSAMAR  GARCIA FONTAN    on behalf of Creditor    MANAGEMENT CONSULTANTS & COMPUTER SERVICES INC.
               rgarcia@fgrlaw.com,
               rgarcia@ecf.courtdrive.com;acordero@fgrlaw.com;lferran@fgrlaw.com;rcabrera@fgrlaw.com;cmoscoso@fg
               rlaw.com
              Robert D. Gordon     on behalf of Creditor    AD HOC RETIREE COMMITTEE rgordon@clarkhill.com,
               lbellguzzo@clarkhill.com
              SALVATORE A ROMANELLO,     on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               salvatore.romanello@weil.com
              SCOTT K RUTSKY,     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO srutsky@proskauer.com
              SERGIO  CRIADO    on behalf of Creditor    River Canyon Fund Management, LLC scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO  CRIADO    on behalf of Creditor    Davidson Kempner Capital Management LP
               scriado@calopsc.com,    scriado@yahoo.com

```
District/off: 0104-3          User: reyesw                Page 4 of 4              Date Rcvd: May 17, 2017
                              Form ID: pdf003             Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          SERGIO   CRIADO    on behalf of Creditor    Canyon Capital Advisors, LLC scriado@calopsc.com,
           scriado@yahoo.com
          SERGIO   CRIADO    on behalf of Creditor    OZ Management, LP scriado@calopsc.com,  scriado@yahoo.com
          SERGIO   CRIADO    on behalf of Creditor    OZ Management II LP scriado@calopsc.com,
           scriado@yahoo.com
          SHARON L LEVINE,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
           EMPLOYEES (AFSCME) slevine@saul.com
          SONIA   COLON COLON    on behalf of Creditor    AMBAC ASSURANCE CORPORATION scolon@ferraiuoli.com,
           edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com
          STEPHEN L RATNER,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO sratner@proskauer.com
          TAEJIN   KIM,    on behalf of Creditor    Doral Financial Corporation tae.kim@srz.com
          TEAGUE P PATERSON,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
           EMPLOYEES (AFSCME) tpaterson@afscme.org
          THOMAS MOERS MAYER,    on behalf of Creditor    MUTUAL FUND GROUP tmayer@kramerlevin.com
          TIMOTHY W. MUNGOVAN    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO tmungovan@proskauer.com
          UBALDO M FERNANDEZ BARRERA    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
           ubaldo.fernandez@oneillborges.com,    marta.koplik@oneillborges.com;docket_clerk@oneillborges.com
          VICTOR J QUINONES    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
           victor.quinones@mbcdlaw.com
          WILLIAM M VIDAL    on behalf of Creditor    CARDINAL HEALTH PR 120 INC william.m.vidal@gmail.com
                                                                                             TOTAL: 120
```

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | |
| as representative of | No. 17 BK 3283-LTS |
| | |
| THE COMMONWEALTH OF PUERTO RICO, | |
| | |
| Debtor. | |

-----------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | |
| as representative of | No. 17 BK 3284 |
| | |
| PUERTO RICO SALES TAX FINANCING | |
| CORPORATION ("COFINA"), | |
| | |
| Debtor. | |

------------------------------------------------------------x

ORDER

The Court has received and reviewed a motion by Onda Virtual LLC ("Onda") seeking reconsideration of that portion of the Court's May 10, 2017, order (docket entry no. 58 in case no. 17 BK 3283), which provided that telephonic and remote audio/video will not be available for the hearing that will be held on May 17, 2017. Onda seeks permission to broadcast the proceedings on radio and transmit visual signals to the general public. Such broadcasts and transmissions are prohibited under Section 410.10(a) of the policies of the Judicial Conference of the United States as well as the Local Rules of this Court (see Local Civil Rule 83F(b)). The

Motion for Reconsideration is, accordingly, denied. This Order resolves Docket Entry No. 161 in 17 BK 3283 and Docket Entry No. 74 in 17 BK 3284.

       SO ORDERED.

Dated: May 16, 2017
       San Juan, Puerto Rico

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge