UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) | Title III |
| | ) | Case No. 17 BK 3283 (LTS) |
|     as representative of | ) ) | Hon. Laura Taylor Swain |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) ) | |
|     Debtor. | ) | |

**INFORMATIVE MOTION REGARDING AGREED ENLARGEMENT OF TIME FOR THE SERVICE EMPLOYEES INTERNATIONAL UNION AND THE UNITED AUTO WORKERS INTERNATIONAL TO RESPOND TO: MOTION FOR ENTRY OF AN ORDER PURSUANT TO 48 U.S.C. § 2161 AND 11 U.S.C. § 1102 DIRECTING THE APPOINTMENT OF AN OFFICIAL RETIREE COMMITTEE AND APPOINTING THE PRE-PETITION AD HOC RETIREE COMMITTEE AS THE OFFICIAL RETIREE COMMITTEE**

**TO THE HONORABLE COURT:**

The Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee" or "Committee") [1] states and advises the Court as follows:

1. On May 5, 2017, the Ad Hoc Retiree Committee filed the Motion for Entry of an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Retiree Committee and Appointing the Pre-Petition Ad Hoc Retiree Committee as the Official Retiree Committee [Dkt. No. 8] (the "Motion to Appoint Official Retiree Committee"). The motion was served via the Court's CM/ECF system and by U.S. Mail upon the parties

---

[1] In Spanish, the Ad Hoc Retiree Committee is known as the "Movimiento Pro Pensionados".

215806470.4 56902/311830

identified on the Certificate of Service [Dkt. No. 48]. The docket entry for the Motion to Appoint Official Retiree Committee identifies May 19, 2017 as the response deadline.

2. On May 18, 2017, counsel to the Service Employees International Union ("SEIU") and the United Auto Workers International ("UAW") contacted counsel for the Ad Hoc Retiree Committee and requested an extension of time to file a response to the Motion to Appoint Official Retiree Committee.

3. On May 19, 2017, after a discussion between counsel for the Ad Hoc Retiree Committee and counsel for the SEIU and the UAW, the Ad Hoc Retiree Committee consented to enlarge the SEIU's and the UAW's time for responding to the Motion to Appoint Official Retiree Committee through and including 4:00 p.m. on Friday, May 26, 2017.

Dated: May 22, 2017

Respectfully submitted,

BENNAZAR, GARCIA & MILIAN, C.S.P.

/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191 | Fax: (787) 764-3101
ajb@bennazar.org

- and –

CLARK HILL PLC

/s/   Robert D. Gordon
Robert D. Gordon (admitted pro hac vice)
151 South Old Woodward Ave., Ste. 200
Birmingham, Michigan  48009
Telephone: (248) 988-5882 | Fax: (248) 988-2502
rgordon@clarkhill.com

*Co-Counsel to the Ad Hoc Retiree Committee*

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) | Title III |
| | ) | Case No. 17 BK 3283 (LTS) |
| as representative of | ) ) | Hon. Laura Taylor Swain |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Informative Motion Regarding Agreed Enlargement of Time for the Service Employees International Union and the United Auto Workers International to Respond to: Motion for Entry of an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Retiree Committee and Appointing the Pre-Petition Ad Hoc Retiree Committee as the Official Retiree Committee* was filed on the date hereof using the Court's CM/ECF system, which system will send notice to all counsel of record.

Dated: May 22, 2017

Respectfully submitted,

BENNAZAR, GARCIA & MILIAN, C.S.P.

/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191 | Fax: (787) 764-3101
ajb@bennazar.org

- and –

CLARK HILL PLC

/s/ Robert D. Gordon
Robert D. Gordon (admitted pro hac vice)
151 South Old Woodward Ave., Ste. 200
Birmingham, Michigan 48009
Telephone: (248) 988-5882 | Fax: (248) 988-2502
rgordon@clarkhill.com
*Co-Counsel to the Ad Hoc Retiree Committee*

215806470.4 56902/311830