IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 Bk 3284-LTS<br><br>PROMESA<br>Title III<br><br>No. 17 CV 1578-LTS |

**NOTICE OF APPEARANCE**

**NOW APPEARS** Trinity Services I, LLC ("Trinity") a creditor in the above captioned cases, and hereby enters its appearance through the undersigned counsel pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Eonomic Stability Act, 48 U.S.C § 2170, and respectfully requests that all motions, pleadings, papers and orders be given and served upon the following:

1

TRINITY SERVICES I, LLC

C/O MIGUEL A. NAZARIO, JR., ESQ.
USDC-PR NO. 214502
NAZARIO BRICEÑO LAW OFFICES, LLC
701 Ponce de León Ave.,
Suite 401, Centro de Seguros Bldg.
San Juan, PR 00907
Phone; 787-729-9453 X. 24
Fax: 787-723-4661
E-mai: **man@nblawpr.com**

**PLESE TAKE NOTICE**, that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsímile transmission, electronically or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim or suit shall waive anay Trinity's rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments and expressly reserved.

2

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 19, 2017.

                **NAZARIO-BRICEÑO LAW OFFICES, LLC**

           s/**MIGUEL A. NAZARIO, JR., ESQ.**
           **USDC-PR NO. 214502**
           701 Ponce de León Ave.,
           Suite 401, Centro de Seguros Bldg.
           San Juan, PR 00907
           Phone; 787-729-9453 X. 24
           Fax: 787-723-4661
           E-mail: **man@nblawpr.com**

**Attorney for Trinity Services I, LLC**