## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>              Debtor.<br><br>Tax I.D. No. 66-0433481 | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>              Debtor.<br><br>Tax I.D. No. 66-0698474 | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested) |

## MOTION OF DEBTOR ENTITIES FOR ORDER
## (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR
## DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY
## ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING
## PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity authorized to act on behalf of the Debtor entities pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully submits this motion (the "Motion"), pursuant to sections 105(a) and 366 of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these cases pursuant to section 301(a) of the *Puerto Rico*

*Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Utilities Order"), (a) prohibiting Utility Providers (as defined below) from altering, refusing, or discontinuing service, (b) deeming Utility Providers adequately assured of future performance, (c) establishing procedures for determining adequate assurance of payment, and (d) providing any further relief as is just and proper to effectuate the foregoing. In support of this Motion, the Debtor entities respectfully represent as follows:[2]

### Jurisdiction and Venue

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a).

2.      Venue is proper pursuant to PROMESA section 307(a).

3.      The statutory bases for the relief requested herein are Bankruptcy Code sections 105(a) and 366, made applicable to these title III cases by PROMESA section 301(a).

### Background

4.      On June 30, 2016, the Oversight Board was established under PROMESA section 101(b). On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this title is the representative of the debtor[s]" and "may take any action necessary on behalf of the debtor[s] to prosecute the case[s] of the debtor[s], including filing a petition under section 304 of [PROMESA] . . . or otherwise generally submitting filings in relation to the case[s] with the court."

---

[1]     PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2]     Additionally, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors representative pursuant to PROMESA section 315(b), has authorized AAFAF to file this Motion on behalf of the Debtors.

2

6.      On September 30, 2016, the Oversight Board designated the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation ("COFINA" and together with the Commonwealth, the "Debtors") as covered entities under PROMESA section 101(d).

7.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Commonwealth's Title III Case").

8.      On May 5, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for COFINA pursuant to PROMESA section 304(a), commencing a case under title III thereof ( "COFINA's Title III Case" and together with the Commonwealth's Title III Case, the "Title III Cases").

9.      On May 9, 2017, the Debtors filed a motion seeking the joint administration of the Title III Cases, for procedural purposes only, pursuant to PROMESA section 304(g) and rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these Title III Cases by PROMESA section 310 [D.I. 41].

10.     Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's title III petition.

### Utility Providers

11.     The Commonwealth is responsible for the procurement and payment of electricity, gas, water, sewer, waste, telephone and internet services, including mobile communications services, and other similar services (collectively, the "Utility Services") for approximately 118 different governmental agencies and instrumentalities. To satisfy these obligations, the Commonwealth, on

3

behalf of itself and its agencies and instrumentalities, contracts with hundreds of different utility companies (collectively, the "Utility Providers"), including those listed on **Schedule 1** attached to the Utilities Order (the "Utility Provider List"),[3] to provide Utility Services to the Commonwealth and its agencies and instrumentalities. The Commonwealth has a long and established payment history with most—if not all—of their Utility Providers.

### Relief Requested

12.    By this Motion, the Debtors request entry of an order:

a.    determining that the Debtors' Utility Providers have been provided with adequate assurance of payment within the meaning of Bankruptcy Code section 366;

b.    approving the Debtors' proposed offer of adequate assurance and procedures governing Utility Providers' requests for additional or different adequate assurance;

c.    prohibiting Utility Providers from altering, refusing, or discontinuing services on account of prepetition amounts outstanding or on account of any perceived inadequacy of the Debtors' proposed adequate assurance;

d.    establishing procedures for Utility Providers to opt out of the Debtors' proposed adequate assurance procedures; and

e.    determining the Debtors are not required to provide any additional adequate assurance beyond what is proposed by this Motion.

### Proposed Adequate Assurance

**A.    Proposed Adequate Assurance Procedures**

13.    In light of the severe consequences to the Debtors of any interruption in services by Utility Providers, but recognizing Utility Providers' right to evaluate the proposed adequate assurance

---

[3]    The Utility Provider List contains the names of all known Utility Providers that are currently providing, or have in the past provided, Utility Services to the Debtors. The inclusion of any entity on, as well as any omission of any entity from, the Utility Provider List is not an admission by the Debtors that such entity is, or is not, a utility within the meaning of Bankruptcy Code section 366, nor an admission by the Debtors that they have any payment obligation to a listed Utility Provider. The Debtors reserve all rights with respect thereto.

on a case-by-case basis, the Debtors propose the following procedures (the "Adequate Assurance

Procedures"):

    a.    As adequate assurance of future payment to Utility Providers, the Debtors will provide Utility Providers with an administrative expense priority claim for postpetition, unpaid Utility Services pursuant to Bankruptcy Code sections 503(b) and 507(a)(2), made applicable to these Title III Cases by PROMESA section 301(a) (the "Adequate Assurance Claim"). The Debtors note subsection (c)(1)(B) of Bankruptcy Code section 366, which states that administrative expense priority does not constitute adequate assurance, is expressly only applicable in a case under chapter 11 of the Bankruptcy Code, and thus inapplicable to these Title III Cases.

    b.    If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtors, the Utility Provider must serve a written request (the "Additional Assurance Request") upon the Debtors setting forth (i) the location(s) for which Utility Services are provided, (ii) the account number(s) for such location(s), (iii) the outstanding balance for each account, (iv) a summary of the Debtors' payment history on each account, (v) a summary of any security deposits provided by the Debtors to such Utility Provider, and (vi) an explanation of why the Adequate Assurance Claim is inadequate assurance of payment.

