IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CIVIL NUM.: 17-bk-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Jorge P. Sala gives notice that:

1. He is admitted to practice in this Court.

2. He appears in this matter both *pro se* and on behalf of Nydia M. Morales, all of whom are holders of bonds issued by Debtor and, or, covered entities subject to oversight under the Puerto Rico Oversight, Management and Economic Stability Act.

Respectfully submitted this 23 of May, 2017.

_____
JORGE P. SALA COLON
USDC-PR-119106
8169 CALLE CONCORDIA
SUITE 102, COND. SAN VICENTE
PONCE, PR 00717-1556
TEL.: 787-844-8940
FAX: 787-844-8960
E-MAIL: jpsala_pr@yahoo.com
salalawyers@yahoo.com