# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Morning Session
Set: 9:30 AM
Started: 9:26 AM
Ended: 12:12 PM

Afternoon Session:
Set: 1:00 PM
Started: 1:04 PM
Ended: 2:03 PM

**MINUTES OF PROCEEDINGS**
**BEFORE HONORABLE LAURA TAYLOR SWAIN**   DATE May 17, 2017
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: Financial Oversight & Management Board<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico<br><br>*and*<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA")<br><br>Debtors | 3:17-BK-3283 (LTS)<br>3:17-BK-3284<br><br>(Joint Administration Requested) |
| The Bank of New York Mellon<br><br>Plaintiff<br><br>v.<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"), et al.<br><br>Defendants | 17-AP-133 (LTS) |

Case Nos. 17-BK-3283 (LTS)
    17-BK-3284
    17-AP-133 (LTS)                                                                May 17, 2017

**Motion Hearing held.**

As instructed by the Court, counsel designated as main speakers the following attorneys:

- Attorneys Scott Rutsky and Martin Bienenstock on behalf of the Debtor.
- Attorney Susheel Kirpalani on behalf of COFINA Senior Bondholders' Coalition.
- Attorney Monsita Lecaroz-Arribas on behalf of the U.S. Trustee.
- Attorney Thomas Moers Mayer on behalf of the "Mutual Fund Group".
- Attorney Daniel Molina-Lopez on behalf of Cesar Castillo, Inc.
- Attorney Dennis F. Dunne on behalf of Ambac Assurance Corporation.
- Attorney Jason Zakia on behalf of Puerto Rico Funds.
- Attorney Allan Brilliant on behalf of Peaje Investments LLC.
- Attorney Ellen Halstead on behalf of Assured Guaranty Corporation and Assured Guaranty Municipal Corp.
- Attorney Robert D. Gordon on behalf of the Ad Hoc Committee for the Protection of Accrued Retirement.
- Attorney John E. Mudd on behalf of CMA Architects & Engineers LLC.
- Attorneys Andrew N. Rosenberg and Mark Stancil on behalf of the Ad Hoc Group of General Obligation Bondholders.
- Attorney Martin A. Sosland on behalf of the Financial Guaranty Insurance Corp.
- Attorney Kurt F. Gwynne on behalf of The Bank of New York Mellon.
- Attorneys John J. Rapisardi and Suzzane Uhland on behalf of AAFAF.
- Attorney Marcia L. Goldstein on behalf of National Public Finance Guarantee Corporation.

Attorneys Bienenstock, Rapisardi and Lecaroz presented their status reports.

Case Nos. 17-BK-3283 (LTS)
17-BK-3284
17-AP-133 (LTS)                                                                                          May 17, 2017

**Pending Motions**

- **Docket entry 41**: MOTION of Debtors Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - Arguments and objections were heard on the record.
    - Christopher Schepper from Prime Clerk was also heard.
    - The objections were overruled and the motion was granted subject to modifications, as further stated on the record. Counsel for the Debtors was directed to settle an order on five days' notice.

- **Docket entry 42**: MOTION for Service by Publication Motion of Debtors Pursuant to PROMESA Section 315, Bankruptcy Code Sections 105(a) and 923, and Bankruptcy Rules 2002, 9007, and 9008 for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication Thereof, and Granting Related Relief as to The Financial Oversight and Management Board for Puerto Rico filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - Arguments were heard on the record.
    - The motion was granted subject to modifications, as further stated on the record. Counsel for the Debtors was directed to file a revised proposed order on five days' notice.

- **Docket entry 43:** MOTION requesting Order Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - Arguments and objections were heard on the record.

Case Nos. 17-BK-3283 (LTS)
      17-BK-3284
      17-AP-133 (LTS)          May 17, 2017

- o Parties are instructed to provide the Court with courtesy copies of all filed documents (1) by hard copy to Chambers in both New York and Puerto Rico and at swaindprcorresp@nysd.uscourts.gov.
  - ▪ All courtesy copies shall include the ECF filing header info.
- o All Motions requesting relief are to be filed along with a proposed order.
- o The objections were overruled, except as to the Stay Relief Motion provision, as further stated on the record. The motion as modified was granted. Counsel for the Debtors was directed to settle an order on five days' notice.

- **Docket entry 44**: MOTION requesting Order Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
  - o Arguments were heard on the record.
  - o The motion was granted subject to modifications, as further stated on the record. Counsel for the Debtors was directed to settle an order on five days' notice.

- **Docket entry 45**: MOTION requesting Order Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to Petition Dates filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
  - o Christopher Schepper of Prime Clerk was heard.
  - o Arguments were heard on the record.
  - o The motion was taken under advisement. Counsel for the Debtors was directed to file a revised proposed order on five days' notice.

Case Nos. 17-BK-3283 (LTS)
      17-BK-3284
      17-AP-133 (LTS)                              May 17, 2017

- **Docket entry 60:** MOTION requesting Order Pursuant To Bankruptcy Code Section 105(A) Confirming Authority Of Banks To Continue Honoring Instructions And Payment Instruments With Respect To The Debtors' Bank Accounts. *Filed on 05/10/2017 in 17-BK-3283 (LTS).*
  - Arguments were heard on the record.
  - The motion was taken under advisement. Counsel for the parties were directed to negotiate a consent order for submission to the Court.

- **Docket entry 167:** MOTION of AAFAF for Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Setting Final Hearing. *Filed on 05/16/2017 in 17-BK-3283 (LTS).*
  - Arguments and objections were heard on the record.
  - The motion was withdrawn with leave to re-file on regular notice.

- **Docket entry 4:** MOTION of the Bank of New York Mellon, as Trustee, for an Order to Show Cause. *Filed on 05/16/2017 in 17-AP-133 (LTS).*
  - Arguments and objections were heard on the record.
  - Counsel were directed to file a proposed briefing and hearing schedule.

Parties who filed requests to be heard at the hearing were heard on the record.

**Counsel for the Debtors was directed to file, by June 15, 2017, a status report discussing the status of settlement discussions and financial disclosure to creditors.**

                                                          s/Carmen Tacoronte
                                                          Carmen Tacoronte
                                                          Courtroom Deputy Clerk