UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Debtor.

-----------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS[1]

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

    Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3284

(Joint Administration Requested)

**NOTICE OF FILING OF CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation (together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section

---

[1] Pursuant to the *Notice of Transfer of Docket* [D.I. 62], for administration purposes only, the public docket in the above-captioned cases will be maintained on the Case Management/Electronic Case Files system of the United States Bankruptcy Court for the District of Puerto Rico. For the Commonwealth of Puerto Rico, Bankruptcy Case No. 17 BK 3283 has been opened and will correspond to the existing case no. 17 CV 1578, and for the Puerto Rico Sales Tax Financing Corporation, Bankruptcy Case No. 17 BK 3284 has been opened and will correspond to the existing case no. 17 CV 1599.

315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), are hereby filing with the Court the *Certificate of Service* sworn and subscribed by Christine Porter in her capacity as employee of Prime Clerk LLC, which is the proposed claims and noticing agent for the Debtors. Such *Certificate of Service* is related to service of the documents filed at Dockets No. 210.

Dated: May 25, 2017
      San Juan, Puerto Rico

Martin J. Bienenstock
Timothy W. Mungovan
Stephen L. Ratner
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

2