## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283 |
| as representative of |  |
| THE COMMONWEALTH OF PUERTO RICO, |  |
| Debtor. |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 *et seq.*, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Quinn Emanuel Urquhart & Sullivan, LLP and Reichard & Escalera hereby enter their appearance in the above-captioned Title III case (the "Title III Case") as co-counsel to an ad hoc coalition of holders of senior bonds issued by the Puerto Rico Sales Tax Financing Corporation (known by its Spanish acronym, "COFINA," and the coalition members, the "COFINA Senior Bondholders' Coalition").[1]

---

[1] The COFINA Senior Bondholders' Coalition is comprised of José F. Rodríguez Perelló and the following institutional holders of the COFINA senior bonds:  Aristeia Horizons, L.P.; Camino Cipres LLC; Camino Roble LLC; Canary SC Master Fund, L.P.; Canyon Capital Advisors LLC (on behalf of its participating clients); River Canyon Fund Management LLC (on behalf of its participating clients); Crescent 1, L.P.; CRS Master Fund, L.P.; Cyrus Opportunities

**PLEASE TAKE FURTHER NOTICE** that the COFINA Senior Bondholders' Coalition,

as parties in interest hereto, requests that all notices and papers filed or entered in the Title III Case

and all papers served or required to be served in the Title III Case be given to and served upon it

through the undersigned counsel identified below at the following addresses and further requests

to be added to any master service list, or any other similar notice list applicable to the Title III

Case:

Susheel Kirpalani
Eric Winston
Daniel Salinas
David Cooper
Eric Kay
Kate Scherling
Brant Duncan Kuehn
**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
davidcooper@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
brantkuehn@quinnemanuel.com

Rafael Escalera
Sylvia M. Arizmendi
Fernando Van Derdys
Carlos R. Rivera-Ortiz
Gustavo A. Pabón Rico
**REICHARD & ESCALERA**
255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913
Telephone: (787) 777-8888
Facsimile: (787) 765-4225
Email: escalera@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com
pabong@reichardescalera.com

---

Master Fund II, Ltd.; Cyrus Select Opportunities Master Fund, Ltd.; Cyrus Special Strategies
Master Fund, L.P.; Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon
Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.; Decagon
Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon
Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; Merced Partners Limited Partnership; Merced
Partners IV, L.P.; Merced Partners V, L.P.; SB Special Situation Master Fund SPC, Segregated
Portfolio D; Scoggin International Fund Ltd.; Scoggin Worldwide Fund Ltd.; Taconic Master
Fund 1.5 L.P.; Taconic Opportunity Master Fund L.P.; Tilden Park Investment Master Fund LP;
Värde Credit Partners Master, L.P.; Värde Investment Partners, L.P.; Värde Investment Partners
(Offshore) Master, L.P.; and The Värde Skyway Master Fund, L.P.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in PROMESA, the Bankruptcy Code, and the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned Title III Case and any proceedings therein, all of which are to be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of the COFINA Senior Bondholders' Coalition (or any of its members):  (i) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or proceeding related to the Trial III Case; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the COFINA Senior Bondholders' Coalition (or any of its members) is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 25th, 2017.

REICHARD & ESCALERA

By : _____

    */s/ Rafael Escalera*
    **Rafael Escalera**
        USDC No. 122609
        escalera@reichardescalera.com

    */s/ Sylvia M. Arizmendi*
    **Sylvia M. Arizmendi**
        USDC-PR 210714
        arizmendis@reichardescalera.com

    */s/ Fernando Van Derdys*
    **Fernando Van Derdys**
        USDC-PR 201913
        fvander@reichardescalera.com

    */s/ Carlos R. Rivera-Ortiz*
    **Carlos R. Rivera-Ortiz**
        USDC-PR 303409
        riverac@reichardescalera.com

    */s/ Gustavo A. Pabón-Rico*
    **Gustavo A. Pabón Rico**
        USDC-PR 231207
        pabong@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

**Susheel Kirpalani** (*pro hac vice forthcoming*)
    susheelkirpalani@quinnemanuel.com

**Eric Winston** (*pro hac vice forthcoming*)
    ericwinston@quinnemanuel.com

**Daniel Salinas**
    USDC-PR 224006
    danielsalinas@quinnemanuel.com

**David Cooper** (*pro hac vice forthcoming*)
    davidcooper@quinnemanuel.com

**Eric Kay** (*pro hac vice forthcoming*)
    erickay@quinnemanuel.com

**Kate Scherling** (*pro hac vice forthcoming*)
    katescherling@quinnemanuel.com

**Brant Duncan Kuehn** (*pro hac vice forthcoming*)
    brantkuehn@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Co-Counsel for the COFINA Senior Bondholders' Coalition

4