IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF CHRISTOPHER R. MADDUX**

COMES NOW Christopher R. Maddux, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> 1020 Highland Colony Parkway, Suite 1400
> Ridgeland, MS 39157
> Chris.Maddux@butlersnow.com
> Telephone: 601-985-4502
> Facsimile: 601-985-4500

2. Applicant will sign all pleadings with the name of Christopher R. Maddux.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since April 23, 2002, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Mississippi, where Applicant regularly practices law. Applicant's Mississippi bar license number is 100501.

5. Application has been admitted to practice before the following Courts:

| Court | Admission Date |
|---|---|
| U. S. Court of Appeals, 5th Circuit | 4/23/02 |
| U. S. District Court, Southern District of MS | 4/23/02 |
| U. S. District Court, Northern District of MS | 4/23/02 |
| U. S. District Court, Middle District of TN | 10/24/05 |
| U. S. Bankruptcy Court, Southern District of MS | 4/23/02 |
| U. S. Bankruptcy Court, Northern District of MS | 4/23/02 |
| Mississippi Courts | 4/23/02 |
| Tennessee Courts | 1999 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for *pro hac* vice admission in the United States District Court for the District of Puerto Rico, in the following matter:

Date of Application:   Case Number and Style:

January 25, 2016   Case No. 16-1095 – Financial Guaranty Insurance Company v. Garcia-Padilla, et al

10. Local counsel of record associated with applicant in this matter is:

> María Emilia Picó – USDC-PR 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> Miramar
> San Juan, Puerto Rico 00907
> Telephone: 787-723-8520
> Facsimile: 787-724-7844
> Email: mpico@rexachpico.com

11. Applicant has read the local rules of this court and will comply with same.

2

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District."

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

This, the __ day of May, 2017.

Respectfully submitted,

_____
Christopher R. Maddux (MS Bar #100501)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Chris.Maddux@butlersnow.com
Telephone: 601-985-4502
Facsimile: 601-985-4500

*Attorney for Financial Guaranty Insurance Company*

3

I HEREBY CERTIFY: That on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to upon each attorney of record and the original upon the Clerk of Court.

Dated: May 25, 2017.

        Respectfully submitted,

        *s/Maria Emilia Picó*
        María E. Picó – USDC-PR 123214
        Rexach & Picó, CSP
        Ave Fernández Juncos 802
        Miramar, San Juan, Puerto Rico 00907
        mpico@rexachpico.com
        Telephone: 787-723-8520
        Facsimile: 787-724-7844

        *Attorney for Financial Guaranty Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF CHRISTOPHER R. MADDUX

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_  the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_  the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this the \_\_\_ day of _____, 2017.

_____
U.S. District Judge

36557419v1

5