IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

MOTION FOR ADMISSION
*PRO HAC VICE* OF J. MITCHELL CARRINGTON

COMES NOW J. Mitchell Carrington, applicant herein (the "*Applicant*") and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> 1020 Highland Colony Parkway, Suite 1400
> Ridgeland, MS  39157
> Mitch.Carrington@butlersnow.com
> Telephone:  601-985-4403
> Facsimile:  601-985-4500

2. Applicant will sign all pleadings with the name of J. Mitchell Carrington.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since September 25, 2012, applicant has been and presently is a member in good standing of the bar of the United States District Court for the Southern District of Mississippi, where Applicant regularly practices law.  Applicant's Mississippi bar license number is 104228.

5. Applicant has been admitted to practice before the following United States Courts:

| Court | Admission Date |
|---|---|
| U. S. Court of Appeals, 5th Circuit | 9/25/12 |
| U. S. District Court, Southern District of MS | 9/25/12 |
| U. S. District Court, Northern District of MS | 9/25/12 |
| U. S. Bankruptcy Court, Southern District of MS | 9/25/12 |
| U. S. Bankruptcy Court, Northern District of MS | 9/25/12 |
| Mississippi Courts | 9/25/12 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico. in the following matter:

| Date of Application: | Case Number and Style: |
|---|---|
| January 25, 2016 | Case No. 16-1095 – Financial Guaranty Insurance Company v. Garcia-Padilla, et al |

10. Local counsel of record associated with applicant in this matter is:

> María Emilia Picó – USDC-PR 123214
> Rexach & Picó, CSP
> 802 Ave. Fernández Juncos
> San Juan PR 00907-4315
> Telephone: (787) 723-8520
> Facsimile: (787) 724-7844
> E-mail: mpico@rexachpico.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District."

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

This, the 25th day of May, 2017.

    Respectfully submitted,

    _____
    J. Mitchell Carrington (MS Bar #104228)
    BUTLER SNOW LLP
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 39157
    Mitch.Carrington@butlersnow.com
    Telephone: 601-985-4403
    Facsimile: 601-985-4500

    *Attorney for Financial Guaranty Insurance Company*

.

Dated: May 26, 2017.

                                        Respectfully submitted,

                                        *s/Maria Emilia Picó*
                                        María E. Picó – USDC-PR 123214
                                        Rexach & Picó, CSP
                                        Ave Fernández Juncos 802
                                        Miramar, San Juan, Puerto Rico 00907
                                        mpico@rexachpico.com
                                        Telephone: 787-723-8520
                                        Facsimile: 787-724-7844

                                        *Attorney for Financial Guaranty Insurance Company*

        I HEREBY CERTIFY: That on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to upon each attorney of record and the original upon the Clerk of Court.

                                        *s/Maria Emilia Picó*
                                        María E. Picó

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

**MOTION FOR ADMISSION
*PRO HAC VICE* OF J. MITCHELL CARRINGTON**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this the \_\_\_ day of _____, 2017.

_____
U.S. District Judge

36556519v1