# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF KATE SCHERLING

Comes now, Kate Scherling, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, with offices at:

> 51 Madison Avenue, 22nd floor
> New York, New York 10010
> katescherling@quinnemanuel.com
> Telephone: (212) 849-7178
> Facsimile: (212) 849-7100

2. Applicant will sign all pleadings with the name Kate Scherling.

3. Applicant's firm has been retained by José F. Rodríguez Perelló and the following institutional holders of the COFINA senior bonds: Aristeia Horizons, L.P.; Camino Cipres LLC; Camino Roble LLC; Canary SC Master Fund, L.P.; Canyon Capital Advisors LLC (on behalf of its participating clients); River Canyon Fund Management LLC (on behalf of its participating clients); Crescent 1, L.P.; CRS Master Fund, L.P.; Cyrus Opportunities Master Fund II, Ltd.; Cyrus Select Opportunities Master Fund, Ltd.; Cyrus Special Strategies Master Fund, L.P.; Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3,

L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.; Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; Merced Partners Limited Partnership; Merced Partners IV, L.P.; Merced Partners V, L.P.; SB Special Situation Master Fund SPC, Segregated Portfolio D; Scoggin International Fund Ltd.; Scoggin Worldwide Fund Ltd.; Taconic Master Fund 1.5 L.P.; Taconic Opportunity Master Fund L.P.; Tilden Park Investment Master Fund LP; Värde Credit Partners Master, L.P.; Värde Investment Partners, L.P.; Värde Investment Partners (Offshore) Master, L.P.; and The Värde Skyway Master Fund, L.P (collectively, the "COFINA Senior Bondholders' Coalition"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since April 12, 2010, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York where applicant regularly practices law. Applicant's bar license number is 4825410.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| New York Appellate Division First Department | April 12, 2010 |
| U.S. District Court, Southern District of New York | November 9, 2010 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

No. 17 BK 3283

9. During the past three years, applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the following matter:

| Date of Application | Case Number and Style |
|---|---|
| May 15, 2017 | *In re: The Financial Oversight and Management Board for Puerto Rico, as representative of Puerto Rico Sales Tax Financing Corporation ("COFINA"),* No. 17-bk-03284-LTS |
| May 26, 2017 | *The Bank Of New York Mellon, as Trustee, v. Puerto Rico Sales Tax Financing Corporation ("COFINA"); Whitebox Multi-Strategy Partners, L.P.; Whitebox Asymmetric Partners, L.P.; Whitebox Institutional Partners, L.P.; Pandora Select Partners, L.P.; Ambac Assurance Corporation; Franklin Advisers, Inc., and Cede & Co., as nominee for The Depository Trust Company,* No. 17-00133-LTS |

10. Local counsel of record associated with applicant in this matter is:

Rafael Escalera-Rodríguez
USDC-PR No. 122609
Sylvia M. Arizmendi.
USDC-PR No. 210714
Carlos R. Rivera Ortiz
USDC-PR No. 303409
Gustavo A. Pabón Rico
USDC-PR No. 231207
REICHARD & ESCALERA
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

No. 17 BK 3283

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee will be made through the Clerk of the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 26th day of May, 2017.

Kate Scherling
51 Madison Avenue, 22nd floor
New York, New York 10010
katescherling@quinnemanuel.com
Telephone: (212) 849-7178
Facsimile: (212) 849-7100

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Rafael Escalera-Rodríguez
USDC No. 122609

Sylvia M. Arizmendi
USDC No. 210714

Carlos R. Rivera Ortiz
USDC No. 303409

No. 17 BK 3283

*/s/ Gustavo Pabón*

Gustavo A. Pabón Rico
USDC No. 231207

**REICHARD & ESCALERA**
Bank Trust Plaza, Tenth Floor
P.O. Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 *pro hac vice* admission fee through the Clerk of the Court.

                              */s/Carlos R. Rivera-Ortiz*
                              Carlos R. Rivera Ortiz