UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-----------------------------------------------------------x

### Order

      The Court has received and reviewed a motion for relief from the stay of litigation in the above-captioned proceeding filed by Lourdes Perdigón Acevedo ("Movant"). (Docket entry no. 229.) Opposition papers to the motion must be filed by **June 9, 2017**. Movant's reply papers must be filed by **June 16, 2017**. The Court will thereafter take the motion on submission.

      SO ORDERED.

Dated: May 26, 2017

                                                       /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge