**Presentment Date:**   May 31, 2017
**Objection Date**:   May 29, 2017 at 5:00 p.m. (AST).

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

　　　　　as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

　　　　　　　　　Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF PRESENTMENT OF
### ORDER (A) FIXING DATES TO FILE CREDITOR MATRIX AND LIST OF
### CREDITORS AND (B) WAIVING LOCAL BANKRUPTCY RULE 1007-1 TO
### THE EXTENT SUCH RULE IS APPLICABLE TO THESE TITLE III CASES

**PLEASE TAKE NOTICE** that upon the *Motion of Debtors for Entry of Order*

*(A) Fixing the Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local*

*Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases*

[Docket No. 44] (the "Motion");[2] the Debtors, by and through the Financial Oversight

and Management Board for Puerto Rico, as the Debtors' representative pursuant to

section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act

("PROMESA"),[3] will present the proposed order, attached as **Exhibit A** (the "Amended

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy
case number and the last four (4) digits of each Debtor's federal tax identification
number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No.
17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284)
(Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in
the Motion.

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Proposed Order"), to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, Courtroom 3 of the United States District Court for the District of Puerto Rico, U.S. Courthouse, 150 Chardón Avenue, San Juan, P.R. 00918-7095 for signature on **May 31, 2017**.

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the Amended Proposed Order against the previous proposed order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Amended Proposed Order ("Objection") is filed with the Court no later than 5:00 p.m. (AST) on May 29, 2017, no hearing will be held and the Amended Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Amended Proposed Order, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: May 26, 2017
San Juan, Puerto Rico

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Maja Zerjal (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

<u>/s/ Hermann D. Bauer</u>
Hermann D. Bauer
USDC No. 215205

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

## **Exhibit A**

Proposed Order

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

### ORDER (A) FIXING DATES TO FILE CREDITOR MATRIX AND LIST OF CREDITORS AND (B) WAIVING LOCAL BANKRUPTCY RULE 1007-1 TO THE EXTENT SUCH RULE IS APPLICABLE TO THESE TITLE III CASES

Upon the *Motion of Debtors for Entry of Order (A) Fixing the Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

"Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      On or before June 30, 2017, the Debtors shall file the Creditor Matrix pursuant to Bankruptcy Rule 1007(a), made applicable to these Title III Cases by PROMESA section 310. Upon the filing of the Creditor Matrix, the Debtors shall be deemed to have satisfied any applicable requirements under Bankruptcy Rule 1007(a).

3.      On or before August 30, 2017, the Debtors shall file the Creditor List pursuant to Bankruptcy Code section 924, made applicable to these Title III Cases by PROMESA section 301(a).  Upon the filing of the Creditor List, the Debtors shall be deemed to have satisfied all requirements under Bankruptcy Code section 924.

4.      The relief granted herein is without prejudice to the Debtors' right to seek further extensions of time to file the Creditor Matrix and Creditor List, to file a motion to modify the contents of the Creditor Matrix and Creditor List, or to amend the Creditor Matrix and Creditor List during these Title III Cases.

5.      The filing and noticing requirements of Local Bankruptcy Rule 1007-1, to the extent such rule is applicable to these Title III Cases, are waived for these Title III Cases.

6.      Nothing herein is intended to, shall constitute, or shall be deemed to constitute the Oversight Board's consent, pursuant to PROMESA section 305, to this Court's interference with

(a) any of the political or governmental powers of the Debtors, (b) any of the property or revenues of the Debtors, or (c) the use or enjoyment of the Debtors of any income-producing property.

7.     Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

8.     The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

9.     This Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

Dated: May_____, 2017
      San Juan, Puerto Rico               _____
                                     Honorable Laura Taylor Swain
                                     United States District Judge

## **Exhibit B**

Redline of Amended Proposed Order

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

**ORDER (A) FIXING DATES TO FILE CREDITOR MATRIX AND LIST OF
CREDITORS AND (B) WAIVING LOCAL BANKRUPTCY RULE 1007-1
TO THE EXTENT SUCH RULE IS APPLICABLE TO THESE TITLE III CASES**

Upon the *Motion of Debtors for Entry of Order (A) Fixing the Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      On or before June 30, 2017, the Debtors shall file the Creditor Matrix pursuant to Bankruptcy Rule 1007(a), made applicable to these Title III Cases by PROMESA section 310. Upon the filing of the Creditor Matrix, the Debtors shall be deemed to have satisfied any applicable requirements under Bankruptcy Rule 1007(a).

3.      On or before August 30, 2017, the Debtors shall file the Creditor List pursuant to Bankruptcy Code section 924, made applicable to these Title III Cases by PROMESA section 301(a).  Upon the filing of the Creditor List, the Debtors shall be deemed to have satisfied all requirements under Bankruptcy Code section 924.

4.      The relief granted herein is without prejudice to the Debtors' right to seek further extensions of time to file the Creditor Matrix and Creditor List, to file a motion to modify the contents of the Creditor Matrix and Creditor List, or to amend the Creditor Matrix and Creditor List during these Title III Cases.

5.      The filing and noticing requirements of Local Bankruptcy Rule 1007-1, to the extent such rule is applicable to these Title III Cases, are waived for these Title III Cases.

6.      Nothing herein is intended to, shall constitute, or shall be deemed to constitute the Oversight Board's consent, pursuant to PROMESA section 305, to this Court's interference with (a) any of the political or governmental powers of the Debtors, (b) any of the property or

revenues of the Debtors, or (c) the use or enjoyment of the Debtors of any income-producing property.

7.      Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

8.      The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

9.      This Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

Dated: May_____, 2017
        San Juan, Puerto Rico                         _____
                                                      Honorable Laura T. Taylor Swain
                                                      United States District Judge

3