```
                         United States Bankruptcy Court
                             District of Puerto Rico
In re:                                                    Case No. 17-03283-LTS
COMMONWEALTH OF PUERTO RICO                               Chapter 9
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: reyesw                 Page 1 of 8                  Date Rcvd: May 24, 2017
                              Form ID: pdf003              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db             +COMMONWEALTH OF PUERTO RICO,    FINANCIAL OVERSIGHT & MANAGEMENT BOARD,
                 JACOB JAVITS FEDERAL BLDG,   26 FEDERAL PLAZA,    RM 2-128,   NEW YORK, NY 10278-0004
cr              AD HOC RETIREE COMMITTEE,    PO BOX 194000 BOX 212,    SAN JUAN, PR   00919-4000
cr             +AMBAC ASSURANCE CORPORATION,    P O BOX 195168,   SAN JUAN, PR 00919-5168
intp            Assured Guaranty Corp.,    Casellas Alcover & Burgos,    PO Box 364924,
                 San Juan, PR   00936-4924
intp            Assured Guaranty Municipal Corp.,    Casellas Alcover & Burgos PSC,    PO Box 364924,
                 San Juan, PR   00936-4924
cr              CESAR CASTILLO INC,    C/O TOTTI & RODRIGUEZ DIAZ,    PO BOX 191732,   SAN JUAN, PR   00919-1732
cr             +CMA ARCHITECTS & ENGINEERS LLC,    PO BOX 194134,   SAN JUAN, PR 00919-4134
cr             #+Financial Guaranty Insurance Company,    521 Fifth Avenue,   New York, NY 10175-1201
cr              MUTUAL FUND GROUP,    P O BOX 195383,   SAN JUAN, PR 00919-5383
cr              NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION,    ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PS,
                 PO BOX 70294,   SAN JUAN, PR 00936-8294
cr             +PEAJE INVESTMENTS LLC,    C/O NATIONAL CORPORATE RESEARCH LTD,   850 NEW BURTON ROAD,
                 SUITE 201,   DOVER, DE 19904-5451
cr             +PUERTO RICO AAA PORTFOLIO BOND FUND INC,    LOPEZ SANCHEZ & PIRILLO LLC,
                 270 MUNOZ RIVERA AVENUE SUITE 1110,    SAN JUAN, PR 00918-1939
intp           +THE BANK OF NEW YORK MELLON,    225 Liberty St.,   New York, NY 10281-1048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ad Hoc Group of General Obligation Bondholders
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              AJ   BENNAZAR ZEQUEIRA    on behalf of Creditor    AD HOC RETIREE COMMITTEE ajb@bennazar.org
              ALEXANDRA   CASELLAS-CABRERA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION acasellas@amgprlaw.com
              ALEXANDRA   CASELLAS-CABRERA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION acasellas@amgprlaw.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund,
               Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Bond Fund I
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
```

```
District/off: 0104-3              User: reyesw                   Page 2 of 8                     Date Rcvd: May 24, 2017
                                  Form ID: pdf003                Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico
           Fund alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government
           Securities Fund, Inc. alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity
           Fund, Inc. alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target
           Maturity Fund, Inc. alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
           alavergne@lsplawpr.com,   alavergneramirez@gmail.com
          ALLAN S BRILLIANT,    on behalf of Creditor    PEAJE INVESTMENTS LLC allan.brilliant@dechert.com
          AMY  CATON,    on behalf of Creditor    MUTUAL FUND GROUP acaton@kramerlevin.com
