## <u>EXHIBIT J</u>

**(Restructuring Proposal)**



# GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

## Municipal Secondary Market Disclosure Information Cover Sheet
## Municipal Securities Rulemaking Board (MSRB)
## Electronic Municipal Market Access System (EMMA)

### Additional / Voluntary Event-Based Disclosure

**THIS FILING RELATES TO ALL OR SEVERAL SECURITIES ISSUED BY THE ISSUER, OR ALL OR SEVERAL SECURITIES OF A SPECIFIC CREDITOR:**

Issuer's Name:   **THE COMMONWEALTH OF PUERTO RICO**

Other Obligated Person's Name (if any):

Six-digit CUSIP number(s):   **745145 and 74514L**

**TYPE OF INFORMATION PROVIDED:**

A. ☐ Amendment to Continuing Disclosure Undertaking

B. ☐ Change in Obligated Person

C. ☐ Notice to Investor Pursuant to Bond Documents

D. ☐ Communication from the Internal Revenue Service

E. ☐ Bid for Auction Rate and Other Securities

F. ☐ Capital or Other Financing Plan

G. ☐ Litigation / Enforcement Action

H. ☐ Change of Tender Agent.  Remarketing Agent or Other On-going Party

I. ☐ Derivative or Other Similar Transaction

J. ☒ Other Event-Based Disclosures: Government of Puerto Rico proposal under Title VI of PROMESA

I represent that I am authorized by the issuer, obligor or its agent to distribute this information publicly.


*/s/ Sebastián M. Torres Rodríguez*
Sebastián M. Torres Rodríguez
Puerto Rico Fiscal Agency and Financial Advisory Authority,
    as Fiscal Agent for the Commonwealth

Dated: April 28, 2017



PO Box 42001  •  San Juan, PR 00940-2001  •  Telephone (787) 722-2525

611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM



# GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**



**CONFIDENTIAL**

**ADVISORS EYES ONLY SUBJECT TO NDA**

**PREPARED AT REQUEST OF COUNSEL FOR SETTLEMENT PURPOSES - FRE 408**





# GO / COFINA

## Project Estado

April 24, 2017                                                                 **Strictly confidential**

611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM

# Proposal

**1**  **The Cash Flow Available for Debt Service in the certified Fiscal Plan shall form the basis of a comprehensive settlement**

**2**  **To attract maximum consensus, Puerto Rico will issue three types of settlement currency:**

| **Senior Bonds** | ■ Up to $16.75 billion<br>■ Constitution priority debt<br>■ Tax-exempt[1]<br>■ Capable of attracting a rating |
| --- | --- |
| **Cash Flow Bonds** | ■ Turbo structure and designed to be tradeable<br>  – Senior Tranche: Up to $8.0 billion<br>  – Junior Tranche: Up to $2.0 billion<br>■ Senior Tranche possibly tax-exempt; Junior Tranche likely taxable<br>■ Payment only upon performance in excess of certified Fiscal Plan<br>■ Intended to capture favorable variances from Fiscal Plan, including from outperformance of macroeconomic assumptions and results of fiscal measures |
| **Short Term Notes** | ■ Consideration from the sale of assets in COFINA reserve accounts to Puerto Rico |

**3**  **GO Bonds and GO Guaranteed claims will receive pro rata distribution of [$9.8bn] of Senior Bonds**

**4**  **COFINA creditors will receive a choice of treatment:**
- If they consent to the plan of adjustment, COFINA creditors will receive pro rata share of [$6.9bn] of Senior Bonds
  - COFINA Senior and COFINA Junior claims to be treated pari passu
- If they reject the plan of adjustment, COFINA Senior creditors will receive [$450m] of short-term notes and COFINA Junior creditors will receive no distribution due to contractual subordination

**5**  **Senior Cash Flow Bonds distributed pro rata to GO Bonds, GO Guaranteed claims and COFINA claims (if accepting the plan) on account of any allowed deficiency claims**

**6**  **Junior Cash Flow Bonds distributed pro rata to Claw Back Entity creditors**

**7**  **Convenience class established to provide 100% recovery to creditors with total claims below a minimum threshold TBD**

**Note**
1    A portion of Senior Bonds may be taxable. Final allocations TBD

1




611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM

# Illustrative creditor treatment

## Illustrative creditor treatment ($m)

| | Illustr. Claim | Senior Bond | Cash Flow Bond Senior Tranche | Cash Flow Bond Junior Tranche |
|---|---|---|---|---|
| **Proposed Treatment** | | | | |
| **GO + COFINA** | | | | |
| GO Bonds | $13,243 | $6,935 | $3,312 | -- |
| GO Guarantee | 5,559 | 2,911 | 1,390 | -- |
| **Subtotal** | **18,802** | **9,846** | **4,702** | **--** |
| COFINA - Sr | 7,666 | 3,011 | 1,438 | -- |
| COFINA - Jr | 9,914 | 3,894 | 1,860 | -- |
| **Total COFINA** | **17,580** | **6,904** | **3,298** | **--** |
| Convenience Class | [____] | [____] | -- | -- |
| **Total GO + COFINA** | **36,382** | **16,750** | **8,000** | **--** |
| **Claw Back Entities** | | | | |
| HTA | 4,124 | -- | -- | 1,223 |
| PRCCDA | 386 | -- | -- | 115 |
| PRIFA | 2,207 | -- | -- | 654 |
| MBA | 28 | -- | -- | 8 |
| **Total** | **6,746** | **--** | **--** | **2,000** |
| **Overall Total** | **$43,128** | **$16,750** | **$8,000** | **$2,000** |

