# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## ORDER PURSUANT TO PROMESA SECTION 315, BANKRUPTCY CODE SECTIONS 105(a) AND 923, AND BANKRUPTCY RULES 2002, 9007, AND 9008 APPROVING FORM OF NOTICE OF COMMENCEMENT OF TITLE III CASES AND RELATED MATTERS, APPROVING MANNER OF SERVICE AND PUBLICATION THEREOF, AND GRANTING RELATED RELIEF

Upon the *Motion of Debtors Pursuant to PROMESA Section 315, Bankruptcy Code sections 105(a) and 923, and Bankruptcy Rules 2002, 9007, and 9008, for Order Approving Form of Notice of Title III Cases, Approving Manner of Service and Publication Thereof, and Granting Related Relief* (the "Motion")[2] seeking entry of an order (i) approving the form of notice, substantially in the form attached hereto as Exhibit 1 (the "Title III Notice") of the commencement of these Title III Cases and of the entry of the order for relief and related matters, (ii) the manner of service and publication of the Title III Notice, and (iii) granting related relief; and the Court having found it has jurisdiction over this matter pursuant to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

PROMESA section 306; and it appearing that venue of these cases and the Motion in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The form of the Title III Notice, substantially in the form attached hereto as **Exhibit 1**, is approved pursuant to Bankruptcy Code section 923, made applicable in these cases pursuant to PROMESA section 301.

3. The Debtors shall cause the Title III Notice to be published once a week for three consecutive weeks, with the first publication to occur within seven days after the entry of this order or as soon thereafter as is practicable, in (a) *El Nuevo Día* in Spanish (primary circulation is in Puerto Rico); (b) *Caribbean Business* in English (primary circulation is in Puerto Rico); (c) *The Bond Buyer* in English (primary circulation is the United States); and (d) *El Diario* and *El Nuevo Herald*, both in Spanish (primary circulations are in New York and Miami, respectively). The Debtors shall file with the Court proof of publication not later than fourteen (14) days after the last publication. In addition, in its discretion, the Debtors may post the Title III Notice on the

Electronic Municipal Market Access database at https://emma.msrb.org. The Debtors may modify the Title III Notice as necessary or appropriate to conform such notice to publication, and may reformat the Title III Notice to minimize the number of pages for service.

4. The Debtors shall also cause the Title III Notice to be served on the Initial Service List in both English and Spanish. The Debtors shall file with the Court proof of service no later than fourteen (14) days after service of the Title III Notice on the Initial Service List. Further, the Debtors shall promptly cause the Title III Notice to be posted on the website maintained by the Claims and Noticing Agent at https://cases.primeclerk.com/puertorico. In addition to serving the Title III Notice on the Initial Service List, the Debtors shall serve the Title III Notice on each party identified on the Creditor List within seven (7) days after the Creditor List is filed with this Court.

5. The service and publication of the Title III Notice in accordance with this order provides sufficient notice of these Title III Cases, and satisfies the requirements of PROMESA and of Bankruptcy Code section 923.

6. Notwithstanding any applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

7. The Debtors and the Oversight Board are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

8. This Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this order.

9. This Order resolves docket entry no. 42.

Dated: June 1, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge