```
                              United States Bankruptcy Court
                                   District of Puerto Rico
In re:                                                              Case No. 17-03283-LTS
COMMONWEALTH OF PUERTO RICO                                         Chapter 9
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: ctacoront            Page 1 of 8              Date Rcvd: May 29, 2017
                              Form ID: pdf003            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
```
db             +COMMONWEALTH OF PUERTO RICO,    FINANCIAL OVERSIGHT & MANAGEMENT BOARD,
                JACOB JAVITS FEDERAL BLDG,   26 FEDERAL PLAZA,   RM 2-128,   NEW YORK, NY 10278-0004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Lourdes Perdigon
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2017 at the address(es) listed below:
```
              AJ  BENNAZAR ZEQUEIRA    on behalf of Creditor    AD HOC RETIREE COMMITTEE ajb@bennazar.org
              ALEXANDRA  CASELLAS-CABRERA,    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION acasellas@amgprlaw.com,    alecasellas7@gmail.com
              ALEXANDRA  CASELLAS-CABRERA,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION acasellas@amgprlaw.com,    alecasellas7@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund,
               Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Investors Bond Fund I
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico
               Fund alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government
               Securities Fund, Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity
               Fund, Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target
               Maturity Fund, Inc. alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ     on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
```

```
District/off: 0104-3                  User: ctacoront             Page 2 of 8                     Date Rcvd: May 29, 2017
                                      Form ID: pdf003             Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALICIA I LAVERGNE RAMIREZ    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
               alavergne@lsplawpr.com,    alavergneramirez@gmail.com
              ALLAN S BRILLIANT,    on behalf of Creditor    PEAJE INVESTMENTS LLC allan.brilliant@dechert.com
              AMY   CATON,    on behalf of Creditor    MUTUAL FUND GROUP acaton@kramerlevin.com
              ANDRES W LOPEZ    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
               AUTHORITY andres@awllaw.com
              ANDREW C HARMEYER,    on behalf of Creditor    PEAJE INVESTMENTS LLC andrew.harmeyer@dechert.com
              ANDREW M LEBLANC,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION aleblanc@milbank.com
              ANDREW N ROSENBERG    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               arosenberg@paulweiss.com
              ATARA   MILLER,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION amiller@milbank.com
              Alberto Juan Enrique Aneses Negron    on behalf of Creditor    Baxter Sales & Distribution Puerto
               Rico Corp. aaneses@cstlawpr.com,    aaneses@gmail.com
              Alberto Juan Enrique Aneses Negron    on behalf of Creditor    Genesis Security Services, Inc.
               aaneses@cstlawpr.com,    aaneses@gmail.com
              Andres L. Cordova    on behalf of Creditor    Levy Echeandia Trust., et al.
               andreslopecordova@gmail.com,    acordova@juris.inter.edu
              Anibal Jose Nunez Gonzalez    on behalf of Creditor    Total Petroleum Puerto Rico Corp.
               anunez@smlawpr.com,    nunez.anibal@gmail.com
              BRIAN D PFEIFFER,    on behalf of Creditor    Doral Financial Corporation brian.pfeiffer@srz.com
              CASEY J SERVAIS,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               casey.servais@cwt.com
              CASEY J SERVAIS,    on behalf of Interested Party    Assured Guaranty Corp. casey.servais@cwt.com
              CHRISTOPHER R. MADDUX    on behalf of Creditor    Financial Guaranty Insurance Company
               Chris.Maddux@butlersnow.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    The Varde Skyway Master Fund, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Canary SC Master Fund, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Cyrus Select Opportunities Master Fund,
               Ltd. riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Varde Investment Partners, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party Jose F Rodriguez-Perello
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 2, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Cyrus Special Strategies Master Fund,
               L.P. riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Taconic Master Fund 1.5 L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Varde Investment Partners (Offshore)
               Master, L.P. riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Aristea Horizons, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Varde Credit Partners Master, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Cyrus Opportunities Master Fund II, Ltd.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Tilden Park Investment Master Fund LP
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    River Canyon Fund Management LLC
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 1, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 10, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 7, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 5, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Crescent 1, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Merced Partners V, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Canyon Capital Advisors LLC
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    CRS Master Fund, L.P.
