**Annex**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER (A) IMPOSING AND RENDERING APPLICABLE LOCAL BANKRUPTCY RULES TO THESE TITLE III CASES, (B) AUTHORIZING ESTABLISHMENT OF CERTAIN NOTICE, CASE MANAGEMENT, AND ADMINISTRATIVE PROCEDURES, AND (C) GRANTING RELATED RELIEF

Upon the *Motion of Debtors for Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* (the "Motion");[2] and the Court having found it has subject matter jurisdiction ~~over~~of this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Local Bankruptcy Rules are imposed for and made applicable to these Title III Cases (and all other title III cases filed by affiliates of the Debtors that are jointly administered with these Title III Cases, if any).

3. The Case Management Procedures, as amended and set forth on **Exhibit 1** hereto, are approved and shall govern all applicable aspects of these Title III Cases (and all other title III cases filed by affiliates of the Debtors jointly administered with these Title III Cases, if any, upon providing parties in interest in such other Title III Cases with notice and an opportunity to object according to the Presentment Procedures (as defined in the Case Management Procedures)), except as otherwise ordered by the Court.

4. To the extent the Case Management Procedures conflict with the Bankruptcy Rules, the Local District Court Rules, or the Local Bankruptcy Rules, the Case Management Procedures shall govern and supersede such rules to the extent that such variance is permitted by the relevant rules.

5. The first five omnibus hearings in these Title III Cases (and all other title III cases filed by affiliates of the Debtors that the Court may order to be jointly administered with these Title III Cases, if any or that the Court otherwise subjects to these Case Management Procedures) are scheduled as follows:

- 9:30 a.m. on the 28th day of June, 2017;
- 9:30 a.m. on the 9th day of August, 2017;
- 9:30 a.m. on the ~~27th~~26th day of September, 2017;
- 9:30 a.m. on the 15th day of November, 2017; and
- 9:30 a.m. on the 20th day of December, 2017.

6. Those in attendance in the main courtroom at any hearing shall refrain from wearing cologne or perfume.

7. The Debtors' claims and noticing agent is authorized and directed to establish a case website, where, among other things, the Case Management Procedures, and also all pleadings, key dates, and information about these Title III Cases will be posted.

8. Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

9. The Debtors and the Oversight Board, as the Debtors' representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion, consistent with the Case Management Procedures set forth in **Exhibit 1**.

10. The Court shall retain exclusive jurisdiction to hear and determine any and all matters arising from or related to the implementation, interpretation, and enforcement of this order.

11. For the convenience of the parties, a copy of this Order and the Case Management Procedures, blacklined to show all changes over the proposed form of order and case management procedures (docket entry no. 231) are annexed hereto.

12. This Order resolves docket entry no. 43.

Dated: June 2, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

~~Dated: May_____, 2017~~
~~San Juan, Puerto Rico~~

~~Honorable Laura Taylor Swain~~
~~United States District Judge~~

4