IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| PEAJE INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>    -against-<br><br>PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 17-151-LTS<br>in 17 BK 3567-LTS<br><br>Adv. Proc. No. 17-152-LTS<br>in 17 BK 3283-LTS |

**INFORMATIVE MOTION OF COUNSEL ON BEHALF OF PEAJE
INVESTMENTS LLC IN RESPONSE TO THE COURT'S JUNE 1, 2017 ORDER**

The undersigned, counsel to Peaje Investments LLC ("Plaintiff"), the Plaintiff in the above-captioned adversary proceedings, hereby submits this Informative Motion in response to the Court's Order entered on June 1, 2017 in Case No. 17 BK 3567-LTS [Dkt. No. 29] (the "Order").

23502354

Pursuant to the Order, the undersigned counsel hereby informs the Court that Allan S. Brilliant and G. Eric Brunstad, Jr. intend to present argument on behalf of Plaintiff at the June 5th hearing and intend to appear in the New York courtroom. Ricardo R. Lozada of Monserrate Simonet & Gierbolini, LLC will appear in the San Juan courtroom. To the extent applicable in this matter, the undersigned counsel hereby requests leave from Rule 5071-1(b) of the Local Bankruptcy Rules for the Bankruptcy Court for the District of Puerto Rico to allow more than one attorney to present argument on behalf of Plaintiff.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 2nd day of June, 2017.

| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
|---|---|
| */s/ Dora L. Monserrate Peñagarícano* <br> Dora L. Monserrate Peñagarícano <br> USDC-PR No. 212612 <br> 101 San Patricio Avenue <br> Maramar Plaza, Suite 1120 <br> Guaynabo, Puerto Rico 00968 <br> Phone: (787) 620-5300 <br> Fax: (787) 620-5305 | Allan S. Brilliant (*pro hac vice* pending) <br> Robert J. Jossen (*pro hac vice* pending) <br> Andrew C. Harmeyer (*pro hac vice* pending) <br> 1095 Avenue of the Americas <br> New York, New York 10036 <br><br> -and- <br><br> G. Eric Brunstad, Jr. (*pro hac vice* pending) <br> 90 State House Square <br> Hartford, Connecticut 06103 |

*Attorneys for Peaje Investments LLC*