# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE**

**NOW APPEARS** Peaje Investments LLC, a party-in-interest in the above-captioned cases and respectfully informs that its interests in the referenced actions will also be represented by:

>**Ricardo R. Lozada-Franco**
>**MONSERRATE SIMONET & GIERBOLINI, LLC**
>USDC # 301807
>101 San Patricio Ave., Suite 1120, Guaynabo, PR 00968
>Tel.: (787) 620-5300 / Fax: (787) 620-5305
>Email: rlozada@msglawpr.com

Henceforth, all correspondence and communications shall also be addressed to the undersigned counsel.

1

**RESPECTFULLY SUBMITTED**, this 2nd day of June, 2017.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will provide notice thereof to all attorneys of record.

| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
|---|---|
| /s/ *Ricardo R. Lozada-Franco*<br>Ricardo R. Lozada-Franco<br>USDC-PR No. 301807<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo, Puerto Rico 00968<br>Phone: (787) 620-5300<br>Fax: (787) 620-5305 | Allan S. Brilliant (*pro hac vice*)<br>Robert J. Jossen (*pro hac vice*)<br>Andrew C. Harmeyer (*pro hac vice*)<br>1095 Avenue of the Americas<br>New York, New York 10036<br><br>-and-<br><br>G. Eric Brunstad, Jr. (*pro hac vice*)<br>90 State House Square<br>Hartford, Connecticut 06103 |
| Dora L. Monserrate Peñagarícano<br>USDC-PR No. 212612<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo, Puerto Rico 00968<br>Phone: (787) 620-5300<br>Fax: (787) 620-5305 | |

*Attorneys for Peaje Investments LLC*

2