# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

# CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): Burgos Pérez, Heriberto J.

USDC-PR Bar Number: 204809

Email Address: hburgos@cabprlaw.com

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: Assured Guaranty Corp.

   Defendant: Commonwealth of Puerto Rico

2. Indicate the category to which this case belongs:
   - ☐ Ordinary Civil Case
   - ☐ Social Security
   - ☐ Banking
   - ☒ Injunction

3. Indicate the title and number of related cases (if any).

   In re: Financial Oversight & Management Board for Puerto Rico (Commonwealth), No. 17 BK 3283-LTS; In re: Financial Oversight & Management Board for Puerto Rico (PRHTA), No. 17 BK 3567-LTS

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?
   - ☐ Yes
   - ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?
   - ☐ Yes
   - ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)
   - ☒ Yes
   - ☐ No

Date Submitted: 6/3/17

rev. Dec. 2009

Print Form     Reset Form