**Hearing Date**: June 28, 2017 at 9:30 a.m. (Prevailing Eastern Time)
**Objection Deadline**: June 19, 2017 at 4:00 p.m. (Prevailing Eastern Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF (I) FILING OF MOTION OF DEBTOR ENTITIES FOR ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT AND (II) HEARING THERON

**PLEASE TAKE NOTICE** that on May 22, 2017, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity authorized to act on behalf of the Debtor entities[2] pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, filed the *Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* [ECF No. 210] (the "Utilities Motion") with the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to PROMESA section 315(b), has authorized AAFAF to file this Notice on behalf of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767, on **June 28, 2017 at 9:30 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, to consider the relief sought by the Debtors in the Utilities Motion.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Utilities Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the *Notice, Case Management and Administrative Procedures* [ECF No. 249-1] (the "Case Management Procedures"), and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), and served on (i) counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., and Ehud Barak, Esq.), and O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 (Attn: Hermann D. Bauer, Esq.); (ii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.) and The Law Offices of Andrés W. López, P.S.C., 902 Fernández Juncos Ave., San Juan, PR 00907 (Attn: Andrés W. López, Esq.); and (iii) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, **so as to be received no later than June 19, 2017 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

2

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS TO THE UTILITIES MOTION ARE TIMELY FILED, SERVED, AND RECEIVED BY THE OBJECTION DEADLINE IN ACCORDANCE WITH THIS NOTICE AND THE CASE MANAGEMENT PROCEDURES, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE UTILITIES MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: June 6, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/John J. Rapisardi*

John J. Rapisardi (admitted *pro hac vice*)
Suzzanne Uhland (admitted *pro hac vice*)
Diana M. Perez (admission *pro hac vice* pending)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Peter Friedman (admitted *pro hac vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*/s/Andrés W. López*
Andrés W. López
USDC No. 215311

**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

3

*Co-Attorney for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

4