UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER AMENDING CASE MANAGEMENT PROCEDURES

The Case Management Procedures applicable in these jointly administered Title III proceedings are hereby amended as follows:

1. Section I.K is added to provide that counsel who have been admitted pursuant to a <u>pro</u> <u>hac</u> <u>vice</u> order in a Title III case shall be deemed admitted in all adversary proceedings in connection with that Title III case.

2. Section II.G is modified to remove the provision regarding the seventeenth calendar day falling on a date other than a business day.

3. Section III.Q is modified to provide that the party filing a Stay Relief Motion may file and serve a reply three (3) calendar days prior to the hearing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

4. Section III.T is added to provide that if the date any Document would be due falls on a day other than a business day, such Document must be filed and served by the first business day preceding such date, except when the Document relates to a hearing scheduled for within one week, where the Document is due on the scheduled calendar day

The text of the First Amended Case Management Procedures, and a blackline against the prior version, are attached to this Order as Exhibit 1 and its Annex.

SO ORDERED.

Dated: June 6, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge