Objection Deadline: June 19, 2017 at 4:00 P.M. Eastern Time
Hearing Date: June 28, 2017 at 9:30 A.M.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

I hereby certify that, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Order (a) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (b) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (c) Granting Related Relief* (Docket No. 249), as amended on June 6, 2017 (Docket No. 262) (the "CMP Order"), a true and exact copy of the document titled *Motion to Inform Applicable Objection Deadline or, in the Alternative, to Request Extension of Time to Respond to Debtors' Motion (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* on today's date (Docket No. 257. (Docket No. 56), and the Notice of Hearing (Docket No. 258) filed by Puerto Rico Telephone Company d/b/a Claro (hereafter "Claro"), was sent on **JUNE 6TH, 2017**, that is, within three (3) days of their filing, by **U.S. mail and electronic mail upon all parties listed in the Master List of Service attached hereto**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of June, 2017.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**MCCONNELL VALDÉS LLC**
*Attorneys for Puerto Rico Telephone Company d/b/a Claro*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

**In re: The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USDC for the District of PR | Hon. Laura Taylor Swain | Hon. Laura Taylor Swain | 1515 F.D. Roosevelt Ave | | Guaynabo | PR | 00968 | | | 787-793-6265 | abetancourt@claropr.net |
| USDC for the District Southern NY | | USDC | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | acaton@kramerlevin.com tmayer@kramerlevin.com pbentley@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com |
| Office of the US Trustee for Region 21 | | Trustee Region 21 | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 | | 787-999-9001, ext- 203 | | adtoro@pico-blanco.com |
| PR Fiscal Agency & Financial Advisory Authority (AAFAF) | AAFAF | Gerardo Portela Franco/Mohammad Yassin, Esq. | PO Box 11750 | Fernández Juncos Station | San Juan | PR | 00910-1750 | | 787-274-1414 | 787-764-8241 | afernandez@delgadofernandez.com |
| Counsel for AAFAF | O'Melveny & Myers LLP | John J. Rapisardi, Esq Suzzane Uhland, Esq. Peter Friedman, Esq. Diana M. Perez, Esq | 7 Times Square | | New York | NY | 10036 | | | | jrapisardi@omm.com suhland@omm.com pfriedman@omm.com dperez@omm.com |
| Counsel for AAFAF | Law Offices of Andrés W. López, Esq. | Andrés W. López, Esq. | 902 Fernández Juncos Ave. | | San Juan | PR | 00907 | | | | andres@awllaw.com |
| Counsel for Oversight Board | Proskauer Rose LLP | Martin J. Bienenstock Paul V. Possinger Ehud Barak Maja Zerjal Chris Theodoridis | Eleven Times Square | | New York | NY | 10036-8299 | | | | mbienenstock@proskauer.com ppossinger@proskauer.com ebarak@proskauer.com mzerjal@proskauer.com |
| Counsel for Oversight Board | O'Neill & Borges LLC | Hermann D. Bauer, Esq. | 250 Muñoz Rivera Ave., Ste. 800 | | San Juan | PR | 00918-1813 | | | | hermann.bauer@oneillborges.com |
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | | Caguas Industrial Comm Park | Bo Rio Caño Carr 1 Local 1 | Caguas | PR | 00725 | | | 787-744-4969 | airchmech@aol.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aci-Herzog a Joint Venture | Attn: Luis Villares | P.O. Box 194000 | No. 212 | San Juan | PR | 00919-4000 | | 787-754-9191 | 787-764-3101 | ajb@bennazar.org bgm.csp@bennazar.org |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Administracion Sistema De Retiro Del Gobierno | Attn: Cecile Tirado | 1095 Avenue of the Americas | | New York | NY | 10036 | | 212-698-3500 | 212-698-3599 | allan.brilliant@dechert.com robert.jossen@dechert.com andrew.harmeyer@dechert.com |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli | 49 Calle Mayaguez Piso 3 | | Hato Rey | PR | 00917 | | | 787-294-6984 | alphaguards@aol.com |
| Counsel to American Federation of State, County and Municipal Employees (“AFSCME”) | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | Urb Garden Hills A 19 Calle Serania | | Guaynabo | PR | 00966 | | | | alvamarta@gmail.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Air Chiller Mechanical Const.Inc. | Attn: Julia Tolentino | Centro Gubernamental | Minillas Edif Norte Piso 17 | San Juan | PR | 00940 | | | 787-724-1533 | amgonzalez@aep.pr.gov |
| Top 20 Unsecured Creditor, Employee Retirement System | Alpha Guards Mgt Inc | Attn: Jorge Morales Laboy | 902 Fernández Juncos Ave. | 902 Fernández Juncos Ave. | San Juan | PR | 00907 | | | | andres@awllaw.com |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 902 Fernández Juncos Ave. | | San Juan | PR | 00907 | | 787-294-9508 | 787-294-9519 | andres@awllaw.com |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy, ("Levy") | Andrés L. Córdova | | P.O. Box 195355 | | San Juan | PR | 00919-533 | | 787-751-1912 x 2083 | 787-751-3991 | andreslopecordova@gmail.com acordova@juris.inter.edu |
| Top 20 Unsecured Creditor, Employee Retirement System | Arroyo Flores Consulting Group Inc. | Attn: Reinaldo Arroyo | American Intl. Plaza, 250 Ave. | Luis Munoz Rivera | San Juan | PR | 00918 | | | 787-757-6175 | aperez@kpmg.com Lnegron@kpmg.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aut Edificios Públicos | Attn: Amilcar González Ortíz | 255 Ponce de Leon Avenue | MCS Plaza, 10th Floor | San Juan | PR | 00917-1913 | | 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 | 787-765-4225 | arizmendis@reichardescalera.com riverac@reichardescalera.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Autoridad De Energia Electrica | Attn: Cynthia Morales Colon | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Autoridad Financiamiento Vivienda | Attn: Melvin Gonzalez Perez | Ave Lomas Verdes 1820 Local 3 | | San Juan | PR | 00926 | | | | arroyo@afcg.biz |
| Top 20 Unsecured Creditor, Employee Retirement System | Banco Popular De PR | Attn: Carlos Garcia Alvira | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida | PO Box 364966 | | San Juan | PR | 00936-4966 | | 787-767-9625 | 787-764-4430 | barrios.jl@outlook.com |
| Top 20 Unsecured Creditor | Baxter Sales & Distrib PR Corp | Attn: Eric Ruiz Malave & John Almeida | 623 Ave. Ponce De Leon Executive Building | Suite 1100A | San Juan | PR | 00917 | | | 787-919-0645 | beltranbeltranassociates@gmail.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Beltran Beltran and Assoc PSC | Attn: Carlos Beltran | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | | brian.pfeiffer@srz.com tae.kim@srz.com parker.milender@srz.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Bermudez, Longo, Diaz- Masso,S.E. | Attn: Carmelo Diaz | PO Box 364267 | | San Juan | PR | 00936-4267 | | | 787-521-4120 | c_morales@aeepr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Betterrecycling Corp. | Attn: Marisel Rivera | 206 Ave Muñoz Rivera | | San Juan | PR | 00919 | | | 787-764-4318 | carlos.garcia3@popular.com |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa | 166 Avenida de la Constitución | | San Juan | PR | 00901 | | 787-289-9250 | 787-289-9253 | cbimbela@scvrlaw.com mhernandez@scvrlaw.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 428 Ave Excorial Caparra Hts | | Viejo San Juan | PR | 00926 | | | 787-774-1870 | ccolon@mccspr.com |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Butler Snow LLP | Attn: Martin Sosland, Esq. | Bo Celada Carr 9945 Km 2.4 | | Gurabo | PR | 00778 | | | 787-737-2143 | cdbuilders@live.com |

**In re: The Commonwealth of Puerto Rico, *et al.***
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais | 203 Calle Eleonor Roosevelt | | Hato Rey | PR | 00918-3006 | | | 787-764-9120 | chaves@fc-law.com |
| Counsel to Assured | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq. | 15 Betances Ste 3 | | Santa Isabel | PR | 00926 | | | 787-645-6475 | cimelendez@coqui.net cimoc@coqui.net |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman | Barrio Palmas 776 | Calle 7, Suite 2 | Calano | PR | 00962 | | | 787-625-9799 | consultas@sm-pr.com |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei | Calle Rocherlice #31 | Parque Industrial Del Oeste | Mayaguez | PR | 00680 | | | 787-265-6885 | ctorres@tamrio.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | 28 Liberty Street | | New York | NY | 10005-1413 | | 212-530-5770 | 212-822-5770 | ddunne@milbank.com aleblanc@milbank.com amiller@milbank.com gmainland@milbank.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq. | 225 Liberty Street | | New York | NY | 10286 | | | 1-615-779-5109 | debbi.reid@bnymellon.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | CD Builders, Inc | Attn: Ismael Carrasquillo | Centro Internacional de Distribucion | PR-165 Km 2.4 Edificio 10 | Guaynabo | PR | 00965 | | | 787-625-4322 | deborah.weitzman@cardinalhealth.com |
| Top 20 Unsecured Creditor | Cede & Co., as nominee of the Depository Trust Company2 | Attn: President and General Counsel | Santander Tower San Patricio | B7 Calle Tabonuco Ste 1800 | Guaynabo | PR | 00968 | | | 787-296-5435 | Dmieses@sampr.com |
| Top 20 Unsecured Creditor | Cesar Castillo Inc. | Attn: Jose L. Castillo | P.O. Box 191732 | | San Juan | PR | 00919-1732 | | | 787-764-9480 | dml@trdlaw.com |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Daniel Patrick Moynihan | Puerto Rico Chambers Copy | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 | | 787-620-5300 | 787-620-5305 | dmonserrate@msglawpr.com |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | P.O. Box 364924 | | San Juan | PR | 00936-4924 | | 787-756-1400 | 787-756-1401 | dperez@cabprlaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Chicago Equity Partners | Attn: Marty Dorow | Avenida Roosevelt 1506 | | Guaynabo | PR | 00968 | | | 787-486-4826 | dsanz@santillana.com ydejesus@santillana.com obetancourt@santillana.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | 1515 F.D. Roosevelt Avenue | | Guaynabo | PR | 00968 | | | 787-792-9830 | enrique.ortiz@claropr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Constructora I. Meléndez | Attn: Abimale Meléndez | P.O. Box 70294 | | San Juan | PR | 00936-8294 | | 787-756-9000 | 787-756-9010 | epo@amgprlaw.com larroyo@amgprlaw.com acasellas@amgprlaw.com loliver@amgprlaw.com |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol | One Baxter Park Way | | Deerfield | IL | 60015 | | | | eric_ruiz@baxter.com pat johnsen@baxter.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, and OZ Management II LP | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado | P.O. Box 360002 | | San Juan | PR | 00936-0002 | | | 787-792-4646 | eric_ruiz@baxter.com pat johnsen@baxter.com |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio | 255 Ponce de León Avenue | MCS Plaza, 10th Floor | San Juan | PR | 00917-1913 | | 787-777-8888 | 787-765-4225 | escalera@reichardescalera.com arizmendis@reichardescalera.com riverac@reichardescalera.com pabong@reichardescalera.com |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-4202 | 412-288-3063 | eschaffer@reedsmith.com lsizemore@reedsmith.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Database Marketing Services | Attn: Kenneth Sewell | Roberto Sánchez Vilella (Minillas) Government Center | De Diego Ave. Stop 22 | San Juan | PR | 907 | | | | Gerardo.Portela@aafaf.pr.gov & Mohammad.Yassin@aafaf.pr.gov |
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq. | Roberto Sánchez Vilella (Minillas) Government Center | De Diego Ave. Stop 22 | San Juan | PR | 00907 | | 787-722-2525 | 787-721-1443 | Gerardo.Portela@aafaf.pr.gov Mohammad.Yassin@aafaf.pr.gov |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | | gkurtz@whitecase.com jcunningham@whitecase.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Del Valle Group, S.P. | Attn: Rafael A Calderon | P.O. Box 364924 | | San Juan | PR | 00936-4924 | | 787-756-1400 | 787-756-1401 | hburgos@cabprlaw.com rcasellas@cabprlaw.com dperez@cabprlaw.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | | 787-764-8181 | 787-753-8944 | hermann.bauer@oneillborges.com |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | 200 Liberty Street | | New York | NY | 10281 | | 212-504-6000 | 212-406-6666 | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | Marginal 65 Infanteria #23 | Urb. San Agustin | San Juan | PR | 00925 | | | 787-815-0432 | info@wotecpr.org |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | P.O. Box 195075 | | San Juan | PR | 00919-5075 | | 787-523-3434 | 787-523-3433 | jcasillas@cstlawpr.com aaneses@cstlawpr.com |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | P.O. Box 194134 | | San Juan | PR | 00919 | | | | jemudd@yahoo.com |

**In re: The Commonwealth of Puerto Rico, *et al.***
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson | PO Box 2025 | | Las Piedras | PR | 00771 | | | 787-733-4808 | jorge@lpcdinc.com |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | Edificio Ochoa, Suite 401 | 500 Calle de la Tanca | San Juan | PR | 00901-1969 | | | | jose.sosa@dlapiper.com |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | Bo Caimito Carr 1 Km 18.5 | | San Juan | PR | 00926 | | | 787-720-2350 | jose@superasphalt.net |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 8169 Calle Concordia | Suite 102, Cond. San Vicente | Ponce | PR | 00717-1556 | | 787-844-8940 | 787-844-8960 | jpsala_pr@yahoo.com salalawyers@yahoo.com |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 212-326-2061 | jrapisardi@omm.com suhland@omm.com pfriedman@omm.com dperez@omm.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | | 1101 17th Street NW | Suite 900 | Washington | DC | 20011 | | 202-775-5900 | 202-452-0556 | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens | 209 Muñoz Rivera Ave 9Th Floor | | Hato Rey | PR | 00918 | | | 787-754-4777 | jrubio@bppr.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley | P.O. Box 195553 | | San Juan | PR | 00919-5533 | | 787-449-6000 | | jsalichs@splawpr.com etejeda@splawpr.com |
| Counsel to The University of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | 270 Muñoz Rivera Avenue | Suite 1110 | San Juan | PR | 00918 | | 787-522-6776 | 787-522-6777 | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | Marginal Ave Martinez | Nadal Esq PR-19 | San Juan | PR | 00920 | | | 787-622-6163 | julio.badia@firstgroup.com |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt | 701 Ave Ponce de Leon | Suite 401 | San Juan | PR | 00907-3248 | | 787-729-9444 | 787-729-9446 | jwc@jwcartagena.com |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131-2352 | | 305-995-5252; 305-371-2700 | | jzakia@whitecase.com |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios | P.O. Box 366211 | | San Juan | PR | 00936 | | | 787-625-4322 | kaleny.nazario@cardinalhealth.com deborah.weitzman@cardinalhealth.com |
| Top 20 Unsecured Creditor | EVERTEC Inc. | Attn: President and General Counsel | 1633 Broadway | | New York | NY | 10019 | | 212-506-1700 | 212-506-1800 | Kdavid@kasowitz.com Dfliman@kasowitz.com Isasson@kasowitz.com |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 | | 302-778-7550 | 302-778-7575 | kgwynne@reedsmith.com |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | Zona Industrial Amelia 20 Calle Diana | | Guaynabo | PR | 00968 | | | 787-720-0576 | ksewell@databasepr.com |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto Cámara Fuertes & Sonia Colón | 207 del Parque Street | 3rd Floor | San Juan | PR | 00912 | | 787-641-4545 | 787-641-4544 | leticia.casalduc@indianowilliams.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Ferrovial Agroman | Attn: Manuel Sanchez Pereira | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | | 787-765-5656 | 787-294-0073 | lsepulvado@smlawpr.com anunez@smlawpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | First Transit, Inc. | Attn: Julio Badia | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | | 787-765-5656 | 787-294-0073 | lsepulvado@smlawpr.com jescobar@smlawpr.com jsantos@smlawpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Gila Llc | Attn: Luis Alberto Sánchez | P.O. Box 326916 | | San Juan | PR | 00936-2916 | | | 787-783-0407 | luis.llado@tpprc.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Global Insurance Agency Inc | Attn: Vivian Perez | 24 Road 21 Martínez Nadal Ave. | | Guaynabo | PR | 00966 | | | 787-625-0464 | luis.villares@aciherzog.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Hernandez Gutierrez Law | Attn: Mariana Hernandez | Metro Office Park Calle 1 | Building 3 Ste 200 | Guaynabo | PR | 00968 | | | 787-522-7010 | luisalberto.sanchez@gilacorp.com |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron | 353 N. Clark St. | | Chicago | IL | 60654 | | | 787-281-6157 | lvillarejo@mesirowfinancial.com |
| Counsel to Asociación Puertorriqueña de la Judicatura | Indiano & Williams, P.S.C. | Attn: Leticia Casalduc-Rabell | 701 Ponce de León | Suite 401, Centro de Seguros Bldg. | San Juan | PR | 00907 | | 787-729-9453 X 24 | 787-723-4661 | man@nblawpr.com |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez | P.O. Box 368006 | | San Juan | PR | 00936-8006 | | 787-764-8896 | 787-721-0975 | manuel@rodriguezbanchs.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8214 | 212-735-4919 | marcia.goldstein@weil.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 700 Sixth Street, N.W. | | Washington | DC | 20001 | | 202-862-2238 | 202-862-2400 | mark.ellenberg@cwt.com |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit | 1700 Summit Lake Dr | | Tallahassee | FL | 32317 | | | 888-381-6851 | marthalucia@mainline.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | 5430 LBJ Freeway | Suite 1200 | Dallas | TX | 75240 | | 469-680-5502 | 469-680-5501 | martin.sosland@butlersnow.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | 100 Grand Paseos Blvd Suite 112 | | San Juan | PR | 00926-5902 | | 787-438-8802 | | maxtruj@gmail.com |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com ppossinger@proskauer.com ebarak@proskauer.com mzerjal@proskauer.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | 919 Third Avenue | | New York | NY | 10022 | | 212-909-7425 | 212-521-7425 | mcto@debevoise.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | 180 N La Salle Street Suite 3800 | | Chicago | IL | 60601 | | | 312-629-2728 | mdorow@chicagoequity.com |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams | 268 Munoz Rivera Ave | Ground Floor | San Juan | PR | 00918 | | | 787-767-7611 | melissa.rivera@manpower.com |

**In re: The Commonwealth of Puerto Rico, *et al.***
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron | 316 Ave De La Constitucion | | San Juan | PR | 00901 | | | 787-722-4843 | melissa@nustream.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley | 606 Ave Barbosa Edif Juan C Cordero | | San Juan | PR | 00936 | | | | melvin.gonzalez@afv.pr.gov |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | L.P.C.& D., Inc | Attn: Jorge L. González Crespo | P.O. Box 195383 | | San Juan | PR | 00919-5383 | | 787-751-8999 | 787-763-7760 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | Edificio Intendente Ramírez Pda 1 | | San Juan | PR | 00905-4515 | | | 787-294-1391 | mguzman@retiro.pr.gov |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd | Ponce De Leon Ave. | First Federal Building Suite 713-715 | San Juan | PR | 00909 | | | | mhernandez@mihglaw.com |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo | 3475 Piedmont Road NE | Suite 1920 | Atlanta | GA | 30305 | | | 404-442-0501 | Michael_Haley@ssga.com |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn: Thomas Hommell, General Counsel | 2970 Market Street | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| Top 20 Unsecured Creditor, Employee Retirement System | Mainline Information Systems | Attn: Martha Lucia Rodriguez | Sector Juan Martin | Carretera #3 Km 93.7, Ruta 901 | Yabucoa | PR | 00767 | | | 787-266-3881 | mmedina@cosey.org |
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers | 802 Avenida Fernández Juncos | Esquina Calle La Paz Miramar | San Juan | PR | 00907 | | 787-723-8520 | 787-723-7844 | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | Ave. Fernández Juncos 802 | | San Juan | PR | 00907 | | 787-723-8520 | 787-724-7844 | mpico@rexachpico.com |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Marg 65 De Inf. Calle Andes URB MC | | San Juan | PR | 00928 | | | 787-282-6408 | mrivera@emdi.net |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | 84-11 70 Street | Sierra Bayamon | Bayamon | PR | 00961 | | | 787-785-5564 | mrodriguez@netspr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Marta Gisela Alvarez | Attn: Marta Gisela Alvarez | 1250 Ponce De Leon Ave | San José Building Suite 901-902 | San Juan | PR | 00907 | | | 787-725-5530 | msanchez.portugal@ferrovial.com |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | | 101 San Patricio Ave. | Suite 1120 | Guaynabo | PR | 00968 | | 787-620-5300 | 787-620-5305 | msimonet@msglawpr.com |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina | 1801 K Street, NW | | Washington | D.C. | 20006 | | 202-775-4500 | 202-775-4510 | mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>dburke@robbinsrussell.com |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | 655 Fifteenth Street, N.W. | | Washington | DC | 20005 | | | | mwilliams@kirkland.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mesirow Financial Investment Mgt Inc. | Attn: Luis Villarejo | W E34 Ave Costo Sta Juanita | | Bayamon | PR | 00956 | | | 787-779-8510 | olmaintenance@yahoo.com |
| Top 20 Unsecured Creditor | Microsoft | Attn: Jenny Rivera | 330 West 42nd Street | | New York | NY | 10036-6979 | | 212-356-0216;<br>212-356-0228;<br>212-356-0205 | 646-473-8216;<br>646-473-8228;<br>646-473-8205 | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | 850 New Burton Road, Suite 201 | | Dover | DE | 19904 | | 800-483-1140 | 800-253-5711 | peajeinfo@dechert.com |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano | 270 Avenida Munoz Rivera PH1 | | San Juan | PR | 00918 | | | 787-620-0590 | pedro.latorre@ikonpr.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra | 830 3rd Ave FL 9 | | New York | NY | 10022 | | | | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Goldman Sachs Asset Management, L.P. ("GSAM"), | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | Centro Internacional de Mercadeo, Torre II | # 90 Carr. 165, Suite 407 | Guaynabo | PR | 00968 | | 787-273-8300 | 787-273-8379 | ra@calopsc.com<br>scriado@calopsc.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | PO Box 13399 | | San Juan | PR | 00908 | | 787-723-1233 | 787-723-8763 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq. | Plaza 273 Suite 700 | 273 Ponce de León Ave. | Hato Rey | PR | 00917-1934 | | 787-723-1233 | 787-723-8763 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Netwave Equipment Corp. | Attn: Melissa Piovannetti | State Rd 864 Km 0.6 Bo Campanillas | Campanillas | Toa Baja | PR | 00949 | | | 787-794-3239 | rcalderon@delvallegroup.net |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq. | 221 Ponce de León Avenue | 5th Floor | San Juan | PR | 00917 | | 787-766-7000 | 787-766-7001 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges LLC | Attn: Hermann Bauer, Esq. | 437 Madison Avenue | | New York | NY | 10022-7039 | | 212-940-3103 | 866-947-2426 | rchristmas@nixonpeabody.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Ol Maintenance | Attn: Juan Calo Calderon | La Coruna | Apt. 103 | Guaynabo | PR | 00969 | | 787-598-3313 | | rgarciafontan@gmail.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq. & Peter Friedman, Esq. | 444 West Lake Street | Suite 900 | Chicago | IL | 60606-0089 | | 312-368-4000 | 312-236-7516 | richard.chesley@dlapiper.com |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-335-4500 | 212-335-4501 | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| Interested Party | Peaje Investments LLC | c/o National Corporate Research, Ltd. | 1509 López Landrón, Piso 10 | | San Juan | PR | 00911 | | 787-721-6010 | 787-721-3972 | rprats@rpplaw.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción | PO Box 366104 | | San Juan | PR | 00936-6104 | | 787-767-1030 | 787-751-4068 | rrivera@jgl.com |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |

**In re: The Commonwealth of Puerto Rico, *et al.***
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Popular Asset Management | Attn: Javier Rubio CFA | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Claims Agent | Prime Clerk LLC | Attn: Christopher Schepper | 1037 Raymond Blvd. | Suite 1520 | Newark | NJ | 07102 | | 973-286-6713 | 973-286-6821 | slevine@saul.com dpatel@saul.com |
| Counsel to Debtor (Financial Oversight and Management Board as representative for the Debtors) | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak & Maja Zerjal | 671 Road 337 | | Peñuelas | PR | 00624-7513 | | | | sonia.concepcion@peerlessoil.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Puerto Rico Attorneys and Counselors at Law PSC | Attn: Jose F Chaves Caraballo | 138 Winston Churchill | Suite 316 | San Juan | PR | 00926-6023 | | 787-791-1818 | 787-791-4260 | suarezcobo@gmail.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq. | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com ericwinston@quinnemanuel.com danielsalinas@quinnemanuel.com davidcooper@quinnemanuel.com erickay@quinnemanuel.com katescherling@quinnemanuel.com brantkuehn@quinnemanuel.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Puerto Rico Telephone Co | Attn: Ana M . Betancourt | 1001 Brickell Bay Dr. | Suite 2100 | Miami | FL | 33131 | | | 305-379-4452 | tac@tchinc.com |
| Top 20 Unsecured Creditor | Puerto Rico Telephone Company | Attn: Enrique Ortiz de Montellano Rangel | 1271 Avenue of the Americas 35th Floor | | New York | NY | 10020 | | | | thomas.hommel@lehmanholdings.com |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn | City View Plaza | 48 Carr 165, suite 2000 | Guaynabo | PR | 00968 | | 267-941-7134 | | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | | 787-729-7444 | 787-729-7449 | USTP.Region21@usdoj.gov |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | 257 Calle De Recinto Sur | | San Juan | PR | 00901-1914 | | | 787-722-4894 | vperez@globalinsagency.com |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore | MCS Plaza | Ponce de León Avenue, Suite 801 | San Juan | PR | 00917 | | 787-764-6867 | 787-399-6415 | william.m.vidal@gmail.com |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq. | K-2 Ave. San Patricio | | Guaynabo | PR | 00968 | | | 787-793-0495 | wmunoz@braxtonpr.com academico@braxtonpr.com braxton.dp@gmail.com |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico | 444 West Lake Street | | Chicago | IL | 60606-0029 | | 312-984-7588 | 312-984-7700 | wsmith@mwe.com jkapp@mwe.com mthibert-ind@mwe.com ksheehan@mwe.com |
| Co-Counsel to COFINA Senior Bondholders' Coalition | Reichard & Escalera | Attn: Sylvia M. Arizmendi & Carlos R. Rivera-Ortiz | USDCPR 201106 | P.O. Box 1801 | Sabana Seca | PR | 00952-1801 | | 787-448-7032 | 787-622-3941 | wssbankruptcy@gmail.com |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Rexach & Picó, CSP | Attn: Maria E. Picó | 150 Carlos Chardon Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 | | 787-772-3000 | | |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Mark T. Stancil, Gary A. Orseck, & Donald Burke | Daniel Patrick Moynihan US Courthouse | 500 Pearl St., Suite 3212 | New York | New York | 10007-1312 | | | | |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | | | | |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | | 1201 New York Ave., NW | | Washington | DC | 20525 | | | | |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq. | Calle San Claudio Carr 845 Ave | Principal Km 0.5 | San Juan | PR | 00926 | | | 787-760-1230 | |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq. | 55 Water St. | | New York | NY | 10041 | | | | |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | P.O. Box 191149 | | San Juan | PR | 00919-1149 | | | 787-999-1613 | |
| Top 20 Unsecured Creditor, Employee Retirement System | Santander Asset Management | Attn: Desiree Mieses | United States Courthouse | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 | | | | |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 | | 787-977-6080 | | |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender | Carr 181 Km 2.0 | | Trujillo Alto | PR | 00976 | | | 787-292-1211 | |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Secretario Tribunal De San Juan | Attn: Jose Silva Jiménez | P.O. Box 1858 | | Trujillo Alto | PR | 00977 | | | 787-292-1211 | |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | | |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | 1400 Defense Pentagon | | Washington | DC | 20301-1400 | | | | |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos & Aníbal J. Núñez González | 1000 Independence Ave., SW | | Washington | DC | 20585 | | | | |
| Counsel for The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso | 245 Murray Lane., SW | | Washington | DC | 20528-0075 | | | | |
| Federal Agency | Small business Administration (SBA) | Attn: Linda McMahon | 451 7th Street., SW | | Washington | DC | 20410 | | | | |
| Top 20 Unsecured Creditor, Employee Retirement System | State Street Global Advisors | Attn: Michael Haley | 200 Independence Ave, SW | | Washington | DC | 20201 | | | | |

**In re: The Commonwealth of Puerto Rico, *et al.***
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Super Asphalt Pavement Corp. | Attn: Paride Mazza | 1849 C St., NW | | Washington | DC | 20240 | | | | |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Tamrio Inc. | Attn: Claudio Torres | 1200 New Jersey Ave., SE | | Washington | DC | 20590 | | | | |
| Top 20 Unsecured Creditor, Employee Retirement System | Taplin, Canida and Habacht | Attn: Tere Alvarez Canida CFA | 810 Vermont Ave., NW | | Washington | DC | 20420 | | | | |
| Top 20 Unsecured Creditor, Employee Retirement System | The Bank of New York Mellon | Attn: Jon Bangor, Vice President | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | 1200 Pennsylvania Ave., NW | | Washington | DC | 20460 | | | | |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | The Eniac Corporation | Attn: Albilda Bosh | Carr. #176 km. 1.3 Cupey Bajo | | Rio Piedras | PR | 00926 | | | 787-250-7356 | |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | The Law Offices of Andrés W. López, P.S.C. | Attn: Andrés W. López, Esq. | 445 12th St., SW | | Washington | DC | 20554 | | | | |
| Counsel to Mutual Fund Group | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk | 500 C St., SW | | Washington | DC | 20472 | | | | |
| Top 20 Unsecured Creditor | Total Petroleum Corps. | Attn: Luis Llado | P.O. Box 190095 | | San Juan | PR | 00919-0095 | | 787-753-1565 | 787-763-1704 | |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 | | 787-753-1565 | 787-763-1704 | |
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel | City View Plaza I Suite 107 | #48 State Road 165 Km 1.2 | Guaynabo | PR | 00968 | | | 787-273-3634 | |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | Box 429 | | Cabo Rojo | PR | 00623 | | 787-851-7866 | 787-851-1717 | |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 | | | | |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | 268 Ave Muñoz Rivera | | San Juan | PR | 00921 | | | 787-754-0769 | |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 409 3rd St., SW | | Washington | DC | 20416 | | | | |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 | | | | |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | # 27 Calle González Giusti 600 St | | Guaynabo | PR | 00968 | | | 787-793-4255 | |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions | Annex Building, Fundacion Angel Ramos | 2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383 | San Juan | PR | 00917 | | | 787-729-6875 | |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | 441 G St., NW | | Washington | DC | 20548 | | | | |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | | 787-766-5656 | 787-771-4043 | |
| Counsel to NPFG | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq. | 1400 Independence Ave., SW | | Washington | DC | 20250 | | | | |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia | 400 Maryland Ave., SW | | Washington | DC | 20202 | | | | |
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | 330 C St., SW | | Washington | DC | 20201 | | | | |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 | | | | |
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz | Frances Perkins Building | 200 Constitution Ave | Washington | DC | 20210 | | | | |