**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER ADDRESSING CLARIFICATION MOTION FOR
DEADLINE TO RESPOND TO THE UTILITIES MOTION

    On June 5, 2017, a *Motion to Inform* was filed with respect to the deadline to object or otherwise respond to the *Urgent Motion of Debtors for Interim and Final Orders (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, (C) Establishing Procedures for Determining Adequate Assurance of Payment, and (D) Setting Final Hearing* on May 22, 2017 (the "Motion").

    The deadline to object or otherwise respond to the Motion, which will be addressed at the June 28, 2017 Omnibus Hearing, is governed by the Case Management Procedures Order entered in these Title III cases. This Order resolves docket entry nos. 257, 258 and 260.

    SO ORDERED.

Dated: June 7, 2017

                                            /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).