**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**as representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al.** | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**as representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO,**<br><br>**Debtor.** | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>This Court Filing relates only to Debtor, The Commonwealth of Puerto Rico in case No.<br>17- BK-3283-LTS |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

Please take notice that the undersigned counsel, member of the firm Totti & Rodriguez Diaz, PSC, hereby files its appearance as co-counsel representing Cesar Castillo, Inc., in the above captioned case, and respectfully request this Honorable Court to be included in the Master Address List, and that all notices given or required to be given, and all papers served or required to be served, in connection with the captioned case, be given and served upon the undersigned attorneys, at the address set forth below.

Please take further notice that this appearance does not constitute, and must not be construed, as an acknowledgement or acceptance by Cesar Castillo, Inc. of the constitutionality, propriety, or validity of Debtor's petition for relief filed by Debtor on May 3, 2017 under PROMESA (48 U.S.C. §2161, et seq.)

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on June 7, 2017.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

**Totti & Rodríguez Díaz, PSC**
P.O. Box 191732
San Juan, PR 00919-1732
Tel.: (787)753-7910, Fax: (787)764-9480

s/ *Hernando A. Rivera*
USDC-PR 119803
Email: har@trdlaw.com