**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL NOTICE OF APPEARANCE

Peaje Investments LLC, a party-in-interest in the above-captioned cases, respectfully requests, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, that all motions, pleadings, papers and orders be given and served upon the following additional counsel:

>Stuart T. Steinberg
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>Phone: (215) 994-4000
>Fax: (215) 994-2222
>Email: stuart.steinberg@dechert.com

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, June 7, 2017.

| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
|---|---|
| */s/ Dora L. Monserrate Peñagarícano* | |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant* |
| USDC-PR No. 212612 | Robert J. Jossen* |
| Ricardo R. Lozada-Franco | Andrew C. Harmeyer* |
| USDC-PR No. 301807 | 1095 Avenue of the Americas |
| 101 San Patricio Avenue | New York, New York 10036 |
| Maramar Plaza, Suite 1120 | |
| Guaynabo, Puerto Rico 00968 | -and- |
| Phone: (787) 620-5300 | G. Eric Brunstad, Jr.* |
| Fax: (787) 620-5305 | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | -and- |
| | Stuart T. Steinberg** |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*

\* Admitted *pro hac vice* in No. 17 BK 3283-LTS; *pro hac vice* pending in No. 17 BK 3567-LTS.

\*\* *Pro hac vice* pending in Nos. 17 BK 3283-LTS and 17 BK 3567-LTS.