# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors. [1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## MOTION TO WITHDRAW LEGAL REPRESENTATION

**COMES NOW** the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation, and respectfully avers as follows:

1. On May 5, 2017, attorney Philip Abelson of the law firm of Proskauer Rose LLP, filed a *Motion to Appear Pro Hac Vice* on behalf of the Oversight Board in the case of caption. (Docket No. 12).

2. On May 12, 2017, the Court granted attorney Abelson's *Motion*. (Docket No. 194).

3. Attorney Abelson is no longer a member of Proskauer Rose LLP and thus, will no longer represent the Oversight Board in the case of caption.

**WHEREFORE**, the Oversight Board respectfully requests that the Honorable Court take notice of the foregoing and grant the request for withdrawal of Philip Abelson as attorney of record for the Oversight Board.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

| | |
|---|---|
| Dated: June 7, 2017 | Respectfully submitted, |
| San Juan, Puerto Rico | Martin J. Bienenstock |
| | Paul V. Possinger |
| | Ehud Barak |
| | Maja Zerjal |
| | **PROSKAUER ROSE LLP** |
| | Eleven Times Square |
| | New York, NY 10036 |
| | Tel: (212) 969-3000 |
| | Fax: (212) 969-2900 |
| | |
| | *Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |
| | |
| | */s/*Hermann D. Bauer |
| | Hermann D. Bauer |
| | USDC No. 215205 |
| | |
| | **O'NEILL & BORGES LLC** |
| | 250 Muñoz Rivera Ave., Suite 800 |
| | San Juan, PR 00918-1813 |
| | Tel: (787) 764-8181 |
| | Fax: (787) 753-8944 |
| | |
| | *Co-Attorneys for the Financial Oversight and* |
| | *Management Board as representative for the Debtors* |

2