## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO** | **PROMESA** |
| | **TITLE III** |
| As Representative of: | **Civil No. 17-3283 (LTS)** |
| **THE COMMONWEALTH OF PUERTO RICO, Debtor.** | |

### JOINT MOTION IN COMPLIANCE WITH ORDER AT DKT. NO. 230

**TO THE HONORABLE COURT:**

Come now, Lourdes Perdigón Acevedo ("Mrs. Perdigón"), and the Commonwealth of Puerto Rico ("Commonwealth"), through their undersigned counsel, to respectfully move the Court for an Order granting relief from the automatic stay, and, in support of their motion, state as follows:

1. On May 26th 2017, Mrs. Perdigón appeared before this Honorable Court requesting relief from the automatic stay under PROMESA Title III to continue her state civil case no. FAC2016-1989 against the Commonwealth contesting the forfeiture of her automobile as a result of a criminal intervention by law enforcement agents. The Commonwealth is due to respond to this request as ordered by this Court.

2. The parties inform this Honorable Court, that after conferring about the underlying facts of Mrs. Perdigón's forfeiture case, it is in the best interest of both parties to jointly request the lift of the stay in the state civil case no. FAC2016-1989.

3. Notwithstanding the above, the appearance made here by the Commonwealth should not be construed as a waiver of any right or defense as provided by law in relation to the stay under section 362(a) of Title 11 of the United States Code (the "Bankruptcy Code") (incorporated to Title III by section 301(a) of PROMESA), and any protection offered therein, in any other motions for relief of stay.  The Commonwealth further reserves its rights with respect to any claim currently pending in

case no. FAC2016-1989 or hereinafter asserted by Mrs. Perdigón other than the claim contesting forfeiture, seeking return of the bond posted, and seeking return of the vehicle that is the subject matter of that proceeding.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above, and GRANT the relief requested in the *Motion for Relief From Stay* (the "Motion") [D.I. 229], provided that the stay under section 362(a) of the Bankruptcy Code is lifted solely with respect to Mrs. Perdigón's action to contest the forfeiture in civil case no. FAC2016-1989, in which she also seeks return of the bond posted, and seeks return of the vehicle that is the subject matter of that proceeding.

### CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing Motion with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 8, 2017.

**Attorney for Mrs. Perdigón:**
/S/ Emanuel Rier-Soto
**EMANUEL RIER-SOTO, ESQ**
U.S.D.C. 304110
HT28 Ave. El Comandante
Carolina, PR 00982
(787)307-5991
E-Mail: rier.emanuel@gmail.com.

**Attorney for the Commonwealth of Puerto Rico:**

Wanda Vázquez Garced
Secretary of Justice

Wandymar Burgos Vargas
Acting Deputy Secretary in Charge of Litigation

/S/Javier Burgos Ruiz
**JAVIER BURGOS RUIZ**
USDC-PR No. 301511
Director of Forfeiture & Criminal Bonds Division
Department of Justice
P.O. Box 9020192
San Juan, PR  00902-0192
Office (787) 721-2900 x2202
Email: jburgos@justicia.pr.gov

2