```
Court Name: District Court
Division: 1
Receipt Number: PRX100049961
Cashier ID: arodrigu
Transaction Date: 06/07/2017
Payer Name: TULLA, ERIC A
------------------------------------
PRO HOC VICE
 For: TULLA, ERIC A
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: RIVERA & TULLA FERRER
 Check/Money Order Num: 35340
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF ROBIN
E. KELLER
THRU: TULLA, ERIC A
```