```
Court Name: District Court
Division: 1
Receipt Number: PRX100049960
Cashier ID: arodrigu
Transaction Date: 06/07/2017
Payer Name: TULLA, ERIC A
-----------------------------------
PRO HOC VICE
 For: TULLA, ERIC A
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: TULLA, ERIC A
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: TULLA, ERIC A
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: HOGAN LOVELLS US LLP
 Check/Money Order Num: 106186
 Amt Tendered:  $900.00
-----------------------------------
Total Due:      $900.00
Total Tendered: $900.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF DANIEL
J. LANIGAN, PIETER VAN TOL &
MICHAEL SHANE JOHNSON

THRU: TULLA, ERIC A
```