UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION**
***PRO HAC VICE*** **OF PIETER VAN TOL**

COMES NOW, Pieter Van Tol, applicant herein, pursuant to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding pursuant to Federal Bankruptcy Rule 9029, which in turn applies to this proceeding pursuant to Section 3010 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states:

1. Applicant is an attorney and a member of the law firm of Hogan Lovells US LLP, with offices at:

> 875 Third Avenue
> New York, NY 10022
> Telephone: (212) 918-3000
> Facsimile: (212) 918-3100
> E-Mail: pieter.vantol@hoganlovells.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2. Applicant will sign all pleadings with the name Pieter Van Tol.

3. Applicant has been retained as a member of the above-named firm by U.S. Bank, National Association and U.S. Bank Trust, National Association. ("U.S Bank") to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 1995, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is NY-2713014

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Supreme Court | 2007 |
| United States Court of Appeals –Second Circuit | 2004 |
| District Court for the Eastern District of New York | 2008 |
| District Court for the Southern District of New York | 1996 |
| District Court for the Western District of New York | 2017 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

**RIVERA TULLA & FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building

>50 Quisqueya Street
>San Juan, PR 00917-1212
>etulla@riveratulla.com
>icabrera@riveratulla.com

10. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

12. WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: June 7, 2017

>Respectfully submitted,
>
>*/s/ Pieter Van Tol*
>_____
>Pieter Van Tol (NY-2713014)
>HOGAN LOVELLS US LLP
>NY-4833513
>875 Third Avenue
>New York, NY 10022
>Telephone: (212) 918-3000
>Facsimile: (212) 918-3100
>E-Mail: pieter.vantol@hoganlovells.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: June 7, 2017

Respectfully submitted,

**RIVERA, TULLA AND FERRER, LLC**
By: /s *Eric A. Tulla*
Eric A. Tulla
USDC-DPR No. 118313
By: /s *Iris J. Cabrera-Gómez*
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409
Email: etulla@ riveratulla.com
icabrera@riveratulla.com

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on June 7, 2017, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 8th day of June, 2017.

**RIVERA, TULLA AND FERRER, LLC**
By: /s *Eric A. Tulla*
Eric A. Tulla
USDC-DPR No. 118313
By: /s *Iris J. Cabrera-Gómez*
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212

Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409
Email: etulla@ riveratulla.com
 icabrera@riveratulla.com

*Pieter Van Tol*
_____
Pieter Van Tol (NY-2713014)
HOGAN LOVELLS US LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
E-Mail:pieter.vantol@hoganlovells.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[2] | PROMESA<br>Title III<br><br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF PIETER VAN TOL

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
U.S. District Judge

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).