B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>AMBAC ASSURANCE CORPORATION | **DEFENDANTS**<br>COMMONWEALTH OF PUERTO RICO, FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, HON. RICARDO ROSSELLÓ NEVARES, RAÚL MALDONADO GAUTIER, JOSÉ IVÁN MARRERO ROSADO, GERARDO JOSÉPORTELA FRANCO, JOSÉ B. CARRIÓN III, ANDREW G. BIGGS, CARLOS M. GARCÍA, ARTHUR J. GONZALEZ, JOSÉ R. GONZÁLEZ, ANA J. MATOSANTOS, DAVID A. SKEEL, JR., ELÍAS SÁNCHEZ, and JOHN DOES 1-12 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>**Ferraiuoli, LLC**, Roberto A. Cámara Fuertes and Sonia E. Colón, PO Box 195168, San Juan, PR 00919-5168, Tel.: (787) 766-7000; Fax (787) 766-7001, rcamara@ferraiuoli.com and scolon@ferraiuoli.com<br>**Milbank, Tweed, Hadley & McCloy LLP**, Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland (*pro hac vice* forthcoming), 28 Liberty Street, New York, NY 10005, Tel.: (212) 530-5770, Fax: (212) 822-5770, ddunne@milbank.com, aleblanc@milbank.com, amiller@milbank.com and gmainland@milbank.com | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>□ Debtor     □ U.S. Trustee/Bankruptcy Admin<br>x Creditor   □ Other<br>□ Trustee | **PARTY** (Check One Box Only)<br>x Debtor     □ U.S. Trustee/Bankruptcy Admin<br>□ Creditor   □ Other<br>□ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
28 U.S.C. § 1331, 28 U.S.C. § 1332, 28 U.S.C. §§ 2201 and 2202, 37, Section 106(e) of PROMESA, 28 U.S.C. § 1391, and 48 U.S.C. § 2167. Declaratory and injunctive relief due to the diversion of pledged special revenues by defendants.

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | FRBP 7001(1) – Recovery of Money/Property | | FRBP 7001(6) – Dischargeability (continued) |
|---|---|---|---|
| □ | 11-Recovery of money/property - §542 turnover of property | □ | 61-Dischargeability - §523(a)(5), domestic support |
| □ | 12-Recovery of money/property - §547 preference | □ | 68-Dischargeability - §523(a)(6), willful and malicious injury |
| □ | 13-Recovery of money/property - §548 fraudulent transfer | □ | 63-Dischargeability - §523(a)(8), student loan |
| □ | 14-Recovery of money/property - other | □ | 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support) |
| | FRBP 7001(2) – Validity, Priority or Extent of Lien | □ | 65-Dischargeability - other |
| □ | 21-Validity, priority or extent of lien or other interest in property | | FRBP 7001(7) – Injunctive Relief |
| | FRBP 7001(3) – Approval of Sale of Property | □ | 71-Injunctive relief – imposition of stay |
| □ | 31-Approval of sale of property of estate and of a co-owner - §363(h) | x | 72-Injunctive relief – other |
| | FRBP 7001(4) – Objection/Revocation of Discharge | | FRBP 7001(8) Subordination of Claim or Interest |
| □ | 41-Objection / revocation of discharge - §727(c),(d),(e) | □ | 81-Subordination of claim or interest |
| | FRBP 7001(5) – Revocation of Confirmation | | FRBP 7001(9) Declaratory Judgment |
| □ | 51-Revocation of confirmation | | 91-Declaratory judgment |
| | FRBP 7001(6) – Dischargeability | | FRBP 7001(10) Determination of Removed Action |
| □ | 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims | □ | 01-Determination of removed claim or cause |
| □ | 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud | | **Other** |
| □ | 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | □ | SS-SIPA Case – 15 U.S.C. §§78aaa *et seq.* |
| | **(continued next column)** | □ | 2-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |

| □ Check if this case involves a substantive issue of state law | □ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| □ Check if a jury trial is demanded in complaint | Demand  $ |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | | |
|---|---|---|
| NAME OF DEBTOR<br>The Financial Oversight and Management Board for Puerto Rico as representative of the Commonwealth of Puerto Rico<br>The Financial Oversight and Management Board for Puerto Rico as representative of Puerto Rico Highways and Transportation Authority | BANKRUPTCY CASE NO.<br>No. 17 BK 3283-LTS<br><br>No. 17 BK 3567-LTS | |
| DISTRICT IN WHICH CASE IS PENDING<br>Puerto Rico | DIVISION OFFICE<br>Old San Juan | NAME OF JUDGE<br>Laura Taylor Swain |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>June 8, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>*/s/Roberto A. Cámara Fuertes*<br>Roberto A. Cámara Fuertes (USDC-PR No. 219002)<br>*/s/Sonia E. Colón*<br>Sonia E. Colón (USDC-PR No. 213809) | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.