# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>     as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>                         Debtor. | PROMESA<br><br>Title III<br>No. 17 BK 3283-LTS |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>     as representative of<br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br>                         Debtor. | PROMESA<br><br>Title III<br>No. 17 BK 3567-LTS |
| AMBAC ASSURANCE CORPORATION,<br>                         Plaintiff,<br>v.<br>COMMONWEALTH OF PUERTO RICO, FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, HON. RICARDO ROSSELLÓ NEVARES, RAÚL MALDONADO GAUTIER, JOSÉ IVÁN MARRERO ROSADO, GERARDO JOSÉ PORTELA FRANCO, JOSÉ B. CARRIÓN III, ANDREW G. BIGGS, CARLOS M. GARCÍA, ARTHUR J. GONZALEZ, JOSÉ R. GONZÁLEZ, ANA J. MATOSANTOS, DAVID A. SKEEL, JR., ELÍAS SÁNCHEZ, and JOHN DOES 1-12,<br>                         Defendants. | Adv. No. _____ |

## SUMMONS

To: **José B. Carrión III**
     Edificio World Plaza, A2 Piso 11
     268 Avenida Muñoz Rivera
     San Juan, PR 00918

     YOU ARE HEREBY SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons. If the defendant is the United State or its offices or agencies, then a motion or answer to the complaint shall be filed within 35 days.

     At the same time your motion or answer is filed, you must serve a copy of it upon the plaintiff's attorney <u>Roberto A. Cámara Fuertes, Esq.</u>, or upon the plaintiff if not represented by counsel, at the following address: <u>Ferraiuoli, LLC, PO Box 195168, San Juan, PR 00919-5168</u>.

     If you elect to respond first by motion pursuant to Fed. R. Bankr. P. 7012, that rule governs the time within which your answer must be served.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                          MARIA DE LOS ANGELES GONZALEZ, ESQ.
                                          CLERK, U.S. BANKRUPTCY COURT

Date of Issuance: _____     By:_____
                                                                    Deputy Clerk

**CERTIFICATE OF SERVICE**

I, _____(name), certify that service of this summons and a copy of the complaint was made on _____ (date) by:

[  ]   Mail service: Regular, first class United States mail, postage fully pre-paid, addressed

to: _____

[  ]   Personal Service: By leaving the process with the defendant or with an officer or agent

of defendant at: _____

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: _____    Signature: _____

   Print Name: _____

   Address: _____

   _____

   _____