# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On May 26, 2017, Lourdes Perdigón Acevedo (the "Movant") filed a motion (the "Motion") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(a) (as incorporated by 48 U.S.C. § 2161) with respect to the continuation of a civil lawsuit against the Commonwealth of Puerto Rico (the "Commonwealth"), civil case no. FAC2016-1989 (the "Action"). On June 8, 2017, the Commonwealth and Movant filed a joint motion (the "Joint Motion") indicating that each party consented to the relief sought in the Motion. Based upon the Court's review of the Motion and the Joint Motion, it is hereby

**ORDERED**, that the automatic stay, in effect pursuant 48 U.S.C. § 2161 is hereby terminated so that Movant may continue to pursue the Action; and it is further

**ORDERED**, that this Court shall retain jurisdiction in connection with all matters arising in or arising out of the implementation of this Order; and it is further

[*remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**ORDERED**, that this Order resolves docket entry nos. 229 and 272.

SO ORDERED.

Dated: June 8, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge