UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF LANORA C. PETTIT**

COMES NOW, Lanora C. Pettit, Applicant herein and respectfully states:

1. Applicant is an attorney and associated with the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, with offices at:

>   1801 K Street, N.W., Suite 411L
>   Washington, DC 20006
>   lpettit@robbinsrussell.com
>   Telephone: (202) 775-4500
>   Facsimile: (202) 775-4510

2. Applicant will sign all pleadings with the name Lanora C. Pettit.

3. Applicant has been retained as a member of the above-named firm by an ad hoc group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders")[1] to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since January 9, 2015, applicant has been and presently is a member in good standing of the bar of the District of Columbia, where applicant regularly practices law. Applicant's DC bar license number is 1024596.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Court of Appeals for the First Circuit | 3/15/2017 |
| United States Court of Appeals for the Ninth Circuit | 7/28/2011 |
| U.S. District Court, Southern District of New York | 11/13/2012 |
| New York Supreme Court, Appellate Division | 1/20/2011 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

---

[1] The Ad Hoc Group of General Obligation Bondholders consists of certain funds managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion Capital Partners L.P.

2

10. Local counsel of record associated with applicant in this matter is:

> J. Ramón Rivera Morales
> USDC-PR Bar No. 200701
> Jiménez, Graffam & Lausell
> P.O. Box 366104
> San Juan, Puerto Rico 00936-6101
> Telephone: (787) 767-1030
> Facsimile: (787) 751-4068
> E-Mail: rrivera@jgl.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 8, 2017

Respectfully submitted,

Lanora C. Pettit
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
lpettit@robbinsrussell.com
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 8, 2017

                                      Respectfully submitted,

                                      /s/ J. Ramón Rivera Morales
                                      J. Ramón Rivera Morales
                                      USDC-PR Bar No. 200701
                                      Jiménez, Graffam & Lausell
                                      P.O. Box 366104
                                      San Juan, Puerto Rico 00936-6101
                                      Telephone: (787) 767-1030
                                      Facsimile: (787) 751-4068
                                      E-Mail: rrivera@jgl.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

| /s/ J. Ramón Rivera Morales | |
|---|---|
| J. Ramón Rivera Morales | Lanora C. Pettit |
| USDC-PR Bar No. 200701 | Robbins, Russell, Englert, Orseck, Untereiner |
| Jiménez, Graffam & Lausell | & Sauber LLP |
| P.O. Box 366104 | 1801 K Street, N.W., Suite 411L |
| San Juan, Puerto Rico 00936-6101 | Washington, DC 20006 |
| Telephone: (787) 767-1030 | lpettit@robbinsrussell.com |
| Facsimile: (787) 751-4068 | Telephone: (202) 775-4500 |
| E-Mail: rrivera@jgl.com | Facsimile: (202) 775-4510 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF LANORA C. PETTIT

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
Laura Taylor Swain
U.S. District Judge

6

```
Court Name: District Court
Division: 1
Receipt Number: PRX100050008
Cashier ID: arodrigu
Transaction Date: 06/09/2017
Payer Name: JIMENEZ, GRAFFAM AND LAUSELL
-------------------------------------------
PRO HOC VICE
  For: JIMENEZ, GRAFFAM AND LAUSELL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:          $300.00
PRO HOC VICE
  For: JIMENEZ, GRAFFAM AND LAUSELL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:          $300.00
PRO HOC VICE
  For: JIMENEZ, GRAFFAM AND LAUSELL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:          $300.00
PRO HOC VICE
  For: JIMENEZ, GRAFFAM AND LAUSELL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:          $300.00
-------------------------------------------
PAPER CHECK CONVERSION
  Remitter: JIMENEZ, GRAFFAM AND LAUSELL
  Check/Money Order Num: 064473
  Amt Tendered: $300.00
PAPER CHECK CONVERSION
  Remitter: JIMENEZ, GRAFFAM AND LAUSELL
  Check/Money Order Num: 064472
  Amt Tendered: $300.00
PAPER CHECK CONVERSION
  Remitter: JIMENEZ, GRAFFAM AND LAUSELL
  Check/Money Order Num: 064470
  Amt Tendered: $300.00
PAPER CHECK CONVERSION
  Remitter: JIMENEZ, GRAFFAM AND LAUSELL
  Check/Money Order Num: 064471
  Amt Tendered: $300.00
-------------------------------------------
Total Due:       $1,200.00
Total Tendered: $1,200.00
Change Amt:         $0.00

17-3283(LTS) & 17-3284(LTS) PRO HAC
VICE OF LANORA C. PETIT & KATHRYN
S. ZECCA

THRU: J. RAMON RIVERA-MORALES
```