UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF KATHRYN S. ZECCA**

COMES NOW, Kathryn S. Zecca, Applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, with offices at:

> 1801 K Street, N.W., Suite 411L
> Washington, DC  20006
> kzecca@robbinsrussell.com
> Telephone: (202) 775-4500
> Facsimile: (202) 775-4510

2. Applicant will sign all pleadings with the name Kathryn S. Zecca.

3. Applicant has been retained as a member of the above-named firm by an ad hoc group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders")[1] to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since January 5, 1998, applicant has been and presently is a member in good standing of the bar of the District of Columbia, where applicant regularly practices law. Applicant's DC bar license number is 457244.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| United States Supreme Court | 1/13/1997 |
| United States Court of Appeals for the DC Circuit | 2005 |
| United States Court of Appeals for the Federal Circuit | 4/24/2000 |
| United States Court of Appeals for the Fourth Circuit | 6/23/2015 |
| United States Court of Appeals for the Ninth Circuit | 8/7/2002 |
| United States Court of Appeals for the Eleventh Circuit | 8/8/2002 |
| United States District Court, Central District of California | 3/19/1996 |
| United States District Court, District of Columbia | 9/10/2001 |
| California State Bar | 12/4/1995 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has never filed for *pro hac vice* admission in the United States District

---

[1] The Ad Hoc Group of General Obligation Bondholders consists of certain funds managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion Capital Partners L.P.

Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

>J. Ramón Rivera Morales
>USDC-PR Bar No. 200701
>Jiménez, Graffam & Lausell
>P.O. Box 366104
>San Juan, Puerto Rico 00936-6101
>Telephone: (787) 767-1030
>Facsimile: (787) 751-4068
>E-Mail: rrivera@jgl.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 8, 2017

>Respectfully submitted,
>
>/s/ Kathryn S. Zecca
>Kathryn S. Zecca
>Robbins, Russell, Englert, Orseck, Untereiner &
>  Sauber LLP
>1801 K Street, N.W., Suite 411L
>Washington, DC 20006
>kzecca@robbinsrussell.com
>Telephone: (202) 775-4500
>Facsimile: (202) 775-4510

3

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 8, 2017

Respectfully submitted,

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Jiménez, Graffam & Lausell
P.O. Box 366104
San Juan, Puerto Rico 00936-6101
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Jiménez, Graffam & Lausell
P.O. Box 366104
San Juan, Puerto Rico 00936-6101
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: rrivera@jgl.com

Kathryn S. Zecca
Robbins, Russell, Englert, Orseck, Untereiner
 & Sauber LLP
1801 K Street, N.W., Suite 411L
Washington, DC 20006
kzecca@robbinsrussell.com
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

4

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

**ORDER GRANTING ADMISSION
*PRO HAC VICE* OF KATHRYN S. ZECCA**

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
Laura Taylor Swain
U.S. District Judge

```
Court Name: District Court
Division: 1
Receipt Number: PRX100050008
Cashier ID: arodrigu
Transaction Date: 06/09/2017
Payer Name: JIMENEZ, GRAFFAM AND LAUSELL
--------------------------------------
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:           $300.00
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:           $300.00
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:           $300.00
PRO HOC VICE
 For: JIMENEZ, GRAFFAM AND LAUSELL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:           $300.00
--------------------------------------
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 064473
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 064472
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 064470
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ, GRAFFAM AND LAUSELL
 Check/Money Order Num: 064471
 Amt Tendered:  $300.00
--------------------------------------
Total Due:        $1,200.00
Total Tendered:   $1,200.00
Change Amt:       $0.00

17-3283(LTS) & 17-3284(LTS) PRO HAC
VICE OF LANORA C. PETIT & KATHRYN
S. ZECCA

THRU: J. RAMON RIVERA-MORALES
```