IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3282-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, as made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2710, as well as this Court's *Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* (Docket No. 249), the United States of America, U.S. Army Corps of Engineers, among other agencies and departments of the United States, hereby appears through the United States Department of Justice, Civil Division, and requests service of all notices and papers herein upon:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474).

Matthew J. Troy
United States Department of Justice
Civil Division

via regular mail
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

or

via overnight delivery
1100 L Street, N.W.
Room 10030
Washington, DC 20530.

Please take notice that this request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to these proceedings. Please take further notice that neither this notice nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (ii) any election of remedy, and (iii) any other rights, claims, actions, defenses, set offs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, set offs and recoupments are expressly reserved.

This 9th day of June 2017.

Respectfully submitted,

    CHAD READLER
    Acting Assistant Attorney General
    ROSA EMILIA RODRÍGUEZ-VÉLEZ
    United States Attorney
    HÉCTOR E. RAMÍREZ-CARBÓ
    Assistant United States Attorney
    Civil Chief

/s/ Matthew J. Troy
RUTH A. HARVEY
MICHAEL J. QUINN
MATTHEW J. TROY
USDC # G02707
JONATHAN JACOBSON

Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038 (o)
(202) 307-0494 (f)

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

/s/ Matthew J. Troy
Matthew J. Troy