UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtor[1] | CASE NO. 17-03283-LTS<br><br>PROMESA<br>Title III<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

**COMES NOW** Debtor, Luis A Rivera Siaca, creditor and party-in-interest in the captioned case, and hereby enter his appearance through the law firm of Charles A. Cuprill P.S.C. Law Office and pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170.  Pursuant to sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as this Court's Order *(a) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (b) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (c) Granting Related Relief* (the "CMP Order") (Docket No. 249), the undersigned requests that all notice given, or required to be given, and all papers served, or required to be served in this case be given to and served upon the undersigned lar firm

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) if the Bankruptcy Case, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedures specified above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal,

---

[1] Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-03283-LTS)(last four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-03284)(last four Digits of Federal Tax ID: 8474).

oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, which may affect or seek to affect in any way any rights or interests of Luis A. Rivera Siaca with respect to the captioned case or any property or proceeds in which Debtor may claim an interest.

RESPECTFULLY SUBMITTED.

San Juan, Puerto Rico, this 9th day of June, 2017.

s/ CHARLES A. CUPRILL–HERNÁNDEZ
USDC-PR 114312
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR  00901
Tel.:  (787) 977–0515
Fax:  (787) 977–0518
E–Mail: ccuprill@cuprill.com