IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> The Financial Oversight and Management Board for Puerto Rico, <br><br> As representative of <br><br> The Commonwealth of Puerto Rico, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Liberty Cablevision of Puerto Rico LLC, creditor and party in interest (Liberty), through its undersigned attorney, and before this Honorable Court very respectfully states and prays:

1) The undersigned has been retained to represent the appearing creditor in the above captioned case.

2) The information regarding Liberty, the requesting party, is as follows:

   i) Liberty Cablevision of Puerto Rico LLC
      c/o Alexandra Verdiales
      PO Box 192296
      San Juan, P.R. 00919-2296
      Telephone No. 787-657-3050
      Facsimile 787-355-9681
      Email: Alexandra.verdiales@libertypr.com

   ii) Liberty's counsel:
       Orlando Fernández
       Orlando Fernández Law Offices
       #27 Calle González Giusti Ste 300
       Guaynabo, PR 00968-3076
       Telephone No. 787-294-5698
       Facsimile 787-759-6768
       Email: ofernandez@oflawoffice.com

3) Hence, the undersigned requests from this Honorable Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the First Amended Notice, Case Management and Administrative Procedures, to accept this notice as a formal appearance in the captioned case and that he be notified with copy of all filings in the case.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

In Guaynabo, Puerto Rico, this 12th day of June, 2017.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants, including the Debtor and the US Trustee. Paper copies have been mailed to the Honorable Court and the U.S. Trustee pursuant to Section II.A.(i) and (ii) of the First Amended Notice, Case Management and Administrative Procedures (Docket No. 262-1).

/s/Orlando Fernández
USDC PR No. 126912
ORLANDO FERNÁNDEZ LAW OFFICES, P.S.C.
#27 Calle González Giusti Ste 300
Guaynabo, P.R. 00968-3076
Tel. (787) 294-5698/Fax 787-759-6768
ofernandez@oflawoffice.com