# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Document Relates to:[2]<br>17 BK 3283; 17 BK 3284 |

## CERTIFICATE OF SERVICE

I, Alicia I. Lavergne Ramírez, do hereby certify that, I caused a true and correct copy of the Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay (No. 17 BK 3283, Dockets 270 and 271 and No. 17 BK 3284 Dockets 139 and 140) to be served as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [ECF No. 242], this pleading will be filed in both the lead Case No. 17 BK 3283-LTS and in Case No. 17 BK 3284-LTS.

| Document served: | Service on: |
|---|---|
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 8, 2017 by mail (2 copies)<br>Chambers of Hon. Laura Taylor Swain<br>United States District Court<br>for the District of Puerto Rico<br>150 Carlos Chardón Street<br>Federal Building, Office 150<br>San Juan, PR 00918-1767 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 8, 2017 by mail (2 copies)<br>Chambers of Hon. Daniel Patrick Moynihan United States<br>District Court<br>for the District of Puerto Rico<br>United States Courthouse<br>500 Pearl St., Suite 3212<br>New York, NY 10007-1312 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 8, 2017 by mail to:<br>Office of the United States Trustee<br>for the District of Puerto Rico<br>Edificio Ochoa, 500 Tanca Street Suite 301,<br>San Juan, PR 00901-1922<br>And by email to:<br>USTP.Region21@usdoj.gov |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Federal Agency<br>AmeriCorps<br>Attn: Kim Mansaray 1201<br>New York Ave., NW, Washington DC 20525 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Highways and Transportation Authority<br>Bermudez, Longo, Diaz- Masso,S.E<br>Attn: Carmelo Diaz<br>Calle San Claudio, Carr 845 Ave Principal Km 0.5, San Juan, PR 00926 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Cede & Co.,<br>Attn: President and General Counsel<br>55 Water St.. New York, NY 10041 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149, San Juan, PR 00919-1149 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0, Trujillo Alto, PR 00976; and P.O. Box 1858, Trujillo Alto, PR 00977 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Departamento de Justicia de Puerto Rico<br>Apartado 9020192, San Juan, PR 00902-0192 |
| 17-BK-3283-LTS<br>Docket 270 | June 9, 2017 by mail<br>Department of Defense (DOD) |

KL2 3014136.9

| Document served: | Service on: |
| --- | --- |
| Docket 271 | Attn: Jim Mattis<br>1400 Defense Pentagon, Washington, DC 20301-1400 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW, Washington, DC 20585 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW, Washington DC 20528-0075 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of housing and Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW, Washington DC 20410 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW, Washington DC 20201 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW, Washington DC 20240 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE, Washington DC 20590 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW, Washington DC 20420 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW, Washington DC 20230 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW, Washington DC 20460 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo, Rio Piedras, PR 00926 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW, Washington DC  20554 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW, Washington DC  20472 |
| 17-BK-3283-LTS | June 9, 2017 by mail |

- 3 -

| Document served: | Service on: |
|---|---|
| Docket 270<br>Docket 271 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>P.O. Box 190095, San Juan, PR 00919-0095; and Triple S Plaza, 1510 F.D. Roosevelt Ave. 9th Floor, Suite 9 B1, Guaynabo, PR 00968 |
| 17-BK-3283-LTS<br>Docket 270<br>Docket 271 | June 9, 2017 by mail<br>Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107, #48 State Road 165 Km 1.2, Guaynabo, PR 00968 |

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today, June 12, 2017.

By:
/s/ *Alicia I. Lavergne-Ramírez*
Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@lsplawpr.com

LOPEZ SÁNCHEZ & PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*