# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>      Debtor. | BANKRUPTCY NO.: 17-03283 (LTS)<br><br>PROMESA<br>Title III |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE BANKRUPTCY COURT:**

**COMES NOW** creditor **Sistema de Retiro de la Universidad de Puerto Rico**, through the undersigned counsel, and respectfully states and prays as follows:

The undersigned counsel appears pursuant to Fed. R. Bankr. P. 9010(b) and requests that copies of all future notices, pleadings, and other filings in the case be served on him. The undersigned also requests to be added to the Master List maintained by the Clerk of the Court.

**WHEREFORE**, the appearing party requests from this Honorable Court to take notice of the above stated, to serve it accordingly and to include it in the master address list.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of June, 2017.

2

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com
