# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Document Relates to:[2]<br><br>17 BK 3283; 17 BK 3284 |

## CERTIFICATE OF SERVICE

I, Alicia I. Lavergne Ramírez, do hereby certify that, I caused a true and correct copy of the Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay (No. 17 BK 3283, Dockets 270 and 271 and No. 17 BK 3284 Dockets 139 and 140) to be served as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [ECF No. 242], this pleading will be filed in both the lead Case No. 17 BK 3283-LTS and in Case No. 17 BK 3284-LTS.

| Document served: | Service on: |
| --- | --- |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by mail (2 copies)<br>Chambers of Hon. Laura Taylor Swain<br>United States District Court<br>for the District of Puerto Rico<br>150 Carlos Chardón Street<br>Federal Building, Office 150<br>San Juan, PR    00918-1767 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by mail (2 copies)<br>Chambers of Hon. Daniel Patrick Moynihan United States District Court<br>for the District of Puerto Rico<br>United States Courthouse<br>500 Pearl St., Suite 3212<br>New York, NY  10007-1312 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by mail to:<br>Office of the United States Trustee<br>for the District of Puerto Rico<br>Edificio Ochoa, 500 Tanca Street Suite 301,<br>San Juan, PR    00901-1922<br>And by email to:<br>USTP.Region21@usdoj.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Federal Agency<br>AmeriCorps<br>Attn: Kim Mansaray      1201<br>New York Ave., NW, Washington DC 20525 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Highways and Transportation Authority<br>Bermudez, Longo, Diaz- Masso,S.E<br>Attn: Carmelo Diaz<br>Calle San Claudio, Carr 845 Ave Principal Km 0.5, San Juan, PR 00926 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Cede & Co.,<br>Attn: President and General Counsel<br>55 Water St.. New York, NY 10041 |
| 17 BK 3283-LTS -Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149, San Juan, PR 00919-1149 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0, Trujillo Alto, PR  00976; and P.O. Box 1858, Trujillo Alto, PR  00977 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Departamento de Justicia de Puerto Rico<br>Apartado 9020192, San Juan, PR  00902-0192 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon, Washington, DC 20301-1400 |

KL2 3014136.9

| Document served: | Service on: |
| --- | --- |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW, Washington, DC 20585 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW, Washington DC 20528-0075 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of housing and Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW, Washington DC 20410 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS 0- Dockets 139 & 140 | June 9, 2017 by mail<br>Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW, Washington DC 20201 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW, Washington DC 20240 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE, Washington DC 20590 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW, Washington DC 20420 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW, Washington DC 20230 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW, Washington DC 20460 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo, Rio Piedras, PR 00926 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW, Washington DC  20554 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW, Washington DC  20472 |
|  |  |

| Document served: | Service on: |
| --- | --- |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>P.O. Box 190095, San Juan, PR 00919-0095; and Triple S Plaza, 1510 F.D. Roosevelt Ave. 9th Floor, Suite 9 B1, Guaynabo, PR    00968 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107, #48 State Road 165 Km 1.2, Guaynabo, PR    00968 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429, Cabo Rojo, PR   00623; and Calle Rafael Cordero 154, Edificio González Padín, Oficina 506, San Juan, PR 00901 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Secretario Tribunal De San Juan<br>Attn: Jose Silva Jiménez<br>268 Ave Muñoz Rivera, San Juan, PR  00921 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>Small Business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW, Washington DC  20416 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza, 63 Calle Fortaleza, San Juan, PR 00901 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>The Eniac Corporation<br>Attn: Albilda Bosh<br># 27 Calle González Giusti 600 St, Guaynabo, PR 00968 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundación Angel Ramos, 2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383, San Juan, PR 00917 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW, Washington DC 20548 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez<br>U.S. Attorney, Torre Chardón, Suite 1201, 350 Carlos Chardón Street, San Juan, PR 00918 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW, Washington DC 20250 |

KL2 3014136.9

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW, Washington DC 20230 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW, Washington DC 20202 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW, Washington DC 20201 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW, Washington DC 20530 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 9, 2017 by mail<br>US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building, 200 Constitution Ave.<br>Washington DC   20210 |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Gerardo.Portela@aafaf.pr.gov;<br>Mohammad.Yassin@aafaf.pr.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Counsel for the Oversight Board<br>Proskauer Rose LLP<br>ctheodoridis@proskauer.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>A.J. Bennazar Zequeria to<br>ajb@bennazar.org; bgm.csp@bennazar.org |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Aci-Herzog a Joint Venture<br>Attn: Luis Villares<br>luis.villares@aciherzog.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Administracion Sistema De Retiro<br>Attn: Cecile Tirado to:<br>mguzman@retiro.pr.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>AFSCME<br>Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>jrivlin@afscme.org; tpaterson@afscme.org<br>mblumin@afscme.org |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Air Chiller Mechanical Const.Inc.<br>Attn: Julia Tolentino to:<br>airchmech@aol.com |

KL2 3014136.9

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Alpha Guards Mgt Inc.<br>Attn: Jorge Morales Laboy to:<br>alphaguards@aol.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Andrés L. Córdova, andreslopecordova@gmail.com;<br>acordova@juris.inter.edu |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Arroyo Flores Consulting Group Inc.<br>Attn: Reinaldo Arroyo to:<br>arroyo@afcg.biz |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Aut Edificios Públicos<br>Attn: Amilcar González Ortiz<br>amgonzalez@aep.pr.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Autoridad De Energia Electrica<br>Attn: Cynthia Morales Colon<br>c_morales@aeepr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Autoridad Financiamiento Vivienda<br>Attn: Melvin Gonzalez Perez to:<br>melvin.gonzalez@afv.pr.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Banco Popular De PR<br>Attn: Carlos Garcia Alvira to:<br>carlos.garcia3@popular.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Baxter Sales & Distrib PR Corp.<br>Attn: Eric Ruiz Malave & John Almeida<br>eric_ruiz@baxter.com;pat_johnsen@baxter.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Beltran Beltran and Assoc PSC<br>Attn: Carlos Beltran<br>beltranbeltranassociates@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Betterrecycling Corp.<br>Attn: Marisel Rivera<br>mrivera@emdi.net |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Braxton School of Puerto Rico<br>Attn: Angelina Sosa to:<br>wmunoz@braxtonpr.com<br>academico@braxtonpr.com<br>braxton.dp@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Buchalter, A Professional Corporation<br>Attn: Shawn M. Christianson, Esq.<br>schristianson@buchalter.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Butler Snow LLP<br>Attn: Martin Sosland, Esq.<br>martin.sosland@butlersnow.com |

KL2 3014136.9

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Cadwalader, Wickersham & Taft LLP<br>Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais<br>howard.hawkins@cwt.com; mark.ellenberg@cwt.com; ellen.halstead@cwt.com; thomas.curtin@cwt.com; casey.servais@cwt.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Cardinal Health PR<br>Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>kaleny.nazario@cardinalhealth.com; deborah.weitzman@cardinalhealth.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Casellas Alcover & Burgos P.S.C.<br>Ricardo F. Casellas-Sánchez<br>rcasellas@cabprlaw.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Casillas, Santiago & Torres, LLC<br>Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq.<br>jcasillas@cstlawpr.com: aaneses@cstlawpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>CD Builders, Inc.<br>Attn: Ismael Carrasquillo<br>cdbuilders@live.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Chicago Equity Partners<br>Attn: Marty Dorow<br>mdorow@chicagoequity.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Cohen, Weiss and Simon LLP<br>Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud<br>pdechiara@cwsny.com:<br>tciantra@cwsny.com:<br>Harnaud@cwsny.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Constructora I. Meléndez<br>Attn: Abimale Meléndez<br>cimelendez@coqui.net: cimoc@coqui.net |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Corporacion de Servicios Educativos de Yabucoa<br>Attn: Dr. Roque Diaz Tizol<br>mmedina@cosey.org |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Correa Acevedo & Abesada Law Offices, P.S.C.<br>Attn: Roberto Abesada-Agüet and Sergio E. Criado<br>ra@calopsc.com; scriado@calopsc.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Database Marketing Services<br>Attn: Kenneth Sewell<br>ksewell@databasepr.com |

KL2 3014136.9

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Debevoise & Plimpton LLP<br>Attn: My Chi To, Esq.<br>mcto@debevoise.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Dechert LLP<br>Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer<br>allan.brilliant@dechert.com;<br>robert.jossen@dechert.com;<br>andrew.harmeyer@dechert.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Del Valle Group, S.P.<br>Attn: Rafael A Calderon<br>rcalderon@delvallegroup.net |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Delgado & Fernandez, LLC<br>Attn: Alfredo Fernandez Martinez<br>afernandez@delgadofernandez.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Diana Pérez Seda<br>dperez@cabprlaw.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>DLA Piper (Puerto Rico) LLC<br>Attn: Jose A. Sosa-Llorens<br>jose.sosa@dlapiper.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>DLA Piper LLP (US)<br>Attn: Richard A. Chesley & Rachel Ehrlich Albanese<br>richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Ediciones Santillana, Inc.<br>Attn: Daniel Sanz & Obed Betancourt<br>dsanz@santillana.com;<br>ydejesus@santillana.com; obetancourt@santillana.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Ediciones SM     Attn: Marisol Diaz<br>consultas@sm-pr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Ferrovial Agroman<br>Attn: Manuel Sanchez Pereira<br>msanchez.portugal@ferrovial.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Ferrovial Agroman<br>Attn: Manuel Sanchez Pereira<br>msanchez.portugal@ferrovial.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>First Transit, Inc.<br>Attn: Julio Badia<br>julio.badia@firstgroup.com |
|  |  |

KL2 3014136.9

| Document served: | Service on: |
| --- | --- |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Gila Llc<br>Attn: Luis Alberto Sánchez<br>luisalberto.sanchez@gilacorp.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Global Insurance Agency Inc<br>Attn: Vivian Perez<br>vperez@globalinsagency.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Hernandez Gutierrez Law<br>Attn: Mariana Hernandez<br>mhernandez@mihglaw.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>IKON Solutions, Inc.<br>Attn: Pedro J. Latorre Negron<br>pedro.latorre@ikonpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Institucion Educativa NETS, LLC.<br>Attn: Nydia T. Rodriguez Lopez<br>mrodriguez@netspr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>Mimi.M.Wong@irscounsel.treas.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Internal Revenue Service (IRS)<br>Insolvency Unit<br>Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Jorge P. Sala Colon<br>jpsala_pr@yahoo.com;salalawyers@yahoo.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>José Luis Barrios-Ramos<br>barrios.jl@outlook.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Jose W. Cartagena<br>jwc@jwcartagena.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Kirkland & Ellis LLP<br>Attn: Travis Langenkamp & Michael F. Williams<br>mwilliams@kirkland.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>KPMG, LLC<br>Attn: Angel Perez & Luisette Negron<br>aperez@kpmg.com; Lnegron@kpmg.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>L.P.C.& D., Inc.<br>Attn: Jorge L. González Crespo<br>jorge@lpcdinc.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Law Offices of Andrés W. López, Esq.<br>Attn: Andrés W. López, Esq.<br>andres@awllaw.com |
| | |

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Law Offices of John E. Mudd<br>Attn: John E. Mudd<br>jemudd@yahoo.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Legal Partners, PSC.<br>Attn: Juan M. Suarez-Cobo<br>suarezcobo@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Lehman Brothers Holdings Inc.<br>Attn:  Thomas Hommell, General Counsel<br>thomas.hommel@lehmanholdings.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Mainline Information Systems<br>Attn: Martha Lucia Rodriguez<br>marthalucia@mainline.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Manpower<br>Attn: Melissa Rivers<br>melissa.rivera@manpower.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Margarita Mercado-Echegaray<br>mmercado@mercado-echegaray-law.com;<br>margaritalmercado@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Marta Gisela Alvarez<br>alvamarta@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Maximiliano Trujillo-Gonzalez<br>maxtruj@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>MC&CS<br>Attn: Carlos Colon Medina<br>ccolon@mccspr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Mesirow Financial Investment Mgt Inc.<br>Attn: Luis Villarejo<br>lvillarejo@mesirowfinancial.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Monserrate Simonet & Gierbolini, LLC<br>Attn: Dora L. Monserrate Peñagarícano<br>dmonserrate@msglawpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Monserrate Simonet & Gierbolini, LLC<br>Attn: Miguel Simonet-Sierra<br>msimonet@msglawpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Nazario Briceño Law Offices, LLC<br>c/o Miguel A. Nazario, Jr., Esq.<br>man@nblawpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Netwave Equipment Corp.<br>Attn: Melissa Piovannetti<br>melissa@nustream.com |

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Nixon Peabody<br>Attn: Robert Christmas, Esq.<br>rchristmas@nixonpeabody.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Ol Maintenance<br>Attn: Juan Calo Calderon<br>olmaintenance@yahoo.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>arosenberg@paulweiss.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Peaje Investments LLC<br>c/o National Corporate Research, Ltd.<br>peajeinfo@dechert.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Peerless Oil & Chemicals, Inc.<br>Attn: Sonia Concepción<br>sonia.concepcion@peerlessoil.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Picó & Blanco LLC<br>Attn: Ana M. del Toro Sabater, Esq.<br>adtoro@pico-blanco.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Popular Asset Management<br>Attn: Javier Rubio CFA<br>jrubio@bppr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Prime Clerk LLC Attn: Christopher Schepper<br>puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Proskauer Rose LLP<br>Attn: Paul V. Possinger, Ehud Barak & Maja Zerjal<br>ppossinger@proskauer.com;<br>ebarak@proskauer.com;<br>mzerjal@proskauer.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Puerto Rico Attorneys and Counselors at Law PSC<br>Attn: Jose F Chaves Caraballo<br>chaves@fc-law.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Puerto Rico Telephone Co.<br>Attn: Ana M . Betancourt<br>abetancourt@claropr.net |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Puerto Rico Telephone Company<br>Attn: Enrique Ortiz de Montellano Rangel<br>enrique.ortiz@claropr.com |
| | |

KL2 3014136.9

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Reichard & Escalera<br>Attn: Sylvia M. Arizmendi & Carlos R. Rivera-Ortiz<br>arizmendis@reichardescalera.com;<br>riverac@reichardescalera.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Rexach & Picó, CSP<br>Attn: Maria E. Picó<br>mpico@rexachpico.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>Attn: Gary A. Orseck, & Donald Burke<br>gorseck@robbinsrussell.com;<br>dburke@robbinsrussell.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Rodriguez Banchs, CSP<br>Attn: Manuel A. Rodríguez Banchs<br>manuel@rodriguezbanchs.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Rosamar Garcia Fontan, Esq.<br>rgarciafontan@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>RPP Law, PSC<br>Attn: Roberto L. Prats, Esq.<br>rprats@rpplaw.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Salichs Pou & Associates PSC<br>Attn: Juan C. Salichs and Edna M. Tejeda-Oyola<br>jsalichs@splawpr.com; etejeda@splawpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Santander Asset Management<br>Attn: Desiree Mieses<br>Dmieses@sampr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Saul Ewing LLP<br>Attn: Sharon L. Levine & Dipesh Patel<br>slevine@saul.com; dpatel@saul.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Schulte Roth And Zabel LLP<br>Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender<br>brian.pfeiffer@srz.com; tae.kim@srz.com;<br>parker.milender@srz.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Securities & Exchange Commission<br>Attn: Secretary of the Treasury<br>secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Securities & Exchange Commission – NY Office<br>Attn: Bankruptcy Department<br>bankruptcynoticeschr@sec.gov |
| | |

KL2 3014136.9

| Document served: | Service on: |
|---|---|
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Sepulvado & Maldonado, PSC<br>Attn: Aníbal J. Núñez González<br>anunez@smlawpr.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>State Street Global Advisors<br>Attn: Michael Haley<br>Michael_Haley@ssga.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Super Asphalt Pavement Corp.<br>Attn: Paride Mazza<br>jose@superasphalt.net |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Tamrio Inc.<br>Attn: Claudio Torres<br>ctorres@tamrio.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Taplin, Canida and Habacht<br>Attn: Tere Alvarez Canida CFA<br>tac@tchinc.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>The Bank of New York Mellon<br>Attn: Jon Bangor, Vice President<br>debbi.reid@bnymellon.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Total Petroleum Corps.<br>Attn: Luis Llado<br>luis.llado@tpprc.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Totti & Rodríguez Díaz, PSC<br>Attn: Daniel Molina López, Esq.<br>dml@trdlaw.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Weil, Gotshal & Manges LLP<br>Attn: Marcia L. Goldstein, Esq.<br>marcia.goldstein@weil.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>William M. Vidal-Carvajal Law Office, P.S.C.<br>Attn: William M. Vidal-Carvajal, Esq.<br>william.m.vidal@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>William Santiago-Sastre, Esq.<br>wssbankruptcy@gmail.com |
| 17 BK 3283-LTS - Dockets 270 & 271<br><br>17 BK 3284-LTS - Dockets 139 & 140 | June 8, 2017 by email<br>Workforce Training and Employment Center, Inc. (WOTEC)<br>Attn: Rosa J. Orama Ortiz<br>info@wotecpr.org |

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today, June 12, 2017.

By:
/s/ *Alicia I. Lavergne-Ramírez*
Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@lsplawpr.com

LOPEZ SÁNCHEZ & PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

KL2 3014136.9