**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),[2] | No. 17 BK 3566-LTS (Joint Administration Requested) |
| Debtor. | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),[3] | No. 17 BK 3567-LTS (Joint Administration Requested) |
| Debtor. | |

---------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

## AMENDED NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
## INTERIM COMPENSATION MOTION PURSUANT TO FED. R. CIV. P. 41

To the Honorable United States District Court Judge Laura Taylor Swain:

**A.** The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Initial Debtors") and certain other Commonwealth instrumentalities: the (i) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"); and (ii) Puerto Rico Highways and Transportation Authority ("HTA," and together with ERS, the "Additional Debtors," and collectively with the Initial Debtors, the "Debtors," and each, a "Debtor"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") filed the *Motion of Debtors Pursuant to PROMESA section 317 and Bankruptcy Code section 105(a) for Entry of Order (a) Authorizing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (b) Appointing a (i) Fee Committee, Including Approval of Proposed Composition, Structure, Governance, Operations, and Responsibilities of Such Committee, and (ii) Fee Examiner to Serve As One of Its Members* (the "Interim Compensation Motion").

**B.** The Interim Compensation Motion filed at D.I. 300 in Case No. 17 BK 3283-LTS (Commonwealth); D.I. 63 in Case No.17 BK 3566-LTS (ERS); and D.I. 81 in Case No. 17 BK 3567-LTS (HTA) was inadvertently filed prior to receiving comments that will be incorporated in the motion and, therefore, the Debtors are dismissing the Interim Compensation Motion filed at each of these Title III cases without prejudice to refiling the motion in the next several weeks.

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to these Title III cases by Bankruptcy Rule 9014(c) and PROMESA section 310, the

Oversight Board, as the Debtors' representative, is hereby dismissing without prejudice the Interim Compensation Motion in each case in which it was filed.

| | |
|---|---|
| Dated: June 12, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/* Martin J. Bienenstock<br><br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admitted *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial*<br>*Oversight and Management Board*<br>*as Representative for the Debtors*<br><br>*/s/* Hermann D. Bauer<br><br>Hermann D. Bauer<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial*<br>*Oversight and Management Board*<br>*as Representative for the Debtors* |