# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-----------------------------------------------------------x

PROMESEA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

    I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On June 7, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Order Addressing Clarification Motion for Deadline to Respond to the Utilities Motion [Docket No. 265]

- Motion to Withdraw Legal Representation [Docket No. 269]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

On June 7, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Utility Service List attached hereto as **Exhibit B**:

- Order Addressing Clarification Motion for Deadline to Respond to the Utilities Motion [Docket No. 265]

Dated: June 12, 2017

/s/ Christine Porter
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 12, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ Mark M Brown

MARK M BROWN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BR6305738
Qualified in New York County
My Commission Expires June 09, 2018

## **Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | P.O. Box 194000 No. 212 San Juan PR 00919-4000 | ajb@bennazar.org bgm.csp@bennazar.org | Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli P.O. Box 70294 San Juan PR 00936-8294 | epo@amgprlaw.com larroyo@amgprlaw.com acasellas@amgprlaw.com loliver@amgprlaw.com | Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin 1101 17th Street NW Suite 900 Washington DC 20011 | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org | Email |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray 1201 New York Ave., NW Washington DC 20525 | | First Class Mail |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy, ("Levy") | Andrés L. Córdova | P.O. Box 195355 San Juan PR 00919-533 | andreslopecordova@gmail.com acordova@juris.inter.edu | Email |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol P.O. Box 29227 San Juan PR 00929-0227 | xavier.carol@abertis.com | Email |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol Urb. Matienzo Cintron Calle Montellano 518 San Juan PR 00923 | xavier.carol@abertis.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Gonzalo Alcade 48 Carr. 165, Ste. 500 Guaynabo PR 00968-8033 | gonzalo.alcalde@metropistas.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Gonzalo Alcade PO Box 12004 San Juan PR 00922 | gonzalo.alcalde@metropistas.com | Email |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa K-2 Ave. San Patricio Guaynabo PR 00968 | wmunoz@braxtonpr.com academico@braxtonpr.com braxton.dp@gmail.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. 55 Second Street, 17th Floor San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Christopher R. Maddox & J. Mitchell Carrington 5430 LBJ Freeway, Suite 1200 Dallas TX 75240 | Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Butler Snow LLP | Attn: Martin Sosland, Esq. 5430 LBJ Freeway Suite 1200 Dallas TX 75240 | martin.sosland@butlersnow.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais 200 Liberty Street New York NY 10281 | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com | Email |
| Counsel to Assured | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq. 700 Sixth Street, N.W. Washington DC 20001 | mark.ellenberg@cwt.com | Email |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman Centro Internacional de Distribucion PR-165 Km 2.4 Edificio 10 Guaynabo PR 00965 | deborah.weitzman@cardinalhealth.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>P.O. Box 366211<br>San Juan PR 00936 | kaleny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda<br>P.O. Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq.<br>P.O. Box 195075<br>San Juan PR 00919-5075 | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com | Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, 16th Floor<br>San Juan PR 00901 | ltorres@cstlawpr.com<br>AAneses@cstlawpr.com | Email |
| Top 20 Unsecured Creditor | Cede & Co., as nominee of the Depositary Trust Company2 | Attn: President and General Counsel<br>55 Water St.<br>New York NY 10041 | | First Class Mail |
| Top 20 Unsecured Creditor | Cesar Castillo Inc. | Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan PR 00919-1149 | | First Class Mail |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud<br>330 West 42nd Street<br>New York NY 10036-6979 | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com | Email |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol<br>Sector Juan Martin<br>Carretera #3 Km 93.7, Ruta 901<br>Yabucoa PR 00767 | mmedina@cosey.org | Email |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, and OZ Management II LP | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo PR 00968 | ra@calopsc.com<br>scriado@calopsc.com | Email |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto PR 00976 | | First Class Mail |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto PR 00977 | | First Class Mail |
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>robert.jossen@dechert.com<br>andrew.harmeyer@dechert.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr.<br>90 State House Square<br>Hartford CT 06106 | eric.brunstad@dechert.com | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan PR 00910-1750 | afernandez@delgadofernandez.com | Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington DC 20301-1400 | | First Class Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington DC 20585 | | First Class Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington DC 20528-0075 | | First Class Mail |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson<br>451 7th Street., SW<br>Washington DC 20410 | | First Class Mail |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington DC 20201 | | First Class Mail |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke<br>1849 C St., NW<br>Washington DC 20240 | | First Class Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington DC 20590 | | First Class Mail |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington DC 20420 | | First Class Mail |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority (hereinafter "Executive Director") | Development & Construction Law Group, LLC | Attn: Raúl Castellanos<br>Highways & Transportation Authority PMB 443<br>Suite 112, 100 Grand Paseos Blvd<br>San Juan PR 00926-5902 | rcastellanos@devconlaw.com | Email |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924<br>San Juan PR 00936-4924 | dperez@cabprlaw.com | Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 | richard.chesley@dlapiper.com | Email |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York NY 10020 | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com | Email |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt<br>Avenida Roosevelt 1506<br>Guaynabo PR 00968 | dsanz@santillana.com<br>ydejesus@santillana.com<br>obetancourt@santillana.com | Email |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz<br>Barrio Palmas 776<br>Calle 7, Suite 2<br>Calano PR 00962 | consultas@sm-pr.com | Email |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | EVERTEC Inc. | Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras PR 00926 | | First Class Mail |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 | | First Class Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 | | First Class Mail |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto Cámara Fuertes & Sonia Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Email |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones<br>254 Ave. Jesús T. Piñero<br>San Juan PR 00927 | wmq@wmarrerolaw.com | Email |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron<br>270 Avenida Munoz Rivera PH1<br>San Juan PR 00918 | pedro.latorre@ikonpr.com | Email |
| Counsel to Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila<br>207 del Parque Street<br>3rd Floor<br>San Juan PR 00912 | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com | Email |
| Counsel to Asociación Puertorriqueña de la Judicatura | Indiano & Williams, P.S.C. | Attn: Leticia Casalduc-Rabell<br>207 del Parque Street<br>3rd Floor<br>San Juan  PR 00912 | leticia.casalduc@indianowilliams.com | Email |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez<br>84-11 70 Street<br>Sierra Bayamon<br>Bayamon PR 00961 | mrodriguez@netspr.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit<br>City View Plaza<br>48 Carr 165, Suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com | Email |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | 8169 Calle Concordia<br>Suite 102, Cond. San Vicente<br>Ponce PR 00717-1556 | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com | Email |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos<br>PO Box 364966<br>San Juan PR 00936-4966 | barrios.jl@outlook.com | Email |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | 701 Ave Ponce de Leon<br>Suite 401<br>San Juan PR 00907-3248 | jwc@jwcartagena.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq.<br>1633 Broadway<br>New York NY 10019 | Kdavid@kasowitz.com<br>Dfliman@kasowitz.com<br>Isasson@kasowitz.com | Email |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams<br>655 Fifteenth Street, N.W.<br>Washington DC 20005 | mwilliams@kirkland.com | Email |
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com | Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq.<br>902 Fernández Juncos Ave.<br>902 Fernández Juncos Ave.<br>San Juan PR 00907 | andres@awllaw.com | Email |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd<br>P.O. Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com | Email |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | Email |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn: Thomas Hommell, General Counsel<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | thomas.hommel@lehmanholdings.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com | Email |
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers<br>268 Munoz Rivera Ave<br>Ground Floor<br>San Juan PR 00918 | melissa.rivera@manpower.com | Email |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | 802 Avenida Fernández Juncos<br>Esquina Calle La Paz Miramar<br>San Juan PR 00907 | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com | Email |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan PR 00919-0095 | | First Class Mail |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 | | First Class Mail |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | Attn: Maximiliano Trujillo-Gonzalez, Esq.<br>100 Grand Paseos Blvd.<br>Suite 112<br>San Juan PR 00926-5902 | maxtruj@gmail.com | Email |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina<br>428 Ave Excorial Caparra Hts<br>Viejo San Juan PR 00926 | ccolon@mccspr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq.<br>270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey PR 00918 | aaa@mcvpr.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq.<br>PO Box 364225<br>San Juan PR 00936-4225 | aaa@mcvpr.com | Email |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq.<br>270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey PR 00918 | nzt@mcvpr.com | Email |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq.<br>PO Box 364225<br>San Juan PR 00936-4225 | nzt@mcvpr.com | Email |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com | Email |
| Top 20 Unsecured Creditor | Microsoft | Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo PR 00968 | | First Class Mail |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com | Email |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo PR 00968 | dmonserrate@msglawpr.com | Email |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra<br>101 San Patricio Ave.<br>Suite 1120<br>Guaynabo PR 00968 | msimonet@msglawpr.com | Email |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Ricardo R. Lozada - Franco<br>101 San Patricio Avenue<br>Suite 1120<br>Guaynabo PR 00968 | rlozada@msglawpr.com | Email |
| Counsel to Goldman Sachs Asset Management, L.P. ("GSAM"), | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>Plaza 273 Suite 700<br>273 Ponce de León Ave.<br>Hato Rey PR 00917-1934 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com | Email |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Email |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq.<br>701 Ponce de León<br>Suite 401, Centro de Seguros Bldg.<br>San Juan PR 00907 | man@nblawpr.com | Email |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 | rchristmas@nixonpeabody.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq. & Peter Friedman, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com | Email |
| Interested Party | Peaje Investments LLC | c/o National Corporate Research, Ltd.<br>850 New Burton Road, Suite 201<br>Dover DE 19904 | peajeinfo@dechert.com | Email |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com | Email |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov | Email |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva<br>PO Box 360998<br>San Juan PR 00936-0998 | fsilva@claropr.com | Email |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>davidcooper@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com | Email |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 | | First Class Mail |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan PR 00901 | | First Class Mail |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | Email |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Email |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com | Email |
| Co-Counsel to COFINA Senior Bondholders' Coalition | Reichard & Escalera | Attn: Sylvia M. Arizmendi & Carlos R. Rivera-Ortiz<br>255 Ponce de Leon Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | arizmendis@reichardescalera.com<br>riverac@reichardescalera.com | Email |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Rexach & Picó, CSP | Attn: Maria E. Picó<br>Ave. Fernández Juncos 802<br>San Juan PR 00907 | mpico@rexachpico.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Mark T. Stancil, Gary A. Orseck, & Donald Burke<br>1801 K Street, NW<br>Washington D.C. 20006 | mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>dburke@robbinsrussell.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com | Email |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | La Coruna<br>Apt. 103<br>Guaynabo PR 00969 | rgarciafontan@gmail.com | Email |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq.<br>American Airlines Building<br>1509 López Landrón, Piso 10<br>San Juan PR 00911 | rprats@rpplaw.com | Email |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq.<br>166 Avenida de la Constitución<br>San Juan PR 00901 | cbimbela@scvrlaw.com<br>mhernandez@scvrlaw.com | Email |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola<br>P.O. Box 195553<br>San Juan PR 00919-5533 | jsalichs@splawpr.com<br>etejeda@splawpr.com | Email |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender<br>919 Third Avenue<br>New York NY 10022 | brian.pfeiffer@srz.com<br>tae.kim@srz.com<br>parker.milender@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos & Aníbal J. Núñez González<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>anunez@smlawpr.com | Email |
| Counsel for The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>jescobar@smlawpr.com<br>jsantos@smlawpr.com | First Class Mail and Email |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | | First Class Mail |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | The Law Offices of Andrés W. López, P.S.C. | Attn: Andrés W. López, Esq.<br>902 Fernández Juncos Ave.<br>San Juan PR 00907 | andres@awllaw.com | Email |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| Top 20 Unsecured Creditor | Total Petroleum Corps. | Attn: Luis Llado<br>P.O. Box 326916<br>San Juan PR 00936-2916 | luis.llado@tpprc.com | Email |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan PR 00917 | | First Class Mail |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 | | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | | First Class Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | | First Class Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | | First Class Mail |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | | First Class Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington DC 20210 | | First Class Mail |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to NPFG | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq.<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com<br>jcunningham@whitecase.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jzakia@whitecase.com | Email |
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 | william.m.vidal@gmail.com | Email |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz<br>Marginal 65 Infanteria #23<br>Urb. San Agustin<br>San Juan PR 00925 | info@wotecpr.org | Email |

**Exhibit B**

Exhibit B
Utilty Service List
Served via First Class Mail

| NAME | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| 4Net, Inc. | 56 Calle A Jardines de Arecibo | | | ARECIBO | PR | 00612 |
| 4Net, Inc. | PO BOX 140614 | | | ARECIBO | PR | 00614-0614 |
| ABSOLUTE MOBILE, INC. | 4352 SE 95TH STREET | | | OCALA | FL | 34480 |
| ACN Communication Services, LLC | 1000 PROGRESS PL | | | CONCORD | NC | 28025-2449 |
| ADVANCE WIRELESS COMMUNICATIONS, INC D/B/A AWC TELECOM | 403 CALLE DEL PARQUE | SUITE 6 | | SAN JUAN | PR | 00912-3709 |
| AERONET WIRELESS BROADBAND, CORP. | Metro Office Park 18 | Suite 305 | | Guaynabo | PR | 00968 |
| AERONET WIRELESS BROADBAND, CORP. | PO BOX 270013 | | | SAN JUAN | PR | 00927 |
| AHMED TECHNOLOGY CORP. | ESTANCIAS DE LA FUENTE L14 CALLE PRADERA | | | TOA ALTA | PR | 00953 |
| AIR VOICE WIRELESS, INC. | 2425 Franklin Road | | | Bloomfield Hills | MI | 48302 |
| Allied Waste of Puerto Rico, Inc. | Calle A, Lote 5 Bo. Palmas | | | Cataño | PR | 00962 |
| ALTANETWORKS, LLC | ALTS. DE COVADONGA 4B5 CALLE CAMPO AMOR | | | TOA BAJA | PR | 00949-5430 |
| American Broadband and Telecommunications Company | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| AMERIMEX COMMUNICATIONS CORP. | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| Andres Reyes Burgos, Inc. (ARB) | Ave. Barbosa 371 | | | Cataño | PR | 00962 |
| Andres Reyes Burgos, Inc. (ARB) | PO Box 1055 | | | Cataño | PR | 00963 |
| AT& T OF PUERTO RICO, INC. | 996 CALLE SAN ROBERTO REPARTO LOYOLA | SUITE 503 | | RÍO PIEDRAS | PR | 00926 |
| AT&T MOBILITY PUERTO RICO, INC. | PO BOX 71514 | | | SAN JUAN | PR | 00936-8614 |
| BBR IT SYNERGY, LLC | VILLAS DE SAN FRANCISCO PLAZA 89 AVE. DE DIEGO | SUITE 201 | | SAN JUAN | PR | 00927 |
| BLE GROUP INC. | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | | TOA ALTA | PR | 00953 |
| BLUE JAY WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| Blue Jay Wireless, LLC | PO Box 591057 | | | SAN JUAN | PR | 00911-1938 |
| Boomerang Wireless, LLC d/b/a EnTouch Wireless | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| BROADBAND TELECOMMUNICATIONS NETWORK, CORP. | 239 AVE. ARTERIAL HOSTOS | SUITE 900 CAPITAL CENTER BUILDING | | SAN JUAN | PR | 00918-1400 |
| Broadsmart Global, Inc. | 4 West Las Olas Boulevard 9th | | | Fort Lauderdale | FL | 33301 |
| Broadsmart Global, Inc. | PO Drawer 200 | | | Winter Park | FL | 32790-0200 |
| BUDGET PREPAY, INC. | MCS PLAZA, SUITE 715 255 AVE. PONCE DE LEÓN | | | SAN JUAN | PR | 00917 |
| BUSINESS TECHNOLOGY PARTNERS | 273 CALLE HONDURAS COND. ROYAL 1004 | | | SAN JUAN | PR | 00917 |
| CA SOLUTIONS, INC. | 7946 NW 66th St | | | Miami | FL | 33166 |
| CA SOLUTIONS, INC. | PO BOX 787 | | | FAJARDO | PR | 00738-0787 |
| Call Catchers, Inc. d/b/a FreedomVoice Systems | 169 SAXONY RD STE 212 | | | ENCINITAS | CA | 92024-6781 |
| Caribbean Network Solutions, Inc. | IF 41 Ave. Lomas Verdes Royal Palm | | | Bayamón | PR | 00956 |
| CENTURYLINK COMMUNICATIONS, LLC (QWEST) | 1801 CALIFORNIA STREET | 10TH FLOOR | | DENVER | CO | 80202 |
| Clearnet | Carr. 829 k.m. 7.9 | | | Bayamón | PR | 00956 |
| Clearnet | RR 8 Box 9672 | | | Bayamón | PR | 00956 |
| Cloud Call, inc. | 1595 PEACHTREE PKWY STE 204-337 | | | CUMMING | GA | 30041-9584 |
| COLLECTA CORPORATION | 89 DE DIEGO, SUITE 105 | PMB 719 | | SAN JUAN | PR | 00927-6370 |
| COLUMBUS NETWORKS PUERTO RICO, INC. | City View Plaza, Suite 515 #48 Carr. 165 | Km. 1.2 | | SAN JUAN | PR | 00936-4225 |
| COLUMBUS NETWORKS PUERTO RICO, INC. | PO BOX 364225 | | | SAN JUAN | PR | 00936-4225 |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | 48 Munoz Rivera Ave Aquablue At The Golden Mile Fl 4 | | | SAN JUAN | PR | 00918 |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | PO BOX 195600 | | | SAN JUAN | PR | 00919-5600 |
| Consolidated Waste Services, Corp. | BO. MAMEY, CARRETERA 189 KM 9.0 | | | Gurabo | PR | 00778 |
| Consolidated Waste Services, Corp. | PO Box 1322 | | | Gurabo | PR | 00778 |
| COQUITEL, LLC | PO BOX 496 | | | OROCOVIS | PR | 00720 |
| CORTELCO SYSTEMS PUERTO RICO, INC. | Parque Industrial Caguas Oeste | Edificio M-1384-8-86 Sección 04 | Carr. 156 Km 58.2 Valle Tolima | CAGUAS | PR | 00727 |
| CORTELCO SYSTEMS PUERTO RICO, INC. | PO BOX 7076 | | | CAGUAS | PR | 00726-5249 |
| COSOTNET, INC | Carr. 3 Km 23.5 | | | RIO GRANDE | PR | 00745 |
| COSOTNET, INC | PO BOX 270200 | | | RIO GRANDE | PR | 00745 |
| CREXENDO BUSINESS SOLUTIONS, INC. | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| CRITICAL HUB NETWORKS, INC. | 1314 Ave Ponce De Leon Ste 400 | | | SAN JUAN | PR | 00907 |
| CRITICAL HUB NETWORKS, INC. | PO BOX 11278 | | | SAN JUAN | PR | 00910-1278 |
| Crown Castle PR Solutions, LLC | 2000 Corporate Drive | | | Canonsburg | PA | 15217 |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17 BK 3283-LTS                    Page 1 of 4

Exhibit B
Utilty Service List
Served via First Class Mail

| NAME | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Crown Castle PR Solutions, LLC | 2600 Maitland Center Parkway | Suite 300 | | Canonsburg | PA | 15217 |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | SUITE 100 PUERTA DE TIERRA | | SAN JUAN | PR | 00901 |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | | | SAN JUAN | PR | 00901 |
| DATALINK SOLUTIONS | 350 Collins Road N.E. | | | Cedar Rapids | IA | 52498 |
| DATALINK SOLUTIONS | BOX 122 | | | SALINAS | PR | 00751 |
| DM WIRELESS | Highway 149 KM 1.9 | | | MANATÍ | PR | 00674 |
| DM WIRELESS | RR 02 BOX 6147 | | | MANATÍ | PR | 00674 |
| EC Waste | Road #3 Int. 923 KM 1.7 Bo. Buena Vista | | | Humacao | PR | 00971 |
| Empire Gas Co, Inc. | 109 Andes St Urb Monte Rey | | | San Juan | PR | 00926 |
| Empire Gas Co, Inc. | PO Box 353651 | | | San Juan | PR | 00936-3651 |
| FASTLINK COMMUNICATIONS, INC. | 32 BOULEVARD DE LA MEDIA LUNA APTO9204 | | | CAROLINA | PR | 00987 |
| Fiber Optic Systems, Corp. | METRO OFFICE PARK 7 CALLE 1 | SUITE 204 | | GUAYNABO | PR | 00968-1718 |
| FLASH WIRELESS, LLC | 1000 PROGRESS PLACE NE | | | CONCORD | NC | 28025 |
| Freedom Networks, LLC | PO Box 1806 | | | Vega Baja | PR | 00694-1806 |
| FUSE TELECOM, LLCA | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | | TOA ALTA | PR | 00953-5208 |
| Gasrico Corporation | Ave Juan Rosado #113 | | | Arecibo | PR | 00613-4816 |
| GC Company Corp. | PO Box 860 | | | Guaynabo | PR | 00970-0860 |
| GC Company Corp. | Road 833 Km. 11.0 Interior | Barrio Santa Rosa 3 Sector Los Rivera | | Guaynabo | PR | 00970 |
| GLOBAL CARIBBEAN FIBER-PUERTO RICO, LLC | 250 MUÑOZ RIVERA AVE | SUITE 800 | | SAN JUAN | PR | 00918 |
| GLOBAL CONNECTION, INC. | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| GLOBAL NET, CORP. | 400 CALLE CALAF PMB 312 | | | SAN JUAN | PR | 00918 |
| GLOBAL TEL*LINK CORPORATION | HATO REY TOWER, SUITE 1400 268 AVE. MUÑOZ RIVERA | | | SAN JUAN | PR | 00918 |
| GLOBALSTAR CARIBBEAN, LTD | 300 HOLIDAY SQUARE BLVD. | | | COVINGTON | LA | 70433 |
| Godaddy.com, Inc. | 1800 M ST NW STE 800N | | | WASHINGTON | DC | 20036-5850 |
| GoDaddy.com, LLC | 1800 M ST NW STE 800N | | | WASHINGTON | DC | 20036-5850 |
| Granite Telecommunications, LLC | 100 Newport Avenue Extension | | | Quincy | MA | 02171 |
| HMR Technology Solutions, Inc. | PO Box 192956 | | | San Juan | PR | 00919-2956 |
| HOTSPOTPR BROADBAND INTERNET, LLC | 10685-B Hazelhurst Dr. # 6571 | | | Houston | TX | 77043 |
| HOTSPOTPR BROADBAND INTERNET, LLC | PO BOX 1785 | | | BAYAMON | PR | 00960-1785 |
| IBASIS RETAIL, INC. H/N/C IBASIS | 10 Maguire Road, Building 3 | | | Lexington | MA | 02421 |
| IBASIS RETAIL, INC. H/N/C IBASIS | PO BOX 195141 | | | SAN JUAN | PR | 00919-5141 |
| IComm Networks, LLC | PO Box 13922 | | | San Juan | PR | 00908-3922 |
| IDT PUERTO RICO, CO. | AMERICAN INTERNATIONAL PLAZA | 250 MUÑOZ RIVERA AVE. | SUITE 800 | SAN JUAN | PR | 00918-1808 |
| Inmate Calling Solutions, LLC | 2200 DANBURY ST. | | | SAN ANTONIO | TX | 78217-5911 |
| INTELLICALL OPERATOR SERVICES, INC. | 3230 W. COMMERCIAL BLVD. | SUITE 360 | | OAKLAND PARK | FL | 33309-3400 |
| INTELLICALL OPERATOR SERVICES, INC. (ILD) | 5000 SAWGRASS VILLAGE CIRCLE | SUITE 2 | | PONTE VEDRA BEACH | FL | 32082 |
| Interface Security Systems, LLC | 3773 Corporate Center Drive | | | Earth City | MO | 63045 |
| IP SOLUTIONS, INC. | 1055 Kennedy Ave. Suite 915 | | | SAN JUAN | PR | 00920 |
| IP SOLUTIONS, INC. | PO BOX 361708 | | | SAN JUAN | PR | 00936 |
| IT AUDITORS PR CORP. | Carr 467 K2 H6 | | | AGUADILLA | PR | 00603 |
| IT AUDITORS PR CORP. | HC-9 BOX 13076 | | | AGUADILLA | PR | 00603 |
| I-WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | | SAN JUAN | PR | 00911-1938 |
| Jive Communications, Inc. | 1275 W 1600 N STE 100 | | | OREM | UT | 84057-2428 |
| Level 3 Latin American Solutions, LLC | c/o Level 3 Communications, Inc. | 1025 Eldorado Boulevard | | Broomfield | CO | 80021 |
| Level 3 Latin American Solutions, LLC | PO BOX 16636 | | | SAN JUAN | PR | 00908-6636 |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | LUQUILLO INDUSTRIAL PARK | ROAD 992 KM. 0.2 | | LUQUILLO | PR | 00773 |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | PO Box 192296 | | | LUQUILLO | PR | 00773 |
| LIVEWIRE, INC. | 1314 PONCE DE LEÓN AVE. | | | SAN JUAN | PR | 00907-4004 |
| LIVEWIRE, INC. | PO BOX 11278 | | | SAN JUAN | PR | 00910-2371 |
| Lycamobile USA, Inc. | 24 Commerce St. | Ste 100 | | Newark | NJ | 07102-4024 |
| M. S. Wifi Zone, Inc. | HC 2 Box 9632 | | | Barranquitas | PR | 00794 |

Exhibit B
Utilty Service List
Served via First Class Mail

| NAME | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| METROPOLITAN TELECOMMUNICATIONS OF PUERTO RICO, INC. | PBM 37, CALAF 400 | | | SAN JUAN | PR | 00918 |
| Moca Eco Park Corp. | BO. Algarrobo Carr. #2 | KM 42.1 | | Vega Baja | PR | 00694 |
| NATURAL, G.C. INC. | Calle 1 Edificio 3 Metro Office Park | | | Guaynabo | PR | 00968 |
| NATURAL, G.C. INC. | PO BOX 21377 | | | SAN JUAN | PR | 00928 |
| NEPTUNO MEDIA INC. | PO BOX 191995 | | | SAN JUAN | PR | 00919-1995 |
| NEPTUNO MEDIA INC. D/B/A NEPTUNO NETWORKS | Metro Office Park, Lote 18 | Neptuno Building | | Guaynabo | PR | 00968 |
| NEPTUNO MEDIA INC. D/B/A NEPTUNO NETWORKS | PO BOX 191995 | | | SAN JUAN | PR | 00919-1995 |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | 606 EAST MAGRILL STREET | | | LONGVIEW | TX | 75601 |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | PO DRAWER 200 | | | WINTER PARK | FL | 32790-0200 |
| NEUTRAL TANDEM-PUERTO RICO, LLC | 550 W ADAMS ST STE 900 | | | CHICAGO | IL | 60661-3636 |
| NEVESEM INC. | PMB-641, HC-01 | 29030 | | CAGUAS | PR | 00725-8900 |
| Nevesem, Inc. | MSC 608. 138 Winston Churchill Ave. | El Senorial Mail Station | | San Juan | PR | 00926 |
| ONELINK COMMUNICATIONS | c/o Liberty Global, Inc. | 1550 Wewatta Street | Suite 1000 | Denver | CO | 80202 |
| ONELINK COMMUNICATIONS | PO BOX 192296 | | | SAN JUAN | PR | 00919-2296 |
| ONTIME SOFT, INC. | Carretera 857 KM 0.2 Bo. Canovanillas | | | CAROLINA | PR | 00987 |
| ONTIME SOFT, INC. | PMB 204 PO BOX 6017 | | | CAROLINA | PR | 00984-6017 |
| OPTIVON TELECOMMUNICATIONS SERVICES, INC | PO BOX 11881 | | | SAN JUAN | PR | 00922-1881 |
| OPTIVON, INC | PO BOX 11881 | | | SAN JUAN | PR | 00922-1881 |
| OPTIVON, INC | Tres Rios Building, Suite 101 | 27 Gonzalez Giusti Avenue | | Guaynabo, | PR | 00967 |
| ORIZON WIRELESS CORP | GPO BOX 363392 | | | SAN JUAN | PR | 00936 |
| Ortiz Technologies Corp. d/b/a NetCom Wireless | URB. RIO GRANDE ESTATES V64 CALLE 25 | | | RIO GRANDE | PR | 00745-5108 |
| OSNET WIRELESS CORPORATION | 2 Doctor Vidal Urb. Gomez | | | HUMACAO | PR | 00791 |
| OSNET WIRELESS CORPORATION | PO BOX 819 | | | HUMACAO | PR | 00792-0819 |
| OVOX, LLC | 78 Manuel Rodríguez Serra St. | | | SAN JUAN | PR | 00907 |
| OVOX, LLC | PO BOX 368179 | | | SAN JUAN | PR | 00936-8179 |
| PIX WIRELESS LLC | 1595 PEACHTREE PARKWAY | SUITE 204-337 | | CUMMING | GA | 30041 |
| PIX WIRELESS LLC | 21346 SAINT ANDREWS BLVD. | SUITE 225 | | CUMMING | GA | 30041 |
| PR WIRELESS, INC H/N/C OPEN MOBILE | Metro Office Park 1st Street | | | GUAYNABO | PR | 00968 |
| PR WIRELESS, INC H/N/C OPEN MOBILE | PMB 856 PO BOX 7891 | | | GUAYNABO | PR | 00970-7891 |
| PREPA NETWORKS, CORP. | 48 Muñoz Rivera Avenue | Comercial Build. Aqua Blue at the Golden Mile | | SAN JUAN | PR | 00918 |
| PREPA NETWORKS, CORP. | PO BOX 16636 | | | SAN JUAN | PR | 00908-6636 |
| Pronatura | Luchetti Industrial Park | C Street, Lot 30 | | Bayamón | PR | 00961 |
| Pronatura | PO Box 3504 | Amelia Contract Station | | Cataño | PR | 00963 |
| Puerto Rico Aqueducts and Sewer Authority | 604 Avenida Barbosa | Edif. Sergio Cuevas Bustamante | | San Juan | PR | 00916 |
| Puerto Rico Aqueducts and Sewer Authority | PO Box 7066 | | | San Juan | PR | 00916-7066 |
| PUERTO RICO CABLE ACQUISITION COMPANY, INC H/N/C CHOICE | BO Vallas Torres X1 | Mercedita | | PONCE | PR | 00715 |
| PUERTO RICO CABLE ACQUISITION COMPANY, INC H/N/C CHOICE | BOX 204, MERCEDITA | | | PONCE | PR | 00715-0204 |
| Puerto Rico Electric Power Authority | 1110 Ave Ponce De Leon | | | San Juan | PR | 00907-3802 |
| Puerto Rico Electric Power Authority | PO Box 364267 | | | San Juan | PR | 00936-4267 |
| PUERTO RICO TELEPHONE COMPANY INC. | PO BOX 360998 | | | SAN JUAN | PR | 00936-0998 |
| PUERTO RICO TELEPHONE COMPANY, INC. H/N/C CLARO | 1515 F.D. Roosevelt Avenue | | | Guaynabo | PR | 00968 |
| PUERTO RICO TELEPHONE COMPANY, INC. H/N/C CLARO | PO BOX 360998 | | | SAN JUAN | PR | 00936-0998 |
| Q LINK WIRELESS, LCC | 1502 CALLE MARTÍN TRAVIESO | | | DANIA BEACH | FL | 33004 |
| Q LINK WIRELESS, LCC | 499 EAST SHERIDAN ST. | SUITE 300 | | DANIA BEACH | FL | 33004 |
| RED POCKET INC. | 2060D AVE. DE LOS ARBOLES | | | THOUSAND OAKS | CA | 91362 |
| Republic Services | Calle A, Lote 5 Bo. Palmas | | | Cataño | PR | 00962 |
| RM COMMUNICATIONS | PMB 685 267 CALLE SIERRA MORENA | | | SAN JUAN | PR | 00926-5639 |
| RURAL TELECOMM SERVICES, INC. | Cond. Miramar Plaza 954 Ave. Ponce De León | Apt. 16-B | | San Juan | PR | 00907 |
| SAFE ALARM SECURITY, CORP. | 36 CALLE HW SANTAELLA | | | COAMO | PR | 00769-3124 |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | Expreso Marginal Rte | | | SAN JUAN | PR | 00902 |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | PO BOX 367189 | | | SAN JUAN | PR | 00936 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17 BK 3283-LTS                                               Page 3 of 4

Exhibit B
Utilty Service List
Served via First Class Mail

| NAME | Address1 | Address2 | Address3 | City | State | PostalCode |
|---|---|---|---|---|---|---|
| Smart Networks | 15 Calle Baldorioty | | | Caguas | PR | 00725 |
| Smart Networks | PO Box 7678 | | | Caguas | PR | 00726-7678 |
| SMARTNET, Inc. | 211 Edwards Ferry Rd NE | | | Leesburg | VA | 20176-2305 |
| SMARTNET, Inc. | PO BOX 194000 PMB 222 | | | SAN JUAN | PR | 00919-4000 |
| SOLAVEI PUERTO RICO, LLC | BBVA Tower, Suite P1 254 Muñoz Rivera Ave. | | | San Juan | PR | 00918 |
| Spectrotel, Inc. | 3535 STATE HIGHWAY 66 STE 7 | | | NEPTUNE | NJ | 07753-2625 |
| SPRINT COMMUNICATIONS COMPANY LP | 13221 Woodland Park Road | | | Herndon | VA | 20171 |
| SPRINT COMMUNICATIONS COMPANY LP | PO BOX 16636 | | | SAN JUAN | PR | 00908-6636 |
| SPRINTCOM, INC. D/B/A SPRINT PCS | PO BOX 16636 | | | SAN JUAN | PR | 00908-6636 |
| Stericycle | Julio N. Matos Street, Industrial Park | Lote 15 | | Carolina | PR | 00988 |
| Stream Communicaitons, LLC | 6250 SHILOH RD STE 240 | | | ALPHARETTA | GA | 30005-8400 |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PU | PMB 195, 220 PLAZA WESTERN AUTO | SUITE 101 | | TRUJILLO ALTO | PR | 00976-3607 |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PU | PO BOX 364225 | | | TRUJILLO ALTO | PR | 00976-3607 |
| Synergy, LLC | 1018 ASHFORD AVE CONDADO ASTOR SUITE 3A-13 | | | San Juan | PR | 00907 |
| Synergy, LLC | PO Box 13459 | | | San Juan | PR | 00908-3459 |
| TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | | MIAMI | FL | 33131 |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC | 1111 BRICKELL AVENUE | 10TH FLOOR | | MIAMI | FL | 33131 |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC. (TLD) | 1111 BRICKELL AVENUE | 10TH FLOOR | | MIAMI | FL | 33131 |
| TELEFÓNICA USA, INC. D/B/A TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | | MIAMI | FL | 33131 |
| TELRITE CORPORATION H/N/C LIFE WIRELESS | AMERICAN AIRLINES BLDG. 1509 LOPEZ LANDRÓN | 10TH FLOOR | | SAN JUAN | PR | 00911 |
| Telxius Cable Puerto Rico, Inc. | 1111 BRICKELL AVE STE 1800 | | | MIAMI | FL | 33131-3125 |
| Telxius Cable Puerto Rico, Inc. | BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | | MIAMI | FL | 33131-3125 |
| The People's Operator USA, LLC | 6250 Shiloh Road | Ste 240 | | Alpharetta | GA | 30005 |
| TI Wholesale Services PR, Inc. | PMB 118 La Cumbre 273 Sierra Morena | | | San Juan | PR | 00926 |
| T-MOBILE PUERTO RICO, LLC | B7 Tabonuco St. | Suite 700 | | Guaynabo | PR | 00968-3349 |
| TOTAL CALL | 1411 W. 190 TH STREET | SUITE 650 | | GARDENA | CA | 90248 |
| TRACFONE WIRELESS, INC. | 9700 N.W. 112th Avenue | | | Miami | FL | 33178 |
| TRACFONE WIRELESS, INC. | PO BOX 10906 | | | SAN JUAN | PR | 00922-0906 |
| Tropigas of Puerto Rico | Urb. Industrial Luchetti Calle C | Lote 30 | | Bayamon | PR | 00961 |
| UNONET, CORP. | 423 PARQUE MONTEREY II | | | PONCE | PR | 00716 |
| URBAN NETWORKS, INC. | URB. JARDINES DE GURABO 77 CALLE 4 | | | GURABO | PR | 00778 |
| UVNV, INC. | 3195 Red Hill Ave Ste A | | | Costa Mesa | CA | 92626 |
| UVNV, INC. | PO BOX 8526 | | | SAN JUAN | PR | 00910-8526 |
| V. A. Waste-Las Piedras Corp. | 2001 Paseo Azalea | | | Toa Baja | PR | 00949 |
| V. A. Waste-Las Piedras Corp. | PO Box 51085 | | | Toa Baja | PR | 00950 |
| Verizon PR, LLC | PIETRANTONI MENDEZ & ALVAREZ BANCO POPULAR CENTER | 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | SAN JUAN | PR | 00918 |
| VIRGIN MOBILE USA, L.P. | 3065 AKERS MILL RD., SE | 7TH FLOOR MAILSTOP GAATLD0704 | | SAN JUAN | PR | 00908-6636 |
| VIRGIN MOBILE USA, L.P. | PO BOX 16636 | | | SAN JUAN | PR | 00908-6636 |
| World Connection PR, Inc. | 330 MIRADORES DEL YUNQUE | | | RIO GRANDE | PR | 00745-8710 |
| WORLDNET TELECOMMUNICATIONS, INC. | CENTRO INTERNACIONAL DE MERCADEO | 90 CARRETERA 165 | SUITE 201 | GUAYNABO | PR | 00968-8059 |
| WORLDNET TELECOMMUNICATIONS, INC. | PO BOX 16636 | | | GUAYNABO | PR | 00968-8059 |
| Zonatel, LLC | 248 Calle San Jorge Cond. San Jorge 4B | | | San Juan | PR | 00912-3311 |