UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,<br><br>as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br><br>Title III<br><br>Case No. 17-03283 (LTS) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE HONORABLE COURT**:

COMES NOW, Universidad Interamericana, Inc., through the undersigned attorney and very respectfully STATES and PRAYS:

Pursuant to United States Bankruptcy Court for the District of Puerto Rico, Local Rule 9010-1 and United States District Court for the District of Puerto Rico, Local Rule 83D(a), the undersigned counsel hereby notifies this Honorable Court and the parties to this action that we are appearing as counsel for unsecured creditor Universidad Interamericana, Inc.

Our contact information is:

> JAIME BRUGUERAS
> USDC-PR No. 12089
> MUÑOZ BENITEZ BRUGUERAS & CRUZ
> P.O. Box 191979
> San Juan, Puerto Rico 00919-1979
> Tel. (787) 751-9040; Facsimile (787) 751-0910
> Email: jbrugue@mbbclawyers.com

WHEREFORE, the appearing party respectfully requests that all future notices and pleadings in this case be provided to the undersigned attorney, and that the contact information be entered into the master address list of this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, June 13, 2017

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

/s/ JAIME BRUGUERAS
USDC12089
MUÑOZ BENITEZ BRUGUERAS
& CRUZ
P.O. Box 191979
San Juan, Puerto Rico 00919-1979
Tel. (787) 751-9040
Fax (787) 751-0910
jbrugue@mbbclawyers.com