# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284 (LTS) |

## APPLICATION OF ELIZABETH L. MCKEEN FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

      **NOW COMES**, Elizabeth L. McKeen, Esq. (hereinafter, the "applicant") and states and requests as follows:

      1.    Applicant is an attorney and member of the law firm O'Melveny & Myers LLP, with an office at:

      **Address:**    610 Newport Center Drive

      17th Floor
      Newport Beach, California 92600
**Email**:  emckeen@omm.com
**Telephone**: (949) 823-7150
**Fax**:   (949) 823-6994

2. Applicant will sign all pleadings with the name Elizabeth L. McKeen.

3. Applicant has been retained personally or as a member of the above-named firm by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF," by its Spanish acronym), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2001, applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 216690.

5. Applicant has been admitted to practice before the following courts:

| **Court** | **Admission Date** |
|---|---|
| U.S. Court of Appeals, First Circuit | April 2011 |
| U.S. Court of Appeals, Third Circuit | September 2003 |
| U.S. Court of Appeals, Fourth Circuit | June 2014 |
| U.S. Court of Appeals, Fifth Circuit | April 2017 |
| U.S. Court of Appeals, Sixth Circuit | June 2009 |
| U.S. Court of Appeals, Seventh Circuit | May 2006 |
| U.S. Court of Appeals, Ninth Circuit | January 2002 |
| U.S. Court of Appeals, Tenth Circuit | August 2011 |
| U.S. Court of Appeals, Eleventh Circuit | April 2009 |
| U.S. District Court, Texas Eastern | July 2016 |
| U.S. District Court, Colorado | February 2014 |
| U.S. District Court, California Eastern | July 2012 |
| U.S. District Court, Illinois Northern | January 2010 |
| U.S. District Court, California Northern | March 2005 |
| U.S. District Court, California Southern | August 2002 |
| U.S. District Court, California Central | July 2002 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with this matter is:

| | |
|---|---|
| **Name:** | Andrés W. López |
| **USDC-PR Bar No.:** | 215311 |
| **Address:** | 902 Fernández Juncos Ave. |
| | San Juan, PR 00907 |
| **Email:** | andres@awllaw.com |
| **Telephone No.:** | (787) 294-9508 |
| **Fax No.:** | (787) 294-9519 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 9, 2017.

Elizabeth L. McKeen<br>Printed Name of Applicant

*[signature]*<br>Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 12, 2017.

Andrés W. López
Printed Name of Local Counsel

*[signature]*
Signature of Local Counsel

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of June, 2017.

**I HEREBY CERTIFY**: That on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record of such filing.

          **THE LAW OFFICES OF
ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Telephone: (787) 294-9508
Facsimile: (787) 294-9519

*/s/ Andrés W. López*
Andrés W. López, Esq.
USDC-PR Bar No. 215311
andres@awllaw.com