UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3566-LTS (Joint Administration Requested) |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (ERS), | |
| Debtor.[2] | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS (Joint Administration Requested) |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY (HTA), | |
| Debtor.[3] | |

-----------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

<u>ORDER</u>

On June 1, 2017, the Court entered an order authorizing the employment and payment of Prime Clerk LLC as solicitation, notice and claims agent to the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation ("COFINA"). On June 9, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Board"), as representative of the Debtors, filed a motion seeking to employ Epiq Bankruptcy Solutions, LLC ("Epiq") as service agent in the Title III cases of (i) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") and (ii) Puerto Rico Highways and Transportation Authority ("HTA").

The Board is hereby ordered to file a supplemental affidavit no later than 12:00 p.m. (prevailing Eastern Time) on Friday, June 16, 2017, explaining the reasons why the Board believes it is necessary to retain Epiq, while simultaneously retaining Prime Clerk LLC.

Dated: June 13, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge