UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |

-----------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| | (Joint Administration Requested) |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------

| | |
|---|---|
| PEAJE INVESTMENTS LLC, | |
| Plaintiff, | Adv. Proc. No. 17-151-LTS in 17 BK 3567-LTS |
| -v- | |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, et al., | Adv. Proc. No. 17-152-LTS in 17 BK 3284-LTS |
| Defendants. | |

------------------------------------------------------------x

**ORDER SCHEDULING BRIEFING AND DISCOVERY ON
<u>PLAINTIFF'S PRELIMINARY INJUNCTION AND STAY RELIEF REQUESTS</u>**

On June 12, 2017, Plaintiff Peaje Investments LLC ("Plaintiff") and the Financial

Oversight and Management Board for Puerto Rico (the "Board") each filed informative motions

regarding the proposed briefing and discovery schedule on Plaintiff's *(I) Motion of Peaje Investment LLC (A) for Temporary Restraining Order and Preliminary Injunction, And (B) for Relief From Stay or, Alternatively, Adequate Protection; and (II) Memorandum of Law in Support Thereof* (the "Injunction Motion"). The Court has considered carefully the parties' submissions and the record of the June 5, 2017 hearing.

The following briefing and discovery schedule shall apply to the Injunction Motion and the August 8, 2017 evidentiary hearing thereon:

- Plaintiff shall serve any written discovery requests by June 14, 2017.

- Plaintiff shall produce any expert-related documents by June 16, 2017.

- Defendants shall serve any written discovery requests by June 19, 2017.

- The parties shall serve responses and objections to discovery requests by June 23, 2017.

- Defendants shall provide a list of their witnesses which identifies the subject area of each witness' testimony by June 30, 2017.

- Defendants shall complete any depositions of Plaintiff's witnesses by July 7, 2017.

- All fact document production shall be completed, on a rolling basis, by July 10, 2017.

- Defendants shall produce any expert-related documents by July 14, 2017.

- Defendants shall file their opposition brief and any fact and expert witness direct testimony affidavits by July 14, 2017.

- Plaintiff shall complete any depositions of Defendants' witnesses by July 26, 2017.

- Plaintiff shall file their reply brief and any rebuttal fact witness or rebuttal/supplemental expert witness direct testimony affidavits by July 28, 2017.

- The parties shall exchange and submit to the Court exhibit lists and marked exhibits by August 1, 2017. The parties shall deliver two hard copy sets of the

> exhibits to Judge Swain's chambers in San Juan and an additional two hard copy sets to Judge Swain's chambers in New York.

- Defendants shall complete any depositions of any new expert or rebuttal fact witnesses by August 5, 2017.

This Order resolves (i) docket entry no. 310 in Title III Case No. 17-03283; (ii) docket entry nos. 87, 89, and 90 in Title III Case No. 17-03567; (iii) docket entry nos. 53 and 54 in Adv. Proc. No. 17-00151; and (iv) docket entry nos. 42 and 43 in Adv. Proc. No. 17-00152.

SO ORDERED.

Dated: June 13, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge