# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br>(Joint Administration Requested) |
| ASSURED GUARANTY CORP., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Defendants. | Adv. Proc. No. 17-156-LTS in<br>17 BK 3567-LTS<br><br>Adv. Proc. No. 17-155-LTS in<br>17 BK 3283-LTS |
| PEAJE INVESTMENTS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, et al.,<br><br>    Defendants. | Adv. Proc. No. 17-151-LTS in<br>17 BK 3567-LTS<br><br>Adv. Proc. No. 17-152-LTS in<br>17 BK 3283-LTS |

**ORDER DENYING URGENT MOTION BY ASSURED, FGIC, AND NATIONAL IN SUPPORT OF PARALLEL BRIEFING AND DISCOVERY SCHEDULE**

Upon consideration of the urgent motion by Assured Guaranty Corp. ("AGC"), Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) ("AGM" and, together with AGC, "Assured"), Financial Guaranty Insurance Company ("FGIC"), and National Public Finance Guarantee Corporation ("National," together with Assured and FGIC, the "Insurers"), in support of a parallel briefing and discovery schedule in Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority, et al., Adv. Proc. Nos. 17-151, 17-152 (the "Peaje Action"), and Assured Guaranty Corp, et al. v. Commonwealth of Puerto Rico, et al., Adv. Proc. Nos. 17-155, 17-156 (the "Insurer Action"), it is hereby ordered that:

1. The Urgent Motion of the Insurers is denied.

2. This Order resolves (i) docket entry no. 311 in Title III Case No. 17-03283; (ii) docket entry no. 88 in Title III Case No. 17-03567; (iii) docket entry no. 52 in Adv. Proc. No. 17-00151; (iv) docket entry no. 41 in Adv. Proc. No. 17-00152; (v) docket entry no. 10 in Adv. Proc. No. 17-00155; and (vi) docket entry no. 20 in Adv. Proc. No. 17-00156.

SO ORDERED.

Dated: June 13, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge