# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD AND REQUEST FOR CONSENT REGARDING REASSIGNMENT OF CASE

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "FOMB") respectfully submits this Informative Motion requesting consent for reassignment of the case styled *Centro de Periodismo Investigativo v. Financial Oversight and Management Board for Puerto Rico* (No. 3:17-cv-01743 (JAG)) (the "CPI Litigation").[2] This case is currently assigned to the Honorable Jay A. Garcia-Gregory.

As set forth in more detail in its Motion to Reassign the case, which has been filed contemporaneously with Judge Garcia-Gregory and is attached to this Informative Motion as Exhibit B, reassignment of the CPI Litigation is warranted and necessary to (*i*) fulfill the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] A copy of the complaint is attached as Exhibit A.

purposes of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §§ 2101-2241, (*ii*) serve the interests of judicial economy, and (*iii*) avoid the risk of inconsistent rulings on the scope of discovery permitted from the FOMB and whether a stay of the proceeding is appropriate in light of the pending Title III cases.

The FOMB respectfully requests the Court consent to the reassignment of the CPI Litigation.

*[Remainder of Page Left Intentionally Blank]*

Dated: June 13, 2017
New York, NY

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
T: 787.764.8181
F: 787.753.8944


*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
hermann.bauer@oneillborges.com

*/s/ Daniel J. Pérez Refojos*
Daniel J. Pérez Refojos
USDC No. 303909
daniel.perez@oneillborges.com


Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
      sratner@proskauer.com

Timothy W. Mungovan (*pro hac vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
Email: tmungovan@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico and the Puerto Rico Highways & Transportation Authority*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case; with a corresponding electronic copy to counsel for Plaintiffs CENTRO DE PERIODISMO INVESTIGATIVO, to their email address of record: Judith Berkan, berkani@microjuris.com; and Steven Lausell Recurt, slausell@gmail.com.; and counsel of record for the FOMB in such case, Enrique R. Adames Soto, eadames@adameslaw.com; and Luis F. del Valle, dvelawoffices@gmail.com.

*/s/ Daniel J. Pérez Refojos*
Daniel J. Pérez Refojos