UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached May 30, 2017 letter from the Honorable Jorge L. Márquez Pérez. The Court's response to that letter is also attached hereto.

Dated: June 14, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).





**MAUNABO 1799**

Estado Libre Asociado de Puerto Rico
**MUNICIPIO DE MAUNABO**

*Oficina del Alcalde*
*Hon. Jorge L. Márquez Pérez*

May 30, 2017

Honorable Laura Taylor Swain
US District Judge
PROMESA

Dear Judge Laura Taylor Swain:

Receive my greetings at such an important time for our country.

My name is Jorge L. Márquez Pérez, Mayor of the Municipality of Maunabo, and who served as President of the Municipal Revenue Collection Center (CRIM in Spanish) until March 2017. I recognize the difficult situation facing the finances of our country and the need to find viable economic alternatives that affect our citizens the least possible way.

It may seem strange to you that a mayor of a small town asks for a hearing, and recognizing that the municipalities are not under the PROMISE Clause, but representing the 13,000 habitants of my town, and also representing the municipalities of less than 40,000 residents in the Board of the Municipal Revenue Collection Center, I feel the responsibility of explaining the effect that would have the reduction of 350 millions to the municipalities, of which I am part of.

The topics to be covered in the presentation, but not limited to are:

1. Sources of income of the municipalities (property tax, sales and use tax, municipal patents, etc.)
2. Distribution of income to municipalities and other areas of primary responsibility
3. Effect of the elimination of 350 million to the municipalities
4. Other income alternatives and replacement of the 350 million
5. Other options of income to the budget of the country that result in economic development as example: (effect of actual taxation system, feasibility of permits, etc.)
6. Other topics and questions.

*Una nueva visión para un mejor Maunabo*




**MUNICIPIO DE MAUNABO**



If possible, I would like to be accompanied by the President of the Federation of Mayors, Hon. Carlos Molina, mayor of Arecibo and the President of the Mayors Association, Hon. Rolando Ortíz Velazquez, mayor of Cayey. In this way the audience would be represented by the totality of the 78 municipalities.

I know that we must all do our part to advance the causes of our country and I am sure that united we can get alternatives that fulfill the purpose for which we were positioned in the area of responsibility of each one of us.

I hope a reply to this request, it is everyone's responsibility.

I can be contacted at my cellular, ■■■■■■ or by e-mail: ■■■■■■■■■■■■.
My office phone number is: ■■■■■■■■■■ or ■■■■■■■■■■■■
■■■■■■■■.

Sincerely,

Jorge L. Márquez Pérez
Mayor

**JUDGE LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**150 CARLOS CHARDON STREET**
**SAN JUAN, PR 00918-1767**

June 13, 2017

The Honorable Jorge L. Márquez Pérez
Mayor of the Municipality of Maunabo
P.O. Box 8
Maunabo, Puerto Rico 00707

Letter, Dated May 30, 2017, Regarding Meeting Request

Dear Mayor Márquez Pérez:

I am writing in response to your letter, dated May 30, 2017, requesting an opportunity to present information to the Court regarding the financial state of certain municipalities in Puerto Rico. I would like to take this opportunity to thank you for your thorough and thoughtful letter expressing your serious concerns.

I must decline your request because, as the United States District Judge designated preside over the PROMESA Title III proceedings of the Commonwealth of Puerto Rico and its covered instrumentalities, it would be inappropriate for me to meet with with any interested parties outside of the context of the Court proceedings. As events continue to develop in these cases, there may be an opportunity for you and your colleagues to express your concerns to the Court at a hearing. In the meantime, I suggest that you contact the Financial Oversight and Management Board for Puerto Rico, which represents the Commonwealth of Puerto Rico and its covered instrumentalities for proceedings under Title III, regarding your concerns and your ideas for alleviating the fiscal issues facing Puerto Rico's municipalities.

Sincerely yours,

United States District Judge