IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-bk-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17-bk-3284 (LTS) |

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

    **COMES NOW** Richard M. Seltzer, applicant herein, and respectfully states:

    1.    Applicant is an attorney and a member of the law firm Cohen, Weiss and Simon LLP with offices at:

| Address | 330 West 42nd Street |
|---|---|
| | New York, NY 10036-6979 |
| Email | rseltzer@cwsny.com |

00851075.1

| Telephone No. | 212-356-0219 |
| Fax No. | 646-473-8219 |

2. Applicant will sign all pleadings with the name Richard M. Seltzer.

3. Applicant has been retained personally or as a member of the above-named firm by United Auto Workers International Union and Service Employees International Union to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since February 9, 1976, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 1220474.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| New York | February 9, 1976 |
| United States District Court for the Southern District of New York | July 20, 1976 |
| United States District Court for the Eastern District of New York | July 30, 1981 |
| United States District Court for the Northern District of New York | August 2014 |
| United States Court of Appeals for the Second Circuit | April 19, 2017 |
| United States Court of Appeals for the Third Circuit | December 23, 1981 |
| United States Court of Appeals for the Fifth Circuit | September 25, 1997 |
| United States Court of Appeals for the for the Sixth Circuit | July 27, 1999 |

| | |
|---|---|
| United States Court of Appeals for the Eighth Circuit | August 14, 2011 |
| United States Court of Appeals for the Ninth Circuit | October 17, 1995 |
| United States Court of Appeals for the Tenth Circuit | May 12, 1997 |
| United States Court of Appeals for the Eleventh Circuit | January 13, 2000 |
| United States Court of Appeals for the District of Columbia Circuit | March 15, 2017 |
| Supreme Court of the United States | October 29, 1990 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for *pro hac vice admission* in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| n/a | n/a |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Miguel Simonet-Sierra |
| USDC-PR Bar No. | 210102 |
| Address | 101 San Patricio Ave., Ste. 1120 |

|   |   |
|---|---|
|   | Guaynabo, PR 00968 |
| Email | msimonet@msglawpr.com |
| Telephone No. | 787-620-5300 |
| Fax No. | 787-620-5305 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 14, 2017

RICHARD M. SELTZER
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: 6/14/17

MIGUEL SIMONET-SIERRA
Printed Name of Local Counsel

Signature of Local Counsel

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will provide notice thereof to all attorneys of record.

/s/ Miguel Simonet Sierra
MIGUEL SIMONET SIERRA
USDC # 210101
MONSERRATE SIMONET & GIERBOLINI
101 San Patricio Ave.
Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
Email: msimonet@msglawpr.com