# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
--------------------------------------------------------------x
```

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

              as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

              Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

```
--------------------------------------------------------------x
```

## ORDER GRANTING APPLICATION FOR ADMISSION
## *PRO HAC VICE* OF KATHLEEN M. ST. JOHN

Upon consideration of the Application for Admission *Pro Hac Vice* of Kathleen M. St. John (the "Application"), it is hereby ORDERED, that the Application is GRANTED. Kathleen M. St. John is hereby admitted *pro hac vice* to appear before this Court in the above referenced matter. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED this _____ day of _____, 2017.

_____
**HONORABLE LAURA TAYLOR SWAIN**
UNITED STATES DISTRICT JUDGE

#51869247_v1

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).