UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION FOR ADMISSION
## *PRO HAC VICE* OF LYNNE B. XERRAS

Lynne B. Xerras, Esq., applicant for admission *pro hac vice* ("Applicant") in the above-referenced matter, hereby respectfully states:

1. Applicant is an attorney and a member of the law firm of Holland & Knight LLP ("H&K"), with offices at:

> HOLLAND & KNIGHT LLP
> 10 St. James Ave.
> Boston, Massachusetts 02116
> Telephone: (617) 523-2700
> Facsimile: (617) 523-6850
> E-mail: Bos-Bankruptcy@hklaw.com

2. Applicant will sign all pleadings with the name Lynne B. Xerras.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

3. Applicant has been retained as a Partner of H&K by First Transit Of Puerto Rico, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1996, Applicant has been and presently is a member in good standing of the bar of the highest court of the Commonwealth of Massachusetts, where Applicant regularly practices law. Applicant's Massachusetts Bar number is 632441.

5. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States District Court for the District of Massachusetts | 1996 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in the following matter:

| Date of Application: | Case Number and Style: |
|---|---|
| December 19, 2016 | *In re Urotech Inc.,* Ch. 11 Case No. 16-09225-ESL |

10. Local counsel of record associated with Applicant in this matter is:

Jesus E. Cuza, Esq.
USDC-PR Bar No. 206509
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida

Phone: 305-789-7513
Fax: 305-789-7799
E-mail: jesus.cuza@hklaw.com

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is to be paid through the Clerk of the Court.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only. A proposed order is attached hereto.

Dated: June 14, 2017

By: /s/ Lynne B. Xerras
Lynne B. Xerras, Esq.

I HEREBY CERTIFY, pursuant to Local District Court Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Dated: June 14, 2017

By: /s/ Jesús E. Cuza
Jesús E. Cuza, Esq.

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 pro hac vice admission fee through the Clerk of the Court.

By: /s/ Jesús E. Cuza
Jesús E. Cuza, Esq.