UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the below listed counsel from Holland & Knight LLP hereby file this Notice of Appearance on behalf of **FIRST TRANSIT OF PUERTO RICO, INC.** in the above styled proceeding. In addition, pursuant to Bankruptcy Rule 2002, undersigned counsel requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the below listed counsel:

**John J. Monaghan, Esq.**
**Lynne B. Xerras, Esq.**
**Kathleen M. St. John, Esq.**
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Tel: (617) 523-2700 / Fax: (617) 523-6850
E-mail: bos-bankruptcy@hklaw.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

and

**Jesús E. Cuza, Esq.**
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: (305) 374-8500 / Fax: (305) 789-7799
E-mail: jesus.cuza@hklaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) creditor's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditor is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: June 14, 2017				Respectfully submitted,

					**HOLLAND & KNIGHT LLP**

					/s/ John J. Monaghan
					John J. Monaghan *(pro hac vice application pending)*
					Lynne B. Xerras *(pro hac vice application pending)*
					Kathleen M. St. John *(pro hac vice application pending)*
					10 St. James Avenue
					Boston, MA  02116
					Telephone:     (617) 523-2700
					Facsimile:     (617) 523-6850
					E-mail: bos-bankruptcy@hklaw.com

					and

					/s/ Jesús E. Cuza
					Jesús E. Cuza (USDC-PR Bar No. 206509)
					701 Brickell Avenue, Suite 3300
					Miami, Florida 33131
					Telephone:     (305) 789-7763
					Facsimile:     (305) 789-7799
					E-mail: jesus.cuza@hklaw.com

					*Attorneys for First Transit of Puerto Rico, Inc.*

3

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of June, 2017, a true and correct copy of the foregoing Notice was served via electronic transmission on all CM/ECF registered users for this case. In addition, I served hard copies of the foregoing Notice by first-class mail, postage prepaid, upon the following additional parties:

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150
San Juan, P.R. 00918-1767

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

                                              By: /s/ John J. Monaghan
                                                     John J. Monaghan, Esq.

#51864728_v1