**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------x
```
| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | No. 17 BK 3283-LTS |
| Debtors.[1] | (Jointly Administered) |

```
-------------------------------------------------------------x
```

**NOTICE OF FILING**
**OF MASTER SERVICE LIST AS OF JUNE 14, 2017**

**PLEASE TAKE NOTICE** that the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation (together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] are hereby filing with the Court the *Master Service List as of June 14, 2017* prepared by Prime Clerk LLC, the noticing agent for the Debtors.

**PLEASE TAKE FURTHER NOTICE** that copies of the all documents filed in this title III case is available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

| | |
|---|---|
| Dated: June 14, 2017<br>San Juan, Puerto Rico | Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admitted *pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/* Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br><br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |