IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**As representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO,** *et al*.<br><br>Debtors[1]. | PROMESA<br><br>Title III<br><br><br><br>Case No. 17-CV-01578-LTS<br><br>Case No. 17-03283<br><br>(**Joint Administration Requested**) |

### APPOINTMENT OF OFFICIAL COMMITTEE OF RETIREES IN THE COMMONWEALTH OF PUERTO RICO

Pursuant to section 1102(a)(1) of the Bankruptcy Code, made applicable to these proceedings by section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 or "PROMESA", Guy G. Gebhardt, Acting United States Trustee for Region 21 hereby appoints the following persons to the Official Committee of Retirees in case no. 17-BK-03283 (the Commonwealth's Title III Case):

1) Blanca Paniagua
2) Carmen Nunez
3) Jose Marin
4) Juan Ortiz

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

    5) Lydia Pellot
    6) Marcos A Lopez
    7) Miguel Fabre
    8) Milagros Acevedo
    9) Rosario Pacheco

DATED: June 15, 2017

                                                        GUY G. GEBHARDT
Acting United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By:   s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707