IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**As representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO,** *et al.*<br><br>Debtors[1]. | PROMESA<br><br>Title III<br><br><br><br>Case No. 17-CV-01578-LTS<br><br>Case No. 17-03283<br><br>(Joint Administration Requested) |

**UNITED STATES TRUSTEE'S EX PARTE MOTION TO TEMPORARILY MODIFY THE REQUIREMENTS OF FED. R. BANKR. P. 2002(i) FOR THE OFFICIAL COMMITTEE OF RETIREES IN THE COMMONWEALTH OF PUERTO RICO**

Guy G. Gebhardt, Acting United States Trustee for Region 21, seeks authority to temporarily modify the requirements of Rule 2002(i) of the Federal Rules of Bankruptcy Procedure for the Official Committee of Retirees (the "Retiree Committee").

1.     On May 3, 2017, the Federal Oversight and Management Board (the "Board") appointed under the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. § 2101, *et seq.* ("PROMESA"), filed a petition commencing a case under Title III of PROMESA,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

48 U.S.C. §§ 2161, *et seq.*, on behalf of The Commonwealth of Puerto Rico. ECF No. 1 (the "Commonwealth's Title III Case").

2. Section 1102(a) of the Bankruptcy Code—which applies to a case under PROMESA, see 48 U.S.C. § 2161(a)—provides that the United States Trustee shall appoint a committee of creditors holding unsecured claims and may appoint additional committees of creditors as he deems appropriate.

3. Bankruptcy Rule 2002(i), made applicable herein by PROMESA section 310, requires, among other things, that members of committees appointed under 11 U.S.C. § 1102 be provided with notices required under Rule 2002(a)(2), (3) and (6) individually until such time as the committee secures counsel.

4. The United States Trustee has evaluated all applicants for membership on the Retiree Committee in the Commonwealth's Title III Case, and is presently prepared to file a notice appointing the Retiree Committee.

5. Given the unique circumstances of this case, and out of respect for the spirit of the protections afforded under the Bankruptcy Code and Federal Rules of Bankruptcy Procedure for publicly identifiable information, the United States Trustee desires to file his notice of appointment of the Retiree Committee in the Commonwealth's Title III Case without including the addresses, telephone numbers, and email addresses of the individuals to be appointed to the Retiree Committee.

6. To ensure compliance with Fed. R. Bankr. P. 2002(i), the United States Trustee will provide the notices required by Fed. R. Bankr. P. 2002(a)(2), (3) and (6) until such time as the Retiree Committee secures counsel.

**WHEREFORE,** the United States Trustee respectfully requests the Court enter an order granting the United States Trustee's ex parte motion for modification of Fed. R. Bankr. P. 2002(i), and requiring the United States Trustee to provide the notices required by Fed. R. Bankr. P. 2002(a)(2), (3) and (6) in the Commonwealth's Title III Case until such time as the Retiree Committee secures counsel.

DATED: June 15, 2017

> GUY G. GEBHARDT
> Acting United States Trustee for Region 21
>
> U.S. DEPARTMENT OF JUSTICE
> OFFICE OF THE UNITED STATES TRUSTEE
> Edificio Ochoa
> 500 Tanca Street, Suite 301
> San Juan, Puerto Rico 00901-1922
> Tel.: (787) 729-7444
> Fax: (787) 729-7449
>
> (Electronically Filed)
>
> By: s/ Monsita Lecaroz-Arribas
> Monsita Lecaroz-Arribas
> Assistant U.S. Trustee
> USDC-PR No. 207707