# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** <br><br> **As representative of** <br><br> **THE COMMONWEALTH OF PUERTO RICO,** *et al*. <br><br> **Debtors**[1]. | **PROMESA** <br><br> **Title III** <br><br><br> **Case No. 17-CV-01578-LTS** <br><br> **Case No. 17-03283** <br><br> **(Joint Administration Requested)** |

## EX PARTE ORDER

**THIS MATTER** having come before the Court upon the United States Trustee's Ex Parte Motion to Temporarily Modify the Requirements of Fed. R. Bankr. P. 2002(i), for the Retiree Committee, cause having been established and no prejudice to parties in interest being apparent,

**NOW THEREFORE,**

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the notices required to be transmitted to the Retiree Committee in case no. 17-BK-03283 (the Commonwealth's Title III Case) pursuant to Fed. R. Bankr. P. 2002(i) shall be provided by the United States Trustee until entry of appearance by an attorney for the Retiree Committee.

Dated:

_____
LAURA TAYLOR SWAIN

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.