**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | **CASE NO. 17 BK 3283-LTS**  **TITLE III, PROMESA** |
| **AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO** | |
| **Debtor** | |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT**:

**NOW COME** Angely M. Aponte-Pagán and other Plaintiffs in the case captioned <u>Aponte-Pagán et al v. Rivera-Aquino et al</u>, Civil No. CC-2016-1153, before the Supreme Court of Puerto Rico; and Javier Andino-Gaudín and other Plaintiffs in the case of <u>Andino-Gaudín et al v. Rivero-Cubano et al</u>, Civil No. K AC2002-5558, before the Court of First Instance of Puerto Rico, through the undersigning counsel, and respectfully allege and pray as follows:

1. The undersigned appears on behalf of appearing parties in the captioned Title III proceedings.

2. Hence, the undersigned requests from this Honorable Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the First Amended Notice, Case Management and Administrative Procedures, to accept this notice as a formal appearance in the

-1-

captioned case and that he be notified with copy of all filings in the case.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this June 14, 2017.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    s/Francisco R. González-Colón
**FRANCISCO R. GONZALEZ COLON**
**USDC No. 116410**

FRANCISCO GONZÁLEZ LAW OFFICE
1519 PONCE DE LEÓN AVE.
FIRST FEDERAL BLDG. SUITE 805
SAN JUAN, P.R. 00909
Tel. (787) 723-3222 FAX 722-7099
bufetefrgonzalez@gmail.com