UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | CASE NO. 17 BK 3283-LTS |
| as representative of | PROMESA Title III |
| THE COMMONWEALTH OF PUERTO RICO, et al. | (Jointly Administered) |
| Debtor[1] | |
| IN RE: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | CASE NO. 17 BK 3284-LTS |
| as representative of | PROMESA TITLE III |
| PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | (Jointly Administered) |
| Debtor[2] | |

NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

**COME NOW** Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves, creditors and parties-in-interest in case No. 17 BK 3284-LTS, with address at Washington St. #57 Apartment #4 San Juan, Puerto Rico 00907; telephone number 787-245-0002 and e-mail address of plcb@coqui.net, hereby enter their appearance, through the law firm of Charles A. Cuprill P.S.C. Law Offices, pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170.  Pursuant to sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as this Court's Orders *(a) Pursuant to PROMESA Section 304(g) and Bankruptcy Rule 1015(b) Directing Joint Administration of Title III Cases and Granting Related Relief on (Docket No. 242) and*

---

[1] Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS)(last four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284)(last four Digits of Federal Tax ID: 8474).
[2] The notice relates only to Case No. 17 BK 3284-LTS

*(b)Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (c) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (d) Granting Related Relief* (the "CMP Order") (Docket No. 249), Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves request that all notices given, or required to be given, and all papers served, or required to be served in the captioned case be given to and served upon the undersigned law firm

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, which may affect or seek to affect in any way any rights or interests of Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves with respect to Case No. 17 BK 3284-LTS or any property or proceeds in which Debtor in Case 17 BK 3284-LTS may claim an interest.

RESPECTFULLY SUBMITTED.

San Juan, Puerto Rico, this 15th day of June, 2017.

s/ CHARLES A. CUPRILL–HERNÁNDEZ
USDC-PR 114312
Charles A. Cuprill, P.S.C., Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel.: (787) 977–0515
Fax: (787) 977–0518
E–Mail: ccuprill@cuprill.com