UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------x

ORDER

  The Court has received and reviewed the *Urgent Motion for Relief from Stay* (the "Motion") filed by Luz Pizarro-Correa (the "Movant"). (Docket Entry No. 328.) Opposition papers to the Motion must be filed by **June 28, 2017**. Movant's reply papers must be filed by **July 5, 2017**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

  SO ORDERED.

Dated: June 15, 2017

                       /s/ Laura Taylor Swain
                       LAURA TAYLOR SWAIN
                       United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).