IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>        Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>This Document Relates to:²<br>17 BK 3283; 17 BK 3284 |

**CORRECTED³**
**NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND**
**NOTICE OF HEARING THEREON**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [ECF No. 242], this pleading will be filed in both the lead Case No. 17 BK 3283-LTS and in Case No. 17 BK 3284-LTS.

[3] This Corrected Notice is being filed for the sole purpose of correcting the objection deadline from June 20, 2017 to June 21, 2017.  *See* Notice of Filing Motion for Relief from the Automatic Stay and Notice of Hearing Theron, Case No. 17-BK-03283, Dkt. No. 271; Case No. Case No. 17-BK-03284, Dkt. No.140.

**PLEASE TAKE NOTICE** that on June 7, 2017, mutual funds managed by OppenheimerFunds, Inc., Franklin Advisers, Inc., and the First Puerto Rico Family of Funds (the "**Mutual Fund Group**"), and (ii) the Puerto Rico Funds,[4] (together with the Mutual Fund Group, the "**Movants**"), filed a Motion for Relief from the Automatic Stay (the "**Motion**"). *See* Case No. 17-BK-03283, Dkt. No. 270; Case No. 17-BK-03284, Dkt. No. 139.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion ("**Objections**") must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico (the "**Local District Court Rules**"), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), and served on (i) counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299 (Attn: Martin J. Bienenstock and Stephen L. Ratner), and O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 (Attn: Hermann D. Bauer, Esq.); (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, Roberto Sáchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, Puerto Rico 00907; (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times

---

[4] The Puerto Rico Funds are the following Puerto Rico-based funds: Puerto Rico AAA Portfolio Bond Fund II, Inc.; Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund, Inc. II; Puerto Rico Investors Tax-Free Fund III, Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund.

Square, New York, New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.), and Law Offices of Andrés W. López, Esq., 902 Fernández Juncos Ave., San Juan, PR 09007 (Attn: Andrés W. López, Esq.); (iv) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922; and (v) on the parties in the Master List maintained pursuant to the First Amended Case Management Procedures [ECF No. 262] and found at https://cases.primeclerk.com/puertorico/Home-Index.

**PLEASE TAKE NOTICE** that the date and time of the applicable objection deadline for the Motion is June 21, 2017.

**PLEASE TAKE NOTICE** that the date of the hearing at which the Motion shall be considered by the Court is June 28, 2017 at 9:30 a.m. at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardon Avenue, San Juan, Puerto Rico.

**PLEASE TAKE NOTICE** that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's First Amended Case Management Procedures [ECF No. 262].

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, today June15, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernández-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> E-mail: mfb@tcmrslaw.com | *s/ Douglas Buckley* <br> THOMAS MOERS MAYER* <br> AMY CATON* <br> PHILIP BENTLEY* <br> DAVID E. BLABEY JR.* <br> DOUGLAS BUCKLEY* <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 <br> Email: tmayer@kramerlevin.com <br> acaton@kramerlevin.com <br> pbentley@kramerlevin.com <br> dblabey@kramerlevin.com <br> dbuckley@kramerlevin.com <br> *(admitted *pro hac vice*) |
| *s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> E-mail: lft@tcmrslaw.com | |
| *s/ Jane Patricia Van Kirk* <br> JANE PATRICIA VAN KIRK <br> USDC–PR No. 220,510 <br> E-mail: jvankirk@tcmrslaw.com | |
| P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 | |
| *Counsel to the Mutual Fund Group* | *Counsel to the Mutual Fund Group* |

By:

| | |
|---|---|
| /s/ *José C. Sánchez-Castro* | /s/ *John K. Cunningham* |
| José C. Sánchez-Castro | Glenn M. Kurtz (*pro hac vice*) |
| USDC-PR 213312 | John K. Cunningham (*pro hac vice*) |
| janchez@lsplawpr.com | WHITE & CASE LLP |
| | 1221 Avenue of the Americas |
| Alicia I. Lavergne-Ramírez | New York, NY 10036 |
| USDC-PR 215112 | Tel. (212) 819-8200 |
| alavergne@lsplawpr.com | Fax (212) 354-8113 |
| | gkurtz@whitecase.com |
| Maraliz Vázquez-Marrero | jcunningham@whitecase.com |
| USDC-PR 225504 | |
| mvazquez@lsplawpr.com | Jason N. Zakia (*pro hac vice*) |
| | WHITE & CASE LLP |
| LÓPEZ SÁNCHEZ & PIRILLO LLC | 200 S. Biscayne Blvd., Suite 4900 |
| 270 Muñoz Rivera Avenue, Suite 1110 | Miami, FL 33131 |
| San Juan, PR 00918 | Tel. (305) 371-2700 |
| Tel. (787) 522-6776 | Fax (305) 358-5744 |
| Fax: (787) 522-6777 | jzakia@whitecase.com |

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*