UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER DENYING MOTION FOR ENTRY OF AN ORDER PURSUANT TO 48 U.S.C. § 2161 AND 11 U.S.C. § 1102 DIRECTING THE APPOINTMENT OF AN OFFICIAL RETIREE COMMITTEE AND APPOINTING THE PRE-PETITION RETIREE COMMITTEE AS THE OFFICIAL RETIREE COMMITTEE

On May 5, 2017, the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") filed a *Motion for Entry of an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Retiree Committee and Appointing the Pre-Petition Retiree Committee as the Official Retiree Committee* (the "Motion"). (Docket Entry No. 8.)

On June 15, 2017, the Office of the United States Trustee for Region 21 filed the *Appointment of Official Committee of Retirees in the Commonwealth of Puerto Rico* (the "Retiree Notice") appointing certain individuals to the Official Committee of Retirees in the above-captioned case. (Docket Entry No. 340.) As a result of the Retiree Notice, the Motion is denied as moot. Moreover, the Motion is inconsistent with the statutory requirements as set forth in 11 U.S.C. § 1102, as incorporated in these cases pursuant to 48 U.S.C. § 2161, in so far as it seeks the Court's designation of specific committee members.

*[The Remainder of this Page is Intentionally Left Blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

This Order resolves docket entry no. 8.

SO ORDERED.

Dated: June 15, 2017

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge