**Exhibit B**

**Publicly Available Information**

*Publicly Available Information*

| Entity | Web link | Type of information publicly available |
|---|---|---|
| **Office of the Comptroller** | https://www.ocpr.gov.pr/inicio/ | Governmental Contract Registry<br><br>Employees and Payroll Registry<br><br>Audits Reports<br><br>Annual Reports<br><br>Privatization Reports |
| **Office of Management and Budget** | http://www.ogp.pr.gov/ | Budgets of Puerto Rico<br><br>Relevant Statistics<br><br>Federal Funds Management<br><br>Governmental Contract Processing<br><br>Government's Organization Chart<br><br>Governmental Restructures |

| Entity | Web link | Type of information publicly available |
|---|---|---|
| **Government Development Bank** | http://www.bgfpr.com/index.html | Commonwealth CAFR<br><br>Commonwealth Financial Information and Operating Data Report<br><br>Commonwealth Cash Flow Projection<br><br>General Fund Net Revenues and Cash Flow Projection<br><br>P.R. Tax-Exempt Securities by Issuer (Official Statements and Bonds Resolutions)<br><br>Economic Activity Index |
| **EMMA**<br>**(Municipal Securities Rulemaking Board)** | https://emma.msrb.org/ | P.R. Tax-Exempt Securities disclosures pursuant to Rule 15c2-12 |
| **P.R. Department of State** | http://estado.pr.gov/en/ | Regulations<br><br>Executives Orders<br><br>Registry of Commercial Transactions |

3

| Entity | Web link | Type of information publicly available |
|---|---|---|
| **Office of Legislative Services** | http://www.oslpr.org/v2/ | P.R. Legislation (from 1993 to present) Legislative Process related documents |
| **P.R. Institute of Statistics** | http://www.estadisticas.gobierno.pr/iepr/ | Cost of Living Index Group Quarter Report Statistics of government entities and the private sector |
| **P.R. Department of Treasury** | http://www.hacienda.gobierno.pr/ | Statistics of the General Fund Net Revenues Tax Credits Public Rulings Commonwealth's Financial Information and Operational Data Reporting Sales and Use Tax Collection Index Commonwealth's Financial Statements |

| Entity | Web link | Type of information publicly available |
|---|---|---|
| **P.R. Planning Board** | http://www.jp.gobierno.pr/ | Macroeconomic Data Center<br><br>Municipal Data Center<br><br>Economic Cycles<br><br>Economic Reports<br><br>Economic Development Strategy (CEDS),<br><br>among other information. |
| **Puerto Rico Fiscal Agency and Financial Advisory Authority** | http://www.aafaf.pr.gov/index.html | Fiscal Plans<br><br>Oversight Board's Communications |
| **Employees Retirement System of the Government of Puerto Rico** | http://www.retiro.pr.gov/ | Historical Financial Statements for ERS and JRS<br><br>Historical Actuarial Valuation Reports for ERS and JRS |
| **Puerto Rico Teachers Retirement System** | http://www.srm.pr.gov/ | Historical Actuarial Valuation Reports |

\*      This table contains the agencies that have information publically available that would be relevant to an investor.  However, there are many other agencies with additional information on their web pages about other topics.