UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-----------------------------------------------------------x

ORDER DENYING REQUEST FOR APPOINTMENT OF
UNSECURED CREDITORS COMMITTEE PURSUANT TO 11 U.S.C. § 1102(A)(1)

On May 15, 2017, Cesar Castillo, Inc. (the "Movant") filed the *Request for Appointment of Unsecured Creditors Committee Pursuant to 11 U.S.C. § 1102(A)(1)* (the "Motion"). (Docket Entry No. 110.)   On June 15, 2017, the Office of the United States Trustee for Region 21 filed the *Appointment of Official Committee of Unsecured Creditors in the Commonwealth of Puerto Rico* (the "Notice") appointing certain creditors to the Official Committee of Unsecured Creditors in the above-captioned case.  (Docket Entry No. 338.)  As a result of the Notice, the Motion is denied as moot.

This Order resolves docket entry no. 110.

SO ORDERED.

Dated: June 16, 2017

     /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).