UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER

The Court has received and reviewed the *Motion for Relief from Stay* (the "Motion") filed by Angely M. Aponte-Pagán and Javier Andino-Gaudín, as well as their respective co-Plaintiffs (collectively, the "Movants"). (Docket Entry No. 343.) Opposition papers to the Motion must be filed by **June 29, 2017**. Movant's reply papers must be filed **July 6, 2017**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

The Parties are further instructed to inform this Court, by filing of an informative motion not to exceed five (5) pages, of any rulings issued by the Court of First Instance of Puerto Rico with respect to the application of automatic stay in Andino-Gaudín et al. v. Rivero-Cubano, et al., Civil No. K AC2002-5558.

SO ORDERED.

Dated: June 16, 2017

                                                   /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                                 United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).