UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

NOTICE OF CONSENSUAL EXTENSION OF OBJECTION
DEADLINE REGARDING MOTION OF DEBTORS FOR ORDER
APPROVING PROCEDURE TO RESOLVE COMMONWEALTH-COFINA DISPUTE

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, respectfully file this notice of their consent to the extension of the deadline for certain parties in interest (the "Extension Parties")[2] to file an objection to the *Motion*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The Extension Parties are as follows: (a) Assured Guaranty Corp. and Assured Guaranty Municipal Corp.; (b) the QTCB Noteholder Group, as defined in Notice of Appearance [Docket No. 134]; and (c) certain members of the Ad Hoc Group of General Obligation Bondholders

*of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (the "Motion") [D.I. 303]. The original deadline to object to the Motion pursuant to ¶¶ III.I and III.T of this Court's *First Amended Notice, Case Management and Administrative Procedures* [D.I. 262-1] (the "Case Management Procedures") is Friday, June 16, 2017 at 4:00 p.m. (Prevailing Eastern Time). The Debtors have agreed to extend the deadline for the Extension Parties to file an objection to the Motion to 4:00 p.m. (Prevailing Eastern Time) on Wednesday, June 21, 2017. *See* Case Management Procedures, at ¶ III.I (providing that the deadline to file an objection to any pleading "may be extended with the consent of the movant or applicant," provided that the "movant shall provide notice of the extension to Chambers").

---

(certain funds or entities managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion L.P.).

Dated: June 16, 2017
San Juan, Puerto Rico

Respectfully submitted,

*/s/* Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/* Hermann D. Bauer

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for the Debtors*