## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO ("ERS"),[2]

      Debtor

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

```
----------------------------------------------------------x
In re:                                                    PROMESA
THE FINANCIAL OVERSIGHT AND                               Title III
MANAGEMENT BOARD FOR PUERTO RICO,
                                                          No. BK 3567-LTS
          as representative of
                                                          (Joint Administration Requested)
PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),[3]

                 Debtor.
----------------------------------------------------------x
```

**NOTICE OF CONSENSUAL EXTENSION OF OBJECTION DEADLINE REGARDING MOTION OF DEBTORS PURSUANT TO PROMESA SECTION 301(A) AND BANKRUPTCY CODE SECTIONS 105(A), 362(A), 365, AND 922 FOR ENTRY OF ORDER CONFIRMING (I) APPLICATION OF THE AUTOMATIC STAY TO GOVERNMENT OFFICERS, AGENTS, AND REPRESENTATIVES (II) STAY OF PREPETITION LAWSUITS AND ACTIONS AGAINST INHABITANTS OF PUERTO RICO (III) APPLICATION OF CONTRACT PROTECTIONS**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, as Title III debtors (the "ERS," and together with the Commonwealth, COFINA, and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[4] respectfully file this notice of their consent to the extension of the deadline for certain parties in interest (the "Saturday Extension Parties"[5] and the "Monday Extension Parties"[6]) to file an

---

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

[4] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[5] The Saturday Extension Parties are as follows: Oppenheimer Funds, Franklin Funds and First Puerto Rico Family of Funds.

objection to the *Motion of Debtors Pursuant to PROMESA Section 301(A) and Bankruptcy Code Sections 105(A), 362(A), 365, and 922 For Entry of Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico (III) Application of Contract Protections* (the "Motion") [D.I. 301].  The original deadline to object to the Motion pursuant to ¶¶ III.I and III.T of this Court's *First Amended Notice, Case Management and Administrative Procedures* [D.I. 262-1] (the "Case Management Procedures") is Friday, June 16, 2017 at 4:00 p.m. (Prevailing Eastern Time).  The Debtors have agreed to extend the deadline for the Saturday Extension Parties to file an objection to the Motion to 11:59 p.m. (Prevailing Eastern Time) on Saturday, June 17, 2017 and the Monday Extension Parties to file an objection to the Motion to 4:00 p.m. (Prevailing Eastern Time) on Monday, June 19, 2017.  *See* Case Management Procedures, at ¶ III.I (providing that the deadline to file an objection to any pleading "may be extended with the consent of the movant or applicant," provided that the "movant shall provide notice of the extension to Chambers").

---

[6] The Monday Extension Parties are as follows: certain funds or entities managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion L.P.

Dated: June 16, 2017
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial
Oversight and Management Board
as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial
Oversight and Management Board
as Representative for the Debtors*