# EXHIBIT B



EXPERIENCE   COMMITMENT   STRENGTH

BY FAX AND EMAIL

May 19, 2017

Puerto Rico Sales Tax Financing Corporation
Roberto Sánchez Vilella Government Center
De Diego Avenue, Stop 22
Santurce, Puerto Rico 00940
Fascimile: (787) 728-0975
Attention:   Alberto C. Rodríguez Pérez, Esq.
             Gabriel Olivera Magraner, Esq.
             Christian Sobrino Vega, Esq.
             Rafael L. Rovira Arbona, Esq.
             Gerardo Portela Franco

Re: Meeting with COFINA Board

To Whom It May Concern:

    At the May 17, 2017 hearing, Martin Bienenstock, as counsel for the Financial Oversight and Management Board for Puerto Rico, stated that COFINA has an independent board that can represent COFINA's interests. As you may know, National Public Finance Guarantee Corporation (as successor in interest to MBIA Insurance Corporation, "National"), is an insurer of $1.1 billion in accreted senior COFINA debt. National requests a meeting with the members of the COFINA board of directors. We would appreciate your arranging this meeting as soon as possible.

Sincerely,

Name: Gary A. Saunders
Title: Deputy General Counsel

cc:

Marcia L. Goldstein



National Public Finance Guarantee Corporation   1 Manhattanville Road, Suite 301, Purchase, NY 10577   1-914-765-3333   www.nationalpfg.com