# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

23551430

The undersigned, a Paralegal at the offices of Dechert LLP, hereby certifies that, on June 16, 2017, Plaintiff served copies of the *Omnibus Objection of Peaje Investments LLC to the Debtors' (I) Motion for a Stay of Peaje's Pending Actions, and (II) Request Made in the Debtors' Joint Administration Motion to Render the Commonwealth's and COFINA's Bank Accounts Motion Applicable in HTA's Title III Case* on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by U.S. mail at the following addresses: (x) United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767; and (y) United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

- Development & Construction Law Group, LLC, counsel for the Executive Director of HTA, currently the Hon. Carlos Contreras Aponte, by email to rcastellanos@devconlaw.com;

- Wandymar Burgos Vargas, Esq., Acting Deputy Secretary for the Puerto Rico Department of Justice, as representative of Defendants Hon. Ricardo Rossello Nevares, Raul Maldonado Gautier, and Jose Ivan Marrero Rosado, by email to wburgos@justicia.pr.gov;

- the Law Offices of Andres W. Lopez, P.S.C., co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and its Executive Director, currently the Hon. Gerardo Portela Franco, by email to andres@awllaw.com;

- O'Melveny & Myers LLP, co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and its Executive Director, currently the Hon. Gerardo Portela Franco, by email to: dperez@omm.com; jrapisardi@omm.com; pfriedman@omm.com; and suhland@omm.com;

- O'Neill & Borges, co-counsel for the Puerto Rico Financial Oversight & Management Board, as representative of the Commonwealth of Puerto Rico and HTA, by email to: herman@oneillborges.com; ubaldo.fernandez@oneillborges.com; and daniel.perez@oneillborges.com;

- Proskauer Rose LLP, co-counsel for the Puerto Rico Financial Oversight & Management Board, as representative of the Commonwealth of Puerto Rico and HTA, by email to: pabelson@proskauer.com; ebarak@proskauer.com;

    mbienenstock@proskauer.com; tmungovan@proskauer.com; ppossinger@proskauer.com; sratner@proskauer.com; mzerjal@proskauer.com; and ctheodoridis@proskauer.com;

- the entities on the List of Creditors Holding the 20 Largest Unsecured Claims, directly by email or U.S. mail, or, alternatively, by email to counsel to the extent that counsel has appeared on behalf of a particular entity;

- the members of the Official Committee of Unsecured Creditors appointed in the Commonwealth's Title III case, directly by email or U.S. mail, or, alternatively, by email to counsel to the extent that counsel has appeared on behalf of a particular member;

- the members of the Official Committee of Retirees appointed in the Commonwealth's Title III case, by service to the Office of the United States Trustee for Region 21 as mentioned above; and

- all other parties receiving service through the CM/ECF system.

        /s/ *Brett Stone*_____
        By: Brett Stone
        Title: Paralegal, Dechert LLP