# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.¹

---------------------------------------------------------------x

PROMESEA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

     I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On June 11, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Master Email Service List attached hereto as **Exhibit A**.

- Notice of Hearing (Scheduled for June 28, 2017 at 9:30 a.m. (Prevailing Eastern Time)) [Docket No. 306] (the ***"Notice of Hearing"***)

     On June 12, 2017 at my direction and under my supervision, employees of Prime Clerk caused the Notice of Hearing to be served via First Class Mail on the Master Service List attached hereto as **Exhibit B**.

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Dated: June 16, 2017

*[signature]*
Christine Porter

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 16, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *[signature]*

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 16652

# **Exhibit A**

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to the Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Retiree Committee") | A.J. Bennazar Zequeria | P.O. Box 194000<br>No. 212<br>San Juan PR 00919-4000 | ajb@bennazar.org<br>bgm.csp@bennazar.org |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli<br>P.O. Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy, ("Levy") | Andrés L. Córdova | P.O. Box 195355<br>San Juan PR 00919-533 | andreslopecordova@gmail.com<br>acordova@juris.inter.edu |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol<br>P.O. Box 29227<br>San Juan PR 00929-0227 | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol<br>Urb. Matienzo Cintron<br>Calle Montellano 518<br>San Juan PR 00923 | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Gonzalo Alcade<br>48 Carr. 165, Ste. 500<br>Guaynabo PR 00968-8033 | gonzalo.alcalde@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Gonzalo Alcade<br>PO Box 12004<br>San Juan PR 00922 | gonzalo.alcalde@metropistas.com |
| Top 20 Unsecured Creditor | Braxton School of Puerto Rico | Attn: Angelina Sosa<br>K-2 Ave. San Patricio<br>Guaynabo PR 00968 | wmunoz@braxtonpr.com<br>academico@braxtonpr.com<br>braxton.dp@gmail.com |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Christopher R. Maddox & J. Mitchell Carrington<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | Chris.Maddux@butlersnow.com<br>Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Butler Snow LLP | Attn: Martin Sosland, Esq.<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | martin.sosland@butlersnow.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq.<br>700 Sixth Street, N.W.<br>Washington DC 20001 | mark.ellenberg@cwt.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman<br>Centro Internacional de Distribucion<br>PR-165 Km 2.4 Edificio 10<br>Guaynabo PR 00965 | deborah.weitzman@cardinalhealth.com |
| Top 20 Unsecured Creditor | Cardinal Health PR | Attn: Deborah Weitzman & Kaleny Nazario Bartolomei<br>P.O. Box 366211<br>San Juan PR 00936 | kaleny.nazario@cardinalhealth.com<br>deborah.weitzman@cardinalhealth.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda<br>P.O. Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq.<br>P.O. Box 195075<br>San Juan PR 00919-5075 | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, 16th Floor<br>San Juan PR 00901 | ltorres@cstlawpr.com<br>AAneses@cstlawpr.com |
| Counsel to Luis A Rivera Siaca, Interested Party | Charles A. Cupril, P.S.C., Law Offices | Attn: Charles A. Cuprill-Hernandez<br>356 Fortaleza Street, Second Floor<br>San Juan PR 00901 | ccuprill@cuprill.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud<br>330 West 42nd Street<br>New York NY 10036-6979 | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com |
| Top 20 Unsecured Creditor | Corporacion de Servicios Educativos de Yabucoa | Attn: Dr. Roque Diaz Tizol<br>Sector Juan Martin<br>Carretera #3 Km 93.7, Ruta 901<br>Yabucoa PR 00767 | mmedina@cosey.org |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, and OZ Management II LP | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo PR 00968 | ra@calopsc.com<br>scriado@calopsc.com |
| Counsel to Syncora | Debevoise & Plimpton LLP | Attn: My Chi To, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>robert.jossen@dechert.com<br>andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr.<br>90 State House Square<br>Hartford CT 06106 | eric.brunstad@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Stuart T. Steinberg<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104 | stuart.steinberg@dechert.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan PR 00910-1750 | afernandez@delgadofernandez.com |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority (hereinafter "Executive Director") | Development & Construction Law Group, LLC | Attn: Raúl Castellanos<br>Highways & Transportation Authority PMB 443<br>Suite 112, 100 Grand Paseos Blvd<br>San Juan PR 00926-5902 | rcastellanos@devconlaw.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924<br>San Juan PR 00936-4924 | dperez@cabprlaw.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan PR 00901-1969 | jose.sosa@dlapiper.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 | richard.chesley@dlapiper.com |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York NY 10020 | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| Top 20 Unsecured Creditor | Ediciones Santillana, Inc. | Attn: Daniel Sanz & Obed Betancourt<br>Avenida Roosevelt 1506<br>Guaynabo PR 00968 | dsanz@santillana.com<br>ydejesus@santillana.com<br>obetancourt@santillana.com |
| Top 20 Unsecured Creditor | Ediciones SM | Attn: Marisol Diaz<br>Barrio Palmas 776<br>Calle 7, Suite 2<br>Calano PR 00962 | consultas@sm-pr.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc. ("Cooperativa") | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq.<br>P.O. Box 9023905<br>San Juan PR 00902-3905 | jcc@fclawpr.com<br>vperez@globalinsagency.com |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones<br>254 Ave. Jesús T. Piñero<br>San Juan PR 00927 | wmq@wmarrerolaw.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Hogan Lovells US LLP | Attn: Robin E. Keller, Esq.<br>875 Third Avenue<br>New York NY 10022 | robin.keller@hoganlovells.com |
| Top 20 Unsecured Creditor | IKON Solutions, Inc | Attn: Pedro J. Latorre Negron<br>270 Avenida Munoz Rivera PH1<br>San Juan PR 00918 | pedro.latorre@ikonpr.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila<br>207 del Parque Street<br>3rd Floor<br>San Juan PR 00912 | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com |
| Counsel to Asociación Puertorriqueña de la Judicatura | Indiano & Williams, P.S.C. | Attn: Leticia Casalduc-Rabell<br>207 del Parque Street<br>3rd Floor<br>San Juan  PR 00912 | leticia.casalduc@indianowilliams.com |
| Top 20 Unsecured Creditor | Institucion Educativa NETS, LLC | Attn: Nydia T. Rodriguez Lopez<br>84-11 70 Street<br>Sierra Bayamon<br>Bayamon PR 00961 | mrodriguez@netspr.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit<br>City View Plaza<br>48 Carr 165, Suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | 8169 Calle Concordia<br>Suite 102, Cond. San Vicente<br>Ponce PR 00717-1556 | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos<br>PO Box 364966<br>San Juan PR 00936-4966 | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | 701 Ave Ponce de Leon<br>Suite 401<br>San Juan PR 00907-3248 | jwc@jwcartagena.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq.<br>1633 Broadway<br>New York NY 10019 | Kdavid@kasowitz.com<br>Dfliman@kasowitz.com<br>Isasson@kasowitz.com |
| Top 20 Unsecured Creditor | Kirkland & Ellis LLP | Attn: Travis Langenkamp & Michael F. Williams<br>655 Fifteenth Street, N.W.<br>Washington DC 20005 | mwilliams@kirkland.com |
| Top 20 Unsecured Creditor | KPMG, LLC | Attn: Angel Perez & Luisette Negron<br>American Intl. Plaza, 250 Ave.<br>Luis Munoz Rivera<br>San Juan PR 00918 | aperez@kpmg.com<br>Lnegron@kpmg.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. 902 Fernández Juncos Ave. 902 Fernández Juncos Ave. San Juan PR 00907 | andres@awllaw.com |
| Counsel to CMA Architects & Engineers LLC | Law Offices of John E. Mudd | Attn: John E. Mudd P.O. Box 194134 San Juan PR 00919 | jemudd@yahoo.com |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo 138 Winston Churchill Suite 316 San Juan PR 00926-6023 | suarezcobo@gmail.com |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn: Thomas Hommell, General Counsel 1271 Avenue of the Americas 35th Floor New York NY 10020 | thomas.hommel@lehmanholdings.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero 270 Muñoz Rivera Avenue Suite 1110 San Juan PR 00918 | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Top 20 Unsecured Creditor | Manpower | Attn: Melissa Rivers 268 Munoz Rivera Ave Ground Floor San Juan PR 00918 | melissa.rivera@manpower.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | 802 Avenida Fernández Juncos Esquina Calle La Paz Miramar San Juan PR 00907 | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | 9140 Marina St., Suite 801 Ponce PR 00717 | mevicens@yahoo.com |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | Attn: Maximiliano Trujillo-Gonzalez, Esq. 100 Grand Paseos Blvd. Suite 112 San Juan PR 00926-5902 | maxtruj@gmail.com |
| Top 20 Unsecured Creditor | MC&CS | Attn: Carlos Colon Medina 428 Ave Excorial Caparra Hts Viejo San Juan PR 00926 | ccolon@mccspr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. 270 Muñoz Rivera Avenue, Suite 7 Hato Rey PR 00918 | aaa@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. PO Box 364225 San Juan PR 00936-4225 | aaa@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. PO Box 364225 San Juan PR 00936-4225 | nzt@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. 270 Muñoz Rivera Avenue Suite 7 Hato Rey PR 00918 | nzt@mcvpr.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano & Ricardo R. Lozada - Franco<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo PR 00968 | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra<br>101 San Patricio Ave.<br>Suite 1120<br>Guaynabo PR 00968 | msimonet@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, L.P. ("GSAM"), | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>Plaza 273 Suite 700<br>273 Ponce de León Ave.<br>Hato Rey PR 00917-1934 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq.<br>701 Ponce de León<br>Suite 401, Centro de Seguros Bldg.<br>San Juan PR 00907 | man@nblawpr.com |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 | rchristmas@nixonpeabody.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq. & Peter Friedman, Esq.<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com |
| Interested Party | Peaje Investments LLC | c/o National Corporate Research, Ltd.<br>850 New Burton Road, Suite 201<br>Dover DE 19904 | peajeinfo@dechert.com |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva<br>PO Box 360998<br>San Juan PR 00936-0998 | fsilva@claropr.com |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>davidcooper@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com |
| Co-Counsel to COFINA Senior Bondholders' Coalition | Reichard & Escalera | Attn: Sylvia M. Arizmendi & Carlos R. Rivera-Ortiz<br>255 Ponce de Leon Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | arizmendis@reichardescalera.com<br>riverac@reichardescalera.com |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company, ("FGIC") | Rexach & Picó, CSP | Attn: Maria E. Picó<br>Ave. Fernández Juncos 802<br>San Juan PR 00907 | mpico@rexachpico.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Mark T. Stancil, Gary A. Orseck, & Donald Burke<br>1801 K Street, NW<br>Washington D.C. 20006 | mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>dburke@robbinsrussell.com |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | La Coruna<br>Apt. 103<br>Guaynabo PR 00969 | rgarciafontan@gmail.com |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq.<br>American Airlines Building<br>1509 López Landrón, Piso 10<br>San Juan PR 00911 | rprats@rpplaw.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq.<br>166 Avenida de la Constitución<br>San Juan PR 00901 | cbimbela@scvrlaw.com<br>mhernandez@scvrlaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola<br>P.O. Box 195553<br>San Juan PR 00919-5533 | jsalichs@splawpr.com<br>etejeda@splawpr.com |
| Counsel to American Federation of State, County and Municipal Employees ("AFSCME") | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender<br>919 Third Avenue<br>New York NY 10022 | brian.pfeiffer@srz.com<br>tae.kim@srz.com<br>parker.milender@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos & Aníbal J. Núñez González<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>anunez@smlawpr.com |
| Counsel for The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>jescobar@smlawpr.com<br>jsantos@smlawpr.com |
| the Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | the Honorable Rosanna López León | El Capitolio<br>PO Box 9023431<br>San Juan PR 00902-3431 | mvega@senado.pr.gov |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | The Law Offices of Andrés W. López, P.S.C. | Attn: Andrés W. López, Esq.<br>902 Fernández Juncos Ave.<br>San Juan PR 00907 | andres@awllaw.com |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| Top 20 Unsecured Creditor | Total Petroleum Corps. | Attn: Luis Llado<br>P.O. Box 326916<br>San Juan PR 00936-2916 | luis.llado@tpprc.com |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com<br>har@trdlaw.com |

Exhibit A
Master Email Service List
Served via Email

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>salvatore.romanello@weil.com<br>gregory.silbert@weil.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com<br>jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jzakia@whitecase.com |
| Counsel to Cardinal Health PR 120, Inc. ("Cardinal Health") | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 | william.m.vidal@gmail.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com |
| Top 20 Unsecured Creditor | Workforce Training and Employment Center, Inc. (WOTEC) | Attn: Rosa J. Orama Ortiz<br>Marginal 65 Infanteria #23<br>Urb. San Agustin<br>San Juan PR 00925 | info@wotecpr.org |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17 BK 3283-LTS

**Exhibit B**

Exhibit B
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | AmeriCorps | Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington DC 20525 |
| Top 20 Unsecured Creditor | Cede & Co., as nominee of the Depositary Trust Company2 | Attn: President and General Counsel<br>55 Water St.<br>New York NY 10041 |
| Top 20 Unsecured Creditor | Cesar Castillo Inc. | Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan PR 00919-1149 |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto PR 00976 |
| Top 20 Unsecured Creditor | COSALL | Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto PR 00977 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192<br>San Juan PR 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington DC 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington DC 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington DC 20528-0075 |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson<br>451 7th Street., SW<br>Washington DC 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington DC 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke<br>1849 C St., NW<br>Washington DC 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington DC 20590 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17 BK 3283-LTS

Page 1 of 4

Exhibit B
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington DC 20420 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 |
| Top 20 Unsecured Creditor | EVERTEC Inc. | Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras PR 00926 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan PR 00919-0095 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 |
| Top 20 Unsecured Creditor | Microsoft | Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo PR 00968 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan PR 00901 |

Exhibit B
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel for The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 |
| Top 20 Unsecured Creditor | U.S. Army Corps of Engineers | Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan PR 00917 |
| Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington DC 20530 |
| Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17 BK 3283-LTS

Exhibit B
Master Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
| --- | --- | --- |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington DC 20210 |