*Hearing Date:  June 28, 2017 at 9:30 a.m.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
<u>et</u> <u>al.</u>,

                 Debtors.[1]

---------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**Re: Docket No. 301**

## RESERVATION OF RIGHTS OF THE MUTUAL FUND GROUP TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER <u>CONFIRMING THE APPLICATION OF THE AUTOMATIC STAY</u>

The Mutual Fund Group[2] hereby files this reservation of rights (the "**Reservation of Rights**") to the Motion of Debtors Pursuant to PROMESA Section 301(A) and Bankruptcy Code Sections 105(A), 362(A), 365, and 922 for Entry of Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico, and (III) Application of Contract Protections [Dkt. No. 301, the "**Motion**"].  In support of the Reservation of Rights, the Mutual Fund Group respectfully states as follows:

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2]      The Mutual Fund Group consists of mutual funds managed by Oppenheimer Funds, Inc., Franklin Advisers, Inc., and the First Puerto Rico Family of Funds.

## <u>RESERVATION OF RIGHTS</u>

1.      On June 9, 2017, the Debtors filed the Motion.  The objection deadline was originally set for June 16, 2017 at 4:00 p.m. ET.  Pursuant to an agreement between the Mutual Fund Group and the Debtors, the objection deadline was extended to June 17, 2017 at 11:59 p.m. ET. [Dkt. No. 362].

2.      Although the Mutual Fund Group had significant concerns regarding the Proposed Order (as defined in the Motion), the Mutual Fund Group engaged in negotiations with the Debtors that culminated in a revised Proposed Order (the "**Revised Proposed Order**") agreed to by the Debtors and the Mutual Fund Group that addresses those concerns.  The Mutual Fund Group submits this Reservation of Rights to preserve the Mutual Fund Group's right to object to the Motion, solely to the extent that the final Proposed Order presented to the Court differs from the Revised Proposed Order agreed to by the Debtors and the Mutual Fund Group.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today June 17, 2017.

**TORO, COLÓN, MULLET, RIVERA
& SIFRE, P.S.C.**

 *s/ Manuel Fernandez-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

 *s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Counsel to the Mutual Fund Group*

**KRAMER LEVIN NAFTALIS &
FRANKEL LLP**

 *s/ Thomas Moers Mayer*
THOMAS MOERS MAYER*
AMY CATON*
PHILIP BENTLEY*
DAVID E. BLABEY, JR.*
DOUGLAS BUCKLEY*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
        acaton@kramerlevin.com
        pbentley@kramerlevin.com
        dblabey@kramerlevin.com
        dbuckley@kramerlevin.com
*(*pro hac vice* application pending)

*Counsel to the Mutual Fund Group*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

 *s/ Manuel Fernandez-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-776
E-mail: mfb@tcmrslaw.com