# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | This Document Relates to: 17 BK 3283 |
| ------------------------------------------------------------------ | |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| as representative of | PROMESA TITLE III |
| THE PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), *et al.* | No. 17 BK 3284-LTS |
| Debtor. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, creditor and party of interest INTEGRAND ASSURANCE COMPANY ("Integrand"), through the undersigned counsel, and respectfully alleges and prays as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

1. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, and to the First Amended Case Management Procedures approved by the Honorable Court, the appearing creditor and party of interest notifies that it has retained the legal services of Eduardo J. Cobián Roig, whose address and contact information is:

Cobián Roig Law Offices
P.O. Box 9478
San Juan, Puerto Rico 00908-9478
Tel: (787) 247-9448
Fax: (787) 725-1542
Email: eduardo@cobianroig.com

2. In compliance with the First Amended Case Management Procedures, Integrand further informs that its address and phone number are the following:

Integrand Assurance Company
P.O. Box 70128
San Juan, Puerto Rico 00936-8128
Tel: (787) 781-0707

**WHEREFORE**, Integrand respectfully requests that the Honorable Court take note of the foregoing, notify all future notices, pleadings and other filings in these proceedings to the undersigned at the address included below, and that it be included in the Master Address List in the above captioned matters.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 19th day of June, 2017.

**WE HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

**COBIAN ROIG LAW OFFICES**
P.O. BOX 9478
San Juan Puerto Rico 00908-9478
Tel: (787) 247-9448
Fax: (787) 725-1542

**/S Eduardo J. Cobián Roig**
Eduardo J. Cobián Roig
USDC 226306
eduardo@cobianroig.com