# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>Debtor | PROMESA<br>Title III<br>No. 17-bk-3283 (LTS) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br>Debtor | PROMESA<br>Title III<br>No. 17-bk-3284 (LTS) |

## NOTICE OF APPEARANCE

**NOW APPEARS** Stericycle, a party-in-interest in the above-captioned cases, and hereby enters its appearance through the undersigned counsel pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act U.S.C. § 2170, and respectfully requests that all motions, pleadings, papers, and orders be given and served upon the following:

        **LINARES PALACIOS LAW OFFICES**
        **Adrián R. Linares Palacios**
        USDC 224909
        PMB 456 Suite 102
        405 Ave. Esmeralda
        Guaynabo, PR 00969
        Tel.: (787) 638-1389
        Fax.: (787) 790-9374
        Email: alinares2020@yahoo.com

**RESPECTFULLY SUBMITTED**, this 19th day of June, 2017.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing document with the Clerk of the Court's CM/ECF system, which will provide notice thereof to all attorneys of record.

> **LINARES PALACIOS LAW OFFICES**
> *Attorney for Stericycle*
> /s/ *Adrián R. Linares Palacios*
> **Adrián R. Linares Palacios**
> USDC-PR No. 224909
> PMB 456 Suite 102
> 405 Ave. Esmeralda
> Guaynabo, PR 00969
> Tel.: (787) 638-1389
> Fax.: (787) 790-9374
> Email: alinares2020@yahoo.com