UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Re: Docket No. 210

**NOTICE OF CONSENSUAL EXTENSION OF OBJECTION DEADLINE
REGARDING MOTION OF DEBTOR ENTITIES FOR ORDER (A) PROHIBITING
UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE,
(B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE
PERFORMANCE, AND (C) ESTABLISHING PROCEDURES
FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of the Debtor entities pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017,[2] respectfully files this notice of the Debtors' consent to the extension of the deadline for certain parties in interest

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

[2] The Financial Oversight and Management Board for Puerto Rico has consented to the filing of this notice by AAFAF.

(the "Extension Parties")[3] to file an objection to the *Motion of Debtor Entities for an Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Motion") [D.I. 210].[4] The original deadline to object to the Motion is Monday, June 19, 2017 at 4:00 p.m. (Prevailing Eastern Time). The Debtors have agreed to extend the deadline for the Extension Parties to file an objection to the Motion to 12:00 p.m. (Prevailing Eastern Time) on Wednesday, June 21, 2017. *See First Amended Notice, Case Management and Administrative Procedures* [D.I. 262-1] at ¶ III.I (providing that the deadline to file an objection to any pleading "may be extended with the consent of the movant or applicant," provided that the "movant shall provide notice of the extension to Chambers").

*Remainder of Page Intentionally Left Blank*

---

[3] The Extension Parties are as follows: (a) Puerto Rico Electric Power Authority; (b) Puerto Rico Aqueduct and Sewer Authority; (c) WorldNet Telecommunications; and (d) Puerto Rico Telephone Company d/b/a Claro.

[4] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2

| | |
|---|---|
| Dated: June 19, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Suzzanne Uhland*<br><br>John J. Rapisardi<br>Suzzanne Uhland<br>Diana M. Perez<br>(Admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 326-2000<br>Fax: (212) 326-2061<br><br>-and-<br><br>Peter Friedman<br>(Admitted *pro hac vice*)<br>**O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*<br><br>*/s/ Andrés López*<br>Andrés W. López<br>USDC No. 215311<br><br>**THE LAW OFFICES OF**<br>**ANDRÉS W. LÓPEZ, P.S.C.**<br>902 Fernández Juncos Ave.<br>San Juan, PR 00907<br>Tel: (787) 294-9508<br>Fax: (787) 294-9519<br><br>*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |