# EXHIBIT A

US_ACTIVE-134727109

June 5, 2017

Counsel to ERS Bondholders
To the Addresses Set Forth on Schedule 1

> Re: Non-Funding Notice with respect to the Bonds Issued Pursuant to a General
> Resolution Adopted by the Board of Trustees of the ERS on January 24, 2008 and
> Supplemental Resolutions Adopted Thereafter

Ladies and Gentlemen:

Reference is made to the Joint Stipulation and Order entered by the United States District Court for the District of Puerto Rico in Civil Case No. 16-2696 (FAB) (the "Stipulation").[1] Please be advised that on May 21, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") commenced a Title III proceeding on behalf of ERS in accordance with the requirements of PROMESA. The ERS Title III case was assigned to Judge Swain, Case No. 17-BK-3566-LTS, in the United States District Court for the District of Puerto Rico (the "Title III Court"). Pursuant to the authority granted to it under the Enabling Act of the Fiscal Agency and Financial Advisory Authority, Act 2-2017, the Puerto Rico Fiscal Agency and Financial Advisory ("AAFAF") is delivering this notice on behalf of ERS that with respect to the Stipulation it will not transfer to the Fiscal Agent from the Segregated Account the amount necessary to pay interest then due on the ERS Bonds for July 1, 2017 or any subsequent payment date.

AAFAF's directions on behalf of ERS with respect to the above is based upon, among other things, the need to comply with the Fiscal Plan of the Oversight Board. The foregoing does not purport to be a complete list of the reasons for the delivery of this notice. AAFAF and ERS reserve (i) all rights with respect to the continued effectiveness of the Stipulation by virtue of the ERS Title III filing and (ii) the right to revoke this notice and to authorize payments in respect of the Bonds from the funds on deposit in the Segregated Account or any other funds available to ERS.

ERS and AAFAF reserve all rights and claims with respect to the Segregated Account and the funds on deposit therein, and nothing herein constitutes a waiver of any rights, remedies, claims and defenses contained in the Resolution, the Bonds or any other documents related thereto or arising under Title III or other applicable law. ERS and AAFAF further reserve all rights to assert that this notice and any similar notices are unnecessary in light of the applicability of PROMESA section 305 in the ERS Title III case, which provides that, absent consent of the Oversight Board, no court has the authority to enter an order disposing or otherwise interfering with ERS's property.

---

[1] Capitalized terms used herein without definition have the meanings given to them in the Stipulation.

Please be advised that any act or action you or any other party may seek to take with respect to enforcement of rights or remedies against ERS without obtaining proper relief before the Title III Court may be a violation of the automatic stay under Bankruptcy Code section 362 (made applicable to ERS's Title III proceeding under PROMESA section 301(a)) and may cause substantial damage to ERS.  Accordingly, we reserve the right to hold you or any party liable for any damages, including attorney's fees, that may result from such actions.

Sincerely,

Puerto Rico Fiscal Agency and Financial Advisory

By: _____

Name: Gerardo Portela

Title: Executive Director

cc:     The Bank of New York Mellon, as Fiscal Agent
101 Barclay Street
Floor 7W
New York, NY 10286
Tel:  (212) 815-6955
Attn: Northern Municipals Department

## Schedule 1
## Counsel to ERS Bondholders

Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511


Bruce Bennett
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum
JONES DAY
250 Vesey Street
New York, NY 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart
Beth Heifetz
Sparkle L. Sooknanan
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
bheifetz@jonesday.com
ssooknanan@jonesday.com

Arturo Díaz-Angueira
José C. Sánchez-Castro
Alicia I. Lavergne-Ramírez
Maraliz Vázquez-Marrero
LÓPEZ SÁNCHEZ & PIRILLO LLP
270 Muñoz Rivera Avenue, Suite 504
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
adiaz@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
mvazquez@lsplawpr.com


Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)
Jason Zakia (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113
gkurtz@whitecase.com
jcunningham@whitecase.com
jzakia@whitecase.com