UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed a May 31, 2017 letter from Villegas y Asociados-Ingenieros, C.S.P. The Court's response to that letter follows. Given the nature and potential sensitivity of the commercial information contained in the letter, the Court has returned it to Villegas y Asociados-Ingenieros, C.S.P.

Dated: June 20, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

<div style="text-align:center">

**JUDGE LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**150 CARLOS CHARDON STREET**
**SAN JUAN, PR 00918-1767**

</div>

June 13, 2017

Villegas y Asociados-Ingenieros, C.S.P.
Attn: Harry A. Villegas Diaz
1598 Cavalieri Street
San Juan, Puerto Rico 00927-6129

<div style="text-align:center">Letter, dated May 31, 2017, Regarding Certain Debts</div>

Dear Mr. Villegas Diaz:

    I am writing in response to your letter, dated May 31, 2017, regarding certain debts that you indicate are owed to your firm by the Commonwealth of Puerto Rico. Your letter contains detailed descriptions of the various debts, including the amounts owed, the project details, and the dates the services were rendered.

    Submission of the details of claims to the Court by letter is not effective to lodge your claims in the Commonwealth's PROMESA Title III Proceeding. In re Commonwealth of Puerto Rico, No. 3:17-bk-3283 (D.P.R. May 3, 2017). A procedure for filing proofs of claim will be established, notice provided, and a deadline set, as the matter proceeds. In the meantime, I suggest that you consult with bankruptcy counsel and contact the appointed Claims Agent, Prime Clerk LLC, if you have any questions. Prime Clerk LLC can be reached at (844) 822-9231 (toll free for the United States and Puerto Rico) or (646) 486-7944 (for international callers).

    A website for the case is maintained at: https://cases.primeclerk.com/puertorico/Home-Index. The Court's ordinary practice is to publicly file a copy of any letter that it receives and reviews from interested persons on the relevant document. However, given the nature and potential sensitivity of the commercial information contained in the letter, I am enclosing and returning the letter to you.

<div style="margin-left:50%">

Sincerely yours,

_____
United States District Judge

</div>