# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF LAWRENCE S. ROBBINS

COMES NOW, Lawrence S. Robbins, Applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, with offices at:

> 1801 K Street, N.W., Suite 411L
> Washington, DC 20006
> lrobbins@robbinsrussell.com
> Telephone: (202) 775-4500
> Facsimile: (202) 775-4510

2. Applicant will sign all pleadings with the name Lawrence S. Robbins.

3. Applicant has been retained as a member of the above-named firm by an ad hoc group of certain holders of bonds issued or guaranteed by the Commonwealth of Puerto Rico (the "Ad Hoc Group of General Obligation Bondholders")[1] to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Applicant presently is a member in good standing of the bars of the District of Columbia and New York, where applicant regularly practices law. Applicant has been a member of good standing of the District of Columbia bar since September 22, 1989; his license number is 420260. He has been a member in good standing of the New York bar since December 9, 1980; his license number is 1695410.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Supreme Court | 12/1/1986 |
| United States Court of Appeals for the DC Circuit | 11/18/1988 |
| United States Court of Appeals for the Federal Circuit | 2/21/2003 |
| United States Court of Appeals for the 1st Circuit | 1/10/1989 |
| United States Court of Appeals for the 2nd Circuit | 4/12/1984 |
| United States Court of Appeals for the 3rd Circuit | 6/28/1982 |
| United States Court of Appeals for the 4th Circuit | 1/10/2000 |
| United States Court of Appeals for the 5th Circuit | 3/15/2005 |
| United States Court of Appeals for the 7th Circuit | 9/23/2005 |
| United States Court of Appeals for the 8th Circuit | 2/10/1994 |
| United States Court of Appeals for the 9th Circuit | 8/5/1998 |
| United States Court of Appeals for the 10th Circuit | 2/16/1999 |
| United States Court of Appeals for the 11th Circuit | 6/3/1998 |
| U.S. District Court, Colorado | 7/6/1995 |
| U.S. District Court, District of Columbia | 7/6/1992 |
| U.S. District Court, Florida | 5/5/2006 |
| U.S. District Court, Eastern District of New York | 12/16/1980 |
| U.S. District Court, Southern District of New York | 12/9/1980 |

---

[1] The Ad Hoc Group of General Obligation Bondholders consists of certain funds managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion Capital Partners L.P.

2

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> J. Ramón Rivera Morales
> USDC-PR Bar No. 200701
> Jiménez, Graffam & Lausell
> P.O. Box 366104
> San Juan, Puerto Rico 00936-6101
> Telephone: (787) 767-1030
> Facsimile: (787) 751-4068
> E-Mail: rrivera@jgl.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 20, 2017

        Respectfully submitted,

        _____

        Lawrence S. Robbins
        Robbins, Russell, Englert, Orseck, Untereiner &
           Sauber LLP
        1801 K Street, N.W., Suite 411L
        Washington, DC 20006
        gorseck@robbinsrussell.com
        Telephone: (202) 775-4500
        Facsimile: (202) 775-4510

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 20, 2017

        Respectfully submitted,

        _/s/ J. Ramón Rivera Morales_____
        J. Ramón Rivera Morales
        USDC-PR Bar No. 200701
        Jiménez, Graffam & Lausell
        P.O. Box 366104
        San Juan, Puerto Rico 00936-6101
        Telephone: (787) 767-1030
        Facsimile: (787) 751-4068
        E-Mail: rrivera@jgl.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

| | |
|---|---|
| _/s/ J. Ramón Rivera Morales_____ | _____ |
| J. Ramón Rivera Morales | Lawrence S. Robbins |
| USDC-PR Bar No. 200701 | Robbins, Russell, Englert, Orseck, Untereiner |
| Jiménez, Graffam & Lausell | & Sauber LLP |
| P.O. Box 366104 | 1801 K Street, N.W., Suite 411L |
| San Juan, Puerto Rico 00936-6101 | Washington, DC 20006 |
| Telephone: (787) 767-1030 | lrobbins@robbinsrussell.com |
| Facsimile: (787) 751-4068 | Telephone: (202) 775-4500 |
| E-Mail: rrivera@jgl.com | Facsimile: (202) 775-4510 |

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF LAWRENCE S. ROBBINS

This Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

    ____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

    ____ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

6

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
Laura Taylor Swain
U.S. District Judge

```
Court Name: District Court
Division:
Receipt Number: PRX100050277
Cashier ID: arodrigu
Transaction Date: 06/20/2017
Payer Name: RIVERA-MORALES, JUAN R
------------------------------------
PRO HOC VICE
 For: RIVERA-MORALES, JUAN R
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: RIVERA-MORALES, JUAN R
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: RIVERA-MORALES, JUAN R
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HOC VICE
 For: RIVERA-MORALES, JUAN R
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: JIMENEZ GRAFFAN & LAUSELL
 Check/Money Order Num: 064490
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ GRAFFAN & LAUSELL
 Check/Money Order Num: 064491
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ GRAFFAN & LAUSELL
 Check/Money Order Num: 064488
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: JIMENEZ GRAFFAN & LAUSELL
 Check/Money Order Num: 064489
 Amt Tendered: $300.00
------------------------------------
Total Due:     $1,200.00
Total Tendered: $1,200.00
Change Amt:    $0.00

17-3283(LTS) & 17-3284(LTS) PRO HAC
VICE OF JOSHUA S BOLIAN & LAWRENCE
S. ROBBINS

THRU: RIVERA-MORALES, JUAN R
```