UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

et al.,

                            Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

## CERTIFICATE OF SERVICE

I, David Murphy, being duly sworn deposes and says:

1. I am over the age of eighteen years and employed by Kramer Levin Naftalis and Frankel LLP and I am not a party to the above-captioned action.

2. On June 17, 2017 I served true and correct copies of the (i) *Reservation Of Rights Of The Mutual Fund Group To The Debtors' Motion For Entry Of An Order Confirming The Application Of The Automatic Stay* [Docket No. 380] by Overnight Mail or First Class Mail upon the parties identified in the attached Exhibit 1.

3. On June 19, 2017 I served true and correct copies of (ii) *Reservation Of Rights Of The Mutual Fund Group To The Debtors' Motion For Entry Of An Order Confirming The Application Of The Automatic Stay* [Docket No. 380] by First Class Mail upon the parties identified in the attached Exhibit 2.

                                                David Murphy

Notary Public

ANDREA T. DONALDSON
Notary Public, State of New York
NO. 01DO6287457
Qualified in Nassau County
Commission Expires August 12, 2017

KL2 3016142.1

**Exhibit 1**

Via Overnight Mail:

1) The American Federation of Teachers (AFT)

Attention Mark Richard, Counsel to the President of the AFT

555 New Jersey Ave., N.W.

11th floor

Washington, DC 20001

Via Overnight Mail:

2) Doral Financial Corporation

C/O Drivetrain LLC

630 Third Avenue

21st Floor

New York, NY 10017

Via Overnight Mail:

3) Genesis Security

5900 Ave. Isla Verde

L-2 PMB 438

Carolina, PR 00979

Via First Class Mail:

4) Puerto Rico Hospital Supply

Call Box 158

Carolina, PR 00986-0158

Via Overnight Mail:

5) Service Employees International Union (SEIU)

1800 Massachusetts Avenue N.W.

Washington, D.C. 20036

Via Overnight Mail:

6) Total Petroleum Puerto Rico Corp.

Citi View Plaza Tower I

48 Road 165 Oficina 803

Guaynabo, PR 00968-8046

Via Overnight Mail:

7) Unitech Engineering

C/O Ramón Ortiz Carro

Urb Sabanera

40 Camino de la Cascada

Cidra, Puerto Rico 00739

Via Overnight Mail:

8) Honorable Laura Taylor Swain

United States District Court for the District of Puerto Rico

150 Carlos Chardón Street,

Federal Building, Office 150,

San Juan, P.R. 00918-1767

Via Overnight Mail:

9) Honorable Laura Taylor Swain

United States District Court for the Southern District of New York

Daniel Patrick Moynihan United States Courthouse

500 Pearl St., Suite No. 3212

New York, New York 10007-1312


Via Overnight Mail:

10) U.S. Trustee

Office of the United States Trustee for Region 21

Edificio Ochoa, 500 Tanca Street, Suite 301

San Juan, PR 00901-1922

**Exhibit 2**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Cede & Co., as nominee of the Depositary Trust Company2<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY 10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR 00919-1149 | COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto, PR 00976 |
| COSALL<br>Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto, PR 00977 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |

Department of Homeland Security (DHS)

Attn: John F. Kelly

245 Murray Lane., SW

Washington, DC 20528-0075

Department of housing and Urban Development (HUD)

Attn: Ben Carson

451 7th Street., SW

Washington, DC 20410

| | |
|---|---|
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington, DC 20460 |
| EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras, PR 00926 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |

| | |
|---|---|
| Federal Emergency Management Agency (FEMA) | Marichal, Hernandez, Santiago & Juarbe, LLC |
| Attn: Bob Fenton | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero |
| 500 C St., SW | P.O. Box 190095 |
| Washington, DC 20472 | San Juan, PR 00919-0095 |

| | |
|---|---|
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR 00901 |
| Small business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan, PR 00917 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |

| | |
|---|---|
| United States Department of Justice Civil Division | US Army Corps of Engineers |
| Attn: Matthew J. Troy | Attn: Todd T. Semonite |
| P.O. Box 875 | 441 G St., NW |
| Ben Franklin Station | Washington, DC 20548 |
| Washington, DC 20044-0875 | |

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | |