UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM<br>OF THE GOVERNMENT OF THE<br>COMMONWEALTH OF PUERTO RICO (ERS),<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br><br>No. 17 BK 3566-LTS<br>(Joint Administration<br>Requested) |

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | |
|     as representative of | No. 17 BK 3567-LTS |
| | (Joint Administration |
| PUERTO RICO HIGHWAYS & | Requested) |
| TRANSPORTATION AUTHORITY, | |
| | |
|                  Debtor. | |

-----------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
OBSERVATION OF JUNE 28-29, 2017, OMNIBUS HEARING

        Beginning on **June 28, 2017, at 9:30 a.m. (prevailing Eastern Time)**, the Court will conduct an omnibus hearing on certain motions in the above-captioned cases, as well as an initial pretrial conference in certain related adversary proceedings (collectively, the "Hearing") in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. The hearing will be conducted on June 28, 2017, from 9:30 a.m. to 12:00 p.m., resume if necessary from 1:00 p.m. to 5:00 p.m., and continue if necessary on June 29, 2017, from 9:30 a.m. to 12:00 p.m. and from 1:00 p.m. to 2:30 p.m. An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by June 26, 2017, in accordance with the First Amended Case Management Procedures.

        Judge Swain will be present in the San Juan courtroom and video-teleconferencing facilities will be available in the New York courtroom. Counsel who intend to speak at the Hearing are encouraged to attend the proceedings in the San Juan courtroom, but may speak from the New York courtroom if they wish. **Counsel who intend to speak at the Hearing must file an Informative Motion** stating their name and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear, **no later than June 27, 2017, at 12:00 p.m. (Prevailing Eastern Time).**

        Other attorneys, members of the press and the general public may attend and observe the Hearing in either of the courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse.

Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than June 27, 2017 at 5:00 p.m.** and pay the fee established by CourtSolutions. No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated: June 21, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge