# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.

---

PROMESA

Title III

No. 17 BK 3283-LTS

No. 17 BK 3284-LTS

(Jointly Administered)[1]

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

    **COMES NOW**, Steven O. Weise, (hereinafter the "applicant") and states and requests as follows:

    1.    Applicant is an attorney and member of the law firm of Proskauer Rose LLP, with offices at 2049 Century Park East. Suite 3200, Los Angeles, CA 90067-3206.

    2.    Applicant makes the instant request to appear pro hac vice on behalf of the Financial Oversight and Management Board, Jose B. Carrion, III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel.

    3.    Applicant will sign all pleadings with the name Steven O. Weise.

    4.    Applicant's contact information is as follows:

    **Name:** Steven O. Weise
    **Email:** sweise@proskauer.com
    **Telephone:** (310) 284-4515

---

[1] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [D.I. No. 242], this pleading will be filed in both the lead Case No. 17 BK 3283-LTS and in Case No. 17 BK 3284-LTS.

**Fax:** (310) 557-2193

5. Since December 1974, applicant has been and presently is a member in good standing of the bar of the highest court of the State(s) of California.

6. Also since December 1974, applicant has been admitted to practice before the United States District Court for Central District of California.

7. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, applicant has not been admitted pro hac vice in any prior case in this District.

11. Local counsel of record associated with applicant in this matter is:

   a. **Name**: Hermann D. Bauer,
   b. **USDC-PR Bar No.**: 215205
   c. **Law Firm**: O'NEILL & BORGES LLC
   d. **Address**: 250 Muñoz Rivera Avenue, Suite 800, San Juan, PR 00918-1813.
   e. **Email**: hermann.bauer@oneillborges.com
   f. **Telephone**: (787) 764-8181
   g. **Fax**: (787) 753-8944

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per

00472382; 1

appearance in e ach new case before the Court. Accordingly, payment of the pro hac vice admission fee will be made forthwith, directed to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 21, 2017.

Steven O. Weise
Printed Name of Applicant

S/Steven O. Weise
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 21, 2017.

Herman D. Bauer
Printed Name of Local Counsel

S/Herman D. Bauer
Signature of Local Counsel

00472382; 1