### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**TO THE HONORABLE COURT:**

Please take notice, that Robert Gordon, Richard Levin, Catherine Steege, and Melissa Root of Jenner & Block LLP, and A.J. Bennazar-Zequeira of Bennazar, García & Milián, C.S.P., hereby enter their appearances in the cases jointly administered under No. 17 BK 3283-LTS (the "Title III Cases") on behalf of the Official Committee of Retired Employees of Puerto Rico, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by section 301 of PROMESA, 48 U.S.C. § 2161, and such counsel

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

hereby requests that the name of the undersigned be added to the mailing list maintained by the

Clerk of the Court in the Title III Cases and that the Clerk and all parties-in-interest in the Title III

Cases provide all notices and all papers given or required to be given and all notices and all papers

served on any party, filed with the Court in the Title III Cases or in any case consolidated or

administered herewith, or delivered to the Office of the United States Trustee in the Title III Cases,

be delivered to and served upon:

> A.J. Bennazar-Zequeira
> BENNAZAR, GARCÍA & MILIÁN, C.S.P.
> Edificio Union Plaza, PH-A
> Avenida Ponce de León #416
> Hato Rey, San Juan
> Puerto Rico 00918
> ajb@bennazar.org
>
> and
>
> Robert Gordon (admitted *pro hac vice*)
> Richard Levin*
> Jenner & Block LLP
> 919 Third Ave
> New York, NY 10022-3908
> (212) 891-1600
> rgordon@jenner.com
> rlevin@jenner.com
>
> and
>
> Catherine Steege*
> Melissa Root*
> Jenner & Block LLP
> 353 N. Clark Street
> Chicago, IL 60654
> (312) 222-9350
> csteege@jenner.com
> mroot@jenner.com

* Applications for admission *pro hac vice* will be filed under a separate cover.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the

aforementioned.

Dated: June 21, 2017

Respectfully submitted,

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

*/s/ A.J. Bennazar-Zequeira*

A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
787-754-9191 (telephone)
787-764-3101 (facsimile)
ajb@bennazar.org

JENNER & BLOCK LLP

By:

*/s/ Robert Gordon*

Robert Gordon (admitted *pro hac vice*)
Richard Levin (*pro hac vice* motion pending)
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (*pro hac vice* motion pending)
Melissa Root (*pro hac vice* motion pending)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)

*Proposed Counsel for The Official Committee of
Retired Employees of Puerto Rico*

I HEREBY CERTIFY that on this same day I electronically filed the foregoing with the clerk of the Court using CM/ECF system that will send notification of such filing automatically to all counsel of record.


Dated: June 21, 2017                    */s/ A.J. Bennazar-Zequeira*
                                        A.J. Bennazar-Zequeira