# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.,*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No.  17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD FOR AD HOC COMMITTEE

**TO THE HONORABLE LAURA TAYLOR SWAIN:**

**COMES NOW**, the undersigned attorney and most respectfully moves and advise the Court as follows:

1. On May 5, 2017, the undersigned attorney filed a Notice of Appearance (Docket No. 6) on behalf of an organization called Movimiento Pro Pensionados de Puerto Rico, which haD constituted itself as an "Ad Hoc Retiree Committee" of retired employees of different agencies of the Commonwealth of Puerto Rico. Immediately following our appearance, the undersigned also filed "Motion Requesting Order Pursuant to …." (Docket No. 8).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

2. Subsequently, the US Trustee appointed nine (9) individuals to constitute themselves as the Official Committee of Retirees to represent the interests of all the pensioners of the Commonwealth of Puerto Rico and as a result of such appointment, the Court denied our motion as moot (Docket No. 349).

3. The undersigned now hereby withdraws his appearance as counsel for the "Movimiento Pro Pensionados/Ad Hoc Retiree Committee", to be followed by a new notice of appearance, to be filed under separate cover, on behalf of the Official Committee of Retirees.

**WHEREFORE**, the undersigned respectfully requests that this Honorable Court takes notice an authorized our withdrawal as counsel of record for the "Movimiento Pro Pensionados/Ad Hoc Committee".

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st. day of June, 2017.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**BENNAZAR, GARCIA & MILIAN, C.S.P.**
*Counsel of the Ad Hoc Retiree Committee*
/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira, USDC120907
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
ajb@bennazar.org