# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.,*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-CV-01578-LTS<br><br>Case No. 17-03283<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE ON BEHALF OF OFFICIAL COMMITTEE OF RETIREES

**TO THE HONORABLE COURT:**

**COMES NOW**, the official OFFICIAL COMMITTEE OF RETIREES through its undersigned attorneys and most respectfully moves and advises the Court as follows:

1. On June 15, 2017, the US Trustee appointed for this case nine (9) individuals to constitute themselves as the Official Committee of Retirees (Docket No. 340).

2. On June 15, 2017, the Official Committee of Retirees conducted is first formal meeting and at such meeting agreed unanimously to retain the services of the firm of Bennazar, García & Milián, CSP and the undersigned, to act as counsel for the committee hereafter in the above referenced cases.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

**WHEREFORE**, applicant respectfully requests to be authorized to represent appear in this case on behalf of the Official Committee of Retirees.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of June, 2017.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**BENNAZAR, GARCIA & MILIAN, C.S.P.**
*Counsel of the Official Committee of Retirees*
/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira, USDC120907
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
ajb@bennazar.org