# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

         Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS


(Jointly Administered)

## ORDER

### In the Matter of the Designation of a Magistrate Judge for Service in Another District

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

Due to the unavailability of all of the magistrate judges in the District of Puerto Rico, a magistrate judge from the District of Massachusetts is needed to perform the duties specified in 28 U.S.C. §§ 636(a)-(c). For this reason, the court certifies the need for assistance from a visiting U.S. magistrate judge from the District of Massachusetts, the Honorable Judith G. Dein, during the pendency of the above-captioned case.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**THEREFORE,**

     **IT IS ORDERED**, with the concurrence of the Honorable Patti B. Saris, Chief Judge of the District of Massachusetts, that United States Magistrate Judge Judith G. Dein is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. §636, subsections (a), (b), and (c), on an as needed basis, in the District of Puerto Rico during the pendency of this case.

Dated this 7th day of June, 2017.

The Honorable Aida M. Delgado-Colón,
**Chief U.S. District Judge**

2