UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors.[1] | |

---------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS<br>(Joint Administration Requested) |
| THE PUERTO RICO HIGHWAYS AND<br>TRANSPORTATION AUTHORITY (HTA), | |
| Debtor. | |

---------------------------------------------------------

*[Caption continued on next page]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

------------------------------------------------------------

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO (ERS),

        Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS
(Joint Administration Requested)

### NOTICE OF APPOINTMENT OF MAGISTRATE JUDGE
### TO ACT UPON REFERRED MATTERS IN PROMESA CASES

    Parties in interest to the PROMESA proceedings pending in the United States District Court for the District of Puerto Rico, and the public, are hereby notified that the Honorable Judith Dein, a United States Magistrate Judge for the District of Massachusetts, has been designated to the United States District Court for the District of Puerto Rico to preside over matters referred to her by Judge Swain pursuant to section 636 of Title 28 of the United States Code, which defines the powers and duties of United States Magistrate Judges. The matters that may be referred to Judge Dein include discovery disputes, management of other pretrial proceedings, and making proposed findings and recommendations concerning motions.

    Judge Dein will have authority and responsibilities in these cases only to the extent specified in written Orders of Reference entered by Judge Swain. Each Order of Reference will be entered on the docket of the relevant Title III case or adversary proceeding. The Orders designating Judge Dein to serve in the District of Puerto Rico and each Order of Reference will also be posted in the PROMESA section of the website for the District of Puerto Rico.

    Judge Dein will issue orders regarding hearings and procedures in the matters that are referred to her, entering them on the relevant case or adversary proceeding dockets. Judge Dein's biographical profile follows.

## Judith Gail Dein
## United States Magistrate Judge
## United States District Court for the
## District of Massachusetts

Judith Gail Dein was appointed Magistrate Judge of the United States District Court for the District of Massachusetts on July 31, 2000 and served as Chief Magistrate Judge from February 2009 until February 2012. She graduated from Union College, summa cum laude in 1976, and Boston College Law School, cum laude, in 1979, where she served as Editor-in-Chief of the Boston College Environmental Affairs Law Review. After her graduation from law school, she served as a law clerk to the Justices of the Massachusetts Superior Court (1979-1980) and then as a law clerk to Robert Braucher, Associate Justice of the Massachusetts Supreme Judicial Court (1980-1981). She then joined the litigation department of Hale and Dorr, LLP, first as an associate and then as a junior partner (1981-1989), and then became a partner at Warner & Stackpole, LLP, which later merged with Kirkpatrick & Lockhart, LLP. She remained at the firm until her appointment to the bench. While in private practice, her work focused on civil litigation with an emphasis on commercial litigation and employment law. Judge Dein has served as a member of the Advisory Group of Magistrate Judges for the Administrative Office of the United States Courts. She is a Fellow of the Massachusetts Bar Foundation and American Bar Association, and is an active participant in the Discovering Justice Court Education Project. In 2011, she received a Community Peacemaker Award from the Community Dispute Settlement Center in Cambridge, Massachusetts in recognition of her help in creating a court program that provides pro bono mediation counsel for pro se litigants. In 2012, she was elected as a member of the Board of Trustees of Union College.