IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>as representative of <br><br>THE COMMONWEALTH OF PUERTO RICO, <br><br>Debtor. | PROMESA <br>Title III <br><br>No. 17 BK 3283-LTS |
| In re: <br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>as representative of <br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, <br><br>Debtor. | PROMESA <br>Title III <br><br>No. 17 BK 3567-LTS |
| Peaje Investments LLC, <br><br>Plaintiff, <br><br>-against- <br><br>Puerto Rico Highways & Transportation Authority, Hon. Carlos Contreras Aponte, The Commonwealth of Puerto Rico, Hon. Ricardo Rosselló, Hon. Raúl Maldonado, Hon. Luis F. Cruz Batista, <br><br>Defendants. | Adversary Proceeding <br><br>No. 17-151-LTS <br>No. 17-152-LTS |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Michael S. Doluisio, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of) Dechert LLP , with offices at:

| Address | Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 |
|---|---|
| Email | michael.doluisio@dechert.com |
| Telephone No. | +1 (215) 994-4000 |
| Fax No. | +1 (215) 994-2222 |

2. Applicant will sign all pleadings with the name Michael S. Doluisio .

3. Applicant has been retained personally or as a member of the above-named firm by Peaje Investments LLC to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1994;1995 , applicant has been and presently is a member in good standing of the bar of the highest court of the States of Pennsylvania; New Jersey , where applicant regularly practices law. Applicants bar license numbers are 75060; 032791994.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| In addition to the jurisdictions noted in paragraph 4, the applicant has been admitted to the courts listed in Exhibit 1. | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| N/A | |

10. Local counsel of record associated with applicant in this matter is:

| Name | Dora L. Monserrate-Peñagaricano |
|---|---|
| USDC-PR Bar No. | 212612 |
| Address | 101 San Patricio Ave., Maramar Plaza Suite 1120 |
| | Guaynabo, Puerto Rico 00968 |
| Email | dmonserrate@msglawpr.com |
| Telephone No. | (787) 620-5300 |
| Fax No. | (787) 620-5305 |

Application and Order for Admission Pro Hac Vice (10/2003)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

Page 2 of 4

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 21, 2017

Michael S. Doluisio
Printed Name of Applicant

*[signature]*

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: June 21, 2017

Dora L. Monserrate-Peñagaricano
Printed Name of Local Counsel

*[signature]*

Signature of Local Counsel

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant

---

### ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐      the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐      the application be denied. The Clerk of Court shall return the admission fee to the applicant

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
**U.S. DISTRICT JUDGE**

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

**EXHIBIT 1**

5. Michael S. Doluisio has been admitted to practice before the following courts:

| Court | Date |
|---|---|
| US District Court, Eastern District of PA | August 21, 1995 |
| New Jersey Supreme Court | January 23, 1995 |
| US Court of Appeals - Third Circuit | June 24, 1999 |
| US District Court, Eastern District of Michigan | October 26, 1999 |
| Pennsylvania Supreme Court | December 30, 1994 |
| US Court of Appeals - Tenth Circuit | March 13, 2015 |
| US Court of Appeals - Sixth Circuit | March 19, 2015 |