# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

COMES NOW, Richard Levin, (hereinafter the "applicant") and states and requests as follows:

1. Applicant is an attorney and member of the law firm of Jenner & Block LLP, with offices at 919 Third Ave, New York, NY 10022-3908.

2. Applicant makes the instant request to appear pro hac vice on behalf of the Official Committee of Retired Employees of Puerto Rico.

3. The Applicant will sign all pleadings with the name Richard Levin

4. Applicant's contact information is as follows:

    **Name:** Richard Levin
    **Email:** rlevin@jenner.com
    **Telephone:** (212) 891-1601

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

5. Since May 8, 2006 applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law, and where his bar license number is 4412862.

6. Applicant has been admitted to practice before the following courts:

| Courts | Dates of Admission |
| --- | --- |
| California | January 6, 1976 |
| Massachusetts | March 18, 1991 |
| District of Columbia | November 18, 1976 |
| United States Supreme Court | January 17, 1983 |
| D.C. Circuit | September 14, 1977 |
| First Circuit | April 1, 2014 |
| Second Circuit | May 5, 2017 |
| Third Circuit | December 11, 2009 |
| Ninth Circuit | January 28, 1983 |
| Eleventh Circuit | August 20, 2012 |
| Eastern District of New York | April 20, 2012 |
| Southern District of New York | August 18, 2006 |
| Eastern District of Michigan | April 8, 2014 |
| Central District of California | March 10, 1978 |
| Eastern District of California | November 15, 1978 |
| Northern District of California | November 21, 1979 |
| Southern District of California | April 14, 1982 |

7. Applicant is a member in good standing of the bars of the court listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court of jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with the applicant in this matter is:

> A.J. Bennazar-Zequeira
> BENNAZAR, GARCÍA & MILIÁN, C.S.P.
> Edificio Union Plaza, PH-A
> 416 Ave. Ponce de Leon
> Hato Rey, Puerto Rico 00918
> Telephone: (787) 754-9191
> Facsimile: (787) 764-3101
> ajb@bennazar.org

12. Applicant has read the local rules if this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admissions fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 6/21/17

Richard Levin

_Richard Levin /mv_
Signature of Applicant

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 21st day of June, 2017.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**BENNAZAR, GARCIA & MILIAN, C.S.P.**
*Counsel of the Official Committee of Retirees*
/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira, USDC120907
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
ajb@bennazar.org

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

———————————————
HON. LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE