# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 03283-LTS

(Jointly Administered)

------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO (ERS).

    Debtor.

PROMESA
Title III

No. 17 BK 03566-LTS
(Joint Administration Pending)

------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS &
TRANSPORTATION AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 03567-LTS
(Joint Administration Pending)

------------------------------------------------------------------ x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**INFORMATIVE MOTION OF AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES IN RESPONSE TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND <u>OBSERVATION OF JUNE 28-29, 2017, OMNIBUS HEARING</u>**

Servidores Públicos Unidos (in English, "United Public Servants," hereafter "SPU"), Council 95 of the American Federation of State, County & Municipal Employees, AFL-CIO, along with the Capítulo de Retirados de SPU (the independently-chartered chapter for retired employees of the Commonwealth of Puerto Rico, and, collectively with SPU, "AFSCME") hereby submit this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing [ECF No. 403]*, and respectfully state as follows:

1. Sharon L. Levine, Matthew S. Blumin, Dipesh Patel, and Manuel A. Rodriguez Banchs will appear and present argument on behalf of AFSCME at the June 28-29, 2017 hearing regarding the *Motion of Debtors for Entry of an Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits Against Inhabitants of Puerto Rico, (III) Application of Contract Protections [ECF No. 301]* filed on June 9, 2017, as well as the *Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute [ECF No. 303]* filed on June 10, 2017.

2. Ms. Levine and Mssrs. Blumin, Patel, and Banchs will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767.

3. AFSCME also appears to respond to any statements made by any party in connection with the above-captioned Title III Proceedings or any adversary proceedings currently pending in the above-captioned Title III Proceedings.

2

**WHEREFORE**, AFSCME respectfully requests that the Court take notice of the foregoing.

Dated: June 22, 2017          **Respectfully submitted,**

By: /s/ Manuel A. Rodriguez Banchs
Manuel A. Rodriguez Banchs
**MANUEL A. RODRIGUEZ BANCHS**
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)
manuel@rodriguezbanchs.com

-and-

/s/ Matthew S. Blumin
**AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES**
Judith Rivlin *(pro hac vice)*
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)
jrivlin@afscme.org; tpaterson@afscme.org;
mblumin@afscme.org

-and-

/s/ Sharon L. Levine
**SAUL EWING LLP**
Sharon L. Levine *(pro hac vice)*
Dipesh Patel *(pro hac vice)*
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)
slevine@saul.com; dpatel@saul.com

*Attorneys for the American Federation of State,
County and Municipal Employees*

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 22, 2017                  /s/ Dipesh Patel
                                                       Dipesh Patel