# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>    Debtor.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>(Joint Administration Requested) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 22, 2017, the *Limited Response*

*and Joinder of The Bank of New York Mellon, as Fiscal Agent, to Motion of Certain Secured*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

*Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and for Relief from the Automatic Stay* was served on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by mail at the following addresses: United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767; and United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312

- Office of the United States Trustee for Region 21, by mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922

- Puerto Rico Fiscal Agency and Financial Advisory Authority
  Roberto Sánchez Vilella (Minillas) Government Center
  De Diego Ave. Stop 22
  San Juan, Puerto Rico 00907
  Attn: Gerardo J. Portela Franco
  　　　Mohammad Yassin, Esq.
  E-Mail: Gerardo.Portela@aafaf.pr.gov
  　　　　Mohammad.Yassin@aafaf.pr.gov

- O'Melveny & Myers LLP
  7 Times Square
  New York, New York 10036
  Attn: John J. Rapisardi, Esq.
  Suzzanne Uhland, Esq.
  Peter Friedman, Esq.
  Diana M. Perez, Esq.
  E-Mail: jrapisardi@omm.com
  　　　　suhland@omm.com
  　　　　pfriedman@omm.com
  　　　　dperez@omm.com

- Law Offices of Andrés W. López, Esq.
  902 Fernández Juncos Ave.
  San Juan, PR 00907
  Attn: Andrés W. López, Esq.
  E-Mail: andres@awllaw.com

- Proskauer Rose LLP
  Eleven Times Square
  New York, New York 10036-8299
  Attn: Martin J. Bienenstock
  Paul V. Possinger
  Ehud Barak
  Maja Zerjal
  Chris Theodoridis
  E-Mail: mbienenstock@proskauer.com
  ppossinger@proskauer.com
  ebarak@proskauer.com
  mzerjal@proskauer.com
  ctheodoridis@proskauer.com

- O'Neill & Borges LLC
  250 Muñoz Rivera Ave., Suite 800
  San Juan, PR 00918-1813
  Attn: Hermann D. Bauer, Esq.
  E-Mail: herman.bauer@oneillborges.com

- The entities listed on the list of creditors holding the 20 largest unsecured claims.

- All other parties receiving service through the CM/ECF system.

Dated: June 22, 2017
     San Juan, Puerto Rico

Respectfully submitted,

SEPULVADO & MALDONADO, PSC

By: */s/Lee Sepulvado Ramos*
Lee Sepulvado Ramos
USDC-PR Bar No. 211912
252 Ave. Ponce de León, Suite 1900
Citibank Tower San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: lsepulvado@smlawpr.com

REED SMITH LLP
Eric A. Schaffer (*pro hac vice*)
Luke A. Sizemore (*pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

REED SMITH LLP
Kurt F. Gwynne (*pro hac vice*)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

*Counsel for The Bank of New York Mellon, as Fiscal Agent*