# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY certify that, on June 21, 2017, on behalf of the Ad Hoc Group of General Bondholders served copies of the *Objection of the Ad Hoc Group of General Obligation Bondholders to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-Cofina Dispute,* and the *Declaration of Donald Burke in Support of Objection of the Ad Hoc Group of General Obligation Bondholders to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-Cofina Dispute* (Documents 408; 408-1) on the following parties:

• The Chambers of the Honorable Laura Taylor Swain, by U.S. mail at the following addresses: (x) United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767; and (y) United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

• Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

1

- Puerto Rico Fiscal Agency and Financial Advisory Authority by U.S. mail at the following address: Roberto Sánchez Vilella (Minillas) Government Center De Diego Ave. Stop 22, San Juan, Puerto Rico 00907, Attn: Gerardo J. Portela Franco Mohammad Yassin, Esq.

- O'Melveny & Myers LLP, by U.S. Mail at the following address: 7 Times Square, New York, New York 10036, Attn: John J. Rapisardi, Esq.,Suzzanne Uhland, Esq.,Peter Friedman, Esq.,Diana M. Perez, Esq.

- Law Offices of Andrés W. López, Esq., by U.S. mail at the following address: 902 Fernández Juncos Ave.,San Juan, PR 00907, Attn: Andrés W. López, Esq.

- Proskauer Rose LLP, Eleven Times Square, by U.S. mail at the following address: New York, New York 10036-8299, Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Chris Theodoridis

- O'Neill & Borges LLC, by U.S. mail at the following address: 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 Attn: Hermann D. Bauer, Esq.

- AmeriCorps, by U.S. mail at the following address: 1201 New York Ave., NW, Washington, DC 20525, Attn: Kim Mansaray

- Cede & Co., by U.S. mail at the following address: 55 Water St., New York, NY 10041, Attn: President and General Counsel.

- Cesar Castillo Inc., by U.S. mail at the following address: P.O. Box 191149, San Juan, PR 00919-1149, Attn: Jose L. Castillo

- COSALL, by U.S. mail at the following address: P.O. Box 1858, Trujillo Alto, PR 00977, Attn: Jorge I. Valentin Asencio

- Departamento de Justicia de Puerto Rico, by U.S. mail at the following address: Apartado 9020192, San Juan, PR 00902-0192

- Department of Defense (DOD), by U.S. mail at the following address: 1400 Defense Pentagon, Washington, DC 20301-1400 Attn: Jim Mattis

- Department of Energy (DOE), by U.S. mail at the following address: 1000 Independence Ave., SW Washington, DC 20585, Attn: Rick Perry

- Department of Homeland Security (DHS), by U.S. mail at the following address: 245 Murray Lane., SW Washington, DC 20528-0075, Attn: John F. Kelly

- Department of housing and Urban Development (HUD), by U.S mail at the following address: 451 7th Street., SW Washington, DC 20410, Attn: Ben Carson

- Department of Human and Health Services, by U.S. mail at the following address: 200 Independence Ave, SW Washington, DC 20201, Attn: Thomas E. Price

- Department of the Interior (DOI), by U.S. mail at the following address: 1849 C St., NW, Washington, DC 20240, Attn: Ryan Zinke

- Department of Transportation (DOT), by U.S. mail at the following address: 1200 New Jersey Ave., SE, Washington, DC 20590, Attn: Elaine L. Chao

- Department of Veterans Affairs (VA), by U.S. mail at the following address: 810 Vermont Ave., NW, Washington, DC 20420, Attn: David J Shulkin

- Environmental Protection Agency (EPA), by U.S mail at the following address: 1200 Pennsylvania Ave., NW, Washington, DC 20460, Attn: Ariel Rios

- EVERTEC Inc., by U.S. mail at the following address: PO Box 364527, San Juan, PR 00936-4527, Attn: President and General Counsel

- Federal Communications Commission (FCC), by U.S. mail at the following address: 445 12th St., SW Washington, DC 20554, Attn: Ajit Pai

- Federal Emergency Management Agency (FEMA), by U.S. mail at the following address: 500 C St., SW, Washington, DC 20472, Attn: Bob Fenton

- Marichal, Hernandez, Santiago & Juarbe, LLC, by U.S. mail at the following address: P.O. Box 190095, San Juan, PR 00919-0095, Attn: Rafael M. Santiago-Rosa, Vanessa Medina-Romero

- Quiñones Vargas Law Offices, by U.S. mail at the following address: Box 429, Cabo Rojo, PR 00623, Attn: Damaris Quiñones Vargas, Esq.

- Quiñones Vargas Law Offices, by U.S. mail at the following address: Calle Rafael Cordero 154, Edificio González Padín, Oficina 506, San Juan, PR 00901, Attn: Damaris Quiñones Vargas, Esq.

- Small business Administration (SBA), by U.S. mail at the following address: 409 3rd St., SW Washington, DC 20416 Attn: Linda McMahon

- The Commonwealth of Puerto Rico, Office of the Governor, La Fortaleza, by U.S. mail at the following address: 63 Calle Fortaleza, San Juan, PR 00901

- U.S. Army Corps of Engineers, Annex Building, Fundación Angel Ramos, by U.S. mail at the following address: 2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383, San Juan, PR 00917, Attn: President and General Counsel

- United States Department of Justice Civil Division, by U.S. mail at the following address: P.O. Box 875, Ben Franklin Station, Washington, DC 20044-0875, Attn: Matthew J. Troy

- US Army Corps of Engineers, by U.S. mail at the following address: 441 G St., NW, Washington, DC 20548, Attn: Todd T. Semonite

- US Attorney for the District of Puerto Rico, by U.S. mail to the following address: Torre Chardón, Suite 1201, 350 Carlos Chardón Street, San Juan, PR 00918, Attn: Rosa E. Rodriguez-Velez, U.S. Attorney

- US Department of Agriculture, by U.S. mail at the following address: 1400 Independence Ave., SW Washington, DC 20250 Attn: Sonny Perdue

- US Department of Commerce, by U.S. mail at the following address: 1401 Constitution Ave., NW, Washington, DC 20230 Attn: Wilbur Ross

- US Department of Education (ED), by U.S. mail at the following address: 400 Maryland Ave., SW, Washington, DC 20202, Attn: Betsy DeVos

- US Department of Health and Services, by U.S. mail at the following address: 330 C St., SW, Washington, DC 20201, Attn: Amanda Barlow

- US Department of Justice (DOJ), by U.S. mail at the following address: 950 Pennsylvania Ave., NW, Washington, DC 20530, Attn: Jeff Sessions

- US Department of Labor (DOL), by U.S. mail at the following address: Frances Perkins Building, 200 Constitution Ave. Washington, DC 20210, Attn: Alexander R. Acosta

- all other parties receiving service through the CM/ECF system.

Respectfully submitted,

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
JIMÉNEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
rrivera@jgl.com