# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2017, the following documents ("Service Documents") were electronically filed with the Clerk of the Court for the United States District Court for the District of Puerto Rico using the CM/ECF system in the above-captioned jointly administered Title III Cases:

- Notice of Appearance of Jenner & Block on behalf of Official Committee of Retired Employees of Puerto Rico (ECF No. 405).

- Official Committee of Retired Employees of Puerto Rico's Response and Reservation of Rights to Motion for Relief From Stay and Motion for Procedures (ECF No. 410).

The undersigned further certifies that on June 21, 2017 the Service Documents were served on all parties receiving service through the CM/ECF system.

The undersigned further certifies that on June 22, 2017, the Service Documents were served via overnight mail on:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

1. Chambers of the Honorable Laura Taylor Swain
   United States District Court for the District of Puerto Rico
   150 Carlos Chardón Street
   Federal Building, Office 150
   San Juan, P.R. 00918-1767

2. Chambers of the Honorable Laura Taylor Swain
   United States District Court for the Southern District of New York
   Daniel Patrick Moynihan United States Courthouse
   500 Pearl St., Suite No. 3212
   New York, New York 10007-1312

3. Office of the United States Trustee for Region 21
   Edificio Ochoa, 500 Tanca Street, Suite 301
   San Juan, PR 00901-1922

Dated: June 23, 2017

Respectfully submitted,

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:

*/s/ A.J. Bennazar-Zequeira*

A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
787-754-9191 (telephone)
787-764-3101 (facsimile)
ajb@bennazar.org