# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.,*<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>Case No.  17-CV-01578-LTS<br>Case No.  17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO INFORM ON LEGAL REPRESENTATION ON THE OFFICIAL COMMITTEE OF RETIREES

**TO THE HONORABLE COURT:**

    **COMES NOW**, the OFFICIAL COMMITTEE OF RETIREES through its undersigned attorney and most respectfully moves and advises the Court as follows:

1. On May 5, 2017, the undersigned attorney filed a Notice of Appearance (Docket No. 6) on behalf of an organization called *Movimiento Pro Pensionados de Puerto Rico*, which had constituted itself as an "Ad Hoc Retiree Committee" of retired employees of different agencies of the Commonwealth of Puerto Rico.

2. In our motion, we also placed the name of stateside counsel Robert D. Gordon, then with the firm of Clark Hill, who would be also representing the Ad Hoc Committee pending his admission pro hac vice (Docket No. 7).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

3. Recently, the undersigned filed a "Notice of Withdrawal of Appearance as Counsel of Record for Ad Hoc Committee" (Docket No. 413), in light of the appointment by the US Trustee in these cases of the Official Committee of Retirees. Our withdrawal was followed by our "Notice of Appearance on behalf of Official Committee of Retirees" (Docket No. 414).

4. Following Mr. Gordon's pro hac vice admission to these cases, he participated at the initial hearing held on May 17, 2017 on behalf of the former Ad Hoc Committee.

5. The purpose of this informative motion is to clarify for the record that Mr. Gordon ceased his legal representation of the former Ad Hoc Committee and now, as a member of the firm of Jenner & Block, LLC, together with other members of that firm, has been retained by the Official Committee of Retirees as its proposed counsel (Dockets 421, 422, 423).

**WHEREFORE**, it is respectfully requested that this Court take notice and that the record shows that Mr. Gordon has withdrawn as counsel to the Ad Hoc Committee, and hereafter the Official Committee of Retirees has requested to be represented in the above cases by Attorneys Robert Gordon, Melissa Root, Catherine Steege and Richard Levin of Jenner & Block, LLP and A. J. Bennazar Zequeira of Bennazar, García & Milián, CSP.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of June, 2017.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**BENNAZAR, GARCIA & MILIAN, C.S.P.**
*Counsel for the Official Committee of Retirees*
/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira, USDC120907
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
ajb@bennazar.org