# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

### INFORMATIVE MOTION OF THE
### OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
### OF THE COMMONWEALTH OF PUERTO RICO REGARDING
### PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
### OBSERVATION OF JUNE 28-29, 2017 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee") hereby submits this informational motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* (ECF No. 403), and respectfully states as follows:

1. Robert Gordon, Catherine Steege, Richard Levin, and Melissa Root will appear on behalf of the Retiree Committee at the June 28-29, 2017 hearing, and one of them will present argument regarding the *The Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay* (ECF No. 270) filed on June 7, 2017; and *The Debtors' Motion For an Order*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

*Approving Procedures to Resolve Commonwealth-COFINA Dispute* (ECF No. 303) filed on June 10, 2017.

2.      Mssrs. Gordon and Levin and Mses. Steege and Root will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767.

3.      The Retiree Committee also appears to respond to any statements made by any party in connection with the above-captioned Title III cases or any adversary proceedings currently pending in the above-captioned Title III cases.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| Dated: June 23, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (*pro hac vice* motion pending)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile)<br><br>Catherine Steege (*pro hac vice* motion pending)<br>Melissa Root (*pro hac vice* motion pending)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile)<br><br>*Proposed Counsel for The Official Committee of Retired Employees of Puerto Rico* |

2