```
Court Name: District Court
Division: 1
Receipt Number: PRX100050337
Cashier ID: arodrigu
Transaction Date: 06/23/2017
Payer Name: ONEILL AND BORGES
-----------------------------------
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 60676
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 60675
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 60677
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 60678
 Amt Tendered:  $300.00
-----------------------------------
Total Due:      $1,200.00
Total Tendered: $1,200.00
Change Amt:         $0.00

17-3283(LTS) & 17-3567(LTS) PRO HAC
VICE OF LARY ALAN RAPPAPORT &
BRADLEY R. BOBROFF

THRU: HERMANN D. BAUER
```