UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*
    Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO ("ERS"),[2]
    Debtor.
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),[3]
    Debtor.
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3567-LTS

(Joint Administration Requested)

### MOTION FOR ADMISSION
### *PRO HAC VICE* OF BRADLEY R. BOBROFF

COMES NOW, Bradley R. Bobroff, applicant herein, pursuant to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding pursuant to Federal Bankruptcy Rule 9029, which in turn applies to this proceeding pursuant to Section 3010 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"),

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

and respectfully states:

1. Applicant is an attorney and a member of the law firm of Proskauer Rose LLP, with offices at:

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
E-Mail: BBobroff@proskauer.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2. Applicant will sign all pleadings with the name Bradley R. Bobroff.

3. Applicant has been retained as a member of the above-named firm by Financial Oversight and Management for Puerto ("FOMB") to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4. Since 2004, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 4193330.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission |
|---|---|
| United States District Court for the Southern District of New York | 2005 |
| United States District Court for the Eastern District of New York | 2005 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Tel: (787) 764-8181
> Fax: (787) 753-8944
> Email: hermann.bauer@oneillborges.com

10. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

11. Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

12. WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: June 21, 2017

Respectfully submitted,

Bradley R. Bobroff (NY-4193330)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
E-Mail: BBobroff@proskauer.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that we consent to the designation of local counsel of record for all purposes.

Date: June 23, 2017

                                                  Respectfully submitted,

                                                  */s/* Hermann D. Bauer
                                                  Hermann D. Bauer
                                                  USDC No. 215205
                                                  **O'NEILL & BORGES LLC**
                                                  250 Muñoz Rivera Ave., Suite 800
                                                  San Juan, PR 00918-1813
                                                  Tel: (787) 764-8181
                                                  Fax: (787) 753-8944
                                                  Email: hermann.bauer@oneillborges.com

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on June 22, 2017, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 23rd of June, 2017.

>*/s/* Hermann D. Bauer
>Hermann D. Bauer
>USDC No. 215205
>**O'NEILL & BORGES LLC**
>250 Muñoz Rivera Ave., Suite 800
>San Juan, PR 00918-1813
>Tel: (787) 764-8181
>Fax: (787) 753-8944
>Email: hermann.bauer@oneillborges.com