IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | NO. **17 BK 3283** (LTS)<br><br>RE:<br>Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),<br>Tittle III Petition for Adjustment of Debts |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT**:

**COMES NOW**, the Asociación Puertorriqueña de la Judicatura, Inc., creditor and party in interest hereto, and hereby enters its appearance in this matter through the undersigned counsel pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight and Economic Stability Act, 48 U.S.C. § 2170, and very respectfully requests that all motions, pleadings, papers, and orders be served upon it through the undersigned counsel, and that it be included in the master list, or any similar notice list applicable to this proceeding.

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify case participants.

**RESPECTFULLY SUBMITTED**.

1

In San Juan, Puerto Rico, this 23rd day of June 2017.

*Counsel for*
*Asociación Puertorriqueña de la Judicatura*

**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
David.indiano@indianowilliams.com

*s/ David C. Indiano*
DAVID C. INDIANO
USDC-PR No. 200601