UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
|     Debtors.[1] | |

------------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3566-LTS<br>(Joint Administration<br>Requested) |
| THE EMPLOYEES RETIREMENT SYSTEM<br>OF THE GOVERNMENT OF THE<br>COMMONWEALTH OF PUERTO RICO (ERS), | |
|     Debtor. | |

------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

-----------------------------------------------------------

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| | (Joint Administration |
| PUERTO RICO HIGHWAYS & | Requested) |
| TRANSPORTATION AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------x

**ORDER GRANTING DEBTORS LEAVE TO
EXCEED PAGE LIMITS IN THE OMNIBUS REPLY OF DEBTORS
TO RESPONSES TO MOTION OF DEBTORS FOR ORDER APPROVING
PROCEDURE TO RESOLVE THE COMMONWEALTH-COFINA DISPUTE**

Upon the *Debtors' Urgent Motion for Leave to Exceed Page Limits in the Omnibus Reply of Debtors to Responses to Motion of Debtors for Order Approving Procedure to Resolve the Commonwealth-COFINA Dispute* (the "Urgent Motion") seeking leave to exceed the fifteen (15) page limit for memoranda of law in support of replies set by the Case Management Procedures; and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED.

2. The Debtors may exceed the 15-page per-motion reply brief limit set in the First Amended Case Management Procedures by filing an Omnibus Reply Brief not to exceed twenty (20) pages.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. This Order resolves docket entry no. 437.

SO ORDERED.

Dated: June 23, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge