# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW RESPONSE TO DEBTORS' MOTION (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE LAURA TAYLOR SWAIN**:

**COMES NOW**, Puerto Rico Telephone Company d/b/a Claro (hereafter "Claro"), by and through its undersigned counsel, and respectfully requests as follows:

1. Claro filed today its response (the "Response")[2] to the Puerto Rico Fiscal Agency and Financial Advisory Authority's ("AAFAF"), as the entity authorized to act on behalf of the Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation ("COFINA" and together with the Commonwealth, the "Debtors"), motion seeking certain relief against the Debtors' utility providers pursuant to section 366 of the Bankruptcy Code (the "Utilities Motion") (Docket No. 210 of Case No. 17-03283 (LTS)). See, Docket No. 433.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The deadline for Claro to file this Response was consensually extended by AAFAF until today at 4 p.m. prevailing Eastern Time. See, Dockets No. 389, 412 and 429 of Case No. 17-03283 (LTS).

2. The Debtors have just filed a notice requesting the modification of the relief sought at their Utilities Motion and submitting an amended proposed Order thereto (the "Supplement"). See, Docket No. 442 of Case No. 17-03283 (LTS).

3. Claro has reviewed the Supplement and has determined that the modifications proposed by the Debtors in the amended Order fully address and resolve the concerns raised by Claro in its Response. As a result, Claro hereby moves to withdraw the Response in its entirety.

**WHEREFORE**, Claro respectfully requests this Court to deem its Response (Docket No. 433) withdrawn in its entirety, and enter an Order withdrawing Docket No. 433 from the record.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 23rd day of June, 2017.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the and the Court's *Order (a) Imposing and Rendering Applicable Local Bankruptcy Rules to these Title III Cases, (b) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (c) Granting Related Relief* (Docket No. 249), as amended on June 6, 2017 (Docket No. 262) (the "CMP Order"), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**McCONNELL VALDÉS LLC**
*Attorneys for Puerto Rico Telephone Company d/b/a Claro*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com