IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

**Re: ECF No. 305, 306**

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO

Debtor.

PROMESA
Title III

No. 17 BK 3283-LTS

**This Objection relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.**

---

## MOTION TO WITHDRAW DOCUMENT AT DOCKET ENTRY NO. 439 AND REQUEST TO SUBSTITUTE IT WITH THE MOTION TENDERED HEREIN

To the Honorable United States District Court Judge Laura Taylor Swain:

**COMES NOW,** the Commonwealth of Puerto Rico (the "Commonwealth"), and hereby state and pray as follows:

1. On June 23, 2017 the Commonwealth filed "Objection of the Commonwealth to Motion for Relief from Stay Filed by Sucesión Pastor Mandry Mercado ECF No. 305" (**Docket No. 439**).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2. Upon downloading the PDF document from the CM/ECF notification, the Commonwealth realized that the motion was filed the wrong way. (see **Docket No. 439**). This was an inadvertent mistake.

3. In light of the above, the Commonwealth hereby respectfully requests the Court to withdraw the document filed at Docket No. **439** and to replace it with the corrected Objection of the Commonwealth to Motion for Relief from Stay Filed by Sucesión Pastor Mandry Mercado tendered herein. The amendment consists on filed the motion in a portrait orientation; no other change was made.

WHEREFORE, the Commonwealth hereby respectfully requests this Honorable Court to withdraw the document filed at Docket No. **439** and to replace it with the corrected Objection of the Commonwealth to Motion for Relief from Stay Filed by Sucesión Pastor Mandry Mercado tendered hereto.

Dated: June 23, 2017
San Juan, Puerto Rico

Respectfully submitted,

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

*/s/ Wandymar Burgos Vargas*
**WANDYMAR BURGOS VARGAS**
USDC 223502
Deputy Secretary in Litigation
Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2940 Ext. 2500, 2501
wburgos@justicia.pr.gov

*Attorneys for the Commonwealth of Puerto Rico*