UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et als.* | (Jointly Administered) |
| Debtor | |
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3566-LTS |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | (Joint Administration Requested) |
| Debtor | |
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3567 - LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | (Joint Administration Requested) |
| Debtor | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

NOW COMES creditor PEERLESS OIL & CHEMICALS, INC. ("PEERLESS"), general unsecured

creditor in the PROMESA TITLE III Case No. 17 BK 3567-LTS represented by the undersigned law office and respectfully sets forth and prays:

That pursuant to the provisions of Rule 9010(b) of the Rules of the Federal Rules of Bankruptcy Procedure made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act (hereinafter "PROMESA"), 48 USCS § 2170 and pursuant to the Court's Order Establishing Case Management Procedures entered on docket on June 2, 2017 (docket # 40) the undersigned counsel request that all notices given or required to be given and all papers and or pleadings to be served, orders and judgments entered in the above captioned case be served upon the parties whose name and contact information is hereinafter disclosed:

1. To PEERLESS:

   PEERLESS OIL & CHEMICALS, INC.
   Attn. Eng. Luis R. Vázquez
   671 Road 337
   Peñuelas, PR 00624-7513
   Tel. (787) 836-1280
   E-mail: luis.vazquez@peerlessoil.com

   To PEERLESS' Counsel:

   CARDONA-JIMENEZ LAW OFFICES, PSC
   PO Box 9023593
   San Juan, PR 00902-3593
   Tel: (787) 724-1303, Fax (787) 724-1369
   E-mail: jf@cardonalaw.com

WHEREFORE appearing party prays that the Clerk of the Court take notice of the appearance of the undersigned law office and to notify it of all proceedings in this case, including but not limited to copies of the petition, schedules, motions, statements filed and orders or judgments entered in the above captioned case and further prays that the name and address be added to the Master Address List kept in the above captioned case.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: to all attorneys that have filed their respective notice of appearance and to the Standard Parties as such term is defined in the Court's Order Establishing Case Management Procedures, supra:

(i)  Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to each chambers listed below):

        United States District Court for the District of Puerto Rico
        150 Carlos Chardón Street,
        Federal Building, Office 150,
        San Juan, P.R. 00918-1767

        -and-

        United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl St., Suite No. 3212
        New York, New York 10007-1312

(ii)    Office of the United States Trustee for Region 21
        Edificio Ochoa, 500 Tanca Street, Suite 301
        San Juan, PR 00901-1922

(iii)   Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):

        Puerto Rico Fiscal Agency and Financial Advisory Authority
        Roberto Sánchez Vilella (Minillas) Government Center
        De Diego Ave. Stop 22
        San Juan, Puerto Rico 00907
        Attn:   Gerardo J. Portela Franco
                 Mohammad Yassin, Esq.
        E-Mail: Gerardo.Portela@aafaf.pr.gov
                  Mohammad.Yassin@aafaf.pr.gov

(iv)   Counsel for AAFAF:

| | |
|---|---|
| O'Melveny & Myers LLP | Law Offices of Andrés W. López, Esq. |
| 7 Times Square | 902 Fernández Juncos Ave. |
| New York, New York 10036 | San Juan, PR 00907 |
| Attn: John J. Rapisardi, Esq. | Attn: Andrés W. López, Esq. |
|       Suzzanne Uhland, Esq. | E-Mail: andres@awllaw.com |
|       Peter Friedman, Esq. | |
|       Diana M. Perez, Esq. | |
| E-Mail: jrapisardi@omm.com | |
|        suhland@omm.com | |
|        pfriedman@omm.com | |
|        dperez@omm.com | |

(v)    Counsel for the Oversight Board:

| | |
|---|---|
| Proskauer Rose LLP | O'Neill & Borges LLC |
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |

Attn: Martin J. Bienenstock  
      Paul V. Possinger  
      Ehud Barak  
      Maja Zerjal  
      Chris Theodoridis  
E-Mail: mbienenstock@proskauer.com  
      ppossinger@proskauer.com  
      ebarak@proskauer.com  
      mzerjal@proskauer.com  
      ctheodoridis@proskauer.com  

Attn: Hermann D. Bauer, Esq.  
E-Mail: herman.bauer@oneillborges.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: to the members of the Creditors' Committee at their postal address of record.

In San Juan, Puerto Rico, on the 26th day of June, 2017.

CARDONA JIMENEZ LAW OFFICES, PSC  
Attorney for PEERLESS  
PO Box 9023593  
San Juan, PR 00902-3593  
Tel: (787) 724-1303, Fax (787) 724-1369  
E-mail: jf@cardonalaw.com

*s/José F. Cardona Jiménez*, USDC PR 124504  
jf@cardonalaw.com