# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## SUPPLEMENTAL NOTICE OF APPEARANCE

Peaje Investments LLC ("Peaje"), the Plaintiff in the above-captioned adversary proceedings and a party-in-interest in the above-captioned Title III cases, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48

U.S.C. § 2170, respectfully requests that all motions, pleadings, papers and orders be given and served upon the following additional counsel:

>Michael S. Doluisio
>DECHERT LLP
>Cira Centre
>2929 Arch Street
>Philadelphia, PA 19104
>Phone: (215) 994-4000
>Fax: (215) 994-2222
>Email: michael.doluisio@dechert.com

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**, this 26th day of June 2017.

| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
|---|---|
| | */s/ Allan S. Brilliant* |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | Andrew C. Harmeyer (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | 1095 Avenue of the Americas |
| Guaynabo, Puerto Rico 00968 | New York, New York 10036 |
| Phone: (787) 620-5300 | |
| Fax: (787) 620-5305 | -and- |
| | G. Eric Brunstad, Jr. (*pro hac vice*) |
| | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*

2