# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYERS RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO ("ERS"),[2]

    Debtor.

Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),[3]

    Debtor.

Title III

No. 17 BK 3567-LTS

(Joint Administration Requested)

------------------------------------------------------------- x

## **NOTICE OF APPEARANCE**

TO THE HONORABLE COURT AND ALL PARTIES OF RECORD:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

Syncora Guarantee Inc. and Syncora Capital Assurance Inc. (together, "**Syncora**"), through its undersigned counsel, hereby enters its appearance in these cases, pursuant to Bankruptcy Rules 2002 and 9010(b), which are applicable to these cases by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170 *et seq.*, and respectfully request that any orders, notices, motions, pleadings, and other court papers filed in these cases be served upon Syncora through the undersigned counsel and that such counsels' names and addresses be included on the master service list applicable to these cases.

THE UNDERSIGNED HEREBY CERTIFY that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

[*Remainder of page intentionally left blank*]

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 26th day of June, 2017.

                                            GOLDMAN ANTONETTI & CORDOVA, LLC

By:   */s/Solymar Castillo Morales*
       Solymar Castillo Morales
       USDC-PR No. 218310
       Post Office Box 70364
       San Juan, PR 00936-8364
       Tel. (787) 759-4213
       Fax (787) 767-9177
       scastillo@gaclaw.com

DEBEVOISE & PLIMPTON LLP

By:   */s/ My Chi To*
       My Chi To (*pro hac vice* admission forthcoming)
       Craig A. Bruens (*pro hac vice* admission forthcoming)
       Elie J. Worenklein (*pro hac vice* admission forthcoming)
       919 Third Avenue
       New York, NY 10022
       Tel. (212) 909-6000
       Fax  (212) 909-6836
       mcto@debevoise.com
       cabruens@debevoise.com
       eworenklein@debevoise.com

*Attorneys for Syncora Guarantee Inc. and Syncora Capital Assurance Inc.*