# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| The Financial Oversight and Management | ) | |
| Board for Puerto Rico, | ) | No. 17 BK 3283-LTS |
| | ) | |
|     as representative of | ) | (Jointly Administered) |
| | ) | |
| The Commonwealth of Puerto Rico, *et al.* | ) | |
| | ) | |
|                          Debtors.[1] | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| The Financial Oversight and Management | ) | |
| Board for Puerto Rico, | ) | No. 17 BK 3283-LTS |
| | ) | |
|     as representative of | ) | |
| | ) | |
| The Commonwealth of Puerto Rico, | ) | |
| | ) | |
|                          Debtor. | ) | |
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| The Financial Oversight and Management | ) | |
| Board for Puerto Rico, | ) | No. 17 BK 3284-LTS |
| | ) | |
|     as representative of | ) | |
| | ) | |
| Puerto Rico Sales Tax Financing Corporation ("COFINA"), | ) | |
| | ) | |
|                          Debtor. | ) | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Americas 92980910

# THE PUERTO RICO FUNDS' INFORMATIVE MOTION
## REGARDING THE JUNE 28-29, 2017 OMNIBUS HEARING

Creditors holding certain senior and subordinated bonds issued by the Puerto Rico Sales Tax Financing Corporation (the "Puerto Rico Funds")[2] hereby submit this informative motion pursuant to the Court's Order Regarding Procedures for Attendance, Participation, and Observation of June 28-29, 2017 Omnibus Hearing (17-BK-3283, Docket No. 403), and respectfully state as follows:

1. Jason N. Zakia of White & Case LLP will appear on behalf of the Puerto Rico Funds at the June 28-29, 2017 hearing regarding the following matters:

    a. Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay (the "Stay Relief Motion") [17-BK-3283, Docket No. 270; 17-BK-3284, Docket No. 139], and any objections or responses to the Stay Relief Motion; and

    b. Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute (the "Commonwealth-COFINA Dispute Procedure Motion") [17-BK-3283, Docket No. 303], and any objections or responses to the Commonwealth-COFINA Dispute Procedure Motion.

2. Mr. Zakia will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico.

---

[2] The Puerto Rico Funds are the following Puerto Rico-based funds that, as of May 31, 2017, held approximately $405 million in senior secured COFINA bonds and approximately $212 million in subordinated secured bonds issued by the Puerto Rico Sales Tax Financing Corporation: Puerto Rico AAA Portfolio Bond Fund II, Inc.; Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund, Inc. II; Puerto Rico Investors Tax-Free Fund III, Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund. The Puerto Rico Funds hold both Capital Appreciation Bonds ("CABs") and Current Interest Bonds ("CIBs").

3. The Puerto Rico Funds also appear to respond to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

WHEREFORE, the Puerto Rico Funds respectfully request that the Court take notice of the foregoing.

*[Remainder of page intentionally left blank]*

Americas 92980910

**RESPECTFULLY SUBMITTED,**

We hereby CERTIFY that on June 26, 2017, we caused the foregoing to be electronically filed in this case with the Clerk of Court, using the CM/ECF system, which will send notifications of such filing to all counsel of record.

By:

/s/ *Alicia I. Lavergne-Ramírez*
José C. Sánchez-Castro
USDC-PR 213312
jsanchez@lsplawpr.com

Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@lsplawpr.com

Maraliz Vázquez-Marrero
USDC-PR 225504
mvazquez@lsplawpr.com

LÓPEZ SÁNCHEZ & PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc.,  Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.,  Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc.,  Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.,  Tax-Free Puerto Rico Fund, Inc.,  Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

/s/ *Jason N. Zakia*
Glenn M. Kurtz (*pro hac vice*)
John K. Cunningham (*pro hac vice*)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
Tel. (212) 819-8200
Fax (212) 354-8113
gkurtz@whitecase.com
jcunningham@whitecase.com

Jason N. Zakia (*pro hac vice*)
WHITE & CASE LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131
Tel. (305) 371-2700
Fax (305) 358-5744
jzakia@whitecase.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc.,  Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.,  Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc.,  Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.,  Tax-Free Puerto Rico Fund, Inc.,  Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*