IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO. **17-cv-01578 (LTS)** |
|---|---|
| **COMMONWEALTH OF PUERTO RICO,** | No. 17-03283 (BK CM/ECF) |
| Debtor. | PROMESA TITLE III |

**NOTICE OF APPEARANCE ON BEHALF OF CREDITOR, AIDA ROSSY CLEMENTE**

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83(D)(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), Carlos C. Alsina Batista appears as counsel on behalf of Creditor, Aida I. Rossy Clemente.

The appearing Creditor respectfully notifies that she has retained the legal services of the undersigned counsel for all proceedings regarding her claim in this case.

**WHEREFORE,** the undersigned very respectfully requests this Honorable Court to take notice of the aforementioned, to add his name and address to the Master Address List, and to notify appearing counsel of all proceedings in this case.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

-2-

In San Juan, Puerto Rico, this 26th day of June, 2017.

**/s/ Carlos C. Alsina Batista**
Carlos C. Alsina Batista
USDC-PR NO. 222801

**CARLOS ALSINA BATISTA LAW OFFICES, PSC**
1519 Ponce De León Ave.
Firstbank Bldng., Suite 513
San Juan, Puerto Rico 00909
Tel. (787)615-8733/(787)202-4880
Email: calsina@prquiebra.com