**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO ("ERS"),[2]

    Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),[3]

    Debtor.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3567-LTS

(Joint Administration Requested)

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JUNE 28, 2017 AT 9:30 A.M.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, June 28, 2017**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 2:00 p.m. and, if necessary, **Thursday, June 29, 2017,** from 9:30 a.m. to 12:00 p.m., and from 1:00 p.m. to 2:00 p.m. (Eastern Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge **Courtroom 3** United States District Court for the District of Puerto Rico **the Clemente Ruiz Nazario United States Courthouse** **150 Carlos Chardón Avenue** San Juan, P.R. 00918-1767 |
| | **Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C** of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007** |
| | **Teleconference**: The hearing will also be available by telephone through Court Solutions (800) 397-1898. Attorneys must register no later than June 27, 2017 at 5:00 p.m. |
| **Copies of Documents:** | Copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

## I. STATUS CONFERENCES

1. **Order Appointing Mediation Team.** Order Appointing Mediation Team **[Case No. 17-3283, ECF No. 430].**

    Description: Introduction of mediation team.

    A. Introduction of Judge Houser, Leader of Mediation Team.

    Estimated Time Required: 10 minutes.

    B. Introduction of Magistrate Judge Dein.

    Estimated Time Required: 5 minutes.

    Related Document: Order and Notice of Preliminary Designation of Mediation Team Setting Deadline for Objections to Membership **[Case No. 17-3283, ECF No. 329]**.

2. **Bank Authority Motion.** Motion of Debtors Pursuant to Bankruptcy Code Section 105(A) for Entry of Order Confirming Authority of Banks to Continue Honoring

2

Instructions and Payment Instruments With Respect to the Debtors' Bank Accounts **[Case No. 17-3283, ECF No. 60]**.

Estimated Time Required: 5 minutes.

## II. UNCONTESTED MATTERS

1. **Epiq Retention Application.** Application of Debtors for Entry of Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, *Nunc Pro Tunc* To Petition Date **[Case No. 17-3283, ECF No. 299]**.

   Description: Application to employ Epiq Bankruptcy Solutions, LLC as service agent in the HTA/ERS Title III Cases.

   Objection Deadline: Friday, June 16, 2017 at 4:00 p.m. (Eastern Standard Time).

   Responses: None.

   Reply, Joinder & Statement Deadlines: Friday, June 23, 2017 at 4:00 p.m. (Eastern Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, June 24, 2017 at 4:00 p.m. (Eastern Standard Time) for Debtors and Statutory Committees.

   Reply: None.

   Related Documents:
   A. Order directing the Board to file a supplemental affidavit by June 16, 2017 no later than 12:00 p.m., explaining the reasons why the Board believes it is necessary to retain Epiq, while simultaneously retaining Prime Clerk **[Case No. 17-3283, ECF No. 319]**.

   B. Affidavit of Paul V. Possinger in Support of Application of Debtors for Entry of Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions, LLC as Service Agent, *Nunc Pro Tunc* to Petition Date **[Case No. 17-3283, ECF No. 358]**.

   Status: This matter is going forward.

   Estimated Time Required: 5 minutes.

## III. CONTESTED MATTERS

1. **AAFAF Utility Motion.** Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 210]**.

3

Description: Motion to prohibit alteration of utility service, determine adequate assurance of future payment, and establish procedures thereto.

Objection Deadline: The *Order Addressing Clarification Motion for Deadline to Respond to the Utilities Motion* [ECF No. 265] provides that the objection deadline was set by the applicable Case Management Procedures.

Responses:
- A. Limited Objection of Ambac Assurance Corporation to Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 367]**.

- B. Response to Utilities Motion by Stericycle of Puerto Rico **[Case No. 17-3283, ECF No. 391]**.

- C. Response to Debtors' Motion (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 433]**.

Reply, Joinder & Statement Deadlines: Friday, June 23, 2017 at 4:00 p.m. (Eastern Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, June 24, 2017 at 4:00 p.m. (Eastern Standard Time) for Debtors and Statutory Committees.

Reply: Debtor Entities' (I) Reply to Stericycle's Response to Utilities motion and (II) Notice of Filing Amended Order **[Case No. 17-3283, ECF No. 442]**.

Related Documents:
- A. Motion to Inform Applicable Objection Deadline or, in the alternative, to Request Extension of Time to Respond to Debtors' Motion (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 257]**.

- B. Order Addressing Clarification Motion for Deadline to Respond to Utilities Motion **[Case No. 17-3283, ECF No. 265]**.

- C. Notice of Consensual Extension of Objection Deadline Regarding Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment) **[Case No. 17-3283, ECF No. 389]**.

- D. Second Notice of Consensual Extension of Objection Deadline Regarding Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future

   Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 412].**

  E. Third Notice of Consensual Extension of Objection Deadline Regarding Motion of Debtor Entities For Order (A) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 429].**

  F. Motion of [Puerto Rico Telephone Company d/b/a Claro] to Withdraw Response to Debtors' Motion (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 446].**

Status: This matter is going forward.

Estimated Time Required: 10 minutes.

2. **Joint Administration Motion.** Motion for Order (A) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases and (B) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases **[Case No. 17-3283, ECF No. 298].**

  Description: Motion to jointly administer ERS and HTA cases with the existing jointly administered Title III cases, and render certain first day orders applicable to the ERS and HTA Title III cases.

  Objection Deadline: Friday, June 16, 2017 at 4:00 p.m. (Eastern Standard Time).

  Responses:
   A. Omnibus Objection of Peaje Investments LLC to the Debtors' (I) Motion for a Stay of Peaje's Pending Actions, and (II) Request Made in the Debtors' Joint Administration Motion to Render the Commonwealth's and COFINA's Bank Accounts Motion Applicable in HTA's Title III Case **[Case No. 17-3283, ECF No. 359].**

   B. Objection of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Debtors' Motion for Entry of an Order Directing Joint Administration of Title III Cases **[Case No. 17-3566, ECF No. 83].**

  Reply, Joinder & Statement Deadlines: Friday, June 23, 2017 at 4:00 p.m. (Eastern Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, June 24, 2017 at 4:00 p.m. (Eastern Standard Time) for Debtors and Statutory Committees.

5

Reply: Omnibus Reply of Debtors to Objections to Motion for Order (A) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases and (B) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases **[Case No. 17-3283, ECF No. 448]**.

Related Documents: None.

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

3. **Automatic Stay Confirmation Motion.** Motion of Debtors Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 for Entry of Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico (III) Application of Contract Protections **[Case No. 17-3283, ECF No. 301].**

   Description: Motion to confirm the application of the Title III automatic stay.

   Objection Deadline: Friday, June 16, 2017 at 4:00 p.m. (Eastern Standard Time).

   Responses:
   A. Response to and Reservation of Rights of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), Service Employees International Union, and American Federation of State, County & Municipal Employees to Debtors' Motion for an Order Confirming Application of Automatic Stay, Stay of Prepetition Lawsuits, and Application of Contract Protections **[Case No. 17-3283, ECF No. 356]**.

   B. Omnibus Objection of Peaje Investments LLC to the Debtors' (I) Motion for a Stay of Peaje's Pending Actions, and (II) Request Made in the Debtors' Joint Administration Motion to Render the Commonwealth's and COFINA's Bank Accounts Motion Applicable in HTA's Title III Case **[Case No. 17-3283, ECF No. 359]**.

   C. Whitebox Funds' Limited Objection to Motion of Debtors for Order Confirming Application of the Automatic Stay and Related Relief **[Case No. 17-3283, ECF No. 368]**.

   D. Reservation of Rights of Ambac Assurance Corporation to Motion of Debtors Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits, and (III) Application of Contract Protections **[Case No. 17-3283, ECF No. 370]**.

   E. Objection of the COFINA Senior Bondholders' Coalition to Motion of Debtors Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 for Entry of Order Confirming (I) Application of the

6

      Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico, and (III) Application of Contract Protections **[Case No. 17-3283, ECF No. 371].**

  F. Ad Hoc Group of General Obligation Bondholders' Limited Objection to Debtors' Motion Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 for Entry of Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico, and (III) Application of Contract Protections **[Case No. 17-3283, ECF No. 390].**

  G. Objection of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Debtors' Motion to Confirm Application of the Automatic Stay **[Case No. 17-3566, ECF No. 84].**

  H. Reservation of Rights of the Mutual Fund Group to the Debtors' Motion for Entry of an Order Confirming the Application of the Automatic Stay **[Case No. 17-3283, ECF No. 380].**

Reply, Joinder & Statement Deadlines: Friday, June 23, 2017 at 4:00 p.m. (Eastern Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, June 24, 2017 at 4:00 p.m. (Eastern Standard Time) for Debtors and Statutory Committees.

Reply: Omnibus Reply of Debtors to Responses to Motion of Debtors Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 for Entry of Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico, and (III) Application of Contract Protections **[Case No. 17-3283, ECF No. 449].**

Related Documents: Notice of Consensual Extension of Objection Deadline Regarding Motion of Debtors Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 for Entry of Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives (II) Stay of Prepetition Lawsuits and Actions Against Inhabitants of Puerto Rico (III) Application of Contract Protections **[Case No. 17-3283, ECF No. 362].**

Status: This matter is going forward.

Estimated Time Required: 15 minutes.

4. **Puerto Rico Mutual Funds Lift Stay Motion**. Puerto Rico Mutual Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 270].**

Description: Motion to lift the stay and certify the actions filed in the Lex Claims action.

Objection Deadline: Wednesday, June 21, 2017 at 4:00 p.m. (Eastern Standard Time).

7

Responses:
   A. Response in Opposition of Financial Guaranty Insurance Company to Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay and Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 369].**

   B. Opposition of the Financial Oversight and Management Board for Puerto Rico to the Motion for Relief From the Automatic Stay Filed by the Puerto Rico Funds And Mutual Fund Group **[Case No. 17-3283, ECF No. 407].**

   C. Ambac Assurance Corporation's Objection to Puerto Rico Funds And Mutual Fund Group's Motion for Relief From the Automatic Stay **[Case No. 17-3283, ECF No. 409].**

   D. Response and Reservation of Rights of the Official Committee of Retired Employees of The Commonwealth of Puerto Rico to Motion for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute of The Mutual Fund Group and The Puerto Rico Funds (I) Puerto Rico Funds and Mutual Fund Group's Motion for Relief From the Automatic Stay (ECF No. 270) and (II) the Debtors' Motion for an Order Approving Procedures to Resolve Commonwealth-COFINA Dispute (ECF No. 303) **[Case No. 17-3283, ECF No. 410].**

   E. Objection to Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 415].**

Reply Deadline: Sunday, June 25, 2017.

Reply: Puerto Rico Funds' And Mutual Fund Group's Reply in Support of Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 453].**

Related Documents:
   A. Notice of Filing Motion for Relief from Automatic Stay and Notice of Hearing Thereon **[Case No. 17-3283, ECF No. 271].**

   B. Corrected Notice of Filing Motion for Relief from Automatic Stay and Notice of Hearing Thereon **[Case No. 17-3283, ECF No. 348].**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

5. **COFINA Dispute Procedures Motion.** Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 303].**

Description: Motion to establish procedures to resolve the Commonwealth-COFINA dispute regarding whether the Pledged Sales Tax is property of the Commonwealth or COFINA.

Objection Deadline: Friday, June 21, 2017 at 4:00 p.m. (Eastern Standard Time).

Responses:

A. Response to and Reservation of Rights of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), Service Employees International Union, and American Federation of State, County & Municipal Employees to Debtors' Motion for an Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 357].**

B. Opposition to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute Filed by Goldman Sachs Asset Management, L.P. **[Case No. 17-3283, ECF No. 360].**

C. Response In Opposition Of Financial Guaranty Insurance Company To Puerto Rico Funds And Mutual Fund Group's Motion For Relief From The Automatic Stay And Motion Of Debtors For Order Approving Procedure To Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 369].**

D. Objection to Debtors' Motion for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute of The Mutual Fund Group and The Puerto Rico Funds **[Case No. 17-3283, ECF No. 372].**

E. Objection to the Motion for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute Filed by National Public Finance Guarantee Corporation **[Case No. 17-3283, ECF No. 373].**

F. Objection of the COFINA Senior Bondholders' Coalition Motion for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 374].**

G. Objection to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute Ambac Assurance Corporation **[Case No. 17-3283, ECF No. 375].**

H. Objection of the Ad Hoc Group of General Obligation Bondholders to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 408].**

I. Response and Reservation of Rights of the Official Committee of Retired Employees of The Commonwealth of Puerto Rico to Motion for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute of The Mutual Fund Group and The Puerto Rico Funds (I) Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay (ECF No. 270) and (II) the Debtors' Motion for an Order Approving Procedures to Resolve Commonwealth-COFINA Dispute (ECF No. 303) **[Case No. 17-3283, ECF No. 410].**

J. Limited Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 411].**

Reply, Joinder & Statement Deadlines: Friday, June 23, 2017 at 4:00 p.m. (Eastern Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, June 24, 2017 at 4:00 p.m. (Eastern Standard Time) for Debtors and Statutory Committees.

Replies:
- A. Omnibus Reply of Debtors to Responses to Motion of Debtors for Order Approving Procedure to Resolve the Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 450].**
- B. AAFAF'S Omnibus Statement Concerning Motion Of Debtors For Order Approving Procedure To Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 452].**

Related Documents:
- A. Notice of Consensual Extension of Objection Deadline Regarding Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 361].**
- B. AAFAF's Informative Motion On Behalf Of The Debtor Entities Regarding Governance And Conflict-Of-Interest Issues **[Case No. 17-3283, ECF No. 451].**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

## IV. **NOTICES OF REQUESTS TO BE HEARD**

1. Notices Filed **[Case No. 17-3283]**:
   - A. Informative Motion of American Federation of State, County and Municipal Employees in Response to Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing **[Case No. 17-3283, ECF No. 424].**
   - B. Informative Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017 Omnibus Hearing **[Case No. 17-3283, ECF No. 435] .**

2. Notices Filed **[Case No. 17-3284]**:
   None.

3. Notices Filed **[Case No. 17-3566]**:
   - A. Informative Motion of American Federation of State, County and Municipal Employees in Response to Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing **[Case No. 17-3566, ECF No. 107].**
   - B. Informative Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017 Omnibus Hearing **[Case No. 17-3566, ECF No. 121].**

4. Notices Filed **[Case No. 17-3567]**:
   None.

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON JUNE 28, 2017 AT 1:00 P.M.**

I. **CONTESTED MATTERS**

1. **Employees Retirement System Lift Stay Motion.** Motion of Certain Secured Creditors of The Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and For Relief From the Automatic Stay **[Case No. 17-3566, ECF No. 26].**

    Description: Motion of ERS bondholders to lift the automatic stay applicable to ERS.

    Objection Deadline: Friday, June 21, 2017 at 4:00 p.m. (Eastern Standard Time).

    Responses:
    A. Supplemental Objection of American Federation of State, County and Municipal Employees to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and Relief from the Automatic Stay **[Case No. 17-3566, ECF No. 93].**

    B. Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Certain Secured Claimholders of Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Adequate Protection and Stay Relief **[Case No. 17-3566, ECF No. 98].**

    C. Objection [of Official Committee of Retired Employees] to Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Request for Adequate Protection and for Relief from the Automatic Stay **[Case No. 17-3566, ECF No. 99].**

    Reply Deadline: Sunday, June 25, 2017.

    Reply: Reply of Certain Secured Creditors of the Employees Retirement System of the Government of The Commonwealth of Puerto Rico in Support of Motion for Adequate Protection and for Relief from the Automatic Stay **[Case No. 17-3566, ECF No. 127].**

    Related Documents:
    A. Joinder of AAFAF to Opposition of Financial Oversight and Management Board to Motion of Certain Secured Claimholders of Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Adequate Protection and Stay Relief and Reservation of Rights **[Case No. 17-3566, ECF No. 100].**

    B. Motion [of Debtors] Submitting Exhibits to the Opposition to Motion for Relief From Stay **[Case No. 17-3566, ECF No. 101].**

    Estimated Time Required: 1 hour, including 30 minutes each for the Movants and Debtors pursuant to Order on Motion of Certain Secured Creditors of the Employees

Retirement System of the Government of the Commonwealth of Puerto Rico Regarding Scheduling **[Case No. 17-3566, ECF No. 50]**.

## II. INITIAL PRETRIAL CONFERENCES

1. Peaje Investment, LLC v. Puerto Rico Highways & Transportation Authority, *et al.* **[Case No. 17-151-LTS]**.
2. Assured Guaranty Corp., *et al.*, v. Commonwealth of Puerto Rico **[Case No. 17-155-LTS]**.
3. Ambac Assurance Corp., *et al.*, v. Commonwealth of Puerto Rico **[Case No. 17-159-LTS]**.

Description: Initial pretrial status conferences **[Case No. 17-151-LTS, ECF No. 62; Case No. 17-155-LTS, ECF No. 13, Case No. 17-159-LTS, ECF No. 13]**.

Estimated Time Required: 30 minutes.

Dated: June 26, 2017
San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice pending)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

13