# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 03283-LTS

(Jointly Administered)

------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO (ERS).

    Debtor.

PROMESA
Title III

No. 17 BK 03566-LTS
(Joint Administration Pending)

------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS &
TRANSPORTATION AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 03567-LTS
(Joint Administration Pending)

------------------------------------------------------------------ x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

1

## **CERTIFICATE OF SERVICE**

I, Dipesh Patel, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am an associate with Saul Ewing LLP.

2. On June 22, 2017, I caused a true and accurate copy of *American Federation of State, County and Municipal Employees' Motion to Inform in Compliance with the Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* to be served in accordance with the *First Amended Notice, Case Management and Administrative Procedures [ECF No. 262]* approved by this Court.

I certify that the foregoing statements made by me are true and correct to the best of my knowledge and belief.

Dated: June 26, 2017                                      /s/ Dipesh Patel
                                                                       Dipesh Patel