# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br><br> **THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO** <br> As representative of <br><br> **THE COMMONWEALTH OF PUERTO RICO** <br> **DEBTOR** | **CASE NO. 17-BK -03283 (LTS)** <br><br> **PROMESA TITLE III** |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act., 48 U.S.C. §2170, the PFZ PROPERTIES, INC., enters its appearance in the above captioned case through the undersigned counsel, Ismael H. Herrero III, respectfully request that all motion, pleadings, papers and orders be served upon PFZ Properties Inc., throught the undersigned counsel and that they be included in the applicable notice list for this proceeding.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this June 26, 2017.

**LAW OFFICES ISMAEL H. HERRERO III & ASSOCIATES, P.S.C,**
P.O. Box 362159
San Juan, Puerto Rico 00936-2159
Tel. 754-5000, Fax. 754-5001


/s/ ISMAEL H. HERRERO, III
USDC-PR #203002
E-mail:herreroiII@herrerolaw.com