# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION AND NOTICE OF REQUEST
## TO BE HEARD AT JUNE 28-29, 2017 HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's order dated June 21, 2017 [Dkt. No. 403], the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the June 28-29, 2017 hearing in Courtroom 2 of the United States District Court for the District of Puerto Rico.  Andrew N. Rosenberg, Walter Rieman, and Kyle J. Kimpler of Paul, Weiss, Rifkind, Wharton & Garrison LLP and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear on behalf of the GO Group and intend to address as necessary, items III.3., III.4., and III.5. of the *Amended Agenda of Matters Scheduled for the Hearing on June 28, 2017 at 9:30 a.m.* filed by Debtors' counsel.  [Dkt. No. 472].  The GO Group will also be prepared to respond to any questions that the Court may have and that other parties-in-interest may raise during the hearing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

Dated: San Juan, Puerto Rico
       June 26, 2017

                                          Respectfully submitted,

/s/ Andrew N. Rosenberg
Andrew N. Rosenberg (admitted *pro hac vice*)
Walter Rieman (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990


/s/ Donald Burke
Donald Burke (admitted *pro hac vice*)
**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
1801 K Street, N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510


/s/ *Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
**JIMÉNEZ, GRAFFAM & LAUSELL**
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068


*Counsel to the Ad Hoc Group of General Obligation Bondholders*

2