IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |

**INFORMATIVE MOTION AND REQUEST TO BE HEARD**

**TO THE HONORABLE COURT:**

COMES NOW the undersigned attorney and very respectfully states, alleges and prays:

1. Notice is given to the Court that John E. Mudd will appear on behalf of the Municipality of San Sebastian in the Omnibus Hearing of June 28-29 regarding the following:

   a. Mediation and stayed cases;

   b. The Municipality of San Sebastian appears to respond to any statements made by

any party in connection with the above-captioned Title III proceeding or any adversary proceeding in the above-captioned Title III proceedings.

WHEREFORE: the undersigned respectfully requests from the Honorable Court take notice of this motion.

Respectfully submitted on this 26th day of June, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com