UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),[2]<br><br>　　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Jointly Administered) |
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),[3]<br><br>　　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>(Joint Administration Requested) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

**AMBAC ASSURANCE CORPORATION'S INFORMATIVE MOTION IN COMPLIANCE WITH THE ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 28-29, 2017, OMNIBUS HEARING**

Ambac Assurance Corporation ("Ambac") hereby submits this informative motion in compliance with the *Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* [17-bk-3283, Dkt. No. 403], and respectfully states as follows:

1. Dennis F. Dunne of Milbank, Tweed, Hadley & McCloy LLP will appear on behalf of Ambac at the June 28 hearing scheduled for 9:30 a.m. regarding Contested Matter Nos. 1, 3, 4, and 5 (*see* 17-bk-3283 Dkt. No. 467, *Notice of Agenda*).

2. Mr. Dunne also requests to be heard, as appropriate, in connection with the *Debtors' Status Report Regarding (A) Financial Disclosures to Creditors and (B) Status of Settlement Discussions* (17-bk-3283 Dkt. No. 350).

3. Mr. Dunne will appear on behalf of Ambac at the June 28 hearing scheduled for 1:00 p.m. regarding the Initial Pretrial Conference in *Peaje Investment, LLC v. Puerto Rico Highways & Transportation Authority* [17-ap-151, 152], *Assured Guaranty Corp. v. Commonwealth of Puerto Rico* [17-ap-155, 156], and *Ambac Assurance Corporation v. Commonwealth of Puerto Rico* [17-ap-159].

4. Mr. Dunne will appear in person in the United States District Court for the District of Puerto Rico.

WHEREFORE, Ambac respectfully requests that the Court take notice of the foregoing.

Dated: June 26, 2017
      San Juan, Puerto Rico

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
          scolon@ferraiuoli.com

**MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP**

By: /s/ *Dennis F. Dunne*
    Dennis F. Dunne
    Andrew M. Leblanc
    Atara Miller
    Grant R. Mainland
    (admitted *pro hac vice*)
    28 Liberty Street
    New York, NY 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
          aleblanc@milbank.com
          amiller@milbank.com
          gmainland@milbank.com

*Attorneys for Ambac Assurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com