# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>   as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MUTUAL FUND GROUP'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT JUNE 28-29, 2017 OMNIBUS HEARING

OppenheimerFunds, Franklin Advisers, Inc., and the First Puerto Rico Family of Funds, and behalf of certain managed funds (collectively, the "**Mutual Fund Group**"), as holders of over $3.5 billion in accreted principal amount of uninsured bonds issued by debtor Puerto Rico Sales Tax Financing Corporation ("**COFINA**") and over $1.8 billion in uninsured general obligation bonds issued by debtor the Commonwealth of Puerto Rico (the "**Commonwealth**," and together with COFINA, the "**Debtors**"), among other debt of Puerto Rico, hereby files this request to be heard pursuant to the Court's Order dated June 21, 2017 [ECF No. 403] (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on June 28, 2017 and, if necessary, on June 29, 2017 (the "**Omnibus Hearing**").

### BACKGROUND AND PROCEDURAL HISTORY

1.     Pursuant to the Order, the Court will conduct an Omnibus Hearing on certain motions in the above-captioned cases, as well as an initial pretrial conference in certain related adversary proceedings.

---

[1] The Debtors in these Title III Cases, along with each Debtor's Title III case number and the last four (4) digits of each Debtor's federal tax identification number are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

KL2 3017029.1

3. The Order requests that Counsel to parties who wish to speak at the Omnibus Hearing file an "Informative Motion," stating their name and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear.

**REQUEST TO BE HEARD**

4. Thomas Moers Mayer and Philip Bentley will appear on behalf of the Mutual Fund Group at the Omnibus Hearing in Courtroom 2 of the United States District Court for the District of Puerto Rico.

5. Thomas Moers Mayer and Philip Bentley intend to address, as necessary, (i) items I.1., I.2., III.3., III.4., III.5., of the *Amended Agenda of Matters Scheduled for the Hearing on June 28, 2017 at 9:30 a.m.* filed by Debtors' counsel, [Dkt. No. 472], (ii) *Debtors' Status Report Regarding (A) Financial Disclosures to Creditors and (B) Status of Settlement Discussions* [Dkt. No. 350], to the extent it is a topic of discussion at the Omnibus Hearing, and (iii) any statements made by any party in connection with the Title III Proceedings or any adversary proceeding pending in the Title III Proceedings.

**WHEREFORE**, the Mutual Fund Group respectfully requests to be heard on these topics in Courtroom 2 of the United States District Court for the District of Puerto Rico at the Omnibus Hearing on June 28, 2017 and, if necessary, on June 29, 2017.

- 3 -

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today June 27, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernandez-Bared* | *s/ Thomas Moers Mayer* |
| MANUEL FERNÁNDEZ-BARED | THOMAS MOERS MAYER* |
| USDC-PR No. 204,204 | AMY CATON* |
| E-mail: mfb@tcmrslaw.com | PHILIP BENTLEY* |
| | PHILIP MICHAEL GUFFY** |
| *s/ Linette Figueroa-Torres* | 1177 Avenue of the Americas |
| LINETTE FIGUEROA-TORRES | New York, New York 10036 |
| USDC-PR No. 227,104 | Tel.: (212) 715-9100 |
| E-mail: lft@tcmrslaw.com | Fax: (212) 715-8000 |
| | Email: tmayer@kramerlevin.com |
| P.O. Box 195383 | acaton@kramerlevin.com |
| San Juan, PR 00919-5383 | pbentley@kramerlevin.com |
| Tel.: (787) 751-8999 | pguffy@kramerlevin.com |
| Fax: (787) 763-7760 | *(admitted *pro hac vice*) |
| | *(*pro hac vice* application pending) |
| *Counsel to the Mutual Fund Group* | |
| | *Counsel to the Mutual Fund Group* |