**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>Debtor.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>(Joint Administration Requested) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>(Joint Administration Requested) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

### THE BANK OF NEW YORK MELLON'S INFORMATIVE
### MOTION REGARDING JUNE 28-29, 2017, OMNIBUS HEARING

The Bank of New York Mellon ("BNYM"), through its undersigned counsel, hereby submits this informative motion, pursuant to the Court's *Order Regarding Procedures For Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* [Case No. 17-3283, ECF No. 403], and in support hereof, respectfully represents as follows:

1. Eric A. Schaffer of Reed Smith LLP will appear on behalf of BNYM at the June 28-29, 2017 omnibus hearing.

2. Mr. Schaffer will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. Mr. Schaffer intends to address the following:

Employees Retirement System Lift Stay Motion.

Motion of Certain Secured Creditors of The Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and For Relief From the Automatic Stay [Case No. 17-3566, ECF No. 26]; and

Limited Response and Joinder of The Bank of New York Mellon, as Fiscal Agent, to Motion of Certain Secured Creditors of The Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and For Relief From the Automatic Stay [Case No. 17-3566, ECF No. 89].[4]

4. Mr. Schaffer also appears on behalf of BNYM to respond to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

---

[4] BNYM's limited response and joinder to the lift stay motion was not included in the Notice of Amended Agenda of Matters Scheduled for the Hearing on June 28, 2017 at 9:30 a.m. [Case No. 17-3566, ECF No. 138].

WHEREFORE, BNYM respectfully requests that the Court permit BNYM to appear and be heard at the June 28-29, 2017 omnibus hearing.

Dated: June 27, 2017
      San Juan, Puerto Rico

Respectfully submitted,

SEPULVADO & MALDONADO, PSC

By: */s/ Lee Sepulvado Ramos*
Lee Sepulvado Ramos
USDC-PR Bar No. 211912
252 Ave. Ponce de León, Suite 1900
Citibank Tower San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: lsepulvado@smlawpr.com

REED SMITH LLP
Eric A. Schaffer (*pro hac vice*)
Luke A. Sizemore (*pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

REED SMITH LLP
Kurt F. Gwynne (*pro hac vice*)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

*Counsel for The Bank of New York Mellon*