# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>**As representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO,** *et al*.<br><br>Debtors[1]. | PROMESA<br><br>Title III<br><br><br>Case No. 17-CV-01578-LTS<br><br>Case No. 17-03283<br><br>(Joint Administration Requested) |

## UNITED STATES TRUSTEE'S NOTICE
## OF REQUEST TO BE HEARD AT JUNE 28, 2017 HEARING

Guy G. Gebhardt, the Acting United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

1. Guy G. Gebhardt, the Acting United States Trustee for Region 21, requests to be heard at the status conference in these cases to be held by the Court on June 28, 2017. The United States Trustee will be represented at the hearing by Monsita Lecaroz-Arribas, Assistant United States Trustee for the District of Puerto Rico and by Sean Cowley, trial attorney from the Detroit, Michigan office of the United States Trustee. The United States Trustee appears to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

report on the progress in the development of a consensual fee procedures proposal for the Court's consideration.

WHEREFORE, the United States Trustee requests that the Court take note of the United Trustee's appearance at the June 28, 2017 hearing.

DATED: June 27, 2017

GUY G. GEBHARDT
Acting United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707