# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>  Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

### INFORMATIVE MOTION OF FINANCIAL GUARANTY INSURANCE COMPANY PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 28-29, 2017, OMNIBUS HEARING
[Dkt. # 403]

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company Pursuant to Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* (the "**Motion**"). In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and María E. Picó intend to appear and speak on behalf of FGIC at the Hearing[1] in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on the following agenda items listed in the *Notice of Agenda of Matters Scheduled for the Hearing on June 28, 2017 at 9:30 a.m.*:

- Section III, Item No. 4 - *Puerto Rico Mutual Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay* [Case No. 17-3283, Dkt. # 270].

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* [Dkt. # 403] (the "**Order**").

- o *Response in Opposition of Financial Guaranty Insurance Company to Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay and Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* [Case No. 17-3283, Dkt. # 369].

- Section III, Item No. 5 – *Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* [Case No. 17-3283, Dkt. # 303].

  - o *Response in Opposition of Financial Guaranty Insurance Company to Puerto Rico Funds and Mutual Fund Group's Motion for Relief from the Automatic Stay and Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* [Case No. 17-3283, Dkt. # 369].

2. Further, Martin A. Sosland and María E. Picó intend to appear and speak on behalf of FGIC at the Hearing in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on the Initial Pretrial Conference for *Assured Guaranty Corp., et al. v. Commonwealth of Puerto Rico, et al.* [Case No. 17-155-LTS] (*see* Section II, Item No. 2) listed in the *Notice of Agenda of Matters Scheduled for the Hearing on June 28, 2017 at 1:00 p.m.*

3. Martin A. Sosland and María E. Picó also appear to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: June 27, 2017 Respectfully submitted,

REXACH & PICÓ, CSP

By:*/s/ María E. Picó*
    María E. Picó
    USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By:*/s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    Stanford G. Ladner (*pro hac vice* admission forthcoming)
    1700 Broadway, 41st Floor
    New York, NY 10019
    Telephone: (646) 606-3996
    Facsimile: (646) 606-3995
    E-mail: stan.ladner@butlersnow.com

    Christopher R. Maddux (*pro hac vice* admission forthcoming)
    J. Mitchell Carrington (*pro hac vice* admission forthcoming)
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 39157
    Telephone: (601) 985-2200
    Facsimile: (601) 985-4500
    E-mail: chris.maddux@butlersnow.com
     mitch.carrington@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Respectfully submitted.

Dated: June 27, 2017.

                                                  Respectfully submitted,

                                                  */s/ María E. Picó*_____
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844

*Attorney for Financial Guaranty Insurance Company*

37090154v1