**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------------ x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 03283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------------ x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 03566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO (ERS), | (Joint Administration Requested) |
| Debtors. | |

------------------------------------------------------------------ x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 03567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | (Joint Administration Requested) |
| Debtor. | |

------------------------------------------------------------------ x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

00853699.1

**INFORMATIVE MOTION OF INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) AND SERVICE EMPLOYEES INTERNATIONAL UNION IN RESPONSE TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 28-29, 2017, OMNIBUS HEARING [DKT. ENTRY NO. 403]**

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union, (together, "the Unions") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation, and Observation of June 28-29, 207, Omnibus Hearing* [Docket Entry No. 403] and respectfully state as follows:

1. Peter D. DeChiara, counsel for the Unions, will speak and present argument on behalf of the Unions at the June 28-29, 2017 hearing in connection with the following:

    (a) Amended Agenda Item No. III. 3., *Motion of Debtors for Entry of an Order Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits Against Inhabitants of Puerto Rico, (III) Application of Contract Protections*, filed on June 9, 2017 [Docket Entry No. 301];

    (b) Amended Agenda Item No. III. 5., *Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute*, filed on June 10, 2017 [Docket Entry No. 303].

2. Mr. DeChiara will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. The Unions also appear to respond to any statements made by any party in connection with either the above-captioned Title III cases and any adversary proceedings currently pending in the above-captioned Title III cases or with the Unions' Responses and Reservation of Rights [Docket Entry Nos. 356-357] filed in response to the above referenced agenda items.

**WHEREFORE,** the Unions respectfully request that the Court take notice of the foregoing.

Dated: June 27, 2017

                                            Respectfully submitted,

/s/ *Peter D. DeChiara*

Richard M. Seltzer
Thomas N. Ciantra
Peter D. DeChiara
Hiram M. Arnaud
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036-6976
Tel.: (212) 563-4100
Fax: (646) 473-8216
rseltzer@cwsny.com
tciantra@cwsny.com
pdechiara@cwsny.com
harnaud@cwsny.com

/s/ *Miguel Simonet Sierra*

Miguel Simonet Sierra
USDC # 210101
MONSERRATE SIMONET & GIERBOLINI
101 San Patricio Ave.
Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
msimonet@msglawpr.com

Attorneys for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of June 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: June 27, 2017 /s Hiram M. Arnaud
HIRAM M. ARNAUD