# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,<br><br>　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 403 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>　　　　　　Debtor.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>(Joint Administration Requested)<br><br>Re: ECF No. 94 |

*Caption Continued on the Following Page*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>(Joint Administration Requested)<br><br>Re: ECF No. 120 |

**INFORMATIVE MOTION IN RESPONSE TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 28-29, 2017, <u>OMNIBUS HEARING</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, as counsel to AAFAF, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this Informative Motion in response to the Court's orders entered on June 21, 2017 [D.I. 403] (No. 17-3283-LTS), [D.I. 94] (No. 17 BK 3566-LTS), [D.I. 120] (No. 17 BK 3567-LTS).

2. The following counsel intends to appear in person and speak at the June 28-29, 2017 Omnibus Hearing in the Puerto Rico courtroom on behalf of AAFAF, to present the perspective of the Government of Puerto Rico, on the various motions scheduled to be heard at the hearing and the and pre-trial conferences in the related adversary proceedings:

> John J. Rapisardi*
> O'Melveny & Myers LLP
> Times Square Tower
> 7 Times Square
> New York, NY

---

[3] The last four (4) digits of HTA's federal tax identification number are 3808

2

Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Suzzanne Uhland*
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY
Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Peter Friedman*
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Admitted *pro hac vice*

*Remainder of Page Intentionally Left Blank*

**WHEREFORE**, AAFAF requests that the Court take note of the appearance of its undersigned counsel at the June 28-29, 2017 Omnibus Hearing.

Dated: June 27, 2017
San Juan, Puerto Rico

Respectfully submitted,

*/s/ John J. Rapisardi*

John J. Rapisardi
Suzzanne Uhland
Diana M. Perez
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

Respectfully submitted,

/s/ *Andrés W. López*
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*