# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,[1]<br><br>                                Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),[2]<br><br>                                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),[3]<br><br>                                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>(Jointly Administration Requested) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

**INFORMATIVE MOTION OF ASSURED GUARANTY
CORP. AND ASSURED GUARANTY MUNICIPAL CORP.
REGARDING JUNE 28-29, 2017 OMNIBUS HEARING**

Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) (together, "Assured") hereby submit this informative motion in compliance with the Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017 Omnibus Hearing* (No. 17- BK-3283-LTS, ECF. No. 403), and respectfully states as follows:

1. Ellen M. Halstead and Thomas J. Curtin of Cadwalader, Wickersham & Taft LLP will appear on behalf of Assured at the June 28-29, 2017 omnibus hearing regarding the *Motion of Debtors for an Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (No. 17- BK-3283-LTS, ECF No. 303) and the *Limited Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (No. 17- BK -3283-LTS, ECF No. 411).

2. Ms. Halstead and Mr. Curtin also request to be heard, as appropriate, in connection with *Debtors' Status Report Regarding (A) Financial Disclosures to Creditors and (B) Status of Settlement Discussions* (No. 17-BK-3283-LTS, ECF No. 350). Ms. Halstead and Mr. Curtin also appear to respond to any statements made by any party in connection with the above-captioned Title III proceeding or any adversary proceedings currently pending in the above-captioned Title III proceedings.

3. Ms. Halstead and Mr. Curtin also will appear on behalf of Assured at the initial pre-trial conference on June 28, 2017 at 1:00 pm in *Assured Guaranty Corp. v. Commonwealth of Puerto Rico* (Nos. 17-AP-155-LTS, 17-AP-156-LTS), *Peaje Investment, LLC v. Puerto Rico Highways & Transportation Authority* (Nos. 17-AP-151-LTS, 17-AP-152-LTS), and *Ambac Assurance Corporation v. Commonwealth of Puerto Rico* (No. 17-AP-159-LTS).

4. Ms. Halstead and Mr. Curtin will appear in person in the San Juan courtroom of the U.S. District Court for the District of Puerto Rico.

WHEREFORE, Assured respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of June, 2017.

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br>       rcasellas@cabprlaw.com <br>       dperez@cabprlaw.com <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Ellen M. Halstead* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Ellen M. Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br>       mark.ellenberg@cwt.com <br>       ellen.halstead@cwt.com <br>       thomas.curtin@cwt.com <br>       casey.servais@cwt.com <br><br> * Admitted *pro hac vice* in Nos. 17-BK-03283-LTS, 17-AP-00125-LTS, 17-AP-00155-LTS, 17-AP-00156-LTS <br><br> *Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

I hereby that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 27th day of June, 2017.

>CASELLAS ALCOVER & BURGOS P.S.C.
>P.O. Box 364924
>San Juan, PR 00936-4924
>T. (787) 756-1400
>F. (787) 756-1401
>hburgos@cabprlaw.com
>
>
> /s/ Heriberto J. Burgos Pérez
>Heriberto J. Burgos Pérez
>USDC-PR 204806