# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYERS RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO ("ERS"),[2]

    Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

---------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),[3]

    Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS

(Joint Administration Requested)

---------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**COMES NOW**, My Chi To, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Debevoise & Plimpton LLP, with offices at:

| | |
|---|---|
| Address: | 919 Third Avenue<br>New York, NY 10022 |
| Email: | mcto@debevoise.com |
| Telephone No.: | (212) 909-6000 |
| Fax No.: | (212) 909-6836 |

2. Applicant will sign all pleadings with the name My Chi To.

3. Applicant has been retained personally or as a member of the above-named firm by Syncora Guarantee Inc. and Syncora Capital Assurance Inc., hereinafter collectively referred as Syncora, to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since October 26, 1999, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 3002623.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission |
|---|---|
| United States District Court for the Southern District of New York | February 19, 2002 |
| United States District Court for the Eastern District of New York | February 19, 2002 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico, in the following matters:

**NONE**

10. Local counsels of record associated with applicant in this matter are:

| | |
|---|---|
| Name: | **Solymar Castillo Morales** |
| USDC-PR Bar No. | 218310 |
| Address | Goldman Antonetti & Córdova, LLC<br>P.O. Box 70364<br>San Juan, Puerto Rico 00936-8364 |
| Email | scastillo@gaclaw.com |
| Telephone No. | (787) 759-4213 |
| Fax No. | (787) 474-2335 |

And,

| | |
|---|---|
| Name: | **Carlos A. Rodríguez-Vidal** |
| USDC-PR Bar No. | 201213 |
| Address | Goldman Antonetti & Córdova, LLC<br>P.O. Box 70364<br>San Juan, Puerto Rico 00936-8364 |
| Email | crodriguez-vidal@gaclaw.com |
| Telephone No. | (787) 759-4117 |
| Fax No. | (787) 767-9177 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court and the Local Bankruptcy Rules for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

*[Remainder of page intentionally left blank]*

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only and any adversary proceeding related thereto.

Date: June 23, 2017

*(signature)*

DEBEVOISE & PLIMPTON LLP
My Chi To
919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000
Fax (212) 909-6836
mcto@debevoise.com

I HEREBY CERTIFY, pursuant to Local Rule 83.A(f) that I consent to the designation of local counsel of record for all purposes

Date: June 26, 2017

*(signature)*                                    *(signature)*
Carlos A. Rodríguez-Vidal              Solymar Castillo-Morales

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

*(signature)*

GOLDMAN ANTONETTI & CORDOVA, LLC
Carlos A. Rodríguez Vidal
Solymar Castillo-Morales
USDC-PR No. 201213
Post Office Box 70364
San Juan, PR 00936-8364
Tel. (787) 759-4117
Fax (787) 767-9177
crodriguez-vidal@gaclaw.com

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYERS RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO ("ERS"),[2]

    Debtor.

PROMESA
Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),[3]

    Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS

(Joint Administration Requested)

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).
[2] The last four (4) digits of ERS's federal tax identification number are 9686.
[3] The last four (4) digits of HTA's federal tax identification number are 3808.

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF MY CHI TO

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

- ☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ___ day of _____, 2017.

_____
HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE