# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>                           Debtor. | PROMESA<br>Title III<br><br>Case No. 17-03567 (LTS)<br><br>(Joint Administration Requested) |
| ASSURED GUARANTY CORP, et al.,<br>                           Plaintiffs,<br>-v-<br>COMMONWEALTH OF PUERTO RICO, et al.,<br>                           Defendants. | Filed in Adv. Proc. No. 17-155-LTS in 17 BK 3283<br><br>Filed in Adv. Proc. No. 17-156-LTS in 17 BK 3567 |

**INFORMATIVE MOTION AND NOTICE OF REQUEST**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**TO BE HEARD OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 28-29, 2017, OMNIBUS HEARING**

**TO THE HONORABLE COURT:**

National Public Finance Guarantee Corporation ("**National**"), a party in interest in the above-referenced cases (together, the "**Title III Cases**"), by and through its undersigned counsel, respectfully states as follows:

1. National requests to be heard at the omnibus hearing on certain motions in the above-captioned cases and the pretrial conference in certain related adversary proceedings (the "**Hearing**") to be held in the Title III Cases by the Court beginning on June 28, 2017. National will be represented at the Hearing by Eric Pérez-Ochoa of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., and by Marcia L. Goldstein, Salvatore A. Romanello, Jonathan Polkes and Kelly DiBlasi from the New York, New York office of Weil, Gotshal & Manges LLP.

2. National's legal representatives will appear in person in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. National appears to be heard in connection with (i) *Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (**Docket No. 303**); (ii) *Debtors' Status Report Regarding (A) Financial Disclosure to Creditors and (B) Status of Settlement Discussions* (**Docket No. 350**);[2] and (iii) *Preliminary Pre-Trial Statement in Ambac Assurance Corporation v. Commonwealth of Puerto Rico, et al., No. 17-159-LTS; Assured Guaranty Corp., et al. v. Commonwealth of Puerto Rico, et al., Nos. 17-155-LTS, 17-156-LTS;*

---

[2] Corresponds to Docket No. 100 of Case No. 17-03567 (LTS).

*and Peaje Investments LLC v. Puerto Rico Highways & Transportation Authority, et al., Nos. 17-151-LTS, 17-152-LTS.*[3]

4. National also appears to respond to any statements made by the Oversight Board or other parties or questions raised by the Court at the Hearing regarding the mediation.

5. National also appears to respond to any other statements made or issues raised by the Court or other parties at the Hearing.

**WHEREFORE**, National respectfully request that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 27th day of June, 2017.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

Dated: **June 27, 2017**

/s/ *Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

/s/ *Luis A. Oliver Fraticelli*
Luis A. Oliver Fraticelli
USDC-PR No. 209204

/s/ *Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

/s/*Lourdes Arroyo- Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, PSC, P.S.C.**
208 Ponce de León Avenue, Suite 1600
San Juan, Puerto Rico 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com

---

[3] Corresponds to Docket No. 24 of Case No. 17-159-LTS; Docket No. 18 of Case No. 17-155-LTS*;* Docket No. 27 of Case No. 17-156-LTS; Docket No. 69 of Case No. 17-151-LTS; and Docket No. 62 of Case No. 17-152-LTS.

        loliver@amgprlaw.com
        acasellas@amgprlaw.com
        larroyo@amgprlaw.com

– and –

Marcia Goldstein (admitted *PHV*)
Jonathan Polkes (admitted *PHV*)
Salvatore A. Romanello (admitted *PHV*)
Gregory Silbert (admitted *PHV*)
Kelly DiBlasi (admitted *PHV*)
Gabriel A. Morgan (admitted *PHV*)

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: marcia.goldstein@weil.com
       jonathan.polkes@weil.com
       salvatore.romanello@weil.com
       gregory.silbert@weil.com
       kelly.diblasi@weil.com
       gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corporation*

4