# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Jointly Administered)<br><br>This Document Relates to:<br>17 BK 3284 |

**MOTION TO SUBMIT EXHIBIT REGARDING AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS' OBJECTION TO PUERTO RICO FUNDS AND MUTUAL FUND GROUP'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

The Ad Hoc Group of General Obligation Bondholders (the "GO Group")[2] submits this motion to submit an exhibit in order to correct its Objection to the Motion For Relief From The Automatic Stay (Dkt. 270) filed by the Puerto Rico Funds and the Mutual Fund Group, which was filed on June 21, 2017 (the "Objection," Dkt. 415). It has come to our attention that Exhibit A to the Objection inadvertently omitted a certified translation of Chapter 6 of the "Fiscal Plan Compliance Act," Act No. 26-2017. The attached Corrected Exhibit remedies this omission.

---

[2] The members of the GO Group filing this reply are certain funds or entities managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Monarch Alternative Capital LP, Senator Investment Group LP, and Stone Lion L.P.

| | |
|---|---|
| Dated: June 26, 2017 | Respectfully submitted, |
| /s/ J. Ramón Rivera | /s/ Mark T. Stancil |
| J. Ramón Rivera Morales | Lawrence S. Robbins (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | Mark T. Stancil (admitted *pro hac vice*) |
| JIMÉNEZ, GRAFFAM & LAUSELL | Gary A. Orseck (admitted *pro hac vice*) |
| P.O. Box 366104 | Kathy S. Zecca (admitted *pro hac vice*) |
| San Juan, PR 00936 | Ariel N. Lavinbuk (admitted *pro hac vice*) |
| Telephone: (787) 767-1030 | Donald Burke (admitted *pro hac vice*) |
| Facsimile: (787) 751-4068 | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| Email: rrivera@jgl.com | UNTEREINER & SAUBER LLP |
| | 1801 K Street, N.W., Suite 411-L |
| | Washington, DC 20006 |
| | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| | Email: mstancil@robbinsrussell.com |
| | |
| | /s/ Andrew N. Rosenberg |
| | Andrew N. Rosenberg (admitted *pro hac vice*) |
| | Richard A. Rosen (admitted *pro hac vice*) |
| | Walter Rieman (admitted *pro hac vice*) |
| | Kyle J. Kimpler (admitted *pro hac vice*) |
| | Karen R. Zeituni (admitted *pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: arosenberg@paulweiss.com |

*Counsel to the Ad Hoc Group of General Obligation Bondholders*