**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
|     as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
|                   Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
|     as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
|                   Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
|                   Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
|                -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
|                   Defendants. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT JUNE 28-29, 2017 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the Plaintiff in the above-captioned adversary proceedings and a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's Order entered on June 21, 2017 in Case Nos. 17 BK 3283-LTS and 17 BK 3567-LTS [Dkt. Nos. 403 and 120, respectively] (the "Order").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Allan S. Brilliant and Michael S. Doluisio request to be heard on behalf of Peaje at the June 28th hearing in the San Juan courtroom. Counsel request to be heard on behalf of Peaje in connection with the following items of the *Amended Agenda of Matters Scheduled for the Hearing on June 28, 2017* [Dkt. No. 472 in Case No. 17 BK 3283-LTS]:

1. Mr. Brilliant requests to be heard in connection with items III.2. (Joint Administration Motion) and III.3. (Automatic Stay Confirmation Motion) on the Agenda for the Hearing on June 28, 2017 at 9:30 a.m.;

2. Mr. Brilliant and Mr. Doluisio request to be heard in connection with item II (Initial Pretrial Conferences) on the Agenda for the Hearing on June 28, 2017 at 1:00 p.m.

**RESPECTFULLY SUBMITTED**, this 27th day of June, 2017.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| |  /s/ Allan S. Brilliant_____ |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | Andrew C. Harmeyer (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | 1095 Avenue of the Americas |
| Guaynabo, Puerto Rico 00968 | New York, New York 10036 |
| Phone: (787) 620-5300 | |
| Fax: (787) 620-5305 | -and- |
| | G. Eric Brunstad, Jr. (*pro hac vice*) |
| | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*