UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | No. 17 BK 3283-LTS |
| Debtors.[1] | (Jointly Administered) |
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),[2] | No. 17 BK 3566-LTS |
| Debtor. | (Joint Administration Requested) |
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),[3] | No. 17 BK 3567-LTS |
| Debtor. | (Joint Administration Requested) |

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD REGARDING JUNE 28-29, 2017 HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

1

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the Court's Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017 Omnibus Hearing, the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as representative of The Commonwealth of Puerto Rico ("Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS) ("ERS"), and Puerto Rico Highways & Transportation Authority ("HTA") (collectively, the "Debtors," and each a "Debtor"), respectfully states as follows:

1. The FOMB intends to present argument at the hearing to be held by the Court on June 28-29, 2017.

2. Counsel to present argument:

    a. Martin Bienenstock: **All Agenda Items**[4]

    b. Paul Possinger: (i) **Epiq Retention Application** (Agenda Item II.1.); (ii) **Joint Administration Motion** (Agenda Item III.2.); and (iii) **Automatic Stay Confirmation Motion** (Agenda Item III.3.)

    c. Timothy Mungovan: **Initial Pre-Trial Conferences** (Agenda Items II.1., II.2., and II.3.)

    d. Steven Weise: **Employees Retirement System Lift Stay Motion** (Agenda Item I.1.)

3. Party for which counsel will appear: The FOMB, as representative of the Debtors

4. Location at which counsel will appear: San Juan, Puerto Rico

---

[4] References to the agenda items are to the *Notice of Amended Agenda of Matters Scheduled for the Hearing on June 28, 2017 at 9:30 a.m.* [Dkt. No. 472 in Bankruptcy Case No. 17 BK 3283-LTS; Dkt. No. 138 in Bankruptcy Case No. 17 BK 03566-LTS; and, Dkt. No. 145 in Bankruptcy Case No. 17-03567-LTS].

2

Dated: June 27, 2017
     San Juan, Puerto Rico

Respectfully submitted,

*/s/* Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/* Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*