# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | |
| Debtors.[1] | (Jointly Administered) |

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3566 (LTS) |
| EMPLOYEES RETIREMENT SYSTEM FOR THE COMMONWEALTH OF PUERTO RICO ("ERS"), | |
| Debtors.[2] | (Joint Administration Requested) |

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3567 (LTS) |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"), | |
| Debtors.[3] | (Joint Administration Requested) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

**NOTICE OF APPEARANCE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") hereby appears in the above-captioned cases through its proposed counsel, Paul Hastings LLP and O'Neill & Gilmore LLC and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by Section 310 of PROMESA,[1] requests that all notice given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

| PAUL HASTINGS LLP | O'NEILL & GILMORE LLC |
|---|---|
| Luc A. Despins, Esq. | Patrick D. O'Neill, Esq. |
| Andrew V. Tenzer, Esq. | City Towers, Suite 1701 |
| Leslie A. Plaskon, Esq. | 252 Ponce de León Avenue |
| Michael E. Comerford, Esq. | San Juan, Puerto Rico 00918 |
| G. Alexander Bongartz, Esq. | Telephone: (787) 620-0670 |
| 200 Park Avenue | Fax: (787) 620-0671 |
| New York, NY 10166 | Email: pdo@golaw.com |
| Telephone: (212) 318-6000 | |
| Fax: (212) 319-4090 | |
| Email: lucdespins@paulhastings.com | |
| andrewtenzer@paulhastings.com | |
| leslieplaskon@paulhastings.com | |
| michaelcomerford@paulhastings.com | |
| alexbongartz@paulhastings.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be in accordance with the *First Amended Notice, Case Management and Administrative Procedures* [Docket No. 262-1], unless otherwise directed by the Court, to the parties listed above.

---

[1] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or any other rights, claims, actions, defenses, set-offs, or recoupments to which the Committee is or may be entitled under agreements in law or in equity.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

RESPECTFULLY SUBMITTED

Dated: June 27, 2017
San Juan, Puerto Rico

s/ *Patrick D. O'Neill*
O'NEILL & GILMORE LLC
Patrick O'Neill, Esq.
USDC - PR 128202

252 Ponce de Leon Ave.
Citibank Tower Suite 1701
San Juan, Puerto Rico 00918
Tel.: (787) 620-0670

- and -

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice Admission Pending)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice Admission Pending)*
Michael E. Comerford, Esq. *(Pro Hac Vice Admission Pending)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice Admission Pending)*

200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*