# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
----------------------------------------------------------------------- x
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3283 (LTS)
                                                :
THE COMMONWEALTH OF PUERTO RICO et al.,         :
                                                :   (Jointly Administered)
        Debtors.¹                               :
----------------------------------------------------------------------- x
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3566 (LTS)
                                                :
EMPLOYEES RETIREMENT SYSTEM FOR THE             :
COMMONWEALTH OF PUERTO RICO ("ERS"),            :
                                                :   (Joint Administration Requested)
        Debtors.²                               :
----------------------------------------------------------------------- x
                                                :
In re:                                          :
                                                :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :   Title III
                                                :
        as representative of                    :   Case No. 17-BK-3567 (LTS)
                                                :
PUERTO RICO HIGHWAYS AND TRANSPORTATION         :
AUTHORITY ("HTA"),                              :
                                                :   (Joint Administration Requested)
        Debtors.³                               :
----------------------------------------------------------------------- x
```

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2]   The last four (4) digits of ERS's federal tax identification number are 9686.

[3]   The last four (4) digits of HTA's federal tax identification number are 3808.

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS REGARDING REQUEST TO BE HEARD AT JUNE 28, 2017
AND JUNE 29, 2017 HEARINGS**

To the Honorable United States District Court Judge Laura Taylor Swain:

1.      The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "Committee") hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of June 28-29, 2017, Omnibus Hearing* [Docket No. 403], and respectfully states as follows.

2.      Luc A. Despins will appear on behalf of the Committee at the June 28-29, 2017 hearings, and present a status report related to the Committee's formation, selection of counsel, and initial appearance in these cases (and request for an extension of applicable deadlines in the title III cases), and address, as necessary, (i) the matters scheduled to be heard (including with regard to any related adversary proceedings) and (ii) any statements made by any party in connection with the title III cases or any adversary proceeding pending therein.

*[Remainder of page left intentionally blank.]*

**WHEREFORE**, the Committee respectfully requests that the Court take notice of the above.

Dated:  June 27, 2017
San Juan, Puerto Rico

s/ *Patrick D. O'Neill*

O'NEILL & GILMORE LLC
Patrick D. O'Neill, Esq.
USDC - PR 128202

252 Ponce de Leon Ave.
Citibank Tower Suite 1701
San Juan, Puerto Rico 00918
Tel.: (787) 620-0670

- and -

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice Admission Pending)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice Admission Pending)*
Michael E. Comerford, Esq. *(Pro Hac Vice Admission Pending)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice Admission Pending)*

200 Park Avenue
New York, New York 10166
Tel:  (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*