```
Court Name: District Court
Division: 1
Receipt Number: PRX100050399
Cashier ID: arodrigu
Transaction Date: 06/27/2017
Payer Name: ONEILL AND GILMORE
----------------------------------------
PRO HOC VICE
 For: ONEILL AND GILMORE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: ONEILL AND GILMORE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: ONEILL AND GILMORE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: ONEILL AND GILMORE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND GILMORE
 Check/Money Order Num: 0247
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND GILMORE
 Check/Money Order Num: 0246
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND GILMORE
 Check/Money Order Num: 0673
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND GILMORE
 Check/Money Order Num: 0672
 Amt Tendered: $300.00
----------------------------------------
Total Due:      $1,200.00
Total Tendered: $1,200.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF LUC A.
DESPINS, MICHAEL COMERFORD, G.
ALEXANDER BONGARTZ & ANDREW V.
TENZER
THRU: PATRICK D. ONEILL
```