IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>DEBTOR | PROMESA<br><br>TITLE III<br><br>NO. 17 BK 3283-LTS |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. (APRUM), party in interest, through its undersigned attorney, and before this Honorable Court very respectfully states and prays:

1. The undersigned has been retained to represent the appearing party in the above captioned case.

2. The contact information of APRUM, the requesting party, is as follows:

i) Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc:

Physical Address:

APRUM
Universidad de Puerto Rico
Recinto Universitario de Mayagüez
Edificio B salón 208
Mayagüez, PR. 00680
Tel.: 787-458-8550
Tel.: 787-832-4040 Ext. 2656

   Postal Address:

   APRUM
   Apartado Postal 2227
   Mayagüez, PR 00681

 ii) APRUM's counsel:

   Rolando Emmanuelli Jiménez
   Bufete Emmanuelli, C.S.P.
   Urb. Constancia
   2803 Calle San Francisco
   Ponce, PR 00717
   Tel.: 787-848-0666
   Fax: 1-787-841-1435
   E-mail: remmanuelli@me.com

3. Hence, the undersigned requests from this Honorable Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the *First Amended Notice, Case Management and Administrative Procedures* (Docket No. 262-1), to accept this notice as a formal appearance in the captioned case and that he be notified with copy of all filings in the case.

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants, including the Debtor and the US Trustee. Paper copies have been mailed to the "Standard Parties" pursuant to Section II. A. (i)-(vii) of the *First Amended Notice, Case Management and Administrative Procedures* (Docket No. 262-1):

 Chambers of the Honorable Laura Taylor Swain
 United States District Court for the District of Puerto Rico
 150 Carlos Chardón Street
 Federal Building, Office 150
 San Juan, PR 00918-1767

Chambers of the Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, PR 00907
Attn: Gerardo J. Portela Franco
　　　Mohammad Yassin, Esq
E-mail:Gerardo.Portela@aafaf.pr.gov
　　　Mohammad.Yassin@aafaf.pr.gov

O'Melveny & Myers LLP
7 Times Square
New York, New York, 10036
Attn: John J. Rapisardi, Esq.
　　　Suzzanne Uhland, Esq.
　　　Peter Friedman, Esq.
　　　Diana M. Pérez, Esq.
E-mail: jrapisardi@omm.com
　　　suhland@omm.com
　　　pfriedman@omm.com
　　　dperez@omm.com

Law Offices of Andrés W. López, Esq.
902 Fernández Juncos Ave.
San Juan, PR 00907
Attn: Andrés W. López, Esq.
E-mail: andres@awllaw.com

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock
　　　Paul V. Possinger
　　　Ehud Barak
　　　Maja Zerjal
　　　Chris Theodoridis
E-mail: mbienenstock@proskauer.com

Document Page 4 of 4

ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
ctheodoridis@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-mail: herman.bauer@oneillborges.com

In Ponce, Puerto Rico, this 27th day of June, 2017.

/s/Rolando Emmanuelli Jiménez
ROLANDO EMMANUELLI JIMÉNEZ
USDC 214105
Bufete Emmanuelli, C.S.P.
Urb. Constancia
2803 Calle San Francisco
Ponce, PR 00717
Tel. (787) 848-0666  Fax 1-866-880-7144
E-mail: remmanuelli@me.com