# UNITED STATE DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>                Debtors. [1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>                Debtor. [2] | No. 17 BK 3566-LTS<br><br>(Joint Administration Requested) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA")<br><br>                Debtor. [3] | No. 17 BK 3567-LTS<br><br>(Joint Administration Requested)<br><br><br>**CERTIFICATE OF SERVICE** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS' federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on June 27, 2017, I caused a true and correct copy of *The Bank of New York Mellon's Informative Motion Regarding June 28-29, 2017, Omnibus Hearing* filed as ECF No. 479 in Case No. 17-BK-3283 (LTS); as ECF No. 142 in Case No. 17-BK-3566 (LTS); and as ECF 150 in Case No. 17-BK-3567 (LTS) (the "Motions") to be served by upon all then-current ECF participants via the Court's CM/ECF system and those unsecured creditors listed in **Exhibit B** attached hereto which are not ECF participants. Also, two copies of each of the Motions were sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

**United States District Court**
**Daniel Patrick Moynihan Courthouse**
**500 Pearl St., Suite 3212**
**New York, NY 10007-1312**

And two copies of the Motions, by messenger, to the Chambers of the Hon. Laura Taylor Swain at:

**United States District Court for the District of Puerto Rico**
**150 Carlos Chardón Street**
**Federal Building, Office 150**
**San Juan, P.R. 00918-1767**

And a copy of the Motions by U.S. mail to the parties and address set forth on the service list attached hereto as **Exhibit A**.

Dated:  June 27, 2017                                    SEPULVADO & MALDONADO, PSC

                                          By:   /s/ *José F. Escobar Machín*
                                                José F. Escobar-Machín
                                                USDC-PR Bar No. 230509
                                                252 Ave. Ponce de León, Suite 1900
                                                Citibank Tower San Juan, PR 00918
                                                Telephone: (787) 765-5656
                                                Facsimile: (787) 294-0073
                                                Email: jescobar@smlawpr.com

# EXHIBIT A

<u>U.S. Mail Service List</u>

| | |
|---|---|
| Monsita Lecaroz Arribas<br>US Trustee for the District of Puerto Rico<br>Edificio Ocoha<br>500 Tanca Street, Suite 301<br>San Juan, P.R. 00901-1922<br><br><br>*Office of the United States Trustee for the District of Puerto Rico* | Patrick D. O'neill<br>O'neill & Gilmore, LLC<br>252 Ponce de León Ave.<br>Citibank Tower Suite1701<br>San Juan, P.R. 00918<br><br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |
| Luc. A. Despins<br>Andrew V. Tenzer<br>Michael E. Comerford<br>G. Alexander Bongartz<br>Paul Hastings, LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>*Proposed Co-Counsel for the Official Committee of Unsecured Creditors* | |

**EXHIBIT B**

Email Service List for Top 20 Unsecured Creditors for ERS and HTA

| Top 20 Unsecured Creditors, ERS | |
|---|---|
| **Name of Creditor** | **Contact Information** |
| Arroyo Flores Consulting Group, Inc. | Attn: Reinaldo Arroyo<br>Email: arroyo@afcg.biz |
| Taplin, Canida and Habacht | Attn: Tere Álvarez Canida CFA<br>Email: tac@tchinc.com |
| Autoridad Financiamiento Vivienda | Attn: Melvin González Pérez<br>Email: melvin.gonzalez@afv.pr.gov |
| Database Marketing Services | Attn: Kenneth Sewell<br>Email: ksewell@databasepr.com |
| OL Maintenance | Attn: Juan Calo Calderón<br>Email: olmaintenance@yahoo.com |
| Popular Asset Management | Attn: Javier Rubio CFA<br>Email: jrubio@bppr.com |
| Santander Asset Management | Attn: Desiree Mieses<br>Email: Dmieses@sampr.com |
| Chicago Equity Partners | Attn: Marty Dorow<br>Email: mdorow@chicagoequity.com |
| Alpha Guards MGT, Inc. | Attn: Jorge Morales Laboy<br>Email: alphaguards@aol.com |
| Mesirow Financial Investment Mgt, Inc. | Attn: Luis Villarejo<br>Email: lvillarejo@mesirowfinancial.com |
| State Street Global Advisors | Attn: Michael Haley<br>Email: Michael_Haley@ssga.com |
| Air Chiller Mechanical Const. Inc. | Attn: Julia Tolentino<br>Email: airchmech@aol.com |
| Netwave Equipment, Corp. | Attn: Melissa Piovannetti<br>Email: melissa@nustream.com |
| Mainline Information Systems | Attn: Martha Lucia Rodríguez<br>Email: marthalucia@mainline.com |
| Puerto Rico Attorneys and Counselors at Law, PSC | Attn: Jose F. Chaves Caraballo<br>Email: chaves@fc-law.com |
| Marta Gisela Álvarez | Attn: Marta Gisela Álvarez<br>Email: alvamarta@gmail.com |
| Beltran Beltran and Assoc PSC | Attn: Carlos Beltran<br>Email: beltranbeltranassociates@gmail.com |
| Hernandez Gutierrez Law | Attn: Mariana Hernández<br>Email: mhernandez@mihglaw.com |
| Banco Popular de PR | Attn: Carlos García Alvira<br>Email: carlos.garcia3@popular.com |

| Top 20 Unsecured Creditors, HTA ||
| Name of Creditor | Contact Information |
|---|---|
| Autoridad de Energía Electrica | Attn: Cynthia Morales Colón<br>Email: c_morales@aeepr.com |
| Administración del Sistema de Regiro del Gobierno | Attn: Cecile Tirado<br>Email: mguzman@retiro.pr.gov |
| Secretario del Tribunal de San Juan | Attn: José Silva Jiménez<br>Email: josesilvajimenez@ramajudicial.pr |
| GILA LLC | Attn: Luis Alberto Sánchez<br>Email: luisalberto.sanchez@gilacorp.com |
| First Transit, Inc. | Attn: Julio Badia<br>Email: julio.badia@firstgroup.com |
| Aut. Edificios Públicos | Attn: Amilcar González Ortíz<br>Email: amgonzalez@aep.pr.gov |
| Ferrovial Agroman | Attn: Manuel Sanchez Pereira<br>Email: msanchez.portugal@ferrovial.com |
| Del Valle Group, S.P. | Attn: Rafael A. Calderon<br>Email: rcalderon@delvallegroup.net |
| Constructora I. Meléndez | Attn: Abimael Meléndez<br>Email: cimelendez@coqui.net<br>cimoc@coqui.net |
| The Enica Corporation | Attn: Albilda Bosh<br>Email: albilda.bosh@enia-corp.com |
| L.P.C. & D., Inc. | Attn: Jorge L. González Crespo<br>Email: Jorge@lpcdinc.com |
| Tamrio, Inc. | Attn: Claudio Torres<br>Email: ctorres@tamrio.com |
| Super Asphalt Pavement Corp. | Attn: Paride Mazza<br>Email: jose@superasphalt.net |
| Aci-Herzog a Joint Venture | Attn: Luis Villares<br>Email: villares@aciherzog.com |
| Betterrecycling Corp. | Attn: Marisel Rivera<br>Email: mrivera@emdi.net |
| Bermudez, Longo, Díaz-Masso, S.E. | Attn: Carmelo Díaz<br>Email: cdiaz@blbmpr.com |
| Global Insurance Agency, Inc. | Attn: Vivian Perez<br>vperez@globalinsagency.com |
| Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción<br>Email: concepción@peerlessoil.com |