UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
COMMONWEALTH OF PUERTO RICO ("ERS"),

Debtors.[2]

PROMESA
Title III

Case No. 17-BK-3566 (LTS)

(Joint Administration Requested)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY ("HTA"),

Debtors.[3]

PROMESA
Title III

Case No. 17-BK-3567 (LTS)

(Joint Administration Requested)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

[3] The last four (4) digits of HTA's federal tax identification number are 3808.

### ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS TO BE HEARD AT JUNE 28, 2017 AND JUNE 29, 2017
### AND FOR EXTENSION OF FILING DEADLINES

Upon the motion (the "Motion")[4] of the Committee for entry of an Order, among other things, allowing the Committee's counsel to be heard on all matters scheduled for the hearings on June 28, 2017 and June 29, 2017 notwithstanding that applicable filing deadlines to file responsive pleadings have passed and without the need to file written responses; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and upon the Court's consideration of the Motion and all objections and pleadings filed with respect to the Motion; the Court hereby FINDS AND DETERMINES that: (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA § 306(a); (ii) venue is proper before this Court pursuant to PROMESA § 307(a); (iii) due and proper notice of the Motion has been provided under the particular circumstances and no other or further notice need be provided; and (iv) the relief sought in the Motion is supported by good cause as contemplated by Bankruptcy Rule 9006; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Committee is authorized to be heard on all matters scheduled for the hearings on June 28, 2017 and June 29, 2017 notwithstanding the expiration of any applicable filing deadlines.

2. ~~The Committee is granted a ____ day extension of all filing deadlines in the Title III Cases (which shall include any adversary proceedings filed therein) (the "Initial Extension") that would otherwise run in the ____ days from the date of entry of this Order. In instances in which the Initial Extension would expire after the scheduled hearing date, the filing deadline shall be extended to the day prior to the hearing and~~ The Committee shall be permitted to raise, even for the first time, any objections at the hearing June 28-29, 2017.

---
[4] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order. DE # 497 resolved.

Dated: June 27, 2017

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE