IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: ) | Case No. 17-bk-3283 |
| ) | PROMESA Title III |
| COMMONWEALTH OF PUERTO RICO, ) | Judge Laura T. Swain |
| et al., ) | |
| ) | |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ward W. Benson as counsel of record for the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau.

Dated: June 27, 2017

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/ Ward W. Benson
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-9642
Email: wardlow.w.benson@usdoj.gov
Attorney Bar No: G02102

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2017, I filed the foregoing NOTICE OF APPEARANCE with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

                                      /s/ Ward W. Benson
                                      WARD W. BENSON