## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>    Debtors[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3284-LTS<br><br><br>This document Relates to:[2]<br><br>17 BK 3283; 17 BK 3284 |

## NOTICE OF SUBMISSION OF CERTIFIED TRANSLATIONS

---

[1] The Debtors in these Title III Cases, along with each Debtor's Title III case number and the last four (4) digits of each Debtor's federal tax identification number are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [Dkt. No. 242], this pleading will be filed in both the lead Case No. 17 BK 3283-LTS and in Case No. 17 BK 3284-LTS.

**COME NOW** the Mutual Fund Group through the undersigned counsel, and respectfully state as follows:

1.       On June 25, 2017, the Mutual Fund Group and the Puerto Rico Funds filed a *Reply in Support of Motion for Relief from Automatic Stay* (the "Reply in Support"). *See* Dkt. No. 171 in Case No. 17-BK-03284 and Dkt. No. 453 in Case No. 17-BK-03283.  In the Reply in Support, the Mutual Fund Group and the Puerto Rico Funds requested leave from the Court to submit a copy of the following opinion issued by the Puerto Rico Supreme Court in the Spanish language: *Burgos-Andujar v. Comision Estatal de Elecciones*, 197 D.P.R. ___, 2017 T.S.P.R. 57, 2017 WL 1656332 (P.R. Apr. 19, 2017). *Id.* at 14, FN16.

2.       By way of this notice, the Mutual Fund Group submit the certified translation of *Burgos-Andujar v. Comision Estatal de Elecciones*, cited in the Reply in Support, attached herein as **Exhibit 1**.

**WHEREFORE**, the Mutual Fund Group very respectfully request that this Honorable Court takes notice of the filing of the certified translation of *Burgos-Andujar v. Comision Estatal de Elecciones*, cited in the Reply in Support, and attached to this notice as **Exhibit 1.**

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today June 27, 2017.

**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**

_ s/  Manuel Fernández-Bared___
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

_s/  Linette Figueroa-Torres_____
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

_s/  Jane Patricia Van Kirk_____
JANE PATRICIA VAN KIRK
USDC-PR No. 220,510
E-mail: jvankirk@tcmrslaw.com

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

_Counsel to the Mutual Fund Group_

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

_s/ David E. Blabey_____
AMY CATON*
THOMAS MOERS MAYER*
PHILIP BENTLEY*
DAVID E. BLABEY JR.*
DOUGLAS BUCKLEY*
PHILIP MICHAEL GUFFY*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: acaton@kramerlevin.com
        tmayer@kramerlevin.com
        pbentley@kramerlevin.com
        dblabey@kramerlevin.com
        dbuckley@kramerlevin.com
        pguffy@kramerlevin.com
*(admitted _pro hac vice_)

_Counsel to the Mutual Fund Group_