| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. NAME<br>José Francisco Escobar Machín | 2. PHONE NUMBER<br>(787) 765-5656 | 3. DATE<br>6/28/2017 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>252 Ave. Ponce De León, Citibank Tower Suite 1900 | 5. CITY<br>San Juan | 6. STATE<br>PR | 7. ZIP CODE<br>00918 |
| 8. CASE NUMBER<br>17-3283 | 9. JUDGE<br>Hon. Laura Taylor Swain | DATES OF PROCEEDINGS | |
| | | 10. FROM 6/28/2017 | 11. TO 6/28/2017 |
| 12. CASE NAME<br>In Re Financial Oversight and Management Board | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY San Juan | 14. STATE Puerto Rico |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | Complete Transcript 06/28/17 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☒ | NO. OF COPIES 1 | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| 18. SIGNATURE *[signed]* | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 19. DATE | PROCESSED BY | |
| | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |
|---|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY