## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,[1]<br>Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),[2]<br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-3567 (LTS)<br><br>(Joint Administration Requested) |

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF LUCIA CHAPMAN

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

[2] The last four (4) digits of HTA's federal tax identification number are 3808.

**COMES NOW**, <u>Lucia Chapman</u>, applicant herein and respectfully states:

1.      Applicant is an attorney and an associate with the law firm of <u>Luskin, Stern & Eisler LLP</u>, with offices at:

| Address | Eleven Times Square |
|---------|---------------------|
|  | New York, NY   10036 |
| Email | chapman@lsellp.com |
| Telephone No. | (212) 597-8215 |
| Fax No. | (212) 974-3205 |

2.      Applicant will sign all pleadings with the name <u>Lucia Chapman</u>.

3.      Applicant has been retained personally or as a member of the above-named firm by the <u>Financial Oversight and Management Board for Puerto Rico</u> to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since <u>June 1984</u>, applicant has been and presently is a member in good standing of the bar of the highest court of the State of <u>New York</u>, where applicant regularly practices law. Applicant's bar license number is <u>1927813</u>.

5.      Applicant has been admitted to practice before the following courts:

<u>Court</u>:                                               <u>Admission Date</u>:
NY Court of Appeals and all NY State Courts     June 1984
U.S. District Court, Southern District of NY     May 1985
U.S. District Court, Eastern District of NY     May 1985
United States Supreme Court                      June 2013

6.      Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct,

2

disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not sought *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name: | Hermann D. Bauer |
| USDC-PR Bar No: | 215205 |
| Law Firm: | O'Neill & Borges LLC |
| E-mail: | hermann.bauer@oneillborges.com |
| Address: | 250 Muñoz Rivera Avenue, Suite 800 |
| | San Juan, PR 00918-1813 |
| Telephone: | (787) 764-8181 |
| Fax: | (787) 753-8944 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

In New York, New York, this 27th day of June, 2017.

Lucia Chapman
Printed Name of Applicant

Signature of Applicant

3

**I HEREBY CERTIFY**, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

In San Juan, Puerto Rico, this 28th day of June, 2017.

Hermann D. Bauer
Printed Name of Local Counsel


*/s/* Hermann D. Bauer
Signature of Local Counsel

**I HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on June 28, 2017, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 28th of June, 2017.

*/s/* Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com