```
Court Name: District Court
Division: 1
Receipt Number: PRX100050426
Cashier ID: arodrigu
Transaction Date: 06/28/2017
Payer Name: ONEILL AND BORGES
--------------------------------
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
--------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 60725
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: SANTANDER
 Check/Money Order Num: 4417359
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: SANTANDER
 Check/Money Order Num: 4417360
 Amt Tendered:  $300.00
--------------------------------
Total Due:       $900.00
Total Tendered:  $900.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF LUCIA
CHAPMAN, STEPHAN E. HORNUNG &
MICHAEL LUSKIN

THRU: HERMANN D. BAUER
```