# Exhibit E

POLITICA

# Mensaje del Gobernador Alejandro García Padilla sobre situación fiscal de Puerto Rico

Anuncia la creación de un grupo de trabajo para la recuperación económica que estará a cargo de negociar la reestructuración de la deuda pública

lunes, 29 de junio de 2015 - 6:00 PM



*Puertorriqueño y puertorriqueña:*

*Llego a tu hogar esta tarde para hablarte sobre la economía y la situación fiscal de Puerto Rico. Como sabes, la situación es en extremo difícil. Pero como siempre, y al igual que tú, sigo convencido de que Puerto Rico unido podrá superar cualquier crisis.*

*Esta tarde, te quiero hablar sobre la realidad que enfrentamos y la hoja de ruta que nos permitirá, con mucho esfuerzo y sacrificio, restablecer el crecimiento para ti y para tus hijos. Para que tu trabajo no vaya únicamente a pagar la deuda asumida en el pasado, sino para que*

*el país pueda prosperar, como siempre lo ha hecho, con el sudor de cada trabajador y trabajadora.*

*En el día de hoy, hicimos público un importante informe, realizado a solicitud de mi gobierno, por un grupo de economistas y expertos cuya reputación y experiencia en el manejo de situaciones similares a la nuestra son incuestionables. Es la primera vez que se hace este tipo de análisis abarcador de la situación fiscal a 10 años considerando la totalidad del gobierno y no solo el fondo general. Este tipo de análisis nunca se había hecho.*

*El informe nos enfrenta a una dura realidad. La deuda pública, considerando el nivel de actividad económica actual, es impagable. Pero además, el tamaño de esa deuda nos impide salir del ciclo de recesión y contracción. Ante esta situación, todos tenemos que asumir nuestra responsabilidad.*

*Escuchen esto bien claro: no se trata de política. Se trata de matemáticas.*

*El nivel de deuda hoy es esencialmente el mismo que hace dos años y medio. Heredamos una deuda de $70 mil millones y está prácticamente igual. Por eso nadie puede decir, en justicia, que se trata de préstamos asumidos por esta administración.*

*Aun así, cuando digo que todos tenemos que asumir nuestra responsabilidad, realmente quiero decir todos. En los pasados dos años, mi gobierno ha tomado las medidas, difíciles pero valientes, y siempre sin despedir empleados, que por muchos años otros gobiernos pospusieron. Eran medidas necesarias y el informe así lo reconoce. Pero éstas resultaron insuficientes ante la dimensión y persistencia de la crisis fiscal y económica que heredamos, y que todos los expertos reconocen como la más grande que ha enfrentado gobierno alguno desde la que enfrentó con éxito Luis Muñoz Marín.*

*El informe enfoca en nuestra realidad de forma mucho más precisa que cualquier otro estudio reciente. El informe delata que encontramos métodos anticuados de contabilidad, corporaciones públicas sin fuentes propias de ingresos, falta de controles fiscales, estadísticas no confiables, y otros factores, que conspiran, contra la buena voluntad de muchos servidores públicos, para producir la situación que tenemos ante nosotros.*

*En el pasado el Gobierno podía barrer los problemas debajo de la alfombra, dejando para después su solución y tomando más dinero prestado. Ahora, es momento de enfrentar nuestros problemas y atenderlos de una vez y por todas. La deuda heredada es tan grande que no nos permite acceso a los mercados financieros y nuestra economía no genera suficientes ingresos para repagar las obligaciones asumidas.*

*Según reza el propio informe, aún si prospectivamente aumentáramos contribuciones y recortáramos más los gastos, la magnitud del problema es tal, por el peso de la deuda que arrastramos, que nada resolveríamos.*

*Por otro lado, si continuáramos tomando prestado para cubrir los déficits de las agencias, las corporaciones y los sistemas de retiro, el informe revela que para el 2025 la deuda se habría duplicado. O sea, de poco más de $70 mil millones hoy, a más de $140 mil millones en solo diez años - cantidad que equivaldría a un préstamo de más de $40,000 por cada hombre, mujer, niño y niña en Puerto Rico.*

***De la única forma que saldremos de este atolladero es si nos unimos y estamos dispuestos todos - incluso los bonistas - a asumir algunos sacrificios compartidos*** *hoy, para que mañana podamos compartir los beneficios de una economía en crecimiento. Sí, es hora de que también los que prestaron se unan a la mesa de los sacrificios, a la que nos sentamos ya nosotros, para luego participar también juntos, a la mesa, de los frutos de ese sacrificio.*

*Aun así, hay asuntos que quiero dejar bien claros. No estoy de acuerdo con todas las propuestas contenidas en el informe - no avalaré, por ejemplo, ver la educación como un gasto, en lugar de como una inversión, ni promoveré reducciones al salario mínimo para los trabajadores, entre otros. Además, defenderé los empleos como un objetivo principal en este proceso. Pero las conclusiones generales y la mayor parte del programa merecen la más seria consideración.*

***Puerto Rico necesita, y te propongo, un plan de reestructuración y desarrollo completo, comprensivo y abarcador, que atiende, no a corto, sino a largo plazo, y de forma definitiva, el inmenso problema que hoy enfrentamos.*** *De no lograrlo, la alternativa sería el impago unilateral y no planificado de las obligaciones, con todas las consecuencias negativas que esto implica para cada uno de nosotros. Para que eso no suceda, debemos, actuar ahora.*

*El primer paso, y el más importante, será restablecer el crecimiento económico. Aunque serán necesarios más ajustes fiscales, queda claro que sin un crecimiento agresivo de la producción en Puerto Rico, nunca saldremos del ciclo vicioso de contracción, emigración, austeridad e impuestos. La agenda económica que implantamos desde el comienzo de mi gobierno, ha logrado avances en la creación de empleos, manufactura, agricultura, la industria aeroespacial, de servicios de salud, y de investigación y desarrollo, y así lo refleja la baja en el desempleo, pero, nuevamente, hace falta hacer más, hace falta hacer mucho más.*

*Para volver a generar riqueza, promoveré legislación localmente para hacer más competitivas nuestras leyes para atemperarlas a la realidad actual de forma que promuevan la creación de empleos y una mayor expansión de la empresa privada. Abogaré por una reforma del sistema de beneficencia social a nivel federal, que en conjunto creen las condiciones para que los patronos e inversionistas contraten más empleados, y para que trabajar en Puerto Rico deje más dinero que recibir asistencia pública.*

*El sector privado, y no el gobierno, tiene que ser el principal promotor de creación de empleos en Puerto Rico, por lo cual facilitaremos la inversión privada en construcción y en nuevos negocios, y levantaremos una nueva clase empresarial nativa.*

*Promoveremos más inversión estratégica que realmente le devuelva al país un rendimiento económico. Por cada dólar invertido en obra pública debemos generar un múltiplo adicional de actividad privada. Ese es el criterio correcto, no la conveniencia política.*

*Esto me lleva al segundo pilar del plan.*

*Dije que encaminar el crecimiento requeriría que todos asumamos algunos sacrificios. Y es que para poder invertir en nuestra economía, hoy creé por orden ejecutiva, el **Grupo de Trabajo para la Recuperación Económica de Puerto Rico**, liderado por el Ing. Víctor Suárez, la CPA Melba Acosta, el Lcdo. César Miranda y los Presidentes de Senado y Cámara, Eduardo Bhatia y Jaime Perelló, quienes iniciarán conversaciones para lograr, con transparencia y consenso, la reestructuración de la deuda pública. **La meta será lograr una moratoria negociada con los bonistas para posponer por un número de años los pagos de la deuda, de forma tal que ese dinero se invierta aquí en Puerto Rico.***

*No estamos reestructurando la deuda en un vacío. Todas las medidas que tomamos en estos últimos dos años demuestran nuestra voluntad de pagar y, de no haberlas tomado, no estaríamos en posición hoy de reclamar la reestructuración. Hemos hecho todo lo que estaba en nuestro poder, pero, según demuestra el informe, el próximo paso tiene que ser lograr términos más favorables para el pago de nuestra deuda. Compartiendo el sacrificio con los acreedores, podremos salir adelante.*

*El fracaso de esta estrategia no le conviene a nadie. Puerto Rico no tiene la capacidad de continuar pagando conforme a los términos actuales. Eso no le conviene a quienes nos prestaron y no nos conviene a nosotros.*

*De nuestra parte, tenemos que cambiar de forma fundamental la operación del gobierno. Se trata de usar mejor los recursos del gobierno. Lo cual me lleva al tercer punto que te quiero presentar hoy.* **Para capitanear ese cambio, el Grupo de Trabajo también tendrá la tarea de preparar, en estrecha coordinación con el liderato legislativo, una agenda de responsabilidad fiscal a largo plazo dirigida a:**

*1.   Establecer los parámetros para un plan de ajuste fiscal a cinco años;*

*2.   Proponer reducciones adicionales en el gasto - incluyendo recortes en algunos servicios. De esta forma, insistiremos en evitar aumentos en las contribuciones;*

*3.   Aumentar la captación de recaudos en función de una reestructuración operacional de Hacienda;*

*4.   Promover alianzas con la empresa privada para la provisión de algunos servicios que hoy provee el sector público, como los exitosos modelos del puente Moscoso, el aeropuerto y el expreso de Arecibo;*

*5.   Hacer cambios radicales en la forma en que se trabajan las finanzas del gobierno y las estadísticas sobre la economía, para proveer mayor transparencia y credibilidad;*

*6.   Garantizarle al ciudadano la provisión de servicios esenciales y al pensionado un sustento digno, y;*

*7.   Crear una Junta Fiscal que, fuera de líneas partidistas, garantizará continuidad y el cumplimiento con los compromisos que asumamos en este proceso de reestructuración. Esta Junta deberá descargar su responsabilidad de forma ininterrumpida y fuera de los ciclos electorales.*

*El Grupo de Trabajo tendrá hasta el 30 de agosto para desarrollar, en diálogo con una amplia representación de sectores interesados, el plan dirigido a estas reformas económicas y fiscales, de tal forma que el mismo pueda ser considerado y aprobado en la sesión legislativa que comienza a mediados de agosto.*

*Sé que no es fácil. Pero sé también que no tenemos otra alternativa y que estos sacrificios compartidos nos pondrán en el camino de la recuperación.*

*Los principios que dirigirán esta gestión son, primero, velar principalmente por los intereses tuyos y de tu familia; segundo, que estos sacrificios deben ser compartidos, y; tercero, que todas las partes deben ser tratadas de forma justa y equitativa bajo la ley.*

*El sacrificio debe ser compartido por los bonistas, que son co-partes en la responsabilidad de nuestra deuda. A los acreedores que de buena fe quieran cooperar, bienvenidos. Ahora bien, aquéllos que pretendan explotar esta situación, para sacarle provecho financiero o político, a costa de nuestro pueblo, les digo, que Puerto Rico estará unido frente a ellos.*

*Si no asumimos esta responsabilidad hoy, arriesgamos no tener a nuestra disposición las soluciones, o peor, perder el control sobre éstas, regalándole el poder de decidir a otros. Nosotros tenemos que dirigir, juntos, el destino de Puerto Rico.*

*Muchos países, ciudades y estados han enfrentado, o enfrentan hoy, situaciones como la nuestra o, incluso, peores. Puerto Rico no está hoy en una situación diferente de la que estaban Nueva York y Detroit, hace unos años. El éxito de Nueva York y Detroit estuvo en la unión de voluntades. Todos los sectores - las uniones, el gobierno, los bancos, los bonistas, los ciudadanos de a pie - compartieron los sacrificios, y hoy, comparten la prosperidad. La alternativa - inaceptable para Puerto Rico - es que todos sigamos compartiendo la crisis.*

*Este no es momento para recriminaciones. No es momento para que quienes cogieron prestado se quejen cuando se toman las medidas necesarias para atender la deuda. No es momento para que pensemos en las elecciones del año próximo. No es momento para el partidismo. Es momento para el patriotismo. Es momento de acción inmediata y de unidad.*

*No vamos a permitir que la pesada carga de la deuda heredada nos arrodille. No podemos permitir que nos obliguen a escoger entre pagarles a policías, maestros y enfermeras, o pagar la deuda. Otro camino es posible. Debemos actuar ahora, juntos. Todos tenemos que compartir la responsabilidad, y el sacrificio, para poder así compartir los beneficios de una economía puertorriqueña en crecimiento.*

*Es momento de que le reclamemos a Washington acción concertada, en una sola voz, ahora. Acción para que acaben de aprobar cambios al capítulo 9 y que Puerto Rico cuente con la misma protección que tienen otras jurisdicciones.*

*Acción para que el Medicare se dispense en Puerto Rico en igualdad de condiciones, tal como pagamos en igualdad de condiciones, para que tengamos herramientas que atraigan inversión manufacturera a Puerto Rico y para que se nos excluya de las leyes de cabotaje.*

*En algunos de estos temas, hemos visto consensos entre mi propio gobierno y mi liderato legislativo - el Presidente del Senado Eduardo Bhatia y el Presidente de la Cámara Jaime Perelló - con líderes de la oposición política. Es ese el ejemplo que debemos seguir para enfrentar esta crisis.*

*Es hora de que todos estemos del lado de los trabajadores, empresarios e inversionistas de aquí, y los que, aun no siendo de aquí, creen en Puerto Rico. Es hora de que demostremos nuestra capacidad de ponernos de acuerdo. Aprobar presupuestos y adelantar juntos soluciones a los problemas del país.*

*Es hora de que obliguemos al gobierno a un cambio profundo, que permita que el ciudadano, el trabajador y el que arriesga sus ahorros por empezar un negocio, puedan aportar al crecimiento del país. Es con ellos y ellas que lograremos crecer. Nos debemos a esos héroes, no a las instituciones de gobierno que nos han fallado.*

*Igual que los problemas no se crearon de la noche a la mañana, el cambio que te propongo no se dará de un día para otro. Será un cambio que tomará años, pero debemos comenzar a actuar ahora. En la medida en que logremos mejores términos para la deuda de Puerto Rico, tendremos las herramientas para el desarrollo. Las decisiones que tomemos hoy van a definir el mañana de nuestro país, y obligarán a futuros gobiernos a su cumplimiento.*

*Es por ello que quiero retomar la convocatoria que abrí en mi último Mensaje de Estado. Hemos agotado las alternativas que puede tomar solo un gobierno. Hace falta que todos pongamos de nuestra parte: los ciudadanos, los empresarios, los bonistas, los demás partidos y los gobiernos del futuro. Para que esto funcione, como ha funcionado en tantos otros lugares a través del mundo, hace falta, más que nunca, unidad de propósitos. Hace falta que pensemos en nuestra gente y en su futuro.*

*A partir de mañana, me verás en sesiones de trabajo con líderes de todos los partidos políticos, con líderes religiosos y de la sociedad civil, empresarios, sindicatos, organizaciones sin fines de lucro y personas destacadas de la sociedad civil. A todos les pediré sacrificio. Pero a todos les aseguro mi compromiso de que vengan de donde vengan, se escucharán las ideas, y cuando cumplan con el principio de un acuerdo justo para todas las partes envueltas, serán acogidas.*

*Estoy confiado de que tenemos en nosotros, aquí en nuestro país, la capacidad de unirnos y de prevalecer. Debemos superar las divisiones partidistas y las agendas particulares.*

*Estoy seguro que igual que Wilma y que yo, tú estás dispuesto a hacer sacrificios personales por tus hijos y nietos. Al fin y al cabo, todo esto de lo que te he hablado se trata de eso que haces individualmente por tus hijos, pero en su expresión colectiva, trabajando juntos, por los hijos de todos. Nuestros hijos son el Puerto Rico de mañana. En nuestras manos está decidir si seguimos como íbamos, endeudándoles, o si les saldamos las deudas y les dejamos en herencia un país de oportunidades.*

*Estos no son tiempos fáciles los que nos han tocado vivir. Pero, luchando unidos, contra cualquier enemigo, contra cualquier crisis, unido Puerto Rico vencerá.*

*Que Dios te bendiga y que Dios bendiga a Puerto Rico.*

Cabo San Lucas, Baja California Sur, Mexico

I, Jason Schrier, am fluent in the Spanish and English languages. I have been translating documents for over 10 years. I am a federal Spanish/English legal interpreter certified by the Administrative Office of United States Courts. My certificate number is 10-067. I am also a NYU certified Spanish-English legal translator. I am competent to translate from Spanish into English.

I hereby certify that the following are, to the best of my knowledge and belief, true and accurate translations of the attached "Garcia Padilla Debt is Unpayable June 29 2015 Address (Spanish)" from Spanish into English.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jason Schrier

Executed on this 22th day of June, 2017.

POLITICS

# Message from Governor Alejandro Garcia Padilla on Puerto Rico's Fiscal Situation

Governor announces creation of an economic recovery task force in charge of negotiating the government's debt restructuring

Monday, June 29, 2015 - 6:00 PM



*Fellow Puerto Ricans:*

*I come to your homes this afternoon to speak to you about Puerto Rico's economy and fiscal situation. But as always, and just like you, I'm convinced that a united Puerto Rico can overcome any crisis.*

*This afternoon, I want to speak to you about the reality we face and the roadmap that, with a lot*

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

of effort and sacrifice, will allow us to bring back growth for you and your children. So that your work doesn't just serve to pay past debts, but instead so that the country may prosper, as it always has, from the hard work of each and every worker.

Today, we published an important report prepared, at my administration's request, by a group of economists and experts whose reputation and experience in managing situations similar to ours is unquestionable. This is the first time a ten-year plan of this kind has been made to address the fiscal situation taking into account the size of the government and not just the general fund. A plan of this kind has never been done.

This report paints a stark reality. Considering the current economic activity, the government debt cannot be paid. But not only that, the amount of debt has trapped us in a cycle of recession and contraction. Given this situation, we all have to take responsibility.

Let me make this very clear: it's not a matter of politics. It's a matter of mathematics.

Today, the amount of debt is the same as it was two and a half years ago. We inherited a debt of $70 billion, and it is basically unchanged. Therefore, no one can rightly claim that this is about debt assumed by this administration.

Even so, when I say we all have to assume responsibility, I really mean everyone. In the past two years, my administration has implemented many tough but brave measures that, always without dismissing employees, other governments proposed for many years. They were necessary measures, and the report recognizes that. But they have been insufficient in the face of the size and scope of the economic and fiscal crisis we inherited, which experts recognize as the greatest any government has ever faced since Luis Munoz Marin's reforms.

The report focuses on our reality much more accurately than any other recent study. The findings indicate we have antiquated accounting methods, public corporations without their own sources of revenues, a lack of fiscal controls, unreliable statistics and other factors that conspire against the goodwill of many public servants to produce the situation facing us.

In the past, the government could sweep the problems under the carpet and put them off until later by borrowing more money. Now is the time to face our problems and resolve them once and for all. The debt inherited is so much so that we have been denied access to financial markets, and our economy does not generate enough revenue to repay the obligations assumed.

According to the report, looking forward even if we raised taxes and cut spending, the problem is of such a magnitude that we would not solve anything because of the weight of the debt are carrying.

Moreover, if we continue to borrow to cover the deficits of the agencies, corporations and retirement systems, the report reveals that by 2025, the debt will have doubled. In other words, in just ten years a little over $70 billion would be $140 billion, an amount that would be equivalent to a loan of more than $40,000 for each man, woman, boy and girl in Puerto Rico.

**The only way for us to get out of this predicament is if we all come together and are willing – even bondholders – to make some shared sacrifices** today, so that tomorrow we may share in the benefits of a growing economy. Yes, it is also time for lenders to come to the table of sacrifices, where we are already seated, so that, together, at this same table, we may later enjoy the fruits of our sacrifices.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

Even so, there is something I wish to make very clear. I do not agree with all of the report's proposals. I do not approve, for example, of looking upon education as an expense instead of an investment, and I will not promote cuts on items such as the minimum wage. Moreover, I will make defending jobs a top priority during this process. However, the general conclusions and most of the plan merit serious consideration.

**Puerto Rico needs, and I propose to you, a comprehensive restructuring and development plan that will fully address once and for all, over the long – not the short – term, the immense problem we face today.** If we fail, the alternative is a unilateral, unplanned default on our obligations, along with all of the negative consequences this will bring down upon each and every one of us. To prevent this from happening, we must act now.

The first and most important step will be to re-establish economic growth. While more fiscal adjustments will be necessary, it is clear that without aggressive growth in productivity in Puerto Rico, we will never escape the vicious cycle of contraction, emigration, austerity and taxes. The economic agenda we've implemented since the beginning of my administration, has made progress in job creation, manufacturing, agriculture, the aerospace industry, health services and research and development, and this is reflected by the drop in unemployment; however, again, we need to do more, we need to do much more.

To generate wealth again, locally I will promote legislation to make our laws more competitive and to adjust them to the current reality in order to promote job creation and private sector growth. I will advocate for reforms to the federal welfare system that, overall, will provide conditions for employers and investors to hire more employees, and so that working in Puerto Rico generates money, instead of public assistance.

The private sector, and not the government, needs to be the main driver of job creation in Puerto Rico. Accordingly, we will facilitate private investment in construction and new businesses, and we will create a new, native business class.

We will promote greater strategic investment that actually brings the country an economic benefit. For each dollar invested in public work, we must multiply investment in private activity. This is the right approach, not politics of convenience.

This brings me to the second pillar of the plan.

I stated that we will all have to make sacrifices to promote growth, and that's why, in order to invest in our economy, today I've issued an executive order creating the **Puerto Rico Economic Recovery Task Force**, led by Victor Suarez, CPA Melba Costa, Cesar Miranda and the chairmen of the Senate and House, Eduardo Bhatia and Jaime Perello, who will begin talks to successfully restructure the government's debt, based on transparency and consensus. **The goal will be to negotiate a moratorium with bondholders to postpone debt payments for a number of years, such that the money may be invested here in Puerto Rico.**

We are not restructuring our debt in a vacuum. All of the measures we have implemented in the last two years demonstrate our willingness to pay, and, if we had not implemented them, today we would not be in a position to appeal for restructuring. We have done everything in our power, yet, as the report shows, the next step is to obtain better terms for paying our debts. By making shared sacrifices with creditors, we can succeed.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

*If this strategy fails, no one benefits. Puerto Rico is not capable of paying under the current terms. This does not benefit lenders, and it does not benefit us.*

*For our part, we must fundamentally change how the government operates. It is about using government resources better. This brings me to the third point I wish to discuss today.* ***To lead this change, the Task Force, in close collaboration with legislative leaders, will also have the responsibility of preparing a long-term fiscal plan aimed at:***

1. *Establishing the parameters for a five-year fiscal adjustment plan;*

2. *Proposing additional spending reductions – including cuts to some services. In this way, we will insist on avoiding tax increases;*

3. *Increasing tax revenues by restructuring the Treasury's operations;*

4. *Promoting partnerships with private companies to provide some services that are currently provided by the public sector, such as, for example, the Moscoso bridge, the airport and the Arecibo expressway;*

5. *Making radical changes in the way government financing and statistics about the economy are used, in order to provide greater transparency and credibility;*

6. *Guaranteeing essential services for citizens and decent pensions for retirees.*

7. *Creating a bipartisan fiscal board that will ensure consistency and compliance with any commitments we assume in this restructuring process. This board shall perform its duties uninterrupted and independent of election cycles.*

*The Task Force will hold talks with representatives from a wide range of interest groups and will have until August 30th to develop a plan aimed at these tax and economic reforms, so that it may be considered and approved at the legislative session beginning mid-August.*

*I know it is not easy. But I also know we have no other choice, and these shared sacrifices will put us on the road to recovery.*

*The principles that will guide this approach are, first, to serve you and your family's best interests; second, that these sacrifices must be shared; and, three, that all parties must be treated fairly and equally under the law.*

*The sacrifice must also be shared by the bondholders that are jointly liable for our debt. To creditors who in good faith wish to cooperate, welcome. However, those who think to exploit this situation for financial or political gain at the expense of our people, I say to you, Puerto Rico will be united against you.*

*If we do not assume this responsibility today, we risk not having available solutions or, worse, losing control of them, conceding decision-making power to others. Together, we must set Puerto Rico's course.*

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

*Many countries, cities and states have faced, or still face, situations similar to, or worse than, ours. Today, Puerto Rico is in a situation that is no different than what New York and Detroit faced a few years ago. New York and Detroit succeeded because people came together. All sectors – unions, government, banks, bondholders and ordinary citizens – made shared sacrifices, and today they share in the prosperity. The alternative is to continue sharing this crisis, which is unacceptable for Puerto Rico.*

*This is not the time lay blame. This is not the time for those who borrowed money to complain when measures are taken to address the debt. This is not the time for us to think about next year's elections. This is not the time for partisanship. This is the time for patriotism. This is the time for united, immediate action.*

*We are not going to allow the heavy weight of the debt we inherited to crush us. We cannot be forced to choose between paying police officers, teachers and nurses or paying the debt. Another way is possible. We must act now, together. We must all share the responsibility, and the sacrifice, to share in the benefits of a growing Puerto Rican economy.*

*Now is the time to demand concerted action from Washington, together. Action to finish approving changes to Chapter 9 so that Puerto Rico may enjoy the same protection as other jurisdictions.*

*Action to make the conditions for Medicare coverage the same for Puerto Rico as they are for Medicare payments, to have the tools to attract manufacturing investment to Puerto Rico and to be exempt from cabotage laws.*

*On some of these issues, there has been consensus between my own administration and my legislative leadership – Senate Chairman Eduardo Bhatia and House Chairman Jaime Perello – and leaders of the political opposition. This is the example we must follow to face this crisis.*

*It is time we all got behind the workers, businessmen and investors from here, and all people, who, though not from here, believe in Puerto Rico. It is time we demonstrate our ability to agree, approve budgets and, together, find solutions for our country's problems.*

*It is time we force the government to make deep changes that will allow citizens, workers and those who risk their savings to start a business to contribute to the country's growth. It is with these men and women we will succeed at growing. We owe it to these heroes, not to the government institutions that have failed us.*

*Just as these problems weren't created overnight, the change I am proposing you will not happen in a day. It is a change that will take years, but we must start taking action now. To the extent we negotiate better terms for Puerto Rico's debts, we will have the tools for development. The decisions we make today will define the future of our country and will bind future administrations.*

*For this reason, I wish to reiterate the call I made in my last Governor's Message. We have run out of alternatives that a single administration can take. We must all make sacrifices: citizens, businessmen, bondholders, other political parties and future administrations. For this to work, as it has worked in so many other places around the world, now more than ever, we need common goals. We must think of our people and of their future.*

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

*Starting tomorrow, you will see me in sessions working with leaders from all political parties, with civic and religious leaders, businessmen, unions, non-profit organizations and leading members of civil society. I will be asking all of them to make sacrifices, but I will guarantee my commitment to everyone that, regardless of where they're from, their ideas will be heard, and if they can abide by the principle of a fair agreement for all the parties involved, they will be welcomed.*

*I am confident that, within ourselves, here in our country, we have the ability to come together and prevail. We must overcome partisan divisions and personal agendas.*

*I am sure that, just like Wilma and I, you are willing to make personal sacrifices for your children and grandchildren. Ultimately, everything I've told you is about what you do individually for your children but as a group, working together for everyone's children. Our children are the future of Puerto Rico. It is up to us to decide whether to continue on like we are, putting them further in debt, or whether we pay off the debts and we leave them a country of opportunities.*

*These are not easy times we are living in. Yet, by working together, against any enemy, against any crisis, a united Puerto Rico will prevail.*

*God bless you and God bless Puerto Rico.*

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.