# Exhibit P

**Puerto Rico Department of Treasury**

*Treasury Single Account ("TSA") Cash Flow Actual-to-Forecast Comparison*

*As of May 26, 2017*

Puerto Rico Department of Treasury
TSA Cash Flow Actual + Re-Forecast

As of May 26, 2017

### Cash Flows Before Cliffs, Measures and Debt
*(figures in $mm)*

| | | Actual 5/26 | Fcst-1 6/2 | Fcst-2 6/9 | Fcst-3 6/16 | Fcst-4 6/23 | Fcst-5 6/30 | Total FY 2017 |
|---|---|---|---|---|---|---|---|---|
| 1 | General Collections | $81 | $37 | $52 | $127 | $512 | $50 | $8,485 |
| 2 | Sales and Use Tax | 110 | 4 | 5 | 18 | 14 | 171 | 1,703 |
| 3 | Excise Tax through Banco Popular | - | - | - | 57 | - | - | 619 |
| 4 | Rum Tax | - | 14 | - | - | 24 | - | 217 |
| 5 | Electronic Lottery | - | - | - | - | 14 | 17 | 166 |
| 6 | **Subtotal** | $191 | $56 | $57 | $202 | $564 | $238 | $11,191 |
| 7 | Employee/Judiciary Retirement Admin. | - | - | - | 56 | - | - | 635 |
| 8 | Teachers Retirement System | - | - | - | - | - | - | 272 |
| 9 | Retirement System Transfers | - | - | - | $56 | - | - | $906 |
| 10 | Federal Funds | 83 | 36 | 96 | 99 | 103 | 116 | 5,580 |
| 11 | Other Inflows | 1 | 2 | 3 | 13 | 3 | 3 | 320 |
| 12 | Tax Revenue Anticipation Notes | - | - | - | - | - | - | 400 |
| 13 | **Total Inflows** | $275 | $93 | $156 | $370 | $670 | $356 | $18,398 |
| 14 | Payroll and Related Costs | (75) | (20) | (22) | (106) | (52) | (111) | (3,575) |
| 15 | Pension Benefits | (85) | - | - | (82) | - | (87) | (2,059) |
| 16 | Health Insurance Administration - ASES | (19) | (1) | (53) | (53) | (53) | (62) | (2,608) |
| 17 | University of Puerto Rico - UPR | (15) | (31) | (18) | (18) | (18) | (24) | (872) |
| 18 | Muni. Revenue Collection Center - CRIM | (17) | - | (15) | (15) | (0) | (19) | (430) |
| 19 | Highway Transportation Authority - HTA | (19) | - | - | - | - | (19) | (155) |
| 20 | Public Buildings Authority - PBA / AEP | (7) | (6) | (4) | (4) | (4) | (4) | (162) |
| 21 | Other Governmental Entities | (9) | (28) | (3) | (22) | (6) | (68) | (715) |
| 22 | Subtotal - Government Entity Transfers | ($86) | ($66) | ($93) | ($112) | ($81) | ($197) | ($4,942) |
| 23 | Supplier Payments | (70) | (62) | (61) | (61) | (61) | (59) | (3,284) |
| 24 | Other Legislative Appropriations | (2) | (4) | (12) | (20) | (6) | (5) | (555) |
| 25 | Tax Refunds | (16) | (21) | (16) | - | - | - | (651) |
| 26 | Nutrition Assistance Program | (44) | (16) | (37) | (30) | (70) | (20) | (2,010) |
| 27 | Other Disbursements | - | - | - | - | - | - | (16) |
| 28 | Contingency | (71) | (65) | (65) | (65) | (65) | (65) | (395) |
| 29 | Tax Revenue Anticipation Notes (a) | - | - | - | - | - | - | - |
| 30 | **Total Outflows** | ($449) | ($254) | ($305) | ($476) | ($335) | ($543) | ($17,492) |
| 31 | Net Cash Flows Excluding Debt Service, Fiscal Cliffs and Measures | ($174) | ($161) | ($150) | ($106) | $335 | ($187) | $905 |
| 32 | Bank Cash Position, Beginning (b) | $1,591 | $1,418 | $1,257 | $1,107 | $1,001 | $1,336 | $244 |
| 33 | **Bank Cash Position, Ending (b)** | $1,418 | $1,257 | $1,107 | $1,001 | $1,336 | $1,150 | $1,150 |

Footnotes:
(a) *Perforbearance agreement signed the week of 4/28/17, repayment of TRANs has been deferred.*
(b) *Excludes BPPR Clawback Account (for clawback revenues prior to June 2016) of $146 million.*

Puerto Rico Department of Treasury
TSA Cash Flow Actual-to-Forecast Comparison

As of May 26, 2017

| | Favorable / (Unfavorable) Variance in Cash (figures in $mm) | Actual 5/26 | Fcst-1 6/2 | Fcst-2 6/9 | Fcst-3 6/16 | Fcst-4 6/23 | Fcst-5 6/30 |
|---|---|---|---|---|---|---|---|
| 1 | General Collections | $22 | ($7) | ($7) | ($7) | ($8) | ($7) |
| 2 | Sales and Use Tax | (57) | - | - | - | - | - |
| 3 | Excise Tax through Banco Popular | - | - | - | - | - | - |
| 4 | Rum Tax | - | 14 | - | - | 2 | - |
| 5 | Electronic Lottery | - | - | - | - | - | (20) |
| 6 | Subtotal | ($35) | $8 | ($7) | ($7) | ($6) | ($27) |
| 7 | Employee/Judiciary Retirement Admin. | - | - | - | - | - | - |
| 8 | Teachers Retirement System | - | - | - | - | - | - |
| 9 | Retirement System Transfers | - | - | - | - | - | - |
| 10 | Federal Funds | (40) | (13) | (3) | (8) | (4) | (5) |
| 11 | Other Inflows | 1 | (10) | 3 | 13 | 3 | (9) |
| 12 | Tax Revenue Anticipation Notes | - | - | - | - | - | - |
| 13 | **Total Inflows** | **($75)** | **($15)** | **($8)** | **($3)** | **($7)** | **($40)** |
| 14 | Payroll and Related Costs | 21 | (1) | - | (11) | 4 | (5) |
| 15 | Pension Benefits | 2 | - | - | - | - | - |
| 16 | Health Insurance Administration - ASES | 33 | 6 | - | - | - | (3) |
| 17 | University of Puerto Rico - UPR | 3 | (26) | (18) | 18 | - | - |
| 18 | Muni. Revenue Collection Center - CRIM | (9) | - | (15) | - | 8 | 8 |
| 19 | Highway Transportation Authority - HTA | (19) | 19 | - | - | 19 | - |
| 20 | Public Buildings Authority - PBA / AEP | (7) | (2) | - | - | - | - |
| 21 | Governmental Development Bank - GDB / BGF | - | (2) | - | - | - | - |
| 21 | Medical Services Administration - PRMSA / ASEM | 5 | (7) | - | - | - | - |
| 21 | Agricultural Enterprises Development Admin. - AEDA | (2) | 2 | - | 0 | (0) | (6) |
| 21 | PR Integrated Transport Authority - PRITA / ATI | 1 | (0) | - | - | - | 1 |
| 21 | PR Fiscal Agency and Financial Advisory Authority - AAFAF | (3) | - | - | 1 | - | - |
| 21 | Automobile Accident Compensation Admin. - AACA | (3) | 3 | - | (3) | 3 | - |
| 21 | Compulsory Liability Insurance | 3 | - | - | - | - | - |
| 21 | PRIDCO | 2 | (6) | - | - | - | - |
| 22 | Subtotal - Government Entity Transfers | $4 | ($12) | ($33) | $16 | $30 | ($6) |
| 23 | Supplier Payments | (3) | (8) | 4 | 4 | 4 | 7 |
| 24 | Other Legislative Appropriations | 3 | (0) | (12) | (4) | 16 | - |
| 25 | Tax Refunds | 15 | (19) | (15) | 4 | 6 | 41 |
| 26 | Nutrition Assistance Program - PAN / EBT | (8) | 0 | - | - | - | - |
| 27 | Other Disbursements | - | 4 | - | - | - | 4 |
| 28 | Contingency | (42) | (42) | (42) | (42) | (42) | (42) |
| 29 | Tax Revenue Anticipation Notes (a) | - | 137 | - | - | - | 135 |
| 30 | **Total Outflows** | **($7)** | **$58** | **($98)** | **($33)** | **$18** | **$133** |
| 31 | Net Cash Flows Excluding Debt Service, Fiscal Cliffs and Measures | ($82) | $43 | ($105) | ($36) | $11 | $93 |
| 32 | Bank Cash Position, Beginning (b) | $935 | $853 | $896 | $791 | $755 | $766 |
| 33 | **Bank Cash Position, Ending (b)** | **$853** | **$896** | **$791** | **$755** | **$766** | **$859** |

Footnotes:
(a) Per forbearance agreement signed the week of 4/28/17, repayment of TRANs has been deferred.
(b) Excludes BPPR Clawback Account (for clawback revenues prior to June 2016) of $146 million.

**Accounts Payable Summary**
As of May 26, 2017

*Figures in $000s*

| | Checks in Vault (a) | Recorded AP (b) | Unrecorded AP (c) | Total AP |
|---|---|---|---|---|
| Department of Education | $3,535 | $26,627 | $115,114 | $145,276 |
| PRIFAS 7.5 | 10,984 | 57,432 | 64,491 | 132,906 |
| Department of Health | 3,000 | 24,353 | 57,056 | 84,409 |
| ASSMCA | – | 763 | 1,465 | 2,228 |
| JCA | – | 1,534 | 4,559 | 6,093 |
| Treasury Department CKS | 3 | 2,236 | – | 2,240 |
| **Total** | **$17,522** | **$112,945** | **$242,686** | **$373,152** |

Footnotes:
(a) Refers to checks issued but kept in vault.
(b) Refers to invoices/vouchers approved for payment by the agencies but checks not released.
(c) Refers to invoices not recorded in the system for payment.