# Exhibit AA

 **DEBTWIRE**

# Puerto Rico allocating budget resources to ease University of Puerto Rico funding cut (translated)

16 June 2017 | 15:12 EDT

Puerto Rico's fiscal team has identified budget resources to ease the cut in government funding for the University of Puerto Rico to USD 160m from a previously forecast USD 202m.

The government announced the revised budget cut projection in a Spanish-language press release today which cited Public Affairs and Public Policy Secretary Ramon Rosario Cortes.

Government budget resources amounting to USD 15m in new special funds for operational costs, another USD 15m to fund permanent improvements and an additional USD 10m for training and technical assistance will be contributed to the university, Rosario Cortes was cited as saying in the press release.

The additional funds will allow the Puerto Rican government to provide the university with more resources than what was recommended by the Financial Oversight and Management Board (FOMB) and will lower the FOMB's projected USD 202m cut in government funding for the university to roughly USD 160m, the press release said.

The government's fiscal team met today with university representatives to discuss the additional budget allocations, Rosario Cortes noted.

The government is complying with Puerto Rico Governor Ricardo Rossello's instructions to make all of the government's expert resources available to the university, which the governor intends to maintain operating to produce the benefits Puerto Rico will need in the 21st century, Rosario Cortes added.

**Municipals**

Government
Puerto Rico

**Issuer**
Government Of Puerto Rico

**Financial Advisor(S)**
Ankura Consulting Group, LLC
Conway MacKenzie

**Financial Advisor(S)**
Greenberg Traurig LLP
O'Melveny & Myers LLP

**Lawyer(S)**
Bernstein, Shur, Sawyer & Nelson, P.A.
Dentons
Dykema Gossett PLLC

**Restructuring Advisor(S)**
Fox Rothschild LLP

**Issuer**
University Of Puerto Rico

**Other**
Ambac Assurance Corporation

**Other**
Assured Guaranty Limited

**Other**
Financial Guaranty Insurance Company (FGIC)

**Other**
National Public Finance Guarantee Corporation

**Other**
Syncora Guarantee Inc.

**Obligor**
Government Of Puerto Rico

**Obligor**
University Of Puerto Rico

© 2017 MERGERMARKET GROUP. ALL RIGHTS RESERVED.
To be used for the internal business of the assigned users only. Sharing, distributing or forwarding the entirety or any part of this article in any form to anyone that does not have access under your agreement is strictly prohibited and doing so violates your contract and is considered a breach of copyright. Any unauthorised recipient or distributor of this article is liable to Debtwire for unauthorised use and copyright breach.