# Exhibit BB

**Reorg Research**

Fri 06/09/2017 06:19 AM

Puerto Rico

## House Treasury Committee Chief Says PROMESA Board Concerns Factored Into Budget Process

Legislative leaders and the PROMESA oversight board are getting on the "same page" on the budget approval process after a meeting this week to discuss the board's concerns over Gov. Ricardo Rosselló's proposed spending package for fiscal 2018, House Treasury Committee Chairman Antonio Soto told Reorg Research on Thursday.

Soto met with the PROMESA board's "technical team" on Tuesday to discuss the concerns and required adjustments sketched out by the board in a letter last week to Rosselló, Senate President Thomas Rivera Schatz and House Speaker Carlos "Johnny" Méndez.

"It was a good meeting. Obviously we worked on the issues cited in their letter, specifically their concerns over special assignments and discretional spending in the budget as well as certain metrics related to cost-cutting by the commonwealth government," Soto told Reorg Research during a break in the second day of budget hearings at the Capitol.

"We took up all of their concerns so we can get on the same page in terms of working the budget in keeping with those concerns," he said.

Soto, who is steering approval of the budget in the legislature, has said he expects the process to further define what is considered essential services.

"The special assignments flagged by the board are expenditures or assignments that they see as excessive or non-essential," he told Reorg Research.

Asked for examples, Soto cited festivals, carnivals and "programs that maybe aren't clearly defined as essential services."

"Some of these programs funded by special assignments are open to the incorrect interpretation that they are not essential services when they are. So the board may see them as fat that can be cut," he said.

The House Treasury Committee chief said earmarks in the budget for unspecified "other operational costs" are largely spoken for, saying many of them are already destined for a range of uses including information technology investments and other specific measures at the agency level.

Reorg Research, Inc. makes no representation or warranty, express or implied, as to the completeness or accuracy of this information and assumes no responsibility to update this information. This information is not, and should not be construed as, an offer to sell or the solicitation of an offer to buy any securities. In addition, nothing contained herein is intended to be, nor shall it be construed as an investment advice, nor is it to be relied upon in making any investment or other decision. Reorg Research, Inc. does not act as a broker, dealer or investment adviser. Prior to making any investment decision, you are advised to consult with your broker, investment adviser, or other appropriate tax or financial professional to determine the suitability of any investment. Reorg Research, Inc. shall not be responsible or have any liability for investment decisions based upon, or the results obtained from, the information provided.

© Copyright 2012 - 2017