DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| **PROMESA COVER SHEET** (Instructions on Reverse) | **CASE NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)<br><br>ACP Master, Ltd., Aurelius Capital Master, Ltd., Aurelius Convergence Master, Ltd., Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Autonomy Master Fund Limited, Corbin Opportunity Fund, L.P., FCO Special Opportunities (A1) LP, FCO Special Opportunities (D1) LP, FCO Special Opportunities (E1) LLC – Master Series 1, Fundamental Credit Opportunities Master Fund LP, Jacana Holdings I LLC, Jacana Holdings II LLC, Jacana Holdings III LLC, Jacana Holdings IV LLC, Jacana Holdings V LLC, Lex Claims, LLC, LMAP 903 Limited, MCP Holdings Master LP, Monarch Alternative, Solutions Master Fund Ltd, Monarch Capital Master Partners II LP, Monarch Capital Master Partners III LP, Monarch Capital Master Partners IV LP, Monarch Debt Recovery Master Fund Ltd, Monarch Special Opportunities Master Fund Ltd, MPR Investors LLC, P Monarch Recovery Ltd, P STONE LION IE, a fund of Permal Managed Account Platform ICAV, Permal Stone Lion Fund Ltd., Pinehurst Partners, L.P., Prisma SPC Holdings Ltd.—Segregated Portfolio AG, RRW I LLC, Senator Global Opportunity Master Fund LP, SL Liquidation Fund L.P., SL Puerto Rico Fund II L.P., and SL Puerto Rico Fund L.P. | **DEFENDANTS**<br>Commonwealth of Puerto Rico<br>Financial Oversight Management Board |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Mark T. Stancil<br>Lawrence S. Robbins (admitted *pro hac vice*)<br>Mark T. Stancil (admitted *pro hac vice*)<br>Gary A. Orseck (admitted *pro hac vice*)<br>Kathy S. Zecca (admitted *pro hac vice*)<br>Ariel N. Lavinbuk (admitted *pro hac vice*)<br>Donald Burke (admitted *pro hac vice*)<br>ROBBINS, RUSSELL, ENGLERT, ORSECK,<br>   UNTEREINER & SAUBER LLP<br>1801 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br><br>Andrew N. Rosenberg<br>Andrew N. Rosenberg (admitted *pro hac vice*)<br>Walter Rieman (admitted *pro hac vice*)<br>Richard A. Rosen (admitted *pro hac vice*)<br>Kyle J. Kimpler (admitted *pro hac vice*)<br>Karen R. Zeituni (admitted *pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br><br>J. Ramón Rivera Morales<br>Po Box 366104<br>San Juan, PR 00936 | **ATTORNEYS** (If Known)<br>Proskauer Rose, LLP<br>Martin Bienenstock, Esq.<br><br>O'Neil & Borges, LLC<br>Herman Bauer, Esq. |

DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| **PARTY** (Check One Box Only) | **PARTY** (Check One Box Only) |
|---|---|
| ☐ Debtor<br>X Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other | X Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Declaratory and equitable relief on Enforcement of Rights 48 USC 2170 Adversary Proceeding; 48 USC 2166

## NATURE OF SUIT

☐ PROMESA Title III Petition ☐ PROMESA Title VI Application for Approval of Modifications
☐ Other Federal Question X Adversary Proceeding ☐ Demand $ _____

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
X 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

## TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | CASE NO. | |
|---|---|---|
| Commonwealth of Puerto Rico | 17-BK-3283 | |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| Puerto Rico | SJ | LTS |

DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br><br>27 June 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES ONLY, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.