# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                              Debtor. | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>                              Debtor. | PROMESA<br>Title III<br><br>Case No. 17-03284 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY<br><br>                              Debtor. | PROMESA<br>Title III<br><br>Case No. 17-03567 (LTS)<br><br>(Jointly Administered) |

**APPLICATION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

**TO THE HONORABLE COURT:**

COMES NOW, Jared Friedmann, applicant herein, and pursuant to L. Civ. R. 83A (f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

2. Applicant will sign all pleadings with the name "Jared Friedmann".

3. Applicant has been retained by creditor National Public Finance Guarantee Corporation ("National"), to provide legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

4. Since 2004, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices. Bar License number: 4185112.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| US Court of Appeals 2nd Cir. | January 4, 2017 |
| E.D. Michigan | March 2, 2016 |
| U.S. Court of Appeals DC Cir. | May 1, 2015 |
| U.S. Court of Appeals 3rd Cir. | September 3, 2014 |
| U.S. Court of Appeals 9th Cir. | April 23, 2013 |
| E.D.N.Y. | August 26, 2005 |
| S.D.N.Y. | August 5, 2005 |
| N.Y. State | March 10, 2004 |

6. Applicant is a member in good standing of the bar of the court listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

ERIC PEREZ-OCHOA
USDC-PR NO. 206314
LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209204
ALEXANDRA CASELLAS-CABRERA
USDC-PR NO. 301010
LOURDES ARROYO-PORTELA
USDC-PR NO. 226501
**ADSUAR MUÑIZ GOYCO**
**SEDA & PEREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9000
E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

10. Applicant has read the Local Rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: June 29th, 2017.

        By: */s/ Jared Friedmann*
        Jared Friedmann, Esq.
        767 Fifth Avenue
        New York, N.Y. 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007
        Email: jared.friedmann@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83A (f), that we consent to the designation of local counsel of record for all purposes.

Date: June 29th, 2017.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010
E-mail: epo@amgprlaw.com
       loliver@amgprlaw.com
       acasellas@amgprlaw.com
       larroyo@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
    Eric Pérez-Ochoa
    USDC-PR No. 206314

   */s/ Luis A. Oliver Fraticelli*
   Luis A. Oliver Fraticelli
   USDC-PR No. 209204

   */s/ Alexandra Casellas-Cabrera*
   Alexandra Casellas-Cabrera
   USDC-PR No. 301010

   */s/ Lourdes Arroyo-Portela*
   Lourdes Arroyo-Portela
   USDC-PR No. 226501

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis A. Oliver Fraticelli*
Luis A. Oliver Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

By: */s/* Jared Friedmann
Jared Friedmann, Esq.
*Pro Hac Vice*
767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jared.friedmann@weil.com

*Attorneys for National Public Finance Guarantee*

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
U.S. District Judge