```
Court Name: District Court
Division: 1
Receipt Number: PRX100050448
Cashier ID: arodrigu
Transaction Date: 06/29/2017
Payer Name: PEREZ-OCHOA, ERIC

PRO HAC VICE
 For: PEREZ-OCHOA, ERIC
 Case/Party: D-PRX-1-17-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: PEREZ-OCHOA, ERIC
 Case/Party: D-PRX-1-17-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: PEREZ-OCHOA, ERIC
 Case/Party: D-PRX-1-17-NA-000003-002
 Amount:       $300.00

PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA &
 Check/Money Order Num: 064051
 Amt Tendered:   $900.00

Total Due:       $900.00
Total Tendered:  $900.00
Change Amt:        $0.00

17-3283(LTS), 17-3284(LTS) &
17-3567(LTS) PRO HAC VICE OF JARED
FRIEDMANN
THRU: PEREZ-OCHOA, ERIC
```

Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.

| DATE | INVOICE NUMBER | | | | | |
|---|---|---|---|---|---|---|
| 06/29/2017 | | | | | | 064051 |

MEMO: PRO HAC VIC — Filing Fees, CLERK U.S. DISTRICT COURT

CLERK U.S. DISTRICT COURT

900.00

BALANCE 900.00

900.00