UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA |
| The Financial Oversight And Management Board For Puerto Rico | TITLE III |
| as representative of | No. 17-BK-3283-LTS |
| The Commonwealth of Puerto Rico, Et al.. | (jointly administered) |
| Debtors | |

## NOTICE OF APPEAL

To the Honorable U.S. District Court for the District of P.R. (HDCDPR):

Comes now the putative intervenor, Angel Ruiz Rivera, appearing here Pro Se and In Forma Pauperis (IFP) and respectfully States, Alleges and Prays:

This is my Notice of Appeal of this HUSDCDPR's June 16, 2017 Order Denying (1) Motion to proceed In Forma Pauperis; (ii) Motion To intervene and Requesting Declaratory Judgment; and (iii) Motion For Disqualification Of Various Members Of The Financial Oversight And Management Board.

So I State, Allege and Pray. Respectfully submitted, today June 22, 2017.

Angel Ruiz Rivera
Ext. Villa Rica
AA-27 Calle Santa Rita
Bayamon, P.R. 00959.
787-799-9222
angelruizrivera@gmail.com