A/C/A
Eof-Ulla Rica
AA-27 Calle Santa Rita
Bayamon, PR 00959.

SAN JUAN PR 009
23 JUN 2017 PM 2 T

LTS

The Clerk
USDCPR
U-S Courthouse
Federal Building
Clemente Ruiz Nazario
150 Chardon Ave.
Hato Rey, PR. 00918-1767
San Juan, PR 00918-1767.

00918$1706