UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

----------------------------------------------------------x

To: All Counsel of Record (**Via ECF**)

Date: June 29, 2017

<u>Judicial Dislcosure Notice and Procedure for Objection</u>

  Please take notice that Judge Laura Taylor Swain was formerly with the law firm of Debevoise & Plimpton LLP ("Debevoise"), which has appeared as counsel to an entity involved in these PROMESA Title III proceedings. She left Debevoise to join the federal bench in 1996 and has no continuing financial ties to the firm. Additionally, Judge Swain employs three law clerks whose principal duties involve the PROMESA Title III cases and proceedings. One of these clerks was formerly associated with Debevoise, and may return to Debevoise at the conclusion of his clerkship in September 2017, but has not received or accepted an offer of employment with the firm. The second, whose clerkship tenure is open-ended, was formerly associated with the law firm of Stroock and Stroock and Levin LLP, and does not have an outstanding offer of future employment with the firm. The third was formerly associated with Proskauer Rose LLP and Otterbourg P.C., and does not have an outstanding offer of employment with either firm. At no time did any of these three clerks work on matters relating to these Title III cases while at their firms.

  Judge Swain has concluded that, under the circumstances, her recusal is not required. She has further concluded that her impartiality and independence in the matters before her are not affected and, in

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

her opinion, could not reasonably be questioned. She has concluded that the same holds true for each of her law clerks, but will as a precaution screen her clerk formerly associated with Debevoise from matters directly involving Debevoise's client. However, she would reconsider her conclusions if any party objected.

Accordingly, within 14 (fourteen) days of the date of this Notice (or, as to parties first appearing after the date of this Notice, within 14 (fourteen) days of such first appearance), any party objecting should write to: Frances Rios de Moran, Esq., Clerk of Court, United States District Court, District of Puerto Rico, 150 Carlos Chardón Avenue, San Juan, Puerto Rico, 00918, to state any such objections. **DO NOT E-FILE YOUR LETTER(S). SUBMIT THEM DIRECTLY TO THE CLERK OF COURT BY MAIL OR BY HAND DELIVERY TO THE COURTHOUSE.** The Clerk will advise Judge Swain, without identifying any objecting party, of the case or proceeding in which the objection was stated and the nature of the objection.

                                          Very truly yours,

                                          Frances Rios de Moran, Esq.

                                          Clerk of Court