UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

---------------------------------------------------------------x

PROMESEA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## MASTER SERVICE LIST AS OF JUNE 29, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aci-Herzog a Joint Venture | Attn: Luis Villares | 24 Road 21 Martínez Nadal Ave. | | Guaynabo | PR | 00966 | | | 787-625-0464 | luis.villares@aciherzog.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Administracion Sistema De Retiro Del Gobierno | Attn: Cecile Tirado | Edificio Intendente Ramírez Pda 1 | | San Juan | PR | 00905-4515 | | | 787-294-1391 | mguzman@retiro.pr.gov |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli | P.O. Box 70294 | | San Juan | PR | 00936-8294 | | 787-756-9000 | 787-756-9010 | epo@amgprlaw.com larroyo@amgprlaw.com acasellas@amgprlaw.com loliver@amgprlaw.com |
| Counsel to American Federation of State, County and Municipal Employees | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | 1101 17th Street NW | Suite 900 | Washington | DC | 20011 | | 202-775-5900 | 202-452-0556 | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org |
| Top 20 Unsecured Creditor, Employee Retirement System | Air Chiller Mechanical Const.Inc. | Attn: Julia Tolentino | Caguas Industrial Comm Park | Bo Rio Caño Carr 1 Local 1 | Caguas | PR | 00725 | | | 787-744-4969 | airchmech@aol.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Alpha Guards Mgt Inc | Attn: Jorge Morales Laboy | 49 Calle Mayaguez Piso 3 | | Hato Rey | PR | 00917 | | | 787-294-6984 | alphaguards@aol.com |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 | | | | |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | | P.O. Box 195355 | | San Juan | PR | 00919-533 | | 787-751-1912 x 2083 | 787-751-3991 | andreslopecordova@gmail.com acordova@juris.inter.edu |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico | Antonetti Montalvo & Ramirez Coll | Attn: Jose L. Ramirez-Coll | P.O. Box 13128 | | San Juan | PR | 00908 | | 787-977-0303 | 787-977-0323 | jramirez@amrclaw.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 | | 787-458-8550; 787-832-4040 x. 2656 | | |
| Top 20 Unsecured Creditor, Employee Retirement System | Arroyo Flores Consulting Group Inc. | Attn: Reinaldo Arroyo | Ave Lomas Verdes 1820 Local 3 | | San Juan | PR | 00926 | | | | arroyo@afcg.biz |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aut Edificios Públicos | Attn: Amilcar González Ortíz | Centro Gubernamental | Minillas Edif Norte Piso 17 | San Juan | PR | 00940 | | | 787-724-1533 | amgonzalez@aep.pr.gov |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | P.O. Box 29227 | | San Juan | PR | 00929-0227 | | 787-767-9191 | 787-767-9199 | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 | | 787-767-9191 | 787-767-9199 | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | 48 Carr. 165, Ste. 500 | | Guaynabo | PR | 00968-8033 | | 787-474-5999 | 787-474-5998 | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | PO Box 12004 | | San Juan | PR | 00922 | | 787-474-5999 | 787-474-5998 | julian.fernandez@metropistas.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Autoridad De Energia Electrica | Attn: Cynthia Morales Colon | PO Box 364267 | | San Juan | PR | 00936-4267 | | | 787-521-4120 | c_morales@aeepr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Autoridad Financiamiento Vivienda | Attn: Melvin Gonzalez Perez | 606 Ave Barbosa Edif Juan C Cordero | | San Juan | PR | 00936 | | | | melvin.gonzalez@afv.pr.gov |
| Top 20 Unsecured Creditor, Employee Retirement System | Banco Popular De PR | Attn: Carlos Garcia Alvira | 206 Ave Muñoz Rivera | | San Juan | PR | 00919 | | | 787-764-4318 | carlos.garcia3@popular.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Beltran Beltran and Assoc PSC | Attn: Carlos Beltran | 623 Ave. Ponce De Leon Executive Building | Suite 1100A | San Juan | PR | 00917 | | | 787-919-0645 | beltranbeltranassociates@gmail.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Bermudez, Longo, Diaz- Masso,S.E. | Attn: Carmelo Diaz | Calle San Claudio Carr 845 Ave | Principal Km 0.5 | San Juan | PR | 00926 | | | 787-760-1230 | adminfinance@bldmpr.com carmelo@bldmpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Betterrecycling Corp. | Attn: Marisel Rivera | Marg 65 De Inf. Calle Andes URB MC | | San Juan | PR | 926 | | | 787-282-6408 | mrivera@emdi.net |
| Counsel to the QTCB Noteholder Group | Bracewell LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton | City Place I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 | | 860-256-8534 | | kurt.mayr@bracewell.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR | 00717 | | 787-848-0666 | 1-787-848-1435 | remmanuelli@me.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Martin Sosland, Esq., Christopher R. Maddox & J. Mitchell Carrington | 5430 LBJ Freeway | Suite 1200 | Dallas | TX | 75240 | | 469-680-5502 | 469-680-5501 | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Stanford G. Ladner | 1700 Broadway, 41st Floor | | New York | NY | 10019 | | 646-606-3996 | 646-606-3995 | stan.ladner@butlersnow.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais | 200 Liberty Street | | New York | NY | 10281 | | 212-504-6000 | 212-406-6666 | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq. | 700 Sixth Street, N.W. | | Washington | DC | 20001 | | 202-862-2238 | 202-862-2400 | mark.ellenberg@cwt.com |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc. & Peerless Oil & Chemicals, Inc. | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | PO Box 9023593 | | San Juan | PR | 00902-3593 | | 787-724-1303 | 787-724-1369 | jf@cardonlaw.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Creditor, Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | San Juan | PR | 00909 | | 787-615-8733 | 787-202-4880 | calsina@prquiebra.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | P.O. Box 364924 | | San Juan | PR | 00936-4924 | | 787-756-1400 | 787-756-1401 | hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq. | P.O. Box 195075 | | San Juan | PR | 00919-5075 | | 787-523-3434 | 787-523-3433 | jcasillas@cstlawpr.com; aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | El Caribe Office Building | 53 Palmeras Street, 16th Floor | San Juan | PR | 00901 | | 787-532-3434 | 787-523-3433 | ltorres@cstlawpr.com; AAneses@cstlawpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | CD Builders, Inc | Attn: Ismael Carrasquillo | Bo Celada Carr 9945 Km 2.4 | | Gurabo | PR | 00778 | | | 787-737-2143 | cdbuilders@live.com |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 | | | | |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 | | 787-977-6080 | | |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, and Luis A Rivera Siaca | Charles A. Cuprill, P.S.C., Law Offices | Attn: Charles A. Cuprill–Hernández | 356 Fortaleza Street | Second Floor | San Juan | PR | 00901 | | 787-977-0515 | 787-977-0518 | ccuprill@cuprill.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Chicago Equity Partners | Attn: Marty Dorow | 180 N La Salle Street Suite 3800 | | Chicago | IL | 60601 | | | 312-629-2728 | mdorow@chicagoequity.com |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | P.O. Box 9478 | | San Juan | PR | 00908-9478 | | 787-247-9448 | 787-725-1542 | eduardo@cobianroig.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | 330 West 42nd Street | | New York | NY | 10036-6979 | | 212-356-0216; 212-356-0228; 212-356-0205 | 646-473-8216; 646-473-8228; 646-473-8205 | pdechiara@cwsny.com; tciantra@cwsny.com; Harnaud@cwsny.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Constructora I. Meléndez | Attn: Abimale Meléndez | 15 Betances Ste 3 | | Santa Isabel | PR | 00926 | | | 787-645-6475 | cimelendez@coqui.net; cimoc@coqui.net |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López | PO Box 364925 | | San Juan | PR | 00936-4925 | | 787-761-7171 | | jlopez@constructorasantiago.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado | Centro Internacional de Mercadeo, Torre II | # 90 Carr. 165, Suite 407 | Guaynabo | PR | 00968 | | 787-273-8300 | 787-273-8379 | ra@calopsc.com; scriado@calopsc.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Database Marketing Services | Attn: Kenneth Sewell | Zona Industrial Amelia 20 Calle Diana | | Guaynabo | PR | 00968 | | | 787-720-0576 | ksewell@databasepr.com |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Debevoise & Plimpton LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | 919 Third Avenue | | New York | NY | 10022 | | 212-909-7425 212-909-6000 | 212-521-7425 212-909-636 | mcto@debevoise.com; cabruens@debevoise.com; eworenklein@debevoise.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | 1095 Avenue of the Americas | | New York | NY | 10036 | | 212-698-3500 | 212-698-3599 | allan.brilliant@dechert.com; robert.jossen@dechert.com; andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr. | 90 State House Square | | Hartford | CT | 06106 | | 860-524-3999 | 860-524-3930 | eric.brunstad@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104 | | 215-994-4000 | 215-994-2222 | stuart.steinberg@dechert.com; michael.doluisio@dechert.com |
| Del Valle Group, S.P. | Del Valle Group, S.P. | Attn. Humberto Reynolds, President, Del Valle Group, S.P., | P.O. Box 2319 | | Toa Baja | PR | 00951-2319 | | | | |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Del Valle Group, S.P. | Attn: Rafael A Calderon | State Rd 864 Km 0.6 Bo Campanillas | Campanillas | Toa Baja | PR | 00949 | | | 787-794-3239 | rcalderon@delvallegroup.net |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | PO Box 11750 | Fernández Juncos Station | San Juan | PR | 00910-1750 | | 787-274-1414 | 787-764-8241 | afernandez@delgadofernandez.com |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | | |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 | | | | |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 | | | | |

Case:17-03283-LTS   Doc#:551-1   Filed:06/29/17   Entered:06/29/17 20:37:34   Desc:
Exhibit A - Master Service List as of June 29   2017   Page 4 of 9

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 | | | | |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 | | | | |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 | | | | |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | P.O. Box 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2940 x. 2500, 2501 | 787-723-9188 | wburgos@justicia.pr.gov |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 | | | | |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 | | | | |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 | | | | |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | Highways & Transportation Authority PMB 443 | Suite 112, 100 Grand Paseos Blvd | San Juan | PR | 00926-5902 | | 787-403-2757 | 888-500-1827 | rcastellanos@devconlaw.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | | P.O. Box 364924 | | San Juan | PR | 00936-4924 | | 787-756-1400 | 787-756-1401 | dperez@cabprlaw.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens | Edificio Ochoa, Suite 401 | 500 Calle de la Tanca | San Juan | PR | 00901-1969 | | | | jose.sosa@dlapiper.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley | 444 West Lake Street | Suite 900 | Chicago | IL | 60606-0089 | | 312-368-4000 | 312-236-7516 | richard.chesley@dlapiper.com |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-335-4500 | 212-335-4501 | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios | 1200 Pennsylvania Ave., NW | | Washington | DC | 20460 | | | | |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 | | | | |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 | | | | |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq. | P.O. Box 9023905 | | San Juan | PR | 00902-3905 | | 787-977-3772 | 787-977-3773 | jcc@fclawpr.com vperez@globalinsagency.com |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | 221 Ponce de León Avenue | 5th Floor | San Juan | PR | 00917 | | 787-766-7000 | 787-766-7001 | rcamara@ferraiuoli.com scolon@ferraiuoli.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Ferrovial Agroman | Attn: Manuel Sanchez Pereira | 1250 Ponce De Leon Ave | San José Building Suite 901-902 | San Juan | PR | 00907 | | | 787-725-5530 | msanchez.portugal@ferrovial.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | First Transit, Inc. | Attn: Julio Badia | Marginal Ave Martinez | Nadal Esq PR-19 | San Juan | PR | 00920 | | | 787-622-6163 | julio.badia@firstgroup.com |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas | P.O. Box 13786 | | San Juan | PR | 00908 | | 787-751-5290 | 787-751-6155 | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón | 1519 Ponce De León Ave. | First Federal Bldg. Suite 805 | San Juan | PR | 00909 | | 787-723-3222 | 787-722-7099 | bufetefrgonzalez@gmail.com |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | 254 Ave. Jesús T. Piñero | | San Juan | PR | 00927 | | 787-545-4455 | | wmq@wmarrerolaw.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Gila Llc | Attn: Luis Alberto Sánchez | Metro Office Park Calle 1 | Building 3 Ste 200 | Guaynabo | PR | 00968 | | | 787-522-7010 | luisalberto.sanchez@gilacorp.com |

Case:17-03283-LTS   Doc#:551-1   Filed:06/29/17   Entered:06/29/17 20:37:34   Desc:
Exhibit A - Master Service List as of June 29   2017   Page 5 of 9

In re:  The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Global Insurance Agency Inc | Attn: Vivian Perez | 257 Calle De Recinto Sur | | San Juan | PR | 00901-1914 | | | 787-722-4894 | vperez@globalinsagency.com |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal, Solymar Castillo Morales | Post Office Box 70364 | | San Juan | PR | 00936-8364 | | 787-759-4213 | 787-767-9177 | crodriguez-vidal@gaclaw.com scastillo@gaclaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Hernandez Gutierrez Law | Attn: Mariana Hernandez | Ponce De Leon Ave. | First Federal Building Suite 713-715 | San Juan | PR | 00909 | | | | mhernandez@mihglaw.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Hogan Lovells US LLP | Attn: Robin E. Keller, Esq. | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: Jesús E. Cuza | 701 Brickell Avenue, Suite 3300 | | Miami | FL | 33131 | | 305-374-8500 | 305-789-7799 | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | 10 St. James Avenue | | Boston | MA | 02116 | | 617-523-2700 | 617-523-6850 | bos-bankruptcy@hklaw.com |
| Counsel to Asociación Puertorriqueña de la Judicatura | Indiano & Williams, P.S.C. | Attn: David C. Indiano & Leticia Casalduc-Rabell | 207 del Parque Street | 3rd Floor | San Juan | PR | 00912 | | 787-641-4545 | 787-641-4544 | David.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com |
| Counsel to Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | 207 del Parque Street | 3rd Floor | San Juan | PR | 00912 | | 787-641-4545 | 787-641-4544 | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com |
| Integrand Assurance Company | Integrand Assurance Company | | P.O. Box 70128 | | San Juan | PR | 00936-8128 | | 787-781-0707 | | |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | | 800-973-0424 | 855-235-6787 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit | City View Plaza | 48 Carr 165, Suite 2000 | Guaynabo | PR | 00968 | | 267-941-7134 | | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Catherine Steege & Melissa Root | 353 N. Clark Street | | Chicago | IL | 60654 | | 312-222-9350 | 312-239-5199 | csteege@jenner.com mroot@jenner.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | | 212-891-1600 | 212-891-1699 | rgordon@jenner.com rlevin@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | PO Box 366104 | | San Juan | PR | 00936-6104 | | 787-767-1030 | 787-751-4068 | rrivera@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Jones Day | Attn: Bruce Bennett | 555 South Flower Street, 50th Floor | | Los Angeles | CA | 90071 | | 213-243-2382 | 213-243-2539 | bbennett@jonesday.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | 8169 Calle Concordia | Suite 102, Cond. San Vicente | Ponce | PR | 00717-1556 | | 787-844-8940 | 787-844-8960 | jpsala_pr@yahoo.com salalawyers@yahoo.com |
| Counsel to Del Valle Group, S.P. | Jorge R. Quintana-Lajara | | 400 Calle Calaf, PMB 165 | | San Juan | PR | 00918-1314 | | 787-761-1067; 787-761-1310 | 787-283-9994 | jorgequintanalajara@gmail.com |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos | PO Box 364966 | | San Juan | PR | 00936-4966 | | 787-767-9625 | 787-764-4430 | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | 701 Ave Ponce de Leon | Suite 401 | San Juan | PR | 00907-3248 | | 787-729-9444 | 787-729-9446 | jwc@jwcartagena.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | 1633 Broadway | | New York | NY | 10019 | | 212-506-1700 | 212-506-1800 | Kdavid@kasowitz.com Dfliman@kasowitz.com Isasson@kasowitz.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 212-715-8000 | acaton@kramerlevin.com tmayer@kramerlevin.com pbentley@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | L.P.C.& D., Inc | Attn: Jorge L. González Crespo | PO Box 2025 | | Las Piedras | PR | 00771 | | | 787-733-4808 | jorge@lpcdinc.com |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | El Centro II, Suite 260 | #500 Muñoz Rivera Avenue | San Juan | PR | 00918 | | 787-250-6666 | 787-250-7900 | pola@frankpolajr.com |
| Counsel to PFZ Properties, Inc. | Law Offices Ismael H. Herrero III & Associates, P.S.C. | Attn: Ismael H. Herrero, III | P.O. Box 362159 | | San Juan | PR | 00936-2159 | | 787-754-5000 | 787-754-5001 | herreroilI@herrerolaw.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | 902 Fernández Juncos Ave. | 902 Fernández Juncos Ave. | San Juan | PR | 00907 | | | | andres@awllaw.com |
| Counsel to CMA Architects & Engineers LLC and Municipality of San Sebastian | Law Offices of John E. Mudd | Attn: John E. Mudd | P.O. Box 194134 | | San Juan | PR | 00919 | | 787-413-1673 | 787-753-2202 | jemudd@yahoo.com |
| Counsel to Del Valle Group, S.P. | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | P.O. Box 362634 | | San Juan | PR | 00936-2634 | | 787-232-4530 | 787-274-8390 | craigmcc@me.com |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo | 138 Winston Churchill | Suite 316 | San Juan | PR | 00926-6023 | | 787-791-1818 | 787-791-4260 | suarezcobo@gmail.com |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn: Thomas Hommell, General Counsel | 1271 Avenue of the Americas 35th Floor | | New York | NY | 10020 | | | | thomas.hommel@lehmanholdings.com |
| Interested Party | Liberty Cablevision of Puerto Rico LLC | Attn: Alexandra Verdiales | P.O. Box 192296 | | San Juan | PR | 00919-2296 | | 787-657-3050 | 787-355-9681 | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | PMB 456 Suite 102 | 405 Ave. Esmeralda | Guaynabo | PR | 00969 | | 787-638-1389 | 787-790-9374 | alinares2020@yahoo.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | 270 Muñoz Rivera Avenue | Suite 1110 | San Juan | PR | 00918 | | 787-522-6776 | 787-522-6777 | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mainline Information Systems | Attn: Martha Lucia Rodriguez | 1700 Summit Lake Dr | | Tallahassee | FL | 32317 | | | 888-381-6851 | marthalucia@mainline.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | 802 Avenida Fernández Juncos | Esquina Calle La Paz Miramar | San Juan | PR | 00907 | | 787-723-8520 | 787-723-7844 | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | | 9140 Marina St. | Suite 801 | Ponce | PR | 00717 | | 787-259-1999 | 787-259-1999 | mevicens@yahoo.com |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | P.O. Box 190095 | | San Juan | PR | 00919-0095 | | 787-753-1565 | 787-763-1704 | |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 | | 787-753-1565 | 787-763-1704 | |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | Attn: Maximiliano Trujillo-Gonzalez, Esq. | 100 Grand Paseos Blvd. | Suite 112 | San Juan | PR | 00926-5902 | | 787-438-8802 | | maxtruj@gmail.com |
| Counsel to Interamericas Turnkey, Inc. | Maximiliano Trujillo-Gonzalez, Esq. | | 100 Grand Paseos Blvd Suite 112 | | San Juan | PR | 00926-5902 | | 787-438-8802 | | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. | 270 Muñoz Rivera Avenue, | Suite 7 | Hato Rey | PR | 00918 | | 787-250-5604 | 787-759-9225 | aaa@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. | PO Box 364225 | | San Juan | PR | 00936-4225 | | 787-250-5604 | 787-759-9225 | aaa@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. | 270 Muñoz Rivera Avenue | Suite 7 | Hato Rey | PR | 00918 | | 787-250-5604 | 787-759-9225 | nzt@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. | PO Box 364225 | | San Juan | PR | 00936-4225 | | 787-250-5604 | 787-759-9225 | nzt@mcvpr.com |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | 444 West Lake Street | | Chicago | IL | 60606-0029 | | 312-984-7588 | 312-984-7700 | wsmith@mwe.com jkapp@mwe.com mthibert-ind@mwe.com ksheehan@mwe.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mesirow Financial Investment Mgt Inc. | Attn: Luis Villarejo | 353 N. Clark St. | | Chicago | IL | 60654 | | | 787-281-6157 | lvillarejo@mesirowfinancial.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | 28 Liberty Street | | New York | NY | 10005-1413 | | 212-530-5770 | 212-822-5770 | ddunne@milbank.com aleblanc@milbank.com amiller@milbank.com gmainland@milbank.com |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano & Ricardo R. Lozada - Franco | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 | | 787-620-5300 | 787-620-5305 | dmonserrate@msglawpr.com rlozada@msglawpr.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra | 101 San Patricio Ave. | Suite 1120 | Guaynabo | PR | 00968 | | 787-620-5300 | 787-620-5305 | msimonet@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | Plaza 273 Suite 700 | 273 Ponce de León Ave. | Hato Rey | PR | 00917-1934 | | 787-723-1233 | 787-723-8763 | ramon.dapena@mbcdlaw.com victor.quinones@mbcdlaw.com ivan.llado@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | PO Box 13399 | | San Juan | PR | 00908 | | 787-723-1233 | 787-723-8763 | ramon.dapena@mbcdlaw.com ivan.llado@mbcdlaw.com victor.quinones@mbcdlaw.com |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | P.O. Box 191979 | | San Juan | PR | 00919-1979 | | 787-751-9040 | 787-751-0910 | jbrugue@mbbclawyers.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq. | 701 Ponce de León | Suite 401, Centro de Seguros Bldg. | San Juan | PR | 00907 | | 787-729-9453 X 24 | 787-723-4661 | man@nblawpr.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Netwave Equipment Corp. | Attn: Melissa Piovannetti | 316 Ave De La Constitucion | | San Juan | PR | 00901 | | | 787-722-4843 | melissa@nustream.com |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq. | 437 Madison Avenue | | New York | NY | 10022-7039 | | 212-940-3103 | 866-947-2426 | rchristmas@nixonpeabody.com |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges LLC | Attn: Hermann Bauer, Esq. | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | | 787-764-8181 | 787-753-8944 | hermann.bauer@oneillborges.com |
| Counsel to Official Committee of Unsecured Creditors | O'Neill & Gilmore LLC | Attn: Patrick O'Neill, Esq. | 252 Ponce de Leon Ave. | Citibank Tower Suite 1701 | San Juan | PR | 00918 | | 787-620-0670 | 787-620-0671 | pdo@golaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Ol Maintenance | Attn: Juan Calo Calderon | W E34 Ave Costo Sta Juanita | | Bayamon | PR | 00956 | | | 787-779-8510 | olmaintenance@yahoo.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq. & Peter Friedman, Esq. | 7 Times Square | | New York | NY | 10026 | | 212-326-2000 | 212-326-2061 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández | #27 Calle González Giusti Ste 300 | | Guaynabo | PR | 00968-3076 | | 787-294-5698 | 787-759-6768 | ofernandez@oflawoffice.com |
| Counsel to Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | | 212-318-6000 | 212-319-4090 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | arosenberg@paulweiss.com |
| Interested Party, Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments LLC | c/o National Corporate Research, Ltd. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 | | 800-483-1140 | 800-253-5711 | peajeinfo@dechert.com |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | 617 Road 337 | | Peñuelas | PR | 00624-7513 | | 787-836-1280 | | luis.vazquez@peerlessoil.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción | 671 Road 337 | | Peñuelas | PR | 00624-7513 | | | | sonia.concepcion@peerlessoil.com |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 | | 787-999-9001, ext- 203 | | adtoro@pico-blanco.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Popular Asset Management | Attn: Javier Rubio CFA | 209 Muñoz Rivera Ave 9Th Floor | | Hato Rey | PR | 00918 | | | 787-754-4777 | jrubio@bppr.com |
| Claims Agent | Prime Clerk LLC | Attn: Christopher Schepper | 830 3rd Ave FL 9 | | New York | NY | 10022 | | | | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as representative for the Debtors) | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak & Maja Zerjal | Eleven Times Square | | New York | NY | 10036 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Puerto Rico Attorneys and Counselors at Law PSC | Attn: Jose F Chaves Caraballo | 203 Calle Eleonor Roosevelt | | Hato Rey | PR | 00918-3006 | | | 787-764-9120 | chaves@fc-law.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq. | Roberto Sánchez Vilella (Minillas) Government Center | De Diego Ave. Stop 22 | San Juan | PR | 00907 | | 787-722-2525 | 787-721-1443 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 | | | | |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva | PO Box 360998 | | San Juan | PR | 00936-0998 | | 787-793-8441 | 787-783-1060 | fsilva@claropr.com |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>davidcooper@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 | | 787-851-7866 | 787-851-1717 | |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 | | | | |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: C. Neil Gray, David M. Schlecker | 599 Lexington Avenue | | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | cgray@reedsmith.com<br>dschlecker@reedsmith.com |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-4202 | 412-288-3063 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq. | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 | | 302-778-7550 | 302-778-7575 | kgwynne@reedsmith.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico | 255 Ponce de León Avenue | MCS Plaza, 10th Floor | San Juan | PR | 00917-1913 | | 787-777-8888 | 787-765-4225 | escalera@reichardescalera.com; arizmendis@reichardescalera.com; riverac@reichardescalera.com; pabong@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó | Ave. Fernández Juncos 802 | | San Juan | PR | 00907 | | 787-723-8520 | 787-724-7844 | mpico@rexachpico.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez | Rivera Tulla & Ferrer Building | 50 Quisqueya Street | San Juan | PR | 00917-1212 | | | | etulla@riveratulla.com; icabrera@riveratulla.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Mark T. Stancil, Gary A. Orseck, & Donald Burke | 1801 K Street, NW | | Washington | D.C. | 20006 | | 202-775-4500 | 202-775-4510 | mstancil@robbinsrussell.com; gorseck@robbinsrussell.com; dburke@robbinsrussell.com |
| Counsel to American Federation of State, County and Municipal Employees | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs | P.O. Box 368006 | | San Juan | PR | 00936-8006 | | 787-764-8896 | 787-721-0975 | manuel@rodriguezbanchs.com |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | | La Coruna | Apt. 103 | Guaynabo | PR | 00969 | | 787-598-3313 | | rgarciafontan@gmail.com |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq. | American Airlines Building | 1509 López Landrón, Piso 10 | San Juan | PR | 00911 | | 787-721-6010 | 787-721-3972 | rprats@rpplaw.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq. | 166 Avenida de la Constitución | | San Juan | PR | 00901 | | 787-289-9250 | 787-289-9253 | cbimbela@scvrlaw.com; mhernandez@scvrlaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | P.O. Box 195553 | | San Juan | PR | 00919-5533 | | 787-449-6000 | | jsalichs@splawpr.com; etejeda@splawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Santander Asset Management | Attn: Desiree Mieses | Santander Tower San Patricio | B7 Calle Tabonuco Ste 1800 | Guaynabo | PR | 00968 | | | 787-296-5435 | Dmieses@sampr.com |
| Counsel to American Federation of State, County and Municipal Employees | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel | 1037 Raymond Blvd. | Suite 1520 | Newark | NJ | 07102 | | 973-286-6713 | 973-286-6821 | slevine@saul.com; dpatel@saul.com |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | | brian.pfeiffer@srz.com; tae.kim@srz.com; parker.milender@srz.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Secretario Tribunal De San Juan | Attn: Jose Silva Jiménez | 268 Ave Muñoz Rivera | | San Juan | PR | 00921 | | | 787-754-0769 | jose.silva@ramajudicial.pr |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | | 202-942-8088 | | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | | 212-336-1100 | | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa PSC | Attn: Eric Perez Ochoa | PO Box 70294 | | San Juan | PR | 00936-8294 | | 787-756-9000 | 787-756-9010 | epo@amgprlaw.com |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos & Aníbal J. Núñez González | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | | 787-765-5656 | 787-294-0073 | lsepulvado@smlawpr.com; anunez@smlawpr.com |
| Counsel for The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | | 787-765-5656 | 787-294-0073 | lsepulvado@smlawpr.com; jescobar@smlawpr.com; jsantos@smlawpr.com |
| Federal Agency | Small business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 | | | | |
| Top 20 Unsecured Creditor, Employee Retirement System | State Street Global Advisors | Attn: Michael Haley | 3475 Piedmont Road NE | Suite 1920 | Atlanta | GA | 30305 | | | 404-442-0501 | Michael_Haley@ssga.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Super Asphalt Pavement Corp. | Attn: Paride Mazza | Bo Caimito Carr 1 Km 18.5 | | San Juan | PR | 00926 | | | 787-720-2350 | jose@superasphalt.net |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Tamrio Inc. | Attn: Claudio Torres | Calle Rocherlice #31 | Parque Industrial Del Oeste | Mayaguez | PR | 00680 | | | 787-265-6885 | ctorres@tamrio.com |
| Counsel to Tamrio Inc. | Tamrio Inc. | Attn: Eng.. Claudio Torres Serrano | PO Box 455 | | Mayaguez | PR | 00681 | | 787-805-4120 | | jlopez@constructorasantiago.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Taplin, Canida and Habacht | Attn: Tere Alvarez Canida CFA | 1001 Brickell Bay Dr. | Suite 2100 | Miami | FL | 33131 | | | 305-379-4452 | tac@tchinc.com |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., N.W. | 11th floor | Washington | DC | 20001 | | | | |
| Top 20 Unsecured Creditor, Employee Retirement System | The Bank of New York Mellon | Attn: Jon Bangor, Vice President | 225 Liberty Street | | New York | NY | 10286 | | | 1-615-779-5109 | debbi.reid@bnymellon.com |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 | | | | |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | The Eniac Corporation | Attn: Albilda Bosh | # 27 Calle González Giusti 600 St | | Guaynabo | PR | 00968 | | | 787-793-4255 | albilda.bosch@eniac-corp.com |
| the Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | the Honorable Rosanna López León | | El Capitolio | PO Box 9023431 | San Juan | PR | 00902-3431 | | 787-722-1231 | 787-722-4019 | mvega@senado.pr.gov |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | The Law Offices of Andrés W. López, P.S.C. | Attn: Andrés W. López, Esq. | 902 Fernández Juncos Ave. | | San Juan | PR | 00907 | | 787-294-9508 | 787-294-9519 | andres@awllaw.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk | P.O. Box 195383 | | San Juan | PR | 00919-5383 | | 787-751-8999 | 787-763-7760 | mfb@tcmrslaw.com lft@tcmrslaw.com jvankirk@tcmrslaw.com |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq. | P.O. Box 191732 | | San Juan | PR | 00919-1732 | | | 787-764-9480 | dml@trdlaw.com har@trdlaw.com |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | Post Office Box 227 | Ben Franklin Station | Washington | D.C. | 20044 | | 202-514-9642 | | wardlow.w.benson@usdoj.gov |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 | | | | |
| Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 | | 202-514-9038 | 202-307-0494 | |
| Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-9038 | 202-307-0494 | |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-353-7971 | 202-514-9163 | |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 | | | | |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | | 787-766-5656 | 787-771-4043 | |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 | | | | |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 | | | | |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 | | | | |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 | | | | |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Frances Perkins Building | 200 Constitution Ave | Washington | DC | 20210 | | | | |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | | 787-729-7444 | 787-729-7449 | USTP.Region21@usdoj.gov |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8214 212-310-8000 | 212-735-4919 212-310-8007 | marcia.goldstein@weil.com kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com salvatore.romanello@weil.com gregory.silbert@weil.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | | gkurtz@whitecase.com jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131-2352 | | 305-995-5252; 305-371-2700 | | jzakia@whitecase.com |
| Counsel to Cardinal Health PR 120, Inc. | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | MCS Plaza | Ponce de León Avenue, Suite 801 | San Juan | PR | 00917 | | 787-764-6867 | 787-399-6415 | william.m.vidal@gmail.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | USDCPR 201106 | P.O. Box 1801 | Sabana Seca | PR | 00952-1801 | | 787-448-7032 | 787-622-3941 | wssbankruptcy@gmail.com |