# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, a Paralegal at the offices of Dechert LLP, hereby certifies that, on June 27, 2017, Peaje Investments LLC ("Peaje") served copies of its *Corporate Disclosure Statement* on all Defendants in the above-captioned adversary proceedings through the Court's CM/ECF system. In addition, Peaje sent hard copies of such statement to the Court's New York and San Juan Chambers via U.S. mail.

23586736

On June 27, 2017, Peaje served copies of its *Informative Motion and Notice of Request to be Heard at June 28-29, 2017 Omnibus Hearing* to all parties that are registered on the Court's CM/ECF system in the above-captioned Title III cases. In addition, Peaje delivered copies of the motion to the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by hand delivery at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767; and by U.S. mail to the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

- Office of the United States Trustee for Region 21, by hand delivery at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

- Development & Construction Law Group, LLC, counsel for the Executive Director of HTA, currently the Hon. Carlos Contreras Aponte, by email to rcastellanos@devconlaw.com;

- the Law Offices of Andres W. Lopez, P.S.C., co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and its Executive Director, currently the Hon. Gerardo Portela Franco, by email to andres@awllaw.com;

- O'Melveny & Myers LLP, co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and its Executive Director, currently the Hon. Gerardo Portela Franco, by email to: dperez@omm.com; jrapisardi@omm.com; pfriedman@omm.com; and suhland@omm.com; and

- Proskauer Rose LLP, co-counsel for the Puerto Rico Financial Oversight & Management Board, as representative of the Commonwealth of Puerto Rico and HTA, by email to: pabelson@proskauer.com; ebarak@proskauer.com; mbienenstock@proskauer.com; tmungovan@proskauer.com; ppossinger@proskauer.com; sratner@proskauer.com; mzerjal@proskauer.com; and ctheodoridis@proskauer.com.

Dated: June 29, 2017
New York, New York

    /s/ *Brett Stone*_____
By: Brett Stone
Title: Paralegal, Dechert LLP

23586736