# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------x
In re                                                              PROMESA
                                                                   Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

        as representative of                                       No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO, et al.                            (Jointly Administered)

                 Debtors.¹
-----------------------------------------------------------------x
```

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the below listed counsel from Faccio & Pabón Roca hereby file this Notice of Appearance on behalf of **BERMUDEZ, LONGO, DIAZ-MASSO, LLC,** in the above styled proceeding. In addition, pursuant to Bankruptcy Rule 2002, undersigned counsel requests that all notices and other papers required to be served on creditors, official committees, or other parties-in-interest (whether served by the Court, the debtor, or any other party) be served on the below listed counsel:

**Luis E. Pabón Roca, Esq.**
**Clarisa Soló Gómez, Esq.**
FACCIO & PABON ROCA
Urb. Hyde Park
249 Las Marías St.
San Juan Puerto Rico 00927
PO Box 11397
Fernández Juncos Station
San Juan, Puerto Rico 00910-2497
Telephone: (787) 764-1800 / Fax: (787) 777-0737
E-mail:  lpabonroca@microjuris.com
         clarisasola@hotmail.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) creditor's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which creditor is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date: June 30th, 2017 			Respectfully submitted,

**FACCIO & PABON ROCA**

/s/ Luis E. Pabón Roca
Luis E. Pabón Roca
USDC-PR Bar No. 210101
PO Box 11397
San Juan, Puerto Rico 00910-2497
Telephone (787) 764-1800
Facsimile: (787) 777-0737
Email: lpabonroca@microjuris.com

and

/s/ Clarisa Solá Gómez
Clarisa Solá Gómez
USDC-PR Bar No. 21504
PO Box 11397
San Juan, Puerto Rico 00910-2497
Telephone (787) 764-1800
Facsimile: (787) 777-0737
Email: clarisasola@hotmail.com

*Attorneys for Bermúdez, Longo Díaz-Massó, LLC*

3

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 30th day of June, 2017, a true and correct copy of the foregoing Notice was served via electronic transmission on all CM/ECF registered users for this case. In addition, I served hard copies of the foregoing Notice by first-class mail, postage prepaid, upon the following additional parties:

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150
San Juan, Puerto Rico 00918-1767

United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

By: /s/ Clarisa Solá Gómez
   Clarisa Solá Gómez

4