UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>TITLE III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER AND NOTICE OF MEETING
WITH REPRESENTATIVES OF MEDIATION TEAM

On June 23, 2017, the Honorable Laura Taylor Swain entered an order appointing a mediation team for these Title III cases and related proceedings. Consistent with that order, and in furtherance of the mediation team's efforts to facilitate a consensual resolution of the issues raised in the cases and proceedings, the parties listed on **Exhibit A** hereto shall appear in person at an initial, confidential mediation meeting with certain of the mediation team members. The meeting, which will be organizational and non-substantive in nature, will be held on July 12, 2017 at 9:30 a.m. (prevailing Eastern Time) in the Ceremonial Courtroom of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 9th Floor, 500 Pearl Street, New York, NY 10007.

Any party in interest not listed on Exhibit A who wishes to attend the meeting may submit a written request indicating the party's name, the nature of its interest in the cases and related proceedings, the name(s) of its counsel, and any other information that would assist the mediation team leader in evaluating the request. The mediation team leader will endeavor to permit attendance by all parties in interest who wish to attend, subject to space and timing constraints. The mediation team leader reserves the right to approve or deny any request to attend the meeting,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

but if any request is denied, the mediation team leader will discuss other possible dates that she would be available to meet with any such party.

Absent prior authorization by the mediation team leader, a maximum of four individuals (two attorneys, one financial advisor or other consultant, and one client representative) may attend the meeting on behalf of each authorized party. Attendance by a client representative, to the extent feasible, is strongly encouraged. Attendance by counsel is required. Any request to exceed the per-party maximum set forth above shall be submitted in writing, and include an explanation of the need for additional attendees. The mediation team leader will review and respond to each such request.

The meeting will proceed on a confidential basis, and will not be open to the public or the media. Accordingly, and for security reasons, each party must submit to the mediation team in writing, not later than 12:00 p.m. noon (prevailing Eastern Time) on July 10, 2017, the names of all individuals attending the meeting on its behalf. Failure to comply with this requirement may result in denial of entry into the meeting.

All individuals attending the meeting shall abide by the terms of Standing Order M10-468 (Revised) of the United States District Court for the Southern District of New York, a copy of which is attached as **Exhibit B** hereto.

All requests or other written submissions relating to the July 12, 2017 meeting, including applications under Standing Order M10-468 (Revised) to bring personal electronic devices or general purpose computing devices, shall be sent to the mediation team's dedicated law clerk, Matt Hindman, via email, at the following address: hindmanDPR@ao.uscourts.gov.

SO ORDERED.

Dated: June 30, 2017

    /s/ Barbara J. Houser
BARBARA J. HOUSER
United States Bankruptcy Judge
Mediation Team Leader