# EXHIBIT A

List of Parties/Groups[1] Required to Attend July 12, 2017 Meeting

1. Ad Hoc Group of General Obligation Bondholders
2. Ambac Assurance Corporation
3. American Federation of State, County and Municipal Employees
4. Assured Guaranty Corporation and Assured Guaranty Municipal Corp.
5. COFINA Senior Bondholders' Coalition
6. ERS Secured Creditors Group
7. Financial Guaranty Insurance Company
8. Financial Oversight and Management Board for Puerto Rico
9. Goldman Sachs Asset Management, L.P.
10. International Union, United Automobile and Agricultural Implement Workers of America (UAW) and Service Employees International Union (SEIU)
11. Mutual Fund Group
12. National Public Finance Guarantee Corporation
13. Official Committee of Retired Employees of the Commonwealth of Puerto Rico
14. Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico
15. Peaje Investments LLC
16. Puerto Rico Family of Funds and UBS Family of Funds
17. Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)
18. The Bank of New York Mellon
19. Whitebox Funds

---

[1] Certain groups are identified here by the name they have used in connection with these Title III cases and related proceedings.

EXHIBIT A