```
Court Name: District Court
Division: 1
Receipt Number: PRX100050472
Cashier ID: arodrigu
Transaction Date: 06/30/2017
Payer Name: ONEILL AND BORGES
------------------------------------
PRO HOC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 60749
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF JULIA
D. ALONZO
THRU: HERMANN D. BAUER
```