# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Morning Session
Set: 9:30 AM
Started: 9:29 AM
Ended: 12:41PM

Afternoon Session:
Set: 1:30 PM
Started: 1:34 PM
Ended: 2:55 PM

**MINUTES OF PROCEEDINGS**

**BEFORE HONORABLE LAURA TAYLOR SWAIN**   DATE June 28, 2017

COURTROOM DEPUTY: Carmen Tacoronte

COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br><br>(Jointly Administrated) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>Debtor | 3:17-BK-3566 (LTS)<br><br><br><br>(Joint Administration Requested) |
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Highways and Transportation Authority<br>Debtor | 3:17-BK-3567 (LTS)<br><br><br><br>(Joint Administration Requested) |

**Omnibus Hearing held in the Title III cases.**

Omnibus and Motion Hearing
Title III Cases
June 28, 2017

Judge Swain disclosed that she and her law clerks had worked with certain law firms that are or may become involved in these cases. The Court reported that she has concluded that none of these former relationships will cloud her impartiality and affect the work in these cases. Any letters objecting to the continuation of the services of the Court and/or her law clerks shall be sent to U.S. District Court for the District of PR and not filed in the docket. A written notice will be issued.

Chief U.S. Bankruptcy Judge Barbara Houser and Magistrate Judge Judith Dein were introduced. Introductory remarks were heard. **Chief Judge Houser stated that the First Mediation organizational meeting will be held on July 12, 2017 at 9:30 AM at the Ceremonial Courtroom in the SDNY Courthouse.** Notice and Order to be issued.

Attorney Martin Bienenstock moved to withdraw without prejudice the Bank Authority Motion (Case No. 17-3283, ECF No. 60). The verbal motion was granted. Order to be issued.

Attorney Monsita Lecaroz, for the US Trustee, was heard on interim compensation and fee procedures. Attorney Luc Despins was heard on behalf of the Unsecured Creditors Committee. His request for a general order granting the Committee 20 extra days to respond to any existing deadline was denied without prejudice to specific applications for extensions.

**Motions:**

- Epiq Retention Application (Case No. 17-3283, ECF No. 299). Granted as unopposed. Order to be issued.
- Joint Administration Motion (Case No. 17-3283, ECF No. 296 and 298; Case No. 17-3566, ECF No. 79 and Case No. 17-3567 ECF No.61). Objections withdrawn. The motion is granted. Order to be issued.
- Extension of Automatic Stay (Case No. 17-3283, ECF No. 301). Granted as unopposed after modifications. Order to be issued.
- AAFAF Utility Motion (Case No. 17-3283, ECF No. 210). Granted. Order to be issued pending movants submitting a revised proposed order.
- Puerto Rico Mutual Funds Lift Stay Motion (Case No. 17-3283, ECF No. 270). Oppositions heard on the record. Motion is denied. Order to be issued.
- COFINA Dispute Procedures Motion (Case No. 17-3283, ECF No. 303). Oppositions heard on the record. Motion is denied without prejudice to renewal. Order to be issued.

**At 1:34 PM, the parties reconvened to hold a Motion Hearing in 17-BK- 3566.**

- Employees Retirement System Lift Stay Motion (Case No. 17-3566, ECF No. 26). Oppositions heard on the record. Motion taken under advisement. Parties stipulated to, and are granted, an extension of the Section 362 period for an additional ten days. The parties are to submit any stipulation by July 10, 2017, as to any agreement to resolve the motion. If no agreement is reached, then an Order will be issued by July 11, 2017.

Omnibus and Motion Hearing
Title III Cases
June 28, 2017

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk