IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| As representative for | NO. 17 BK 3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO<br>Debtor | |

## MOTION TO DISCONTINUE NOTIFICATIONS

**TO THE HONORABLE COURT:**

**COMES NOW** Manuel L. Morales-Schmidt, Esq., legal representative for **Emmanuel Aponte-Colón ("Mr. Aponte-Colón" or "Movant")**, and respectfully moves for an Order to Discontinue Notifications and, in support of its motion, states and prays as follows:

1. On June 17th, 2017, Movant filed a Motion to request relief from the Automatic Stay in the case regarding a claim against the Commonwealth of Puerto Rico, Emmanuel Aponte-Colón v. Estado Libre Asociado de Puerto Rico, KAC2017-0090, under the Uniform Forfeiture Act of 2011, 34 L.P.R.A. §1724 et seq., before the Court of First Instance in and for the Municipality of San Juan.

2. After several procedural incidents, including a joint motion filed by both parties, this Honorable Court granted the Order on July 3rd, 2017, thus effectively finishing undersigning attorney´s participation in instant case.

3. As this was the only claim that undersigning attorney had before this court and, in the interest of thinning the list of attorneys to be notified in instant case, we hereby respectfully request

MOTION TO DISCONTINUE NOTICES
In Re: Commonwealth of Puerto Rico
Page 2

from this Honorable Court that an order be issued to discontinue any CM/ECF notices in instant case to the undersigning attorney.

**WHEREFORE**, for the reasons set forth above, Movant respectfully requests that this Court enter an order to discontinue notices in instant case to the undersigning attorney and for such other and further relief as this Court deems appropriate.

**RESPECTFULLY SUBMITTED, i**n San Juan, Puerto Rico, this 3rd day of July 2017.

S/*Manuel L. Morales Schmidt*
**Manuel L. Morales-Schmidt**
USDC-PR#301608
Urb. Sta. Cruz
Esteban Padilla #47 Ste. 1-A
Bayamón, P.R. 00961
Tel.: (787) 993-2109
Fax: (787) 946-1767
lcdo.manuelmorales@delgado-morales.com