# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On July 3, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**;

- So Ordered Stipulation Among Asociacion Puertorriquena De La Judicatura, Inc., FOMB, and AAFAF [Docket No. 569]

- Order Granting Relief from the Automatic Stay [Docket No. 570]

- Minutes of Omnibus Hearing held on 06/28/2017. First Mediation organizational meeting will held be on July 12, 2017 at 9:30 a.m. at the Ceremonial Courtroom in the SDNY Courthouse. (Related Documents 60, 210, 270, 296, 298, 299, 301, 303) [Docket No. 571]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474) (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS).

Dated: July, 3 2017

_Nuno Cardoso_
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 3, 2017, by Nuno Cardoso, proved to me
on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Adam Adler_____
Notary Public of the State of New York
No. 02AD6306134
Qualified in Nassau Country
Expired on June 16, 2018

SRF 17202

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aci-Herzog a Joint Venture | Attn: Luis Villares<br>24 Road 21 Martínez Nadal Ave.<br>Guaynabo PR 00966 | luis.villares@aciherzog.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Administracion Sistema De Retiro Del Gobierno | Attn: Cecile Tirado<br>Edificio Intendente Ramírez Pda 1<br>San Juan PR 00905-4515 | mguzman@retiro.pr.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli<br>P.O. Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com | Email |
| Counsel to American Federation of State, County and Municipal Employees | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Air Chiller Mechanical Const.Inc. | Attn: Julia Tolentino<br>Caguas Industrial Comm Park<br>Bo Rio Caño Carr 1 Local 1<br>Caguas PR 00725 | airchmech@aol.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Alpha Guards Mgt Inc | Attn: Jorge Morales Laboy<br>49 Calle Mayaguez Piso 3<br>Hato Rey PR 00917 | alphaguards@aol.com | Email |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington DC 20525 | | First Class Mail |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | P.O. Box 195355<br>San Juan PR 00919-533 | andreslopecordova@gmail.com<br>acordova@juris.inter.edu | Email |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico | Antonetti Montalvo & Ramirez Coll | Attn: Jose L. Ramirez-Coll<br>P.O. Box 13128<br>San Juan PR 00908 | jramirez@amrclaw.com | Email |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | Apartado Postal 2227<br>Mayagüez PR 00681 | | First Class Mail |
| Top 20 Unsecured Creditor, Employee Retirement System | Arroyo Flores Consulting Group Inc. | Attn: Reinaldo Arroyo<br>Ave Lomas Verdes 1820 Local 3<br>San Juan PR 00926 | arroyo@afcg.biz | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aut Edificios Públicos | Attn: Amilcar González Ortíz<br>Centro Gubernamental<br>Minillas Edif Norte Piso 17<br>San Juan PR 00940 | amgonzalez@aep.pr.gov | Email |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol<br>P.O. Box 29227<br>San Juan PR 00929-0227 | xavier.carol@abertis.com | Email |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol<br>Urb. Matienzo Cintron<br>Calle Montellano 518<br>San Juan PR 00923 | xavier.carol@abertis.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez<br>48 Carr. 165, Ste. 500<br>Guaynabo PR 00968-8033 | julian.fernandez@metropistas.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez<br>PO Box 12004<br>San Juan PR 00922 | julian.fernandez@metropistas.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Autoridad De Energia Electrica | Attn: Cynthia Morales Colon<br>PO Box 364267<br>San Juan PR 00936-4267 | c_morales@aeepr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Autoridad Financiamiento Vivienda | Attn: Melvin Gonzalez Perez<br>606 Ave Barbosa Edif Juan C Cordero<br>San Juan PR 00936 | melvin.gonzalez@afv.pr.gov | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Banco Popular De PR | Attn: Carlos Garcia Alvira<br>206 Ave Muñoz Rivera<br>San Juan PR 00919 | carlos.garcia3@popular.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Beltran Beltran and Assoc PSC | Attn: Carlos Beltran<br>623 Ave. Ponce De Leon Executive Building<br>Suite 1100A<br>San Juan PR 00917 | beltranbeltranassociates@gmail.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Bermudez, Longo, Diaz- Masso,S.E. | Attn: Carmelo Diaz<br>Calle San Claudio Carr 845 Ave<br>Principal Km 0.5<br>San Juan PR 00926 | adminfinance@bldmpr.com<br>carmelo@bldmpr.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Betterrecycling Corp. | Attn: Marisel Rivera<br>Marg 65 De Inf. Calle Andes URB MC<br>San Juan PR 926 | mrivera@emdi.net | Email |
| Counsel to the QTCB Noteholder Group | Bracewell LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton<br>City Place I, 34th Floor<br>185 Asylum Street<br>Hartford CT 06103 | kurt.mayr@bracewell.com | Email |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez<br>Urb. Constancia<br>2803 Calle San Francisco<br>Ponce PR 00717 | remmanuelli@me.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Martin Sosland, Esq., Christopher R. Maddox & J. Mitchell Carrington<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | martin.sosland@butlersnow.com<br>Chris.Maddux@butlersnow.com<br>Mitch.Carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Stanford G. Ladner<br>1700 Broadway, 41st Floor<br>New York NY 10019 | stan.ladner@butlersnow.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com | Email |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq.<br>700 Sixth Street, N.W.<br>Washington DC 20001 | mark.ellenberg@cwt.com | Email |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc. & Peerless Oil & Chemicals, Inc. | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez<br>PO Box 9023593<br>San Juan PR 00902-3593 | jf@cardonlaw.com | Email |
| Counsel to Creditor, Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista<br>1519 Ponce De León Ave.<br>Firstbank Bldng., Suite 513<br>San Juan PR 00909 | calsina@prquiebra.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda<br>P.O. Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq.<br>P.O. Box 195075<br>San Juan PR 00919-5075 | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com | Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, 16th Floor<br>San Juan PR 00901 | ltorres@cstlawpr.com<br>AAneses@cstlawpr.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | CD Builders, Inc | Attn: Ismael Carrasquillo<br>Bo Celada Carr 9945 Km 2.4<br>Gurabo PR 00778 | cdbuilders@live.com | Email |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, and Luis A Rivera Siaca | Charles A. Cuprill, P.S.C., Law Offices | Attn: Charles A. Cuprill–Hernández<br>356 Fortaleza Street<br>Second Floor<br>San Juan PR 00901 | ccuprill@cuprill.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Chicago Equity Partners | Attn: Marty Dorow<br>180 N La Salle Street Suite 3800<br>Chicago IL 60601 | mdorow@chicagoequity.com | Email |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig<br>P.O. Box 9478<br>San Juan PR 00908-9478 | eduardo@cobianroig.com | Email |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud<br>330 West 42nd Street<br>New York NY 10036-6979 | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Constructora I. Meléndez | Attn: Abimale Meléndez<br>15 Betances Ste 3<br>Santa Isabel PR 00926 | cimelendez@coqui.net<br>cimoc@coqui.net | Email |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López<br>PO Box 364925<br>San Juan PR 00936-4925 | jlopez@constructorasantiago.com | Email |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo PR 00968 | ra@calopsc.com<br>scriado@calopsc.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Database Marketing Services | Attn: Kenneth Sewell<br>Zona Industrial Amelia 20 Calle Diana<br>Guaynabo PR 00968 | ksewell@databasepr.com | Email |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Debevoise & Plimpton LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq.<br>919 Third Avenue<br>New York NY 10022 | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>robert.jossen@dechert.com<br>andrew.harmeyer@dechert.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr.<br>90 State House Square<br>Hartford CT 06106 | eric.brunstad@dechert.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio<br>Cira Centre<br>2929 Arch Street<br>Philadelphia PA 19104 | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Del Valle Group, S.P. | Del Valle Group, S.P. | Attn. Humberto Reynolds, President, Del Valle Group, S.P., P.O. Box 2319 Toa Baja PR 00951-2319 | | First Class Mail |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Del Valle Group, S.P. | Attn: Rafael A Calderon State Rd 864 Km 0.6 Bo Campanillas Campanillas Toa Baja PR 00949 | rcalderon@delvallegroup.net | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez PO Box 11750 Fernández Juncos Station San Juan PR 00910-1750 | afernandez@delgadofernandez.com | Email |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192 San Juan PR 00902-0192 | | First Class Mail |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis 1400 Defense Pentagon Washington DC 20301-1400 | | First Class Mail |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry 1000 Independence Ave., SW Washington DC 20585 | | First Class Mail |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly 245 Murray Lane., SW Washington DC 20528-0075 | | First Class Mail |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson 451 7th Street., SW Washington DC 20410 | | First Class Mail |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price 200 Independence Ave, SW Washington DC 20201 | | First Class Mail |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation P.O. Box 9020192 San Juan PR 00902-0192 | wburgos@justicia.pr.gov | Email |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke 1849 C St., NW Washington DC 20240 | | First Class Mail |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao 1200 New Jersey Ave., SE Washington DC 20590 | | First Class Mail |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin 810 Vermont Ave., NW Washington DC 20420 | | First Class Mail |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé Highways & Transportation Authority PMB 443 Suite 112, 100 Grand Paseos Blvd San Juan PR 00926-5902 | rcastellanos@devconlaw.com | Email |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924 San Juan PR 00936-4924 | dperez@cabprlaw.com | Email |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens Edificio Ochoa, Suite 401 500 Calle de la Tanca San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 4 of 14

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley<br>444 West Lake Street<br>Suite 900<br>Chicago IL 60606-0089 | richard.chesley@dlapiper.com | Email |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese<br>1251 Avenue of the Americas<br>New York NY 10020 | richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com | Email |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington DC 20460 | | First Class Mail |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai<br>445 12th St., SW<br>Washington DC 20554 | | First Class Mail |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton<br>500 C St., SW<br>Washington DC 20472 | | First Class Mail |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq.<br>P.O. Box 9023905<br>San Juan PR 00902-3905 | jcc@fclawpr.com<br>vperez@globalinsagency.com | Email |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Ferrovial Agroman | Attn: Manuel Sanchez Pereira<br>1250 Ponce De Leon Ave<br>San Juan Building Suite 901-902<br>San Juan PR 00907 | msanchez.portugal@ferrovial.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | First Transit, Inc. | Attn: Julio Badia<br>Marginal Ave Martinez<br>Nadal Esq PR-19<br>San Juan PR 00920 | julio.badia@firstgroup.com | Email |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas<br>P.O. Box 13786<br>San Juan PR 00908 | bkfilings@fortuno-law.com | Email |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón<br>1519 Ponce De León Ave.<br>First Federal Bldg. Suite 805<br>San Juan PR 00909 | bufetefrgonzalez@gmail.com | Email |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones<br>254 Ave. Jesús T. Piñero<br>San Juan PR 00927 | wmq@wmarrerolaw.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Gila Llc | Attn: Luis Alberto Sánchez<br>Metro Office Park Calle 1<br>Building 3 Ste 200<br>Guaynabo PR 00968 | luisalberto.sanchez@gilacorp.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Global Insurance Agency Inc | Attn: Vivian Perez<br>257 Calle De Recinto Sur<br>San Juan PR 00901-1914 | vperez@globalinsagency.com | Email |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal, Solymar Castillo Morales<br>Post Office Box 70364<br>San Juan PR 00936-8364 | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Hernandez Gutierrez Law | Attn: Mariana Hernandez<br>Ponce De Leon Ave.<br>First Federal Building Suite 713-715<br>San Juan PR 00909 | mhernandez@mihglaw.com | Email |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Hogan Lovells US LLP | Attn: Robin E. Keller, Esq.<br>875 Third Avenue<br>New York NY 10022 | robin.keller@hoganlovells.com | Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: Jesús E. Cuza<br>701 Brickell Avenue, Suite 3300<br>Miami FL 33131 | jesus.cuza@hklaw.com | Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq.<br>10 St. James Avenue<br>Boston MA 02116 | bos-bankruptcy@hklaw.com | Email |
| Counsel to Asociación Puertorriqueña de la Judicatura | Indiano & Williams, P.S.C. | Attn: David C. Indiano & Leticia Casalduc-Rabell<br>207 del Parque Street<br>3rd Floor<br>San Juan PR 00912 | David.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com | Email |
| Counsel to Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila<br>207 del Parque Street<br>3rd Floor<br>San Juan PR 00912 | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com | Email |
| Integrand Assurance Company | Integrand Assurance Company | P.O. Box 70128<br>San Juan PR 00936-8128 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market Street<br>Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit<br>City View Plaza<br>48 Carr 165, Suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Catherine Steege & Melissa Root<br>353 N. Clark Street<br>Chicago IL 60654 | csteege@jenner.com<br>mroot@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Robert Gordon & Richard Levin<br>919 Third Ave<br>New York NY 10022-3908 | rgordon@jenner.com<br>rlevin@jenner.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Jones Day | Attn: Bruce Bennett<br>555 South Flower Street, 50th Floor<br>Los Angeles CA 90071 | bbennett@jonesday.com | Email |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | 8169 Calle Concordia<br>Suite 102, Cond. San Vicente<br>Ponce PR 00717-1556 | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com | Email |
| Counsel to Del Valle Group, S.P. | Jorge R. Quintana-Lajara | 400 Calle Calaf, PMB 165<br>San Juan PR 00918-1314 | jorgequintanalajara@gmail.com | Email |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos<br>PO Box 364966<br>San Juan PR 00936-4966 | barrios.jl@outlook.com | Email |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | 701 Ave Ponce de Leon<br>Suite 401<br>San Juan PR 00907-3248 | jwc@jwcartagena.com | Email |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq.<br>1633 Broadway<br>New York NY 10019 | Kdavid@kasowitz.com<br>Dfliman@kasowitz.com<br>Isasson@kasowitz.com | Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | L.P.C.& D., Inc | Attn: Jorge L. González Crespo<br>PO Box 2025<br>Las Piedras PR 00771 | jorge@lpcdinc.com | Email |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr.<br>El Centro II, Suite 260<br>#500 Muñoz Rivera Avenue<br>San Juan PR 00918 | pola@frankpolajr.com | Email |
| Counsel to PFZ Properties, Inc. | Law Offices Ismael H. Herrero III & Associates, P.S.C. | Attn: Ismael H. Herrero, III<br>P.O. Box 362159<br>San Juan PR 00936-2159 | herreroilll@herrerolaw.com | Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq.<br>902 Fernández Juncos Ave.<br>902 Fernández Juncos Ave.<br>San Juan PR 00907 | andres@awllaw.com | Email |
| Counsel to CMA Architects & Engineers LLC and Municipality of San Sebastian | Law Offices of John E. Mudd | Attn: John E. Mudd<br>P.O. Box 194134<br>San Juan PR 00919 | jemudd@yahoo.com | Email |
| Counsel to Del Valle Group, S.P. | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall<br>P.O. Box 362634<br>San Juan PR 00936-2634 | craigmcc@me.com | Email |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | Email |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn:  Thomas Hommell, General Counsel<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | thomas.hommel@lehmanholdings.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Liberty Cablevision of Puerto Rico LLC | Attn: Alexandra Verdiales<br>P.O. Box 192296<br>San Juan PR 00919-2296 | Alexandra.verdiales@libertypr.com | Email |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios<br>PMB 456 Suite 102<br>405 Ave. Esmeralda<br>Guaynabo PR 00969 | alinares2020@yahoo.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Mainline Information Systems | Attn: Martha Lucia Rodriguez<br>1700 Summit Lake Dr<br>Tallahassee FL 32317 | marthalucia@mainline.com | Email |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | 802 Avenida Fernández Juncos<br>Esquina Calle La Paz Miramar<br>San Juan PR 00907 | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com | Email |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | 9140 Marina St.<br>Suite 801<br>Ponce PR 00717 | mevicens@yahoo.com | Email |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan PR 00919-0095 | | First Class Mail |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo PR 00968 | | First Class Mail |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | Attn:  Maximiliano Trujillo-Gonzalez, Esq.<br>100 Grand Paseos Blvd.<br>Suite 112<br>San Juan PR 00926-5902 | maxtruj@gmail.com | Email |
| Counsel to Interamericas Turnkey, Inc. | Maximiliano Trujillo-Gonzalez, Esq. | 100 Grand Paseos Blvd Suite 112<br>San Juan PR 00926-5902 | maxtruj@gmail.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq.<br>270 Muñoz Rivera Avenue,<br>Suite 7<br>Hato Rey PR 00918 | aaa@mcvpr.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq.<br>PO Box 364225<br>San Juan PR 00936-4225 | aaa@mcvpr.com | Email |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq.<br>270 Muñoz Rivera Avenue<br>Suite 7<br>Hato Rey PR 00918 | nzt@mcvpr.com | Email |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq.<br>PO Box 364225<br>San Juan PR 00936-4225 | nzt@mcvpr.com | Email |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Mesirow Financial Investment Mgt Inc. | Attn: Luis Villarejo<br>353 N. Clark St.<br>Chicago IL 60654 | lvillarejo@mesirowfinancial.com | Email |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com | Email |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano & Ricardo R. Lozada - Franco<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo PR 00968 | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com | Email |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra<br>101 San Patricio Ave.<br>Suite 1120<br>Guaynabo PR 00968 | msimonet@msglawpr.com | Email |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>Plaza 273 Suite 700<br>273 Ponce de León Ave.<br>Hato Rey PR 00917-1934 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com | Email |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Email |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras<br>P.O. Box 191979<br>San Juan PR 00919-1979 | jbrugue@mbbclawyers.com | Email |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq.<br>701 Ponce de León<br>Suite 401, Centro de Seguros Bldg.<br>San Juan PR 00907 | man@nblawpr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Netwave Equipment Corp. | Attn: Melissa Piovannetti<br>316 Ave De La Constitucion<br>San Juan PR 00901 | melissa@nustream.com | Email |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq.<br>437 Madison Avenue<br>New York NY 10022-7039 | rchristmas@nixonpeabody.com | Email |
| Counsel to Official Committee of Unsecured Creditors | O'Neill & Gilmore LLC | Attn: Patrick O'Neill, Esq.<br>252 Ponce de Leon Ave.<br>City Towers Suite 1701<br>San Juan PR 00918 | pdo@go-law.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | OI Maintenance | Attn: Juan Calo Calderon<br>W E34 Ave Costo Sta Juanita<br>Bayamon PR 00956 | olmaintenance@yahoo.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq. & Peter Friedman, Esq.<br>7 Times Square<br>New York NY 10026 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com | Email |
| Counsel to Liberty Cablevision of Puerto Rico LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández<br>#27 Calle González Giusti Ste 300<br>Guaynabo PR 00968-3076 | ofernandez@oflawoffice.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com | Email |
| Counsel to GO Group | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com | Email |
| Interested Party, Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments LLC | c/o National Corporate Research, Ltd.<br>850 New Burton Road<br>Suite 201<br>Dover DE 19904 | peajeinfo@dechert.com | Email |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng. Luis R. Vazquez<br>617 Road 337<br>Peñuelas PR 00624-7513 | luis.vazquez@peerlessoil.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción<br>671 Road 337<br>Peñuelas PR 00624-7513 | sonia.concepcion@peerlessoil.com | Email |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Popular Asset Management | Attn: Javier Rubio CFA<br>209 Muñoz Rivera Ave 9Th Floor<br>Hato Rey PR 00918 | jrubio@bppr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Puerto Rico Attorneys and Counselors at Law PSC | Attn: Jose F Chaves Caraballo<br>203 Calle Eleonor Roosevelt<br>Hato Rey PR 00918-3006 | chaves@fc-law.com | Email |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov | Email |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | Call Box 158<br>Carolina PR 00986-0158 | | First Class Mail |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva<br>PO Box 360998<br>San Juan PR 00936-0998 | fsilva@claropr.com | First Class Mail and Email |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>davidcooper@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com | Email |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo PR 00623 | | First Class Mail |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan PR 00901 | | First Class Mail |

In re: The Commonwealth of Puerto Rico, et al.<br>Case No. 17-03283 (LTS)

Page 10 of 14

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: C. Neil Gray, David M. Schlecker<br>599 Lexington Avenue<br>New York NY 10022 | cgray@reedsmith.com<br>dschlecker@reedsmith.com | Email |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | Email |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Email |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com | Email |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó<br>Ave. Fernández Juncos 802<br>San Juan PR 00907 | mpico@rexachpico.com | Email |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Mark T. Stancil, Gary A. Orseck, & Donald Burke<br>1801 K Street, NW<br>Washington D.C. 20006 | mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>dburke@robbinsrussell.com | Email |
| Counsel to American Federation of State, County and Municipal Employees | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com | Email |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | La Coruna<br>Apt. 103<br>Guaynabo PR 00969 | rgarciafontan@gmail.com | Email |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq.<br>American Airlines Building<br>1509 López Landrón, Piso 10<br>San Juan PR 00911 | rprats@rpplaw.com | Email |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq.<br>166 Avenida de la Constitución<br>San Juan PR 00901 | cbimbela@scvrlaw.com<br>mhernandez@scvrlaw.com | Email |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola<br>P.O. Box 195553<br>San Juan PR 00919-5533 | jsalichs@splawpr.com<br>etejeda@splawpr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Santander Asset Management | Attn: Desiree Mieses<br>Santander Tower San Patricio<br>B7 Calle Tabonuco Ste 1800<br>Guaynabo PR 00968 | Dmieses@sampr.com | Email |
| Counsel to American Federation of State, County and Municipal Employees | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender<br>919 Third Avenue<br>New York NY 10022 | brian.pfeiffer@srz.com<br>tae.kim@srz.com<br>parker.milender@srz.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Secretario Tribunal De San Juan | Attn: Jose Silva Jiménez<br>268 Ave Muñoz Rivera<br>San Juan PR 00921 | jose.silva@ramajudicial.pr | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com | Email |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos & Aníbal J. Núñez González<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>anunez@smlawpr.com | Email |
| Counsel for The Bank of New York Mellon, as trustee | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, & José Javier Santos Mimoso<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan PR 00918 | lsepulvado@smlawpr.com<br>jescobar@smlawpr.com<br>jsantos@smlawpr.com | First Class Mail and Email |
| Federal Agency | Small business Administration (SBA) | Attn: Linda McMahon<br>409 3rd St., SW<br>Washington DC 20416 | | First Class Mail |
| Top 20 Unsecured Creditor, Employee Retirement System | State Street Global Advisors | Attn: Michael Haley<br>3475 Piedmont Road NE<br>Suite 1920<br>Atlanta GA 30305 | Michael_Haley@ssga.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Super Asphalt Pavement Corp. | Attn: Paride Mazza<br>Bo Caimito Carr 1 Km 18.5<br>San Juan PR 00926 | jose@superasphalt.net | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Tamrio Inc. | Attn: Claudio Torres<br>Calle Rocherlice #31<br>Parque Industrial Del Oeste<br>Mayaguez PR 00680 | ctorres@tamrio.com | Email |
| Counsel to Tamrio Inc. | Tamrio Inc. | Attn: Eng.. Claudio Torres Serrano<br>PO Box 455<br>Mayaguez PR 00681 | jlopez@constructorasantiago.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Taplin, Canida and Habacht | Attn: Tere Alvarez Canida CFA<br>1001 Brickell Bay Dr.<br>Suite 2100<br>Miami FL 33131 | tac@tchinc.com | Email |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard<br>555 New Jersey Ave., N.W.<br>11th floor<br>Washington DC 20001 | | First Class Mail |
| Top 20 Unsecured Creditor, Employee Retirement System | The Bank of New York Mellon | Attn: Jon Bangor, Vice President<br>225 Liberty Street<br>New York NY 10286 | debbi.reid@bnymellon.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | The Eniac Corporation | Attn: Albilda Bosh<br># 27 Calle González Giusti 600 St<br>Guaynabo PR 00968 | albilda.bosch@eniac-corp.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| the Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | the Honorable Rosanna López León | El Capitolio<br>PO Box 9023431<br>San Juan PR 00902-3431 | mvega@senado.pr.gov | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | The Law Offices of Andrés W. López, P.S.C. | Attn: Andrés W. López, Esq.<br>902 Fernández Juncos Ave.<br>San Juan PR 00907 | andres@awllaw.com | Email |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com<br>har@trdlaw.com | Email |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division<br>Post Office Box 227<br>Ben Franklin Station<br>Washington D.C. 20044 | wardlow.w.benson@usdoj.gov | Email |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra PR 00739 | | First Class Mail |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington DC 20530 | | First Class Mail |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | | First Class Mail |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington DC 20044-0875 | | First Class Mail |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite<br>441 G St., NW<br>Washington DC 20548 | | First Class Mail |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan PR 00918 | | First Class Mail |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington DC 20250 | | First Class Mail |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington DC 20230 | | First Class Mail |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington DC 20202 | | First Class Mail |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow<br>330 C St., SW<br>Washington DC 20201 | | First Class Mail |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 13 of 14

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington DC 20530 | | First Class Mail |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington DC 20210 | | First Class Mail |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert<br>767 Fifth Avenue<br>New York NY 10153-0119 | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>salvatore.romanello@weil.com<br>gregory.silbert@weil.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | gkurtz@whitecase.com<br>jcunningham@whitecase.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia<br>Southeast Financial Center<br>200 South Biscayne Blvd Ste 4900<br>Miami FL 33131-2352 | jzakia@whitecase.com | Email |
| Counsel to Cardinal Health PR 120, Inc. | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq.<br>MCS Plaza<br>Ponce de León Avenue, Suite 801<br>San Juan PR 00917 | william.m.vidal@gmail.com | Email |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq.<br>USDCPR 201106<br>P.O. Box 1801<br>Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |