UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :
                                                                 :
THE FINANCIAL OVERSIGHT AND                                      :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                :    Title III
                                                                 :
    as representative of                                         :    Case No. 17-BK-3283 (LTS)
                                                                 :
THE COMMONWEALTH OF PUERTO RICO *et al.*,                        :    (Jointly Administered)
                                                                 :
    Debtors.[1]                                                  :
                                                                 :
---------------------------------------------------------------- x

## **APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

Comes now, James R. Bliss, applicant herein and respectfully states:

1. Applicant is a partner and a member of the law firm of Paul Hastings LLP, with offices at:

| Address | 200 Park Avenue<br>New York, NY 10166 |
|---|---|
| Email | jamesbliss@paulhastings.com |
| Telephone No. | 212-318-6626 |
| Fax No. | 212-230-7845 |

2. Applicant will sign all pleadings with the name James R. Bliss.

3. Applicant has been retained personally or as a member of the above-named firm by

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the <u>Official Committee of Unsecured Creditors</u> to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1999, applicant has been and presently is a member in good standing of the bar of the highest court of the State of <u>New York</u>, where applicant regularly practices law. Applicant's bar license number is 2953503.

5. Applicant has been admitted to practice before the following courts:

| *Court* | *Admission Date* |
|---|---|
| State of New York | 1999 |
| State of Connecticut | 1995 |
| District Court of Connecticut | 1997 |
| Southern District of New York | 1998 |
| Eastern District of New York | 1998 |
| Western District of Michigan | 2002 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

| Name | Patrick D. O'Neill |
|---|---|
| USDC-PR Bar No. | 128202 |

| | |
|---|---|
| Address | City Towers, Suite 1701, 252 Ponce de León Avenue, San Juan, Puerto Rico 00918 |
| Email | pdo@go-law.com |
| Telephone No. | 787-620-0670 |
| Fax No. | 787-620-0671 |

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

*[Remainder of page intentionally left blank.]*

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: July 5, 2017.

James R. Bliss
Printed Name of Applicant

s/ *James R. Bliss*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: July 5, 2017.

Patrick D. O'Neill
Printed Name of Local Counsel

s/ *Patrick D. O'Neill*
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

s/ *James R. Bliss*
Signature of Applicant

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE