UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et als.* | (Jointly Administered) |
| Debtor | |
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3566-LTS |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | (Joint Administration Requested) |
| Debtor | |
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3567 - LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | (Joint Administration Requested) |
| Debtor | |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

NOW COMES creditor FERROVIAL AGROMAN, LLC ("FERROVIAL"), party in interest in the

<u>PROMESA TITLE III Case No. 17 BK 3567-LTS</u> represented by the undersigned law office and respectfully sets forth and prays:

That pursuant to the provisions of Rule 9010(b) of the Rules of the Federal Rules of Bankruptcy Procedure made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act (hereinafter "PROMESA"), 48 USCS § 2170 and pursuant to the Court's Order Establishing Case Management Procedures entered on docket on June 2, 2017 (docket # 40) the undersigned counsel request that all notices given or required to be given and all papers and or pleadings to be served, orders and judgments entered in the above captioned case be served upon the parties whose name and contact information is hereinafter disclosed:

1. To FERROVIAL:

    FERROVIAL AGROMAN, LLC
    Attn. Eng. Nassin E. Tactuk Diná
    1250 Ponce de León Ave., San José Bldg., Suite 901
    San Juan, PR 00902
    Tel. (787) 725-5505
    E-mail: n.tactuk@ferrovial.com

    FERROVIAL's Counsel:

    CARDONA-JIMENEZ LAW OFFICES, PSC
    PO Box 9023593
    San Juan, PR 00902-3593
    Tel: (787) 724-1303, Fax (787) 724-1369
    E-mail: jf@cardonalaw.com

WHEREFORE appearing party prays that the Clerk of the Court take notice of the appearance of the undersigned law office and to notify it of all proceedings in this case, including but not limited to copies of the petition, schedules, motions, statements filed and orders or judgments entered in the above captioned case and further prays that the name and address be added to the Master Address List kept in the above captioned case.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: to all attorneys that have filed their respective notice of appearance and to the Standard Parties as such term is defined in the Court's Order Establishing Case Management Procedures, supra:

(i) <u>Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to each chamber listed below)</u>:

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150,
San Juan, P.R. 00918-1767

-and-

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii)     Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii)     <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn:    Gerardo J. Portela Franco
           Mohammad Yassin, Esq.
E-Mail: Gerardo.Portela@aafaf.pr.gov
          Mohammad.Yassin@aafaf.pr.gov

(iv)     <u>Counsel for AAFAF</u>:

| | |
|---|---|
| O'Melveny & Myers LLP | Law Offices of Andrés W. López, Esq. |
| 7 Times Square | 902 Fernández Juncos Ave. |
| New York, New York 10036 | San Juan, PR 00907 |
| Attn:   John J. Rapisardi, Esq. | Attn: Andrés W. López, Esq. |
|         Suzzanne Uhland, Esq. | E-Mail: andres@awllaw.com |
|         Peter Friedman, Esq. | |
|         Diana M. Perez, Esq. | |
| E-Mail: jrapisardi@omm.com | |
|         suhland@omm.com | |
|         pfriedman@omm.com | |
|         dperez@omm.com | |

(v)     <u>Counsel for the Oversight Board</u>:

| | |
|---|---|
| Proskauer Rose LLP | O'Neill & Borges LLC |
| Eleven Times Square | 250 Muñoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |

Attn: Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
Chris Theodoridis
E-Mail: mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
ctheodoridis@proskauer.com

Attn: Hermann D. Bauer, Esq.
E-Mail: herman.bauer@oneillborges.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: to the members of the Creditors' Committee at their postal address of record.

In San Juan, Puerto Rico, on the 05th day of July, 2017.

CARDONA JIMENEZ LAW OFFICES, PSC
Attorney for FERROVIAL
PO Box 9023593
San Juan, PR 00902-3593
Tel: (787) 724-1303, Fax (787) 724-1369
E-mail: jf@cardonalaw.com


*s/José F. Cardona Jiménez*, USDC PR 124504
jf@cardonalaw.com