**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| ---------------------------------------------------------x | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |
| ---------------------------------------------------------x | |

**AFFIDAVIT OF PUBLICATION**

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

This Affidavit of Publication includes sworn statements verifying that the *Notice of Commencement of Cases Under Title III of PROMESA, Entry of Order for Relief and Related Matters*, conformed for publication, was published: on June 8th, 15th and 22nd of 2017 in (a) the *Bond Buyer* as described on **Exhibit A** attached hereto; (b) *El Diario/La Prensa* as described on **Exhibit B** attached hereto; (c) *El Nuevo Dia* as described on **Exhibit C** attached hereto; (d) *El Nuevo Herald* as described on **Exhibit D** attached hereto; and (e) the *Caribbean Business* as described on **Exhibit E** attached hereto.

---

1 The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: July 5, 2017

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on July 5, 2017, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ____________________

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

**Copy Of Advertisement Of**

## City and County of New York, ss.: -

Yohanna Beato being duly sworn, says that she is the Billing Coordinator of the BOND BUYER, a daily newspaper printed and published at One State Street Plaza, in the City of New York, County of New York, State of New York; and the notice, of which the annexed is a printed copy, was regularly published in said BOND BUYER on June 8th, 15th, 22nd 2017.

*Billing Coordinator*

*Subscribed and sworn to before me this*

June 22nd, 2017

**Cynthia D. Lewis**
**Notary Public, State of New York**
**No. 01LE6202296**
**Qualified in New York County**
**Commission Expires March 9, 2021**

each maturity registered in the name of the Purchaser, subject to the provisions of the "Optional DTC Book-Entry-Only" herein.

**CUSIP NUMBERS:** If the Purchaser requires CUSIP numbers on the Bonds, the Purchaser shall request assignment of CUSIP numbers for the Bonds and provide the numbers to PFM Financial Advisors LLC and Thrun Law Firm, P.C., within forty-eight (48) hours of the bond sale. CUSIP numbers will be imprinted on the Bonds at the expense of the Issuer. An improperly imprinted number or failure to print CUSIP numbers shall not constitute basis for the Purchaser to refuse to accept delivery of the Bonds. The Purchaser shall be responsible for the payment of any charges for the assignment of numbers.

**BIDDER CERTIFICATION - NOT "IRAN-LINKED BUSINESS":** By submitting a bid, the bidder shall be deemed to have certified that it is not an "Iran-Linked Business" as defined in Act 517, Public Acts of Michigan, 2012; MCL 129.311, et seq.

**FURTHER INFORMATION** may be obtained from PFM Financial Advisors LLC, 555 Briarwood Circle, Suite 333, Ann Arbor, Michigan 48108. Telephone: (734) 994-9700.

**THE RIGHT IS RESERVED TO REJECT ANY OR ALL BIDS.**

**ENVELOPES** containing the bids should be plainly marked "Proposal for Galesburg-Augusta Community Schools 2017 School Building and Site Bonds, Series II".

STEPHANIE GILLFILLAN
Secretary, Board of Education

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 1, 2017, the Court entered an order approving the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

THE BOND BUYER

**The Bond Buyer Network**
of Products and Services

Your Direct Route to the
**$3.7 Trillion** Municipal Market

**The Bond Buyer Newspaper —**
The only newspaper committed to serving the municipal bond market. No other publication covers and penetrates the municipal market and reaches the movers and shakers who set the pace for record sales. Make sure this powerful audience sees your message every day.

**The Bond Buyer Network**
is a powerful line of products and services targeted to bring your message directly to the $3.7 trillion Municipal Market.

**Put The Bond Buyer Network to work for you.**

THE BOND BUYER
THE DAILY NEWSPAPER OF PUBLIC FINANCE
THURSDAY
COMMENTARY
WEB EXCLUSIVES
Insurers Turn Into 'Mad Men'
Issuers Like NABL Paper On MCDC
WEDNESDAY'S YIELDS
MSRB Names New Officials, Including Barclays' Arnone
INSIDE

For complete information on creating integrated advertising programs, contact
**MICHAEL BALLINGER |** 212.803.8481 | *Michael.Ballinger@sourcemedia.com*



*continued from previous page*

made in federal reserve funds. Unless the Purchaser furnishes the Paying Agent with a list giving the denominations and names in which it wishes to have the certificates issued at least five (5) business days prior to delivery of the Bonds, the Bonds will be delivered in the form of a single certificate for each maturity registered in the name of the Purchaser, subject to the provisions of the "Optional DTC Book-Entry-Only" herein.

**CUSIP NUMBERS:** If the Purchaser requires CUSIP numbers on the Bonds, the Purchaser shall request assignment of CUSIP numbers for the Bonds and provide the numbers to PFM Financial Advisors LLC and Thrun Law Firm, P.C., within forty-eight (48) hours of the bond sale. CUSIP numbers will be imprinted on the Bonds at the expense of the Issuer. An improperly imprinted number or failure to print CUSIP numbers shall not constitute basis for the Purchaser to refuse to accept delivery of the Bonds. The Purchaser shall be responsible for the payment of any charges for the assignment of numbers.

**BIDDER CERTIFICATION - NOT "IRAN-LINKED BUSINESS":** By submitting a bid, the bidder shall be deemed to have certified that it is not an "Iran-Linked Business" as defined in Act 517, Public Acts of Michigan, 2012; MCL 129.311, et seq.

**FURTHER INFORMATION** may be obtained from PFM Financial Advisors LLC, 555 Briarwood Circle, Suite 333, Ann Arbor, Michigan 48108. Telephone: (734) 994-9700.

**THE RIGHT IS RESERVED TO REJECT ANY OR ALL BIDS.**

**ENVELOPES** containing the bids should be plainly marked "Proposal for Ithaca Public Schools 2017 School Improvement Bonds (General Obligation – Limited Tax)".

Bradley S. Heffner
Secretary, Board of Education

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 1, 2017, the Court entered an order approving the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

# Announcement of Sale

Under no circumstances shall the Preliminary Official Statement or this notice constitute an offer to sell or the solicitation of an offer to buy.

Dated: July 1, 2017

**$5,145,000**

**STANLEY LAKE MUNICIPAL UTILITY DISTRICT**

**(A political subdivision of the State of Texas located within Montgomery County, Texas)**

**UNLIMITED TAX REFUNDING BONDS, SERIES 2017**

For information about the Bonds, please consult the Preliminary Official Statement at the following web site:
http://www.i-dealprospectus.com/PDF.asp?doc=75990

BOK Financial Securities, Inc.

SAMCO CAPITAL MARKETS

IPREO

**Preliminary, subject to change*

THE BOND BUYER
CAREERZONE

Contact:
Reana Teichman
Phone: 212-803-8620
reana.teichman@sourcemedia.com

**ANALYST/ASSOCIATE**

**Credit Suisse Asset Management**

Seeking to fill Jr. position on growing buy-side Muni team.

Analyst/Associate level, will be involved in all facets of the business.

Send resumes to:
**laura.dlug@credit-suisse.com**

THE BOND BUYER
CALL TO SUBSCRIBE
888.807.8667

**To place your Bond Redemption Advertisement in *The Bond Buyer*, please call Kerry-Ann Blake-Parkes at 1.212.803.8436 or email it to nos@sourcemedia.com.**

**It's more than a bond deal—**
You're creating a cleaner, safer environment.

**Price matters—get the best yield.**

Advertise your Competitive Sale in *The Bond Buyer*.

For more information, contact Kerry-Ann C. Parkes at 1.212.803.8436 or at nos@sourcemedia.com.

*continued from previous page*

herein described, prepared as of June 16, 2017, will show the full valuation of real estate subject to taxation by the Fire District to be $4,837,357,647, its debt limit to be $145,120,729, and its total net indebtedness subject to the debt limit to be $0. Issuance of the bonds will increase total net indebtedness by $6,500,000. Copies of the Official Statement and Notice of Bond Sale are available at www.munistat.com.

Dated: June 16, 2017
Dix Hills, New York

/s/Nancy Magno
Fire District Treasurer

## NOTICE OF INTENTION TO SELL BONDS

**$30,000,000**
**JEFFERSON UNION HIGH SCHOOL DISTRICT**
**(San Mateo County, California)**
**General Obligation Bonds,**
**2014 Election, Series C**

NOTICE IS HEREBY GIVEN, under California Government Code Section 53692, that bids will be received for the purchase of $ $30,000,000 principal amount of bonds of the District designated the "Jefferson Union High School District (San Mateo County, California) General Obligation Bonds 2014 Election, Series C (the "Bonds"), to be issued by the Jefferson Union High School District (the "District"). Bids will be received in electronic form via BiDCOMP™/Parity® on

**THURSDAY, JUNE 29, 2017**

or, at the option of the District, on successive days thereafter until acceptance of a bid, in either case at 9:00 a.m. Pacific Time. Further information, including copies of the preliminary Official Statement and Official Notice of Sale, may be obtained from the financial advisor to the District, Dale Scott & Co., 650 California Street, 8th Floor, San Francisco, California 94108, telephone at (415) 956-1030. Such information is also available on the website of the financial advisor at http://www.dalescott.com/financings/. Bidders are referred to the Official Notice of Sale of the Bonds for further particulars concerning the terms and conditions of the sale.

GIVEN by order of the Board of Trustees of the Jefferson Union High School District by resolution adopted June 6, 2017.

**It's more than a bond deal—**
You're creating a cleaner, safer environment.

**Price matters—get the best yield.**

Advertise your Competitive Sale in *The Bond Buyer.*

For more information, contact Kerry-Ann C. Parkes at 1.212.803.8436 or at nos@sourcemedia.com.

**For rates and additional information about advertising a Notice of Competitive Sale, please call Kerry-Ann C. Parkes at 212.803.8436 or send an email to NOS@sourcemedia.com.**

# Request for Proposal Advertisement

**Request for Proposal**

The Metropolitan Washington Airports Authority is seeking proposals from financial institutions interested in providing (A) Direct Funded Indexed Floaters and/or (B) a direct pay letter of credit to support Variable Rate Demand Bonds. The Airports Authority is soliciting proposals from financial institutions to provide credit facility(ies) in order to potentially extend/replace up to $300 million of the existing credit facilities scheduled to expire in 2017. Request for Proposals (RFP) 1-17-F110 is available on the Airports Authority's website at:

http://www.mwaa.com/business/current-contracting-opportunities

Please complete the registration form to indicate your intent to respond, as this will assist the Airports Authority in communicating with potential respondents. Responses must be prepared in accordance with the terms outlined in the RFP and must be received no later than 10:00 a.m. (EST) on July 12, 2017. For additional information, please review the terms and conditions of the RFP. The Airports Authority reserves the right to reject any or all submissions for any reason, to waive any irregularity and to request additional information.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 1, 2017, the Court entered an order approving the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

1 The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2 PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

**Exhibit B**

# AFFIDAVIT OF PUBLICATION

**State of New York )**

**:**

**County of New York )**

Ana Vera, Being duly sworn declares that she is

Senior Account Executive for the daily newspaper El Diario / La Prensa,

Published in the City, County and State of New York by CPK NYC, LLC.,

with main offices located at One Metrotech Center, 18th Floor, Brooklyn, NY 11201

And that Legal Notice

(Advertisement), a true copy of which is annexed, was published in the said Newspaper for

THE COMMONWEALTH OF PUERTO RICO On Thursday

June 8, 15, 22 Of the year 2017.

Sworn to before me this 27th

Day of June 2017

as per Ana Vera

Notary Public

MARTHA CITY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CI6147323
Qualified in Queens County
Certificate Filed in New York County
My Commission Expires May 30, 2018

**One Metrotech Center, 18th Fl, Brooklyn, NY 11201 Tel: 212-807-4632 Fax 212-807-4617**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Titulo III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

923-13767-1

SOUNDS OF QUIROGA

PRUEBA LA NUEVA PASIÓN DE SALSA, MERENGUE Y BACHATA

**Gran Lanzamiento y Fiesta Bailable**

Sábado 17 de Junio 2017 | Puertas Abren: 9:30pm | Show 10pm

SOB's
204 VARICK STREET
212.243.4940
WWW.SOBS.COM

Un nuevo y energizante sonido latino de salsa, merengue y bachata original, Sounds of Quiroga es la atrevida visión de canción y ritmo fusionados con armonías apasionadas, melodías contagiosas y la energía adictiva del sabor afro-latino con el carácter clásico de las grandes orquestas tropicales.

Para su disco llamado Sounds of Quiroga, Gian-Carla Tisera (Bolivia) y Arturo Peña (República Dominicana) reúnen los talentos de 26 músicos y cantantes latinoamericanos con raíces en la ciudad de Nueva York, República Dominicana y Bolivia. Los dos artistas se conocieron en los círculos musicales de Nueva York; Gian-Carla como cantante y compositora y Arturo como baterista y productor. El disco – Sounds of Quiroga: A Salsa, Merengue, Bachata Project – estará a la venta en tiendas digitales el 17 de Junio, 2017.

**www.soundsofquiroga.com**

924-13206-1

# NOTIFICACIÓN DE CONSULTA PÚBLICA

## Oficina de la Alcaldía Auxiliar para la Vivienda y el Desarrollo Económico Borrador del Alcance del Trabajo para una Declaración del Impacto Ambiental (DIA) de Spofford Campus

**Identificación del proyecto**
CEQR No. 17DME001X
Clasificación SEQRA: Tipo I

**Agencia líder**
Oficina de la Alcaldía Auxiliar
para la Vivienda y el Desarrollo Económico
253 Broadway – 14th Floor,
New York, New York 10007

A TRAVÉS DE LA PRESENTE SE NOTIFICA QUE habrá una reunión de consulta pública el lunes, 26 de junio, 2017 en PS 48, ubicada en 1290 Spofford Avenue, Bronx, NY 10474, en el auditorio del primer piso a las 6:30 PM. Se ofrecerán servicios de interpretación en español. Se aceptarán comentarios escritos sobre el borrador del Alcance del Trabajo, por correo electrónico o por correo regular a los contactos incluidos más adelante en este documento.

Como respuesta a la directriz de preparar una Declaración de Impacto Ambiental (DIA), la Oficina de la Alcaldía Auxiliar para la Vivienda y el Desarrollo Económico, como agencia líder, publicó el 23 de mayo, 2017 una Declaración de Evaluación Ambiental, una Declaración Positiva y un borrador del Alcance del Trabajo, lo cual está disponible para su revisión, con la persona contacto listada más adelante y en el sitio web de la Oficina de Coordinación Ambiental de la Alcaldía: www.nyc.gov/oec.

La Corporación de Desarrollo Económico de la Ciudad de Nueva York ("NYCEDC"), en colaboración con The Peninsula JV, LLC ("Peninsula"), propone una serie de acciones para el uso de tierras con el fin de facilitar la renovación de un sitio en el South Bronx que esté bajo la propiedad del Municipio (el "Sitio de Construcción"). Estas acciones facilitarían el desarrollo de una construcción de uso mixto, 100% asequible, compuesta por cinco edificios nuevos con hasta 823.700 pies cuadrados para el área total del suelo, incluyendo hasta 777 unidades de vivienda asequible con hasta 671.800 pies cuadrados para el total del área del suelo residencial. La construcción también incluiría hasta 40.000 pies cuadrados para el total del área de manufactura y aproximadamente 53.441 pies cuadrados de espacio abierto con acceso público (colectivamente, el "Proyecto Propuesto"). Se espera que el Proyecto Propuesto se finalice para 2024.

El Proyecto Propuesto se construiría en un sitio de aproximadamente 209.000 pies cuadrados (4,79 acres), anteriormente ocupados por el Centro de Detención Juvenil Spofford, ubicados en 1201-1231 Spofford Avenue (Bloque 2738, Lote 35; Bloque 2763, Lote 29 y p/o Lotes 1 y 2) en el barrio de Hunts Point del Distrito Comunitario 2 del Bronx (el "Sitio de la Construcción"). Para facilitar el Proyecto Propuesto, se requieren las siguientes acciones para el uso de terrenos (colectivamente, las "Acciones Propuestas"):

A. Disposición de la propiedad municipal conforme a las Secciones 197(c) y 384(b)(4) de la Carta Constitucional de la Ciudad de Nueva York;
B. Una enmienda al mapa de zonificación para rezonificar el Sitio de la Construcción de un Distrito R6 a un Distrito Especial de Uso Mixto R7-2/M1-2;
C. Una enmienda al texto de zonificación para crear un nuevo Mapa 1 para el Distrito Comunitario 2 del Bronx en el Apéndice F de la Resolución de Zonificación de la Ciudad de Nueva York ("Resolución de Zonificación" o "RZ") para designar el Sitio de Construcción como una nueva área de Vivienda Inclusiva Obligatoria; y
D. Un Permiso Especial de Desarrollo General de Gran Escala ("LSGD") para permitir (i) modificaciones a las regulaciones de altura y retranqueo (RZ §123-662(a)(1)) en conexión con los Edificios 1B, 2A y 3; (ii) una modificación de las regulaciones de la distancia mínima entre edificios (RZ §23-711) en conexión con los Edificios 1A y 1B; y (iii) una modificación de las regulaciones de patios traseros (RZ §23-47) en conexión con el Edificio 2A.

Para facilitar la Construcción Propuesta, el NYCEDC, a nombre de la Ciudad de Nueva York, se ha asociado con Peninsula para solicitar las enmiendas al texto y el mapa de zonificación, así como también el Permiso Especial de LSGD. El Departamento de Servicios Administrativos Municipales de la Ciudad de Nueva York es el solicitante de la acción para el uso de terrenos necesaria con el fin de disponer el Sitio de la Construcción a Peninsula. Además, la compañía privada de construcción podría buscar, en un futuro, financiamiento público de Preservación y Desarrollo de Vivienda de la Ciudad de Nueva York o la Corporación de Desarrollo de Vivienda de la Ciudad de Nueva York con el fin de facilitar la construcción de vivienda permanentemente asequible y/o financiamiento público de la Agencia de Desarrollo Industrial de la Ciudad de Nueva York para propósitos de desarrollo económico.
El Sitio de la Construcción estuvo previamente ocupado por el Centro de Detención Juvenil Spofford – también conocido como el Centro de Detención Juvenil Bridges – desde finales de la década de 1950 hasta su clausura en 2011. El Sitio de la Construcción también contiene una instalación de Head Start para Pre-Kinder ("Instalación de Head Start") financiada y administrada por la Administración para Servicios a la Niñez de la Ciudad de Nueva York ("ACS"). Desde la clausura del centro de detención en 2011, el Sitio de la Construcción ha permanecido vacante, con la excepción de la Instalación de Head Start, la cual ha seguido operando. Peninsula propone renovar el mayormente vacante Sitio de Construcción con una construcción 100% asequible de uso mixto residencial, comercial e industrial ligero, incluyendo una instalación que reemplace la Instalación de Head Start de ACS existente.
Se pueden obtener copias de la Declaración Positiva y el borrador del Alcance del Trabajo en:

**Contacto:** Oficina de Coordinación Ambiental de la Oficina de la Alcaldía
Atención: Hilary Semel, directora
253 Broadway, 14th Floor
New York, New York 10007
Teléfono: (212)-676-3273
Correo electrónico: hsemel@cityhall.nyc.gov

**Solicitante:** Corporación de Desarrollo Económico de la Ciudad de Nueva York
Atención: Sharon Tepper, planificadora directiva
110 William Street, 6th floor
New York, NY 10038
(212) 619-5000
Correo electrónico: stepper@edc.nyc

Esta Notificación de Reunión Pública ha sido preparada conforme al Artículo 8 de la Ley de Conservación Ambiental del Estado de Nueva York (Ley de Revisión de Calidad Ambiental del Estado (SEQRA)), sus regulaciones de implementación encontradas en 6 NYCRR Parte 617, y las Reglas de Procedimiento para la Revisión Ambiental de la Ciudad encontradas en 62 RCNY Capítulo 5, y la Orden Ejecutiva 91 de 1977, según enmendada (CEQR).

988-14423-1

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Título III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

923-13767-1

# GRATIS
# LÍNEA DIRECTA DE INMIGRACIÓN

El New York Daily News y City University of New York han ayudado a más de 156,000 personas con preguntas sobre inmigración.

## ¡LLAME AHORA!

Lunes 19 de junio – Viernes 23 de junio
Nuestros voluntarios pueden ayudarle en Inglés, Español y muchos otros idiomas.

Inglés/Multilingüe: 212-444-5968
Español: 212-444-5964
Sordo/Problemas Auditivos: 711

PARTNERS

MEDIA AND TECHNOLOGY SPONSORS

SPONSORS

Bloomberg Philanthropies

924-14248-1

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, Como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.* Deudores.[1] | PROMESA Título III No. 17-3823-LTS (Administración Conjunta) |
|---|---|

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Titulo III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

923-13767-1

**Exhibit C**

# TRUBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

IN RE: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FIANANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL
DEUDORES

**PROMESA: TÍTULO III, NO. 173823-LTS (ADMINISTRACIÓN CONJUNTA)**

# AFIDAVIT

Yo, Carmencita Santana Rosado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**8, 15 Y 22 DE JUNIO DE 2017**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. 22 junio 2017

[signature]

Afidávit No. 19060 del Registro.

Jurado y reconocido ante mi por Carmencita Santana Rosado, vecina de San Juan, mayor de edad, soltera, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente,

FERNANDO RABELL ECHEGARAY ABOGADO-NOTARIO

Guaynabo, P.R. 22 junio 2017

[signature]

NOTARIO





Hoy a las 5:51 PM
Carlos "Johnny" Méndez Núñez,
Presidente de la Cámara de Representantes, ofrece un importante mensaje al pueblo de Puerto Rico
EN VIVO
wapa
www.wapa.tv
Transmisión simultánea por:
• Wapa Radio 680 AM
• Cumbre 1470 AM (Zona Central)
• Éxitos 1530 AM (Zona Norte)
• El 1480 AM (Zona Este)
• X61 610 AM (Zona Sureste)
• WGDL 1200 AM (Zona Noreste)
Este 11 de junio VOTA X ESTADIDAD
"Puerto Rico es mi Patria, mi hoy y mi mañana"
(Anuncio Político Pagado por Comité Amigos Johnny Méndez)

Universidad Interamericana de Puerto Rico
Recinto Metropolitano

ORIENTACIÓN Y MATRÍCULA
AGOSTO 2017

ESTUDIANTES DE NUEVO INGRESO
viernes, 9 de junio
8:00 a.m.

ESTUDIANTES TRANSFERIDOS
viernes, 16 de junio
8:00 a.m.

ESTUDIANTES DE NIVEL GRADUADO
miércoles, 21 de junio
6:00 p.m.

Información
787.620.2080

www.metro.inter.edu

INTER METRO

La UIPR posee Licencia de Renovación del Consejo de Educación de Puerto Rico y está acreditada por la Middle States Commission on Higher Education (MSCHE).

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act*) ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Título III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act*) ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Título III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

BENEFICIARIO DE MEDICARE
Si cumples 65 años,
llama hoy y solicita tu
Guía de
Orientación
sobre
Medicare
con la información que necesitas
saber sobre el proceso de
inscripción a Medicare y las fechas
importantes que debes considerar.
Guía de Orientación
sobre Medicare
MCS Classicare
(OSS)
¡Llama hoy!
1-866-627-8183
(Libre de Costo)

787-620-2530 (Área Metro)
1-866-627-8182 TTY (Audioimpedidos)
Lunes a domingo de 8:00 a.m. a 8:00 p.m.

MCS Classicare
(OSS)

mcsclassicare.com

Representación por actor pagado. MCS Classicare es un producto suscrito por MCS Advantage, Inc. MCS Classicare es un plan OSS con un contrato Medicare. La afiliación en MCS Classicare depende de la renovación del contrato. MCS Advantage, Inc. cumple con las leyes federales de derechos civiles aplicables y no discrimina por motivos de raza, color, nacionalidad, edad, discapacidad o sexo. MCS Advantage, Inc. complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. MCS Advantage, Inc. 遵守適用的聯邦民權法律規定，不因種族、膚色、民族血統、年齡、殘障或性別而歧視任何人。ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-866-627-8183 (TTY: 1-866-627-8182). ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Call 1-866-627-8183 (TTY: 1-866-627-8182). 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-866-627-8183 (TTY: 1-866-627-8182). H5577_2070417S Aceptado

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| In re: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, Como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.* Deudores.[1] | PROMESA Título III No. 17-3823-LTS (Administración Conjunta) |
|---|---|

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act*) ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Título III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

BENEFICIARIO DE MEDICARE PLATINO
$0
COPAGO EN VISITAS A MÉDICOS PRIMARIOS Y ESPECIALISTAS
$0
COPAGO EN HOSPITALES
$80
PARA MEDICAMENTOS FUERA DEL RECETARIO (OTC, POR SUS SIGLAS EN INGLÉS) $20 CADA 3 MESES

¡VIVE LA VIDA PLENA! CON MCS CLASSICARE PLATINO

PROGRESO (OSS PNE)

¡LLAMA AHORA!

1-855-541-0277
(Libre de Costo)

787-945-1326
(Área Metro)

TTY (Audioimpedidos)
1-866-627-8182

Lunes a domingo de 8:00 a.m. a 8:00 p.m.

MCS Classicare

(OSS)

Plan de Salud del Gobierno
medicare platino

mcsclassicare.com

Representación por actor pagado. MCS Classicare es un producto suscrito por MCS Advantage, Inc. MCS Classicare es un plan OSS con un contrato Medicare y con un contrato con el programa Medicaid de Puerto Rico. La afiliación en MCS Classicare depende de la renovación del contrato. Este plan está disponible para cualquier persona que tengas ambos, Asistencia Médica del Estado y Medicare. La información no es una descripción detallada de los beneficios. Para más información contacte al plan. Limitaciones, copagos y restricciones podrían aplicar. Beneficios y/o copagos/coaseguros pueden cambiar el 1º de enero de cada año. MCS Advantage, Inc. cumple con las leyes federales de derechos civiles aplicables y no discrimina por motivos de raza, color, nacionalidad, edad, discapacidad o sexo. MCS Advantage, Inc. complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. MCS Advantage, Inc. 遵守適用的聯邦民權法律規定，不因種族、膚色、民族血統、年齡、殘障或性別而歧視任何人。ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-866-627-8183 (TTY: 1-866-627-8182). ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Call 1-866-627-8183 (TTY: 1-866-627-8182). 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-866-627-8183 (TTY: 1-866-627-8182).

H5577_1641216S Aceptado

**Exhibit D**

Miami Herald
el Nuevo Herald

State of: Florida
County of: Monroe, Dade and Broward

June 22, 2017

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as ***EL Nuevo Herald*** has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for The Commonwealth of Puerto Rico, *Legal Notice* was distributed to Publishers full circulations (**EL Nuevo Herald** ) On the 8th day of June, 2017, On the 15th day of June, 2017 and, On the 22nd day of June, 2017

By: [signature]

Subscribed and sworn to before me this 22nd day of June 2017

Notary public: [signature]

Notary seal:

NOTARY PUBLIC
STATE OF FLORIDA
SILVIA SENDRA
MY COMMISSION # FF 108693
EXPIRES: August 1, 2018
Bonded Thru Notary Public Underwriters

Miami Herald
MEDIA COMPANY
3511 NW 91 Avenue, Miami, FL 33172 | *********@miamiherald.com | www.miamiherald.com | www.elnuevoherald.com



OPORTO
CAFÉ

SABOREE LO MEJOR DE LA COMIDA PORTUGUESA

Domingo a Lunes
11:30 a.m-9:00 p.m
Martes a Jueves
11:30 a.m-10:00 p.m
Viernes a Sábado
11:30 a.m-11:00 p.m

2257 Coral Way, Miami Fl 33145. Tel.: 305 859 2228
www.oportocafemiami.com

DURA-SEX
Alternativa Natural a Viagra
Erección Firme y Prolongada, Sin efectos secundarios,
100% Natural Efectiva en diabéticos e Hipertensos.
Tiene usted erección blanda, falta de erección o Eyaculación rápida?
Durasex es la solución
PARA HOMBRES DE 19 A 90 AÑOS
OFERTA ESPECIAL
$48 por 6 pastillas o
$90 por 12 pastillas
Resuelva sin riesgo y disfrute su relación
Suplementos Naturales, para cada día:
Para combatir la eyaculación rápida y aumentar la libido ........$60.00
Para elevar el nivel de su testosterona ........$40.00
Para combatir cancer y próstata inflamada ........$47.00
Para combatir su diabetes tipo 2 y su presion alta ........$65.00
Kareli, Inc (9am a 6pm)
1661 s.w.67 ave. Miami, FL. 33155
(305) 926-6559
www.durasexcap.com
www.durasexsublingual.com

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Titulo III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq*. (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

CON COMCAST BUSINESS VOICE MOBILITY,
TU NEGOCIO ESTÁ DONDE TÚ ESTÁS.

Porque te permite contestar todas las llamadas a tu negocio desde todos tus teléfonos, fijos y móviles, sin importar dónde estés.

**Visita business.comcast.com/mobility o llama al 800-501-6000.**

COMCAST
BUSINESS
B4B
BUILT FOR BUSINESS™

Llame para obtener las restricciones y los detalles completos. ©2016 Comcast. Derechos Reservados.





ERIC RISBERG AP

EMPLEADOS DE UPS reunidos junto al almacén donde ocurrió la balacera este miércoles en San Francisco.

# Tiroteo en almacén de UPS en San Francisco deja 4 muertos

JOSEPH SERNA
Y VERONICA ROCHA
*Los Angeles Times*
SAN FRANCISCO

Un hombre mató a tiros a tres personas en un almacén de UPS el miércoles por la mañana en San Francisco, y después se suicidó de un disparo en la cabeza frente a la policía, informaron las autoridades.

Otras seis personas fueron heridas de bala, informó la Policía de San Francisco.

Steve Gaut, portavoz de a UPS, dijo que el agresor era chofer de la empresa y estaba vestido de uniforme en el momento de los hechos.

Las víctimas estaban reunidas para una reunión antes de salir a hacer las entregas, a eso de las 8:55 de la mañana, agregó.

Cuando la policía llegó al lugar, encontraron numerosas víctimas y las evacuaron, dijo Toney Chaplin, subdirector de la Policía de San Francisco. Los agentes determinaron que el agresor seguía dentro del lugar y no había dejado de agredir.

Un equipo especial entró al edificio y encontró al agresor, que entonces se suicidó delante de ellos, agregó Chaplin.

Gaut dijo que los empleados fueron evacuados de la instalación, que procesa paquetes para su entrega en el área de San Francisco y tiene 850 empleados.

"No recuerdo nada como esto en California en los últimos tiempos", agregó Gaut.

Brent Andrew, portavoz del Hospital Zuckerberg de San Francisco, dijo a la Associated Press el miércoles que el hospital había recibido varias víctimas, pero no sabía exactamente cuántas ni su estado.

La policía y funcionarios municipales aconsejaron a la población evitar la zona y permanecer en sus casas, dijo Francis Zamora, portavoz del Departamento de Manejo de Emergencias municipal.

# Déficit en programa médico de veteranos

HOPE YEN
*Associated Press*
*Washington*

El Departamento de Asuntos de Veteranos nos advirtió el miércoles que se estaba quedando inesperadamente sin fondos para el programa que ofrecer servicios médicos privados a sus pacientes, lo que obliga a suspender algunos servicios que algunos legisladores dicen que pudieran afectar los tratamientos.

El Departamento ha hecho una solicitud urgente al Congreso para que le permita tomar fondos de otros programas para cubrir el déficit en el programa Choice.

David Shulkin, secretario de Asuntos de Veteranos, hizo la sorprendente revelación en una audiencia en el Senado, donde citó un déficit de más de $1,000 millones debido al aumento en la demanda de servicios fuera del sistema médico federal. El departamento había asegurado anteriormente al Congreso que los fondos del programa durarían hasta principios del próximo año.

"Necesitamos ayuda para encontrar la mejor solución para inyecta más dinero al programa Choice", dijo Shulkin a la Comisión de Asuntos de Veteranos del Senado. "Si el Congreso no toma medidas, entonces el programa Choice se quedará sin dinero para mediados de agosto".

ROSS D. FRANKLIN AP

FACHADA DEL Centro de Servicios Médicos del Departamento de Veteranos en Phoenix, Arizona.

El departamento comenzó a la semana pasada a instruir a sus centros médicos que limiten la cantidad de pacientes que envían a médicos privados. Algunos veteranos son enviados a hospitales del Departamento de Defensa, instalaciones de veteranos más alejadas y otros lugares alternativos, según un memorando interno del 7 de junio.

La agencia también se ha apresurado a echar mano a fondos asignados a otras cosas en su presupuesto, como unos $620 millones que había separado para el próximo años fiscal, que comienza el 1 de octubre. El departamento estaba pidiendo a las instalaciones que suspendan los gastos en ciertos equipos médicos para ayudar a cubrir los costos de Choice, según una llamada entre el departamento y varias comisiones del Congreso el martes por la noche.

Tampoco desechó la idea de tomar dinero asignado a los hospitales.

Shulkin insistió el miércoles que los veteranos no sentirán las consecuencias del déficit en los servicios médicos. Y culpó en parte al uso excesivo del departamento de una excepción del programa Choice que permite a los pacientes atenderse con médicos privados si enfrentaban "una carga excesiva" para viajar a una instalación oficial. Por lo general, Choice permite verse con médicos privados cuando los pacientes deben esperar más de 30 días por una cita o viajar más de 40 millas para atenderse.

Ahora se ha pedido a los centros médicos que se rijan más estrictamente por las normas antes de enviar los pacientes a médicos privados, dijo Shulkin.

El funcionario dijo que el déficit era en lo fundamental logístico, lo que significaba que había que combinar varias cuentas bancarias para hacer frente a los pagos.

Algunos senadores dijeron que la agencia no anticipó ni solucionó problemas de presupuesto muchas veces en el pasado. Hace dos años, el departamento fue objeto de fuertes críticas en el Congreso cuando tuvo que cubrir de un déficit de $2,500 millones para cubrir tratamientos contra la hepatitis C.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Titulo III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq*. (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

Case:17-03283-LTS Doc#:585 Filed:07/05/17 Entered:07/05/17 16:54:00 Desc: Main Document Page 22 of 27

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>Como representante del<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDORES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre Asociado") bajo el título III de PROMESA (el "Caso de Titulo III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 1 de junio de 2017, el Tribunal emitió una orden aprobando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* ) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto Rico, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

CONSEJOS EXPERTOS
CRUISE.COM®
LOS PRECIOS MAS BAJOS
Nunca un cargo de reserva
LOS PRECIOS MÁS BAJOS, ¡GARANTIZADO!
¡SUPER VENTA EXCLUSIVA DE CRUCEROS!
Hasta $1700 de Crédito a Bordo, hasta $1700 de Reembolso, BOGO: 60% DCTO. en 2º Huésped, Reciba hasta $600 DCTO. y además hasta 4 Comodidades, Cena Especial Gratis, Propinas Prepagadas Gratis, Mejoras Gratis, Paquete de Bebidas Gratis, Internet Gratis, 3º/4º Huésped Viaja Gratis, Tratamiento de Spa Gratis y Rebaja en Depósito en ciertos cruceros

ALASKA
Norwegian Cruise Line – 6 Días a Alaska – Saliendo de Seattle, Ida y Vuelta – Desde $469* pp – Vista al mar $549* pp – Balcón $849* pp
Celebrity Cruises – 7 Días a Alaska – Saliendo de Seward a Vancouver – Desde $519* pp – Vista al mar $879* pp – Balcón $1459* pp – Impuestos y cuotas $215.92pp
Holland America Line – 7 Días a Alaska – Saliendo de Seward a Vancouver – Desde $539* pp – Vista al mar $629* pp – Balcón $899* pp
Royal Caribbean International – 7 Días a Alaska – Saliendo de Vancouver a Seward – Desde $620* pp – Vista al mar $799* pp – Balcón $1449* pp – Impuestos y cuotas $210.64pp
Princess Cruises – 7 Días a Alaska – Saliendo de Vancouver a Whittier – Desde $649* pp – Vista al mar $699* pp – Balcón $1579* pp
Carnival – 7 Días a Alaska – Saliendo de Seattle a Vancouver – Desde $799* pp – Vista al mar $1019* pp – Balcón $1589* pp

BAHAMAS
Carnival – 3 Días a Bahamas – Saliendo de Miami, FL Ida y vuelta – Desde $209* pp – Vista al mar $239* pp – Balcón $309* pp
Royal Caribbean International – 3 Días a Bahamas – Saliendo de Miami, FL Ida y vuelta – Desde $240* pp – Vista al mar $280* pp – Jr. Suite $519* pp – Impuestos y cuotas $112.03pp
Holland America Line – 3 Días a Bahamas – Saliendo de Ft. Laud. Ida y vuelta – Desde $299* pp – Vista al mar $349* pp – Balcón $379* pp
Norwegian Cruise Line – 3 Días a Bahamas – Saliendo de Miami i/v BAR ABIERTO – Desde $299* pp – Vista al mar $349* pp – Balcón $469* pp
Celebrity Cruises – 3 Días a Bahamas – Saliendo de Miami, FL Ida y vuelta – Desde $299* pp – Vista al mar $399* pp – Balcón $499* pp – Impuestos y cuotas $94.89pp
MSC Cruises – 3 Días a Bahamas – Saliendo de Miami, FL Ida y vuelta – Desde $339* pp – Vista al mar $339* pp – Balcón $399* pp

CARIBE
MSC Cruises – 7 Días al Caribe – Saliendo de Miami, Fl. Ida y vuelta – Desde $399* pp – Vista al mar $499* pp – Balcón $679* pp
Carnival – 7 Días al Caribe – Saliendo de Miami, Fl. Ida y vuelta – Desde $399* pp – Vista al mar $509* pp – Balcón $689* pp
Norwegian Cruise Line – 7 Días al Caribe – Saliendo de Miami, Fl. Ida y vuelta – Desde $499* pp – Vista al mar $649* pp – Balcón $999* pp
Holland America Line – 7 Días al Caribe – Saliendo de Ft. Laud. Ida y vuelta – Desde $599* pp – Vista al mar $629* pp – Balcón $699* pp

OFERTA DE LA SEMANA
Norwegian Cruise Line
10 Días Crucero al Caribe
saliendo de Miami, Ida y Vuelta
Desde $749* pp
Vista al mar Desde $849* pp – Balcón Desde $1299* pp
• Hasta $1700 de Reembolso + Niños Gratis
• Hasta $500 de Crédito a Bordo
• Paquete de Cena Especial
• Paquete de Bebidas + Internet Gratis

CARIBE
Royal Caribbean International – 6 Días al Caribe – Saliendo de Miami Ida y vuelta – Desde $429* pp – Vista al mar $519* pp – Balcón $659* pp – Impuestos y cuotas $105.44pp
Princess Cruises – 5 Días al Caribe – Saliendo de Ft. Laud. Ida y vuelta – Desde $499* pp – Vista al mar $549* pp – Balcón $689* pp
Celebrity Cruises – 7 Días al Caribe – Saliendo de Miami Ida y vuelta – Desde $649* pp – Vista al mar $749* pp – Balcón $749* pp – Impuestos y cuotas $134.61pp
Costa – 10 Días al Caribe – Saliendo de Ft. Laud. Ida y vuelta – Desde $709* pp – Vista al mar $799* pp – Balcón $929* pp

EUROPA
MSC Cruises – 7 Días a Europa – Saliendo de Roma, Italia, Ida y Vuelta – Desde $499* pp – Vista al mar $599* pp – Balcón $829* pp
Norwegian Cruise Line – 7 Días a Europa – Saliendo de Venecia, Italia, Ida y Vuelta – Desde $449* pp – Vista al mar $549* pp – Balcón $799* pp
Costa – 10 Días a Europa – Saliendo de Barcelona, España, Ida y Vuelta – Desde $569* pp – Vista al mar $795* pp – Balcón $1065* pp
Royal Caribbean International – 7 Días a Europa – Saliendo de Venecia, Italia, Ida y Vuelta – Desde $649* pp – Vista al mar $769* pp – Balcón $1670* pp – Impuestos y cuotas $91.79pp
Holland America Line – 10 Días a Europa – Saliendo de Barcelona, España a Roma, Italia – Desde $1049* pp – Vista al mar $1499* pp – Balcón $1599* pp
Princess Cruises – 12 Días a Europa – Saliendo de Venecia, Italia a Roma, Italia – Desde $1289* pp – Vista al mar $1379* pp – Balcón $1579* pp

EXOTICO
Royal Caribbean International – 4 Días a Cuba – Saliendo de Miami, Ida y Vuelta – Desde $429* pp – Vista al mar $550* pp – Jr. Suite $1149* pp – Impuestos y cuotas $115.02pp
Carnival – 7 Días EE.UU./Canadá – Saliendo de Nueva York, Ida y Vuelta – Desde $429* pp – Vista al mar $609* pp – Balcón $879* pp
Norwegian Cruise Line – 7 Días EE.UU./Canadá – Saliendo de Nueva York, Ida y Vuelta – Desde $599* pp – Vista al mar $649* pp – Balcón $1049* pp
Celebrity Cruises – 7 Días a Bermuda – Saliendo de Bayonne, NJ, Ida y Vuelta – Desde $649* pp – Vista al mar $979* pp – Balcón $1329* pp – Impuestos y cuotas $195.75pp
Princess Cruises – 10 Días a México – Saliendo de San Francisco, Ida y Vuelta – Desde $699* pp – Vista al mar $749* pp – Balcón $989* pp
Holland America Line – 11 Días a Panamá – Saliendo de Fort Lauderdale, Ida y Vuelta – Desde $959* pp – Vista al mar $1149* pp – Balcón $1399* pp

866-263-5855

*Precios por pers. c/aloj. dbl. sólo en Crucero en algunas giras. Hay ciertas restricciones. Los impuestos y cargos del gobierno son adicionales. Los precios incluyen NFCs. Los precios son en dólares de EE.UU. Todos los itinerarios y precios están vigentes el día de la publicación de este anuncio y están sujetos a cambio sin aviso. Todas las Ofertas Exclusivas son por camarote en ciertos barcos y fechas de viaje y no son canjeables por dinero en efectivo ni pueden combinarse con otras promociones. Barcos Registrados en Las Bahamas y Panamá. CST #2015595-50 / Precios Más Bajos, Garantizado: Para tener derecho a esta garantía, el precio de la competencia que aparece en el anuncio debe estar disponible para reservación y ser una oferta idéntica de Sólo-Crucero. (Barco, Fecha, Destino, Categoría, etc). El cliente debe cumplir con las normas vigentes de las líneas de cruceros que anuncien la oferta. La garantía no incluye transporte aéreo ni terrestre, ciertos cargos a bordo, etc. Esta oferta es válida sólo para líneas de cruceros afiliadas con CLIA.

CON COMCAST BUSINESS VOICE MOBILITY, TU NEGOCIO ESTÁ DONDE TÚ ESTÁS.

Porque te permite contestar todas las llamadas a tu negocio desde todos tus teléfonos, fijos y móviles, sin importar dónde estés.

**Visita business.comcast.com/mobility o llama al 800-501-6000.**

COMCAST BUSINESS B4B BUILT FOR BUSINESS™



**Exhibit E**

Latin Media House 

1700 Ave. Fernández Juncos
San Juan, P.R.00909

# AFFIDAVIT OF PUBLICATION

In the city of San Juan, Puerto Rico, on June 26, 2017, I Angel Rodriguez representing Latin Media House, LLC., hereby certify that in our weekly newspaper of Caribbean Business for the editions dated June 8, June 15 and June 22 of the present year, was published:

"NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS"

From the United States District Court for the District of Puerto Rico In re:

"THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMENWEALTH OF PUERTO RICO, *et al.*

*Debtors"*

Signed: ______________________

Angel Rodriguez – Chief Financial Officer

LEAD STORY | Keleher: Cuts to have little impact at classroom level.

# Schools Pegged for Closing Get Reprieve

BY JUAN A. HERNÁNDEZ
j.hernandez@cb.pr

Lack of resources has led the Education Department to postpone the closing of some schools due to the continuing drop in student enrollment, particularly with regard to the specific requirements of Special Education students.

"There were other issues where we had students who were Special Education students, that we knew we would not be able, humanly, to just marshal the forces and put good conditions into [the appropiate schools] to receive those students. So, what do we do? We have to say, 'OK, I'm going to hold this back for a year," Education Secretary Julia Keleher said to Caribbean Business.

She said this "is not a change in the decisions that were made," but "a reflective analysis of additional information that was presented."

At the same time, she indicated that the agency has yet to figure out how the receiving schools are going to be reconditioned to be able to attend to the Special Education students and how much the work will cost.

Originally, the department intended to close about 179 schools that were identified after a "rigorous, long three-and-a-half-month process," but Keleher admitted that, after allowing the communities to be affected by the closing of the schools to react to the decision, some proposals came up that warranted "a second look." About a dozen of those schools are getting a one-year reprieve.

One such proposal was a signed agreement from community sponsors willing to provide maintenance to the school. There is also a letter of intent for a "potential PPP [public-private-partnership]," whereby an investor wants to help build a school in a rural area, Keleher said.

She also expects that some corporate entities will make good on their social commitment and help the Department in retrofitting schools by adopting at least one of them.

"We have a year to figure that out [how to prepare the receiving schools]. So, [let's] say a school has one more year because I need more time to make the receiving school ready... During that year, the school community goes out and talks to Walmart and says, 'Hey Walmart, we have a problem... we want to know if you'll sponsor our school.' This is the kind of commitment we need. And Walmart says yes!" said an enthusiastic Keleher.

*Education Secretary Julia Keleher*

Due in large part to demographic changes and outmigration to the U.S. mainland because of the island's ongoing economic crisis, public school enrollment has dropped dramatically. This year an estimated 365,000 students are enrolled in public schools, compared to some 527,000 in 2007-2008, according to agency figures. The system currently has 1,297 public schools.

In related matters, the Education chief also indicated she does not believe the much-expected budget cuts will have a significant impact at the classroom level because most of the cuts resulting from the newly presented budget were expected for the administrative area. Although she anticipated a $160 million cut from the department's current budget of $2.6 billion, the Executive branch's proposed cut came to $43.7 million.

"Where are we making cuts? In transportation, for example. We've done that by optimizing the routes that the buses will run, so the idea is to have all the geocodes for the students—where they are getting picked up and where they need to go—and we make sure that the buses go along that route... So, you realize that with a 10% reduction in transportation costs, you are not going to see any changes in the quality of the instruction in the classroom," Keleher said before the government administration's 2018 budget was made public.

Other areas where she anticipated cutbacks were in administrative contracts, regional and district administrative structures, and mailing costs, among other line items in the budget.

"If you cut a little bit of those kinds of things and you try to operate more efficiently, you'll be able to generate the savings that you need," Keleher argued.

### SECOND ROUND OF SCHOOL CLOSURES

This is not the first time the government is closing schools, as the previous Gov. Alejandro García Padilla shuttered about 150 public schools. The García Padilla administration had hired Boston Consulting Group to assess the department's situation and determine the possibility of closing several schools to cut down costs, among other things. One of the study's recommendations was to close almost 500 schools, but this number was pared down significantly. At the time, Keleher participated in the assessment process as an Education Department consultant.

Even former Gov. Sila M. Calderón did her own study on the subject and hired McKinsey & Company. The reports on those studies must certainly be kept at the department. ■

*—Editor Rosario Fajardo contributed to this story.*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* Debtors.[1] | PROMESA Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
|---|---|

**NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 1, 2017, the Court entered an order approving the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

**HEALTHCARE** $300 million still needed to fund Medicare budget for 2018

# Pharmaceutical Industry: Focusing on Prevention and Disease Control Yields Results

BY EVA LLORÉNS VÉLEZ
e.llorens@cb.pr

As Puerto Rico faces a so-called Medicaid cliff in the next few months that could leave over 1.3 million beneficiaries of Mi Salud at risk, the Pharmaceutical Industry Association (PIA) is promoting a model of health sustainability that focuses on prevention and disease control to help improve lives and yield savings.

"This model will work if all sectors are aligned to one goal, but right now the system is fragmented," PIA President Felipe Palacios said during the recent Puerto Rico Manufacturers Association Convention.

Meetings have been held already with insurance companies, providers and the Puerto Rico government with the mission of focusing on what is best for the patient, he continued. "However, I don't think everyone is working under the premise of what is good for the patient," he said.

Puerto Rico is facing a healthcare cliff that not only consists of a loss in millions in federal healthcare costs, but also the exodus of doctors, in particular, medical specialists. For instance, while 14% of the population has Type 2 diabetes, there are only 100 endocrinologists in Puerto Rico, Palacios said. Endocrinologists are among the health professionals who treat people with diabetes.

The routine manner in dealing with the island's healthcare crisis is cost containment, which Palacios said is the worst that could be done. He said that instead, the central government should focus on prevention and disease control, which consists of dealing with those who are already sick.

According to government data, more than 50% of Mi Salud patients, who are medically indigent, are suffering from four major diseases. These are diabetes, asthma, hypertension and rheumatoid arthritis. Palacios said focusing on dealing with patients suffering these conditions, which are the most prevalent on the island, will yield savings. In France, the healthcare sector began saving about 40% when they began to treat patients with medications that were more costly but more effective, he indicated.

"Without any doubt, dealing with those four diseases will increase costs at first, but then you will have savings... Even if you introduce medications that are more costly, you are going to end up saving in other areas... But if you focus only on the budget, that is not going to happen," he said.

Palacios also noted the importance of dealing with prevention in an effort to stop the development of certain diseases. For instance, he stressed the importance of helping individuals who have "pre-diabetes" to reduce their blood sugar levels.

The PIA has joined other entities in promoting its own healthcare model. In the past, Medtronic, the island's largest medical-device manufacturer, has been championing a transition to value-based healthcare, which means developing and deploying products, services and integrated solutions that improve care with reduced costs. The initiative involves finding the most effective manner to treat patients to reduce hospitalizations.

While Puerto Rico is expected to receive some $296 million in federal funds for the island's Medicaid budget for fiscal year 2018, which starts July 1, enabling the island to sign contracts with managed-care health insurance companies that administer the Medicaid program, it still needs an additional $300 million to fund its entire Medicaid budget for fiscal year 2018.

Puerto Rico's estimated $2.8 billion Medicaid budget has been funded in part by a one-time pool of money provided to the U.S. territories under the Affordable Care Act, but the money is expected to run out this year, at which time the federal funding cap of $321 million would be reverted.

The Medicaid funds are used for the government's Mi Salud health plan for the medically indigent, which receives 55% of its allocations from the federal government. ■

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.* Debtors.[1] | PROMESA Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
|---|---|

**NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 1, 2017, the Court entered an order approving the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

TRANSPORTATION | HTA bankruptcy had impact on thousands of property owners

# Properties Expropriated by HTA Must Seek 'Lift of Stay' for Compensation

BY EVA LLORÉNS VÉLEZ
e.llorens@cb.pr

Thousands of owners of private properties being expropriated for public use are feeling the impact of the bankruptcy petition filed by the Highways & Transportation Authority (HTA) because the public corporation's compensations are "stayed," Caribbean Business learned.

On the HTA list of the 20 largest creditors that filed in the petition for Title III bankruptcy in May, the public corporation listed it owed $3.5 million to the San Juan Court secretary. Most of the debt is money owed to individuals or businesses whose properties have been expropriated, according to the Puerto Rico Fiscal Agency & Financial Advisory Authority.

The nature of the cases will not be known until the government presents its matrix list of creditors. However, John Mudd, a bankruptcy lawyer, says they are in the thousands.

The government can sue to expropriate a privately owned property to perform public works. The government deposits with the court what it believes is a fair price for the property.

"When the government filed for petition of bankruptcy, everything was stopped," Mudd said.

As a result, property owners are not receiving any compensation because the properties are idly sitting there.

"The only recourse the property owner has is to get a 'lift of the stay' to receive payment," Mudd said.

Caribbean Business spoke with Carlos Aponte, secretary of the Transportation & Public Works Department, to inquire about the problems involving expropriations.

"I cannot talk about the Title III process [of the government's bankruptcy]," he told Caribbean Business several times during a recent Associated General Contractors activity.

*Far right, Carlos Aponte, secretary of the Transportation & Public Works Department*

> "When the government filed for petition of bankruptcy, everything was stopped."
>
> *—John Mudd, bankruptcy lawyer*

In May, the HTA and Employees Retirement System (ERS) joined the central government—along with general obligations (GOs) and the Sales Tax Financing Corp., or Cofina by its Spanish acronym—as the only credits currently under Title III proceedings, which provide, among other things, for a stay on creditor lawsuits.

At the time, Gov. Ricardo Rosselló said he had requested the Financial Oversight & Management Board initiate Title III proceedings for the HTA and the ERS, which total more than $7 billion in outstanding debt. He said lawsuits filed against the HTA jeopardize its operations, while its creditors also oppose the government's certified fiscal plan.

The government could not provide a specific list of suits involving expropriations. In the commonwealth financial report issued in December, the government said it was a defendant in some 5,192 lawsuits pertaining to matters incidental to the performance of its operations and debt default. As of June 30, 2016, the commonwealth had listed reported liabilities of about $2.2 billion for awarded and anticipated unfavorable judgments. The amounts claimed as of June 30, 2016 exceed $10.9 billion. ■

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On June 1, 2017, the Court entered an order approving the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

During these Title III Cases, the Debtors will remain in possession and control of their property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.