IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br>    as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO et al.,**<br>**Debtors**[1] | **PROMESA**<br>**Title III**<br><br>**Case No. 17-BK-3283 (LTS)**<br>**(Jointly Administered)** |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT**:

COMES NOW creditor and interested party, **COOPERATIVA DE AHORRO Y CRÉDITO DE ISABELA**, through the undersigned attorney, and respectfully states and prays:

1. The undersigned Counsel hereby files his appearance on behalf of creditor and interested party **COOPERATIVA DE AHORRO Y CRÉDITO DE ISABELA**, and respectfully requests this Honorable Court to be included in the case's master address list.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

2. The appearing party further requests from this Honorable Court and all parties in interest that all notices given, or required to be given, and all pleadings, motions, orders, applications, petitions, disclosures, plans, and any and all other documents filed and served, or required to be filed and served in connection with the captioned case, be given and served upon the undersigned attorneys, at the address set forth below.

3. Please take further notice that this appearance does not constitute, and must not be construed, as an acknowledgement or acceptance by the appearing party of the constitutionality, propriety, or validity of Debtor's petition for relief filed by Debtor on May 3, 2017 under the PROMESA Act (Pub. Law114-187, of June 30, 2016, 130 STAT. 549).

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 6, 2017

        **CARLOS M. VERGNE LAW OFFICES**
        24 Mariana Bracetti 2nd Floor
        San Juan, P.R. 00925
        Tel: (787) 753-3799
        Fax: (787) 763-9313

        **s/CARLOS M. VERGNE**
        Carlos M. Vergne Vargas
        USDC - PR No. 209611
        E-mail: carlosvergne@aol.com