

Francisco Gonzalez <gonzalezmagaz@gmail.com>

## JAVIER ANDINO
3 messages

---

**Luis Villanueva Nieves** <lvillanueva@justicia.pr.gov>
To: "gonzalezmagaz@gmail.com" <gonzalezmagaz@gmail.com>

Tue, Jun 27, 2017 at 11:56 AM



GOBIERNO DE PUERTO RICO
Departamento de Justicia

Saludos cordiales:

Para recapitular nuestra conversación de la mañana de hoy, te agradeceré que me envies un borrador de moción conjunto (joint motion) para levantar el stay del caso de Javier Andino. Si puedes enviarlo en o antes de este miercoles para revisarlo y coordinar la firma y radicación.

Atentamente,

*Lcdo. Luis Villanueva Nieves*

Departamento de Justicia

División de Laboral

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

787.721.2900 Ext. 2231 Fax: (787) 725-2475

lvillanueva@justicia.pr.gov

AVISO DE CONFIDENCIALIDAD: Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al

uso exclusivo del individuo o la entidad a la cual se dirige este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcdo. Luis Villanueva Nieves al (787) 721-2900, ext. 2231 y elimine este mensaje.

---

**Francisco Gonzalez** <gonzalezmagaz@gmail.com>
To: Luis Villanueva Nieves <lvillanueva@justicia.pr.gov>

Wed, Jun 28, 2017 at 9:45 AM

Saludos:

Conforme lo discutido ayer, incluyo como anejo para su revisión un borrador de una estipulación a los efectos de levantar la paralización de los procedimientos en Andino-Gaudín. La estipulación también contempla el levantar la paralización en Aponte-Pagán toda vez que esa solicitud se incluyo en la "Motion for Relief from Stay". Favor de dejarme saber cualquier cambio o comentario, así como coordinar para su presentación.

Gracias,
Francisco J. González Magaz
[Quoted text hidden]
--
Francisco J. González-Magaz
Francisco R. González Law Office
1519 Ponce de León Ave.
First Federal Bldg., Suite 805
San Juan, Puerto Rico 00909
Tel. (787) 723-3222
Fax (787) 722-7099

This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. The information in this email is personal and confidential and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not an intended recipient, you must not read, use or disseminate the information contained in the email. Any views expressed in this message are those of the individual sender and may be subject to Attorney/Client privilege and/or Work Product. You are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

 **06-27-17-borrador estipulación.docx**
36K

---

**Luis Villanueva Nieves** <lvillanueva@justicia.pr.gov>
To: Francisco Gonzalez <gonzalezmagaz@gmail.com>

Wed, Jun 28, 2017 at 10:40 AM



GOBIERNO DE PUERTO RICO
Departamento de Justicia

Saludos cordiales:

La recibí y se la envié al director de división. Tan pronto sepa al respecto et dejo saber.

Atentamente,

*Lcdo. Luis Villanueva Nieves*

Departamento de Justicia

División de Laboral

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

787.721.2900 Ext. 2231 Fax: (787) 725-2475

lvillanueva@justicia.pr.gov

AVISO DE CONFIDENCIALIDAD: Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcdo. Luis Villanueva Nieves al (787) 721-2900, ext. 2231 y elimine este mensaje.

**From:** Francisco Gonzalez [mailto:gonzalezmagaz@gmail.com]
**Sent:** Wednesday, June 28, 2017 9:45 AM
**To:** Luis Villanueva Nieves
**Subject:** Re: JAVIER ANDINO

[Quoted text hidden]