UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | |
| as representative of | No. 17 BK 3283-LTS |
| | |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF
PERFECTO CRESPO-BERMÚDEZ MOTION REQUESTING RELIEF OF STAY

The Court has received and reviewed the *Motion Requesting Relief of Stay* (the "Motion") filed by Perfecto Crespo-Bermúdez, Janice Vanessa Colón-Vélez and the Conjugal Partnership Between Them (the "Movants"). (Docket Entry No. 584.) Opposition papers to the Motion must be filed by **July 19, 2017**. Movants' reply papers must be filed by **July 26, 2017** (the "Reply Deadline"). In compliance with Rule 5(g) of the Local Rules for the United States District Court for the District of Puerto Rico, and absent a stipulation by the parties consenting to the relief sought in the Motion or withdrawal of the Motion, the Movants must file translations of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

any documents originally filed in Spanish with this Court by the Reply Deadline. Failure to comply with Local Rule 5(g) may result in the denial of the Motion without prejudice.

The Court will take the Motion on submission, unless a party thereto requests a hearing.

SO ORDERED.

Dated: July 7, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge