UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOP PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al<br><br>Debtors. | PROMESA<br>Title III<br><br>NO. 17 BK 3283-LTS |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOP PUERTO RICO<br><br>As representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>NO. 17 BK 3566-LTS |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOP PUERTO RICO<br><br>As representative of<br><br>THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>NO. 17 BK 3567-LTS |

NOTICE OF APPEARANCE AND REQUEST OF NOTICE

TO THE HONORABLE COURT:

COMES NOW, Super Asphalt Pavement Corporation ("SA"), through the undersigned attorney and respectfully alleges and prays:

1. SA has requested from the undersigned to assume its legal representation in the case of reference.

2. SA hereby requests that all notices and documents in this case be notified to it, through the undersigned.

WHEREFORE, it is hereby respectfully requested that this Honorable Court acknowledge the facts stated and grant the instant motion.

RESPECTFULLY SUBMITTED

I hereby certify that this motion has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record.

In San Juan, Puerto Rico on this 7th day of July 2017.

|  | PAVIA & LAZARO, PSC<br>PO BOX 9746<br>San Juan, P.R. 00908<br>Tel. 787-954-9058<br>Fax 787- 721-4192<br>E-mail:gerardopavialaw@msn.com<br>gpavia@pavialazaro.com<br><br>s/Gerardo Pavía Cabanillas<br>USDC-PR No. 201712 |
|---|---|