IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>[(Jointly Administered)] |

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF JASON W. CALLEN

COMES NOW Jason W. Callen, applicant herein (the "*Applicant*") and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> 150 3rd Avenue, South, Suite 1600
> Nashville, TN 37201
> jason.callen@butlersnow.com
> Telephone: 615-651-6774
> Facsimile: 615-651-6701

2. Applicant will sign all pleadings with the name of Jason W. Callen.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since March 28, 2008, Applicant has been and presently is a member in good standing of the bar of the United States District Court for the Middle District of Tennessee, where Applicant regularly practices law. Applicant's Tennessee bar license number is 026225.

5. Since November 6, 2003, Applicant also has been and presently is a member in good standing of the bar of the Supreme Court of the State of Illinois. Applicant's Illinois bar license number is 6281110.

6. Applicant has been admitted to practice before the following United States Courts:

| Court | Admission Date |
|---|---|
| U. S. Court of Appeals, 6th Circuit | 6/13/08 |
| U. S. Court of Appeals, 7th Circuit | 6/2/04 |
| U. S. District Court, Middle District of TN | 3/28/08 |
| U. S. District Court, Eastern District of TN | 10/22/10 |
| U. S. District Court, Western District of TN | 10/2/13 |
| U. S. District Court, Northern District of IL | 1/12/05 |

7. Applicant is a member in good standing of the bars of the courts listed in Paragraph 6.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. Applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with applicant in this matter is:

        María Emilia Picó – USDC-PR 123214
        Rexach & Picó, CSP
        802 Ave. Fernández Juncos
        San Juan PR 00907-4315
        Telephone: (787) 723-8520
        Facsimile: (787) 724-7844
        E-mail: mpico@rexachpico.com

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

13. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

This the 6th day of July, 2017.

        Respectfully submitted,

        _____
        Jason W. Callen (TN Bar #026225)
        BUTLER SNOW LLP
        150 3rd Ave., S., Suite 1600
        Nashville, TN 37201
        jason.callen@butlersnow.com
        Telephone: 615-651-6774
        Facsimile: 615-651-6701

        *Attorney for Financial Guaranty Insurance Company*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

This the 6th day of July, 2017.

Respectfully submitted,

/s/ Maria E. Picó
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844
*Attorney for Financial Guaranty Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 payment for *pro hac vice* admission fee.

/s/ Maria E. Picó
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844


Jason W. Callen (TN Bar #026225)
BUTLER SNOW LLP
150 3rd Ave., S., Suite 1600
Nashville, TN 37201
jason.callen@butlersnow.com
Telephone: 615-651-6774
Facsimile: 615-651-6701

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>[(Jointly Administered)] |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF JASON W. CALLEN

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

___ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

___ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this the ___ day of _____, 2017.

_____
U.S. District Judge

37063144v1