```
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11003
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11004
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11005
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11006
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11008
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11011
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11010
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11007
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11012
  Amt Tendered:  $300.00
PAPER CHECK CONVERSION
  Remitter: REXACH  PICO CSP
  Check/Money Order Num: 11009
  Amt Tendered:  $300.00
-----------------------------------
Total Due:       $3,300.00
Total Tendered:  $3,300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF JASON
W. CALLEN & STANFORD G. LADNER

17-3284(LTS) PRO HAC VICE OF
CHRISTOPHER MADDUX, MARTIN A.
SOSLAND, JASON W. CALLEN, STANFORD
G. LADNER & MITCHELL CARRINGTON

17-3567(LTS) PRO HAC VICE OF
STANFORD G. LADNER... THRU: MARIA
```

```
Court Name: District Court
Division: 1
Receipt Number: PRX100050564
Cashier ID: arodrigu
Transaction Date: 07/07/2017
Payer Name: REXACH  PICO CSP
-----------------------------------
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
PRO HOC VICE
  For: REXACH  PICO CSP
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:           $300.00
```