IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>[(Jointly Administered)] |

MOTION FOR ADMISSION
*PRO HAC VICE* OF STANFORD G. LADNER

COMES NOW Stanford G. Ladner, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Butler Snow LLP, with offices at:

> 1700 Broadway
> 41st Floor
> New York NY 10019
> Stan.Ladner@butlersnow.com
> Telephone: 646-606-2995
> Facsimile: 646-606-3995

2. Applicant will sign all pleadings with the name of Stanford G. Ladner.

3. Applicant has been retained as a member of the above-named firm by Financial Guaranty Insurance Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1980, applicant has been and presently is a member in good standing of the bar of the State of New York, where Applicant regularly practices law. Applicant's New York bar license number is 1700632.

5. Application has been admitted to practice before the following Courts:

| Court | Admission Date |
|---|---|
| State of Mississippi, all courts | 1977 |
| State of New York, all courts | 1980 |
| United States Supreme Court | 1992 |

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for *pro hac* vice admission in the United States District Court for the District of Puerto Rico, in the following matter:

| Date of Application: | Case Number and Style: |
|---|---|
| January 25, 2016 | Case No. 16-1095 – Financial Guaranty Insurance Company v. Garcia-Padilla, et al |

10. Local counsel of record associated with applicant in this matter is:

María Emilia Picó – USDC-PR 123214
Rexach & Picó, CSP
802 Ave. Fernández Juncos
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844

11. Applicant has read the local rules of this court and will comply with same.

12. Application has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

This the 6th day of July, 2017.

Respectfully submitted,

*/s/ Stanford G. Ladner*
Stanford G. Ladner (NY Bar #1700632)
BUTLER SNOW LLP
1700 Broadway
41st Floor
New York NY 10019
Stan.Ladner@butlersnow.com
Telephone: 646-606-2995
Facsimile: 646-606-3995

*Attorney for Financial Guaranty Insurance Company*

3

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

This the 6th day of July, 2017.

Respectfully submitted,

/s/ Maria E. Picó
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844

*Attorney for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 payment for *pro hac vice* admission fee.

/s/ Maria E. Picó
María E. Picó – USDC-PR 123214
Rexach & Picó, CSP
Ave Fernández Juncos 802
Miramar, San Juan, Puerto Rico 00907
mpico@rexachpico.com
Telephone: 787-723-8520
Facsimile: 787-724-7844

Stanford G. Ladner (NY Bar #1700632)
BUTLER SNOW LLP
1700 Broadway
41st Floor
New York NY 10019
Stan.Ladner@butlersnow.com
Telephone: 646-606-2995
Facsimile: 646-606-3995

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>[(Jointly Administered)] |

**ORDER GRANTING ADMISSION *PRO HAC VICE*
OF STANFORD G. LADNER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_   the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_   the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this the \_\_\_ day of _____, 2017.

_____
U.S. District Judge

37063294v1