UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

## AMENDED NOTICE OF APPEARANCE OF
## OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "Committee") hereby files, through its proposed counsel, Paul Hastings LLP and O'Neill & Gilmore LLC, this amended notice of appearance,[2] and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by Section 310 of PROMESA,[3] requests that all notice given or required to be given in these cases or any related adversary proceedings and all papers served or required to be served in these cases be given and served upon:

| PAUL HASTINGS LLP | O'NEILL & GILMORE LLC |
|---|---|
| Luc A. Despins, Esq. | Patrick D. O'Neill, Esq. |
| Andrew V. Tenzer, Esq. | Charles P. Gilmore, Esq. |
| Leslie A. Plaskon, Esq. | City Towers, Suite 1701 |
| James R. Bliss, Esq. | 252 Ponce de León Avenue |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee filed its original notice of appearance on June 27, 2017 [Docket No. 494].

[3] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

James B. Worthington, Esq.
Anthony F. Buscarino, Esq.
Michael E. Comerford, Esq.
G. Alexander Bongartz, Esq.
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Fax: (212) 319-4090
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
leslieplaskon@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

San Juan, Puerto Rico 00918
Telephone: (787) 620-0670
Fax: (787) 620-0671
pdo@golaw.com
cpg@golaw.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be in accordance with the *First Amended Notice, Case Management and Administrative Procedures* [Docket No. 262-1], unless otherwise directed by the Court, to the parties listed above.

PLEASE TAKE FURTHER NOTICE that the Committee intends that neither this amended Notice of Appearance nor any former or later pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or any other rights, claims, actions, defenses, set-offs, or recoupments to which the Committee is or may be entitled under agreements in law or in equity.

[*Remainder of page intentionally left blank.*]

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

**RESPECTFULLY SUBMITTED**

Dated: July 7, 2017
San Juan, Puerto Rico

s/ *Charles P. Gilmore*

O'NEILL & GILMORE LLC
Patrick O'Neill, Esq.
Charles P. Gilmore, Esq.
USDC - PR 128202

252 Ponce de Leon Ave.
Citibank Tower Suite 1701
San Juan, Puerto Rico 00918
Tel.: (787) 620-0670
cpg@go-law.com

- and -

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Leslie A. Plaskon, Esq.
Michael E. Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
leslieplaskon@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*