IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND      Case No. 17 BK 3283-LTS
MANAGEMENT BOARD FOR PUERTO
RICO,

as representative of THE     (Jointly Administered)
COMMONWEALTH OF PUERTO RICO,
et al.,

Debtors

## NOTICE OF APPEARANCE; REQUEST FOR SERVICE OF NOTICES, ORDERS, PLEADINGS AND DOCUMENTS

Now come the undersigned attorneys and hereby enter their appearance in this case on behalf of **Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón** and request that all pleadings, orders, notices and any other document filed and entered in this case be served upon undersigned attorneys and that their name be included in the master mailing list.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties which have made an electronic appearance in this case.

In San Juan, Puerto Rico, this day July 8, 2017.

/s/Fernando L. Rodriguez Mercado
Fernando L. Rodriguez Mercado
USDC-223308
Hernandez & Rodriguez Law Offices
Attorney for:
Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón
P.O. Box 1291
San Lorenzo, PR 00754
Tel. 787-736-2281
Email: hernandezrodriguezlaw@gmail.com

/s/Luis R. Lugo Emanuelli
Luis R. Lugo Emanuelli
USDC-204312
Lugo-Emanuelli Law Offices
Attorney for:
Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón
P.O. Box 34
Fajardo, PR 00738
Tel. 787-860-3949
Email: lawlugo1@gmail.com