**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO**<br><br>as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, ET ALS.**<br><br>DEBTORS | PROMESA<br>TITLE III<br><br>NO. 17 BKT 3283-LTS |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE HONORABLE DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**COMES NOW, Caribbean Airport Facilities, Inc.**, (hereinafter referred as "Creditor"), through the undersigned attorney and very respectfully states, alleges and prays as follows:

1. Please take notice that the undersigned counsel hereby enters its appearance for and on behalf of the Creditor in the above-captioned case and requests that copies of all pleadings, motions and other documents filed in the above-captioned case be served on the undersigned.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take NOTE of the Creditor's Notice of Appearance and Request for Notice, ORDER that all pleadings, motions and other documents filed in the above-captioned case be served on the undersigned, and ORDER any and all other relief to which the Defendant may be justly entitled.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**: In San Juan, Puerto Rico on this 9th day of July, 2017.

*S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
RIVERA COLÓN, RIVERA TORRES & RIOS BERLY, PSC
1502 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
E-Mail: victorriverarios@rcrtrblaw.com