UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br>    Debtors.[1] | PROMESA<br>Title III<br><br>NO. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING
MOTION REQUESTING APPOINTMENT OF ADDITIONAL COMMITTEE OF
GOVERNMENT EMPLOYEES AND ACTIVE PENSION PLAN PARTICIPANTS OR,
IN THE ALTERNATIVE, FOR THE RECONSTITUTION OF THE RETIREE
COMMITTEE**

Upon review and analysis of the *Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, in the Alternative, for the Reconstitution of the Retiree Committee* (the "Motion"); and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the debtors, their creditors, and other parties in interest; and the Court having found that movants provided adequate and appropriate notice of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or are overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

___ Pursuant to 11 U.S.C. §1102(a)(2), the Court Orders the Unites States Trustee to appoint an additional committee of active employees of the Government of Puerto Rico (an "Employee Committee"), consisting of active plan participants of all the relevant retirement systems of the Commonwealth of Puerto Rico that have claims or are creditors in these proceedings.

___ Pursuant to 11 U.S.C. §1102(a)(4), the Court hereby Orders the Unites States Trustee to reconstitute the Retiree Committee appointed by the Trustee on July 15, 2017 (Docket No. 340) in order to exclude any retired participants of the University of Puerto Rico Retirement System Trust ("Sistema de Retiro de la Universidad de Puerto Rico") and to include at least one active employee and participant of the University of Puerto Rico Retirement System Trust.

SO ORDERED.

In San Juan, Puerto Rico, on _____, 2017.

_____
Honorable Laura Taylor Swain
United States District Judge