UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER GRANTING EXTENSION OF TIME IN CONNECTION WITH THE
MOTION OF CERTAIN SECURED CREDITORS OF THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR ADEQUATE PROTECTION AND FOR
RELIEF FROM THE AUTOMATIC STAY

    The Court has received a request from counsel to: (i) the Financial Oversight and Management Board as the above-captioned Debtor's representative pursuant to Section 315(b) of the Puerto Rico Oversight, Management and Economic Stability Act; (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority; and (iii) certain secured creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (collectively, the "Parties") seeking an extension to time to resolve the *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico Request for Adequate Protection and for Relief from the Automatic Stay* (the "Motion") (Docket Entry No. 26 in Case No. 17-3566.)  The Parties represent that they are in discussions regarding a consensual resolution to the Motion and the moving creditors are consenting to an extension of the 30 day period provided in Section 362(e) of Title 11 of the United States Code.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The request for an extension of the Section 362(e) period is granted on consent of the Parties. The Court shall defer ruling on the Motion until the close of business on **July 13, 2017**.

SO ORDERED.

Dated: July 10, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge