



EXHIBIT A

30-Jun-17

**TAMRIO INCORPORADO**

**PRHTA PROJECTS- FEDERAL FUNDS - ACTIVE**

| Project Number / Federal Number | PRHTA Projects- Federal Funds | Certification Number | Certification Date | Total Certifications | Accumulated Retainage | Expenses Incurred Waiting for Reimbursement | Total | Contract Date | Substantially Complete Date | Termination Date | %Complete | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC-005374 / LY-53(6) | AC-005374, Yabucoa | 15 | 10-May-17 | $ 294,122.62 | $ 156,819.89 | | $ 617,873.17 | 11-Jan-16 | | 31-Jul-17 | 73.25% | |
| | | | Work Performed Pending to Certificate | $ 166,930.66 | | | | | | | | |
| AC-010270 / MP-102(18) | AC-010270, San Germán-Cabo Rojo | 12 | 10-May-17 | $ 23,945.28 | | | | | | | | |
| | | 13 | 10-Jun-17 | $ 213,048.63 | $ 81,167.27 | $ 20,921.84 | $ 350,608.02 | 9-May-16 | | 20-Jul-17 | 86.14% | |
| | | | Work Performed Pending to Certificate | $ 11,525.00 | | | | | | | | |
| AC-802271 / MP-14(29) | AC-802271, Cayey | 11 | 2-Jun-17 | $ 61,811.80 | $ 44,325.24 | | $ 275,058.10 | 17-Jun-16 | | 24-Oct-17 | 26.73% | |
| | | | Work Performed Pending to Certificate | $ 168,921.06 | | | | | | | | |
| AC-800400 / ER-31(23) | AC-800400, Naguabo | 2 | 20-Apr-17 | $ 31,211.90 | $ 1,572.60 | | $ 37,154.50 | 30-Dec-16 | | 10-Dec-17 | 2.67% | |
| | | 3 | 20-May-17 | $ 4,370.00 | | | | | | | | |
| | | | | $ 975,886.95 | $ 283,885.00 | $ 20,921.84 | $ 1,280,693.79 | | | | | |

Total of Certifications and Retainages: $ 1,259,771.95

Total $ 1,280,693.79