# **Exhibit B**

## **Flaton Declaration**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                            :
                                                                  :       PROMESA
THE FINANCIAL OVERSIGHT AND                                       :       Title III
MANAGEMENT BOARD FOR PUERTO RICO,                                 :
                                                                  :
        as representative of                                      :       Case No. 17-BK-3283 (LTS)
                                                                  :
THE COMMONWEALTH OF PUERTO RICO, et al.,                          :       Jointly Administered
                                                                  :
        Debtors. [1]                                              :
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF CAROL FLATON IN SUPPORT OF APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE
COMMONWEALTH OF PUERTO RICO FOR ENTRY OF AN ORDER
AUTHORIZING THE EMPLOYMENT AND RETENTION
OF ZOLFO COOPER, LLC AS ITS FINANCIAL ADVISOR,
EFFECTIVE AS OF JUNE 27, 2017**

Under 28 U.S.C. § 1746, I, **CAROL FLATON**, declare as follows under the penalty of
perjury:

1.      I am a managing director of the firm Zolfo Cooper, LLC ("<u>Zolfo Cooper</u>" or the

"<u>Firm</u>"), a New Jersey limited liability company.  The information included in this Declaration

concerning Zolfo Cooper is based upon my personal knowledge.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed
as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's
federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy
Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways
and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of
Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>")
(Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2.       This Declaration is being submitted in support of the application (the "Application")[2] filed in connection with the proposed retention of Zolfo Cooper as financial advisor for the Committee.

3.       On June 26, 2017, the Committee selected Paul Hastings LLP ("Paul Hastings") to serve as counsel to the Committee, subject to Court approval.  On June 27, 2017, the Committee selected Zolfo Cooper to serve as its financial advisor effective June 27, 2017, subject to Court approval.

4.       The Committee requires the services of Zolfo Cooper to provide financial advisory services.  The Committee is familiar with the professional standing and reputation of Zolfo Cooper.  The Committee understands and recognizes that Zolfo Cooper has a wealth of experience in providing financial advisory services in restructurings and reorganizations across the United States and has exemplary qualifications to perform the services required by the Committee in these Title III Cases.  Zolfo Cooper has been requested to and began immediately to provide assistance to the Committee as of June 27, 2017.

5.       Zolfo Cooper has begun to provide assistance, as agreed, to the Committee in accordance with the terms and conditions set forth herein, in the Committee's Application to employ Zolfo Cooper and in the Engagement Letter which is appended to the Application as Exhibit C and incorporated herein by reference.  Accordingly, I make this Declaration in support of an entry of order authorizing such retention.

6.       It is presently anticipated that Zolfo Cooper will provide the following services:

   a) analyze the Commonwealth's 10-year Fiscal Plan and FY2018 annual budget, operations, and related financial projections, including budgets and operation assessments and assumptions of the Commonwealth;

---

[2]       Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

b)  analyze the Commonwealth's debt capacity and proposed capital structure;

c)  review and analyze the Plan of Adjustment proposed by the Financial Oversight and Management Board ("Oversight Board");

d)  evaluate the financial aspects of any potential financing by the Oversight Board;

e)  assist the Committee in connection with the financial aspects of negotiations with the Commonwealth;

f)  assist the Committee with meetings with the Commonwealth or other third parties, as appropriate in connection with the matters set forth herein;

g)  advise and assist the Committee and counsel in reviewing and evaluating any court motions, applications, complaints, or other forms of relief filed or to be filed by the Debtors or any other parties-in-interest;

h)  monitor Debtors' claims management process, analyze claims, analyze guarantees, and summarize claims;

i)  advise and assist the Committee in identifying and/or reviewing any preference payments, fraudulent conveyances and other potential claims or causes of action that the Debtors' may hold against third parties;

j)  advise and assist the Committee in reviewing payments made by the Commonwealth or other governmental entities to creditors;

k)  prepare documents and provide testimony in or related to the Title III Cases, as necessary and customary, with respect to matters on which we have been engaged to advise the Committee hereunder;

l)  in connection with all the aforementioned services, assist the Committee with communication between the Committee and the other professionals performing services for the Committee in relation to these Title III Cases and potential litigation related thereto; and

m) provide other services as requested by the Committee.

## Qualifications

7.      As one of the world's leading financial advisory, interim management and litigation support firms, with a team of restructuring, litigation and forensic specialists in North America, Europe and Asia-Pacific, specializing in advising debtors, lenders, creditor committees,

investors and court-appointed officials in formal bankruptcy cases and out-of-court workouts, Zolfo Cooper has significant qualifications and experience in the types of matters for which the Committee seeks to engage us.   Zolfo Cooper has a reputation for quality and breadth of experience, and a proven track record for success, earned by serving clients in numerous nationally prominent bankruptcy cases.   Among other cases, Zolfo Cooper has been retained by Official Committees in the chapter 11 cases of Core Media; BCBG Max Azria; Essar Steel Minnesota, UCI International, Vertellus Specialties, Vestis Retail Group, Verso Corp, Alpha Natural Resources, American Apparel, Haggen, The Great Atlantic & Pacific Tea Company, Chassix Holdings, Standard Register, Allied Nevada, Caesars Entertainment Operating Company, Deb Stores, Exide Technologies, AMR Corp. and Eastman Kodak.

8.      I, Carol Flaton, will be responsible for the overall design of Zolfo Cooper's services and direction of the engagement team.   I have 30 years of diversified business experience in restructuring, banking and finance across an array of industries, including mortgage finance, mono-line insurance, structured products, energy, homebuilding, rental car, retail and education.   I have advised debtors, creditors and equity holders engaged in restructurings, debt exchanges, refinancings, capital raises and winddowns.   My most recent assignments include representing the unsecured creditors of Haggen and the Great Atlantic & Pacific Company; and serving as the chief restructuring officer of Doral Financial Corporation and Cetera Financial Group.   Additional recent assignments include Thomas Jefferson School of Law, a confidential toll road company and a confidential aerospace company.   I am a graduate of the University of Delaware  and the International Institute of Management Development.

**Staffing and Approach**

9.　　A substantial portion of Zolfo Cooper's work is advisory and involves Zolfo Cooper's professionals counseling senior client personnel regarding high-level strategic and tactical issues.  Indeed, a substantial portion of Zolfo Cooper's professionals have in excess of 20 years of relevant business experience.  Both the Firm's internal structure and work approach are designed around its unusual staff composition of senior professionals.  Individual staff members are assigned project roles, to bring to bear their particular talents and experience in view of the specific requirements of the engagement.  Zolfo Cooper provides high value for its fees, efficiently leveraging its experienced professionals by directing Debtors personnel regarding the informational requirements of the Committee.

10.　　Integral to any team approach, and essential to minimize misunderstandings and assure continuity of service in a large, multifaceted case such as this one, are conferences, meetings and worksessions among the members of the engagement team. Ongoing communications and review of work product facilitate the sharing of information and assure continued alignment with established priorities and objectives, thereby reducing the time expended and avoiding duplicative efforts.  Zolfo Cooper communicates continually with its clients on the status and results of its work efforts and interfaces with other professionals to improve coordination and ensure that it does not duplicate services rendered by other professionals retained in the case.

**Disinterestedness**

11.　　To the best of my knowledge and belief, insofar as I have been able to ascertain after due inquiry, none of the members or employees of Zolfo Cooper (a) is related to the Debtors, their creditors, other parties in interest herein, or the United States Trustee (the "U.S.

Trustee") or anyone employed in the Office of the U.S. Trustee, or any of the Judges of this Court, or (b) holds or represents any interest adverse to any such party, except that Zolfo Cooper is connected with the Committee by virtue of this engagement. Zolfo Cooper may represent or have represented certain of the Debtor's creditors or other parties in interest herein, or interests adverse to such creditors or other parties in interest herein, in matters unrelated to these Title III Cases. Further, Zolfo Cooper may have engaged, been engaged by or had mutual clients with, may currently be engaging, be engaged by or have mutual clients with, and may in the future engage, be engaged by or have mutual clients with certain law firms, financial advisors, accounting firms and other professionals that are potential parties-in-interest or may become parties-in-interest, in matters unrelated to these Title III Cases.

12.     In connection with the preparation of this Declaration, Zolfo Cooper conducted a review of its professional contacts for connections with the Debtor, their affiliates, the members of the Committee and other interested parties identified in pleadings filed on the docket in the Title III Cases ("Interested Party List"), attached to this Declaration as Schedule 1. Zolfo Cooper ran the Interested Party List through Zolfo Cooper's relationship database ("Database"), which is an Access computer database containing names of individuals and entities that are present or recent former clients of Zolfo Cooper. Zolfo Cooper then reviewed those results, which review was completed under the supervision of the in-house General Counsel of Zolfo Cooper. A summary of the results of this search showing any relationships Zolfo Cooper has with entities on the Interested Party List is set forth in Schedule 2 to this Declaration. Recently Zolfo Cooper has become aware that an additional Interested Party List containing over 10,000 pages of additional parties, listing over 600,000 creditors, has been filed in these Title III Cases. Zolfo Cooper has begun efforts to run these additional parties through its conflict database and,

- 6 -

to the extent appropriate, will be submitting supplemental declarations disclosing its relationships, if any, with these additional parties. Zolfo Cooper is not aware of any previous relationships with any of the members of the Committee, except as set forth herein or in the <u>Schedule 2</u> attached hereto. None of the services that were or will be provided in the course of these other engagements: (i) is connected in any way to these Title III Cases or any matters for which the Committee is seeking to retain Zolfo Cooper; (ii) will impact or conflict with or be adverse to the rights of the Committee in these Title III Cases; or (iii) will compromise Zolfo Cooper's ability to provide services to the Committee or its constituents in these Title III Cases. As the Committee is aware, Zolfo Cooper Management, LLC, an affiliate firm of Zolfo Cooper was previously engaged to provide interim management services in the chapter 11 cases of both DFC, the former parent company of Doral Bank, and Doral Properties, Inc. ("DP"), where Carol Flaton, a managing director of Zolfo Cooper, served as chief restructuring officer of DFC and Scott Martinez, a director of Zolfo Cooper served as chief restructuring officer of DP and an associate director of restructuring of DFC. Additionally, Mr. Martinez recently served as the liquidating trustee of DP. Further, Enrique Ubarri, a senior advisor of Zolfo Cooper, recently served as the general counsel of various Puerto Rican companies, including serving as the Executive Vice President and General Counsel of DFC, and Mr. Ubarri has an unresolved, unsecured claim against DFC which arises as a result of Mr. Ubarri's prepetition employment agreement with DFC. Mr. Ubarri expects that this claim will be addressed in the normal course of DFC's claims resolution process. Additionally, Mr. Ubarri continues to serve as a consultant to the Committee Member, Drivetrain, LLC as the Creditors' Trustee for DFC,[3] and in that role

---

[3]     Pursuant to DFC's confirmed plan of reorganization, ownership of all of DFC's assets and claims was assigned to a newly created standalone entity, the Creditors' Trust, and Drivetrain, LLC, was appointed as the Creditors' Trustee.

he provides background and historical information regarding the assets of, and claims against, DFC; provided that under no circumstances will Mr. Ubarri provide advice with respect to any DFC matters related to the Title III Cases.

13.     An employee of Zolfo Cooper, Jarett Bienenstock, is the son of  Martin J. Bienenstock, who is a member of Proskauer working on the Title III Cases as counsel to the Debtor.  As such, Zolfo Cooper has built an information barrier around Jarett Bienenstock in connection with this case.

14.     It should be understood that Zolfo Cooper's former clients and their affiliates,[4] officers, directors, principal shareholders and their respective affiliates may have had relationships with parties in interest in these Title III Cases of which Zolfo Cooper was not informed or, subsequent to the performance of Zolfo Cooper's services for such former clients, may have developed relationships with such parties of which Zolfo Cooper is unaware.

15.     To the best of Zolfo Cooper's knowledge and belief, except as set forth in Schedule 2 to this Declaration, none of Zolfo Cooper's current or former clients (including their affiliates, officers, directors, principal shareholders and their respective affiliates) are connected to the entities listed on the Interested Party List, other parties in interest herein or interests adverse to such parties.

16.     Zolfo Cooper will promptly supplement this Declaration by disclosing any material developments regarding the Debtor or any other pertinent relationships that require disclosure in these Title III Cases, if and when any such developments or relationships come to Zolfo Cooper's attention.

---

[4]     The "Zolfo Cooper" trademark name is owned by Zolfo Cooper Holdings, LLC, Zolfo Cooper's parent company, and it is used in the United States by Zolfo Cooper, LLC and its subsidiaries.  The Zolfo Cooper trademark is used in Hong Kong and the People's Republic of China under license agreements, without common ownership with Zolfo Cooper.

**<u>Billing Practices</u>**

17.     Zolfo Cooper charges based on actual hours expended to perform its services at standard hourly rates established for each employee, as adjusted semi-annually.  It is the customary practice of the Firm to bill clients for travel time consistent with guidelines of the jurisdiction.  Therefore, Zolfo Cooper will apply a 50% discount rate to non-working travel time billed.  Time entries are recorded in six-minute increments.  Fees reflect economies resulting from the use of paraprofessional and support personnel to develop schedules and analyses, input computer data, perform research, work on fee applications, and other activities necessary to the efficient administration of a case.  Zolfo Cooper does not include support services in the Firm's overhead for the purpose of establishing billing rates.  Billing rates are generally representative of prevailing market rates, as awarded by other courts in similar circumstances, based on the customary compensation charged by comparably skilled practitioners in bankruptcy and non-bankruptcy engagements.

18.     The billing rates for professionals who may be assigned to this engagement in effect as of January 1, 2017:

|  |  |
|---|---|
| Managing Directors | US $850 - $1,035 |
| Professional Staff | US $305 - $850 |
| Support Personnel | US $  60 - $290 |

19.     Additionally, in light of the unprecedented nature of the Title III Cases and the fact that the Title III Cases do not involve a corporate entity but rather a U.S. territory where residents' access to basic essential services has oftentimes been limited, Zolfo Cooper has agreed to provide an adjustment to its fees.  Zolfo Cooper has agreed, in advance, to this reduction to its fees due to Puerto Rico being a territory of the United States, the unprecedented nature of these Title III Cases, and the severe economic distress of the people in the territory of Puerto Rico.  By

this reduction, Zolfo Cooper further endeavors to have transparency around its fees.  It is understood that Zolfo Cooper shall provide monthly fee statements and interim fee statements, which shall include all of its fees for hours worked.  Zolfo Cooper shall be subject to any interim compensation orders entered by the District Court.  Zolfo Cooper's final allowed compensation shall reflect a write off of twenty percent (20%) of the total professional fees sought during the entire case in connection with such final fee application, with the precise fees to be waived to be designated by Zolfo Cooper (in its sole discretion) in connection with the final fee application process.

20.     Zolfo Cooper charges for reasonably incurred, out-of-pocket expenses associated with an assignment including, but not limited to, costs of reproduction, typing, our legal counsel, any applicable state sales or excise taxes and other direct expenses.  Except as follows, all expenses will be billed at actual cost, exclusive of amortization of the cost of any investment, equipment or capital outlay: (i) internal charges for outgoing out-of-town facsimile transmissions will be billed at $1.00 per page for domestic transmissions and $2.50 per page for foreign transmissions, and (ii) internal photocopy charges will be billed at $.25 per page.

21.     Zolfo Cooper maintains contemporaneous records of the time expended and out-of-pocket expenses incurred in support of its billings for services.  All such records are located in the Firm's offices and are available for inspection, subject to certain matters contained therein that may be privileged.

22.     The hours worked, the results achieved and the ultimate benefit to the parties represented by the Committee of the work performed in connection with this retention may be variable, and the Committee and Zolfo Cooper have taken this into account in setting the fees

- 10 -

hereunder.  No fee payable to any other person or entity by the Debtors, the Committee or any other party shall affect any fee payable to Zolfo Cooper under Zolfo Cooper's retention.

23.      None of Paul Hastings, the members of the Committee or any of their agents are or shall be responsible for the payment of Zolfo Cooper's fees and costs arising out of the engagement described and referenced herein, regardless of whether or not Zolfo Cooper is paid in full from the Debtor's estates.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Carol Flaton
_____
Date: July 11, 2017                                    Carol Flaton
                                                               Managing Director

- 11 -

## Schedule 1

**Interested Party List**

## SCHEDULE 1

### Interested Parties

**Representative of Debtors**
The Financial Oversight and Management Board for Puerto Rico

**Debtors**
Commonwealth of Puerto Rico (Primary Government)
Employees' Retirement System (ERS) of the Government of the Commonwealth of Puerto Rico
PR Highways and Transportation Authority (HTA)
PR Sales Tax Financing Corporation (COFINA)
PR Electric Power Authority (PREPA)

**Committee Members**
The American Federation of Teachers (AFT)
Drivetrain, LLC, as Creditors' Trustee of DFC
Genesis Security Services, Inc.
Puerto Rico Hospital Supply
Service Employees International Union
Total Petroleum Puerto Rico Corp.
The Unitech Engineering Group, S.E.

**Committee-Related Professionals**
Cancio, Nadal, Rivera & Diaz, P.S.C. (Attorneys for AFT)
Casillas Santiago & Torres, LLC (Attorneys for Genesis Security)
Cohen, Weiss and Simon LLP (Attorneys for Service Employees International Union)
Monserrate Simonet & Gierbolini, LLC (Attorneys for Service Employees International Union)
O'Neill & Gilmore Attorneys at Law (Local Counsel to Committee)
O'Neill & Gilmore LLC (Attorneys for PR Hospital Supply)
Salichs Pou & Associates PSC (Attorneys for Drivetrain)
Schulte Roth & Zabel LLP (Attorneys for Drivetrain)
Sepulvado & Maldonado (Attorneys for Total Petroleum PC Corp.)
Zolfo Cooper LLP (Financial Advisor to Committee)

### Parties Identified in the PrimeClerk and Epiq Retention Applications

**Oversight Board Members and Professionals**
9-1-1 Service Governing Board
Andrew G. Biggs, Member of the Board
Jose B. Carrión III, Member of the Board
Jaime A. El Koury, General Counsel of the Board
Carlos M. Garcia, Member of the Board
Gov. Alejandro García Padilla, Ex-Officio Member of the Board
Arthur J. Gonzalez, Member of the Board

José R. González, Member of the Board
Ana J. Matosantos, Member of the Board
Richard Ravitch, *Ex Officio* Member of the Board
Ramón M. Ruiz, Interim Executive Director of the Board
David A. Skeel Jr., Member of the Board

**Other Parties Identified in the PrimeClerk and Epiq Retention Applications**
Additional (Electronic) Lottery
Agricultural Enterprises Development Administration
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and the Caribbean
Commonwealth of Puerto Rico Regional Center Corporation
Company for the Integral Development of the "Península de Cantera"
Corporation for the "Caño Martin Peña" Project (ENLACE)
Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of
    Puerto Rico
Culebra Conservation and Development Authority
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Fiscal Agency and Financial Advisory Authority (AAFAF)
Governmental Development Bank for PR (GDB)
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Judiciary Retirement System (JRS)
Land Authority of Puerto Rico
Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads
Model Forest
Municipal Revenue Collection Center (CRIM)
Musical Arts Corporation
Port of the Americas Authority
PR Aqueduct and Sewer Authority (PRASA)
PR Infrastructure Finance Authority (PRIFA)
PR Maritime Shipping Authority
PR Medical Services Administration (ASEM)
Public Building Authority (PBA)
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
    (COSSEC)
Puerto Rico and Municipal Islands Transport Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority (PRCCDA)
Puerto Rico Council on Education
Puerto Rico Health Insurance Administration (HIA / ASES)

2

Puerto Rico Industrial Development Company (PRIDCO)
Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
    Financing Authority (AFICA)
Puerto Rico Integrated Transit Authority (PRITA)
Puerto Rico Land Administration
Puerto Rico Metropolitan Bus Authority (AMA)
Puerto Rico Municipal Finance Agency (MFA)
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnerships Authority (PPP)
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Solid Waste Authority
Special Communities Perpetual Trust
State Insurance Fund Corporation (SIF)
Teachers' Retirement System (TRS)
The Children's Trust Fund (CTF)
Traditional Lottery
Unemployment Insurance Fund
University of Puerto Rico (UPR)
University of Puerto Rico Comprehensive Cancer Center

### Additional Parties Identified by Paul Hastings

**Puerto Rico Officials**
Rafael Rovira Arbona
Alberto Baco Bague
Luis F. Cruz Batista
Miguel A. Torres Diaz
Melba Acosta Febo
Gerardo José Portela Franco
Juan Flores Galarza
Juan C. Zaragoza Gomez
Celeste Freytes Gonzalez
Gabriel Olivera Magraner
Raúl Maldonado
Víctor A. Suárez Meléndez
Jose A. Sierra Morales
Ricardo Antonio Rosello Nevares
Alejandro Garcia Padilla
Alberto C. Rodriguez Perez
Carmen Villar Prados

3

Jose Santiago Ramos
Jose Santiago Ramos
Ingrid Rivera Rocafort
César A. Miranda Rodríguez
José Iván Marrero Rosado
Hector Ivan Santos
Elias Sanchez Sifonte
Christian Sobrino-Vega
Juan Vaquer

**U.S. Officials**
Regina McCarthy
Steven Mnuchin

**20 Largest Unsecured Creditors**
Baxter Sales & Distribution PR Corp.
Braxton School of Puerto Rico
Cardinal Health PR
Cesar Castillo Inc.
Corporacion de Servicios Educativos de Yabucoa
COSALL
Ediciones Santillana, Inc.
Ediciones SM
EVERTEC Inc.
IKON Solutions, Inc.
Institucion Educativa NETS, LLC
Kirkland & Ellis LLP
Manpower
MC&CS
Microsoft
Puerto Rico Telephone Company
Total Petroleum Corps.
U.S. Army Corps of Engineers
Workforce Training and Employment Center, Inc.

**Litigation Parties**
322 De Diego Holdings, LLC
419 Ponce de Leon, Inc.
Aaron C. Bielenberg
Adriel Longo-Ravelo
Adrienne Muentes-Ortiz
AG Financial Solutions
AG Financial Solutions Funds
Altair Global Credit Opportunities

4

Ambac Assurance Corporation
Ambac Financial Group
Aristeia Horizons, L.P.
Artau Feliciano Conjugal Property Partnership
Asociación Puertorriqueña De La Judicatura, Inc.
Assured Guaranty Corp/Assured Guaranty Municipal Corp. f/k/a Financial Security Assurance
    Corporation
Aurelius Capital Management LP
Autonomy Capital (Jersey) LP
Baldr Mason Fund
Banco Popular de Puerto Rico
Banco Santander Puerto Rico
Bank of New York Mellon
Bank of Nova Scotia
Benigno Trigo-Gonzalez
Bertita Martinez-Martinez
Blue Mountain Capital Management LLC
Bonistas de Patio
Brigade Capital Management
Buckeye Partners
Camino Cipres LLC
Camino Roble LLC
Canary SC Master Fund, L.P
Canyon Balanced Master Fund, Ltd.
Canyon Funds
Canyon Value Realization Fund, L.P.
Carlos Reyes Castro
Carmen Feliciano Vargas
Carmen Regina Suarez-Sein
Ceci Montilla-Rojo
Centerbridge Partners
Claren Road and Avenue
Claren Road Asset Management
Conjugal Partnership Gonzalez-Simounet
Conjugal Partnership Hermida-Colon
Conjugal Partnership Hess-Trigo
Conjugal Partnership Martinez-Martinez
Conjugal Partnership Smith-Smith
Conjugal Partnership Trigo-Suarez
Conjugal Partnership Trigo-Zapata
Conjugal Partnership Valdes-Muentes
Corbin Opportunity Fund L.P.
Covalent Partners LLC
Crescent 1, L.P.

5

CRS Master Fund, L.P.
Cyrus Funds
Davidson Kempner
Davidson Kempner Capital Management
Decagon Holdings
Dionisio Trigo-Gonzalez
Eduardo Artau Gomez
EJF
Elías Sánchez
Ernesto A. Smith
Excelerate Energy
FCO Advisors LP
Federico M. Stubbe Arzuaga
Federico Stubbe Gonzalez
Financial Guaranty Insurance Co.
Fir Tree Partners
First Medical Health Plan, Inc.
Fore Research & Management
Fore Solus Alternative Asset Management
Franklin Advisors Inc.
Franklin Templeton Inc.
FSA Investments, LLC
FT Opportunistic Distressed Fund
Fundamental
Glendon Opportunities Fund
Gloria Colon
GoldenTree
GoldenTree Asset Management LP
Goldman Sachs
Goldman Sachs Asset Management
Guillermo L. Martinez
Gustavo Hermida-Ceda
Heirs of The Estate of Rosario Ferre Ramirez De Arellano Comp by BTF-RLTF-LATF
Jacana Holdings
Jorge Hess
Jorge Irizarry
Jose A. Valdes-Mazaurieta
José F. Rodríguez Perelló
Ketty SIimounet de Gonzalez
King Street
Knighthead
KTRS Credit Fund LP
Lex Claims, LLC
LMA SPC

6

LMAP 903 Limited
Long En-Tech Puerto Rico, Inc.
Marathon
MassMutual
Master SIF SICAV SIF
MBIA
MC Holdings Master LP
Merced Capital LP
Miguel Angel Ortiz Ramos
Monarch
Monarch Alternative Capital LP
MPR Investors, LLC
Municipio Autonomo de Ponce
Natalie Jaresko
National Public Finance Guarantee Corp.
Nokota Capital
Northshore Management, Corp.
Nutmeg Partners
Ocher Rose LLC
Old Bellows Partners
Oppenheimer Funds Inc.
Oriental Bank
Pandora Select Partners
Peaje Investments
Penteli Master Fund
Pinehurst Partners, L.P.
Prisma SPC Holdings Ltd. – Segregated Portfolio AG
Puerto Rico Funds and Portfolios
Puerto Rico GNMA & U.S. Government Target Maturity Fund
Rafael Rojo
Ramon Gonzalez-Cordero
Regina Trigo de Hess
ROLSG LLC
RRW I LLC
San Rafael Holdings, LLC
Sandra Pacheco Santiago
Santander Asset Management Corporation
Santander BanCorp
Santander Financial Services, Island Insurance Corporation
Santander Insurance Agency, Inc.
Santander International Bank of Puerto Rico, Inc.
Santander PR Capital Trust I
Santander Securities Corporation
Saress E. Smith

7

SB Special Situation Master Fund SPC, Segregated Portfolio D
Scoggin Funds
Scotiabank de Puerto Rico
Senator Global Opportunity Master Fund L.P.
Servidores Publicos Unidos Council 95 of The American Federation of
  State, County and Municipal Employees
SL Funds
SL Puerto Rico Fund II LP
Sola Ltd.
Stone Lion Capital Partners LP
Stugo, LLC
SV Credit LP
Syncora
Taconic Master Fund 1.5 LP / Taconic Opportunity Master Fund
Tasman Fund LP
Teresa Zapata-Bird
The Canyon Value Realization Master Fund, L.P.
Tilden Park Capital Management
Trigo Corp.
Trimar Investments Corp.
U.S. Bank Trust National Association
UBS IRA Select Growth and Income Puerto Rico Fund
Ultra Master Ltd.
Valmu Trust 2015, LLC
Varde Partners
Voya Institutional Trust Company
Whitebox Advisors LLC
Wilmington Trust

## **Schedule 2**

**Connections with Potential Parties List**

Schedule 2

| Party in Interest | Nature of Interest In | Description of Current Relationship of Zolfo Cooper, LLC ("ZC") |
|---|---|---|
| Ambac, Ambac Assurance Corporation and Ambac Financial Group, Inc. ("Ambac") | Bondholder | ZC is currently providing litigation consulting services to Ambac.<br><br>ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Ambac was a top 30 account debtor.<br><br>ZC is currently retained by the debtors in the Modular Space chapter 11 case where Ambac is an affiliate of a current board member. |
| Aristeia Horizons, L.P., Aristeia Capital LLC, Aristeia Master LP, Aristeia Reflection Fund ("Aristeia") | Party To Litigation | ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Aristeia is a RSA party, consenting noteholder and DIP lender.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Aristeia is a lender. |
| Appaloosa Investment LP and Appaloosa Management LP ("Appaloosa") | Party-In-Interest | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Appaloosa is a litigation counterparty and bondholder. |
| Assured Guaranty Ltd. and Assured Guaranty Corp. ("Assured") | Bondholder | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Assured was an account debtor. |
| Aurelius Capital Management LP ("Aurelius") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Aurelius is a bondholder and first lien noteholder. |
| Baldr Mason Fund ("Baldr") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Baldr is a lender. |
| Banco Popular de Puerto Rico, Banco Popular Hq ("Banco Popular") | Top 20 Unsecured Creditor | ZC recently served as liquidating trustee in the Doral Properties chapter 11 case where Banco Popular was a tenant.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Banco Popular is a customer. |

| Bank of New York, BNY Capital Funding, LLC, BNY Capital Resources Corp., Bank of New Your Corporate Trust or BNY Mellon ("BNY") | Bondholders And A Top 20 Unsecured Creditor/Employee Retirement System | ZC is currently providing services to the American Home Mortgage Trust where BNY is a party-in-interest.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where BNY is a bondholder and a beneficiary to a letter of credit.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where BNY is an indenture trustee.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where BNY is a secured lienholder and a customer.<br><br>ZC is currently retained by the plaintiffs in a litigation support case where BNY is the defendant.<br><br>ZC is currently providing interim management services in an out-of-court situation where BNY is a royalty owner payee.<br><br>ZC is currently retained by the plaintiffs in a litigation support case where BNY is the defendant.<br><br>ZC is currently retained to provide post confirmation services in the Homer City chapter 11 case where BNY is a banking facility. |
| Bienenstock, Martin | | ZC is currently in the process of being retained by the Official Committee of Unsecured Creditors in the Commonwealth of Puerto Rico Title III case where Proskauer Rose LLP is counsel to the Financial Oversight and Management Board, as representative for the debtors.   Martin Bienenstock is an attorney with Proskauer working on this matter.  Jarret Bienenstock, an employee of Zolfo Cooper, is the son of Martin Bienenstock.  Jarret Bienenstock is not working on this matter and ZC has built an information barrier around Jarret Bienenstock in connection with this matter. |

| Bank of Nova Scotia | Party To Litigation | ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Bank of Nova Scotia is a customer, financial institution, RSA and UCC fixture and judgement lien party.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Bank of Nova Scotia is a lender.<br><br>ZC is currently retained by the company in an out-of-court situation where Bank of Nova Scotia is a vendor. |
|---|---|---|
| BlueMountain Capital, BlueMountain Capital Management, BlueMountain CLO 2011-1 Ltd., BlueMountain CLO 2012-1 Ltd., BlueMountain CLO 2012-2 ltd., BlueMountain CLO 2013-1 Ltd., BlueMountain CLO 2013-2 Ltd., BlueMountain CLO 2013-3 Ltd., BlueMountain CLO 2013-4 Ltd., BlueMountain CLO 2014-1 Ltd., BlueMountain CLO 2014-2 Ltd. and BlueMountain CLO 2014-3 Ltd. ("BlueMountain") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where BlueMountain is a lender and bondholder. |
| Bracewell LLP | Counsel To The QTCB Noteholders Group. | ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Bracewell LLP is a party with a filed an appearance.<br><br>ZC is currently retained to provide interim management services in the Venoco chapter 11 case where Bracewell LLP is a professional. |
| Butler Snow LLP | Counsel To Financial Guaranty Insurance Company | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Butler Snow LLP is a party-in-interest. |

| | | |
|---|---|---|
| Brigade Capital Fund II Ltd, Brigade Distressed Value Master Fund Ltd., Brigade Opportunistic Credit Fund 16 LLC, Brigade Opportunistic Credit Fund ICL LP, Brigade Opportunistic Credit LBG Fund Ltd., Brigade Capital Management LLC and Brigade Capital Management LP ("Brigade") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Brigade is a bondholder and first lien noteholder.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Brigade is a lender. |
| Cadwalader Wickersham & Taft ("Cadwalader") | Counsel To Assured Guaranty Corp. And Assured Guaranty Municipal Corp | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Cadwalader is a party-in-interest.<br><br>ZC is currently in the process of being retained by the debtors in the Toisa Limited chapter 11 case where Cadwalader is counsel to the steering committee. |
| Canyon Balanced Master Fund Ltd., Canyon lue Credit Investment Fund LP, Canyon Capital Advisors LLC, Canyon Capital CLO 2006-1 Ltd., Canyon Distressed Opportunity Master Fund LP, Canyon Partners, Canyon TXU LP, Canyon Value Realization Fund LP, Canyon Value Realization Mac 18 Ltd., Canyon Value Realization Master Fund LP, Canyon GRF Master Fund II LP, Canyon SL Value Fund LP, Canyon TCDRS Fund LLC ("Canyon") | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Canyon is a lender, bondholder and litigation counterparty. |
| Cardinal Health Inc. and Cardinal Health PR ("Cardinal Health") | Top 20 Unsecured Creditor | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Cardinal Health is a customer. |
| Cede & Co | Top 20 Unsecured Creditor And Nominee Of The Depository Trust Company | ZC is currently providing services to the American Home Mortgage Trust where Cede & Co is a shareholder.<br><br>ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Cede & Co is an equity security holder.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Cede & Co. is a shareholder. |

| | | |
|---|---|---|
| Davidson Kempner Capital or DK Partners, Davidson Kempner Capital Management LP ("DK") | Party-In-Interest | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where DK is a lender and bondholder.<br><br>ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where DK is an interested party. |
| Centerbridge Credit Partners, Centerbridge Credit Advisors LLC, Centerbridge Credit Partners Master LP, Centerbridge Group, Centerbridge Partners LP, Centerbridge Special Credit Partners II LP, Centerbridge Special Credit Partners, LP ("Centerbridge") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Centerbridge is a member of the committee of second priority noteholders, bondholder and litigation counterparty.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Centerbridge is a second lien lender.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Centerbridge is a lender. |
| Claren Road Asset Management ("Claren") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Claren is a lender and bondholder. |
| Crescent 1, L.P., Crescent Capital Group LP ("Crescent") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Crescent is a lender and bondholder.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Crescent is a lender. |
| Dechert LLP | Party-In-Interest And Plaintiff In Adversary Proceedings | ZC is currently retained by liquidating trust in the Orchard Supply Hardware chapter 11 case where Dechert LLP is counsel to the lenders.<br><br>ZC is currently retained by the debtors in the Modular Space chapter 11 case where Dechert LLP is counsel to the bondholders. |
| Department of Defense ("DOD") | Federal Agency | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where DOD is a customer. |
| Department of Energy ("DOE") | Federal Agency | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where DOE is a customer. |

| Department of Homeland Security ("DHS") | Federal Agency | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where DHS is a customer.<br><br>ZC is currently retained by the debtors in an out-of-court situation where DHS is a vendor. |
|---|---|---|
| Department of Transportation ("DOT") | Federal Agency | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where DOT is a party-in-interest.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where DOT is a customer. |
| DLA Piper, LLP | Counsel To The Employees Retirement System Of The Government Of The Commonwealth Of Puerto Rico And The University Of Puerto Rico | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where DLA Piper LLP was a departure firm.<br><br>ZC is currently retained by the liquidating trust in the Orchard Supply chapter 11 case where DLA Piper, LLP is counsel to the debtor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where DLA Piper, LLP is a professional.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Vestis chapter 11 case where DLA Piper, LLP is a landlord.<br><br>ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where DLA is a vendor and an OCP.<br><br>ZC is currently retained as the liquidating trustee in the VSI Liquidating Trust chapter 11 case where DLA Piper, LLP is a professional.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where DLA is a vendor. |
| EPA | Federal Agency | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where the EPA is a party-in-interest.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where the EPA is a customer. |

| | | |
|---|---|---|
| Federal Communication Commission ("FCC") | Federal Agency | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where the FCC is a taxing authority.<br><br>ZC is currently retained by the company in an out-of-court situation where the FCC is a permit issuer. |
| Financial Guaranty Insurance Company ("FGIC") | Bondholder | ZC is currently providing litigation consulting services in a situation where FGIC is a party in interest. |
| Franklin Advisors Inc., Franklin Custodian Funds Inc., Franklin Floating Rate, Franklin High Income Fund, Franklin High Income Securities Fund, Franklin Income Securities Fund, Franklin Institutional Global High Yield, Franklin Investors Securities Trust, Franklin Convertible Securities Fund, Franklin Mutual Advisors, LLC, Franklin Mutual Shares, Franklin Mutual Quest Fund, Franklin Mutual global, Franklin Resources, Inc. , Franklin Templeton Variable Insurance Products Trust and Franklin Universal Trust et al. ("Franklin") | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Franklin is a lender and bondholder.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Franklin is a bondholder.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Franklin is a party to litigation.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Franklin is a secured lienholder and lender. |
| Fore Research & Management LP, Fore Solus Alternative Asset Management and Fore Multi Strategy Master Fund Ltd. ("Fore") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Fore is a lender and a bondholder.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Fore is a lender. |
| Golden Tree | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Golden Tree is a lender and bondholder.<br><br>ZC is currently retained to provide post confirmation services in the Homer City chapter 11 case where Golden Tree is a noteholder. |

| Goldman Sachs & Co., GS Mortgage Securities Corp., GS Capital Partners, GS Capital Partners VI Fund LP, GS Capital Partners VI Parallel LP, GS Global Infrastructure Partners I LP, GS Infrastructure Offshore XU Holdings LP, GS International Infrastructure Partners I LP and Goldman Sachs Asset Management and J. Aron & Co. (collectively, "Goldman") | Bondholder | ZC is currently providing services to the American Home Mortgage Trust where Goldman is a shareholder.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Goldman is a lender, bondholder and contract counterparty.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Goldman is a second lien lender.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Goldman is creditor, noteholder and a lender.<br><br>ZC is currently retained by counsel to the agents in two situations where Goldman is a lender and agent.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Goldman is a lender, customer and investment banker.<br><br>ZC is currently retained to provide post confirmation services in the Homer City chapter 11 case where Goldman is a contract counterparty.<br><br>ZC is currently retained by the ad hoc lender group in an out-of-court situation where Goldman is a member of the ad hoc lender group. |
| Hogans Lovell US LLP | Counsel To U.S. Bank, National Association And U.S. Bank Trust, National Association, Each As Trustee For Various Bond Issues | ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Hogans Lovells US LLP is a party with a filed appearance. |
| Holland & Knight LLP and Holland & Knight Trust Account ("Holland & Knight") | Counsel To First Transit Of Puerto Rico, Inc. | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Holland & Knight is a party-in-interest.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Holland & Knight is a vendor. |

| Jenner & Block LLP | Counsel To The Official Committee Of Retired Employees Of Puerto Rico | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Jenner & Block LLP is a party in interest. |
|---|---|---|
| Jones Day | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Jones Day is a professional.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Jones Day is a private shareholder.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Jones Day is a professional.<br><br>ZC is currently retained to provide interim management in situation where Jones Day is a professional.<br><br>ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where Jones Day is an OCP. |
| Kasowitz, Benson, Torres & Friedman LLP ("KBT&F") | Counsel To Whitebox Asymmetric Partners, LP. | ZC is currently providing interim management services in the Sabine chapter 11 case where KBT&F is a party-in-interest.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where KBT&F is a party-in-interest.<br><br>ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where KBT&F is a vendor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the ESML/Essar chapter 11 case where KBT&F is a professional. |
| King Street and King Street Capital Management ("King Street") | Party to Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where King Street is a lender and bondholder. |
| Kirkland & Ellis LLP and Kirkland & Ellis International, LLP ("K&E") | Top 20 Unsecured Creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 1 case where K&E is counsel to the debtors.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where K&E is counsel to the debtors. |

| | | |
|---|---|---|
| | | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where K&E is a customer and counsel to the debtors.<br><br>ZC is currently retained by the official committee of unsecured creditors in the BCBG Max Azria chapter 11 case where K&E is debtor's counsel.<br><br>ZC is currently retained by the ad hoc lender group in an out-of-court situation where K&E is counsel to the ad hoc lender group. |
| Knighthead and Knighthead Capital Management LLC ("Knighthead") | Party To Litigation | ZC is currently retained to provide to provide post confirmation services in the Homer City chapter 11 case where Knighthead was a noteholder. |
| KPMG | Top 20 Unsecured Creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where KPMG is a professional.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Haggen chapter 11 case where KPMG is a professional.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Vestis chapter 11 case where KPMG is a professional.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where KPMG is a customer and vendor.<br><br>ZC is currently retained by the company in an out-of-court situation where KPMG is a vendor.<br><br>ZC is currently retained by the debtors in the Modular Space chapter 11 case where KPMG is an ordinary course professional. |
| Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") | Counsel To Major COFINA Bondholders & Mutual Fund Group And Oppenheimer Funds | ZC is currently retained by the liquidating trust of the Dewey & LeBeouf chapter 11 case where Kramer Levin is counsel to the bank group.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Kramer Levin is a professional. |
| KTRS Credit Fund LP ("KTRS") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where KTRS is a lender. |

| Lehman Brothers, Lehman Commercial Paper, LB 745 LLC, PAMI Statler Arms LLC, Lehman Brothers Commodity Services, Lehman Brothers Special Financing, Lehman Brothers OTC Derivatives, Lehman Brothers Derivative Products, Lehman Brothers Commercial Corp., Lehman Brothers Financial Products, Lehman Brothers Scottish Finance LP, CES Aviation, East Dover Limited, Luxembourg Residential Properties, BNC Mortgage LLC, LB Rose Ranch, LLC, Structured Asset Securities (collectively, "Lehman") | Party-In-Interest | ZC is currently providing services to the American Home Mortgage Trust where Lehman is a creditor.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Lehman is a private shareholder. |
|---|---|---|
| Manpower | Top 20 Unsecured Creditor | ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Manpower is a vendor.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Manpower is a vendor. |
| Mason Capital Management, LLC, Mason Street Advisors LLC ("Mason") | Party-In-Interest | ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Mason is a bondholder. |
| Marathon Asset Management, Marathon Blue Active Fund Ltd., Marathon Centre Street Partnership, Marathon CLO II Ltd., Marathon CLO VI Ltd., Marathon Court Square LP, Marathon Credit Dislocation Fund LP, Marathon Credit Opportunity Master Fund Ltd., Marathon Liquid Credit Long-Short Fund, Marathon ("Marathon") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Marathon is a lender and bondholder<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Marathon is a public shareholder.<br><br>ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where Marathon is a royalty revenue counterparty.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Marathon is a lender. |

| Massachusetts Mutual Life Insurance ("Mass Mutual") | Party To Litigation | ZC is currently providing services to the liquidating trust in the Dewey & LeBeouf chapter 11 case where Mass Mutual was a secured creditor.<br><br>ZC is currently retained to provide management services in an out-of-court situation where Mass Mutual is a lender.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Mass Mutual is a bondholder and second lien lender.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Mass Mutual is a customer. |
|---|---|---|
| McConnell Valdes LLC | Counsel To Autopistas De Pr, LLC, Autopistas Metropolitanas De Puerto Rico, LLC And Puerto Rico Telephone Company | ZC is currently retained by the SRC Liquidating GUC Trust of the Standard Register chapter 11 case where McConnell Valdes LLC was an ordinary course professional. |
| McDermott Will & Emery LLP | Counsel To Goldman Sachs Asset Management L.P. | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where McDermott Will & Emery LLP is a party-in-interest. |
| Mesirow Financial Consulting, Mesirow Financial Investment Management Inc. and Mesirow Financing ("Mesirow") | Top 20 Unsecured Creditor, Employee Retirement System | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Mesirow is a lender and bondholder.<br><br>ZC recently served as liquidating trustee in the Doral Properties chapter 11 case where Mesirow was a bondholder, trustee and/or related party.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where a former employee of Mesirow has been retained by Sabine's counsel, Kirkland & Ellis, as a testifying expert. |

| | | |
|---|---|---|
| Microsoft Global Finance Ltd, Microsoft Corp., Microsoft Licensing GP, Microsoft Software et al ("Microsoft") | Top 20 Unsecured Creditor | ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Microsoft is a contract counterparty.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Microsoft is a competitor and vendor.<br><br>ZC is currently retained by the official committee of unsecured creditors in the BCBG Max Azria chapter 11 case where Microsoft is a lease/contract counterparty. |
| Oaktree Capital Management, OCM Principal Opportunities, Oaktree Capital Management Fund II, Oaktree Capital Management, L.P., Oaktree High Yield Fund, L.P., Oaktree Huntington Investment Fund, L.P., Oaktree Opportunities Funds, Oaktree Value Opportunities Funds, Oaktree Loan Fund 2x (Cayman) LP, Oaktree FF Investment fund LP-Class B, Oaktree-Forest Multi-Strategy, LLC (series B), Oaktree Opportunities Fund IX (Parallel 2), L.P. et al. ("Oaktree") | Party-In-Interest | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Oaktree is a member of the committee of Second priority noteholders, lender, bondholder and significant litigation counterparty.<br><br>ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Oaktree is an interested party.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Oaktree is a lender. |
| Monarch | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Monarch is a bondholder. |
| Och Ziff or Sculptor Investments S.a.r.L , OZ Management LP, OZ Management II LP ("OZ") | Party-In-Interest | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where OZ is a lender.<br><br>ZC is currently retained by the ad hoc lender group in an out-of-court situation where OZ is a member of the ad hoc lender group. |
| O'Melveny & Meyers LLP | Counsel To The Puerto Rico Fiscal Agency And Financial Advisory Authority On Behalf Of The Governor Of Puerto Rico And AAFAF | ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where O'Melveny &Meyers LLP is a party with a filed appearance.<br><br>ZC is currently retained to provide post confirmation services in the Homer City chapter 11 case where O'Melveny & Meyers LLP is a professional. |

| Oppenheimer and Co., Oppenheimer Funds, Oppenheimer Global Strategic Income Fund, Oppenheimer Master Loan Fund, Oppenheimer Quest for Value Funds, Oppenheimer Variable Account Funds, Oppenheimer Funds Inc., Oppenheimer Capital Structure and Oppenheimer Senior Floating Rate Fund ("Oppenheimer") | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Oppenheimer is a lender and bondholder. ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Oppenheimer is a second lien lender. ZC is currently retained by the official committee of unsecured creditors in the ESML/Essar chapter 11 case where Oppenheimer is a lender and/or agent. ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Oppenheimer is a secured lienholder and lender. |
|---|---|---|
| Paul Hastings LLP ("Paul Hastings") | Counsel To The Unsecured Creditors Committee | ZC recently served as liquidating trustee in the Doral Properties chapter 11 case where Paul Hastings was a professional. ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Paul Hastings is a vendor. ZC is currently retained by the official committee of unsecured creditors in the ESML/Essar chapter 11 case where Paul Hastings is a top 20 unsecured creditor. ZC is currently retained by the company in an out-of-court situation where Paul Hastings is a vendor. ZC is currently retained by the debtors in the Modular Space chapter 11 case where Paul Hastings is a professional. |
| Paul Weiss Rifkind Wharton & Garrison LLP ("Paul Weiss") | Bondholders | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Paul Weiss is a professional. ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Paul Weiss is a contract counterparty. ZC is currently retained by the company in an out-of-court situation where Paul Weiss is a professional. |
| Penteli Master Fund ("Penteli") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Penteli is a lender. |

| Prime Clerk | Professional | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Prime Clerk is a professional. |
|---|---|---|
| | | ZC is currently retained by the SRC Liquidating GUC Trust of the Standard Register chapter 11 case where Prime Clerk is a business affiliation of a member of the debtors' board. |
| | | ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Prime Clerk is a professional. |
| | | ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Prime Clerk is a professional. |
| | | ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where Prime Clerk is a professional. |
| | | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Prime Clerk is a professional. |
| | | ZC is currently retained to provide interim management services in the Venoco chapter 11 case where Prime Clerk is a professional. |
| Proskauer Rose LLP | Counsel To The Financial Oversight And Management Board, As Representative For The Debtors | Jarret Bienenstock is an employee of ZC.  Mr. Bienenstock's father, Martin Bienenstock is a partner at Proskauer Rose LLP. |
| | | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Proskauer Rose LLP is a professional. |
| | | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where Proskauer Rose LLP is a departure firm. |
| Puerto Rico Telephone | Party-In-Interest | ZC is currently retained by the SRC Liquidating GUC Trust of the Standard Register chapter 11 case where Puerto Rico Telephone was a utility provider. |

| | | |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") | Counsel To COFINA Senior Bondholders | ZC is currently providing litigation support services to plaintiffs in situations where Quinn Emanuel is counsel to a party.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Quinn Emanuel is a contract counterparty. |
| Reed Smith | Indenture Trustee For The Senior And Subordinated COFINA Bondholders | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Reed Smith is a professional.<br><br>ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Reed Smith is a notice party.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Vestis chapter 11 case where Reed Smith is a litigation party.<br><br>ZC is currently retained by the company in an out-of-court situation where Reed Smith is counsel to an affiliate. |
| Santander Bank, Santander Asset Management and Santander Consumer USA Inc. ("Santander") | Top 20 Unsecured Creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Santander is a lender.<br><br>ZC is currently retained by counsel to the agent in a situation where Santander is a lender.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Santander is a customer. |
| Schulte Roth & Zabel LLP ("SRZ") | Counsel To Doral Financial Corporation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where SRZ is a party-in-interest.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where SRZ is a professional. |
| Scoggin Capital Management II LLC, Scoggin International Fund Ltd. and Scoggin Management LP ("Scoggin") | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Scoggin is an equity holder. |

| | | |
|---|---|---|
| Scotiabank, Scotia Bank, Scotiabank del Peru, Scotiabank de Puerto Rico and Scotia Capital ("Scotia") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Scotia is a lender and bondholder. ZC is currently retained by the company in an out-of-court situation where Scotia is a lender. |
| Securities Exchange Commission ("SEC") | Party-In-Interest | ZC recently served as liquidating trustee in the Doral Properties chapter 11 case where the SEC was a party to litigation. ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where the SEC is a regulatory agency. ZC is currently retained by the official committee of unsecured creditors in the Vestis chapter 11 case where the SEC is a governmental regulatory agency. |
| Service Employees International Union ("SEIU") | UCC Committee Member | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where SEUI is a union. ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where SEIU is a union. |
| Small Business Administration ("SBA") | Federal Agency | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where the SBA is a customer. |
| Sola Ltd. ("Sola") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Sola is a party-in-interest. ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Sola is a lender. |
| State Street Bank and Trust, State Street Global Advisors, State Street Total ETF, MAST Credit Opportunities I Master Fund Limited, MAST OC I Master Fund, and MAST Select Opportunities Master Fund LP ("State Street") | Top 20 Unsecured Creditor | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where State Street is a bondholder. ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where State Street is a bondholder. ZC is currently retained to provide interim management services in the Avaya chapter 11 case where State Street is a secured lienholder. |

| | | |
|---|---|---|
| | | ZC is currently retained by the debtors in the Modular Space chapter 11 case where State Street is a bondholder.<br><br>ZC is currently retained to provide interim management services in the Venoco chapter 11 case where State Street is an equity holder. |
| Stone Lion Capital Partners LP, Stone Lion Portfolio LP, SL Puerto Rico Fund LP, P Stone Lion IE and Permal Stone Lion Fund Ltd.("Stone Lion") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Stone Lion is a bondholder.<br><br>ZC recently served as liquidating trustee in the Doral Properties chapter 11 case where Stone Lion was a member of the unsecured creditors committee. |
| Syncora Guarantee Inc. ("Syncora") | Bondholder | ZC was retained by Syncora to provide litigation support services in a matter that is currently inactive. |
| Taconic Capital Advisors LP, Taconic Master Fund 1.5 LP and Taconic Opportunity Master Fund LP ("Taconic") | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Taconic is a lender and bondholder. |
| Teachers' Retirement System of Louisiana, Teachers' Retirement System of Oklahoma and Teachers' Retirement System ("TRS") | Party-In-Interest | ZC is currently retained to provide interim management services in the Avaya chapter 11 case where TRS is a lender/fund.<br><br>ZC is currently retained by the company in an out-of-court situation where TRS is a lender. |
| UBS AG, UBS Limited, UBS Financial Services, Inc., UBS Loan Finance LLC, UBS Real Estate Securities, UBS O'Connor LLC, UBS Warburg, UBS Luxembourg Sa and UBS Securities ("UBS") | Bondholder | ZC is currently providing services to the American Home Mortgage Trust where UBS is a creditor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where UBS is a lender and bondholder.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where UBS is a second lien lender, RBL lender and bondholder.<br><br>ZC is currently retained by counsel to the agent in a situation where UBS is a lender.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where UBS is a customer, secured lienholder and lender. |

| Ultra Master Ltd. ("Ultra") | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Ultra is a party-in-interest.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Ultra is a lender/fund. |
|---|---|---|
| U.S. Army Corps. of Engineers | Federal Agency | ZC is currently retained by the official committee of unsecured creditors in the ESML/Essar chapter 11 case where the U.S. Army Corps. of Engineers is a letter of credit beneficiary. |
| U.S. Bank, US Bank National Association, US Bank NA, US Bank Home Mortgage or US Bancorp | Trustee For Various Bond Issues | ZC is currently providing services to the liquidation trust in the Dewey & LeBoeuf case where US Bank is a top 50 creditor and secured creditor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where US Bank is a lender, bondholder and contract counterparty.<br><br>ZC recently served as liquidating trustee in the Doral Properties chapter 11 case where US Bank was a creditor.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where US Bank is an indenture trustee.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where US Bank is an indenture trustee, noteholder trustee, secured creditor and landlord.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Haggen chapter 11 case where US Bank is a franchisee/sublessee, bank/lender/UCC lien party and/or agent.<br><br>ZC is currently retained by the official committee of unsecured creditors in the Vestis chapter 11 case where US Bank is a landlord.<br><br>ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where US Bank is a vendor.<br><br>ZC is currently retained as the liquidating trustee in the VSI Liquidating Trust chapter 11 case where US Bank is a banking institution. |

| | | |
|---|---|---|
| | | ZC is currently retained by the official committee of unsecured creditors in the ESML/Essar chapter 11 case where US Bank is a lender and/or agent, top 20 unsecured creditor and banking facility.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where US Bank is a customer.<br><br>ZC is currently retained to provide interim management services in the Venoco chapter 11 case where US Bank is a contract counterparty. |
| Voya | Party To Litigation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Voya is a lender and bondholder.<br><br>ZC is currently retained by the debtors in the Maxus Energy chapter 11 case where Voya is a 3rd party administrator.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Voya is a customer, vendor, lender and secured lienholder. |
| Weil Gotshal & Manges ("Weil") | Counsel To National Public Financing Guarantee Corporation | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Weil is a significant litigation counterparty.<br><br>ZC is currently retained by the official committee of unsecured creditors in the A&P chapter 11 case where Weil is a professional.<br><br>ZC is currently retained to provide post confirmation services in the Homer City chapter 11 case where Weil is counsel to the debtors.<br><br>ZC is currently retained by the official committee of unsecured creditors in the BCBG Max Azria chapter 11 case where Weil is a professional. |
| White & Case LLP | Counsel To UBS Family Of Funds And Puerto Rico Family Of Funds, Et Al. | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where White & Case LLP is a professional.<br><br>ZC is currently retained by the official committee of unsecured creditors in the ESML/Essar chapter 11 case where White & Case LLP is a professional. |

| | | |
|---|---|---|
| Whitebox Advisors LLC, Whitebox Asymmetric Advisors LLC, Whitebox Credit Arbitrage Advisors LLC, Whitebox Credit Arbitrage Partners LP, Whitebox Institutional Partners LP, Whitebox Multi-Strategy Advisors LLC, Whitebox Multi-Strategy Partners LP and Whitebox Tactical Opportunities Fund ("Whitebox") | Bondholder | ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Whitebox is a bondholder and a lender.<br><br>ZC is currently retained post confirmation to serve as the creditor representative in the Allied Nevada case where Whitebox is an RSA party/DIP lender.<br><br>ZC is currently retained to provide interim management services in the Avaya chapter 11 case where Whitebox is a lender. |
| Wilmington Trust and Wilmington Savings Fund ("Wilmington") | Party To Litigation | ZC is currently providing services to the American Home Mortgage Trust where Wilmington is a creditor.<br><br>ZC is currently retained by the official committee of second priority noteholders in the Caesars chapter 11 case where Wilmington is an agent, indenture trustee and significant litigation counterparty.<br><br>ZC is currently retained by the debtors to provide post emergence services in the Sabine chapter 11 case where Wilmington is a second lien lender and indenture trustee.<br><br>ZC is currently retained by the debtors in the Modular Space chapter 11 case where Wilmington Trust is an indenture trustee. |