IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.

        Debtors.[1]
---------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the United States of America, on behalf of the U.S. Environmental Protection Agency, hereby files, through the United States Department of Justice, this notice of appearance and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, as made applicable to these proceedings by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2710, requests service of all notices and papers herein upon:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) the Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Mark A. Gallagher<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Enforcement Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br><br>-for overnight delivery-<br><br>601 D Street NW #6633<br>Washington, D.C. 20004<br><br>Tel: 202-514-5405<br>Fax: 202-616-2427<br>mark.gallagher@usdoj.gov | Héctor Vélez Cruz<br>Associate Regional Counsel<br>Office of Regional Counsel<br>U.S. EPA Region 2<br>City View Plaza II, Suite 7000<br>#48 RD. 165 km 1.2<br>Guaynabo, PR 00968-8069<br>Tel: (787) 977-5850<br>velez.hector@epa.gov |

PLEASE TAKE FURTHER NOTICE that this request for notice and service includes copies of all papers, including reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be in accordance with the *First Amended Notice, Case Management and Administrative Procedures* [Docket No. 262-1], unless otherwise directed by the Court, to the parties listed above.

THE UNDERSIGNED HEREBY CERTIFIES that on this same date, this pleading was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

    Respectfully submitted,

    **For the United States of America:**

    JEFFREY H. WOOD
    Acting Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division

| | |
|---|---|
| *7/12/17* <br> Dated | */s/ Mark Gallagher* <br> MARK A. GALLAGHER <br> Senior Attorney <br> United States Department of Justice <br> Environment and Natural Resources Division <br> Environmental Enforcement Section <br> Washington, DC 20044-7611 <br> Tel.: 202-514-5405 <br> Fax: 202-616-2427 <br> e-mail: mark.gallagher@usdoj.gov <br> <br> ROSA EMILIA RODRÍGUEZ-VÉLEZ <br> United States Attorney <br> District of Puerto Rico <br> <br> HÉCTOR E. RAMÍREZ-CARBÓ <br> Assistant U.S. Attorney <br> Chief, Civil Division <br> District of Puerto Rico <br> Torre Chardon, Suite 1201 <br> 350 Carlos Chardón Avenue <br> San Juan, PR 00918 |

3