# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - -- - - - - - x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.<sup>1</sup>

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 11, 2017, I caused a true and correct copy of the *Notice of Hearing on Application for Order, Pursuant to Bankruptcy Code Section 1103(A) and Local Bankruptcy Rule 2014-1(E) Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Official Committee of Unsecured Creditors, Effective as of June 26, 2017* (Dkt. 610), and *Notice of Hearing on Application for Order, Pursuant to Bankruptcy Code Section 1103(A) and Local Bankruptcy Rule 2014-1(E) Authorizing Employment and Retention of O'Neill & Gilmore Law Office LLC, as Local Counsel to Official Committee of Unsecured Creditors, Effective as of June 26, 2017* (Dkt. 611) to be served in the following manner:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Two copies of each of the motions were sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain at: United States District Court Daniel Patrick Moynihan Courthouse, 500 Pearl St., Suite 3212 New York, NY 10007-1312.

Two copies of each of the motions, were sent by messenger, to the Chambers of the Hon. Laura Taylor Swain at: United States District Court for the District of Puerto Rico 150 Carlos Chardón Street Federal Building, Office 150 San Juan, PR 00918-1767.

On July 11, 2017, I also caused a true copy of both motions to be served by U.S. Mail on each of the parties listed on Exhibit A. A copy of each motion was also sent by messenger to the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301 San Juan, PR 00901-1922.

On July 10, 2017 each party listed on Exhibit B was served a copy of each motion by e-mail.

*[Remainder of page intentionally left blank.]*

2

RESPECTFULLY SUBMITTED

Dated: July 12, 2017
      San Juan, Puerto Rico

s/ *Charles P. Gilmore*
O'NEILL & GILMORE LLC
Charles P. Gilmore, Esq.
USDC - PR 209614

252 Ponce de Leon Ave.
City Tower Suite 1701
San Juan, Puerto Rico 00918
Tel.: (787) 620-0670

- and –

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Admitted Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Admitted Pro Hac Vice)*
Michael E. Comerford, Esq. *(Admitted Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Admitted Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Tel: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Co-Counsel to the Official Committee of Unsecured Creditors*