**In re:  The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aci-Herzog a Joint Venture | Attn: Luis Villares | luis.villares@aciherzog.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Administracion Sistema De Retiro Del Gobierno | Attn: Cecile Tirado | mguzman@retiro.pr.gov |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli | epo@amgprlaw.com larroyo@amgprlaw.com acasellas@amgprlaw.com loliver@amgprlaw.com |
| Counsel to American Federation of State, County and Municipal Employees | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org |
| Top 20 Unsecured Creditor, Employee Retirement System | Air Chiller Mechanical Const.Inc. | Attn: Julia Tolentino | airchmech@aol.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Alpha Guards Mgt Inc | Attn: Jorge Morales Laboy | alphaguards@aol.com |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | | andreslopecordova@gmail.com acordova@juris.inter.edu |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico | Antonetti Montalvo & Ramirez Coll | Attn: Jose L. Ramirez-Coll | jramirez@amrclaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Arroyo Flores Consulting Group Inc. | Attn: Reinaldo Arroyo | arroyo@afcg.biz |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aut Edificios Públicos | Attn: Amilcar González Ortíz | amgonzalez@aep.pr.gov |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Autoridad De Energia Electrica | Attn: Cynthia Morales Colon | c_morales@aeepr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Autoridad Financiamiento Vivienda | Attn: Melvin Gonzalez Perez | melvin.gonzalez@afv.pr.gov |
| Top 20 Unsecured Creditor, Employee Retirement System | Banco Popular De PR | Attn: Carlos Garcia Alvira | carlos.garcia3@popular.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Beltran Beltran and Assoc PSC | Attn: Carlos Beltran | beltranbeltranassociates@gmail.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Bermudez, Longo, Diaz- Masso,S.E. | Attn: Carmelo Diaz | adminfinance@bldmpr.com carmelo@bldmpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Betterrecycling Corp. | Attn: Marisel Rivera | mrivera@emdi.net |
| Counsel to the QTCB Noteholder Group | Bracewell LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton | kurt.mayr@bracewell.com daniel.connolly@bracewell.com david.lawton@bracewell.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez | remmanuelli@me.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Martin Sosland, Esq., Christopher R. Maddox & J. Mitchell Carrington | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Stanford G. Ladner | stan.ladner@butlersnow.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq. | mark.ellenberg@cwt.com |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., & Ferrovial Agroman, S.A. | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | jf@cardonlaw.com |
| Counsel to Creditor, Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | calsina@prquiebra.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Carlos Fernandez-Nadal, Esq. | | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | hburgos@cabprlaw.com rcasellas@cabprlaw.com dperez@cabprlaw.com |

**In re:  The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq. | jcasillas@cstlawpr.com aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | ltorres@cstlawpr.com AAneses@cstlawpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | CD Builders, Inc | Attn: Ismael Carrasquillo | cdbuilders@live.com |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, and Luis A Rivera Siaca | Charles A. Cuprill, P.S.C., Law Offices | Attn: Charles A. Cuprill–Hernández | ccuprill@cuprill.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Chicago Equity Partners | Attn: Marty Dorow | mdorow@chicagoequity.com |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | eduardo@cobianroig.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | pdechiara@cwsny.com tciantra@cwsny.com Harnaud@cwsny.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Constructora I. Meléndez | Attn: Abimale Meléndez | cimelendez@coqui.net cimoc@coqui.net |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López | jlopez@constructorasantiago.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado | ra@calopsc.com scriado@calopsc.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Database Marketing Services | Attn: Kenneth Sewell | ksewell@databasepr.com |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Debevoise & Plimpton LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | mcto@debevoise.com cabruens@debevoise.com eworenklein@debevoise.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | allan.brilliant@dechert.com robert.jossen@dechert.com andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr. | eric.brunstad@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com michael.doluisio@dechert.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Del Valle Group, S.P. | Attn: Rafael A Calderon | rcalderon@delvallegroup.net |

**In re: The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | rcastellanos@devconlaw.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | | dperez@cabprlaw.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens | jose.sosa@dlapiper.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley | richard.chesley@dlapiper.com |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq. | jcc@fclawpr.com vperez@globalinsagency.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

**EXHIBIT B**

Master Service List

Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Ferrovial Agroman | Attn: Manuel Sanchez Pereira | msanchez.portugal@ferrovial.com |
| Ferrovial Agroman, S.A., interested party | Ferrovial Agroman, S.A. | Attn: Eng. Nassin E. Tactuk Diná | n.tantuk@ferrovial.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | First Transit, Inc. | Attn: Julio Badia | julio.badia@firstgroup.com |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón | bufetefrgonzalez@gmail.com |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | wmq@wmarrerolaw.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Gila Llc | Attn: Luis Alberto Sánchez | luisalberto.sanchez@gilacorp.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Global Insurance Agency Inc | Attn: Vivian Perez | vperez@globalinsagency.com |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal, Solymar Castillo Morales | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Hernandez Gutierrez Law | Attn: Mariana Hernandez | mhernandez@mihglaw.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Hogan Lovells US LLP | Attn: Robin E. Keller, Esq. | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: Jesús E. Cuza | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com |
| Integrand Assurance Company | Integrand Assurance Company | | |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Catherine Steege & Melissa Root | csteege@jenner.com<br>mroot@jenner.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

EXHIBIT B

Master Service List

Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Robert Gordon & Richard Levin | rgordon@jenner.com<br>rlevin@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | rrivera@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Jones Day | Attn: Bruce Bennett | bbennett@jonesday.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Counsel to Del Valle Group, S.P. | Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | jwc@jwcartagena.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | Kdavid@kasowitz.com<br>Dfliman@kasowitz.com<br>Isasson@kasowitz.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | L.P.C.& D., Inc | Attn: Jorge L. González Crespo | jorge@lpcdinc.com |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com |
| Counsel to PFZ Properties, Inc. | Law Offices Ismael H. Herrero III & Associates, P.S.C. | Attn: Ismael H. Herrero, III | herreroilll@herrerolaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | andres@awllaw.com |
| Counsel to CMA Architects & Engineers LLC and Municipality of San Sebastian | Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |

In re: The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Del Valle Group, S.P. | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com |
| Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Attn: Thomas Hommell, General Counsel | thomas.hommel@lehmanholdings.com |
| Interested Party | Liberty Cablevision of Puerto Rico LLC | Attn: Alexandra Verdiales | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | alinares2020@yahoo.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mainline Information Systems | Attn: Martha Lucia Rodriguez | marthalucia@mainline.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | | mevicens@yahoo.com |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | Attn: Maximiliano Trujillo-Gonzalez, Esq. | maxtruj@gmail.com |
| Counsel to Interamericas Turnkey, Inc. | Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. | aaa@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. | aaa@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. | nzt@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. | nzt@mcvpr.com |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mesirow Financial Investment Mgt Inc. | Attn: Luis Villarejo | lvillarejo@mesirowfinancial.com |

In re: **The Commonwealth of Puerto Rico,** *et al.*

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano & Ricardo R. Lozada - Franco | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra | msimonet@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | jbrugue@mbbclawyers.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq. | man@nblawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Netwave Equipment Corp. | Attn: Melissa Piovannetti | melissa@nustream.com |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq. | rchristmas@nixonpeabody.com |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges LLC | Attn: Hermann Bauer, Esq. | hermann.bauer@oneillborges.com |
| Counsel to Official Committee of Unsecured Creditors | O'Neill & Gilmore LLC | Attn: Patrick O'Neill, Esq. | pdo@go-law.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Ol Maintenance | Attn: Juan Calo Calderon | olmaintenance@yahoo.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq. & Daniel L. Cantor | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | | orlando1701@gmail.com |

**In re:  The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com andrewtenzer@paulhastings.com leslieplaskon@paulhastings.com michaelcomerford@paulhastings.com alexbongartz@paulhastings.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com |
| Interested Party, Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments LLC | c/o National Corporate Research, Ltd. | peajeinfo@dechert.com |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción | sonia.concepcion@peerlessoil.com |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq. | adtoro@pico-blanco.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Popular Asset Management | Attn: Javier Rubio CFA | jrubio@bppr.com |
| Claims Agent | Prime Clerk LLC | Attn: Christopher Schepper | puertoricoteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as representative for the Debtors) | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak & Maja Zerjal | mbienenstock@proskauer.com ppossinger@proskauer.com ebarak@proskauer.com mzerjal@proskauer.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Puerto Rico Attorneys and Counselors at Law PSC | Attn: Jose F Chaves Caraballo | chaves@fc-law.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq. | Gerardo.Portela@aafaf.pr.gov Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva | fsilva@claropr.com |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn | susheelkirpalani@quinnemanuel.com ericwinston@quinnemanuel.com danielsalinas@quinnemanuel.com davidcooper@quinnemanuel.com erickay@quinnemanuel.com katescherling@quinnemanuel.com brantkuehn@quinnemanuel.com |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: C. Neil Gray, David M. Schlecker | cgray@reedsmith.com dschlecker@reedsmith.com |

**In re: The Commonwealth of Puerto Rico, _et al._**

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó | mpico@rexachpico.com |
| Counsel to South Parcel of Puerto Rico, S.E. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Ariel N. Lavinbuk, Donald Burke, Lanora C. Pettit & Joshua S. Bolian | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com |
| Counsel to American Federation of State, County and Municipal Employees | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs | manuel@rodriguezbanchs.com |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | | rgarciafontan@gmail.com |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq. | rprats@rpplaw.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq. | cbimbela@scvrlaw.com<br>mhernandez@scvrlaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | jsalichs@splawpr.com<br>etejeda@splawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Santander Asset Management | Attn: Desiree Mieses | Dmieses@sampr.com |
| Counsel to American Federation of State, County and Municipal Employees | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel | slevine@saul.com<br>dpatel@saul.com |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Brian D. Pfeiffer, Taejin Kim, & Parker J. Milender | brian.pfeiffer@srz.com<br>tae.kim@srz.com<br>parker.milender@srz.com |

**In re:  The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

**EXHIBIT B**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Secretario Tribunal De San Juan | Attn: Jose Silva Jiménez | jose.silva@ramajudicial.pr |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com |
| Counsel for The Bank of New York Mellon, as trustee and Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, José Javier Santos Mimoso & Aníbal J. Núñez González | lsepulvado@smlawpr.com jescobar@smlawpr.com jsantos@smlawpr.com anunez@smlawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | State Street Global Advisors | Attn: Michael Haley | Michael_Haley@ssga.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Super Asphalt Pavement Corp. | Attn: Paride Mazza | jose@superasphalt.net |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Tamrio Inc. | Attn: Claudio Torres | ctorres@tamrio.com |
| Counsel to Tamrio Inc. | Tamrio Inc. | Attn: Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Taplin, Canida and Habacht | Attn: Tere Alvarez Canida CFA | tac@tchinc.com |
| Top 20 Unsecured Creditor, Employee Retirement System | The Bank of New York Mellon | Attn: Jon Bangor, Vice President | debbi.reid@bnymellon.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | The Eniac Corporation | Attn: Albilda Bosh | albilda.bosch@eniac-corp.com |
| the Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | the Honorable Rosanna López León | | mvega@senado.pr.gov |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk | mfb@tcmrslaw.com lft@tcmrslaw.com jvankirk@tcmrslaw.com |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq. | dml@trdlaw.com har@trdlaw.com |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | USTP.Region21@usdoj.gov |

**In re: The Commonwealth of Puerto Rico, *et al.***

**EXHIBIT B**

Master Service List

Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert | marcia.goldstein@weil.com kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com salvatore.romanello@weil.com gregory.silbert@weil.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham | gkurtz@whitecase.com jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia | jzakia@whitecase.com |
| Counsel to Cardinal Health PR 120, Inc. | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | william.m.vidal@gmail.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |