Case:17-03283-LTS Doc#:623-1 Filed:07/12/17 Entered:07/12/17 17:08:57 Desc: Exhibit A Page 1 of 2

EXHIBIT A

In re: The Commonwealth of Puerto Rico, et al.
Master Service List
Case No. 17-03283 (LTS)

| ID | DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 53 | Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 |
| 128 | United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| 6 | United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 |
| 228 | Del Valle Group, S.P. | Del Valle Group, S.P. | Attn. Humberto Reynolds, President, Del Valle Group, S.P., | P.O. Box 2319 | | Toa Baja | PR | 00951-2319 |
| 54 | Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| 55 | Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| 56 | Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
| 57 | Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| 58 | Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 |
| 59 | Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 |
| 60 | Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| 61 | Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| 62 | Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| 63 | Federal Agency | Environmental Protection Agency (EPA) | Attn: Ariel Rios | 1200 Pennsylvania Ave., NW | | Washington | DC | 20460 |
| 64 | Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| 65 | Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |
| 119 | Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | P.O. Box 190095 | | San Juan | PR | 00919-0095 |
| 118 | Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| 217 | Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| 112 | Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| 111 | Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 |
| 66 | Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| 216 | Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., N.W. | 11th floor | Washington | DC | 20001 |
| 1 | Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| 218 | Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| 207 | Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 |
| 206 | Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |

In re: The Commonwealth of Puerto Rico, et al.
Master Service List
Case No. 17-03283 (LTS)

| # | Description | Entity | Attn | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 230 | Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| 67 | Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| 7 | Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| 70 | Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| 71 | Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| 72 | Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| 68 | Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| 73 | Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| 69 | Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Frances Perkins Building | 200 Constitution Ave | Washington | DC | 20210 |