30-Jun-17

**EXHIBIT A**

PRHTA PROJECTS -STATE FUNDS

| Project Number | PRHTA Projects- State Funds | Certification Number | Certification Date | Total Certifications | Accumulated Retainage | Expenses Incurred Waiting for Reimbursement | Total | Contract Date | Substantially Complete Date | Termination Date | %Complete | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC-800470 | Bridge Replacement 982 on PR-189, PR-30 (KM 4.1) - 0% State Funds | No. 1 to No. 7 | Nov. 20/16 @ Apr. 20/17 | $ 1,509,797.03 | $ 71,184.55 | $ - | $ 1,580,981.58 | 19-Sep-16 | N/A | 30-Apr-17 | 17% | Undergoing project; Estimated Termination Date |
|  |  | 8 | May 20/2017 | $ 386,303.36 | $ 2,549.06 |  |  |  |  |  |  |  |
| AC-800470 | Bridge Replacement 982 on PR-189, PR-30 (KM 4.1) - 0% State Funds | 9 | June 20/2017 | $ 170,914.85 | $ 2,612.29 | $ - | $ 562,379.56 | 19-Sep-16 | N/A | 30-Apr-17 | 17% | Undergoing project; Estimated Termination Date |
|  |  |  |  | $ - | $ - | $ - | $ - |  |  |  |  |  |
|  |  |  |  | $ 2,067,015.24 | $ 76,345.90 | $ - | $ 2,143,361.14 |  |  |  |  |  |

Total of Certifications and Retainages: $ 2,143,361.14