Javier Mandry-Mercado
1326 Calle Salud Apt 1101
Ponce, PR 00717
787-685-3739
mandryj@yahoo.com

## IN THE UNITED STATES FEDERAL DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO | CASE NO. 17-BK- 3283-LTS |
| as representative of THE COMMONWEALTH OF PUERTO RICO | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that JAVIER MANDRY-MERCADO in is a co-creditor in the above-entitled action hereby appears in pro-per,

I am a co-owner of the property of a hereditary mass and an indispensable party to a judgment, issued in error on fraud upon the Court. Regarding Docket 600.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

JAVIER E. MANDRY-MERCADO
Defendant in Pro Per