Senado de Puerto Rico
Memorial Explicativo
Presupuesto AF 2016-2017
Página 23

Las deudas por pagar al finalizar el Año Fiscal 2014-2015 se estimaron en $374,632 y al finalizar el Año Fiscal 2015-2016 se proyectan a $400,179. Esto representa un aumento de $25,547 en comparación con el año fiscal previo, equivalente a 6.82%.

**P4.4 Enumere las sentencias finales en contra de su agencia/corporación, incluyendo cuantías y término para cumplir con las mismas.**

**TABLA P4.4.1 - INFORME DE DEMANDAS CON SENTENCIA PROYECTADO AL CIERRE DEL AF 2016**

| NÚMERO DE CASO CIVIL | DEMANDANTE | DEMANDADO | EXPLICACIÓN | PRINCIPAL |
|---|---|---|---|---|
| JAC2010-0574 | FINCA MATILDE, INC. | ELA | EXPROPIACION INVERSA | $11,184,576 (CON INTERESES A PARTIR DEL 9 DE AGOSTO DE 2008 HASTA LA FECHA DE SU PAGO Y LAS COSTAS POR $9,503.53 CON INTERESES A PARTIR DEL 13 DE JUNIO DE 2014) |
| JDP2009-0248 | JESÚS MALAVE SOTO | DRNA | DAÑOS Y PERJUICIOS | 2,015,000 |
| KPE1996-0256 | JUAN A. MERCED FLORES | DRNA | RECLAMACION DE SALARIOS | 2,000,000 |
| KEF1999-0595 | ELA | GENARO PAGAN | EXPROPIACION FORZOSA | 20,000 |
| KEF2008-0704 | ELA | FIDUCIARIOS DEL FIDEICOMISO | EXPROPIACION FORZOSA | 22,700 |
| NSCI20110585 | A-B LIMITED P. | DRNA | EXPROPIACION INVERSA | 500,000 |
| AST 001013 | ELA | GERALDO COLON MORALES | EXPROPIACION | 50,000 |
| KEF2007-154 | ELA | HERNAN FERRER ROSARIO | EXPROPIACION | 62,000 |
| KEF2007-0815 | ELA | HERNAN FERRER ROSARIO | EXPROPIACION | 60,500 |
| | | | **PRINCIPAL** | **15,914,776** |

De conformidad con lo dispuesto en Ley Núm. 66-2014, *Ley Especial de Sostenibilidad Fiscal y Operacional de Gobierno del Estado Libre Asociado de Puerto Rico*

**PARTE 5: AHORROS GENERADOS**

**P5.1 Enumere cada una de las gestiones que su agencia ha realizado para cumplir con las disposiciones de la Ley Núm. 66-2014.**

