# UNITED STATES DISTRICT COURT DISTRICT FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION FOR ADMISSION *PRO HAC VICE OF* MICHAEL A. FIRESTEIN

**COMES NOW**, Michael A. Firestein, applicant herein and states and requests as follows:

1. Applicant is an attorney and a member of the law firm of Proskauer Rose LLP, with offices at:

> **PROSKAUER ROSE LLP**
> 2049 Century Park East, 32nd Floor
> Los Angeles, California 90067-3206
> Telephone: (310) 557-2900
> Facsimile: (310) 557-2193
> Email: MFirestein@proskauer.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

2. Applicant will sign all pleadings with the name Michael A. Firestein.

3. Since 1983, applicant has been and presently is a member in good standing of the bar of the State of California, where applicant regularly practices law. Applicant's bar license number is 110622.

4. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. District Court, Central District of California | 1984 |
| U.S. District Court, Southern District of California | 1986 |
| U.S. Court of Appeals, Ninth Circuit | 1995 |
| U.S. District Court, Northern District of California | 2001 |
| U.S. Supreme Court | 2002 |

5. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC-PR Bar No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Email: hermann.bauer@oneillborges.com
> Telephone: (787) 764-8181
> Facsimile: (787) 753-8944

10. Applicant has read the local rules of this Court and will comply with the same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases.

Date: July 12, 2017

Michael A. Firestein
Printed Name of Applicant

*[signature]*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: July 13, 2017.

<u>Herman D. Bauer</u>
Printed Name of Local Counsel

<u>S/Herman D. Bauer</u>
Signature of Local Counsel