```
Court Name: District Court
Division: 1
Receipt Number: PRX100050701
Cashier ID: arodrigu
Transaction Date: 07/13/2017
Payer Name: ONEILL AND BORGES

PRO HAC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00

PAPER CHECK CONVERSION
 Remitter: RIVERA-FELICIANO, HECTOR
 Check/Money Order Num: 60890
 Amt Tendered: $300.00

Total Due:         $300.00
Total Tendered:    $300.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF
MICHAEL A. FIRESTEIN

THRU: HERMANN D. BAUER
```