UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

<u>ORDER REQUIRING RESPONSE TO MOTION BY COUNSEL TO SUCESIÓN PASTOR MANDRY MERCADO</u>

The Court has received and reviewed the *Motion Requesting to Vacate Judgment (Docket 600) for Fraud Upon the Court and Other Reliefs* filed by Javier Mandry-Mercado. (Docket entry no. 634 (the "Motion").)  Counsel of record for Sucesión Pastor Mandry Mercado, María E. Vicéns Rivera, is hereby ordered to file a response to the Motion by **July 21, 2017**.  No

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

responses to the Motion are required by any other party to the above-captioned proceedings absent further order of the Court.

 SO ORDERED.

Dated: July 13, 2017

                 /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                United States District Judge