IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**<br>AS REPRESENTATIVE OF<br>**THE COMMONWEALTH OF PUERTO RICO,** ET AL.<br><br>**DEBTOR** | **PROMESA**<br>T<small>ITTLE</small> III<br><br>Case No.: 17-0283 LTS<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT**:

    **COMES NOW**, **Antilles Power Depot, Inc.,** creditor in this case, represented by the undersigned counsel who respectfully states and prays as follows:

1. That creditor Antilles Power Depot Inc. is a for profit corporation organized under the laws of the Commonwealth of Puerto Rico that has provided and continues to provide services to the debtor in this case.

2. That creditor Antilles Power Depot Inc. is listed as a creditor on creditor's matrix (Docket 568-1 P-47).

3. That pursuant to the provisions of Rule 9010(b) of the Rules of the Federal Rules of Bankruptcy Procedure made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act (hereinafter "PROMESA"), 48 USCS § 2170 and pursuant to the Court's Order Establishing Case Management Procedures entered on docket on June 2, 2017 (Docket 40) the undersigned counsel request that all notices given or required to be given and all papers and or pleadings to be served, orders and judgments entered in the above captioned case be served upon the parties whose name and contact information is hereinafter disclosed:

(a) To Antilles Power Depot, Inc.:

**ANTILLES POWER DEPOT, INC.**
Attn: Raymond Texidor
PO Box 810190
Carolina PR 00981-0190

(b) To Antilles Power Depot, Inc. Counsel:

**OLIVIERI-GEIGEL & CO.**
Rafael V. Olivieri-Geigel, Esq.
PO BOX 361289
San Juan PR 00936-1289
Tel. (939) 204-4197
Fax. (787) 912-5881
E-mail: lawrog@gmail.com

**WHEREFORE** appearing party prays that the Clerk of the Court take notice of the appearance of the undersigned law office and to notify it of all proceedings in this case, including but not limited to copies of the petition, schedules, motions, statements filed and orders or judgments entered in the above captioned case and further prays that the name and address be added to the Master Address List kept in the above captioned case.

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: to all attorneys that have filed their respective notice of appearance and to the Standard Parties as such term is defined in the Court's Order Establishing Case Management Procedures, supra:

i. <u>Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to each chamber listed below):</u>

United States District Court for the District of Puerto Rico
150 Carlos Chardon Street,
Federal Building, Office 150,
San Juan, P.R. 00918-1767

-and-

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

      500 Pearl St., Suite No. 3212
      New York, New York 10007-1312

ii. Office of the United States Trustee for Region 21
    Edificio Ochoa, 500 Tanca Street, Suite 301
    San Juan, PR 00901-1922

iii. <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF):</u>

    Puerto Rico Fiscal Agency and Financial Advisory Authority
    Roberto Sanchez Vilella (Minillas) Government Center
    De Diego Ave. Stop 22
    San Juan, Puerto Rico 00907
    Attn: Gerardo J. Portela Franco
          Mohammad Yassin, Esq.
    E-Mail: Gerardo.Portela@aafaf.pr.gov
            Mohammad.Yassin@aafaf.pr.gov

iv. <u>Counsel for AAF AF:</u>

| | |
|---|---|
| O'Melveny & Myers LLP | Law Offices of Andres W. L6pez, Esq. |
| 7 Times Square | 902 Fernandez Juncos Ave. |
| New York, New York 10036 | San Juan, PR 00907 |
| Attn: John J. Rapisardi, Esq. | Attn: Andres W. L6pez, Esq. |
|      Suzzanne Uhland, Esq. | E-Mail: andres@awllaw.com |
|      Peter Friedman, Esq. | |
|      Diana M. Perez, Esq. | |
| E-Mail: jrapisardi@omm.com | |
|        suhland@omm.com | |
|        pfriedman@omm.com | |
|        dperez@omm.com | |

v. <u>Counsel for the Oversight Board:</u>

| | |
|---|---|
| Proskauer Rose LLP | O'Neill & Borges LLC |
| Eleven Times Square | 250 Munoz Rivera Ave., Suite 800 |
| New York, New York 10036-8299 | San Juan, PR 00918-1813 |
| Attn: Martin J. Bienenstock | Attn: Hermann D. Bauer, Esq. |
|      Paul V. Possinger | E-Mail: herman.bauer@oneillborges.com |
|      Ehud Barak | |
|      Maja Zerjal | |
|      Chris Theodoridis | |
| E-Mail: mbienenstock@proskauer.com | |
|        ppossinger@proskauer.com | |
|        ebarak@proskauer.com | |
|        mzerjal@proskauer.com | |
|        ctheodoridis@proskauer.com | |

Case:17-03283-LTS Doc#:645 Filed:07/14/17 Entered:07/14/17 15:17:51 Desc: Main
Document Page 4 of 4

Notice of Appearance and Request for Notice

PROMESA Title III
Case # 17-03283-LTS
Page #4

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: to the members of the Creditors' Committee at their postal address of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 14th day of July of 2017

*/s/Rafael V. Olivieri-Geigel, Esq.*
USDC-PR 226712
E-mail: lawrog@gmail.com

**OLIVIERI-GÉIGEL & CO.**
PO BOX 361289
SAN JUAN PR 00936-1289
TEL. 939-204-4197
FAX. 787.912.5881