IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>COMMONWEALTH OF PUERTO RICO<br>Debtor | CASE NO. 17-03283 |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW 65 INFANTERIA SHOPPING CENTER, LLC, a creditor in the above captioned proceeding, through the undersigned attorney and most respectfully prays that the appearing creditor's attorney be included in the Master Address List and that she be served with copy of all motions and notices in relation with this proceeding.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of such filing to all interested parties and CM/ECF participants.

Respectfully submitted.

In San Juan, Puerto Rico this 14th day of July, 2017

\S\    MARÍA FERNANDA VÉLEZ PASTRANA
       USDC-PR 212001
       P.O. Box 195582
       San Juan, P. R. 00919-5582
       Tel. (787) 793-3628
       mfvelezquiebras@gmail.com