UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

              Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ORDER APPROVING JOINT STIPULATION REGARDING (I) MOTION OF CERTAIN SECURED CLAIMHOLDERS OF EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO FOR ADEQUATE PROTECTION AND STAY RELIEF AND RESERVATION OF RIGHTS AND (II) MOTION OF DEBTORS PURSUANT TO PROMESA SECTION 301(a) AND BANKRUPTCY CODE SECTIONS 105(a), 362(a), 365, and 922 FOR ENTRY OF AN ORDER CONFIRMING APPLICATION OF THE AUTOMATIC STAY, STAY OF PREPETITION LAWSUITS AND ACTIONS
AND APPLICATION OF CONTRACT PROTECTIONS**

Upon consideration of the *Joint Stipulation Regarding (I) Motion of Certain Secured Claimholders of Employees Retirement System of the Government of the Commonwealth of Puerto Rico for Adequate Protection and Stay Relief and Reservation of Rights and (II) Motion of Debtors Pursuant to PROMESA Section 301(A) and Bankruptcy Code Sections 105(A), 362(A), 365, and 922 for Entry of an Order Confirming Application of the Automatic Stay, Stay of Prepetition Lawsuits and Actions and Application of Contract Protections* (the "Stipulation"),[2]

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used herein without definitions have the meanings given to them in the Stipulation.

a copy of which has been provided to the Court, as agreed to by and among the above-captioned debtor (the "Debtor") and the Creditors named therein, it is hereby

ORDERED that the Stipulation at docket entry no. 652 in Case No. 17-3283 and docket entry no. 170 in Case No. 17-3566 is APPROVED; and it is further

ORDERED that the briefing schedule set forth in Schedule 1 to the Stipulation is APPROVED; and it is further

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that a hearing (the "Hearing") as provided in the Stipulation is hereby scheduled as follows: **October 31, 2017, at 10:30 a.m.**[3] (prevailing Eastern Time) by video transmission in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767, and in person in Courtroom 17C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007-1312; and it is further

ORDERED that this Order resolves docket entry no. 652 in Case No. 17-3283, docket entry no. 170 in Case No. 17-3566 and docket entry no. 26 in Case No. 17-3566; and it is further

---

[3] Further details of the video-conference and courtroom location will be finalized by a separate order to be issued by the Court.

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation or this Order.

SO ORDERED.

Dated: July 17, 2017

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge