UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REQUESTING CLARIFICATION IN CONNECTION WITH MOTION
FOR RELIEF FROM AUTOMATIC STAY FILED BY B.P., S.E. AND BAHÍA PARK, S.E.

      The Court previously entered a scheduling order (the "Scheduling Order") in connection with the *Motion for Relief from Automatic Stay* (the "Motion") filed by B.P., S.E. and Bahia Park, S.E. (collectively, the "Movants").  Pursuant to the Scheduling Order, the Court will decide the Motion on submission unless a party requests a hearing.  The Motion and the Movants' reply papers reference a "notice and hearing" in stating the relief sought.  Title 11 of the United States Code does not require that the Court hold an in-person hearing to satisfy the statutory requirements of notice and a hearing, absent the affirmative request of a party to the proceedings.  Accordingly, the Movants must inform the Court on or before **July 18, 2017 at 5:00 p.m. (prevailing Eastern Time)**, by filing of an informative motion, whether they request to be heard at an in-person hearing before the Court, or whether they consent to the Court's consideration of the Motion on submission.

      SO ORDERED.

Dated: July 17, 2017

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                          United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).