UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

ORDER GRANTING URGENT MOTION SEEKING PERMISSION TO FILE A
LATE OBJECTION TO THE SOUTH PARCEL STAY MOTION AND EXTENDING RESPONSE DEADLINE

The Court has received and reviewed the urgent motion (the "Urgent Motion") seeking permission to file a late objection to the *Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E.* (the "Stay Motion"). Contemporaneously with the filing of the Urgent Motion, the Puerto Rico Highways and Transportation Authority ("HTA") filed its objection to the Stay Motion. In the interests of justice and in light of the inadvertent error in the docket entry accompanying this Court's prior scheduling order and the short period of time that has elapsed, the Court hereby permits the HTA to file its late objection to the Stay Motion. The deadline of South Parcel of Puerto Rico, S.E. to file its reply papers is hereby extended until **12:00 p.m. (prevailing Eastern Time) on July 24, 2017**.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves Docket Entry No. 653 in Case No. 17-3283 and Docket Entry No. 196 in Case No. 17-3567.

SO ORDERED.

Dated: July 17, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge