**Presentment Date**: July 24, 2017
**Objection Deadline**: July 21, 2017 at 5:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**Re: ECF No. 210, 442**

## NOTICE OF PRESENTMENT OF
## ORDER (A) PROHIBITING UTILITIES FROM ALTERING,
## REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES
## ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING
## PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT

**PLEASE TAKE NOTICE** that upon the *Motion of Debtor Entities for an Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* [ECF No. 210] (the "Motion"),[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity authorized to act on behalf of the Debtor entities pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, will present the amended proposed order, attached as **Exhibit A** (the "Second Amended Proposed Order"), to the Honorable Laura Taylor

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767 for signature of **July 24, 2017**.[3]

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2017, the Debtor entities filed the *Debtor Entities' (I) Reply to Stericycle's Response to Utilities Motion and (II) Notice of Filing Amended Order* [ECF No. 442], which, among other things, contained an amended proposed order granting the Motion (the "First Amended Proposed Order"). A redline comparing the Second Amended Proposed Order against the First Amended Proposed Order is attached hereto as **Exhibit B.**

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Second Amended Proposed Order is filed with the Court **no later than 5:00 p.m. (AST) on July 21, 2017**, no hearing will be held and the Second Amended Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the First Amended Proposed Order, the Second Amended Proposed Order, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[3]    The Financial Oversight and Management Board for Puerto Rico, as the Debtors representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*, has authorized AAFAF to file this Notice on behalf of the Debtors.

Dated: July 17, 2017
         San Juan, Puerto Rico

Respectfully submitted,

*/s/ Suzzanne Uhland*
John J. Rapisardi
Suzzanne Uhland
Diana M. Perez
(Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel:  (212) 326-2000
Fax:  (212) 326-2061

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

*/s/ Andrés W. López*
Andrés W. López
USDC No. 215311

THE LAW OFFICES OF ANDRÉS W.
LÓPEZ, P.S.C.
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel:  (787) 294-9508
Fax:  (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

## <u>Exhibit A</u>

**Second Amended Proposed Order**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

       Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**Re: ECF No. 210**

## ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT

Upon the *Motion of Debtor Entities for an Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).For purposes of this Order, the term "Debtors" does not include the Puerto Rico Sales Tax Financing Corporation ("COFINA") and the terms of this Order shall not apply to COFINA.

[2]    Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      Except in accordance with the procedures set forth below and absent further order of the Court, each Utility Provider, including Utility Providers that currently provide Utility Services but are not listed on the Utilities Provider List attached as Schedule 1 to this Order, is prohibited from (a) altering, refusing, or discontinuing service to or discriminating against the Debtors on the basis of the commencement of these Title III Cases or on account of any unpaid invoice for services provided before the applicable petition date and (b) requiring the payment of a deposit or other security in connection with Utility Providers' continued provision of Utility Services.

3.      The relief granted herein is for all Utility Providers providing Utility Services to the Debtors and is not limited to those parties listed on the Utility Provider List attached to the Motion.

4.      The Motion and this order shall be served, via first-class mail, on each Utility Provider included on the Utility Provider List and all other parties required to receive service.

5.      Each Debtor is authorized and directed to pay amounts that come due to its Utility Providers for postpetition Utility Services during these cases in accordance with the parties' terms in the ordinary course of business or the terms of any utility contract or other agreement to provide Utility Services (each, a "Contract"). Each Debtor is authorized and directed to provide each of its Utility Providers, and each Utility Provider is hereby granted, an allowed administrative expense claim against such Debtor pursuant to Bankruptcy Code sections 503(b) and 507(a)(2), made applicable to these title III cases by PROMESA section 301(a), for postpetition, unpaid Utility Services provided to such Debtor, including under (a) prepetition Contracts, including any extensions thereto, and (b) postpetition Contracts (the "Adequate Assurance Claim") as adequate assurance of payment to Utility Providers.  Except to the extent that a Utility Provider agrees to different treatment, Adequate Assurance Claims against a Debtor that have not been paid during these cases prior to confirmation of such Debtor's plan shall be paid in cash by such Debtor on the effective date of its plan pursuant to PROMESA section 314(b)(4).

6.      If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtors, the Utility Provider must serve a written request (the "Additional Assurance Request") upon the Debtors setting forth (i) the location(s) for which Utility Services are provided, (ii) the account number(s) for such location(s), (iii) the outstanding balance for each account, (iv) a summary of the Debtors' payment history on each account, (v) a summary of any security deposits provided by the Debtors to such Utility Provider, and (vi) an explanation of why the Adequate Assurance Claim is inadequate assurance of payment.

7.     The Additional Assurance Request must be in writing, in English (or fully translated into English by a certified translator) and actually be filed with the Court and received by (i) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority and (ii) counsel to the Oversight Board, in accordance with the *First Amended Notice, Case Management and Administrative Procedures* [ECF No. 262-1] (the "Case Management Order").

8.     In accordance with PROMESA section 305, the Debtors may, in their sole discretion and without further order of the Court, resolve any Additional Assurance Request by mutual agreement with the Utility Provider, and in connection with any such agreement, may provide a Utility Provider with additional adequate assurance of future payment including, but not limited to, cash deposits, letters of credit, prepayments, and/or other forms of security.

9.     If the Debtors determine an Additional Assurance Request is not reasonable and are not able to reach an alternative resolution with the Utility Provider, the Court shall determine the adequacy of the proposed adequate assurance at the next regularly scheduled omnibus hearing in accordance with the Case Management Order or as otherwise determined by this Court; provided, however, that the Debtors, with the consent of such Utility Provider, may continue the hearing date on any unresolved Additional Assurance Request, and provided, further that any objecting Utility Provider shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors over any unpaid charges for prepetition Utility Services or any perceived inadequacy of the proposed adequate assurance, pending final resolution of the Additional Assurance Request.

10.     A Utility Provider shall be deemed to have adequate assurance of payment unless and until (i) the Debtors, in their sole discretion, agree to an Additional Assurance Request or

agree to an alternative assurance of payment with the Utility Provider or (ii) the Court enters an order requiring additional adequate assurance of payment be provided.

11.     Any Utility Provider that fails to make a timely Additional Assurance Request shall be deemed to have received adequate assurance of payment satisfactory to such Utility Provider as required by Bankruptcy Code section 366, and shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors on the basis of the commencement of these Title III Cases, on account of any unpaid invoice for services provided before the applicable petition date, or any perceived inadequacy of the proposed adequate assurance.

12.     At any time, the Debtors may terminate service from any Utility Provider; provided, however, that if a Debtor is party to a Contract with a Utility Provider, any such termination shall be in accordance with the terms and provisions of the Contract with such Utility Provider, including any notice provisions, and such termination shall be effective as provided for in the Contract; provided, further that the Debtors reserve all rights to object to any claims that may be asserted by a Utility Provider arising out of or in connection with the termination of a Contract. Upon termination of service from a Utility Provider, the Debtors shall no longer be required to make any more payments to such Utility Provider for any services provided after such termination, and to the extent such Utility Provider holds a deposit or excess funding, it shall be returned forthwith.

13.     To the extent the Debtors identify additional Utility Providers, the Debtors will file amendments to the Utility Provider List, and shall serve a copy of this order on such newly-identified Utility Providers. Following the Debtors' filing and service of such amendment to the Utility Provider List (which shall include a copy of this order), the added Utility Providers

identified shall have twenty-one (21) calendar days therefrom to serve an Additional Assurance Request. Thereafter, the above-described procedures shall govern if and until any such resulting Additional Assurance Requests are timely made.

14.     In the event a Debtor defaults postpetition in respect of any of its obligations to any Utility Provider under this order, or under any new postpetition Contracts, such Utility Provider may seek additional adequate assurances, including enforcement of contractual and state law remedies, in this Court upon motion and appropriate notice to the Debtors and interested parties; provided, however, the Debtors reserve all rights to object to any such motion. These remedies include, but are not limited to, a Utility Provider seeking the immediate payment of any Adequate Assurance Claim allowed under this Order.

15.     Notwithstanding the relief granted herein or any actions taken pursuant thereto, nothing herein shall be deemed: (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' right to dispute any claim on any grounds; (c) other than as set forth in paragraph 5 above, a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; (e) a request or authorization to assume any agreement, contract, or lease pursuant to Bankruptcy Code section 365; (f) an admission or concession that each such entity is a "utility" within the meaning of Bankruptcy Code section 366; or (g) a waiver of the Debtors' rights under PROMESA, the Bankruptcy Code, or any other applicable law.

16.     Notwithstanding the relief granted herein or any actions taken pursuant thereto, nothing in this Order herein shall be deemed, interpreted or construed as: (a) as an automatic extension of any expired Contracts or (b) an imposition to force Utility Providers to enter into

any new postpetition Contracts with the Debtors or to agree to an extension of any expired Contracts.

17.    For purposes of this Order, the Debtors shall only include, and the relief granted herein to the Debtors shall only apply to, each of the Debtors as set forth in footnote 1 and the governmental agencies and instrumentalities listed on <u>Schedule 2</u> attached hereto (subject to the Debtors' right to remove any of the agencies and instrumentalities listed on Schedule 2 at any time; <u>provided</u> that the Debtors provide Utility Providers with reasonable prior written notice and an opportunity to object). If the Debtors seek to extend the relief set forth herein to any other governmental agency or instrumentality, the Debtors shall file an amended Schedule 2 with the Court and provide notice thereof to the Utility Providers and each Utility Provider shall have twenty-one (21) days from service of such notice to make an Additional Assurance Request with respect to such newly-identified governmental agency or instrumentality; <u>provided</u>, <u>however</u>, that pending resolution of any such Additional Assurance Request any objecting Utility Provider shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the newly-identified governmental agency or instrumentality over any unpaid charges for prepetition Utility Services or any perceived inadequacy of the proposed adequate assurance.

18.    Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

19.    The Debtors and the Oversight Board, as the Debtors' representative, have consented to the relief in this order, and are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order.

20.     This Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

Dated: _____, 2017
      San Juan, Puerto Rico            _____

                                               HONORABLE LAURA TAYLOR SWAIN
                                             UNITED STATES DISTRICT JUDGE

## **<u>Schedule 1</u>**

**Utility Provider List**

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| 4Net, Inc. | PO BOX 140614 | | ARECIBO | PR | 00614-0614 | Voice Over Internet Protocol (VOIP) |
| ABSOLUTE MOBILE, INC. | 4352 SE 95TH STREET | | OCALA | FL | 34480 | Servicio Comercial Radio Móvil (CMRS) |
| ACN Communication Services, LLC | 1000 PROGRESS PL | | CONCORD | NC | 28025-2449 | Voice Over Internet Protocol (VOIP) |
| ADVANCE WIRELESS COMMUNICATIONS, INC D/B/A AWC TELECOM | 403 CALLE DEL PARQUE | SUITE 6 | SAN JUAN | PR | 00912-3709 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| AERONET WIRELESS BROADBAND, CORP. | PO BOX 270013 | | SAN JUAN | PR | 00927 | Voice Over Internet Protocol (VOIP) |
| AHMED TECHNOLOGY CORP. | ESTANCIAS DE LA FUENTE L14 CALLE PRADERA | | TOA ALTA | PR | 00953 | Voice Over Internet Protocol (VOIP) |
| AIR VOICE WIRELESS, INC. | 2425 Franklin Road | | Bloomfield Hills | MI | 48302 | Servicio Comercial Radio Móvil (CMRS) |
| Allied Waste of Puerto Rico, Inc. | Calle A, Lote 5 Bo. Palmas | | Cataño | PR | 00962 | Waste |
| ALTANETWORKS, LLC | ALTS. DE COVADONGA 4B5 CALLE CAMPO AMOR | | TOA BAJA | PR | 00949-5430 | Voice Over Internet Protocol (VOIP) |
| American Broadband and Telecommunications Company | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| AMERIMEX COMMUNICATIONS CORP. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Andres Reyes Burgos, Inc. (ARB) | PO Box 1055 | | Cataño | PR | 00963 | Waste |
| AT& T OF PUERTO RICO, INC. | 996 CALLE SAN ROBERTO REPARTO LOYOLA | SUITE 503 | RÍO PIEDRAS | PR | 00926 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| AT&T MOBILITY PUERTO RICO, INC. | PO BOX 71514 | | SAN JUAN | PR | 00936-8614 | Servicio Comercial Radio Móvil (CMRS) |
| BBR IT SYNERGY, LLC | VILLAS DE SAN FRANCISCO PLAZA 89 AVE. DE DIEGO | SUITE 201 | SAN JUAN | PR | 00927 | Voice Over Internet Protocol (VOIP) |
| BLE GROUP INC. | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953 | Voice Over Internet Protocol (VOIP) |
| BLE GROUP INC. | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| BLUE JAY WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Blue Jay Wireless, LLC | PO Box 591057 | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Boomerang Wireless, LLC d/b/a EnTouch Wireless | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| BROADBAND TELECOMMUNICATIONS NETWORK, CORP. | 239 AVE. ARTERIAL HOSTOS | SUITE 900 CAPITAL CENTER BUILDING | SAN JUAN | PR | 00918-1400 | Voice Over Internet Protocol (VOIP) |
| Broadsmart Global, Inc. | PO Drawer 200 | | Winter Park | FL | 32790-0200 | Voice Over Internet Protocol (VOIP) |
| BUDGET PREPAY, INC. | MCS PLAZA, SUITE 715 255 AVE. PONCE DE LEÓN | | SAN JUAN | PR | 00917 | Servicio Comercial Radio Móvil (CMRS) |
| BUSINESS TECHNOLOGY PARTNERS | 273 CALLE HONDURAS COND. ROYAL 1004 | | SAN JUAN | PR | 00917 | Voice Over Internet Protocol (VOIP) |
| CA SOLUTIONS, INC. | PO BOX 787 | | FAJARDO | PR | 00738-0787 | Voice Over Internet Protocol (VOIP) |
| Call Catchers, Inc. d/b/a Freedom Voice Systems | 169 SAXONY RD STE 212 | | ENCINITAS | CA | 92024-6781 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Call Catchers, Inc. d/b/a FreedomVoice Systems | 169 SAXONY RD STE 212 | | ENCINITAS | CA | 92024-6781 | Voice Over Internet Protocol (VOIP) |
| Caribbean Network Solutions, Inc. | IF 41 Ave. Lomas Verdes Royal Palm | | Bayamón | PR | 00956 | Voice Over Internet Protocol (VOIP) |
| CENTURYLINK COMMUNICATIONS, LLC (QWEST) | 1801 CALIFORNIA STREET | 10TH FLOOR | DENVER | CO | 80202 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Clearnet | RR 8 Box 9672 | | Bayamón | PR | 00956 | Voice Over Internet Protocol (VOIP) |
| Cloud Call, inc. | 1595 PEACHTREE PKWY STE 204-337 | | CUMMING | GA | 30041-9584 | Voice Over Internet Protocol (VOIP) |
| COLLECTA CORPORATION | 89 DE DIEGO, SUITE 105 | PMB 719 | SAN JUAN | PR | 00927-6370 | Voice Over Internet Protocol (VOIP) |
| COLUMBUS NETWORKS PUERTO RICO, INC. | PO BOX 364225 | | SAN JUAN | PR | 00936-4225 | Voice Over Internet Protocol (VOIP) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| COLUMBUS NETWORKS PUERTO RICO, INC. | City View Plaza, Suite 515 #48 Carr. 165 | Km. 1.2 | SAN JUAN | PR | 00936-4225 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | PO BOX 195600 | | SAN JUAN | PR | 00919-5600 | Voice Over Internet Protocol (VOIP) |
| CONSOLIDATED TELECOM OF PUERTO RICO, LLC | PO BOX 195600 | | SAN JUAN | PR | 00919-5600 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Consolidated Waste Services, Corp. | PO Box 1322 | | Gurabo | PR | 00778 | Waste |
| COQUITEL, LLC | PO BOX 496 | | OROCOVIS | PR | 00720 | Voice Over Internet Protocol (VOIP) |
| CORTELCO SYSTEMS PUERTO RICO, INC. | PO BOX 7076 | | CAGUAS | PR | 00726-5249 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| COSOTNET, INC | PO BOX 270200 | | RIO GRANDE | PR | 00745 | Voice Over Internet Protocol (VOIP) |
| CREXENDO BUSINESS SOLUTIONS, INC. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Voice Over Internet Protocol (VOIP) |
| CRITICAL HUB NETWORKS, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-1278 | Voice Over Internet Protocol (VOIP) |
| CRITICAL HUB NETWORKS, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-1278 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Crown Castle PR Solutions, LLC | 2000 Corporate Drive | | Canonsburg | PA | 15217 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Crown Castle PR Solutions, LLC | 2600 Maitland Center Parkway | Suite 300 | Canonsburg | PA | 15217 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | SUITE 100 PUERTA DE TIERRA | SAN JUAN | PR | 00901 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | | SAN JUAN | PR | 00901 | Voice Over Internet Protocol (VOIP) |
| DATA@CCESS COMMUNICATIONS, INC. | 316 AVE. DE LA CONSTITUCIÓN | SUITE 100 PUERTA DE TIERRA | SAN JUAN | PR | 00901 | Voice Over Internet Protocol (VOIP) |
| DATALINK SOLUTIONS | BOX 122 | | SALINAS | PR | 00751 | Voice Over Internet Protocol (VOIP) |
| DM WIRELESS | RR 02 BOX 6147 | | MANATÍ | PR | 00674 | Voice Over Internet Protocol (VOIP) |
| EC Waste | Road #3 Int. 923 KM 1.7 Bo. Buena Vista | | Humacao | PR | 00971 | Waste |
| Empire Gas Co, Inc. | PO Box 353651 | | San Juan | PR | 00936-3651 | Gas |
| FASTLINK COMMUNICATIONS, INC. | 32 BOULEVARD DE LA MEDIA LUNA APTO9204 | | CAROLINA | PR | 00987 | Voice Over Internet Protocol (VOIP) |
| Fiber Optic Systems, Corp. | METRO OFFICE PARK 7 CALLE 1 | SUITE 204 | GUAYNABO | PR | 00968-1718 | Voice Over Internet Protocol (VOIP) |
| FLASH WIRELESS, LLC | 1000 PROGRESS PLACE NE | | CONCORD | NC | 28025 | Servicio Comercial Radio Móvil (CMRS) |
| Freedom Networks, LLC | PO Box 1806 | | Vega Baja | PR | 00694-1806 | Voice Over Internet Protocol (VOIP) |
| FUSE TELECOM, LLCA | URB. PALACIOS DE MARBELLA 1003 CALLE DEL PALMAR | | TOA ALTA | PR | 00953-5208 | Voice Over Internet Protocol (VOIP) |
| Gasrico Corporation | Ave Juan Rosado #113 | | Arecibo | PR | 00613-4816 | Gas |
| GC Company Corp. | PO Box 860 | | Guaynabo | PR | 00970-0860 | Sewer |
| GLOBAL CARIBBEAN FIBER-PUERTO RICO, LLC | 250 MUÑOZ RIVERA AVE | SUITE 800 | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| GLOBAL CONNECTION, INC. | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| GLOBAL NET, CORP. | 400 CALLE CALAF PMB 312 | | SAN JUAN | PR | 00918 | Voice Over Internet Protocol (VOIP) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| GLOBAL TEL*LINK CORPORATION | HATO REY TOWER, SUITE 1400 268 AVE. MUÑOZ RIVERA | | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicacions de Puerto Rico (CERT) |
| GLOBALSTAR CARIBBEAN, LTD | 300 HOLIDAY SQUARE BLVD. | | COVINGTON | LA | 70433 | Servicio Comercial Radio Móvil (CMRS) |
| GLOBALSTAR CARIBBEAN, LTD | 300 HOLIDAY SQUARE BLVD. | | COVINGTON | LA | 70433 | Servicio Comercial Radio Móvil (CMRS) |
| Godaddy.com, Inc. | 1800 M ST NW STE 800N | | WASHINGTON | DC | 20036-5850 | Voice Over Internet Protocol (VOIP) |
| GoDaddy.com, LLC | 1800 M ST NW STE 800N | | WASHINGTON | DC | 20036-5850 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Granite Telecommunications, LLC | 100 Newport Avenue Extension | | Quincy | MA | 02171 | Voice Over Internet Protocol (VOIP) |
| Granite Telecommunications, LLC | 100 Newport Avenue Extension | | Quincy | MA | 02171 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| HMR Technology Solutions, Inc. | PO Box 192956 | | San Juan | PR | 00919-2956 | Voice Over Internet Protocol (VOIP) |
| HOTSPOTPR BROADBAND INTERNET, LLC | PO BOX 1785 | | BAYAMON | PR | 00960-1785 | Voice Over Internet Protocol (VOIP) |
| IBASIS RETAIL, INC. H/N/C IBASIS | PO BOX 195141 | | SAN JUAN | PR | 00919-5141 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| IComm Networks, LLC | PO Box 13922 | | San Juan | PR | 00908-3922 | Voice Over Internet Protocol (VOIP) |
| IDT PUERTO RICO, CO. | AMERICAN INTERNATIONAL PLAZA 250 MUÑOZ RIVERA AVE. | SUITE 800 | SAN JUAN | PR | 00918-1808 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Inmate Calling Solutions, LLC | 2200 DANBURY ST. | | SAN ANTONIO | TX | 78217-5911 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| INTELLICALL OPERATOR SERVICES, INC. | 3230 W. COMMERCIAL BLVD. | SUITE 360 | OAKLAND PARK | FL | 33309-3400 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| INTELLICALL OPERATOR SERVICES, INC. (ILD) | 5000 SAWGRASS VILLAGE CIRCLE | SUITE 2 | PONTE VEDRA BEACH | FL | 32082 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Interface Security Systems, LLC | 3773 Corporate Center Drive | | Earth City | MO | 63045 | Voice Over Internet Protocol (VOIP) |
| IP SOLUTIONS, INC. | PO BOX 361708 | | SAN JUAN | PR | 00936 | Voice Over Internet Protocol (VOIP) |
| IP SOLUTIONS, INC. | PO BOX 361708 | | SAN JUAN | PR | 00936 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| IT AUDITORS PR CORP. | HC-9 BOX 13076 | | AGUADILLA | PR | 00603 | Voice Over Internet Protocol (VOIP) |
| I-WIRELESS, LLC | 1502 MARTIN TRAVIESO ST. | | SAN JUAN | PR | 00911-1938 | Servicio Comercial Radio Móvil (CMRS) |
| Jive Communications, Inc. | 1275 W 1600 N STE 100 | | OREM | UT | 84057-2428 | Voice Over Internet Protocol (VOIP) |
| Level 3 Latin American Solutions, LLC | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | LUQUILLO INDUSTRIAL PARK | ROAD 992 KM. 0.2 | LUQUILLO | PR | 00773 | Voice Over Internet Protocol (VOIP) |
| LIBERTY CABLEVISION OF PUERTO RICO, LLC | PO Box 192296 | | LUQUILLO | PR | 00773 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| LIVEWIRE, INC. | 1314 PONCE DE LEÓN AVE. | | SAN JUAN | PR | 00907-4004 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| LIVEWIRE, INC. | PO BOX 11278 | | SAN JUAN | PR | 00910-2371 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Lycamobile USA, Inc. | 24 Commerce St. | Ste 100 | Newark | NJ | 07102-4024 | Servicio Comercial Radio Móvil (CMRS) |
| M. S. Wifi Zone, Inc. | HC 2 Box 9632 | | Barranquitas | PR | 00794 | Voice Over Internet Protocol (VOIP) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| METROPOLITAN TELECOMMUNICATIONS OF PUERTO RICO, INC. | PBM 37, CALAF 400 | | SAN JUAN | PR | 00918 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Moca Eco Park Corp. | BO. Algarrobo Carr. #2 | KM 42.1 | Vega Baja | PR | 00694 | Waste |
| NATURAL, G.C. INC. | PO BOX 21377 | | SAN JUAN | PR | 00928 | Voice Over Internet Protocol (VOIP) |
| NEPTUNO MEDIA INC. | PO BOX 191995 | | SAN JUAN | PR | 00919-1995 | Voice Over Internet Protocol (VOIP) |
| NEPTUNO MEDIA INC. D/B/A NEPTUNO NETWORKS | PO BOX 191995 | | SAN JUAN | PR | 00919-1995 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | 606 EAST MAGRILL STREET | | LONGVIEW | TX | 75601 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | PO DRAWER 200 | | WINTER PARK | FL | 32790-0200 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NETWORK COMMUNICATIONS INTERNATIONAL, INC. | 606 EAST MAGRILL STREET | | WINTER PARK | FL | 32790-0200 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NEUTRAL TANDEM-PUERTO RICO, LLC | 550 W ADAMS ST STE 900 | | CHICAGO | IL | 60661-3636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| NEVESEM INC. | PMB-641, HC-01 | 29030 | CAGUAS | PR | 00725-8900 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Nevesem, Inc. | MSC 608. 138 Winston Churchill Ave. El Senorial Mail Station | | San Juan | PR | 00926 | Voice Over Internet Protocol (VOIP) |
| ONELINK COMMUNICATIONS | PO BOX 192296 | | SAN JUAN | PR | 00919-2296 | Voice Over Internet Protocol (VOIP) |
| ONTIME SOFT, INC. | PMB 204 PO BOX 6017 | | CAROLINA | PR | 00984-6017 | Voice Over Internet Protocol (VOIP) |
| OPTIVON TELECOMMUNICATIONS SERVICES, INC | PO BOX 11881 | | SAN JUAN | PR | 00922-1881 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| OPTIVON, INC | PO BOX 11881 | | SAN JUAN | PR | 00922-1881 | Voice Over Internet Protocol (VOIP) |
| ORIZON WIRELESS CORP | GPO BOX 363392 | | SAN JUAN | PR | 00936 | Voice Over Internet Protocol (VOIP) |
| Ortiz Technologies Corp. d/b/a NetCom Wireless | URB. RIO GRANDE ESTATES V64 CALLE 25 | | RIO GRANDE | PR | 00745-5108 | Voice Over Internet Protocol (VOIP) |
| OSNET WIRELESS CORPORATION | PO BOX 819 | | HUMACAO | PR | 00792-0819 | Voice Over Internet Protocol (VOIP) |
| OVOX, LLC | PO BOX 368179 | | SAN JUAN | PR | 00936-8179 | Voice Over Internet Protocol (VOIP) |
| PIX WIRELESS LLC | 1595 PEACHTREE PARKWAY | SUITE 204-337 | CUMMING | GA | 30041 | Servicio Comercial Radio Móvil (CMRS) |
| PIX WIRELESS LLC | 21346 SAINT ANDREWS BLVD. | SUITE 225 | CUMMING | GA | 30041 | Servicio Comercial Radio Móvil (CMRS) |
| PR WIRELESS, INC H/N/C OPEN MOBILE | PMB 856 PO BOX 7891 | | GUAYNABO | PR | 00970-7891 | Servicio Comercial Radio Móvil (CMRS) |
| PREPA NETWORKS, CORP. | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Pronatura | PO Box 3504 Amelia Contract Station | | Cataño | PR | 00963 | Waste |
| Puerto Rico Aqueducts and Sewer Authority | PO Box 7066 | | San Juan | PR | 00916-7066 | Waste |
| PUERTO RICO CABLE ACQUISITION COMPANY, INC H/N/C CHOICECABLE TV | BOX 204, MERCEDITA | | PONCE | PR | 00715-0204 | Voice Over Internet Protocol (VOIP) |
| Puerto Rico Electric Power Authority | PO Box 364267 | | San Juan | PR | 00936-4267 | Electricity |
| PUERTO RICO TELEPHONE COMPANY INC. | PO BOX 360998 | | SAN JUAN | PR | 00936-0998 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| PUERTO RICO TELEPHONE COMPANY, INC. H/N/C CLARO | PO BOX 360998 | | SAN JUAN | PR | 00936-0998 | Servicio Comercial Radio Móvil (CMRS) |
| Q LINK WIRELESS, LCC | 499 EAST SHERIDAN ST. | SUITE 300 | DANIA BEACH | FL | 33004 | Servicio Comercial Radio Móvil (CMRS) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| Q LINK WIRELESS, LCC | 1502 CALLE MARTÍN TRAVIESO | | DANIA BEACH | FL | 33004 | Servicio Comercial Radio Móvil (CMRS) |
| RED POCKET INC. | 2060D AVE. DE LOS ARBOLES | | THOUSAND OAKS | CA | 91362 | Servicio Comercial Radio Móvil (CMRS) |
| Republic Services | Calle A, Lote 5 Bo. Palmas | | Cataño | PR | 00962 | Waste |
| RM COMMUNICATIONS | PMB 685 267 CALLE SIERRA MORENA | | SAN JUAN | PR | 00926-5639 | Voice Over Internet Protocol (VOIP) |
| RURAL TELECOMM SERVICES, INC. | Cond. Miramar Plaza 954 Ave. Ponce De León | Apt. 16-B | San Juan | PR | 00907 | Voice Over Internet Protocol (VOIP) |
| SAFE ALARM SECURITY, CORP. | 36 CALLE HW SANTAELLA | | COAMO | PR | 00769-3124 | Voice Over Internet Protocol (VOIP) |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | PO BOX 367189 | | SAN JUAN | PR | 00936 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| SAN JUAN GAS ACQUISITION CORPORATION, (SAC) | PO BOX 367189 | | SAN JUAN | PR | 00936 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Smart Networks | PO Box 7678 | | Caguas | PR | 00726-7678 | Voice Over Internet Protocol (VOIP) |
| SMARTNET, Inc. | PO BOX 194000 PMB 222 | | SAN JUAN | PR | 00919-4000 | Voice Over Internet Protocol (VOIP) |
| SOLAVEI PUERTO RICO, LLC | BBVA Tower, Suite P1 254 Muñoz Rivera Ave. | | San Juan | PR | 00918 | Servicio Comercial Radio Móvil (CMRS) |
| Spectrotel, Inc. | 3535 STATE HIGHWAY 66 STE 7 | | NEPTUNE | NJ | 07753-2625 | Voice Over Internet Protocol (VOIP) |
| SPRINT COMMUNICATIONS COMPANY LP | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| SPRINTCOM, INC. D/B/A SPRINT PCS | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Servicio Comercial Radio Móvil (CMRS) |
| Stericycle | Julio N. Matos Street, Industrial Park | Lote 15 | Carolina | PR | 00988 | Waste |
| Stream Communicaitons, LLC | 6250 SHILOH RD STE 240 | | ALPHARETTA | GA | 30005-8400 | Servicio Comercial Radio Móvil (CMRS) |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PUERTO RICO DIVISION | PMB 195, 220 PLAZA WESTERN AUTO | SUITE 101 | TRUJILLO ALTO | PR | 00976-3607 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| STSJ OVERSEAS TELEPHONE COMPANY, INC. H/N/C TRESCOM PUERTO RICO DIVISION | PO BOX 364225 | | TRUJILLO ALTO | PR | 00976-3607 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Synergy, LLC | PO Box 13459 | | San Juan | PR | 00908-3459 | Waste |
| TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Voice Over Internet Protocol (VOIP) |
| TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Voice Over Internet Protocol (VOIP) |
| TELEFÓNICA LARGA DISTANCIA DE PUERTO RICO, INC. (TLD) | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| TELEFÓNICA USA, INC. D/B/A TELEFÓNICA EMPRESAS | 1111 BRICKELL AVENUE | 10TH FLOOR | MIAMI | FL | 33131 | Servicio Comercial Radio Móvil (CMRS) |
| TELRITE CORPORATION H/N/C LIFE WIRELESS | AMERICAN AIRLINES BLDG. 1509 LOPEZ LANDRÓN | 10TH FLOOR | SAN JUAN | PR | 00911 | Servicio Comercial Radio Móvil (CMRS) |
| Telxius Cable Puerto Rico, Inc. | 1111 BRICKELL AVE STE 1800 | | MIAMI | FL | 33131-3125 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Telxius Cable Puerto Rico, Inc. | BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | MIAMI | FL | 33131-3125 | Compañías Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| The People's Operator USA, LLC | 6250 Shiloh Road | Ste 240 | Alpharetta | GA | 30005 | Servicio Comercial Radio Móvil (CMRS) |
| TI Wholesale Services PR, Inc. | PMB 118 La Cumbre 273 Sierra Morena | | San Juan | PR | 00926 | Voice Over Internet Protocol (VOIP) |
| T-MOBILE PUERTO RICO, LLC | B7 Tabonuco St. | Suite 700 | Guaynabo | PR | 00968-3349 | Servicio Comercial Radio Móvil (CMRS) |
| TOTAL CALL | 1411 W. 190 TH STREET | SUITE 650 | GARDENA | CA | 90248 | Servicio Comercial Radio Móvil (CMRS) |
| TRACFONE WIRELESS, INC. | PO BOX 10906 | | SAN JUAN | PR | 00922-0906 | Servicio Comercial Radio Móvil (CMRS) |

| Utility Provider | Address | Address 2 | City | State | Postal Code | Type of Service |
|---|---|---|---|---|---|---|
| Tropigas of Puerto Rico | Urb. Industrial Luchetti Calle C | Lote 30 | Bayamon | PR | 00961 | Gas |
| UNONET, CORP. | 423 PARQUE MONTEREY II | | PONCE | PR | 00716 | Voice Over Internet Protocol (VOIP) |
| URBAN NETWORKS, INC. | URB. JARDINES DE GURABO 77 CALLE 4 | | GURABO | PR | 00778 | Voice Over Internet Protocol (VOIP) |
| UVNV, INC. | PO BOX 8526 | | SAN JUAN | PR | 00910-8526 | Servicio Comercial Radio Móvil (CMRS) |
| V. A. Waste-Las Piedras Corp. | PO Box 51085 | | Toa Baja | PR | 00950 | Waste |
| Verizon PR, LLC | PIETRANTONI MENDEZ & ALVAREZ BANCO POPULAR CENTER 209 MUÑOZ RIVERA AVE. | 19TH FLOOR | SAN JUAN | PR | 00918 | Compañias Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| VIRGIN MOBILE USA, L.P. | PO BOX 16636 | | SAN JUAN | PR | 00908-6636 | Servicio Comercial Radio Móvil (CMRS) |
| VIRGIN MOBILE USA, L.P. | 3065 AKERS MILL RD., SE, 7TH FLOOR MAILSTOP GAATLD0704 | | SAN JUAN | PR | 00908-6636 | Servicio Comercial Radio Móvil (CMRS) |
| World Connection PR, Inc. | 330 MIRADORES DEL YUNQUE | | RIO GRANDE | PR | 00745-8710 | Voice Over Internet Protocol (VOIP) |
| WORLDNET TELECOMMUNICATIONS, INC. | CENTRO INTERNACIONAL DE MERCADEO 90 CARRETERA 165 | SUITE 201 | GUAYNABO | PR | 00968-8059 | Compañias Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| WORLDNET TELECOMMUNICATIONS, INC. | PO BOX 16636 | | GUAYNABO | PR | 00968-8059 | Compañias Certificadas para Operar en el Servicio de Telecomunicaciones de Puerto Rico (CERT) |
| Zonatel, LLC | 248 Calle San Jorge Cond. San Jorge  4B | | San Juan | PR | 00912-3311 | Voice Over Internet Protocol (VOIP) |

## Schedule 2

## Covered Governmental Agencies and Instrumentalities

1.  Energy Affairs Administration (Dept. of Economic Development) / EAA, or AAE (Spanish acronym)

2.  Puerto Rico Federal Affairs Administration (PRFAA)

3.  Corrections Administration (CA, or AC (Spanish acronym))

4.  Labor Development Administration (LDA, or ADL (Spanish acronym))

5.  Administration for Socio-Economic Development of the Family (Dept. of the Family) / ASEDF, or ADSEF (Spanish acronym)

6.  Families and Children Administration (Dept. of the Family) / FCA, or ADFAN (Spanish acronym)

7.  Juvenile Institutions Administration (Dept. of Corrections) / JIA, or AIJ (Spanish acronym)

8.  Horse Racing Industry and Sport Administration (Dept. of Economic Development) (HRISA, or AIDH (Spanish acronym))

9.  Vocational Rehabilitation Administration (VRA, or ARV (Spanish acronym))

10. General Services Administration (GSA, or ASG (Spanish acronym))

11. Public Housing Administration (Dept. of Housing) / PHA, or AVP (Spanish acronym)

12. Right to Work Administration (Dept. of Labor) / RWA, or ADT (Spanish acronym)

13. Future Entrepreneurs and Workers Training Administration (Dept. of Labor) / FEWTA, or AAFET (Spanish acronym)

14. Administration for Integral Development of Childhood (Dept. of Family) / AIDC, or ACUDEN (Spanish acronym)

15. Child Support Administration (Dept. of the Family) / CSA, or ASUME (Spanish acronym)

16. State Agency for Emergency and Disaster Management (SAEDM, or AEMEAD (Spanish acronym))

17. Puerto Rico Census (attached to the Planning Board)

18. Public Service Appeals Commission (PSAC, or CASP (Spanish acronym))

19. Cooperative Development Commission (COOPDC, or CDCOOP (Spanish acronym))

20. Investigation, Prosecution and Appeal Commission (IPAC, or CIPA (Spanish acronym))

21. Public Service Commission (PSC, or CSP (Spanish acronym))

22. Puerto Rico Industrial Commission (PRIC, or CIPR (Spanish acronym))

23. Traffic Safety Commission (TSC, or CST (Spanish acronym))

24. Puerto Rico Firefighters Corps

25. Medical Emergency Corps (MEC, or CEM (Spanish acronym))

26. Department of Justice - Office of the General Solicitor

27. Department of Agriculture (DA)

28. Department of Consumer Affairs (DCA, or DACO (Spanish acronym))

29. Department of Corrections and Rehabilitation (DCR)

30. Department of Economic Development and Commerce (DEDC, or DDEC (Spanish acronym))

31. Department of Education (DE)

32. Department of State

33. Department of the Treasury (DT, or Hacienda (Spanish abbreviation))

34. Department of Justice (DJ)

35. Department of the Family (DF)

36. Department of Housing (DH, or DV (Spanish acronym))

37. Department of Sports and Recreation (DSR, or DRD (Spanish acronym))

38. Department of Natural and Environmental Resources (DNER, or DRNA (Spanish acronym))

39. Department of Health (Health Department, or DS (Spanish acronym))

40. Department of Transportation and Public Works (DTPW, or DTOP (Spanish acronym))

41. Department of Labor and Human Resources (DLHR, or DTRH (Spanish acronym))

42. Puerto Rico National Guard (PRNG, or GNPR (Spanish acronym))

43. Institute of Forensic Sciences (IFS, or ICF (Spanish acronym))

44. Environmental Quality Board (EQB, or JCA (Spanish acronym))

45. Parole Board (PB, or JLBP (Spanish acronym))

46. Planning Board (PB, or JP (Spanish acronym))

47. Labor Relations Board (LRB, or JRT (Spanish acronym))

48. Telecommunications Regulatory Board (PRTRB, or JRTPR (Spanish acronym))

49. Land Use and Permit Reviewing Board (LUPRB, or JRPUT (Spanish acronym))

50. Advocate Office Administration (AOA, or OAP (Spanish acronym))

51. Office of Courts Administration (OCA, or OAT (Spanish acronym))

52. Office of Youth Affairs (OYA, or OAJ (Spanish acronym))

53. Central Labor Advisory and Human Resources Administration Office (CLAHRAO, or OCALARH (Spanish acronym), now Office of Administration and Transformation of Human Resources in the Government of Puerto Rico (OATHR, or OATRH (Spanish acronym))

54. Office of Government Ethics (PROGE, or OEGPR (Spanish acronym))

55. Industrial Tax Exemption Office (ITEO, or OECI (Spanish acronym))

56. Office of Management and Budget (OMB, or OGP (Spanish acronym))

57.    Office of the Resident Commissioner in Washington

58.    Office of the Commissioner of Municipal Affairs (OCMA, or OCAM (Spanish acronym))

59.    Office of the Commissioner of Financial Institutions (OCFI, or OCIF (Spanish acronym))

60.    Office of the Commissioner of Insurance (OCI, or OCS (Spanish acronym))

61.    Office of the Governor (La Fortaleza)

62.    Office of the Chief Permit Inspector (OCPI, or OIGPe (Spanish acronym))

63.    State Historic Preservation Office (SHPO, or OECH (Spanish acronym))

64.    Permit Management Office (PMO, or OGPe (Spanish acronym))

65.    Puerto Rico Police (PRP, or PPR (Spanish acronym))

66.    Pretrial Services Program (PSP, or PSAJ (Spanish acronym))

67.    Criminal Justice Information System (CJIS, or SIJC (Spanish acronym))

68.    Natural Resources Administration

69.    Puerto Rico Veterans Advocate's Office

70.    Office of the General Coordinator for Socio-Economic Financing and Self-Management

3

**<u>Exhibit B</u>**

**Redline Comparing the Second Amended Proposed Order
against the First Amended Proposed Order**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

       Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**Re: ECF No. 210**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE EMPLOYEES RETIREMENT
SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO ("ERS"),

       Debtor.[2]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3566-LTS

(Joint Administration Requested)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).; (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808). For purposes of this Order, the term "Debtors" does not include the Puerto Rico Sales Tax Financing Corporation ("COFINA") and the terms of this Order shall not apply to COFINA.

[2] The last four (4) digits of ERS's federal tax identification number are 9686.

————————————————————————x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),

        Debtor.[3]

————————————————————————x

PROMESA
Title III

No. 17 BK 3567-LTS

(Joint Administration Requested)

## ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT

Upon the *Motion of Debtor Entities for an Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* (the "Motion");[42] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and upon the record herein, after due deliberation thereon, the Court

---

[3]  The last four (4) digits of HTA's federal tax identification number are 3808.

[42]  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

having found that good and sufficient cause exists for the granting of the relief as set forth

herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      Except in accordance with the procedures set forth below and absent further order

of the Court, each Utility Provider, including Utility Providers that currently provide Utility

Services but are not listed on the Utilities Provider List attached as <u>Schedule 1</u> to this Order, is

prohibited from (a) altering, refusing, or discontinuing service to or discriminating against the

Debtors on the basis of the commencement of these Title III Cases or on account of any unpaid

invoice for services provided before the applicable petition date and (b) requiring the payment of

a deposit or other security in connection with Utility Providers' continued provision of Utility

Services.

3.      The relief granted herein is for all Utility Providers providing Utility Services to

the Debtors and is not limited to those parties listed on the Utility Provider List attached to the

Motion.

4.      The Motion and this order shall be served, via first-class mail, on each Utility

Provider included on the Utility Provider List and all other parties required to receive service.

5.      Each Debtor is authorized and directed to pay amounts that come due to its Utility

Providers for postpetition Utility Services during these cases in accordance with the <u>parties'</u>

<u>terms in the ordinary course of business or the </u>terms of any utility contract or other agreement to

provide Utility Services (each, a "<u>Contract</u>"). Each Debtor is authorized and directed to provide

each of its Utility Providers, and each Utility Provider is hereby granted, an allowed

administrative expense claim against such Debtor pursuant to Bankruptcy Code sections 503(b)

and 507(a)(2), made applicable to these title III cases by PROMESA section 301(a), for postpetition, unpaid Utility Services provided to such Debtor, including under (a) prepetition Contracts, including any extensions thereto, and (b) postpetition Contracts (the "Adequate Assurance Claim") as adequate assurance of payment to Utility Providers.  Except to the extent that a Utility Provider agrees to different treatment, Adequate Assurance Claims against a Debtor that have not been paid during these cases prior to confirmation of such Debtor's plan shall be paid in cash by such Debtor on the effective date of its plan pursuant to PROMESA section 314(b)(4).

6.      If a Utility Provider is not satisfied with the assurance of future payment provided by the Debtors, the Utility Provider must serve a written request (the "Additional Assurance Request") upon the Debtors setting forth (i) the location(s) for which Utility Services are provided, (ii) the account number(s) for such location(s), (iii) the outstanding balance for each account, (iv) a summary of the Debtors' payment history on each account, (v) a summary of any security deposits provided by the Debtors to such Utility Provider, and (vi) an explanation of why the Adequate Assurance Claim is inadequate assurance of payment.

7.      The Additional Assurance Request must be in writing, in English (or fully translated into English by a certified translator) and actually be filed with the Court and received by (i) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority and (ii) counsel to the Oversight Board, so that it is received on or before _____, 2017 at 5:00 p.m. (prevailing Atlantic Standard Time) (the "Request Deadline").in accordance with the *First Amended Notice, Case Management and Administrative Procedures* [ECF No. 262-1] (the "Case Management Order").

8.     In accordance with PROMESA section 305, the Debtors may, in their sole discretion and without further order of the Court, resolve any Additional Assurance Request by mutual agreement with the Utility Provider, and in connection with any such agreement, may provide a Utility Provider with additional adequate assurance of future payment including, but not limited to, cash deposits, letters of credit, prepayments, and/or other forms of security.

9.     If the Debtors determine an Additional Assurance Request is not reasonable and are not able to reach an alternative resolution with the Utility Provider, the Court shall determine the adequacy of the proposed adequate assurance at the next regularly scheduled omnibus hearing in accordance with the Case Management Order or as otherwise determined by this Court; provided, however, that the Debtors, with the consent of such Utility Provider, may continue the hearing date on any unresolved Additional Assurance Request, and provided, further that any objecting Utility Provider shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the Debtors over any unpaid charges for prepetition Utility Services or any perceived inadequacy of the proposed adequate assurance, pending final resolution of the Additional Assurance Request.

10.    A Utility Provider shall be deemed to have adequate assurance of payment unless and until (i) the Debtors, in their sole discretion, agree to an Additional Assurance Request or agree to an alternative assurance of payment with the Utility Provider or (ii) the Court enters an order requiring additional adequate assurance of payment be provided.

11.    Any Utility Provider that fails to make a timely Additional Assurance Request by the Request Deadline shall be deemed to have received adequate assurance of payment satisfactory to such Utility Provider as required by Bankruptcy Code section 366, and shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against,

the Debtors on the basis of the commencement of these Title III Cases, on account of any unpaid invoice for services provided before the applicable petition date, or any perceived inadequacy of the proposed adequate assurance.

12.    At any time, the Debtors may terminate service from any Utility Provider; provided, however, that if a Debtor is party to a Contract with a Utility Provider, any such termination shall be in accordance with the terms and provisions of the Contract with such Utility Provider, including any notice provisions, and such termination shall be effective as provided for in the Contract; provided, further that the Debtors reserve all rights to object to any claims that may be asserted by a Utility Provider arising out of or in connection with the termination of a Contract. Upon termination of service from a Utility Provider, the Debtors shall no longer be required to make any more payments to such Utility Provider for any services provided after such termination, and to the extent such Utility Provider holds a deposit or excess funding, it shall be returned forthwith.

13.    To the extent the Debtors identify additional Utility Providers, the Debtors will file amendments to the Utility Provider List, and shall serve a copy of this order on such newly-identified Utility Providers. Following the Debtors' filing and service of such amendment to the Utility Provider List (which shall include a copy of this order), the added Utility Providers identified shall have twenty-one (21) calendar days therefrom to serve an Additional Assurance Request. Thereafter, the above-described procedures shall govern if and until any such resulting Additional Assurance Requests are timely made.

14.    In the event a Debtor defaults postpetition in respect of any of its obligations to any Utility Provider under this order, or under any new postpetition Contracts, such Utility Provider may seek additional adequate assurances, including enforcement of contractual and

state law remedies, in this Court upon motion and appropriate notice to the Debtors and interested parties; provided, however, the Debtors reserve all rights to object to any such motion. These remedies include, but are not limited to, a Utility Provider seeking the immediate payment of any Adequate Assurance Claim allowed under this Order.

15. Notwithstanding the relief granted herein or any actions taken pursuant thereto, nothing herein shall be deemed: (a) an admission as to the validity of any claim against the Debtors; (b) a waiver of the Debtors' right to dispute any claim on any grounds; (c) other than as set forth in paragraph 5 above, a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined hereunder; (e) a request or authorization to assume any agreement, contract, or lease pursuant to Bankruptcy Code section 365; (f) an admission or concession that each such entity is a "utility" within the meaning of Bankruptcy Code section 366; or (g) a waiver of the Debtors' rights under PROMESA, the Bankruptcy Code, or any other applicable law.

16. Notwithstanding the relief granted herein or any actions taken pursuant thereto, nothing in this Order herein shall be deemed, interpreted or construed as: (a) as an automatic extension of any expired Contracts or (b) an imposition to force Utility Providers to enter into any new postpetition Contracts with the Debtors or to agree to an extension of any expired Contracts.

17. For purposes of this Order, the Debtors shall only include, and the relief granted herein to the Debtors shall only apply to, each of the Debtors as set forth in footnote 1 and the governmental agencies and instrumentalities listed on Schedule 2 attached hereto (subject to the Debtors' right to remove any of the agencies and instrumentalities listed on Schedule 2 at any time; provided that the Debtors provide Utility Providers with reasonable prior written notice

and an opportunity to object). If the Debtors seek to extend the relief set forth herein to any other governmental agency or instrumentality, the Debtors shall file an amended Schedule 2 with the Court and provide notice thereof to the Utility Providers and each Utility Provider shall have twenty-one (21) days from service of such notice to make an Additional Assurance Request with respect to such newly-identified governmental agency or instrumentality; provided, however, that pending resolution of any such Additional Assurance Request any objecting Utility Provider shall be prohibited from altering, refusing, or discontinuing Utility Services to, or discriminating against, the newly-identified governmental agency or instrumentality over any unpaid charges for prepetition Utility Services or any perceived inadequacy of the proposed adequate assurance.

18.    Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

19.    The Debtors and the Oversight Board, as the Debtors' representative, have consented to the relief in this order, and are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order.

20.    This Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

Dated: _____, 2017            _____
        San Juan, Puerto Rico                    HONORABLE LAURA TAYLOR SWAIN
                                                  UNITED STATES DISTRICT JUDGE

8    Workshare 9 comparison of PowerDocs://OMM_US/75713825/5 and
PowerDocs://OMM_US/75713825/6. Performed on 7/17/2017.

## **Schedule 1**

### **Utility Provider List**

## Schedule 2

### Covered Governmental Agencies and Instrumentalities

1.  Energy Affairs Administration (Dept. of Economic Development) / EAA, or AAE (Spanish acronym)

2.  Puerto Rico Federal Affairs Administration (PRFAA)

3.  Corrections Administration (CA, or AC (Spanish acronym))

4.  Labor Development Administration (LDA, or ADL (Spanish acronym))

5.  Administration for Socio-Economic Development of the Family (Dept. of the Family) / ASEDF, or ADSEF (Spanish acronym)

6.  Families and Children Administration (Dept. of the Family) / FCA, or ADFAN (Spanish acronym)

7.  Juvenile Institutions Administration (Dept. of Corrections) / JIA, or AIJ (Spanish acronym)

8.  Horse Racing Industry and Sport Administration (Dept. of Economic Development) (HRISA, or AIDH (Spanish acronym))

9.  Vocational Rehabilitation Administration (VRA, or ARV (Spanish acronym))

10. General Services Administration (GSA, or ASG (Spanish acronym))

11. Public Housing Administration (Dept. of Housing) / PHA, or AVP (Spanish acronym)

12. Right to Work Administration (Dept. of Labor) / RWA, or ADT (Spanish acronym)

13. Future Entrepreneurs and Workers Training Administration (Dept. of Labor) / FEWTA, or AAFET (Spanish acronym)

14. Administration for Integral Development of Childhood (Dept. of Family) / AIDC, or ACUDEN (Spanish acronym)

15. Child Support Administration (Dept. of the Family) / CSA, or ASUME (Spanish acronym)

16. State Agency for Emergency and Disaster Management (SAEDM, or AEMEAD (Spanish acronym))

17. Puerto Rico Census (attached to the Planning Board)

18. Public Service Appeals Commission (PSAC, or CASP (Spanish acronym))

19. Cooperative Development Commission (COOPDC, or CDCOOP (Spanish acronym))

20. Investigation, Prosecution and Appeal Commission (IPAC, or CIPA (Spanish acronym))

21. Public Service Commission (PSC, or CSP (Spanish acronym))

22. Puerto Rico Industrial Commission (PRIC, or CIPR (Spanish acronym))

23. Traffic Safety Commission (TSC, or CST (Spanish acronym))

24. Puerto Rico Firefighters Corps

25. Medical Emergency Corps (MEC, or CEM (Spanish acronym))

26.    Department of Justice - Office of the General Solicitor

27.    Department of Agriculture (DA)

28.    Department of Consumer Affairs (DCA, or DACO (Spanish acronym))

29.    Department of Corrections and Rehabilitation (DCR)

30.    Department of Economic Development and Commerce (DEDC, or DDEC (Spanish acronym))

31.    Department of Education (DE)

32.    Department of State

33.    Department of the Treasury (DT, or Hacienda (Spanish abbreviation))

34.    Department of Justice (DJ)

35.    Department of the Family (DF)

36.    Department of Housing (DH, or DV (Spanish acronym))

37.    Department of Sports and Recreation (DSR, or DRD (Spanish acronym))

38.    Department of Natural and Environmental Resources (DNER, or DRNA (Spanish acronym))

39.    Department of Health (Health Department, or DS (Spanish acronym))

40.    Department of Transportation and Public Works (DTPW, or DTOP (Spanish acronym))

41.    Department of Labor and Human Resources (DLHR, or DTRH (Spanish acronym))

42.    Puerto Rico National Guard (PRNG, or GNPR (Spanish acronym))

43.    Institute of Forensic Sciences (IFS, or ICF (Spanish acronym))

44.    Environmental Quality Board (EQB, or JCA (Spanish acronym))

45.    Parole Board (PB, or JLBP (Spanish acronym))

46.    Planning Board (PB, or JP (Spanish acronym))

47.    Labor Relations Board (LRB, or JRT (Spanish acronym))

48.    Telecommunications Regulatory Board (PRTRB, or JRTPR (Spanish acronym))

49.    Land Use and Permit Reviewing Board (LUPRB, or JRPUT (Spanish acronym))

50.    Advocate Office Administration (AOA, or OAP (Spanish acronym))

51.    Office of Courts Administration (OCA, or OAT (Spanish acronym))

52.    Office of Youth Affairs (OYA, or OAJ (Spanish acronym))

53.    Central Labor Advisory and Human Resources Administration Office (CLAHRAO, or
OCALARH (Spanish acronym), now Office of Administration and Transformation of Human
Resources in the Government of Puerto Rico (OATHR, or OATRH (Spanish acronym))

54.    Office of Government Ethics (PROGE, or OEGPR (Spanish acronym))

55.    Industrial Tax Exemption Office (ITEO, or OECI (Spanish acronym))

56.    Office of Management and Budget (OMB, or OGP (Spanish acronym))

---

2   Workshare 9 comparison of PowerDocs://OMM_US/75713825/5 and
PowerDocs://OMM_US/75713825/6. Performed on 7/17/2017.

57.  Office of the Resident Commissioner in Washington

58.  Office of the Commissioner of Municipal Affairs (OCMA, or OCAM (Spanish acronym))

59.  Office of the Commissioner of Financial Institutions (OCFI, or OCIF (Spanish acronym))

60.  Office of the Commissioner of Insurance (OCI, or OCS (Spanish acronym))

61.  Office of the Governor (La Fortaleza)

62.  Office of the Chief Permit Inspector (OCPI, or OIGPe (Spanish acronym))

63.  State Historic Preservation Office (SHPO, or OECH (Spanish acronym))

64.  Permit Management Office (PMO, or OGPe (Spanish acronym))

65.  Puerto Rico Police (PRP, or PPR (Spanish acronym))

66.  Pretrial Services Program (PSP, or PSAJ (Spanish acronym))

67.  Criminal Justice Information System (CJIS, or SIJC (Spanish acronym))

68.  Natural Resources Administration

69.  Puerto Rico Veterans Advocate's Office

70.  Office of the General Coordinator for Socio-Economic Financing and Self-Management

---

3    Workshare 9 comparison of PowerDocs://OMM_US/75713825/5 and
PowerDocs://OMM_US/75713825/6. Performed on 7/17/2017.

Document comparison by Workshare 9 on Monday, July 17, 2017 6:33:52 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://OMM_US/75713825/5 |
| Description | OMM_US-#75713825-v5-PR_-_Utilities_Order |
| Document 2 ID | PowerDocs://OMM_US/75713825/6 |
| Description | OMM_US-#75713825-v6-PR_-_Utilities_Order |
| Rendering set | OMM Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 29 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 36 |

| Redline options: | |
|---|---|
| | Status |
| Redline Statistics at End of Document | ON |

| Include Redline Comparison Summary | OFF |
|---|---|
| Show Line Numbering | OFF |
| Show Change Numbers | OFF |
| Show Change Bars On Left | ON |
| Show Hidden Text | OFF |
| Detect List Numbering Changes | ON |
| Compare Headers/Footers | ON |
| Compare Footnotes | ON |
| Display Workshare Compare Footers | ON |
| Ignore Embedded Objects/Images | OFF |
| Compare at Character Level | OFF |
| Compare Numbers at Character Level | OFF |
| Show Moved Deletions | OFF |
| Show Changes to Spaces | OFF |
| Show Paragraph Changes | OFF |
| Ignore Case Changes | OFF |
| Ignore Text Boxes | OFF |
| Ignore Field Codes | OFF |
| Compare field contents as text | ON |
| Ignore Tables | OFF |
| Detect Changes to Images | OFF |

5      Workshare 9 comparison of PowerDocs://OMM_US/75713825/5 and
PowerDocs://OMM_US/75713825/6. Performed on 7/17/2017.