## Puerto Rico Highway and Transportation Authority (HTA)
### PRHTA Appeals Board
### Active Cases

| # | PRHTA Appeals Board Case No. | Appellant | Type of Claim | NOTICE OF STAY FILED BY HTA | STAY ORDER ISSUED |
|---|---|---|---|---|---|
| 1. | 1994-ACT013 | Osvaldo Acevedo Acevedo, et al. | Wages Claim | | √ |
| 2. | 1994-ACT-056 | Ángel Morales et al | Classification and Retribution 2003 Plan Wages Claim, | √ | √ |
| 3. | 1995-ACT-004 | Edgar A. Quiñones De Luis | Wages Claim (Execution of Judgment) | | |
| 4. | 1996-ACT-043 | Juan A. Valdés Cortés | Reimbursement of Travel Expenses (Execution of Resolution) | | |
| 5. | 1997-ACT-005 | José A. Negrón Padilla, et al. | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 6. | 2002-ACT-018 | William Rosado Santiago, et al. | Claim arising from 2003 Classification and Retribution Plan | | |
| 7. | 2002-ACT-019 | William Rosado Santiago et al. | Claim arising from 2003 Classification and Retribution Plan | | |
| 8. | 2003-ACT-054 | Haydée Rivera Collazo | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 9. | 2003-ACT-068 | Hiram A. Stella Díaz | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 10. | 2003-ACT-077 | Carlos I. Vázquez Rivera | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 11. | 2003-ACT-082 | Edwin Flores Miranda | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 12. | 2003-ACT-097 | Irma Pérez Guillermety | Claim arising from 2003 Classification and Retribution Plan | | |
| 13. | 2003-ACT-100 | Aarón L. Hernández Martínez | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 14. | 2003-ACT-103 | Miguel A. Siberón Maldonado | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 15. | 2003-ACT-106 | Ramón Ramos Camacho | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 16. | 2004-ACT-011 | Héctor Alvarado Cartagena | Claim arising from 2003 Classification and Retribution Plan | | |
| 17. | 2003-ACT-113 | William Vega López | Claim arising from 2003 Classification and Retribution Plan | | |
| 18. | 2003-ACT-023 | Jorge A. Ruiz Alvarez | Claim arising from 2003 Classification and Retribution Plan | | |
| 19. | 2004-ACT-039 | Javier Arroyo Rosario | Claim arising from 2003 Classification and Retribution Plan | | |
| 20. | 2004-ACT-042 | Janet Vázquez Velázquez | Claim arising from 2003 Classification and Retribution Plan | | |
| 21. | 2004-ACT-045 | José R. Arzón Méndez | Claim arising from 2003 Classification and Retribution Plan | | |

| # | Case No. | Name | Claim | | |
|---|---|---|---|---|---|
| 22. | 2004-ACT-046 | Gustavo Román Tejera | Claim arising from 2003 Classification and Retribution Plan | | |
| 23. | 2004-ACT-049 | Isaac Colón Correa | Claim arising from 2003 Classification and Retribution Plan | | |
| 24. | 2004-ACT-053 | Eduardo Da Silva Oliveros | Claim arising from 2003 Classification and Retribution Plan | | |
| 25. | 2004-ACT-057 | Carlos Céspedes Gómez | Claim arising from 2003 Classification and Retribution Plan | | |
| 26. | 2004-ACT-058 | Andrés Nazario Fabré | Claim arising from 2003 Classification and Retribution Plan | | |
| 27. | 2004-ACT-059 | Héctor Velázquez Muñoz | Claim arising from 2003 Classification and Retribution Plan | | |
| 28. | 2004-ACT-061 | Luis A. Cordero Quiñonez | Claim arising from 2003 Classification and Retribution Plan | | |
| 29. | 2004-ACT-062 | Iván Maldonado Soto | Claim arising from 2003 Classification and Retribution Plan | | |
| 30. | 2004-ACT-063 | Ramón Colón Irizarry | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 31. | 2004-ACT-069 | Hariel Travieso Figueroa | Claim arising from 2003 Classification and Retribution Plan | | |
| 32. | 2004-ACT-072 | Denis M. Rivera Marrero | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 33. | 2004-ACT-073 | Higinio Calderón Rivera | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 34. | 2004-ACT-078 | Sonia I. Vélez Vélez | Claim arising from 2003 Classification and Retribution Plan | √ | |
| 35. | 2004-ACT-088A<br>2004-ACT-088B<br>2004-ACT-088C | Nemesio Irizarry<br>Carmelo Hernández Morales<br>Ricardo C. Valentín Torres | Claim arising from 2003 Classification and Retribution Plan | | |
| 36. | 2004-ACT-095 | Celia Tamariz Vargas et al. | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 37. | 2004-ACT-096 | Rafael Morales Martínez | Claim arising from 2003 Classification and Retribution Plan | | |
| 38. | 2004-ACT-097 | Regis Deglans Rodríguez | Claim arising from 2003 Classification and Retribution Plan | √ | √ |
| 39. | 2004-ACT-100 | Héctor Alvarado Cartagena | Claim arising from 2003 Classification and Retribution Plan | | |
| 40. | 2004-ACT-122 | Gonzalo Aponte Rivera | Wages Claim | √ | √ |
| 41. | 2005-ACT-002 | Gonzalo Aponte Rivera | Wages Claim | √ | √ |
| 42. | 2005-ACT-005 | Jorge A. Ruiz Álvarez | Appointment Dispute | | |
| 43. | 2005-ACT-011 | Nancy Borges Martínez<br>Héctor Alvarado Cartagena | Wages Claim | | |
| 44. | 2008-ACT-004 | Janet Vázquez Velázquez Et al | Wages Claim | √ | √ |
| 45. | 2008-ACT-005 | Ramón Colón Irizarry et al. | Wages Claim | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 46. | 2008-ACT-008 | Juan Hernández Rivera | Monetary Reimbursement | √ |  |
| 47. | 2008-ACT-023 | Lisbeth Miranda Pérez | Transfer Dispute |  | √ |
| 48. | 2008-ACT-058 | Félix Hernández Correa | Wages Claim | √ | √ |
| 49. | 2008-ACT-061 | José A. Colón Cruz | Wages Claim | √ | √ |
| 50. | 2008-ACT-062 | Orlando Díaz Quirindongo | Wages Claim | √ | √ |
| 51. | 2009-ACT-006 | Juan A. Sánchez Álamo | Wages Claim | √ | √ |
| 52. | 2009-ACT-015 | Myrna L. Santiago Rodríguez Et al | Wages Claim |  |  |
| 53. | 2009-ACT-020 | Ricardo Romero Ramírez | Wages Claim | √ |  |
| 54. | 2011-ACT-011 | Victor H. Morales Peterson | Wages Claim | √ |  |
| 55. | 2011-ACT-020 | Luz I. Pérez Ramirez | Wages Claim | √ |  |
| 56. | 2011-ACT-023 | José Malavé Durant, *et al* | License Deduction Dispute | √ | √ |
| 57. | 2011-ACT-027 | María J. Haddock López | License Deduction Dispute | √ | √ |
| 58. | 2011-ACT-28 | Carmen E. Serrano Robles | License Deduction Dispute | √ | √ |
| 59. | 2011-ACT-040 | Edwin Ramos Quiles | Request for Reclassification of Position |  |  |
| 60. | 2012-ACT-002 | Merari Santiago Guzmán | Request for Reclassification of Position |  |  |
| 61. | 2012-ACT-004 | Heriberto Cosme Rivera | Request for Reclassification of Position | √ | √ |
| 62. | 2012-ACT-005 | Javier E. Domínguez Pérez | Request for Reclassification of Position | √ | √ |
| 63. | 2012-ACT-010 | Coraly M. Ortiz Sánchez | Wages Claim | √ | √ |
| 64. | 2012-ACT-011 | José Colón Cruz | Wages Claim | √ | √ |
| 65. | 2012-ACT-012 | Edgardo B. Marrero Colón | Request for Reclassification of Position | √ |  |
| 66. | 2012-ACT-019 | Evelyn Marrero Figueroa | Wages Claim | √ | √ |
| 67. | 2012-ACT-025 | Carlos M. Santana Vázquez | Request for Reclassification of Position, Wages Claim |  |  |
| 68. | 2012-ACT-027 | Gisela Collazo Oropeza | Request for Reclassification of Position | √ | √ |
| 69. | 2012-ACT-028 | Lilliam Miranda Cristóbal | Request for Reclassification of Position | √ | √ |
| 70. | 2012-ACT-030 | Ángel L. Caraballo Irizarry | Appointment Dispute | √ | √ |
| 71. | 2012-ACT-034 | Milisa Adorno Esquilín | Request for Reclassification of Position | √ | √ |
| 72. | 2012-ACT-035 | Giovanna Ferreira Merced | Request for Reclassification of Position | √ | √ |

| | | | | | |
|---|---|---|---|---|---|
| 73. | 2012-ACT-037 | Carmen I. González Class | Request for Reclassification of Position | | |
| 74. | 2012-ACT-038 | Gloria S. Fernández Rivera | Request for Reclassification of Position | | |
| 75. | 2012-ACT-040 | Bernice Núñez Rivera | Request for Reclassification of Position | √ | |
| 76. | 2012-ACT-041 | Ivonne M. Seda Rivera | Wages Claim | √ | √ |
| 77. | 2012-ACT-043 | Daisy Ramos Pitre | Request for Reclassification of Position | √ | √ |
| 78. | 2012-ACT-047 | Blanca I. Santiago Adorno | Request for Reclassification of Position | | |
| 79. | 2012-ACT-050 | Brenda Torres Carrero | Request for Reclassification of Position | √ | √ |
| 80. | 2012-ACT-051 | Josué Cruz Martínez | Request for Reclassification of Position | √ | √ |
| 81. | 2012-ACT-056 | Cecilia Barbosa Vélez | Request for Reclassification of Position | √ | √ |
| 82. | 2012-ACT-057 | Wanda I. Ortiz Ortiz | Request for Reclassification of Position | √ | √ |
| 83. | 2012-ACT-061 | Rafael A. López Abril | Request for Reclassification of Position | √ | √ |
| 84. | 2012-ACT-063 | Alba Iris Rivera Miranda | Wages Claim | √ | √ |
| 85. | 2012-ACT-068 | Carlos Santana Vázquez | Wages Claim | √ | |
| 86. | 2013-ACT-002 | Noelis Villegas Levis | Transfer Dispute | √ | √ |
| 87. | 2013-ACT-003 | Mildred Andino Vera | Transfer Dispute | √ | √ |
| 88. | 2013-ACT-005 | Richard Negrón Vélez | Wages Claim | √ | √ |
| 89. | 2014-ACT-001 | Janet Vázquez Velázquez | Wages Claim | √ | √ |
| 90. | 2014-ACT-009 | Micky Santiago Gelabert | Wages Claim | √ | √ |
| 91. | 2014-ACT-016 | José Márquez Ruiz | Disciplinary Measure Dispute | √ | √ |
| 92. | 2014-ACT-017 | Miguel E. Torres Cruz | Request for Reclassification of Position | √ | |
| 93. | 2015-ACT-002 | Sonia I. Morales Olmo | Request for Reclassification of Position | √ | √ |
| 94. | 2015-ACT-003 | José M. Arocho Nieves | Request for Reclassification of Position | √ | √ |
| 95. | 2015-ACT-008 | María del M. Santiago López | Wages Claim | | √ |
| 96. | 2015-ACT-009 | Lourdes I. Pérez Carrión | Request for Reclassification of Position | √ | √ |
| 97. | 2015-ACT-011 | María del C. Rolón Castillo Magdalene Baranda | Request for Reclassification of Position | √ | |

4

| | | | | | |
|---|---|---|---|---|---|
| 98. | 2015-ACT-012 | Samuel Sostre Serrano | Wages Claim | √ | √ |
| 99. | 2016-ACT-003 | Nurys A. Molina Pérez | Job Reclasification | √ | |
| 100. | 2016-ACT-005 | Aleria M. Villegas Estrada | Request for Reclassification of Position | √ | √ |
| 101. | 2016-ACT-008 | William Cintrón Cintrón | Appointment Dispute | | |
| 102. | 2016-ACT-009 | Janet Vázquez Velázquez | Appointment Dispute | √ | √ |
| 103. | 2016-ACT-010 | Pamela Ortiz Olmo | Appointment Dispute | | |
| 104. | 2016-ACT-012 | Carlos M. Santana Vázquez | Appointment Dispute | | |

5

**Puerto Rico Highway and Transportation Authority**
**Puerto Rico Public Service Appeal Commission (CASP)**

| # | CASP Case # | Plaintiff | Type of Claim | PRHWA Stay Notice | STAY ORDER |
|---|---|---|---|---|---|
| 1. | 2016-04-1221 | Fermín Báez Colón | Payment | √ | √ |
| 2. | 2015-04-3596 | María del C. Rolón Castillo Magdalene Baranda Pérez | Request for Reclassification of Position | √ | √ |
| 3. | 2016-04-1111 | Nurys A. Molina Pérez[1] | Request for Reclassification of Position | √ | √ |
| 4. | 2016-04-1117 | José E García Morales et al. | Wages Claim | √ | |
| 5. | 2016-10-0511 | Asunción Quiñones Colón | Wages Claim | √ | |
| 6. | 2016-11-0658 | Aleyda Berrios | Request for Reclassification of Position | √ | √ |

---

[1] On June 22, 2017, the Commission issued an Order giving the Appellant 30 days to respond Appellee's Notice of Stay Pursuant to Title III of PROMESA.

6

**Puerto Rico Highway and Transportation Authority**
**Puerto Rico Court of First Instance (TPIPR)**

| # | TPIPR Case # | Plaintiff | Type of Claim | PRHWA STAY Petition | STAY ORDER |
|---|---|---|---|---|---|
| 1. | KAC-2016-0762 | Ferdinand Cedeño Rivera | Wages Claim | √ | √ |
| 2. | KPE-206-2740 | José R. Pesante Rojas | Wages Claim | √ | √ |
| 3. | SJ2017CV00261 | Asunción Quiñones Colón | Wages Claim | √ | √ |

**Puerto Rico Highway and Transportation Authority**
**Puerto Rico Appeals Court (PRAC)**

| # | PRAC Case # | Plaintiff | Type of Claim | PRHWA Stop Petition | PRHWA AB Stop Order |
|---|---|---|---|---|---|
| 1. | KLRA201600563 | Osvaldo Acevedo Acevedo et al. | Wages Claim (Tiene Sentencia Final y Firme del TA desde el 3 de marzo de 2017) | | |
| 2. | KLRA201700420 | Fermín Báez Colón | Pago de Diferencial por Sustitución Interina | √ | √ |

8