# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>       as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al. <br><br>       Debtors. | PROMESA <br> Title III <br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>       as representative of <br><br> THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA"), <br><br>       Debtor | PROMESA <br> Title III <br> No. 17 BK 3567-LTS |
| IN RE: LABOR CLAIMS AGAINST PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY FILED BY TENURED MANAGERIAL EMPLOYEES INCLUDED IN (EXHIBIT I) | |

## MOTION FOR LEAVE TO FILE DOCUMENTS IN THE SPANISH LANGUAGE AND REQUEST FOR AN EXTENSION OF TIME TO FILE CERTIFIED TRANSLATIONS

**TO THE HONORABLE COURT:**

   **COME NOW**, the Movants listed in Exhibit I of the Motion filed at Docket No. 663, represented by the undersigned counsel, seeking leave to file Exhibits to the Motion Requesting Leave from Stay filed on this date:

   1. On this date, the appearing parties filed the Motion Requesting Leave from Stay (Docket No. 663).

   2. Exhibits I through II (A) (B) (C) (D) attached to the motion described in the preceding paragraph are being filed in the Spanish language.

   2. The Movants hereby respectfully request leave from this Honorable Court to file those Exhibits I through II (A) (B) (C) (D) in the Spanish language and respectfully requests a 30 day extension until August 19, 2017, to file the certified translation of the above-referenced documents.

WHEREFORE, the Movants respectfully requests that this Honorable Court grant a leave to file Exhibits I through II (A) (B) (C) (D) of the Motion Requesting Relief of Stay in the Spanish language and an extension of time of thirty (30) days expiring on August 19, 2017 to file the corresponding certified translations.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 19th day of July, 2017.

**I HEREBY CERTIFY** that on this date, I electronically filed this Motion with the Clerk of the Court using the CM/ECF System, which will send notice to all registered participants. Movants have also sent via Certified Mail and e-mail copies of this motion to counsel for HTA in various of the proceedings that have been stayed pursuant to the Petition in the above-captioned matter. These are: Lcdo. Juan M. Maldonado De Jesús, Oficina del Asesor Legal ACT, P O Box 42007 San Juan, Puerto Rico 00940-2007 and jumaldonado@dtop.pr.gov; Carlos J. Garcia Bonilla, Oficina de Asesoría Legal ACT, PO Box 42007 San Juan, Puerto Rico 00940-2007 and cjgarcia@dtop.pr.gov; María Elena Vázquez Graziani and Rocío Ramos Santiago, Vázquez Graziani & Rodríguez, 33 Calle Resolución, Suite 805 San Juan, Puerto Rico 00920-2707 and rocioramos@vgrlaw.com and vazgra@vgrlaw.com, respectively; Sarah G. Sáez López and Raúl Castellanos, Development & Construction Law Group LLC PMB 443, Suite 112, 100 Grand Paseos Boulevard San Juan, Puerto Rico 00926 and rcastellanos@devconlaw.com and ssaez@devconlaw.com, respectively.

BUFETE MORALES CORDERO, CSP
Attorneys for Plaintiff
PO Box 363085
San Juan, Puerto Rico 00936-3085
Tel. (787) 624-4299/Fax (787) 777-1410
bufetemoralescordero@gmail.com
moracor@gmail.com

S/JESÚS R. MORALES CORDERO
USDC-PR 210609

2