# ***Exhibit 1***

# JENNER&BLOCK

## ROBERT D. GORDON, Partner

*Robert D. Gordon is a partner in the firm's Restructuring and Bankruptcy Practice. He represents and provides strategic counsel to distressed companies, significant creditor constituencies, and other parties-in-interest in complex and high-stakes corporate and public-sector restructurings. Before joining the firm in 2017, Mr. Gordon served as special restructuring counsel to the Detroit Retirement Systems in the City of Detroit Chapter 9 bankruptcy case. With extensive knowledge of bankruptcy law and how it can affect corporations and municipalities, Mr. Gordon provides insight and informed guidance to parties confronting insolvency issues and distressed situations.*

In addition to his central role in the public-sector bankruptcy proceedings of the City of Detroit, Mr. Gordon has played key roles in numerous private-sector restructurings arising out of a broad range of industries, including automotive, real estate, gaming, hospitality, retail, manufacturing, aviation, and telecommunications. Among his clients are distressed companies, creditors' and retirees' committees, pension systems, secured and unsecured creditors, distressed-asset investors, lessors, trustees and liquidating agents. He is able to achieve superior results for his clients by simultaneously bringing creativity and pragmatism to engagements while deftly leveraging legal positions. He provides both effective transactional advice from a creditors' rights perspective and skilled litigation representation, including in fraudulent transfer actions, preference actions, and other commercial and bankruptcy-related litigation, and has argued cases before numerous courts.

Mr. Gordon has served as a federal court-appointed receiver in a Securities and Exchange Commission enforcement action involving an international Ponzi scheme.

Mr. Gordon has been recognized by *Best Lawyers in America* in the area of Bankruptcy and Creditor-Debtor Rights Law every year from 2010 to the present. He is a frequent speaker on, among other topics, municipal bankruptcy, including its potential impact on retiree benefits.



### ROBERT D. GORDON
Partner

**NEW YORK**
Office: 212 891-1610
Email: rgordon@jenner.com

**PRACTICE GROUPS**
Restructuring and Bankruptcy

**EDUCATION**
University of Michigan Law School, J.D., 1989

University of Michigan, B.A., 1985

**ADMISSIONS**
Illinois

Michigan

New York

**COURT ADMISSIONS**
U.S. District Court, Eastern District of Michigan

U.S. District Court, Western District of Michigan

U.S. District Court, Northern District of Illinois

U.S. Court of Appeals, Sixth Circuit

U.S. Court of Appeals, Second Circuit

©Copyright 2017 Jenner & Block LLP. Jenner & Block is an Illinois Limited Liability Partnership including professional corporations.

**JENNER & BLOCK**

## Speaking Engagements

— "Update on Public-Sector Bankruptcy and Restructuring," American Law Institute CLE Conference, Washington, D.C., October 21, 2016

— "Chapter 9 Bankruptcy and the Detroit Experience," American Bar Association (Section of State and Local Government Law) 2016 Spring Meeting, San Juan, Puerto Rico, April 08, 2016

— "Pensions and Municipal Workouts and Bankruptcy – Important Concepts for Public Pension Attorneys (Plus the Detroit Perspective)," Public Funds Summit Conference hosted by Opal Financial, Scottsdale, Arizona, January 08, 2016

— "Pensions and Municipal Workouts and Bankruptcy – Important Concepts for Public Pension Attorneys (Plus the Detroit Perspective)," American Law Institute CLE Conference, Washington D.C., September 11, 2015

— "Legal and Compliance Issues Facing Pensions" (Panel), Public Funds Summit East – Navigate the Future presented by Opal Financial Group, Newport Marriott, Newport, Rhode Island, July 21, 2015

— "Municipal Bankruptcy: Perspectives From Either Side of the Bench" (Panel), National Association of Public Pension Attorneys (NAPPA), Austin, Texas, June 26, 2015

— "Municipal Bankruptcies (Chapter 9): Pitfalls, Practicality & Tales from Jefferson County, Alabama and Detroit, Michigan" (Panel), Mid-South Commercial Law Institute, Nashville, Tennessee, December 04, 2014

— "Retirement Cuts and the Contracts Clause – The Chapter 9 Municipal Bankruptcy Perspective," National Association of Police Organizations' Attorney Seminar, Las Vegas, Nevada, October 24, 2014

— "Pensions and Bankruptcy," Washington Legislative Update, International Foundation of Employee Benefit Plans, Washington, D.C., May 05, 2014 to May 06, 2014

— Municipal Bankruptcies Panel, American Bankruptcy Institute 32nd Annual Spring Meeting, Washington, D.C, April 24, 2014 to April 27, 2014

— "Outlook on U.S. Municipal Bankruptcy," 26th Annual Police, Fire, EMS, and Municipal Employee Pension & Benefits Seminar, Las Vegas, NV, February 08, 2014 to February 10, 2014

— "Municipal Bankruptcies and the Impact on Michigan's Public Pension Plans," Michigan Association of Public Employee Retirement Systems Fall Conference 2013, Grand Rapids, Michigan, September 23, 2013

— "Chapter 9 - Municipal Bankruptcy and Alternatives Available to Financially Distressed Municipalities," Municipal Restructuring Stakeholder Panel, TMA Mid-America Conference, Greektown Casino, Detroit, Michigan, September 11, 2013 to September 12, 2013

— "Michigan's Public Act 436 — The Local Financial Stability and Choice Act," Michigan School Business Officials 2013 Annual Conference, Grand Rapids, Michigan, April 24, 2013

— "Senate Bill 865," Clark Hill's 2013 Annual School Law & Finance Seminar, Troy, Michigan, January 05, 2013

— Municipal Panel, Michigan Chapter of Turnaround Management Association's Annual Spring Conference, Detroit, Michigan, April 28, 2010

— "School Funding Crisis: When a Financial Emergency Exists," Michigan School Business Officials 2010, Annual Conference, Grand Rapids, Michigan, April 28, 2010

— "School Funding Crisis: When a Financial Emergency Exists," Wayne County Association of School Boards, Wayne, Michigan, March 18, 2010

JENNER&BLOCK

— "School Funding Crisis: The Legal Consequences," Conference of the Michigan Council of School Attorneys, Michigan Association of School Boards, Lansing, Michigan, October 22, 2009

— "Issues and Concerns Regarding the Application of Res Judicata to Post-Confirmation Litigation," National Conference of Bankruptcy Judges Roundtable Program: Post-Confirmation Litigation - the Latest Issues, American Bankruptcy Institute, Las Vegas, Nevada, October 20, 2009

— "When a Financial Emergency Exists," Tri-County Alliance for Education, Livonia, Michigan, October 15, 2009

# JENNER&BLOCK

## RICHARD LEVIN, Partner

*Richard Levin is co-chair of Jenner & Block's Restructuring and Bankruptcy Department. An author of the 1978 US Bankruptcy Code, he is recognized internationally as one of the foremost restructuring, bankruptcy and creditor-debtor rights lawyers handling complex bankruptcy transaction, litigation, and special situation matters. Known for his deep knowledge and understanding of the bankruptcy law, Mr. Levin assists clients in developing sound strategies and creative solutions for complex multi-party problems.*

Mr. Levin provides clients with an experienced perspective on challenges they face in distress situations, including special situations in restructuring assignments (such as representation of directors and non-creditor parties in interest), large-scale bankruptcy litigation and trustee and examiner engagements, and distress M&A and distressed investing. He also advises clients with non- financial legal or regulatory challenges to help them resolve matters without litigation. His experience spans a wide range of industries, including auto and manufacturing, banking and finance, energy and electric utilities, hospitality, municipal and government finance, technology, electronics, telecommunications, gaming, retail, shipping, defense, and agriculture, in both domestic and cross-border situations. As a former senior executive at a publicly traded company, he operates as effectively in the boardroom as in the courtroom, with a thorough understanding of corporate management and transactions and the demands facing directors and management.

Mr. Levin is the former chair of the National Bankruptcy Conference and is a Fellow of the American College of Bankruptcy. He was a consultant to the World Bank and the Central Bank of Brazil regarding Brazil's 2005 bankruptcy legislation. Since 2002, he has served as a faculty member at the Federal Judicial Center's Bankruptcy Judge Workshops, and he was a lecturer in law at Harvard Law School. He is a sought-after speaker and author on a wide range of bankruptcy issues. Mr. Levin has repeatedly been recognized as one of the country's leading practitioners of bankruptcy and creditor-debtor rights law by, among others, *Chambers USA* and *Chambers Global*, *Best Lawyers in America*, and *Benchmark Litigation*.

### My Work

- Independent counsel to **Energy Futures Intermediate Holding, LLC** for intercompany conflicts matters in the chapter 11 reorganization of Energy Futures Holdings Corp., following its failed $48 billion LBO, resulting in the favorable settlement of billions of dollars of intercompany claims and an agreement on a reorganization plan that paid all EFIH creditors in full.

- Counsel to the non-management directors of **General Motors Corp** on insolvency and chapter 11 issues before its chapter 11 filing and sale.

- Examiner in the **DACCO Transmission Parts (NY), Inc.** chapter 11 case in New York, investigating valuation disputes, plan formulation issues, and attorney conflict of interest matters.



## RICHARD LEVIN
Partner

**NEW YORK**
Office: 212 891 1601
Email: rlevin@jenner.com

**PRACTICE GROUPS**
Bankruptcy Litigation
Committee Representations
Energy
Restructuring and Bankruptcy
Restructuring and Distressed M&A

**INDUSTRY GROUPS**
Energy

**EDUCATION**
Yale Law School, J.D., 1975; Editor, *Yale Law Journal*

Massachusetts Institute of Technology, S.B., 1972

**ADMISSIONS**
California, 1976

District of Columbia, 1976

Massachusetts, 1990

New York, 2006

3

**JENNER&BLOCK**

—  Representation of numerous clawback defendants in the **Bernard L. Madoff Investment Securities LLC** SIPA liquidation proceedings and related Fairfield Sentry Ltd. British Virgin Islands liquidation; reached the first BLMIS clawback settlement for the third largest BLMIS feeder fund, resulting in a $1.5 billion allowed customer claim; participated in the first-ever securitization of a SIPA customer claim and developed an unusual auction process for the securitization vehicles' interests, yielding the then-highest price for BLMIS claims.

—  Representation of the bankruptcy trustee of **Lancelot Investors Fund** and its affiliates, the largest feeder fund to the Thomas J. Petters Ponzi scheme, in negotiating and documenting a consensual plan for the Petters chapter 11 cases.

—  Bankruptcy counsel to **Barclays Capital Inc.** in the first-ever "DIP" loan and in exit financing to the City of Detroit, Michigan in its chapter 9 municipal bankruptcy case.

—  Counsel to the directors of a major coal company in connection with its pre-chapter 11 bond exchange offer and its successful chapter 11 filing.

—  Expert witness testimony in **European insolvency and restructuring proceedings** on United States insolvency and bankruptcy law.

—  Representation of a minority shareholder in seeking dismissal of an involuntary bankruptcy case filed in New York against a Luxembourg company by its Cayman and Cyprus-based other shareholders.

—  Representation of **Hollywood Casino Shreveport** in a contested prepackaged chapter 11 case.

—  Representation of the **Detroit Institute of Arts** in the City of Detroit chapter 9 case, protecting the DIA's priceless art collection from creditors through an innovative settlement and preserving the collection for the City's revitalization.

—  Representation of **New York City Off-Track Betting Corporation** in its chapter 9 municipal debt adjustment case, the first chapter 9 case filed in New York State.

**Awards**

—  American College of Bankruptcy
Distinguished Service Award, 2015

—  *Benchmark Litigation*
Bankruptcy Star – National, 2012-2015
Local Litigation Star: Bankruptcy – New York, 2012-2015
Litigation Star: Bankruptcy - 2017

—  *Best Lawyers in America*
Bankruptcy and Creditor-Debtor Rights/Insolvency and Reorganization Law, 2007, 2009-2017

—  *Chambers Global*
Bankruptcy/Restructuring – USA, 2013, 2014, 2017

—  *Chambers USA*
Bankruptcy/Restructuring – Nationwide, 2012-2017
Bankruptcy/Restructuring – New York, 2007, 2009-2017

—  *IFLR1000: The Guide to the World's Leading Financial Law Firms*
Capital Markets: Structured Finance – US, 2011
Restructuring and Insolvency – US, 2013-2015

4

**JENNER&BLOCK**

---

— *Emory Bankruptcy Developments Journal*
Distinguished Service Award for Lifetime Achievement, 2013

— *K&A Restructuring Register*
America's Top 100, 2002-2007; 2009-2011

— *Lawdragon*
500 Leading Lawyers in America, 2007-2010

— National Conference of Bankruptcy Judges Endowment for Education
Excellence in Education Award, 2012

— *The Legal 500  US*
Corporate Restructuring, 2009-2016
Municipal Bankruptcy, 2012-2016
Finance - Restructuring (including Bankruptcy) - Corporate 2017

— *Super Lawyers*- New York
Bankruptcy; Business, 2015 (ranked "Number One" practicing lawyer in NY Metro area), 2016

— *Who's Who Legal: The International Who's Who of Business Lawyers*
Insolvency and Restructuring, 2007, 2009-2013

**Education**

— Federal Judicial Center
Faculty, Bankruptcy Judge Workshops, 2002-present

— Harvard Law School
Lecturer in Law, 2004, 2006

**Industry**

— American College of Bankruptcy
Vice President, 2009-2011
Member, Board of Directors, 2007-2012
Member, Board of Regents, 2003-2007

— National Bankruptcy Conference
Chair, 2012- 2016
Vice chair, 2004-2012

— World Bank
Consultant, Brazilian bankruptcy litigation

**Publications**

— Co-Author, "What Did You Expect? Insolvency Forum Clauses," American Bankruptcy Institute *Journal*, April 2016

— Co-Author, "Determining Party Consent to a Bankruptcy Judge's Authority to Decide 'Stern' Claims," *New York Law Journal*, December 7, 2015

— Co-Author, "A United Front: Unitranche Facilities Have Changed Dynamics Between First and Last Out Lenders. Their Relationship Is Set Out in a Separate Agreement, Usually Not Involving the Borrower," *IFLR*, November 2015

5

**JENNER&BLOCK**

— Recent Developments in Bankruptcy Law, October 2015, October 2015

— Co-Author, "Unitranche Deals: What You Need to Know about Agreements Among Lenders," *PitchBook*, October 15, 2015

— Recent Developments in Bankruptcy Law, July 2015, July 2015

## Speaking Engagements

— "The UK and Europe During and After Brexit – the Process, the Result and Their Impact on Business Law and Restructuring," International Insolvency Institute's 17th Annual Conference, June 19, 2017

— Panelist, "Recent Developments in Bankruptcy Law Quarterly Webinar," Loan Syndications and Trading Association, May 09, 2017

— Panelist, Panelist, "Recent Developments in Bankruptcy Law Quarterly Webinar," Loan Syndications and Trading Association, February 22, 2017

— Panelist, "Recent Developments in Bankruptcy Law," Loan Syndications and Trading Association, December 14, 2016

— "Recent Developments in Bankruptcy Law," Loan Syndications and Trading Association, September 13, 2016

— Panelist, "Bankruptcy Track: Current Issues in Bankruptcy Law," District of Delaware Bench & Bar Conference, May 20, 2016

— Moderator, "Recent Issues in Plan Confirmation," 18th Annual New York City Bankruptcy Conference, May 12, 2016

— Panelist, "Recent Developments in Bankruptcy Law," Loan Syndications and Trading Association, May 11, 2016

— Demonstrating Resolvability of Systemically Important Banks," The Clearing House 2015 Conference, November 18, 2015

— "Regulatory Reform," FMA 2015 Treasury and Capital Markets Legal and Legislative Issues Conference, October 22, 2015

— "Rethinking Chapter 11," National Bankruptcy Conference, May 28, 2015 to May 29, 2015

**JENNER&BLOCK**

## CATHERINE L. STEEGE, Partner

*Catherine L. Steege is a partner and co-chair of the Restructuring and Bankruptcy Practice and co-chair of the Bankruptcy Litigation practice. Debtors, creditors, creditors' committees, 1114 committees, trustees and other parties seek her representation before the bankruptcy courts.  She also handles complex litigation arising out of bankruptcy cases and insolvencies.*

Ms. Steege is a fellow of the American College of Bankruptcy, an honorary organization of the country's top insolvency lawyers.  Since 2008, *Chambers USA* has recognized her as a leading lawyer in bankruptcy and restructuring law.   In 2014, she was selected by *Law360* as one of 10 "Bankruptcy MVPs." *Best Lawyers In America* has recognized her in bankruptcy and creditor-debtor rights law and litigation bankruptcy.   Ms. Steege has spoken on bankruptcy law and other topics at seminars hosted by the American Bankruptcy Institute, PricewaterhouseCoopers, the National Association of Credit Management, the American Bar Association and the Chicago Bar Association.  She is AV Peer Review Rated, Martindale-Hubbell's highest peer recognition for ethical standards and legal ability.

Ms. Steege teaches bankruptcy as an Adjunct Professor at the John Marshall Law School and is a contributing editor to the National Institute of Trial Advocacy's *Commentaries to the Federal Rules of Bankruptcy Procedure.*  She was also Co-Chair of the American Bankruptcy Institute's Bankruptcy Litigation Committee.

Ms. Steege serves on the firm's Policy Committee and is chair of the Finance Committee.

Ms. Steege combines a traditional bankruptcy practice with a complex bankruptcy litigation practice.  Her recent engagements include representing Wellness International Network Limited in the United States Supreme Court, where she argued in January 2015 for the petitioner, in a case addressing the constitutional authority of bankruptcy courts to enter judgments with the consent of the litigants.  She recently obtained a $272 million ruling in favor of her client, chapter 7 trustee Frances Gecker in a breach of contract claim arising out of the Emerald Casino bankruptcy.  Other recent engagements include representing The Budd Company Section 1114 Committee of Executive and Administartive Retirees and the American Airlines Section 1114 Committee of Retired Employees.   In the American Airlines case, the Bankruptcy Court recently denied  American Airlines motion seeking a declaratory judgment that retiree health and welfare benefits are not vested, preserving benefits for American Airlines' retirees.  She also represented Fox Sports Net West 2, LLC in its dispute with the Los Angeles Dodgers over the ability of the bankruptcy court to modify key provisions of its agreement to telecast Dodgers games.  Ms. Steege obtained a stay in the district court of the bankruptcy court's order; had it not been stayed, the Dodgers would have been allowed to market the telecast rights in violation of that agreement.  Following the entry of the stay, the Dodgers agreed to vacate the bankruptcy court order and assume Fox's contract as written.



## CATHERINE L. STEEGE
Partner

**CHICAGO**
Office: 312 923-2952
Fax: 312 840-7352
Email: csteege@jenner.com

**PRACTICE GROUPS**
Bankruptcy Litigation
Energy
Restructuring and Bankruptcy

**INDUSTRY GROUPS**
Energy

**EDUCATION**
DePaul University College of Law, 1982; with honors; Managing Editor, Lead Articles, *DePaul Law Review*

Northwestern University, B.S.J., 1978

**ADMISSIONS**
Illinois, 1982

**COURT ADMISSIONS**
U.S. Court of Appeals, Third Circuit, 2002

U.S. Court of Appeals, Seventh Circuit, 1985

U.S. Court of Appeals, Eighth Circuit, 1990

U.S. Court of Appeals, Ninth Circuit, 1996

U.S. District Court, Northern District of Illinois, 1982

U.S. District Court, Central District of Illinois, 2007

U.S. District Court, Southern District of Illinois, 2009

U.S. Supreme Court, 2010

**JENNER&BLOCK**

She has represented the Section 1114 committees of retired employees in the Northwest Airlines and United Airlines chapter 11 cases, where retirees obtained a favorable result, retaining medical benefits at affordable prices. She continues to represent the Northwest Airlines Section 1114 VEBA, formed to provide funding for retiree medical benefits for Northwest Airlines retirees. She testified as an expert witness on 1114 issues in a dispute involving post-confirmation termination of retiree medical benefits. Ms. Steege has extensive experience in the airline industry and has represented creditors and lessors in the Northwest Airlines, United Airlines, Hawker Beechcraft; Delta, Pinnacle Corp., Mesaba Airlines, Aloha Airlines, ATA Airlines, Frontier Airlines, Eclipse Aviation, Gemini Cargo Logistics, Inc., and Global Aviation chapter 11 cases and the insolvency proceedings involving Japan Airlines and Mexicana Airlines.

Ms. Steege also represents parties in complex litigation arising out bankruptcy cases, frequently representing post-confirmation litigation trusts. She argued a leading decision on the standing of litigation trusts to prosecute causes of actions assigned to such trusts by creditors, *Grede v. Bank of New York*, 598 F.3d 899 (7th Cir. 2010). She recently obtained a $70 million settlement (following the entry of a $54 million verdict) on behalf of a trustee in a fraudulent transfer case against the former owners of an Indiana furnace manufacturer. She represents EGI-TRB, LLC and other parties in the Tribune Co. chapter 11 cases and related fraudulent transfer litigation.

Representative cases over the course of her career include:

**Significant Committee Representations:**

- *In re Walter Energy, Inc*., (Section 1114 Committee) (N.D. Ala.) (mining industry).

- In *re The Budd Company, Inc*., (Section 1114 Committee) (Bankr. N.D. Ill.) (automotive industry);

- In *re AMR Corp*., (Section 1114 Committee) (Bankr. S.D.N.Y.) (airline);

- In *re Gourmet Kitchens, Inc.*, (Bankr. N.D. Ill.) (food manufacturing);

- In *re J.S. II LLC*, (Bankr. N.D. Ill.) (real estate developer);

- In *re Millcreek Broadcasting LLC*, (Bankr. N.D. Ill.) (radio stations);

- In *re Northwest Airlines, Inc.*, (Bankr. S.D.N.Y.) (Section 1114 Committee) (airline);

- In *re FV Steel & Wire*; (Bankr. W.D. Wisc.) (steel and wire manufacturer);

- In *re Magnatrax Corp.*, (Bankr. D. Del.) (representation of post-confirmation trust) (manufacturing)

- In *re Altheimer & Grey*, (Bankr. N.D. Ill.) (law firm);

- In *re Conseco Inc.*, (Bankr. N.D. Ill.) (insurance);

- In *re UAL Corp.*, (Bankr. N.D. Ill.) (Section 1114 Committee) (airline);

- In *re National Steel Corp.*, (Bankr. N.D. Ill.) (representation of post-confirmation litigation trust) (steel industry);

- In *re Anicom Inc.*, (Bankr. N.D. Ill.) (technology distributor);

- In *re ABC-NACO, Inc.*, (Bankr. N.D. Ill.) (steel and rail industry supplier and manufacturer);

- In *re Charter Behavioral Health Systems LLC*, (Bankr. D. Del.) (mental health hospitals);

- In *re Payless Cashways, Inc.*, (Bankr. W.D. Mo.) (retail chain);

**JENNER&BLOCK**

- In re *AccessAir, Inc.*, (Bankr. S.D. Iowa) (regional airline);

- In re *Handy Andy Home Improvement Centers, Inc.*, (Bankr. N.D. Ill.) (retail chain);

- In re *Kroch's & Brentano's Book Stores*, (Bankr. N.D. Ill.) (retail chain);

- In re *Envirodyne Industries, Inc.*, (Bankr. N.D. Ill.) (manufacturing);

- In re *American Printers & Lithographers*, (Bankr. N.D. Ill.) (printing);

- In re *Pay 'N Pak Stores*, (Bankr. W.D. Wash.) (retail chain);

- In re *Regensteiner Printing Company*, (Bankr. N.D. Ill.) (printing);

- In re *Gunthrop-Warren Printing Company*, (Bankr. N.D. Ill.) (printing);

- In re *Diamond Mortgage Corp.,* (Bankr. N.D. Ill.) (investment firm);

- In re *Excello Press Inc.*, (Bankr. N.D. Ill.) (printing);

- In re *Belknap*, (Bankr. W.D. Ky.) (retail distributor);

- In re *Slate Printing Co.*, (Bankr. N.D. Ill.) (printing).

**Significant Debtor Representations:**

- In re *Chicago Athletic Association*, (Bankr. N.D. Ill.) (social club);

- In re *Arlington Hospitality Inc.*, (Bankr. N.D. Ill.) (hospitality);

- In re *National Association of Neonatal Nurses*, (Bankr. N.D. Ill.) (professional organization);

- In re *SNA Nut Company*, (Bankr. N.D. Ill.) (food manufacturing);

- In re *Milgram-Kagen Shoes Stores, Inc.*, (Bankr. N.D. Ill.) (retail chain);

- In re *Hyde Park Hospital Inc.*, (Bankr. N.D. Ill.) (health care);

- In re *Motels of America, Inc.*, (Bankr. D. Del.) (hospitality); In re W.S. Sheppley & Co., (Bankr. N.D. Iowa) (real estate developer);

- In re *Rath Packing Co.*, (Bankr. N.D. Iowa) (food manufacturing);

- In re *Abbott Products, Inc.*, (Bankr. N.D. Ill.) (government contractor).

**Significant Trustees Representations:**

- In re *Calumet Photographic, Inc.*, (Bankr. N.D. Ill.) (retail chain);

- In re *Sentinel Management Group, Inc.*, (Bankr. N.D. Ill.) (futures commission merchant);

- In re *Q.T. Inc. and Q.T. Park*, (Bankr. N.D. Ill.) (consumer products marketing firm);

- In re *National Industrial Chemical Co.*, (Bankr. N.D. Ill.) (industrial chemicals and coatings);

- In re *Stotler & Company, Bankr. Case No. 90-15485* (Bankr. N.D. Ill.) (futures commission merchant);

- In re *Superior Toy & Mgfing, Inc.*, (Bankr. N.D. Ill.) (toy manufacturer);

**JENNER&BLOCK**

- In *re Alper Richman Furs*, (Bankr. N.D. Ill.) (retail);

- In *re Lester Witte & Co., Bankr. Case No. 82-04428* (Bankr. N.D. Ill.) (accounting firm).

## Significant Creditor/Bankruptcy Representations:

- In *re Tribune Fraudulent Conveyance Litigation*, (S.D.N.Y.)  Representation of sponsor of the Tribune's leveraged transaction in fraudulent transfer and preference suit.

- In *re Hawker-Beechcraft*, (Bankr. S.D.N.Y.); *In re Pinnacle Airlines Corp.*,  (Bankr. S.D.N.Y.); In *re Delta Airlines Inc.*, (Bankr. S.D.N.Y); In *re Mesaba Aviation Inc.*, (Bankr. D. Minn.); In *re Aloha Airgroup Inc.*, (Bankr. D. Ha.); In *re ATA Holdings Corp.*, (Bankr. SD. Ind.); In *re Frontier Airlines Holdings Inc.*, (Bankr. S.D.N.Y.); *In re Global Aviation Holdings Inc.*, (Bankr. D. Del.). Representation of major supplier in airline and airline-industry cases.

- In *re Lauth Investment Properties, LLC*, (Bankr. S.D. Ind.).  Lead counsel for joint venture partner of Debtors in real estate investment case.

- In *re K-Mart Corp.*, (Bankr. N.D. Ill.) Lead counsel for group of newspaper publishers defending action under 11 U.S.C. § 549.  Represented landlord in negotiations of lease termination agreement. Lead counsel for former senior consultant to Debtor in claims objection proceeding.

- In *re Jitney-Jungle Stores of America, Inc.*, (Bankr. E.D. La.); In *re Penn Traffic Company*, (Bankr. D. Del.); In *re Flemings Companies*, (Bankr. D. Del.). Lead counsel for retail food group purchasing organization that provided store-brand products in these grocery store chapter 11 cases.

- In *re Adelphia Communications Corp.*, (Bankr. S.D.N.Y.); In *re Devon Mobile Communications Inc.*, (Bankr. D. Del.); In *re Metricom, Inc.*, (Bankr. N.D. Cal.); In *re Teligent, Inc.*, (Bankr. S.D.N.Y.); In *re Winstar Communications Inc.*, (Bankr. D. Del.)   Lead counsel for significant creditor in telecommunications chapter 11 cases.

- In *re Aegis Mortgage Corp.*, (D. Del.); In *re HomeBanc Mortgage Corp.*, (D. Del.) and In *re American Home Mortgage Holdings Inc.*, (Bankr. D. Del.).  Represent Fannie Mae in loan servicer chapter 11 cases.

## Significant Appellate Cases:

- *Wellness International Network Limited v. Sharif*, 135 S. Ct. 1932 (2015). Counsel of record and successfully argued for petitioner.  The Court held that non Article III courts, including federal bankruptcy and magistrates judges, have the constitutional authority to enter judgments on matters that would otherwise be outside of their constitutional authority to decide with the litigants' express or implied consent.

- *Baker Botts LLP v. Asarco, LLC*, Case No. 14-103 (U.S. Supreme Court).  Represented National Association of Bankruptcy Trustees as amicus in support of Petitioner's position that 11 U.S.C. § 330 allows bankruptcy courts discretion to award compensation for the successful defense of a fee petition.

- *Law v. Siegel*, 134 S. Ct. 1188 (2014). Successfully represented Petitioner challenging a bankruptcy court order surcharging his homestead exemption as a litigation sanction.  The case addressed the extent of a bankruptcy court's powers under 11 U.S.C. §105 and the ability of bankruptcy courts to exercise those powers in contravention of Bankruptcy Code provisions.

- *Executive Benefits Insurance Agency v. Arkinson*, 134 S. Ct. 2165 (2014). Represented American Bar Association as amicus in support of Respondent's position that bankruptcy courts may decide matters with litigant consent.

- *Clark v. Rameker*, 134 S. Ct. 2242 (2014). Represented Professor Seymour Goldberg as amicus in support of Respondent's position that inherited IRAs are not exempt.

**JENNER&BLOCK**

— *Grede v. Bank of New York Mellon*, 2016 U.S. App. LEXIS 284 (7th Cir. Jan 8, 2016). Successfully argued appeal, obtaining reversal of District Court's judgment denying Trustee's fraudulent transfer claim.  The Court avoided the defendant's lien on $312 million of assets, holding that the defendant had failed to prove its 11 U.S.C. §548(c) good faith for value defense and that 11 U.S.C. § 550 did not apply to actions to avoid a lien.

— *Brandt v. Horseshoe Hammond LLC*, 803 F.3d 835 (7th Cir. 2015).  Successfully argued appeal, obtaining affirmance of District Court's summary judgment order finding that the defendant had a defense to the trustee's fraudulent transfer claim under 11 U.S.C. § 550(b)(1).

— *In re Wilson*, 796 F.3d 818 (7th Cir. 2015).  Represented trustee in an appeal from an order awarding the trustee his full commission under 11 U.S.C. § 326.  The Court held that Section 326 entitles the Trustee to a commission absent an extraordinary circumstance, following the Fourth Circuit's decision on this issue, *In re Rowe*, 750 F.3d 392 (4th Cir. 2014).

— *Grede v. FCStone, LLC*, 746 F.3d 244 (7th Cir. 2014). Counsel of record and argued appeal addressing 11 U.S.C. § 549 and §547 claims.

— *In re Sentinel Mgmt. Group,* 728 F.3d 660 (7th Cir. 2013). Successfully argued appeal on behalf of trustee, obtaining a reversal of an adverse trial judgment. The primary issue on appeal was whether a debtor which transfers property from customer segregated accounts to another creditor which has no right to the funds acts with an intent to hinder, delay or defraud its creditors and whether such conduct is sufficient to equitably subordinate the claim of the creditor which knew or should have known it was receiving funds that belonged to others.

— *In re Griffin Trading Co.*, 683 F.3d 819, 822 (7th Cir. 2012). Counsel of record and argued appeal on behalf of trustee, obtaining reversal of an adverse trial judgment. The issue on appeal was whether the principals of a failed commodity trading firm breached their fiduciary duties to customer-creditors when they used customer segregated funds to satisfy the obligations of the debtor.

— *Grede v. Bank of New York Mellon*, 598 F.3d 899 (7th Cir. 2010). Successfully argued appeal addressing the question of whether a post-confirmation plan trustee may prosecute assigned claims.

— *Arlington LF, LLC v. Arlington Hospitality, Inc*, 637 F.3d 706 (7th Cir. 2011). Counsel of record and successfully argued appeal on behalf of the debtor-in-possession addressing a breach of contract claim against a lender who failed to perform as promised under a post-petition loan agreement.

— *Freeland v. Enodis Corp.,* 540 F.3d 721 (7th Cir. 2008). Counsel of record and successfully argued appeal for the trustee obtaining an affirmance of a $56 million fraudulent transfer judgment against the former owners of the debtor. The parent-defendant had caused the debtor to issue a dividend in excess of the debtor's net worth, and to repay that dividend pursuant to a note.  Four months before the debtor filed for bankruptcy, the parent sold its stock in a leveraged buy-out that stripped the debtor of its remaining assets.  The Court also reinstated the trustee's alter ego claim which had been dismissed by the bankruptcy court.

— *Enodis Corp. v. Freeland*, 397 F.3d 524 (7th Cir. 2005). Briefed appeal on behalf of trustee and obtained affirmance of bankruptcy court's order denying appellant's request for an injunction directing trustee to settle with certain creditors.

— *In re Altheimer & Gray*, 601 F.3d 740 (7th Cir. 2010). Counsel of Record and participated in briefing an appeal addressing the interpretation of a confirmed plan of reorganization.

— *In re Kreisler*, 546 F.3d 863 (7th Cir. 2008). Counsel of record in case involving the equitable subordination of a claim.

— *In re ABC-NACO, Inc.*, 483 F.3d 470 (7th Cir. 2007). Briefed appeal and obtained affirmance of an order rejecting the appellant's 11 U.S.C. § 547(c)(4) defense.  The court held that forbearance from exercising a contractual right is not new value.

JENNER&BLOCK

Case:17-03283-LTS    Doc#:670-3    Filed:07/19/17    Entered:07/19/17 16:38:46    Desc:
Exhibit C - Compilation of CVs    Page 14 of 21

- *S.N.A. Nut Co. v. Haagen Dazs Co.*, 302 F.3d 725 (7th Cir. 2002). Counsel of Record and argued appeal, obtaining affirmance of a breach of contract judgment. The case also held that a creditor which files and then settles a proof of claim against the bankruptcy estate may not later demand a jury if he is sued by the bankruptcy estate.

- *Pay 'N Pak Stores v. Court Square Capital Ltd.*, 1998 U.S. App. LEXIS 5481 (9th Cir. 1998). Argued appeal from an adverse finding in a fraudulent transfer case.

- *In re Sheridan*, 105 F.3d 1164 (7th Cir. 1997). Counsel of Record and successfully argued appeal addressing the question of recovery of fees in a discharge action when 11 U.S.C. § 523(d) does not apply.

- *In re Superior Toy Co.*, 78 F.3d 1169 (7th Cir. 1996). Counsel of Record and argued appeal addressing whether a trustee may bring a preference claim to recover payments made pursuant to an assumed executory contract.

- *In re Sheridan*, 57 F.3d 627 (7th Cir. 1995). Counsel of Record and argued appeal from order denying a claim under 11 U.S.C. § 523(a)(2).

- *La Preferida Inc. v. Cerverceria Modelo, S.A. de C.V.*, 914 F.2d 900 (7th Cir. 1990). Participated in briefing an appeal addressing the preclusive effect of a bankruptcy court order under 11 U.S.C. § 363 approving a sale of assets.

- *United States v. Locke*, 759 F.3d 760 (7th Cir. 2014). Participated in briefing an appeal addressing whether the district court had properly calculated defendant's sentence.

- *United States v. Locke*, 643 F.3d 235 (7th Cir. 2011). Participated in briefing a post-conviction appeal, obtaining a remand for resentencing and reconsideration of the district court's restitution award.

- *United States ex rel Shaw v. DeRobertis*, 755 F.2d 1279 (7th Cir. 1985).Served as court appointed counsel and successfully argued a habeas corpus case. The Court held that the prosecutor's improper closing arguments deprived Mr. Shaw of a fair trial and violated his Fourteenth Amendment rights.

- *In re Tribune Co.*, 12-cv-01100-GMS(D. Del. 2014). Represented sponsor of the Tribune's leveraged transaction in an appeal from the order confirming Tribune's plan of reorganization.

- *In re Los Angeles Dodgers, LLC*, 465 B.R. 18 (D. Del. 2011). Successfully represented team broadcaster in obtaining a stay pending appeal of a ruling modifying the broadcaster's rights to a blocked-out marketing period for the broadcasting rights. The case was resolved following the entry of the stay.

**Significant Trial Experience:**

- *Gecker v. Flynn*, (N.D. Ill.). Represented trustee in breach of contract and fiduciary breach action, obtaining a $272 million judgment, following a two-month long trial.

- *Freeland v. Enodis Corp.*, (Bankr. N.D. Ind.). Represented trustee in fraudulent transfer action, obtaining a $43.3 million judgment, following a six-week trial.

- *In re Northwest Airlines Inc.*, (Bankr. S.D.N.Y.). Represented the Section 1114 Committee of Retirees in an evidentiary hearing on the debtor's motion to terminate the retirees' health and welfare benefits and its motion to terminate its union contracts. Case favorably resolved before the trial was complete.

- *Inskeep v. Griffin*, (Bankr. N.D. Ill.). Represented the trustee in a breach of fiduciary duty and fraudulent transfer action against the debtor's shareholders, obtaining a $6.8 million judgment.

- *In re Tribune Co.*, (Bankr. D. Del.). Represented sponsor of the Tribune's leveraged transaction in the Tribune's contested confirmation hearings held in 2011 and 2012.

**JENNER&BLOCK**

- *In re Arlington Hospitality Inc.*, (Bankr. N.D. Ill.).  Successfully represented debtor-in-possession in contested hearing over breach of post-petition debtor-in-possession financing agreement.

- *In re Star Dynamics Corp.*, (S.D. Ohio).  Represented large contract-counterparty in a government contractor's chapter 11 bankruptcy case and  successfully prosecuted an objection to the debtor's motion to sell its assets to the debtor's insider and obtained a dismissal of the chapter 11 case.

- *In re Consolidated Industries Corp.*, (N.D. Ind.).  Represented trustee in contested hearing over motion to approve settlement with class of individuals injured by debtor's furnaces.

- *Enodis Corp. v. Freeland*, (Bankr. N.D. Ind.). Successfully defended Trustee in an injunction action brought by a creditor.

- *In re Conseco Inc.*, (Bankr. N.D. Ill.).  Represented a committee of note holders who objected to Conseco's chapter 11 plan during two month confirmation trial, obtaining a favorable settlement before the trial concluded.

- *In re Health Management Limited Partnership*, (C.D. Ill.).  Represented secured creditor in a contested hearing successfully challenging the debtor's motion to use cash collateral to pay pre-petition vendors and other creditors.

- *JMP-Newcor International v. Mills*, (Bankr. N.D. Ill.)  Successfully represented defendant in preference action, obtaining directed verdict at the close of the debtor's case on the issue of insolvency.

- *S.N.A. Nut Co. v. Haagen Dazs Co.*, (Bankr. N.D. Ill.).  Successfully represented debtor in breach of contract action against supplier.

- *Pay 'N Pak Stores Inc. v. Citicorp Venture Capital Ltd.*, (W.D. Wash.).  Represented committee in four week jury trial challenging Pay 'N Pak Stores leveraged buy-out.

- *Excello Press, Inc. v. Maxwell Communications*, (N.D. Ill.)  Obtained breach of contract judgment against party that failed to close its agreement to purchase Excello's business, following a three-week trial.


## Awards

- *Best Lawyers in America* - 2007-2017
  Bankruptcy and Creditor Debtor Rights/Insolvency and Reorganization Law
  Litigation - Bankruptcy

- *Chambers USA*
  Bankruptcy/Restructuring - 2008-2017

- *Illinois Super Lawyers*
  Bankruptcy & Creditor/Debtor Rights - 2012-2015
  Bankruptcy: Business - 2016-2017
  Bankruptcy - 2005-2011
  Top 50 Women Illinois Super Lawyers - 2009-2015, 2017
  Top 100 Illinois Super Lawyers - 2017

- Jenner & Block Mentorship Award, 2014

- *Law360*
  Bankruptcy MVP, 2014, 2015

- Leading Lawyers Network
  Bankruptcy & Workout Law: Commercial, 2004-2015
  Top 100 Leading Women Lawyers in Illinois - 2007, 2009, 2010, 2012
  Top 100 Leading Women Business Lawyers in Illinois - 2009, 2010, 2012

13

**JENNER&BLOCK**

Top 50 Leading Women Business Lawyers in Illinois, 2006

— *Legal 500*
Finance - Corporate Restructuring - 2011, 2013, 2017

— *National Law Journal*
Outstanding Women Lawyers - 2015

— Seventh Circuit Bar Association
Pro Bono Award for Service to Bankruptcy Court -2012

— Who's Who Legal
*The International Who's Who of Insolvency & Restructuring Lawyers* - 2013-2015

## Service To The Bar

— American College of Bankruptcy
Board of Directors - 2016-2017

— American Bankruptcy Institute
Co-Chair, Bankruptcy Litigation Committee - 2010-2012

— American Bar Association

— Catholic Lawyers Guild of Chicago
Member, Board of Governors - 2012-present

— Chicago Bar Association

— Illinois State Bar Association

— International Women's Insolvency and Restructuring Conference

— National Association of Bankruptcy Trustees

## Publications

— Co-Author, "Voluntary Bankruptcy Adjudication: Why Consent Matters," ABA Section of Litigation *Bankruptcy and Insolvency Journal*, March 27, 2014

— "Collective Bargaining Aftermath," *The Bankruptcy Strategist*, Vol. 25, No. 5, March 2008

— "Sections 1113 and 1114: An Overview and Current Issues of Importance," *Pratt's Journal of Bankruptcy Law*, Vol. 2, No. 5, December 2006

— "Attorneys' Fees in Chapter 11 Cases," *Business Bankruptcy*, Illinois Institute for Continuing Legal Education, 2006 - 2013

JENNER&BLOCK

**Speaking Engagements**

— American Bankruptcy Institute's Annual Spring Meeting Great Debates, April 21, 2017

— Panelist, "*In re Kaiser*: A Study of Advanced Fraudulent Transfer Issues" and "You Be the Judge: Evidence and the Consumer Practitioner," Seventh Circuit Consumer Bankruptcy Conference, October 12, 2015

— Panelist, "White Collar Crime, Asset Forfeiture and Business Bankruptcies" and "Making Law, Doing Good – Pro Bono Appellate Advocacy from the BAP to the Supreme Court," National Conference of Bankruptcy Judges, September 27, 2015 to September 30, 2015

— Panelist, "*Wellness International Network Ltd. v Sharif – Stern v Marshall* Redux," Forty-Fifth Annual Barbara A. Everly Advanced Bankruptcy Procedures Seminar", July 09, 2015

— "Rethinking Chapter 11," National Bankruptcy Conference, May 28, 2015 to May 29, 2015

— "Annual Seventh Circuit Review," Chicago Bar Association Bankruptcy & Reorganization Committee, May 20, 2015

— Panelist, "Take the First Exit: Defenses That Can Win a Case Early," National Conference of Bankruptcy Judges, October 09, 2014

— Panelist, "U.S. Solutions to Bankruptcy Problems," Training Program on Bankruptcy Law, March 07, 2014

— "Mock Trial: *Receiver and Investor Class v. Big Bank*," National Association of Federal Equity Receivers' 2nd Annual Conference, September 28, 2013

— "Does the Bankruptcy Code Need Rehabilitation?" American College of Bankruptcy's Seventh Circuit Regional Educational Program, September 20, 2013

— "Financial Advisors Toolbox—Maximizing Value in the World of Liquidations," 29th Annual Bankruptcy and Restructuring Conference, Association of Insolvency Accountants and Restructuring Advisors, June 2013

— "Fraudulent Transfers – American Greed?" Federal Bar Association, Chicago Chapter, Hot and Emerging Bankruptcy Issues, March 2013

— "Insights in Bankruptcy Practice: Perspectives Panel," American College of Bankruptcy and University of Illinois, February 2013

— Panelist, "Hot Topics in Bankruptcy Litigation: Developments in Derivative Standing and the In Pari Delicto Doctrine," American Bar Association Center for Continuing Legal Education Webcast, October 13, 2009

— "Managing Post-retirement Welfare Liabilities: The Latest Techniques," Jenner & Block Webinar, June 25, 2008

— "Tips and Strategies for Filing Any Chapter 11 Case," Chicago Bar Association, October 2007

— "*Conversion/Dismissal of Chapter 7 and Chapter 13 Bankruptcy Cases,*"   Illinois Institute of Continuing Legal Education, October 2004 and October 2007

— Panelist, "Section 1113 and 1114 -- How the Bankruptcy Code and Accounting Rules Can Change the Balance Sheet," Association of Insolvency and Restructuring Advisors 23rd Annual Bankruptcy & Restructuring Conference, Chicago, IL, June 06, 2007 to June 09, 2007

— "*Sections 1113 and 1114 – How the Bankruptcy Code and New Accounting Rules Can Change The Debtor's Balance Sheet*," Association of Insolvency and Restructuring Advisors, Annual Conference, June 2007

— "The Basics of Chapter 7 Bankruptcy," National Business Institute Fundamentals of Bankruptcy Law Conference, Chicago, IL, March 06, 2007

JENNER&BLOCK

## MELISSA M. ROOT, Partner

*Melissa M. Root is a bankruptcy attorney experienced in sizeable bankruptcy cases. She frequently represents parties in large complex bankruptcy litigation matters and also frequently represents debtors and trustees in Chapter 11 cases. Ms. Root is a member of the firm's Restructuring and Bankruptcy, Bankruptcy Litigation and ERISA Litigation practices. In addition, she is the co-chair of the firm's Hiring Executive Committee, a member of the Women's Forum Steering Committee and served as co-chair of the firm's Summer Program from 2012-2015.*

Ms. Root's practice also includes representing parties in bankruptcy related appellate matters. In addition to practice before the Seventh Circuit, Ms. Root served as counsel for the Petitioners before the Supreme Court in *Wellness International Network, Limited v. Sharif.* Ms. Root also served as counsel for the American Bar Association in connection with its amicus curiae brief filed in the United States Supreme Court in *Executive Benefits Insurance Agency v. Arkinson*, and as counsel for the National Association of Bankruptcy Trustees in connection with its amicus curiae brief filed in the United States Supreme Court in *Baker Botts L.L.P and Jordan, Hyden, Womble, Culbreth & Hozer, P.C. v. Asarco LLC*.

In addition to her corporate restructuring and bankruptcy litigation practice, Ms. Root devotes significant time to pro bono work, including recently representing a federal habeas petitioner before the Seventh Circuit and a domestic violence community organization in its bankruptcy. She is also active in many professional organizations, including serving as Co-Chair of the Bankruptcy & Insolvency Litigation Committee of the American Bar Association. Ms. Root is also active in the American Bankruptcy Institute and the Chicago Network of the International Women's Insolvency and Restructuring Confederation, for which she served as a member of the board of directors for many years, including holding the position of Chair. Locally, Ms. Root was selected to serve a two-year position on the Bench/Bar Liaison Committee for the United States Bankruptcy Court for the Northern District of Illinois.

Ms. Root represents a broad range of clients, including Chapter 11 debtors, creditors' committees, Chapter 7 trustees, and creditors. Ms. Root also advises clients in out-of-court restructuring and in purchasing distressed assets. Representative matters include:

- Representation of petitioner Wellness International Network Limited in the United States Supreme Court in a case addressing the constitutional authority of bankruptcy courts to enter judgments with the consent of the litigants.

- Representation of the Committee of Executive and Administrative Retirees in the Chapter 11 case of The Budd Company, Inc.

- Representation of the Section 1114 Committee of Retired Employees in the Chapter 11 case of AMR Corp. and American Airlines, Inc.



## MELISSA M. ROOT
Partner

**CHICAGO**
Office: 312 840-7255
Email: mroot@jenner.com

**PRACTICE GROUPS**
Bankruptcy Litigation
Energy
ERISA Litigation
Restructuring and Bankruptcy

**INDUSTRY GROUPS**
Energy

**EDUCATION**
University of Michigan Law School, J.D., 2003; *cum laude*

Bowling Green State University, B.A., 2000; *magna cum laude*

**ADMISSIONS**
Illinois, 2006

Indiana, 2003

**COURT ADMISSIONS**
U.S. District Court, Northern District of Illinois, 2005

U.S. District Court, Northern District of Indiana, 2003

U.S. District Court, Southern District of Indiana, 2003

U.S. Court of Appeals, Seventh Circuit, 2011

U.S. Supreme Court, 2013

16

**JENNER&BLOCK**

---

- Representation of Public Service Enterprise Group (PSEG) in connection with the Chapter 11 bankruptcy cases of Dynegy Holdings, LLC and certain of its affiliates and in the Edison Mission Energy bankruptcy cases, involving issues arising out of complex sale-leaseback transactions of the debtors.

- Representation of the Official Committee of Unsecured Creditors in *In re Gourmet Kitchens, Inc.*, currently pending before the United States Bankruptcy Court for the Northern District of Illinois.

- Representation of the largest creditor in the *In re Lauth Investment Properties* case before the United States Bankruptcy Court for the Southern District of Indiana in a complex bankruptcy litigation matter.

- Representation of the Examiner in the bankruptcy proceedings of Lehman Brothers Holdings, Inc. before the United States Bankruptcy Court for the Southern District of New York.

- Representation of the trustee for Griffin Trading in *Leroy Inskeep, trustee for Griffin Trading Company v. Roger Griffin et al.*, 01-00007 (Bankr. N.D. Ill.) in his appeal to the United States Court of Appeals for the Seventh Circuit.

- Representation of Canopy Financial, Inc. in its Chapter 11 case and, after the conversion of Canopy's case to a liquidation proceeding, representation of the Chapter 7 trustee as his special counsel.

- Representation of Albert Togut, the Chapter 7 trustee of Refco, LLC, acting as his special counsel with respect to matters including the sale of Refco, LLC's business and commodities bankruptcy advice in connection with the liquidation of Refco's residual assets in what was believed to be the largest Chapter 7 case ever filed.

- Representation of the trustee of QT, Inc., Q-Ray Company, and Que T Park in Chapter 11 and 7 proceedings in the United States Bankruptcy Court for the Northern District of Illinois.  The trustee was appointed in the wake of a court-appointed Examiner's report on allegations of fraud, dishonesty, incompetence, misconduct, mismanagement and irregularity in the management of the affairs of the debtors.

- Representation of the debtor and its affiliates in *In re Pac-West Telecomm, Inc.* before the United States Bankruptcy Court for the District of Delaware in its successful reorganization and emergence from Chapter 11 bankruptcy.

- Representation of Southwest Women Working Together as debtor's counsel on a pro bono basis in its Chapter 11 bankruptcy case that started in 2007 in the United States Bankruptcy Court for the Northern District of Illinois.

Ms. Root has an active pro bono practice representing pro bono clients in bankruptcy cases and also outside of bankruptcy, including her recent representation of a federal *habeas* petitioner.

**Awards**

- *Illinois Super Lawyers*
  "Rising Star," Bankruptcy & Creditor/Debtor Rights, 2012-2016

- Selected to participate in The National Conference of Bankruptcy Judges inaugural "Next Generation" program

- The M&A Advisor
  "Emerging Leader," 2016

**Community**

- Leadership Greater Chicago
  Fellow – 2015

- Young Women's Leadership Charter School
  Vice President, Associate Board
  Host Committee, Girl Power, 2013-2014

**JENNER & BLOCK**

## Service To The Bar

— American Bar Association
Co-Chair, Bankruptcy & Insolvency Litigation Committee

— American Bankruptcy Institute
Member, Bankruptcy Litigation Subcommittee

— Northern District of Illinois
Bankruptcy Liaison Committee Member (2012-2014)

— International Women's Insolvency and Restructuring Confederation
Member and past Chair and member of the Board of Directors (Chicago Network)

— Turnaround Management Association
Member

## Publications

— Co-Author, "The High Court Closes the Statutory Gap in Bankruptcy Procedure", ABA Section of Litigation, *Bankruptcy & Insolvency Journal*, September 17, 2014

— Co-Author, "Voluntary Bankruptcy Adjudication: Why Consent Matters," ABA Section of Litigation *Bankruptcy and Insolvency Journal*, March 27, 2014

— Co-Author, *Disclosures, Deficiencies and Diligence: A Smorgasbord of Risks and Rewards,* National Conference of Bankruptcy Judges, ABA Programming, October 31, 2013

— "Facing Failure: Service Contracts and the FDIC's Role as Receiver," *Law.com*, October 31, 2008

— "When Law Firms Go Broke:  A Primer on Partner Liability for Unpaid Debts," *Bankruptcy Litigation Reporter*, Vol. 2, No. 13, October 24, 2005

## Speaking Engagements

— Panelist, "Bankruptcy Litigation," *Financier Worldwide Magazine*, July 2017

— Panelist, "Section 546(e): Rough Waters in the 'Safe Harbor,'" The Hon. Robert E. Ginsberg Annual Program on Commercial Bankruptcy Law, November 15, 2016

— Panelist, "U.S. Solutions to Bankruptcy Problems," Training Program on Bankruptcy Law, March 07, 2014

— University of Chicago Latino/a Law Student Association's 1L Summer Employment Panel & Reception, January 16, 2014

— Participant, Northwestern University Wildcat Professional Excellence Program, November 10, 2013

— Co-Presenter, "Disclosures, Deficiencies and Diligence: A Smorgasbord of Risks and Rewards," National Conference of Bankruptcy Judges, ABA Programming, October 31, 2013

— Co-Presenter, "Financial Examiners in Bankruptcy: The Role of the Professionals," Illinois CPA Society 2013 Fraud Conference, October 23, 2013

— "Becoming the Captain of Your Career: Marketing Yourself in Today's Legal World," Women's Leadership Coalition Symposium, Northwestern University  School of Law, February 12, 2013

18

JENNER&BLOCK

- "Bridge-the-Gap: Basic Skills for Newly Admitted Illinois Attorneys," Chair for Practicing Law Institute, Chicago, IL, November 14, 2012 to December 14, 2012

- Faculty, "Bridge-the-Gap: Basic Skills for Newly Admitted Illinois Attorneys 2012," Practising Law Institute, November 14, 2012

- Faculty, "Deposition Strategy and Taking the Deposition," Taking and Defending Depositions 2012, Practising Law Institute, Chicago, IL, June 04, 2012

- Presentation on Software Escrow and Bankruptcy, Association of Corporate Counsel - Information Technology and eCommerce Committee Teleconference, December 01, 2005