**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------- x
In re:                                                    :   PROMESA
                                                          :   Title III
THE FINANCIAL OVERSIGHT AND                               :
MANAGEMENT BOARD FOR PUERTO RICO,                         :
                                                          :
    as representative of                           :
                                                          :   No. 17-bk-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]             :
                                                          :
        Debtors.[1]                          :   (Jointly Administered)
---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that The American Federation of Teachers, AFL-CIO (the "AFT"), solely in its capacity as the authorized agent of the Asociacion de Maestros de Puerto Rico - Local Sindical (the "AMPR Local Sindical"), a party-in-interest in the above-captioned cases, by and through its undersigned counsel, hereby appears in the above-captioned cases pursuant to 11 U.S.C. § 1109(b), made applicable to these proceedings by section 301(a) of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, made applicable to these proceedings by section 310 of PROMESA, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

-1-

Curtis C. Mechling\*
Sherry Millman\*
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: cmechling@stroock.com
smillman@stroock.com

Jose Luis Barrios-Ramos
1801 McLeary Ave. Suite 303
San Juan, P.R. 00911
Telephone: (787) 593-6641
Facsimile: (787)764-4430
Email: barrios.jl@outlook.com

\* Applications for admission *pro hac vice* will be filed under a separate cover.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the AFT or the AMPR Local Sindical (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case or (2) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the AFT or the AMPR Local Sindical is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: July 19, 2017  
San Juan, Puerto Rico

STROOCK & STROOCK & LAVAN LLP

*/s/ Curtis C. Mechling*  
*/s/ Sherry Millman*  
Curtis C. Mechling  
USDC CM5957  
Sherry Millman  
USDC SM6105  
180 Maiden Lane  
New York, New York 10038-4982  
Telephone: (212) 806-5400  
Facsimile: (212) 806-6006

*Counsel to the American Federation of Teachers*

/s/ *Jose Luis Barrios-Ramos*  
Jose Luis Barrios-Ramos  
USDC 223611  
1801 McLeary Ave. Suite 303  
San Juan, P.R. 00911  
Telephone: (787) 593-6641  
Facsimile: (787)764-4430  
Email: barrios.jl@outlook.com

*Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers*