IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION TO COMPLY WITH ORDER REGARDING DEFECTIVE NOTICE OF WITHDRAWAL**

TO THE HONORABLE LAURA TAYLOR SWAIN, USDJ:

    Comes now the undersigned attorney and most respectfully moves and advises the Court as follows:

1. On May 5, 2017 the "*Movimiento Pro Pensionados*" acting as an Ad Hoc Committee for the protection of accrued retirement benefits of Puerto Rico's Public Employees and Retirees (the "Ad Hoc Committee") filed a motion requesting the appointment of an official committee of retired employees (**Dkt. 8**). On May 19, 2017 acting United States Trustee for Region 21 filed a response to the Ad Hoc Committee's motion (**Dkt. 192**).

---

[1] The Debtors in these Title III cases, along with each Debtor's respective title III case number and last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. On June 15, 2017 the U.S. Trustee, pursuant to Section 1102(a)(1) of the Bankruptcy Code appointed nine (9) individuals to constitute the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee"), (**Dkt. 340**). The following day, the Retiree Committee met and unanimously elected to retain counsel to represent the Retiree Committee in the Title III Cases, Jenner & Block as stateside counsel and Bennazar, García & Milián, CSP; A. J. Bennazar Zequeira, as local counsel.

3. The Official Retiree Committee having been duly constituted, this Honorable Court denied as moot (**Dkt. 349**) the motion originally filed by the Ad Hoc Committee (**Dkt. 8**).

4. On June 21, 2017 the undersigned filed a notice of withdrawal of appearance of counsel of record for the Ad Hoc Committee (**Dkt. 413**). With respect to this notice, this Honorable Court issued an "Order Regarding Defecting Notice of Withdrawal" (**Dkt. 635**) directing the undersigned "…to file an amended notice of withdrawal or a motion for leave to withdraw…" For the reasons set forth below, we hereby respectfully and formally request leave to withdraw as counsel for the original Ad Hoc Committee.

5. The undersigned counsel brought the Court's order to the attention of the original Ad Hoc Committee and has been specifically authorized to inform this Court that once the Official Committee of Retired Employees was constituted, and after the original Ad Hoc Committee's motion seeking the appointment of an official committee was denied as moot (**Dkt. 349**), the original Ad Hoc Committee at present has no pending matter or business in the Title III Cases before this Honorable Court. The original Ad

Hoc Committee has also authorized the undersigned to advise the Court that if at any time in the future the Ad Hoc Committee would feel that it needs to appear in the Title III Cases before this Honorable Court, if and when such situation arises, they would retain new counsel to appear on their behalf.

6. In view of the foregoing, the undersigned respectfully requests that this Honorable Court, in the exercise of its discretion, issue an order granting the undersigned leave to withdraw as counsel of record of the original "Ad Hoc Committee".

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above and in the exercise of its discretion, grant to the undersigned leave to withdraw as counsel of record of the Ad Hoc Committee for the reasons stated in our notice of withdrawal of appearance as counsel of record for Ad Hoc Committee (**Dkt. 413**) and for the additional reasons and considerations stated in this motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of July, 2017.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**BENNAZAR, GARCIA & MILIAN, C.S.P.**
/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira, USDC120907
Edificio Union Plaza, PH-A
416 Ave. Ponce de Leon
Hato Rey, Puerto Rico 00918
Telephone:  (787) 754-9191
Facsimile:  (787) 764-3101
ajb@bennazar.org

3