# DECLARATION

# EXHIBIT 1

# A. J. BENNAZAR ZEQUEIRA, ESQ.
## *Curriculum Vitae*

| | | |
|---|---|---|
| Born | : | Mayagüez, Puerto Rico, August 12, 1951 |
| Civil Status | : | Married to Wilda J. Nin; 2 children |

## ACADEMIC BACKGROUND:

| | | |
|---|---|---|
| High School | : | Colegio San Ignacio de Loyola, San Juan, Puerto Rico, 1968 |
| University | : | Fordham University, New York, B.A., 1971 |
| Law | : | Escuela de Derecho de la Universidad de Puerto Rico, Juris Doctor, Cum Laude, 1974 |
| Cont. legal ed. | : | National Institute of Trial Advocacy (NITA) National Session, Boulder, Colo., 1978. |
| Bar Admissions | : | Puerto Rico, 1974; US District Court-P.R., 1976; US Court of Appeals, 1st Circuit, 1980; Notary Public, Puerto Rico, 1976. |

## PROFESSIONAL EXPERIENCE:

| | | |
|---|---|---|
| 1973 | : | Legal research assistant to the P.R. Government's Commission on a universal health insurance plan. |
| 1974 - 75 | : | Law Clerk to the Hon. Angel M. Martín, Associate Justice of the Puerto Rico Supreme Court. |
| 1975 - 79 | : | Litigation Attorney, O'Neill & Borges, Hato Rey, Puerto Rico. |
| 1980 - 95 | : | Partner, González, Bennazar & Colorado; González, Bennazar, García - Arregui & Fullana; González & Bennazar Hato Rey, San Juan, Puerto Rico. |
| 1995 - 2005 | : | Bufete Bennazar, C.S.P., San Juan, Puerto Rico. General civil and commercial practice and litigation. |
| 2005 - Present | : | Founder and Director, Bennazar, García & Milián, C.S.P. General civil and commercial practice, litigation, arbitration, corporate, real estate, human resources, intellectual property, estates. |

Page 2                                                                A. J. Bennazar Zequeira
                                                                      *Curriculum Vitae*

**OTHER PROFESSIONAL ACTIVITIES:**

SUPREME COURT OF PUERTO RICO

- Legal counsel to the Supreme Court's Special Commission that drafted the Puerto Rico Rules of Judicial Ethics, 1977.

- Chairperson, Special Committee on Bar admission by reciprocity. The Supreme Court of P.R. adopted the Committee's recommendations in its Resolution of October 20, 1980.

- Puerto Rico Bar Admission Examination Board, 1982-84.

- Co-chair, organizing Committee III Judicial Conference of the Americas, 1993-1994.

PUERTO RICO CIVIL RIGHTS COMMISSION (Comisión de Derechos Civiles de Puerto Rico)

- Commissioner from 1991 to 2002; Vice President 95-96 and 97 to 2000.

- President, 2001 - 2002.

PUERTO RICO BAR ASSOCIATION (COLEGIO DE ABOGADOS DE P.R.)

- Member, Special Committee on the legal status of the Panamá Canal, 1976-78.

- Selected most distinguished young attorney by the P.R. Bar for the year 1978-79.

- President, Río Piedras District Chapter, 1979-80.

- Board of Governors, 1980 - 82; 86-88; 2003 and 04-06.

- Ethics Committee: 1982 - 85.

- Member, Special Committee that drafted the Internal Rules of Proceedings of the Board of Governors, 1982 (Still in effect today).

- Board Member, Pro Bono, Inc. (legal assistance to indigents) 1981-88.

- Member, Board of Trustees of the Notarial Bonds Trust Fund (Fondo de Fianza Notarial): 1988-90.

- Member, Committee to Revise the Association's By-Laws 1999-2000.

- Chair, Organizing Committee of the XIV Congress of the UIBA, Río Grande, Puerto Rico: 2004.

- International Affairs Committee: Member since 1998; President, 2000-02.

- Special Committee for PR Bar Association appearance at the United Nations, 2008-10.

- President, P.R. Bar Foundation, 2006-2016.

## INTER AMERICAN BAR ASSOCIATION (FIA/IABA)

- Individual member 1975-99; Lifetime member since 1999.

- Member, Human Rights Committee since 1975, and Chair from 1981 to 87.

- Secretary, Organizing Committee XXI Conference, San Juan, P.R., 1978-79.

- Council (Board of Governors) member since 1987 to present.

- Board of Governors, Inter-American Bar Foundation, 1989-92.

- Chair, Organizing Committee XXXI IABA Conference San Juan, P. R., 1993-94.

- Executive Committee, 1995 to 2001.

- First Vice President 98-99.

- President, 99-00.

- Institutional Forum on Legal Practice (Foro Institucional de la Abogacía), Co-chair 2002 – 2013; Chair 2013.

- Member, Organizing Committee 50th IABA Conference, San Juan, PR, 2013-2014.

INTERNATIONAL LEGAL ASSISTANCE CONSORTIUM (ILAC) (Stockholm, Sweeden)

- Participant as IABA representative during organizational process, 1999 - 2001.

- IABA representative at AGM, 2002 – present.

- Haiti Rule of Law assessment mission, 2004 – 2005.

- Council member, 2004 – 2016.

- Individual member since 2010.

- Executive Committee, 2009 – 2013.

- Board of Directors, 2013 – 2017.

- Honorary Lifetime Member, 2017.

- Guatemala Rule of Law preparatory assessment mission, 2017.

- Advisory Council, 2017.

NOTARY PUBLIC ASSOCIATION OF P.R.

Founding Member, 1986

President, Ethics Committee, 1987-88.

Author of "Los Colegios y asociaciones de abogados como mecanismos para preservar la ética profesional" presented to the IV Jornada Notarial de la Unión Internacional de Notariado Latino, in San José, Costa Rica, July, 1987.

**REPRESENTATIVE OF THE FIA/IABA TO OTHER INTERNATIONAL ORGANIZATIONS:**

World Peace Through Law Congress, Cairo, 1982.

Latin American Lawyers' Congress, Caracas, 1987.

International Bar Association (IBA): Vancouver, 1998; Caracas, 1999; Barcelona 1999 and Amsterdam 2000.

Union Internationale Des Avocats (UIA): New Delhi, 1999; Buenos Aires, 2000.

Union Iberoamericana de Colegios, Barras y Asociaciones de Abogados (UIBA); Fortaleza, Brasil 2000; Lisboa, Portugal 2001; San Pedro Sula, Honduras 2003; San Juan, 2004; Panamá, 2006;  San José, Costa Rica 2008 and Madrid, España 2009.

INTERNATIONAL LEGAL ASSISTANCE CONSORTIUM (ILAC), Stockholm, Sweden since 1999.


**OTHER ORGANIZATIONS**

Asociación Puertorriqueña pro Bienestar de la Familia (P.R. Planned Parenthood Assoc.)
Board of Directors: 77-82; First Vice President 80-82

Corporación de Servicios Legales de Puerto Rico (Puerto Rico Legal Services Corporation)
Board Member 77-83; Ethics Committee 78-81; Executive Committee 79-82

The Global Executive Network President 96-97.


**HONORARY MEMBER**

- Panamá Bar Association

- La Paz, Bolivia Bar Association

- Cochabamba, Bolivia Bar Association

- Lima, Perú Bar Association

- Santa Cruz Bar Association

Page 6 **A. J. Bennazar Zequeira**
*Curriculum Vitae*

- Dominican Association of Women Lawyers (ANA), Santo Domingo, Dominican Republic

- Recipient of "La Cruz del Mérito en Servicio a la Abogacia", granted by El Consejo General de la Abogacía Española (General Council of the Bars of Spain), September 2000.