

U.S. Department of Justice

Office of the United States Trustee

*Ochoa Building*     *Tel: (787) 729-7444*
*500 Tanca Street, Suite 301*    *Fax: (787) 729-7449*
*San Juan, Puerto Rico 00901-1922*

June 23, 2017

**VIA EMAIL AND REGULAR MAIL**

Jose Ramirez-Coll, Esq.
Antonetti Montalvo & Ramirez-Coll
PO Box 13128
San Juan, Puerto Rico 00908

**Re:**    **Appointment of Official Committee of Retirees**
       *In re Commonwealth of Puerto Rico,* **Case No. 17-03283 (PROMESA, Tit. III)**

Dear Mr. Ramirez-Coll:

     We confirm receipt of and thank you for your communications dated June 13 and June 19, 2017 in which you express certain concerns with regard to the appointment of the Official Committee of Retirees in the referenced case.

     Our office does not comment on the selection process or reasoning behind said appointment. But even if your client was not selected, committees have a duty to share information with the parties they serve. We encourage you to stay active in the case and take whatever action is needed to protect your client's interests.

     We are not considering any action at this time, but if facts and circumstances change, we will revisit the issue of other committees and committee composition. Committee membership can change over the life of a case and new members could be added at a future date.

     We hope this letter addresses your inquiry.

                                          Regards,

                                          *Monsita Lecaroz Arribas*
                                          *Assistant United States Trustee*

C:     Guy G. Gebhardt
       Acting U.S. Trustee