# Exhibit A



**Member Benefits** | **Find your Local** | **How to Join**

Search

Press Release

# Asociación de Maestros de Puerto Rico and AFT on Puerto Rico Bankruptcy Proceedings

**For Release:**
**Wednesday, June 28, 2017**

**Contact:**
Andrew Crook
202-393-8637
acrook@aft.org
http://www.aft.org (http://www.aft.org)

**SAN JUAN**—Asociación de Maestros de Puerto Rico President Aida Diaz and AFT President Randi Weingarten issued the following joint statement on the bankruptcy proceedings and on serving as a member of the unsecured creditors committee, which has just met for the first time in San Juan, Puerto Rico.

"There is deep pain being felt right now across Puerto Rico. Standing united, AMPR and the AFT are working to secure a bright future for Puerto Rico's families by building a vibrant economy while preserving the teaching and learning conditions that create opportunity. We are glad to serve on the unsecured creditors committee and believe any decision regarding bankruptcy needs to put the people of Puerto Rico first—not Wall Street financiers and hedge funds. Austerity has already led to the closure of 164 schools and to millions of dollars of cuts and the erosion of services to the public education system and the University of Puerto Rico. Instead, the government must work with teachers and the entire community to preserve the public services the island needs to prosper."

# # # #

The AFT represents 1.6 million pre-K through 12th-grade teachers; paraprofessionals and other school-related personnel; higher education faculty and professional staff; federal, state and local government employees; nurses and healthcare workers; and early childhood educators.

**PRESS CENTER**

Press Releases (/press/releases)

New York Times columns (/press/nyt)

Blog (http://www.aft.org/blog/262)

Speeches (/press/speeches)

Media Kits (/press/media-kits)



(http://www.twitter.com/rweingarten)