# Exhibit D



**U.S. Department of Justice**

Office of the United States Trustee

---

362 Richard Russell Building  (404) 331-4437
75 Spring Street SW
Atlanta, GA 30303  FAX (404) 730-3534

July 14, 2017

Andrew N. Rosenberg, Esq.  **BY REGULAR MAIL AND E-MAIL**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York  10019-6064

        Re:    Official Committee of Unsecured Creditors
                  The Commonwealth of Puerto Rico
                  Case No. 17-03283

Dear Mr. Rosenberg:

    Thank you for your letter dated July 11, 2017, in which you requested that I reconstitute the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced case.

    On Friday, June 9, 2017, in San Juan, Puerto Rico, our staff interviewed every creditor who appeared and requested to serve on the Committee. The general unsecured creditors that I appointed to the Committee do not assert that their claims are either in some manner secured or entitled to priority treatment.

    I have no plans to reconstitute the Committee to add creditors claiming that their claims are secured or otherwise have full priority. Kind regards.

                                            Very truly yours,

                                            GUY G. GEBHARDT
                                            ACTING UNITED STATES TRUSTEE
                                            REGION 21

cc: Luc A. Despins, Esq.