# Exhibit E



**Mensaje de Presupuesto del Gobernador de Puerto Rico**

**Honorable Ricardo Rosselló Nevares**

**El Capitolio, San Juan, Puerto Rico**

31 de mayo de 2017

Conforme lo dispone la Ley federal de Supervisión, Administración y Estabilidad Económica de Puerto Rico, conocida como "PROMESA", y quedando una vez más evidenciada la condición colonial en que se encuentra Puerto Rico, el pasado 30 abril referimos a la Junta de Supervisión Fiscal el Borrador del Presupuesto que hoy someto ante la consideración de la Asamblea Legislativa.

Al primer presupuesto del nuevo gobierno le antecede la falta de controles en el gasto público; unido a las erradas políticas de improvisación contributivas, y a la irresponsable administración de las finanzas públicas durante el pasado. Afortunadamente, la política pública de nuestra Administración es precisamente lo contrario.

Este presupuesto que les presento, es uno completo, validado, que por su naturaleza contiene mucha profundidad.  Esta noche les presentare los elementos globales y fundamentales del mismo.

Durante el proceso de análisis del presupuesto, contarán con la participación del equipo fiscal y económico de nuestra Administración, a los fines de aclarar cualquier duda sobre el proyecto que hoy estamos sometiendo ante su consideración.  No obstante, les adelanto que los números reflejan lo que hemos estado discutiendo por los últimos meses y lo que fue certificado en nuestro plan fiscal.  Adicionalmente, como medida de transparencia total, nuestro presupuesto estará disponible posterior a este mensaje, para todos los ciudadanos en fortaleza.pr.gov y en nuestra plataforma de redes sociales.

La confección del proyecto de presupuesto que hoy radicamos, viene precedida de una serie de iniciativas ejecutivas que deseo resaltar, con el propósito de que se comprenda el gran esfuerzo que estamos realizando para poner en orden las finanzas y la administración del gobierno.

El Presupuesto que hoy les someto ante su consideración, forma parte de una política pública de cumplimiento con el Plan Fiscal, que evita la aplicación de contingencias que afectarían al pueblo.

Una de las diferencias más importantes de éste presupuesto, es que contrario a los anteriores, el mismo está realmente balanceado. En el pasado, simplemente se tomaba el presupuesto anterior y se añadían gastos nuevos.  En el pasado, se tomaba dinero de áreas, aumentando el gasto presupuestado y escondiendo la deuda.  Eso se acabó.

Este presupuesto será uno bien estructurado y cuenta con componentes basados en la metodología de un presupuesto base cero, para la operación de un gobierno donde todas las transacciones fiscales sean visibles y sean justificadas. Nada se estará realizando a escondidas o por debajo de la mesa.

Otra diferencia significativa es que el nuevo presupuesto asume TODO EL PAGO DE LAS PENSIONES.   Esto provoca que los números sean muy distintos a presupuestos en el pasado. Si, hemos tenido que tomar decisiones fuertes;  estamos reduciendo el gasto y en gran medida, ha sido necesario para proteger a uno de los sectores más vulnerables de nuestro pueblo: Nuestros pensionados, quienes corrían el riesgo de perder totalmente su pensión.

Antes, las pensiones eran pagadas por un fondo de activos, el cual fue defalcado en varias ocasiones, y prácticamente se quedó en cero.  De hecho, en varios meses, se quedaba sin recursos para pagarle a los pensionados.  En este presupuesto asumimos el pago de pensiones de sobre 2 billones de dólares.  Así tomamos un paso difícil para el presupuesto, pero garantizamos las pensiones de todos nuestros retirados.

En éste Presupuesto transparente, no se repetirán las transacciones oscuras que el pueblo no vio, como la utilización de sobre 580 millones de dólares de activos de los pensionados para gastos gubernamentales. Eso se acabó.

Ahora tendremos un presupuesto con visibilidad, donde no habrán partidas escondidas y donde el pueblo verá cómo y en dónde se utiliza el dinero.

Iniciamos nuestra gestión en La Fortaleza recibiendo un gobierno con un déficit superior a los siete mil quinientos millones de dólares - una cifra sin precedentes - que casi triplicaba cualquier déficit previo ante un cambio de administración.

Ante esa incuestionable realidad, respondimos con una serie de órdenes ejecutivas y medidas legislativas dirigidas a lograr las economías necesarias que nos han permitido mantener el gobierno operando, ofreciéndole los servicios esenciales al pueblo de una manera más eficiente y garantizando los empleos en el sector público. Todo esto, mientras nos dirigimos a la construcción de un gobierno innovador, basado en la ciencia, en las métricas y la tecnología; que aspira lograr más con menos.

A manera de ejemplo deseo recordarles que mediante las órdenes ejecutivas 2017-001; la 2017-009 y la Ley 3-2017, hemos logrado hasta el momento los siguientes ahorros con cargo al Fondo General:

- o Reducciones de nómina y costos relacionados - **$5,274,000**
- o Reducciones en gastos operacionales - **$19,153,000**
- o Reducciones en gastos por servicios - **$13,838,000**

Asimismo, se proyectan los siguientes ahorros por concepto de otros orígenes de recursos, como los son: fondos especiales estatales, e ingresos propios, que no se reducen con cargos a fondos federales:

- o Reducciones de nómina y costos relacionados - **$1,975,500**
- o Reducciones en gastos operacionales - **$102,003,000**
- o Reducciones en gastos por servicios - **$56,566,000**

Por concepto de órdenes ejecutivas y legislación aprobadas dirigidas al control de gastos y eficiencia gubernamental, nuestra Administración ha logrado economías que ascenderán a **200 millones de dólares anuales**.

No obstante a esas medidas que les indicara, las condiciones en que asumimos el gobierno han provocado otros contratiempos financieros que hemos atendido de manera urgente. Hace más de un año que el Gobierno de Puerto Rico carece de liquidez y, bajo la pasada Administración, se utilizaron los reintegros, pagos de los contratistas, el dinero de los pensionados y préstamos intra-gubernamentales para sustituir las fuentes de liquidez y gastar más dinero que los fondos que se tenían disponibles.

Es de conocimiento público que el Banco Gubernamental de Fomento incumplió sus obligaciones con los bonistas desde el 1 de mayo de 2016. El BGF, que desde el 2015 dejó de operar como un banco, ya no cumple su rol de proveer liquidez al gobierno, ni tampoco contamos con acceso a los mercados financieros.

El panorama también es crítico para los sistemas de retiro, que se encuentran insolventes y es nuestra responsabilidad defender a los más vulnerables que trabajaron toda una vida para el gobierno.

Ante esa situación y para proteger los fondos depositados en el Departamento de Hacienda, los cuales estaban expuestos a demandas de acreedores del gobierno, recurrimos a solicitar la protección del Título III de la Ley PROMESA. Con esa oportuna acción, garantizamos la continuidad del pago de las pensiones y la operación del gobierno de Puerto Rico.

Esa acción no impide, y así lo hemos comprobado, que podamos continuar renegociando los términos de la deuda de Puerto Rico, recobrando la credibilidad en el gobierno y protegiendo los fondos necesarios para continuar la prestación de los servicios al Pueblo.

Los recientes acuerdos logrados con los grupos de bonistas, entre los que se encuentra un importante sector de los puertorriqueños que depositaron sus ahorros en bonos del Banco Gubernamental de Fomento, evidencian que hay confianza y credibilidad en el nuevo gobierno de Puerto Rico.

La implementación de nuestra política pública para restablecer el orden administrativo en el gobierno no se detiene.  A esos efectos, la Autoridad de Asesoría Financiera y Agente Fiscal (AAFAF) emitió la *Orden Administrativa 2017-001*, identificando el origen de los fondos de asignaciones realizadas previo al 2017; controlando los desembolsos realizados por el Departamento de Hacienda con cargo al Fondo General. Eso, unido a otras medidas, ha tenido el efecto de mejorar el flujo de efectivo del Tesoro Estatal, facilitándose así el pago de los reintegros que les corresponden a los ciudadanos que cumplen con su responsabilidad contributiva.

Hasta el momento el Departamento de Hacienda le ha pagado al Pueblo la cantidad de 140 millones de dólares en reintegros, de los cuales, gran parte de esa cantidad correspondía a dinero que el pasado gobierno le retuvo a los ciudadanos que responsablemente cumplieron. **Si los puertorriqueños y puertorriqueñas cumplen, el gobierno también tiene que cumplir.**

Me complace informarles que durante el mes de junio el Departamento de Hacienda estará emitiendo pagos de reintegros por la cantidad de 35 millones de dólares adicionales.

De igual forma me satisface informarles que los recaudos acumulados en Hacienda para el mes de abril, superaron lo proyectado por la cantidad de 230 millones de dólares; cumpliendo además con la reserva de 200 millones requerida por la Junta de Supervisión Fiscal.  Puerto Rico tiene un nuevo gobierno; más responsable y eficiente en la administración de sus finanzas.

Cumpliendo con esa política pública y mediante la aprobación de la *Ley 26-2017*, se eliminaron las asignaciones especiales multianuales con cargo al Fondo General, para que no puedan ser utilizados fuera del año en que fueron asignados y se dispuso que los fondos especiales serán depositados y administrados bajo el control del Departamento de Hacienda.

El uso correcto de los fondos públicos se ha definido como un principio fundamental en el nuevo gobierno de Puerto Rico. Los años del despilfarro y la indolencia en la administración de los fondos del pueblo quedaron atrás. Con nuestras acciones y el resultado de las mismas, estamos recobrando la credibilidad perdida en el gobierno.

Uno de los primeros desafíos que tuvimos que superar en defensa del pueblo de Puerto Rico, fue la aprobación de un Plan Fiscal que respondiera a la situación de crisis encontrada, pero que también respondiera a nuestra política pública de proteger a los más vulnerables de nuestra sociedad.

Logramos que la Junta de Supervisión Fiscal aprobara nuestra versión de un Plan que evitó el despido de más de 45 mil empleados públicos; protegiendo además las pensiones de los más vulnerables y evitando el colapso del sistema de salud en Puerto Rico.

**Las medidas implementadas en éste Presupuesto son las que habíamos establecido en el Plan Fiscal.**

Esa batalla en defensa de los mejores intereses de nuestro pueblo es continua y sin pausa, pero debo afirmar, que lo hacemos interactuando con la Junta de Supervisión Fiscal de una manera responsable, prudente y firme en representación del pueblo de Puerto Rico. Quiero agradecer al Licenciado José Marrero, Director de OGP,  y a nuestro equipo fiscal, por el trabajo extraordinario que han hecho en esta gestión.

En ese esfuerzo no puedo pasar por alto la participación que han tenido ustedes, los legisladores y legisladoras que representan al pueblo en la cámara y el senado - a sus presidentes Johnny Méndez y Thomas Rivera Schatz - por la aprobación de importantes medidas legislativas, necesarias para que Puerto Rico pueda superar la crisis.

La ley de cumplimiento, denominada como   la *"Ley de Emergencia Financiera y Responsabilidad Fiscal de 2017"* y la Ley que define el concepto del "Empleador Único" en el gobierno, entre otras, han sido medidas que han facilitado la continuidad de las operaciones gubernamentales, logrando considerables economías, sin despedir empleados públicos y evitando la reducción de la jornada laboral. Definitivamente, hay unidad de propósitos trabajando por nuestro Pueblo. *Hay un nuevo gobierno trabajando en Puerto Rico*.

La legislación aprobada durante estos primeros cinco meses responde a nuestros compromisos con el pueblo para reactivar nuestra economía y facilitar la creación de empleos. La base sobre la cual se producirá ese cambio favorable para Puerto Rico ya se legisló.

La reforma laboral facilita el desarrollo de mayor actividad comercial y por ende, nuevas oportunidades de empleos. La nueva ley de permisos y el uso de la tecnología en la aplicación de la misma, permite que ya se pueda sacar un permiso automático en Puerto Rico a través de una página web.  Un cambio dramático en el proceso de obtención de permisos.

Por décadas, en la búsqueda de mayores recursos, los gobiernos en Puerto Rico han alterado el sistema contributivo, convirtiendo el mismo en uno de los más complejos del mundo, e injusto para el ciudadano. Llegó el momento de simplificarlo para beneficio de la gente.

Puerto Rico no puede continuar siendo una de las jurisdicciones donde más contribuciones se pagan bajo la bandera americana. Esa es otra de las consecuencias provocadas por el injusto sistema colonial.   A esos efectos, les anuncio que estaré

sometiendo legislación para reformar el sistema contributivo y hacerle justicia a nuestro pueblo.

La reforma que estaré sometiendo ante la consideración de la Asamblea Legislativa incluirá lo siguiente:

- Alivios contributivos para los individuos asalariados que totalizarán sobre 200 millones de dólares, ampliando los renglones de ingresos y reduciendo la tasa efectiva. Repito: En éste ambiente fiscal feroz, hemos encontrado la manera de bajarle la carga contributiva a la mayoría de los puertorriqueños, principalmente a la clase media y a los más vulnerables.

- Con nuestra Reforma más de 400 mil contribuyentes no tendrán que radicar planillas, pues implementando una política de retención en el origen de sus salarios, quedará cubierta su responsabilidad contributiva.

- Igualmente, los trabajadores por cuenta propia que rinden por servicios profesionales tendrán la posibilidad de optar por la retención en el origen, eliminando así su obligación de radicar la planilla.

- Los primeros 12,500 dólares en ingresos para todo individuo no pagarán contribuciones y aumentaremos la exención para los pensionados de 15,000 a 25,000 dólares, reafirmando nuevamente nuestro compromiso con los jubilados.

- Estableceremos un crédito de 100 dólares por dependiente para aquellos ingresos hasta 80,000 dólares anuales.

- Cumpliendo nuestro compromiso, reduciremos el impuesto conocido como el **B2B** por la **mitad**, de 4 a 2%, como la primera fase para la eliminación total de ese impuesto.

Con esas medidas estamos simplificando y modernizando el sistema contributivo, de manera que sea más justo para el ciudadano, y a su vez, facilite la eficiencia del Departamento de Hacienda. Con el nuevo sistema el ciudadano tendrá la opción de sustituir el tedioso proceso de llenar y radicar una planilla, por la sencilla acción de tocar un botón. *Hay un nuevo gobierno trabajando en Puerto Rico*.


La *Orden Ejecutiva 2017-005*, define los criterios para elaborar nuestro primer Presupuesto Base Cero.  Esa metodología presupuestaria  le requiere a las agencias e instrumentalidades del Gobierno evaluar con detenimiento los gastos proyectados y justificar los mismos, asegurándose de cumplir con su misión, con la política pública de la Administración y manteniendo la calidad en los servicios al pueblo.


Como parte de los esfuerzos para presentar un presupuesto consolidado balanceado - lo que hace décadas no ocurre en Puerto Rico - aprobamos legislación que nos permite reducir gastos y generar ingresos adicionales, de forma tal que nuestra Administración

pueda ejecutar el programa de gobierno que el pueblo validó en las urnas y cumplir con el Plan Fiscal certificado por la Junta.   Ejemplo de lo anterior son las siguientes medidas:

- Ley 8-2017: es una las piezas esenciales en el proceso de trasformación del gobierno de Puerto Rico, convirtiéndolo en el empleador único y permitiendo la movilidad de los recursos humanos disponibles, según las necesidades de servicio que se tenga. Mediante esa legislación se logran economías de alrededor de unos 100 millones de dólares por concepto de movilidad y "*attrition*".

- La Ley 20-2017, mediante la cual comienza el proceso de re-estructuración del Gobierno de Puerto Rico, creando el Departamento de Seguridad Pública. Esto permitirá desarrollar un sistema de seguridad más rápido, coherente y eficiente para toda la comunidad y que a su vez redundará en ahorros aproximados de sobre 25 millones de dólares.

- Ley 24-2017, la cual enmendó la Ley de Tránsito brindando mayor seguridad en las carreteras y abonando un estimado de 13 millones  de dólares adicionales.

- Ley 25-2017, la cual regulará las ventas por internet haciendo justicia a nuestros pequeños y medianos comerciantes y trayendo ingresos adicionales estimados entre unos 35 a 55 millones de dólares.

- Ley 26-2017, aprobada en cumplimiento con el Plan Fiscal, uniforma los beneficios marginales que reciben todos los empleados y servidores públicos y genera ahorros que se estiman en unos 130 millones de dólares. Cónsono con la política pública de salubridad, se lograrán ingresos adicionales al erario de unos 50 millones de dólares provenientes del aumento en el costo del tabaco y sus derivados.

- Próximamente estaremos presentando nueva legislación que propone consolidaciones en los componentes del Departamento de la Familia y del Departamento de Desarrollo Económico y Comercio (DDEC). Esto nos permitirá seguir desarrollando un gobierno más ágil y eficiente para beneficio de todo nuestro Pueblo.

El presupuesto recomendado correspondiente al Año Fiscal 2017-2018, es otro paso en el camino hacia la  estabilidad fiscal y la recuperación económica de Puerto Rico. El nuevo presupuesto, incluyendo los más de 2 mil millones para el pago de pensiones, asciende a la cantidad de  9,562 mil millones de dólares.

Nuestro primer presupuesto está enmarcado en la disciplina fiscal;  asegurando los servicios  esenciales para nuestro pueblo, y facilitando las condiciones para  activar la

económica y la generación de nuevos empleos en Puerto Rico. En el mismo se refleja una reducción de un 9.1% en los gastos de funcionamiento del gobierno.

En cumplimiento con el Plan Fiscal, en el nuevo Presupuesto se reduce en un 32% las partidas correspondientes a mercadeo y publicidad. Reducimos además un 40% en compras de materiales; un 13% en la administración de la nómina y un 47% por concepto de subsidios y donativos.

Señoras y señores legisladores: El Presupuesto que estarán analizando, no tiene marco de referencia, ya que la confección del mismo responde a criterios de transparencia y políticas públicas diferentes a las de gobiernos anteriores. Otro ejemplo que así lo evidencia, es que en éste Presupuesto asumiremos el pago de todas las pensiones de los sistemas de retiro. El pago para nuestros pensionados está garantizado en éste Presupuesto. *Hay un nuevo gobierno trabajando en Puerto Rico*.

Los exhorto a analizar el nuevo Presupuesto como una pieza adicional para lograr la transformación de un Puerto Rico moderno; más justo y progresista.

Los invito a aspirar a un Puerto Rico con una educación de calibre global, transformando el sistema deficiente actual, en uno diseñado para maximizar el aprovechamiento del estudiante. Añadiendo a las posibilidades de nuestros estudiantes, distintas opciones para ellos y para sus padres; estableciendo las escuelas de la comunidad, colaborando con organizaciones sin fines de lucro para proveer servicios y descentralizando el Departamento de Educación para que las decisiones que beneficien a los estudiantes se puedan ejecutar con agilidad y eficiencia, eliminando la excesiva burocracia.

Vamos a llevar la tecnología al salón de clases y llevar mediante recursos de educación a distancia nuevas experiencias académicas a nuestros estudiantes.

Aprovecho la ocasión para informarle a los maestros, que por iniciativa de la Secretaria de Educación, gestionamos y conseguimos los fondos federales necesarios para otorgarle un bono de **mil dólares** a los maestros en las áreas de matemáticas, ciencias, inglés y español,  del grupo calificado como excedente, que de manera voluntaria acepten laborar en las receptoras y más necesitadas.

Los invito a que juntos aspiremos tener un Puerto Rico saludable, desarrollando un sistema de salud centrado en el paciente y con acceso para todos los ciudadanos a los mejores servicios disponibles.  Vamos a desarrollar un sistema preventivo que eduque al paciente sobre el cuido de su salud y modernizar los servicios mediante el record médico único.   Por ello, aumentaremos las partidas en nuestro sistema de salud.

Hace unos días regrese de Washington y New York, donde sostuvimos importantes reuniones, tanto en el congreso como con directores de Medicaid, reclamando mayores recursos para los programas de salud en Puerto Rico. Nos sentimos confiados en que vamos a lograr aumentos en los fondos Medicaid, pero debemos tener claro,

que la única forma de garantizar la paridad y  el trato igual que los estados en las asignaciones de fondos para los programas de salud, es siendo un estado. NO hay otra forma. La ruta hacia la igualdad en los programas de salud está trazada y en ese camino nos encontramos.

Los invito a lograr un Puerto Rico seguro; donde podamos integrar de manera efectiva los recursos del gobierno estatal con el federal, para vencer al crimen organizado y el narcotráfico. Vamos a modernizar nuestra Policía, integrando los adelantos tecnológicos y la capacitación a los miembros de la fuerza.

Vamos a desarrollar de manera efectiva el policía de la comunidad; integrar los recursos de la Policía Estatal con las municipales y atender el problema de seguridad pública de manera integrada, a través del nuevo Departamento de Seguridad que agrupa a siete agencias del gobierno central.

Les exhorto a que colaboremos para empoderar comunidades, como se ha estado haciendo con el esfuerzo de Fortaleza para Ti, liderado por mi esposa Beatriz; uniendo al gobierno, al sector privado y a las organizaciones sin fines de lucro.

Los invito hacer de Puerto Rico un importante centro de innovación tecnológica y desarrollo económico; posicionando a nuestra Isla como el puente que une las culturas del hemisferio americano. Estamos creando las condiciones para facilitar el desarrollo de negocios, la inversión en nuestra Isla y la creación de empleos.

Señoras y señores legisladores: Ese mejor Puerto Rico es posible y juntos lo podemos hacer una realidad. El Proyecto de Presupuesto que hoy sometemos ante su consideración, está fundamentado en esos objetivos. Estamos demostrando que desde el gobierno se puede hacer más, con menos. *Hay un nuevo gobierno trabajando en Puerto Rico.*

No debo pasar por alto esta comparecencia ante la Asamblea Legislativa, para expresarme sobre el futuro inmediato de nuestra patria.

Los puertorriqueños no estamos ajenos a las dificultades que viven otros pueblos del mundo. Todos tienen sus retos; sus problemas y situaciones políticas que superar.

Un ejemplo cercano a nuestra Isla es la situación actual en Venezuela, donde se violentan los derechos a la libertad de expresión, a la libertad de asociación y hasta los derechos fundamentales de los seres humanos.

En Puerto Rico tendremos la oportunidad de dejar atrás las limitaciones del indigno sistema colonial y aspirar a la igualdad de derechos en la nación que representa el símbolo de la libertad y la democracia en el mundo.

En un esfuerzo por lograr la inclusión de todos los sectores políticos y en respuesta a la solicitud formulada por el Departamento de Justicia federal, enmendamos la ley

que ordena la celebración del Plebiscito el 11 de junio, a los fines de incluir en la papeleta la opción de la actual condición territorial.

Ahora no hay excusa para no participar en el Plebiscito. En la democracia prevalece la mayoría que participa en los procesos electorales. Como gobernador exhorto al pueblo a participar en el Plebiscito que definirá el reclamo descolonizador que le formularemos al gobierno federal y al Congreso de los Estados Unidos.

El 11 de junio Puerto Rico tendrá la oportunidad de darse a respetar ante el gobierno federal y ante el mundo, como un pueblo que exige su autodeterminación política.

La efectividad y la seriedad de los liderazgos políticos se demuestran asumiendo posiciones claras, y defendiendo los principios en que uno cree, con firmeza y respeto hacia aquellos que no piensan de la misma forma.
Quienes a falta de votos recurran al discurso de la confusión y la promoción del desorden, se quedarán cada día más solos y alejados de la mayoría de los puertorriqueños de buena voluntad, que deseamos un mejor mañana para cada hijo de esta tierra.

Los invito a que aspiremos a la igualdad de derechos como puertorriqueños ciudadanos de los Estados Unidos, reclamando con firmeza la dignidad que nos corresponde como un pueblo noble, trabajador y comprometido con los mejores valores del ser humano.

Thomas Jefferson, uno de los principales fundadores de los Estados Unidos, dijo una vez, y lo cito, *"me gustan más los sueños del futuro, que la historia del pasado"*...

Dejemos atrás la colonia y miramos hacia el futuro con optimismo, convencidos que un mejor Puerto Rico es posible. El momento de la definición llegó. El momento de actuar llegó. El momento de votar para la descolonización de Puerto Rico llegó. El momento para el progreso de Puerto Rico, llegó.

Que Dios bendiga a nuestra Patria.

Buenas noches.

Cabo San Lucas, Baja California Sur, Mexico

I, Jason Schrier, am fluent in the Spanish and English languages. I have been translating documents for over 10 years. I am a federal Spanish/English legal interpreter certified by the Administrative Office of United States Courts. My certificate number is 10-067. I am also a NYU certified Spanish-English legal translator. I am competent to translate from Spanish into English.

I hereby certify that the following are, to the best of my knowledge and belief, true and accurate translations of the attached "Mensaje de Presupuesto del Gobernador de Puerto Rico" from Spanish into English.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Jason Schrier

Executed on this 22th day of June, 2017.

[seal:] GOVERNOR OF PUERTO RICO

**Budget Message from the Governor of Puerto Rico**

**Honorable Ricardo Rosselló Nevares**

**The Capitol Building, San Juan, Puerto Rico**

May 31, 2017

Pursuant to the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") and as Puerto Rico's colonial status has become increasingly more evident, last April 30 we sent the Budget Draft to the Fiscal Oversight Board, which we today submit for the consideration of the Legislative Assembly.

The first budget of the new government was preceded by a lack of control in public spending, along with misguided improvised tax policies and irresponsible administration of public finances in the past. Fortunately, the public policy of our Administration is the complete opposite.

The budget I present you is complete, legitimate and by nature robust. Tonight I will provide you with its overall fundamental features.

During the budget analysis process, you can count on our Administration's fiscal and economic team to clear up any questions about the bill that we are submitting today for your consideration. However, I would like to inform you that the numbers reflect what we have been discussing in recent months and what was certified in our fiscal plan. In addition, as a measure of total transparency, after this message, our budget will be available for all citizens at fortaleza.pr.gov and on our social media platforms.

The prepared budget bill we are presenting today has been preceded by a series of executive initiatives that I wish to highlight in order to understand the great effort we are making to put the government's finances and administration in order.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

The budget I am submitting today for your consideration is part of a public policy that complies with the Fiscal Plan, which avoids implementing contingencies that would affect the public.

One of the most important differences in this budget is that, unlike previous ones, it is truly balanced. In the past, the previous budget was simply taken and new expenses were added. In the past, money was taken from areas, budgeted expenses were increased and the debt was hidden. That is over.

This budget will be well structured and include components from the zero-based budgeting method so that all fiscal transactions in the government's operations are transparent and justified. Nothing will be hidden or done under the table.

Another significant difference is that the new budget includes PAYMENT OF ALL PENSIONS. Because of this the numbers are very different from budgets in the past. Yes, we have had to make tough decisions; we are reducing spending, and to a great extent, it has been necessary to protect one of the most vulnerable sectors of our public: our pensioners, who were running the risk of losing their pensions completely.

Before, pensions were paid for by a fund that was subject to embezzlement on several occasions and practically went bankrupt. In fact, for several months, there were no funds to pay pensioners. This budget includes payments for pensions of over $2 billion. Thus, we are taking a difficult step for the budget, but we are guaranteeing the pensions of all of our retirees.

In this transparent budget, dubious transactions that were once hidden from the public eye will not be repeated, such as using over $580 million from pension funds to pay government expenses. That is over.

Now we will have a transparent budget, where there will be no hidden entries and where the public will see how and where the money is used.

We began our administration at La Fortaleza with a deficit over seven billion, five hundred million dollars - an unprecedented figure - which was almost three times greater than any previous existing deficit during an administration change.

In view of this unquestionable reality, we responded with a series of executive orders and legislative measures aimed at achieving enough savings to allow us to keep the government operating, to offer the public essential services in a more efficient way and to guarantee public sector jobs. All of this was done while we built an innovative government based on science, metrics and technology, a government that aspires to do more with less.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

As an example, I would like to remind you that through executive orders 2017-001 and 2017-009, and Act 3-2017, we have thus far achieved the following savings for the General Fund:

- o  Reductions in payroll and related costs - **$5,274,000**
- o  Reductions in operating costs - **$19,153,000**
- o  Reductions in service costs - **$13,838,000**

In addition, the following savings are projected for other sources of funds, such as: special state funds and self-generated revenue, which do not decrease with charges to federal funds:

- o  Reductions in payroll and related costs - **$1,975,500**
- o  Reductions in operating costs - **$102,003,000**
- o  Reductions in service costs - **$56,566,000**

In accordance with executive orders and approved legislation aimed at controlling government spending and efficiency, our Administration has achieved annual savings totaling **$200 million**.

Notwithstanding the measures I have mentioned, the conditions under which we have taken office have caused other financial setbacks that we have dealt with urgently. The Government of Puerto Rico has lacked liquidity for more than a year, and under the previous administration, tax refunds, payments for contractors, money for pensioners and intra-governmental loans were used as a substitute for the lack of liquidity and more money was spent than was available.

It is public knowledge that the Governmental Development Bank has failed to fulfill its obligations with bondholders since May 1, 2016. The GDB, which has stopped operating as a bank since 2015, no longer fulfills its role of providing liquidity to the government, nor do we have access to financial markets.

The outlook is also critical for retirement systems, which are insolvent, and it is our responsibility to defend the most vulnerable people have who worked their whole lives for the government.

In view of this situation and in order to protect the funds deposited in the Treasury Department, which were exposed to claims of government creditors, we again request protection under Title III of PROMESA. By taking this timely action, we guarantee the Puerto Rican government will continue to operate and pay its pensions.

This action does not prevent us – and we have so demonstrated – from continuing to renegotiate Puerto Rico's terms of debt, rebuilding the government's credibility and protecting the funds necessary to continue providing services to the public.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

Recent agreements reached with groups of bondholders, which include an important sector of Puerto Ricans who deposited their savings in Government Development Bank bonds, prove that there is trust and credibility in the new government of Puerto Rico.

The implementation of our new public policy to reestablish administrative order in the government continues forward. For these purposes, the Fiscal Agency and Financial Advisory Authority (FAFAA) issued *Administrative Order 2017-001*, which identifies the funding source of appropriations made prior to 2017 and monitors payments made by the Treasury Department to the General Fund. This, along with other measures, has had the effect of improved cash flows at the Treasury, thus facilitating the payment of refunds corresponding to citizens who fulfill their tax obligations.

Thus far, the Treasury Department has paid the public $140 million in refunds. A large portion of this corresponds to money that the previous administration withheld from citizens who met their tax obligations. **If Puerto Ricans fulfill their duties, the government must fulfill its duties, too.**

I am pleased to inform you that during the month of June, the Treasury Department will be issuing additional refunds in the amount of $35 million.

Likewise, I am pleased to inform you that the collections made in the Treasury Department for the month of April exceeded projections by $230 million,  meeting the Fiscal Oversight Board's requirement of $200 million in reserves. Puerto Rico has a new administration that is more responsible and efficient in managing its finances.

Pursuant to this public policy, and as approved by *Act 26-2017*, the special multi-annual appropriations charged to the General Fund were eliminated to prevent them from being used outside of the year in which they were appropriated, and an order was issued directing special funds to be deposited and managed by the Treasury Department.

The correct use of public funds has been defined as a fundamental principle in the new Puerto Rican government. The years of wastefulness and neglect in managing government funds are a thing of the past. With our actions and the results thereof, we are rebuilding the credibility the government has lost.

One of the first challenges we had to overcome in defending the people of Puerto Rico was the Fiscal Plan approved in response to the crisis encountered, which also affected our public policy of protecting the most vulnerable people of our society.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

We were able to convince the Fiscal Oversight Board to approve our version of a plan that avoided dismissing over 45,000 public employees, protected the pensions of the most vulnerable people and also avoided a collapse of the Puerto Rican health system.

**The measures implemented in this budget are those that we had established in the Fiscal Plan.**

This battle in defense of our people's best interests continues on uninterrupted, but I must state we are doing it by interacting with the Fiscal Oversight Board in a responsible, prudent and firm manner on behalf of the Puerto Rican people. I want to thank José Marrero, the director of the Office of Management and Budget, and our fiscal team for the extraordinary work they have done in this process.

In this effort, I cannot overlook the contributions made by you all, the legislators who represent the public in the House and the Senate - your chairmen Johnny Méndez and Thomas Rivera Schatz - for approving the important legislative measures necessary for Puerto Rico to overcome the crisis.

The regulatory law entitled the *"The Financial Emergency and Fiscal Responsibility Act of 2017"* and the law defining the concept of government as the "Sole Employer," among others, are measures that have helped keep the government operating and achieve considerable savings, while retaining public employees and avoiding reductions in the workday. Without a doubt, there are common goals working for the benefit of our people. ***There is a new government at work in Puerto Rico.***

The legislation approved during these first five months stems from our commitments to the public to reactivate our economy and facilitate job creation. The foundation for bringing about positive change in Puerto Rico has already been legislated.

The labor reform facilitates the development of greater business activity and, thus, new job opportunities. The new permits law, and the use of technology when applying for them, means that permits can be taken out in Puerto Rico from a web page automatically. This is a dramatic change in the process for obtaining permits.

For decades, in seeking greater funding, Puerto Rican governments have altered the tax system, making it into one of the world's most complex, one that is unfair to the public. The time has come to simplify it for the benefit of the people.

Puerto Rico cannot continue being one of the jurisdictions where the highest taxes under the American flag are paid. This is another of the consequences caused by an unjust colonial system. For these reasons, I am announcing to you that I will be submitting legislation to reform the tax system and do our people justice.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

The reform I will be submitting for the consideration of the Legislative Assembly will include the following:

o Tax relief for salaried individuals over $200 million that will increase income and reduce the effective tax rate. I repeat: In this ferocious fiscal environment, we have found a way to lower the tax burden on the majority of Puerto Ricans, primarily on the middle class and the most vulnerable.

o With our reform, more than 400,000 taxpayers will not have to file tax returns. By implementing a policy that withholds taxes at the source of payment, their tax liability will be covered.

o Likewise, independent contractors who render professional services will have the ability to choose to have their taxes withheld at the source, thus eliminating their obligation to file tax returns.

o Individuals will not pay taxes on the first $12,500 of income, and we will increase the exemption for pensioners from $15,000 to $25,000, thus again reaffirming our commitment to retirees.

o We will establish a credit of $100 per dependent for any annual income up to $80,000.

o By keeping our commitment, we will reduce the B2B tax by **half**, from 4% to 2%, as part of the first phase to fully eliminate this tax.

With these measures we are simplifying and modernizing the tax system so that it will be fairer for the public and, in turn, will facilitate efficiency in the Treasury Department. With this new system, the public will have the option to replace the tedious process of filling out and filing tax returns with the simple action of pressing a button. ***There is a new government at work in Puerto Rico.***

*Executive Order 2017-005* defines the requirements for preparing our first zero-based budget. This budgeting methodology requires government agencies and instrumentalities to carefully assess projected expenses and justify them, thus ensuring they fulfill their mission, comply with the administration's public policy and maintain the quality of public services.

As part of the efforts to present a balanced consolidated budget - which has not occurred in Puerto Rico for decades - we approved legislation that allows us to reduce spending and generate additional revenues so that our administration can implement the government program ratified by the public at the polls and comply with the Fiscal Plan certified by the Board.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

The measures below are an example of this:

o Act 8-2017: An essential piece in the Puerto Rican government's transformation process, this law makes it the sole employer and allows it to move available human resources based on its service needs. Under this legislation, there are savings of around $100 million due to mobility and attrition.

o Act 20-2017, which began the Government of Puerto Rico's restructuring process, created the Department of Public Safety. This will make it possible to develop a faster, more coherent and more efficient security system for the entire community that, in turn, will result in an approximate savings of over $25 million.

o Act 24-2017, which amended the Transit Act, provides greater safety on highways and generates an estimated additional $13 million.

o Act 25-2017, which will govern internet sales, does justice for our small and medium companies and brings in additional estimated revenues of $35 to $55 million.

o Act 26-2017, approved in accordance with the Fiscal Plan, standardizes the fringe benefits received by all public servants and employees and generates savings estimated at around $130 million. In accordance with public health policy, additional revenues of around $50 million will be generated for public funds from an increase in the cost of tobacco and its derivatives.

o Soon we will submit new legislation that proposes consolidating portions of the Department of Family and the Department of Economic Development and Commerce (DEDC). This will allow us to continue developing a more agile and efficient government, to the benefit of all of our people.

The recommended budget for Fiscal Year 2017-2018 is another step on the path toward Puerto Rico's fiscal stability and economic recovery. The new budget, which includes more than $2 billion pension payments, totals $9.562 billion**.**

Our first budget is an example of fiscal discipline, ensures essential services for our people and facilitates conditions for activating the economy and generating new jobs in Puerto Rico. It shows a 9.1% decrease in the government's operating costs.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

Under the Fiscal Plan, the new budget reduces marketing and advertising expenses by 32%. We also reduce materials purchases by 40%, payroll administration by 13% and subsidies and donations by 47%.

Dear legislators: The budget that you will be reviewing does not have a frame of reference, since the preparation thereof addresses transparency and public policy requirements different from those of previous administrations. Another example of this is that in this budget we will assume all pension payments for the retirement systems. Payments to our pensioners are guaranteed in this budget. ***There is a new government at work in Puerto Rico.***

I kindly ask you to consider the new budget as one more piece needed to make Puerto Rico more modern, progressive and fair.

I invite you to aim for a Puerto Rico with world-class education and transform the deficient system we have now into a system designed to maximize student performance, a system that gives students and their parents additional opportunities, a system that builds community schools, collaborates with non-profit organizations to provide services, and decentralizes the Department of Education so that decisions benefiting students can be implemented swiftly and efficiently, eliminating excessive bureaucracy.

We are going to bring technology to the classrooms and provide our students with new academic experiences using distance-learning resources.

I want to use this occasion to inform teachers that, under a Department of Education initiative, we took steps and successfully raised enough federal funds to grant a **one-thousand-dollar** bond to any math, science, English and Spanish teachers – from those qualified as surplus – who voluntarily agree to work at recipient schools most in need.

I invite you to join in making a healthy Puerto Rico, to develop a patient-focused health system that allows all citizens access to the best possible services. We are going to develop a preventative system that teaches patients to care for their health, a system that modernizes services using a single medical record. For this reason, we will be increasing spending on our health system.

I returned from Washington and New York a few days ago, where we held important meetings, both in Congress and with Medicaid directors, where I demanded greater resources for health programs in Puerto Rico. We feel confident we'll achieve increases in Medicaid funding, but we it must clearly understood that the only way to guarantee parity and the same treatment as the states receiving health program appropriations is by being a state. There is NO other way. The path toward equality in health programs has been outlined and we are on that path.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

I invite you to make a safe Puerto Rico, where we can effectively integrate state and federal resources to defeat organized crime and drug trafficking. We are going to modernize our police by integrating technological advances and by training members of the police force.

We are going to effectively develop community police officers, integrate State Police resources with municipal police resources and address the problem of public safety in an integrated manner, in collaboration with the new Department of Safety, which groups together seven agencies from the central government.

I urge you to collaborate to empower communities, as has been done with the recent efforts by "Fortaleza for You," led by my wife Beatriz, which brings the government, the private sector and non-profit organizations together.

I invite you to make Puerto Rico an important center for technological innovation and economic development and position Puerto Rico as a bridge that brings cultures in the American hemisphere together. We are creating conditions to facilitate business development, investment and job creation in Puerto Rico.

Dear legislators: This better Puerto Rico is possible, and together we can make it a reality. The budget bill we are submitting today for your consideration is based on these goals. We are demonstrating that the government can do more with less. ***There is a new government at work in Puerto Rico.***

I must not forget to use this appearance before the Legislative Assembly to talk about the immediate future of our fatherland.

We Puerto Ricans are not indifferent to the problems that other people in the world are living through. Everyone has their challenges, their problems and political situations to overcome.

An example close to our Island is the current situation in Venezuela, where the right to freedom of expression, the right to freedom of association and even fundamental human rights are being violated.

In Puerto Rico, we will have the opportunity to leave behind the limitations of a shameful colonial system and aspire to equal rights in a nation that symbolizes freedom and democracy around the world.

In an effort to include all political sectors and in response to the request made by the Department of Justice, we amended the law ordering the referendum to be held on June 11, in order to include the option regarding the current territorial status on the ballot.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.

There is no excuse not to participate in the referendum now. In democracy, the majority that participates in the electoral process prevails. As governor, I urge the public to participate in the referendum, which will define the demand for decolonization we plan to submit to the federal government and the United States Congress.

On June 11, Puerto Rico will have the opportunity to earn the respect of the federal government, and the world, as a people who demand the right to political self-determination.

Effective and serious political leadership is demonstrated by taking clear positions and defending the principles one believes in, while firmly respecting those who do not think the same way.

Those who, in the absence of votes, resort to a discourse of confusion and promote disorder will find themselves increasingly lonely and isolated from the majority of Puerto Ricans, who, in good faith, wish for a better tomorrow for each and every child of this land.

I invite us to aspire to equal rights as Puerto Ricans, as citizens of the United States, and to firmly claim the dignity we are entitled to as noble, hard-working and committed people who possess the best of human values.

Thomas Jefferson, one of the United States' founding fathers, once said, and I quote, *"I like the dreams of the future better than the history of the past"* …

Let us leave colonialism behind and look toward a future with optimism, convinced that a better Puerto Rico is possible. The time to decide has come. The time to act has come. The time to vote for Puerto Rican decolonization has come. The time for Puerto Rican progress has come.

God bless our Fatherland.

Good night.

I, Jason Schrier, USCCI # 10-067/translator, certify that the forgoing is a true and accurate translation to the best of my abilities, of the document in Spanish which I have seen.