# Exhibit H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### [PROPOSED] ORDER DIRECTING THE UNITED STATES TRUSTEE TO RECONSTITUTE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 1102(a)(4)

THIS MATTER was brought before the Court upon the *Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4)* [ECF __ ] (the "Motion")[2] filed on July 21, 2017 in the above captioned Title III Cases. At a hearing on August 9, 2017, the Court considered and reviewed the Motion and other pleadings and exhibits submitted in support thereof. Any objections to the Motion that have not been withdrawn or resolved have been overruled.

After due deliberation and sufficient cause appearing therefor; due and proper notice of the Motion given to all parties entitled thereto; and the Court having jurisdiction over this matter;

---

[1] The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings assigned to them in the Motion.

the Court finds that the Constitutional Debtholders are not adequately represented by the Committee as currently constituted. Accordingly, it is hereby

ORDERED, that the Motion is granted as set forth herein;

ORDERED, that the United States Trustee is directed, pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) made applicable in these Title III Cases pursuant to 48 U.S.C. § 2161(a), to change the membership of the Committee and appoint Constitutional Debtholders to the Committee in a manner that is commensurate to the Constitutional Debtholders' position in these Title III Cases and that ensures adequate representation of Constitutional Debtholders on the Committee; and

ORDERED, that this Court shall retain exclusive jurisdiction with respect to the enforcement, interpretation, implementation or modification of this Order.

Dated: August __, 2017                                    SO ORDERED

 

                                                                        _____
The Honorable Laura Taylor Swain
United States District Judge

2