UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                      Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

SCHEDULING ORDER REGARDING CERTAIN MOTIONS TO COMPEL

The Court has received and review the following motions (each a "Motion" and collectively, the "Motions"):

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Tamrio, Inc. (Case No. 17-B192K-3283, docket entry no. 614; Case No. 17-BK-3566, docket entry no. 167; Case No. 17-BK-3567, docket entry no. 192);

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Constructora Santiago II, Corp. (Case No. 17-BK-3283, docket entry no. 627; Case No. 17-BK-3566, docket entry no. 168; Case No. 17-BK-3567, docket entry no. 194);

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Ferrovial Agroman, S.A. (Case No. 17-BK-3283, docket entry no. 685; Case No. 17-BK-3566, docket entry no. 174; Case No. 17-BK-3567, docket entry no. 203); and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Ferrovial Agroman, LLC (Case No. 17-BK-3283, docket entry no. 686; Case No. 17-BK-3566, docket entry no. 175; Case No. 17-bk-3567, docket entry no. 204).

Notwithstanding anything to contrary in the Motions, and consistent with the Case Management Procedures governing these Title III cases (Case No. 17-BK-3283, docket entry no. 262), opposition papers to each Motion must be filed by **July 28, 2017**. Movants' reply papers must filed by **August 3, 2017**. The Court will conduct a hearing on the Motions at the Omnibus Hearing, which will begin at **9:30 a.m. (prevailing Eastern Time) on August 9, 2017**, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 21, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge