## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, :
: (Jointly Administered)
Debtors.[1] :
------------------------------------------------------------------- x

## MOTION TO WITHDRAW AS COUNSEL

To The United State District Court Judge Laura Taylor Swain:

COME NOW Attorneys Patrick D. O'Neill, Esq. and Charles P. Gilmore, Esq., and hereby respectfully request that the Court allows them and their firm, the O'Neill & Gilmore Law Office, LLC, to withdraw as proposed Local Counsel for the Official Committee of Unsecured Creditors for the Commonwealth of Puerto Rico (the "Committee"). Further, they inform the Court that they have been informed that Casillas, Santiago & Torres, LLC and its attorneys Mr. Juan J. Casillas-Ayala, Esq., Mrs. Diana M. Batlle-Barasorda, Esq., Mr. Alberto J. E. Añeses-Negrón, Esq. and Ms. Ericka C. Montull-Novoa, Esq., will be filling Notices of Appearance today as the new proposed Local Counsel on behalf of the Committee.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of July, 2017.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

_____
Patrick D. O'Neill

_____
Charles P. Gilmore

O'NEILL & GILMORE LAW OFFICE, LLC
Patrick D. O'Neill, Esq. USDC - PR 128202
Charles P. Gilmore, Esq. USDC – PR 209614
252 Ponce de León Ave.
Citibank Tower Suite 1701
San Juan, Puerto Rico 00918
Tel.: (787) 620-0670

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

s/ _____
Patrick D. O'Neill Esq.