# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X
)
In re: )  **PROMESA**
)
THE FINANCIAL OVERSIGHT AND )  **Title III**
MANAGEMENT BOARD FOR PUERTO RICO, )
)
    as representative of )  **Case No. 3:17-bk-03283 (LTS)**
)
THE COMMONWEALTH OF PUERTO RICO, *et* )
*al.*, )
)  **(Jointly Administered)**
    Debtors.[1] )
)
)
_____X
)
In re: )
)
)
THE FINANCIAL OVERSIGHT AND )  **PROMESA**
MANAGEMENT BOARD FOR PUERTO RICO, )
)  **Title III**
    as representative of )
)
THE EMPLOYEES RETIREMENT SYSTEM OF )  **Case No. 3:17-bk-03566 (LTS)**
THE GOVERNMENT OF THE )
COMMONWEALTH OF PUERTO RICO, )
)
    Debtor )
)
)
---------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID: 3808).

STATE OF OHIO )
                              ) SS.:
COUNTY OF CUYAHOGA )

       Monika T. Barrios, being duly sworn, deposes and says:

       1.       I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

       2.       On July 20, 2017, I caused a copy of the following:

- *Informative Motion of Certain Secured Creditors of the Employees Retirement System Regarding Complaint Filed in the United States Court of Federal Claims* (the "Informative Motion") [Docket No. 173]

to be served via the Court's electronic case filing and noticing system as well as by hand-delivery upon the Chambers of the Honorable Laura Taylor Swain, at the address listed on Exhibit A, upon the parties listed on the service list attached hereto as Exhibit B, via e-mail, and upon the parties listed on the service list attached hereto as Exhibit C, via U.S. first class mail. I also caused a copy of the Informative Motion to be served, on July 21, 2017, by hand-delivery upon the parties listed on the service list attached hereto as Exhibit D.

                                                                         */s/ Monika T. Barrios*
                                                                         Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 21st day of July 2017

      */s/ Kelly M. Dotson*
Kelly M. Dotson, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires May 14, 2021

**Exhibit A**

United States District Court
Southern District of New York
Chambers of Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

**Exhibit B**

aaa@mcvpr.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
pbentley@kramerlevin.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
adminfinance@bldmpr.com
carmelo@bldmpr.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
airchmech@aol.com
albilda.bosch@eniac-corp.com
Alexandra.verdiales@libertypr.com
allan.brilliant@dechert.com
robert.jossen@dechert.com
andrew.harmeyer@dechert.com
alphaguards@aol.com
amgonzalez@aep.pr.gov
andreslopecordova@gmail.com
acordova@juris.inter.edu
aperez@kpmg.com
Lnegron@kpmg.com
arosenberg@paulweiss.com
arroyo@afcg.biz
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
beltranbeltranassociates@gmail.com
bkfilings@fortuno-law.com
brian.pfeiffer@srz.com
tae.kim@srz.com
parker.milender@srz.com
c_morales@aeepr.com
carlos.garcia3@popular.com
cbimbela@scvrlaw.com
mhernandez@scvrlaw.com
ccuprill@cuprill.com
cdbuilders@live.com
chaves@fc-law.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
cimelendez@coqui.net
cimoc@coqui.net
claudia.quinones@indianowilliams.com
david.indiano@indianowilliams.com
ctorres@tamrio.com
ddunne@milbank.com
aleblanc@milbank.com
amiller@milbank.com
gmainland@milbank.com
debbi.reid@bnymellon.com
deborah.weitzman@cardinalhealth.com
Dmieses@sampr.com
dml@trdlaw.com
har@trdlaw.com
dmonserrate@msglawpr.com
rlozada@msglawpr.com
dperez@cabprlaw.com
epo@amgprlaw.com
larroyo@amgprlaw.com
acasellas@amgprlaw.com
loliver@amgprlaw.com
eric.brunstad@dechert.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com
pabong@reichardescalera.com
eschaffer@reedsmith.com
lsizemore@reedsmith.comf
etulla@riveratulla.com
icabrera@riveratulla.com
fsilva@claropr.com
Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
gkurtz@whitecase.com
jcunningham@whitecase.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
hermann.bauer@oneillborges.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
info@wotecpr.org
jbrugue@mbbclawyers.com
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
jcc@fclawpr.com
vperez@globalinsagency.com

jemudd@yahoo.com
jorge@lpcdinc.com
jose.silva@ramajudicial.pr
jose.sosa@dlapiper.com
jose@superasphalt.net
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jramirez@amrclaw.com
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
jrivlin@afscme.org
tpaterson@afscme.org
mblumin@afscme.org
jrubio@bppr.com
jsalichs@splawpr.com
etejeda@splawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
mvazquez@lsplawpr.com
julio.badia@firstgroup.com
jwc@jwcartagena.com
jzakia@whitecase.com
Kdavid@kasowitz.com
Dfliman@kasowitz.com
Isasson@kasowitz.com
kgwynne@reedsmith.com
ksewell@databasepr.com
leticia.casalduc@indianowilliams.com
lsepulvado@smlawpr.com
jescobar@smlawpr.com
jsantos@smlawpr.com
ltorres@cstlawpr.com
AAneses@cstlawpr.com
luis.villares@aciherzog.com
luisalberto.sanchez@gilacorp.com
lvillarejo@mesirowfinancial.com
man@nblawpr.com
manuel@rodriguezbanchs.com
marcia.goldstein@weil.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
salvatore.romanello@weil.com
gregory.silbert@weil.com

mark.ellenberg@cwt.com
marthalucia@mainline.com
martin.sosland@butlersnow.com
maxtruj@gmail.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
mcto@debevoise.com
mdorow@chicagoequity.com
melissa@nustream.com
melvin.gonzalez@afv.pr.gov
mevicens@yahoo.com
mfb@tcmrslaw.com
lft@tcmrslaw.com
jvankirk@tcmrslaw.com
mguzman@retiro.pr.gov
mhernandez@mihglaw.com
Michael_Haley@ssga.com
Mimi.M.Wong@irscounsel.treas.gov
mmercado@mercado-echegaray-law.com
margaritalmercado@gmail.com
mpico@rexachpico.com
mrivera@emdi.net
msanchez.portugal@ferrovial.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
gorseck@robbinsrussell.com
dburke@robbinsrussell.com
mvega@senado.pr.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
olmaintenance@yahoo.com
pdechiara@cwsny.com
tciantra@cwsny.com
Harnaud@cwsny.com
peajeinfo@dechert.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
ra@calopsc.com
scriado@calopsc.com
ivan.llado@mbcdlaw.com
victor.quinones@mbcdlaw.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
rcalderon@delvallegroup.net

Exhibit B–2

rcamara@ferraiuoli.com
scolon@ferraiuoli.com
rcastellanos@devconlaw.com
rchristmas@nixonpeabody.com
rgarciafontan@gmail.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
robin.keller@hoganlovells.com
rprats@rpplaw.com
rrivera@jgl.com
schristianson@buchalter.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
slevine@saul.com
dpatel@saul.com
sonia.concepcion@peerlessoil.com
stuart.steinberg@dechert.com
suarezcobo@gmail.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
davidcooper@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
brantkuehn@quinnemanuel.com
tac@tchinc.com
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
USTP.Region21@usdoj.gov
vperez@globalinsagency.com
william.m.vidal@gmail.com
wmq@wmarrerolaw.com
wmunoz@braxtonpr.com
wsmith@mwe.com
jkapp@mwe.com
mthibert-ind@mwe.com
ksheehan@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
kgwynne@reedsmith.com
lsizemore@reedsmith.com
eschaffer@reedsmith.com
lsepulvado@smlawpr.com
mroot@jenner.com
csteege@jenner.com

rgordon@jenner.com
jramirez@amrclaw.com
eworenklein@debevoise.com
cabruens@debevoise.com
crodriguez-vidal@gaclaw.com
jemudd@yahoo.com
Jlopez@constructorasantiago.com
Jf@cardonalaw.com
scastillo@gaclaw.com
Luis.vazquez@peerlessoil.com
julian.fernandez@metropistas.com
daniel.connolly@bracewell.com
david.lawton@bracewell.com
jlopez@constructorasantiago.com
cabruens@debevoise.com
eworenklein@debevoise.com
michael.doluisio@dechert.com
mark.gallagher@usdoj.gov
lpabonroca@microjuris.com
clarisasola@hotmail.com
n.tactuk@ferrovial.com
bufetefrgonzalez@gmail.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
hernandezrodriguezlaw@gmail.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
noguerapicon@gmail.com
csteege@jenner.com
mroot@jenner.com
rgordon@jenner.com
rlevin@jenner.com
jorgequintanalajara@gmail.com
ileanaortix@outlook.com
pola@frankpolajr.com
herreroilll@herrerolaw.com
craigmcc@me.com
pamela.simons@lehmanholdings.com
abhishek.kalra@lehmanholdings.com
alinares2020@yahoo.com
lawlugo1@gmail.com
mfvelezquiebras@gmail.com
ccolon@mccsprmaxtruj@gmail.com
daniel.perez@oneillborges.com
pdo@go-law.com
cpg@go-law.com

Exhibit B–3

lawrog@gmail.com
dcantor@omm.com
roppenheimer@omm.com
pfriedman@omm.com
orlando1701@gmail.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
leslieplaskon@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com
gpavia@pavialazaro.com
gerardopavialaw@msn.com
luis.vazquez@peerlessoil.com

cgray@reedsmith.com
dschlecker@reedsmith.com
victorriverarios@rcrtrblaw.com
lrobbins@robbinsrussell.commstancil@robb
kzecca@robbinsrussell.com
alavinbuk@robbinsrussell.com
lpettit@robbinsrussell.com
jbolian@robbinsrussell.com
anunez@smlawpr.com
jlopez@constructorasantiago.com
wardlow.w.benson@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
info@wotecprmandryj@yahoo.orgcom
Julian.fernandez@metropistas.com

Exhibit B–4

**Exhibit C**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC  20525 | Cede & Co.,<br>  as nominee of the Depositary Trust Company2<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY  10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR  00919-1149 | COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto, PR  00976 |
| COSALL<br>Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto, PR  00977 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR  00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC  20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC  20585 |
| Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington, DC  20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW<br>Washington, DC  20410 |
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC  20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC  20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC  20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC  20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington, DC  20460 |

| | |
|---|---|
| EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras, PR  00926 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC  20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC  20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR  00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR  00968 | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR  00968 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR  00623 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR  00901 |
| Small business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC  20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano<br>Roosevelt Avenue #383<br>San Juan, PR  00917 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC  20530 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC  20044-0875 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC  20548 |

Exhibit C–2

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681<br>Carolina, PR 00981-0190 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N/W/<br>11th Floor<br>Washington, D.C. 20001 |
| United States Department of Justice Civil Division<br>Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | |

Exhibit C–3

**Exhibit D**

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150,
San Juan, PR 00918-1767

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922