## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
:
In re:                                                     :
                                                           :
THE FINANCIAL OVERSIGHT AND          :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :  Title III
                                                           :
    as representative of                      :  Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO *et al.,*  :
                                                           :  (Jointly Administered)
    Debtors.[1]                                     :
------------------------------------------------------------------------ x

### MOTION TO SUBSTITUTE PRO HAC VICE SPONSOR ATTORNEY

To The United State District Court Judge Laura Taylor Swain:

    COME NOW Luc A. Despins, Esq., Michael E. Comerford, Esq., G. Alexander Bongartz, Esq., Andrew V. Tenzer, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq. and James R. Bliss, Esq. (the "Pro Hac Vice Attorneys"), through the undersigned counsel, and respectfully STATE and PRAY:

    1.    On June 27, 2017, Luc A. Despins, Esq., Michael E. Comerford, Esq, G. Alexander Bongartz, Esq., Andrew V. Tenzer, Esq. filed their respective motions before the Court requesting Pro Hac Vice Admission in the captioned case. *See* Dockets Nos. 500, 501, 502, 505, and 507.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      Mr. Patrick O'Neill, Esq. sponsored the above-mentioned attorneys as Local Counsel for the Official Committee of Unsecured Creditors (the "Committee") before this Court in the captioned case. *See* Dockets Nos. 500, 501, 502, 505, and 507.

3.      On June 27, 2107, the Court granted Luc A. Despins, Esq., Michael E. Comerford, Esq., G. Alexander Bongartz, Esq., Andrew V. Tenzer, Esq. Pro Hac Vice admission to the Court in the captioned case. *See* Docket No. 509.

4.      On July 5, 2017, James B. Worthington, Esq., Anthony F. Buscarino, Esq. and James R. Bliss, Esq. filed their respective motions before the Court requesting Pro Hac Vice Admission in the captioned case. *See* Dockets Nos. 576, 577, and 578.

5.      Mr. Patrick O'Neill, Esq. sponsored the above-mentioned attorneys as Local Counsel for the Committee before this Court in the captioned case. *See* Dockets Nos. 576, 577, and 578.

6.      On July 6, 2017, the Court granted James B. Worthington, Esq., Anthony F. Buscarino, Esq. and James R. Bliss, Esq. Pro Hac Vice admission to the Court in the captioned case. *See* Docket No. 594.

7.      On July 21, 2017, the Committee engaged Casillas, Santiago & Torres, LLC ("CST Law") as its replacement Local Counsel.

8.      As such, CST Law's attorneys Mr. Juan J. Casillas-Ayala, Esq., Mrs. Diana M. Batlle-Barasorda, Esq., Mr. Alberto J. E. Añeses-Negrón, Esq. and Ms. Ericka C. Montull-Novoa, Esq. will be substituting Mr. O'Neill as sponsor attorney for the Pro Hac Vice Attorneys from now on.

9.      The information of each sponsoring attorney is as follows:

**Juan J. Casillas-Ayala, Esq.**
USDCPR No – 218312
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Tel.: (787) 523-3434

**Diana M. Batlle-Barasorda, Esq.**
USDCPR No. – 213103
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Tel.: (787) 523-3434

Fax.: (787) 523-3433
jcasillas@cstlawpr.com

Fax.: (787) 523-3433
dbatlle@cstlawpr.com

**Alberto J. E. Añeses-Negrón, Esq.**
USDCPR No. – 302710
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Tel.: (787) 523-3434
Fax.: (787) 523-3433
aaneses@cstlawpr.com

**Ericka C. Montull-Novoa, Esq**.
USDCPR No. – 230601
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Tel.: (787) 523-3434
Fax.: (787) 523-3433
emontull@cstlawpr.com

    10.    Pursuant to Local Rule 83A(f), all of the new sponsor attorneys hereby consent to the designation of local counsel of record for all purposes.

    11.    It is hereby requested that the Honorable Court allows for the substitution of the sponsor attorneys for the Pro Hac Vice Attorneys.

    **WHEREFORE**, the Pro Hac Vice Attorneys respectfully request that this Court enter an order granting the request herein and such other and further relief as this Court deems appropriate.

    In San Juan, Puerto Rico, this 21st day of July, 2017.

Filed by:

*/s/ Juan J. Casillas-Ayala*
*/s/ Diana M. Batlle-Barasorda*
*/s/ Alberto J. E. Añeses-Negron*
*/s/ Ericka C. Montull-Novoa*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Proposed Replacement Local Counsel to the Official Committee of Unsecured Creditors*

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*s/ Juan J. Casillas-Ayala*
Juan J. Casillas-Ayala, Esq.

**<u>Exhibit A</u>**

**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------- x

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.,* | : |
| | : (Jointly Administered) |
| Debtors.[2] | : |

----------------------------------------------------------------------- x

## ORDER APPROVING SUBSTITUTION OF SPONSORING ATTORNEY

Upon the *Motion to Substitute Sponsoring Attorney* (the "Motion"), it is **HEREBY ORDERED THAT**:

1. The Motion is approved and granted as set forth herein.

2. Patrick O'Neill is no longer the sponsoring attorney for Luc A. Despins, Esq., , Michael E. Comerford, Esq., G. Alexander Bongartz, Esq., Andrew V. Tenzer, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq. and James R. Bliss, Esq. (the "Pro Hac Vice Attorneys").

3. The law firm of Casillas, Santiago & Torres, LLC and its attorneys Mr. Juan J. Casillas-Ayala, Esq., Mrs. Diana M. Batlle-Barasorda, Esq., Mr. Alberto J. E. Añeses-Negrón, Esq. and Ms. Ericka C. Montull-Novoa, Esq.  will be the sponsor attorneys for the Pro Hac Vice Attorneys.

Dated:  August___, 2017
San Juan, Puerto Rico

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).