UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------------------- x

**NOTICE OF SECOND AMENDED APPEARANCE OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (and other title III debtor(s) (if any) for which it acts as the official committee of unsecured creditors) (the "Committee") hereby files, through its proposed counsel, Paul Hastings LLP and Casillas, Santiago & Torres LLC, this second amended notice of appearance,[2] and, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, which are applicable to these cases by section 310 of PROMESA,[3] requests that all notice given or required to be given in these cases and served upon:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

[2] The Committee previously filed notices of appearance on June 27, 2017 [Docket No. 494] and July 7, 2017 [Docket No. 601]. The Committee files this second amended notice of appearance to reflect the substitution of local Puerto Rico counsel.

[3] References to PROMESA are references to 48 U.S.C. §§ 2101 *et. seq.*

1

| **PAUL HASTINGS LLP** | **CASILLAS, SANTIAGO & TORRES LLC** |
|---|---|
| Luc A. Despins, Esq. | Juan J. Casillas Ayala, Esq. |
| Andrew V. Tenzer, Esq. | Diana M. Batlle-Barasorda, Esq |
| Leslie A. Plaskon, Esq. | Alberto J. E. Añeses Negrón, Esq. |
| James R. Bliss, Esq. | Ericka C. Montull-Novoa, Esq. |
| James B. Worthington, Esq. | El Caribe Office Building |
| Michael E. Comerford, Esq. | 53 Palmeras Street, Ste. 1601 |
| G. Alexander Bongartz, Esq. | San Juan, Puerto Rico 00901-2419 |
| 200 Park Avenue | Telephone: (787) 523-3434 |
| New York, NY 10166 | jcasillas@cstlawpr.com |
| Telephone: (212) 318-6000 | dbatlle@cstlawpr.com |
| Fax: (212) 319-4090 | aaneses@cstlawpr.com |
| lucdespins@paulhastings.com | emontull@cstlawpr.com |
| andrewtenzer@paulhastings.com | |
| leslieplaskon@paulhastings.com | |
| jamesbliss@paulhastings.com | |
| jamesworthington@paulhastings.com | |
| michaelcomerford@paulhastings.com | |
| alexbongartz@paulhastings.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be in accordance with the First Amended Notice, Case Management and Administrative Procedures [Docket No. 262-1], unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that the Committee intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, or any other rights, claims, actions, defenses, set-offs, or recoupments to which the Committee is or may be entitled under agreements in law or in equity.

*[Remainder of page intentionally left blank.]*

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the case participants.

**RESPECTFULLY SUBMITTED.**

Dated: July 21, 2017
San Juan, Puerto Rico

/s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Proposed Replacement Local Counsel to the Official Committee of Unsecured Creditors*