# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>The Commonwealth of Puerto Rico,<br>    *Debtor,* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br>    *Debtor,* | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>(Jointly Administered) |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>The Puerto Rico Highways And Transportation Authority ("HTA"),<br>    *Debtor,* | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS<br><br>(Jointly Administered) |
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"),<br>    *Debtor,* | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE IN REPRESENTATION
OF AD HOC PUERTO RICO MUNICIPALITIES COMMITTEE**

**TO THE HONORABLE COURT:**

**NOW COMES** Ad Hoc Puerto Rico Municipalities Committee (the "Ad Hoc Municipalities Committee" or the "Committee"), and very respectfully states and prays:

An Ad Hoc Puerto Rico Municipalities Committee has been created to represent the interests of all seventy-eight (78) Puerto Rico Municipalities in the Title III petitions of the Commonwealth of Puerto Rico and its instrumentalities.

The Ad Hoc Municipalities Committee is currently composed of the Municipalities of Mayagüez, Isabela, Quebradillas, Añasco, Guayama, Cabo Rojo, San Germán, Adjuntas, Guayanilla, Barceloneta and Guanica.

The Law Firms of Godreau & Gonzalez Law and Rochelle McCullough, LLP have been hired by the Ad Hoc Municipalities Committee to represent it in the abovementioned proceedings. Atty. F. David Godreau Zayas and Atty. Rafael A. Gonzalez Valiente are admitted and authorized to practice law in this Court and will appear in representation of the Ad Hoc Municipalities Committee. The following is the contact information for the abovementioned counsel.

GODREAU & GONZALEZ, LLC.
P.O. BOX 9024176
SAN JUAN, PUERTO RICO 00902-4176
787-726-0066

F. David Godreau Zayas, Esq.
USDC-PR NO. 123207
dg@g-glawpr.com

Rafael A. Gonzalez Valiente, Esq.
USDC-PR NO. 225209
rgv@g-glawpr.com

Atty. Michael R. Rochelle and Kevin D. McCullough are admitted and authorized to practice law in the State of Texas. They will appear *pro hac vice* in representation of the Ad Hoc Municipalities Committee. The following is the contact information for the abovementioned counsel.

ROCHELLE McCULLOUGH, LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185

Michael R. Rochelle, Esq.
Texas Bar No. 17126700
*buzz.rochelle@romclaw.com*

Kevin D. McCullough, Esq.
Texas Bar No. 00788005
*kdm@romclaw.com*

In view of the aforesaid, the appearing party requests that its attorneys' address be added to the master address list, so that they may be notified of all incidents occurring in the case at bar.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants of the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 21, 2017.

By: */s/ F. David Godreau Zayas*
USDC NO. 123207
Counsel for the Bankruptcy Estate
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*dg@g-glawpr.com*


By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for the Bankruptcy Estate
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*


By: */s/ Michael R. Rochelle*
Michael R. Rochelle, *pro hac vice forthcoming*
Texas Bar No. 17126700
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185
Buzz.Rochelle@RoMcLaw.com

By: */s/ Kevin D. McCullough*
Kevin D. McCullough, *pro hac vice forthcoming*
Texas Bar No. 00788005
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185
KDM@RoMcLaw.com

*ATTORNEYS FOR AD HOC MUNICIPALITIES COMMITTEE*