**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER GRANTING AD HOC PUERTO RICO MUNICIPALITIES COMMITTEE'S REQUEST FOR THE APPOINTMENT OF AN OFFICIAL PUERTO RICO MUNICIPALITIES COMMITTEE

On this day came on for consideration the *Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Puerto Rico Municipalities Committee* [Dkt. No. ___] (the "Motion"). The Court heard arguments on the Motion on August 9, 2017. Having considered the Motion, the evidence adduced, the arguments of counsel, and the law, and after proper notice, the Court finds as follows:

1. The Court has jurisdiction over this matter pursuant to the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA") § 166(a) (48 U.S.C. § 2161(a)).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2. The Ad Hoc Puerto Rico Municipalities Committee is a party in interest to this proceeding pursuant to 11 U.S.C. §§ 1102(a)(2) and § 1109(b), made applicable pursuant to 48 U.S.C. § 2161(a).

3. The appointment of an additional committee of creditors pursuant to 11 U.S.C. § 1102(a)(2) is necessary to assure adequate representation of the interests of the Municipalities in this proceeding.

4. The Municipalities are "beneficiaries of…claims" against an "Issuer" or "Authorized Instrumentality of the Territory Government Issuer" pursuant to PROMESA § 301(C)(3)(a) (48 U.S.C. § 2161(a)(c)(3)(A)) and as such are entitled to the appointment of a separate committee of creditors pursuant to 11 U.S.C. § 1102(a)(2).

Accordingly, the Court finds that cause exists for granting the relief requested. It is therefore

**ORDERED**, that the Ad Hoc Municipalities Committee's Motion is **GRANTED**. It is therefore,

**ORDERED,** that pursuant to 11 U.S.C. § 1102(a)(2), the Ad Hoc Municipalities Committee is designated an official committee of creditors in this proceeding and is granted all of the rights and privileges attendant thereto.

**SO ORDERED.**

In San Juan, Puerto Rico, on _____, 2017.

_____
Honorable Laura Taylor Swain
United States District Judge