*Hearing Date*: August 9, 2017 at 9:30 (EST)
*Objection Deadline*: July 28, 2017 at 4:00pm (EST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br>   as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF HEARING ON AD HOC PUERTO RICO MUNICIPALITIES COMMITTEE'S REQUEST FOR AN ORDER PURSUANT TO 48 U.S.C. §2161 AND 11 U.S.C. §1102 DIRECTING THE APPOINTMENT OF AN OFFICIAL PUERTO RICO MUNICIPALITIES COMMITTEE

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that a hearing on the Ad Hoc Puerto Rico Municipalities Committee's Request For An Order Pursuant To 48 U.S.C. §2161 And 11 U.S.C. §1102 Directing The Appointment Of An Official Puerto Rico Municipalities Committee (ECF No. 709) filed on July 21, 2017 in the above captioned Title III Cases will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico (the "District Court"), in Room 3, 150 Carlos Chardón Street, Federal Build-

---

[1] The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as Bankruptcy case numbers due to software limitations).

ing, Office 150, San Juan, Puerto Rico 00918-1767 on **August 9, 2017 at 9:30 a.m.** (Prevailing Atlantic Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the District Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the First Amended Notice, Case Management and Administrative Procedures [ECF No. 262-1], so as to be so filed and received no later than **July 28, 2017 at 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a Hearing.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants of the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on July 21, 2017.

By: */s/ F. David Godreau Zayas*
USDC NO. 123207
Counsel for the Municipalities
Ad Hoc Committee
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*

By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for the Municipalities
Ad Hoc Committee
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*

By: */s/ Michael R. Rochelle*
Michael R. Rochelle, *pro hac vice forthcoming*
Texas Bar No. 17126700
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185
Buzz.Rochelle@RoMcLaw.com

By: */s/ Kevin D. McCullough*
Kevin D. McCullough, *pro hac vice forthcoming*
Texas Bar No. 00788005
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185
KDM@RoMcLaw.com

*ATTORNEYS FOR AD HOC MUNICIPALITIES COMMITTEE*