UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING REQUEST TO WITHDRAW APPEARANCE

Before the Court is the *Motion to Comply with Order Regarding Defective Notice of Withdrawal* (docket entry no. 682 (the "Motion")) filed by Bennazar, Garcia & Milian, C.S.P., counsel to the "Movimiento Pro Pensionados" Ad Hoc Committee. In light of the proffers of counsel in the Motion, it is hereby

ORDERED, that the Motion is granted, and it is further

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDERED, that the Clerk of Court is requested to terminate the appearance of the "Movimiento Pro Pensionados" Ad Hoc Committee in this Title III proceeding, without prejudice to their filing an appearance through counsel at a later date.

This Order resolves docket entry no. 682.

SO ORDERED.

Dated: July 21, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge