UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

        Debtors.[1]

-------------------------------------------------------------x

ORDER DENYING MOTION FOR RECONSIDERATION

        Before the Court is the *Motion Requesting to Vacate Judgment for Fraud Upon
the Court and Other Reliefs* (docket entry no. 634 (the "Motion")) filed by Javier Mandry-
Mercado, pro se ("Movant"), which the Court construes as a motion for reconsideration by which
Movant requests that this Court reconsider its opinion and order granting relief from the
automatic stay to creditor Sucesión Pastor Mandry Mercado (docket entry no. 600 (the "Mercado
Opinion")) on the grounds that Maria E. Vicéns Rivera, the attorney who filed the motion
(docket entry no. 305 (the "Mercado Motion") requesting the relief sought in the Mercado

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
        number and the last four (4) digits of each Debtor's federal tax identification number, as
        applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-
        LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing
        Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
        Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority
        ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:
        3808); and (iv) Employees Retirement System of the Government of the Commonwealth
        of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of
        Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers
        due to software limitations).

Opinion, provided false or misleading information to the Court.  Ms. Vicéns Rivera, in response to the Motion, proffers that her appearance was authorized by the majority of the members of the estate she represented in noticing her appearance and filing the Mercado Motion.  Having considered the submissions of the parties and upon review of the materials filed in connection with the Mercado Motion, the Court finds no basis to strike the appearance of, or sanction, Ms. Vicéns Rivera, and no basis in law or fact to reconsider the Mercado Opinion, and accordingly the Motion is denied.[2]  This Order resolves docket entry no. 634.

       SO ORDERED.

Dated: July 21, 2017

                                             /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        United States District Judge

Copy mailed to:

      Javier Mandry-Mercado
      1326 Calle Salud Apt. 1101
      Ponce, PR  00717

---

[2]    Movant also requests relief relating to proceedings in the courts of the Commonwealth of Puerto Rico.  This Court does not have jurisdiction to provide the relief requested, and that aspect of the Motion is denied accordingly.