```
Court Name: District Court
Division: 1
Receipt Number: PRX100053844
Cashier ID: arodrigu
Transaction Date: 07/20/2017
Payer Name: LLADO-RODRIGUEZ, IVAN

PRO HAC VICE
  For: LLADO-RODRIGUEZ, IVAN
  Case/Party: D-PRX-1-57-HA-040903-002
  Amount:      $300.00
PRO HAC VICE
  For: LLADO-RODRIGUEZ, IVAN
  Case/Party: D-PRX-1-57-HA-000003-002
  Amount:      $300.00

PAPER CHECK CONVERSION
  Remitter: MORELL BAUZA CARTAGENA
  Check/Money Order Num: 011878
  Amt Tendered:  $600.00

Total Due:       $600.00
Total Tendered:  $600.00
Change Amt:       $0.00

(7-4789(LTS) PRO HAC VICE OF JAMES
W. KAPP, III & WILLIAM P. SMITH

THRU: LLADO-RODRIGUEZ, IVAN
```

```
Court Name: District Court
Division: 1
Receipt Number: PRX100050821
Cashier ID: arodrigu
Transaction Date: 07/19/2017
Payer Name: FIGUEROA-TORRES, LINETTE

PRO HOC VICE
 For: FIGUEROA-TORRES, LINETTE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: FIGUEROA-TORRES, LINETTE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: FIGUEROA-TORRES, LINETTE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: FIGUEROA-TORRES, LINETTE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: FIGUEROA-TORRES, LINETTE
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00

PAPER CHECK CONVERSION
 Remitter: TORO, COLON, MULET, RIVERA &
 S
 Check/Money Order Num: 13021
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: TORO, COLON, MULET, RIVERA &
 S
 Check/Money Order Num: 13020
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: TORO, COLON, MULET, RIVERA &
 S
 Check/Money Order Num: 13019
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: TORO, COLON, MULET, RIVERA &
 S
 Check/Money Order Num: 13018
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: TORO, COLON, MULET, RIVERA &
 S
 Check/Money Order Num: 13017
 Amt Tendered:  $300.00

Total Due:       $1,500.00
Total Tendered:  $1,500.00
Change Amt:          $0.00

17-BK-4780(LTS) PRO HAC VICE OF AMY
CATON, ALICE J. BYOWITZ, GREGORY
HOROWITZ, NATAN M. HAMERMAN &
THOMAS MOERS MAYER

THRU: FIGUEROA-TORRES, LINETTE
```

*[Handwritten annotation: "Grant Motions Added"]*