```
Court Name: District Court
Division: 1
Receipt Number: PRX100050056
Cashier ID: arodrigu
Transaction Date: 07/21/2017
Payer Name: BURGOS-PEREZ, HERIBERTO

PRO HOC VICE
 For: BURGOS-PEREZ, HERIBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: BURGOS-PEREZ, HERIBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: BURGOS-PEREZ, HERIBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: BURGOS-PEREZ, HERIBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: BURGOS-PEREZ, HERIBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: BURGOS-PEREZ, HERIBERTO
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00

CREDIT CARD
 Amt Tendered: $1,800.00

Total Due:     $1,800.00
Total Tendered: $1,800.00
Change Amt:    $0.00

17-4780(LTS) PRO HAC VICE OF NATHAN
BULL, THOMAS J. CURTIN, MARK C.
ELLENBERG, ELLEN M. HALSTEAD,
HOWARD K. HAWKINS & CASEY J.
SERVAIS

THRU: BURGOS-PEREZ, HERIBERTO
```