**UNITED STATES BANKRPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| **IN RE:THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | * | **PROMESA TITLE III** |
| **as representative of** | * | |
| **THE COMMONWEALTH OF PUERTO RICO, et als.** | * | |
| | * | |
| **Debtor(s)** | * | **Case No: 17 BK 3283-LTS** |

************************************

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO THE HONORABLE COURT**

**COMES NOW** the **MUNICIPALITY OF GUAYANILLA** through the undersigned Counsel, and very respectfully **ALLEDGE, STATE AND PRAY:**

1. That the undersigned counsel is the Counsel of the Municipality of Guayanilla.
2. That the Municipality of Guayanilla is a creditor of Debtor.
3. That the undersigned Counsel request that all notices in the present case to be served to his address in the CM/ECF System.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the address of record of all interested parties:

RESPECTFULLY SUBMITTED

In Ponce, Puerto Rico, July 23rd, 2017.

**JRAF LAW FIRM P.S.C.**
**P.O. BOX-7498**
**PONCE P.R. OO732**
**TEL. (787) 651-6909**
**FAX. (787) 651-6957**
**riveraroman@hotmail.com**

**/S/: JUAN P. RIVERA ROMAN**
**JUAN P. RIVERA ROMAN, ESQ.**
**USDC: 210906**