UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

In re:                                              PROMESA

THE FINANCIAL OVERSIGHT AND                         Title III
MANAGEMENT BOARD FOR PUERTO RICO

as representative of                                No. 17 BK 03283-LTS

THE COMMONWEALTH OF PUERTO RICO

Debtor

**MOTION FOR ADMISSION PRO HAC VICE OF
CARMENELISA PEREZ-KUDZMA**

Comes now, Carmenelisa Perez-Kudzma, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the Perez-Kudzma Law Office, with offices at:

   413 Boston Post Road, Weston, MA 02493, carmenelisa@pklaw.law, Telephone: (781) 209-5596, Fax (781) 314-8174.

2. Applicant's firm has been retained by: Vicente Perez Acevedo, Virgilio Fernando Acevedo Rivera, Carmen Gloria Acevedo Pagan, Hector Acevedo Pagan, Marcaribe Corporacion Marcaribe Investment, and Lumar Development Corp.

3. Since January 17, 1997 applicant has been and is presently a member in good standing of the highest bar in the Commonwealth of Massachusetts where applicant regularly practices law. Applicant's bar number is 633520.

4. Applicant has been admitted to practice before the following courts:

   Commonwealth of Massachusetts 1/17/1997
   United States District Court, District of Massachusetts 1997
   United States Bankruptcy Court, District of Massachusetts 1997
   Bankruptcy Appellate Panel First Circuit 1997
   United States District Court, District of Colorado 2015
   United States Bankruptcy Court, District of Colorado 2015
   First Circuit Court of Appeals 2011
   Tenth Circuit Court of Appeals 2015
   Eleventh Circuit Court of Appeals 2016
   Bankruptcy Appellate Panel, Tenth Circuit 2015
   United States District Court, District of Vermont 2015

    United States Bankruptcy Court, District of Vermont 2015
    United States Supreme Court 2016

**Also, applicant passed the District Court of Puerto Rico bar in 2017 and is pending the admission ceremony.**

5. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5 where admitted.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

8. Applicant has only filed a pro-hac vice petition in Puerto Rico (U.S. Bankruptcy Court for the District of Puerto Rico (13-0027, Acevedo v. Acevedo Bayron) and this was the result of the fact that the adversary proceeding matter was transferred due to venue from Massachusetts to Puerto Rico.

9. Local counsel of Record associated with applicant in this matter is:

   Miguel Oppenheimer, Esq.
   P.O. Box 10522
   San Juan, PR 00922-0522
   TEL: 1-787-375-6033
   FAX: 1-787-281-4861

10. Applicant has read the Local Rules of the United States District Court of Puerto Rico and will comply with the same.

11. Applicant has read Local Rules of the United States District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission will be made through the Clerk of the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only, pending general admission to the District of Puerto Rico.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 24th day of July 2017.

Carmenelisa Perez-Kudzma

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

_____
Miguel Oppenheimer, Esq.

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Carmenelisa Perez-Kudzma

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this date, 1 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and will make the corresponding payment of the $300.00 pro hoc vice admission fee through the Clerk of the Court.

/s/ Miguel Oppenheimer
Miguel Oppenheimer

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
**U.S. DISTRICT JUDGE**