Modelo SC 851.2
6-mar 80
CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B -M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*       Página Núm. 2 de 24

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
|---|

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
|---|

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
|---|

[X] *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta,*
*Treinta (30) Años*

*OTRAS ESTIPULACIONES:*

### CLÁUSULAS Y CONDICIONES

**CLAUSULA #1:  VIGENCIA**

Las partes comparecientes han acordado otorgar el contrato de arrendamiento del bien inmueble sito en la Carretera #2, Km. 8.3 (Calle Marginal) en Bayamón, Puerto Rico.

Este contrato entrará en vigor desde la firma de las partes (la "Fecha de Efectividad"), y estará vigente por el término de cinco (5) años hasta el 30 de septiembre de 2019 (el "Término"). El mismo podrá ser extendido por un término adicional de hasta cinco (5) años adicionales, mediante acuerdo mutuo de las partes, siempre y cuando éstas hayan cumplido con sus respectivos deberes y obligaciones bajo el presente contrato. Las partes acuerdan que el "Arrendatario" notificará al "Arrendador" con por lo menos sesenta (60) días de antelación a la fecha de terminación del presente contrato de su necesidad e intención de extender la vigencia del mismo.



Ninguna prestación, contraprestación, o desembolso objeto de este contrato podrá exigirse hasta tanto el mismo se haya presentado para registro en la Oficina del Contralor, a tenor con lo dispuesto en la Ley Núm. 18 de 30 de octubre de 1975, según enmendada, cuyo registro dentro del término requerido por ley será responsabilidad del Departamento.

Es un requisito ineludible a tenor con la Ley Núm. 237 de 31 de agosto de 2004, que la vigencia de este contrato es de carácter prospectivo. El "Departamento" no pagará por servicios rendidos con anterioridad a la perfección de este contrato.

**Extensiones, Enmiendas, Modificaciones o Alteraciones**

Este contrato sólo podrá ser extendido, enmendado, modificado y/o alterado por acuerdo mutuo de las partes contratantes, consignado por escrito y firmado por ambas partes dentro de la vigencia del contrato; al efecto y al cumplimiento de las reglas de contratación correspondientes; sujeto a que persista la necesidad pública que lo motiva; a la satisfacción con los servicios, y a la disponibilidad de fondos. Bajo ningún concepto este contrato será válido luego del término, o de su extensión, excepto como aquí se dispone, y siempre sujeto a la autorización de las autoridades pertinentes.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

_____
Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

_____
Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

Modelo SC 854.2
6 mar 80
CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*                                    *Página Núm. 1 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
|---|

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
|---|

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
|---|

| X | *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior* |   | *Más de Cinco (5) Años Hasta Treinta (30) Años* |

*OTRAS ESTIPULACIONES:*

### COMPARECENCIA

Este CONTRATO es otorgado entre el **Departamento del Trabajo y Recursos Humanos**, una agencia pública del Gobierno del Estado Libre Asociado de Puerto Rico, creada al amparo de la Ley Núm. 15 de 14 de abril de 1931, según enmendada, 3 L.P.R.A., §301, et. seq., y representado por Lcdo. Vance Thomas Rider, quien es mayor de edad, casado, y vecino de Hatillo, Puerto Rico, quien comparece en su carácter de Secretario del Trabajo, denominado de aquí en adelante como el "Arrendatario" o el "Departamento", y **EDIFICIO BULA INC.** (anteriormente Five Development, Corp.), una corporación existente bajo las leyes de Puerto Rico, con oficinas en San Juan, Puerto Rico, y representada en este acto por su oficial autorizado, el Sr. Irvin Ramírez Cruz, quien es mayor de edad, casado, y vecino de Bayamón, Puerto Rico, de ahora en adelante denominado el "Arrendador" o "**BULA INC.**".

Los comparecientes manifiestan tener la capacidad legal necesaria para formalizar este contrato de arrendamiento, y en tal virtud, libre y voluntariamente:

### EXPONEN

**POR CUANTO:** En virtud de la Ley Núm. 15 del 14 de abril de 1931, según enmendada, 3 L.P.R.A., §301, et seq., el Secretario del Departamento está autorizado a contratar para llevar a cabo las funciones del Departamento del Trabajo y Recursos Humanos;

**POR CUANTO:** El Departamento y BULA INC. , están respectivamente autorizados a formalizar este contrato, y a cumplir con sus respectivas obligaciones bajo el mismo;

**POR CUANTO:** El Departamento y BULA INC. , aceptan que será responsabilidad de cada parte, y a su costo, tramitar y obtener todos los permisos o certificaciones requeridos por las agencias gubernamentales para otorgar este contrato de arrendamiento;

**POR CUANTO:** El "Arrendador" manifiesta ser dueño en pleno dominio de la siguiente propiedad localizada en la Carretera #2, Km. 8.3 (Calle Marginal) en Bayamón, Puerto Rico, en adelante la "Propiedad":

**POR CUANTO:** En consideración a las premisas aquí incluidas, las partes comparecientes acuerdan libre y voluntariamente las siguientes:



*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

_Lcdo. Vance Thomas Rider_
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

*Irvin Ramírez Cruz*
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*



Modelo SC 854.2
6 mar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*                    *Página Núm. 3 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(Hoja de Continuación)**

| | |
|---|---|
| Núm. Departamento | |
| Núm. Adm. de Serv. Gen. | |
| Núm. Radicación de la OFICINA DEL CONTRALOR | |

[ X ]  *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior*

[ ]  *Más de Cinco (5) Años Hasta*
*Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

### 2. Canon De Arrendamiento:

El canon de arrendamiento fijado por las partes contratantes para los próximos cinco (5) años se establece a continuación:

| | Costo por Pie | Pie2 | Costo Mensual | Costo Anual |
|---|---|---|---|---|
| 1er. Año | $18.00 | 37,000.00 | $55,500.00 | $666,000.00 |
| 2do. Año | $18.00 | 37,000.00 | $55,500.00 | $666,000.00 |
| 3er. Año | $19.00 | 37,000.00 | $58,583.33 | $703,000.00 |
| 4to. Año | $20.00 | 37,000.00 | $61,666.67 | $740,000.00 |
| 5to. Año | $20.00 | 37,000.00 | $61,666.67 | $740,000.00 |
| Total | | | $292,916.67 | $3,515,000.00 |

El "Departamento" rentará u ocupará un total de 37,000.00 pies$^2$ que se distribuyen desde el piso 1 hasta el piso 4.

El costo total para el término de cinco (5) años es de $3,515,000.00. Este canon de arrendamiento responde a la voluntad de las partes y conforme a derecho. Este canon será distribuido, según se define y se describe en la Distribución de Programas por Pies Cuadrados de la Oficina Local de Bayamón:



| Programa | Porciento | Cifra de cuenta |
|---|---|---|
| Servicio por Desempleo (UI) | 25% | 272-0670000-03F-2015 UIXX17225E15 |
| Servicio de Empleo (ES) | 24.35% | 272-0670000-03F-2015 ESXX17207E15 |
| DVOP | .65% | 272-0670000-03F-2015 DVOP17801V15 |
| PR OSHA | 25% | 575-0670000-881-2013(OSH15) |
| NORMAS | 13.54% | 575-0670000-880-2013 (15NOR) |
| SINOT | 1.24% | 752-0670000-994-2015 (15SIN) |
| Estadísticas | 7.52% | 234-0670000-081-2014 (COI14) |
| Choferes | 2.70% | 785-0670000-996-2015 (15NCH) |

De surgir la necesidad de disminuir el pie cuadrado en algunos de los programas, el "Arrendador" y el "Arrendatario" se pondrán de acuerdo en el ajuste de la renta.

El "Arrendatario" podrá cancelar el contrato de arrendamiento o disminuir el pie cuadrado arrendado en caso de un cierre parcial o completo de los programas, previa notificación escrita a

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Irvin Ramírez Cruz
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015-00426

Modelo SC 854.2
6 mar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*                    Página Núm. 4 de 24

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(Hoja de Continuación)**

| Núm. Departamento |
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[X] *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta Treinta (30) Años*

## OTRAS ESTIPULACIONES:

la otra parte con por lo menos sesenta (60) días de anticipación a la fecha de terminación deseada. Los pagos que el "Arrendatario" pagará al "Arrendador" por concepto de cánones de arrendamiento serán remitidos de acuerdo a las directrices impartidas por el Gobierno de Puerto Rico por medio de cheques o giros pagaderos a la orden de **Edificio Bula Inc.**, a la dirección que se indica en la cláusula correspondiente a notificaciones. Dichos pagos, serán enviados por el "Arrendatario" al "Arrendador" por correo.

### 3. Sub-Arrendamiento:

Las partes aquí comparecientes convienen y estipulan que el "Arrendatario" no podrá sub-arrendar, ni ceder, en todo o en parte, el local objeto de arrendamiento a no ser que cuente con el consentimiento previo por escrito del "Arrendador". No será necesario obtener el consentimiento previo del "Arrendador", ni cumplir con los requisitos antes expuestos, para que el "Arrendatario" pueda ceder y/o subarrendar el local arrendado a cualquier entidad afiliada o subsidiaria o controlada por el Departamento del Trabajo, disponiéndose que en caso de cesión y/o subarrendamiento tanto las entidades afiliadas y/o subsidiarias y/o controladas, así como el "Arrendatario" serán responsables solidariamente al "Arrendador" de todos los términos y condiciones del presente contrato.

### 4. Mantenimiento, Mejoras y Reparaciones:

El "Arrendador" se compromete a llevar a cabo los arreglos señalados en el Informe de Deficiencias que forma parte integral de este contrato como Anejo I. El término para llevar a cabo los arreglos señalados en dicho informe es de sesenta (60) días calendarios contados desde la firma de este contrato.



El "Arrendador" se compromete a reparar, mejorar y mantener en buen estado de uso equipo tal como inodoros, lavamanos, etc., y planta física, o cualquier otra facilidad que sea cedida en arrendamiento, o que en el futuro pase a formar parte del mismo. De la misma manera, se compromete a reponer el equipo y accesorios que se dañen o queden fuera de servicio por causa fortuita, causa ajena al "Arrendatario", o deterioro natural. Todo equipo que tenga que ser arreglado o repuesto debe ser de la misma o superior calidad del que se arregle o reponga.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

*Lcdo. Vance Thomas Rider*
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

*Irvin Ramírez Cruz*
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015- 050426

Modelo SC 854.2
6 mar 80
CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Mar-94-IOPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 5 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
|---|

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
|---|

***CONTRATO DE ARRENDAMIENTO DE LOCALES***
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
|---|

| X | Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior |   | Más de Cinco (5) Años Hasta Treinta (30) Años |

**OTRAS ESTIPULACIONES:**

El "Arrendador", a solicitud del "Arrendatario", llevará a cabo las mejoras y reparaciones que fueran necesarias; siempre y cuando sean por desgaste normal y no por abuso o negligencia del "Arrendatario"; reparaciones tales como, pero sin limitarse, a las siguientes:

- Reemplazar las losetas que estén deterioradas o dañadas por otras de la misma calidad; color y estilo de las actuales.

- Colocar y sustituir todos los paneles del plafón acústicos que estén averiados o deteriorados como consecuencia de algún defecto de las facilidades rentadas y/o del uso normal y corriente de la propiedad.

- Reparar, remplazar las lámparas, tubos de alumbrado, puertas, ventanas y bombillas requeridas en el local que estén dañadas, y según especificado en este contrato.

- Reparar todas las grietas de las paredes del edificio, tanto internas como externas u otras áreas que puedan señalar los inspectores de la Oficina de Seguridad y Salud del "Departamento" y del Servicio de Bomberos de Puerto Rico, para que cumpla con todos los requisitos de seguridad.

- Cambiar todos los cristales que se astillen, por otros de la misma contextura, siempre y cuando se deba a causas fortuitas o ajenas de "El Arrendatario".

- Reparar y/o cambiar el sistema de aire acondicionado cuando éste se encuentre averiado, según especificado en este contrato.

- Cambiar los difusores del sistema de aire acondicionado que estén averiados o deteriorados como consecuencia del uso normal y corriente de la propiedad.

- Pintar, si fuese necesario, cada tres (3) años la estructura interna y externa del edificio, excepto que exista un deterioro natural de la pintura que afecta la apariencia de la estructura. El "Arrendador" utilizará los colores sugeridos por el Departamento del Trabajo, para pintar la estructura interna  y utilizará los colores a su discreción para la estructura externa.

- Remplazar las puertas de cristal cada vez que ello lo amerite.  Siempre y cuando el deterioro o daño sea consecuencia del uso normal y corriente.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Irvin Ramírez Cruz
*Oficial Autorizado*
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-00426

Modelo SC 854.2
6 mar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

ESTADO LIBRE ASOCIADO DE PUERTO RICO        Página Núm. 6 de 24

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Departamento |
|---|
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| X | Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior |

| | Más de Cinco (5) Años Hasta Treinta (30) Años |

## OTRAS ESTIPULACIONES:

- Reparar las paredes cuando lo amerite y solicite "El Arrendatario", siempre y cuando su deterioro o daño sea consecuencia del uso normal y corriente de la propiedad.

- Corregir los defectos en las escaleras, rampas u otras áreas que puedan señalar los inspectores de la Oficina de Seguridad y Salud del Departamento del Trabajo y Recursos Humanos y del Servicio de Bomberos de Puerto Rico, a los fines de que se cumpla con todos los requisitos de seguridad que establezcan dichas agencias.

- El "Arrendador" realizará las reparaciones necesarias para corregir defectos en la estructura de plomería y electricidad del local arrendado. "El Arrendatario" llevará a cabo reparaciones menores tales como: cambio de zapatillas, destape de equipo sanitario, instalación y sustitución de tubos fluorescentes y demás reparaciones necesarios a las facilidades rentadas. Estas reparaciones serán realizadas por el "Arrendatario" si su costo cotizado es de $500.00 o menos, reparaciones mayores de esta cantidad serán sufragadas por el "Arrendador", siempre y cuando sean por desgaste normal y no por abuso o negligencia del "Arrendatario".



- El "Arrendador" será responsable del mantenimiento y reparación de los ascensores y deberá mantener un contrato de mantenimiento para la reparación de los mismos, de aplicarle.

- Limpieza en el exterior del edificio será por causa y cargo de "El Arrendador".

- El "Arrendatario" será responsable de la disposición y contratación del servicio de recogido de basura que se genere dentro del área arrendada, los contenedores de basura serán localizados en un área designado por "El Arrendador".

- El "Arrendador" se compromete a instalar, reparar o cambiar cualquier equipo o accesorio. Se entiende por equipo: puertas, ventanas, rejas, barandas en la rampa y en la rampa de impedidos o equipos sanitarios (que incluye: inodoros, lavamanos y duchas) que se deterioren por uso normal y natural en o antes de los primeros diez (10) días a un máximo de treinta (30) días luego de haber recibido notificación escrita por parte de "El Arrendatario" requiriendo tal servicio. En cualquier caso que "El Arrendador" dejare de realizar las instalaciones requeridas, reparaciones, mejoras y otros servicios solicitados por

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Irvin Ramírez Cruz
*Oficial Autorizado*
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015- 000426

Modelo SC 854.2
6 mar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

ESTADO LIBRE ASOCIADO DE PUERTO RICO

*Página Núm. 7 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
Departamento o Dependencia

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
Dirección

| | |
|---|---|
| **Núm. Departamento** | |
| **Núm. Adm. de Serv. Gen.** | |
| **Núm. Radicación de la OFICINA DEL CONTRALOR** | |

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

| X | Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior |
|---|---|

| | Más de Cinco (5) Años Hasta Treinta (30) Años |
|---|---|

### OTRAS ESTIPULACIONES:

"El Arrendatario" y que conforme a las cláusulas y condiciones de este contrato viniere obligado a así hacerlo, "El Arrendatario" podrá realizar dicho servicio o contratarlo con terceras personas.

Las reparaciones por parte del "Arrendador" serán todas aquellas necesarias y que sean por uso normal o como resultado de la culpa negligente de "El Arrendador" y/o sus empleados o agentes autorizados.

En cualquier caso en que el "Arrendador" dejare sin razón válida de realizar dentro del término antes especificado la instalación, reparación u otro servicio solicitado por el "Arrendatario", que conforme a las cláusulas de este contrato viniera obligado a así hacerlo, el "Arrendatario" podrá realizar dicho servicio o contratarlo con terceras personas y descontará del canon de arrendamiento todo costo de instalación o reparación que fuera por cuenta del "Arrendador", según estipulado.

### 5. Aire Acondicionado:

El "Arrendador" proveerá un sistema de aire acondicionado que consistirá de aquellas unidades que sean necesarias para mantener una temperatura adecuada, según los estándares establecidos. Todo el servicio de aire acondicionado será provisto de material que evite los depósitos de agua condensada en los plafones acústicos.

El "Arrendador" realizará las reparaciones necesarias a este equipo, y será responsable del mantenimiento del mismo. El equipo deberá estar cubierto con paredes de material aislante de vibraciones, residuos y a prueba de fuego.

### 6. Instalaciones Eléctricas:

El "Arrendador" proveerá las instalaciones eléctricas necesarias para el voltaje requerido por el "Arrendatario", e instalará aquellos interruptores de entrada y salida que requiera el equipo eléctrico y/o electrónico que utilizará el "Arrendatario". El "Arrendador" proveerá las instalaciones eléctricas de todo el edificio y mantendrá el voltaje de acuerdo con las necesidades del "Arrendatario". También será responsable de mantener el sistema eléctrico en buen funcionamiento, siempre y cuando el "Arrendatario" no realice alteraciones o sobrecargue el sistema sin autorización.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

Modelo SC 834.2
6 ū́ar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
Departamento o Dependencia

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
Dirección

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
(Hoja de Continuación)

Página Núm. 8 de 24

| Núm. Departamento |
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[ X ] Cinco (5) Años o Menos o Hasta Diez (10)
Años en Locales en el Exterior

[ ] Más de Cinco (5) Años Hasta
Treinta (30) Años

**OTRAS ESTIPULACIONES:**

En casos donde el "Arrendatario" necesite aumentar la capacidad del sistema eléctrico para instalar equipo adicional al originalmente considerado, éste solicitará el servicio al "Arrendador", y facturará por separado el servicio prestado, o autorizará por escrito al "Arrendatario" a efectuar el mismo.

**7. Instalaciones Telefónicas:**

El "Arrendador" proveerá un área para que el "Arrendatario" instale un sistema de comunicación telefónica de acuerdo a sus necesidades.

**8. Medidas Preventivas de Accidentes e Incendios:**

El "Arrendador" proveerá, instalará y mantendrá en buenas condiciones de uso aquel número de extintores y mangueras de incendio que sean adecuados para el local ocupado por el "Arrendatario". El "Arrendador" llevará a cabo los arreglos necesarios para cumplir con todos aquellos requisitos de seguridad establecidos, o que en el futuro se establezcan, por la Oficina de Seguridad y Salud en el Trabajo del Departamento del Trabajo y Recursos Humanos, y/o cualquier otra Agencia Federal o Estatal con autoridad para establecer dichos requisitos.



**9. Instalación, Reparación y Mantenimiento de Sistema de Cisterna, Tormenteras y Planta Eléctrica:**

El "Arrendador" proveerá un sistema de cisterna y un sistema de planta eléctrica. El mantenimiento de la cisterna, así como el de la planta eléctrica será por cargo del "Arrendador", y el consumo del "diesel" será por cuenta y cargo del "Arrendatario". Dicha planta eléctrica no generará energía para encender el sistema de aire acondicionado. El "Arrendador" proveerá las tormenteras para todas las ventanas y puertas del edificio que se determine son necesarias para la protección del mismo, ante la eventualidad del paso de cualquier sistema atmosférico que amerite su uso (tormenta, huracán, etc.).

**10. Iluminación:**

El "Arrendador" instalará las lámparas fluorescentes que sean necesarias para mantener un nivel de luz de cien (100) bujías pie sobre cada escritorio.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

Modelo SC 854.2
6 mar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 R.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*                    *Página Núm. 9 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
                    *Departamento o Dependencia*

| | |
|---|---|
| Núm. Departamento | |

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| | |
|---|---|
| Núm. Adm. de Serv. Gen. | |

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| | |
|---|---|
| Núm. Radicación de la OFICINA DEL CONTRALOR | |

| X | Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior |   | Más de Cinco (5) Años Hasta Treinta (30) Años |

*OTRAS ESTIPULACIONES:*

### 11. Área de Estacionamiento

El "Arrendador" proveerá un área de 166 espacios en el estacionamiento para uso común del "Arrendatario", y para personas con impedimentos, y certifica que el mismo cumple con todos los parámetros reglamentarios. Los estacionamientos para personas con impedimentos deben estar visiblemente rotulados.

### 12. Servicios Sanitarios:

El "Arrendador" proveerá la cantidad de servicios sanitarios requeridos, según el total de pies cuadrados contratado, y separados por sexo. En los mismos deberá instalarse y mantenerse aquellas facilidades especiales requeridas para personas con impedimento.

### 13. Seguros:

El "Arrendador" mantendrá en vigor una póliza de seguro de responsabilidad pública para la eventualidad de un accidente causado por culpa o negligencia del "Arrendador". Igualmente, mantendrá en vigor una póliza contra daños a su propiedad causados por fuego, huracán, terremoto, inundaciones y vandalismo, entre otros, la cual cubrirá todo el edificio y sus alrededores. En ambas pólizas se incluirá una cláusula instruyendo a la compañía aseguradora para que notifique al "Arrendatario" con treinta (30) días de anticipación, de cualquier variación en los términos de la póliza. Ambas pólizas proveerán para el pago de hasta $500,000.00 en el caso de daño a la propiedad, provisto por el "Arrendatario".



El "Arrendador" suministrará al "Arrendatario" una copia de ambas pólizas, así como de cualquier otro tipo de seguro relacionado con la propiedad o sus alrededores. Si por alguna razón, el "Arrendador" no mantuviera vigente estos seguros, éste será responsable de cualquier acción o demanda en daños y perjuicios que se entablare contra el Departamento del Trabajo y Recursos Humanos, y/o Estado Libre Asociado de Puerto Rico, a consecuencia de algún accidente de la naturaleza de los antes especificados que debiere haber estado cubierto por la póliza.

El "Arrendatario", por su parte, se compromete a mantener en vigor una póliza de responsabilidad pública incluyendo daños a la propiedad arrendada para aquellos casos de accidentes causados por culpa o negligencia del "Arrendatario", o sus empleados. Ambos seguros, tanto el del "Arrendador", como el del "Arrendatario", se mantendrán con una

Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Irvin Ramírez Cruz
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015-000426

Modelo SC 834.2
6 mar 80
CC 1300-12-80 (19 feb 80)
J.9.49-03-211-160 R.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 10 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
|---|
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

[ X ]  *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior*

[ ]  *Más de Cinco (5) Años Hasta Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

compañía autorizada por el Comisionado de Seguros.  El "Arrendatario" suministrará al " Arrendador" copia de la póliza.

**14. Eliminación de Barreras Arquitectónicas:**

El "Arrendador" llevará a cabo los arreglos necesarios para construir o mantener aquellas facilidades de acceso y servicios sanitarios requeridos para personas impedidas, según la ley Americans with Disabilities Act (Ley A.D.A.).

**15. Servicio de Agua, Luz y Teléfono:**

Todo contrato de servicio de agua, luz y teléfono se hará a nombre del Departamento del Trabajo y Recursos Humanos. El "Arrendatario" será responsable de emitir los pagos, y de mantener al día dichos pagos.

**16. Cuidado Del Local:**

El "Arrendatario" cuidará debidamente del local, y del equipo en el mismo, y al vencimiento, o en cualquier fecha de terminación anterior del presente contrato de arrendamiento, entregará dicho local, y su equipo, en tan buenas condiciones como el uso razonable así lo permita. Cualquier daño al local, al edificio, o a los equipos sanitarios, eléctricos, de aire acondicionado, o a cualesquiera otros sistemas o accesorios en el mismo, causados al mudar las pertenencias del "Arrendatario" dentro o fuera del edificio, tales como resultado de la acción o negligencia del "Arrendatario", o de los empleados, dependientes, agentes concesionarios, visitantes, cesionarios o subarrendatarios del "Arrendatario", se reparará a la mayor brevedad posible por, y a expensas del, "Arrendatario".



**17. Representaciones del "Arrendador":**

El "Arrendador" reconoce que es responsable de radicar y pagar, de conformidad con la ley, todos los impuestos aplicables de cualquier índole o forma. El "Arrendador", además, certifica y garantiza que, hasta el día de hoy, a su mejor saber y entender, ha cumplido con todas las leyes tributarias de Puerto Rico, y que no adeuda nada al Gobierno del Estado Libre Asociado de Puerto Rico, o sus municipios, incluyendo pero sin limitación, a la contribución sobre ingresos, impuestos municipales, contribuciones sobre la propiedad, licencias, impuestos sobre nómina, intereses, dividendos o por cualquier otro origen o materia, o que se encuentra acogido a un plan de pago, con cuyos términos y condiciones está cumpliendo.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

*Modelo SC 854-2*
*6 mar 80*

*CC 1300-12-80 (19 feb 80)*
*J-9-49-03-211-160 B.-M-Abr-94-IGPR.*

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

*Página Núm. 11 de 24*

| Núm. Departamento |
|---|
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[X] *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta*
*Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

Expresamente se reconoce que ésta es una condición esencial del presente contrato, y de no ser correcta del todo o en parte la anterior certificación, esto será causa suficiente para que el "Arrendatario" pueda dejar sin efecto el mismo, y el "Arrendador" tendrá que reintegrar al "Arrendatario" toda suma de dinero recibida bajo este contrato. El "Arrendador", además, reconoce y acuerda que suministrará al "Arrendatario" una certificación por concepto de seguro por desempleo, incapacidad temporal y de seguro social para choferes, la que aplique, emitida por el Departamento.

El "Arrendador" certifica que cumple, en la eventualidad que le sea aplicable, con el Certificado de Registro de Comerciantes y de Exención, conforme con la Ley 117 de Impuesto sobre Ventas y Uso (IVU).

El "Arrendador", en cumplimiento con la Carta Circular Núm. 1300-03-11 emitida por el Departamento de Hacienda el 17 de agosto de 2010, suministrará y hará formar parte de este contrato una certificación suministrada por el Departamento de Hacienda de Puerto Rico, de su condición de contribuyente y el estado de su obligación contributiva o Certificación de Deuda durante los últimos cinco (5) años, así como una Certificación de Radicación de Planillas durante los últimos cinco (5) años. El "Arrendador" también suministrará y hará formar parte de este contrato una Certificación de Deuda por concepto de propiedad inmueble o mueble emitida por el Centro de Recaudación de Ingresos Municipales (CRIM). Si el "Arrendador" presentara una solicitud, debidamente recibida por la agencia competente, de que ha peticionado una revisión administrativa por una deuda con el Departamento de Hacienda, con el Departamento del Trabajo, o con el Centro de Recaudación de Ingresos Municipales (CRIM), el "Arrendador" certifica y garantiza que en el caso de que no proceda su revisión o el ajuste, o que mediante estipulación con dicha agencia se atienda lo relacionado a la referida deuda, se compromete a cancelar la deuda mediante retención en los pagos que tiene derecho a recibir por el presente contrato. El "Arrendador" tendrá la obligación de informar trimestralmente al Departamento sobre el progreso o denegación de la revisión o el ajuste, disponiéndose que tales certificaciones, relevos y documentos formarán parte del presente contrato.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

Modelo SC 854.2
6 Jun 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 12 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

| | |
|---|---|
| Núm. Departamento | |
| Núm. Adm. de Serv. Gen. | |
| Num. Radicación de la OFICINA DEL CONTRALOR | |

| X | *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior* | | *Más de Cinco (5) Años Hasta Treinta (30) Años* |

### *OTRAS ESTIPULACIONES:*

El "Arrendador" certifica y garantiza que al momento del otorgamiento de este contrato, a su mejor saber y entender, ha pagado las contribuciones de seguro de desempleo, de incapacidad temporal y de seguro para choferes (la que aplique); o que se encuentra acogido a un plan de pago, cuyos términos y condiciones está cumpliendo. Expresamente se reconoce que esta es una condición esencial del presente contrato, y de no ser correcta del todo o en parte la anterior certificación, esto será causa suficiente para que el Departamento pueda dejar sin efecto el mismo y el "Arrendador" tendrá que reintegrar al Departamento toda suma de dinero recibida bajo este contrato.

El "Arrendador" asegura y certifica, mediante Declaración Jurada ante Notario Público, la cual se hace formar parte del presente contrato como anejo, que ni ella, y/o los miembros de la Junta de Directores de la corporación, ha sido convicto, o se ha declarado culpable de cualquiera de los delitos que a continuación se enumeran, o se encuentra, al momento de suscribir el presente contrato, en un proceso de investigación ante cualquier procedimiento legislativo, judicial o administrativo por los mismos, ya sea en Puerto Rico, Estados Unidos de América o cualquier otro país:



- Apropiación ilegal agravada, en todas sus modalidades;
- Extorsión;
- Fraude en las construcciones;
- Fraude en la ejecución de obras de construcción
- Fraude en la entrega de cosas;
- Intervención indebida en los procesos de contratación de subastas o en las operaciones del Gobierno;
- Soborno, en todas sus modalidades;
- soborno agravado;
- Oferta de soborno;
- Influencia indebida;
- Delitos contra los fondos públicos;
- Preparación de escritos falsos;
- Presentación de escritos falsos
- Falsificación de documentos;
- Posesión y traspaso de documentos falsificados.
- Cualquier delito contra el erario público, la fe pública o por cualquier otro delito que involucre el mal uso de los fondos o propiedad pública.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Arvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2-015-000426

*Modelo SC 854-2*
*6 inar 80*
*CC 1300-12-80 (19 feb 80)*
*J.9-49-63-211-160 B.-M-Abr-94-IGPR.*

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*          *Página Núm. 13 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Departamento |
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[X] *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta*
*Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

Si durante la vigencia del presente contrato, el "Arrendador", y/o algún miembro de la Junta de Directores de éste resultara convicto por alguno de los delitos incluidos en la cláusula anterior, el "Arrendador" vendrá obligado a notificarlo de inmediato al "Arrendatario", y ello será razón suficiente para la resolución del presente contrato.

El "Arrendador" certifica que no  recibe paga o compensación alguna por servicios regulares prestados bajo nombramiento como empleado a otro departamento, organismo, dependencia, corporación pública o municipio del Gobierno de Puerto Rico. También certifica que no es funcionario ad honorem de ninguna agencia ejecutiva.

**18. Representaciones del "Arrendatario":**

El Departamento es una agencia del Gobierno del Estado Libre Asociado de Puerto Rico; tiene autoridad y capacidad para ejecutar, cumplir y contratar las transacciones contempladas en este contrato.

La preparación, ejecución y cumplimiento de este contrato han sido debidamente autorizados por las acciones requeridas, y no podrán estar en conflicto con las leyes, reglas y reglamentos, o constituir causa de incumplimiento por cualquier resolución, acuerdo, o cualquier otro instrumento del cual el Departamento sea parte, o bajo el cual el Departamento esté comprometido o afectado.



Este contrato constituye una obligación legal, válida y vinculante del Departamento, de conformidad con sus respectivos términos.

Todos los consentimientos, aprobaciones, permisos, vistos buenos, endosos, autorizaciones y órdenes de calificaciones con cualquier autoridad gubernamental o reguladora, que el Departamento tenga la obligación de obtener para consumar las transacciones contempladas en este contrato, han sido, o serán, válidamente obtenidas o solicitadas. En relación con las ya obtenidas, están en vigor, y no existe cancelación o incumplimiento en cuanto a las mismas.

El Departamento garantiza que ninguno de sus oficiales, empleados, asesores o consultores, o miembros de sus unidades familiares, tiene interés económico directo o indirecto en este contrato, y que ningún oficial, empleado, asesor o consultor de la Rama Ejecutiva del Gobierno del Estado Libre Asociado de Puerto Rico, ni ningún miembro de sus unidades familiares tiene

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Ervin Ramírez Cruz
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015-D00426

*Modelo SC 854.2*
*6 mar 80*

*CC 1300-12-80 (19 feb 80)*
*J.9-49-03-211-160 IL-M-Abr-94-IGPR.*

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 14 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
|---|

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
|---|

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Radicación de la |
| OFICINA DEL CONTRALOR |

| X | *Cinco (5) Años o Menos o Hasta Diez (10)* |
|---|---|
| | *Años en Locales en el Exterior* |

| | *Más de Cinco (5) Años Hasta* |
|---|---|
| | *Treinta (30) Años* |

### OTRAS ESTIPULACIONES:

interés y/o participación en los beneficios económicos o ingresos relacionados con este contrato.

El Departamento será responsable de proveer los servicios de guardia de seguridad dentro de las facilidades durante horas laborables y fines de semana.

19. **Seguro Social:** En virtud de la Ley Núm. 243 de 10 de noviembre de 2006, Ley de Política Pública Sobre el Uso del Número de Seguro Social como Verificación de Identificación, el Departamento se compromete a no difundir, desplegar, ni revelar el número de Seguro Social Federal utilizado para la identificación de "El Arrendador" para otros fines no permitidos por Ley, y a hacer ilegible el mismo, en caso de que se provea a alguna persona natural o jurídica copia del presente contrato.

20. **Indemnización (Hold Harmless):**



El "Arrendatario" salvaguardará y librará de responsabilidad al "Arrendador" y a sus agentes, dependientes y empleados, de cualquier reclamación y demanda con relación a accidentes, lesión o daño alguno causado a cualquier persona o propiedad que surja directamente o indirectamente de negligencia, acción u omisión del "Arrendatario", sus concesionarios, agentes, empleados o contratistas respectivos.

De igual forma, el "Arrendador" acuerda indemnizar o resarcir al "Arrendatario" de toda responsabilidad, o por el pago de daños, incluyendo honorarios de abogados y costas del proceso legal, que surjan, sin limitación, de la muerte, daño físico, perjuicio, y pérdida o reducción del valor de la propiedad mueble o inmueble, que resulte de la conducta negligente, acciones u omisiones culposas o conducta mal intencionada del "Arrendador" bajo este contrato, hasta el punto en que tales acciones y omisiones negligentes, o conducta mal intencionada, haya contribuido al daño causado por dichos actos y omisiones.

21. **Permiso de Uso:**



El "Arrendador" se obliga a presentar evidencia que demuestre que el local objeto de contratación es de su propiedad, así como también el Permiso de Uso para el fin pactado, emitido por la Administración de Reglamentos y Permisos, y cualquier otra agencia concernida. También se obliga a presentar certificación del Departamento de Bomberos de

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

_Lcdo. Vance Thomas Rider_
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

*Irvin Ramírez Cruz*
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015-000426

Modelo SC 854.2
6.inzr 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

ESTADO LIBRE ASOCIADO DE PUERTO RICO

*Página Núm. 15 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
Departamento o Dependencia

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
Dirección

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
(Hoja de Continuación)

| Núm. Departamento |
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[X] *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

Puerto Rico demostrativa del cumplimiento con los requisitos reglamentarios aplicables a la propiedad objeto de este contrato de arrendamiento.

**22. Certificaciones:**

El "Arrendador" certifica y garantiza que al momento de suscribirse este contrato ha presentado los siguientes documentos: Certificación de Radicación de Planillas, Modelo SC-2888, expedida por el Área de Rentas Internas del Departamento de Hacienda, en la cual se haga constar que "El Arrendador" radicó Planillas de Contribución Sobre Ingresos para los cinco (5) años previos a la fecha de contratación u otorgamiento de este contrato; Certificación de Deuda, Modelo SC-6096, expedida por el Área de Rentas Internas del Departamento de Hacienda, aun cuando "El Arrendador" haya certificado no poseer deudas contributivas; Certificación por concepto de propiedad inmueble o mueble, expedida por el Centro de Recaudación de Ingresos Municipales (CRIM); Certificación expedida por el Departamento del Trabajo y Recursos Humanos por concepto de: Seguro por Desempleo, Seguro por Incapacidad no Ocupacional Temporera (SINOT) y Seguro Social para Chóferes; Certificado de Buena Pro (Good Standing) que garantice que el "Arrendador" cumplió con enviar sus informes corporativos anuales al Departamento de Estado y está al día en sus asuntos con dicho departamento; Certificación de existencia o de autorización para hacer negocios en Puerto Rico, otorgado por el Departamento de Estado. Si el "Arrendador" está acogido a un plan de pago, deberá presentar evidencia de que el mismo esté al día. Estos documentos pasarán a formar parte de este contrato. De no estar obligado a rendir planillas de Contribución Sobre Ingresos, durante todo o parte del período de cinco (5) años, por alguna de las razones que provee el Código de Rentas Internas de Puerto Rico de 1994, según enmendado, o en caso de que el "Arrendador" no pueda someter alguna de las certificaciones aquí requeridas, el "Arrendador" deberá presentar una declaración jurada exponiendo las razones por las cuales no puede someter dicha certificación. Dicha declaración estará sujeta a la penalidad por perjurio, según se tipifica este delito en el Código Penal.



Expresamente se reconoce que ésta es una condición esencial del presente contrato y que todos los documentos aquí mencionados forman parte del mismo. El incumplimiento de esta

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015- 000426

Modelo SC 854.2
6 inar 80
CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 R.-M-Abr-94-IGPR

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 16 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
Departamento o Dependencia

| Núm. Departamento |
|---|

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
|---|

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
|---|

[X] *Cinco (5) Años o Menos Hasta Diez (10) Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta Treinta (30) Años*

*OTRAS ESTIPULACIONES:*

cláusula dejará sin efecto la vigencia de este contrato, y será causa suficiente para que el "Arrendatario" solicite el reembolso de toda suma de dinero recibida bajo el mismo.

**23. Conflicto de Interés:**

El "Arrendador" garantiza que ningún oficial, empleado, asesor o consultor del "Arrendatario", ni ningún miembro de su unidad familiar, tiene interés económico directo o indirecto en este contrato y que ningún oficial, empleado, asesor o consultor de la Rama Ejecutiva del Gobierno del Estado Libre Asociado de Puerto Rico, ni ningún miembro de su unidad familiar tiene un interés y/o participación en los beneficios económicos o ingresos relacionados con este contrato, de conformidad al Artículo 3.3 (d) y (e) de la Ley de Ética Gubernamental.

El "Arrendador" certifica que no emplea o empleará, ni utilizará los servicios de ningún funcionario o empleado público, durante o después de horas laborables, para realizar los servicios objeto de este contrato, ni ninguno otro que pueda resultar del mismo.

El "Arrendador" garantiza que ninguno de sus oficiales, empleados, directores, asociados, asesores o consultores, ni ningún miembro de sus unidades familiares tiene conflicto de interés relacionado con las disposiciones y obligaciones que surgen de este contrato.

El "Arrendador" certifica que, de tener contratos con otras agencias de gobierno y/o empresas privadas, éstos no están en conflicto en forma alguna con las funciones del "Arrendatario". Si durante la vigencia de este contrato el "Arrendador" contratara con alguna agencia ejecutiva, deberá notificarlo al Departamento dentro del término de diez (10) días siguientes a la fecha de su otorgamiento, y certificará que el mismo no está en conflicto con las funciones del "Arrendatario".

El "Arrendador" certifica que ninguno de sus socios, accionistas o directores son ex servidores públicos a quienes les aplique la prohibición de contratar con el gobierno, de conformidad a las disposiciones del Artículo 3.7 (e) de la Ley de Ética Gubernamental.

El "Arrendador" se compromete a que ni él, ni ninguno de sus oficiales o directores corporativos, ni ningún miembro de su unidad familiar, ni sus empleados entablarán gestiones con ningún funcionario del "Arrendatario" conducentes a obtener privilegios o favores para su

Las partes contratantes acordaran que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Irvin Ramírez Cruz
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015- 000426

Modelo SC 854.2
6 mar 80
CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 17 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Radicación de la |
| OFICINA DEL CONTRALOR |

[ X ] *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta*
*Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

beneficio, o el beneficio de terceros representados por éste durante la vigencia de este contrato. Se compromete, además, a evitar cualquier actuación que pueda estar en conflicto de alguna forma con las funciones o los intereses del "Arrendatario". El incumplimiento de esta disposición será base suficiente para disolver este contrato, y el "Arrendador" tendrá que devolver todo dinero recibido bajo éste.

El "Arrendador" acepta, reconoce y se somete a la resolución de este contrato por el "Arrendatario", tan pronto surja un conflicto de interés con el "Arrendatario", según aquí se define, o al momento en que el "Arrendatario" entre en conocimiento del mismo.

El "Arrendador" tendrá el peso de la prueba para demostrar que no existe conflicto de interés con el "Arrendatario".

El "Arrendador" certifica que ningún servidor público del "Arrendatario" le solicitó, ni aceptó, directa o indirectamente para él o ella, o para otra persona, regalos, gratificaciones, favores, servicios, donativos, préstamos o cualquier otra cosa de valor monetario. Certifica también que ningún servidor público del "Arrendatario" solicitó o aceptó bien alguno de valor económico, vinculados a esta transacción, de representante o empleado alguno del "Arrendador" como pago por realizar los deberes y responsabilidades de su empleo. Tampoco solicitó, directa o indirectamente, para ningún servidor público, para algún miembro de su unidad familiar, ni para cualquier otra persona, negocio o entidad, bien alguno de valor económico, incluyendo cualquier préstamo o servicios a cambio de que la actuación de dicho servidor público esté influenciada a favor del "Arrendador".

El "Arrendatario" entrega copia al "Arrendador" de la Ley Núm. 84 de 18 de junio de 2002, según enmendada, mediante la cual se establece el Código de Ética para Contratistas, Suplidores y Solicitantes de Incentivos Económicos de las Agencias del Estado Libre Asociado de Puerto Rico. El "Arrendador" se compromete a cumplir con las disposiciones de dicha Ley.

**24. Terminación del Contrato por el "Arrendatario"**

**Incumplimiento:**

El incumplimiento de cualquier cláusula establecida en este contrato será causa suficiente para dar por terminado el mismo, previa notificación escrita a la otra parte con por lo menos treinta (30) días de anticipación a la fecha de terminación deseada. Se le dará oportunidad a

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

*Lcdo. Vance Thomas Rider*
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

*Irvin Ramírez Cruz*
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015-000426

Modelo SC 854.2
6 mar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*   Página Núm. 18 de 24

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
(Hoja de Continuación)

| Núm. Departamento |
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[X] *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta*
*Treinta (30) Años*

**OTRAS ESTIPULACIONES:**

cualquiera de las partes a corregir y continuar con la vigencia del contrato antes de la cancelación.

**25. Uso del nombre del Arrendador:**

El "Arrendatario" no usará el nombre del "Arrendador" ni ninguna imitación o abreviatura de dicho nombre para propósito alguno, excepto para indicar la dirección comercial del mismo y en tal uso sólo en una forma convencional y sin énfasis ni ostentación alguna. El "Arrendador" se reserva el derecho de cambiarle el nombre al edificio en cualquier momento. El "Arrendatario" cesará de usar dicho nombre y cualquier imitación o abreviatura del mismo con el propósito de designar la dirección comercial al "Arrendatario" dentro de los treinta (30) días después del "Arrendador" haberle notificado al "Arrendatario" que el edificio ya no se conoce con ese nombre.

**26. Notificaciones:**

Toda notificación que bajo los términos del presente contrato se requieran hacer, por una u otra parte, será dirigida a la siguiente dirección:

EL ARRENDADOR:                          EL ARRENDATARIO:

RAFAEL PEREZ DIEZ                       DEPARTAMENTO DEL TRABAJO Y RECURSOS
PO Box 190525                           HUMANOS
San Juan, PR 00919-0525                 Edif. Prudencio Rivera Martínez
                                        505 Ave. Muñoz Rivera
                                        Hato Rey, Puerto Rico 00918
                                        Atención: Secretaría Auxiliar de Asuntos Gerenciales

y se entenderá debidamente notificada a la fecha del depósito en el Correo de los Estados Unidos de América. Cualquier cambio en la dirección de una u otra parte, deberá ser notificada por la parte de que se trate en un término no menor de treinta (30) días a la fecha en que se efectúe el cambio de dirección.

**27. Disposiciones Misceláneas:**

**Totalidad del Contrato.** Este contrato contiene la totalidad de los acuerdos entre las partes relacionados con la materia bajo contratación y deja sin efecto todos los acuerdos previos y

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 13 de septiembre de 2014.*

*Lcdo. Vance Thomas Rider*
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

*Irvin Ramírez Cruz*
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015- 000426

*Modelo SC 854.2*
*6 mar 89*

*CC 1500-12-80 (19 feb 80)*
*J.9-49-03-211-160 B.-M-Abr-94-IGPR.*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**                *Página Núm. 19 de 24*

**DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**
*Departamento o Dependencia*

**AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO**
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
**(Hoja de Continuación)**

| | |
|---|---|
| Núm. Departamento | |
| Núm. Adm. de Serv. Gen. | |
| Núm. Radicación de la OFICINA DEL CONTRALOR | |

[ X ]  *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior*

[ ]  *Más de Cinco (5) Años Hasta Treinta (30) Años*

### OTRAS ESTIPULACIONES:

contemporáneos, todas las condiciones expresas e implícitas, orales o escritas, excepto como aquí se exprese. Este contrato no podrá ser modificado, alterado o enmendado, excepto mediante acuerdo escrito firmado por las partes suscribientes dentro del término de vigencia de éste.

**Firma de Las Partes Contratantes.** La firma de las partes contratantes deberá ser efectuada por los representantes debidamente autorizados, poseedores de suficiente poder, autoridad y capacidad para obligar a las partes contratantes.

**Separabilidad.** Si algún tribunal con jurisdicción determinase que alguna parte de este contrato es nulo, o que no se pueda poner en vigor, tal determinación no invalidará ni afectará el remanente, que quedará en pleno vigor; disponiéndose, no obstante, que las partes podrán renegociar de inmediato de forma razonable, y de buena fe, aquellos términos y disposiciones adjudicados nulos como cualquier otro(s) término(s) y disposición(es) que sea(n) requerido(s) para alcanzar hasta el máximo posible la intención original contractual de las partes, según se evidencia de este contexto, y de tal forma que conserve las expectativas procesales, económicas y remediales aquí contenidas.

**Prevalencia del Texto de este Contrato sobre los Apéndices.** Si surgiera alguna discrepancia entre el texto de este contrato y los apéndices y/o programación que puedan ser anexados al mismo, siempre prevalecerá el texto del contrato.

**Prevalencia de la Forma Escrita de un Número.** De surgir una discrepancia en el texto entre la palabra escrita que describe un número y la cifra o símbolo del mismo número, la palabra o nombre que describe el número prevalecerá.

**Documento Original.** El texto o letra del documento original prevalecerá sobre cualquier copia.

**Títulos.** Los títulos contenidos en este contrato son usados únicamente por conveniencia y no constituyen parte del contrato entre las partes, ni deben ser usados para ayudar en la interpretación del contrato.

**Ley Prevaleciente.** Este contrato y todas las materias relacionadas con el mismo, su validez, funcionamiento, interpretación y puesta en vigor, será controlado e interpretado de conformidad con las Leyes de Puerto Rico.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de Septiembre de 2014.*

Lcdo. Vance Thomas Rider
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

Irvin Ramírez Cruz
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015- 000426

Modelo SC 854.2
6 mar 80
CC 1360-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 20 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
| --- |

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
| --- |

*CONTRATO DE ARRENDAMIENTO DE LOCALES*
*(Hoja de Continuación)*

| Núm. Radicación de la
OFICINA DEL CONTRALOR |
| --- |

| X | *Cinco (5) Años o Menos o Hasta Diez (10)*
*Años en Locales en el Exterior* | | *Más de Cinco (5) Años Hasta*
*Treinta (30) Años* |

**OTRAS ESTIPULACIONES:**

**Foro.** Todas las acciones legales que se inicien en relación con este contrato serán radicadas única y exclusivamente en el Tribunal de Primera Instancia, Sala de San Juan, a cuya jurisdicción y competencia "El Arrendador" se somete irrevocablemente con respecto a cualquier controversia que surja de, o esté relacionada a, este contrato.

**Obligatoriedad del Contrato: Cesión.** El "Arrendador" tendrá el derecho a vender toda o parte de la Propiedad, incluyendo todo o parte del local arrendado, o asignar y ceder su interés en este contrato o la totalidad o cualquier parte de las rentas, a cualquier persona o entidad designada por el "Arrendador". En el caso de venta de toda o parte de la propiedad que afecte el local alquilado, a opción del "Arrendador", las obligaciones del "Arrendador" bajo este contrato cesarán y el mismo podrá ser terminado por el comprador, relevando tanto al "Arrendador" como al comprador de cualquier reclamación o acción que pudiera tener por motivo de dicha terminación. En el caso de la asignación o cesión del interés del "Arrendador" en este contrato o de las rentas bajo el mismo, el "Arrendatario" pagará las rentas o la porción de las mismas así asignadas, sujeto a los términos de este contrato, a la persona o entidad designada por el "Arrendador" a la dirección indicada en la notificación que le envíe al "Arrendatario" a esos efectos.

**Naturaleza de la Relación.** La relación que se crea entre las partes bajo este contrato es aquella de arrendador y arrendatario, y nada de lo aquí expresado tiene el fin, ni debe ser interpretado, como que crea una relación de ninguna otra forma, clase o especie tal como, sin limitación, una sociedad, empresa conjunta o de empleo entre el "Arrendatario" y el "Arrendador".

Este contrato no equivale a un puesto del "Arrendatario" y no existe una relación patrono-empleado entre las partes. Expresamente se hace constar que el "Arrendador" no es acreedor de ningún beneficio marginal dispuesto para los servidores públicos.

**Interpretación.** A menos que este contrato claramente lo requiera, las palabras de género masculino deberán de entenderse como incluyendo el femenino y el neutro y viceversa, y palabras singulares incluyen los plurales y viceversa. Palabras referentes a personas, incluyen firmas, asociaciones y corporaciones. Las palabras "en esto", "como esto" y "bajo esto" y palabras similares, se refieren a este contrato en su totalidad. Este contrato y todas sus

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 13 de septiembre de 2014.*

Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

Irvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

*Modelo SC 854.2*
*6 mar 80*
*CC 1300-12-80 (19 feb 80)*
*J.9-49-03-211-160 B.-M-Abr-94-IGPR.*

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*

*Página Núm. 21 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

| Núm. Departamento |
| Núm. Adm. de Serv. Gen. |
| Núm. Radicación de la OFICINA DEL CONTRALOR |

[X] *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior*

[ ] *Más de Cinco (5) Años Hasta Treinta (30) Años*

***OTRAS ESTIPULACIONES:***

disposiciones serán interpretados ampliamente a fin de lograr los propósitos aquí expresados y para sostener su validez.

**Prensa.** Si un miembro de los medios de comunicación, de la prensa, o cualquier grupo ciudadano, indaga sobre la naturaleza, o cualquier otra materia relacionada con este contrato, el "Arrendador" referirá tal interrogante al "Arrendatario" para atención en vista de que tal información es privilegiada o confidencial para todos fines y propósitos. Será de la exclusiva responsabilidad del "Arrendatario" mantener a los medios y la prensa informados de la naturaleza de cualquier trabajo que esté realizando el "Arrendador" bajo las disposiciones de este contrato.

**Acuerdos Previos y Coetáneos.** Todas las propuestas, negociaciones y representaciones en relación con asuntos cubiertos por este contrato quedan incorporadas en este documento, y no será válida ninguna alteración, representación, enmienda o modificación posterior, excepto cuando sea evidenciada por escrito y firmada por las partes a través de sus representantes debidamente autorizados.



**Confidencialidad de Acuerdos.** Cualquier acuerdo o representación entre el "Arrendador" y el "Arrendatario" acordado antes de la Fecha de Efectividad relacionado con la secretividad o confidencialidad de información intercambiada entre el "Arrendador" y el "Arrendatario", sobrevivirá la terminación o cancelación de este contrato, de conformidad con los términos y condiciones respectivos de éste o cualquier otro acuerdo o acuerdos.

**El Contrato no es un Contrato de Adhesión.** El "Arrendador" certifica que entró a ser parte en este contrato libre y voluntariamente y, que no ha sido forzado o indebidamente influenciado o inducido a ser parte en este contrato. El "Arrendador" certifica, además, que tiene, y ha usado, su poder de negociación en las negociaciones de este contrato. El "Arrendador" expresamente reconoce que este contrato no es un contrato de adhesión.

**No Discrimen ni Acoso Sexual.** El "Arrendador" se abstendrá de discriminar ilegalmente en el empleo por motivo de edad, raza, color, sexo (género), origen social o nacional, condición social, afiliación política, ideas políticas o religiosas, y de acoso u hostigamiento sexual.



*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 23 de septiembre de 2014.*

_____
*Lcdo. Vance Thomas Rider*
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*

_____
*Irvin Ramírez Cruz*
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*

2015- 000424

*Modelo SC 854.2*
*6 mar 80*
*CC 1300-12-80 (19 feb 80)*
*J.9-49-03-211-160 R.-M-Abr-94-IGPR.*

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**           *Página Núm. 22 de 24*

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
| :-- |

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
| :-- |

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
| :-- |

| X | *Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior* |  | *Más de Cinco (5) Años Hasta Treinta (30) Años* |

*OTRAS ESTIPULACIONES:*

**Acción Afirmativa.** El "Arrendador" se compromete a iniciar acción afirmativa apropiada en el desempeño de sus obligaciones bajo este contrato.

**Cooperación Mutua.** El "Arrendatario" y el "Arrendador" cooperarán el uno con el otro, razonablemente y de buena fe, con el fin de facilitar el desempeño de sus respectivas obligaciones y para preservar, proteger y evitar cualquier menoscabo de sus derechos. A esos fines, y sin limitar la aplicación general de lo anterior, pero sujeto a las Leyes, Reglas y Reglamentos aplicables, el "Arrendatario" y el "Arrendador", en el ejercicio razonable de sus respectivos derechos, poderes y deberes, se comprometen a utilizar sus mejores esfuerzos para evitar y/o minimizar cualquier interferencia o interrupción en las prestaciones que serán provistas bajo los términos de este contrato, o cualquier supervisión, auditoría u otra actividad relacionada, disponiéndose, sin embargo, que cuando tal interferencia o interrupción sea razonablemente necesaria o inevitable, las partes se asegurarán que tal interferencia o interrupción no tendrá una duración o extensión más allá que la necesaria bajo las circunstancias que requirieron la misma.

**Fuerza Mayor**



Si ocurre un evento de fuerza mayor que cause atrasos en la consecución de los términos de este contrato, el "Arrendador" notificará al "Arrendatario" tan pronto como sea posible y si las circunstancias así lo requieren, notificará al "Arrendatario" por escrito de la causa y posible duración del atraso, las medidas tomadas o a ser tomadas para minimizar el atraso y el itinerario que se utilizará para implantar las medidas.

Un evento de fuerza mayor será un acto de la naturaleza, terremoto, derrumbe, maremoto, tornado, huracán, tormenta eléctrica, tormenta, inundación, epidemia, huelga, actos de enemigos públicos, sabotaje, terrorismo, guerra, bloqueo, insurrección, tumulto, fuego, explosión, y cualquier otra causa de las aquí específicamente enumeradas, o cualquier otra, que no esté razonablemente bajo el exclusivo control del "Arrendador".

El peso de probar que un evento está fuera del control del "Arrendador" recaerá en el "Arrendador", dentro del término que provee esta Sección.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 15 de septiembre de 2014.*

_____
Lcdo. Vance Thomas Rider
Secretario del Trabajo
Departamento del Trabajo y Recursos Humanos

_____
Arvin Ramírez Cruz
Oficial Autorizado
EDIFICIO BULA INC.
P.O. BOX 190525
SAN JUAN, PR 00919-0525

2015-000426

Modelo SC 854.2
6 nar 80

CC 1300-12-80 (19 feb 80)
J.9-49-03 211-160 B.-M-Abr-94-IGPR.

ESTADO LIBRE ASOCIADO DE PUERTO RICO

Página Núm. 23 de 24

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
Departamento o Dependencia

| Núm. Departamento |
| --- |

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
Dirección

| Núm. Adm. de Serv. Gen. |
| --- |

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
| --- |

| X | Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior | | Más de Cinco (5) Años Hasta Treinta (30) Años |

**OTRAS ESTIPULACIONES:**

Un evento de fuerza mayor excusará el fiel cumplimiento de los términos por parte del "Arrendador", o de cualquier obligación que directa o indirectamente quede afectada por tal fuerza mayor, pero sólo hasta el punto o por el término necesario para corregir el incumplimiento causado por el evento de fuerza mayor y según sea aprobado por el Departamento.

**Cambio de Ley**

Para propósitos de este contrato, "Cambio de Ley" significa la adopción, promulgación o modificación por cualquier cuerpo legislativo, regulador, ejecutivo o administrativo del Gobierno del Estado Libre Asociado de Puerto Rico, o de los Estados Unidos de América, de cualquier ley, ordenanza, código, regla o reglamento, o cualquier cambio o enmienda a cualquier ley, ordenanza, código, regla o reglamento en vigor a la fecha de la firma de este contrato, o a cualquier cambio en su interpretación no sujeto a revisión administrativa o judicial, cuya validez o interpretación ha sido confirmada mediante determinación final y firme, con la cual las partes no pueden cumplir sin incurrir en costos adicionales, tales como, pero sin limitación a, gastos de capital, enmiendas o acción correctiva.



**Cooperación entre el "Arrendatario" y el "Arrendador".** Cuando ocurra o se anticipe que ocurra un cambio de ley, el "Arrendatario" y el "Arrendador" podrán cooperar activamente para remover o mermar sus efectos sea por la vía judicial, o cualquier otra acción que sea conveniente, necesaria o apropiada a dichos fines. No obstante lo anterior, si el cambio de ley ocurre o persiste, las partes negociarán diligentemente, razonablemente y de buena fe las modificaciones o terminación de este contrato.



EN TESTIMONIO DE LO CUAL, las partes otorgan este contrato en San Juan, Puerto Rico, hoy día 23 de Septiembre de 2014.

*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 13 de Septiembre de 2014.*

Lucía Vance Thomas Rider
Secretaria del Trabajo
*Departamento del Trabajo y Recursos Humanos*
SSP DTRH 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

Irvin Ramírez Cruz
Oficial Autorizado
*EDIFICIO BULA INC.*
P.O. BOX 190525
SAN JUAN, PR 00919-0525
S.S.P. 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

2015-000426

Modelo SC 854.2
6 mar 80
CC 1300-12-80 (19 feb 80)
J.9-49-03-211-160 B.-M-Abr-94-IGPR.

*ESTADO LIBRE ASOCIADO DE PUERTO RICO*                    Página Núm. 24 de 24

*DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS*
*Departamento o Dependencia*

| Núm. Departamento |
|---|

*AVE. MUÑOZ RIVERA #505 HATO REY, PUERTO RICO*
*Dirección*

| Núm. Adm. de Serv. Gen. |
|---|

**CONTRATO DE ARRENDAMIENTO DE LOCALES**
*(Hoja de Continuación)*

| Núm. Radicación de la OFICINA DEL CONTRALOR |
|---|

| X | Cinco (5) Años o Menos o Hasta Diez (10) Años en Locales en el Exterior |    | Más de Cinco (5) Años Hasta Treinta (30) Años |

**OTRAS ESTIPULACIONES:**

### CERTIFICACIÓN

Yo, Marcline Acevedo Morales Abogado del Departamento del Trabajo y Recursos Humanos, certifico que luego de estudiar y evaluar minuciosamente el presente documento, lo he hallado, en su aspecto legal, correcto en todas sus partes y recomiendo la firma del mismo.

Para que así conste, firmo la presente en San Juan, Puerto Rico, a 22 de septiembre de 2014.





*Las partes contratantes acordamos que este documento formará parte integrante del Contrato a otorgarse que se suscribe en San Juan, Puerto Rico, hoy 13 de Septiembre de 2014.*

**Lcdo. Vance Thomas Rider**
*Secretario del Trabajo*
*Departamento del Trabajo y Recursos Humanos*
*SSP DTRH 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*

2015- D00426

Irvin Ramírez Cruz
*Oficial Autorizado*
*EDIFICIO BULA INC.*
*P.O. BOX 190525*
*SAN JUAN, PR 00919-0525*
*S.S.P. 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*