Exhibit 2

# Open Receivables

Customer: Depto. del Trabajo

| Date | Ref # | Description | Original | Paid | Due |
|---|---|---|---|---|---|
| 9/1/2014 | IV# 4093318 | RENT CHARGES DEPT TRABAJO, BAYAMON | 74000.00 | 68933.34 | 5066.66 |
| 10/1/2014 | IV# 4093577 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 55000.00 | 500.00 |
| 11/1/2014 | IV# 4093870 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 55000.00 | 500.00 |
| 12/1/2014 | IV# 4094205 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 55000.00 | 500.00 |
| 1/1/2015 | IV# 4094529 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 55250.00 | 250.00 |
| 2/1/2015 | IV# 4094842 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 55250.00 | 250.00 |
| 4/1/2015 | IV# 4095477 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 55499.40 | 0.60 |
| 3/1/2016 | IV# 4098699 | RENT CHARGES DEPT TRABAJO, BAYAMON | 55500.00 | 27750.00 | 27750.00 |
| 2/1/2017 | IV# 4101887 | RENT CHARGES DEPT TRABAJO, BAYAMON | 58583.33 | 10240.36 | 48342.97 |
| 3/1/2017 | IV# 4102152 | RENT CHARGES DEPT TRABAJO, BAYAMON | 58583.33 | 0.00 | 58583.33 |
| 4/1/2017 | IV# 4102432 | RENT CHARGES DEPT TRABAJO, BAYAMON | 58583.33 | 0.00 | 58583.33 |
| **Pre Petition Debts** | | | | | **$200,326.89** |
| 5/1/2017 | IV# 4102707 | RENT CHARGES DEPT TRABAJO, BAYAMON | 58583.33 | 0.00 | 58583.33 |
| 6/1/2017 | IV# 4102976 | RENT CHARGES DEPT TRABAJO, BAYAMON | 58583.33 | 0.00 | 58583.33 |
| **Post-Petition** | | | | | **$117,166.66** |
| **Total Debt** | | | 755416.65 | 437923.10 | **$317,493.55** |