UNITED STATES BANKRPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: THE FINANCIAL OVERSIGHT  *  PROMESA TITLE III
AND MANAGEMENT BOARD FOR  *
PUERTO RICO,  *
    as representative of  *
THE COMMONWEALTH OF PUERTO  *
RICO, et als.  *
                              *
        Debtor(s)  *  Case No: 17 BK 3283-LTS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT

COMES NOW the **MUNICIPALITY OF GUAYANILLA** through the undersigned Counsel, and very respectfully **ALLEDGE, STATE AND PRAY:**

1. That the undersigned counsel is the Counsel of the Municipality of Guayanilla.

2. That the Municipality of Guayanilla is a creditor of Debtor.

3. That the undersigned Counsel request that all notices in the present case to be served to his address in the CM/ECF System.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the address of record of all interested parties:

RESPECTFULLY SUBMITTED

In Ponce, Puerto Rico, July 23rd, 2017.

                                                JRAF LAW FIRM P.S.C.
                                                P.O. BOX-7498
                                                PONCE P.R. OO732
                                                TEL. (787) 651-6909
                                                FAX. (787) 651-6957
                                                riveraroman@hotmail.com

                                                /S/: JUAN P. RIVERA ROMAN
                                                JUAN P. RIVERA ROMAN, ESQ.
                                                USDC: 210906