UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-----------------------------------------------------------x

ORDER TERMINATING MOTION FOR RELIEF FROM STAY
IMPOSED BY U.S. DISTRICT JUDGE GARCÍA

The Court has received and reviewed the *Motion for Relief from Stay Imposed by U.S. District Judge García* (the "Motion") filed by Centro de Periodismo Investigativo, Inc. (the "Movant"). (Docket Entry No. 724.) The Motion references certain exhibits. However, Movant failed to attach such exhibits to the Motion. The Motion is terminated for failure to attach such exhibits and the Movant is permitted to re-file the Motion.

This order resolves docket entry no. 724.

SO ORDERED.

Dated: July 24, 2017

        /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).