# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------------- x
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
         as representative of             :   Case No. 17-BK-3283 (LTS)
                                          :
THE COMMONWEALTH OF PUERTO RICO et al.,   :   (Jointly Administered)
                                          :
         Debtors.¹                        :
---------------------------------------------------------------------- x
                                          :
In re:                                    :
                                          :
THE FINANCIAL OVERSIGHT AND               :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,         :   Title III
                                          :
         as representative of             :   Case No. 17-BK-3566 (LTS)
                                          :
THE EMPLOYEE RETIREMENT SYSTEM OF         :
THE GOVERNMENT OF THE                     :
COMMONWEALTH OF PUERTO RICO,              :
                                          :
         Debtor.                          :
---------------------------------------------------------------------- x
```

STATE OF NEW YORK       :
                        : SS:
COUNTY OF NEW YORK      :

I, Jocelyn C. Kuo, being duly sworn, depose and say:

      1.     I am a paralegal employed by Paul Hastings LLP, located at 200 Park Avenue,

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA")) (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

New York, NY 10166.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On July 24, 2017, I caused to be served the following document by sending a true and correct copy by e-mail on the parties listed on Exhibit A and by first class mail on the parties listed on Exhibit B.  On July 25, 2017, two courtesy copies were sent by hand delivery to the Chambers of Honorable Laura Taylor Swain as listed on Exhibit C.

- *Reservation of Rights of Official Committee of Unsecured Creditors With Respect to Joint Stipulation* [Docket No. 179 in Case No. 17-3566 and Docket No. 734 in Case No. 17-3283]

Jocelyn C. Kuo

Sworn to and before me on this
25th day of July, 2017

Notary Public

**EDITH R. LOPEZ**
**Notary Public, State of New York**
**No. 01LO6273561**
**Qualified in Queens County**
**Commission Expires 12/10/20** *20*

**EXHIBIT A**
Via E-mail

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aci-Herzog a Joint Venture | Attn: Luis Villares | 24 Road 21 Martínez Nadal Ave. | | Guaynabo | PR | 00966 | luis.villares@aciherzog.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Administracion Sistema De Retiro Del Gobierno | Attn: Cecile Tirado | Edificio Intendente Ramírez Pda 1 | | San Juan | PR | 00905-4515 | mguzman@retiro.pr.gov |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, & Luis A. Oliver Fraticelli | P.O. Box 70294 | | San Juan | PR | 00936-8294 | epo@amgprlaw.com larroyo@amgprlaw.com acasellas@amgprlaw.com loliver@amgprlaw.com |
| Counsel to American Federation of State, County and Municipal Employees | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | 1101 17th Street NW | Suite 900 | Washington | DC | 20011 | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org |
| Top 20 Unsecured Creditor, Employee Retirement System | Air Chiller Mechanical Const.Inc. | Attn: Julia Tolentino | Caguas Industrial Comm Park | Bo Rio Caño Carr 1 Local 1 | Caguas | PR | 00725 | airchmech@aol.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Alpha Guards Mgt Inc | Attn: Jorge Morales Laboy | 49 Calle Mayaguez Piso 3 | | Hato Rey | PR | 00917 | alphaguards@aol.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | | P.O. Box 195355 | | San Juan | PR | 00919-533 | andreslopecordova@gmail.com acordova@juris.inter.edu |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico | Antonetti Montalvo & Ramirez Coll | Attn: Jose L. Ramirez-Coll | P.O. Box 13128 | | San Juan | PR | 00908 | jramirez@amrclaw.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Arroyo Flores Consulting Group Inc. | Attn: Reinaldo Arroyo | Ave Lomas Verdes 1820 Local 3 | | San Juan | PR | 00926 | arroyo@afcg.biz |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aut Edificios Públicos | Attn: Amilcar González Ortíz | Centro Gubernamental | Minillas Edif Norte Piso 17 | San Juan | PR | 00940 | amgonzalez@aep.pr.gov |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | P.O. Box 29227 | | San Juan | PR | 00929-0227 | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | 48 Carr. 165, Ste. 500 | | Guaynabo | PR | 00968-8033 | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | PO Box 12004 | | San Juan | PR | 00922 | julian.fernandez@metropistas.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Autoridad De Energia Electrica | Attn: Cynthia Morales Colon | PO Box 364267 | | San Juan | PR | 00936-4267 | c_morales@aeepr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Autoridad Financiamiento Vivienda | Attn: Melvin Gonzalez Perez | 606 Ave Barbosa Edif Juan C Cordero | | San Juan | PR | 00936 | melvin.gonzalez@afv.pr.gov |
| Top 20 Unsecured Creditor, Employee Retirement System | Banco Popular De PR | Attn: Carlos Garcia Alvira | 206 Ave Muñoz Rivera | | San Juan | PR | 00919 | carlos.garcia3@popular.com |
| Counsel to Mitsubishi Motor Sales of Caribbean Inc. | Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | P.O. Box 194927 | | San Juan | PR | 00919-4927 | belkgrovas@gmail.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Beltran Beltran and Assoc PSC | Attn: Carlos Beltran | 623 Ave. Ponce De Leon Executive Building | Suite 1100A | San Juan | PR | 00917 | beltranbeltranassociates@gmail.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Bermudez, Longo, Diaz-Masso,S.E. | Attn: Carmelo Diaz | Calle San Claudio Carr 845 Ave | Principal Km 0.5 | San Juan | PR | 00926 | adminfinance@bldmpr.com carmelo@bldmpr.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Betterrecycling Corp. | Attn: Marisel Rivera | Marg 65 De Inf. Calle Andes URB MC | | San Juan | PR | 00926 | mrivera@emdi.net |
| Counsel to the QTCB Noteholder Group | Bracewell LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton | City Place I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 | kurt.mayr@bracewell.com daniel.connolly@bracewell.com david.lawton@bracewell.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR | 00717 | remmanuelli@me.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | 1020 Highland Colony Parkway, Suite 1400 | | Ridgeland | MS | 39157 | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Jason W. Callen | 150 3rd Avenue, South, Suite 1600 | | Nashville | TN | 37201 | jason.callen@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Martin Sosland, Esq. | 5430 LBJ Freeway | Suite 1200 | Dallas | TX | 75240 | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Stanford G. Ladner | 1700 Broadway, 41st Floor | | New York | NY | 10019 | stan.ladner@butlersnow.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais | 200 Liberty Street | | New York | NY | 10281 | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq. | 700 Sixth Street, N.W. | | Washington | DC | 20001 | mark.ellenberg@cwt.com |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., & Ferrovial Agroman, S.A. | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | PO Box 9023593 | | San Juan | PR | 00902-3593 | jf@cardonlaw.com |
| Counsel to Creditor, Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldng., Suite 513 | San Juan | PR | 00909 | calsina@prquiebra.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortíz-Santiago | Carlos Fernandez-Nadal, Esq. | | 818 Ave. Hostos Ste B | | Ponce | PR | 00716 | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | 24 Mariana Bracetti | 2nd Floor | San Juan | PR | 00925 | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | P.O. Box 364924 | | San Juan | PR | 00936-4924 | hburgos@cabprlaw.com rcasellas@cabprlaw.com dperez@cabprlaw.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq. | P.O. Box 195075 | | San Juan | PR | 00919-5075 | jcasillas@cstlawpr.com aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, | El Caribe Office Building | 53 Palmeras Street, 16th Floor | San Juan | PR | 00901 | ltorres@cstlawpr.com AAneses@cstlawpr.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Puerto Rico Corp. (Top 20 Creditor) | | Esq. | | | | | | |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | CD Builders, Inc | Attn: Ismael Carrasquillo | Bo Celada Carr 9945 Km 2.4 | | Gurabo | PR | 00778 | cdbuilders@live.com |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, and Luis A Rivera Siaca | Charles A. Cuprill, P.S.C., Law Offices | Attn: Charles A. Cuprill–Hernández | 356 Fortaleza Street | Second Floor | San Juan | PR | 00901 | ccuprill@cuprill.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Chicago Equity Partners | Attn: Marty Dorow | 180 N La Salle Street Suite 3800 | | Chicago | IL | 60601 | mdorow@chicagoequity.com |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | P.O. Box 9478 | | San Juan | PR | 00908-9478 | eduardo@cobianroig.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | 330 West 42nd Street | | New York | NY | 10036-6979 | pdechiara@cwsny.com tciantra@cwsny.com Harnaud@cwsny.com |
| Top 20 Unsecured Creditor, Highways and | Constructora I. Meléndez | Attn: Abimale Meléndez | 15 Betances Ste 3 | | Santa Isabel | PR | 00926 | cimelendez@coqui.net cimoc@coqui.net |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Transportation Authority | | | | | | | | |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López | PO Box 364925 | | San Juan | PR | 00936-4925 | jlopez@constructorasantiago.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado | Centro Internacional de Mercadeo, Torre II | # 90 Carr. 165, Suite 407 | Guaynabo | PR | 00968 | ra@calopsc.com scriado@calopsc.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Database Marketing Services | Attn: Kenneth Sewell | Zona Industrial Amelia 20 Calle Diana | | Guaynabo | PR | 00968 | ksewell@databasepr.com |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Debevoise & Plimpton LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | 919 Third Avenue | | New York | NY | 10022 | mcto@debevoise.com cabruens@debevoise.com eworenklein@debevoise.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | 1095 Avenue of the Americas | | New York | NY | 10036 | allan.brilliant@dechert.com robert.jossen@dechert.com andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr. | 90 State House Square | | Hartford | CT | 06106 | eric.brunstad@dechert.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104 | stuart.steinberg@dechert.com michael.doluisio@dechert.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Del Valle Group, S.P. | Attn: Rafael A Calderon | State Rd 864 Km 0.6 Bo Campanillas | Campanillas | Toa Baja | PR | 00949 | rcalderon@delvallegroup.net |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | PO Box 11750 | Fernández Juncos Station | San Juan | PR | 00910-1750 | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | P.O. Box 9020192 | | San Juan | PR | 00902-0192 | wburgos@justicia.pr.gov |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| José Iván Marrero Rosado | | | | | | | | |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | Highways & Transportation Authority PMB 443 | Suite 112, 100 Grand Paseos Blvd | San Juan | PR | 00926-5902 | rcastellanos@devconlaw.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | | P.O. Box 364924 | | San Juan | PR | 00936-4924 | dperez@cabprlaw.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens | Edificio Ochoa, Suite 401 | 500 Calle de la Tanca | San Juan | PR | 00901-1969 | jose.sosa@dlapiper.com |
| Counsel to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley | 444 West Lake Street | Suite 900 | Chicago | IL | 60606-0089 | richard.chesley@dlapiper.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | 1251 Avenue of the Americas | | New York | NY | 10020 | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Mark Gallagher | 1200 Pennsylvania Ave., NW | | Washington | DC | 20460 | mark.gallagher@usdoj.gov |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | PO Box 11397 | Fernández Juncos Station | San Juan | PR | 00910-2497 | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | Urb. Hyde Park | 249 Las Marías St. | San Juan | PR | 00927 | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq. | P.O. Box 9023905 | | San Juan | PR | 00902-3905 | jcc@fclawpr.com vperez@globalinsagency.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | | | | | | | | |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | 221 Ponce de León Avenue | 5th Floor | San Juan | PR | 00917 | rcamara@ferraiuoli.com scolon@ferraiuoli.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Ferrovial Agroman, LLC | Attn: Manuel Sanchez Pereira; Nassin E. Tactuk | 1250 Ponce De Leon Ave | San José Building Suite 901 | San Juan | PR | 00907 | msanchez.portugal@ferrovial.com n.tactuk@ferrovial.com |
| Ferrovial Agroman, S.A., interested party | Ferrovial Agroman, S.A. | Attn: Eng. Nassin E. Tactuk Diná | 1250 Ponce De Leon Ave | San José Building Suite 901 | San Juan | PR | 00902 | n.tantuk@ferrovial.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | First Transit, Inc. | Attn: Julio Badia | Marginal Ave Martinez | Nadal Esq PR-19 | San Juan | PR | 00920 | julio.badia@firstgroup.com |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas | P.O. Box 13786 | | San Juan | PR | 00908 | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino- | Francisco González Law Office | Attn: Francisco R. González-Colón | 1519 Ponce De León Ave. | First Federal Bldg. Suite 805 | San Juan | PR | 00909 | bufetefrgonzalez@gmail.com |

-11-

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | | | | | | | | |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | 254 Ave. Jesús T. Piñero | | San Juan | PR | 00927 | wmq@wmarrerolaw.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Gila Llc | Attn: Luis Alberto Sánchez | Metro Office Park Calle 1 | Building 3 Ste 200 | Guaynabo | PR | 00968 | luisalberto.sanchez@gilacorp.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Global Insurance Agency Inc | Attn: Vivian Perez | 257 Calle De Recinto Sur | | San Juan | PR | 00901-1914 | vperez@globalinsagency.com |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal, Solymar Castillo Morales | Post Office Box 70364 | | San Juan | PR | 00936-8364 | crodriguez-vidal@gaclaw.com scastillo@gaclaw.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | P.O. Box 1291 | | San Lorenzo | PR | 00754 | hernandezrodriguezlaw@gmail.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Hernandez Gutierrez Law | Attn: Mariana Hernandez | Ponce De Leon Ave. | First Federal Building Suite 713-715 | San Juan | PR | 00909 | mhernandez@mihglaw.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Hogan Lovells US LLP | Attn: Robin E. Keller, Esq. | 875 Third Avenue | | New York | NY | 10022 | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: Jesús E. Cuza | 701 Brickell Avenue, Suite 3300 | | Miami | FL | 33131 | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | 10 St. James Avenue | | Boston | MA | 02116 | bos-bankruptcy@hklaw.com |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | 207 del Parque Street | 3rd Floor | San Juan | PR | 00912 | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia | PA | 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit | City View Plaza | 48 Carr 165, Suite 2000 | Guaynabo | PR | 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Javier Mandry-Mercado, Interested Party | Javier Mandry-Mercado | | 1326 Calle Salud | Apt 1101 | Ponce | PR | 00717 | mandryj@yahoo.com |
| Juan E. Noguera, COFINA Bond Credtior | JE Noguera, G Picón & Associates | Attn: Juan E. Noguera | 1569 Gila St. | Caribe Dev. | San Juan | PR | 00926-2708 | noguerapicon@gmail.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Catherine Steege & Melissa Root | 353 N. Clark Street | | Chicago | IL | 60654 | csteege@jenner.com mroot@jenner.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com rlevin@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | PO Box 366104 | | San Juan | PR | 00936-6104 | rrivera@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value | Jones Day | Attn: Bruce Bennett | 555 South Flower Street, 50th Floor | | Los Angeles | CA | 90071 | bbennett@jonesday.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | | | | | | | | |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | 8169 Calle Concordia | Suite 102, Cond. San Vicente | Ponce | PR | 00717-1556 | jpsala_pr@yahoo.com salalawyers@yahoo.com |
| Counsel to Del Valle Group, S.P. | Jorge R. Quintana-Lajara | | 400 Calle Calaf, PMB 165 | | San Juan | PR | 00918-1314 | jorgequintanalajara@gmail.com |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers | Jose Luis Barrios-Ramos | | 1801 McLeary Ave. Suite 303 | | San Juan | PR | 00911 | barrios.jl@outlook.com |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | Attn: José Luis Barrios-Ramos | PO Box 364966 | | San Juan | PR | 00936-4966 | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | 701 Ave Ponce de Leon | Suite 401 | San Juan | PR | 00907-3248 | jwc@jwcartagena.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana | | Com. Punta Diamante | Calle Naira #1561 | Ponce | PR | 00728 | ileanaortix@outlook.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
|  | Ortiz-Santiago |  |  |  |  |  |  |  |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | 1633 Broadway |  | New York | NY | 10019 | Kdavid@kasowitz.com Dfliman@kasowitz.com Isasson@kasowitz.com |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron | American Intl. Plaza, 250 Ave. | Luis Munoz Rivera | San Juan | PR | 00918 | aperez@kpmg.com Lnegron@kpmg.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley | 1177 Avenue of the Americas |  | New York | NY | 10036 | acaton@kramerlevin.com tmayer@kramerlevin.com pbentley@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | L.P.C.& D., Inc | Attn: Jorge L. González Crespo | PO Box 2025 |  | Las Piedras | PR | 00771 | jorge@lpcdinc.com |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | El Centro II, Suite 260 | #500 Muñoz Rivera Avenue | San Juan | PR | 00918 | pola@frankpolajr.com |
| Counsel to PFZ Properties, Inc. | Law Offices Ismael H. Herrero III & Associates, P.S.C. | Attn: Ismael H. Herrero, III | P.O. Box 362159 |  | San Juan | PR | 00936-2159 | herreroilll@herrerolaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | 902 Fernández Juncos Ave. |  | San Juan | PR | 00907 | andres@awllaw.com |
| Counsel to CMA Architects & Engineers LLC and | Law Offices of John E. Mudd | Attn: John E. Mudd | P.O. Box 194134 |  | San Juan | PR | 00919 | jemudd@yahoo.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Municipality of San Sebastian | | | | | | | | |
| Counsel to Del Valle Group, S.P. | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | P.O. Box 362634 | | San Juan | PR | 00936-2634 | craigmcc@me.com |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo | 138 Winston Churchill | Suite 316 | San Juan | PR | 00926-6023 | suarezcobo@gmail.com |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings Inc. | Attn:  Thomas Hommel, Abhishek Kalra & Pamela Simons | 1271 Avenue of the Americas 35th Floor | | New York | NY | 10020 | thomas.hommel@lehmanholdings.com pamela.simons@lehmanholdings.com abhishek.kalra@lehmanholdings.com |
| Interested Party | Liberty Cablevision of Puerto Rico LLC | Attn: Alexandra Verdiales | P.O. Box 192296 | | San Juan | PR | 00919-2296 | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | PMB 456 Suite 102 | 405 Ave. Esmeralda | Guaynabo | PR | 00969 | alinares2020@yahoo.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | 270 Muñoz Rivera Avenue | Suite 1110 | San Juan | PR | 00918 | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | P.O. Box 34 | | Fajardo | PR | 00738 | lawlugo1@gmail.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mainline Information Systems | Attn: Martha Lucia Rodriguez | 1700 Summit Lake Dr | | Tallahassee | FL | 32317 | marthalucia@mainline.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | 802 Avenida Fernández Juncos | Esquina Calle La Paz Miramar | San Juan | PR | 00907 | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | | 9140 Marina St. | Suite 801 | Ponce | PR | 00717 | mevicens@yahoo.com |
| Counsel to 65 Infanteria Shopping Center, LLC | María Fernanda Vélez Pastrana | | P.O. Box 195582 | | San Juan | PR | 00919-5582 | mfvelezquiebras@gmail.com |
| Counsel to Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez | Attn:  Maximiliano Trujillo-Gonzalez, Esq. | 100 Grand Paseos Blvd. | Suite 112 | San Juan | PR | 00926-5902 | maxtruj@gmail.com |
| Counsel to Interamericas Turnkey, Inc. | Maximiliano Trujillo-Gonzalez, Esq. | | 100 Grand Paseos Blvd Suite 112 | | San Juan | PR | 00926-5902 | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. | 270 Muñoz Rivera Avenue, | Suite 7 | Hato Rey | PR | 00918 | aaa@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Antonio A. Arias, Esq. | PO Box 364225 | | San Juan | PR | 00936-4225 | aaa@mcvpr.com |
| Counsel to Autopistas Metropolitanas de Puerto Rico, | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. | 270 Muñoz Rivera Avenue | Suite 7 | Hato Rey | PR | 00918 | nzt@mcvpr.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| LLC and Puerto Rico Telephone Company d/b/a Claro | | | | | | | | |
| Counsel to Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. | PO Box 364225 | | San Juan | PR | 00936-4225 | nzt@mcvpr.com |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | 444 West Lake Street | | Chicago | IL | 60606-0029 | wsmith@mwe.com jkapp@mwe.com mthibert-ind@mwe.com ksheehan@mwe.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Mesirow Financial Investment Mgt Inc. | Attn: Luis Villarejo | 353 N. Clark St. | | Chicago | IL | 60654 | lvillarejo@mesirowfinancial.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | 28 Liberty Street | | New York | NY | 10005-1413 | ddunne@milbank.com aleblanc@milbank.com amiller@milbank.com gmainland@milbank.com |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagaricano & Ricardo R. Lozada - Franco | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 | dmonserrate@msglawpr.com rlozada@msglawpr.com |
| Counsel to Service Employees International Union and United Auto Workers | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra | 101 San Patricio Ave. | Suite 1120 | Guaynabo | PR | 00968 | msimonet@msglawpr.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| International Union | | | | | | | | |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | Plaza 273 Suite 700 | 273 Ponce de León Ave. | Hato Rey | PR | 00917-1934 | ramon.dapena@mbcdlaw.com victor.quinones@mbcdlaw.com ivan.llado@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | PO Box 13399 | | San Juan | PR | 00908 | ramon.dapena@mbcdlaw.com ivan.llado@mbcdlaw.com victor.quinones@mbcdlaw.com |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | P.O. Box 191979 | | San Juan | PR | 00919-1979 | jbrugue@mbbclawyers.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq. | 701 Ponce de León | Suite 401, Centro de Seguros Bldg. | San Juan | PR | 00907 | man@nblawpr.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Netwave Equipment Corp. | Attn: Melissa Piovannetti | 316 Ave De La Constitucion | | San Juan | PR | 00901 | melissa@nustream.com |
| Counsel to COFINA | Nixon Peabody | Attn: Robert Christmas, Esq. | 437 Madison Avenue | | New York | NY | 10022-7039 | rchristmas@nixonpeabody.com |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges LLC | Attn: Hermann Bauer, Esq. & Daniel J. Perez Refojos | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com daniel.perez@oneillborges.com |
| Counsel to Official Committee of Unsecured Creditors | O'Neill & Gilmore LLC | Attn: Patrick O'Neill, Esq. & Charles P. Gilmore, Esq. | 252 Ponce de Leon Ave. | City Towers Suite 1701 | San Juan | PR | 00918 | pdo@go-law.com cpg@go-law.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Ol Maintenance | Attn: Juan Calo Calderon | W E34 Ave Costo Sta Juanita | | Bayamon | PR | 00956 | olmaintenance@yahoo.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | P.O. Box 361289 | | San Juan | PR | 00936-1289 | lawrog@gmail.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq. & Daniel L. Cantor | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com suhland@omm.com pfriedman@omm.com dperez@omm.com dcantor@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers LLP | Attn: M. Randall Oppenheimer | 1999 Avenue of Stars | 8th Floor | Los Angeles | CA | 90067-6035 | roppenheimer@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández | #27 Calle González Giusti Ste 300 | | Guaynabo | PR | 00968-3076 | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | | Urb. Jardines Fagot | C-19 Calle Almendra | Ponce | PR | 00716-4018 | orlando1701@gmail.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com andrewtenzer@paulhastings.com leslieplaskon@paulhastings.com jamesbliss@paulhastings.com jamesworthington@paulhastings.com anthonybuscarino@paulhastings.com michaelcomerford@paulhastings.com alexbongartz@paulhastings.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | arosenberg@paulweiss.com |
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | P.O. Box 9746 | | San Juan | PR | 00908 | gpavia@pavialazaro.com gerardopavialaw@msn.com |
| Interested Party, Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments LLC | c/o National Corporate Research, Ltd. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 | peajeinfo@dechert.com |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | 671 Road 337 | | Peñuelas | PR | 00624-7513 | luis.vazquez@peerlessoil.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción | 671 Road 337 | | Peñuelas | PR | 00624-7513 | sonia.concepcion@peerlessoil.com |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 | adtoro@pico-blanco.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Popular Asset Management | Attn: Javier Rubio CFA | 209 Muñoz Rivera Ave 9Th Floor | | Hato Rey | PR | 00918 | jrubio@bppr.com |
| Claims Agent | Prime Clerk LLC | Attn: Christopher Schepper | 830 3rd Ave FL 9 | | New York | NY | 10022 | puertoricoteam@primeclerk.com serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as representative for the Debtors) | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak & Maja Zerjal | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com ppossinger@proskauer.com ebarak@proskauer.com mzerjal@proskauer.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Puerto Rico Attorneys and Counselors at Law PSC | Attn: Jose F Chaves Caraballo | 203 Calle Eleonor Roosevelt | | Hato Rey | PR | 00918-3006 | chaves@fc-law.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq. | Roberto Sánchez Vilella (Minillas) Government Center | De Diego Ave. Stop 22 | San Juan | PR | 00907 | Gerardo.Portela@aafaf.pr.gov Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva | PO Box 360998 | | San Juan | PR | 00936-0998 | fsilva@claropr.com |
| Counsel to COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, David Cooper, Eric Kay, Kate Scherling, and Brant Duncan Kuehn | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | susheelkirpalani@quinnemanuel.com ericwinston@quinnemanuel.com danielsalinas@quinnemanuel.com davidcooper@quinnemanuel.com erickay@quinnemanuel.com katescherling@quinnemanuel.com brantkuehn@quinnemanuel.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: C. Neil Gray, David M. Schlecker | 599 Lexington Avenue | | New York | NY | 10022 | cgray@reedsmith.com dschlecker@reedsmith.com |
| Counsel to BNY Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 | eschaffer@reedsmith.com lsizemore@reedsmith.com |
| Counsel for The Bank of New York Mellon, as trustee | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq. | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 | kgwynne@reedsmith.com |
| Counsel to COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, and Gustavo A. Pabón Rico | 255 Ponce de León Avenue | MCS Plaza, 10th Floor | San Juan | PR | 00917-1913 | escalera@reichardescalera.com arizmendis@reichardescalera.com riverac@reichardescalera.com pabong@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó | Ave. Fernández Juncos 802 | | San Juan | PR | 00907 | mpico@rexachpico.com |
| Counsel to South Parcel of Puerto Rico, S.E. and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | 1502 Fernandez Juncos Ave | | San Juan | PR | 00909 | victorriverarios@rcrtrblaw.com |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez | Rivera Tulla & Ferrer Building | 50 Quisqueya Street | San Juan | PR | 00917-1212 | etulla@riveratulla.com icabrera@riveratulla.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| issues | | | | | | | | |
| Counsel to the Ad Hoc Group of General Obligation Bondholders | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Ariel N. Lavinbuk, Donald Burke, Lanora C. Pettit & Joshua S. Bolian | 1801 K Street, NW | | Washington | D.C. | 20006 | lrobbins@robbinsrussell.com mstancil@robbinsrussell.com gorseck@robbinsrussell.com kzecca@robbinsrussell.com alavinbuk@robbinsrussell.com dburke@robbinsrussell.com lpettit@robbinsrussell.com jbolian@robbinsrussell.com |
| Counsel to American Federation of State, County and Municipal Employees | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs | P.O. Box 368006 | | San Juan | PR | 00936-8006 | manuel@rodriguezbanchs.com |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | | La Coruna | Apt. 103 | Guaynabo | PR | 00969 | rgarciafontan@gmail.com |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq. | American Airlines Building | 1509 López Landrón, Piso 10 | San Juan | PR | 00911 | rprats@rpplaw.com |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq. | 166 Avenida de la Constitución | | San Juan | PR | 00901 | cbimbela@scvrlaw.com mhernandez@scvrlaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | P.O. Box 195553 | | San Juan | PR | 00919-5533 | jsalichs@splawpr.com etejeda@splawpr.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Santander Asset Management | Attn: Desiree Mieses | Santander Tower San Patricio | B7 Calle Tabonuco Ste 1800 | Guaynabo | PR | 00968 | Dmieses@sampr.com |
| Counsel to American Federation of State, County and Municipal Employees | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel | 1037 Raymond Blvd. | Suite 1520 | Newark | NJ | 07102 | slevine@saul.com dpatel@saul.com |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Taejin Kim, & Parker J. Milender | 919 Third Avenue | | New York | NY | 10022 | tae.kim@srz.com parker.milender@srz.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Secretario Tribunal De San Juan | Attn: Jose Silva Jiménez | 268 Ave Muñoz Rivera | | San Juan | PR | 00921 | jose.silva@ramajudicial.pr |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa PSC | Attn: Eric Perez Ochoa | PO Box 70294 | | San Juan | PR | 00936-8294 | epo@amgprlaw.com |
| Counsel for The Bank of New York Mellon, as trustee and Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Lee Sepulvado Ramos, José F. Escobar Machín, José Javier Santos Mimoso & Aníbal J. Núñez González | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | lsepulvado@smlawpr.com jescobar@smlawpr.com jsantos@smlawpr.com anunez@smlawpr.com |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | State Street Global Advisors | Attn: Michael Haley | 3475 Piedmont Road NE | Suite 1920 | Atlanta | GA | 30305 | Michael_Haley@ssga.com |
| Counsel to the American Federation of Teachers | Stroock & Stroock & Lavan LLP | Attn: Curtis C. Mechling & Sherry Millman | 180 Maiden Lane | | New York | NY | 10038-4982 | cmechling@stroock.com smillman@stroock.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Super Asphalt Pavement Corp. | Attn: Paride Mazza | Bo Caimito Carr 1 Km 18.5 | | San Juan | PR | 00926 | jose@superasphalt.net |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Tamrio Inc. | Attn: Claudio Torres | Calle Rocherlice #31 | Parque Industrial Del Oeste | Mayaguez | PR | 00680 | ctorres@tamrio.com |
| Counsel to Tamrio Inc. | Tamrio Inc. | Attn: Eng.. Claudio Torres Serrano | PO Box 455 | | Mayaguez | PR | 00681 | jlopez@constructorasantiago.com |
| Top 20 Unsecured Creditor, Employee Retirement System | Taplin, Canida and Habacht | Attn: Tere Alvarez Canida CFA | 1001 Brickell Bay Dr. | Suite 2100 | Miami | FL | 33131 | tac@tchinc.com |
| Top 20 Unsecured Creditor, Employee Retirement System | The Bank of New York Mellon | Attn: Jon Bangor, Vice President | 225 Liberty Street | | New York | NY | 10286 | debbi.reid@bnymellon.com |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | The Eniac Corporation | Attn: Albilda Bosh | # 27 Calle González Giusti 600 St | | Guaynabo | PR | 00968 | albilda.bosch@eniac-corp.com |
| the Honorable Rosanna López León, Plaintiff in | the Honorable Rosanna López León | | El Capitolio | PO Box 9023431 | San Juan | PR | 00902-3431 | mvega@senado.pr.gov |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Adv. Case No. 17-00137 | | | | | | | | |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk | P.O. Box 195383 | | San Juan | PR | 00919-5383 | mfb@tcmrslaw.com lft@tcmrslaw.com jvankirk@tcmrslaw.com |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq. | P.O. Box 191732 | | San Juan | PR | 00919-1732 | dml@trdlaw.com har@trdlaw.com |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | Post Office Box 227 | Ben Franklin Station | Washington | D.C. | 20044 | wardlow.w.benson@usdoj.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | Office of Regional Counsel, U.S. EPA Region 2 | City View Plaza II, Suite 7000, #48 RD. 165 km 1.2 | Guaynabo | PR | 00968-8069 | velez.hector@epa.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Mark A. Gallagher | Environment and Natural Resources Division, Environmental Enforcement Section | P.O. Box 7611 | Washington | DC | 20044-7611 | mark.gallagher@usdoj.gov |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov |

| Description | Name | Notice Name | Address1 | Address 2 | City | State | Zip Code | E-Mail |
|---|---|---|---|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert | 767 Fifth Avenue | | New York | NY | 10153-0119 | marcia.goldstein@weil.com kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com salvatore.romanello@weil.com gregory.silbert@weil.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | gkurtz@whitecase.com jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131-2352 | jzakia@whitecase.com |
| Counsel to Cardinal Health PR 120, Inc. | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | MCS Plaza | Ponce de León Avenue, Suite 801 | San Juan | PR | 00917 | william.m.vidal@gmail.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | USDCPR 201106 | P.O. Box 1801 | Sabana Seca | PR | 00952-1801 | wssbankruptcy@gmail.com |

## EXHIBIT B
### Via First Class Mail

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | P.O. Box 810190 | | Carolina | PR | 00981-0190 |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 |
| Del Valle Group, S.P. | Del Valle Group, S.P. | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | P.O. Box 2319 | | Toa Baja | PR | 00951-2319 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
| Federal Agency | Department of housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 |

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |
| Integrand Assurance Company | Integrand Assurance Company | | P.O. Box 70128 | | San Juan | PR | 00936-8128 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | P.O. Box 190095 | | San Juan | PR | 00919-0095 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., N.W. | 11th floor | Washington | DC | 20001 |

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor Attn: Ramón Ortiz Carro | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| Members of Creditor's Committee | Unitech Engineering | | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 |
| Counel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | Jamei Whitten Building, 1400 Independence Ave., SW, Suite 200A | | Washington | DC | 20250 |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| Federal Agency | US Department of | Attn: Jeff Sessions | 950 Pennsylvania | | Washington | DC | 20530 |

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| | Justice (DOJ) | | Ave., NW | | | | |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Frances Perkins Building | 200 Constitution Ave | Washington | DC | 20210 |

## **EXHIBIT C**
Via Hand Delivery

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 |