UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER SCHEDULING BRIEFING OF THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY CENTRO DE PERIODISMO INVESTIGATIVO, INC.

      The Court has received and reviewed the motion for relief from the automatic stay (the "Motion") filed by Centro de Periodismo Investigativo, Inc. (the "Movant"). (Docket Entry No. 740.) Opposition papers to the Motion must be filed by **August 8, 2017**. Movant's reply papers must be filed by **August 15, 2017**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

      SO ORDERED.

Dated: July 25, 2017

                                                                              /s/ Laura Taylor Swain
                                                                            LAURA TAYLOR SWAIN
                                                                            United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).