UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY, | No. 17 BK 3567-LTS |
| Debtor. | This Order relates only to Case No. 17-3567 and shall be filed in the lead Case No. 17-3283 and Case No. 17-3567 |

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER GRANTING URGENT MOTION OF SOUTH PARCEL OF PUERTO RICO, S.E. TO BE HEARD AT THE AUGUST 9, 2017 HEARING FOR REPLY TO OBJECTION OF THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The Court has received and reviewed the *Urgent Motion to be Heard at August 9th, 2017 Hearing for Reply to Objection of the Puerto Rico Highways and Transportation Authority to Motion for Relief from the Automatic Stay* (the "Urgent Motion"). (Case No. 17-3283, Docket Entry No. 744.) The Urgent Motion is granted. The Court will hear oral argument in connection with the motion of South Parcel of Puerto Rico, S.E. ("South Parcel") for Relief from the Automatic Stay (the "Motion") at the upcoming Omnibus Hearing, which will begin at **9:30 a.m. (prevailing Eastern Time) on August 9, 2017**, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. South Parcel and HTA will each be allotted 15 minutes for oral argument. South Parcel's request for an argumentative hearing in connection with the Motion is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the motion for relief from the automatic stay.

This order resolves docket entry no. 744 in case no. 17-3283.

SO ORDERED.

Dated: July 26, 2017

   /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge