**EXHIBIT F**

**UNIVERSITY OF PUERTO RICO, UNIVERSIDAD DE PUERTO RICO**
**MEDICAL SCIENCES CAMPUS, RECINTO DE CIENCIAS MEDICAS**
**SCHOOL OF MEDICINE, ESCUELA DE MEDICINA**



**DEPARTMENT OF SURGERY-ORTHOPAEDICS, DEPARTAMENTO DE ORTOPEDIA**

2 de agosto de 2016

Miembros NQDCP

**RE: SITUACIÓN DEL PLAN**

Estimados miembros del Plan de Compensación Diferida RCM:

Sirva la presente para ponerlos al tanto de las gestiones realizadas por la Junta del Plan durante el pasado mes de julio.

Como le habíamos notificado la Junta de Gobierno de la UPR aprobó la disolución del plan en su reunión ordinaria de mayo. En vista de que Voya se niega a distribuir los activos a los participantes, Voya fue despedida como "trustee y record keeper" a finales de ese mismo mes. Para proceder con la terminación del plan, se nos encomendó conseguir a un nuevo "trustee y record keeper" que asumiera la dirección del plan y nos ayude a terminar el mismo distribuyendo los activos a los participantes.

Los miembros de la Junta de Gobierno de la UPR, en su reunión del mes de junio 2016 acordaron asumir la posición de "Trustee". A principios de julio la Junta del Plan junto al Rector evaluaron las propuestas de diferentes compañías para hacer el "record keeping" y han preparado su recomendación para ser presentada al comité de finanzas de la Junta de Gobierno en las próximas semanas. Si este comité está de acuerdo, entonces se presentará a los Miembros de la Junta de Gobierno en su próxima reunión regular el 23 de agosto, ya que la Junta de Gobierno no tuvo reunión ordinaria en el mes de julio.

Una vez aprobada por los Miembros de la Junta de Gobierno comenzará el trámite para pasar los activos del plan al nuevo "Trustee". Ese trámite no debe de tomar más de 60 días. Una vez transferido el dinero se podrán comenzar con las distribuciones según las instrucciones de cada participante.

Aquellos participantes que tienen cuentas de corretaje dentro del plan y/o fondos mutuos deben considerar mover sus inversiones a la cuenta fija, lo que hará la transferencia de los activos más fácil.

Aquellos que diferían ingreso de servicios profesionales les recomendamos se comuniquen con sus contables para ajustar sus planillas estimadas.

Una vez aprobada la transferencia al nuevo "Trustee", estaremos coordinando una reunión informativa con el nuevo "record keeper" quien les ofrecerá orientación sobre qué podrán hacer con el dinero distribuido.

Atentamente,                                                    Vo. Bo.

Francisco López González, MD, FAAOS              Noel J. Aymat Santana, DMD
Vice Presidente Junta del Plan                          Rector
francisco.lopez7@upr.edu

**PATRONO CON IGUALDAD DE OPORTUNIDAD EN EL EMPLEO M/M/V/I**
**EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER M/M/V/I**
**PO BOX 365067, SAN JUAN, PUERTO RICO 00936-5067**
**TEL. (787) 764-5095 / FAX (787) 620-0714**

I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached
document is a true and exact translation of the original




**UNIVERSITY OF PUERTO RICO,**
**MEDICAL SCIENCES CAMPUS**
**SCHOOL OF MEDICINE**

**DEPARTMENT OF SURGERY-ORTHOPAEDICS**

August 2, 2016

NQDCP Members

**RE: SITUATION OF THE PLAN**

Dear MSC Deferred Compensation Plan Members:

The instant document is to update you regarding the endeavors undertaken by the Plan Board
during this July.

As you were previously notified, the Governing Board of the UPR approved the dissolution of the
plan in its ordinary meeting in May. Since Voya refused to distribute the assets to the participants,
Voya was terminated as trustee and record keeper at the end of that month. In order to proceed
with the Plan Termination, we were tasked to find a new trustee and record keeper to assume Plan
Management and assist us in terminating it by distributing its assets to plan participants.

The members of the UPR Governing Board, in its meeting in June 2016 agreed to assume the
position of Trustee. In the beginning of July the Plan Board and the Provost evaluated the
proposal of different companies to carry out the record keeping and have prepared their
recommendation to be presented to the finance committee of the Governing Board in its next
regular meeting in August 23, since the Governing Board did not have an ordinary meeting this
July.

Once approved by the Members of the Governing Board, we will commence the process to
transfer the Plan assets to the new Trustee. This should not take more than 60 days. Once the
money has been transferred the distribution can begin according to the instructions of each
participant.

Those participants that have brokerage accounts in their plan and/or mutual funds have to
consider moving their investments to the fixed account, which will make the transfer of assets
easier.

We are recommending to those who deferred professional services income to contact their
accountants to adjust your estimated periodic tax payment returns.

Once the transfer has been approved to the new Trustee, we will be coordinating an informative
meeting with the new record keeper who will provide orientation on what can be done with the
money disbursed.

Sincerely,

Vo. Bo.

Francisco López González, MD, FAAOS
Vice-President Plan Board
Francisco.lopez7@upr.edu

Noel J. Aymat Santana, DMD