# EXHIBIT G

JUNTA DE GOBIERNO
UNIVERSIDAD DE PUERTO RICO

CERTIFICACIÓN NÚMERO 138
2015-2016

Yo, Gloria Butrón Castelli, secretaria de la Junta de Gobierno de la Universidad de Puerto Rico, CERTIFICO QUE:

La Junta de Gobierno de la Universidad de Puerto Rico, en su reunión ordinaria celebrada el 23 de mayo de 2016 y 27 de junio de 2016, habiendo considerado las recomendaciones del presidente de la Universidad de Puerto Rico, del rector del Recinto de Ciencias Médicas y de la Junta del Plan de Compensaciones Diferidas No Cualificado del Recinto de Ciencias Médicas, aprobó lo siguiente:

1. Ratificar la terminación de *Voya Institutional Trust Company* como "*Trustees*" del *Rabbi-Trust* del Plan de Compensaciones Diferidas No Cualificado del Recinto de Ciencias Médicas, según notificada el 27 de mayo de 2016.

2. Con efectividad inmediata, designar a los miembros de la Junta de Gobierno de la Universidad de Puerto Rico como los "*Successor Trustees*" del *Rabbi-Trust* del Plan de Compensaciones Diferidas No Cualificado del Recinto de Ciencias Médicas.

3. Disolver el Plan de Compensaciones Diferidas No Cualificado del Recinto de Ciencias Médicas y distribuir los fondos diferidos a sus participantes.

4. Autorizar al presidente de la Universidad de Puerto Rico y al Rector del Recinto de Ciencias Médicas a representar a la Universidad de Puerto Rico, ya sea individualmente o en conjunto, ante todo acto jurídico, otorgación de escrituras públicas o transacción de negocios necesaria para hacer cumplir las resoluciones aquí aprobadas, no más tarde del 31 de julio de 2016, o tan pronto sea administrativamente posible.

5. Dejar sin efecto las Certificaciones Número: 94 (1983-1984), 103 (1984-1985), 87 (1991-1992) y 92 (2011-2012).

Y PARA QUE ASÍ CONSTE, expido la presente Certificación, en San Juan, Puerto Rico, hoy 30 de junio de 2016.

Gloria Butrón Castelli
Secretaria