**EXHIBIT H**

[Seal: University of Puerto Rico • 1903]
Board of Governors
University of Puerto Rico

Certification Number 138
2015-2016

I, Gloria Butrón Castelli, Secretary of the University of Puerto Rico Board of Governors, DO HEREBY CERTIFY THAT:

The University of Puerto Rico Board of Governors, in its regular meeting held on May 23, 2016 and June 27, 2016, having considered the recommendations of the President of the University of Puerto Rico, the Chancellor of the Medical Sciences Campus and the Medical Sciences Campus Nonqualified Deferred Compensation Plan Board, approved to:

1. Ratify the termination of the *Voya Institutional Trust Company* as "Trustees" of the Rabbi-Trust for the Medical Sciences Campus Nonqualified Deferred Compensation Plan, as notified on May 27, 2016.

2. Effective immediately, appoint the members of the University of Puerto Rico Board of Governors as "Successor Trustees" of the Rabbi-Trust for the Medical Sciences Campus Nonqualified Deferred Compensation Plan.

3. Dissolve the Medical Sciences Campus Nonqualified Deferred Compensation Plan and distribute the deferred funds among its participants.

4. Authorize the President of the University of Puerto Rico and the Chancellor of the Medical Sciences Campus to represent the University of Puerto Rico, either individually or jointly, in any legal act or in the execution of any public document or business transaction necessary to enforce the resolutions approved herein no later than July 31, 2016 or as soon as administratively possible.

5. Repeal Certifications Number: 94 (1983-1984), 103 (1984-1985), 87 (1991-1992), and 92 (2011-2012).

IN WITNESS WHEREOF, I issue the present certification, in San Juan, Puerto Rico, today, June 30, 2016.

[signature Gloria Butrón Castielli]
Gloria Butrón Castielli
Secretary

[Seal: University of Puerto Rico • 1903]