# EXHIBIT I



*Universidad de Puerto Rico, Recinto de Ciencias Médicas*
*University of Puerto Rico, Medical Sciences Campus*

Oficina del Rector
Chancellor's Office

August 16, 2016

To whom it may concern:

This letter is to communicate that the University of Puerto Rico has designated Pension Administrators Group, Inc. ("PAGI") as the new Record-Keepers for the Nonqualified Deferred Compensation Plan of the Medical Sciences Campus (Plan de Compensación Diferida No-Calificado del Recinto de Ciencias Médicas). The contact person in PAGI is Mr. Francisco Fernandez and can contacted through:

Pension Administrators Group, Inc.

Ochoa Building, Suite 205            PO Box 9023794
500 De La Tanca Street               San Juan, PR 00902-3794
Old San Juan, PR 00901

                                     Telephone: (787) 977-8496
                                     Fax: (787) 724-2143

Any interested party with questions or in need of additional information regarding this designation may contact the undersigned at rector.rcm@upr.edu.

Cordially,

Noel J. Aymat-Santana, DMD, FAAPD, JD
Chancellor
Medical Sciences Campus
University of Puerto Rico

---

Dirección/Address:
PO Box 365067
San Juan, PR
00936-5067

Teléfono/Phone:
787-758-2525
Exts. 1708,1709

Fax: 787-754-0474

UPR
Universidad de Puerto Rico

Patrono con
Igualdad
de Oportunidad
en el Empleo
M/M/V/I

Equal Employment
Opportunity
Employer M/W/V/H