**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL R. ROCHELLE**

COMES NOW Michael R. Rochelle, applicant herein (the "Applicant") and respectfully states in support of his *Motion for Admission Pro Hac Vice* as follows:

1. Applicant is an attorney and partner of the law firm of Rochelle McCullough, LLP, with offices at:

> ROCHELLE MCCULLOUGH LLP
> 325 N. St. Paul, Suite 4500
> Dallas, Texas 75201
> P: (214) 953-0182
> F: (214) 953-0185
> Buzz.Rochelle@RoMcLaw.com

2. Applicant will sign all pleadings with the name of Michael R. Rochelle.

3. Applicant has been retained as a member of the above-named firm by the Ad Hoc Puerto Rico Municipalities Committee to provide legal representation as co-counsel with the law

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Page 1

firm of Godreau & Gonzalez Law, LLC in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Applicant has been admitted to practice law in the State of Texas since June 10, 1977. Since March 1, 1979, Applicant has been and presently is a member in good standing of the bar of the United States District Court for the Northern District of Texas, where Applicant regularly practices law. Applicant's Texas Bar license number is 17126700.

5. Applicant has been admitted to practice before the following jurisdictions:

| Court | Admission Date |
|---|---|
| Northern District of Texas | 03/01/1979 |
| Western District of Texas | 05/28/1980 |
| Fifth Circuit Court of Appeals | 08/22/1980 |
| Southern District of Alabama | 06/29/1983 |
| Eastern District of Wisconsin | 04/26/1993 |
| Eastern District of Texas | 07/29/1996 |

6. Applicant is a member in good standing of the bars of the courts listed in the paragraph above.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant was granted *pro hac vice* admission in the United States Bankruptcy Court for the District of Puerto Rico by order entered on February 13, 2006 in the matter of *In re El Comandante Management Company LLC*, Case No. 04-10938 (Bankr. D.P.R. 2004).

10. Local counsel of record associated with Applicant in this matter is:

Rafael A. Gonzales Valiente
USDC NO. 225209
Godreau & Gonzalez Law, LLC
P.O. Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
rgv@g-glawpr.com

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth herein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee shall be completed either through the CM/ECF payment system (using pay.gov website) or by attaching herewith a check or money order payable to: "Clerk, U.S. District Court"

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: July 26, 2017.

Respectfully submitted,

*/s/ Michael R. Rochelle*
Michael R. Rochelle, *pro hac vice pending*
Texas Bar No. 17126700
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185
Buzz.Rochelle@RoMcLaw.com

*Attorney for Ad Hoc Puerto Rico Municipalities Committee*

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Dated: July 26, 2017.

Respectfully submitted,

/s/ Rafael A. Gonzales Valiente
Rafael A. Gonzales Valiente
USDC NO. 225209
Godreau & Gonzalez Law, LLC
P.O. Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
rgv@g-glawpr.com

*Attorney for Ad Hoc Puerto Rico Municipalities Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, the original was served upon the Clerk of Court on July 25, 2017, accompanied by a $300 *pro hac vice* admission fee.

Dated: July 26, 2017.

/s/ *Michael R. Rochelle*
Michael R. Rochelle, *pro hac vice pending*
Texas Bar No. 17126700
ROCHELLE MCCULLOUGH LLP
325 N. St. Paul, Suite 4500
Dallas, Texas 75201
P: (214) 953-0182
F: (214) 953-0185
Buzz.Rochelle@RoMcLaw.com

/s/ *Rafael A. Gonzales Valiente*
Rafael A. Gonzales Valiente
USDC NO. 225209
Godreau & Gonzalez Law, LLC
P.O. Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
rgv@g-glawpr.com

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[2] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF MICHAEL R. ROCHELLE

The Court, having considered the *Motion for Admission Pro Hac Vice of Michael R. Rochelle*, orders that:

\_\_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

\_\_\_\_ the application be denied. The Clerk of the Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, on _____, 2017.

Honorable Laura Taylor Swain
United States District Judge

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).