# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Jimenez, Pedro A.

USDC-PR Bar Number:   121912

Email Address:   pjime@icepr.com

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:   University of Puerto Rico

   Defendant:   Voya Institutional Trust Company

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3. Indicate the title and number of related cases (if any).

   Voya Institutional Trust Company v. University of Puerto Rico 16-cv-2519. Factual and legal issues in this removed case are the same as those in the related case.

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☒ Yes

   ☐ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes

   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes

   ☒ No

Date Submitted:   01/04/2017

rev. Dec. 2009

[ Print Form ]   [ Reset Form ]