IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNIVERSIDAD DE PUERTO RICO<br><br>                Plaintiff,<br><br>                v.<br><br>VOYA INSTITUTIONAL TRUST COMPANY,<br><br>                Defendant. | Civil No. _____ |

**EXHIBIT B**

**TO THE NOTICE OF REMOVAL**

Estado Libre Asociado de Puerto Rico
Tribunal de Primera Instancia
Centro Judicial de SAN JUAN
Sala SUPERIOR de SAN JUAN

| UNIVERSIDAD DE PUERTO RICO | CASO NÚM: | SJ2016CV00350 |
|---|---|---|
| Nombre de la(s) parte(s) demandante(s) | | |
| VS. | SALÓN NÚM: | |
| VOYA INSTITUTIONAL TRUST COMPANY | ACCIÓN CIVIL DE | INJUNCTION PERMANENTE, INJUNCTION PRELIMINAR |
| Nombre de la(s) parte(s) demandada(s) | | (materia o asunto) |

## EMPLAZAMIENTO

ESTADOS UNIDOS DE AMÉRICA,
EL PRESIDENTE DE LOS ESTADOS UNIDOS
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO               ss.

A: VOYA INSTITUTIONAL TRUST COMPANY
ONE ORANGE WAY C4R
, CONNECTICUT 06095

(nombre de la parte demandada que se emplaza)

POR LA PRESENTE se le emplaza para que presente al tribunal su alegación responsiva a la demanda dentro de los _____ días de haber sido diligenciado este emplazamiento, excluyéndose el día del diligenciamiento. Usted deberá presentar su alegación responsiva a través del Sistema Unificado de Manejo y Administración de Casos (SUMAC), al cual puede acceder utilizando la siguiente dirección electrónica: https://unired.ramajudicial.pr/sumac/, salvo que se represente por derecho propio. Si usted deja de presentar su alegación responsiva dentro del referido término, el tribunal podrá dictar sentencia en rebeldía en su contra y conceder el remedio solicitado en la demanda, o cualquier otro, si el tribunal, en el ejercicio de su sana discreción, lo entiende procedente.

EDGARDO BARRETO PAGAN
(nombre del(de la) abogado(a) de la parte demandante, o de la parte, si no tiene representación legal)

14351
(número ante el Tribunal Supremo, si es abogado(a))

254 AVE MUÑOZ RIVERA STE 711
HATO REY, PUERTO RICO 00918
(dirección)

TEL. 7875791681 / FAX 7872507555
(número de teléfono; número de fax)

ebarreto@fgrlaw.com
(correo electrónico)

Extendido bajo mi firma y sello del Tribunal, hoy _____ de _____ de _____.

_____     Por: _____
Nombre del (de la) Secretaria Regional          Nombre del (de la) Secretaria Auxiliar

_____
Firma del (de la) Secretaria Auxiliar del Tribunal

A TRUE COPY
ATTEST:

PROCESS SERVER
RICH ZECHIEL

OAT 1578 Emplazamiento (SUMAC)
Reglas de Procedimiento Civil de 2009

CASO NÚM: _____

## CERTIFICADO DE DILIGENCIAMIENTO POR ALGUACIL

Yo, _____ Alguacil del Tribunal de Primera Instancia de Puerto Rico Sala de _____ Número de Placa _____ .

**CERTIFICO** que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____
_____

_____        _____
Nombre del (de la) Alguacil Regional        Nombre del (de la) Alguacil de Primera Instancia

                                            _____
                                            Firma del (de la) Alguacil de Primera Instancia

## DILIGENCIAMIENTO DEL EMPLAZAMIENTO POR PERSONA PARTICULAR

Yo, _____ , declaro tener capacidad legal conforme la Regla 4.3 de Procedimiento Civil de Puerto Rico, y certifico que el diligenciamiento del emplazamiento y de la demanda del caso de referencia fue realizado por mí, el _____ de _____ de _____ , de la siguiente forma:

☐ Mediante entrega personal a la parte demandada en la siguiente dirección física:
_____

☐ Accesible en la inmediata presencia de la parte demandada en la siguiente dirección física:
_____

☐ Dejando copia de los documentos a un(a) agente autorizado(a) por la parte demandada o designada por ley para para recibir emplazamientos en la siguiente dirección física:
_____

☐ No se pudo diligenciar el emplazamiento personalmente debido a que:
_____

## COSTOS DEL DILIGENCIAMIENTO
$ _____

## DECLARACIÓN DEL(DE LA) EMPLAZADOR(A)

Declaro bajo pena de perjurio, conforme a las leyes del Estado Libre Asociado de Puerto Rico, que la información provista en el diligenciamiento del emplazamiento es verdadera y correcta. Y PARA QUE ASÍ CONSTE, suscribo la presente en _____ , Puerto Rico, hoy día _____ de _____ de _____ .

                                            _____
                                            (firma del(de la) emplazador(a))

                                            _____
                                            (dirección del(de la) emplazador(a))

AFFIDAVIT NÚM. _____

Jurado(a) y suscrito(a) ante mí por _____
de las circunstancias personales anteriormente mencionadas, a quien doy fe de conocer

_____
(conocimiento personal o, en su defecto, la acreditación del medio supletorio provisto por la Ley Notarial)

En _____ , Puerto Rico, hoy día _____ de _____ de _____ .

                                            _____
                                            NOTARIO(A) PÚBLICO

OAT 1578 Emplazamiento (SUMAC)
Reglas de Procedimiento Civil de 2009