**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNIVERSIDAD DE PUERTO RICO<br><br>                    Plaintiff,<br><br>           v.<br><br>VOYA INSTITUTIONAL TRUST COMPANY,<br><br>                    Defendant. | **Civil No.** _____ |

**EXHIBIT B-1**

**TO THE NOTICE OF REMOVAL**

Commonwealth of Puerto Rico
First Instance Tribunal
Superior Court of San Juan

| | |
|---|---|
| UNIVERSITY OF PUERTO RICO PLAINTIFFS | Civil No.: sj2016cv00350 |
| v. | COURTROOM: (904) |
| VOYA INSTITUTIONAL TRUST COMPANY DEFENDANTS | MATTER: PRELIMINARY INJUNCTION PERMANENTINJUNCTION |

_____

SUMMONS

United States of America
President of the United States
Commonwealth of Puerto Rico

t: Voya Institutional Trust Company
One Orange Way C4R
Connecticut 06905

You are hereby summoned to present before the court your pleading in response to the complaint within \_\_\_\_\_ days after service of process, excluding the day of service of process. You must submit your responsive pleading through the Unified System for Case management and Administration (SUMAC), which you can access using the following electronic address: https://unired.ramajudicial.pr/sumac/, unless you are representing yourself. If you fail to submit a responsive pleading within the referred time, the court will be able to issue judgment in contempt against you and grant the remedy requested in the complaint, or any other if the court, in its sound discretion deems it proper.

<u>                             EDGARDO BARRETO PAGAN                            </u> (name of plaintiff's lawyer or name of plaintiff if plaintiff does not have a lawyer)

<u>                               143351                               </u>
(Supreme Court number, if an attorney)

<u>                           254 MUÑOZ RIVERA STE 711
                     HATO REY, PUERTO RICO 00918                </u>
(address)

I sign and affix the seal of the court today \_\_\_ of _____ of _____.

_____ By _____
Name of the Regional Secretary          Name of the Auxiliary Secretary

_____
Signature of the Auxiliary Secretary of the Court

I, _____ of legal age, _____, employed and resident of _____, Puerto Rico, under oath DECLARE:

That my name and personal circumstances are the ones mentioned above, I know how to read and write and I am not an attorney on this matter, nor a party in the lawsuit, nor a relative of the parties, and I have no interest on the case.

That I received the Order in the back on _____ of ____ 2016 notified it in person to _____ on ___ of _____2016 at ____a.m./p.m. In _____,Puerto Rico.

_____
SERVER OFSUMMONS


Sworn and subscribed before me, by _____
Of the personal circumstances mentioned above, of whom I attest
_____
that I personally know or have verified the personal circumstances through the supplementary method provided by Notary Law.

In_____, Puerto Rico, on ____ of _____ 2016.

_____
CLERK

CERTIFICATION: I, Moisés S. Hernández Amateau, J.D., a U.S. Court Certified Interpreter, CERTIFY that I translated the Spanish language start text into the English language, that the rendition is a formal and/or functional equivalent of the referenced start text; and that the numerical contents of the translation, if any, are a true and accurate rendition of the original numbers. Therefore, I am attaching my signature to this document, listing the date and location after my signature

*[signature]*

In San Juan, Puerto Rico, January 2017.