**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| |
|---|
| UNIVERSIDAD DE PUERTO RICO |
| Plaintiff, |
| v. |
| VOYA INSTITUTIONAL TRUST COMPANY, |
| Defendant. |

Civil No. _____

**EXHIBIT C**

**TO THE NOTICE OF REMOVAL**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE San Juan
SALA SUPERIOR DE San Juan

| | |
|---|---|
| UNIVERSIDAD DE PUERTO RICO | CASO NÚM. SJ2016CV00350 |
| VS | |
| VOYA INSTITUTIONAL TRUST COMPANY | SOBRE: INJUNCTION PERMANENTE Y OTROS |

## NOTIFICACIÓN

A:

EDGARDO BARRETO PAGAN
EBARRETO@FGRLAW.COM

El (La) Secretario(a) que susbribe certifica y notifica a usted que con relación al (a la) CASO EPÍGRAFE este Tribunal emitió una ORDEN el 29 de diciembre de 2016.

Se aneja copia o incluye enlace:
Presione aquí para acceder al documento electrónico objeto de esta notificación.

SE LE ADVIERTE que al ser una parte o su representante legal en el caso sujeto a esta ORDEN, usted puede presentar un recurso de apelación, revisión o certiorari de conformidad con el procedimiento y en el término establecido por ley, regla o reglamento.

CERTIFICO que la determinación emitida por el Tribunal fue debidamente registrada y archivada hoy 29 de diciembre de 2016, y que se envió copia de esta notificación a las personas antes indicadas, a sus direcciones registradas en el caso conforme a la normativa aplicable. En esta misma fecha fue archivada en autos copia de esta notificación.

En San Juan, Puerto Rico, a 29 de diciembre de 2016.

| GRISELDA RODRIGUEZ COLLADO | Por: | f/VANESSA NIEVES MORALES |
|---|---|---|
| Nombre del (de la) Secretario(a) Regional | | Nombre y Firma del (de la) Secretario(a) Auxiliar del Tribunal |

SJ2016CV00350 29/12/2016 01:26:00 p.m. Página 1 de 4

Estado Libre Asociado de Puerto Rico
Tribunal de Primera Instancia
Sala Superior de San Juan

| | |
|---|---|
| UNIVERSIDAD DE PUERTO RICO DEMANDANTES | CIVIL NUMERO: SJ2016CV00350 |
| | SALA: (904) |
| V | SOBRE: |
| VOYA INSTITUTIONAL TRUST COMPANY DEMANDADOS | INJUNCTION PRELIMINAR INJUNCTION PERMANENTE |

## ORDEN

Examinada la Demanda y Solicitud de Interdicto Provisional e Interdicto Permanente, radicada electrónicamente el 28 de diciembre de 2016, por la parte demandante, y traída ante nuestra consideración hoy 29 de diciembre de 2016, y considerada la naturaleza extraordinaria de la solicitud de *injunction* preliminar presentada por la parte demandante, se señala una vista a los únicos efectos de dilucidar la procedencia del recurso extraordinario preliminar solicitado para el **9 de enero de 2017 a las 2:00 p.m.**, en el salón de sesiones **904.**

A la referida vista los abogados de las partes deberán comparecer preparados para lo siguiente:

1. Exponer en forma concisa y narrativa los hechos pertinentes en que descansa su razón de pedir, negar o intervenir. Todos los participantes aunarán esfuerzos para identificar los hechos medulares a la controversia.

2. Formalizar estipulaciones de hechos, anunciar la prueba testifical y documental a ofrecerse y examinar la posibilidad de arreglo. A tal efecto, cada abogado deberá tener autorización de su representado o en su defecto éste deberá asistir ese día o estar disponible en comunicación telefónica con su abogado desde el

3. Discutir su teoría legal.

4. Celebración de la vista evidenciaria.

2

Orden SJ2016CV00350

La parte demandante deberá diligenciar el emplazamiento, y además notificar esta orden con copia de la demanda, **a todos los demandados antes del 5 de enero de 2017, de conformidad a lo dispuesto en la Regla 4.4 de Procedimiento Civil**, 32 L.P.R.A. Ap. V R 4.4, de Procedimiento Civil; *Corujo Collazo v. Viera Martínez*, 111 D.P.R. 552, 556-557 (1981).

Las partes deberán incluir en sus mociones un número de fax y su correo electrónico.

Se apercibe a la parte demandada que de no comparecer a la conferencia señalada, el tribunal procederá a celebrar la vista, sin más citarle ni oírle, pudiendo dictar la orden de *injunction* preliminar solicitada.

Advertimos a la parte demandada que el caso deberá tramitarse a través del sistema electrónico SUMAC. Por lo cual deberá cumplirse con lo ordenado en la **Orden Administrativa Núm. OA-JP2013-173** emitida por el Juez Presidente del Tribunal Supremo de Puerto Rico, Hon. Federico Hernández Denton, que entró en vigor el 28 de enero de 2014 así como con las directrices administrativas aprobadas en virtud de dicha orden.

La tramitación del caso se hará de forma electrónica a tenor con lo expuesto precedentemente.

**Notifíquese.**

En San Juan, Puerto Rico 29 de diciembre de 2016.

ÁNGEL R. PAGÁN OCASIO
Juez Superior