**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNIVERSIDAD DE PUERTO RICO<br><br>                    Plaintiff,<br><br>          v.<br><br>VOYA INSTITUTIONAL TRUST COMPANY,<br><br>                    Defendant. | **Civil No.** _____ |

**EXHIBIT C-1**

**TO THE NOTICE OF REMOVAL**

**Commonwealth of Puerto Rico**
**General Jurisdiction Tribunal**
**First Instance Tribunal**
**San Juan Judicial Center**
**Superior Court of San Juan**

UNIVERSITY OF PUERTO RICO                                Case No. SJ016CV00350

vs.

VOYA INSTITUTIONAL TRUSTCOMPANY           MATTER: Permanent
                                                                         Injunction and other

**NOTICE**

A: EDGARDO BARRETO PAGAN
   EBARRETO@FGRLAW.com

The undersigned Clerk certifies and notifies you that with regards to the captioned CASE this Tribunal issued an order on December 29, 2016.

A copy is attached or link is included:
Press here to access the electronic document object of this notice.


YOU ARE ADMONISHED that being you a party or legal representative in the case subject to this order, you may present an appeal, revision or certiorari recourse in accord with the procedure and within the term established by law, rule or regulation.


[I] CERTIFY that the determination issued by the Tribunal was duly registered and filed today, December 29, 2016, and that a copy of this notice was sent to the persons indicated above, to their addresses registered in the case in accord with the applicable norm. On this same date it was filed in autos a copy of this notice.


In San Juan, Puerto Rico, this December 29, 2016.


*Griselda Rodriguez Collado*                          Por: *f/Vanessa Nieves Morales*
Name of the Regional                                    Name and Signature of the
Clerk                                                              Tribunal Auxiliary Staff

CERTIFICATION: I, Moisés S. Hernández Amateau, J.D., a U.S. Court Certified Interpreter, CERTIFY that I translated the Spanish language start text into the English language, that the rendition is a formal and/or functional equivalent of the referenced start text; and that the numerical contents of the translation, if any, are a true and accurate rendition of the original numbers. Therefore, I am attaching my signature to this document, listing the date and location after my signature.

*[signature]*

In San Juan, Puerto Rico, January 2017.

Commonwealth of Puerto Rico
First Instance Tribunal
Superior Court of San Juan

| | |
|---|---|
| UNIVERSITY OF PUERTO RICO PLAINTIFFS | Civil No.: SJ2016CV00350 |
| v. | COURTROOM: (904) |
| VOYA INSTITUTIONAL TRUST COMPANY DEFENDANTS | MATTER: PRELIMINARY INJUNCTION PERMANENT INJUNCTION |

_____

**ORDER**

Having examined the complaint and the Request for Preliminary Injunction and Permanent Injunction, filed electronically on December 28, 2016, by the plaintiff, and brought for our consideration today December 29, 2016, and considering the extraordinary nature of the request for a preliminary injunction presented by the plaintiff, a hearing is scheduled for January 9, 2017 at 2:00 p.m. at courtroom 904for the only purpose of determining the basis of the extraordinary preliminary recourse requested.

The attorneys for the parties shall come to the referred hearing prepared for the following:

1. To present in a concise and narrative form the pertinent facts that support the [party's] reason to request, deny or intervene. All participants will join efforts to identify the facts that are central [essential] to the controversy.
2. Formalize stipulations of facts, notify the oral and documentary evidence to be offered and examine the possibility of an agreement. To that effect, each attorney must have the authorization of the party represented, or else the party shall attend the hearing that date or be available via telephone communication with the attorney at the Tribunal.
3. Discuss his/her legal theory.
4. Conduct the evidentiary hearing.

The plaintiff shall **serve summons, and also serve notice of this order and copy of the complaint, on all defendants before January 5, 2017, in accord with the provisions of Rule 4.4 of the Rules of Civil**

**Procedure**, 32 L.P.R. A. Ap. V R 4.4, Civil Procedure; *Corujo Collazo v. Viera Martinez*, 111 D.P.R. 552, 556-557 (1981).

The parties shall include in their motions a fax number and their email address.

The defendants are admonished that if they do not appear to the scheduled conference, the Tribunal will conduct the hearing, without further notice or hearing, and may issue the requested preliminary injunction [without defendants' participation].

The defendants are admonished that the filings in the case shall be done through the SUMAC electronic system. Therefore, compliance with **Administrative Order No. OA-JP2013-173** issued by the Chief Judge of the Supreme Court of Puerto Rico, Honorable Federico Hernández Denton, that came into effect on January 28, 2014 as well as with other administrative directives approved implementing such order is required.

The filings in the case will be done electronically in accord with the aforementioned.

**NOTIFY**

In San Juan, Puerto Rico, December 29,2016.

                                                **[Signature]**
                                    **ANGEL R. PAGÁN OCASIO**
                                      **Superior [Court] Judge**

**[SEAL]**
**Commonwealth of Puerto Rico**
**First Instance Tribunal**
**Superior Court San Juan**
**Superior Court Tribunal**

CERTIFICATION: I, Moisés S. Hernández Amateau, J.D., a U.S. Court Certified Interpreter, CERTIFY that I translated the Spanish language start text into the English language, that the rendition is a formal and/or functional equivalent of the referenced start text; and that the numerical contents of the translation, if any, are a true and accurate rendition of the original numbers. Therefore, I am attaching my signature to this document, listing the date and location after my signature.

[signature]

In San Juan, Puerto Rico, January 2017.