**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNIVERSITY OF PUERTO RICO<br>　　　　　　　Plaintiff,<br>　　　　v.<br>VOYA INSTITUTIONAL TRUST COMPANY,<br>　　　Defendants. | **Civil No. 17-cv-_____** |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

**TO THE HONORABLE COURT:**

COMES NOW defendant, Voya Institutional Trust Company ("Voya"), by and through the undersigned legal counsel, and respectfully informs the Court:

On this date and together herewith Voya has filed a Notice of Removal of case number SJ2016CV00350, University of Puerto Rico v. Voya Institutional Trust Company, before the Superior Court of the Commonwealth of Puerto Rico. Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1, and in order to enable District and Magistrate Judges to evaluate possible disqualification or recusal, defendant states that it is a state-chartered limited-purpose trust company under the laws of the State of Connecticut. Defendant is wholly-owned by Voya Holdings, Inc., which is wholly-owned by Voya Financial, Inc., a publicly-traded company.

Voya Financial, Inc. has no parent corporation, and no publicly-held company owns 10% or more of Voya Financial, Inc.'s stock.

**WHEREFORE**, Voya respectfully requests that this Honorable Court take notice of the foregoing.

**RESPECTFULLY   SUBMITTED** in San Juan, Puerto Rico, on this January 4, 2017.

**ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.**

*By: /s/   Pedro Jiménez*
Pedro Jiménez
USDC-PR No. 121912
pjime@icepr.com

*By: /s/   Katarina Stipec Rubio*
Katarina Stipec Rubio
USDC-PR No. 20661
kstipec@amgprlaw.com

**P. O. Box 70294**
**San Juan, PR 00936-8294**
**Tel: (787) 756.9000**
**Fax: (787) 756.9010**

**FAEGRE BAKER DANIELS LLP**

Michael B. Fisco (*Pro Hac Vice admission pending*)
Robert L. Schnell (*Pro Hac Vice admission pending*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN   55402-3901
Telephone: (612) 766-7000
Fax:   (612) 766-1600
Email: Michael.Fisco@FaegreBD.com
Email: Robert.Schnell@FaegreBD.com

*Attorneys for Voya Institutional Trust Company*