AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| UNIVERSITY OF PUERTO RICO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| VOYA INSTITUTIONAL TRUST COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

VOYA INSTITUTIONAL TRUST COMPANY .

Date: 01/04/2017

/s/ Pedro A. Jimenez
*Attorney's signature*

Pedro A. Jimenez 121912
*Printed name and bar number*

ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA,
P.O. Box 70294
San Juan, PR 00936-8294

*Address*

pjime@icepr.com
*E-mail address*

(787) 281-1952
*Telephone number*

(787) 756-9010
*FAX number*