# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned, a Paralegal at the offices of Dechert LLP, hereby certifies that, on July 24, 2017, Peaje Investments LLC ("Peaje") served copies of the (1) *Corrected Notice and Urgent Motion and Application by Plaintiff Peaje Investments LLC for Sealed Treatment* ("Urgent Motion"), and (2) *Declaration of Gabriel Schwartz in Support of Urgent Motion and Application by Plaintiff Peaje Investments LLC for Sealed Treatment* ("Schwartz Declaration"), on all

Defendants in the above-captioned adversary proceedings and all parties in No. 17 BK 3283-LTS that are registered with the Court's CM/ECF system. In addition, Peaje sent hard copies of the Urgent Motion and Schwartz Declaration to the Court's Chambers in both the New York and San Juan locations and the United States Trustee via Federal Express overnight delivery:

- The Chambers of the Honorable Laura Taylor Swain, United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767; and United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312; and

- Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

Dated: July 26, 2017
New York, New York

                               /s/ *Brett Stone*
                               By: Brett Stone
                               Title: Paralegal, Dechert LLP

23677443