UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors | PROMESA (TITLE III)<br><br><br><br>NO. 17 BK 3283 (LTS)<br><br>(Jointly Administered)[1] |

## APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

    **COMES NOW** Autonomous Municipality of Ponce (hereafter, "AMP"), creditor and party-in-interest as to the **Puerto Rico Highway Transportation Autority** hereto, and hereby enters its appearance through the undersigned counsel Hector R. Cuprill, Esq. and Carlos Fernandez-Nadal, Esq., partner and off counsel, respectively of CUPRILL LAW OFFICES, PSC, pursuant to Rule 83(d) of the Local District Court Rules for District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170. Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as the Court's *Order (a) Imposing and Rendering Applicable Local Bankruptcy Rules to the Title III Cases, (b) Authorizing Establishment of Certain Notice, Case Management and Administrative Procedures, and (c) Granting Related Relief* (the "CMP Order") (Docket No. 249), the undersigned request that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

    **To (Creditor's Name):**

    Autonomous Municipality of Ponce (AMP)
    PO Box 331709 Ponce PR 00733-1709

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 (LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

Telephone No. 787-284-4141
Facsimile No. 787-259-1318
E-mail: Marieli.Paradizo@ponce.pr.gov

**To (Creditor's Name) Counsel:**

Hector R. Cuprill
Cuprill Law Offices
204 Suite Torre de Oro Ferre Blvd. Ponce
PO Box 335210 Ponce PR 007178
Telephone No.  787-843-8048
E-mail: cuprislaw@yahoo.com

Carlos Fernandez-Nadal
Cuprill Law Offices (off counsel)
818 Hostos Ave. Ste. B Ponce PR 00716
Telephone No. 787-848-4612
Facsimile No. 787-395-7906
E-mail: carlosfernandez@cfnlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which mat affect or seek to affect in any way any rights or interest of AMP with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest.  **Please add the foregoing to such mailing matrix as may be used for all purposes in this case**.

WE HEREBY CERTIFY that on this same sate, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants I this case.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, on July 27, 2017.

| | |
|---|---|
| /s/ Hector R. Curpill, Esq. | /s/ Carlos Fernández-Nadal, Esq. |
| USDC No. 221109 | USDC No. 209208 |
| Torre de Oro, Suite 204 | 818 Hostos Ave., Suite B |
| 2175 Ferre Blvd. | Ponce, PR 00716 |
| Ponce, PR 00717 | Telephone: (787) 848-4612 |
| Telephone: (787) 843-8048 | Facsimile: (787) 395-7906 |
| E-mail: cuprislaw@yahoo.com | E-mail: cfernandez@cfnlaw.com |