DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| PROMESA COVER SHEET (Instructions on Reverse) | CASE NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)<br>Altair Global Credit Opportunities Fund (a), LLC, et al. | **DEFENDANTS**<br>The Commonwealth of Puerto Rico, et al.<br>See Addendum for Additional Defendants. |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Alfredo Fernandez Martinez<br>Delgado \| Fernandez, LLC<br>PO Box 11750<br>Fernandez Juncos Station<br>San Juan, PR 00919-1750<br>Tel. (787) 274-1414<br><br>Bruce Bennett (pro hac vice)<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel. (213) 489-3939<br><br>Benjamin Rosenblum (pro hac vice)<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Tel. (212) 326-3939<br><br>See Addendum. | **ATTORNEYS** (If Known)<br>Hermann D. Bauer Alvarez<br>O'NEILL & BORGES<br>American International Plaza<br>Suite 800<br>250 Muñoz Rivera Ave.<br>San Juan, PR 00918<br>Tel. (787) 282-5723<br><br>Martin J. Bienenstock<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>Tel. (212) 969-4530<br><br>See addendum. |
| **PARTY** (Check One Box Only)<br>☐ Debtor<br>x Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other | **PARTY** (Check One Box Only)<br>x Debtor<br>☐ Creditor<br>☐ Trustee<br>☐ U.S. Trustee/Bankruptcy Admin<br>☐ Other |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

The Complaint seeks declaratory judgment enforcing the automatic stay and declaring that Joint Resolution 188 was void ab initio; declaratory judgment that plaintiffs hold secured claim to the full extent of their allowed claim against ERS and Commonwealth; declaratory judgment that plaintiffs' lien continues in any Pledged Property transferred to Commonwealth from ERS; declaratory judgment that any transfer of Pledged Property to the Commonwealth without plaintiffs' consent pursuant to Joint Resolution 188 will result in unjust enrichment; declaratory judgment that transfer of the Pledged Property from the ERS to the Commonwealth pursuant to Joint Resolution 188 was not for a "public use" within the meaning of the U.S. and P.R. Takings Clauses; declaratory judgment that transfer of the Pledged Property from the ERS to the Commonwealth pursuant to Joint Resolution 188, on its face, constitutes an unconstitutional taking of private property without just compensation within the meaning of the U.S. and P.R. Takings Clauses; declaratory judgment that any award of just compensation or damages for violation of the U.S. and P.R. Takings Clauses cannot be impaired by a PROMESA plan of adjustment or an order confirming a PROMESA plan of adjustment; declaratory judgment that Joint Resolution 188 substantially interferes with plaintiffs' contract rights with the ERS in violation of the U.S. and P.R. Contracts Clauses; injunction against the implementation of Joint Resolution 188 and prohibiting any defendant from transferring Pledged Property from the ERS to the Commonwealth.

## NATURE OF SUIT

☐ PROMESA Title III Petition ☐ PROMESA Title VI Application for Approval of Modifications
☐ Other Federal Question x Adversary Proceeding ☐ Demand $ _____

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
x 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief - imposition of stay
x 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
x 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

## TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO | CASE NO. 17-03283-LTS<br>17-03566-LTS | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>District of Puerto Rico | DIVISION OFFICE | NAME OF JUDGE<br>Laura Taylor Swain |

**DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)**

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) /s/ Alfredo Fernández Martínez USDC-PR 210511 | | |
| DATE 7/27/17 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Alfredo Fernández Martínez | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

ADDENDUM TO COVER SHEET

| **Additional Plaintiffs:** | **Counsel to Plaintiffs:** |
|---|---|
| Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P. | Alfredo Fernández-Martínez<br>DELGADO & FERNÁNDEZ, LLC<br>PO Box 11750<br>Fernández Juncos Station<br>San Juan, Puerto Rico 00910-1750<br>Tel. (787) 274-1414<br>Fax: (787) 764-8241<br>afernandez@delgadofernandez.com<br>USDC-PR 210511<br><br>Bruce Bennett (*pro hac vice*)<br>JONES DAY<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, California 90071<br>Tel. (213) 489-3939<br>Fax: (213) 243-2539<br>bbennett@jonesday.com<br><br>Benjamin Rosenblum (*pro hac vice*)<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>Tel. (212) 326-3939<br>Fax: (212) 755-7306<br>brosenblum@jonesday.com<br><br>Geoffrey S. Stewart (*pro hac vice*)<br>Beth Heifetz (*pro hac vice*)<br>Christopher J. DiPompeo (*pro hac vice*)<br>Sparkle L. Sooknanan (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Ave. N.W.<br>Washington, DC 20001<br>Tel. (202) 879-3939<br>Fax: (202) 626-1700<br>gstewart@jonesday.com<br>bheifetz@jonesday.com<br>ssooknanan@jonesday.com |

| Additional Plaintiffs: | Counsel to Plaintiffs: |
|---|---|
| Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., and Tax-Free Puerto Rico Target Maturity Fund, Inc | Arturo Díaz-Angueira<br>USDC-PR 117907<br>adiaz@lsplawpr.com<br><br>José C. Sánchez-Castro<br>USDC-PR 213312<br>jsanchez@lsplawpr.com<br><br>Alicia I. Lavergne-Ramírez<br>USDC-PR 215112<br>alavergne@lsplawpr.com<br><br>Maraliz Vázquez-Marrero<br>USDC-PR 225504<br>mvazquez@lsplawpr.com<br><br>LÓPEZ SÁNCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918<br>Tel. (787) 522-6776<br>Fax: (787) 522-6777<br><br>Glenn M. Kurtz (*pro hac vice*)<br>John K. Cunningham (*pro hac vice*)<br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, NY 10036<br>Tel. (212) 819-8200<br>Fax (212) 354-8113<br>gkurtz@whitecase.com<br>jcunningham@whitecase.com<br><br>Jason N. Zakia (*pro hac vice*)<br>WHITE & CASE LLP<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>Tel. (305) 371-2700<br>Fax (305) 358-5744<br>jzakia@whitecase.com |

| Additional Defendants: | Counsel to Defendants: |
|---|---|
| The Financial Oversight and Management Board of the Commonwealth of Puerto Rico, The Fiscal Agency and Financial Advisory Authority, Governor Ricardo Rosselló Nevares, in his official capacity as the Governor of the Commonwealth of Puerto Rico, Raul Maldonado, in his official capacity as the Secretary of Treasury of the Commonwealth of Puerto Rico, | Hermann D. Bauer Alvarez<br>O'Neill & Borges LLC<br>American International Plaza<br>Suite 800<br>250 Muñoz Rivera Ave.<br>San Juan, PR 00918<br>787-282-5723<br>Fax : 787-753-8944<br>Email: herman@oneillborges.com<br><br>Ehud Barak<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>212-969-4247<br>Fax : 212-969-2000<br>Email: ebarak@proskauer.com<br><br>Martin J. Bienenstock<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>212-969-4530<br>Fax : 212-969-2900<br>Email: mbienenstock@proskauer.com<br><br>Chantel L. Febus<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>212.969.3429<br>Fax : 212.969.2900<br>Email: cfebus@proskauer.com<br><br>Timothy W. Mungovan<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>617-526-9412<br>Fax : 617-526-9899<br>Email: tmungovan@proskauer.com |

| | |
|---|---|
| | Stephen L. Ratner<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>212-969-3290<br>Fax : 212-969-2900<br>Email: sratner@proskauer.com<br><br>Steven O. Weise<br>Proskauer Rose LLP<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>310-284-4515<br>Fax : 310-557-2193<br>Email: sweise@proskauer.com<br><br>Maja Zerval<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036<br>212-969-4245<br>Fax : 212-969-2900<br>Email: mzerjal@proskauer.com |
| The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Richard A. Chesley<br>DLA Piper LLP<br>444 West Lake Street Suite 900<br>Chicago, IL 60606-0089<br>312-368-4000<br>Fax : 312-236-7516<br>Email: richard.chesley@dlapiper.com<br><br>Jose Sosa Llorens<br>DLA Piper (Puerto Rico) LLC<br>Edificio Ochoa, Suite 401<br>500 Calle de la Tanca<br>San Juan, PR 00901-1969<br>787-945-9116<br>Fax : 939-697-6118<br>Email: jose.sosa@dlapiper.com |