# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X
)
In re:                                                                  )
)
THE FINANCIAL OVERSIGHT AND MANAGEMENT   )   PROMESA
BOARD FOR PUERTO RICO,                                    )   Title III
)
    as representative of                                        )   Case No. 3:17-bk-03283 (LTS)
)
THE COMMONWEALTH OF PUERTO RICO, *et al.*,   )   (Jointly Administered)
)
    Debtors.                                                    )
)
_____   X
)
In re:                                                                  )
)
THE FINANCIAL OVERSIGHT AND MANAGEMENT   )
BOARD FOR PUERTO RICO,                                    )
)   PROMESA
    as representative of                                        )   Title III
)
THE EMPLOYEES RETIREMENT SYSTEM OF THE   )   Case No. 3:17-bk-03566 (LTS)
GOVERNMENT OF THE COMMONWEALTH OF   )
PUERTO RICO,                                                   )
)
    Debtor.                                                     )
)
_____   X
)
ALTAIR GLOBAL CREDIT OPPORTUNITIES FUND   )
(A), LLC, ANDALUSIAN GLOBAL DESIGNATED   )
ACTIVITY COMPANY, GLENDON OPPORTUNITIES   )
FUND, L.P., MASON CAPITAL MASTER FUND LP,   )   Adv. Proc. No. _____
NOKOTA CAPITAL MASTER FUND, L.P., OAKTREE-   )
FORREST MULTI-STRATEGY, LLC (SERIES B),   )
OAKTREE OPPORTUNITIES FUND IX, L.P., OAKTREE )
OPPORTUNITIES FUND IX (PARALLEL 2), L.P.,   )
OAKTREE VALUE OPPORTUNITIES FUND, L.P.,   )
OCHER ROSE, L.L.C., PUERTO RICO AAA   )
PORTFOLIO BOND FUND, INC., PUERTO RICO AAA   )
PORTFOLIO BOND FUND II, INC., PUERTO RICO   )
AAA PORTFOLIO TARGET MATURITY FUND, INC.,   )
PUERTO RICO FIXED INCOME FUND, INC., PUERTO   )
RICO FIXED INCOME FUND II, INC., PUERTO RICO   )

FIXED INCOME FUND III, INC., PUERTO RICO FIXED     )
INCOME FUND IV, INC., PUERTO RICO FIXED            )
INCOME FUND V, INC., PUERTO RICO GNMA & U.S.       )
GOVERNMENT TARGET MATURITY FUND, INC.,             )
PUERTO RICO INVESTORS BOND FUND I, PUERTO          )
RICO INVESTORS TAX-FREE FUND, INC., PUERTO         )
RICO INVESTORS TAX-FREE FUND, INC. II, PUERTO      )
RICO INVESTORS TAX-FREE FUND III, INC., PUERTO     )
RICO INVESTORS TAX-FREE FUND IV, INC., PUERTO      )
RICO INVESTORS TAX-FREE FUND V, INC., PUERTO       )
RICO INVESTORS TAX-FREE FUND VI, INC., PUERTO      )
RICO MORTGAGE-BACKED & U.S. GOVERNMENT             )
SECURITIES FUND, INC., SV CREDIT, L.P., TAX-FREE   )
PUERTO RICO FUND, INC., TAX-FREE PUERTO RICO       )
FUND II, INC., AND TAX-FREE PUERTO RICO            )
TARGET MATURITY FUND, INC.,                        )
                                                   )
        Plaintiffs,                          )
                                                   )
        -against-                           )
                                                   )
THE COMMONWEALTH OF PUERTO RICO, THE               )
FINANCIAL OVERSIGHT AND MANAGEMENT                 )
BOARD OF THE COMMONWEALTH OF PUERTO                )
RICO, THE PUERTO RICO FISCAL AGENCY AND            )
FINANCIAL ADVISORY AUTHORITY, THE                  )
EMPLOYEES RETIREMENT SYSTEM OF THE                 )
GOVERNMENT OF THE COMMONWEALTH OF                  )
PUERTO RICO, GOVERNOR RICARDO ROSSELLÓ             )
NEVARES in his official capacity as the Governor of the )
Commonwealth of Puerto Rico, RAÚL MALDONADO in     )
his official capacity as the Secretary of Treasury of the )
Commonwealth of Puerto Rico,                       )
                                                   )
        Defendants.                          )
                                                   )
------------------------------------------------------------------X

## SUMMONS IN AN ADVERSARY PROCEEDING

To the above-named defendant:    **GOVERNOR RICARDO ROSSELLÓ NEVARES in his official capacity**
La Fortaleza
Oficina del Asesor Legal
PO Box 9020082
San Juan, PR 00902-0082

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the district court within 30 days after the date of issuance of this summons, except that the United States and its officers and agencies shall file a motion or answer to the complaint within 35 days.

The answer or motion must be served on the plaintiff or plaintiff`s attorneys, whose names and addresses are:

| | |
|---|---|
| **Alfredo Fernández Martínez, Esq.** | **Bruce Bennett (pro hac vice)** |
| afernandez@delgadofernandez.com | bbennett@jonesday.com |
| **DELGADO & FERNÁNDEZ, LLC** | **JONES DAY** |
| **PO Box 11750** | **555 South Flower Street** |
| **Fernández Juncos Station** | **Fiftieth Floor** |
| **San Juan, Puerto Rico 00910-1750** | **Los Angeles, California 90071** |
| | **Tel. (213) 489-3939** |
| | |
| | **Benjamin Rosenblum (pro hac vice)** |
| | brosenblum@jonesday.com |
| | **JONES DAY** |
| | **250 Vesey Street** |
| | **New York, NY 10281** |
| | **Tel. (212) 326-3939** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

If you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the district court and judgment by default may be taken against you for the relief demanded in the complaint.

FRANCES RIOS DE MORAN, ESQ.
CLERK, U.S. DISTRICT COURT

Date:_____                    _____

                                                                                             Signature of Clerk or Deputy Clerk

## CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____     Signature:_____

Print Name:_____

Business Address: _____

_____

_____