UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:                                                                          PROMESA
                                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                    No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                        (Jointly Administered)
et al.,

     Debtors.[1]

----------------------------------------------------------x

<u>ORDER DENYING LIFT-STAY MOTION OF PERFECTO CRESPO-BERMÚDEZ WITHOUT PREJUDICE</u>

       On July 5, 2017, Perfecto Crespo-Bermúez and Janice Vanessa Colón-Vélez (the

"Movant") filed a motion for relief from the automatic stay imposed by these Title III

proceedings (the "Motion"). (Docket entry no. 584.) Because the Motion was accompanied by

documents in Spanish, Movant was directed to file English-language translations of those

materials by July 26, 2017 (the "Filing Deadline") as required by Rule 5(g) of the Local Rules

for the United States District Court for the District of Puerto Rico, and notified Movant that the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Motion would be denied without prejudice in the absence of such timely filing.  (Docket entry

no. 596 (the "Order").)

Because the Filing Deadline has now passed without the Movant having

submitted translations as required by the Order, it is hereby

ORDERED, that the Motion is terminated without prejudice to renewal in

compliance with Rule 5(g) and all other applicable rules and procedures of the Court.

This Order resolves docket entry no. 584.

SO ORDERED.

Dated: July 27, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge