```
PAGE 01              COMMONWEALTH OF PUERTO RICO
                       COURT OF FIRST INSTANCE
                          SAN JUAN PART

PR HIGHWAY AND TRANS. AUTH.         CASE NO. K EP2001-0272 B
        PLAINTIFF                             ROOM: 1003
           VS
CITIZENS RENOVATION AND DEV. CORP.  FORCED EXPROPRIATION
          DEFENDANT                       CAUSE OR CRIME

ATTY. POLO MARTINEZ CARLOS E
PO BOX 19328
SAN JUAN, PR    00910-1328


                         NOTIFICATION
    I CERTIFY THAT IN RELATION TO THE MOTION REQUE AMENDMENT TO
EXHIBIT A - ON JUNE 22, 2004 THE COURT ISSUED THE RESOLUTION THAT
IS TRANSCRIBED HEREINAFTER:

       NOTE:  AMENDED RESOLUTION AND EXHIBIT 'A' IS ENCLOSED.


                          SGD. HECTOR LOPEZ GARCIA
                                  JUDGE

I FURTHER CERTIFY THAT I HAVE TODAY SENT A COPY OF THIS
NOTIFICATION BY MAIL TO THE FOLLOWING PERSONS TO THEIR INDICATED
ADDRESSES, HAVING ON THIS SAME DATE FILED A COPY OF THIS
NOTIFICATION IN THE RECORD.

ZAYAS CINTRON ALFONSO
BANCO COOPERATIVO PLAZA    623 PONCE DE LEON SUITE 705 A
SAN JUAN PR                00917

CITIZENS RENOVATION AND DEVELOPMENT CORP
PO BOX 11367             SAN JUAN PR
                         00910

SAN JUAN, PUERTO RICO, JULY 02, 2004.

                        ATTY. REBECCA RIVERA TORRES
                                  CLERK
                  BY:   VANESSA WILKES ALICEA s/illegible
                            DEPUTY CLERK
O.A.T. 750- NOTIFICATION OF RESOLUTIONS AND ORDERS
                                     RECEIVED
                                     06 JUL 2004
```

**Certified to be a true and correct translation from its original.**
**Aída Torres, USCCI**
**Tels. 787.723.4644/787.225.8218**
**Fax 787.723.9488**

```
                    COMMONWEALTH OF PUERTO RICO
                       COURT OF FIRST INSTANCE
                      SAN JUAN JUDICIAL CENTER
                            SUPERIOR PART
```

| | | |
|---|---|---|
| PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY | . . . | CIVIL NO. **KEF 2001-0272** (1003) |
| PETITIONER | . . | RE: |
| V. | . . | FORCED EXPROPRIATION |
| **CITIZENS RENOVATION AND DEVELOPMENT CORP.** | . . . | |
| PARTY WITH INTEREST | . | |
| ................................ | | |

## R E S O L U T I O N

Having considered the Motion for Amendment of Exhibit "A" filed in the captioned case by the petitioner, we **Grant** the same and order:

1) We deem amended for internal administrative purposes Exhibit "A" which was filed with said Motion, which is made to form part of this Resolution for all legal purposes.

2) To the Clerk of the Court:

   a) Proceed to internally divide the existing case in two parts, so that they can be identified: **KEF 2001-0272(A)** in favor of **Corporación Hermanos Rexach, Inc. and KEF 2001-0272(B)** in favor of

2

**Citizens Renovation and Development, Corp.**, with the amounts that correspond to each one, so they can be subsequently processed.

## COMMONWEALTH OF PUERTO RICO
## COURT OF FIRST INSTANCE
## SUPERIOR PART OF SAN JUAN

### EXHIBIT "A" AMENDED (SECOND AMENDMENT)

Statement of the description of the properties to be expropriated, from the fair compensation to be consigned and of the entities and/or persons with interest in this procedure:

**PARCEL NO.: 001-00**          **CODE NO.: 063-004-716-07-901**

"**URBAN:** Parcel of land located in the Cantera sector in the ward of the municipality of San Juan, with a surface area of six point eight thousand nine hundred forty six (6.8947) cuerdas, equivalent to twenty seven thousand ninety nine point twenty seven (27,099.27) square meters, according to measurement carried out by the Highway and Transportation Authority, bounding: on the **North**, with land of the Corporación Hermanos Rexach, Inc. (parcels 001-01 and 001-02 in the acquisition plan); on the **South**, with land of Citizens Renovation & Development Corporation (parcel 001-03 in the acquisition plan); on the **East**, with land of the Commonwealth of Puerto Rico and land of the principal property; and on the **West**, with Barbosa Avenue and with land of the Corporación Hermanos Rexach, Inc. (parcel 001-02 in the acquisition plan.")

**Certified to be a true and correct translation from its original.
Aída Torres, USCCI
Tels. 787.723.4644/787.225.8218
Fax 787.723.9488**

The pre-described parcel is segregated from property number 11,286, registered at page 160 of volume 311 of Santurce North, Registry of the Property of San Juan, Section I.

On said property there are enclaved around fifteen (15) structures of other owners.

**PARCEL NO.: 001-03**          **CODE NO.: 063-004-716-07-901**

"**URBAN:** Parcel of land located in the Cantera sector in the ward of the municipality of San Juan, with a surface area of six thousand four hundred twenty four ten thousandths of a cuerda (0.6424), equivalent to two thousand five hundred point ninety four (2524.94) square meters, according to measurement carried out by the Highway and Transportation Authority, bounding: on the **North**, with land of the Corporación Hermanos Rexach, Inc. (parcels 001-00 in the acquisition plan); on the **South**, with land of Corporación Hermanos Rexach, Inc. and land of the San Juan Bosco Church (parcels 003-00 and 004-02 in the acquisition plan); on the **East**, in a point with land of the Corporación Hermanos Rexach, Inc.; and on the **West**, in a point with Barbosa Avenue."

The pre-described parcel is segregated from property number 514, registered at page 120 of volume 679 of Santurce North, Registry of the Property of San Juan, Section I.

On said property there are enclosed around eight (8) structures of other owners.

**PERSONS AND/OR ENTITIES WITH INTEREST**          **COMPENSATION**

1. **CORPORACION HERMANOS REXACH, INC.**          $145,523.00
   in concept of owners of parcel 001-00
   C/O Pedro Morell Muñoz

**Certified to be a true and correct translation from its original.**
**Aída Torres, USCCI**
**Tels. 787.723.4644/787.225.8218**
**Fax 787.723.9488**

4

<u>Address:</u>
San Ignacio Urb.
No. 1696 San Cosme Street
Río Piedras, Puerto Rico 00927

2. **CITIZENS RENOVATION & DEVELOPMENT**     <u>4,072.00</u>
   **CORPORATION**, in concept of owner  **Total $149,600.00**
   of parcel 001-03
   C/O Atty. Ramón Morán Loubriel

   <u>Address</u>
   First Bank Bldg. Off. 111
   Ponce de León Ave.
   Santurce, PR

3. **THE COMMONWEALTH OF PUERTO RICO**
   (Center for the Collection of Municipal
   Income) for the property taxes that
   are owed)

4. **JOHN DOE and RICHARD ROE,** fictitious
   names that are used to designate any
   unknown person and/or entity with
   any possible interest in this procedure.


**<u>FINALITY OF THE EXPROPRIATION</u>**
**PROJECT ACT-000064**
**CANTERA PENINSULA**
**SAN JUAN, PUERTO RICO**

**Certified to be a true and correct translation from its original.
Aída Torres, USCCI
Tels. 787.723.4644/787.225.8218
Fax 787.723.9488**