IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9010(b)

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Wigberto Lugo Mender, Esq. from Lugo Mender Group, LLC hereby enters his appearance in Case No. 17 BK 3283-LTS (the "Title III Case") on behalf of **Cooperativa de Ahorro y Crédito de Juana Díaz** ("Cooperativa"), pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 301 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by section 301 of PROMESA, and such counsel hereby requests that the name of the undersigned be added to the mailing list maintained by the Clerk of the Court in the Title III Case and that the Clerk and all parties-in-interest in the Title III Case provide all notices and all papers given or required to be given and all notices and all papers served on any party, filed with the Court in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

-2-

Title III Case or in any case consolidated or administered herewith, or delivered to the Office of the United States Trustee in the Title III Case, be delivered to and served upon:

> LUGO MENDER GROUP, LLC
> Wigberto Lugo Mender, Esq.
> 100 Carr. 165 Suite 501
> Guaynabo, P.R. 00968-8052
> Tel.: (787) 707-0404
> Fax: (787) 707-0412
> wlugo@lugomender.com

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, papers, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Rules 2002, 3017, or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, briefs, affidavits, declarations, hearings, notices of adjournment, answers or replies or similar papers, or requests, presentments, applications, and any other documents brought before this Court with respect to the Title III Case and any proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or electronically, related to the Title III Case, or which otherwise affect or seek to affect the Title III Case and any proceedings therein, all of which shall be sent to the attorney listed above.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notice and Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Cooperativa (i) to trial by jury in any proceeding as to any and all matters so triable in the Title III Case or in any case, controversy or proceeding related to the Title III Case, and (ii) to rights, claims, actions, defenses, setoffs, recoupments, or other remedies to which Cooperativa is or may be entitled under any agreements or at law or in equity or under the United States Constitution, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 27th day of July of 2017.

*Lugo Mender Group, LLC*
**Attorney for Cooperativa de Ahorro y Crédito de Juana Díaz**
100 Carr. 165 Suite 501
Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412


*/S/ Wigberto Lugo Mender*
Wigberto Lugo Mender
USDC-PR 212304
wlugo@lugomender.com