## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>          as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MOTION FOR ADMISSION PRO HAC VICE OF JOHN T. DORSEY

COMES NOW, John T. Dorsey, Applicant herein and respectfully states:

1.      Applicant is an attorney and partner of the law firm of Young Conaway Stargatt & Taylor, LLP with offices at:

> Rodney Square
> 1000 N. King Street
> Wilmington, DE 19801
> jdorsey@ycst.com
> Telephone:  302-571-6600
> Facsimile:  302-571-1253

2.      Applicant will sign all pleadings with the name John T. Dorsey.

3.      Applicant has been retained as a member of the above-named firm by Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico, including any future cases under Title III of PROMESA which are jointly administered under Case No. 17 BK 3283-LTS and any adversary proceedings commenced in the jointly administered cases.

4.      Since 1991, applicant has been and presently is a member in good standing of the bar of the State of Delaware, where applicant regularly practices law.  Applicant's Delaware bar license number is 2988.

5.      Applicant has been admitted to practice and is a member in good standing in the following state jurisdictions:

| Court | Admission Date | Attorney Identification No. |
|---|---|---|
| State of Delaware | 1991 | 2988 |
| State of New York | 2013 | 875112 |

6.      Applicant is admitted to practice and is a member in good standing in the federal jurisdictions:

| Court | Status |
|---|---|
| United States District Court for the District Delaware | Active |

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any jurisdiction.

9.      During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10.     Local counsel of record associated with the applicant in this matter is:

Name:            Angélica Toro-Lavergne

USDC Bar No.:    214804

Address:         Popular Center-9th Floor/

2

209 Muñoz Rivera Ave.
San Juan, P.R. 00918

Email:              angelica.toro@popular.com

Telephone No.:      787-753-1017

Fax No.:            787-754-4984

11.    Applicant has read the Local Rules of United States District Court for the District

of Puerto Rico and will comply with the same.

12.    Applicant has read the Local Rules of the United States District Court for the

District Court of Puerto Rico, which provide attorneys appearing pro hac vice must comply with

the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new

case before the Court.  Accordingly, payment of the pro hac vice admission fee shall be

completed either through CM\ECF payment module (using the pay.gov portal) or by attaching a

check or money order payable to:  Clerk, U.S. District Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United

States District Court for the District of Puerto Rico for the above-styled case only.

July 27, 2017
Wilmington, Delaware              Respectfully submitted,

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ *John T. Dorsey*
James L. Patton
Robert S. Brady
John T. Dorsey
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

3

*Counsel to Popular, Inc., Popular Securities LLC,
and Banco Popular de Puerto Rico*

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

I FURTHER CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM\ECF system, which will send notification of such filing to all CM\ECF participants in this case.

Dated:  July 27, 2017                                                Respectfully submitted,

                                                                                 *s/ Angélica Toro-Lavergne*
                                                                                 USDC-PR Bar No. 214804

                                                                                 Popular Center-9th Floor
                                                                                 209 Muñoz Rivera Ave.
                                                                                 San Juan, P.R. 00918
                                                                                 Tel. 787-753-1017
                                                                                 Fax 787-754-4984
                                                                                 E-mail: Angélica.Toro@popular.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>       Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**<u>PROPOSED ORDER</u>**

This Court, having considered the above Application for Admission Pro Hac Vice, orders

that the application is granted.  The Clerk of Court shall deposit the admission fee to the account

of Non-Appropriated Funds to this Court.


SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017


_____
LAURA TAYLOR SWAIN
United States District Judge