# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Record to the Court of Appeals

**DATE:** July 28, 2017

**DC #:** 17-BK-03283-LTS

**Prior USCA Case #:** N/A

**Related Cases #:** District Court 17-1578

**APPEAL FEE PAID:**  YES ___   NO  X

**CASE CAPTION:**   The Financial Oversight and Management Board for Puerto Rico

**IN FORMA PAUPERIS:**  YES ___  NO  X

**MOTIONS PENDING:**  YES  X   NO ___

**NOTICE OF INTELOCUTORY APPEAL FILED BY:** Interested Party Angel Ruiz-Rivera

**APPEAL FROM:**   Order entered on 6/16/2017

**SPECIAL COMMENTS:**   Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL :**

**DOCUMENTS:**                                                                                                    **VOLUMES:**

**Docket Entries**   320, 321, 322, 354 & 542

                                                                                                                     I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                                         FRANCES RIOS DE MORAN
                                                         Clerk of the Court


                                                         S/ Marian B. Ramirez-Rivera
                                                         Marian B. Ramirez-Rivera
                                                         Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #:       _____
s/c:  CM/ECF Parties, Appeals Clerk