IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>Jointly Administered |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Comes now James Heyworth, applicant herein and respectfully states:

1. Applicant is an attorney and member of the law firm of: Sidney Austin LLP with offices at: 787 Seventh Ave., New York, NY 10019-6018, email: jheyworth@sidley.com, tel: (212) 839-5300, fax: (212) 839-5399.

2. Applicant will sign all pleadings with the name James Heyworth.

3. Applicant has been retained personally or as a member of the above named firm by Santander Securities LLC, Santander Asset Management LLC and Banco Santander Puerto Rico (collectively the "Santander Entities") to provide legal representation in connection with the above styled matter now pending before the United States District Court, District of Puerto Rico.

4. Since April 27, 2009, Applicant has been admitted and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 4713384. Since November 21, 2008, Applicant has also been admitted and presently is a member in good standing of the bar of the highest court of the State of Connecticut and his bar license number is 429196.

5. Applicant has been admitted to practice before the following courts: U.S. District Court, S.D. of New York (admitted on July 7, 2010), U.S. District Court, E.D. of New York (admitted on July 7, 2010) and US Court of Appeals, Second Circuit (admitted on January 10, 2013).

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, Applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with Applicant in this matter is:

> Juan Ramón Rivera Font, Esq.
> USDC-PR No. 221703
> 27 González Giusti Ave.
> Office 602
> Guaynabo, PR 00968
> juan@riverafont.com
> Tel. (787) 751-5290
> Fax (787) 751-6155

11. Applicant has read the local rules of this court and will comply with the same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: July 28, 2017

        **S/ JAMES HEYWORTH**
JAMES HEYWORTH
**Sidley Austin LLP**
787 Seventh Ave.
New York, NY 10019-6018
jheyworth@sidley.com
Telephone: (212) 839-5300
Fax: (212) 839-5399

I hereby certify pursuant to USDC Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system which automatically serves notification of the filing to parties in interest.

Date: July 28, 2017

      **S/JUAN R. RIVERA FONT**
JUAN R. RIVERA FONT
USDC-PR No. 221703
**JUAN R RIVERA FONT, LLC**
27 González Giusti Ave.
Office 602
Guaynabo, PR 00968
juan@riverafont.com
Tel.: (787) 751-5290
Fax: (787) 751-6155

3