Hearing Date: August 9, 2017 at 9:30 a.m. (prevailing Eastern Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.[1]

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)

------------------------------------------------------------------------ x

**NOTICE OF CONSENSUAL EXTENSIONS OF OBJECTION DEADLINE
REGARDING MOTION OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ORDER, UNDER BANKRUPTCY RULE 2004,
AUTHORIZING DISCOVERY PROGRAM WITH RESPECT TO
CERTAIN CAUSES OF PUERTO RICO FINANCIAL CRISIS**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (and other title III debtor(s) (if any) for which it acts as the official committee of unsecured creditors) (the "Committee") respectfully files this notice of its consent to the extension of the deadline for each of the (i) Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and (ii) Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), to file an objection to the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

*Causes of Puerto Rico Financial Crisis* (the "Motion") [Docket No. 706], as set forth herein. The original deadline to object to the Motion pursuant to ¶¶ III.I and III.T of this *Court's First Amended Notice, Case Management and Administrative Procedures* [Docket No. 262-1] (the "Case Management Procedures") is Friday, July 28, 2017 at 4:00 p.m. (prevailing Eastern Time). The Committee has agreed to extend the deadline for (i) the Oversight Board to file an objection to the Motion to 12:00 p.m. (prevailing Eastern Time) on Thursday, August 3, 2017 and (ii) AAFAF to file an objection to the Motion to 5:00 p.m. (prevailing Eastern Time) on Monday, July 31, 2017. *See* Case Management Procedures, at ¶ III.I (providing that the deadline to file an objection to any pleading "may be extended with the consent of the movant or applicant," provided that the "movant shall provide notice of the extension to Chambers").

*[Remainder of page intentionally left blank.]*

Dated: July 28, 2017
     San Juan, Puerto Rico

*/s/ G. Alexander Bongartz*

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Michael E. Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

- and –

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Proposed Replacement Local Counsel to the Official Committee of Unsecured Creditors*