JAVIER MANDRY
1326 CALLE SALUD APT 1101
PONCE, PR 00717

SAN JUAN PR 009

22 JUL 2017 PM 1 L



OFFICE OF THE CLERK
FEDERAL BUILDING ROOM 150
150 AVE CARLOS CHARDON
SAN JUAN, PR 00918

17-BIL-3283