# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |
| As representative of | NO. 17 BK 3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, et al. | |
| Debtors[1] | |

## APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

COMES NOW Caribbean Hospital Corporation (hereafter, "CHC"), creditor and/or party-in-interest as to the Commonwealth of Puerto Rico hereto (Case No. 17 BK 3283-LTS), and hereby enters its appearance through the undersigned counsel Freddie Pérez González, Esq. and José Julián Blanco Dalmau, Esq., partner and associate, respectively of Freddie Pérez González & Assoc., P.S.C., pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of Section 310 of the Puerto Rico Oversight Management and Economic Stability Act ("PROMESA"), 48 U.S.C. §2170. Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, as well as the Court's Order (a) Imposing

---

[1] The last four (4) digits of Debtors' federal tax identification number is: Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (last four digits of federal tax id: 3481).

and Rendering Applicable Local Bankruptcy Rules to the Title III Cases, (b) Authorizing Establishment of Certain Notice, Case Management and Administrative Procedures, and (c) Granting Related Relief (the "CMP Order") (Docket No. 249), the undersigned request that notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

        To (Creditor's and/or Party in Interest's Name):

Caribbean Hospital Corporation (CHC)
PMB 485 PO Box 7891 Guaynabo, PR 00936-6001
Telephone No. 787-579-1208
Email: delapena.sylvia@gmail.com

        To (Creditor's and/or Party in Interest's Name) Counsel:

Freddie Pérez González, Esq.
Freddie Pérez González & Assoc. P.S.C.
108 Padre Las Casas Urb. El Vedado Hato Rey,
San Juan, PR 00918
PO Box 193729 San Juan, PR, 00919-3729
Tel.: 787-751-4334
Fax: 787-751-1116
Email: fperez@fpglaw.com

José Julián Blanco Dalmau, Esq.
Freddie Pérez González & Assoc. P.S.C.
108 Padre Las Casas Urb. El Vedado Hato Rey,
San Juan, PR 00918
PO Box 193729 San Juan, PR, 00919-3729
Tel.: 787-751-4334
Fax: 787-751-1116
Email: jblanco@fpglaw.com

    PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also, without limitation,

notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed, which may affect or seek to affect in any way any rights or interests of CHC with respect to Case No. 17 BK 3283-LTS or any property or proceeds in which Debtor in Case 17 BK 3283-LTS may claim an interest.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 31st day of July, 2017.

s/Freddie Pérez-González
USDC-PR119005
FREDDIE PEREZ GONZALEZ & ASSOC., P.S.C.
P. O. Box 193729
San Juan, Puerto Rico 00919-3729
Tel.: (787) 751-4334
Fax: (787) 751-1116
E-mail: fperez@fpglaw.com

s/José Julián Blanco Dalmau
USDC-PR 229514
FREDDIE PEREZ GONZALEZ & ASSOC., P.S.C.
P. O. Box 193729
San Juan, Puerto Rico 00919-3729
Tel.: (787) 751-4334
Fax: (787) 751-1116
E-mail: jblanco@fpglaw.com