UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

**Re: ECF No. 537**

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY ("HTA"),

    Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS

**This Notice relates only to HTA and shall be filed in the lead Case No. 17 BK 3283-LTS and Case No. 17 BK 3567-LTS.**

---------------------------------------------------------------x

**NOTICE OF FILING OF CREDITOR MATRIX
FOR PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY ("HTA")**

**TO ALL CREDITORS OF HTA AND OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    On May 21, 2017, the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Financial Oversight and Management Board for Puerto Rico, as HTA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act* ("PROMESA"),[2] filed a petition with the United States District Court for the District of Puerto Rico under title III of PROMESA.

2. On June 9, 2017, HTA filed the *Motion for Order (A) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases and (B) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases* (the "Motion") [ECF No. 298] seeking, among other things, to fix July 31, 2017, as the date by which HTA must file its creditor mailing matrix (the "Creditor Matrix").

3. On June 29, 2017, the Court entered the *Order (A) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases* [ECF No. 537], which granted the relief sought in the Motion, and fixed the date by which HTA must file its Creditor Matrix as July 31, 2017.

4. **PLEASE TAKE NOTICE** that the Creditor Matrix attached hereto as Exhibit A has been filed on Court's docket.

5. **PLEASE TAKE FURTHER NOTICE** that the Creditor Matrix contains a list of creditors and parties with whom HTA conducts business, including their mailing addresses. The information contained in the Creditor Matrix is based upon HTA's review of its books and records, with the assistance and under the direction of its advisors. However, no comprehensive legal or factual investigation with regard to possible defenses to any claims set forth in the Creditor Matrix have been completed. Reasonable efforts have been made to prepare and file a complete Creditor Matrix, however, inadvertent errors, omissions, or inaccuracies, some of

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

which may be material, may exist. HTA reserves all rights with respect to the Creditor Matrix, including, without limitation, the right under Bankruptcy Rule 1009, to amend, modify, or supplement the Creditor Matrix. The Creditor Matrix does not and should not be deemed to constitute: (i) a waiver of any defense to any below listed claim; (ii) an acknowledgement of the allowability of any below-listed claim; or (iii) a waiver of any other right or legal position of HTA.

6.     **PLEASE TAKE FURTHER NOTICE** that copies of the Creditor Matrix, as filed in this title III case are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: July 31, 2017
       San Juan, Puerto Rico

Respectfully submitted,

_____
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

_____
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181

Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

# **EXHIBIT A**

**Creditor Matrix**