```
Court Name: District Court
Division: 1
Receipt Number: PRX100051028
Cashier ID: arodrigu
Transaction Date: 08/01/2017
Payer Name: LAVERGNE-RAMIREZ, ALICIA L
-----------------------------------
PRO HOC VICE
 For: LAVERGNE-RAMIREZ, ALICIA L
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: LOPEZ SANCHEZ PIRILO
 Check/Money Order Num: 1688
 Amt Tendered:   $300.00
-----------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF CHERYL
TEDESCHI SLOANE

THRU: LAVERGNE-RAMIREZ, ALICIA L
```