UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| | |
| as representative of | No. 17 BK 3283-LTS |
| | |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| | |
| Debtors.[1] | |

-----------------------------------------------------------x

ORDER DENYING MOTION FOR RECONSIDERATION

The Court has received and reviewed the *Supplemental Memorandum of Law and Second [Motion for] Reconsideration* filed by Javier Mandry-Mercado (the "Movant"), pro se, requesting reconsideration of this Court's Order (docket entry no. 600 (the "Lift Stay Order")), granting a Motion for Relief from Stay (docket entry no. 305 (the "Lift Stay Motion")), and this Court's Order (docket entry no. 714 (the "Reconsideration Order")) denying Movant's first motion for reconsideration of the Lift Stay Order (docket entry no. 634 (the "First Reconsideration Motion"). (Docket entry no. 822 (the "Second Reconsideration Motion").)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Movant raises no arguments in the Second Reconsideration Motion that were not presented to the Court in the First Reconsideration Motion, and none of Movants' arguments relate to the limited question that presented to the Court in the Lift Stay Motion: whether cause existed to lift the automatic stay imposed by the filing of the above-captioned Title III case. Insofar as Movant raises due process and other concerns relating to the underlying litigation, those concerns are appropriately addressed to the court in which the underlying litigation is pending, and nothing in this Order is a determination on the merits of those claims. The Second Reconsideration Motion is, accordingly, denied. This Order resolves docket entry no. 822.

    SO ORDERED.

Dated: August 2, 2017

      /s/ Laura Taylor Swain
    LAURA TAYLOR SWAIN
    United States District Judge

Copy mailed to:

    Javier Mandry-Mercado
    1326 Calle Salud Apt. 1101
    Ponce, P.R. 00717