# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3567-LTS |
| PEAJE INVESTMENT LLC,<br><br>Plaintiff,<br><br>-against-<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, *et al.*,<br><br>Defendants, | Adv. Proc. No. 17-151-LTS in<br>17 BK 3567-LTS<br><br><br>Adv. Proc. No. 17-152-LTS in<br>17 BK 3283-LTS |

## SUPPLEMENTAL NOTICE OF APPEARANCE

**COMES NOW,** Attorney, Fernando J. Gierbolini and, in accordance with Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. §

1

2170, appears herein as attorney for Peaje Investments LLC ("Peaje"), a party-in-interest in the above captioned case, and respectfully requests to be included in its Master Address List and that all notices and documents filed in this case also be served upon the undersigned at the following addresses:

**MONSERRATE SIMONET & GIERBOLINI, LLC**

Fernando J. Gierbolini-González
USDC-PR No. 211901
101 San Patricio Avenue
Suite 1120
Guaynabo, Puerto Rico 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
Email: fgierbolini@msglawpr.com

**PLEASE TAKE NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim or suit shall waive any of Peaje's rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide notice thereof to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 2nd day of August 2017.

| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
|---|---|
| */s/ Fernando J. Gierbolini-González* <br> Fernando J. Gierbolini-González <br> USDC-PR No. 211901 <br><br> Dora L. Monserrate-Peñagarícano <br> USDC-PR No. 212612 <br><br> 101 San Patricio Avenue Suite 1120 <br> Guaynabo, Puerto Rico 00968 <br> Tel.: (787) 620-5300 <br> Fax: (787) 620-5305 | Allan S. Brilliant (*pro hac vice* pending*)* <br> Robert J. Jossen (*pro hac vice* pending*)* <br> Andrew C. Harmeyer (*pro hac vice* pending*)* 1095 Avenue of the Americas <br> New York, New York 10036 <br><br> -and- <br><br> G. Eric Brunstad, Jr. (*pro hac vice* pending) 90 State House Square <br> Hartford, Connecticut 06103 |

*Attorneys for Peaje Investments LLC*

3