IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br><br>No. 17 CV 1578-LTS<br><br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br><br>No 17 CV 1599<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |

**NOTICE OF REQUEST TO BE HEARD AT AUGUST 9, 2017 HEARING**

**TO THE HONORABLE COURT:**

COMES NOW the Municipality of San Sebastian., through its undersigned attorney and very respectfully states, alleges and prays:

1. Notice is given to the Court that the Municipality of San Sebastian respectfully requests to be heard at the August 9, 2017 Hearing as to the Ad Hoc Municipalities Committee request for appointment.

2

WHEREFORE: the undersigned respectfully requests from the Honorable Court take notice of this motion.

Respectfully submitted on this 2nd day of August, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com