# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF FILING OF REVISED STIPULATION AND AGREED ORDER APPROVING PROCEDURE TO RESOLVE COMMONWEALTH-COFINA DISPUTE

**PLEASE TAKE NOTICE** that on July 21, 2017, the Commonwealth of Puerto Rico (the "Commonwealth") and Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") filed the *Revised Motion of Debtors for Order Approving Stipulation Providing Procedure to Resolve Commonwealth-COFINA Dispute* [ECF No. 718] (the

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Motion"). Attached as Exhibit A to the Motion is the Debtors' initial proposed stipulation and agreed order in connection therewith (the "Initial Proposed Stipulation and Agreed Order").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file a first revised proposed stipulation and agreed order, in the form attached hereto as **Exhibit A**, which reflect further agreements with the stipulation parties (the "First Revised Proposed Stipulation and Agreed Order").[2]

**PLEASE TAKE FURTHER NOTICE** that a redline comparing the First Revised Proposed Stipulation and Agreed Order against the Initial Proposed Stipulation and Agreed Order is attached hereto as **Exhibit B**, demonstrating the changes incorporated into the First Revised Proposed Stipulation and Agreed Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing documents, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

---

[2] The Debtors understand the First Revised Proposed Stipulation and Agreed Order is uncontested. In light of the parties' agreement on the First Revised Proposed Stipulation and Agreed Order, Ambac represented that it is withdrawing the reservation of its right to renew its objection to the Motion, and that this withdrawal is without prejudice to Ambac's reservation of rights concerning Governor Rosselló, AAFAF, and their advisors [*see* Dkt. No. 813 ¶ 8], which reservation does not impact the Motion.

2

Dated: August 2, 2017
    San Juan, Puerto Rico

Respectfully submitted,

*/s/* Martin J. Bienenstock
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/* Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

3

## Exhibit A

## First Revised Proposed Stipulation and Agreed Order