IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| | NO. 17 BK 3283 – LTS |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO, ET AL. | (JOINTLY ADMINISTERED) |
| DEBTORS | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Ricardo L. Díaz Soto hereby enters his appearance as counsel on behalf of **VOZ ACTIVA, INC.** a party in interest, and requests copies of all filings, orders, minutes and notices henceforth.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 3rd day of August, 2017.

**I HEREBY CERTIFY** that on this same date, August 3, 2017, I have electronically filed the foregoing with the Clerk of the Court, using the CM/ECF System, which will send notification Attorneys, Bankruptcy Trustee and to all parties in interest.

s/Ricardo L. Diaz Soto
Bar Number: USDC-PR 215010

**DIAZ SOTO LAW OFFICE**
P.O. Box 2000
Caguas, P.R .00726-2000
Tel: 787-653-4432
Email: díazsotolaw@gmail.com