Actualizado:    21-Jul-17

PRHTA PROJECTS- FEDERAL FUNDS - ACTIVE

| Project Number / Federal Number | PRHTA Projects- Federal Funds | Certification Number | Certification Date | Total Certifications | Accumulated Retainage | Expenses Incurred Waiting for Reimbursement | Total | Contract Date | Substantially Complete Date | Termination Date | %Complete | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC-005374 / LY-53(6) | AC-005374, Yabucoa | | Work Performed Pending to Certificate | 166,930.66 | $ 156,819.89 | | $ 323,750.55 | 11-Jan-16 | | 31-Jul-17 | 73.25% | |
| AC-010270 / MP-102(18) | AC-010270, San Germán- Cabo Rojo | 13 | 10-Jun-17 / Work Performed Pending to Certificate | 212,803.91 / 11,525.00 | $ 81,154.39 | $ 20,921.84 | $ 326,405.14 | 9-May-16 | | 20-Jul-17 | 86.14% | |
| AC-802271 / MP-14(29) | AC-802271, Cayey | 12 | 7-Jul-17 / Work Performed Pending to Certificate | 142,632.10 / 69,581.63 | $ 51,832.19 | | $ 264,045.92 | 17-Jun-16 | | 24-Oct-17 | 26.73% | |
| AC-800400 / ER-31(23) | AC-800400, Naguabo | 2 / 3 | 20-Apr-17 / 20-May-17 | 31,211.90 / 4,370.00 | $ 1,572.60 | | $ 37,154.50 | 30-Dec-16 | | 10-Dec-17 | 2.67% | |
| | | | | $ 639,055.20 | $ 291,379.07 | $ 20,921.84 | $ 951,356.11 | | | | | |

Total of Certifications and Retainages: $ 930,434.27

Total $ 951,356.11

EXHIBIT



A