## Ferrovial Agroman LLC

| | PROJECT'S NAME | Original Contract amount | Current Contract amount | Amount Certified | Amount paid | Accumulated Retainage | Certification pending payment | Variety of claims | Future work to be certified | Total | % COMPLETED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4F3 | Pavement Rehabilitation and Safety Improvements Highway PR-10 from KMm 1.83 to Km. 14.9, Ponce (AC-100087) MP-10(76) | $ 7,165,673.00 | $ 6,982,903.35 | $ 5,590,584.87 | $ 4,434,569.73 | $ 279,688.81 | $ 876,326.33 | $ - | $ 1,392,218.48 | $ 2,548,233.62 | 80.06% |
| 4E0 | Safety Improvements to Highway PR-172 from Km. 0.0 to Km. 12.5 Caguas - Cidra (AC-017250) MP-172(12) | $ 1,514,152.00 | $ 1,879,161.22 | $ 1,115,059.87 | $ 1,049,379.81 | $ 65,680.04 | $ 0.02 | $ 36,649.72 | $ 764,101.35 | $ 866,431.13 | 59.34% |
| 4EN | Geotechnical Improvements and Safety Improvements Highway PR-2 from Km. 102.40 to Km. 106.20 Quebradillas - Isabela (AC-200268) MP-2(62) | $ 6,478,434.00 | $ 7,838,903.96 | $ 6,827,010.98 | $ 6,497,653.57 | $ 329,357.44 | $ (0.03) | $ 60,513.83 | $ 1,011,892.98 | $ 1,401,764.22 | 87.09% |
| 3EI | Improvement to PR-18 & PR-21 Interchange from station 11 to 18 San Juan (AC - 800467) MP-18(11) | $ 16,117,554.00 | $ 17,551,522.00 | $ 12,390,693.46 | $ 11,782,282.84 | $ 608,410.62 | $ 0.00 | $ 357,999.55 | $ 5,160,828.54 | $ 6,127,238.71 | 70.60% |
| | | | | | | $ 1,283,136.91 | $ 876,326.32 | | | $ 10,943,667.68 | |

| DESCRIPTION | Amount |
|---|---|
| Additional work requested by Federal Highways inspection | |
| Claim for additional cost in placing grout for bridge parapets | TOTAL $ 36,649.72 |
| Additional works due to ramp acceleration, subcontract on piles and difference in cost of safety nets | TOTAL $ 60,513.83 |
| | TOTAL $ 357,999.55 |

EXHIBIT A