| Ferrovial Agroman SA | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | PROJECT'S NAME | Original Contract amount | Current Contract amount | Amount Certified | Amount paid | Accumulated Retainage | Certification pending payment | Complaint Filed Against PRHTA | Variety of claims | Future work to be certified | Total | % COMPLETED |
| 2EB | Traffic Singnal System Improvements, Rionar Zone II, PR-25(AC-800306) LP-9599(104) | $ 2,432,515.00 | $ 3,266,652.11 | $ 3,081,461.95 | $ 2,928,656.71 | $ 152,805.24 | $ 0.00 | $ - | $ - | $ 185,190.16 | $ 337,995.40 | 94.33% |
| 1EM | Construction of highway PR-9 from PR-132 TO PR-123, Ponce (AC-00911) LP-9(6) | $ 38,496,658.00 | $ 41,643,632.20 | $ 37,376,150.56 | $ 34,903,710.99 | $ 1,795,080.14 | $ 677,359.43 | $ 485,223.13 | $ 896,105.76 | $ 4,267,481.64 | $ 8,121,250.10 | 89.75% |
| | | | | | | $ 1,947,885.38 | $ 677,359.43 | | | | $ 8,459,245.50 | |

| DESCRIPTION | Amount |
|---|---|
| Redesign Steel Posts (Extra Work Order) | $ 110,091.99 |
| Lower pile driving rate | $ 132,019.53 |
| Plans Existing Conditions in Río Cañas | $ 2,012.91 |
| Additional Assembly Instalation of Beams | $ 17,813.35 |
| Equipment Demobilization | $ 634,167.98 |
| TOTAL | $ 896,105.76 |

| | |
|---|---|
| Claim for detaine equipment by EPA | |
| TOTAL | $ 485,223.13 |

EXHIBIT

A