# **EXHIBIT A**

**PROPOSED ORDER**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    : Title III
                                                                     :
     as representative of                    : Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO *et al.,*                            : (Jointly Administered)
                                                                     :
Debtors.[4]                                                          :
---------------------------------------------------------------------- x

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO EXCEED PAGE LIMITS IN ITS OMNIBUS REPLY TO OBJECTIONS AND RESPONSES TO MOTION OF COMMITTEE FOR ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY PROGRAM WITH RESPECT TO CERTAIN CAUSES OF PUERTO RICO FINANCIAL CRISIS**

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Responses to Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis* (the "Urgent Motion")[5] seeking leave to exceed the fifteen (15) page limit for memoranda of law in support of replies set by the Case Management Procedures, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA section 306; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) the relief requested in the Urgent Motion is proper and in the best interest of the title III debtors, their creditors, and

---

[4] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[5] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Urgent Motion.

other parties in interest; and (iv) due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

    1.    The Urgent Motion is GRANTED as set forth herein

    2.    The Committee may exceed the 15-page per-motion reply brief limit set in the Case Management Procedures by filing an Omnibus Reply Brief not to exceed forty-five (45) pages.

    3.    The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

    4.    The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

Dated: August ___, 2017

                                          _____
                                          United States Magistrate Judge Judith Gail Dein