# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3284-LTS |

## MOTION TO WITHDRAW FROM LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

      **COMES NOW** the undersigned attorney and very respectfully states and prays as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

1.      As of today, August 3, 2017, attorney Lee Sepulvado Ramos will cease in his legal representation of The Bank of New York Mellon in the case of caption.

**WHEREFORE,** attorney Lee Sepulvado Ramos respectfully requests this Honorable Court to accept his withdrawal as counsel of record for The Bank of New York Mellon.

**WE HEREBY CERTIFY** that on this same date we electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of August 2017.

**SEPULVADO & MALDONADO, PSC**
**ATTORNEYS & COUNSELORS AT LAW**
Citibank Tower, 19th Floor
252 Ave. Ponce de León
San Juan, PR  00918
Tel. (787) 765-4949

s/Lee Sepulvado Ramos
Lee Sepulvado Ramos
USDC-PR No. 211912
lsepulvado@smlawpr.com