*<u>Exhibit 3</u>*

# EXHIBIT 3

## Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships

**Representative of Debtors**
Financial Oversight and Management Board for Puerto Rico

**Debtors**
Commonwealth of Puerto Rico
Puerto Rico Sales Tax Financing Corporation (COFINA)
Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)
Puerto Rico Highways and Transportation Authority (HTA)

**Oversight Board Members and Professionals**
9-1-1 Service Governing Board
Alejandro J. Garcia-Padilla
Ana J. Matosantos
Andrew G. Biggs
Arthur J. Gonzalez
Carlos M. Garcia
David Skeel
Elias Sanchez Sifonte
Jaime A. El Koury
José B. Carrión III
Jose R. Gonzalez
Ramon M. Ruiz
Richard Ravitch

**Puerto Rico Officials**
Alberto Baco Bague
Alberto C. Rodriguez Perez
Alejandro J. Garcia-Padilla
Carmen Villar Prados
Celeste Freytes Gonzalez
César A. Miranda Rodríguez
Christian Sobrino-Vega
Gabriel Olivera Magraner
Gerardo José Portela Franco
Hector Ivan Santos
Ingrid Rivera Rocafort

Jose A. Sierra Morales
José Iván Marrero Rosado
Jose Santiago Ramos
Juan C. Zaragoza Gomez
Juan Flores Galarza
Juan Vaquer
Luis F. Cruz Batista
Melba Acosta Febo
Miguel A. Torres Diaz
Rafael Rovira Arbona
Raúl Maldonado
Ricardo Antonio Rosello Nevares
Víctor A. Suárez Meléndez
Wanda Vazquez Garced

**U.S. Government**
Regina McCarthy
Steven Mnuchin
U.S. Department of Treasury

**20 Largest Unsecured Creditors**
Baxter Sales & Distribution PR Corp.
Braxton School of Puerto Rico
Cardinal Health PR
Cesar Castillo Inc.
Corporacion de Servicios Educativos de Yabucoa
COSALL
Ediciones Santillana, Inc.
Ediciones SM
EVERTEC Inc.
IKON Solutions, Inc.
Institucion Educativa NETS, LLC
Kirkland & Ellis LLP
Manpower
MC&CS
Microsoft
Puerto Rico Telephone Company
Total Petroleum Corps.
U.S. Army Corps of Engineers
Workforce Training and Employment Center, Inc.

**Official Committee of Retirees of the Commonwealth of Puerto Rico**
Jose Marin Martinez
Sindicato de Policias
Lydia Pellot
Junta de Organizaciones de Pensionados
Blanca Paniagua
SPU Retiree Chapter
Miguel Fabre
Asociacion de Empleados Jubilados de la Judicatura de Puerto Rico
Rosario Pacheco
Sistema de Retiro de ELA
Carmen Nunez
Fondo de Seguro del Estado
Milagros Acevedo Santiago
Administracion de los Tribunales
Juan Ortiz
Asociacion de Maestros de Puerto Rico
Marcos A. Lopez
Asociacion de Empleados Jubilados de la UPR

**Counsel to the Official Committee of Retirees of the Commonwealth of Puerto Rico**
Jenner Block
Bennazar, Garcia & Milian

**Counsel to the Individual Members of the Official Committee of Retirees of the Commonwealth of Puerto Rico**
Saul Ewing
Matthew Stark Blumin

**Other Litigation Parties**
322 De Diego Holdings, LLC
419 Ponce de Leon, Inc.
Aaron C. Bielenberg
Ad Hoc Group of General Obligation Bondholders
Adriel Longo-Ravelo
Adrienne Muentes-Ortiz
AG Financial Solutions
AG Financial Solutions Funds
Altair Global Credit Opportunities
Altair Global Credit Opportunities Fund (A), L.L.C.
Ambac Assurance Corporation
Ambac Financial Group
American Federation of State, County and Municipal Employees (AFSCME)
Angelo, Gordon & Co. L.P.
Appaloosa Management LP
Aristeia Horizons, L.P.
Artau Feliciano Conjugal Property Partnership
Asociacion de Profesoras y Profesores del Recinto Universitario de Mayaguez, Inc. (APRUM)
Asociacion Puertorriquena de la Judicatura, Inc.
Assured Guaranty Corp.
Assured Guaranty Municipal Corp.
Aurelius Capital Management LP
Aurelius Capital Partners LP
Aurelius Convergence Master, Ltd
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomy Capital (Jersey) LP
Autonomy Master Fund Limited
Avenue Capital Group, LLC
Avenue Capital Partners, LLC
Baldr Mason Fund
Banco Popular de Puerto Rico
Banco Santander Puerto Rico
Bank of New York Mellon
Bank of Nova Scotia
Benigno Trigo-Gonzalez
Bertita Martinez-Martinez
BlueMountain Capital Management LLC
Bonistas de Patio
Brigade Distressed Value Fund LP
Brigade Capital Management, LP
Brigade Leveraged Capital Structures Fund LP
Buckeye Partners
Camino Cipres LLC
Camino Roble LLC
Canary SC Master Fund, L.P.
Candlewood Investment Group, LP
Canyon Balanced Master Fund, Ltd.
Canyon Capital Advisors LLC
Canyon Value Realization Fund, L.P.
Carlos Contreras-Aponte
Carlos Reyes Castro
Carmen Feliciano Vargas
Carmen Regina Suarez-Sein
Ceci Montilla-Rojo
CEDE & CO., as nominee for The Depository Trust Company
Centerbridge Capital Partners, L.P.
Centro de Periodismo Investigativo Inc.
City of San Juan
Claren Road and Avenue
Claren Road Asset Management
Claren Road Credit Master Fund, Ltd.
Claren Road Credit Opportunities Master Fund, Ltd.
Conjugal Partnership Gonzalez-Simounet

Conjugal Partnership Hermida-Colon
Conjugal Partnership Hess-Trigo
Conjugal Partnership Martinez-Martinez
Conjugal Partnership Smith-Smith
Conjugal Partnership Trigo-Suarez
Conjugal Partnership Trigo-Zapata
Conjugal Partnership Valdes-Muentes
Corbin Opportunity Fund, L.P.
Corporation for the "Caño Martin Peña" Project (ENLACE)
Covalent Partners LLC
Crescent 1, L.P.
CRS Master Fund, L.P.
Cyrus Funds
Cyrus Opportunities Master Fund II, Ltd.
Cyrus Select Opportunities Master Fund, Ltd.
Cyrus Special Strategies Master Fund, L.P.
D.E. Shaw Galvanic Portfolios, L.L.C.
Davidson Kempner Capital Management LLC
Davidson Kempner Capital Management LP
Decagon Holdings 1, L.L.C.
Decagon Holdings 10, L.L.C.
Decagon Holdings 2, L.L.C.
Decagon Holdings 3, L.L.C.
Decagon Holdings 4, L.L.C.
Decagon Holdings 5, L.L.C.
Decagon Holdings 6, L.L.C.
Decagon Holdings 7, L.L.C.
Decagon Holdings 8, L.L.C.
Decagon Holdings 9, L.L.C.
Depository Trust Company
Dionisio Trigo-Gonzalez
Eduardo Artau Gomez
EJF
Elías Sánchez
Ernesto A. Smith
Excelerate Energy
FCO Advisors LP
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC - Master Series 1
Federico M. Stubbe Arzuaga
Federico Stubbe Gonzalez
Financial Guaranty Insurance Co.
Fir Tree Partners, Inc.
First Medical Health Plan, Inc.
First Puerto Rico AAA Target Maturity Fund I, Inc.
First Puerto Rico Family of Funds
First Puerto Rico Target Maturity Income Opportunities Fund I, Inc.
First Puerto Rico Tax-Advantaged Target Maturity Fund I, Inc.
First Puerto Rico Tax-Exempt Target Maturity Fund II
Fore Multi Strategy Fund LP
Fore Research & Management
Fore Solus Alternative Asset Management
Franklin Advisers, Inc.
Franklin California Tax Free Income Fund
Franklin California Tax-Free Trust
Franklin Municipal Securities Trust
Franklin New York Tax-Free Income Fund
Franklin Tax-Free Trust
Franklin Templeton Companies, Inc.
Franklin Templeton Companies, LLC
Franklin Templeton Inc.
FSA Investments, LLC
FT Opportunistic Distressed Fund
Fundamental Credit Opportunities Master Fund LP
Glendon Opportunities Fund, L.P.
Gloria Colon
GoldenTree
GoldenTree Asset Management LP
Goldman Sachs
Goldman Sachs Asset Management
Guillermo L. Martinez
Gustavo Hermida-Ceda
Heirs of The Estate of Rosario Ferre Ramirez De Arellano Comp by BTF-RLTF-LATF
Jacana Holdings I LLC
Jacana Holdings II LLC
Jacana Holdings III LLC
Jacana Holdings IV LLC
Jacana Holdings V LLC
Jorge Hess
Jorge Irizarry
Jose A. Valdes-Mazaurieta
Jose F. Rodriguez Perello
Ketty SIimounet de Gonzalez
King Street
Knighthead Capital Management, LLC
KTRS Credit Fund LP
LEX Claims, LLC
LMA SPC
LMAP 903 Limited
Lolita Gandarilla de Casasnovas
Long En-Tech Puerto Rico, Inc.
Marathon Asset Management, LP
MassMutual
Master SIF SICAV SIF
MBIA
MC Holdings Master LP

MCP Holdings Master LP
Merced Capital LP
Merced Partners IV, L.P.
Merced Partners Limited Partnership
Merced Partners V, L.P.
Miguel Angel Ortiz-Ramos
Monarch Alternative Capital LP
Monarch Alternative Solutions Master Fund Ltd.
Monarch Capital Master Partners II LP
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd
Monarch Recovery Ltd.
Monarch Special Opportunities Master Fund Ltd.
MPR Investors LLC
Municipality of San Sebastian
Municipio Autonomo de Ponce
Natalie A. Jaresko
National Public Finance Guarantee Corporation
Newoak Capital LLC
Nokota Capital Master Fund, L.P.
Northshore Management, Corp.
Nutmeg Partners
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX, L.P.
Oaktree Value Opportunities Fund, L.P.
Oaktree-Forrest Multi-Strategy, L.L.C. (Series B)
Ocher Rose, L.L.C.
Oficina del Gobernador Estado Libre Asociado
Old Bellows Partners
Oppenheimer Funds, Inc.
Oppenheimer Multi-State Municipal Trust
Oppenheimer Municipal Fund
Oppenheimer Rochester AMT-Free Municipal Fund
Oppenheimer Rochester AMT-Free New York Municipal Fund
Oppenheimer Rochester Arizona Municipal Fund
Oppenheimer Rochester California Municipal Fund
Oppenheimer Rochester Fund Municipals
Oppenheimer Rochester Maryland Municipal Fund
Oppenheimer Rochester Massachusetts Municipal Fund
Oppenheimer Rochester Michigan Municipal Fund
Oppenheimer Rochester Minnesota Municipal Fund
Oppenheimer Rochester North Carolina Municipal Fund
Oppenheimer Rochester Ohio Municipal Fund
Oppenheimer Rochester Virginia Municipal Fund
Oriental Bank
Pandora Select Partners, L.P.
Peaje Investments LLC

Penteli Master Fund
Permal Stone Lion Fund Ltd.
Perry Capital L.L.C.
Pinehurst Partners, L.P.
Prisma SPC Holdings Ltd. - Segregated Portfolio AG
Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico Funds and Portfolios
Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
Puerto Rico Housing Finance Authority
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax-Free Fund II, Inc.
Puerto Rico Investors Tax-Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund IV, Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund VI, Inc.
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
Puerto Rico Urgent Interest Fund Corporation
Rafael Rojo
Ramirez & Co.
Ramon Gonzalez-Cordero
Raul E. Casasnovas Balado
Regina Trigo de Hess
River Canyon Fund Management LLC
Rochester Portfolio Series
ROLSG LLC
Rossana Lopez Leon
RRW I LLC
San Rafael Holdings, LLC
Sandra Pacheco Santiago
Santander Asset Management Corporation
Santander BanCorp
Santander Financial Services, Island Insurance Corporation
Santander Insurance Agency, Inc.
Santander International Bank of Puerto Rico, Inc.
Santander PR Capital Trust I
Santander Securities Corp.
Saress E. Smith
SB Special Situation Master Fund SPC, Segregated Portfolio D

Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank de Puerto Rico
Senator Global Opportunity Master Fund LP
Servidores Publicos Unidos Council 95 of the American Federation of State, County and Municipal Employees
Servidores Publicos Unidos de Puerto Rico
Sistema de Retiro de la Universidad de Puerto Rico
SL Liquidation Fund L.P.
SL Puerto Rico Fund II L.P.
SL Puerto Rico Fund L.P.
Sola Ltd.
Solus Opportunities Fund 5 LP
Stone Lion Capital LLC
Stone Lion Capital Partners L.P.
Stone Lion IE, a Fund of Permal Managed Account Platform ICAV
Stugo, LLC
SV Credit, L.P.
Syncora Capital Assurance Inc.
Syncora Guarantee Inc.
Syncora Holdings Ltd.
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund
Tasman Fund LP
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.
Teresa Zapata-Bird
The Canyon Value Realization Master Fund, L.P.
The Varde Skyway Master Fund, L.P.
Tilden Park Capital Management
Tilden Park Investment Master Fund LP
Trigo Corp.
Trimar Investments Corp.
U.S. Bank Trust National Association
UBS Financial Services
UBS Financial Services Incorporated of Puerto Rico y Otros
UBS Group AG
UBS IRA Select Growth & Income Puerto Rico Fund
Ultra Master Ltd.
United Automobile, Aerospace, and Agricultural Implement Workers of America
Valmu Trust 2015, LLC
Varde Credit Partners Master, L.P.
Varde Investment Partners (Offshore) Master, L.P.
Varde Investment Partners, L.P.
Voya Institutional Trust Company
Whitebox Advisors LLC

Whitebox Asymmetric Partners, L.P.
Whitebox Institutional Partners, L.P.
Whitebox Multi-Strategy Partners, L.P.
Whitebox Term Credit Fund I L.P.
Wilmington Trust

**Professionals**

Adsuar Muniz Goyco Seda & Perez-Ochoa
Ankura Consulting
Cadwalader Wickersham & Taft
Cancio, Nadal, Rivera & Diaz, P.S.C.
Casellas Alcover & Burgos
Casillas Santiago & Torres, LLC
Chadbourne & Parke
Cohen, Weiss and Simon LLP
Davis Polk & Wardell
Dechert
Delgado & Fernandez
DLA Piper
Faegre Baker Daniels
Ferraiuoli
Fiddler Gonzalez & Rodriguez
Indiano & Williams
Jimenez, Graffam & Lausell
Jones Day
Kasowitz Benson Torres
Kramer Levin Naftalis & Frankel
Lopez Sanchez & Pireillo
McDermott Will & Emery
Monserrate Simonet & Gierbolini, LLC
O'Neill & Gilmore Attorneys at Law
O'Neill & Gilmore LLC
O'Melveny & Myers
O'Neill & Borges
Paul Hastings
Paul Weiss
Proskauer Rose
Quinn Emanuel Urqhart & Sullivan
Reed Smith
Reichard & Escalera
Robbins Russel Englert Orseck Untereiner & Sauber
Saldana Carvajal & Velez-Rive
Salichs Pou & Associates PSC
Schulte Roth & Zabel LLP
Sepulvado & Maldonado
Toro Colon Mullet Rivera & Sifre
Vicente & Cuebas
Weil Gotshal & Manges
White & Case
Zolfo Cooper LLP

**Other Parties Identified in the PrimeClerk and Epiq Retention Applications**
ACP Master, Ltd
Additional (Electronic) Lottery
Agricultural Enterprises Development Administration
American Federation of Teachers
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and the Caribbean
Commonwealth of Puerto Rico Regional Center Corporation
Commonwealth of Puerto Rico Teacher's Retirement System
Company for the Integral Development of the "Península de Cantera"
Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico
Culebra Conservation and Development Authority
Drivetrain, LLC, as Creditors' Trustee of DFC
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Fiscal Agency and Financial Advisory Authority
Genesis Security Services, Inc.
Government Development Bank of Puerto Rico
Governmental Development Bank for Puerto Rico (GDB)
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Judiciary Retirement System (JRS)
Land Authority of Puerto Rico
Local Redevelopment Authority of the Lands and Facilities of Naval Station Roosevelt Roads
Model Forest
Municipal Revenue Collection Center (CRIM)
Musical Arts Corporation
Port of the Americas Authority
PR Infrastructure Finance Authority (PRIFA)
Public Building Authority (PBA)
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives (COSSEC)
Puerto Rico and Municipal Islands Transport Authority
Puerto Rico Aqueduct and Sewer Authority (PRASA)
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority (PRCCDA)
Puerto Rico Council on Education
Puerto Rico Health Insurance Administration (HIA/ASES)
Puerto Rico Hospital Supply
Puerto Rico Industrial Development Company (PRIDCO)
Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (AFICA)
Puerto Rico Electric Power Authority (PREPA)
Puerto Rico Integrated Transit Authority (PRITA)
Puerto Rico Land Administration
Puerto Rico Maritime Shipping Authority
Puerto Rico Medical Services Administration (ASEM)
Puerto Rico Metropolitan Bus Authority (AMA)
Puerto Rico Municipal Finance Agency (MFA)
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnerships Authority (PPP)
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Service Employees International Union
Solid Waste Authority
Special Communities Perpetual Trust
State Insurance Fund Corporation (SIF)
Teachers' Retirement System (TRS)
The Children's Trust Fund (CTF)
Total Petroleum Puerto Rico Corp.
Traditional Lottery
Unemployment Insurance Fund
Unitech Engineering Group, S.E.
University of Puerto Rico (UPR)
University of Puerto Rico Comprehensive Cancer Center

**U.S. Trustee Employees for the District of Puerto Rico**
Guy G. Gebhardt
Monsita Lecaroz-Arribas
Nancy Pujals
Jose C. Diaz Vega
Julio Guzman Carcache
Javier Capestany
Emilio Miranda-Ramirez
Edwin F. Rodriguez
Jose A. Cuevas Sanchez
Enelida Rodriguez

**Judges in the District of Puerto Rico**
Laura Taylor Swain
Enrique S. Lamoutte
Brian K. Tester

| | |
|---|---|
| Milderd Caban | Aida M. Delgado-Colón |
| Edward A. Godoy | Gustavo A. Gelpí |
| Carmen Consuelo Cerezo | Francisco Augusto Besosa |
| Salvador E. Casellas | Pedro Alberto Delgado Hernandez |
| Daniel R. Domínguez | |
| Jay A. Garcia Gregory | |