Case:17-03283-LTS Doc#:877-6 Filed:08/04/17 Entered:08/04/17 14:21:05 Desc: Exhibit 4 - Connections List Page 1 of 2

*<u>Exhibit 4</u>*

# EXHIBIT 4

## Listing of Parties-in-Interest Noted for Court Disclosure

**Relationships in Unrelated Matters**

**Debtors**
Commonwealth of Puerto Rico
Puerto Rico Highways and Transportation Authority (HTA)
Puerto Rico Electric Power Authority (PREPA)

**U.S. Government**
Steven Mnuchin

**Other Parties Identified in the PrimeClerk and Epiq Retention Applications**
Government Development Bank of Puerto Rico
Puerto Rico Aqueduct and Sewer Authority (PRASA)
University of Puerto Rico (UPR)

**20 Largest Unsecured Creditors**
Kirkland & Ellis LLP
Manpower
Microsoft
Puerto Rico Telephone Company
U.S. Army Corps of Engineers

**Counsel to the Official Committee of Retirees of the Commonwealth of Puerto Rico**
Jenner Block

**Counsel to the Individual Members of the Official Committee of Retirees of the Commonwealth of Puerto Rico**
Saul Ewing

**Other Litigation Parties**
Ambac Assurance Corporation
Ambac Financial Group
Appaloosa Management LP
Assured Guaranty Corp.
Avenue Capital Group, LLC
Bank of New York Mellon
Bank of Nova Scotia
BlueMountain Capital Management LLC
Brigade Leveraged Capital Structures Fund LP
Buckeye Partners
Candlewood Investment Group, LP
Canyon Capital Advisors LLC
Centerbridge Capital Partners, L.P.

Davidson Kempner Capital Management LLC
Davidson Kempner Capital Management LP
Excelerate Energy
Financial Guaranty Insurance Co.
Franklin Advisers, Inc.
GoldenTree
GoldenTree Asset Management LP
Goldman Sachs
Goldman Sachs Asset Management
King Street
Knighthead Capital Management, LLC
Marathon Asset Management, LP
MBIA
Merced Capital LP
Oppenheimer Funds, Inc.
Puerto Rico Housing Finance Authority
Scotiabank de Puerto Rico
Syncora Guarantee Inc.
UBS Financial Services
UBS Financial Services Incorporated of Puerto Rico Y Otros
UBS Group AG
Whitebox Advisors LLC
Wilmington Trust

**Professionals**
Cadwalader Wickersham & Taft
Chadbourne & Parke
Cohen, Weiss and Simon LLP
Davis Polk & Wardell
Dechert
DLA Piper
Faegre Baker Daniels
Jones Day
Kasowitz Benson Torres
Kramer Levin Naftalis & Frankel
McDermott Will & Emery
O'Melveny & Myers
Paul Hastings
Paul Weiss
Proskauer Rose
Reed Smith
Schulte Roth & Zabel LLP
Weil Gotshal & Manges
White & Case