# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |
| As representative of : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered)[1] |
| Debtors | |

## APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW**, **RAMÓN A. CESTERO, JR., ESQ. - USDC-PR 115809,** and very respectfully hereby enters his appearance**, joining counsel Juan R. Rivera Font, Esq.,** for Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico (collectively the **"Santander Entities"**) parties-in-interest as to the Commonwealth of Puerto Rico, pursuant to Rule 83(d) of the Local District Court Rules for District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170. Pursuant to Sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as all applicable Court's Orders, related hereto.

-1-

Undersigned Counsel respectfully requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the address and telephone number set forth below:

**To (Parties-In-Interest's Name) Counsel:**
**Ramón A. Cestero, Jr., Esq.**
**USDC-PR 115809**
**c/o Juan Ramón Rivera Font, Esq.**
27 González Giusti Ave., Office 602
Guaynabo, PR 00968
lourdes@riverafont.com
Tel. (787) 751-5290
Fax (787) 751-6155

**I HEREBY CERTIFY** that on this same sate, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED.** In Guaynabo, Puerto Rico, on August 4, 2017.

<u>**S/ RAMÓN A. CESTERO, JR**</u>
**USDC-PR 115809**
**c/o Juan Ramón Rivera Font, Esq.**
27 González Giusti Ave., Office 602
Guaynabo, PR 00968
juan@riverafont.com
Tel.: (787) 751-5290
Fax: (787) 751-6155