UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

Debtors.[1]

---

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

**NOTICE OF FILING REVISED PROPOSED ORDER REGARDING MOTION
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER,
UNDER BANKRUPTCY CODE SECTIONS 105(a), 107(b), 1102(b)(3) AND 1103
AND BANKRUPTCY RULE 9018, (I) CLARIFYING SCOPE OF AND
ESTABLISHING PROCEDURES IN CONNECTION WITH CREDITOR
ACCESS TO INFORMATION AND (II) RETAINING PRIME CLERK LLC AS
INFORMATION SERVICES AGENT IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that on July 20, 2017, the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (the "Committee") filed the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a), 107(b), 1102(b)(3) and 1103 and Bankruptcy Rule 9018, (I) Clarifying Scope of and Establishing Procedures in Connection with Creditor Access to Information and (II) Retaining Prime Clerk LLC as Information Services Agent in Connection Therewith* [Docket No. 690] (the "Motion"). Attached as Exhibit A to the Motion is the Committee's initial proposed order in connection therewith (the "Initial Proposed Order").

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**PLEASE TAKE FURTHER NOTICE** that the Committee hereby files a revised proposed order, in the form attached hereto as Exhibit A, (the "Revised Proposed Order"). A redline of the Revised Proposed Order marked to show changes against the Initial Proposed Order is attached hereto as Exhibit B. The Revised Proposed Order reflects informal comments that were received by the Committee from a creditor residing in Puerto Rico. The creditor requested that the Revised Proposed Order include language indicating that no confidentiality obligation will be imposed on information that is public information under Puerto Rico law. The creditor confirmed to counsel for the Committee that the language added in new paragraph 13 of the Revised Proposed Order resolved its issue. The Motion is currently scheduled to be heard on **August 9, 2017 at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 4, 2017<br>San Juan, Puerto Rico | */s/ G. Alexander Bongartz* |

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Michael Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

- and –

*/s/ Juan J. Casillas Ayala*

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Proposed Replacement Local Counsel to the Official Committee of Unsecured Creditors*