## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                            :
                                                  :
THE FINANCIAL OVERSIGHT AND                       :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                 :   Title III
                                                  :
      as representative of                        :   Case No. 17-BK-3283 (LTS)
                                                  :
THE COMMONWEALTH OF PUERTO RICO, et al.,          :   Jointly Administered
                                                  :
      Debtors. ¹                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### O'NEILL & GILMORE LAW OFFICE, LLC'S INFORMATIVE MOTION
### AND NOTICE OF REQUEST TO BE HEARD AT AUGUST 9-10, 2017
### <u>OMNIBUS HEARING</u>

The undersigned, in representation of O'Neill & Gilmore Law Office, LLC (hereinafter "O&G"), a party-in-interest in the above-captioned Title III case, hereby submits this Informative Motion in response to the Court's Order entered on August 1, 2017 in Case Nos. 17 BK 3282-LTS and 17 BK 4780-LTS [Dkt. Nos. 837 and 159, respectively] (the "<u>Order</u>").

1. Pursuant to the Order, the undersigned counsel hereby informs the Court that Patrick D. O'Neill requests to be heard on behalf of O&G at the August 9th hearing in the San Juan courtroom. Counsel requests to be heard on behalf of O&G in connection with the following items:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

- Notice of Hearing on Application for Order, Pursuant to Bankruptcy Code Section 1103(A) and Local Bankruptcy Rule 2014-1(E) Authorizing Employment and Retention of O'Neill & Gilmore Law Office LLC, as Local Counsel to Official Committee of Unsecured Creditors, Effective as of June 26, 2017, (Dkt. 611).

**WHEREFORE**, the undersigned respectfully requests that the Court take notice of the above and grant the request to be heard at the August 9th, 2017 Omnibus Hearing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: August 4, 2017
San Juan, Puerto Rico

s/ *Patrick D. O'Neill*
O'NEILL & GILMORE LLC
Patrick D. O'Neill
USDC - PR 128202

252 Ponce de Leon Ave.
Citibank Tower Suite 1701
San Juan, Puerto Rico 00918
Tel.: (787) 620-0670
pdo@go-law.com

2