# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors | PROMESA (TITLE III)<br><br><br><br><br><br>NO. 17 BK 3283 (LTS) |

(Jointly Administered)[1]

**MOTION JOINING AND IN SUPPORT OF**
**AD HOC PUERTO RICO MUNICIPALITIES COMMITTEE'S REQUEST FOR AN ORDER PURSUANT TO 48 U.S.C. §2161 AND 11 U.S.C. §1102 DIRECTING THE APPOINTMENT OF AN OFFICIAL PUERTO RICO MUNICIPALITIES COMMITTEE**

**TO THE HONORABLE COURT:**

**COMES NOW** Autonomous Municipality of Ponce (hereafter, "AMP"), creditor and party-in-interest as to the **CommonWealth of Puerto Rico** hereto through the undersigned counsel Hector R. Cuprill, Esq. and Carlos Fernandez-Nadal, Esq., partner and off counsel, respectively of CUPRILL LAW OFFICES, PSC, and rspectfully states and prays:

**1.** Ad Hoc Puerto Rico Municipalities Committee (Committee), has requested order for the appointment of an official Puerto Rico Municipalities Committee (Docket No. 709).

**2.** As one of the largest municipalities of the Commonweaalth of Puerto Rico, AMP supports and joins the motion presented by the Committee, and advances its desire to have a representative of

2

AMP to said Committee, given the substantial claims which AMP has against not only the Commonwealth but several of its instrumentalities, as well as the interelationship in the provision of services to their mutual constituency, which shall be critical to the success of orderly reorganization process.

**3.** For purposes of expediency and avoidance of duplication, AMP hereby incorporates by reference, as if literally stated herein, all the pertinent legal arguments stated by the Committee in its aforementioned request.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, on July 27, 2017.

/s/ Hector R. Curpill, Esq.
USDC No. 221109
Torre de Oro, Suite 204
2175 Ferre Blvd.
Ponce, PR 00717
Telephone: (787) 843-8048
E-mail: cuprislaw@yahoo.com

/s/ Carlos Fernández-Nadal, Esq.
USDC No. 209208
818 Hostos Ave., Suite B
Ponce, PR 00716
Telephone: (787) 848-4612
Facsimile: (787) 395-7906
E-mail: cfernandez@cfnlaw.com