```
Court Name: District Court
Division: 1
Receipt Number: PRX100051154
Cashier ID: arperigu
Transaction Date: 08/04/2017
Payer Name: ADSUAR MUNIZ GOYCO SEDA
------------------------------------
PRO HAC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HAC VICE
 For: ADSUAR MUNIZ GOYCO SEDA
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 064204
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: ADSUAR MUNIZ GOYCO SEDA
 Check/Money Order Num: 064204
 Amt Tendered: $300.00
------------------------------------
Total Due:       $600.00
Total Tendered:  $600.00
Change Amt:      $0.00

17-3283 & 17-4780 PRO HAC VICE OF
STEPHEN YOUNGMAN

THRU: ERIC PEREZ-OCHOA
```