```
Court Name: District Court
Division: 1
Receipt Number: PRX100051137
Cashier ID: arodrigu
Transaction Date: 08/04/2017
Payer Name: TOTTI RODRIGUEZ DIAZ
-----------------------------------
PRO HOC VICE
 For: TOTTI RODRIGUEZ DIAZ
 Case/Party: D-DRX-1-97-NA-000003-002
 Amount:     $300.00
PRO HOC VICE
 For: TOTTI RODRIGUEZ DIAZ
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:     $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: TOTTI RODRIGUEZ DIAZ
 Check/Money Order Num: 35250
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: TOTTI RODRIGUEZ DIAZ
 Check/Money Order Num: 35251
 Amt Tendered: $300.00
-----------------------------------
Total Due:       $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF DAVID
POWLEN & KEVIN COLLINS

THRU: DANIEL MOLINA LOPEZ
```