## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------- x
In re:                                         :
                                               :
THE FINANCIAL OVERSIGHT AND                    :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,              :   Title III
                                               :
    as representative of               :   Case No. 17 BK 3283-LTS
                                               :
THE COMMONWEALTH OF PUERTO RICO,               :
                                               :
    Debtor.[1]                          :
                                               :
---------------------------------------------- x

### INFORMATIVE MOTION OF SIDLEY AUSTIN LLP AS COUNSEL FOR SANTANDER SECURITIES LLC, SANTANDER ASSET MANAGEMENT LLC AND BANCO SANTANDER PUERTO RICO PURSUANT TO *ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF AUGUST 9-10, 2017, OMNIBUS HEARING*

Sidley Austin LLP ("Sidley"), as counsel for Santander Securities LLC ("Santander Securities"), Santander Asset Management LLC ("Santander Asset Management"), and Banco Santander Puerto Rico ("Banco Santander" and, collectively with Santander Securities and Santander Asset Management, "Santander") hereby files this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing* [Dkt. No. 837].

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

1

Nicholas P. Crowell, Esq. of Sidley intends to appear and speak at the omnibus hearing on behalf of Santander in connection with the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* [Dkt. No. 706] and the *Objection of Santander Securities, LLC, Santander Asset Management LLC and Banco Santander Puerto Rico to Motion of Official Committee of Unsecured Creditors for Order, under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis* [Dkt. No. 808] in Courtroom 3 of the United States District Court for the District of Puerto Rico located at the Federal Building, 150 Carlos Chardón Street, San Juan, Puerto Rico 00918-1767.

Date: August 4th , 2017

By: /s/Juan R. Rivera Font

JUAN R. RIVERA FONT
USDC-PR No. 221703
juan@riverafont.com
JUAN R RIVERA FONT, LLC
27 González Giusti Ave.
Office 602
Guaynabo, PR 00968
Telephone: (787) 751-5290
Facsimile: (787) 751-6155

*Local Counsel for Santander Securities LLC, Santander Asset Management LLC, and Banco Santander Puerto Rico*

SIDLEY AUSTIN LLP
Andrew W. Stern
Nicholas P. Crowell
Alex R. Rovira
James Heyworth
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Counsel for Santander Securities LLC, Santander Asset Management LLC, and Banco Santander Puerto Rico*