# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered)<br>Re: Docket Nos. 658, 702 |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO THE NOTICE OF PRESENTMENT OF ORDER (A) PROHIBITING UTILITIES FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (B) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (C) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT**

**PLEASE TAKE NOTICE** that Assured Guaranty Corp., Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.), and National Public Finance Guarantee Corporation, in light of the *Notice of Presentment of Order (A) Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment* and the revisions in the proposed order attached thereto (ECF No. 897), hereby withdraw their Limited Objection and Reservation of Rights to the Notice of Presentment of Order (A) Prohibiting Utilities From Altering, Refusing Or Discontinuing Service, (B) Deeming Utilities Adequately Assured Of Future Performance, And (C) Establishing Procedures For Determining Adequate Assurance Of Payment (ECF No. 702).

San Juan, Puerto Rico

August 4, 2017

          CASELLAS ALCOVER & BURGOS P.S.C.

          By: */s/ Heriberto Burgos Pérez*
              Heriberto Burgos Pérez
              USDC-PR 204809
              Ricardo F. Casellas-Sánchez
              USDC-PR 203114
              Diana Pérez-Seda
              USDC-PR 232014
              P.O. Box 364924
              San Juan, PR 00936-4924
              Telephone: (787) 756-1400
              Facsimile: (787) 756-1401
              Email:    hburgos@cabprlaw.com
                         rcasellas@cabprlaw.com
                         dperez@cabprlaw.com

          CADWALADER, WICKERSHAM & TAFT LLP

          By: */s/ Howard R. Hawkins Jr.*
              Howard R. Hawkins, Jr.*
              Mark C. Ellenberg*
              Nathan Bull*
              Ellen M. Halstead*
              Thomas J. Curtin*
              Casey J. Servais*
              200 Liberty Street
              New York, NY 10281
              Telephone: (212) 504-6000
              Facsimile: (212) 406-6666
              Email:    howard.hawkins@cwt.com
                         mark.ellenberg@cwt.com
                         nathan.bull@cwt.com
                         ellen.halstead@cwt.com
                         thomas.curtin@cwt.com
                         casey.servais@cwt.com

          * Admitted *pro hac vice* in No. 17-BK-04780-LTS.

          *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC

s/ *Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206,314
E-mail: epo@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010


WEIL, GOTSHAL & MANGES LLP

s/ *Marcia Goldstein*
Marcia Goldstein*
Jonathan Polkes*
Salvatore A. Romanello*
Gregory Silbert*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

Stephen A. Youngman
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700
Fax: (214) 746-7777
Email: marcia.goldstein@weil.com
jonathan.polkes@weil.com
salvatore.romanello@weil.com
gregory.silbert@weil.com
stephen.youngman@weil.com

*admitted *pro hac vice* in No. 17-03283-LTS

*Counsel for National Public Finance Guarantee Corp.*