UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br>    Debtors.[1] | PROMESA<br>Title III<br><br>NO. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF AUGUST 9-10, 2017 OMNIBUS HEARING

**TO THE HONORABLE COURT:**

The University of Puerto Rico Retirement System Trust (the "Trust"), through the undersigned counsel, hereby submits this informational motion in response to this Court's "Order Regarding Procedures for Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing" (Docket No. 837), and respectfully states and prays as follows:

The undersigned, José L. Ramírez-Coll, will appear on behalf of the Trust at the August 9-10, 2017 hearing and will present argument regarding the Trust's "Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Participants or, in the Alternative, for the Reconstitution of the Retiree Committee" (the "Motion") pursuant to 11 U.S.C. §1102(a)(2) and (4). Docket No. 692; <u>see also</u> Docket No. 881.

The undersigned will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767.

The Trust will also respond to any arguments raised by any party in connection with the case of caption, including but not limited to the objections to the Motion filed by several parties. <u>See</u> Docket Nos. 785, 790, 799, 805, 810.

**WHEREFORE**, the Trust requests that the Court take note of the above, in compliance with its Order at Docket No. 837.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 7th day of August, 2017.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com