## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA TITLE III |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | |
| as representative of: | CASE NO. 17 BK 3283 LTS |
| THE COMMONWEALTH OF PUERTO RICO *et, al* | |
| Debtor | |

## MOTION TO WITHDRAW DOCKET NO. 731

**TO THE HONORABLE COURT:**

COMES NOW, Creditor Edificio Bula, Inc., party in interest in the PROMESA TITLE III Case No. 17 BK 03283, through the undersigned attorney and respectfully states and prays as follows:

1. Edificio Bula, Inc. filed a Motion to Lift Stay under 362 (e) of Bankruptcy Proceedings. See Docket No. 731.
2. Debtor has paid what was requested.
3. We wish to withdraw Docket No. 731.

**WHEREFORE,** it is respectfully requested from this Honorable Court that it orders the withdrawal of Docket No. 731 and ends the process started by that docket.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that we have file this Motion using the CM/ECT electronic filing, which will notify all appearing instead parties.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico this 7th day of August, 2017.

BY: /S/ HECTOR FIGUEROA VINCENTY
BUFETE DEL PUEBLO, P.S.C.
USDC NO.: 120006
CALLE SAN FRANCISCO
310 SUITE 32
SAN JUAN, P.R. 00901
TEL: 787-725-2570
MOBILE: 787-378-1154
QUIEBRAS@ELBUFETEDELPUEBLO.COM
