## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>              as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>              Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I HEREBY certify that, on August 4, 2017 and on August 7, 2017, on behalf of the Ad Hoc Group of General Obligation Bondholders, I served copies of the *Reply in Support of the Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) (Document 883)* on the following parties:

• The Chambers of the Honorable Laura Taylor Swain, by U.S. mail at the following addresses: (x) United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767; and (y) United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

• Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;
• Puerto Rico Fiscal Agency and Financial Advisory Authority, by U.S. mail at the following address: Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave.

Stop 22, San Juan, Puerto Rico 00907, Attn: Gerardo J. Portela Franco, Mohammad Yassin, Esq.

• The Law Offices of Andres W. Lopez, P.S.C., co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and its Executive Director, currently the Hon. Gerardo Portela Franco, by U.S. mail and by email to andres@awllaw.com;

• O'Melveny & Myers LLP, co-counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and its Executive Director, currently the Hon. Gerardo Portela Franco, by U.S. mail and by email to: dperez@omm.com; jrapisardi@omm.com; pfriedman@omm.com; and suhland@omm.com;

• O'Neill & Borges, co-counsel for the Puerto Rico Financial Oversight & Management Board, as representative of the Commonwealth of Puerto Rico and HTA, by U.S. mail and by email to: herman@oneillborges.com;ubaldo.fernandez@oneillborges.com; and daniel.perez@oneillborges.com;

• Proskauer Rose LLP, co-counsel for the Puerto Rico Financial Oversight & Management Board, as representative of the Commonwealth of Puerto Rico and HTA, by U.S. mail and by email to: pabelson@proskauer.com; ebarak@proskauer.com; mbienenstock@proskauer.com; tmungovan@proskauer.com; ppossinger@proskauer.com; sratner@proskauer.com; mzerjal@proskauer.com; and ctheodoridis@proskauer.com;

• the entities on the List of Creditors Holding the 20 Largest Unsecured Claims, directly by email or U.S. mail, or, alternatively, by email to counsel to the extent that counsel has appeared on behalf of a particular entity;

• the Federal Agencies which appear in the Master Service List by U.S. mail at the specific addresses listed therein.

• the members of the Official Committee of Unsecured Creditors appointed in the

Commonwealth's Title III case, directly by email or U.S. mail, or, alternatively, by email to counsel to the extent that counsel has appeared on behalf of a particular member;

• the members of the Official Committee of Retirees appointed in the Commonwealth's Title III case, by service to the Office of the United States Trustee for Region 21 as mentioned above;

• Development & Construction Law Group, LLC, counsel for the Executive Director of HTA, currently the Hon. Carlos Contreras Aponte, by email to rcastellanos@devconlaw.com;

• Wandymar Burgos Vargas, Esq., Acting Deputy Secretary for the Puerto Rico Department of Justice, as representative of Defendants Hon. Ricardo Rossello Nevares, Raul Maldonado Gautier, and Jose Ivan Marrero Rosado, by email to wburgos@justicia.pr.gov; and

• all other parties by service through the CM/ECF system.

Respectfully submitted,

/s/ J. Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
JIMÉNEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
rrivera@jgl.com