## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §§ 2170 *et seq.*, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Gibson, Dunn & Crutcher LLP and Adsuar Muñiz Goyco Seda & Pérez-Ochoa PSC hereby enter their appearance in the above-captioned Title III case (the "Title III Case") as

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

co-counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius"), parties in interest and collectively the beneficial holders of substantial amounts of outstanding bonds issued by the Commonwealth of Puerto Rico (the "Commonwealth") and backed by a pledge of its full faith, credit, and taxing power. The attorneys entering appearances are:

Theodore B. Olson (*pro hac vice* pending)
Matthew D. McGill (*pro hac vice* pending)
Helgi C. Walker (*pro hac vice* pending)
Michael R. Huston (*pro hac vice* pending)
Lochlan F. Shelfer (*pro hac vice* pending)
Jeremy M. Christiansen (*pro hac vice* pending)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539
Email: tolson@gibsondunn.com
mmcgill@gibsondunn.com
hwalker@gibsondunn.com
mhuston@gibsondunn.com
lshelfer@gibsondunn.com
jchristiansen@gibsondunn.com

Luis A. Oliver-Fraticelli
Katarina Stipec-Rubio
USDC-PR Bar Nos. 209204, 206611
ADSUAR MUÑIZ GOYCO SEDA &
    PÉREZ-OCHOA PSC
208 Ponce de Leon Ave., Suite 1600
San Juan, P.R. 00918
Phone: (787) 756-9000
Fax: (787) 756-9010
Email: loliver@amgprlaw.com
kstipec@amgprlaw.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of Aurelius's rights: (i) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or proceeding related to the Trial III Case; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Aurelius is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

Dated:  August 7, 2017                                      Respectfully Submitted,

/s/ Luis A. Oliver-Fraticelli                          /s/ Theodore B. Olson

Luis A. Oliver-Fraticelli                                  Theodore B. Olson  (*pro hac vice* pending)
Katarina Stipec-Rubio                                      Matthew D. McGill  (*pro hac vice* pending)
USDC-PR Bar Nos. 209204, 206611                            Helgi C. Walker  (*pro hac vice* pending)
ADSUAR MUÑIZ GOYCO SEDA &                                   Michael R. Huston  (*pro hac vice* pending)
    PÉREZ-OCHOA PSC                                         Lochlan F. Shelfer  (*pro hac vice* pending)
208 Ponce de Leon Ave., Suite 1600                         Jeremy M. Christiansen  (*pro hac vice* pending)
San Juan, P.R.  00918                                      GIBSON, DUNN & CRUTCHER LLP
Phone:  (787) 756-9000                                     1050 Connecticut Avenue, N.W.
Fax:  (787) 756-9010                                       Washington, D.C.  20036
Email: loliver@amgprlaw.com                                Phone:  (202) 955-8500
kstipec@amgprlaw.com                                       Fax:  (202) 467-0539
                                                           Email:  tolson@gibsondunn.com
                                                           mmcgill@gibsondunn.com
                                                           hwalker@gibsondunn.com
                                                           mhuston@gibsondunn.com
                                                           lshelfer@gibsondunn.com
                                                           jchristiansen@gibsondunn.com