UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

---

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO ADJOURN HEARING ON MOTION OF COMMITTEE FOR ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY PROGRAM WITH RESPECT TO CERTAIN CAUSES OF PUERTO RICO FINANCIAL CRISIS, AND TO ADJOURN REPLY DEADLINE**

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors For Entry of Order Adjourning Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis, and Adjourning Reply Deadline* (the "Urgent Motion")[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA section 306; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) the relief requested in the Urgent Motion is proper and in the best interest of the title III debtors, their creditors, and other parties in interest; and (iv)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Urgent Motion.

due and proper notice of the Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided. Accordingly, it is hereby ORDERED THAT:

1. The Urgent Motion is GRANTED as set forth herein.

2. Counsel for the Committee shall promptly contact counsel for the parties who have filed Responses to the Motion and report to the Court dates on which counsel are available for argument, and the Court shall set an adjourned argument date in August, on or before August 21, 2017, subject to the Court's calendar. The hearing shall take place in Boston, Massachusetts.

3. The Committee's deadline to file an omnibus reply to the objections and responses filed to the Motion is adjourned to 4 p.m. on the date four (4) calendar days prior to the hearing date that shall be determined by the Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

5. The Court retains jurisdiction over any disputes relating to the interpretation or implementation of this Order.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated: August 7, 2017

2