Objection Deadline: September 15, 2017 4:00 PM EPT<br>
Hearing Date: September 26, 2017 9:30 AM EPT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF HEARING ON
### OBJECTION AND MOTION OF AURELIUS
### TO DISMISS TITLE III PETITION[2]

**PLEASE TAKE NOTICE** that on August 7, 2017, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius") filed the accompanying "Objection and Motion To Dismiss Title III Petition" (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the First

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

[2] On July 26, 2017, the Court proposed changing the September 26 Omnibus hearing date to October 4. Dkt. 754. As of this filing, no order has been entered changing the date. If the October 4 hearing date is implemented, the objection deadline for this filing will be September 22 at 4:00 PM Prevailing Eastern Time.

Amended Case Management Procedures (D.E. 262-1) (the "Case Management Procedures"), and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico (the "Local District Court Rules"), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), and served on Aurelius, the Court, and on (i) counsel for the Oversight Board, (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iv) the Office of the United States Trustee for Region 21, (v) counsel for the Official Committee of Unsecured Creditors, (vi) counsel for the Official Committee of Retired Employees of Puerto Rico, and (vii) all other parties in the Master List maintained pursuant to the Case Management Procedures and found at https://cases.primeclerk.com/puertorico/Home-Index, so as to be received no later than **September 15, 2017 at 4:00 p.m. (Prevailing Eastern Time).** Service may be accomplished on Aurelius electronically using the email addresses listed below. The Master List contains service information for the Court and each other party requesting service.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, on **September 26, 2017 at 9:30 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, to consider the relief sought.

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no objection is timely filed, served, and received in accordance with the Case Management Procedures (D.E. 262-1).

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: August 7, 2017　　　　　　　　　　　Respectfully submitted,

_/s/ Luis A. Oliver-Fraticelli_　　　　　　　　_/s/ Theodore B. Olson_

| | |
|---|---|
| Luis A. Oliver-Fraticelli | Theodore B. Olson  (*pro hac vice* pending) |
| Katarina Stipec-Rubio | Matthew D. McGill  (*pro hac vice* pending) |
| USDC-PR Bar Nos. 209204, 206611 | Helgi C. Walker  (*pro hac vice* pending) |
| ADSUAR MUÑIZ GOYCO SEDA & | Michael R. Huston  (*pro hac vice* pending) |
| 　　PÉREZ-OCHOA PSC | Lochlan F. Shelfer  (*pro hac vice* pending) |
| 208 Ponce de Leon Ave., Suite 1600 | Jeremy M. Christiansen  (*pro hac vice* pending) |
| San Juan, P.R.  00918 | GIBSON, DUNN & CRUTCHER LLP |
| Phone:  (787) 756-9000 | 1050 Connecticut Avenue, N.W. |
| Fax:  (787) 756-9010 | Washington, D.C.  20036 |
| Email: loliver@amgprlaw.com | Phone:  (202) 955-8500 |
| kstipec@amgprlaw.com | Fax:  (202) 467-0539 |
| | Email:  tolson@gibsondunn.com |
| | mmcgill@gibsondunn.com |
| | hwalker@gibsondunn.com |
| | mhuston@gibsondunn.com |
| | lshelfer@gibsondunn.com |
| | jchristiansen@gibsondunn.com |