UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et als.* <br><br> Debtor | PROMESA <br> TITLE III <br><br> CASE NO. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| IN RE: <br><br> THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO <br><br> as representative of <br><br> EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO <br><br> Debtor | PROMESA <br> TITLE III <br><br> CASE NO. 17 BK 3566-LTS <br><br> (Joint Administration Requested) |
| IN RE: <br><br> THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO <br><br> as representative of <br><br> THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY <br><br> Debtor | PROMESA <br> TITLE III <br><br> CASE NO. 17 BK 3567 - LTS <br><br> (Joint Administration Requested) |

**INFORMATIVE MOTION RE:
ORDER REGARDING PROCEDURES FOR ATTENDANCE AND OBSERVATION OF
AUGUST 9-10, 2017, OMNIBUS HEARING**

TO THE HONORABLE JUDGE LAURA TAYLOR SWAIN:

NOW COMES creditors TAMRIO, INC. ("TAMRIO"), CONSTRUCTORA SANTIAGO II, CORP. ("CSII"), FERROVIAL AGROMAN, S.A. ("FASA"), FERROVIAL AGROMAN, LLC ("FALLC") **parties in interest in the PROMESA TITLE III Case No. 17 BK 3567-LTS** (collectively "The Appearing Party") represented by the undersigned law office and respectfully sets forth and prays:

1. That the Appearing Party filed independent motions to compel Puerto Rico Highways and Transportation Authority ("PRHTA") to Assume or Reject certain executory contracts fully described in their respective motions (the "Motions to Compel"). See docket entries # 192, 194, 203 and 204 in 17 BK 3567 LTS.

2. On July 21, 2017, the Honorable Judge Laura Taylor Swain issued a "Scheduling Order Regarding Certain Motions to Compel" (docket # 206 in 17 BK 3567 LTS) whereby granted respondent PRHTA until July 28, 2017 to file its opposition to the Motion to Compel and granted movant until August 3, 2017 to file its reply papers. The contested matter was scheduled for a hearing to be held on August 9, 2017 at 9:30 a.m. (EST). See docket entry # 206.

3. On July 28, 2017 respondent PRHTA filed an Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highway and Transportation Authority to Assume or Reject Executory Contracts (the "Omnibus Objection") to the Motion to Compel filed by FASA. See docket # 216 in 17 BK 3567 LTS.

4. That pursuant to the provisions of the "Scheduling Order Regarding Certain Motions to Compel" notice is hereby given to the Court that the Appearing Party respectfully request to be heard in the United States District Court for the District of Puerto Rico at the August 9, 2017 hearing to be held as to the Motions to Compel and the Omnibus Objection filed thereto.

WHEREFORE the undersigned respectfully requests from the Honorable Court to take notice of this motion and to provide accordingly.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on even date, I electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system which will send notification of such filing to the following: to all attorneys that have filed their respective notice of appearance and to the Standard Parties as such term is defined in the Court's Order Establishing Case Management Procedures, supra:

(i) <u>Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to each chambers listed below)</u>:

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150,
San Juan, P.R. 00918-1767

-and-

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

(iii) <u>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)</u>:

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sánchez Vilella (Minillas) Government Center
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907
Attn: Gerardo J. Portela Franco
Mohammad Yassin, Esq.
E-Mail: Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov

(iv) <u>Counsel for AAFAF</u>:

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Peter Friedman, Esq.
Diana M. Perez, Esq.
E-Mail: jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com

Law Offices of Andrés W. López, Esq.
902 Fernández Juncos Ave.
San Juan, PR 00907
Attn: Andrés W. López, Esq.
E-Mail: andres@awllaw.com

(v)     Counsel for the Oversight Board:

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn:   Martin J. Bienenstock
        Paul V. Possinger
        Ehud Barak
        Maja Zerjal
        Chris Theodoridis
E-Mail: mbienenstock@proskauer.com
        ppossinger@proskauer.com
        ebarak@proskauer.com
        mzerjal@proskauer.com
        ctheodoridis@proskauer.com

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.
E-Mail: herman.bauer@oneillborges.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: to the members of the Creditors' Committee at their postal address of record.

In San Juan, Puerto Rico, on the 07th day of August, 2017.

CARDONA JIMENEZ LAW OFFICES, PSC
Attorney for The Appearing Party
PO Box 9023593
San Juan, PR 00902-3593
Tel: (787) 724-1303, Fax (787) 724-1369
E-mail: jf@cardonalaw.com

*s/José F. Cardona Jiménez*, USDC PR 124504
jf@cardonalaw.com