# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Jeremy M. Christiansen, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Gibson, Dunn & Crutcher LLP, with offices at:

> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Ave., N.W.
> Washington, D.C. 20036
> Phone: (202) 887-3623
> Fax: (202) 530-9506
> Email: jchristiansen@gibsondunn.com

2. Applicant will sign all pleadings with the name Jeremy M. Christiansen.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

3. Applicant has been retained personally or as a member of the above-named firm by Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius") to provide legal representation in connection with the above-styled matter now pending before the U.S. District Court for the District of Puerto Rico.

4. Since January 9, 2017, applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 1044816.

5. Applicant has been admitted to practice before the following courts:

| **Court** | **Admission Date** |
|---|---|
| District of Columbia Court of Appeals | Jan. 9, 2017 |
| Utah Supreme Court | Oct. 16, 2014 |
| U.S. Court of Appeals for the Ninth Circuit | July 15, 2016 |
| U.S. District Court, District of Columbia | Mar. 6, 2017 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the U.S. District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> Luis A. Oliver-Fraticelli
> Katarina Stipec-Rubio
> USDC-PR Bar Nos. 209204, 206611
> ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA PSC
> 208 Ponce de Leon Ave., Suite 1600
> San Juan, P.R. 00918
> Phone: (787) 756-9000
> Fax: (787) 756-9010
> Email: loliver@amgprlaw.com
> kstipec@amgprlaw.com

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the U.S. District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the U.S. District Court for the District of Puerto Rico for the above-styled case only.

Date: August 7, 2017

Jeremy M. Christiansen

_____
Signature of Applicant

I HEREBY CERTIFY, that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: August 7, 2017

Luis A. Oliver-Fraticelli

_____
Signature of Local Counsel

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

    \_\_\_ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

    \_\_\_ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

 

_____
U.S. DISTRICT JUDGE