# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

**INFORMATIVE MOTION OF
FINANCIAL GUARANTY INSURANCE COMPANY PURSUANT TO ORDER
REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
OBSERVATION OF AUGUST 9-10, 2017, OMNIBUS HEARING**
[Dkt. # 837]

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company Pursuant to Order Regarding Procedures for Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing* (the "***Motion***"). In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland, Jason W. Callen and María E. Picó intend to appear and speak on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on the following items:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing* [Dkt. # 837] (the "***Order***").

- *Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4)* [Case No. 17-3283, Dkt. # 694].

    - *Response in Support of Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4)* [Case No. 17-3283, Dkt. # 795].

- To the extent the Court has any questions or comments, the *Stipulation and Agreed Order Approving Procedure to Resolve Commonwealth-COFINA Dispute*.

2. Further, Martin A. Sosland, Jason W. Callen and María E. Picó also intend to appear to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: August 7, 2017

Respectfully submitted,

REXACH & PICÓ, CSP

By: s/
María Emilia Picó
USDC-PR 123214
802 Ave. Fernández Juncos
San Juan PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: s/
Martin A. Sosland (*pro hac vice*)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502

Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

Stanford G. Ladner 1700 Broadway, 41st Floor
New York, NY 10019
Telephone: (646) 606-3996
Facsimile: (646) 606-3995
E-mail: stan.ladner@butlersnow.com

Christopher R. Maddux
J. Mitchell Carrington
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-2200
Facsimile: (601) 985-4500
E-mail: chris.maddux@butlersnow.com
 mitch.carrington@butlersnow.com

Jason W. Callen
150 3rd Avenue, South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6774
Facsimile: (615) 651-6701
E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Respectfully submitted.

Dated: August 7, 2017.

                                                Respectfully submitted,

                                                __s/_____
                                                María E. Picó – USDC-PR 123214
                                                Rexach & Picó, CSP
                                                Ave Fernández Juncos 802
                                                Miramar, San Juan, Puerto Rico 00907
                                                mpico@rexachpico.com
                                                Telephone: 787-723-8520
                                                Facsimile: 787-724-7844

                                                *Attorney for Financial Guaranty Insurance Company*

37609330v1