# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION AND NOTICE OF REQUEST
## TO BE HEARD AT AUGUST 9-10, 2017 OMNIBUS HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's order dated August 1, 2017 [ECF No. 837], the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the August 9-10, 2017 hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico. Andrew N. Rosenberg and Kyle J. Kimpler of Paul, Weiss, Rifkind, Wharton & Garrison LLP and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear on behalf of the GO Group and intend to address as necessary, items I.1. and III.9. of the *Agenda of Matters Scheduled for the Hearing on August 9, 2017 at 9:30 a.m.* filed by Debtors' counsel. [ECF No. 915]. To the extent raised by the Court, the GO Group also intends to address the following matter:

- *Order Regarding the Applicability of F.R.B.P. 2019 to the Title III Cases and a Further Proposed Amendment to the Case Management Order* [ECF No. 754] and any objections or responses thereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

  The GO Group will also be prepared to respond to any questions that the Court may have and that other parties-in-interest may raise during the hearing.

Dated: San Juan, Puerto Rico
   August 7, 2017

                Respectfully submitted,

                /s/Andrew N. Rosenberg
                Andrew N. Rosenberg (admitted *pro hac vice*)
                Kyle J. Kimpler (admitted *pro hac vice*)
                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                1285 Avenue of the Americas
                New York, NY 10019
                Telephone: (212) 373-3000
                Facsimile: (212) 757-3990

                /s/ Donald Burke
                Donald Burke (admitted *pro hac vice*)
                **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
                1801 K Street, N.W., Suite 411-L
                Washington, DC 20006
                Telephone: (202) 775-4500
                Facsimile: (202) 775-4510

                /s/ J. *Ramón Rivera Morales*
                J. Ramón Rivera Morales
                USDC-PR Bar No. 200701
                **JIMÉNEZ, GRAFFAM & LAUSELL**
                PO Box 366104
                San Juan, PR 00936-6104
                Telephone: (787) 767-1030
                Facsimile: (787) 751-4068

                *Counsel to the Ad Hoc Group of General Obligation Bondholders*