# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>     Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE AD HOC PUERTO RICO MUNICIPALITIES COMMITTEE REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF AUGUST 9-10, 2017 OMNIBUS HEARING

**COMES NOW**, the Ad Hoc Puerto Rico Municipalities Committee (the "Municipalities Committee"), through the undersigned counsel, and hereby submits this informational motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing* [Dkt. No. 837], and respectfully states as follows:

The undersigned counsel, David Godreau Zayas, Rafael A. Gonzalez Valiente, Michael R. Rochelle and Kevin D. McCullough (collectively, "Counsel"), will appear and speak on behalf of the Municipalities Committee at the August 9-10, 2017 hearing and present argument regarding the *Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Puerto Rico Municipalities*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

*Committee*" [Dkt. No. 709] (the "Motion"), and will respond to any arguments raised by any party in connection with the Motion, including, but not limited to, the responses at Dkt. No. 780, 786, 790, 807, 810, and 812.

Counsel will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

The Municipalities Committee also reserves the right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, on August 7, 2017.

> *By: /s/ F. David Godreau Zayas*
> USDC NO. 123207
> dg@g-glawpr.com
> *By: /s/ Rafael A. Gonzalez Valiente*
> USDC NO. 225209
> *rgv@g-glawpr.com*
> **Godreau & Gonzalez Law, LLC**
> PO Box 9024176
> San Juan, PR 00902-4176
> Telephone: 787-726-0077
>
> *By: /s/ Michael R. Rochelle*
> Michael R. Rochelle, *admitted pro hac vice*
> Texas Bar # 17026700
> buzz.rochelle@romclaw.com
> Kevin D. McCullough, *admitted pro hac vice*
> Texas Bar # 00788005
> kdm@romclaw.com
> **Rochelle McCullough LLP**
> 325 North St. Paul, Ste. 4500
> Dallas, Texas 75201
> Telephone 214-953-0182
>
> *Counsel for Ad Hoc Puerto Rico*
> *Municipalities Committee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the U.S. Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record.

Dated: August 7, 2017.

*/s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
**Godreau & Gonzalez Law, LLC**
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*