# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 837 |

### INFORMATIVE MOTION IN RESPONSE TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF AUGUST 9-10, 2017, OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, as counsel to AAFAF, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this Informative Motion in response to the Court's orders entered on August 1, 2017 [Dkt. No. 837] (No. 17-3283-LTS), [Dkt. No. 208] (No. 17 BK 3566-LTS).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The following counsel intends to appear in person and speak at the August 9-10, 2017 Omnibus Hearing in the Puerto Rico courtroom on behalf of AAFAF, to present the perspective of the Government of Puerto Rico, on the following matters scheduled to be heard at the hearing:

a. John J. Rapisardi:

   i. Commonwealth-COFINA Dispute Procedures Stipulation Motion [Case No. 17-3283, Dkt. No. 718].

b. Suzzanne Uhland:

   i. Senior COFINA Bondholders' Modification Motion [Case No. 17-133, Dkt. No. 290]

   ii. South Parcel Puerto Rico, S.E. Lift Stay Motion [Case No. 17-3567, Dkt. No. 180]

   iii. Debtors' Motion to Extend the Time to Answer or Reject Unexpired Leases of Nonresidential Property [Case No. 17-3283, Dkt. No. 705]

c. Peter Friedman:

   i. Debtor Entities' Motion to Further Amend First Amended Case Management Motion [Case No. 17-3283, Dkt. No. 715]

   ii. Motion of UPR Trust for Additional Committee of Reconstitution of Retiree Committee [Case No. 17-3283, Dkt. No. 292]

   iii. Municipalities Motion for Appointment of Additional Committee [Case No. 17-3283, Dkt. No. 709]

   iv. Motion of General Obligation Bondholders to Reconstitute Official Unsecured Creditors [Case No. 17-3283, Dkt. No. 894].

**WHEREFORE**, AAFAF requests that the Court take note of the appearance of its undersigned counsel at the June August 9-10, 2017 Omnibus Hearing.

Dated: August 7, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ John J. Rapisardi*

John J. Rapisardi
Suzzanne Uhland
Diana M. Perez
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

Respectfully submitted,

/s/*Andrés W. López*
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*