UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE COFINA SENIOR BONDHOLDERS'
COALITION REGARDING ITS REQUEST TO BE HEARD
AT THE AUGUST 9-10, 2017 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

The COFINA Senior Bondholders' Coalition[2] submits this informative motion in response to the Court's Order Regarding Procedures for Attendance, Participation and Observation of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

[2] The COFINA Senior Bondholders' Coalition are comprised of José F. Rodríguez Perelló, Fideicomiso Plaza and the following institutional holders of the COFINA senior bonds: Aristeia Horizons, L.P.; Canary SC Master Fund, L.P.; Canyon Capital Advisors LLC (on behalf of its participating clients); River Canyon Fund Management LLC (on behalf of its participating clients); Crescent 1, L.P.; CRS Master Fund, L.P.; Cyrus Opportunities Master Fund II, Ltd.; Cyrus Select Opportunities Master Fund, Ltd.; Cyrus Special Strategies Master Fund, L.P.; Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.; Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; GoldenTree Asset Management LP; Merced Partners Limited Partnership; Merced Partners IV, L.P.; Merced Partners V, L.P.; Pandora Select Partners, L.P.; SB Special Situation Master Fund SPC, Segregated Portfolio D; Scoggin International Fund Ltd.; Scoggin Worldwide Fund Ltd.; Taconic Master Fund 1.5 L.P.; Taconic Opportunity Master Fund L.P.; Tilden Park Investment Master Fund LP; Värde Credit Partners Master, L.P.; Värde Investment Partners, L.P.; Värde Investment Partners (Offshore) Master, L.P.; The Värde Skyway Master Fund, L.P; Whitebox Asymmetric Partners, L.P.; Whitebox Institutional Partners, L.P.; Whitebox Multi-Strategy Partners, L.P.; and Whitebox Term Credit Fund I L.P.

August 9-10, 2017, Omnibus Hearing (Dkt. No. 837) (the "Order"), and respectfully states as follows:

1. The following motions, among others, are scheduled to be heard at the omnibus hearing on August 9-10, 2017 (the "August 9-10 Hearing"):

- Revised Motion of Debtors for Order Approving Stipulation Providing Procedure to Resolve Commonwealth-COFINA Dispute ("Revised Protocol Motion") (Agenda Item I.1 for the 9:30 a.m. hearing).

- Motion of COFINA Senior Bondholders' Coalition for (I) Modification of the Order Granting Interpleader, or (II) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order (the "Motion for Modification") (Agenda Item I.2 for the 1:00 p.m. hearing).

2. Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for the COFINA Senior Bondholders' Coalition, requests to be heard at the August 9-10 Hearing regarding the Revised Protocol Motion and the Motion for Modification. Mr. Kirpalani will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico.

3. The COFINA Senior Bondholders' Coalition also reserves its right to respond to any statements made by any party in connection with the Title III Case for COFINA or any adversary proceedings currently pending in the COFINA Title III Case.

DATED: August 7, 2017

Respectfully submitted,

| | |
|---|---|
| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| **By :** */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com |
| */s/ Sylvia M. Arizmendi*<br>**Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | **Eric Winston** (*pro hac vice*)<br>ericwinston@quinnemanuel.com<br><br>**Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com |
| */s/ Fernando Van Derdys*<br>**Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com | **Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com<br><br>**Kate Scherling** (*pro hac vice*)<br>katescherling@quinnemanuel.com |
| */s/ Carlos R. Rivera-Ortiz*<br>**Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **Brant Duncan Kuehn** (*pro hac vice*)<br>brantkuehn@quinnemanuel.com |
| */s/ Gustavo A. Pabón-Rico*<br>**Gustavo A. Pabón-Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | |

Co-Counsel to the COFINA Senior Bondholders' Coalition

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/ *Carlos R. Rivera-Ortiz*
USDC-PR 303409