# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO. *et. al.*,[1]<br><br>    Debtors. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now, Paul R. Glassman, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Stradling Yocca Carlson & Rauth, P.C., with offices at:

> 100 Wilshire Boulevard
> Santa Monica, CA 90401
> pglassman@sycr.com
> Telephone: (424) 214-7000
> Fax: (424) 288-5537

2. Applicant will sign all pleadings with the name Paul R. Glassman.

3. Applicant has been retained as a member of the above-named firm by the Autonomous Municipality of Ponce to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

4. Since 1977 and 1981, respectively, applicant has been and presently is a member in good standing of the highest court of the State of California and the District of Columbia. Applicant's California bar license number is 76536, and his District of Columbia bar license number is 352211.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| State of California | 1977 |
| District of Columbia | 1981 |
| Central District of California | 1978 |
| Eastern District of California | 1982 |
| Northern District of California | 1982 |
| Southern District of California | 1986 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

> **Name:** Paul Hammer
> **USDC-PR Bar No.:** 228306
> **Address:** 150 Tetuan Street
>               Old San Juan, PR 00901
> **Email:** phammer@estrellallc.com

**Telephone No.:** (787) 977-5050
**Fax No.:** (787) 977-5090

11. Applicant has read the local rules of this court and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of pro hac vice admission fee is attached hereto.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court of Puerto Rico for the above-styled case only.

August 7, 2017
Santa Monica, California

Respectfully submitted,

STRADLING YOCCA
CARLSON & RAUTH, P.C.

*/s/ Paul R. Glassman*
Paul R. Glassman
100 Wilshire Boulevard
Santa Monica, CA 90401
Telephone: (424) 214-7000
Fax: (424) 288-5537

**I HEREBY CERTIFY**, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

**I FURTHER CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Paul Hammer*
Paul Hammer
150 Tetuan Street
Old San Juan, PR 00901
Telephone: (787) 977-5050
Fax: (787) 977-5090

4

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

- ☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court

- ☐ The Application be denied. The Clerk of Court shall return the admission fee to the application.

SO ORDERED

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
HONORABLE LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

1