# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO. *et. al.*,[1]<br><br>    Debtors. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act, 48 U.S.C. § 2170, the undersigned counsel, Alberto G. Estrella, Paul Hammer and Paul R. Glassman enter their appearance in the above-styled cases as counsel to the Autonomous Municipality of Ponce ("Ponce"). Ponce respectfully requests that all motions, pleadings, papers and orders be served upon it through the undersigned counsel, and that they be included in the applicable notice list for this proceeding.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, today August 7, 2017.
By:

| | |
|---|---|
| ESTRELLA, LLC | STRADLING YOCCA CARLSON & RAUTH, P.C. |
| */s/ Paul Hammer* | Paul R. Glassman (*pro hac vice* pending) |
| Alberto G. Estrella | 100 Wilshire Boulevard |
| USDC-PR No. 209804 | Santa Monica, CA 90401 |
| Paul Hammer | Telephone: (424) 214-7000 |
| USDC-PR No. 228306 | Fax: (424) 288-5537 |
| 150 Tetuan Street | pglassman@sycr.com |
| Old San Juan, PR 00901 | |
| Telephone: (787) 977-5050 | |
| Fax: (787) 977-5090 | |
| agestrella@estrellallc.com | |
| phammer@estrellallc.com | |