# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO. *et. al.*,[1]<br><br>    Debtors. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered) |

### AUTONOMOUS MUNICIPALITY OF PONCE'S INFORMATIVE MOTION IN COMPLIANCE WITH ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF AUGUST 9-10, 2017

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

The Autonomous Municipality of Ponce ("Ponce") submits this informative motion in compliance with *Order Regarding Procedures for Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing* [E.C.F. No. 837], and respectfully states as follows:

1.  Paul R. Glassman of Stradling, Yocca, Carlson & Rauth, P.C. intends to appear on behalf of Ponce at the August 9-10 hearing regarding the *Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Pursuant to 48 U.S.C. §2161 and 112 U.S.C. §1102 Directing the Appointment of an Official Puerto Rico Municipalities Committee* [E.C.F. No. 709].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2.      Mr. Glassman intends to appear in person in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767.

3.      Ponce also appears to respond to statements made by any party in connection with above-captioned Title III cases or the Government Development Bank of Puerto Rico.

**THE UNDERSIGNED HEREBY CERTIFY** that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, today August 7, 2017.
By:

| ESTRELLA, LLC | STRADLING YOCCA CARLSON & RAUTH, P.C. |
|---|---|
| */s/ Paul Hammer* <br> Alberto G. Estrella <br> USDC-PR No. 209804 <br> Paul Hammer <br> USDC-PR No. 228306 <br> 150 Tetuan Street <br> Old San Juan, PR 00901 <br> Telephone: (787) 977-5050 <br> Fax: (787) 977-5090 <br> agestrella@estrellallc.com <br> phammer@estrellallc.com <br><br> *Counsel to the Autonomous Municipality of Ponce* | Paul R. Glassman (*pro hac vice* pending) <br> 100 Wilshire Boulevard <br> Santa Monica, CA 90401 <br> Telephone: (424) 214-7000 <br> Fax: (424) 288-5537 <br> pglassman@sycr.com <br><br> *Counsel to the Autonomous Municipality of Ponce* |