# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                       Debtor.[2] | PROMESA<br>Title III<br><br>Case No. 17-04780 (LTS) |

**INFORMATIVE MOTION AND NOTICE OF REQUEST
TO BE HEARD OF NATIONAL PUBLIC FINANCE GUARANTEE**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

[2] The last four (4) digits of the Debtor's federal tax identification number are 3747.

**CORPORATION REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF AUGUST 9, 2017 OMNIBUS HEARING**

**TO THE HONORABLE COURT:**

National Public Finance Guarantee Corporation ("National"), a party in interest in the above-referenced cases (together, the "Title III Cases"), respectfully states as follows:

1. National requests to be heard at the omnibus hearing on certain motions in the Title III Cases and certain related adversary proceedings (the "Hearing") to be held by the Court beginning on August 9, 2017. National will be represented at the Hearing by Eric Pérez-Ochoa of Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C., and by Marcia L. Goldstein, Salvatore A. Romanello, Jonathan Polkes, and Kelly DiBlasi from the New York, New York office of Weil, Gotshal & Manges LLP.

2. National's legal representatives will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. National appears to be heard in connection with:

(i) *Motion of Debtors for Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (**17-3283 (LTS), Docket No. 718**);

(ii) *Notice of Presentment of Order (a) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment* (**17-3283 (LTS), Docket No. 658**);

(iii) *Motion of PREPA Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (**17-4780 (LTS), Docket No. 113**);

(iv) *Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce their Statutory Right to have a Receiver Appointed* (**17-4780 (LTS), Docket No. 74**);

2

(v) *Motion of Official Committee of Unsecured Creditors for Leave to Intervene under Bankruptcy Rule 7024* (**Adv. Proc. No. 17-00125 (LTS), Docket No. 37**);

(vi) *Motion of COFINA Senior Bondholders' Coalition for (i) Modification of the Order Granting Interpleader, or (ii) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order* (**Adv. Proc. No. 17-00133 (LTS), Docket No. 290**).

4. National also appears to respond to any statements made or questions raised by the Court or other parties at the Hearing, including any statements made or questions raised regarding the mediation.

**WHEREFORE**, National respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 7th day of August, 2017.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

Dated: **August 7, 2017**

*/s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis Oliver-Fraticelli*
Luis Oliver-Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
208 Ponce de León Avenue, Suite 1600
San Juan, Puerto Rico 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com

3

>loliver@amgprlaw.com
>acasellas@amgprlaw.com
>larroyo@amgprlaw.com

– and –

Marcia Goldstein (admitted *PHV*)
Jonathan Polkes (admitted *PHV*)
Salvatore A. Romanello (admitted *PHV*)
Gregory Silbert (admitted *PHV*)
Kelly DiBlasi (admitted *PHV*)
Gabriel A. Morgan (admitted *PHV*)

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: 212.310.8000
Facsimile: 212.310.8007
Email: marcia.goldstein@weil.com
>jonathan.polkes@weil.com
>salvatore.romanello@weil.com
>gregory.silbert@weil.com
>kelly.diblasi@weil.com
>gabriel.morgan@weil.com

*Attorneys for National Public Finance Guarantee Corporation*

4