# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board for Puerto Rico,<br>    as representative of<br>The Commonwealth of Puerto Rico, *et al.*<br>                    Debtors.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MUTUAL FUND GROUP'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT AUGUST 9, 2017 OMNIBUS HEARING

OppenheimerFunds, Franklin Advisers, Inc., and the First Puerto Rico Family of Funds, and behalf of certain funds and accounts that they manage or advise (collectively, the "**Mutual Fund Group**") hereby files this request to be heard pursuant to the Court's Order dated August 1, 2017 [ECF No. 837] (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on August 9, 2017, and if necessary, on August 10, 2017 (the "**Omnibus Hearing**").

## BACKGROUND AND PROCEDURAL HISTORY

1. Pursuant to the Order, the Court will conduct an Omnibus Hearing on certain motions in the above-captioned cases, as well as one or more initial pretrial conference in certain related adversary proceedings.

3. The Order requests that Counsel to parties who wish to speak at the Omnibus Hearing file an "Informative Motion," stating their name and identifying the party for which they

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

KL2 3022426.3

- 2 -

intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear.

### REQUEST TO BE HEARD

4. Philip Bentley will appear on behalf of the Mutual Fund Group at the Omnibus Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico.

5. Philip Bentley intends to address, as necessary, (i) *Motion of COFINA Senior Bondholders' Coalition for (I) Modification of the Order Granting Interpleader, or (II) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order* [Docket No. 290], and (ii) any statements made by any party in connection with the Title III Proceedings or any adversary proceeding pending in the Title III Proceedings.

**WHEREFORE**, the Mutual Fund Group respectfully requests to be heard on these topics in Courtroom 3 of the United States District Court for the District of Puerto Rico at the Omnibus Hearing on August 9, 2017, and if necessary, August 10, 2017.

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today August 7, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernandez-Bared* | *s/ Philip Bentley* |
| MANUEL FERNÁNDEZ-BARED | THOMAS MOERS MAYER* |
| USDC-PR No. 204,204 | AMY CATON* |
| E-mail: mfb@tcmrslaw.com | PHILIP BENTLEY* |
| | 1177 Avenue of the Americas |
| *s/ Linette Figueroa-Torres* | New York, New York 10036 |
| LINETTE FIGUEROA-TORRES | Tel.: (212) 715-9100 |
| USDC-PR No. 227,104 | Fax: (212) 715-8000 |
| E-mail: lft@tcmrslaw.com | Email: tmayer@kramerlevin.com |
| | acaton@kramerlevin.com |
| *s/ Jane Patricia Van Kirk* | pbentley@kramerlevin.com |
| JANE PATRICIA VAN KIRK | *(admitted *pro hac vice*) |
| USDC-PR No. 220,510 | *(*pro hac vice* application pending) |
| E-mail: jvankirk@tcmrslaw.com | |
| | *Counsel to the Mutual Fund Group* |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | |
| Tel.: (787) 751-8999 | |
| Fax: (787) 763-7760 | |
| | |
| *Counsel to the Mutual Fund Group* | |