# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | |
| | ) | |
| Debtor. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3567-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, | ) | |
| | ) | |
| Debtor. | ) | |
| PEAJE INVESTMENTS LLC, | ) | |
| | ) | Adv. Proc. No. 17-151-LTS |
| Plaintiff, | ) | in 17 BK 3567-LTS |
| | ) | |
| -against- | ) | Adv. Proc. No. 17-152-LTS |
| | ) | in 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & | ) | |
| TRANSPORTATION AUTHORITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE AUGUST 9-10, 2017 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the Plaintiff in the above-captioned adversary proceedings and a party-in-interest in the above-captioned Title III proceedings, hereby submits this Informative Motion in response to the Court's August 1, 2017 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 837]) (the "Order") concerning attendance at the August 9-10 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Allan S. Brilliant intends to appear at the Hearing in the San Juan courtroom on behalf of Peaje. Dora L. Monserrate Peñagarícano and Fernando J. Gierbolini of Monserrate Simonet & Gierbolini, LLC also intend to appear on behalf of Peaje at the Hearing. Counsel request to be heard in connection with Item I.2. on the *Agenda of Matters Scheduled for the Hearing on August 9, 2017 at 1:00 p.m.* (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 915]), specifically the *Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024* (*see* Adv. Proc. Nos. 17-151-LTS and 17-152-LTS, [Dkt. Nos. 124 and 116], respectively).

**RESPECTFULLY SUBMITTED**, this 7th day of August, 2017.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | /s/ Allan S. Brilliant_____ |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | Andrew C. Harmeyer (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | 1095 Avenue of the Americas |
| Guaynabo, Puerto Rico 00968 | New York, New York 10036 |
| Phone: (787) 620-5300 | |
| Fax: (787) 620-5305 | -and- |
| | G. Eric Brunstad, Jr. (*pro hac vice*) |
| | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of August 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: August 7, 2017

                                                                                              */s/ Brett Stone*_____
                                                                                              By: Brett Stone
                                                                                              Title: Paralegal, Dechert LLP