**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY
("PREPA"),

      Debtor.[2]

-----------------------------------------------------------------x

|  |
|---|
| PROMESA |
| Title III |
| |
| No. 17 BK 3283-LTS |
| |
| (Jointly Administered) |

PROMESA
Title III

No. 17 BK 4780-LTS[3]

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD REGARDING AUGUST 9–10, 2017 HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

[3] The PREPA title III case is not jointly administered with the Commonwealth of Puerto Rico, *et al.* title III cases jointly administered under No. 17 BK 3283-LTS. This informative motion is filed both in the PREPA title III case and the Commonwealth of Puerto Rico, *et al.* title III cases.

Pursuant to the Court's Order Regarding Procedures for Attendance, Participation and Observation of August 9–10, 2017 Omnibus Hearing, the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as representative of The Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Highways & Transportation Authority ("HTA"); and the Puerto Rico Electric Power Authority ("PREPA") (collectively, the "Debtors," and each a "Debtor"), respectfully states as follows:

1. The FOMB intends to present argument at the hearing to be held by the Court on August 9–10, 2017.

2. Counsel to present argument:

   a. Martin Bienenstock: **All Agenda Items**[4]

   b. Chris Theodoridis: **Unexpired Lease Assumption or Rejection Extension Motion** (Agenda Item I.12)

3. The following will also be present at the hearing: Steven Ratner, Lary Rappaport, Bradley Bobroff, Timothy Mungovan, Hermann Bauer, Ubaldo Fernandez, Daniel Perez, Jaime El Koury, John Gavin, Kyle Rifkind and Judge Arthur Gonzalez.

4. Party for which counsel will appear: The FOMB, as representative of the Debtors

5. Location at which counsel will appear: San Juan, Puerto Rico

---

[4] References to the agenda items are to the *Notice Agenda of Matters Scheduled for the Hearing on August 9, 2017 at 9:30 a.m.* [Case No. 17-bk-3283, ECF No. 915; Case No. 17-bk-4780, ECF No. 182].

2

Dated: August 7, 2017
     San Juan, Puerto Rico

Respectfully submitted,

*/s/* Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/* Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*