# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------------- x
:
In re: :
: PROMESA
: Title III
THE FINANCIAL OVERSIGHT AND :
MANAGEMENT BOARD FOR PUERTO RICO :
: Case No. 3:17-cv-03283 (LTS)
as representative of :
: (Jointly Administered)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, :
:
Debtors.[1] :
:
---------------------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) SS.:
COUNTY OF NEW YORK        )

Marguerite M. Melvin, being duly sworn, deposes and says:

1.    I am employed by Jones Day, 250 Vesey Street, New York, New York 10281. I am over eighteen years of age, and am not a party to the above-captioned cases.

2.    On August 7, 2017, I caused a copy of the following:

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID: 3808).

- *Informative Motion of Certain Secured Creditors of the Employees Retirement System Regarding Procedures For Attendance, Participation and Observation of August 9-10, 2017, Omnibus Hearing* (the "Informative Motion") [Docket No. 908]

to be served via the Court's electronic case filing and noticing system as well as by hand-delivery upon the Chambers of the Honorable Laura Taylor Swain, at the addresses listed on Exhibit A, upon the parties listed on the service list attached hereto as Exhibit B, via e-mail, and upon the parties listed on the service list attached hereto as Exhibit C, via U.S. first class mail.

                                                */s/ Marguerite M. Melvin*
                                                Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before
me this 7th day of August 2017

*/s/ Dolly Waters*
Dolly Waters, Notary Public

Notary Public, State of New York
Qualified in Nassau County
Commission Expires November 17, 2018

**Exhibit A**

United States District Court
Southern District of New York
Chambers of Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

United States District Court for the District of Puerto Rico
150 Carlos Chardón Street,
Federal Building, Office 150,
San Juan, PR 00918-1767

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

**Exhibit B**

aaa@mcvpr.com
aaneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acordova@juris.inter.edu
adiaz@lsplawpr.com
adminfinance@bldmpr.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
airchmech@aol.com
alavergne@lsplawpr.com
alavinbuk@robbinsrussell.com
albilda.bosch@eniac-corp.com
aleblanc@milbank.com
Alexandra.verdiales@libertypr.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
alphaguards@aol.com
amgonzalez@aep.pr.gov
amiller@milbank.com
andreslopecordova@gmail.com
andrew.harmeyer@dechert.com
andrewtenzer@paulhastings.com
anthonybuscarino@paulhastings.com
anunez@smlawpr.com
aperez@kpmg.com
arizmendis@reichardescalera.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
arroyo@afcg.biz
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
beltranbeltranassociates@gmail.com
bkfilings@fortuno-law.com
bos-bankruptcy@hklaw.com
brantkuehn@quinnemanuel.com
brian.pfeiffer@srz.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
c_morales@aeepr.com
cabruens@debevoise.com
cabruens@debevoise.com
carlos.garcia3@popular.com

carlosfernandez@cfnlaw.com
carmelo@bldmpr.com
casey.servais@cwt.com
cbimbela@scvrlaw.com
ccolon@mccsprmaxtruj@gmail.com
ccuprill@cuprill.com
cdbuilders@live.com
cfebus@proskauer.com
cgray@reedsmith.com
chaves@fc-law.com
chris.maddux@butlersnow.com
cimelendez@coqui.net
cimoc@coqui.net
clarisasola@hotmail.com
claudia.quinones@indianowilliams.com
cpg@go-law.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
csteege@jenner.com
ctorres@tamrio.com
cuprislaw@yahoo.com
daniel.connolly@bracewell.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
davidcooper@quinnemanuel.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dcantor@omm.com
ddunne@milbank.com
debbi.reid@bnymellon.com
deborah.weitzman@cardinalhealth.com
delapena.sylvia@gmail.com
Dfliman@kasowitz.com
dg@g-glawpr.com
rgv@g-glawpr.com
diazsotolaw@gmail.com
Dmieses@sampr.com
dml@trdlaw.com
dmonserrate@msglawpr.com
dpatel@saul.com

dperez@cabprlaw.com
dperez@omm.com
dschlecker@reedsmith.com
ebarak@proskauer.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emontull@cstlawpr.com
epo@amgprlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
fgierbolini@msglawpr.com
fperez@fpglaw.com
fsilva@claropr.com
fvander@reichardescalera.com
gabriel.morgan@weil.com
Gerardo.Portela@aafaf.pr.gov
gerardopavialaw@msn.com
gkurtz@whitecase.com
gmainland@milbank.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gregory.silbert@weil.com
har@trdlaw.com
Harnaud@cwsny.com
hburgos@cabprlaw.com
herman@oneillborges.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
herreroilll@herrerolaw.com
howard.hawkins@cwt.com
icabrera@riveratulla.com
ileanaortix@outlook.com
info@wotecpr.org
info@wotecprmandryj@yahoo.orgcom
Isasson@kasowitz.com
ivan.llado@mbcdlaw.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
jblanco@fpglaw.com
jbolian@robbinsrussell.com

jbrugue@mbbclawyers.com
jcasillas@cstlawpr.com
jcc@fclawpr.com
jcunningham@whitecase.com
jemudd@yahoo.com
jescobar@smlawpr.com
jesus.cuza@hklaw.com
Jf@cardonalaw.com
jkapp@mwe.com
jlopez@constructorasantiago.com
jonathan.polkes@weil.com
jorge@lpcdinc.com
jorgequintanalajara@gmail.com
jose.silva@ramajudicial.pr
jose.sosa@dlapiper.com
jose@superasphalt.net
jpsala_pr@yahoo.com
jrapisardi@omm.com
jrivlin@afscme.org
jrubio@bppr.com
jsalichs@splawpr.com
jsanchez@lsplawpr.com
jsantos@smlawpr.com
juan@riverafont.com
Julian.fernandez@metropistas.com
julio.badia@firstgroup.com
jvankirk@tcmrslaw.com
jwc@jwcartagena.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
Kdavid@kasowitz.com
kdm@romclaw.com
kelly.diblasi@weil.com
kgwynne@reedsmith.com
ksewell@databasepr.com
ksheehan@mwe.com
kzecca@robbinsrussell.com
larroyo@amgprlaw.com
lawlugo1@gmail.com
lawrog@gmail.com
leslieplaskon@paulhastings.com
leticia.casalduc@indianowilliams.com
lft@tcmrslaw.com
Lnegron@kpmg.com
loliver@amgprlaw.com
lourdes@riverafont.com

lpabonroca@microjuris.com
lpettit@robbinsrussell.com
lrobbins@robbinsrussell.com
mstancil@robbinsrussell.com
lsepulvado@smlawpr.com
lsizemore@reedsmith.com
ltorres@cstlawpr.com
lucdespins@paulhastings.com
Luis.vazquez@peerlessoil.com
luis.vazquez@peerlessoil.com
luis.villares@aciherzog.com
luisalberto.sanchez@gilacorp.com
lvillarejo@mesirowfinancial.com
cdipompeo@jonesday.com
man@nblawpr.com
manuel@rodriguezbanchs.com
marcia.goldstein@weil.com
margaritalmercado@gmail.com
Marieli.Paradizo@ponce.pr.gov
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
marthalucia@mainline.com
martin.sosland@butlersnow.com
maxtruj@gmail.com
mbienenstock@proskauer.com
mblumin@afscme.org
mcto@debevoise.com
mdorow@chicagoequity.com
melissa@nustream.com
melvin.gonzalez@afv.pr.gov
mevicens@yahoo.com
mfb@tcmrslaw.com
mfvelezquiebras@gmail.com
mguzman@retiro.pr.gov
mhernandez@mihglaw.com
mhernandez@scvrlaw.com
michael.doluisio@dechert.com
Michael_Haley@ssga.com
michaelcomerford@paulhastings.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
mmercado@mercado-echegaray-law.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mrivera@emdi.net
mroot@jenner.com

msanchez.portugal@ferrovial.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mvazquez@lsplawpr.com
mvega@senado.pr.gov
mzerjal@proskauer.com
n.tactuk@ferrovial.com
noguerapicon@gmail.com
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
olmaintenance@yahoo.com
orlando1701@gmail.com
pabong@reichardescalera.com
pamela.simons@lehmanholdings.com
parker.milender@srz.com
pbentley@kramerlevin.com
pdechiara@cwsny.com
pdo@go-law.com
peajeinfo@dechert.com
pfriedman@omm.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
puertoricoteam@primeclerk.com
ra@calopsc.com
rachel.albanese@dlapiper.com
ramon.dapena@mbcdlaw.com
rcalderon@delvallegroup.net
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rchristmas@nixonpeabody.com
rgarciafontan@gmail.com
rgordon@jenner.com
rgordon@jenner.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
robert.jossen@dechert.com
robin.keller@hoganlovells.com
roppenheimer@omm.com
rprats@rpplaw.com

rrivera@jgl.com
salalawyers@yahoo.com
salvatore.romanello@weil.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
slevine@saul.com
sonia.concepcion@peerlessoil.com
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
tac@tchinc.com
tae.kim@srz.com
tciantra@cwsny.com
thomas.curtin@cwt.com

thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmungovan@proskauer.com
tpaterson@afscme.org
USTP.Region21@usdoj.gov
velez.hector@epa.gov
victor.quinones@mbcdlaw.com
victorriverarios@rcrtrblaw.com
vperez@globalinsagency.com
wardlow.w.benson@usdoj.gov
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wmunoz@braxtonpr.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com

## **Exhibit C**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC  20525 | Cede & Co.,<br>  as nominee of the Depositary Trust Company2<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY  10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR  00919-1149 | COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto, PR  00976 |
| COSALL<br>Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto, PR  00977 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR  00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC  20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC  20585 |
| Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington, DC  20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW<br>Washington, DC  20410 |
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC  20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC  20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC  20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC  20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington, DC  20460 |

NAI-1502918577v1

| | |
|---|---|
| EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras, PR 00926 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC 20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>    Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR 00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br> Attn: Rafael M. Santiago-Rosa &<br>    Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR 00901 |
| Small business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano<br>Roosevelt Avenue #383<br>San Juan, PR 00917 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |

Exhibit C–2

NAI-1502918577v1

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681<br>Carolina, PR 00981-0190 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N/W/<br>11th Floor<br>Washington, D.C. 20001 |
| United States Department of Justice Civil Division<br>Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | LÓPEZ SÁNCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918 |

Exhibit C–3