```
Court Name: District Court
Division: 1
Receipt Number: PRX100051202
Cashier ID: arodrigu
Transaction Date: 08/08/2017
Payer Name: ESTRELLA LLC
----------------------------------------
PRO HOC VICE
  For: ESTRELLA LLC
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:            $300.00
----------------------------------------
PAPER CHECK CONVERSION
  Remitter: ESTRELLA LLC
  Check/Money Order Num: 3774
  Amt Tendered:      $300.00
----------------------------------------
Total Due:           $300.00
Total Tendered:      $300.00
Change Amt:            $0.00

17-3283(LTS) PRO HAC VICE OF PAUL
R. GLASSMAN
THRU: PAUL HAMMER
```

Scanned by CamScanner