# Exhibit 2

(To the August 8, 2017 Opposition of Financial Oversight and Management Board of Puerto Rico, as Commonwealth Representative, to Motion for Relief from Automatic Stay)

STAYED

# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: 3:17-cv-01743-JAG

| | |
|---|---|
| Centro de Periodismo Investigativo, Inc. v. Financial Oversight and Management Board for Puerto Rico | Date Filed: 06/01/2017 |
| Assigned to: Judge Jay A. Garcia-Gregory | Jury Demand: None |
| Cause: 28:1331 Fed. Question | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Centro de Periodismo Investigativo, Inc.**   represented by   **Steven P. Lausell-Recurt**
PO Box 9023951
San Juan, PR 00902-3951
787-529-2338
Email: slausell@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Judith Berkan**
Berkan & Mendez
G-11 O'Neil
San Juan, PR 00918-2301
787-764-0814
Fax: 787-250-0986
Email: berkanj@microjuris.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Financial Oversight and Management Board for Puerto Rico**   represented by   **Luis F. Del-Valle-Emmanuelli**
Del Valle Emanuelli Law Offices
PO Box 79897
Carolina, PR 00984-9897
787-977-1932
Fax: 787-722-1932
Email: dvelawoffices@gmail.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2017 | 1 | COMPLAINT *for preliminary and permanent injunctive relief and mandamus* against Financial Oversight ande Management Board for Puerto Rico ( Filing fee $400 receipt number 0104-5465316.), filed by Centro de Periodismo Investigativo, Inc.. Service due by 8/30/2017, (Attachments: # 1 Category Sheet, # 2 Civil Cover Sheet, # 3 Exhibit address form, # 4 Exhibit address form)(Berkan, Judith) (Entered: 06/01/2017) |
| 06/01/2017 | 2 | NOTICE of filing Summons as to Financial Oversight and Management Board for Puerto Rico (Berkan, Judith) Modified on 6/2/2017 (su). (Entered: 06/01/2017) |

| | | |
|---|---|---|
| 06/02/2017 | 3 | NOTICE OF JUDGE ASSIGNMENT Case has been assigned to Judge Jay A. Garcia-Gregory (arg) (Entered: 06/02/2017) |
| 06/02/2017 | 4 | Summons Issued as to Financial Oversight and Management Board for Puerto Rico (Attachments: # 1 Summons) (arg) (Entered: 06/02/2017) |
| 06/13/2017 | 5 | MOTION to Reassign Case *to Judge Laura Taylor Swain* filed by Luis F. Del-Valle-Emmanuelli on behalf of Financial Oversight and Management Board for Puerto Rico Responses due by 6/27/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Del-Valle-Emmanuelli, Luis) (Entered: 06/13/2017) |
| 06/14/2017 | 6 | ORDER re 5 MOTION to Reassign Case. **Plaintiff shall respond by 6/20/2017.** Signed by Judge Jay A. Garcia-Gregory on 6/14/2017. (AP) (Entered: 06/14/2017) |
| 06/15/2017 | 7 | NOTICE of Appearance by Steven P. Lausell-Recurt on behalf of Centro de Periodismo Investigativo, Inc. (Lausell-Recurt, Steven) (Entered: 06/15/2017) |
| 06/15/2017 | 8 | RESPONSE in Opposition to Motion filed by Centro de Periodismo Investigativo, Inc. Re: 5 MOTION to Reassign Case *to Judge Laura Taylor Swain* filed by Financial Oversight and Management Board for Puerto Rico filed by Centro de Periodismo Investigativo, Inc.. (Attachments: # 1 Exhibit Judge Swain's June 13th ruling in Bhatia case)(Berkan, Judith) (Entered: 06/15/2017) |
| 06/16/2017 | 9 | ORDER denying Defendant's 5 Motion to Reassign Case. At this time, the Court sees no reason to transfer this case to the docket of Judge Swain. The Court orders the parties to address in further detail whether this action is subject to the automatic stay incorporated into Title III of Promesa. **Defendant shall file a brief on this issue on or before 6/26/2017. Plaintiff shall then respond on or before 7/3/2017.** For purposes of consistency and clarity, the parties shall refer to Defendant as the Board or Defendant in short in all future filings. Signed by Judge Jay A. Garcia-Gregory on 6/16/2017. (AP) (Entered: 06/16/2017) |
| 06/21/2017 | 10 | MOTION for Extension of Time to File Answer *or Otherwise Plead* re: 9 Order on Motion to Reassign Case,, 1 Complaint, filed by Centro de Periodismo Investigativo, Inc. filed by Luis F. Del-Valle-Emmanuelli on behalf of Financial Oversight and Management Board for Puerto Rico Responses due by 7/5/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 9 , 1 ) (Del-Valle-Emmanuelli, Luis) (Entered: 06/21/2017) |
| 06/21/2017 | 11 | RESPONSE in Opposition to Motion filed by Centro de Periodismo Investigativo, Inc. Re: 10 MOTION for Extension of Time to File Answer *or Otherwise Plead* re: 9 Order on Motion to Reassign Case,, 1 Complaint, filed by Centro de Periodismo Investigativo, Inc. filed by Financial Oversight and Management Board for Puerto Rico filed by Centro de Periodismo Investigativo, Inc.. (Berkan, Judith) (Entered: 06/21/2017) |
| 06/23/2017 | 12 | ORDER granting in part 10 MOTION for Extension of Time to File Answer. **Defendant's Answer is due on or before 7/14/2017.** Signed by Judge Jay A. Garcia-Gregory on 6/23/2017. (AP) (Entered: 06/23/2017) |
| 06/26/2017 | 13 | Motion In Compliance *Brief in Support of Application of Automatic Stay* as to 9 Order on Motion to Reassign Case,, filed by Luis F. Del-Valle-Emmanuelli on behalf of Financial Oversight and Management Board for Puerto Rico Responses due by 7/10/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Related document(s) 9 ) (Del-Valle-Emmanuelli, Luis) (Entered: 06/26/2017) |
| 07/03/2017 | 14 | RESPONSE in Opposition to Motion *for Application of PROMESA stay, and in compliance with Order at Docket 9* filed by All Plaintiffs Re: 13 Motion In Compliance |

| | | |
|---|---|---|
| | | *Brief in Support of Application of Automatic Stay* as to 9 Order on Motion to Reassign Case,, filed by Financial Oversight and Management Board for Puerto Rico filed by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit A - Judge Young order in Cruz Rodrguez; Exhibit B - Judge Swain's order in Mandamus case by Senator Bhatia; Exhibit C - excerpts from complaint in Rodrguez Perell case)(Berkan, Judith) (Entered: 07/03/2017) |
| 07/04/2017 | 15 | MOTION for Leave to File Document *Reply* filed by Luis F. Del-Valle-Emmanuelli on behalf of Financial Oversight and Management Board for Puerto Rico Responses due by 7/18/2017. NOTE: Pursuant to FRCP 6(a) an additional three days does not apply to service done electronically. (Attachments: # 1 Exhibit)(Del-Valle-Emmanuelli, Luis) (Entered: 07/04/2017) |
| 07/14/2017 | 16 | ORDER noted 13 Motion In Compliance. Signed by Judge Jay A. Garcia-Gregory on 7/14/2017. (AP) (Entered: 07/14/2017) |
| 07/14/2017 | 17 | ORDER granting 15 Motion for Leave to File. Signed by Judge Jay A. Garcia-Gregory on 7/14/2017. (AP) (Entered: 07/14/2017) |
| 07/14/2017 | 18 | MEMORANDUM & ORDER STAYING CASE pursuant to 48 U.S.C. sec. 2161(a) and 11 U.S.C. sec. 362(a) and 922. Any request to lift or vacate the stay must be filed in the bankruptcy court in Bankruptcy Case No. 17-BK-03283 (LTS). Signed by Judge Jay A. Garcia-Gregory on 7/14/2017. (AP) (Entered: 07/14/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/08/2017 13:16:26 | | | |
| **PACER Login:** | proskauerbos | **Client Code:** | 33260/011/1150 |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-cv-01743-JAG |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |