UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

SCHEDULING ORDER FOR BRIEFING ON MOTION OF
INTERAMERICAS TURNKEY, INC., TO REVIEW AND STAY

The Court has received and reviewed the *Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue* (case no. 17 BK 3567, docket entry no. 228 (the "Motion")) and the accompanying *Proposed Order to Show Cause* (case no. 17 BK 3567, docket entry no. 229 (the "Proposed OSC" and, with the Motion, the "Moving Papers")), filed by Interamericas Turnkey, Inc. ("Movant"). As an initial matter, Movant filed the Moving Papers solely in case no. 17 BK 3567, the Title III case filed by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"). Pursuant

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

to the order of the Court directing joint administration of the ERS Title III case with the above-captioned Title III case (case no. 17 BK 3283, docket entry no. 537 (the "Joint Administration Order")), Movant is hereby ordered to file the Moving Papers in the lead case no. 17 BK 3283 by **August 11, 2017**. If Movant fails to file the Moving Papers in the lead case as required by the Joint Administration Order, the Motion will be denied without prejudice to renewal in compliance with the Court's orders.

The Debtor is ordered to respond to the Motion by **August 18, 2017, at 5:00 p.m.** (prevailing Eastern Time). Any reply papers on behalf of the Movant must be filed by **August 25, 2017, at 5:00 p.m.** (prevailing Eastern Time). The Motion will thereafter be taken on submission, unless either party requests a hearing. If a hearing is requested, it shall take place in connection with the omnibus hearing proposed to be scheduled for October 4, 2017.

SO ORDERED.

Dated: August 8, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge