# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors[1] | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on August 7, 2017, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius"), served copies of its (i) *Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket No. 913); (ii) *Motion of Aurelius for Relief from the Automatic Stay* (Docket No. 914); (iii) *Notice of Hearing on Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket No. 916); (iv) *Notice of Hearing on Motion of Aurelius for Relief from the Automatic Stay* (Docket No. 917); and (v) *Notice of Constitutional Challenge to Federal Statute by Aurelius* (Docket No. 933) (together, the "Motions and Notices") in the following manner:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

(a) Two copies of the *Motions and Notices* were hand delivered to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

(b) Two copies of the *Motions and Notices* were hand delivered to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, Federal Building, Office 150, 150 Carlos Chardón Street, San Juan, Puerto Rico 00918-1767.

(c) One copy of the *Motions and Notices* was hand delivered to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico, 00901-1922.

(d) One copy of the *Motions and Notices* was sent via email to each of the parties listed in **Exhibit A** attached hereto.

(e) One copy of the *Motions and Notices* was sent via U.S. mail to each of the parties listed in **Exhibit B** attached hereto.

(f) One copy of the *Motions and Notices* was sent to the Attorney General of the United States via certified mail.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day of August, 2017.

2

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ *Luis A. Oliver-Fraticelli*
    Luis A. Oliver-Fraticelli
    USDC-PR No. 209204

/s/ *Katarina Stipec-Rubio*
    Katarina Stipec-Rubio
    USDC-PR No. 206611

/s/ *Lourdes Arroyo-Portela*
    Lourdes Arroyo-Portela
    USDC-PR No. 226501

ADSUAR MUÑIZ GOYCO SEDA
& PÉREZ-OCHOA PSC
208 Ponce de Leon Ave., Suite 1600
San Juan, P.R. 00918
Phone: (787) 756-9000
Fax: (787) 756-9010
Email:  loliver@amgprlaw.com
         kstipec@amgprlaw.com
         larroyo@amgprlaw.com