## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

-----------------------------------------------------------------x

| | |
|---|---|
| | (Jointly Administered) |
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY<br>("PREPA"), | |
| Debtor.[2] | |

-----------------------------------------------------------------x

## NOTICE OF AMENDED[3] AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON AUGUST 9, 2017 AT 9:30 A.M.

| | |
|---|---|
| **Time and Date of<br>Hearing:** | **Wednesday, August 9, 2017**,<br>from 9:30 a.m. to 12:00 p.m., |

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2]  The last four (4) digits of PREPA's federal tax identification number are 3747.

[3]  A redline of this Amended Agenda and the original agenda filed at Case No. 17-3283, ECF No. 915 and Case No. 17-4780, ECF No. 182 is attached hereto as **Exhibit A.**

|  | from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, August 10, 2017**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 2:30 p.m. (Eastern Time) |
|---|---|
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge **Courtroom 3** United States District Court for the District of Puerto Rico **the Clemente Ruiz Nazario United States Courthouse** **150 Carlos Chardón Avenue** San Juan, P.R. 00918-1767 |

The hearing will be broadcast by video **teleconference in Courtroom 17C** of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**.

The hearing will also be available by telephone through Court Solutions at (800) 397-1898.  Attorneys must register no later than August 8, 2017 at 3:00 p.m.

| **Copies of Documents:** | Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, (b) for the Puerto Rico Electric Power Title III Action 17 BK 4780-LTS by visiting  http://dm.epiq11.com/#/case/PR1/info  and (c) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |
|---|---|

## I.   UNCONTESTED MATTERS

1. **Commonwealth-COFINA Procedures Stipulation Motion.**   Revised Motion of Debtors for Order Approving Stipulation Providing Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 718].**

Description:  Debtors' motion for an order approving a stipulation providing procedure to resolve Commonwealth-COFINA dispute.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:

    A.  Order denying Motion of Debtors for Order Approving Procedures to Resolve Commonwealth-COFINA Dispute without Prejudice **[Case No. 17-3283, ECF No. 544].**

    B.  Ambac Assurance Corporation's Reservation of Rights Regarding the Revised Motion of Debtors for Order Approving Stipulation Providing Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 813].**[34]

    C.  Notice of Filing of Revised Stipulation and Agreed Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 857].**

    D.  Amended Notice of Filing of Revised Stipulation and Agreed Order Approving Procedure to Resolve Commonwealth-COFINA Dispute **[Case No. 17-3283, ECF No. 868].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

2. **Paul Hastings Retention Application.**  Application for Order, Pursuant to Bankruptcy Code Section 1103(a) and Local Bankruptcy Rule 2014-1(e) Authorizing Employment and Retention of Paul Hastings LLP as Counsel to Official Committee of Unsecured Creditors, Effective as of June 26, 2017 **[Case No. 17-3283, ECF No. 610].**

Description:  Official Unsecured Creditors' Committee's Application to employ Paul Hastings as counsel.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

---

[34] The Debtors understand the First Revised Proposed Stipulation and Agreed Order is uncontested.  In light of the parties' agreement on the First Revised Proposed Stipulation and Agreed Order, Ambac represented that it is withdrawing the reservation of its right to renew its objection to the Motion, and that this withdrawal is without prejudice to Ambac's reservation of rights concerning Governor Rosselló, AAFAF, and their advisors [*see* ECF No. 813 ¶ 8], which reservation does not impact the Motion.

3

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

3.  **O'Neill & Gilmore Retention Application.** Application for Order, Pursuant to
Bankruptcy Code Section 1103(a) and Local Bankruptcy Rule 2014-1(e) Authorizing
Employment and Retention of O'Neill & Gilmore Law Office LLC, as Local Counsel to
Official Committee of Unsecured Creditors, Effective as of June 26, 2017 **[Case No.
17-3283, ECF No. 611].**

Description:  Official Unsecured Creditors' Committee's Application to employ O'Neill
& Gilmore as local counsel.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern
Time) for all parties other than the Debtors or Statutory Committees and Saturday,
August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

4.  **Zolfo Cooper Retention Application.**  Application of Official Committee of Unsecured
Creditors of Commonwealth of Puerto Rico for Entry of Order Authorizing Employment
and Retention of Zolfo Cooper, LLC as Financial Advisor, Effective as of June 27, 2017
**[Case No. 17-3283, ECF No. 615].**

Description:   Official Unsecured Creditors' Committee's Application to employ Zolfo
Cooper as its financial advisor.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

<u>Reply, Joinder & Statement Deadlines</u>: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:  None.

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

5.  **<u>Jenner & Block LLP Retention Application.</u>**  Application of the Official Committee of Retired Employees of the Commonwealth Of Puerto Rico for Order Approving the Employment of Jenner & Block LLP **[Case No. 17-3283, ECF No. 670].**

<u>Description</u>:  Application of Official Committee of Retired Employees to employ Jenner & Block as counsel.

<u>Objection Deadline</u>:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Responses</u>:  None

<u>Reply, Joinder & Statement Deadlines</u>: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:  None.

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

6.  **<u>Segal Consulting Retention Application.</u>**  Application of the Official Committee of Retired Employees of the Commonwealth Of Puerto Rico for Order Approving the Employment of Segal Consulting **[Case No. 17-3283, ECF No. 671].**

<u>Description</u>: Application of Official Committee of Retired Employees to employ Segal Consulting as consultants and actuaries.

<u>Objection Deadline</u>:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Responses</u>:  None.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

7. **Bennazar, Garcia & Milian Retention Application.**   Application of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Order Approving the Employment of Bennazar, Garcia & Milian, CSP **[Case No. 17-3283, ECF No. 683].**

Description:   Application of Official Committee of Retired Employees to employ Bennazar, Garcia & Milian as local counsel.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

8. **Creditor Information Access Motion.**   Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a), 107(b), 1102(b)(3) and 1103 and Bankruptcy Rule 9018, (I) Clarifying Scope of and Establishing Procedures in Connection with Creditor Access to Information and (II) Retaining Prime Clerk LLC as Information Services Agent in Connection Therewith **[Case No. 17-3283, ECF No. 690].**

Description:  Official Unsecured Creditors' Committee's motion to clarify the scope and procedures in connection with creditor access to case information and to retain Prime Clerk as Information Services Agent.

6

<u>Objection Deadline</u>:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Responses</u>:  None.

<u>Reply, Joinder & Statement Deadlines</u>:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:  None.

<u>Related Documents</u>:
    A.  Notice of Filing Revised Proposed Order Regarding Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Code Sections 105(a), 107(b), 1102(b)(3) and 1103 and Bankruptcy Rule 9018, (I) Clarifying Scope of and Establishing Procedures in Connection with Creditor Access to Information and (II) Retaining Prime Clerk LLC as Information Services Agent in Connection Therewith **[Case No 17-3283, ECF No. 886].**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes.

9.  **<u>Motion to Further Amend First Amended Case Management Motion.</u>**  Debtors Entities' Motion to Further Amend First Amended Notice, Case Management and Administrative Procedures to Incorporate Revised Protocol for Stay Relief Motions **[Case No. 17-3283, ECF No. 715; Case No. 17-4780, ECF No. 112].**

<u>Description</u>:  AAFAF, on behalf of the Debtors, seeks to amend the Case Management Procedures to provide for a brief notice period for the Debtors to work with parties that seek relief from the automatic stay to continue prepetition ordinary course civil actions against the Debtors.

<u>Objection Deadline</u>:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Responses</u>:  None

<u>Reply, Joinder & Statement Deadlines</u>:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:  None.

<u>Related Documents</u>:

A.  Notice of Filing of Amended Proposed Order Regarding Debtor Entities' Motion to Further Amend First Amended Notice, Case Management and Administrative Procedures to Incorporate Revised Protocol for Stay Relief Motions [ECF No. 715] **[Case No. 17-3283, ECF No. 898].**

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

10. **PREPA Notice of Commencement Motion.**  PREPA's Motion for Entry of Order (A) Approving Form of Notice of Commencement of Title III Case and (B) Manner of Service and Publication Thereof **[Case No. 17-4780, ECF No. 91].**

Description:    PREPA's motion for an order approving the form of notice of commencement of the action.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

11. **PREPA Creditor Matrix Motion.**  PREPA's Motion for Entry of Order (A) Fixing Date to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 **[Case No. 17-4780, ECF No. 92].**

Description:  PREPA's motion to fix a date to file a creditor matrix and list of creditors and allow it to waive Local Bankruptcy Rule 1007-1.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

12. **Unexpired Lease Assumption or Rejection Extension Motion.**  Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) **[Case No. 17-3283, ECF No. 705].**

Description:  Debtors' motion for an order granting an extension of time to file a motion to assume or reject their unexpired leases of non-residential real property.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:
   A. QTCB Noteholder Group's Reservation of Rights Regarding Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property **[Case No. 17-3283, ECF No. 783].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

13. **PREPA Epiq Retention Application.**  Application of PREPA for Entry of Order Authorizing Employment and Payment of Epiq Solutions, LLC as Solicitation, Notice, and Claims Agent, *Nunc Pro Tunc* to the Petition Date **[Case No. 17-4780, ECF No. 93].**

Description:  PREPA's application to employ Epiq Solutions as its solicitation, notice and claims agent.

9

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:  None.

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  5 minutes.

14. **AAFAF Utility Proposed Order.**  Notice of Presentment of Order (a) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 658].**

Description:  AAFAF'S notice to present a proposed order for approval to prevent discontinuation of Utility Services.

Objection Deadline:  Friday, July 21, 2017 at 5:00 p.m. (Eastern Time).

Responses:
   A. Limited Objection and Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to the Notice of Presentment of Order (A) Prohibiting Utilities From Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 702].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:  None.

Related Documents:
   A. Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 210].**

10

    B.   Notice of Withdrawal of Notice of Presentment of Order (a) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment [ECF No. 658] **[Case No. 17-3283, ECF No. 896].**

    C.   Notice of Presentment of Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 897].**[45]

    D.   Notice of Withdrawal of Limited Objection and Reservation of Rights of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and National Public Finance Guarantee Corporation to the Notice of Presentment of Order (a) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment **[Case No. 17-3283, ECF No. 899].**

    E.   Limited Objection to Third Proposed Order of the Utilities Motion **[Case No. 17-3283, ECF No. 950].**

Status:  This matter is going forward as a status conference.

Estimated Time Required:  5 minutes.


**15. PREPA's Utilities Motion.**   PREPA's Motion for Entry of Order (A) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing   Procedures for Determining Adequate Assurance of Payment **[ECF No. 17-4780, ECF No. 96].**

Description:   PREPA's motion to enter an order prohibiting utilities from altering, refusing or discontinuing service, establishing related procedures and deeming utilities adequately protected.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:

    A.   Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to PREPA's Motion for Entry of Order (A) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C)

---

[45] Pursuant to the Court's case management procedures, ECF No. 262-1, unless a written objection is filed with the Court no later than 5:00 p.m. AST on August 10, 2017, no hearing will be held and the Third Amended Proposed Order may be signed.

Establishing Procedures for Determining Adequate Assurance of Payment **[ECF No. 17-4780, ECF No. 141]**.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply: None.

Related Documents:

    A.  Notice of Filing of Revised Proposed Order and Reservation of Rights Regarding PREPA's Motion for Entry of an Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment **[ECF No. 17-4780, ECF No. 171]**.

    B.  Notice of Withdrawal of Limited Objection and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to PREPA's Motion for Entry of Order (a) Prohibiting Utilities from Altering, Refusing or Discontinuing Service, (b) Deeming Utilities Adequately Assured of Future Performance, and (c) Establishing Procedures for Determining Adequate Assurance of Payment **[ECF No. 17-4780, ECF No. 176]**.

Status: This matter is going forward.

Estimated Time Required: 5 minutes.

**16.**  **South Parcel Puerto Rico, S.E. Lift Stay Motion.**[6]  Motion for Relief from Automatic Stay **[Case No. 17-3567, ECF No. 180]**.

Description:  Motion of South Parcel to lift the automatic stay to allow it to pursue an action against Debtors.

Objection Deadline:  Friday, July 14, 2017 at 4:00 p.m. (Eastern Time).

Responses:

    A.  Objection of The Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E. [ECF No. 180] **[Case No. 17-3567, ECF No. 197]**.

Reply Deadline: Friday, July 21, 2017 at 12:00 p.m. (Eastern Time).

Reply:

    A.  Reply to Objection of The Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay **[Case No. 17-3567, ECF No. 208]**.

Related Documents:

---

[6] This matter has been resolved and movants will withdraw this motion at the hearing.

A. Order scheduling briefing **[Case No. 17-3567, ECF No. 182].**

B. Motion Requesting Order Granting Unopposed Docket 180 Motion **[Case No. 17-3567, ECF No. 195].**

C. Urgent Motion to File Late Objection to Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E. [ECF NO. 180] **[Case No. 17-3567, ECF No. 196].**

D. Order Granting Urgent Motion Seeking Permission to File a Late Objection to the South Parcel Stay Motion and Extending Response Deadline **[Case No. 17-3567, ECF No. 198].**

E. Urgent Motion to be Heard at August 9th, 2017 Hearing for Reply to Objection of the Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 744].**

F. Order Granting Urgent Motion of South Parcel of Puerto Rico, S.E. to be Heard at the August 9, 2017 Hearing for Reply to Objection of the Puerto Rico Highways and Transportation Authority to Motion for Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 751].**

G. Limited Joinder of Official Committee of Unsecured Creditors to Objection of Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E. [ECF NO. 180] **[Case No. 17-3283, ECF No. 851].**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.


## II.  **ADJOURNED MATTERS**

1. **Creditors' Committee Rule 2004 Motion.**  Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 706].**

   Description: Official Committee of Unsecured Creditors' motion for an order authorizing a discovery program with respect to certain claims pursuant to Bankruptcy Rule 2004.

   Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

   Responses:
   A. Popular, Inc., Popular Securities LLC, and Banco Popular De Puerto Rico's Objection and Reservation of Rights With Respect to the Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 793].**

    B.  The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Objection to the Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of the Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 806].**

    C.  Objection of Santander Securities LLC, Santander Asset Management LLC and Banco Santander Puerto Rico to Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 808].**

    D.  Objection of AAFAF to the Motion of the Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 825].**

    E.  Objection of Debtors to Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 859].**

    F.  Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 870].**

    G.  Limited Joinder of Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico to the Debtors' Objection to the Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 890].**

<u>Reply, Joinder & Statement Deadlines</u>: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:  None.

<u>Related Documents</u>:

    A.  Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 764].**

    B.  Procedural Order setting time and date for hearing on motion **[Case No. 17-3283, ECF No. 778].**

    C.  Notice of Consensual Extensions of Objection Deadline Regarding Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 797].**

D. Request for Judicial Notice in Support of AAFAF's Objection to the Motion of the Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes Of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 827].**

E. Order Granting in Part Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Motion of Committee For Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 874].**

F. Urgent Motion of Official Committee of Unsecured Creditors for Entry of Order Adjourning Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes Of Puerto Rico Financial Crisis, and Adjourning Reply Deadline **[Case No. 17-3283, ECF No. 882].**

G. Order on Motion Under Rule 2004(c) for Production of Documents **[Case No. 17-3283, ECF No. 900].**

H. Order Granting Urgent Motion of Official Committee of Unsecured Creditors to Adjourn Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis, and to Adjourn Reply Deadline **[Case No. 17-3283, ECF No. 912].**

Status:  This matter has been adjourned to on or before August 21, 2017, and such hearing shall take place in Boston, Massachusetts.

Estimated Time Required:  5 minutes.


### III. CONTESTED MATTERS

**2. 1. Tamrio Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614].**

Description:  Tamrio's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816].**

15

     B.  Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
     A.  Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 862].**

Related Documents:
     A.  Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

**3.** ~~2.~~ **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 627].**

Description:  Constructora Santiago's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
     A.  Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816].**

     B.  Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
     A.  Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 863].**

16

Related Documents:
    A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.


**4.** ~~3.~~ **Ferrovial SA Motion to Compel.**  Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 685].**

Description:  Ferrovial SA's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
    A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816].**

    B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
    A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 866].**

Related Documents:
    A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.


**5.** ~~4.~~ **Ferrovial Agroman LLC Motion to Compel.**  Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 686].**

Description:  Ferrovial LLC's motion to compel HTA to assume or reject its contract.

17

<u>Objection Deadline</u>:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Responses</u>:
    A.  Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

<u>Reply, Joinder & Statement Deadlines</u>: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:
    A.  Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 865].**

<u>Related Documents</u>:
    A.  Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  10 minutes.

### III. CONTESTED MATTERS

**1. [Reserved]**
**2. [Reserved]**
**3. [Reserved]**
**4. [Reserved]**

**1. Interim Fee Compensation Procedures.**
    A.  Motion of Debtors Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of an Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 716].**

        a.  <u>Responses</u>:
            i.  Mutual Fund Group's Limited Objection to Debtors' Motion to Establish Procedures for Interim Compensation **[Case No. 17-3283, ECF No. 815].**

        b.  <u>Reply</u>:
            i.  Reply of Debtors to Mutual Fund Group's Limited Objection to Debtors' Motion to Establish Procedures for Interim Compensation **[Case No. 17-3283, ECF No. 876].**

   c.  <u>Related Documents</u>:

      i.  Notice of Filing of Revised Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 907].**

      ii.  Notice of Filing of Second Revised Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-3283, ECF No. 953].**

**B.** Motion of PREPA Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of Order Setting Procedures for Interim Compensation And Reimbursement of Expenses of Professionals   **[Case No. 17-4780, ECF No. 113].**

   a.  <u>Responses</u>:

      i.  Reservation of Rights of U.S. Bank National Association in its Capacity as PREPA Bond Trustee with Respect to the Motion of PREPA Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-4780, ECF No. 142].**

      ii.  Joinder of National Public Finance Guarantee Corporation to Reservation of Rights of U.S. Bank National Association in its Capacity as PREPA Bond Trustee to the Motion of PREPA Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals **[Case No. 17-4780, ECF No. 144].**

   b.  <u>Reply</u>:

      i.  Reply of PREPA to (a) U.S. Bank's Reservation of Rights to PREPA's Motion to Establish Procedures for Interim Compensation and (b) National's Joinder Thereto **[Case No. 17-4780, ECF No. 170].**

   c.  <u>Related Documents</u>:  None.

<u>Description</u>:  Debtors' motion to establish procedures governing interim compensation of professionals and reimbursement of official committee disbursements.

<u>Objection Deadline</u>:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Reply, Joinder & Statement Deadlines</u>:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Status</u>:  This matter is going forward.

Estimated Time Required:  20 minutes.

2. ~~South Parcel Puerto Rico, S.E. Lift Stay Motion.~~  ~~Motion for Relief from Automatic Stay [Case No. 17-3567, ECF No. 180].~~ [Reserved]

~~Description:  Motion of South Parcel to lift the automatic stay to allow it to pursue an action against Debtors.~~

~~Objection Deadline:  Friday, July 14, 2017 at 4:00 p.m. (Eastern Time).~~

~~Responses:~~
~~A.  Objection of The Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E. [ECF No. 180] [Case No. 17-3567, ECF No. 197].~~

~~Reply Deadline: Friday, July 21, 2017 at 12:00 p.m. (Eastern Time).~~

~~Reply:~~
~~A.  Reply to Objection of The Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay [Case No. 17-3567, ECF No. 208].~~

~~Related Documents:~~
~~A.  Order scheduling briefing [Case No. 17-3567, ECF No. 182].~~

~~B.  Motion Requesting Order Granting Unopposed Docket 180 Motion [Case No. 17-3567, ECF No. 195].~~

~~C.  Urgent Motion to File Late Objection to Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E. [ECF NO. 180] [Case No. 17-3567, ECF No. 196].~~

~~D.  Order Granting Urgent Motion Seeking Permission to File a Late Objection to the South Parcel Stay Motion and Extending Response Deadline [Case No. 17-3567, ECF No. 198].~~

~~E.  Urgent Motion to be Heard at August 9th, 2017 Hearing for Reply to Objection of the Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay [Case No. 17-3283, ECF No. 744].~~

~~F.  Order Granting Urgent Motion of South Parcel of Puerto Rico, S.E. to be Heard at the August 9, 2017 Hearing for Reply to Objection of the Puerto Rico Highways and Transportation Authority to Motion for Relief from the Automatic Stay [Case No. 17-3283, ECF No. 751].~~

~~G.  Limited Joinder of Official Committee of Unsecured Creditors to Objection of Puerto Rico Highways and Transportation Authority to Motion for Relief from Automatic Stay Filed by South Parcel of Puerto Rico, S.E. [ECF NO. 180] [Case No. 17-3283, ECF No. 851].~~

~~Status:  This matter is going forward.~~

~~Estimated Time Required:  30 minutes.~~

3. **Motion of UPR Trust for Additional Committee or Reconstitution of Retiree Committee.** Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, in the Alternative, for the Reconstitution of the Retiree Committee **[Case No. 17-3283, ECF No. 692].**

Description:  Motion of the University of Puerto Rico Retirement System Trusts requesting appointment of an additional committee of government employees, or, in the alternative to reconstitute the Official Committee of Retirees.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:

A. Response of United States Trustee to Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, in the Alternative, for the Reconstitution of the Retiree Committee **[Case No. 17-3283, ECF No. 785].**

B. Statement of Puerto Rico Fiscal Agency And Financial Advisory Authority in Opposition to Various Motions Requesting Appointment of Additional Statutory Committees and/or the Reconstitution of Statutory Committees **[Case No. 17-3283, ECF No. 790].**

C. The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Objection to Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, in the Alternative, for Reconstitution of the Retiree Committee **[Case No. 17-3283, ECF No. 799].**

D. Objection of Debtors to Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, in the Alternative, for Reconstitution of the Retiree Committee **[Case No. 17-3283, ECF No. 805].**

E. Omnibus Objection of Official Committee of Unsecured Creditors to Motions of University of Puerto Rico Retirement System Trust and Ad Hoc Puerto Rico Municipalities Committee Requesting Appointment of Additional Official Creditors' Committees **[Case No. 17-3283, ECF No. 810].**

F. Motion Joining and in Support of Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Pursuant to 48 U.S.C. §2161 and 11 U.S.C. §1102 Directing the Appointment of an Official Puerto Rico Municipalities Committee **[Case No. 17-3283, ECF No. 888].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
    A. Omnibus Reply to Objections to Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, In the Alternative, for the Reconstitution of the Retiree Committee **[Case No. 17-3283, ECF No. 881]**.

Related Documents:
    A. Motion Requesting Appointment of Additional Committee of Government Employees and Active Pension Plan Participants or, in the Alternative, for the Reconstitution of the Retiree Committee **[Case No. 17-3283, ECF No. 607]**.

    B. Notice of Withdrawal of Motion Filed at Docket No. 607 **[Case No. 17-3283, ECF No. 691]**.

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

**4. Municipalities Motion for Appointment of Additional Committee.**  Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Pursuant to 48 U.S.C. §2161 and 11 U.S.C. §1102 Directing the Appointment of an Official Puerto Rico Municipalities Committee **[Case No. 17-3283, ECF No. 709]**.

Description: The Ad Hoc Puerto Rico Municipalities Committee's motion for order directing appointment of an official Puerto Rico municipalities committee.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
    A. Objection To Ad Hoc Municipalities Committee's Request For Appointment Of An Official Puerto Rico Municipalities Committee **[Case No. 17-3283, ECF No. 780]**.

    B. United States Trustee's Response to the Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Directing the Appointment of an Official Committee of Puerto Rico Municipalities **[Case No. 17-3283, ECF No. 786]**.

    C. Statement of Puerto Rico Fiscal Agency And Financial Advisory Authority in Opposition to Various Motions Requesting Appointment of Additional Statutory Committees and/or the Reconstitution of Statutory Committees **[Case No. 17-3283, ECF No. 790]**.

    D. Objection of Debtors to Ad Hoc Municipalities Committee's Motion Requesting Appointment of Additional Committee of Municipalities **[Case No. 17-3283, ECF No. 807]**.

    E.   Omnibus Objection of Official Committee of Unsecured Creditors to Motions of University of Puerto Rico Retirement System Trust and *Ad Hoc* Puerto Rico Municipalities Committee Requesting Appointment of Additional Official Creditors' Committees **[Case No. 17-3283, ECF No. 810].**

    F.   Limited Objection of Ambac Assurance Corporation to Ad Hoc Puerto Rico Municipalities Committee's Request for an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Puerto Rico Municipalities Committee **[Case No. 17-3283, ECF No. 812].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
    A.   Omnibus Reply of Ad Hoc Puerto Rico Municipalities Committee to Objections to Request for an Order Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 1102 Directing the Appointment of an Official Puerto Rico Municipalities Committee [ECF No. 709] **[Case No. 17-3283, ECF No. 885].**

Related Documents: None.

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

**5.**   **General Obligation Bondholders' Reconstitution Motion.**   Motion of the General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant To 11 U.S.C. §§ 105(a) And 1102(a)(4) **[Case No. 17-3283, ECF No. 694].**

Description: Motion of General Obligation Bondholders to reconstitute the Official Committee of Unsecured Creditors.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
    A.   Statement of Puerto Rico Fiscal Agency And Financial Advisory Authority in Opposition to Various Motions Requesting Appointment of Additional Statutory Committees and/or the Reconstitution of Statutory Committees **[Case No. 17-3283, ECF No. 790].**

    B.   Financial Guaranty Insurance Company's Response in Support of Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) And 1102(a)(4) **[Case No. 17-3283, ECF No. 795].**

C.  Objection of Debtors to Motion of Ad Hoc Group of General Obligation Bondholders to Reconstitute Statutory Committee of Unsecured Claimholders **[Case No. 17-3283, ECF No. 802].**

D.  United States Trustee's Response to the Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) **[Case No. 17-3283, ECF No. 804].**

E.  Ambac Assurance Corporation's Objection to Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors **[Case No. 17-3283, ECF No. 809].**

F.  Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) **[Case No. 17-3283, ECF No. 811].**

G.  Objection of Official Committee of Unsecured Creditors to Ad Hoc Group of General Obligation Bondholders' Motion to Reconstitute Committee Under Bankruptcy Code Sections 105(A) and 1102(A)(4) **[Case No. 17-3283, ECF No. 824].**

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:

A.  Reply in Support of Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) **[Case No. 17-3283, ECF No. 883].**

Related Documents:

A.  Notice of Consensual Extension of Objection Deadline Regarding Motion of the Ad Hoc Group of General Obligation Bondholders to Reconstitute the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) **[Case No. 17-3283, ECF No. 801].**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

6.  **Ad Hoc PREPA  Lift Stay Motion.**  Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guaranty Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed **[Case No. 17-4780, ECF No. 74].**

<u>Description</u>:  Motion of Ad Hoc Group of PREPA Bondholders to lift the automatic stay to allow them to request the appointment of a receiver.

<u>Objection Deadline</u>:  Monday, July 31, 2017 at 5:00 p.m. (Eastern Time).

<u>Responses</u>:

    A. Joinder of U.S. Bank National Association in its Capacity as PREPA Bond Trustee to the Motion for Relief from the Automatic Stay to Appoint Receiver and Reservation of Rights **[Case No. 17-4780, ECF No. 123].**

    B. Statement of Scotiabank de Puerto Rico, as Administrative Agent for Certain Fuel Line Lenders, in Response to Motion for Relief From the Automatic Stay to Seek Appointment of Receiver **[Case No. 17-4780, ECF No. 146].**

    C. Objection Of Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce Their Statutory Right to Have a Receiver Appointed **[Case No. 17-4780, ECF No. 147].**

    D. Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guaranty Municipal Corp., Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief From Automatic Stay Opposition of Financial Oversight and Management Board for Puerto Rico to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guaranty Municipal Corp., Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief From Automatic Stay **[Case No. 17-4780, ECF No. 149].**

    E. Response of Puerto Rico Electric Power Authority in Opposition to Motion for Relief from the Automatic Stay **[Case No. 17-4780, ECF No. 150].**

    F. Limited Joinder of Official Committee of Unsecured Creditors to Statement of Scotiabank de Puerto Rico, as Administrative Agent for Certain Fuel Line Lenders, in Response to Motion for Relief From Automatic Stay to Seek Appointment of Receiver **[Case No. 17-4780, ECF No. 153].**

<u>Reply Deadline</u>:  Saturday, August 5, 2017 at 5:00 p.m. (Eastern Time).

<u>Reply</u>:

    A. Reply of Ad Hoc Group of Prepa Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., and Syncora Guaranty Municipal Corp., and Syncora Guarantee Inc. in Support of the Motion for Relief from the Automatic Stay to Allow Movants to Enforce their Statutory Right to Have a Receiver Appointed **[Case No. 17-4780, ECF No. 177].**

<u>Related Documents</u>:

A. Notice of Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from the Automatic Stay to Allow Movants to Enforce their Statutory Right to Have a Receiver Appointed **[Case No. 17-4780, ECF No. 75].**

B. Order scheduling briefing **[Case No. 17-4780, ECF No. 83].**

C. Order Granting Request of Extension of Time to File Certified Translations in Connection with the Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief From the Automatic Stay to Allow Movants to Enforce their Statutory Right to Have a Receiver Appointed **[Case No. 17-4780, ECF No. 117].**

D. Motion Submitting Certified Translations **[Case No. 17-4780, ECF No. 139].**

E. Limited Response of U.S. Bank National Association in its Capacity as PREPA Bond Trustee Regarding FOMB's Opposition to Motion for Relief from the Automatic Stay **[Case No. 17-4780, ECF No. 175].**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  60 minutes.

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON AUGUST 9, 2017 AT 1:00 P.M.

## I.  CONTESTED MATTERS

1.  **Creditors' Committee Intervention Motion.**   Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-125, ECF No. 37].**

Description:   Official Creditors' Committee's motion to intervene in the Assured Guaranty Corp. vs. Commonwealth of Puerto Rico proceeding.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
A.  Opposition of National Public Finance Guarantee Corporation, Assured Guaranty Corp., and Assured Guaranty Municipal Corp. to the Committee of Unsecured Creditors' Motion for Leave to Intervene **[Case No. 17-ap-125, ECF No. 39].**

B.  Limited Opposition of the Oversight Board as Representative of the Commonwealth to Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-125, ECF No. 40].**

C.  Joinder to Limited Opposition of Oversight Board as Representative of HTA and the Commonwealth to Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-125, ECF No. 41].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
A.  Omnibus Reply to Various Objections and Responses to Official Committee of Unsecured Creditors' Motion for Leave to Intervene Under Bankruptcy Rule 7024 in Assured Guaranty Adversary Proceeding **[Case No. 17-ap-125, ECF No. 45].**

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  25 minutes.

2. **Creditors' Committee Intervention Motion.**   Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case Nos. 17-ap-151, ECF No. 124; Case No. 17-ap-152, ECF No. 116].**

Description:  Official Creditors' Committee's motion to intervene in the Peaje v. HTA proceeding.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

Responses:
   A.  Opposition of Peaje Investments LLC to the Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case Nos. 17-ap-151, ECF No. 140; Case No. 17-ap-152, ECF No. 132].**

   B.  Limited Opposition of the Oversight Board as Representative of HTA and the Commonwealth to Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-151, ECF No. 145; Case No. 17-ap-152, ECF No. 137].**

   C.  Joinder to Limited Opposition of Oversight Board as Representative of HTA and the Commonwealth to Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-151, ECF No. 146; Case No. 17-ap-152, ECF No. 138].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

Reply:
   A.  Reply to Various Objections and Responses to Official Committee of Unsecured Creditors' Motion for Leave to Intervene Under Bankruptcy Rule 7024 in Peaje Adversary Proceeding **[Case No. 17-ap-151, ECF No. 191; Case No. 17-ap-152, ECF No. 182].**

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  25 minutes.


3. **Senior COFINA Bondholders' Modification Motion.**   Motion of COFINA Senior Bondholders' Coalition for (I) Modification of the Order Granting Interpleader, or (II) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order **[Case No. 17-ap-133, ECF No. 290].**

<u>Description</u>: COFINA Senior Bondholders' Coalition's motion for modification of an order granting interpleader or clarification of an interpleader memorandum opinion and intervention denial order.

<u>Objection Deadline</u>: Friday, July 28, 2017 at 4:00 p.m. (Eastern Time).

<u>Responses</u>:

    A. National's Response to Motion of COFINA Senior Bondholders' Coalition for (I) Modification of the Order Granting Interpleader, or (II) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order **[Case No. 17-ap-133, ECF No. 293].**

    B. Mutual Fund Group's and Puerto Rico Funds' Response to COFINA Senior Bondholders' Motion to Modify or Clarify Court Orders **[Case No. 17-ap-133, ECF No. 294].**

    C. Opposition of Defendant Assured Guaranty Municipal Corp. to Motion of COFINA Senior Bondholders' Coalition for (I) Modification of the Order Granting Interpleader, or (II) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order **[Case No. 17-ap-133, ECF No. 295].**

    D. Motion of Official Committee of Unsecured Creditors for Leave to Intervene Under Bankruptcy Rule 7024 for Limited Purpose of (I) Presenting Limited Objection to Motion of COFINA Senior Bondholders' Coalition for Modification of May 30, 2017 Interpleader Order and (II) Cross Moving for Limited Stay of Interpleader Action and Clarification of May 30, 2017 Interpleader Order **[Case No. 17-ap-133, ECF No. 296].**

    E. Response of Financial Oversight and Management Board to COFINA Senior Bondholders' Coalition's Motion for Modification of Order Granting Interpleader **[Case No. 17-ap-133, ECF No. 298].**

    F. Joinder of the Puerto Rico Fiscal Agency and Financial Advisory Authority to the Response of Financial Oversight and Management Board to COFINA Senior Bondholders' Coalition's Motion for Modification of Order Granting Interpleader and Reservation of Rights **[Case No. 17-ap-133, ECF No. 299].**

<u>Reply, Joinder & Statement Deadlines</u>: Friday, August 4, 2017 at 4:00 p.m. (Eastern Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Eastern Time) for Debtors and Statutory Committees.

<u>Reply</u>:

    A. Omnibus Reply of COFINA Senior Bondholders' Coalition in Support of Motion for (I) Modification of the Order Granting Interpleader, or (II) in the Alternative, Clarification of the Interpleader Memorandum Opinion and Intervention Denial Order **[Case No. 17-ap-133, ECF No. 308].**

Related Documents:  None.

A.  Informative Motion of Official Committee of Unsecured Creditors Requesting to be Heard at August 9-10, 2017 Hearing With Respect to Motion of COFINA Senior Bondholders' Coalition for Modification of Interpleader Order and Related Pleadings **[Case No. 17-3283, ECF No. 892].**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

Dated: August 7,8, 2017          Respectfully submitted,
San Juan, Puerto Rico

                                  /s/  Martin J. Bienenstock

                                  Martin J. Bienenstock
                                  Paul V. Possinger
                                  Ehud Barak
                                  Maja Zerjal
                                  (Admission *Pro Hac Vice*)
                                  **PROSKAUER ROSE LLP**
                                  Eleven Times Square
                                  New York, NY 10036
                                  Tel:  (212) 969-3000
                                  Fax:  (212) 969-2900

                                  *Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

                                  /s/  Hermann D. Bauer

                                  Hermann D. Bauer
                                  USDC No. 215205
                                  **O'NEILL & BORGES LLC**
                                  250 Muñoz Rivera Ave., Suite 800
                                  San Juan, PR 00918-1813
                                  Tel:  (787) 764-8181
                                  Fax:  (787) 753-8944

                                  *Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**<u>Exhibit A</u>**

**<u>Redline of Amended Agenda Against the Original Agenda</u>**

Document comparison by Workshare 9 on Tuesday, August 08, 2017 5:58:00 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS/CURRENT/92282218/9 |
| Description | #92282218v9<CURRENT> - Agenda - Hearing 8-9-17 & 8-10-17 (2) |
| Document 2 ID | C:\NRPortbl\CURRENT\9359\92282218_10.docx |
| Description | C:\NRPortbl\CURRENT\9359\92282218_10.docx |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 46 |
| Deletions | 21 |
| Moved from | 19 |
| Moved to | 19 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 105 |