# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------------- x
In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

----------------------------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

    **COMES NOW**, Chris Theodoridis, (hereinafter the "applicant") and states and requests as follows:

    1.    Applicant is an attorney and member of the law firm of Proskauer Rose LLP, with offices at Eleven Times Square, New York, NY 10036-8299

    2.    Applicant makes the instant request to appear pro hac vice on behalf of the Financial Oversight and Management Board, Jose B. Carrion, III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel.

    3.    Applicant will sign all pleadings with the name Chris Theodoridis.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (*i*) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (*ii*) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); and (*iii*) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567) (Last Four Digits of Federal Tax ID: 3808).

4. Applicant's contact information is as follows:

**Name:** Chris Theodoridis
**Email:** ctheodoridis@proskauer.com
**Telephone:** (212) 969-4244
**Fax:** (212) 969-2900

5. Since 2011, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law.

6. Also, in 2010 applicant took and passed the bar of the state of Massachusetts, although he is not an active member of that bar.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant was admitted *pro hac vice* in case In Re: Light Tower Rentals, Inc., et al., 16-34284 (DRJ) before the United States Bankruptcy Court for the Southern District of Texas.

10. Local counsel of record associated with applicant in this matter is:

    a. **Name**: Hermann D. Bauer,
    b. **USDC-PR Bar No.**: 215205
    c. **Law Firm**: O'NEILL & BORGES LLC
    d. **Address**: 250 Muñoz Rivera Avenue, Suite 800, San Juan, PR 00918-1813.
    e. **Email**: hermann.bauer@oneillborges.com
    f. **Telephone**: (787) 764-8181
    g. **Fax**:  (787) 753-8944

11. Applicant has read the local rules of this court and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case.

Date: August 8, 2017.

                Chris Theodoridis
                Printed Name of Applicant

                S/Chris Theodoridis
                Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: August 8, 2017.

                Herman D. Bauer
                Printed Name of Local Counsel

                S/Herman D. Bauer
                Signature of Local Counsel