AO435 (Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

Read Instructions on Back.

FOR COURT USE ONLY:

DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Geoffrey Alexander Team |
| 2 | PHONE NUMBER | (704) 927-2900 |
| 3 | DATE | August 10, 2017 |
| 4 | MAILING ADDRESS | 13950 Ballantyne Corporate Place St #185 |
| 5 | CITY | Charlotte |
| 6 | STATE | NC |
| 7 | ZIP CODE | 28277 |
| 8 | CASE NUMBER | 17-03283 |
| 9 | JUDICIAL OFFICIAL | Laura Taylor Swain |
| 10 | FROM | 08/08/2017 |
| 11 | TO | 08/09/2017 |
| 12 | CASE NAME | In re: Financial Oversight and Management Board |
| 13 | CITY | San Juan |
| 14 | STATE | Puerto Rico |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Complete Transcript both days |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [x] | NO. OF COPIES  1 | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18 & 19)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL   0

18. SIGNATURE  Geoffrey Team

19. DATE  08/10/2017

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE | BY |
|---|---|---|
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECIEVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous Editions of this form may still be used)   ORIGINAL – COURT COPY   YELLOW – TRANSCRIPTION COPY   GREEN – ORDER RECEIPT   PINK – ORDER COPY