# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF FILING OF AMENDED PROPOSED ORDER REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO FOR ORDER APPROVING THE EMPLOYMENT OF SEGAL CONSULTING

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") respectfully files the amended proposed order attached hereto as Exhibit A (the "**Amended Proposed Order**") regarding the *Application of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Order Approving the Employment of Segal Consulting* [Dkt. No. 671] (the "**Application**").[2] In response to this Court's comments at the August 9, 2017 hearing on the Application, the Amended Order provides that Segal

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

[2] A redline of the Amended Order to the original proposed order attached to the Application is attached hereto as Exhibit B.

Consulting will keep its time entries and bill in 1/10 hour increments. The Retiree Committee did not receive any other comments or objections to the Application and therefore respectfully requests that the Court enter the Amended Order.

| | |
|---|---|
| August 10, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Edificio Union Plaza |
| 919 Third Ave | PH-A piso 18 |
| New York, NY 10022-3908 | Avenida Ponce de León #416 |
| rgordon@jenner.com | Hato Rey, San Juan |
| rlevin@jenner.com | Puerto Rico 00918 |
| 212-891-1600 (telephone) | ajb@bennazar.org |
| 212-891-1699 (facsimile) | 787-754-9191 (telephone) |
| | 787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*) | |
| Melissa Root (admitted *pro hac vice*) | *Counsel for The Official Committee of Retired* |
| 353 N. Clark Street | *Employees of Puerto Rico* |
| Chicago, IL 60654 | |
| csteege@jenner.com | |
| mroot@jenner.com | |
| 312-222-9350 (telephone) | |
| 312-239-5199 (facsimile) | |