# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9019(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economics Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, John T. Dorsey of Young Conaway Stargatt & Taylor, LLP hereby enters his appearance in the above-captioned Title III cases (the "Title III Cases") as counsel to Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico ("Popular"). Popular hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

01:22055204.5

Bankruptcy Code, that the undersigned name be added to the mailing list maintained by the Clerk in the Title III Cases, and that the Clerk and all other parties-in-interest in the Title III Cases provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the Title III Cases, to the addresses set forth below:

> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
> Rodney Square
> 1000 N. King Street
> Wilmington, DE 19801
> Attn: John T. Dorsey
> Telephone: (302) 571-6000
> Facsimile: (302) 571-1253
> Email: jdorsey@ycst.com
>
> **CM\ECF Notification**: bankfilings@ycst.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the provisions of PROMESA, the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, cash-flow reports, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Title III Cases and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telex, electronically or otherwise filed or given with regard to the Title III Cases and the proceedings therein, all of which shall be sent to the attorney listed above.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleadings, claim, or suit is intended or shall be deemed to waive any rights of Popular (1) to trial by jury in any proceeding so triable in the Title III Cases or any case, controversy, or proceeding related to the Title III Cases; or (2) to rights, claims, actions,

01:22055204.5

2

defenses, setoffs, recoupments, or remedies to which Popular is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved hereby.

JOHN T. DORSEY, ONE OF THE UNDERSIGNED ATTORNEYS, HEREBY CERTIFIES that he electronically filed the foregoing with the Clerk of the Court using the CM\ECF system which will notify case participants.

Dated: August 10, 2017
San Juan, Puerto Rico

Respectfully submitted,

*S/ Angélica Toro-Lavergne*
USDC-PR Bar No. 214804

Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: (787) 753-1017
Facsimile: (787) 754-4984
E-mail: Angélica.Toro@popular.com

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John T. Dorsey*
James L. Patton (admitted *pro hac vice*)
Robert S. Brady (admitted *pro hac vice*)
John T. Dorsey (admitted *pro hac vice*)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to Popular, Inc., Popular Securities LLC and Banco Popular de Puerto Rico*