IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------------x

**<u>NOTICE OF HEARING</u>**

In accordance with the Order of Reference to a Magistrate Judge (Docket No. 764), the Order Granting an Adjournment (Docket No. 912), and the parties' agreement, a hearing to address the Motion of the Official Committee of Unsecured Creditors For an Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis (Docket No. 706) has been rescheduled before Magistrate Judge Dein as follows:

1. The hearing shall be held on Tuesday, August 22, 2017, at 1:00 p.m., in Courtroom #1 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, <u>and</u> in Courtroom #18 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

2. Judge Dein will be present in the Massachusetts courtroom. Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom. **Counsel who intend to present oral argument at the hearing must file an Informative Motion** stating their name and the party for which they intend to appear, **no later than August 18, 2017 at noon.**

3. Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the Massachusetts courthouse and in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **August 18, 2017 at noon** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: August 10, 2017