UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING BRIEFING OF
THE MOTION FOR RELIEF FROM STAY FILED BY ALVIN MARRERO-MÉNDEZ

    The Court has received and reviewed the *Motion for Relief from Stay* (the "Motion") filed by Alvin Marrero-Méndez (the "Movant"). (Docket Entry No. 952.) Opposition papers to the Motion must be filed by **August 22, 2017**. Movant's reply papers must be filed by **August 29, 2017**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

    SO ORDERED.

Dated: August 11, 2017

                                                                                 /s/ Laura Taylor Swain
                                                                                 LAURA TAYLOR SWAIN
                                                                                  United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).