**Presentment Date**: August 21, 2017 at 12:00 p.m. (prevailing Eastern Time)
**Objection Deadline**: August 20, 2017 at 4:00 p.m. (prevailing Eastern Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 4780-LTS[3] |
| PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"), | |
| Debtor.[2] | |

---------------------------------------------------------------x

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

[3] The PREPA title III case is not jointly administered with the Commonwealth of Puerto Rico, *et al.* title III cases jointly administered under No. 17 BK 3283-LTS. This Application is filed both in the PREPA title III case and the Commonwealth of Puerto Rico, *et al.* title III cases.

### NOTICE OF PRESENTMENT OF APPLICATION OF OVERSIGHT BOARD FOR ENTRY OF ORDER AUTHORIZING EMPLOYMENT AND PAYMENT OF PHOENIX MANAGEMENT SERVICES, LLC AS FINANCIAL ADVISOR FOR MEDIATION TEAM

**PLEASE TAKE NOTICE** that the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA," and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[4] filed the *Application of Oversight Board for Entry of Order Authorizing Employment and Payment of Phoenix Management Services, LLC as Financial Advisor For Mediation Team* [Case No. 17 BK 3283-LTS, ECF No. 1018; Case No. 17 BK 4780-LTS, ECF No. 229] (the "Application").

**PLEASE TAKE FURTHER NOTICE** that the Oversight Board will present the Application to the Honorable Laura Taylor Swain, United States District Judge, for approval and signature on **August 21, 2017 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Application, with proof of service, is filed with the clerk of the Court and served, with a courtesy copy delivered to the Standard Parties (as defined in the First Amended Case Management Procedures [Case No. 17 BK 3283-LTS, ECF No. 262-1; Case No. 17 BK 4780-LTS, ECF No. 11]), and, if applicable, each Affected Party (as defined in the First Amended Case Management

---

[4] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Procedures), no later than on **August 20, 2017 at 4:00 p.m. (prevailing Eastern Time)**, no hearing will be held and the Application may be approved.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application, including all exhibits, and all documents filed in these title III cases are available (a) in the cases of the Commonwealth, COFINA, HTA, and ERS, free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, (b) in the case of PREPA, free of charge by visiting http://dm.epiq11.com/#/case/PR1/info or by calling +1 (888) 697-8557, and (c) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: August 13, 2017
      San Juan, Puerto Rico

Respectfully submitted,

/s/  Martin J. Bienenstock
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/  Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

3