# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>            as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                              Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### POPULAR, INC., POPULAR SECURITIES LLC, AND BANCO POPULAR DE PUERTO RICO'S INFORMATIVE MOTION REGARDING AUGUST 22 HEARING TO ADDRESS THE COMMITTEE'S BANKRUPTCY RULE 2004 MOTION

Popular, Inc. ("Popular"), Popular Securities LLC ("Popular Securities"), and Banco Popular de Puerto Rico ("Banco Popular," and collectively with Popular and Popular Securities, the "Popular Entities") submit this informative motion in response to the Court's *Notice of Hearing* [ECF No. 1005, 17 BK 3283], and respectfully state as follows:

1. Robert S. Brady intends to speak on behalf of the Popular Entities at the August 22, 2017 hearing with respect to all matters relating to the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* [ECF No. 706, 17 BK 3283] (the "Motion").

2. Mr. Brady will appear in person in Courtroom No. 18 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

3. Mr. Brady also appears to respond to any matters raised by the Court or to any statements made by interested parties in connection with the Motion or the above-captioned Title III proceedings.

01:22249006.1

Dated: August 14, 2017
     San Juan, Puerto Rico      Respectfully submitted,

*/s/ Angélica Toro-Lavergne*
USDC-PR Bar No. 214804

Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: 787-753-1017
Facsimile: 787-754-4984
E-mail: Angélica.Toro@popular.com

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert S. Brady*
James L. Patton (*admitted pro hac vice*)
Robert S. Brady (*admitted pro hac vice*)
John T. Dorsey (*admitted pro hac vice*)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico*