IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>      Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3284-LTS |

## NOTICE OF SUBSTITUTION OF ATTORNEYS

TO THE HONORABLE COURT:

Notice is hereby given, subject to approval by the Court, that Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. (collectively, the "Whitebox Funds"), substitute Moraima S. Ríos-Robles, USDC-PR No. 224912, as their local counsel of record in place of Charles A. Bimbela-Quiñones.

The Whitebox Funds are also represented in the instant case by Kenneth R. David, Daniel A. Fliman, and Isaac S. Sasson, who have been authorized to appear *pro hac vice* on their behalf. Pursuant to L.Cv.R. 83A(f), Moraima S. Ríos-Robles consents to the designation of local counsel for all purposes.

I consent to be the above substitution:

*s/ Mark Strefling*
Mark Strefling
Whitbeox Advisors, LLC on behalf of the Whitebox Funds
August 8, 2017

I consent to being substituted:

*s/ Charles A. Bimbela-Quiñones*
Charles A. Bimbela-Quiñones, Esq.
USDC-PR No. 203414
August 8, 2017

I consent to the above substitution:

*s/ Moraima S. Ríos-Robles*
Moraima S. Ríos-Robles, Esq.
USDC-PR No. 224912
August 8, 2017

**WHEREFORE** the Whitebox Funds respectfully request the Court to approve the substitution of attorneys contained herein, enter appearance of Moraima S. Ríos-Robles as its local counsel on their behalf and to notify her with copies of all filings and notices henceforth.

**RESPECTFULLY SUBMITTED**.

In Guaynabo, Puerto Rico, this 14 day of August, 2017.

<div style="display: flex;">

<div>

**ARROYO & RIOS LAW OFFICES, P.S.C.**
*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., and Whitebox Term Credit Fund I L.P.*

PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.: (787) 522-8080
Fax: (787) 523-5696
E-mail: mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912

*s/ Jessica A. Figueroa-Arce*
Jessica A. Figueroa Arce
USDC-PR No. 225206

</div>

<div>

**KASOWITZ BENSON TORRES LLP**
*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., and Whitebox Term Credit Fund I L.P.*

1633 Broadway
New York, NY 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800

Kenneth R. David (pro hac vice)
E-mail: kdavid@kasowitz.com
Daniel A. Fliman (pro hac vice)
E-mail: dfliman@kasowitz.com
Isaac S. Sasson (pro hac vice)
E-mail: isasson@kasowitz.com

</div>

</div>

## CERTIFICATE OF SERVICE

We hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's June 6, 2017 First Amended Case Management Order. (*See* [Docket No. 262] § 2.I.)

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912

3