IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | No. 17-BK-03283 (LTS) |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtor[1] | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, Andrés F. Picó Ramírez of Jiménez, Graffam & Lausell, hereby enters his

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-3283 (LTS) Page -2-
==============================================================

appearance in the above proceeding ("Proceeding") as co-counsel to the Ad Hoc Group of General Obligation Bondholders.[2]

The Ad Hoc Group of General Obligation Bondholders hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, that the undersigned be added to the mailing list maintained by the Clerk in the Proceeding, and that the Clerk and all other parties in the Proceeding provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee, to the persons listed below:

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
August 15th, 2017

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
|---|---|
| Andrew N. Rosenberg (*pro hac vice*) | Lawrence S. Robbins (*pro hac vice*) |
| Richard A. Rosen (*pro hac vice*) | Mark T. Stancil (*pro hac vice*) |
| Walter Rieman (*pro hac vice*) | Gary A. Orseck (*pro hac vice*) |
| Kyle J. Kimpler (*pro hac vice*) | Kathryn S. Zecca (*pro hac vice*) |
| Karen R. Zeituni (*pro hac vice*) | Ariel N. Lavinbuk (*pro hac vice*) |
| 1285 Avenue of the Americas | Donald Burke (*pro hac vice*) |
| New York, NY 10019 | Lanora C. Pettit (*pro hac vice*) |
| Telephone: (212) 373-3000 | Joshua S. Bolian (*pro hac vice*) |
| Facsimile: (212) 757-3990 | 1801 K Street, NW |
| E-Mail: arosenberg@paulweiss.com | Washington, D.C. 20006 |
| rrosen@paulweiss.com | Telephone: (202) 775-4500 |
| wrieman@paulweiss.com | Facsimile: (202) 775-4510 |
| kkimpler@paulweiss.com | E-Mail: lrobbins@robbinsrussell.com |
| kzeituni@paulweiss.com | mstancil@robbinsrussell.com |
|  | gorseck@robbinsrussell.com |

---

[2] The Ad Hoc Group of General Obligation Bondholders consists of certain funds managed or advised by Aurelius Capital Management, LP, Autonomy Capital (Jersey) LP, FCO Advisors LP, Franklin Mutual Advisers LLC, Monarch Alternative Capital LP, Senator Investment Group, LP, and Stone Lion Capital Partners L.P.

CIVIL NO. 17-3283 (LTS) Page -3-
================================================================

**JIMÉNEZ, GRAFFAM &LAUSELL**
By: /s/ *Andrés F. Picó Ramírez*
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
E-Mail: apico@jgl.com

kzecca@robbinsrussell.com
alavinbuk@robbinsrussell.com
dburke@robbinsrussell.com
lpettit@robbinsrussell.com
jbolian@robbinsrussell.com