IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 17-03283 |
|---|---|
| COMMONWEALTH OF PUERTO RICO<br>Debtor | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW CENTRO DEL SUR MALL, LLC a creditor in the above captioned proceeding, through the undersigned attorney and most respectfully prays that the appearing creditor's attorney be included in the Master Address List and that she be served with copy of all motions and notices in relation with this proceeding.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of such filing to all interested parties and CM/ECF participants.

Respectfully submitted.

In San Juan, Puerto Rico this 15th day of August, 2017

\S\ MARÍA FERNANDA VÉLEZ PASTRANA
USDC-PR 212001
P.O. Box 195582
San Juan, P. R. 00919-5582
Tel. (787) 793-3628
mfvelezquiebras@gmail.com