IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

    Please enter the appearance of Cesar A. Lopez-Morales as counsel of record for the United States of America in the above-captioned matter.

This 15th day of August 2017.

                              Respectfully submitted,

                              ROSA E. RODRIGUEZ-VELEZ
                              United State Attorney

                              JENNIFER D. RICKETTS
                              Director, Federal Programs Branch

                              CHRISTOPHER R. HALL
                              Assistant Director

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

    Federal Programs Branch

    JEAN LIN
    Special Counsel
    Federal Programs Branch

    /s/ *Cesar A. Lopez-Morales*
    CESAR A. LOPEZ-MORALES (USDC-PR No. G02704)
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    (202) 305-8550 (office)
    (202) 616-8460 (fax)
    Cesar.a.lopez-morales@usdoj.gov

    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

/s/ Cesar A. Lopez-Morales
Cesar A. Lopez-Morales