UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

On July 24, 2017, Hospital San Juan Capestrano, Inc. (the "Movants") filed a motion (the "Motion") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362 (as incorporated by 48 U.S.C. § 2161) with respect to the continuation of a civil lawsuits against the Commonwealth of Puerto Rico (the "Commonwealth"), Civil Case No. K PE2013-0729 and No. C PE2017-0068 (collectively, the "Actions") pending before the San Juan Court and Arecibo Court, respectively. On August 7, 2017, the Commonwealth and the Movants filed a joint motion (the "Joint Motion") requesting relief from the automatic stay in the Commonwealth's Title III case to allow the re-location of certain Minor children pursuant to orders issued in the Actions. Based upon the Court's review of the Motion and the Joint Motion, it is hereby

**ORDERED**, that the automatic stay, in effect pursuant 48 U.S.C. § 2161, is hereby modified to permit the Movants to work with the Commonwealth in the context of the Actions to re-locate the Minors referred to in the Motion to an appropriate residential facility; and it is further

**ORDERED**, that this Court shall retain jurisdiction in connection with all matters arising in or arising out of the implementation of this Order; and it is further

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDERED**, that the stay remains in place in all other respects.

This Order resolves docket entry nos. 730 and 948.

SO ORDERED.

Dated: August 15, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge