UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER GRANTING JOINT MOTION AND STIPULATIONS CONCERNING
THE REQUEST FOR RELIEF OF STAY FILED BY HTA MANAGERIAL EMPLOYEES

On July 19, 2017, certain current and former employees of the Puerto Rico Highway Transportation Authority (HTA) listed on exhibit I to the motion (collectively, the "Movants") filed a motion (the "Motion") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362 (as incorporated by 48 U.S.C. § 2161) with respect to the various employment actions pending before judicial and administrative tribunals. (Docket Entry No. 663.) On August 15, 2017, HTA and the Movants filed a joint motion (the "Joint Motion") requesting that the Court hold the Motion in abeyance for a period of ninety (90) days expiring on November 12, 2017. (Docket Entry No. 1032.) Based upon the Court's review of the Joint Motion, it is hereby

**ORDERED**, that the Joint Motion is granted as set forth herein; and it is further

**ORDERED**, that the Joint Motion is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the motion for relief from the automatic stay; and it is further

**ORDERED**, that this Court shall retain jurisdiction in connection with all matters arising in or arising out of the implementation of this Order; and it is further

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDERED**, that this Order resolves docket entry no. 1032.

SO ORDERED.

Dated: August 15, 2017

                                                                          /s/ Laura Taylor Swain  
                                                                        LAURA TAYLOR SWAIN  
                                                                        United States District Judge