IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## **NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record, please take notice of the appearance of the following counsel for the United States:

Jean Lin
Special Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

Dated: August 15, 2017.

    Respectfully submitted,

    ROSA E. RODRIGUEZ-VELEZ
    United State Attorney

    JENNIFER D. RICKETTS
    Director, Federal Programs Branch

    CHRISTOPHER R. HALL
    Assistant Director
    Federal Programs Branch

    /s/ *Jean Lin*
    JEAN LIN (USDC-PR No. G02514)
    Special Counsel
    CESAR A. LOPEZ-MORALES (USDC-PR No. G02704)
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    (202) 514-3716 (office)
    (202) 616-8202 (fax)
    Jean.lin@usdoj.gov

    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

/s/ Jean Lin
Jean Lin