UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                       No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                          (Jointly Administered)
et al.,

            Debtors.[1]

---------------------------------------------------------x

ORDER

On August 8, 2017, the Court issued a Scheduling Order relating to the *Motion to*

*Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue*

(case no. 17 BK 3567, docket entry no. 228 (the "Motion")) and the accompanying *Proposed*

*Order to Show Cause* (case no. 17 BK 3567, docket entry no. 229).  (Docket entry no. 961 (the

Scheduling Order).)  The Scheduling Order required the party that filed the Motion,

Interamericas Turnkey, Inc. (the "Movant"), to file the Motion in the lead case—as required by

the orders of this Court directing joint administration and establishing case management

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

procedures—by August 11, 2017, or the Motion would be denied without prejudice. The

Movant has failed to do so, and accordingly the Motion is denied without prejudice to renewal in

compliance with the Court's orders.

This Order resolves docket entry nos. 228 and 229 in case no. 17 BK 3567.

SO ORDERED.

Dated: August 16, 2017

       _/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
United States District Judge