## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

### INFORMATIVE MOTION OF THE
### OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
### OF THE COMMONWEALTH OF PUERTO RICO REGARDING
### PARTICIPATION IN THE AUGUST 22, 2017 HEARING

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the

"**Retiree Committee**") hereby submits this informational motion in response to this Court's *Notice*

*of Hearing* (Dkt. No. 1005), and respectfully states as follows:

1.      Richard Levin will appear and speak on behalf of the Retiree Committee at the

August 22, 2017 hearing with respect to all matters relating to the *Motion Of Official Committee*

*Of Unsecured Creditors For Order, Under Bankruptcy Rule 2004, Authorizing Discovery*

*Program With Respect To Certain Causes Of The Puerto Rico Financial Crisis* (the "**Motion**")

and the Title III Cases.

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

2.      Mr. Levin will appear in person in Courtroom No. 18 of the United States District

Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 00210.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of

the foregoing.

August 16, 2017                              Respectfully submitted,

JENNER & BLOCK LLP                           BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:                                          By:
*/s/ Robert Gordon*                          */s/ A.J. Bennazar-Zequeira*
Robert Gordon (admitted *pro hac vice*)      A.J. Bennazar-Zequeira
Richard Levin (admitted *pro hac vice*)      Edificio Union Plaza
919 Third Ave                                PH-A piso 18
New York, NY 10022-3908                      Avenida Ponce de León #416
rgordon@jenner.com                           Hato Rey, San Juan
rlevin@jenner.com                            Puerto Rico 00918
212-891-1600 (telephone)                     ajb@bennazar.org
212-891-1699 (facsimile)                     787-754-9191 (telephone)
                                             787-764-3101 (facsimile)
Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)       *Counsel for The Official Committee of Retired*
353 N. Clark Street                          *Employees of Puerto Rico*
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
312-222-9350 (telephone)
312-239-5199 (facsimile)