## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD<br>FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>Debtor | PROMESA<br>Title III<br><br><br><br><br><br><br>Case No. 17BK3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD<br>FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA")<br>Debtor | PROMESA<br>Title III<br><br><br><br><br><br><br>Case No. 17BK3284 |

### **MOTION TO INFORM FILING OF PROOF OF CLAIMS**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

    **COMES NOW** Levy Echeandía Trust ("Levy-Echeandía Trust"), Inmobiliaria Levy, Inc., ("Inmobiliaria Levy"), Francisco Levy Hijo, Inc. ("Francisco Levy"), Ricardo Levy Echeandía and Lourdes Arce Rivera ("Levy-Arce"), Laura Levy ("Levy"), hereinafter referred to as collectively as LEVY, by and through its undersigned counsel, and respectfully submit their respective proof of claims and supporting documents.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the filing of the respective proof of claims and supporting documents.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 16th of August, 2017.

s/ **ANDRES L CORDOVA**
P.O. Box 195355
San Juan, Puerto Rico 00919-533
USCD-PR No. 215612
Tel. (787) 751-1912 x 2083
Fax (787) 751-3991
andreslopecordova@gmail.com
acordova@juris.inter.edu