## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br>   as representative of<br><br>The Commonwealth of Puerto Rico, *et al*. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION REGARDING PUERTO RICO MUNICIPALITIES AD HOC COMMITTEE

**TO THE HONORABLE LAURA TAYLOR SWAIN**
**UNITED STATES DISTRICT COURT JUDGE:**

    **NOW COMES** the Ad Hoc Puerto Rico Municipalities Committee (the "Municipalities Committee"), and respectfully states as follows:

    1.    In view of the recent ruling of this Court to deny the request for the creation of an official municipalities committee and the serious lack of resources currently available to the municipalities, the Puerto Rico Municipalities Ad Hoc Committee has reached the painful decision to withdraw its appearance and intervention in the Title III PROMESA proceedings at this time.

    2.    It is clarified that this withdrawal is done without prejudice of reforming the Municipalities Ad Hoc Committee in the future and all the Municipalities reserve their rights to participate individually, as part of a reconstituted Ad Hoc Committee or as part of any other group or collective.

    WHEREFORE, it is hereby requested that the Court take note of the above and grant the request of the Puerto Rico Municipalities Ad Hoc Committee to withdraw as a party in interest in

the instant cases without prejudice.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants of the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on August 16, 2017.

By: */s/ F. David Godreau Zayas*
USDC NO. 123207
*dg@g-glawpr.com*

By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
*rgv@g-glawpr.com*

**Godreau & Gonzalez Law, LLC**
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077

Counsel for the Municipalities
Ad Hoc Committee

Z:\G&G Cases - General\PROMESA\Commonwealth\Motion to Withdraw Ad Hoc Committee.doc