UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING AND REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
OBSERVATION OF AUGUST 23, 2017, ORAL ARGUMENT

      The Court will hear oral argument in connection with the *Urgent Motion for Relief From the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(C)(3), 304(H), IDEA's Sections 1400(C)(6), (C)(8), 1412(A)(6)(A), 1415(D)(2)(L), (I)(3)(B), Bankruptcy Code's Sections 362(B)(4), (D)(1), and Congress' Broad Powers Under the Spending Clause of the U.S. Constitution*, as set forth in Docket Entry No. 741 in the above-captioned case, on **Wednesday, August 23, 2017, at 10:00 a.m.** Atlantic Standard Time in Courtroom 1 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767, and Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      The Movant and the Respondent will each be allocated 20 minutes for their respective arguments.

      Judge Swain will be present in the New York courtroom and video-teleconferencing facilities will be available in the San Juan courtroom. The proceeding will

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

consist of oral argument only. Counsel who intend to present oral argument may make their arguments from the San Juan or New York courtrooms. **Counsel who intend to present argument at the hearing must file an Informative Motion** stating their name, the party for which they intend to appear, and the location (New York or San Juan) at which they intend to appear, **no later than August 21, 2017, at 12:00 p.m.** Atlantic Standard Time.

Other attorneys, members of the press and the general public may attend and observe the hearing in either of the courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated: August 16, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge