# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

## VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO PURSUANT TO BANKRUPTCY RULE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), made applicable to these Title III Cases by section 310 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("**PROMESA**"), and this Court's *Order Regarding The Applicability Of F.R.B.P. 2019 To The Title III Cases And A Further Proposed Amendment To The Case Management Order* (Dkt. No. 754), the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this verified statement (this "**Verified Statement**") and respectfully states as follows:

1. On June 15, 2017, the Office of the United States Trustee for the District of Puerto

---

[1] The Debtors in these jointly-administered PROMESA title III cases (these "**Title III Cases**"), along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Rico, pursuant to section 1102(a)(1) of title 11 of the United States Code, made applicable to these Title III Cases by section 301(a) of PROMESA, appointed nine individuals to the Retiree Committee.

2. In accordance with Bankruptcy Rule 2019, the names of the individuals appointed to the Retiree Committee are: Blanca Paniagua; Carmen Nunez; José Marin; Juan Ortiz; Lydia Pellot; Marcos A. Lopez; Miguel Fabre; Milagros Acevedo; and Rosario Pacheco.[2]

3. Each of the individuals listed in Paragraph 2 is a retiree of the Commonwealth of Puerto Rico or a related governmental entity and holds claims for pension and other retiree benefits.

4. By filing this Verified Statement, the Retiree Committee makes no representation regarding the amount, allowance, or priority of such claims and reserves all rights with respect thereto.

5. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any Retiree Committee member's right to assert, file, or amend her claim(s) in accordance with applicable law and any orders entered in these Title III Cases, including any order establishing procedure for filing proofs of claim.

6. The Retiree Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

[*Remainder of page left intentionally blank*]

---

[2] To protect the privacy of the members of the Retiree Committee, their home addresses are not included in this Verified Statement.

| | |
|---|---|
| August 16, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile)<br><br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile)<br><br>*Counsel for The Official Committee of Retired Employees of Puerto Rico* |

3