UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### APPLICATION FOR ADMISSION
### *PRO HAC VICE OF* KEVIN J. PERRA

    **COMES NOW**, Kevin J. Perra, applicant herein and states and requests as follows:

    1. Applicant is an attorney and a member of the law firm of Proskauer Rose LLP, with offices at:

        **PROSKAUER ROSE LLP**
        Eleven Times Square
        New York, NY 10036
        Tel: (212) 969-3000
        Fax: (212) 969-2900
        Email: KPerra@proskauer.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

2. Applicant will sign all pleadings with the name Kevin J. Perra.

3. The applicant has been and presently is a member in good standing of the bar of the State of Connecticut and the bar of the State of New York. Applicant's Connecticut bar license number is 411508. Applicant's New York bar license number is 2776177.

4. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of Connecticut | 1995 |
| State of New York | 1996 |
| U.S. District Court, Eastern District of New York | 1996 |
| U.S. District Court, Southern District of New York | 1996 |

5. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC-PR Bar No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Email: hermann.bauer@oneillborges.com
> Telephone: (787) 764-8181
> Facsimile: (787) 753-8944

10. Applicant has read the local rules of this Court and will comply with the same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court".

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases.

Date: August 16, 2017

> Kevin J. Perra
> Printed Name of Applicant
>
> */s/ Kevin J. Perra*
> Signature of Applicant

3

      I HEREBY CERTIFY, Pursuant to Local Civil Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: August 17, 2017

<u>Hermann D. Bauer</u>
Printed Name of Local Counsel.

<u>S/Hermann D. Bauer</u>
Signature of Local Counsel.
