```
Court Name: District Court
Division: 1
Receipt Number: PRX100051386
Cashier ID: arodrigu
Transaction Date: 08/17/2017
Payer Name: ONEILL AND BORGES
------------------------------------
PRO HOC VICE
  For: ONEILL AND BORGES
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
  Remitter: ONEILL AND BORGES
  Check/Money Order Num: 61228
  Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF KEVIN
J. PERRA
THRU: HERMANN D. BAUER
```