# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER AMENDING CASE MANAGEMENT PROCEDURES

The Case Management Procedures applicable in these jointly administered Title III proceedings are hereby amended as follows:

1. To provide that service of courtesy copies on the Court is limited to two copies sent to the New York chambers of the undersigned, unless otherwise ordered;

2. To provide a protocol for a pre-motion meet-and-confer period for motions for relief from the automatic stay;

3. To reschedule the September 27, 2017, Omnibus Hearing to October 4, 2017;

4. To schedule Omnibus Hearings through September 2018;

5. To modify the deadlines for filing motion papers relating to Omnibus Hearings and clarify the time zone applicable to filing deadlines; and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

6. To clarify required disclosures under Federal Rule of Bankruptcy Procedure 2019.

The text of the Second Amended Case Management Procedures, and a blackline against the prior version, are attached to this Order as Exhibit 1 and its Annex.

SO ORDERED.

Dated: August 17, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge