**Presentment Date**: August 23, 2017 at 12:00 p.m. (prevailing Eastern Time)
**Objection Deadline**: August 22, 2017 at 4:00 p.m. (prevailing Eastern Time)

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Nos. 716, 907, 953, and 1063** |

---------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF FOURTH
REVISED ORDER SETTING PROCEDURES FOR INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS**

**PLEASE TAKE NOTICE** that upon the *Motion of Debtors Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 716] (the "Motion"), the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (together with the Commonwealth, COFINA, and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] will present a fourth revised proposed order, attached hereto as **Exhibit A** (the "Fourth Revised Proposed Order"), to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918- 1767 for signature on **August 23, 2017 at 12:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit A to the Motion is the Debtors' initial proposed order in connection therewith (the "Initial Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that on August 7, 2017, the Debtors, by and through the Oversight Board, filed a first revised proposed order to the Motion [ECF No. 907].

**PLEASE TAKE FURTHER NOTICE** that on August 8, 2017, the Debtors, by and through the Oversight Board, filed a second revised proposed order to the Motion [ECF No. 953].

**PLEASE TAKE FURTHER NOTICE** that on August 16, 2017, the Debtors, by and through the Oversight Board, filed a third revised proposed order to the Motion [ECF No. 1063] (the "Third Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparing the Fourth Revised Proposed Order against the Initial Proposed Order, demonstrating the cumulative revisions incorporated into the Fourth Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is a redline comparing the Fourth Revised Proposed Order against the Third Revised Proposed Order, demonstrating the incremental revisions incorporated into the Fourth Revised Proposed Order.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Fourth Revised Proposed Order is filed with the Court **no later than August 22, 2017 at 4:00 p.m. (prevailing Eastern Time)**, no hearing will be held and the Fourth Revised Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Dated: August 17, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/* Martin J. Bienenstock

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial*
*Oversight and Management Board*
*as representative for the Debtors*

*/s/* Hermann D. Bauer

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial*
*Oversight and Management Board*
*as Representative for the Debtors*

## **Exhibit A**

**Fourth Revised Proposed Order**

**Exhibit B**

**Redline against Initial Proposed Order**

**Exhibit C**

**Redline against Third Revised Proposed Order**