# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
:
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                              :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,            :  Title III
                                                                         :
    as representative of                                    :  Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO *et al.,*       :  (Jointly Administered)
                                                                         :
    Debtors.[1]                                                  :
                                                                         :
------------------------------------------------------------------------ x

**INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN COMPLIANCE WITH NOTICE OF HEARING REGARDING AUGUST 22, 2017 HEARING TO ADDRESS COMMITTEE'S MOTION FOR ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY PROGRAM WITH RESPECT TO CERTAIN CAUSES OF PUERTO RICO FINANCIAL CRISIS**

To the Honorable United States Magistrate Judge Judith Gail Dein:

    The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico (and other title III debtor(s) (if any) for which it acts as the official committee of unsecured creditors) (the "Committee") hereby submits this informative motion in response to the Court's *Notice of Hearing*, dated August 10, 2017 [Docket No. 1005] and respectfully states as follows:

    1.    Luc A. Despins and James B. Worthington of Paul Hastings LLP will appear in person on behalf of the Committee at the August 22, 2017 hearing (the "Hearing") in Courtroom

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

18 of the United States District Court for the District of Massachusetts, and address, as necessary, the following matters:

(a) *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis* [Docket No. 706]; and

(b) Any statements made by any party in connection with the title III cases or any adversary proceeding pending therein.

2. The principal speaker on behalf of the Committee will be Luc. A. Despins.

[*Remainder of page intentionally left blank.*]

**WHEREFORE**, the Committee respectfully requests that the Court take notice of the above.

Dated: August 18, 2017
      San Juan, Puerto Rico

/s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Michael E. Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Proposed Replacement Local Counsel to the Official Committee of Unsecured Creditors*