# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION AND NOTICE OF
## REQUEST TO BE HEARD AT AUGUST 22, 2017 HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's Notice of Hearing [ECF No. 1005], the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the August 22, 2017 hearing in Courtroom 18 of the United States District Court for the District of Massachusetts. Kyle J. Kimpler of Paul, Weiss, Rifkind, Wharton & Garrison LLP will appear on behalf of the GO Group and will be prepared to respond to any questions that the Court may have and that other parties-in-interest may raise during the hearing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

Dated: San Juan, Puerto Rico
August 18, 2017

Respectfully submitted,

/s/ Kyle J. Kimpler
Andrew N. Rosenberg (admitted *pro hac vice*)
Walter Rieman (admitted *pro hac vice*)
Richard A. Rosen (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

/s/ Mark T. Stancil
Mark T. Stancil (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Ariel N. Lavinbuk (admitted *pro hac vice*)Donald Burke (admitted *pro hac vice*)
**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**
1801 K Street, N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

/s/ *Ramón Rivera Morales*
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
**JIMÉNEZ, GRAFFAM & LAUSELL**
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Facsimile: (787) 751-4068

*Counsel to the Ad Hoc Group of General Obligation Bondholders*