**Exhibit A**
**Proposed Order**

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------------------- x

**ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY PROGRAM WITH RESPECT TO CERTAIN CAUSES OF PUERTO RICO FINANCIAL CRISIS**

Upon consideration of the *Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* (the "Motion"),[2] and the exhibits attached thereto, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to PROMESA section 310; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of this Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion,

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

the Court finds that examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure is appropriate, including but not limited to examination of the documents sought in the Document Requests identified as Exhibits B to H of the Motion (the "Document Requests"). Accordingly, it is hereby ORDERED THAT:

1. The Committee is authorized to commence an investigation concerning the issuance, sale, and creation of Commonwealth Debt (the "Discovery Program").

2. The Committee is authorized to issue the Document Requests attached as Exhibits B to H to the Motion.

3. Following execution and subject to the terms of a protective order in form and substance reasonably acceptable to the Committee, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee"), the COFINA Agent (as defined in the *Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* [ECF No. 996] (the "Commonwealth-COFINA Dispute Stipulation")), and the recipients of the Documents Requests, the Committee shall provide the COFINA Agent and the Retiree Committee with all documents and information obtained in connection with the discovery authorized by this Order. For the avoidance of doubt, documents and information (including, but not limited to, privileged documents and information) that may be received by the Committee in its capacity as an agent of the Commonwealth in connection with resolution of the Commonwealth-COFINA Dispute (as defined in the Commonwealth-COFINA Dispute Stipulation) shall not be subject to the terms of this Order.

4. The Committee and recipients of the Document Requests are directed to meet-and-confer concerning the scope and timing of production in response to the Document Requests, including, without limitation, objections to any specific Document Request, claims of

2

privilege or other protection from disclosure, confidentiality issues, and issues concerning the scope and timing of production in response to the Document Requests. For the avoidance of doubt, other than authorizing the Committee to issue the Document Requests, this Order does not address, waive, or otherwise affect any rights of any person or entity to assert or make objections to any Document Request, objections as to discovery scope and timing, claims of privilege or other protections from disclosure, or claims of confidentiality, all of which are reserved including rights to seek protective orders.

5. The terms of and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: August \_\_\_\_, 2017

_____
HON. JUDITH G. DEIN
UNITED STATES DISTRICT JUDGE

3