NOW                                                                                    24/06/2017 07:00 pm

**Carrión on the audit: "It's a waste of time"**
**(video)**

The Chairman of the Fiscal Oversight Board [JCF by its Spanish acronym], José Carrión III, once again addressed the subject of the audit of the public debt, which surpasses 70 billion dollars, stating he considers the audit process requested by various sectors of the country as "a waste of time."

Upon leaving the Chamber of Commerce Convention in Fajardo, today, Saturday, Carrión stated, "The thing is that the subject of the debt audit is sort of like an appealing argument by the left."

Likewise, Carrión stated that "the Board believes that the auditing mechanisms already exist," referring to the bankruptcy proceedings being held in Federal Court by Judge Taylor Swain.

Carrion concluded by saying, "If someone wants to audit the debt, the private sector can do it. I think it's a waste of time."

Watch Carrión III's statements in the following video:



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.