# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

CAESARS ENTERTAINMENT
OPERATING COMPANY, INC., *et al.*,

Debtors.

Chapter 11

Case No. 15-01145 (ABG)

(Jointly Administered)

Re: Docket No. 369

## ORDER AUTHORIZING THE EXAMINATION OF ~~DOCUMENTS~~ THE DEBTORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004

This matter coming before the Court on the Motion of the Official Committee of Second Priority Noteholders for an Order Authorizing The Production For Documents Pursuant To Federal Rule Of Bankruptcy Procedure 2004 (the "Motion"), filed by the Noteholder Committee;[1] the Court having reviewed the Motion and having considered the statements of counsel at a hearing before the Court (the "Hearing"); ~~the Court finding that: (a) the Court has~~ jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and ~~1334; (b)~~ this is a core proceeding pursuant to 28 U.S.C. § 157(b); and ~~(c) notice~~ of the Motion and the Hearing was sufficient under the circumstances; and the Court having determined that the legal and factual bases set ~~forth in the Motion and at the Hearing establish just cause for the relief granted herein.~~

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Noteholder Committee is authorized to ~~serve requests for examination~~ take the Rule 2004 examination of the Debtors ~~upon the Debtors, the Special Governance Committee, and their advisors, seeking the production of the 35,000-37,000 documents received and assembled by the Special Governance Committee~~

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

~~in the course of its investigation of potential claims that the Debtors and/or their creditors may~~ have against CEC, its non-Debtor affiliates, or their private equity sponsors.

3. The Debtors will respond within five (5) business days of service of the request for production.

4. This Order is without prejudice to the issuance of further discovery requests by the Committees, pursuant to Bankruptcy Rule 2004 or otherwise.

5. The Court will retain jurisdiction with respect to any matters, claims, ~~rights or disputes arising from or related to the implementation of this Order.~~

Dated: **0 4 MAR 2015**
Chicago, Illinois

_____
The Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

-2-