UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-01145 (ABG)<br><br>(Jointly Administered) |
| STATUTORY UNSECURED CLAIMHOLDERS' COMMITTEE,<br><br>Movant,<br><br>-against-<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., CAESARS ENTERTAINMENT CORPORATION, APOLLO GLOBAL MANAGEMENT, LLC, AND TPG CAPITAL, LP,<br><br>Respondents. | |

ORDER AUTHORIZING EXAMINATIONS OF
DEBTORS AND CERTAIN THIRD PARTIES PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 AND LOCAL RULE 9013-9

This matter coming before the Court on the *First Supplemental Routine Motion of Statutory Unsecured Claimholders' Committee for an Order, Pursuant to Bankruptcy Rule 2004 and Local Rule 9013-9, Authorizing Examinations of the Debtors and Certain Third Parties* (the "Motion"), filed by the statutory unsecured claimholders' committee (the "UCC"); the Court having reviewed the Motion and having considered the statements of counsel at a hearing on

---

[1] Due to the large number of Debtors in these jointly-administered chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein, but may be obtained at https://cases.primeclerk.com/CEOC.

49358747v2

May 27, 2015 (the "Hearing");

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The UCC is authorized to ~~issue (i) subpoenas to the Rule 2004 Parties[2] for the production of documents, electronically stored information, or tangible things responsive to requests relating to the Examination Topics described in the Motion and (ii) deposition subpoenas to the Rule 2004 Parties.~~ take the Rule 2004 examinations of the debtors, Caesars Entertainment Corp., Apollo Global Management, LLC, and TPG Capital, LP.

Dated: 2 2 MAY 2015
Chicago, Illinois

_____
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

---

[2] Capitalized terms used but otherwise not defined herein shall have the meaning given to them in the Motion.

2