UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtor.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------------------x

CENTRO DE PERIODISMO INVESTIGATIVO, INC.,

    Movant.

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

    Respondent.

------------------------------------------------------------------------------x

**NOTICE THAT THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO WILL NOT REQUEST A HEARING IN CONNECTION WITH CENTRO DE PERIODISMO INVESTIGATIVO'S MOTION FOR RELIEF FROM <u>STAY</u>**

Currently pending in these Title III proceedings is Centro de Periodismo Investigativo's

("CPI") Motion for Relief From Stay Imposed By U.S. District Judge Garcia-Gregory (the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (*i*) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (*ii*) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); and (*iii*) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567) (Last Four Digits of Federal Tax ID: 3808).

"Motion"). In this Court's Order setting briefing on the Motion, it stated that at the close of briefing "[t]he Court will … take the Motion on submission, unless a party thereto requests a hearing." (Dkt. No. 745)

The Financial Oversight and Management Board for Puerto Rico ("FOMB"), filed a timely opposition to the Motion on August 8, 2017. In its opposition brief, the FOMB "respectfully reserve[d] its right to request a hearing once the motion is deemed fully submitted." On August 15, 2017, CPI filed its reply brief. CPI has not requested a hearing in its papers.

FOMB submits this Notice to inform the Court that, upon review of CPI's reply brief and consistent with the Court's view of this matter, FOMB does not seek a hearing on the Motion.

Dated: August 18, 2017
New York, NY

*/s/Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
sratner@proskauer.com

Timothy W. Mungovan (*pro hac vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
Email: tmungovan@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/Hermann D. Bauer*
Hermann D. Bauer