## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1061**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Informative Motion relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS** |

### INFORMATIVE MOTION REGARDING INTENT TO APPEAR AT AUGUST 23, 2017 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through

its undersigned counsel, hereby states and prays as follows.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      The undersigned, as counsel to AAFAF, appearing in this proceeding on behalf of the Government of the Commonwealth of Puerto Rico (the "Commonwealth"), hereby respectfully submits this Informative Motion in response to the Court's order entered on August 16, 2017 [ECF No. 1061] (17-BK-3283-LTS).

2.      The following counsel intends to appear in person in the New York courtroom and speak at the August 23, 2017 hearing (the "August 23 Hearing") regarding the *Urgent Motion for Relief From the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(C)(3), 304(H), IDEA's Sections 1400(C)(6), (C)(8), 1412(A)(6)(A), 1415(D)(2)(L), (I)(3)(B), Bankruptcy Code's Sections 362(B)(4), (D)(1), and Congress' Broad Powers Under the Spending Clause of the U.S. Constitution* [ECF No. 741] (No. 17-BK-3283-LTS):

     a.  Peter Friedman; and

     b.  Diana Perez.

*Remainder of Page Intentionally Left Blank*

2

**WHEREFORE**, AAFAF requests that the Court take note of the appearance of its

undersigned counsel at the August 23 Hearing.

Dated:  August 21, 2017
        San Juan, Puerto Rico


Respectfully submitted,                              Respectfully submitted,

/s/ John J. Rapisardi                                /s/ Andrés W. Lopez
John J. Rapisardi                                    Andrés W. López
Suzzanne Uhland                                      USDC No. 215311
Diana M. Perez                                       **THE LAW OFFICES OF**
(Admitted *Pro Hac Vice*)                            **ANDRÉS W. LÓPEZ, P.S.C.**
**O'MELVENY & MYERS LLP**                            902 Fernández Juncos Ave.
7 Times Square                                       San Juan, PR 00907
New York, NY 10036                                   Tel:  (787) 294-9508
Tel:   (212) 326-2000                                Fax:  (787) 294-9519
Fax:  (212) 326-2061

                                                     *Co-Attorney for the Puerto Rico Fiscal Agency*
Peter Friedman                                       *and Financial Advisory Authority*
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414


*Attorneys for the Puerto Rico Fiscal Agency*
*and Financial Advisory Authority*

3