IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |
| ASOCIACION DE SALUD PRIMARIA DE PUERTO RICO, INC. CENTRO DE MEDICINA FAMILIAR JULIO PALMIERI FERRI, INC. HOSPITAL GENERAL CASTAÑER, INC., CIALES PRIMARY HEALTH CENTER, INC., CORPORACION DE SERVICIOS MEDICOS PRIMARIOS Y PREVENCIÓN DE HATILLO, INC., CORPORACION DE SERVIUCIOS INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS, COMERIO, COROZAL, NARANJITO AND OROCOVIS, CENTRO DE SALUD DE LARES, INC., | PROMESA<br>Title III<br>No. Civil No. 17-2027 |

CONCILIO DE SALUD INTEGRAL DE LOIZA, INC., MIGRANT HEALTH CENTER, INC., MOROVIS COMMUNITY HEALTH CENTER, INC., CENTRO DE SERVICIOS PRIMARIOS DE SALUD DE PATILLAS, INC., CONSEJO DE SALUD DE LA COMUNIDAD DE LA PLAYA DE PONCE, RINCON HEALTH CENTER, INC., JUNTA DEL CENTRO DE SALUD COMUNAL DR. JOSE S. BELAVAL, INC.

Plaintiffs,

v.

COMMONWEALTH OF PUERTO RICO, DR. JOHNNY RULLAN, SECRETARY OF HEALTH, WILLIAM GONZALEZ, DIRECTOR OF THE OFFICE OF MEDICAL ASSISTANCE OF PUERTO RICO, HEALTH INSURANCE ADMINISTRATION OF PUERTO RICO; MUNICIPALITY OF SAN JUAN

Defendants

## MOTION FOR APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW the undersigned attorney and very respectfully states, alleges and prays:

1. Notice is given to the Court that the undersigned attorney is appearing as legal representative of the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis. The undersigned attorney respectfully request that copy of all motions, orders or any other documents and/or correspondence in this case be served on him, as applicable, through the CM/ECF system.

WHEREFORE: the undersigned respectfully requests from the Honorable Court take notice of this motion.

Respectfully submitted on this 21st day of August, 2017.

2

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com