# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION AND NOTICE OF
## REQUEST TO BE HEARD AT AUGUST 23, 2017 HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's Notice of Hearing [ECF No. 1061], Compliance and Research, Inc. (the "CARINC") hereby requests to be heard at the August 23, 2017 hearing in Courtroom 1 of the United States District Court for the District of Puerto Rico. The undersigned, Víctor M. Rivera-Rivera, will appear on behalf of Compliance and Research, Inc. ("CARINC") a non-profit organization that provides support and educational resources for families of children with disabilities in Puerto Rico in support of Movants argument.

Dated: San Juan, Puerto Rico
August 21, 2017

Respectfully submitted,

/*s/Víctor M. Rivera Rivera*
VICTOR M. RIVERA RIVERA
USDC-PR No. 227610
#663 Calle Hernández, Miramar
San Juan, P.R. 00907
Tel No. (787) 579-0429
Fax No. (787) 891-8744
vicrivera01@yahoo.com