## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA |
| | TITLE III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | |
| As representative of the | NO. 17-BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al* | (JOINTLY ADMINISTERED) |
| Debtors | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE THAT** *Attorney ENID S RODRIGUEZ-BINET of the law firm of RB LAW OFFICES*, on behalf of creditor *CARMEN RODRIGUEZ COLON,* hereby enters its appearance as counsel for said party in the above proceedings, and pursuant to Federal Rule of Bankruptcy Procedure 2002 (F.R.B.P. 2002), requests that its name be added to the master address list of the Clerk of the Court in the above case and that all documents served or required to be served in this case be notified to the address below.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and documents referred to in Rule 2002 and also includes, without limitations, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests, or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any and all other such documents.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 21 of August 2017

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said system.

                                        RB LAW OFFICES
                                        */s/Enid S. Rodriguez-Binet*
                                        **Enid S. Rodriguez-Binet, Esq.**
                                        **USDC No. 203609**
                                        1645 Adams St., San Juan, PR 00920
                                        Tel/fax: 787-793-4745
                                        erb@rodriguezbinetlaw.com