IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

NOTICE OF WITHDRAWAL OF APPEARANCE AS
COUNSEL FOR RECORD

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and very respectfully states and prays:

1. On May 16, 2017, the undersigned attorney filed a "Notice of Appearance" on behalf of Management Consultants & Computer Services Inc., see docket no. 160 of case number 17-BK-3283. As per the client's request, the undersigned is submitting the present notice of withdrawal.

2. It is respectfully requested that this motion be granted and that Management Consultants & Computer Services Inc. be given thirty (30) days to notify new legal counsel.

---

[1] The last four (4) digits of Debtor's federal tax identification number are Commonwealth of Puerto Rico (Case No. 17 BK 3283-LTS) number 348 ; (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No. 17 BK 3566-LTS) number 9686.

3. This motion will be notified to the following address:

    MANAGEMENT CONSULTANTS & COMPUTER SERVICES INC.
        P.O. BOX 11967
        SAN JUAN, PR 00922-1967
        Tel. 787-774-5858

WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above-state, grant the present motion and grant any other relief the Court deems just and appropriate.

### CERTIFICATE OF SERVICE

We hereby certify that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all CM/ECF participants in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of August, 2017.

    ROSAMAR GARCIA-FONTAN ESQ.
    P.O. BOX 367414
    San Juan, PR 00936
    Tel. 787-598-3313
    rgarciafontan@gmail.com

    *S/ROSAMAR GARCÍA FONTÁN*
    ROSAMAR GARCIA FONTAN
    USDC-PR #221004