UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | Civil Case No. 17-BK-3283 (LTS)<br><br>PROMESA<br>Title III<br><br>(Jointly Administered) |

**INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT AUGUST 23, 2017 HEARING**

PLEASE TAKE NOTICE that, pursuant to this Court's Order Scheduling and Regarding Procedures for Attendance, Participation and Observation of August 23, 2017, Oral Argument [ECF No. 1061], **Centro Educativo para Ciegos e Impedidos, Inc. (Educational Center for the Blind and Partially Blind)** (hereinafter referred to as, "CECI"), jointly with movants, hereby requests to be heard at the August 23, 2017 hearing in Courtroom 1 of the United States District Court for the District of Puerto Rico. The undersigned attorney will appear on behalf of "CECI".

**WHEREFORE,** the appearing party, jointly with Movants, respectfully request that this Honorable Court grants the appearance of the undersigned attorney to appear on behalf of "CECI" and be heard at the hearing set for August 23, 2017.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, 21st day of August 2017.

1

*/S/ Ingrid M. Rodríguez-Ramírez*
INGRID M. RODRIGUEZ-RAMIREZ
USDC-PR NO. 224109
RODRÍGUEZ-RAMÍREZ LAW OFFICES, LLC
PO Box 361124
San Juan, PR 00936-1124
Tel. (787) 332-0240
Fax. (877) 602-6311
imrrlaw@gmail.com