UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                     Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING THE REQUEST OF THE CENTRO
EDUCATIVO PARA CIEGOS E IMPEDIDOS, INC. TO APPEAR AT THE AUGUST 23, 2017 HEARING

       The Court has received and reviewed the *Informative Motion and Notice of Request to be Heard at August 23, 2017 Hearing* (Docket Entry No. 1101, the "Motion") filed by the Centro Educativo para Ciegos e Impedidos, Inc. (the "Movant"). The Movant's request to be heard at the August 23, 2017 hearing is denied. The Court will hear oral argument only from counsel for the Movant and counsel for the Respondent in connection with the *Urgent Motion for Relief From the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(C)(3), 304(H), IDEA's Sections 1400(C)(6), (C)(8), 1412(A)(6)(A), 1415(D)(2)(L), (I)(3)(B), Bankruptcy Code's Sections 362(B)(4), (D)(1), and Congress' Broad Powers Under the Spending Clause of the U.S. Constitution* (Docket Entry No. 741).

       SO ORDERED.

Dated: August 21, 2017

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)