IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rule 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170 *et seq.*, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), made applicable to these proceedings by Section 301 of PROMESA, the following firms hereby enter their appearances in the above-captioned Title III case (the "**Title III Case**") as co-counsel to Bettina M. Whyte, the COFINA Agent (the "**COFINA Agent**"): (i) Willkie Farr & Gallagher LLP, as counsel to the COFINA Agent, (ii) Klee, Tuchin, Bogdanoff & Stern LLP, as special municipal bankruptcy counsel to the COFINA Agent, and (iii) Navarro-Cabrer Law Offices, as local counsel to the COFINA Agent.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

**PLEASE TAKE FURTHER NOTICE** that the COFINA Agent, as a party in interest hereto, requests that all notices and papers filed or entered in the Title III Case and all papers served or required to be served in the Title III Case be given to and served upon it through the undersigned counsel identified below at the following addresses and further requests to be added to any master service list, or any other similar lists applicable to the Title III Case:

| | |
|---|---|
| Matthew A. Feldman | Nilda M. Navarro-Cabrer |
| Joseph G. Minias | **NAVARRO-CABRER LAW OFFICES** |
| Martin L. Seidel | El Centro I, Suite 206 |
| James C. Dugan | 500 Muñoz Rivera Avenue |
| Jeffrey B. Korn | San Juan, Puerto Rico 00918 |
| Tariq Mundiya | Telephone: (787) 764-9595 |
| Paul V. Shalhoub | Facsimile: (787) 765-7575 |
| Antonio Yanez, Jr. | Email: navarro@navarrolawpr.com |
| **WILLKIE FARR & GALLAGHER LLP** | |
| 787 Seventh Avenue | |
| New York, New York 10019 | |
| Telephone: (212) 728-8000 | |
| Facsimile: (212) 728-8111 | |
| Email: mfeldman@willkie.com | |
|        jminias@willkie.com | |
|        mseidel@willkie.com | |
|        jdugan@willkie.com | |
|        jkorn@willkie.com | |
|        tmundiya@willkie.com | |
|        pshalhoub@willkie.com | |
|        ayanez@willkie.com | |

Kenneth N. Klee
Daniel J. Bussel
Jonathan M. Weiss
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
       dbussel@ktbslaw.com
       jweiss@ktbslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in PROMESA, the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned Title III Case and any proceedings therein, all of which are to be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of the COFINA Agent: (i) to trial by jury in any proceeding so triable in the Title III Case or any case, controversy, or proceeding related to the Title III Case; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the COFINA Agent is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: August 21, 2017
      San Juan, Puerto Rico

Respectfully submitted,

Matthew A. Feldman (*pro hac vice* pending)
Joseph G. Minias (*pro hac vice* pending)
Martin L. Seidel (*pro hac vice* pending)
James C. Dugan (*pro hac vice* pending)
Jeffrey B. Korn (*pro hac vice* pending)
Tariq Mundiya (*pro hac vice* pending)
Paul V. Shalhoub (*pro hac vice* pending)
Antonio Yanez, Jr. (*pro hac vice* pending)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
      jminias@willkie.com
      jdugan@willkie.com
      jkorn@willkie.com
      tmundiya@willkie.com
      mseidel@willkie.com
      pshalhoub@willkie.com
      ayanez@willkie.com

*Counsel to the COFINA Agent*

Kenneth N. Klee (*pro hac vice* pending)
Daniel J. Bussel (*pro hac vice* pending)
Jonathan M. Weiss (*pro hac vice* pending)
**KLEE, TUCHIN, BOGDANOFF & STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone: (310) 407-4000
Facsimile: (310) 407-9090
Email: kklee@ktbslaw.com
      dbussel@ktbslaw.com
      jweiss@ktbslaw.com

By: /s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer
USDC – PR No. 201212
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 764-9595
Facsimile: (787) 765-7575
Email: navarro@navarrolawpr.com

*Local Counsel to the COFINA Agent*

*Special Municipal Bankruptcy Counsel
to the COFINA Agent*