## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On August 16, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**;

- Objections of the Commonwealth to Motion for Relief from Automatic Stay Filed by Karen Odalys Fuentes Rivera, Luis Ivan Fuentes Vasquez, and Carmen Iris Rivera Cosme [ECF NO. 840] [Docket No. 1059]

- Objection of the Commonwealth to Urgent Motion for Relief from Stay Filed by Maria J. Diaz Castro [ECF NO. 849] [Docket No. 1060]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice of Presentment of Third Revised Order Setting Procedures for Interim
  Compensation and Reimbursement of Expenses of Professionals [Docket No. 1063]

Dated: August 21, 2017

_____
Christian Rivera

County of New York

Subscribed and sworn to (or affirmed) before me on August 21, 2017, by Christian Rivera,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

SRF 18263

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aci-Herzog a Joint Venture | Attn: Luis Villares<br>24 Road 21 Martínez Nadal Ave.<br>Guaynabo PR 00966 | luis.villares@aciherzog.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Administracion Sistema De Retiro Del Gobierno | Attn: Cecile Tirado<br>Edificio Intendente Ramírez Pda 1<br>San Juan PR 00905-4515 | mguzman@retiro.pr.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, & Luis A. Oliver Fraticelli<br>P.O. Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com | Email |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Lourdes Arroyo-Portela, Alejandro A. Santiago Martinez, & Katarina Stipec Rubio<br>P.O. Box 70294<br>San Juan PR 00936-8294 | larroyo@amgprlaw.com<br>asantiago@amgprlaw.com<br>kstipec@amgprlaw.com | Email |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Luis A. Oliver-Fraticelli & Katarina Stipec-Rubio<br>208 Ponce de Leon Ave., Suite 1600<br>San Juan PR 00918 | loliver@amgprlaw.com<br>kstipec@amgprlaw.com | Email |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C. | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez<br>P.O. Box 70294<br>San Juan PR 00936-8294 | smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com | Email |
| Counsel to American Federation of State, County and Municipal Employees | AFSCME | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin<br>1101 17th Street NW<br>Suite 900<br>Washington DC 20011 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Air Chiller Mechanical Const.Inc. | Attn: Julia Tolentino<br>Caguas Industrial Comm Park<br>Bo Rio Caño Carr 1 Local 1<br>Caguas PR 00725 | airchmech@aol.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 27

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Alpha Guards Mgt Inc | Attn: Jorge Morales Laboy<br>49 Calle Mayaguez Piso 3<br>Hato Rey PR 00917 | alphaguards@aol.com | Email |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | P.O. Box 195355<br>San Juan PR 00919-533 | andreslopecordova@gmail.com<br>acordova@juris.inter.edu | Email |
| Counsel to Popular, Inc., Popular Securities LLC and Banco Popular de Puerto Rico | Angélica Toro-Lavergne | Popular Center-9th Floor<br>209 Muñoz Rivera Ave.<br>San Juan PR 00918 | Angelica.Toro@popular.com | Email |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico | Antonetti Montalvo & Ramirez Coll | Attn: Jose L. Ramirez-Coll<br>P.O. Box 13128<br>San Juan PR 00908 | jramirez@amrclaw.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Arroyo Flores Consulting Group Inc. | Attn: Reinaldo Arroyo<br>Ave Lomas Verdes 1820 Local 3<br>San Juan PR 00926 | arroyo@afcg.biz | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Aut Edificios Públicos | Attn: Amilcar González Ortíz<br>Centro Gubernamental<br>Minillas Edif Norte Piso 17<br>San Juan PR 00940 | amgonzalez@aep.pr.gov | Email |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol<br>P.O. Box 29227<br>San Juan PR 00929-0227 | xavier.carol@abertis.com | Email |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol<br>Urb. Matienzo Cintron<br>Calle Montellano 518<br>San Juan PR 00923 | xavier.carol@abertis.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez<br>48 Carr. 165, Ste. 500<br>Guaynabo PR 00968-8033 | julian.fernandez@metropistas.com | Email |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez<br>PO Box 12004<br>San Juan PR 00922 | julian.fernandez@metropistas.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Autoridad De Energia Electrica | Attn: Cynthia Morales Colon<br>PO Box 364267<br>San Juan PR 00936-4267 | c_morales@aeepr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Autoridad Financiamiento Vivienda | Attn: Melvin Gonzalez Perez<br>606 Ave Barbosa Edif Juan C Cordero<br>San Juan PR 00936 | melvin.gonzalez@afv.pr.gov | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Banco Popular De PR | Attn: Carlos Garcia Alvira<br>206 Ave Muñoz Rivera<br>San Juan PR 00919 | carlos.garcia3@popular.com | Email |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Banco Santander Puerto Rico | Attn: Rafael Bonilla Rodriguez<br>207 Ponce de Leon Ave.<br>Hato Rey PR 00917-1818 | rbonilla@bspr.com | Email |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | Attn: David M. Powlen<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | david.powlen@btlaw.com | Email |
| Counsel to Mitsubishi Motor Sales of Caribbean Inc. | Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata<br>P.O. Box 194927<br>San Juan PR 00919-4927 | belkgrovas@gmail.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Beltran Beltran and Assoc PSC | Attn: Carlos Beltran<br>623 Ave. Ponce De Leon Executive Building<br>Suite 1100A<br>San Juan PR 00917 | beltranbeltranassociates@gmail.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Bermudez, Longo, Diaz- Masso,S.E. | Attn: Carmelo Diaz<br>Calle San Claudio Carr 845 Ave<br>Principal Km 0.5<br>San Juan PR 00926 | adminfinance@bldmpr.com<br>carmelo@bldmpr.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Betterrecycling Corp. | Attn: Marisel Rivera<br>Marg 65 De Inf. Calle Andes URB MC<br>San Juan PR 00926 | mrivera@emdi.net | Email |
| Counsel to the QTCB Noteholder Group | Bracewell LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton<br>City Place I, 34th Floor<br>185 Asylum Street<br>Hartford CT 06103 | kurt.mayr@bracewell.com<br>daniel.connolly@bracewell.com<br>david.lawton@bracewell.com | Email |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq.<br>55 Second Street, 17th Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com | Email |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc., Plaintiff in Adversary Proceeding 17-00197 | Bufete Emmanuelli, C.S.P. | Attn: Yasmin Colon Colon & Rolando Emmanuelli Jiménez<br>Urb. Constancia<br>2803 Calle San Francisco<br>Ponce PR 00717 | colonyasmin@hotmail.com<br>remmanuelli@me.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington<br>1020 Highland Colony Parkway, Suite 1400<br>Ridgeland MS 39157 | chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Jason W. Callen<br>150 3rd Avenue, South, Suite 1600<br>Nashville TN 37201 | jason.callen@butlersnow.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Martin Sosland, Esq.<br>5430 LBJ Freeway<br>Suite 1200<br>Dallas TX 75240 | martin.sosland@butlersnow.com<br>Chris.Maddux@butlersnow.com<br>Mitch.Carrington@butlersnow.com | Email |
| Counsel to Financial Guaranty Insurance Company | Butler Snow LLP | Attn: Stanford G. Ladner<br>1700 Broadway, 41st Floor<br>New York NY 10019 | stan.ladner@butlersnow.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais<br>200 Liberty Street<br>New York NY 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com | Email |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft LLP | Attn: Mark Ellenberg, Esq.<br>700 Sixth Street, N.W.<br>Washington DC 20001 | mark.ellenberg@cwt.com | Email |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., & Ferrovial Agroman, S.A. | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez<br>PO Box 9023593<br>San Juan PR 00902-3593 | jf@cardonlaw.com | Email |
| Caribbean Hospital Corporation | Caribbean Hospital Corporation | PMB 485<br>PO Box 7891<br>Guaynabo PR 00936-6001 | delapena.sylvia@gmail.com | Email |
| Counsel to Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista<br>1519 Ponce De León Ave.<br>Firstbank Bldng., Suite 513<br>San Juan PR 00909 | calsina@prquiebra.com | Email |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Carlos Fernandez-Nadal, Esq. | 818 Ave. Hostos Ste B<br>Ponce PR 00716 | carlosfernandez@cfnlaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas<br>24 Mariana Bracetti<br>2nd Floor<br>San Juan PR 00925 | carlosvergne@aol.com | Email |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos P.S.C. | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda<br>P.O. Box 364924<br>San Juan PR 00936-4924 | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Casillas, Santiago & Torres, LLC | Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan PR 00901-2419 | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com | Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq.<br>P.O. Box 195075<br>San Juan PR 00919-5075 | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com | Email |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, 16th Floor<br>San Juan PR 00901 | ltorres@cstlawpr.com<br>AAneses@cstlawpr.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | CD Builders, Inc | Attn: Ismael Carrasquillo<br>Bo Celada Carr 9945 Km 2.4<br>Gurabo PR 00778 | cdbuilders@live.com | Email |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade Puerto Rico | Charles A. Cuprill, P.S.C., Law Offices | Attn: Charles A. Cuprill–Hernández<br>356 Fortaleza Street<br>Second Floor<br>San Juan PR 00901 | ccuprill@cuprill.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Chicago Equity Partners | Attn: Marty Dorow<br>180 N La Salle Street Suite 3800<br>Chicago IL 60601 | mdorow@chicagoequity.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig<br>P.O. Box 9478<br>San Juan PR 00908-9478 | eduardo@cobianroig.com | Email |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud<br>330 West 42nd Street<br>New York NY 10036-6979 | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Constructora I. Meléndez | Attn: Abimale Meléndez<br>15 Betances Ste 3<br>Santa Isabel PR 00926 | cimelendez@coqui.net<br>cimoc@coqui.net | Email |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López<br>PO Box 364925<br>San Juan PR 00936-4925 | jlopez@constructorasantiago.com | Email |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management LP, OZ Management LP, OZ Management II LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, P.S.C. | Attn: Roberto Abesada-Agüet and Sergio E. Criado<br>Centro Internacional de Mercadeo, Torre II<br># 90 Carr. 165, Suite 407<br>Guaynabo PR 00968 | ra@calopsc.com<br>scriado@calopsc.com | Email |
| Counsel to Autonomous Municipality of Ponce | Cuprill Law Offices | Attn: Carlos Fernandez-Nadal, Esq<br>818 Hostos Ave.<br>Ste. B<br>Ponce PR 00716 | carlosfernandez@cfnlaw.com | Email |
| Counsel to Autonomous Municipality of Ponce | Cuprill Law Offices | Attn: Hector R. Cuprill, Esq<br>204 Suite Torre de Oro Ferre Blvd. Ponce<br>PO Box 335210<br>Ponce PR 00717 | cuprislaw@yahoo.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Database Marketing Services | Attn: Kenneth Sewell<br>Zona Industrial Amelia 20 Calle Diana<br>Guaynabo PR 00968 | ksewell@databasepr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Debevoise & Plimpton LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. 919 Third Avenue New York NY 10022 | mcto@debevoise.com cabruens@debevoise.com eworenklein@debevoise.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer 1095 Avenue of the Americas New York NY 10036 | allan.brilliant@dechert.com robert.jossen@dechert.com andrew.harmeyer@dechert.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: G. Eric Brunstad, Jr. 90 State House Square Hartford CT 06106 | eric.brunstad@dechert.com | Email |
| Counsel to Peaje Investments LLC | Dechert LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio Cira Centre 2929 Arch Street Philadelphia PA 19104 | stuart.steinberg@dechert.com michael.doluisio@dechert.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Del Valle Group, S.P. | Attn: Rafael A Calderon State Rd 864 Km 0.6 Bo Campanillas Campanillas Toa Baja PR 00949 | rcalderon@delvallegroup.net | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez PO Box 11750 Fernández Juncos Station San Juan PR 00910-1750 | afernandez@delgadofernandez.com | Email |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation P.O. Box 9020192 San Juan PR 00902-0192 | wburgos@justicia.pr.gov | Email |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé Highways & Transportation Authority PMB 443 Suite 112, 100 Grand Paseos Blvd San Juan PR 00926-5902 | rcastellanos@devconlaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | P.O. Box 364924 San Juan PR 00936-4924 | dperez@cabprlaw.com | Email |
| Counsel to Voz Activa, Inc. | Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto P.O. Box 2000 Caguas PR 00726-2000 | diazsotolaw@gmail.com | Email |
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico) LLC | Attn: Jose A. Sosa-Llorens Edificio Ochoa, Suite 401 500 Calle de la Tanca San Juan PR 00901-1969 | jose.sosa@dlapiper.com | Email |
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley 444 West Lake Street Suite 900 Chicago IL 60606-0089 | richard.chesley@dlapiper.com | Email |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese 1251 Avenue of the Americas New York NY 10020 | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com | Email |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Mark Gallagher 1200 Pennsylvania Ave., NW Washington DC 20460 | mark.gallagher@usdoj.gov | Email |
| Counsel to Autonomous Municipality of Ponce | Estrella, LLC | Attn: Alberto G. Estrella & Paul Hammer 150 Tetuan Street Old San Juan PR 00901 | agestrella@estrellallc.com phammer@estrellallc.com | Email |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. PO Box 11397 Fernández Juncos Station San Juan PR 00910-2497 | lpabonroca@microjuris.com clarisasola@hotmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq.<br>Urb. Hyde Park<br>249 Las Marías St.<br>San Juan PR 00927 | lpabonroca@microjuris.com<br>clarisasola@hotmail.com | Email |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Faegre Baker Daniels LLP | Attn: Robert L. Schnell & Michael B. Fisco<br>2200 Wells Fargo Center<br>90 S 7th Street<br>Minneapolis MN 55402 | robert.schnell@faegrebd.com<br>pjime@icepr.com | Email |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq.<br>P.O. Box 9023905<br>San Juan PR 00902-3905 | jcc@fclawpr.com<br>vperez@globalinsagency.com | Email |
| Counsel to Ambac Assurance Corporation | Ferraiuoli LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón<br>221 Ponce de León Avenue<br>5th Floor<br>San Juan PR 00917 | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Ferrovial Agroman, LLC | Attn: Manuel Sanchez Pereira; Nassin E. Tactuk<br>1250 Ponce De Leon Ave<br>San José Building Suite 901<br>San Juan PR 00907 | msanchez.portugal@ferrovial.com<br>n.tactuk@ferrovial.com | Email |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | Fiddler, Gonzalez & Rodriguez, P.S.C. | Attn: Edgardo Barreto-Pagan<br>894 Munoz Rivera Ave<br>M.A.S. Building - Suite 206<br>Rio Piedras PR 00927 | edgardo_barreto@yahoo.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | First Transit, Inc. | Attn: Julio Badia<br>Marginal Ave Martinez<br>Nadal Esq PR-19<br>San Juan PR 00920 | julio.badia@firstgroup.com | Email |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas<br>P.O. Box 13786<br>San Juan PR 00908 | bkfilings@fortuno-law.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón<br>1519 Ponce De León Ave.<br>First Federal Bldg. Suite 805<br>San Juan PR 00909 | bufetefrgonzalez@gmail.com | Email |
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc. P.S.C. | Attn: Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq.<br>108 Padre Las Casas Urb. El Vedado<br>Hato Rey<br>San Juan PR 00918 | fperez@fpglaw.com<br>jblanco@fpglaw.com | Email |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones<br>254 Ave. Jesús T. Piñero<br>San Juan PR 00927 | wmq@wmarrerolaw.com | Email |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Gibson, Dunn & Crutcher LLP | Attn: Theodore B. Olson, Matthew D. McGill, Helgi C. Walker, Michael R. Huston, Lochlan F. Shelfer & Jeremy M. Christiansen<br>1050 Connecticut Ave., N.W.<br>Washington DC 20036 | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>mhuston@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Gila Llc | Attn: Luis Alberto Sánchez<br>Metro Office Park Calle 1<br>Building 3 Ste 200<br>Guaynabo PR 00968 | luisalberto.sanchez@gilacorp.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Global Insurance Agency Inc | Attn: Vivian Perez<br>257 Calle De Recinto Sur<br>San Juan PR 00901-1914 | vperez@globalinsagency.com | Email |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Godreau & Gonzalez | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente<br>P.O. Box 9024176<br>San Juan PR 00902-4176 | dg@g-glawpr.com<br>rgv@g-glawpr.com | Email |
| Counsel to Syncora Guarantee Inc. and Syncora Capital Assurance Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal, Solymar Castillo Morales<br>Post Office Box 70364<br>San Juan PR 00936-8364 | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado P.O. Box 1291 San Lorenzo PR 00754 | hernandezrodriguezlaw@gmail.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Hernandez Gutierrez Law | Attn: Mariana Hernandez Ponce De Leon Ave. First Federal Building Suite 713-715 San Juan PR 00909 | mhernandez@mihglaw.com | Email |
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Hogan Lovells US LLP | Attn: Robin E. Keller, Esq. 875 Third Avenue New York NY 10022 | robin.keller@hoganlovells.com | Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: Jesús E. Cuza 701 Brickell Avenue, Suite 3300 Miami FL 33131 | jesus.cuza@hklaw.com | Email |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. 10 St. James Avenue Boston MA 02116 | bos-bankruptcy@hklaw.com | Email |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | Honorable Rosanna López León | El Capitolio PO Box 9023431 San Juan PR 00902-3431 | mvega@senado.pr.gov | Email |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, P.S.C. | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila 207 del Parque Street 3rd Floor San Juan PR 00912 | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com | Email |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation 2970 Market Street Philadelphia PA 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov | Email |
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit<br>City View Plaza<br>48 Carr 165, Suite 2000<br>Guaynabo PR 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV | Email |
| Javier Mandry-Mercado | Javier Mandry-Mercado | 1326 Calle Salud<br>Apt 1101<br>Ponce PR 00717 | mandryj@yahoo.com | Email |
| Juan E. Noguera, COFINA Bond Credtior | JE Noguera, G Picón & Associates | Attn: Juan E. Noguera<br>1569 Gila St.<br>Caribe Dev.<br>San Juan PR 00926-2708 | noguerapicon@gmail.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Catherine Steege & Melissa Root<br>353 N. Clark Street<br>Chicago IL 60654 | csteege@jenner.com<br>mroot@jenner.com | Email |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block LLP | Attn: Robert Gordon & Richard Levin<br>919 Third Ave<br>New York NY 10022-3908 | rgordon@jenner.com<br>rlevin@jenner.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn: J. Ramón Rivera Morales<br>PO Box 366104<br>San Juan PR 00936-6104 | rrivera@jgl.com | Email |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management LP, Glendon Opportunities Fund, L.P., Mason Capital Management, LLC, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose and SV Credit, L.P. | Jones Day | Attn: Bruce Bennett<br>555 South Flower Street, 50th Floor<br>Los Angeles CA 90071 | bbennett@jonesday.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | 8169 Calle Concordia Suite 102, Cond. San Vicente Ponce PR 00717-1556 | jpsala_pr@yahoo.com salalawyers@yahoo.com | Email |
| Counsel to Del Valle Group, S.P. | Jorge R. Quintana-Lajara | 400 Calle Calaf, PMB 165 San Juan PR 00918-1314 | jorgequintanalajara@gmail.com | Email |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | Jose Luis Barrios-Ramos | 1801 McLeary Ave. Suite 303 San Juan PR 00911 | barrios.jl@outlook.com | Email |
| Counsel to WorldNet Telecommunications Inc. | José Luis Barrios-Ramos | PO Box 364966 San Juan PR 00936-4966 | barrios.jl@outlook.com | Email |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | 701 Ave Ponce de Leon Suite 401 San Juan PR 00907-3248 | jwc@jwcartagena.com | Email |
| Counsel to the Municipality of Guayanilla | JRAF Law Firm P.S.C. | Attn: Juan P. Rivera Roman P.O. Box 7498 Ponce PR 00732 | riveraroman@hotmail.com | Email |
| Counsel to Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Juan Ramón Rivera Font, Esq | Attn: Juan Ramón Rivera Font, Esq. & Ramón A. Cestero, Jr., Esq. 27 González Giusti Ave. Office 602 Guaynabo PR 00968 | lourdes@riverafont.com juan@riverafont.com | Email |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Com. Punta Diamante Calle Naira #1561 Ponce PR 00728 | ileanaortix@outlook.com | Email |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 14 of 27

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Kasowitz Benson Torres LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. 1633 Broadway New York NY 10019 | Kdavid@kasowitz.com Dfliman@kasowitz.com Isasson@kasowitz.com | Email |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron American Intl. Plaza, 250 Ave. Luis Munoz Rivera San Juan PR 00918 | aperez@kpmg.com Lnegron@kpmg.com | Email |
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley 1177 Avenue of the Americas New York NY 10036 | acaton@kramerlevin.com tmayer@kramerlevin.com pbentley@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | L.P.C.& D., Inc | Attn: Jorge L. González Crespo PO Box 2025 Las Piedras PR 00771 | jorge@lpcdinc.com | Email |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. El Centro II, Suite 260 #500 Muñoz Rivera Avenue San Juan PR 00918 | pola@frankpolajr.com | Email |
| Counsel to PFZ Properties, Inc. | Law Offices Ismael H. Herrero III & Associates, P.S.C. | Attn: Ismael H. Herrero, III P.O. Box 362159 San Juan PR 00936-2159 | herreroilll@herrerolaw.com | First Class Mail and Email |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. 902 Fernández Juncos Ave. San Juan PR 00907 | andres@awllaw.com | Email |
| Counsel to CMA Architects & Engineers LLC and Municipality of San Sebastian | Law Offices of John E. Mudd | Attn: John E. Mudd P.O. Box 194134 San Juan PR 00919 | jemudd@yahoo.com | Email |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Del Valle Group, S.P. | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall<br>P.O. Box 362634<br>San Juan PR 00936-2634 | craigmcc@me.com | Email |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | Legal Aid Clinic UIA | Attn: Rafael E. Rodriguez Rivera<br>P.O. Box 194735<br>San Juan PR 00919-4735 | rrodriguez@juris.inter.edu | Email |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli<br>Box 316<br>Senorial Station<br>San Juan PR 00926-6023 | dvelawoffices@gmail.com | Email |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and A&S Legal Studio, PSC | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli<br>P.O. Box 79897<br>Carolina PR 00984-9897 | dvelawoffices@gmail.com | Email |
| Interested Party | Legal Partners, PSC. | Attn: Juan M. Suarez-Cobo<br>138 Winston Churchill<br>Suite 316<br>San Juan PR 00926-6023 | suarezcobo@gmail.com | Email |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings Inc. | Attn:  Thomas Hommel,  Abhishek Kalra & Pamela Simons<br>1271 Avenue of the Americas 35th Floor<br>New York NY 10020 | thomas.hommel@lehmanholdings.com<br>pamela.simons@lehmanholdings.com<br>abhishek.kalra@lehmanholdings.com | Email |
| Interested Party | Liberty Cablevision of Puerto Rico LLC | Attn: Alexandra Verdiales<br>P.O. Box 192296<br>San Juan PR 00919-2296 | Alexandra.verdiales@libertypr.com | Email |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios<br>PMB 456 Suite 102<br>405 Ave. Esmeralda<br>Guaynabo PR 00969 | alinares2020@yahoo.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, et al., Plaintiff in Adversary Proceedings 17-00219 and 17-00220 | Lopez Sanchez & Pirillo LLC | Attn: Alicia I Lavergne Ramirez<br>P.O. Box 11917<br>San Juan PR 00922-1917 | alavergne@lsplawpr.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero<br>270 Muñoz Rivera Avenue<br>Suite 1110<br>San Juan PR 00918 | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com | Email |
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq.<br>100 Carr. 165<br>Suite 501<br>Guaynabo PR 00968-8052 | wlugo@lugomender.com | Email |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli<br>P.O. Box 34<br>Fajardo PR 00738 | lawlugo1@gmail.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Mainline Information Systems | Attn: Martha Lucia Rodriguez<br>1700 Summit Lake Dr<br>Tallahassee FL 32317 | marthalucia@mainline.com | Email |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | 802 Avenida Fernández Juncos<br>Esquina Calle La Paz Miramar<br>San Juan PR 00907 | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com | Email |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | 9140 Marina St.<br>Suite 801<br>Ponce PR 00717 | mevicens@yahoo.com | Email |
| Counsel to 65 Infantería Shopping Center, LLC | María Fernanda Vélez Pastrana | P.O. Box 195582<br>San Juan PR 00919-5582 | mfvelezquiebras@gmail.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co. Inc. | Maximiliano Trujillo-Gonzalez, Esq. | 100 Grand Paseos Blvd Suite 112<br>San Juan PR 00926-5902 | maxtruj@gmail.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc. | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. & Antonio A. Arias, Esq.<br>270 Muñoz Rivera Avenue<br>Suite 7<br>Hato Rey PR 00918 | nzt@mcvpr.com<br>aaa@mcvpr.com | Email |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC and Puerto Rico Telephone Company d/b/a Claro | McConnell Valdés LLC | Attn: Nayuan Zouairabani, Esq. & Antonio A. Arias, Esq.<br>PO Box 364225<br>San Juan PR 00936-4225 | nzt@mcvpr.com<br>aaa@mcvpr.com | Email |
| Counsel to Goldman Sachs Asset Management L.P. | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq.<br>444 West Lake Street<br>Chicago IL 60606-0029 | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Mesirow Financial Investment Mgt Inc. | Attn: Luis Villarejo<br>353 N. Clark St.<br>Chicago IL 60654 | lvillarejo@mesirowfinancial.com | Email |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland<br>28 Liberty Street<br>New York NY 10005-1413 | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com | Email |
| Counsel to Peaje Investments LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Ricardo R. Lozada - Franco & Fernando J. Gierbolini-González<br>101 San Patricio Avenue<br>Maramar Plaza, Suite 1120<br>Guaynabo PR 00968 | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com<br>fgierbolini@msglawpr.com | Email |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra<br>101 San Patricio Ave.<br>Suite 1120<br>Guaynabo PR 00968 | msimonet@msglawpr.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>Plaza 273 Suite 700<br>273 Ponce de León Ave.<br>Hato Rey PR 00917-1934 | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com<br>ivan.llado@mbcdlaw.com | Email |
| Counsel to Goldman Sachs Asset Management, L.P. | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez<br>PO Box 13399<br>San Juan PR 00908 | ramon.dapena@mbcdlaw.com<br>ivan.llado@mbcdlaw.com<br>victor.quinones@mbcdlaw.com | Email |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras<br>P.O. Box 191979<br>San Juan PR 00919-1979 | jbrugue@mbbclawyers.com | Email |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | c/o Miguel A. Nazario, Jr., Esq.<br>701 Ponce de León<br>Suite 401, Centro de Seguros Bldg.<br>San Juan PR 00907 | man@nblawpr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Netwave Equipment Corp. | Attn: Melissa Piovannetti<br>316 Ave De La Constitucion<br>San Juan PR 00901 | melissa@nustream.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Ol Maintenance | Attn: Juan Calo Calderon<br>W E34 Ave Costo Sta Juanita<br>Bayamon PR 00956 | olmaintenance@yahoo.com | Email |
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq.<br>P.O. Box 361289<br>San Juan PR 00936-1289 | lawrog@gmail.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach CA 92660 | emckeen@omm.com<br>apavel@omm.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers LLP | Attn: M. Randall Oppenheimer<br>1999 Avenue of Stars<br>8th Floor<br>Los Angeles CA 90067-6035 | roppenheimer@omm.com | Email |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers LLP | Attn: Peter Friedman<br>1625 Eye Street, NW<br>Washington DC 20006 | pfriedman@omm.com | Email |
| Counsel to Liberty Cablevision of Puerto Rico LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández<br>#27 Calle González Giusti Ste 300<br>Guaynabo PR 00968-3076 | ofernandez@oflawoffice.com | Email |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | Urb. Jardines Fagot<br>C-19 Calle Almendra<br>Ponce PR 00716-4018 | orlando1701@gmail.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq.<br>200 Park Avenue<br>New York NY 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | arosenberg@paulweiss.com | Email |
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas<br>P.O. Box 9746<br>San Juan PR 00908 | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments LLC | c/o National Corporate Research, Ltd.<br>850 New Burton Road<br>Suite 201<br>Dover DE 19904 | peajeinfo@dechert.com | Email |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez<br>671 Road 337<br>Peñuelas PR 00624-7513 | luis.vazquez@peerlessoil.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Peerless Oil & Chemicals, Inc. | Attn: Sonia Concepción<br>671 Road 337<br>Peñuelas PR 00624-7513 | sonia.concepcion@peerlessoil.com | Email |
| Counsel to Backyard Bondholders | Picó & Blanco LLC | Attn: Ana M. del Toro Sabater, Esq.<br>District View Plaza, Penthouse<br>644 Fernandez Juncos Avenue<br>San Juan PR 00907 | adtoro@pico-blanco.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Popular Asset Management | Attn: Javier Rubio CFA<br>209 Muñoz Rivera Ave 9Th Floor<br>Hato Rey PR 00918 | jrubio@bppr.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Puerto Rico Attorneys and Counselors at Law PSC | Attn: Jose F Chaves Caraballo<br>203 Calle Eleonor Roosevelt<br>Hato Rey PR 00918-3006 | chaves@fc-law.com | Email |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.<br>Roberto Sánchez Vilella (Minillas) Government Center<br>De Diego Ave. Stop 22<br>San Juan PR 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov | Email |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | c/o Francisco J. Silva<br>PO Box 360998<br>San Juan PR 00936-0998 | fsilva@claropr.com | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, and Brant Duncan Kuehn<br>51 Madison Avenue<br>22nd Floor<br>New York NY 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: C. Neil Gray, David M. Schlecker<br>599 Lexington Avenue<br>New York NY 10022 | cgray@reedsmith.com<br>dschlecker@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Eric A. Schaffer & Luke A. Sizemore<br>Reed Smith Centre<br>225 Fifth Avenue, Suite 1200<br>Pittsburgh PA 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com | Email |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith LLP | Attn: Kurt F. Gwynne, Esq.<br>1201 Market Street<br>Suite 1500<br>Wilmington DE 19801 | kgwynne@reedsmith.com | Email |
| Counsel to the COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Zarel J. Soto Acaba, and Gustavo A. Pabón Rico<br>255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com<br>zsoto@reichardescalera.com | Email |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó<br>Ave. Fernández Juncos 802<br>San Juan PR 00907 | mpico@rexachpico.com | Email |
| Rexach Hermanos, Inc. | Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach<br>1719 San Etanislao<br>Urb. San Ignacio<br>San Juan PR 00927 | prcr@mcvpr.com | Email |
| Counsel to South Parcel of Puerto Rico, S.E. and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios<br>1502 Fernandez Juncos Ave<br>San Juan PR 00909 | victorriverarios@rcrtrblaw.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to U.S. Bank, National Association and U.S. Bank Trust, National Association, each as trustee for various bond issues | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez<br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan PR 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com | Email |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Ariel N. Lavinbuk, Donald Burke, Lanora C. Pettit & Joshua S. Bolian<br>1801 K Street, NW<br>Washington D.C. 20006 | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com | Email |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq.<br>325 N. St. Paul, Suite 4500<br>Dallas TX 75201 | buzz.rochelle@romclaw.com<br>kdm@romclaw.com | Email |
| Counsel to American Federation of State, County and Municipal Employees | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs<br>P.O. Box 368006<br>San Juan PR 00936-8006 | manuel@rodriguezbanchs.com | Email |
| Counsel to Management Consultants & Computer Services Inc. | Rosamar Garcia Fontan, Esq. | La Coruna<br>Apt. 103<br>Guaynabo PR 00969 | rgarciafontan@gmail.com | Email |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq.<br>American Airlines Building<br>1509 López Landrón, Piso 10<br>San Juan PR 00911 | rprats@rpplaw.com | Email |
| Counsel to Whitebox Asymmetric Partners, L.P., et al. | Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: Charles A. Bimbela-Quiñones, Esq. & Melissa Hernández-Carrasquillo, Esq.<br>166 Avenida de la Constitución<br>San Juan PR 00901 | cbimbela@scvrlaw.com<br>mhernandez@scvrlaw.com | Email |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola<br>P.O. Box 195553<br>San Juan PR 00919-5533 | jsalichs@splawpr.com<br>etejeda@splawpr.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | Santander Asset Management | Attn: Desiree Mieses<br>Santander Tower San Patricio<br>B7 Calle Tabonuco Ste 1800<br>Guaynabo PR 00968 | Dmieses@sampr.com | Email |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Asset Management, LLC | Attn: Frank Serra<br>Santander Tower<br>B-7 Tabonuco Street, Suite 1800<br>Guaynabo PR 00969 | fserra@sampr.com | Email |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Securities, LLC | Attn: James Vannah<br>207 Ponce de León Ave.<br>4th Floor<br>San Juan PR 00917-1818 | jvannah@santandersecurities.com | Email |
| Counsel to American Federation of State, County and Municipal Employees | Saul Ewing LLP | Attn: Sharon L. Levine & Dipesh Patel<br>1037 Raymond Blvd.<br>Suite 1520<br>Newark NJ 07102 | slevine@saul.com<br>dpatel@saul.com | Email |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel LLP | Attn: Taejin Kim, & Parker J. Milender<br>919 Third Avenue<br>New York NY 10022 | tae.kim@srz.com<br>parker.milender@srz.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Secretario Tribunal De San Juan | Attn: Jose Silva Jiménez<br>268 Ave Muñoz Rivera<br>San Juan PR 00921 | jose.silva@ramajudicial.pr | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury<br>100 F Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa PSC | Attn: Eric Perez Ochoa<br>PO Box 70294<br>San Juan PR 00936-8294 | epo@amgprlaw.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | State Street Global Advisors | Attn: Michael Haley<br>3475 Piedmont Road NE<br>Suite 1920<br>Atlanta GA 30305 | Michael_Haley@ssga.com | Email |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, P.C. | Attn: Paul R. Glassman<br>100 Wilshire Boulevard<br>Santa Monica CA 90401 | pglassman@sycr.com | Email |
| Counsel to the American Federation of Teachers, AFL-CIO | Stroock & Stroock & Lavan LLP | Attn: Curtis C. Mechling & Sherry Millman<br>180 Maiden Lane<br>New York NY 10038-4982 | cmechling@stroock.com<br>smillman@stroock.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Super Asphalt Pavement Corp. | Attn: Paride Mazza<br>Bo Caimito Carr 1 Km 18.5<br>San Juan PR 00926 | jose@superasphalt.net | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | Tamrio Inc. | Attn: Claudio Torres<br>Calle Rocherlice #31<br>Parque Industrial Del Oeste<br>Mayaguez PR 00680 | ctorres@tamrio.com | Email |
| Counsel to Tamrio Inc. | Tamrio Inc. | Attn: Eng.. Claudio Torres Serrano<br>PO Box 455<br>Mayaguez PR 00681 | jlopez@constructorasantiago.com | Email |
| Top 20 Unsecured Creditor, Employee Retirement System | Taplin, Canida and Habacht | Attn: Tere Alvarez Canida CFA<br>1001 Brickell Bay Dr.<br>Suite 2100<br>Miami FL 33131 | tac@tchinc.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 20 Unsecured Creditor, Employee Retirement System | The Bank of New York Mellon | Attn: Jon Bangor, Vice President<br>225 Liberty Street<br>New York NY 10286 | debbi.reid@bnymellon.com | Email |
| Top 20 Unsecured Creditor, Highways and Transportation Authority | The Eniac Corporation | Attn: Albilda Bosh<br># 27 Calle González Giusti 600 St<br>Guaynabo PR 00968 | albilda.bosch@eniac-corp.com | Email |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk<br>P.O. Box 195383<br>San Juan PR 00919-5383 | mfb@tcmrslaw.com<br>lft@tcmrslaw.com<br>jvankirk@tcmrslaw.com | Email |
| Counsel to Roche Diagnostics Corporation | Totti & Rodríguez Díaz, PSC | Attn: Daniel Molina-Lopez<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com | Email |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq.<br>P.O. Box 191732<br>San Juan PR 00919-1732 | dml@trdlaw.com<br>har@trdlaw.com | Email |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | U.S. Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division<br>Post Office Box 227<br>Ben Franklin Station<br>Washington D.C. 20044 | wardlow.w.benson@usdoj.gov | Email |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel<br>Office of Regional Counsel, U.S. EPA Region 2<br>City View Plaza II, Suite 7000, #48 RD. 165 km 1.2<br>Guaynabo PR 00968-8069 | velez.hector@epa.gov | Email |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Mark A. Gallagher<br>Environment and Natural Resources Division,<br>Environmental Enforcement Section<br>P.O. Box 7611<br>Washington DC 20044-7611 | mark.gallagher@usdoj.gov | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis Edificio Ochoa 500 Tanca Street Suite 301 San Juan PR 00901-1922 | USTP.Region21@usdoj.gov | Email |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert 767 Fifth Avenue New York NY 10153-0119 | marcia.goldstein@weil.com kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com salvatore.romanello@weil.com gregory.silbert@weil.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Glenn M. Kurtz & John K. Cunningham 1221 Avenue of the Americas New York NY 10020-1095 | gkurtz@whitecase.com jcunningham@whitecase.com | Email |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case LLP | Attn: Jason N. Zakia & Cheryl Tedeschi Sloane Southeast Financial Center 200 South Biscayne Blvd Ste 4900 Miami FL 33131-2352 | jzakia@whitecase.com csloane@whitecase.com | Email |
| Counsel to Cardinal Health PR 120, Inc. | William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. MCS Plaza Ponce de León Avenue, Suite 801 San Juan PR 00917 | william.m.vidal@gmail.com | Email |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. USDCPR 201106 P.O. Box 1801 Sabana Seca PR 00952-1801 | wssbankruptcy@gmail.com | Email |
| Counsel to Popular, Inc., Popular Securities LLC and Banco Popular de Puerto Rico | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, & John T. Dorsey Rodney Square 1000 North King Street Wilmington DE 19801 | jpatton@ycst.com rbrady@ycst.com jdorsey@ycst.com | Email |