# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Daniel J. Bussel (the "Applicant") respectfully states:

1.  Applicant is an attorney and a member of the law firm of Klee, Tuchin, Bogdanoff & Stern LLP, with an office at:

| | |
|---|---|
| Address: | 1999 Avenue of the Stars, 39th Floor<br>Los Angeles, CA 90067 |
| Email: | dbussel@ktbslaw.com |
| Telephone No.: | (310) 407-4000 |
| Fax No.: | (310) 407-9090 |

2.  Applicant will sign all pleadings with the name Daniel J. Bussel.

3.  Pursuant to this Court's order, Applicant has been retained as a member of the above-named firm by Bettina M. Whyte, the COFINA Agent, to provide legal representation in

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

166902.2

connection with the above-captioned matter now pending before the United States District Court for the District of Puerto Rico.

4.      Since 1985, Applicant has been, and currently is, a member in good standing of the bar of the highest court of the State of California, where Applicant regularly practices law. Applicant's bar license number is 121939.

5.      Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| State of California | 12/11/1985 |
| United States Court of Appeals, First Circuit | 1986 |
| United States District Court, Central District of California | 02/11/1988 |
| United States District Court, Southern District of California | 05/01/1988 |
| United States District Court, District of Arizona | 1989 |
| United States District Court, Northern District of California | 01/05/1989 |
| United States District Court, Eastern District of California | 01/13/1989 |
| United States Supreme Court | 1990 |
| United States Court of Appeals, Tenth Circuit | 2002 |
| United States Court of Appeals, Ninth Circuit | 02/01/2005 |
| United States Court of Appeals, Eleventh Circuit | 03/12/2013 |

6.      Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.      Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.      Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

2

166902.2

9.      During the past three years, the Applicant has not filed for *pro hac vice* admission

in the United States District Court for the District of Puerto Rico.

10.     Local counsel of record associated with Applicant in this matter is:

| Name: | Nilda M. Navarro-Cabrer |
|---|---|
| USDC-PR Bar No.: | 201212 |
| Address: | Navarro-Cabrer Law Offices<br>El Centro I, Suite 206<br>500 Muñoz Rivera Ave.<br>San Juan, Puerto Rico 00918 |
| Email: | navarro@navarrolawpr.com |
| Telephone No.: | (787) 764-9595 |
| Fax No.: | (787) 764-7575 |

11.     Applicant has read the Local Rules of the United States District Court for the

District of Puerto Rico ("Local Rules") and will comply with same.

12.     The Local Rules provide in part that attorneys appearing *pro hac vice* must

comply with the provisions set forth therein and pay an admission fee of $300 per appearance in

each new case before the Court.  Accordingly, payment of the *pro hac vice* admission fee is

attached hereto in the form of a check or money order payable to:  "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United

States District Court for the District of Puerto Rico for the above-styled case only.

Dated:  August 17, 2017
        Los Angeles, California

Daniel J. Bussel
Printed Name of Applicant

/s/  Daniel J. Bussel
Signature of Applicant

3

166902.2

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of

local counsel of record for all purposes.

Dated: August 21, 2017
          San Juan, Puerto Rico


                                        Nilda M. Navarro-Cabrer
                                        Printed Name of Local Counsel

                                        /s/ Nilda M. Navarro-Cabrer
                                        Signature of Local Counsel


I HEREBY CERTIFY that I have served a true and correct copy of this document upon

each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro*

*hac vice* admission fee.


                                        /s/ Daniel J. Bussel
                                        Signature of Applicant

4

**ORDER**

The Court, having considered the above *Application for Admission Pro Hac Vice*, orders

that:

☐ the application be granted.  The Clerk of Court shall deposit the admission fee to the

account of Non-Appropriated Funds of this Court.

☐ the application be denied.  The Clerk of Court shall return the admission fee to the

applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
HONORABLE LAURA TAYLOR SWAIN
UNITE STATES DISTRICT JUDGE

166902.2