```
Court Name: District Court
Division: 1
Receipt Number: PRX100051447
Cashier ID: arodrigu
Transaction Date: 08/21/2017
Payer Name: NAVARRO-CABRER, NILDA M.
------------------------------------
PRO HOC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
PRO HOC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: NAVARRO-CABRER, NILDA M.
 Check/Money Order Num: 12843
 Amt Tendered: $900.00
PAPER CHECK CONVERSION
 Remitter: NAVARRO-CABRER, NILDA M.
 Check/Money Order Num: 12844
 Amt Tendered: $600.00
------------------------------------
Total Due:      $1,500.00
Total Tendered: $1,500.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF TARIQ
MUNDIYA, JAMES C. DUGAN, DANIEL J.
BUSSEL, JONATHAN M. WEISS &KENNETH
K. KLEE

THRU: NAVARRO-CABRER, NILDA M.
```