UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                                         PROMESA
                                                                               Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

         as representative of                                         No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                   (Jointly Administered)
et al.,

                    Debtors.[1]
------------------------------------------------------------x

ORDER EXTENDING MOVANT'S TIME TO NOTIFY THE COURT OF
INTENT TO ATTEND AND PARTICIPATE AT THE AUGUST 23, 2017 HEARING

         On August 15, 2017, the Movant requested a hearing on the *Urgent Motion for Relief From the Automatic Stay Pursuant to PROMESA's Sections 4, 7, 301(C)(3), 304(H), IDEA's Sections 1400(C)(6), (C)(8), 1412(A)(6)(A), 1415(D)(2)(L), (I)(3)(B), Bankruptcy Code's Sections 362(B)(4), (D)(1), and Congress' Broad Powers Under the Spending Clause of the U.S. Constitution* (the "Motion," Docket Entry No. 741).  (Docket Entry No. 1043).  In order to allow oral argument to occur prior to expiration of the statutory period established by 11 U.S.C. § 362(e)(1), the Court scheduled a hearing in connection with the Motion for **Wednesday, August 23, 2017, at 10:00 a.m.** Atlantic Standard Time (the "Hearing").

         The Court has not received an informative motion indicating that counsel intends to appear on behalf of the Movant.  To afford counsel for the Movant sufficient time to notify the Court of his or her intent to appear at the Hearing, the Court hereby extends the deadline to file such an informative motion to **August 22, 2017, at 12:00 p.m.** Atlantic Standard Time. Alternatively, the Movant may request an adjournment of the Hearing by **August 22, 2017, at 12:00 p.m.** Atlantic Standard Time.  Any request for an adjournment will be deemed a waiver of the 11 U.S.C. § 362(e)(1) statutory period.

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

If Movant fails to file a timely notice of counsel's intent to appear at the Hearing or timely request an adjournment, the Court will take the Motion on submission and issue a written decision on or before August 24, 2017, the expiration date of the statutory period established by 11 U.S.C. § 362(e)(1).

SO ORDERED.

Dated: August 21, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge