```
Court Name: District Court
Division: 1
Receipt Number: PRX100051446
Cashier ID: arodrigu
Transaction Date: 08/21/2017
Payer Name: NAVARRO-CABRER, NILDA M.
--------------------------------------
PRO HAC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HAC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
--------------------------------------
PAPER CHECK CONVERSION
 Remitter: NAVARRO-CABRER, NILDA M.
 Check/Money Order Num: 12842
 Amt Tendered: $900.00
PAPER CHECK CONVERSION
 Remitter: NAVARRO-CABRER, NILDA M.
 Check/Money Order Num: 12841
 Amt Tendered: $900.00
--------------------------------------
Total Due:      $1,800.00
Total Tendered: $1,800.00
Change Amt:     $0.00

17-3283(LTS) PRO HAC VICE OF

MATTHEW A. FELDMAN, MARTIN L.
SEIDEL, ANTONIO YANEZ, JR., JEFFREY
B. KORN, JOSEPH G. MINIAS & PAUL V.
SHALHOUB

THRU: NAVARRO-CABRER, NILDA M.
```