# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | NO. 17-BK-3283 (LTS) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | (Jointly Administered) |
| | PROMESA TITLE III |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

### INFORMATIVE MOTION REGARDING INTENT TO APPEAR AT AUGUST 23, 2017 HEARING ON MOVANTS' BEHALF

To the Honorable United States District Court Judge Laura Taylor Swain:

NOW COME Mrs. Bernice Beauchamp-Velázquez, personally and on behalf of her minor special needs daughter, AMB (collectively referred to as "Movants"), through their undersigned attorney, and respectfully states and prays as follows:

1. The undersigned, as counsel for Movants, respectfully submits this Informative Motion pursuant to the Court's Order entered on August 16, 2017. See Docket Entry No. 1061.

2. The undersigned counsel (Francisco J. Vizcarrondo) intends to appear in person in the San Juan courtroom and speak at the August 23, 2017 Hearing regarding the Urgent Motion filed by the appearing parties and available at docket entry number 741.

3. Finally, the undersigned counsel respectfully requests that this Honorable Court excuses the belated filing of this informative motion. Since Movants are being represented by only one counsel, the undersigned was under the wrong impression that the informative motion was intended for other parties who would have an interest in participating in oral argument, and not for Movants' themselves. The undersigned counsel became aware of the need to file this motion upon receiving notice of the Order entered this afternoon and available at docket entry 1109. Movants respectfully request that this Honorable Court excuse this oversight attributable solely to the

1

Reply to Objection to Urgent Motion for Relief from the Automatic Stay and Request for Expedited Hearing and for Order Soliciting Briefs Amici Curiae
Case No. 17-BK-3283 (LTS)

undersigned counsel.

**WHEREFORE**, Movants respectfully request that this Honorable Court take note of the undersigned counsel's appearance on their behalf at the Hearing set for August 23, 2017, and that Movants be excused for not having filed this Motion prior to the deadline set for 12:00pm today, and issues any other relief deemed proper.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all parties of record.

In San Juan, Puerto Rico, 21st day of August, 2017.

*S/Francisco J. Vizcarrondo-Torres*
FRANCISCO J. VIZCARRONDO-TORRES
USDC-PR No. 221714
P.O. Box 195642
San Juan, P.R. 00919-5642
Tels No. (787) 296-9521/9523
Fax No. (787) 777-1399
fvizcarrondo@fjvtlaw.com

*Attorney for Movants*

2