**Hearing Date and Time: October 4, 2017, 9:30 a.m. (AST)**
**Objection Deadline: September 19, 2017, 4:00 p.m. (AST)**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON
MOTION OF COFINA AGENT PURSUANT TO
48 U.S.C. § 2161 AND 11 U.S.C. § 105(a) FOR ORDER: (I) CONFIRMING
THAT 48 U.S.C. § 2125 APPLIES TO COFINA AGENT; (II) CONFIRMING
RETENTION OF LOCAL COUNSEL; AND (III) CLARIFYING PAYMENT
OF FEES AND EXPENSES OF COFINA AGENT AND HER PROFESSIONALS**

**PLEASE TAKE NOTICE** that a hearing on the annexed *Motion of COFINA Agent Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals* (the "**Motion**") will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **October 4, 2017 at 9:30 a.m. (Atlantic Standard Time)** (the "**Hearing**").

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion (any "**Objection**") must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, and the Second Amended Notice, Case Management, and Administrative Procedures [Docket No. 1065-1], must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted pro hac vice, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and served on counsel for the COFINA Agent, the Court, and on (i) counsel for the Oversight Board, (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iv) the Office of the United States Trustee for Region 21, (v) counsel for the Official Committee of Unsecured Creditors, (vi) counsel for the Official Committee of Retired Employees of Puerto Rico, and (vii) all other parties in the Master List maintained pursuant to the Case Management Procedures and found at https://cases.primeclerk.com/puertorico/Home-Index, so as to be received no later than September 19, 2017 at 4:00 p.m. (Atlantic Standard Time) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no objection is timely filed, served, and received in accordance with the Second Amended Notice, Case Management, and Administrative Procedures [Docket No. 1065-1].

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: August 21, 2017
San Juan, Puerto Rico

Respectfully submitted,

/s/ Nilda M. Navarro-Cabrer

Nilda M. Navarro-Cabrer
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone:  (787) 764-9595
Facsimile:  (787) 765-7575

*Local Counsel to the COFINA Agent*

/s/ Matthew A. Feldman

Matthew A. Feldman (*pro hac vice* pending)
Joseph G. Minias (*pro hac vice* pending)
Paul V. Shalhoub (*pro hac vice* pending)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel to the COFINA Agent*

/s/ Kenneth N. Klee

Kenneth N. Klee (*pro hac vice* pending)
Daniel J. Bussel (*pro hac vice* pending)
Jonathan M. Weiss (*pro hac vice* pending)
**KLEE, TUCHIN, BOGDANOFF &
STERN LLP**
1999 Avenue of the Stars
39th Floor
Los Angeles, California 90067
Telephone:  (310) 407-4000
Facsimile:  (310) 407-9090

*Special Municipal Bankruptcy Counsel
to the COFINA Agent*