DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| **PROMESA COVER SHEET** (Instructions on Reverse) | **CASE NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)<br><br>American Federation of State, County and Municipal Employees, AFL-CIO | **DEFENDANTS**<br><br>The Financial Oversight and Management Board for Puerto Rico, et al.<br>See Addendum for Additional Defendants |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br><br>See Addendum for Plaintiff's Attorneys | **ATTORNEYS** (If Known)<br><br>See Addendum for Defendants' Attorneys |
| **PARTY** (Check One Box Only)<br>❏ Debtor<br>❏ Creditor<br>❏ Trustee<br>❏ U.S. Trustee/Bankruptcy Admin<br>❏ Other | **PARTY** (Check One Box Only)<br>❏ Debtor<br>❏ Creditor<br>❏ Trustee<br>❏ U.S. Trustee/Bankruptcy Admin<br>❏ Other |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

See Addendum

## NATURE OF SUIT

❏ PROMESA Title III Petition   ❏ PROMESA Title VI Application for Approval of Modifications
❏ Other Federal Question   ❏ Adversary Proceeding   ❏ Demand $ _____

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
❏ 11-Recovery of money/property - §542 turnover of property
❏ 12-Recovery of money/property - §547 preference
❏ 13-Recovery of money/property - §548 fraudulent transfer
❏ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
❏ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
❏ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
❏ 71-Injunctive relief - imposition of stay
❏ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
❏ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
❏ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
❏ 01-Determination of removed claim or cause

**Other**
❏ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

### TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR: The Commonwealth of Puerto Rico and Employees Retirement System of the Commonwealth of Puerto Rico | CASE NO. | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

**DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)**

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE  August 22, 2017 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)  Sharon L. Levine | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

# ADDENDUM TO COVER SHEET

**CAUSE OF ACTION:**

Plaintiff seeks declaratory and injunctive relief that the Commonwealth's March 2017 Fiscal Plan and August 4, 2017 decrees, and subsequent legislative acts implementing them, constitute a taking without due process or just compensation in violation of Amendment 5 of the United States Constitution; a taking of property without just compensation in violation of Article II, Section 9 of the Puerto Rico Constitution; a derogation of the Oversight Board's statutory duty to follow the requirement, set forth in section 201 of PROMESA at 48 U.S.C. § 2141(b)(1)(C), that an approved Fiscal Plan "provide adequate funding for public pension systems"; a derogation of the Board's statutory duty to follow the requirement, set forth in section 201 of PROMESA at 48 U.S.C. § 2141(b)(1)(B), that an approved Fiscal Plan "ensure the funding of essential public services"; a derogation of the Board's statutory duty to follow the Fiscal Plan development, approval, and certification procedures set forth in Section 201 of PROMESA at 48 U.S.C. § 2141(c-e); a violation of the budget development, approval, certification, and correction procedures set forth in Sections 202 and 203; as well as common law unjust enrichment and breach of fiduciary duty which requires imposition of a statutory or constructive trust over pension fund assets to prevent their unlawful sale and transfer to the Commonwealth.

| Plaintiff | Counsel to Plaintiff |
|---|---|
| American Federation of State, County & Municipal Employees, AFL-CIO | **SAUL EWING LLP** <br> Sharon L. Levine *(pro hac vice)* <br> Dipesh Patel *(pro hac vice)* <br> 1037 Raymond Blvd. <br> Suite 1520 <br> Newark, NJ 07102 <br> (973) 286-6713 (Telephone) <br> (973) 286-6821 (Facsimile) <br> slevine@saul.com; dpatel@saul.com <br><br> **AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES** <br> Judith Rivlin *(pro hac vice)* <br> Teague P. Paterson *(pro hac vice)* <br> Matthew S. Blumin *(pro hac vice)* <br> 1101 17th Street NW, Suite 900 <br> Washington, DC 20011 <br> (202) 775-5900 (Telephone) <br> (202) 452-0556 (Facsimile) <br> jrivlin@afscme.org; tpaterson@afscme.org; mblumin@afscme.org |

1

| Plaintiff | Counsel to Plaintiff |
|---|---|
|  | **MANUEL A. RODRIGUEZ BANCHS**<br>Manuel A. Rodriguez Banchs<br>P.O. Box 368006<br>San Juan, Puerto Rico 00936-8006<br>(787) 764-8896 (Telephone)<br>(787) 721-0975 (Facsimile)<br>manuel@rodriguezbanchs.com |

2

| **Defendants:** | **Counsel to Defendants:** |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO;<br><br>MEMBERS OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, including members Jose B. Carrion III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel, in their official capacity as the voting members of the Financial Oversight and Management Board for Puerto Rico;<br><br>the COMMONWEALTH OF PUERTO RICO;<br><br>HON. RICARDO ANTONIO ROSSELLO NEVARES, in his official capacity as the Governor of the Commonwealth of Puerto Rico;<br><br>PUERTO RICO FISCAL AND FINANCIAL ADVISORY AUTHORITY (AAFAF);<br><br>GERARDO PORTELA FRANCO, in his official capacity as Executive Director of AAFAF; and<br><br>HON. RAUL MALDONADO GAUTIER, in his official capacity as the Secretary of the Treasury of the Commonwealth | **O'NEILL & BORGES LLC**<br>Hermann D. Bauer Alvarez<br>O'Neill & Borges LLC<br>American International Plaza, Suite 800<br>250 Munoz Rivera Avenue<br>San Juan, PR  00918<br>Tel:  787-282-5723<br>Fax:  787-753-8944<br>herman@oneillborges.com<br><br>**PROSKAUER ROSE LLP**<br>Martin J. Bienenstock<br>Ehud Barak<br>Chantel L. Febus<br>Stephen L. Ratner<br>Maja Zerval<br>11 Times Square<br>New York, NY  10036<br>Tel:  212-969-4530<br>Fax:  212-969-2900<br>mbienenstock@proskauer.com;<br>ebarak@proskauer.com;<br>cfebus@proskauer.com;<br>sratner@proskauer.com;<br>mzerjal@proskauer.com<br><br>**PROSKAUER ROSE LLP**<br>Timothy W. Mungovan<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>Tel:  617-526-9412<br>Fax:  617-526-9899<br>tmungovan@proskauer.com<br><br>**PROSKAUER ROSE LLP**<br>Steven O. Weise<br>Proskauer Rose LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA  90067-3206<br>Tel:  310-284-4515<br>Fax:  310-557-2193<br>sweise@proskauer.com |

3

100257.1 08/21/2017

| Defendants: | Counsel to Defendants: |
|---|---|
| | **THE LAW OFFICES OF ANDRES W. LOPEZ, P.S.C.**<br>Andres W. Lopez<br>P.O. Box 13909<br>San Juan, PR 00908<br>Tel: 787-294-9508<br>andres@awllaw.com<br><br>**O'MELVENY & MYERS LLP**<br>Peter Friedman<br>1625 Eye Street NW<br>Washington, DC 20006<br>Tel: 202-383-5300<br>Fax: 202-383-5414<br>pfriedman@omm.com<br><br>**O'MELVENY & MYERS LLP**<br>Elizabeth L. Mckeen<br>610 Newport Center Drive<br>17th Floor<br>Newport Beach, CA 92600<br>Tel: 949-823-7150<br>Fax: 949-823-6994<br>emckeen@omm.com<br><br>**O'MELVENY & MYERS LLP**<br>John J. Rapisardi<br>Suzzanne Uhland<br>Diana M. Perez<br>Times Square Tower<br>7 Times Square<br>New York, NY 10026<br>Tel: 212-326-2063<br>Fax: 212-326-2061<br>jrapisardi@omm.com;<br>suhland@omm.com;<br>dperez@omm.com;<br><br>Mohammad S. Yassin, AAFAF<br>P.O. BOX 42001<br>SAN JUAN, PR 00940-2001<br>Tel: 787-722-2525<br>Fax: 787-721-1443<br>mohammad.yassin@aafaf.pr.gov |

4