# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA") <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3284-LTS |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for The Bank of New York Mellon, as trustee.

**Date**: August 22, 2017

s/ Albéniz Couret-Fuentes
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
SEPULVADO & MALDONADO, PSC
252 Ponce de León Avenue
Citibank Tower, Suite 1900
San Juan, PR 00918
Email: acouret@smlawpr.com
Telephone: 787-765-5656
Facsimile: 787-294-0073