| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** || FOR COURT USE ONLY<br>DUE DATE: ||
|---|---|---|---|---|
| 1. NAME<br>Linette Figueroa - Torres | 2. PHONE NUMBER<br>(787) 751-8999 || 3. DATE<br>8/22/2017 ||
| 4. MAILING ADDRESS<br>PO Box. 195383 | 5. CITY<br>San Juan || 6. STATE<br>PR | 7. ZIP CODE<br>00919 |
| 8. CASE NUMBER<br>17-03283 | 9. JUDGE<br>Judith G. Dein | DATES OF PROCEEDINGS |||
|  |  | 10. FROM 8/22/2017 | 11. TO 8/22/2017 ||
| 12. CASE NAME<br>The Commonwealth of Puerto Rico, et al. | LOCATION OF PROCEEDINGS ||||
|  | 13. CITY Boston || 14. STATE MA ||

15. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☒ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☐ TESTIMONY (Specify Witness) |  |
| ☐ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☐ OPENING STATEMENT (Defendant) |  |  |  |
| ☐ CLOSING ARGUMENT (Plaintiff) |  | ☐ PRE-TRIAL PROCEEDING (Spcy) |  |
| ☐ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☐ OTHER (Specify) |  |
| ☐ SENTENCING |  |  |  |
| ☐ BAIL HEARING |  |  |  |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) | FIRST COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES |  |  |
| 14-Day | ☐ | ☐ | NO. OF COPIES |  |  |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES |  |  |
| DAILY | ☐ | ☐ | NO. OF COPIES |  |  |
| HOURLY | ☐ | ☒ | NO. OF COPIES<br>1 |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>/s/ Linette Figueroa - Torres | PROCESSED BY ||
| 19. DATE | PHONE NUMBER ||
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS ||

|  | DATE | BY |  |  |
|---|---|---|---|---|
| ORDER RECEIVED |  |  |  |  |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY