IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO,** | **PROMESA**<br>**Title III** |
| as representative of | |
| **THE COMMONWEALTH OF PUERTO RICO, et al.,** | **No. 17 BK 3283-LTS** |
| Debtors.[1] | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW Shannon B. Wolf, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1.  Applicant is an attorney and member of the law firm of Bracewell, LLP with offices at

| | |
|---|---|
| Address: | City Place I, 34th Floor<br>185 Asylum Street<br>Hartford, CT 06103 |
| Email: | shannon.wolf@bracewell.com |
| Telephone: | (860) 256-8558 |
| Facsimile: | (800) 404-3970 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

#5534394

2. Applicant will sign all pleadings with the name Shannon B. Wolf.

3. Applicant has been retained as a member of the above-named firm by the QTCB Noteholder Group[2] to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Since 2011, applicant has been and presently is a member in good standing of the bar of the State of Connecticut. Applicant's Connecticut bar number is 432509.

5. Applicant has been admitted to practice before the following courts:

U.S. District Court for the District of Connecticut since 2012
Connecticut Bar since 2011
New York Bar since 2010

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Name: Robert Abesada-Agüet
Correa-Acevedo & Abesada Law Offices, P.S.C.

USDC-PR Bar No. 216706

Address: Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064

---

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134].

#5534394

  E-mail:  ra@calopsc.com

  Telephone: (787) 273- 8300

  Facsimile: (787) 273- 8371

**10.** Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

**11.** Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: August 23, 2017

             */s/ Shannon B. Wolf*
             Shannon B. Wolf
             Bracewell LLP
             City Place I, 34th Floor
             185 Asylum Street
             Hartford, CT 06103
             Tel: (860)256-8558
             Email: shannon.wolf@bracewell.com

-4-

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Dated: August 23, 2017

Roberto Abesada- Agüet

/s/ *Roberto Abesada- Agüet*

-5-

**I HEREBY CERTIFY** that on August 23, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

*/s/ Shannon B. Wolf*
Shannon B. Wolf
Bracewell LLP
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860)256-8558
Email: shannon.wolf@bracewell.com

*/s/ Roberto Abesada-Agüet*
 Robert Abesada-Agüet
USDC-PR No. 216706
*Correa-Acevedo & Abesada*
*Law Offices, P.S.C.*
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
Email: ra@calopsc.com
Tel. (787) 273- 8300

#5534394

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2017

                                                          _____
                                                            U.S. DISTRICT JUDGE

#5534394