```
Court Name: District Court
Division: 1
Receipt Number: PRX100051485
Cashier ID: arodrigu
Transaction Date: 08/23/2017
Payer Name: CORREA ACEVEDO AND ABESADA LAW
----------------------------------------
PRO HOC VICE
 For: CORREA ACEVEDO AND ABESADA LAW
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: CORREA ACEVEDO AND ABESADA LAW

 Check/Money Order Num: 21301
 Amt Tendered:  $300.00
----------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF
SHANNON B. WOLF

THRU: ROBERT ABESADA-AGUET
```