```
Court Name: District Court
Division: 1
Receipt Number: PRX100051508
Cashier ID: arodrigu
Transaction Date: 08/23/2017
Payer Name: FERRAIUOLI LLC

PRO HAC VICE
 For: FERRAIUOLI LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00

PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI LLC
 Check/Money Order Num: 17042
 Amt Tendered:   $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF ERIN
E. DEXTER

THRU: ROBERTO A. CAMARA-FUENTES
```