```
Court Name: District Court
Division: 1
Receipt Number: PRX100051522
Cashier ID: arodrigu
Transaction Date: 08/24/2017
Payer Name: FERRAIUOLI LLC
-----------------------------------
PRO HAC VICE
 For: FERRAIUOLI LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HAC VICE
 For: FERRAIUOLI LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HAC VICE
 For: FERRAIUOLI LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI LLC
 Check/Money Order Num: 17092
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI LLC
 Check/Money Order Num: 17091
 Amt Tendered: $300.00
PAPER CHECK CONVERSION
 Remitter: FERRAIUOLI LLC
 Check/Money Order Num: 17090
 Amt Tendered: $300.00
-----------------------------------
Total Due:       $900.00
Total Tendered:  $900.00
Change Amt:        $0.00

17-3283(LTS) PRO HAC VICE OF ERIC
I. WEISS, BRITTNEY R. RENZULLI &
ANNA G. DIMON

THRU: ROBERTO A CAMARA-FUERTES
```