**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**INTERIM ORDER IN RESPECT OF RULE 2004 MOTION**
**OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") having by

motion dated July 21, 2017 requested an order authorizing it to commence an investigation by

issuing certain document requests (the "Rule 2004 Motion"), and several parties in interest

having objected to the Motion, including the Financial Oversight and Management Board for

Puerto Rico (the "FOMB"), as representative of the Commonwealth as Title III debtor, the

Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Official

Committee of Retired Employees (the "Retirees' Committee"), and several discovery targets of

the Rule 2004 Motion; and, after due notice, a hearing having been had on August 22, 2017 to

consider the Rule 2004 Motion, and after due deliberation, and sufficient cause appearing

therefor, the Court makes the following interim rulings:

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

1.  The Rule 2004 Motion shall remain pending and the Court is not ruling on it herein;

2.  The litigation of the Commonwealth-COFINA dispute in which the Creditors' Committee serves as the Commonwealth Agent shall go forward without prejudice to resolution of the issues presented in the Rule 2004 Motion;

3.  Once the FOMB retains its investigator for the investigation it intends to undertake (the "FOMB Investigator"), the FOMB and the FOMB Investigator shall meet and confer with the Creditors' Committee's attorneys to determine whether they can agree that certain areas of investigation can either be allocated between them or coordinated among them on terms they agree on;

4.  The FOMB, the FOMB Investigator, and the Creditors' Committee shall take into account and undertake to avoid unreasonable interference with discovery in the pending adversary proceedings;

5.  On or before September 12, 2017, the FOMB and the Creditors' Committee shall file with the Court a joint status report advising the Court (a) whether an agreement has been or will likely be reached resolving all or parts of the Rule 2004 Motion, and a proposed deadline for any agreement likely to be reached, (b) of the terms of any agreement already reached, (c) a joint schedule or separate schedules proposing, to the extent currently known, individual topics and targets of investigation and timelines for commencing and completing each investigation, and (d) the remaining unresolved issues in the Rule 2004 Motion for which rulings are requested and proposed hearing dates for such unresolved issues;

2

6. This order is without prejudice to the rights of the Retirees' Committee to request

Rule 2004 authority or other relief, and to the rights of all potential targets of the Rule

2004 discovery.


Dated:  August 24, 2017

/ s / Judith Gail Dein_____
Judith Gail Dein
United States Magistrate Judge