IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-3567 (LTS) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on August 18, 2017, Siemens Transportation Partnership Puerto Rico, S.E. ("Siemens") served copies of its *Consented Motion for Leave To File Claim under Seal in Case No. 17-3567* (the "Motion"), filed at Docket No. 248 in Case No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

17-3567 and Docket No. 1089 in Case No. 17-3283, on all interested parties in the above-captioned cases that have appeared through the Court's CM/ECF system, including but not limited to the Standard Parties, as defined in the Second Amended Case Management Procedures adopted in this case (Docket No. 1065-1) (the "Procedures"), on which service is allowed in this manner.

In addition, and pursuant to the Procedures, Siemens served copies of the Motion to the Court's Chambers and the United States Trustee via U.S. mail:

- United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
  500 Pearl St., Suite No. 3212
  New York, New York 10007-1312
- Office of the United States Trustee for Region 21
  Edificio Ochoa, 500 Tanca Street, Suite 301
  San Juan, PR 00901-1922

Siemens served copies of the Motion via U.S. mail on all parties listed on the Master Service List (as defined in the Procedures) for which an e-mail address has not been provided. Siemens served copies of the Motion via e-mail on all parties listed on the Master Service List (as defined in the Procedures) for which an e-mail address has been provided. Id.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 25th day of August, 2017.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                        **ANTONETTI MONTALVO & RAMIREZ COLL**
                                        P.O. Box 13128
                                        San Juan, PR 00908
                                        Tel: (787) 977-0303
                                        Fax: (787) 977-0323

                                        **s/ Jose L. Ramirez-Coll**
                                        JOSE L. RAMIREZ-COLL
                                        USDC-PR No. 221702
                                        jramirez@amrclaw.com