IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO
     as representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.

Debtors[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

AMENDED NOTICE OF WITHDRAWAL OF APPEARANCE AS
COUNSEL FOR RECORD

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and very respectfully states and prays:

1. On May 16, 2017, the undersigned attorney filed a "Notice of Appearance" on
   behalf of Management Consultants & Computer Services Inc. ("MCCS"), see
   docket no. 160 of case number 17-BK-3283.  As per the client's request, the
   undersigned is submitting the present notice of withdrawal.

2. Pursuant to Local Bankruptcy Rule 9010-1(d)(3) and in compliance with this
   Court's order dated August 23, 2017 (docket 1154 of case 17-BK 3283), it is
   respectfully stated that there are no motions pending before the Court; no trial

---

[1] The last four (4) digits of Debtor's federal tax identification number are Commonwealth of Puerto
Rico (Case No. 17 BK 3283-LTS) number 3481 ; (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Case No. 17 BK 3284-LTS) number 8474); (iii) Puerto Rico Highways and
Transportation Authority ("HTA") (Case No. 17 BK 3567-LTS) number 3808; and (iv) Employees
Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") ( Case No.
17 BK 3566-LTS) number 9686.

or hearing has been scheduled regarding MCCS; and a "Notice of Appearance"

will be filed today by attorney Ricardo L. Ortiz-Colón, who will assume MCCS's

legal representation.

3.  In addition, this motion will be notified to MCCS to the following address:

MANAGEMENT CONSULTANTS & COMPUTER SERVICES INC.
         P.O. BOX 11967
         SAN JUAN, PR 00922-1967
         Tel. 787-774-5858

WHEREFORE, it is respectfully requested from this Honorable Court to take notice

of the above-stated, deemed complied with the order dated August 23, 2017, grant the

present motion and grant any other relief the Court deems just and appropriate.


CERTIFICATE OF SERVICE

We hereby certify that on this same date, we electronically filed the foregoing with the
Clerk of the Court using the CM/ECF System, which will send notification of such filing to
all CM/ECF participants in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of August, 2017.


                              ROSAMAR GARCIA-FONTAN ESQ.
                              P.O. BOX 367414
                              San Juan, PR 00936
                              Tel. 787-598-3313
                              rgarciafontan@gmail.com


                              S/ROSAMAR GARCÍA FONTÁN
                              ROSAMAR GARCIA FONTAN
                              USDC-PR #221004