# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| | (Jointly Administered) |
| THE COMMOMNWEALTH OF PUERTO RICO, et al., | |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** creditor MANAGEMENT CONSULTANTS & COMPUTER SERVICES, INC., through the undersigned counsel, and respectfully states and prays as follows:

The appearing creditor notifies that it has retained the legal services of the undersigned attorney to represent it in the above captioned case.

**WHEREFORE**, it is respectfully requested that this Honorable Court take notice of the above stated. It is also requested that Management Consultants & Computer Services, Inc. be notified of all proceedings in the present case and that it be included in the Master Address in the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

above captioned case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 25th day of August, 2017.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all creditors and other parties in interest which have filed a notice of appearance in the caption case.

**RICARDO L. ORTIZ-COLON, ESQ.**
PO Box 195236
San Juan, PR 00919-5236
Tel. (787) 379-8900


**s/ Ricardo L. Ortiz-Colón**
RICARDO L. ORTIZ-COLÓN
USDC-PR No. 205510
E-mail: rortiz@rloclaw.onmicrosoft.com
ortizcolonricardo@gmail.com

2