IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br><br>CASE NO. 17-03283-LTS |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW, Creditor *ORLANDO TORRES BERRIOS, GERMÁN TORRES BERRIOS, VIVIANA ORTIZ MERCADO, JUAN ALBERTO TORRES BERRIOS, VILMA TERESA TORRES LÓPEZ, and HERMANOS TORRES TORRES, INC.* (collectively as Creditor), represented by the undersigned attorney and respectfully shows and prays as follows:

1. That the above-named Debtor filed a petition for relief under Title III of PROMESA seeking relief from creditors.

2. That the appearing party is a creditor in the instant case and his mailing address is: HC-04 Box 5775, Barranquitas, PR 00794-9609.

3. That the undersigned is the attorney of Creditor.

4. That Creditor is a party of interest in this case.

1

WHEREFORE, it is respectfully prayed that the undersigned attorney and Creditor be served directly with copy of all notices, orders and other pleadings related with this case; and that Creditor and its attorney names and addresses be entered into the master address list.

**CERTIFICATE OF SERVICE:** This document was filed with the U.S. Bankruptcy Court for the District of Puerto Rico using the CM/ECF filing system, which will send a copy of this document to all registered parties.

In Naranjito, PR, this 25th day of August, 2017.

s/Juan A. Hernández Rivera, Esq.
PMB #108 HC 72 Box 3766
Naranjito, PR 00719
Tel. (787) 869-4742
Tel. / Fax. (787) 869-1215
juan@jahrlaw.com
USDC-PR 226609