UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br><br>TITLE III<br><br><br>NO: 17 BK 3283-LTS |

**MOTION WITHDRAWING MOTION FOR RELIEF FROM STAY**

COMES NOW, Popular Auto LLC through the undersigned counsel and respectfully moves the Court for an Order pursuant to 11 U.S.C. § 362 for relief from the Automatic Stay and in support states and prays as follows:

1. On this date, Popular Auto LLC filed a motion requesting lift of stay.

2. Inadvertently Popular Auto LLC, did not comply with this court standing order Doc#1087, whereby movants are to communicate with Counsel for the Oversight Board and AAFAF, advising the intention of filing said motion in order to attempt to resolve the matter in whole or in part.

3. Due to the above Popular Auto LLC moves the court to withdraw its motion, without prejudice, so that it may comply with this Courts Order.

Respectfully Submitted at San Juan, Puerto Rico, this 25th day of August 2017.

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on this same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF Filing system which will send a notification of such to the parties of record and to all interested subscribed users and by certified mail to Nancy Morales Cruz, Esq., attorney for the Department of Justice in the KAC2017-0489 case, to her address, Departamento de Justicia, División de Confiscaciones, PO Box 9020192, San Juan, PR 00902,0192.

RESPECTFULLY SUBMITTED

At San Juan, Puerto Rico, this 25th day of August, 2017.

*S/ Ricardo R. Pérez Pietri*
Ricardo R. Pérez Pietri
USDC-PR No: 126513
Attorney for Popular Auto, LLC
Practical Legal Solutions, PSC
PO Box 190743
San Juan, PR  00919-0743
Tel. (787) 792-7013
Fax (787) 792-8520
e-mail: rperez@ppdrlaw.com