IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**DECLARATION OF LANORA C. PETTIT IN SUPPORT OF
JOINT MOTION BY THE AD HOC GROUP OF GENERAL OBLIGATION BOND-
HOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY
MUNICIPAL CORP., AND THE MUTUAL FUND GROUP
FOR ORDER AUTHORIZING RULE 2004 EXAMINATION**

1.  I am an attorney associated with the law firm of Robbins, Russell, Englert, Orseck, Untereiner, and Sauber LLP, counsel, along with Paul, Weiss, Rifkind, Wharton & Garrison, LLP and Jiménez, Graffam & Lausell, for movants the Ad Hoc Group of General Obligation Bondholders. I submit this declaration in support of the Joint Motion By The Ad Hoc Group Of General Obligation Bondholders, Assured Guaranty Corp. And Assured Guaranty Municipal Corp. for Order Authorizing Rule 2004 Examination.

---

[1] The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated June 2, 2017 from Gary A. Orseck and Mark C. Ellenberg to John J. Rapisardi and Martin J. Bienenstock.

3. Attached hereto as Exhibit B is a true and correct copy of a letter dated June 13, 2017 from John J. Rapisardi and Martin J. Bienenstock to Gary A. Orseck and Mark C. Ellenberg.

4. Attached hereto as Exhibit C is a true and correct copy of a letter dated June 14, 2017 from Gary A. Orseck to John J. Rapisardi and Martin J. Bienenstock.

5. Attached hereto as Exhibit D is a transcript of the Ninth Public Meeting of the Financial Oversight and Management Board for Puerto Rico, which was held on August 4, 2017. The transcript was prepared by Alderson Court Reporting from a recording of the meeting.

6. Attached hereto as Exhibit E is a true and correct copy of a document titled "Resolutions Adopted At The Ninth Public Meeting of the Financial Oversight And Management Board For Puerto Rico Held On August 4, 2017 in Fajardo, Puerto Rico," which is available for download at https://juntasupervision.pr.gov/index.php/en/documents/.

7. Attached hereto as Exhibit F is a true and correct copy of a letter sent from Governor Ricardo Rosselló Nevares to President Donald J. Trump, Speaker Paul D. Ryan, Jr., and Senate Majority Leader A. Mitchell McConnell, Jr., which is dated August 4, 2017.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on August 25, 2017 in Washington, D.C.

By: _____
Lanora C. Pettit