    c.    The Additional Assurance Request must be in writing, in English (or fully translated into English by a certified translator) and actually be filed with the Court and received by (i) counsel to AAFAF and (ii) counsel to the Oversight Board, so that it is received on or before twenty-one (21) calendar days after the date when the Court enters the Utilities Order (the "Request Deadline").

    d.    The Debtors may, in their sole discretion and without further order of this Court, resolve any Additional Assurance Request by mutual agreement with the Utility Provider, and in connection with any such agreement, may provide a Utility Provider with additional adequate assurance of future payment including, but not limited to, cash deposits, letters of credit, prepayments, and/or other forms of security.

    e.    If the Debtors determine an Additional Assurance Request is not reasonable and is not able to reach an alternative resolution with the Utility Provider, the Debtors propose that the Court determine the adequacy of the proposed adequate assurance for such Utility Provider at the next regularly scheduled omnibus hearing or as otherwise determined by this Court; provided, however, that the Debtors, with the consent of such Utility Provider, may continue the hearing date on any unresolved Additional Assurance Request, and provided, further, that the Debtors request any objecting Utility Provider be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors over any unpaid charges for prepetition Utility Services or any

perceived inadequacy of the proposed adequate assurance, pending final resolution of any Additional Assurance Request.

f.     A Utility Provider shall be deemed to have adequate assurance of payment unless and until (i) the Debtors, in their sole discretion, agree to an Additional Assurance Request or agree to an alternative assurance of payment with the Utility Provider, or (ii) the Court enters an order requiring additional adequate assurance of payment be provided.

g.     Any Utility Provider that fails to make a timely Additional Assurance Request by the Request Deadline shall be deemed to have received adequate assurance of payment satisfactory to such Utility Provider as required by Bankruptcy Code section 366, and will be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors on the basis of the commencement of these Title III Cases, on account of any unpaid invoice for services provide before the applicable petition date, or any perceived inadequacy of the proposed adequate assurance.

h.     At any time, the Debtors may terminate service from any of their Utility Providers, such termination being effective immediately upon the Debtors' notice to the Utility Provider. At such time, the Debtors shall no longer be required to make any more payments to such Utility Provider for any services provided after such termination, and to the extent such Utility Provider holds a deposit or excess funding, it shall be returned forthwith.

**B.     <u>Subsequent Modifications of Utility Provider List</u>**

14.     Although the Debtors made an extensive and good-faith effort to identify all of their Utility Providers, certain Utility Providers that currently provide Utility Services to the Debtors may not be listed on the Utility Provider List. To the extent the Debtors identify additional Utility Providers, the Debtors will promptly file amendments to the Utility Provider List, and shall serve copies of the Utilities Order on such newly-identified Utility Providers. Following the Debtors' filing and service of such amendment to the Utility Provider List (which shall include a copy of the Utilities Order), the Debtors propose the added Utility Providers identified thereon shall have twenty-one (21) calendar days therefrom to serve an Additional Assurance Request. Thereafter, the above-described procedures shall govern if and until any such resulting Additional Assurance Requests are timely made.

6

15.     The Debtors request the Utilities Order be binding on all Utility Providers, regardless of when such Utility Provider was added to the Utility Provider List.

**<u>Basis for Relief</u>**

16.     Bankruptcy Code section 366(a), made applicable to these Title III Cases by PROMESA section 301(a), prevents utility companies from discontinuing, altering, or refusing service to a debtor during the first twenty (20) days of a debtor's bankruptcy filing. *See* 11 U.S.C. § 366(a). Congress enacted Bankruptcy Code section 366 to protect debtors from utility service cutoffs upon a bankruptcy filing while, at the same time, providing utility companies with adequate assurance the debtors will pay for postpetition services. *See* H.R. REP. No. 95-595, at 350 (1978), reprinted in 1978 U.S.C.C.A.N. 5963, 6306; *Martinez v. Autoridad de Aqueductos y Alcantraillados (In re Martinez)*, 504 B.R. 722, 729 (Bankr. D.P.R. 2014) ("Seeking to strike a balance between the general right of a creditor to refuse to do business with a debtor post-petition, and the debtor's need for utility service, Congress enacted Section 366 as part of the Bankruptcy Code of 1978.").

17.     Bankruptcy Code section 366(b) permits a utility to discontinue utility service if the debtor fails to furnish "adequate assurance of payment, in the form of a deposit or other security" for postpetition services in the first twenty (20) days of a bankruptcy filing. 11 U.S.C. § 366(b).[4] Courts maintain the discretion to determine what type of adequate assurance of payment is necessary in a bankruptcy. *See Va. Elect. & Power Co. v. Caldor, Inc.*, 117 F.3d 646, 650 (2d Cir. 1997) ("Even

---

[4]     By its terms, Bankruptcy Code section 366(c) governs the provision of adequate assurance in chapter 11 cases and does not apply to these Title III Cases. *See In re Astle*, 338 B.R. 855, 859 (Bankr. D. Idaho 2006) ("This Court is thus persuaded by statutory structure and language to conclude that all of subsection (c) applies only in chapter 11 cases and, to the precise point at issue in the present case, the specification of acceptable forms of adequate assurance of payment found in § 366(c)(1)(A) applies only in chapter 11 cases.").

By the filing of this Motion within 20 days of the commencement of these Title III Cases, the Debtors have complied with Bankruptcy Code section 366(b) by furnishing Utility Providers with adequate assurance of payment by virtue of their commitment to continue paying for postpetition Utility Services and providing an administrative expense priority claim for any postpetition, unpaid Utility Services.

assuming that 'other security' should be interpreted narrowly, a bankruptcy court's authority to 'modify' the level of the 'deposit or other security' provided for under § 366(b) includes the power to require 'no deposit or other security' where none is necessary to provide a utility supplier with 'adequate assurance of payment.'").

18.    Courts have long recognized adequate assurance of performance does not constitute an absolute guarantee of a debtor's ability to pay. *See In re Caldor*, 199 B.R. 1, 3 (S.D.N.Y. 1996) (Bankruptcy Code section 366(b) "does not require an 'absolute guarantee of payment'"). Courts have also recognized, in determining the amount of adequate assurance, courts should focus "on the need of the utility for assurance, and to require that the debtor supply no more than that, since the debtor almost perforce has a conflicting need to conserve scarce financial resources." *Caldor*, 117 F.2d at 650; *see also In re Penn. Cent. Transp. Co.*, 467 F.2d 100, 103-04 (3d Cir. 1972) (affirming bankruptcy court's ruling that no utility deposits were necessary where such deposits would likely "jeopardize the continuing operating of the [debtor] merely to give further security to suppliers who are already reasonably protected"). Accordingly, demands by a utility for a guarantee of payment when it already has adequate assurance of payment in light of the Debtors' specific circumstances should be refused.

19.    Based upon the foregoing, the Debtors believe the proposed adequate assurance is sufficient adequate assurance of payment within the meaning of Bankruptcy Code section 366. As an initial matter, the Debtors anticipate they will have sufficient funds to pay operating costs, including the Utility Services. Second, the proposed Adequate Assurance Claim provides Utility Providers with certainty that their claims for postpetition services will treated and paid as administrative expenses. These factors—which the Court may (and should) consider when determining the amount of any adequate assurance payments—justify a finding that the proposed Adequate Assurance is more than sufficient to assure Utility Providers of future payment.

20.     If any Utility Provider disagrees with the Debtors' analysis, however, the procedures proposed in this Motion will enable the parties to negotiate and, if necessary, seek Court intervention without jeopardizing these Title III Cases, while still protecting a Utility Provider's rights under Bankruptcy Code section 366.

21.     Moreover, the Court has authority to approve the proposed Adequate Assurance Procedures pursuant to Bankruptcy Code section 105(a), which provides that the Court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

22.     The Adequate Assurance Procedures are reasonable and appropriate, and they ensure all parties will act in good faith when exercising their rights under Bankruptcy Code section 366. Accordingly, the Court should approve the proposed Adequate Assurance Procedures.

### Notice

23.     The Debtors have provided notice of this Motion to: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against each Debtor; (d) the Office of the United States Attorney for the District of Puerto Rico; (e) counsel to the Oversight Board; (f) the Puerto Rico Department of Justice; (g) the Other Interested Parties;[5] (h) the parties identified as Utility Providers on the Utility Providers List; and (i) all parties filing a notice of appearance in these Title III Cases. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

---

[5]     The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

**Reservation of Rights**

24.     The Debtors file this Motion without prejudice to or waiver of their rights pursuant to PROMESA section 305,[6] and do not by this Motion provide any consent otherwise required by PROMESA section 305.

**No Prior Request**

25.     No prior request for the relief sought in this Motion has been made to this or any other court.

*Remainder of Page Intentionally Left Blank*

---

[6]     PROMESA section 305 provides:

LIMITATION ON JURISDICTION AND POWERS OF COURT.
Subject to the limitations set forth in titles I and II of this Act, notwithstanding any power of the court, unless the Oversight Board consents or the plan so provides, the court may not, by any stay, order, or decree, in the case or otherwise, interfere with—
(1) any of the political or governmental powers of the debtor;
(2) any of the property or revenues of the debtor; or
(3) the use or enjoyment by the debtor of any income producing property.

WHEREFORE the Debtor entities respectfully request the Court to enter the Utilities Order, (a) prohibiting Utility Providers from altering, refusing, or discontinuing service, (b) deeming Utility Providers adequately assured of future performance, (c) establishing procedures for determining adequate assurance of payment, and (d) granting the Debtors such other relief as is just and proper.

Dated: May 22, 2017
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ John J. Rapisardi*

John J. Rapisardi
Suzzanne Uhland
Diana M. Perez
(Admission *Pro Hac Vice* pending)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel:   (212) 326-2000
Fax:  (212) 326-2061

-and-

Peter Friedman
(Admission *Pro Hac Vice* pending)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*

*/s/ Andrés W. López*
Andrés W. López
USDC No. 215311

**THE LAW OFFICES OF ANDRÉS W.
LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel:  (787) 294-9508
Fax:  (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*

## <u>Exhibit A</u>

**Proposed Utilities Order**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>            Debtor.<br><br>Tax I.D. No. 66-0433481 | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"),<br><br>            Debtor.<br><br>Tax I.D. No. 66-0698474 | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS)<br><br>(Joint Administration Requested)<br><br>**Re: Docket No. ___** |

## ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT

Upon the *Motion of Debtor Entities for an Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Motion");[1] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      Except in accordance with the procedures set forth below and absent further order of the Court, each Utility Provider, including Utility Providers that currently provide Utility Services but are not listed on the Utilities Provider List, is prohibited from (a) altering, refusing, or discontinuing service to or discriminating against the Debtors on the basis of the commencement of these Title III Cases or on account of any unpaid invoice for services provided before the applicable petition date and (b) requiring the payment of a deposit or other security in connection with Utility Providers' continued provision of Utility Services.

3.      The relief granted herein is for all Utility Providers providing Utility Services to the Debtors and is not limited to those parties listed on the Utility Provider List attached to the Motion.

4.     The Motion and this order shall be served, via first-class mail, on each Utility Provider included on the Utility Provider List and all other parties required to receive service.

5.     The Debtors are authorized and directed to provide each of their Utility Providers with an administrative expense priority claim for postpetition, unpaid Utility Services (the "Adequate Assurance Claim") as adequate assurance of payment to Utility Providers.

6.     If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtors, the Utility Provider must serve a written request (the "Additional Assurance Request") upon the Debtors setting forth (i) the location(s) for which Utility Services are provided, (ii) the account number(s) for such location(s), (iii) the outstanding balance for each account, (iv) a summary of the Debtors' payment history on each account, (v) a summary of any security deposits provided by the Debtors to such Utility Provider, and (vi) an explanation of why the Adequate Assurance Claim is inadequate assurance of payment.

7.     The Additional Assurance Request must be in writing, in English (or fully translated into English by a certified translator) and actually be filed with the Court and received by (i) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority and (ii) counsel to the Oversight Board, so that it is received on or before _____, 2017 at 5:00 p.m. (prevailing Atlantic Standard Time) (the "Request Deadline").

8.     In accordance with PROMESA section 305, the Debtors may, in their sole discretion and without further order of the Court, resolve any Additional Assurance Request by mutual agreement with the Utility Provider, and in connection with any such agreement, may provide a Utility Provider with additional adequate assurance of future payment including, but not limited to, cash deposits, letters of credit, prepayments, and/or other forms of security.

9.      If the Debtors determine an Additional Assurance Request is not reasonable and is not able to reach an alternative resolution with the Utility Provider, the Court shall determine the adequacy of the proposed adequate assurance at the next regularly scheduled omnibus hearing or as otherwise determined by this Court; provided, however, that the Debtors, with the consent of such Utility Provider, may continue the hearing date on any unresolved Additional Assurance Request, and provided, further that any objecting Utility Provider shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors over any unpaid charges for prepetition Utility Services or any perceived inadequacy of the proposed adequate assurance, pending final resolution of the Additional Assurance Request.

10.      A Utility Provider shall be deemed to have adequate assurance of payment unless and until (i) the Debtors, in their sole discretion, agree to an Additional Assurance Request or agree to an alternative assurance of payment with the Utility Provider or (ii) the Court enters an order requiring additional adequate assurance of payment be provided.

11.      Any Utility Provider that fails to make a timely Additional Assurance Request by the Request Deadline shall be deemed to have received adequate assurance of payment satisfactory to such Utility Provider as required by Bankruptcy Code section 366, and shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors on the basis of the commencement of these Title III Cases, on account of any unpaid invoice for services provided before the applicable petition date, or any perceived inadequacy of the proposed adequate assurance.

12.      At any time, the Debtors may terminate service from any of their Utility Providers, such termination being effective immediately upon the Debtors' notice to the Utility Provider. At such time, the Debtors shall no longer be required to make any more payments to

4

such Utility Provider for any services provided after such termination, and to extent such Utility Provider holds a deposit or excess funding, it shall be returned forthwith.

13.     To the extent the Debtors identify additional Utility Providers, the Debtors will file amendments to the Utility Provider List, and shall serve a copy of this order on such newly-identified Utility Providers. Following the Debtors' filing and service of such amendment to the Utility Provider List (which shall include a copy of this order), the added Utility Providers identified shall have twenty-one (21) calendar days therefrom to serve an Additional Assurance Request. Thereafter, the above-described procedures shall govern if and until any such resulting Additional Assurance Requests are timely made.

14.     In the event the Debtors default postpetition in respect of any of their obligations under this order to any Utility Provider, such Utility Provider may seek additional adequate assurances in this Court upon motion and appropriate notice to the Debtors and interested parties.

15.     Notwithstanding the relief granted herein or any actions taken pursuant thereto, nothing herein shall be deemed: (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; (e) a request or authorization to assume any agreement, contract, or lease pursuant to Bankruptcy Code section 365; (f) an admission or concession that each such entity is a "utility" within the meaning of Bankruptcy Code section 366; or (g) a waiver of the Debtors' rights under PROMESA, the Bankruptcy Code, or any other applicable law.

16.      Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

17.     The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

18.     This Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

Dated: _____, 2017
        San Juan, Puerto Rico                          _____
                                                        Honorable Laura Taylor Swain
                                                        United States District Judge

6

## <u>Schedule 1</u>

**Utility Provider List**

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| 4Net, Inc. | PO BOX 140614 | | ARECIBO | PR | 00614-0614 | Voice Over Internet Protocol (VOIP) |
| ABSOLUTE MOBILE, INC. | 4352 SE 95TH STREET | | OCALA | FL | 34480 | Servicio Comercial Radio Móvil (CMRS) |
| ACN Communication Services, LLC | 1000 PROGRESS PL | | CONCORD | NC | 28025-2449 | Voice Over Internet Protocol (VOIP) |
| ADVANCE WIRELESS COMMUNICATIONS, INC D/B/A AWC TELECOM | 403 CALLE DEL PARQUE | SUITE 6 | SAN JUAN | PR | 00912-3709 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| AERONET WIRELESS BROADBAND, CORP. | PO BOX 270013 | | SAN JUAN | PR | 00927 | Voice Over Internet Protocol (VOIP) |
| AHMED TECHNOLOGY CORP. | ESTANCIAS DE LA FUENTE L14 CALLE PRADERA | | TOA ALTA | PR | 00953 | Voice Over Internet Protocol (VOIP) |
| AIR VOICE WIRELESS, INC. | 2425 Franklin Road | | Bloomfield Hills | MI | 48302 | Servicio Comercial Radio Móvil (CMRS) |
| Allied Waste of Puerto Rico, Inc. | Calle A, Lote 5 Bo. Palmas | | Cataño | PR | 00962 | Waste |
| ALTANETWORKS, LLC | ALTS. DE COVADONGA 4B5 CALLE CAMPO AMOR | | TOA BAJA | PR | 00949-5430 | Voice Over Internet Protocol (VOIP) |
| American Broadband and Telecommunications Company | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| AMERIMEX COMMUNICATIONS CORP. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Andres Reyes Burgos, Inc. (ARB) | PO Box 1055 | | Cataño | PR | 00963 | Waste |
| AT& T OF PUERTO RICO, INC. | 996 CALLE SAN ROBERTO REPARTO LOYOLA | SUITE 503 | RÍO PIEDRAS | PR | 00926 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| AT&T MOBILITY PUERTO RICO, INC. | PO BOX 71514 | | SAN JUAN | PR | 00936-8614 | Servicio Comercial Radio Móvil (CMRS) |
| BBR IT SYNERGY, LLC | VILLAS DE SAN FRANCISCO PLAZA 89 AVE. DE DIEGO | SUITE 201 | SAN JUAN | PR | 00927 | Voice Over Internet Protocol (VOIP) |
| BLE GROUP INC. | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953 | Voice Over Internet Protocol (VOIP) |
| BLE GROUP INC. | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| BLUE JAY WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Blue Jay Wireless, LLC | PO Box 591057 | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Boomerang Wireless, LLC d/b/a EnTouch Wireless | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| BROADBAND TELECOMMUNICATIONS NETWORK, CORP. | 239 AVE. ARTERIAL HOSTOS | SUITE 900 CAPITAL CENTER BUILDING | SAN JUAN | PR | 00918-1400 | Voice Over Internet Protocol (VOIP) |
| Broadsmart Global, Inc. | PO Drawer 200 | | Winter Park | FL | 32790-0200 | Voice Over Internet Protocol (VOIP) |
| BUDGET PREPAY, INC. | MCS PLAZA, SUITE 715 255 AVE. PONCE DE LEÓN | | SAN JUAN | PR | 00917 | Servicio Comercial Radio Móvil (CMRS) |
| BUSINESS TECHNOLOGY PARTNERS | 273 CALLE HONDURAS COND. ROYAL 1004 | | SAN JUAN | PR | 00917 | Voice Over Internet Protocol (VOIP) |
| CA SOLUTIONS, INC. | PO BOX 787 | | FAJARDO | PR | 00738-0787 | Voice Over Internet Protocol (VOIP) |
| Call Catchers, Inc. d/b/a Freedom Voice Systems | 169 SAXONY RD STE 212 | | ENCINITAS | CA | 92024-6781 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Call Catchers, Inc. d/b/a FreedomVoice Systems | 169 SAXONY RD STE 212 | | ENCINITAS | CA | 92024-6781 | Voice Over Internet Protocol (VOIP) |
| Caribbean Network Solutions, Inc. | IF 41 Ave. Lomas Verdes Royal Palm | | Bayamón | PR | 00956 | Voice Over Internet Protocol (VOIP) |
| CENTURYLINK COMMUNICATIONS, LLC (QWEST) | 1801 CALIFORNIA STREET | 10TH FLOOR | DENVER | CO | 80202 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Clearnet | RR 8 Box 9672 | | Bayamón | PR | 00956 | Voice Over Internet Protocol (VOIP) |
| Cloud Call, inc. | 1595 PEACHTREE PKWY STE 204-337 | | CUMMING | GA | 30041-9584 | Voice Over Internet Protocol (VOIP) |
| COLLECTA CORPORATION | 89 DE DIEGO, SUITE 105 | PMB 719 | SAN JUAN | PR | 00927-6370 | Voice Over Internet Protocol (VOIP) |
| COLUMBUS NETWORKS PUERTO RICO, INC. | PO BOX 364225 | | SAN JUAN | PR | 00936-4225 | Voice Over Internet Protocol (VOIP) |

1

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| COLUMBUS NETWORKS PUERTO RICO, INC. | City View Plaza, Suite 515 #48 Carr. 165 | Km. 1.2 | SAN JUAN | PR | 00936-4225 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | PO BOX 195600 | | SAN JUAN | PR | 00919-5600 | Voice Over Internet Protocol (VOIP) |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | PO BOX 195600 | | SAN JUAN | PR | 00919-5600 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Consolidated Waste Services, Corp. | PO Box 1322 | | Gurabo | PR | 00778 | Waste |
| COQUITEL, LLC | PO BOX 496 | | OROCOVIS | PR | 00720 | Voice Over Internet Protocol (VOIP) |
| CORTELCO SYSTEMS PUERTO RICO, INC. | PO BOX 7076 | | CAGUAS | PR | 00726-5249 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| COSOTNET, INC | PO BOX 270200 | | RIO GRANDE | PR | 00745 | Voice Over Internet Protocol (VOIP) |
| CREXENDO BUSINESS SOLUTIONS, INC. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Voice Over Internet Protocol (VOIP) |
| CRITICAL HUB NETWORKS, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-1278 | Voice Over Internet Protocol (VOIP) |
| CRITICAL HUB NETWORKS, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-1278 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Crown Castle PR Solutions, LLC | 2000 Corporate Drive | | Canonsburg | PA | 15217 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Crown Castle PR Solutions, LLC | 2600 Maitland Center Parkway | Suite 300 | Canonsburg | PA | 15217 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | SUITE 100 PUERTA DE TIERRA | SAN JUAN | PR | 00901 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | | SAN JUAN | PR | 00901 | Voice Over Internet Protocol (VOIP) |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | SUITE 100 PUERTA DE TIERRA | SAN JUAN | PR | 00901 | Voice Over Internet Protocol (VOIP) |
| DATALINK SOLUTIONS | BOX 122 | | SALINAS | PR | 00751 | Voice Over Internet Protocol (VOIP) |
| DM WIRELESS | RR 02 BOX 6147 | | MANATÍ | PR | 00674 | Voice Over Internet Protocol (VOIP) |
| EC Waste | Road #3 Int. 923 KM 1.7 Bo. Buena Vista | | Humacao | PR | 00971 | Waste |
| Empire Gas Co, Inc. | PO Box 353651 | | San Juan | PR | 00936-3651 | Gas |
| FASTLINK COMMUNICATIONS, INC. | 32 BOULEVARD DE LA MEDIA LUNA APTO9204 | | CAROLINA | PR | 00987 | Voice Over Internet Protocol (VOIP) |
| Fiber Optic Systems, Corp. | METRO OFFICE PARK 7 CALLE 1 | SUITE 204 | GUAYNABO | PR | 00968-1718 | Voice Over Internet Protocol (VOIP) |
| FLASH WIRELESS, LLC | 1000 PROGRESS PLACE NE | | CONCORD | NC | 28025 | Servicio Comercial Radio Móvil (CMRS) |
| Freedom Networks, LLC | PO Box 1806 | | Vega Baja | PR | 00694-1806 | Voice Over Internet Protocol (VOIP) |
| FUSE TELECOM, LLCA | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953-5208 | Voice Over Internet Protocol (VOIP) |
| Gasrico Corporation | Ave Juan Rosado #113 | | Arecibo | PR | 00613-4816 | Gas |
| GC Company Corp. | PO Box 860 | | Guaynabo | PR | 00970-0860 | Sewer |
| GLOBAL CARIBBEAN FIBER-PUERTO RICO, LLC | 250 MUÑOZ RIVERA AVE | SUITE 800 | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| GLOBAL CONNECTION, INC. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| GLOBAL NET, CORP. | 400 CALLE CALAF PMB 312 | | SAN JUAN | PR | 00918 | Voice Over Internet Protocol (VOIP) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| GLOBAL TEL*LINK CORPORATION | HATO REY TOWER, SUITE 1400 268 AVE. MUÑOZ RIVERA | | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| GLOBALSTAR CARIBBEAN, LTD | 300 HOLIDAY SQUARE BLVD. | | COVINGTON | LA | 70433 | Servicio Comercial Radio Móvil (CMRS) |
| GLOBALSTAR CARIBBEAN, LTD | 300 HOLIDAY SQUARE BLVD. | | COVINGTON | LA | 70433 | Servicio Comercial Radio Móvil (CMRS) |
| Godaddy.com, Inc. | 1800 M ST NW STE 800N | | WASHINGTON | DC | 20036-5850 | Voice Over Internet Protocol (VOIP) |
| GoDaddy.com, LLC | 1800 M ST NW STE 800N | | WASHINGTON | DC | 20036-5850 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Granite Telecommunications, LLC | 100 Newport Avenue Extension | | Quincy | MA | 02171 | Voice Over Internet Protocol (VOIP) |
| Granite Telecommunications, LLC | 100 Newport Avenue Extension | | Quincy | MA | 02171 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| HMR Technology Solutions, Inc. | PO Box 192956 | | San Juan | PR | 00919-2956 | Voice Over Internet Protocol (VOIP) |
| HOTSPOTPR BROADBAND INTERNET, LLC | PO BOX 1785 | | BAYAMON | PR | 00960-1785 | Voice Over Internet Protocol (VOIP) |
| IBASIS RETAIL, INC. H/N/C IBASIS | PO BOX 195141 | | SAN JUAN | PR | 00919-5141 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| IComm Networks, LLC | PO Box 13922 | | San Juan | PR | 00908-3922 | Voice Over Internet Protocol (VOIP) |
| IDT PUERTO RICO, CO. | AMERICAN INTERNATIONAL PLAZA 250 MUÑOZ RIVERA AVE. | SUITE 800 | SAN JUAN | PR | 00918-1808 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Inmate Calling Solutions, LLC | 2200 DANBURY ST. | | SAN ANTONIO | TX | 78217-5911 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| INTELLICALL OPERATOR SERVICES, INC. | 3230 W. COMMERCIAL BLVD. | SUITE 360 | OAKLAND PARK | FL | 33309-3400 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| INTELLICALL OPERATOR SERVICES, INC. (ILD) | 5000 SAWGRASS VILLAGE CIRCLE | SUITE 2 | PONTE VEDRA BEACH | FL | 32082 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Interface Security Systems, LLC | 3773 Corporate Center Drive | | Earth City | MO | 63045 | Voice Over Internet Protocol (VOIP) |
| IP SOLUTIONS, INC. | PO BOX 361708 | | SAN JUAN | PR | 00936 | Voice Over Internet Protocol (VOIP) |
| IP SOLUTIONS, INC. | PO BOX 361708 | | SAN JUAN | PR | 00936 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| IT AUDITORS PR CORP. | HC-9 BOX 13076 | | AGUADILLA | PR | 00603 | Voice Over Internet Protocol (VOIP) |
| I-WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Jive Communications, Inc. | 1275 W 1600 N STE 100 | | OREM | UT | 84057-2428 | Voice Over Internet Protocol (VOIP) |
| Level 3 Latin American Solutions, LLC | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | LUQUILLO INDUSTRIAL PARK | ROAD 992 KM. 0.2 | LUQUILLO | PR | 00773 | Voice Over Internet Protocol (VOIP) |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | PO Box 192296 | | LUQUILLO | PR | 00773 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| LIVEWIRE, INC. | 1314 PONCE DE LEÓN AVE. | | SAN JUAN | PR | 00907-4004 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| LIVEWIRE, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-2371 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Lycamobile USA, Inc. | 24 Commerce St. | Ste 100 | Newark | NJ | 07102-4024 | Servicio Comercial Radio Móvil (CMRS) |
| M. S. Wifi Zone, Inc. | HC 2 Box 9632 | | Barranquitas | PR | 00794 | Voice Over Internet Protocol (VOIP) |

3

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| METROPOLITAN TELECOMMUNICATIONS OF PUERTO RICO, INC. | PBM 37, CALAF 400 | | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Moca Eco Park Corp. | BO. Algarrobo Carr. #2 | KM 42.1 | Vega Baja | PR | 00694 | Waste |
| NATURAL, G.C. INC. | PO BOX 21377 | | SAN JUAN | PR | 00928 | Voice Over Internet Protocol (VOIP) |
| NEPTUNO MEDIA INC. | PO BOX 191995 | | SAN JUAN | PR | 00919-1995 | Voice Over Internet Protocol (VOIP) |
| NEPTUNO MEDIA INC. D/B/A NEPTUNO NETWORKS | PO BOX 191995 | | SAN JUAN | PR | 00919-1995 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | 606 EAST MAGRILL STREET | | LONGVIEW | TX | 75601 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | PO DRAWER 200 | | WINTER PARK | FL | 32790-0200 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | 606 EAST MAGRILL STREET | | WINTER PARK | FL | 32790-0200 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NEUTRAL TANDEM-PUERTO RICO, LLC | 550 W ADAMS ST STE 900 | | CHICAGO | IL | 60661-3636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NEVESEM INC. | PMB-641, HC-01 | 29030 | CAGUAS | PR | 00725-8900 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Nevesem, Inc. | MSC 608. 138 Winston Churchill Ave. El Senorial Mail Station | | San Juan | PR | 00926 | Voice Over Internet Protocol (VOIP) |
| ONELINK COMMUNICATIONS | PO BOX 192296 | | SAN JUAN | PR | 00919-2296 | Voice Over Internet Protocol (VOIP) |
| ONTIME SOFT, INC. | PMB 204 PO BOX 6017 | | CAROLINA | PR | 00984-6017 | Voice Over Internet Protocol (VOIP) |
| OPTIVON TELECOMMUNICATIONS SERVICES, INC | PO BOX 11881 | | SAN JUAN | PR | 00922-1881 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| OPTIVON, INC | PO BOX 11881 | | SAN JUAN | PR | 00922-1881 | Voice Over Internet Protocol (VOIP) |
| ORIZON WIRELESS CORP | GPO BOX 363392 | | SAN JUAN | PR | 00936 | Voice Over Internet Protocol (VOIP) |
| Ortiz Technologies Corp. d/b/a NetCom Wireless | URB. RIO GRANDE ESTATES V64 CALLE 25 | | RIO GRANDE | PR | 00745-5108 | Voice Over Internet Protocol (VOIP) |
| OSNET WIRELESS CORPORATION | PO BOX 819 | | HUMACAO | PR | 00792-0819 | Voice Over Internet Protocol (VOIP) |
| OVOX, LLC | PO BOX 368179 | | SAN JUAN | PR | 00936-8179 | Voice Over Internet Protocol (VOIP) |
| PIX WIRELESS LLC | 1595 PEACHTREE PARKWAY | SUITE 204-337 | CUMMING | GA | 30041 | Servicio Comercial Radio Móvil (CMRS) |
| PIX WIRELESS LLC | 21346 SAINT ANDREWS BLVD. | SUITE 225 | CUMMING | GA | 30041 | Servicio Comercial Radio Móvil (CMRS) |
| PR WIRELESS, INC H/N/C OPEN MOBILE | PMB 856 PO BOX 7891 | | GUAYNABO | PR | 00970-7891 | Servicio Comercial Radio Móvil (CMRS) |
| PREPA NETWORKS, CORP. | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Pronatura | PO Box 3504 Amelia Contract Station | | Cataño | PR | 00963 | Waste |
| Puerto Rico Aqueducts and Sewer Authority | PO Box 7066 | | San Juan | PR | 00916-7066 | Waste |
| PUERTO RICO CABLE ACQUISITION COMPANY, INC H/N/C CHOICECABLE TV | BOX 204, MERCEDITA | | PONCE | PR | 00715-0204 | Voice Over Internet Protocol (VOIP) |
| Puerto Rico Electric Power Authority | PO Box 364267 | | San Juan | PR | 00936-4267 | Electricity |
| PUERTO RICO TELEPHONE COMPANY INC. | PO BOX 360998 | | SAN JUAN | PR | 00936-0998 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| PUERTO RICO TELEPHONE COMPANY, INC. H/N/C CLARO | PO BOX 360998 | | SAN JUAN | PR | 00936-0998 | Servicio Comercial Radio Móvil (CMRS) |
| Q LINK WIRELESS, LCC | 499 EAST SHERIDAN ST. | SUITE 300 | DANIA BEACH | FL | 33004 | Servicio Comercial Radio Móvil (CMRS) |

4

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| Q LINK WIRELESS, LCC | 1502 CALLE MARTÍN TRAVIESO | | DANIA BEACH | FL | 33004 | Servicio Comercial Radio Móvil (CMRS) |
| RED POCKET INC. | 2060D AVE. DE LOS ARBOLES | | THOUSAND OAKS | CA | 91362 | Servicio Comercial Radio Móvil (CMRS) |
| Republic Services | Calle A, Lote 5 Bo. Palmas | | Cataño | PR | 00962 | Waste |
| RM COMMUNICATIONS | PMB 685 267 CALLE SIERRA MORENA | | SAN JUAN | PR | 00926-5639 | Voice Over Internet Protocol (VOIP) |
| RURAL TELECOMM SERVICES, INC. | Cond. Miramar Plaza 954 Ave. Ponce De León | Apt. 16-B | San Juan | PR | 00907 | Voice Over Internet Protocol (VOIP) |
| SAFE ALARM SECURITY, CORP. | 36 CALLE HW SANTAELLA | | COAMO | PR | 00769-3124 | Voice Over Internet Protocol (VOIP) |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | PO BOX 367189 | | SAN JUAN | PR | 00936 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | PO BOX 367189 | | SAN JUAN | PR | 00936 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Smart Networks | PO Box 7678 | | Caguas | PR | 00726-7678 | Voice Over Internet Protocol (VOIP) |
| SMARTNET, Inc. | PO BOX 194000 PMB 222 | | SAN JUAN | PR | 00919-4000 | Voice Over Internet Protocol (VOIP) |
| SOLAVEI PUERTO RICO, LLC | BBVA Tower, Suite P1 254 Muñoz Rivera Ave. | | San Juan | PR | 00918 | Servicio Comercial Radio Móvil (CMRS) |
| Spectrotel, Inc. | 3535 STATE HIGHWAY 66 STE 7 | | NEPTUNE | NJ | 07753-2625 | Voice Over Internet Protocol (VOIP) |
| SPRINT COMMUNICATIONS COMPANY LP | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| SPRINTCOM, INC. D/B/A SPRINT PCS | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Servicio Comercial Radio Móvil (CMRS) |
| Stericycle | Julio N. Matos Street, Industrial Park | Lote 15 | Carolina | PR | 00988 | Waste |
| Stream Communicaitons, LLC | 6250 SHILOH RD STE 240 | | ALPHARETTA | GA | 30005-8400 | Servicio Comercial Radio Móvil (CMRS) |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PUERTO RICO DIVISION | PMB 195, 220 PLAZA WESTERN AUTO | SUITE 101 | TRUJILLO ALTO | PR | 00976-3607 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PUERTO RICO DIVISION | PO BOX 364225 | | TRUJILLO ALTO | PR | 00976-3607 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Synergy, LLC | PO Box 13459 | | San Juan | PR | 00908-3459 | Waste |
| TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Voice Over Internet Protocol (VOIP) |
| TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Voice Over Internet Protocol (VOIP) |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC. (TLD) | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| TELEFÓNICA USA, INC. D/B/A TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Servicio Comercial Radio Móvil (CMRS) |
| TELRITE CORPORATION H/N/C LIFE WIRELESS | AMERICAN AIRLINES BLDG. 1509 LOPEZ LANDRÓN | 10TH FLOOR | SAN JUAN | PR | 00911 | Servicio Comercial Radio Móvil (CMRS) |
| Telxius Cable Puerto Rico, Inc. | 1111 BRICKELL AVE STE 1800 | | MIAMI | FL | 33131-3125 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Telxius Cable Puerto Rico, Inc. | BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | MIAMI | FL | 33131-3125 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| The People's Operator USA, LLC | 6250 Shiloh Road | Ste 240 | Alpharetta | GA | 30005 | Servicio Comercial Radio Móvil (CMRS) |
| TI Wholesale Services PR, Inc. | PMB 118 La Cumbre 273 Sierra Morena | | San Juan | PR | 00926 | Voice Over Internet Protocol (VOIP) |
| T-MOBILE PUERTO RICO, LLC | B7 Tabonuco St. | Suite 700 | Guaynabo | PR | 00968-3349 | Servicio Comercial Radio Móvil (CMRS) |
| TOTAL CALL | 1411 W. 190 TH STREET | SUITE 650 | GARDENA | CA | 90248 | Servicio Comercial Radio Móvil (CMRS) |
| TRACFONE WIRELESS, INC. | PO BOX 10906 | | SAN JUAN | PR | 00922-0906 | Servicio Comercial Radio Móvil (CMRS) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| Tropigas of Puerto Rico | Urb. Industrial Luchetti Calle C | Lote 30 | Bayamon | PR | 00961 | Gas |
| UNONET, CORP. | 423 PARQUE MONTEREY II | | PONCE | PR | 00716 | Voice Over Internet Protocol (VOIP) |
| URBAN NETWORKS, INC. | URB. JARDINES DE GURABO 77 CALLE 4 | | GURABO | PR | 00778 | Voice Over Internet Protocol (VOIP) |
| UVNV, INC. | PO BOX 8526 | | SAN JUAN | PR | 00910-8526 | Servicio Comercial Radio Móvil (CMRS) |
| V. A. Waste-Las Piedras Corp. | PO Box 51085 | | Toa Baja | PR | 00950 | Waste |
| Verizon PR, LLC | PIETRANTONI MENDEZ & ALVAREZ BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| VIRGIN MOBILE USA, L.P. | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Servicio Comercial Radio Móvil (CMRS) |
| VIRGIN MOBILE USA, L.P. | 3065 AKERS MILL RD., SE, 7TH FLOOR MAILSTOP GAATLD0704 | | SAN JUAN | PR | 00908-6636 | Servicio Comercial Radio Móvil (CMRS) |
| World Connection PR, Inc. | 330 MIRADORES DEL YUNQUE | | RIO GRANDE | PR | 00745-8710 | Voice Over Internet Protocol (VOIP) |
| WORLDNET TELECOMMUNICATIONS, INC. | CENTRO INTERNACIONAL DE MERCADEO 90 CARRETERA 165 | SUITE 201 | GUAYNABO | PR | 00968-8059 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| WORLDNET TELECOMMUNICATIONS, INC. | PO BOX 16636 | | GUAYNABO | PR | 00968-8059 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Zonatel, LLC | 248 Calle San Jorge Cond. San Jorge  4B | | San Juan | PR | 00912-3311 | Voice Over Internet Protocol (VOIP) |