          ANDRES W LOPEZ    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
           AUTHORITY andres@awllaw.com
          ANDREW C HARMEYER,    on behalf of Creditor    PEAJE INVESTMENTS LLC andrew.harmeyer@dechert.com
          ANDREW M LEBLANC,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION aleblanc@milbank.com
          ANDREW N ROSENBERG    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
           arosenberg@paulweiss.com
          ATARA  MILLER,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION amiller@milbank.com
          Alberto Juan Enrique Aneses Negron    on behalf of Creditor    Baxter Sales & Distribution Puerto
           Rico Corp. aaneses@cstlawpr.com,   aaneses@gmail.com
          Alberto Juan Enrique Aneses Negron    on behalf of Creditor    Genesis Security Services, Inc.
           aaneses@cstlawpr.com,   aaneses@gmail.com
          Andres L. Cordova    on behalf of Creditor    Levy Echeandia Trust., et al.
           andreslopecordova@gmail.com,   acordova@juris.inter.edu
          Anibal Jose Nunez Gonzalez    on behalf of Creditor    Total Petroleum Puerto Rico Corp.
           anunez@smlawpr.com,   nunez.anibal@gmail.com
          BRIAN D PFEIFFER,    on behalf of Creditor    Doral Financial Corporation brian.pfeiffer@srz.com
          CASEY J SERVAIS,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
           casey.servais@cwt.com
          CASEY J SERVAIS,    on behalf of Interested Party    Assured Guaranty Corp. casey.servais@cwt.com
          DAMARIS  QUINONES VARGAS    on behalf of Creditor    IKON SOLUTIONS INC
           damarisqv@bufetequinones.com,   larisav@bufetequinones.com;lrios@bufetequinones.com
          DANIEL  MOLINA LOPEZ    on behalf of Creditor    CESAR CASTILLO INC dml@trdlaw.com,
           i.cartagena@trdlaw.com;noticesdml@yahoo.com
          DANIEL J PEREZ REFOJOS    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
           daniel.perez@oneillborges.com,   sharday.rivera@oneillborges.com
          DANIEL S CONNOLLY,    on behalf of Creditor    Canyon Capital Advisors, LLC
           daniel.connolly@bracewell.com
          DANIEL S CONNOLLY,    on behalf of Creditor    Davidson Kempner Capital Management LP
           daniel.connolly@bracewell.com
          DANIEL S CONNOLLY,    on behalf of Creditor    OZ Management II LP daniel.connolly@bracewell.com
          DANIEL S CONNOLLY,    on behalf of Creditor    OZ Management, LP daniel.connolly@bracewell.com
          DANIEL S CONNOLLY,    on behalf of Creditor    River Canyon Fund Management, LLC
           daniel.connolly@bracewell.com
          DAVID E BLABEY,    on behalf of Creditor    MUTUAL FUND GROUP dblabey@kramerlevin.com
          DAVID L LAWTON,    on behalf of Creditor    River Canyon Fund Management, LLC
           david.lawton@bracewell.com
          DAVID L LAWTON,    on behalf of Creditor    Canyon Capital Advisors, LLC david.lawton@bracewell.com
          DAVID L LAWTON,    on behalf of Creditor    Davidson Kempner Capital Management LP
           david.lawton@bracewell.com
          DAVID L LAWTON,    on behalf of Creditor    OZ Management II LP david.lawton@bracewell.com
          DAVID L LAWTON,    on behalf of Creditor    OZ Management, LP david.lawton@bracewell.com
          DENNIS F DUNNE,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION ddunne@milbank.com
          DIANA  PEREZ SEDA,    on behalf of Plaintiff    ASSURED GUARANTY CORP dperez@cabprlaw.com
          DIANA  PEREZ SEDA,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
           dperez@cabprlaw.com
          DIANA  PEREZ SEDA,    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP dperez@cabprlaw.com

```
District/off: 0104-3                  User: reyesw                  Page 3 of 8                  Date Rcvd: May 24, 2017
                                      Form ID: pdf003               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          DIANA   PEREZ SEDA,    on behalf of Interested Party    Assured Guaranty Corp. dperez@cabprlaw.com
          DIPESH   PATEL,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
          EMPLOYEES (AFSCME) dpatel@saul.com
          DONALD   BURKE    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
          dburke@robbinsrussell.com,    jbolian@robbinsrussell.com,jlee@robbinsrussell.com
          DORA L MONSERRATE PENAGARICANO    on behalf of Creditor    PEAJE INVESTMENTS LLC
          dmonserrate@gmail.com,    lortiz@msglawpr.com
          DOUGLAS   BUCKLEY    on behalf of Creditor    MUTUAL FUND GROUP dbuckley@kramerlevin.com,
          corporate-reorg-1449@ecf.pacerpro.com
          EHUD   BARAK,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO ebarak@proskauer.com
          ELLEN M HALSTEAD,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
          ellen.halstead@cwt.com
          ELLEN M HALSTEAD,    on behalf of Interested Party    Assured Guaranty Corp. ellen.halstead@cwt.com
          ERIC   PEREZ OCHOA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
          epo@amgprlaw.com,    docketclerk@amgprlaw.com;ycruz@amgprlaw.com
          ERIC   PEREZ OCHOA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
          epo@amgprlaw.com,    docketclerk@amgprlaw.com;ycruz@amgprlaw.com
          ERIC A SCHAFFER,    on behalf of Interested Party    THE BANK OF NEW YORK MELLON
          eschaffer@reedsmith.com,    lsizemore@reedsmith.com
          G ERIC BRUNSTAD,    on behalf of Creditor    PEAJE INVESTMENTS LLC eric.brunstad@dechert.com
          GABRIEL A MORGAN,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
          gabriel.morgan@weil.com
          GARY A ORSECK,    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
          gorseck@robbinsrussell.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc. gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc. gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc. gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico Fund
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government Securities
          Fund, Inc. gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Bond Fund I gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target Maturity Fund,
          Inc. gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
          gkurtz@whitecase.com
          GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
          gkurtz@whitecase.com
          GRANT R MAINLAND,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION gmainland@milbank.com
          GREGORY   SILBERT,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
          gregory.silbert@weil.com
          HECTOR JUAN FIGUEROA VINCENTY    on behalf of Interested Party    ONDA VIRTUAL LLC
          quiebras@elbufetedelpueblo.com,    G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com
          HERIBERTO J. BURGOS PEREZ    on behalf of Interested Party    Assured Guaranty Corp.
          hburgos@cabprlaw.com
          HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP
          hburgos@cabprlaw.com
          HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY CORP hburgos@cabprlaw.com
          HERIBERTO J. BURGOS PEREZ    on behalf of Interested Party    Assured Guaranty Municipal Corp.
          hburgos@cabprlaw.com
          HERMANN D BAUER ALVAREZ    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
          herman@oneillborges.com,    rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com

```
District/off: 0104-3                  User: reyesw                 Page 4 of 8                   Date Rcvd: May 24, 2017
                                      Form ID: pdf003              Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              HIRAM M ARNAUD,    on behalf of Creditor    United Auto Workers International Union
               harnaud@cwsny.com
              HIRAM M ARNAUD,    on behalf of Interested Party    Service Employees International Union
               harnaud@cwsny.com
              HOWARD R HAWKINS,    on behalf of Interested Party    Assured Guaranty Corp. howard.hawkins@cwt.com,
               nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin@cwt.com,
               lori.dillon@cwt.com,anthony.moore@cwt.com
              HOWARD R HAWKINS,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               howard.hawkins@cwt.com,   nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,
               thomas.curtin@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com
              IVAN J LLADO    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               ivan.llado@mbcdlaw.com,    luz.carrero@mbcdlaw.com
              JAMES W KAPP,    on behalf of Creditor    Goldman Sachs Asset Management, L.P. jkapp@mwe.com
              JANE P VANKIRK    on behalf of Creditor    MUTUAL FUND GROUP jvankirk@tcmrslaw.com,
               corporate-reorg-1449@ecf.pacerpro.com;gir@tcmrslaw.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Bond Fund I jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government Securities
               Fund, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target Maturity Fund,
               Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico Fund
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
               jzakia@whitecase.com
              JOHN EDWARD MUDD    on behalf of Creditor    CMA ARCHITECTS & ENGINEERS LLC jemudd@yahoo.com
              JOHN J RAPISARDI,    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY jrapisardi@omm.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government
               Securities Fund, Inc. jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               jcunningham@whitecase.com
```

```
District/off: 0104-3                  User: reyesw                   Page 5 of 8                    Date Rcvd: May 24, 2017
                                      Form ID: pdf003                Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JOHN K CUNNINGHAM,    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico Fund
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target Maturity
               Fund, Inc. jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Bond Fund I
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               jcunningham@whitecase.com
              JONATHAN D POLKES,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               jonathan.polkes@weil.com
              JORGE P. SALA    on behalf of Creditor JORGE   SALA jpsala@prtc.net,
               jpsala_pr@yahoo.com;salalawyers@yahoo.com
              JOSE A SOSA-LLORENS,    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               jose.sosa@dlapiper.com,    Laura.Ferran@dlapiper.com
              JOSE A SOSA-LLORENS,    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO jose.sosa@dlapiper.com,    Laura.Ferran@dlapiper.com
              JOSE J SANTOS    on behalf of Interested Party    THE BANK OF NEW YORK MELLON jsantos@smlawpr.com,
               santosmimoso@hotmail.com
              JOSE L BARRIOS RAMOS    on behalf of Creditor    WorldNet Telecommunications Inc
               barrios.jl@outlook.com,    jowydc@yahoo.com;jowy911@me.com
              JOSE R. RIVERA MORALES    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               rrivera@jgl.com
              JUAN C SALICHS POU    on behalf of Creditor    Doral Financial Corporation jsalichs@splawpr.com,
               jcslawfirm@onelinkpr.net
              JUAN MANUEL SUAREZ COBO    on behalf of Interested Party JUAN M SUAREZ-COBO
               pennyrose@legalpartnerspr.com,
               suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.co
               m;maribel@legalpartnerspr.com;casellas.lp@gmail.com;cgonzalez@legalpartnerspr.com;rfontanez@legal
               partnerspr.com
              JUDITH RIVLIN,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) jrivlin@afscme.org
              Jose W Cartagena    on behalf of Creditor Jose A Rey jwc@jwcartagena.com,    jwcartagena@gmail.com
              Jose W Cartagena    on behalf of Interested Party Hilda O Cartagena jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Jose W Cartagena    on behalf of Interested Party Julie I Escudero jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Jose W Cartagena    on behalf of Creditor Jose W Cartagena jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Juan J. Casillas    on behalf of Creditor    Baxter Sales & Distribution Puerto Rico Corp.
               jcasillas@cstlawpr.com
              Juan J. Casillas    on behalf of Creditor    Genesis Security Services, Inc. jcasillas@cstlawpr.com
              KAITLIN P SHEEHAN,    on behalf of Creditor    Goldman Sachs Asset Management, L.P. ksheehan@mwe.com
              KAREN R ZEITUNI    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               kzeituni@paulweiss.com
              KELLY DIBLASI,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               kelly.diblasi@weil.com
              KURT A MAYR,    on behalf of Creditor    Davidson Kempner Capital Management LP
               kurt.mayr@bracewell.com
              KURT A MAYR,    on behalf of Creditor    River Canyon Fund Management, LLC kurt.mayr@bracewell.com
              KURT A MAYR,    on behalf of Creditor    Canyon Capital Advisors, LLC kurt.mayr@bracewell.com
              KURT A MAYR,    on behalf of Creditor    OZ Management, LP kurt.mayr@bracewell.com
              KURT A MAYR,    on behalf of Creditor    OZ Management II LP kurt.mayr@bracewell.com
              KURT F GWYNNE,    on behalf of Interested Party    THE BANK OF NEW YORK MELLON kgwynne@reedsmith.com
              KYLE J KIMPLER    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               kkimpler@paulweiss.com,
               kzeituni@paulweiss.com;mnixdorf@paulweiss.com;mtattnall@paulweiss.com;mcolarossi@paulweiss.com;bf
               iller@paulweiss.com;nalindogan@paulweiss.com
              LINETTE FIGUEROA TORRES    on behalf of Creditor    MUTUAL FUND GROUP lft@tcmrslaw.com
              LOURDES ARLENE ARROYO PORTELA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,    docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LOURDES ARLENE ARROYO PORTELA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,    docketclerk@amgprlaw.com;jruiz@amgprlaw.com

```
District/off: 0104-3                  User: reyesw                    Page 6 of 8                    Date Rcvd: May 24, 2017
                                      Form ID: pdf003                 Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              LUIS A OLIVER    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               loliver@amgprlaw.com, luiggioliver@gmail.com
              LUKE A SIZEMORE,    on behalf of Interested Party    THE BANK OF NEW YORK MELLON
               lseizemore@reedsmith.com
              MAJA ZERJAL,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO mzerjal@proskauer.com
              MANUEL FERNANDEZ BARED    on behalf of Creditor    MUTUAL FUND GROUP mfb@tcmrslaw.com
              MANUEL A RODRIGUEZ BANCHS    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND
               MUNICIPAL EMPLOYEES (AFSCME) manuel@rodriguezbanchs.com
              MARCIA GOLDSTEIN,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               marcia.goldstein@weil.com
              MARGARITA MERCADO ECHEGARAY    on behalf of Plaintiff EDUARDO  BHATIA GAUTIER
               margaritalmercado@gmail.com
              MARIA E PICO    on behalf of Creditor    Financial Guaranty Insurance Company mpico@rexachpico.com
              MARK C. ELLENBERG    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               mark.ellenberg@cwt.com
              MARK C. ELLENBERG    on behalf of Interested Party    Assured Guaranty Corp. mark.ellenberg@cwt.com
              MARK T STANCIL    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               mstancil@robbinsrussell.com, kmiller@robbinsrussell.com
              MARTIN A SOSLAND,    on behalf of Creditor    Financial Guaranty Insurance Company
               martin.sosland@butlersnow.com,
               ecf.notices@butlersnow.com;velvet.johnson@butlersnow.com;dawn.skoog@butlersnow.com
              MARTIN J BIENENSTOCK,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               mbienenstock@proskauer.com
              MATTHEW S BLUMIN,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) mblumin@afscme.org
              MEGAN THIBERT-IND,    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               mthibert-ind@mwe.com, ncoco@mwe.com;rhatter@mwe.com;ascheibe@mwe.com
              MOHAMMAD S YASSIN    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY mohammad.yassin@aafaf.pr.gov, yassin.mohammad@gmail.com
              MONSITA LECAROZ ARRIBAS     ustpregion21.hr.ecf@usdoj.gov
              Miguel Simonet-Sierra    on behalf of Creditor    United Auto Workers International Union
               msimonet@llvslaw.com, cmatias@llvslaw.com
              Miguel Simonet-Sierra    on behalf of Interested Party    Service Employees International Union
               msimonet@llvslaw.com, cmatias@llvslaw.com
              PARKER J MILENDER,    on behalf of Creditor    Doral Financial Corporation parker.milender@srz.com
              PAUL V POSSINGER,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO ppossinger@proskauer.com
              PETER FRIEDMAN,    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY pfriedman@omm.com
              PETER D DECHIARA,    on behalf of Interested Party    Service Employees International Union
               pdechiara@cwsny.com
              PETER D DECHIARA,    on behalf of Creditor    United Auto Workers International Union
               pdechiara@cwsny.com
              PHILIP BENTLEY    on behalf of Creditor    MUTUAL FUND GROUP pbentley@kramerlevin.com
              PHILIP M ABELSON,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO pabelson@proskauer.com
              RACHEL EHRLICH ALBANESE    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               rachel.albanese@dlapiper.com
              RACHEL EHRLICH ALBANESE,    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO rachel.albanese@dlapiper.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C CAGUAS
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C LOMAS VERDES
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    FEDECOOP rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C JESUS OBRERO
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C CABO ROJO
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C LOS HERMANOS
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C LAS PIEDRAS
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C SAULO D. RODRIGUEZ
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    GERENCOOP rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C SAN JOSE
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    Educoop rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPACA rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C YAUCO rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C AGUAS BUENAS
               rsantiago@mhlex.com
              RAMON E DAPENA    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               ramon.dapena@mbcdlaw.com, maria.sanchez@mbcdlaw.com
              RICARDO F CASELLAS    on behalf of Interested Party    Assured Guaranty Corp. rcasellas@cabprlaw.com
              RICARDO F CASELLAS    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               rcasellas@cabprlaw.com
              RICHARD A CHESLEY,    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO richard.chesley@dlapiper.com
```

```
District/off: 0104-3              User: reyesw                Page 7 of 8              Date Rcvd: May 24, 2017
                                  Form ID: pdf003             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              RICHARD A ROSEN,    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               rrosen@paulweiss.com
              RICHARD A. CHESLEY,    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               richard.chesley@dlapiper.com
              ROBERT J JOSSEN,    on behalf of Creditor    PEAJE INVESTMENTS LLC robert.jossen@dechert.com
              ROBERTO ABESADA AGUET,    on behalf of Creditor    Canyon Capital Advisors, LLC ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET,    on behalf of Creditor    River Canyon Fund Management, LLC ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET,    on behalf of Creditor    Davidson Kempner Capital Management LP
               ra@calopsc.com,    rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET,    on behalf of Creditor    OZ Management II LP ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET,    on behalf of Creditor    OZ Management, LP ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO CAMARA,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION rcamara@ferraiuoli.com,
               camara.robert@gmail.com;rcamara@ecf.courtdrive.com
              ROSAMAR GARCIA FONTAN,    on behalf of Creditor    MANAGEMENT CONSULTANTS & COMPUTER SERVICES INC.
               rgarciafontan@gmail.com,    rgarcialaw@yahoo.com,rgarciafontan@ecf.courtdrive.com
              Robert D. Gordon,    on behalf of Creditor    AD HOC RETIREE COMMITTEE rgordon@clarkhill.com,
               lbellguzzo@clarkhill.com
              SALVATORE A ROMANELLO,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               salvatore.romanello@weil.com
              SCOTT K RUTSKY,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO srutsky@proskauer.com
              SERGIO CRIADO,    on behalf of Creditor    OZ Management II LP scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO CRIADO,    on behalf of Creditor    River Canyon Fund Management, LLC scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO CRIADO,    on behalf of Creditor    Davidson Kempner Capital Management LP
               scriado@calopsc.com,    scriado@yahoo.com
              SERGIO CRIADO,    on behalf of Creditor    Canyon Capital Advisors, LLC scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO CRIADO,    on behalf of Creditor    OZ Management, LP scriado@calopsc.com,    scriado@yahoo.com
              SHARON L LEVINE,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) slevine@saul.com
              SONIA COLON COLON,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION scolon@ferraiuoli.com,
               edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com
              STEPHEN L RATNER,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO sratner@proskauer.com
              SUZZANNE UHLAND,    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY suhland@omm.com
              TAEJIN KIM,    on behalf of Creditor    Doral Financial Corporation tae.kim@srz.com
              TEAGUE P PATERSON,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) tpaterson@afscme.org
              THOMAS J CURTIN,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               thomas.curtin@cwt.com
              THOMAS J CURTIN,    on behalf of Interested Party    Assured Guaranty Corp. thomas.curtin@cwt.com
              THOMAS MOERS MAYER,    on behalf of Creditor    MUTUAL FUND GROUP tmayer@kramerlevin.com
              THOMAS N CIANTRA,    on behalf of Interested Party    Service Employees International Union
               tciantra@cwsny.com
              THOMAS N CIANTRA,    on behalf of Creditor    United Auto Workers International Union
               tciantra@cwsny.com
              TIMOTHY W. MUNGOVAN,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO tmungovan@proskauer.com
              UBALDO M FERNANDEZ BARRERA,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               ubaldo.fernandez@oneillborges.com,
               marta.koplik@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez@ecf.courtdrive.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C CABO ROJO
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C SAN JOSE
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C LOMAS VERDES
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C LAS PIEDRAS
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C LOS HERMANOS
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C JESUS OBRERO
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C YAUCO vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    FEDECOOP vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    Educoop vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    GERENCOOP vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPACA vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C CAGUAS vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C SAULO D. RODRIGUEZ
               vmedina@mhlex.com
              VANESSA MEDINA ROMERO,    on behalf of Interested Party    COOPERATIVA A/C AGUAS BUENAS
               vmedina@mhlex.com
```

```
District/off: 0104-3           User: reyesw                Page 8 of 8                  Date Rcvd: May 24, 2017
                               Form ID: pdf003             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        VICTOR J QUINONES   on behalf of Creditor   Goldman Sachs Asset Management, L.P. victor.quinones@mbcdlaw.com
        WALTER RIEMAN   on behalf of Creditor   Ad Hoc Group of General Obligation Bondholders wrieman@paulweiss.com
        WANDYMAR BURGOS   on behalf of Defendant   COMMONWEALTH OF PUERTO RICO wburgos@justicia.pr.gov
        WANDYMAR BURGOS   on behalf of Defendant RICARDO ROSSELLO NEVARES wburgos@justicia.pr.gov
        WILLIAM M VIDAL   on behalf of Creditor   CARDINAL HEALTH PR 120 INC william.m.vidal@gmail.com
        WILLIAM P SMITH,   on behalf of Creditor   Goldman Sachs Asset Management, L.P. wsmith@mwe.com

                                                                                                                       TOTAL: 280

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Morning Session
Set: 9:30 AM
Started: 9:26 AM
Ended:  12:12 PM

Afternoon Session:
Set:  1:00 PM
Started:  1:04 PM
Ended:  2:03 PM

**MINUTES OF PROCEEDINGS**
**BEFORE HONORABLE LAURA TAYLOR SWAIN**    DATE May 17, 2017
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: Financial Oversight & Management Board *as representative of* The Commonwealth of Puerto Rico *and* Puerto Rico Sales Tax Financing Corporation ("COFINA") Debtors | 3:17-BK-3283 (LTS) 3:17-BK-3284 (Joint Administration Requested) |

| | |
|---|---|
| The Bank of New York Mellon Plaintiff v. Puerto Rico Sales Tax Financing Corporation ("COFINA"), et al. Defendants | 17-AP-133 (LTS) |

Page **1** of 5

Case Nos. 17-BK-3283 (LTS)
17-BK-3284
17-AP-133 (LTS)                                                                May 17, 2017

**Motion Hearing held.**

As instructed by the Court, counsel designated as main speakers the following attorneys:

- Attorneys Scott Rutsky and Martin Bienenstock on behalf of the Debtor.
- Attorney Susheel Kirpalani on behalf of COFINA Senior Bondholders' Coalition.
- Attorney Monsita Lecaroz-Arribas on behalf of the U.S. Trustee.
- Attorney Thomas Moers Mayer on behalf of the "Mutual Fund Group".
- Attorney Daniel Molina-Lopez on behalf of Cesar Castillo, Inc.
- Attorney Dennis F. Dunne on behalf of Ambac Assurance Corporation.
- Attorney Jason Zakia on behalf of Puerto Rico Funds.
- Attorney Allan Brilliant on behalf of Peaje Investments LLC.
- Attorney Ellen Halstead on behalf of Assured Guaranty Corporation and Assured Guaranty Municipal Corp.
- Attorney Robert D. Gordon on behalf of the Ad Hoc Committee for the Protection of Accrued Retirement.
- Attorney John E. Mudd on behalf of CMA Architects & Engineers LLC.
- Attorneys Andrew N. Rosenberg and Mark Stancil on behalf of the Ad Hoc Group of General Obligation Bondholders.
- Attorney Martin A. Sosland on behalf of the Financial Guaranty Insurance Corp.
- Attorney Kurt F. Gwynne on behalf of The Bank of New York Mellon.
- Attorneys John J. Rapisardi and Suzzane Uhland on behalf of AAFAF.
- Attorney Marcia L. Goldstein on behalf of National Public Finance Guarantee Corporation.

Attorneys Bienenstock, Rapisardi and Lecaroz presented their status reports.

Case Nos. 17-BK-3283 (LTS)
17-BK-3284
17-AP-133 (LTS) May 17, 2017

**Pending Motions**

- **Docket entry 41**: MOTION of Debtors Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) for Entry of Order Directing Joint Administration of Title III Cases and Granting Related Relief. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - Arguments and objections were heard on the record.
    - Christopher Schepper from Prime Clerk was also heard.
    - The objections were overruled and the motion was granted subject to modifications, as further stated on the record. Counsel for the Debtors was directed to settle an order on five days' notice.

- **Docket entry 42**: MOTION for Service by Publication Motion of Debtors Pursuant to PROMESA Section 315, Bankruptcy Code Sections 105(a) and 923, and Bankruptcy Rules 2002, 9007, and 9008 for Order Approving Form of Notice of Commencement of Title III Cases and Related Matters, Approving Manner of Service and Publication Thereof, and Granting Related Relief as to The Financial Oversight and Management Board for Puerto Rico filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - Arguments were heard on the record.
    - The motion was granted subject to modifications, as further stated on the record. Counsel for the Debtors was directed to file a revised proposed order on five days' notice.

- **Docket entry 43:** MOTION requesting Order Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - Arguments and objections were heard on the record.

Page **3** of **5**

Case Nos. 17-BK-3283 (LTS)
17-BK-3284
17-AP-133 (LTS)                                                                 May 17, 2017

- o Parties are instructed to provide the Court with courtesy copies of all filed documents (1) by hard copy to Chambers in both New York and Puerto Rico and at swaindprcorresp@nysd.uscourts.gov.
    - All courtesy copies shall include the ECF filing header info.
- o All Motions requesting relief are to be filed along with a proposed order.
- o The objections were overruled, except as to the Stay Relief Motion provision, as further stated on the record. The motion as modified was granted. Counsel for the Debtors was directed to settle an order on five days' notice.

- **Docket entry 44**: MOTION requesting Order Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - o Arguments were heard on the record.
    - o The motion was granted subject to modifications, as further stated on the record. Counsel for the Debtors was directed to settle an order on five days' notice.

- **Docket entry 45**: MOTION requesting Order Application of Debtors for Entry of Order Authorizing Employment and Payment of Prime Clerk LLC as Solicitation, Notice, and Claims Agent, Nunc Pro Tunc to Petition Dates filed by Hermann D. Bauer-Alvarez on behalf of The Financial Oversight and Management Board for Puerto Rico. *Filed on 05/09/2017 in 17-BK-3283 (LTS).*
    - o Christopher Schepper of Prime Clerk was heard.
    - o Arguments were heard on the record.
    - o The motion was taken under advisement. Counsel for the Debtors was directed to file a revised proposed order on five days' notice.

Case Nos. 17-BK-3283 (LTS)
17-BK-3284
17-AP-133 (LTS)  May 17, 2017

- **Docket entry 60:** MOTION requesting Order Pursuant To Bankruptcy Code Section 105(A) Confirming Authority Of Banks To Continue Honoring Instructions And Payment Instruments With Respect To The Debtors' Bank Accounts. *Filed on 05/10/2017 in 17-BK-3283 (LTS).*
  - Arguments were heard on the record.
  - The motion was taken under advisement. Counsel for the parties were directed to negotiate a consent order for submission to the Court.

- **Docket entry 167:** MOTION of AAFAF for Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Setting Final Hearing. *Filed on 05/16/2017 in 17-BK-3283 (LTS).*
  - Arguments and objections were heard on the record.
  - The motion was withdrawn with leave to re-file on regular notice.

- **Docket entry 4:** MOTION of the Bank of New York Mellon, as Trustee, for an Order to Show Cause. *Filed on 05/16/2017 in 17-AP-133 (LTS).*
  - Arguments and objections were heard on the record.
  - Counsel were directed to file a proposed briefing and hearing schedule.

Parties who filed requests to be heard at the hearing were heard on the record.

**Counsel for the Debtors was directed to file, by June 15, 2017, a status report discussing the status of settlement discussions and financial disclosure to creditors.**

s/Carmen Tacoronte  
Carmen Tacoronte  
Courtroom Deputy Clerk

Page **5** of 5