COFINA claims offered choice of:
- Short-term notes for amount in the COFINA Pledge Account, or
- Pro rata Senior Bond & Senior Cash Flow Bond subject to 25% discount

2




611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM

# Illustrative flow of funds

**Cash Flow Available for Debt Service**

*Senior Debt Service*

| Senior Bond $16.75 bn | Future GO Debt Issuances |

**Cash Flow Available after GO Debt**

50%        50%

**Government of Puerto Rico**

**Cash Flow Available for Cash Flow Bonds**

*Cash Flow Bonds Debt Service*

First $250m    90% → **New Senior CF Bond $8.0 bn** ← 60%    *Amounts in excess of $250m*

10% → **New Junior CF Bond $2.0 bn** ← 40%

3





611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM

# Term Sheet:  New Senior Bond

| **Security** | ■ Senior Bond with constitutional priority<br>  – Classified as Tax Exempt debt |
| --- | --- |
| **Allocation** | ■ Pro rata to allowed claims:<br>  – General Obligation Bonds<br>  – COFINA Bonds<br>  – GO Guarantee claims [1] |
| **Amount** | ■ $16.75 billion initial principal amount |
| **Coupon Rate** | ■ Step coupon for 5 years reaching 4.50% at year 5<br>  –  Payable semi-annually on January 1st and July 1st |
| **Maturity** | ■ 30 year term with final maturity on July 1, 2047<br>■ No call for 10 years; callable at par thereafter |
| **Amortization** | ■ Annual principal amortization payable on July 1st subject to schedule<br>  – First amortization payment July 1, 2028 (1% of par)<br>  – Optional amortization (at issuer's discretion) sized based on Fiscal Plan forecast |

**Notes**
(1)   Allocation on account of GO Guarantee claims limited to deficiency claims after creditor recovery at issuer entity

4





611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM

# Term Sheet:  Senior Cash Flow Bond

| **Security** | ■ Senior Cash Flow Bonds<br>  – Structured as Turbo Capital Appreciation Bond with 5.00% Accrual Rate<br>  – Subordinated in right of payment to the New Senior Bond<br>  – Provisions for new debt issuance |
| **Allocation** | ■ Senior Tranche issued to holders of allowed GO / COFINA claims on account of deficiency |
| **Amount** | ■ $8.0 billion |
| **Debt Service** | ■ Annual partial redemption of Accreted Value based on Flow of Funds described below [1] |
| **Flow of Funds** | ■ For each fiscal year, all revenues available after (1) payment of GO Debt and (2) Government Expenditures will be allocated:<br>  – 50% for debt service to the Cash Flow Bonds<br>  – 50% to be retained by the Government for the General Fund<br>■ Waterfall payments for Cash Flow debt service:<br>  – First $250 million to be split 90% to the Senior CF Bond; 10% to the Junior CF Bond<br>  – Any amounts in excess of $250 million to be split 60% to the Senior CF Bond; 40% to the Junior CF Bond |
| **Mandatory Prepayment** | ■ Mandatory prepayment from 10% of the proceeds of any new GO debt issuance<br>  – Split 75% / 25% between the Senior and Junior tranches respectively |
| **Maturity** | ■ Any remaining CF Bond balances automatically forgiven on the 40 year anniversary of issuance<br>■ Callable at the accreted value after 5 year anniversary |





611287
CONFIDENTIAL - SUBJECT TO FRE 408

CONFIDENTIAL WORKING DRAFT – ADVISORS EYES ONLY SUBJECT TO NDA
SUBJECT TO MATERIAL CHANGE
PRINTED 4/24/2017 4:15 PM

# Term Sheet:  Junior Cash Flow Bond

| Security | |
|---|---|
| | ■ Junior Cash Flow Bonds |
| |    – Structured as Turbo Capital Appreciation Bond with 5.50% Accrual Rate |
| |    – Subordinated to the New GO Bond and the Senior Cash Flow Bond |
| |    – Provisions for new debt issuance |

**Security**

- Junior Cash Flow Bonds
  - Structured as Turbo Capital Appreciation Bond with 5.50% Accrual Rate
  - Subordinated to the New GO Bond and the Senior Cash Flow Bond
  - Provisions for new debt issuance

**Allocation**

- Junior tranche issued on account of allowed claims for the following entities:
  - HTA
  - PRIFA
  - PRCCDA
  - MBA

**Amount**

- $2.0 billion

**Debt Service**

- Annual partial redemption of Accreted Value based on Flow of Funds as described in Senior Cash Flow Bond including waterfall provisions

**Mandatory Prepayment**

- Mandatory prepayment from 10% of the proceeds of any new GO debt issuance
  - Split 75% / 25% between the Senior and Junior tranches respectively

**Maturity**

- Any remaining CF Bond balances automatically forgiven on the 40 year anniversary of issuance
- Callable after 10 year anniversary at premium TBD

6