               riverac@reichardescalera.com
```

```
District/off: 0104-3              User: ctacoront              Page 3 of 8                   Date Rcvd: May 29, 2017
                                  Form ID: pdf003              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 9, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 4, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    SB Special Situation Master Fund SPC,
               Segregated Portfolio D riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 6, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Merced Partners IV, L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Scoggin Worldwide Fund Ltd.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 3, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Decagon Holdings 8, L.L.C.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Camino Cipres LLC
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Camino Roble LLC
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Merced Partners Limited Partnership
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Taconic Opportunity Master Fund L.P.
               riverac@reichardescalera.com
              Carlos R Rivera-Ortiz    on behalf of Interested Party    Scoggin International Fund Ltd.
               riverac@reichardescalera.com
              DAMARIS QUINONES VARGAS    on behalf of Creditor    IKON SOLUTIONS INC
               damarisqv@bufetequinones.com,    larisav@bufetequinones.com;lrios@bufetequinones.com
              DANIEL MOLINA LOPEZ    on behalf of Creditor    CESAR CASTILLO INC dml@trdlaw.com,
               i.cartagena@trdlaw.com;noticesdml@yahoo.com
              DANIEL J PEREZ REFOJOS    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               daniel.perez@oneillborges.com,
               daniel.perez@ecf.courtdrive.com;yaritza.orozco@oneillborges.com;Docket_Clerk@oneillborges.com
              DANIEL S CONNOLLY,    on behalf of Creditor    Canyon Capital Advisors, LLC
               daniel.connolly@bracewell.com
              DANIEL S CONNOLLY,    on behalf of Creditor    Davidson Kempner Capital Management LP
               daniel.connolly@bracewell.com
              DANIEL S CONNOLLY,    on behalf of Creditor    OZ Management II LP daniel.connolly@bracewell.com
              DANIEL S CONNOLLY,    on behalf of Creditor    OZ Management, LP daniel.connolly@bracewell.com
              DANIEL S CONNOLLY,    on behalf of Creditor    River Canyon Fund Management, LLC
               daniel.connolly@bracewell.com
              DAVID E BLABEY,    on behalf of Creditor    MUTUAL FUND GROUP dblabey@kramerlevin.com
              DAVID L LAWTON,    on behalf of Creditor    River Canyon Fund Management, LLC
               david.lawton@bracewell.com
              DAVID L LAWTON,    on behalf of Creditor    Canyon Capital Advisors, LLC david.lawton@bracewell.com
              DAVID L LAWTON,    on behalf of Creditor    Davidson Kempner Capital Management LP
               david.lawton@bracewell.com
              DAVID L LAWTON,    on behalf of Creditor    OZ Management II LP david.lawton@bracewell.com
              DAVID L LAWTON,    on behalf of Creditor    OZ Management, LP david.lawton@bracewell.com
              DENNIS F DUNNE,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION ddunne@milbank.com
              DIANA PEREZ SEDA,    on behalf of Plaintiff    ASSURED GUARANTY CORP dperez@cabprlaw.com
              DIANA PEREZ SEDA,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               dperez@cabprlaw.com
              DIANA PEREZ SEDA,    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP dperez@cabprlaw.com
              DIANA PEREZ SEDA,    on behalf of Interested Party    Assured Guaranty Corp. dperez@cabprlaw.com
              DIPESH PATEL,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) dpatel@saul.com
              DONALD BURKE    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               dburke@robbinsrussell.com,    jbolian@robbinsrussell.com,jlee@robbinsrussell.com,
               lpettit@robbinsrussell.com,lpaterno@robbinsrussell.com,cchasecarpino@robbinsrussell.com
              DORA L MONSERRATE PENAGARICANO    on behalf of Creditor    PEAJE INVESTMENTS LLC
               dmonserrate@gmail.com,    lortiz@msglawpr.com
              DOUGLAS BUCKLEY    on behalf of Creditor    MUTUAL FUND GROUP dbuckley@kramerlevin.com,
               corporate-reorg-1449@ecf.pacerpro.com
              EHUD BARAK,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO ebarak@proskauer.com
              ELLEN M HALSTEAD,    on behalf of Interested Party    Assured Guaranty Corp. ellen.halstead@cwt.com
              ELLEN M HALSTEAD,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               ellen.halstead@cwt.com
              ERIC PEREZ OCHOA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               epo@amgprlaw.com,    docketclerk@amgprlaw.com;ycruz@amgprlaw.com
              ERIC PEREZ OCHOA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               epo@amgprlaw.com,    docketclerk@amgprlaw.com;ycruz@amgprlaw.com
              ERIC A SCHAFFER,    on behalf of Interested Party    THE BANK OF NEW YORK MELLON
               eschaffer@reedsmith.com,    lsizemore@reedsmith.com
              Emanuel Rier    on behalf of Interested Party Lourdes Perdigon rier.emanuel@gmail.com
              G ERIC BRUNSTAD,    on behalf of Creditor    PEAJE INVESTMENTS LLC eric.brunstad@dechert.com
              GABRIEL A MORGAN,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               gabriel.morgan@weil.com
```

```
District/off: 0104-3                  User: ctacoront              Page 4 of 8                    Date Rcvd: May 29, 2017
                                      Form ID: pdf003              Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              GARY A ORSECK,    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               gorseck@robbinsrussell.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc. gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc. gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc. gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico Fund
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government Securities
               Fund, Inc. gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Bond Fund I gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target Maturity Fund,
               Inc. gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               gkurtz@whitecase.com
              GLENN M KURTZ,    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               gkurtz@whitecase.com
              GRANT R MAINLAND,    on behalf of Creditor    AMBAC ASSURANCE CORPORATION gmainland@milbank.com
              GREGORY  SILBERT,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               gregory.silbert@weil.com
              HECTOR JUAN FIGUEROA VINCENTY    on behalf of Interested Party    ONDA VIRTUAL LLC
               quiebras@elbufetedelpueblo.com, G23857@notify.cincompass.com;quiebras@ecf.inforuptcy.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Interested Party    Assured Guaranty Corp.
               hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY MUNICIPAL CORP
               hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Plaintiff    ASSURED GUARANTY CORP hburgos@cabprlaw.com
              HERIBERTO J. BURGOS PEREZ    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               hburgos@cabprlaw.com
              HERMANN D BAUER ALVAREZ    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               herman@oneillborges.com,
               rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pace
               rpro.com
              HIRAM M ARNAUD,    on behalf of Interested Party    Service Employees International Union
               harnaud@cwsny.com
              HIRAM M ARNAUD,    on behalf of Creditor    United Auto Workers International Union
               harnaud@cwsny.com
              HOWARD R HAWKINS,    on behalf of Interested Party    Assured Guaranty Corp. howard.hawkins@cwt.com,
               nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,thomas.curtin@cwt.com,
               lori.dillon@cwt.com,anthony.moore@cwt.com
              HOWARD R HAWKINS,    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               howard.hawkins@cwt.com, nyecfnotice@cwt.com,ellen.halstead@cwt.com,casey.servais@cwt.com,
               thomas.curtin@cwt.com,lori.dillon@cwt.com,anthony.moore@cwt.com
              IVAN J LLADO    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               ivan.llado@mbcdlaw.com, luz.carrero@mbcdlaw.com
              J. RAMON RIVERA MORALES    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               rrivera@jgl.com
              JAMES W KAPP,    on behalf of Creditor    Goldman Sachs Asset Management, L.P. jkapp@mwe.com
              JANE P VANKIRK    on behalf of Creditor    MUTUAL FUND GROUP jvankirk@tcmrslaw.com,
               corporate-reorg-1449@ecf.pacerpro.com;gir@tcmrslaw.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Bond Fund I jzakia@whitecase.com
```

```
District/off: 0104-3                  User: ctacoront              Page 5 of 8                   Date Rcvd: May 29, 2017
                                      Form ID: pdf003              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government Securities
               Fund, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target Maturity Fund,
               Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico Fund
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc. jzakia@whitecase.com
              JASON N ZAKIA,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
               jzakia@whitecase.com
              JOHN EDWARD MUDD    on behalf of Creditor    CMA ARCHITECTS & ENGINEERS LLC jemudd@yahoo.com
              JOHN J RAPISARDI,    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY jrapisardi@omm.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Mortgage-Backed &U.S Government
               Securities Fund, Inc. jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico AAA Portfolio Bond Fund II, Inc
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund IV, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Tax-Free Puerto Rico Target Maturity Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    PUERTO RICO AAA PORTFOLIO BOND FUND INC
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund VI, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund V, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Tax-Free Puerto Rico Fund II, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Tax-Free Puerto Rico Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund V, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    UBS IRA Select Growth & Income Puerto Rico Fund
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Investors Tax-Free Fund, Inc. II
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico GNMA & U.S. Government Target Maturity
               Fund, Inc. jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund II, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund III, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,    on behalf of Creditor    Puerto Rico Fixed Income Fund VI, Inc.
               jcunningham@whitecase.com

```
District/off: 0104-3          User: ctacoront            Page 6 of 8          Date Rcvd: May 29, 2017
                              Form ID: pdf003            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              JOHN K CUNNINGHAM,   on behalf of Creditor    Puerto Rico Investors Tax-Free Fund IV, Inc.
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,   on behalf of Creditor    Puerto Rico Investors Bond Fund I
               jcunningham@whitecase.com
              JOHN K CUNNINGHAM,   on behalf of Creditor    Puerto Rico Investors Tax-Free Fund III, Inc.
               jcunningham@whitecase.com
              JONATHAN D POLKES,   on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               jonathan.polkes@weil.com
              JORGE P. SALA    on behalf of Creditor JORGE    SALA jpsala@prtc.net,
               jpsala_pr@yahoo.com;salalawyers@yahoo.com
              JOSE A SOSA-LLORENS,    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               jose.sosa@dlapiper.com,   Laura.Ferran@dlapiper.com
              JOSE A SOSA-LLORENS,    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO jose.sosa@dlapiper.com,   Laura.Ferran@dlapiper.com
              JOSE J SANTOS    on behalf of Interested Party    THE BANK OF NEW YORK MELLON jsantos@smlawpr.com,
               santosmimoso@hotmail.com
              JOSE L BARRIOS RAMOS    on behalf of Creditor    WorldNet Telecommunications Inc
               barrios.jl@outlook.com,   jowydc@yahoo.com;jowy911@me.com
              JUAN C SALICHS POU    on behalf of Creditor    Doral Financial Corporation jsalichs@splawpr.com,
               jcslawfirm@onelinkpr.net
              JUAN MANUEL SUAREZ COBO    on behalf of Interested Party JUAN M SUAREZ-COBO
               pennyrose@legalpartnerspr.com,
               suarezcobo@gmail.com;suarezcobo.ecf@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.co
               m;maribel@legalpartnerspr.com;casellas.lp@gmail.com;cgonzalez@legalpartnerspr.com;rfontanez@legal
               partnerspr.com
              JUDITH  RIVLIN,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) jrivlin@afscme.org
              Jose W Cartagena    on behalf of Creditor Jose A Rey jwc@jwcartagena.com,    jwcartagena@gmail.com
              Jose W Cartagena    on behalf of Interested Party Julie I Escudero jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Jose W Cartagena    on behalf of Interested Party Hilda O Cartagena jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Jose W Cartagena    on behalf of Creditor Jose W Cartagena jwc@jwcartagena.com,
               jwcartagena@gmail.com
              Juan J. Casillas    on behalf of Creditor    Baxter Sales & Distribution Puerto Rico Corp.
               jcasillas@cstlawpr.com
              Juan J. Casillas    on behalf of Creditor    Genesis Security Services, Inc. jcasillas@cstlawpr.com
              KAITLIN P SHEEHAN,    on behalf of Creditor    Goldman Sachs Asset Management, L.P. ksheehan@mwe.com
              KAREN R ZEITUNI    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               kzeituni@paulweiss.com
              KELLY  DIBLASI,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               kelly.diblasi@weil.com,   Gaby.Smith@weil.com
              KURT A MAYR,   on behalf of Creditor    Davidson Kempner Capital Management LP
               kurt.mayr@bracewell.com
              KURT A MAYR,   on behalf of Creditor    River Canyon Fund Management, LLC kurt.mayr@bracewell.com
              KURT A MAYR,   on behalf of Creditor    Canyon Capital Advisors, LLC kurt.mayr@bracewell.com
              KURT A MAYR,   on behalf of Creditor    OZ Management, LP kurt.mayr@bracewell.com
              KURT A MAYR,   on behalf of Creditor    OZ Management II LP kurt.mayr@bracewell.com
              KURT F GWYNNE,    on behalf of Interested Party    THE BANK OF NEW YORK MELLON kgwynne@reedsmith.com
              KYLE J KIMPLER    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               kkimpler@paulweiss.com,
               kzeituni@paulweiss.com;mnixdorf@paulweiss.com;mtattnall@paulweiss.com;mcolarossi@paulweiss.com;bf
               iller@paulweiss.com;nalindogan@paulweiss.com
              LINETTE  FIGUEROA TORRES    on behalf of Creditor    MUTUAL FUND GROUP lft@tcmrslaw.com
              LOURDES ARLENE ARROYO PORTELA    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,   docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LOURDES ARLENE ARROYO PORTELA    on behalf of Plaintiff    NATIONAL PUBLIC FINANCE GUARANTEE
               CORPORATION larroyo@amgprlaw.com,   docketclerk@amgprlaw.com;jruiz@amgprlaw.com
              LUIS A OLIVER    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               loliver@amgprlaw.com,   luiggioliver@gmail.com
              LUKE A SIZEMORE,    on behalf of Interested Party    THE BANK OF NEW YORK MELLON
               lseizemore@reedsmith.com
              Leticia M. Casalduc-Rabell    on behalf of Creditor    Asociacion Puertorriquena de la Judicatura,
               Inc. leticia.casalduc@indianowilliams.com,   leticiahome@gmail.com
              MAJA  ZERJAL,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO mzerjal@proskauer.com
              MANUEL  FERNANDEZ BARED    on behalf of Creditor    MUTUAL FUND GROUP mfb@tcmrslaw.com
              MANUEL A RODRIGUEZ BANCHS    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND
               MUNICIPAL EMPLOYEES (AFSCME) manuel@rodriguezbanchs.com
              MARCIA  GOLDSTEIN,    on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               marcia.goldstein@weil.com
              MARGARITA  MERCADO ECHEGARAY    on behalf of Plaintiff EDUARDO   BHATIA GAUTIER
               margaritalmercado@gmail.com
              MARIA E PICO    on behalf of Creditor    Financial Guaranty Insurance Company mpico@rexachpico.com
              MARK C. ELLENBERG    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               mark.ellenberg@cwt.com
              MARK C. ELLENBERG    on behalf of Interested Party    Assured Guaranty Corp. mark.ellenberg@cwt.com
              MARK T STANCIL    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               mstancil@robbinsrussell.com,   kmiller@robbinsrussell.com
```

```
District/off: 0104-3          User: ctacoront            Page 7 of 8              Date Rcvd: May 29, 2017
                              Form ID: pdf003            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              MARTIN A SOSLAND,    on behalf of Creditor    Financial Guaranty Insurance Company
               martin.sosland@butlersnow.com,
               ecf.notices@butlersnow.com;velvet.johnson@butlersnow.com;dawn.skoog@butlersnow.com
              MARTIN J BIENENSTOCK,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               mbienenstock@proskauer.com
              MATTHEW S BLUMIN,    on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) mblumin@afscme.org
              MEGAN THIBERT-IND,    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               mthibert-ind@mwe.com,    ncoco@mwe.com;rhatter@mwe.com;ascheibe@mwe.com
              MOHAMMAD S YASSIN    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY mohammad.yassin@aafaf.pr.gov,    yassin.mohammad@gmail.com
              MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              Miguel Simonet-Sierra    on behalf of Creditor    United Auto Workers International Union
               msimonet@llvslaw.com,    cmatias@llvslaw.com
              Miguel Simonet-Sierra    on behalf of Interested Party    Service Employees International Union
               msimonet@llvslaw.com,    cmatias@llvslaw.com
              PARKER J MILENDER,    on behalf of Creditor    Doral Financial Corporation parker.milender@srz.com
              PAUL V POSSINGER,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO ppossinger@proskauer.com
              PETER FRIEDMAN,    on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY pfriedman@omm.com,
               ashapiro@omm.com;apavel@omm.com;jbeiswenger@omm.com;rholm@omm.com;bneve@omm.com
              PETER D DECHIARA,    on behalf of Interested Party    Service Employees International Union
               pdechiara@cwsny.com
              PETER D DECHIARA,    on behalf of Creditor    United Auto Workers International Union
               pdechiara@cwsny.com
              PHILIP BENTLEY    on behalf of Creditor    MUTUAL FUND GROUP pbentley@kramerlevin.com
              PHILIP M ABELSON,    on behalf of Debtor    COMMONWEALTH OF PUERTO RICO pabelson@proskauer.com
              RACHEL EHRLICH ALBANESE    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               rachel.albanese@dlapiper.com
              RACHEL EHRLICH ALBANESE,    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO rachel.albanese@dlapiper.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C CAGUAS
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C LOMAS VERDES
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    FEDECOOP rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C JESUS OBRERO
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C CABO ROJO
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C LAS PIEDRAS
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    GERENCOOP rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C SAN JOSE
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    Educoop rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C LOS HERMANOS
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPACA rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C YAUCO rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C SAULO D. RODRIGUEZ
               rsantiago@mhlex.com
              RAFAEL M SANTIAGO-ROSA    on behalf of Interested Party    COOPERATIVA A/C AGUAS BUENAS
               rsantiago@mhlex.com
              RAMON E DAPENA    on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               ramon.dapena@mbcdlaw.com,    maria.sanchez@mbcdlaw.com
              RICARDO F CASELLAS    on behalf of Interested Party    Assured Guaranty Corp. rcasellas@cabprlaw.com
              RICARDO F CASELLAS    on behalf of Interested Party    Assured Guaranty Municipal Corp.
               rcasellas@cabprlaw.com
              RICHARD A CHESLEY,    on behalf of Interested Party    THE EMPLOYEES RETIREMENT SYSTEM OF THE
               GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO richard.chesley@dlapiper.com
              RICHARD A ROSEN,    on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               rrosen@paulweiss.com
              RICHARD A. CHESLEY    on behalf of Interested Party    UNIVERSITY OF PUERTO RICO
               richard.chesley@dlapiper.com
              ROBERT J JOSSEN,    on behalf of Creditor    PEAJE INVESTMENTS LLC robert.jossen@dechert.com
              ROBERTO ABESADA AGUET    on behalf of Creditor    River Canyon Fund Management, LLC ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET    on behalf of Creditor    Davidson Kempner Capital Management LP
               ra@calopsc.com,    rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET    on behalf of Creditor    OZ Management II LP ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET    on behalf of Creditor    OZ Management, LP ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO ABESADA AGUET    on behalf of Creditor    Canyon Capital Advisors, LLC ra@calopsc.com,
               rabesada@aol.com;mdiaz@calopsc.com;aacevedo@calopsc.com
              ROBERTO CAMARA    on behalf of Creditor    AMBAC ASSURANCE CORPORATION rcamara@ferraiuoli.com,
               camara.robert@gmail.com;rcamara@ecf.courtdrive.com;GMainland@milbank.com

```
District/off: 0104-3          User: ctacoront            Page 8 of 8              Date Rcvd: May 29, 2017
                              Form ID: pdf003            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              ROSAMAR  GARCIA FONTAN     on behalf of Creditor    MANAGEMENT CONSULTANTS & COMPUTER SERVICES INC.
               rgarciafontan@gmail.com,   rgarcialaw@yahoo.com,rgarciafontan@ecf.courtdrive.com
              Robert D. Gordon     on behalf of Creditor    AD HOC RETIREE COMMITTEE rgordon@clarkhill.com,
               lbellguzzo@clarkhill.com
              SALVATORE A ROMANELLO,     on behalf of Creditor    NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION
               salvatore.romanello@weil.com
              SCOTT K RUTSKY,     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO srutsky@proskauer.com
              SERGIO  CRIADO     on behalf of Creditor    OZ Management II LP scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO  CRIADO     on behalf of Creditor    River Canyon Fund Management, LLC scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO  CRIADO     on behalf of Creditor    Davidson Kempner Capital Management LP
               scriado@calopsc.com,   scriado@yahoo.com
              SERGIO  CRIADO     on behalf of Creditor    Canyon Capital Advisors, LLC scriado@calopsc.com,
               scriado@yahoo.com
              SERGIO  CRIADO     on behalf of Creditor    OZ Management, LP scriado@calopsc.com,   scriado@yahoo.com
              SHARON L LEVINE,     on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) slevine@saul.com
              SONIA  COLON COLON     on behalf of Creditor    AMBAC ASSURANCE CORPORATION scolon@ferraiuoli.com,
               edocketslit@ferraiuoli.com;scolon@ecf.courtdrive.com
              STEPHEN L RATNER,     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO sratner@proskauer.com
              SUZZANNE  UHLAND,     on behalf of Interested Party    PUERTO RICO FISCAL AGENCY AND FINANCIAL
               ADVISORY AUTHORITY suhland@omm.com
              TAEJIN  KIM,     on behalf of Creditor    Doral Financial Corporation tae.kim@srz.com
              TEAGUE P PATERSON,     on behalf of Creditor    AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL
               EMPLOYEES (AFSCME) tpaterson@afscme.org
              THOMAS J CURTIN,     on behalf of Interested Party    Assured Guaranty Municipal Corp.
               thomas.curtin@cwt.com
              THOMAS J CURTIN,     on behalf of Interested Party    Assured Guaranty Corp. thomas.curtin@cwt.com
              THOMAS MOERS MAYER,     on behalf of Creditor    MUTUAL FUND GROUP tmayer@kramerlevin.com
              THOMAS N CIANTRA,     on behalf of Interested Party    Service Employees International Union
               tciantra@cwsny.com
              THOMAS N CIANTRA,     on behalf of Creditor    United Auto Workers International Union
               tciantra@cwsny.com
              TIMOTHY W. MUNGOVAN     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO tmungovan@proskauer.com
              UBALDO M FERNANDEZ BARRERA     on behalf of Debtor    COMMONWEALTH OF PUERTO RICO
               ubaldo.fernandez@oneillborges.com,
               marta.koplik@oneillborges.com;docket_clerk@oneillborges.com;ubaldo.fernandez@ecf.courtdrive.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C CABO ROJO
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C SAN JOSE
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C LOMAS VERDES
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    GERENCOOP vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C LAS PIEDRAS
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C LOS HERMANOS
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C JESUS OBRERO
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C YAUCO vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    FEDECOOP vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    Educoop vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPACA vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C CAGUAS vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C SAULO D. RODRIGUEZ
               vmedina@mhlex.com
              VANESSA  MEDINA ROMERO     on behalf of Interested Party    COOPERATIVA A/C AGUAS BUENAS
               vmedina@mhlex.com
              VICTOR J QUINONES     on behalf of Creditor    Goldman Sachs Asset Management, L.P.
               victor.quinones@mbcdlaw.com
              WALTER  RIEMAN     on behalf of Creditor    Ad Hoc Group of General Obligation Bondholders
               wrieman@paulweiss.com
              WANDYMAR  BURGOS     on behalf of Defendant    COMMONWEALTH OF PUERTO RICO wburgos@justicia.pr.gov
              WANDYMAR  BURGOS     on behalf of Defendant RICARDO  ROSSELLO NEVARES wburgos@justicia.pr.gov
              WILLIAM M VIDAL     on behalf of Creditor    CARDINAL HEALTH PR 120 INC william.m.vidal@gmail.com
              WILLIAM P SMITH,     on behalf of Creditor    Goldman Sachs Asset Management, L.P. wsmith@mwe.com
                                                                                             TOTAL: 318
```

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,

   Debtor.

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

## ORDER

      The Court has received and reviewed a motion for relief from the stay of litigation in the above-captioned proceeding filed by Lourdes Perdigón Acevedo ("Movant"). (Docket entry no. 229.) Opposition papers to the motion must be filed by **June 9, 2017**. Movant's reply papers must be filed by **June 16, 2017**. The Court will thereafter take the motion on submission.

      SO ORDERED.

Dated: May 26, 2017

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge