# EXHIBIT D



## Transcript of **9th Public Meeting**

August 4, 2017

### *Transcription for Robbins Russell*

Alderson Reporting
1-800-367-3376
info@aldersonreporting.com
http://www.aldersonreporting.com

Alderson Reference Number: 72434

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 1

1

2

3     THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD

4                     FOR PUERTO RICO

5

6

7

8               SEXTA REUNION DE LA JUNTA

9

10

11               9TH PUBLIC MEETING

12

13

14                     9:00 a.m.

15                  August 4, 2017

16

17

18

19   El Conquistador Business Meeting Facilities

20          Dr. Pedro Rossello Gonzalez

21   100 Convention Boulevard, Meeting Room 209

22               San Juan, Puerto Rico

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

```
                                                        Page 2
 1                        PARTICIPANTS

 2            BOARD MEMBERS:

 3        JOSE B. CARRION (Chair), President and Principal

 4    Partner, HUB International CLC, LLC, San Juan, Puerto

 5    Rico

 6        CARLOS M. GARCIA, CEO, BayBoston Managers LLC, and

 7    Managing Partner, BayBoston Capital L.P., Newton

 8    Centre, Massachusetts

 9        HONORABLE ARTHUR J. GONZALEZ, Senior Fellow, New

10    York University School of Law, New York, New York; and

11    Former Judge, Bankruptcy Court, Southern District of

12    New York, New York, New York

13        ANA J. MATOSANTOS, President, Matosantos

14    Consulting, Sacramento, California

15        DAVID A. SKEEL, Professor, University of

16    Pennsylvania Law School, Philadelphia, Pennsylvania

17

18            EX OFFICIO MEMBER:

19        ELIAS SANCHEZ SIFONTE, Former Secretary General of

20    the Puerto Rico New Progressive Party

21

22
```

Alderson Court Reporting

Page 3

```
 1                  PARTICIPANTS (CONTINUED)

 2           EXECUTIVE TEAM:

 3       RAMON RUIZ COMAS, Executive Director

 4       JAIME A. EL KOURY, Legal Counsel

 5

 6           PANEL 1:

 7       ANDREW WOLFE, Adjunct Professorial Lecturer,

 8   School of International Service, American University,

 9   Washington, D.C.

10       GUSTAVO VELEZ, President and Founder, Inteligencia

11   Economica

12       JOSE JOAQUIN VILLAMIL, Chairman and CEO, Estudios

13   Tecnicos

14           PANEL 2:

15       RICARDO ROSSELLO NEVARES, Governor of Puerto Rico

16       JULIA KELEHER, Secretary of Education, Puerto Rico

17       RAUL MALDONADO, Treasury Secretary, Puerto Rico

18           PANEL 3:

19       JENNIFFER GONZALEZ COLON, Puerto Rico Resident

20   Commissioner

21

22
```

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 4

 1                    PARTICIPANTS (CONTINUED)

 2            PANEL 4:

 3        RAMON M. RUIZ, Deputy Executive Director,

 4    Financial Oversight and Management Board

 5        NEYSSA VARELA, Past President, Associated General

 6    Contractors, Puerto Rico Chapter

 7        OMAR MARRERO, Executive Director, Puerto Rico

 8    Public-Private Partnerships Authority

 9            PANEL 5:

10        DR. NELSON I. COLON TARRATS, President, Community

11    Foundation of Puerto Rico

12        RAFAEL CORTES DAPENA, President, Angel Ramos

13    Foundation

14        DRA. NILDA MORALES, President and CEO, Education

15    and Rehabilitation Society of Puerto Rico (SER de

16    Puerto Rico)

17        APRIL MANZANO, Finance Director, SER de Puerto

18    Rico

19        SAMUEL GONZALEZ CARDONA, President and CEO, United

20    Way of Puerto Rico

21

22

9th Public Meeting                                                                    August 4, 2017

San Juan, Puerto Rico

Page 5

```
 1                    PARTICIPANTS (CONTINUED)

 2             PANEL 6:

 3         ELSIE RUIZ SANTANA, J.D., M.S.S., Director,

 4     Graduate School on Social Sciences, Pontifical Catholic

 5     University of Puerto Rico

 6         DR. ILIA C. ROSARIO NIEVES, Director, Graduate

 7     School on Psychology, Pontifical Catholic University of

 8     Puerto Rico

 9         ISABEL RULLAN, Co-Founder and Managing Director,

10     ConPRmetidos

11             PANEL 7:

12         MANUEL J. FERNOS LOPEZ-CEPERO, President, Inter

13     American University of Puerto Rico

14         ERNESTO VAZQUEZ BARQUET, President, Polytechnic

15     University of Puerto Rico

16         DR. CARMEN MIRABAL, Institutional Development

17     Director, Liceo de Arte y Tecnologia

18             PANEL 8:

19         CLARISSA JIMENEZ, President and CEO, Puerto Rico

20     Hotel and Tourism Association

21         MIGUEL VEGA, Chairman of the Board, Puerto Rico

22     Hotel and Tourism Association
```

9th Public Meeting                                             August 4, 2017

San Juan, Puerto Rico

Page 6

1                        PARTICIPANTS (CONTINUED)

2                PANEL 8 (CONTINUED):

3         AGUSTIN ARELLANO, Chief Executive Officer,

4    Aerostar Airport Holdings

5         ARNALDO CRUZ, Director of Research and Analytics,

6    Foundation for Puerto Rico

7                PANEL 9:

8         FELIPE PALACIOS, Chairperson, Puerto Rico

9    Pharmaceutical Industry Association

10        KERRI INGALLS, Vice President and Site Leader,

11   Amgen Manufacturing Ltd., Juncos, Puerto Rico

12        LUCY CRESPO, CEO, Puerto Rico Science, Technology

13   and Research Trust

14                PANEL 10:

15        IGNACIO ALVAREZ, President and COO, Popular, Inc.

16        SEBASTIAN VIDAL, Executive Director, Parallel 18

17        ALBERTO LUGO, President, Invid

18        LORENZO DRAGONI, Board Member, Aireko Foundation

19        RICARDO ALVAREZ DIAZ, President, Puerto Rico

20   Builders Association

21

22

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 7

1                    P R O C E E D I N G S

2       CHAIRMAN CARRION:  -- Management Board for Puerto

3   Rico and we're going to be -- yes, we're giving out the

4   roll.  (Inaudible) from you.

5       (Speaking Spanish)

6       CHAIRMAN CARRION:  And I'd like to ask attendance

7   to please cooperate.  We all have in the past to

8   conducting a productive meeting including keeping cell

9   phones in silent mode and abstaining from conversation

10  and comments.  Let's proceed and I'd like to conduct a

11  roll call to determine whose present and quorum.  Mr.

12  Andrew Biggs?

13      MR. BIGGS:  Present.

14      CHAIRMAN CARRION:  Mr. Carlos Garcia?

15      MR. GARCIA:  Present.

16      CHAIRMAN CARRION:  Judge Arthur Gonzalez?  By

17  phone, Judge Arthur Gonzalez?  All right, we'll --

18      JUDGE GONZALEZ:  Present.

19      CHAIRMAN CARRION:  Thank you, Judge.  (Inaudible)

20  Gonzalez will be absent from today's meeting.  Ana

21  Matosantos?

22      MS. MATOSANTOS:  Present.

9th Public Meeting                                                   August 4, 2017
San Juan, Puerto Rico

Page 8

1       CHAIRMAN CARRION:  And Professor David Skeel?

2   David?

3       MR. SKEEL:  I'm present.

4       CHAIRMAN CARRION:  Thank you, David.

5       MR. SKEEL:  I'm present.

6       CHAIRMAN CARRION:  Yes, thank you, David.  The Ex

7   Officio Member of the Governor and his representative,

8   Christian Sobrino with us here today.

9       MR. SOBRINO:  Present.

10      CHAIRMAN CARRION:  Welcome.  A quorum is present,

11  and now I'd like to call the meeting to order.

12      I would like to ask General Counsel, Mr. El Koury,

13  to act as secretary for this meeting.

14      And again, I would like to extend a heartfelt

15  welcome to Mr. Christian Sobrino, this being his first

16  public meeting since his appointment as the Governor's

17  representative to our Board and I would like to take

18  this opportunity to thank Elías Sánchez for his work

19  and contribution and for his service to the Board

20  during his tenure.

21      This morning, I would like to recognize the

22  presence of Mr. Gerry Portela, Executive Director of

9th Public Meeting                                                              August 4, 2017

San Juan, Puerto Rico

Page 9

1    the Fiscal Agency -- Fiscal Agency and Financial

2    Advisory Authority and welcome Gerry, and his

3    associated colleagues.

4         I'd like to thank all of you in attendance, all of

5    those here today for this meeting, the ninth meeting of

6    the Board being held in Puerto Rico and to let

7    everybody know once again that anyone who is watching

8    the livestream of the website via the Board's website

9    www.oversightboard.pr.gov.  I am pleased to say that

10   the audio of the meeting via the website is available

11   in English and in simultaneous Spanish translation.  If

12   you log into the English website, the audio will be in

13   English.  And if you log into the Spanish website, you

14   will hear the simultaneous translation.  So, welcome to

15   all of you, all of those who are maybe listening in or

16   watching via the website.

17        Today, we will be dealing with the following

18   topics that are part of our agenda.  Number one,

19   approval of the June 30th, 2017 meeting minutes; report

20   by the Chair; administrative matters and the fourth

21   point, the presentation of the proposed Fiscal Plan for

22   the Public Corporation for the Supervision and

9th Public Meeting                                        August 4, 2017
San Juan, Puerto Rico

Page 10

1    Insurance of Cooperatives, known as COSSEC, by its

2    acronym in Spanish; assessment and recommendations of

3    the proposed Fiscal Plan for COSSEC; public comment on

4    the proposed Fiscal Plan for COSSEC; discussion and

5    consideration for certification of the proposed Fiscal

6    Plan for COSSEC.  Number five is discussion of an

7    independent debt investigation and the establishment of

8    a special committee.  Number six is discussion of

9    pension reforms and number seven is discussion and

10   public comment and proposed actions regarding

11   rightsizing measures in the Commonwealth Fiscal Plan.

12        The Board will not be considering today the Fiscal

13   Plan of the University of Puerto Rico although we are

14   pleased to announce that the Board has received from

15   the University its proposed Fiscal Plan, which the

16   Board will promptly review and eventually certify

17   should it comply with the certification requirements.

18        Now, let's begin today's work.

19        Our first order of business is to approve the

20   meetings of the Board's last meeting held on June 30th,

21   2017.  The proposed meetings are included in your

22   meeting materials.  Does anybody have any questions

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 11

1    about these minutes?

2        (No response.)

3        CHAIRMAN CARRION:  There being no questions, I

4    would like to ask for a motion to approve said minutes.

5        MS. MATOSANTOS:  Mr. Chair, I'd like to move for

6    approval of the minutes.

7        CHAIRMAN CARRION:  Would anybody like to second

8    that motion?

9        MR. GARCIA:  Mr. Chairman, I will second that

10   motion.

11       CHAIRMAN CARRION:  I would like to ask for a voice

12   vote, please.

13       Those in favor, please say yes.

14       (A chorus of yeses.)

15       CHAIRMAN CARRION:  Having no opposition and all

16   members having voted in favor of the motion, the

17   minutes are approved.

18       Let me continue now by providing the Board with my

19   brief report.  The Board, as you know, has been

20   established under PROMESA and Puerto Rico Oversight

21   Management and Economic Stability Act and the Board's

22   purpose is to provide a method for Puerto Rico to

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 12

1   achieve fiscal responsibility, including appropriate

2   fiscal reforms, access to capital markets and

3   infrastructure revitalization.

4       The Board also feels compelled to embrace the

5   urgent task of working with the people in the

6   government of Puerto Rico to create the necessary

7   foundation for economic growth and to restore

8   opportunity to our people.

9       At our previous public meeting, I have recounted

10  the Board's steps as required or allowed by PROMESA to

11  accomplish its statutory mandates.  Today, I will

12  restrict my remarks to progress made after the Eighth

13  Public Meeting on June 30th of this year.

14      Earlier this week, we issued our first Annual

15  Report to the President, Congress and the Governor of

16  Puerto Rico and the legislature as required by PROMESA.

17  In that report, we reviewed the commerce activities and

18  milestones of our first year in operation and singled

19  out efforts of the Board at developing a process for

20  selecting, implementing and evaluating critical

21  infrastructure projects under Title V of PROMESA.

22      In addition, recognition of the vital role that

9th Public Meeting                                              August 4, 2017
San Juan, Puerto Rico

Page 13

1   economic development plays in the Board's efforts, the

2   Board made several recommendations in areas which the

3   federal government can assist the government of Puerto

4   Rico and the Board to achieve the objectives of PROMESA

5   as well as to unleash greater, more dynamic economic

6   activity in the territory.

7       One of those recommendations was to grant Puerto

8   Rico the flexibility and discretion to shape federal,

9   social welfare programs to incentivize work.

10      (pause)

11      CHAIRMAN CARRION:  All right.  We have the

12  majority of the folks here, so when they come back on,

13  we'll -- we'll circle back to that vote but in order to

14  move forward, those in favor, please say yes.

15      (A chorus of yeses.)

16      CHAIRMAN CARRION:  Yes.  The -- the resolution

17  passes with the majority of members present.

18      MR. BIGGS:  Mr. Chairman, I would like to make the

19  following motion.  Between the adjournment of this

20  meeting and the opening of the Board's next public

21  meeting, the Board may consider an executive session

22  any and all matters it is authorized to consider under

9th Public Meeting                                            August 4, 2017

San Juan, Puerto Rico

```
                                                     Page 14
 1   PROMESA including one, any certification determinations

 2   authorized by PROMESA including certification

 3   determinations under Section 206 of PROMESA.  Second,

 4   any submissions or authorizations authorized by PROMESA

 5   and third, any filings authorized under Title III of

 6   PROMESA in each case that are set forth as part of the

 7   vote to convene such an executive session.  The Board

 8   may also act by unanimous written consent between

 9   meetings in accordance with the by-laws with such

10   consent to include consent by e-vote.

11       MR. GARCIA:  Mr. Chair, I will second that motion.

12       CHAIRMAN CARRION:  I'd like to ask for a voice

13   vote.  Those in favor of the motion, please say yes.

14       (A chorus of yeses.)

15       CHAIRMAN CARRION:  And David and Judge Gonzalez,

16   would you be voting affirmatively as well for the

17   motion that Ana Matosantos previously presented?

18       (A chorus of yeses.)

19       CHAIRMAN CARRION:  All right.  So that would also

20   -- let the record reflect that -- that resolution

21   passed unanimously.  All the members having voted in

22   favor of the motion, the resolution is approved and has
```

Alderson Court Reporting

Page 15

1    passed unanimously.

2        Now, I would like to ask Ana Matosantos to give us

3    a report on the actions the Board took Wednesday to

4    commence an independent investigation of Puerto Rico's

5    debt.

6        MS. MATOSANTOS:  Thanks, Mr. Chair.  As you're

7    aware and as the Board announced on Wednesday, the

8    Board intends to initiate a comprehensive investigation

9    of Puerto Rico's debt and its relationship with fiscal

10   crisis consistent with the procedures for conducting a

11   PROMESA investigation adopted by the Board on May 26th,

12   2017.  The investigation will include a review of the

13   fiscal crisis, its contributors, an examination of

14   Puerto Rico's debt, an issuance -- and its issuance

15   including disclosure and selling practices when

16   issuance of prior debt.  The Board will conduct its

17   investigation pursuant to the authority granted to it

18   by Congress and the President of the PROMESA.

19       AS you know, the Board has been specifically given

20   the authority by Congress under PROMESA to conduct an

21   investigation of Puerto Rico's debt and its connection

22   to the current fiscal crisis.  We consider this

9th Public Meeting                                           August 4, 2017

San Juan, Puerto Rico

Page 16

1   investigation an integral part of our mission to

2   restore fiscal balance and economic opportunity and to

3   promote Puerto Rico's re-entry into capital markets

4   pursuant to our responsibilities under law.  To carry

5   the investigation forward, I recommend that a special

6   committee of the Board be established for the purposes

7   of among other things, developing in more detail, the

8   scope of the investigation and appointing an

9   independent investigator to carry out the

10  investigation.

11      CHAIRMAN CARRION:  Thank you, Ana.  Following up

12  on your recommendation and pursuant to Section 3.9 of

13  the Board's By-laws, I would like to proceed to

14  establish the special committee of the Board that will

15  be in charge of this investigation and hereby designate

16  and appoint Board members Judge Arthur Gonzalez, Ana

17  Matosantos, Professor David Skeel and myself to

18  constitute such special committee.

19      MS. MATOSANTOS:  Thank you, Mr. Chair.  As we

20  continue to develop the perimeters of the investigation

21  and move forward with the employment of the independent

22  examiners, I think we should be provided this

9th Public Meeting                                                August 4, 2017

San Juan, Puerto Rico

Page 17

1    information and I think that as required under PROMESA,

2    we should make the findings from this investigation

3    public.

4         CHAIRMAN CARRION:  So noted.  Now, let's proceed

5    to the presentation of the proposed Fiscal Plan for the

6    Public Corporation of the Supervision and Insurance

7    Cooperatives (COSSEC).  I would like to welcome once

8    again Mr. Portela, the Executive Director of the Puerto

9    Rico Fiscal Agency and Financial Advisor Authority who

10   will present the proposed Fiscal Plan for the Public

11   Corporation for the Supervision and Deposit Insurance

12   of Puerto Rico (COSSEC).  After his presentation, the

13   Board may proceed to ask questions about the proposed

14   Fiscal plan.

15        Welcome Gerry.

16        MR. PORTELA:  Good morning to all members of the

17   Financial Oversight and Management Board of Puerto

18   Rico, Executive Director, Natalie Jaresko, advisors and

19   general public in attendance.  Before you, Gerardo

20   Portela, Executive Director of the Puerto Rico Fiscal

21   Agency and Financial Advisory Authority (inaudible).

22   Today, we'll be discussing the Fiscal Plan for the

9th Public Meeting                                      August 4, 2017

San Juan, Puerto Rico

Page 18

1    Corporation for the Supervision and Insurance of the

2    Cooperatives, better known as COSSEC, for its Spanish

3    acronym.  COSSEC, though designed as a cover entity by

4    the Oversight Board has not issued public debt, is not

5    a debtor of obligations that require restructuring, has

6    no structural deficit and is able to pay all

7    operational expenses and is not dependent on the

8    central government funds.  COSSEC is the insurer of

9    deposits and shares in the savings and loans

10   cooperatives (inaudible) and in such capacity faces

11   heightened risks related to the claims from insured

12   clients of Cooperatives due to potential essential

13   losses (inaudible) invested in bonds issued by the

14   government of Puerto Rico and its instrumentalities

15   and/or a run-off of client deposits and shares through

16   a perceived lack of confidence in the strength of

17   confidence in the strength of the Cooperatives.

18        Those risks are shared by traditional financial

19   institutions as well.  The Cooperative movement has a

20   strong following in Puerto Rico with 160 Cooperatives

21   holding around $7.9 billion of deposits and shares for

22   nearly one million customers.  This compares

9th Public Meeting                                              August 4, 2017
San Juan, Puerto Rico

Page 19

1    approximately to $45 billion of deposits held by banks

2    operating in Puerto Rico.  COSSEC has adequate capital

3    to perform its regulatory and insurance duties under

4    ordinary and relatively stress scenarios.

5         Cooperatives have gained popularity in Puerto Rico

6    as customers feel a greater sense of loyalty to their

7    local institutions especially given that the coops are

8    owned by their members or associates rather than

9    stockholders.  For a (inaudible) in COSSEC, it is of

10   great importance to collaborate with the government and

11   the Oversight Board's efforts to proactively seek

12   alternatives to strengthen the savings and loans

13   Cooperatives through reforms and other actions that

14   will support the Cooperatives and their key involvement

15   and participation in the economic development of Puerto

16   Rico.

17        Additional, COSSEC (inaudible) in cooperation with

18   the Oversight Board have requested technical assistance

19   to the National Credit Union Association to further

20   strengthen the Cooperatives and make it a more robust

21   and strong financial sector in Puerto Rico's economy.

22   Puerto Rico's economy is the safeguard in diversity of

9th Public Meeting                                              August 4, 2017

San Juan, Puerto Rico

Page 20

1    capital structures offered by Cooperatives to ensure

2    balanced, responsible and sustainable economic model

3    going forward.  The Fiscal Plan analyzes COSSEC's

4    financial condition and its ability to meet the

5    challenges that may be posed by the Puerto Rico

6    renegotiation and set forth structural reforms that

7    strengthen COSSEC'S governance and regulatory powers.

8    This Fiscal Plan is motivated by the potential role of

9    Cooperatives as a community-based financial institution

10   and the measures contemplated therein are designed to

11   increase their capacity and efficiency in providing

12   services to their members or associates.  They provide

13   financial services to their members that contribute to

14   economic development while abiding by cooperative

15   principles that emphasize the importance of service to

16   the community and a democratic control.

17        Now, I will leave you with Mr. Alejandro

18   (inaudible), chief operating officer of FAFAA, who will

19   present to the Oversight Board a summary of the COSSEC

20   Fiscal Plan.

21        MR. ALEJANDO (Inaudible).  Good morning.  Before I

22   begin, I would like to point out that COSSEC is

9th Public Meeting                                      August 4, 2017
San Juan, Puerto Rico

Page 21

1    currently directed by the Cooperative Development

2    Commissioner, (Inaudible).  The Commissioner has

3    excused herself from this board meeting as she is

4    currently attending previously scheduled personal

5    matters.  Today, COSSEC is represented by Mr. Pedro

6    (Inaudible) Assistant Vice President and Mr.

7    (Inaudible) senior analyst and special aide to the

8    Executive Director, who are here with us to answer any

9    technical inquiries that the Board may have and I would

10   ask they come forward and sit near us, with us.

11       Now, to begin, COSSEC main rules include insurer

12   of deposits and shares up to $250,000; two, regulator

13   of all savings and loans; two, regulator of all savings

14   and loans cooperatives and non-financial cooperatives;

15   and, three, promoter of the cooperative model.  COSSEC

16   does not have a structural deficit and comfortably

17   covers its operating costs, including employee

18   benefits.  It is not dependent on general funds but on

19   premiums paid by member cooperatives and interests on

20   its investments.  Now, as said by Mr. Portela, COSSEC's

21   risk is mainly driven by external factors and

22   reputational risks that stem from the fact that some, I

Page 22

1    repeat some, of the cooperatives have higher

2    concentration risks in Puerto Rico bonds and the

3    reduction and value of set bonds due to a renegotiation

4    may impact these cooperatives' capital and income.

5    Although recognized as a serious risk, this Fiscal Plan

6    confirms that COSSEC has the ability to withstand the

7    impact of the renegotiation under relatively stressed

8    scenarios.  The cooperative system is a pillar of the

9    Puerto Rico economy serving as the main alternative to

10   the commercial banking sector.

11        While its funding sources have remained stable

12   over the years, the cooperatives have been able to grow

13   their asset base.  System assets experienced five

14   percent growth between fiscal year 2012 and fiscal year

15   2016.  This was primarily due to a $400 million

16   increase in loan balances while cash and other assets

17   remain flat.  Some cooperatives are heavily invested

18   insecurities issued by the Puerto Rican government and

19   its instrumentalities.  Although the cooperative system

20   loan portfolio has been performing adequately showing

21   great resilience during the economic rescission, there

22   is as high degree of concentration in Puerto Rico debt

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 23

1     along the cooperative systems that would compromise the

2     solvency of some cooperatives.  Puerto Rico government

3     securities account for approximately 65 percent of the

4     cooperatives' total investment portfolio.  In order to

5     gauge COSSEC's ability to withstand a Puerto Rico debt

6     renegotiation by its members, the COSSEC team along

7     with the FAFAA Oversight Board's guidance performed

8     four different stress tests in this Fiscal Plan.  These

9     stress scenarios were completed in accordance with the

10    guidelines set by the Fiscal Oversight Board.

11          The first analysis, the capital reserve report.

12    This is the actuarial report that measures the

13    sustainability of cooperatives based on the ability to

14    amortize the government's securities losses over time

15    by projecting historical return on assets.  During the

16    second half of fiscal year 2017, COSSEC's management

17    requested an updated version of this actuarial report

18    for fourth quarter 2016 financial data and the market

19    value of its investments as of April 2017.

20          The second analysis was based on the same report,

21    the net research were impacted by subtracting total

22    Puerto Rico debt losses instead of its amortized amount

9th Public Meeting                                                                   August 4, 2017

San Juan, Puerto Rico

Page 24

 1    under regulatory accounting treatment provided by Act

 2    220.

 3        The third analysis -- a short term liquidity

 4    analysis stressing the cash and equivalent items

 5    available to (inaudible) subtracting cross deposits

 6    among cooperatives and under deposit runup scenarios in

 7    order to project possible individual needs.

 8        Then the fourth analysis which we call the NCUA

 9    analysis, it was replicated by COSSEC.  The NCUA

10    performed an analysis of the Puerto Rico cooperative

11    system in March 2016.  COSSEC updated the report to

12    include market -- market -- the market value of Puerto

13    Rico government securities as of April 2017 and the

14    most recent data available for all insured

15    cooperatives.  This analysis combined capital and

16    liquidity considerations, so it combines the contents

17    of the first two analysis.  All scenarios reinforced

18    that under current regulatory framework, COSSEC will

19    have the adequate capital to perform its duties even

20    under relatively stressed scenarios.

21        COSSEC also created a liquidity vehicle to

22    strengthen its position.  The newly created cooperative

9th Public Meeting                                                                August 4, 2017
San Juan, Puerto Rico

Page 25

1    will provide depositor confidence and insure the long-

2    term sustainability of the coop system and the

3    corporation.  The program is designed to aggregate and

4    organize system-wide resources to be deployed to

5    strengthen the capital base of individual cooperatives

6    and provide additional liquidity if needed.

7        The initial proposal totaling $533 million in

8    combined commitments is comprised of approximately $383

9    million available for capital injections and an

10   additional $150 million for liquidity in exchange for

11   loan assets.  The program will also aim to steer the

12   system towards a path of long-term sustainability.  The

13   oversight and implementation of the program will be

14   administered by the cooperative's technical, financial

15   taskforce as per Memorandum of Understanding which will

16   be executed.

17       Under the MOU, the parties will exchange

18   information and provide assistance in connection with

19   the monitoring of the financial situation, crisis

20   management, recovery and mitigation.  Simultaneously,

21   the governance reform must be implemented as part of

22   the new governance model, the committee will steer

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 26

1    COSSEC while its Fiscal Plan is in effect and being

2    implemented.  This committee shall exercise all powers

3    granted to COSSEC's Board of Directors by virtue of any

4    other law or regulation of the government of Puerto

5    Rico.  The committee shall be the operating arms

6    spearheading reforms and other actions to further

7    strengthen the cooperative system and the corporation

8    and insure an effective and timely execution of the

9    Fiscal Plan measures.

10        In summary, the plan one, confirms COSSEC's

11   capacity to perform its regulatory and insurance duties

12   with adequate capital to support the system under

13   ordinary and relatively stress scenarios; two,

14   implements the right governance structure to steer

15   COSSEC through the current challenges and

16   implementation of necessary reforms; three, establishes

17   a coordinated liquidity and capital response to the

18   Coop-Self initiative with system-wide resources.

19        We are certain that the COSSEC Fiscal Plan

20   addresses system weaknesses with the utmost

21   responsibility and that it aims to maintain the

22   cooperative system as one of the main pillars of the

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 27

1    economy.

2        This administration strongly believes that the

3    measures set forth for the consideration and approval

4    of the Board will comply with the requirements in

5    PROMESA while improving COSSEC's role through enhanced

6    oversight and stronger governance structure.

7        CHAIRMAN CARRION:  Thank you, very much, Mr.

8    (inaudible).  Do any Board members have any questions

9    for management of COSSEC or Mr. Portela or Mr.

10   (inaudible)?

11       MS. MATOSANTOS:  I do but I'll follow other

12   members if they have questions.

13       CHAIRMAN CARRION:  Mr. Garcia?

14       MR. GARCIA:  My first question is could you please

15   expand on what's going to be the composition of that

16   new committee and what would it entail for that

17   committee to be implemented and what's the timing that

18   you currently envision for that committee to be in

19   place?

20       MR. PORTELA:  The committee would be comprised of

21   three members.  One will be the cooperative

22   commissioner and chairman of the Board of Directors of

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

```
                                                              Page 28
 1    COSSEC.  The second will be the Commissioner of the

 2    Financial Institutions of Puerto Rico and the Executive

 3    Director of FAFAA.

 4         MR. GARCIA:  Thank you.

 5         CHAIRMAN CARRION:  Did you have a question, Ms.

 6    Matosantos?

 7         MS. MATOSANTOS:  Can you -- the information you

 8    shared around the fact that 65 percent of COSSEC's

 9    assets are invested in Puerto Rico's securities was

10    striking.  Can you talk to us a bit more about the

11    stress case scenarios and how they've been incorporated

12    into the Fiscal Plan?

13         MALE:  Well, the first -- it's not 65 percent of

14    COSSEC's assets are COSSEC's investment portfolio --

15         MS. MATOSANTOS:  Investment portfolio, sorry.

16         MALE:  -- is -- does not have a high concentration

17    of Puerto Rico investment.  It's more the stress tests

18    were performed throughout the Cooperative system,

19    taking into account that Cooperative members are --

20    have individual investment policies and portfolios.

21    There were four stress tests that were performed.  The

22    first one takes into account the special act 220 which
```

Page 29

1    allows for a 15-year amortization of losses in Puerto

2    Rico investments which are classified as special

3    investments.  The second one is the -- does not take

4    into account that cushion, that 15-year period of

5    amortization and is obviously a more acid test than the

6    first one.  The third one then took into consideration

7    different run-off scenarios.  Historically, the run-off

8    percentage has been fairly low, under three percent but

9    we took -- we were very conservative and stressed

10   (inaudible) to five, 10, 20 percent scenarios and still

11   COSSEC had enough capital to withstand such run-offs.

12   Of course there is a timing issue and something that

13   cannot be predicted in terms of timing and necessity

14   but it was taken into consideration in the stress test

15   and reflected a very good resilience from COSSEC's

16   perspective.  And then the fourth analysis, which is

17   the one that replicates NCUA exercise, takes into

18   account both scenarios, the capital stress and the

19   liquidity scenario and it combines them and it paints a

20   picture of a relatively strong COSSEC ability to

21   respond to a possible scenario of stress and in

22   addition to that, that's why we created that Coop-Self

9th Public Meeting                                        August 4, 2017

San Juan, Puerto Rico

Page 30

1   instrument so we could raise capital and liquidity if

2   it was necessary after getting into the emergency

3   situation.

4       MS. MATOSANTOS:  Sorry, I just want to double back

5   on the liquidity point because I was referring to the

6   statement on Page 13 of the Fiscal Plan where you talk

7   about Puerto Rico government securities account for 65

8   percent of the (inaudible) portfolio and I want to

9   understand, your expansion is the issue that that's not

10  necessarily -- that that is an issue of particular

11  cooperatives and not necessarily (inaudible)?

12      MALE:  Yes.  The 65 percent takes into account the

13  total cooperatives so it's not necessarily one

14  cooperative might have more concentration than others.

15  And if that is the case, not all cooperatives are

16  created equal.  Some cooperatives may show weakness but

17  it's totally unrelated to any type of investment.  It's

18  more of a business as usual type of deal.  Though, it

19  is important that it is highlighted that not all

20  cooperatives are under the same situation.

21      MS. MATOSANTOS:  Can you talk to us about a bit

22  more about, you know, NCUA and the technical assistance

9th Public Meeting                                                        August 4, 2017

San Juan, Puerto Rico

Page 31

1    work they provided to date and some of your sense of

2    how they might assist going forward?

3        MALE:  Yes.  Well, NCUA, we sent a communication

4    and we established some cooperation with regards to

5    technical assistance and technical assistance in this

6    sense means more support for an aspirational transition

7    of COSSEC to move to a more robust governance

8    structure, to a more robust examination process, to

9    establish more controls and to ensure that these

10   situations that have occurred in the past don't occur

11   again.  The technical assistance has been offered but

12   we are still in the conversation periods in looking to

13   see what the opportunity is and what we can gather from

14   them and collaborate.

15       MR. PORTELA:  I would like to add and go back to

16   the 65 percent, Ana.  Basically, Ms. Matosantos, it's

17   around $976 million approximately, the investment

18   portfolio comprise of around 90 Cooperatives but a very

19   important fact regarding the stress scenario is that

20   GDB which represents approximately 44 percent of that

21   portfolio is -- you know, we're not including the RSA,

22   we're not including the up-tick on the pricing of the

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 32

1    funds.  It's basically on an amortized cost of 60

2    percent and the scenarios passed so basically all

3    scenarios were reinforced that that COSSEC will have

4    adequate capital.  So, I just want to add to that as

5    well.

6       MS. MATOSANTOS:  And you mentioned the Self

7    program and other efforts embedded in the Fiscal Plan

8    to ensure the continued assets, so I appreciate that.

9    Thanks.

10      MR. GARCIA:  If I may, I would like to ask the

11   Executive of COSSEC if they could give us just a

12   general overview of how they feel what is the current

13   status of the Cooperatives as a whole.  I mean where do

14   they see issues at right now? What are they doing on a

15   practical basis, on a day-to-day basis to deal with it

16   and also about their commitment to the implementation

17   of this Fiscal Plan.

18      MALE:  Good morning.  Basically, what we're doing

19   right now is monitoring the critical capacity of the

20   Cooperatives on a weekly basis.  Some Cooperative may

21   be having a little bit of trouble meeting their

22   standards and deposit, but right now, there's not a big

9th Public Meeting                                          August 4, 2017
San Juan, Puerto Rico

Page 33

1    issue on that.  Last year, there was a run of deposits

2    around April.  It was below 2.4 percent.  It was and

3    all Cooperatives were able to manage that run quite

4    well.  And right now, about -- the biggest issue is

5    like we said in our Fiscal Plan, is the Puerto Rico

6    bonds.  That's the main issue with Cooperatives right

7    now.

8          MR. GARCIA:  Would you speak in general of the

9    total number of Cooperatives?  I mean how many do you

10   feel that are facing liquidity issues as a whole?

11         MALE:  As of this moment, maybe about five

12   Cooperatives that might have liquidity issues and we're

13   dealing with them on a daily basis.  Right now, we're

14   trying to implement with them some considerations,

15   voluntarily considerations, so a bigger Cooperative can

16   absorb the smaller ones.  Right now, there's not a

17   major concern about these Cooperatives.

18         MALE:  Yes, I would like to add to that even not

19   having the Fiscal Plan certified, COSSEC has the legal

20   capacity to enforce a lot of powers that allow them to

21   intervene and to manage or administer any cooperative

22   that faces liquidity or capital issues.  So, the

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 34

1    framework is there.  It's more that our goal with this

2    Fiscal Plan is to strengthen the ability to execute

3    those powers at all.  So, they are in fact already

4    implementing some of the preventive measures.

5        MR. GARCIA:  And does COSSEC feel that the Fiscal

6    Plan that is being currently presented to the Board

7    will give them additional tools to be able to deal I

8    mean with some of the challenges that the Cooperatives

9    are facing at this point?

10       MALE:  Yes, we do.

11       MR. GARCIA:  And are you also committed to the

12   implementation of this Plan?

13       MALE:  Yes, we are very committed to

14   implementation of the Plan once it's certified by the

15   Board.

16       MR. GARCIA:  And my last question is could you

17   tell us how the funding, of the COSSEC, the Coop-Self

18   program will be obtained?

19       MALE:  Yes.  Essentially, the Coop-Self vehicle

20   would include the COSSEC available cash which COSSEC

21   has $122.5 million in capital available.  It has $107.9

22   million in reserve for expected losses which are

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 35

1   already recognized in 2016 financial statements.  It

2   has an additional $52.5 million in reserve for

3   unexpected losses and then there is the opportunity to

4   enter into an agreement in which the Coop would

5   compromise or pledge additional cash and the compromise

6   to purchase loans up to $150 million for a total of

7   $533 million in additional capital that could be

8   readily injected into the system.

9        MR. GARCIA:  Thank you for your responses and I

10   have no further questions, Mr. Chair.

11        MS. MATOSANTOS:  We appreciate, you know, the

12   stress test, the attention you're taking to this

13   matter.  I'm a 15-year credit union consumer on the

14   state-side of the equation and a big believer in the

15   credit union system and their role in overall banking.

16   You know, looking at the exposure and the inter-

17   relatedness with where the assets are invested, and the

18   internal relationship with the overall debt

19   restructuring situation we find ourselves in, as well

20   as overall the economic situation and the stress,

21   appreciate the efforts made thinking closely about

22   Natalie's assessment of this and steps that might be

Alderson Court Reporting

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 36

1   necessary to ensure that there's adequate support

2   oversight in place to ensure a continued stable system.

3        CHAIRMAN CARRION:  Thank you, Ms. Matosantos.  Any

4   additional questions from the members present?  David,

5   Arthur, any questions?

6        Then, I would like to ask our Executive Director -

7   -

8        MR. GONZALEZ:  I don't have any.  Thank you.

9        CHAIRMAN CARRION:  Yeah, thank you, Arthur.  Then

10  I would like to proceed to ask our Executive Director,

11  Ms. Natalie Jaresko, to walk us through the process by

12  which the Board reviewed and assessed COSSEC's proposed

13  Fiscal Plan and to present to the Board certain

14  recommendations regarding the same.

15       MS. JARESKO:  Thank you, Mr. Chairman.  The Board

16  and its advisors reviewed COSSEC's proposed Fiscal Plan

17  for compliance with PROMESA and with the same

18  principles against which we've evaluated the other

19  Fiscal Plans.  Compliance with PROMESA meaning the

20  successful fulfillment of Section 201 of PROMESA which

21  outlines 14 statutory requirements all Fiscal Plans

22  must achieve.  Adherence to the principles outlined by

9th Public Meeting                                                  August 4, 2017
San Juan, Puerto Rico

Page 37

1    this Board for a once and done approach which ensures

2    that the plans achieve sustainability and balance

3    without further measures not already included in the

4    Plan.  As was noted, COSSEC has not issued any debt and

5    is not a debtor of obligations that require

6    restructuring.  As the insurer of Puerto Rican

7    Cooperatives, however, COSSEC may face higher demands

8    on its resources as the institutions that it covers are

9    affected by losses on the Puerto Rican debt that they

10   hold as investments.  COSSEC has modeled aggressive

11   stress scenarios comparable to previous analyses done

12   with federal assistance.

13        While the Board and its advisors recognize the

14   economics of COSSEC's plan and the reserves it has set

15   aside for assisting Cooperatives, additional

16   modifications are needed to ensure the long-term

17   stability and proper regulation of the Cooperative

18   system.  We wish to stay ahead of any potential

19   problems.

20        So, first, the Plan should reflect the impact of a

21   more extensive and realistic resource plan based

22   primarily on those updated stress scenarios.  The

9th Public Meeting                                             August 4, 2017
San Juan, Puerto Rico

Page 38

1     Fiscal Plan should be amended to include a detailed

2     implementation plan with dates for the Coop-Self

3     program that is also based primarily on the updated

4     stress scenarios and includes a sufficient human and

5     financial resource requirements, internal and external

6     necessary for the success of the program.

7          Second, the Fiscal Plan should be amended to

8     include a reform plan that re-defines the mission and

9     governance of COSSEC to eliminate conflicting

10    regulatory and insurance missions and captive

11    governance or moves Cooperatives to federal charters

12    and oversight under the National Credit Union

13    Administration, NCUA, or other agency with expertise in

14    the financial supervision field, such as the Office of

15    Commissioner of Financial Institutions of Puerto Rico

16    or that reforms the Cooperative charters to reflect

17    oversight and methodologies comparable to those of the

18    NCUA.

19         Third, the Fiscal Plan should be amended to

20    outline the scope of activities that should be

21    addressed through a request for external assistance

22    from federal agencies or through the use of external

Page 39

1    contractors.  In addition, current law limits COSSEC's

2    ability to provide the necessary and adequate health to

3    Cooperatives that may need it.  COSSEC, FAFAA and its

4    advisors have identified the legislative changes that

5    will enable COSSEC to provide the regulatory assistance

6    required to mitigate the effect of any losses on Puerto

7    Rican debt.

8        The Board has also worked with the government and

9    its advisors to identify the best way to ensure

10   independent, unbiased decision making necessary to

11   deploy COSSEC's program.  To support that program, the

12   Fiscal Plan must be modified to incorporate the

13   following amendments that describe legislation the

14   government will submit to the legislature.

15       First, the COSSEC's enabling act be amended to

16   provide that during the implementation of the Fiscal

17   Plan, the government will constitute a Committee

18   composed of the President of the COSSEC Board, the

19   Executive Director of FAFAA and the Commissioner of

20   Financial Institutions as Mr. Portela said earlier, in

21   order to ensure independent management and decision

22   making of COSSEC's assistance program.  The Committee

9th Public Meeting                                                       August 4, 2017
San Juan, Puerto Rico

Page 40

 1    should marshal the regulatory and supervisory expertise

 2    of the Office of the Commissioner of Financial

 3    Institutions to assist with the implementation of the

 4    Fiscal Plan.

 5         The committee shall supersede the COSSEC Board and

 6    its powers will be exercised by a majority of its three

 7    members.  The committee will be in effect during the

 8    implementation of the Fiscal Plan.

 9         Second, to facilitate the assistance program

10    described in the Fiscal Plan, that the Cooperative

11    Savings and Credit Unions Act be amended to authorize

12    the Cooperative to issue preferred shares in an amount

13    in excess of the amount of its common stock.  In

14    addition, that the act and the COSSEC enabling act be

15    amended to expressly authorize COSSEC to sell the

16    assets of a Cooperative to a non-cooperative entity in

17    the event that COSSEC orders the liquidation,

18    consolidation or merger of such cooperative.

19         Third, that Act 220 and 2015 must be amended in

20    order that COSSEC's regulatory powers over a

21    Cooperative are not limited in any way due to a

22    Cooperative's investments in bonds or notes issues by

9th Public Meeting                                              August 4, 2017

San Juan, Puerto Rico

Page 41

1    the Commonwealth or its instrumentalities.

2         In light of these findings, I'd like to recommend

3    that the Board certify the COSSEC Fiscal Plan with

4    these amendments to provide a more detailed

5    implementation plan to outline a more robust vision for

6    long-term reform and to describe and submit the

7    necessary legislation that will enable COSSEC to assist

8    Cooperatives to its fullest capacity.

9         CHAIRMAN CARRION:  Thank you, Ms. Jaresko.  Before

10   we move on the public comment section, another question

11   has been posed by Ms. Matosantos.

12        MS. MATOSANTOS:  Sorry, but just as follow-up

13   question.  You know, I appreciate your work in

14   analyzing the Fiscal Plan and the suggestions and

15   changes here.  Anything else that we need to be keeping

16   in mind to ensure that we're staying ahead of this and

17   that we are keeping the interests of depositors, that

18   COSSEC is keeping the interests of depositors first and

19   foremost as it thinks about carrying out its duties.

20        MS. JARESKO:  I think besides legislation, these

21   amendments to the Fiscal Plan, what is going to be most

22   critical is implementation and having a specific plan,

Page 42

1   specific named persons and dates to ensure that we are

2   working on time.

3        MS. MATOSANTOS:  Thank you.

4        CHAIRMAN CARRION:  Thank you, both.  Now, I'd like

5   to open the floor for public comments.  Each person

6   will have up to three minutes to express their views.

7   Any person interested in a turn, please stand up and

8   once I recognize you, we will turn the microphone on

9   and you will begin your questions or exposition.

10  Please state your full name and your affiliation if you

11  have one and speak as clearly as possible.

12       MR. MUDD:  Good morning.

13       CHAIRMAN CARRION:  Good morning.

14       MR. MUDD:  John Mudd and I have a question as to

15  the -- there's a $533 million and I was wondering if

16  that's to cover the losses of the credit union members,

17  number one.  And number two, has there been an

18  evaluation of the probability of the RSA, if it is

19  approved, to its continued payment since it depends on

20  the municipalities and the public corporations of

21  paying their debts.

22       MALE:  The $533 million that you mentioned, yes,

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 43

1    it does deposits as well as any capital shortfalls

2    resulting from any restructuring of the Puerto Rican

3    debt.

4         MR. PORTELA:  In terms of, I think I expressed

5    this earlier, the stress scenarios did not include the

6    RSA for GDB.  As of right now, we're in the midst of

7    legislation for GDB RSA and we're planning accordingly

8    to close this transaction in the next few months.

9         CHAIRMAN CARRION:  Thank you.  Anything else, Mr.

10   Mudd?

11        MR. MUDD:  Well, don't you expect, the last answer

12   was not an answer at all, but that's okay.

13        CHAIRMAN CARRION:  Any additional questions from

14   those present?  Very good.  Let's proceed to discussion

15   and consideration for certification of the proposed

16   Fiscal Plan for the Public Corporation and Supervision

17   and Insurance Cooperatives, COSSEC.  In light of the

18   importance of the decision by the Board that will be

19   taken today, I would like to ask for any Board members

20   that would like to express any additional views.

21        Let's begin with the representative of the

22   Governor of Puerto Rico.  I would like to offer that

9th Public Meeting                                        August 4, 2017

San Juan, Puerto Rico

Page 44

1    opportunity to Mr. Christian Sobrino.

2        MR. SOBRINO:  Thank you, Mr. Chairman.  I'd like

3    to first congratulate the teams of FAFAA and the team

4    of COSSEC who have worked for the past month to prepare

5    a Fiscal Plan that adequately protects the Cooperative

6    movement of Puerto Rico which is key to our economy.

7    It is key to our communities throughout the island and

8    provides credit and banking services to a large part of

9    the population, more than a millions and that has been

10   relevant to every consideration we've had in other

11   parts of the government, including the GDB and the

12   central government.  To the extent I think that they

13   have done outstanding work and the implementation of

14   their Fiscal Plan will be carried out in an effective

15   plan.  So, thank you again, Gerry, Dino, and the COSSEC

16   team.

17       CHAIRMAN CARRION:  Thank you, Mr. Sobrino.  Would

18   any additional Board member like to speak and express

19   themselves about this topic?  On the basis of the

20   report presented by the Board's Executive Director, on

21   the proposed Fiscal Plan for COSSEC and her

22   recommendations including the proposed amendments

9th Public Meeting                                                August 4, 2017
San Juan, Puerto Rico

Page 45

1    summarized in her presentation, the Chair requests from

2    the Executive Director whether she would like to

3    propose a resolution for the Board to consider and vote

4    upon?

5         MS. JARESKO:  Yes, Mr. Chair.  I'd like to propose

6    a resolution and request that Mr. El Koury read the

7    same into the record.

8         MR. EL KOURY:  WHEREAS, on June 30, 2016, the

9    Federal Puerto Rico Oversight Management and Economics

10   Stability Act, PROMESA was enacted; and,

11        WHEREAS, Section 101 of PROMESA created the

12   Financial Oversight and Management Board for Puerto

13   Rico; and,

14        WHEREAS, Section 201 of PROMESA establishes a

15   multi-step procedure for the development, review, and

16   approval of fiscal plans for covered territorial

17   instrumentalities requiring that one, the proposed

18   fiscal plan be submitted to the Board; two, the Board

19   must review the proposed plan and determine whether it

20   satisfies PROMESA's requirement or that it does not, in

21   which case the Board must issue a Notice of Violation

22   and recommended revisions, giving an opportunity to

9th Public Meeting                                                                    August 4, 2017
San Juan, Puerto Rico

Page 46

1    correct the violations; three, revised proposed plan be

2    then submitted to the Board; and four, if there is a

3    failure to submit timely a proposed plan and the Board

4    determines in its sole discretion satisfies PROMESA's

5    requirement, the Board shall develop and submit to the

6    Governor and the legislature, its own compliant Fiscal

7    Plan; and,

8         WHEREAS, on August 1st, 2017, the Board received a

9    proposed Fiscal Plan for the Public Corporation for the

10   Supervision and Insurance of Cooperatives, COSSEC; and,

11        WHEREAS, after reviewing the proposed Plan with

12   the Governor's representatives and analyzing and

13   deliberating over it with the Board's members,

14   economists, consultants and attorneys, the Board

15   recommended revisions to the same and gave the

16   Governor's representatives the opportunity to revise

17   the proposed Fiscal Plan; and,

18        WHEREAS, representatives of the Governor and the

19   Board's experts, consultants and attorneys engaged in

20   an extensive discussions about the proposed Fiscal Plan

21   and voiced concerns about the plan, resulting in

22   further changes incorporated into the proposed Plan;

Page 47

1    and,

2         WHEREAS, on August 4, 2017, the Board held an open

3    meeting in which the Governor's representatives

4    presented the final proposed Fiscal Plan to the Board

5    and the Public; and,

6         WHEREAS, the Board has had the opportunity to

7    consider the latest proposed plan and discuss it with

8    its experts, consultants and attorneys and believes

9    that with certain amendment, the Plan complies with

10   PROMESA; and,

11        WHEREAS, the Board provided an opportunity for

12   public comment on the proposed Fiscal Plan and on the

13   Board's recommended modifications to such Fiscal Plan;

14   and,

15        WHEREAS, after substantial deliberations, the

16   Board has determined to approve and certify the latest

17   proposed Plan as modified by the following amendments:

18

19        Amendment number one:  Impact of a more extensive

20   and realistic resource plan made (inaudible) an updated

21   stress scenarios.

22        The Fiscal Plan should be amended to include a

9th Public Meeting                                                      August 4, 2017
San Juan, Puerto Rico

Page 48

1    detailed implementation plan for the Coop Self program

2    that is also based primarily on updated stress

3    scenarios and includes efficient human and financial

4    resource requirements, internal and external necessary

5    for the success of the program.

6         The plan should confirm the ability to deploy

7    resources and the processes for coordinating with

8    internal and external partners, define decision making

9    processes for deciding and prioritizing liquidity or

10   capital infusions for Cooperative consolidation or

11   wind-down resolutions, address the potential for

12   greater scope and speed of intervention due and define

13   a contingency plan if requirements for capital

14   liquidity assistance exceed COSSEC and partner

15   resources.

16        Amendment number two, long-term vision for reform.

17    This compliance should be amended to include a reform

18   plan that redefines the mission and governance of

19   COSSEC's to eliminate conflicting regulatory and

20   insurance missions and (inaudible) or moves

21   Cooperatives after completion of the COSSEC assistance

22   program to federal charters and oversight under the

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

1   National Credit Union Administration, NCUA, or another

2   agency with expertise in the financial supervision

3   field such as the Office of Commissioner of Financial

4   Institutions of Puerto Rico, or that reforms

5   Cooperative charters to reflect oversight and

6   methodologies comparable to those of the NCUA.  The

7   goal should be a once and done approach to structural

8   reform for both COSSEC and the corporate entity

9   supervising COSSEC.

10       Amendment number three, engagement with external

11   partners.  This COSSEC plan should be amended to

12   outline the scope of activities that should be

13   addressed when request for external assistance from

14   federal agencies including the NCUA, the Office of the

15   Commissioner of Financial Institutions of Puerto Rico,

16   or through use of external contractors.  This amendment

17   should indicate the scale of external help needed,

18   should resolve problems in the system widely and the

19   resources and mechanism for contracting should federal

20   help be unavailable or inadequate.

21       Amendment number four, Governor's reform.  The

22   composition of COSSEC's Board of Directors and COSSEC

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 50

```
 1   Board (inaudible) resulting conflicts of interest that

 2   could prevent COSSEC from not exercising its regulatory

 3   powers.  Therefore Act 114 of 2011 as amended, the

 4   COSSEC Enabling Act, must be amended to provide that

 5   during the implementation of the Fiscal Plan, the

 6   Governor will (inaudible) a committee composed of the

 7   President of the COSSEC Board, the Executive Director

 8   of the Puerto Rico and Financial Advisory Authority,

 9   FAFAA, and three, the Commissioner of Financial

10   Institutions for Puerto Rico.  The Committee shall

11   marshal the regulatory and supervising expertise of the

12   Office of the Commissioner of Financial Institutions to

13   assist with the implementation of the Fiscal Plan.

14       The Committee shall supersede the COSSEC Board and

15   its powers will be exercised by a majority of its three

16   members.  The term of the Committee should be

17   (inaudible) with the implementation of the Fiscal Plan.

18    Also to avoid any statutory inconsistencies and

19   impossible authorities of the Cooperative to develop a

20   commission created pursuant to Act 247-2008, related to

21   COSSEC, shall be dormant while the Committee is in

22   effect.  And under Amendment number five, Coop Self
```

9th Public Meeting                                                     August 4, 2017
San Juan, Puerto Rico

Page 51

1    program, access to liquidity.  To facilitate the Coop

2    Self program described in the Fiscal Plan, Act 2.5-

3    2002, as amended, the Coop's Act, must be amended to

4    authorize a Coop to issue preferred shares in an amount

5    in excess of the amount of its common stock in order to

6    provide a Cooperative system, access to more sources of

7    liquidity, the COSSEC act and the enabling act must be

8    amended to expressly authorize COSSEC to sell the

9    assets of a coop to a non-coop entity in the event that

10   COSSEC orders liquidation, consolidation or merger of

11   such Coop.

12       Amendment number six, COSSEC's oversight

13   authorities relating to a Coop's holding of government

14   securities, Act 220-2015 must be amended in order that

15   COSSEC's regulatory powers (inaudible) are not limited

16   in any way due to a Coop's investments in bonds or

17   notes issued by the Commonwealth or its

18   instrumentalities.  Implementation plan and revised

19   Fiscal Plan.  The government shall present to the Board

20   a plan to implement the above amendments not later than

21   30 days from the date of adoption of said amendments

22   and a revised Fiscal Plan that complies with the

9th Public Meeting                                                August 4, 2017
San Juan, Puerto Rico

Page 52

1   measures described in said amendments no later than 15

2   days thereafter, which revised Fiscal Plan shall be

3   subject to the Board's approval; and,

4        NOW THEREFORE, it is hereby resolved that the

5   Board approves and certifies the latest proposed Fiscal

6   Plan for COSSEC pursuant to PROMESA Section 201€ as

7   modified by amendments described above; and,

8        IT IS FURTHER RESOLVED that the Board shall issue

9   a compliance certification for such Fiscal Plan as

10  amended to the Governor and the legislature pursuant to

11  PROMESA Section 201(e).

12       Thank you.

13       MS. MATOSANTOS:  Mr. Chair, I'd like to move for

14  adoption of the resolution to certify the Fiscal Plan

15  of COSSEC as amended.

16       MR. GARCIA:  Mr. Chairman, I will second that

17  motion.

18       CHAIRMAN CARRION:  I'd like a voice vote, please.

19  Those in favor, please say yes.

20       (Chorus of yeses)

21       CHAIRMAN CARRION:  All members having voted --

22  thank you.  All members having voted in favor of the

Page 53

1    motion, the resolution is approved, and has been passed

2    unanimously.  Now, let us move on to the discussion of

3    pension reform.  I would like to ask member Andrew

4    Biggs to give us an update regarding the work the Board

5    has been doing with respect to pension reform in Puerto

6    Rico.

7         MR. BIGGS:  Thank you, Mr. Chairman.  As you all

8    know, when the Board certified the Commonwealth's

9    Fiscal Plan, it amended it to include changes to Puerto

10   Rico's government pension systems as part of the

11   Board's mandate to provide for adequate funding of the

12   public pension systems under PROMESA.  These changes

13   dealt principally with a system-wide overhaul to

14   accomplish three things.

15        First, to fund existing pension obligations on

16   what's called a pay as you go basis, which means that

17   the government will pay benefits to retirees directly

18   as those benefits come due rather than attempting to

19   pre-fund the future benefits via a retirement systems'

20   investment fund.  This aspect would be accomplished

21   through recently introduced legislation.  The following

22   two aspects of pension reform will be accomplished by a

9th Public Meeting                                          August 4, 2017
San Juan, Puerto Rico

Page 54

1    plan of adjustment that the Board is actively working

2    on at this time.

3         The second aspect is to enroll both active

4    employees and newly hired workers in a true defined

5    contribution retirement system in which each employee

6    has an individual account that segregates their

7    contributions, both from the government and from the

8    funds of other employee accounts and protects

9    employee's contributions to pay for their own future

10   retirement benefits.

11        Finally, reform will ensure that all newly hired

12   employees are enrolled in social security.  While most

13   Puerto Rico government employees pay into social

14   security and will receive benefits from it when they

15   retire, most teachers, police officers and judges are

16   not enrolled in social security.  Enrolling newly hired

17   employees and potentially current employees as old as

18   age 40 in social security would provide those employees

19   with a more solid and more diversified sources of

20   income in retirement.

21        Finally, the Board's amendment to the

22   Commonwealth's Fiscal Plan provided for reduction in

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 55

1   benefit outlays of 10 percent by fiscal year 2020 to

2   ensure the systems can meet their obligations.  These

3   pension benefit reductions would be enacted in a

4   progressive manner with protections to ensure that no

5   retiree is pushed below the federal poverty line as a

6   result of these reductions.

7        In sum, the philosophy behind our approach is

8   we're trying to end the government's decades long

9   practice of making promises for pensions that it is not

10  able to keep.  The pension systems will not look as

11  attractive going forward but they will be more solid

12  and employees will be more confident that they can

13  receive the benefits they've come to expect.

14       As part of our continuing dialogue with

15  stakeholders, representatives of the Board preview

16  these changes with advisors of the official retiree

17  committee and the Title III case for the Commonwealth.

18   To provide more detailed information, we have prepared

19  and today are releasing an explanatory memorandum in

20  Spanish and in English that describes the changes to

21  the government's pension systems and provides clarity

22  with respect to the various aspects of these measures.

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 56

1      CHAIRMAN CARRION:   Thank you, Andrew.   I neglected

2   to thank Mr. Portela and Mr. (inaudible) and his

3   colleagues from COSSEC for their presentation so thank

4   you very much.   Thank you, Andrew, for presenting the

5   Board's position and now, Mr. Christian Sobrino would

6   like to comment on the Board's position.

7      MR. SOBRINO:   Okay.   And thank you, Mr. Chairman.

8    I'd like a moment to comment on the public policy of

9   the government of Puerto Rico regarding pension reform

10   as it's being included in the legislation that's being

11   worked now through the legislative process locally.

12   The key aspects of the Puerto Rico pension system

13   reform included in the bill provide for the protection

14   of workers from the insolvency of the retirement

15   systems.   The employee retirement system would become

16   insolvent in August and the teachers' retirement system

17   would become insolvent in September (inaudible).   The

18   government is committed to funding 100 percent of

19   accumulated benefits for teachers and government

20   employees.   Those people who have spent their life in

21   service for Puerto Rico should be made whole.   The new

22   law is designed to assume the payment of pensions by

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 57

1    the pay/go system which maintains benefits accumulated

2    to the date the law is enacted for all employees.  For

3    teachers, the defined benefit remains as it is.

4         The payment of pensions to existing retirees was

5    assumed by the general fund on July 1st since the

6    retirement systems are unable to meet the payments.  In

7    addition to the pay/go system, we will create a new

8    defined contribution plan, much like a 401K fund in the

9    private sector.  It is specifically contemplated under

10   our Fiscal Plan.  Employee contribution to this new

11   plan are already being segregated for this purpose and

12   will be managed externally.  Under this plan, the

13   retirement savings of government workers and teachers

14   in Puerto Rico will be segregated from government funds

15   and managed by a third party external manager with deep

16   expertise in managing public pension funds.  The fund

17   manager will be selected as part of a competitive

18   process.  It will be the employer's responsibility to

19   segregate these funds and the government of Puerto Rico

20   will have not access to them.  In fact, the employer

21   become personally liable if the funds are not

22   segregated.

9th Public Meeting                                              August 4, 2017

San Juan, Puerto Rico

Page 58

1       Relocate all retirement system employees.  As part

2   of a rightsizing measure of the administrative function

3   any of the employees who work at the retirement system

4   will be relocated to other government agencies through

5   the use of a single employer government labor reform

6   that was recently enacted.  As part of this initiative,

7   we are establishing the retirement committee of the

8   government of Puerto Rico.  As an eleven member

9   committee made up of both public and private sector

10   representatives, as Executive Director of FAFAA,

11   Executive Director Portela will serve as president of

12   the committee.  That is what is included in the bill

13   and I thought it was adequate to include that in the

14   public discussion today.

15       CHAIRMAN CARRION:  Thank you very much, Mr.

16   Sobrino.  Would any additional board members like to

17   comment?

18       MS. MATOSANTOS:  I'd like to speak to that.  I

19   appreciate the public policy interest in honoring 100

20   percent of pension obligations and commitments made to

21   date.  I find that interesting in light of the fact

22   that the initially submitted Fiscal Plan assumed the

9th Public Meeting                                                August 4, 2017

San Juan, Puerto Rico

Page 59

1    reduction in pension benefits and the certified Fiscal

2    Plan that the Board is operating from and that all of

3    us are operating from as it is the Plan that is

4    certified decidedly reflects the amendments that were

5    adopted which include, you know, a ten percent

6    reduction as outlined by Mr. Biggs and as will be

7    further described in the paper that is going to be

8    released later today.  I, you know, appreciate the

9    interest in maintaining the retirement security.  I

10   appreciate the fact that the retirement benefits

11   average around $14,000 and the role of those retirement

12   benefits in terms of the expenditures by retirees in

13   Puerto Rico as well as the contributions that have been

14   made, it's good that contributions are now being

15   segregated as recommended by the Board and as reflected

16   in the budget going forward.  But, unfortunately, we

17   find ourselves in a situation where honoring 100

18   percent of the obligations is not workable or, you

19   know, equal treatment of all of the different folks who

20   have received promises from the government of Puerto

21   Rico and are not in a position for those to be honored.

22    The package as outlined by Mr. Biggs that is

9th Public Meeting                                    August 4, 2017
San Juan, Puerto Rico

Page 60

1   consistent with the certified Fiscal Plan and with the

2   amendments that were adopted with consent at the time,

3   is the responsible way of moving forward to ensure that

4   promises are aligned with available resources and that

5   they're honored on a going forward basis.

6       CHAIRMAN CARRION:  Thank you, Ms. Matosantos.

7   Would you like to comment on that, Mr. Sobrino?

8       MR. SOBRINO:  Yes.  We will be honoring,

9   (inaudible) the public policy of the government of

10  Puerto Rico, it will be legislated.  It will be part of

11  the law of the land here and we will comply with the

12  funding requirements necessary to keep those promises.

13  Again, we can have a discussion on that but that is the

14  policy of the government.

15      CHAIRMAN CARRION:  Thank you very much.  Any

16  additional comments from board members?  Let's move on

17  then to discussion of rightsizing measures in the

18  Commonwealth Fiscal Plan.  As you know, the Board's

19  actions -- I'd like to turn to the Board's actions to

20  implement the rightsizing measures that we approved on

21  March 13th of 2017 as part of the certified Fiscal Plan

22  for the Commonwealth of Puerto Rico.

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

```
                                                         Page 61

1        By way of background during the certification

2   process of the Commonwealth Fiscal Plan, we agreed with

3   the Governor that our fundamental goal for promoting

4   structural balance and achieving near term liquidity

5   over the next three years was to reduce the overall

6   size of government.  In discussing this problem, we

7   agreed that reducing the size of government was

8   important, not only to achieve fiscal discipline but

9   also to encourage a greater share of private sector

10  development and employment.  In pursuit of these goals,

11  we agreed that rightsizing would include reduction of

12  subsidies in both personnel and non-personnel measures

13  to be taken over three years to accomplish an overall

14  30 percent reduction in the government's operating

15  expenditures.  It was with these shared goals that on

16  March 13th, 2017, the Board delivered to the Governor

17  and the legislature its certification of the Fiscal

18  Plan subject to the inclusion of two amendments as part

19  of the Fiscal Plan.

20       One of those amendments, the furlough amendment,

21  stated that the furlough program shall take effect on

22  the first of July, 2017, unless the Board determined in
```

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 62

1     its sole discretion that all of the following

2     conditions have been met.

3          Number one, submission of an implementation plan

4     with $851 million in rightsizing measures for fiscal

5     year 2018; and

6          Number two, submission of a liquidity plan with

7     $200 million in additional cash reserves by June 30th,

8     2017.

9          The Board extended the deadline for receiving

10    these plans from April 30th, 2017, to June 15th, 2017

11    to allow sufficient time to develop the implementation

12    plans that are required by the agreed-to Fiscal Plan.

13    The Board has carefully reviewed the plan submitted by

14    the government to determine whether they meet the

15    criteria set forth in the agreed Fiscal Plan.  In light

16    of this background, I would like to ask our Executive

17    Director, Ms. Jaresko, to describe our review of the

18    government's plan and present the conclusion of the

19    Board regarding implementation of the rightsizing

20    measures contained in the agreed-to Commonwealth Fiscal

21    Plan.  Ms. Jaresko.

22          MS. JARESKO:  Thank you, Mr. Chair.  First of all,

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 63

1    we recognize that the government has made significant

2    progress in enacting meaningful spending controls to

3    curb Puerto Rico's history of poor fiscal discipline

4    and in demonstrating a commitment to bringing spending

5    in line with Puerto Rico's dire fiscal reality.

6         Notwithstanding these encouraging steps, however,

7    I'd like to share the Board's perspective on the path

8    forward.  When the Board certified the Fiscal Plan for

9    the Commonwealth of Puerto Rico, it did so under the

10   belief that all of Puerto Rico's stakeholders not only

11   hoped for and deserve but require material change to

12   the way the government operates.  The government has

13   grown to an unsustainable and unaffordable size and

14   that trend needs to be reversed starting now.

15        The rightsizing measures were a strategic

16   objective in and of themselves.  Reducing the size of

17   the Puerto Rican government is not only a means of cost

18   containment, it is a path towards more reasonable

19   management of and improvement in the quality of

20   government services.  To accomplish the step change

21   that is necessary, we need to think differently.

22   Simply put, we need to adopt a new normal.  As with any

9th Public Meeting                                                      August 4, 2017

San Juan, Puerto Rico

Page 64

1   major transformation, rightsizing the government will

2   not be easy and we need to think about not only what we

3   are not going to do anymore, but also what we are going

4   to do differently and how we are going to translate

5   these changes into savings.

6        The savings targets laid out in the Fiscal Plan

7   for fiscal year '18 are just the beginning.  The amount

8   of rightsizing savings the government will need to

9   achieve to meet its fiscal targets for fiscal year '19

10  and fiscal year '20 more than double.  The only way the

11  government will achieve these levels of savings is to

12  begin now, not only removing the obvious areas of

13  excess in agencies but laying the groundwork for

14  structural changes to the way it approaches the

15  delivery of services, staffing, procurement and other

16  operating norms.  It will be difficult to identify what

17  needs to change and how but it will be significantly

18  more challenging to execute on that plan.

19       We are pleased to see this government's efforts to

20  change the status quo but also acknowledge that all

21  transformations of this scale have deep complexities

22  and unforeseen hurdles.  It is our goal to help ensure

9th Public Meeting                                        August 4, 2017

San Juan, Puerto Rico

Page 65

1   the administration is as prepared as possible for this

2   effort and the Board has evaluated the submitted

3   rightsizing plans in accordance with that objective.

4        The Board used the standard set of criteria to

5   evaluate the rightsizing implementation plans described

6   as follows:

7        First, rightsizing efforts must have a clear path

8   to implementation.  Second, they must represent

9   permanent and recurring savings.  Third, they must

10  ultimately lead to a sustainable reduction in the size

11  of the government either through reducing, eliminating

12  or otherwise changing the nature of services delivered.

13   Let me explain what each of these means.

14       A clear path to implementation includes the

15  following:  the sources of savings is clearly

16  identified and the savings estimates are based on

17  reasonable assumptions.  Discrete steps to execution

18  are outlined with a defined owner for each.  The

19  timeline to implementation is feasible and the

20  implementation costs are identified including both one

21  time and run rate costs.

22       To be recurring and permanent, the second

9th Public Meeting                                              August 4, 2017
San Juan, Puerto Rico

Page 66

 1    criterion, the initiative must be characterized by one

 2    or more of the following:  a statutory change, a

 3    regulatory change, an issuance of a permanent order,

 4    OMB strict controls or other centralized government

 5    controls or obvious high switching costs, for example

 6    capital investment that would make reversal difficult.

 7    To lead to a sustainable reduction in the size of the

 8    government, the initiative must exhibit a clear and

 9    direct impact on the number and nature of services

10    provided and /or improvement in the operating model

11    that enables greater efficiencies.  This includes the

12    implementation of best practice operating models, for

13    example, centralized procurement, elimination of non-

14    critical services or change in services or service

15    level reductions to reflect fluctuating demand or a

16    more realistic level of demand, for example, lower

17    utilization of hospitals, schools of population decline

18    as recently reported by the Secretary of Education.

19         Over the past months, we have worked closely with

20    the government to understand and assess the plans they

21    submitted on June 15th for rightsizing according to the

22    criteria just described.  Starting on the left side of

Alderson Court Reporting

9th Public Meeting                                                      August 4, 2017

San Juan, Puerto Rico

Page 67

1    the chart with the rightsizing target of $851 million

2    as described in the certified Fiscal Plan, we then add

3    in the reserved reallocations to reach the revised

4    target as agreed to by the government of $880 million.

5     The government was able to demonstrate a clear path to

6    recurring and permanent changes reflected through a

7    reduction in the size of the government for $662

8    million of the $880 million.  That $662 million is

9    comprised of $188 million of savings derived from

10   personnel measures and $33 million derived from

11   additional non-personnel measures.  And lastly, the

12   government reduced a total of $441 million in direct

13   subsidies financed by the central government.  The

14   government's effort to develop and share these plans is

15   a strong indicator of the changing tide in Puerto Rico.

16   Unfortunately, a gap of $218 million against the $880

17   million rightsizing target still remains as shown in

18   red.  The government's recent announcement that it

19   intends to implement an incentivized transition program

20   which could produce significant long-term savings is an

21   important and promising step in the right direction if

22   paired with the specifics of which government services

9th Public Meeting                                                      August 4, 2017

San Juan, Puerto Rico

Page 68

1   will be discontinued, externalized or implemented

2   differently.  Even under the most optimistic of

3   scenarios, however, the incentivized transition program

4   will not produce budgetary savings in this fiscal year

5   fiscal year 2018.  Therefore, despite the encouraging

6   news, it does not alter the Board's conclusion that the

7   furlough program is necessary this fiscal year to

8   achieve the rightsizing targets in the Fiscal Plan.

9        After careful and deliberate consideration, it is

10   the Board's determination that the government must plan

11   for and execute a furlough program commencing on

12   September 1st, 2017.  The implementation of this

13   furlough program must result in a net savings of at

14   least $218 million for the fiscal year 2018.  The Board

15   will be communicating in writing this determination to

16   the Governor.

17        In light of the significant progress the

18   government has made on rightsizing, we want to be clear

19   that the furlough program being outlined here will have

20   a far smaller impact on the average public employee

21   than the one originally contemplated in the Fiscal

22   Plan.  To meet the gap in rightsizing initiatives, this

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 69

1    would represent up to a two day per month furlough for

2    all government employees, with the exclusion only of

3    front line police and only for the period from

4    September through the end of fiscal year 2018.  This is

5    in contrast to the furlough program that the certified

6    Fiscal Plan had incorporated which included four days

7    per month over the course of the entire fiscal year.

8    For the average government employee, the substantial

9    work that was done by this government means a total of

10   no more than 20 days over the remainder of the fiscal

11   year versus what was originally envisions as nearly 50

12   days.  The Board is therefore reducing the size of the

13   furlough program but not repealing it.

14       As the government designs the furlough program, it

15   is advisable that it adhere to the following

16   principles:  prevent adverse effect on public safety or

17   critical health services; minimize the impact on any

18   single government employee, including but not limited

19   to requiring the participation of all government

20   employees with the only exceptions being those required

21   to satisfy the principle of preserving public safety;

22   and, minimize the crude liability of different

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 70

 1   furloughs by establishing strict criteria for any

 2   deviation from a standard furlough schedule.

 3        Perhaps most important, we want to make clear that

 4   these furloughs are not permanent and it is entirely

 5   within the control of the government to bring them to

 6   an earlier end.  The furlough program required by the

 7   Fiscal Plan will remain active until two criteria are

 8   met. First, the required savings of $218 million have

 9   been achieved or are reasonably expected to be achieved

10   based on actual fiscal year to date and projected

11   fiscal year performance; and two, the Board determines

12   in its sole discretion that the government has made

13   material and sufficient progress toward identifying

14   opportunities, developing the plans and beginning to

15   execute the transformational changes required to truly

16   right size the government as I have previously

17   described.

18        Separately, I am announcing that the Board is not

19   taking any action or requiring that the government

20   taking any action with respect to Christmas bonuses at

21   this time.  However, we will be monitoring the

22   government's progress on implementing rightsizing

Page 71

1    measures including compliance with the furlough program

2    and make a determination regarding Christmas bonuses in

3    September.

4         CHAIRMAN CARRION:  Thank you, Ms. Jaresko.  A few

5    members have some questions regarding your

6    presentation.

7         MR. GARCIA:  Yes, Mr. Chair, if I may, I would

8    like to ask a question of Ms. Jaresko.  So aside from

9    the $200 million in the liquidity plan that was one of

10   the requirements of the amendment that as I understand

11   the government has provided in line with the Fiscal

12   Plan, how much confidence do you have in the financial

13   controls with regards to the overall budget and the

14   liquidity of the Commonwealth?

15        MS. JARESKO:  As we think about controls over

16   budget and liquidity, there are three key things that

17   matter to us:  visibility, reporting that is accurate

18   and timely and effective management.  Historically,

19   Puerto Rico has not had adequate controls which has

20   been a critical contributor to the dire financial

21   situation that Puerto Rico finds itself in today.  And

22   while the government has made progress against these

9th Public Meeting                                      August 4, 2017
San Juan, Puerto Rico

Page 72

1   objectives, where we are today is still very concerning

2   and there are still substantial gaps.  Yesterday, the

3   Governor reported that the Commonwealth had $1.799

4   billion in cash on hand as of June 30th.  While the

5   Board is pleased with the higher than expected

6   liquidity balance, the significant variance to prior

7   expectations highlights the need for more to be done to

8   ensure transparency, timeliness and accuracy of the

9   cash forecasting and reporting.  Further, to date,

10  reporting has lacked critical analysis regarding the

11  variances and the relationship between any one cash

12  report and Puerto Rico's structural deficit.

13       MS. MATOSANTOS:  I have a question.  Following up

14  on Mr. Garcia's question, Mr. Chair, I have a question.

15       CHAIRMAN CARRION:  Yes.  Go ahead, Ms. Matosantos.

16       MS. MATOSANTOS:  Given your experience with

17  turnaround efforts and what it takes to lead this and

18  as I appreciate your comments about the fact that

19  thinking about it is hard, developing the plan is hard,

20  but implementing is harder, can you talk to us about

21  what are some measures and some things that you think

22  are effective in ensuring that, you know, the proof is

Alderson Court Reporting

9th Public Meeting                                                      August 4, 2017

San Juan, Puerto Rico

Page 73

1    in fact in the pudding.

2       MS. JARESKO:   In my experience, what's become

3    clear here as time has progressed is that the

4    Commonwealth is made up of an extraordinary complex set

5    of inter-related entities that in many cases are

6    independently managed and then others where there is

7    some but never complete coordination. And right now

8    there is no single agency, no group, no person that is

9    responsible for or has access to a complete picture of

10   the financial standing and liquidity.  As such, one of

11   the largest gaps around controls that I recommend be

12   addressed is the ability to have true transparency and

13   centralized oversight over key budgetary and liquidity

14   functions across the Commonwealth.  When comparing the

15   situation to other similar municipal corporate

16   transformations, there have been multiple instances

17   where an emergency manager or an interim treasury

18   manager has been appointed to address these issues.

19   Stepping back to beyond simply establishing appropriate

20   control mechanisms to provide the necessary

21   transparency and visibility, it's essential that the

22   government provides a liquidity plan for all the cash

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 74

```
 1    flow of the Commonwealth.  To date the information that

 2    is provided by the government has failed to provide a

 3    comprehensive picture of the liquidity flows across all

 4    Commonwealth entities, not just the TSA.  In order to

 5    accurately track and evaluate performance, it's

 6    essential that consistent reporting be put in place

 7    across the Commonwealth that has sufficient detail to

 8    monitor and evaluate activity and while some of the

 9    amount of reporting -- some of this reporting has

10    begun, and that is the good news, a roadmap needs to be

11    developed for future reporting because it's critical

12    that we ensure that what we have produced is

13    comprehensive, reliable, explainable and relatable back

14    from cash to budget, liquidity to budget.

15         MS. MATOSANTOS:  Ms. Jaresko, I really appreciate

16    your comments because I think it seems -- it's

17    important to have transparency, it's important to have

18    information, but it's also, I'm always reminded of the

19    fact that one data point does not a trend make and

20    understanding what, why and what it means strikes me as

21    the critical questions consistent with the three points

22    as you outlined as important goals in ensuring fiscal
```

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 75

1    discipline (inaudible).

2          CHAIRMAN CARRION:  Mr. Sobrino, you will be

3    recognized shortly.  Mr. Garcia, do you have a comment?

4          MR. GARCIA:  Yeah.  I mean Mr. Chair, if I may, I

5    mean I believe that there's no doubt that it's critical

6    to have a timely and comprehensive view of the

7    government finances and the liquidity position to be

8    able to achieve the shared goal that both the Board and

9    the government have to be able to have as much

10   transparency and visibility as possible.  I mean I'm

11   pleased to hear about the efforts that are being

12   conducted by the government and the progress that has

13   been done but it seems that we still require a whole

14   lot more to be able to achieve that transparency.  So,

15   upon considering the remarks by the Board's Executive

16   Director about the challenges that we're still facing

17   with the Commonwealth both budgetary and liquidity

18   reporting, the oversight and controls, I would like to

19   propose the following resolution and that resolution

20   would read as follows:

21         WHEREAS, the Board is tasked with providing a

22   method for the government of Puerto Rico to achieve

9th Public Meeting                                              August 4, 2017

San Juan, Puerto Rico

1    fiscal responsibility and access to the capital markets

2    for which it is critical that the government improve

3    its fiscal governance, accountability and internal

4    controls.

5         NOW, THERFORE, IT IS HEREY RESOLVED that the

6    Executive Director shall one, develop and present to

7    the Board within 15 days proposals to implement

8    mechanisms to ensure the effective one, monitoring,

9    two, oversight, three, transparency, four, reporting,

10   and fifth, controls in relation to the consolidated

11   liquidity position and performance against budget for

12   the Commonwealth of Puerto Rico and to ensure

13   compliance with implementation of the certified Fiscal

14   Plan.  Two, the Executive Director shall also consider

15   and recommend to the Board whether it should require

16   the appointment of a central Commonwealth treasury

17   manager to oversee the implementation of the Executive

18   Director's proposal.

19        CHAIRMAN CARRION:  There's a motion on the floor.

20        MS. MATOSANTOS:  I'd like to second that motion,

21   Mr. Chair.

22        CHAIRMAN CARRION:  I'd like to propose that the

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 77

1    motion be approved.  Mr. Biggs, would you second the

2    motion?

3        MR. BIGGS:  I second the motion.

4        CHAIRMAN CARRION:  Then, I'd like a voice vote

5    please.  Those in favor, say yes.

6        (A chorus of yeses.)

7        CHAIRMAN CARRION:  All the members having voted in

8    favor of the motion, the resolution is approved and has

9    passed unanimously.  Now, the Chair would like to

10   recognize Mr. Sobrino for some remarks.

11       MR. SOBRINO:  Mr. Chairman, I will make my remarks

12   but I would like as a member of the Board to have the

13   same opportunity to ask the Executive Director certain

14   questions before my remarks.

15       CHAIRMAN CARRION:  Go ahead.

16       MR. SOBRINO:  Preferably it would be before that

17   resolution.  Executive Director, can we agree that the

18   liquidity forecast of the Board in March was that the

19   Commonwealth of Puerto Rico would have $230 million

20   liquid by June 30th?

21       MS. JARESKO:  Yes, that was the forecast of the

22   Board at the time based on the lack of concrete

Page 78

1    information and controls that were in place at that

2    time.  And the fact that these two numbers differs is

3    the point of this discussion.

4         MR. SOBRINO:  And can we agree that the current

5    liquidity shown by the government of Puerto Rico has

6    demonstrated that that forecast by the Board was wrong?

7         MS. JARESKO:  Yes, again I repeat and underline,

8    it was wrong because of lack of controls, lack of a

9    system and today we have another number which we hope

10   is more accurate but we still have a situation where

11   the lack of controls and systems are in place.

12        MR. SOBRINO:  It's a --

13        MS. MATOSANTOS:  If I -- if I -- sorry, hold on

14   for one second.  If I may, Ms. Jaresko, just a point of

15   clarification, the forecast of $291 million was the

16   forecast submitted by the government as part of the

17   certified Fiscal Plan so it was not a Board forecast.

18   Just making sure we are working from the same set of

19   data.

20        MR. SOBRINO:  It was also part of the Board

21   forecast and that is what I have been told by everybody

22   involved and I would appreciate --

9th Public Meeting                                        August 4, 2017
San Juan, Puerto Rico

Page 79

1        MS. JARESKO:  I think -- I think --

2        MR. SOBRINO:  -- and I would appreciate --0

3        MS. JARESKO:  Christian.  Christian --

4        MR. SOBRINO:  Sorry, Madam Executive Director, I

5   would like --

6        MS. JARESKO:  The issue isn't whose forecast it

7   is.  It was the forecast.

8        MR. SOBRINO:  It was the forecast.  I would just

9   like my turn to ask questions and not have them

10   interrupted.  Can you tell me, Executive Director, do

11   you think in your opinion that the senior leadership of

12   the government of Puerto Rico now is committed to

13   comply with the Fiscal Plan and to right size

14   government?

15       MS. JARESKO:  Mr. Sobrino, you just announced a

16   pension policy that's in conflict with the Fiscal Plan

17   so I unfortunately have to say that today, you said you

18   would not comply with the Fiscal Plan.

19       MR. SOBRINO:  But with the rightsizing of

20   government, do you agree that we have -- are committed

21   --

22       MS. JARESKO:  I believe that you have commitment

9th Public Meeting                                        August 4, 2017

San Juan, Puerto Rico

Page 80

1   but I -- but you have not complied with the Fiscal Plan

2   in terms of the submission of implementable plans by

3   the date in the Fiscal Plan.

4        MR. SOBRINO:  Okay.  And can we agree that over

5   the past weeks, we have been in works and discussions

6   to establish the timeline and the reporting structure

7   that you made reference to in your -- in your comments?

8        MS. JARESKO:  Yes.

9        MR. SOBRINO:  Okay.  So, indeed we have been

10  working on that same reporting structure, timelines

11  have been provided and are being executed in connection

12  with the Board.

13       MS. JARESKO:  To date, we've been working on a

14  timeline for monitoring and reporting that's primarily

15  related to the TSA.  As we ask further questions in

16  this discussion about the broader Commonwealth

17  position, we came to this point where we need to

18  broaden and look at controls across the Commonwealth

19  and not just over TSA.

20       MR. SOBRINO:  And timelines have been provided for

21  that purpose.

22       MS. JARESKO:  Yes.

Case:17-03283-LTS   Doc#:1178-5   Filed:08/25/17   Entered:08/25/17 18:35:13   Desc:
Exhibit D   Page 83 of 109

Page 81

1      MR. SOBRINO:  Yes.  So, we are working together in

2   providing that (inaudible)?

3      MR. JARESKO:  Yes.

4      MR. SOBRINO:  Okay.  Now, Mr. Chairman, I would

5   actually like to make my remarks.

6      CHAIRMAN CARRION:   Proceed.

7      MR. SOBRINO:  Mr. Chairman and other members and

8   other colleagues of the Board, Ms. Jaresko and Mr.

9   (Inaudible), and good morning to everyone else here

10   today.  Today's agenda included as this last item

11   discussion, public comment and proposed actions

12   regarding rightsizing measures in the Commonwealth

13   Fiscal Plan.  Yet, Mr. Chairman, discussion, I do not

14   believe was truly the spirit behind this portion of the

15   event.

16      Anonymous statements provided to the press over

17   the past few days from within sources identified in the

18   Board, in the personnel, indicated that the matter was

19   set.  The Board wishes today to decree and to impose a

20   furlough program to the employees of the government of

21   Puerto Rico.  The fact that no agency of the government

22   was provided a turn to counter present Ms. Jaresko's

9th Public Meeting                                                      August 4, 2017
San Juan, Puerto Rico

Page 82

1    presentation underlines this concern.  Now, Mr.

2    Chairman, to step back a moment, over the past seven or

3    eight months, the Board and the government have been

4    able to work together and overcome differences to push

5    forward an agenda of fiscal responsibility and economic

6    stability for the island.  And to be clear, the

7    government, its officials and myself are still and

8    continue committed to working with the Board and to

9    meet our targets in the Fiscal Plan, the certified

10   budget and the Governor's public policy platform.

11        But Mr. Chairman, today on this issue of

12   furloughs, the government understands that the line

13   needs to be drawn.  There will be no furloughs.  You

14   can take that to the bank and the reasons for that are

15   many.

16        The first reason is that the public and the people

17   of Puerto Rico must be assured that there's only one

18   government in the island and that government is led by

19   Ricardo Rossello.  This fact is recognized and

20   enshrined in PROMESA as the legislative history of

21   PROMESA indicates.  Through the words of former

22   commissioner Pedro (Inaudible), the Board will provide

9th Public Meeting                                                August 4, 2017
San Juan, Puerto Rico

Page 83

1    guardrails but will not supplant or replace the

2    territory's elected leaders who will retain primary

3    control over budgeting and fiscal policy making.

4    Indeed, in one event where I was present you described

5    it as setting the size of the room but we get to put

6    the furniture.  This is also the spirit within Section

7    205 of PROMESA regarding recommendations to promote

8    financial stability and management efficiencies.

9         Section 205 specifically contemplates measures on

10   personnel such as furlough as recommendations.  As

11   again Mr. (Inaudible) pointed out in Congress the goal

12   of Section 205 is not to have parallel governing

13   structures.  The Board does not have the power to

14   impose its recommendations and in that effect PROMESA

15   is clear.

16        The second reason is that there also must be

17   assurance that there is one Fiscal Plan and it is this

18   document right here.  Unilateral amendments in a

19   separate document are recommendations even if under the

20   Board's letterhead.  The Fiscal Plan provides

21   rightsizing targets and the government's commitment to

22   reform the government's framework and operation.

9th Public Meeting                                          August 4, 2017
San Juan, Puerto Rico

Page 84

1    Indeed, the Fiscal Plan specifically includes a

2    provision expressly stating the Fiscal Plan objectives

3    the government may consider additional measures.  The

4    government of Puerto Rico is committed to rightsizing.

5    The Governor ran on a platform of rightsizing

6    government that predates the Board and predates the

7    enactment of PROMESA itself.

8        The government will meet its fiscal goals but

9    under the policy established by the government itself

10   consistent with the Fiscal plan.

11       Since day one, this administration and the

12   legislature have unenacted unprecedented measures to

13   place Puerto Rico on the path to fiscal health.  This

14   includes significant cuts to payments to the general

15   fund that have already today impacted every sector of

16   the government, including municipalities, NGOs, public

17   corporations, and the central government itself.

18       The numbers speak for themselves, from the $230

19   liquidity projection.  For June 2017 the number was

20   surpassed by almost $1.6 billion and the sources of

21   those funds have been shown to the Board.

22       This places Puerto Rico in a much better position

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 85

1    to face the grave fiscal challenges ahead and that we

2    have publicly recognized, like the payment of pensions

3    and health care.

4        To be clear, we beat the expectations once already

5    and I commit that we will beat those expectations

6    again.  The Board recognized this on June 30th when it

7    certified the $230 billion cash reserve.

8        Mr. Chairman, we will right size the government of

9    Puerto Rico because we want to and because we need to

10   for the good of Puerto Rico, not because of the minutes

11   of an (inaudible) position.  We have provided numerous

12   reports, working papers and other identified sources

13   for those cuts or those reforms that need to be done,

14   but we did not participate in the scoring process.

15       Third, we have started on a path of renewing trust

16   in our tax system, in our financial information and we

17   have established again unprecedented cost controls that

18   this Board has even acknowledged in its report to

19   Congress.

20       It's not perfect but it's definitely much better

21   than what was there before.  Rome was not built in a

22   day and the government of Puerto Rico will not be

9th Public Meeting                                         August 4, 2017

San Juan, Puerto Rico

Page 86

1    reformed in two days.  The government will commence its

2    reporting responsibilities under PROMESA and the Fiscal

3    Plan in the upcoming weeks as established in those

4    documents and then we would have a basis of facts on

5    which to decide what recommendations are appropriate

6    and which are not.

7         Furthermore, we cannot take lightly the impact on

8    the economy that this furlough program could have in

9    conjunction with the cuts that we have already

10   established in the budget and that we are committed to

11   taking into effect.  This impact may actually unravel

12   the progress that we have already made.

13        Again, I must reiterate the position -- repeat the

14   position of the Governor of Puerto Rico.  There will be

15   no furloughs and although we may have a contentious

16   discussion on this effect, please rest assured that our

17   commitment to cooperate in all other efforts remains

18   intact.  Thank you.

19        CHAIRMAN CARRION:  Thank you, Mr. Sobrino.  Before

20   I open the floor for public comments, would any

21   additional Board members like to make a statement or

22   speak?

Page 87

1        MS. MATOSANTOS:  I have some comments and I don't

2   know if any of my colleagues have comments.  We can --

3        MR. GARCIA:  I also have some comments, Mr. Chair.

4        CHAIRMAN CARRION:  Mr. Garcia, let's begin.

5        MR. GARCIA:   So, first of all, thank you, Mr.

6   Sobrino for the passionate appeal and all the items

7   that he has discussed but I think it's important that

8   for the background, for the knowledge of the Board,

9   maybe for the knowledge of Mr. Sobrino, who was not

10   involved in some of the discussions.  I want to go back

11   to some of the history and how the Fiscal Plan was

12   certified because I think this is going to be very

13   critical to be able to shed light.  So under the

14   discussions in the process of certifying the Fiscal

15   Plan, the Board imposed certain conditions, which those

16   conditions were critical and essential in order to

17   achieve the certification of the Fiscal Plan. There

18   would have not been a certification by this Board of

19   that Fiscal Plan if those conditions would have not

20   been included.  Those were conditions that were not

21   (inaudible), they were not imposed.  I mean those were

22   conditions that were presented to the government.

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 88

1    Those conditions were discussed with FAFAA.  Those

2    conditions were discussed with the Governor's

3    representative and those conditions were even some of

4    them modified.

5         Those conditions were discussed about the

6    difficulty of the implementation of some of those

7    measures and the government requested time in order to

8    be able to represent that they would be able to comply.

9    And the Board, I mean the Board wishes this government

10   to be very successful and to be able to implement and

11   the Board has and wants to have faith that the

12   government will be able to comply.

13        But the truth of the matter is the following.  I

14   mean we're already on the second month of the fiscal

15   budget in which a lot of implementation plans were

16   presented.  I mean 75 percent of those plans have shown

17   that you can get to 75 percent of what those

18   requirements are.  But there's 25 percent in which to

19   the satisfaction of the Board after thorough review and

20   conversation, after extending time so the government

21   could provide more details on those plans.  I mean

22   those details were not able to be provided.

9th Public Meeting                                                          August 4, 2017
San Juan, Puerto Rico

Page 89

1       The concern of this Board in terms of our

2   responsibility is that the effect on the government

3   employees and on Puerto Rico could be significantly

4   larger if for some reason which there is a lot of

5   difficulty in being able to implement solutions.  I

6   mean we all know this is not an easy task.  This is a

7   very difficult task, if in the case that the furlough

8   is not commenced at this appropriate time, that amount

9   could be significantly higher.  I mean is for some

10  reason, it is missed.  I mean instead of talking about

11  two days, it is four days.  I mean that's a risk that

12  would be too large.  It would be too significant.  I

13  mean this Board has spent a lot of time just going

14  through every single plan and every single measure.  We

15  want the government to be successful.  I mean that is

16  our job.  That's the common interest of all of us here.

17  But it cannot be at the expense of putting at risk, I

18  mean further reductions that have planned and that --

19  and what was included in that Plan.  So, I think it's

20  important to weigh all these requirements as obviously,

21  I mean this Board would want to have as we have tried

22  to have a good solution having worked with the

9th Public Meeting                                    August 4, 2017
San Juan, Puerto Rico

Page 90

1   government.  But this was not a recommendation.  I mean

2   this was a condition to the Plan.  This is something

3   that was consented by the government.  I mean there was

4   no opposition when these conditions were part of that

5   certified plan.  The government representative didn't

6   say anything.  That was March of this year and then

7   several months passed.  We sent the letter to the

8   government and nobody said that there was an opposition

9   and that has been an integral part of that.  So, I just

10  want to be able to state all these elements because I

11  think this is important that this is nothing that is

12  being done in a capricious way.  I mean the government

13  has known about these.  We have had plenty of

14  discussions of it.  You have been working very hard in

15  trying to comply with those conditions.  You have

16  complied with most of the conditions but unfortunately

17  not all of them.

18      MR. SOBRINO:  Mr. Garcia, I would like to just

19  state as a matter of record and I am authorized to

20  state as a matter of record, that the Governor did not

21  agree to those conditions.  Those conditions were

22  notified to him unilaterally and since the moment that

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 91

1    the Fiscal Plan was certified with those "amendments,"

2    the Governor has been clear that he does not agree with

3    them.  And that is also fact.  Regarding the other

4    items you have mentioned, we have been providing a lot

5    more line items and a lot more descriptions of how we

6    plan to get to our target.  The scoring process the

7    Board took upon itself did not include us in the

8    discussion until later in the -- late in the process

9    and at that time, a decision had essentially already

10   been made.

11        So, again, I am happy that we share a commitment

12   to the fiscal soundness of the island, but we cannot

13   agree and we cannot implement this program and we

14   won't.  That is the policy; that is the determination

15   of the government.  We take seriously the risk that you

16   mentioned.  It is something that we have taken into

17   account in making this determination but again, those

18   conditions were notified but they were never agreed to

19   and the government has been expressly clear on that

20   since day one after they were made public.

21        CHAIRMAN CARRION:  Thank you, Mr. Garcia.  Thank

22   you, Mr. Sobrino.  Do you have something to add, Ms.

9th Public Meeting                                               August 4, 2017

San Juan, Puerto Rico

Page 92

1   Matosantos?

2       MS. MATOSANTOS:  Sure, Mr. Chair.  I want to

3   concur with Mr. Garcia's points, recollection and

4   restatement of how we arrived to this point and the

5   elements of the Commonwealth's Fiscal Plan.  I also

6   want to reiterate and build on the fact that we

7   recognize the significant work that has been done to

8   date, the significant progress that has been made, the

9   significant effort that it's taken to get to a place of

10  having a certified Fiscal Plan, having a budget that's

11  generally consistent with that certified Fiscal Plan

12  and moving in a positive direction.  It's not -- as I

13  think about it, it's not a question of whether there's

14  a movement in the right direction.  It's a question of

15  degree.  It's a question of risk tolerance.  It's a

16  question of an assessment of what are the implications

17  if efforts fall short.  I am reminded of Ms. Jaresko's

18  comments and consideration that the furlough program

19  based on those efforts would be substantially smaller

20  than what was envisioned at the time of certification

21  of the Fiscal Plan.

22      You know, I am also reminded of her point and I

9th Public Meeting                                                        August 4, 2017
San Juan, Puerto Rico

Page 93

1    wholeheartedly concur with this that the work is really

2    hard and substantially harder than one -- than one

3    things initially.  The turnaround efforts, the extent

4    to which, the way in which I think of it is one has to

5    manage everything you can possibly manage because

6    frequently you end up getting curve balls and they

7    don't necessarily go in the direction they're needed

8    and the repercussions, the human impact of error is way

9    too high.  It's too late at the last moment to realize

10   that there's not enough room and that one is facing

11   either a bigger furlough program or one is facing

12   challenges in choosing people or, you know, meeting

13   other critical elements that we're ensuring that the

14   pension systems can be able to continue making those

15   payments.  Having lived through the cash management

16   crisis, having lived through the turnaround crisis, I

17   have an acute sense of what it's like to get the call

18   from your Director of Corrections that their food

19   vendors are looking at stopping delivery of food and

20   what that's going to mean to the institution.  That

21   means to ensure that people can continue to eat.  So,

22   the risk is too high.  The, you know, the considerable

9th Public Meeting                                                       August 4, 2017

San Juan, Puerto Rico

Page 94

1    effort has been made.  Mr. Sobrino spoke to the

2    economic impact of measures and the economic impact is

3    significant and one that I very much keep in mind but

4    beyond this for me, it's the human impact.  There's

5    definitely human impact with measures and there's a

6    human impact associated with reductions in recognize

7    it, see it with pensioners, see it with employees, see

8    it in all the different areas of folks that rely on the

9    critical services the government provides.

10        But the human impact is greater when not enough is

11   done to manage and thinking about the implementation

12   plans that we have received, it's just in my view not

13   there and a furlough program is necessary to ensure

14   that the budget savings are achieved.

15        And beyond that, I think about it from the

16   perspective that year one of this Fiscal Plan is the

17   easiest of the three years.  Getting to year three, the

18   level of transformation required, what it means to

19   restructure the (inaudible) program so that you can

20   achieve savings of close to 30 percent from today's

21   level of expenditure, what it means to transform

22   government to be able to maintain essential services in

9th Public Meeting                                                      August 4, 2017
San Juan, Puerto Rico

Page 95

1    a responsible manner at 30 percent less costs, it is

2    very difficult to develop, let alone actually

3    implement.

4         So, while I recognize the human impact, while I

5    recognize the difficulty of this and while I recognize

6    -- and I'm pleased with the progress that allows for a

7    reduction of the size of the furlough program, it is my

8    view that it's imperative that we move forward pursuant

9    to the certified Fiscal Plan and our determination of

10   what is needed to achieve and restore fiscal balance in

11   the islands.

12        MR. SOBRINO:  Ms. Matosantos --

13        CHAIRMAN CARRION:  Mr. Sobrino, I'd like to

14   recognize that Mr. Biggs --

15        MR. BIGGS:  Thank you.  I would like to just make

16   a quick point regarding pensions.  The Fiscal Plan as

17   submitted by the Governor back in March I believe

18   contains around a two and a half percent cut in pension

19   benefits.  That is not a level that the Board would

20   have approved the Fiscal Plan under.  We amended it to

21   include a ten percent reduction in benefits.

22   Regardless, the position of the government today

Page 96

1    appears that there will be a zero percent cut in

2    pension benefits and so, you know, even to the degree

3    we're referencing the Fiscal Plan as submitted by the

4    Governor, I don't believe the Governor's current

5    position is consistent with that plan much less with

6    the plan as amended by the Board.

7       CHAIRMAN CARRION:  Thank you, Mr. Biggs.  Mr.

8    Sobrino, would you like to say something?

9       MR. SOBRINO:  Yes, I would like and with this, I

10   think I can close and allow the public to make

11   additional remarks.  And my remarks are in response to

12   the human element referenced by Ms. Matosantos.  I have

13   lived my adult life in Puerto Rico under crisis.  I

14   have seen every administration.  They have all promised

15   to establish fiscal responsibility in one year.  None

16   has been able to cut multi-year appropriations.  None

17   has been able to resolve the issues with the GDB.  None

18   have been establishing the controls on tax breaks that

19   we have established.  None have been able to pass labor

20   reform in under a month.  None have been able to pass

21   comprehensive permitting reform in under a month.  None

22   has been able to do the things that we have been able

9th Public Meeting                                          August 4, 2017
San Juan, Puerto Rico

Page 97

1   to do.  So, if we're talking about the facts and the

2   human element, especially in a population that sees its

3   family members and sees its friends and its colleagues

4   move to the state side.  Every month we have done

5   everything.  We are a present commitment that has not

6   been seen in this island since probably the times of

7   (inaudible).  So, I can tell you, we will prove this

8   assumption wrong.  We will succeed and the government

9   of Puerto Rico will be reform as we in Puerto Rico see

10  fit.

11        CHAIRMAN CARRION:  Thank you very much, Mr.

12  Sobrino.  No, I'd like to open the floor for public

13  comment.  Each person has again up to three minutes to

14  express their views.  Any person interested in a turn,

15  please stand up and once I recognize you, we will turn

16  the microphone on and it will be taken to your seat.

17  Please state your name and your affiliation if you have

18  one and speak as clearly as possible.

19        MR. ROTELL:  Jerry Rotell.  May I approach the

20  table?

21        CHAIRMAN CARRION:  Of course.

22        MR. ROTELL:  I don't have three minutes but I just

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 98

1    wanted to first of all congratulate my brother at arms,

2    Christian Sobrino for the extremely passionate and

3    factual presentation.  Anyway, just wanted to express a

4    few things regarding the presentation given by

5    Executive Director Natalie Jaresko.  We disagree in a

6    few things, obviously.  We, the government of Puerto

7    Rico, we have implemented aggressive legislative

8    actions for the past seven months, over 30 of them,

9    state of orders all geared toward fiscal

10   responsibility.  We are -- we have the political will.

11    We are aligned with the legislative assembly as well,

12   all towards, you know, complying with the Fiscal Plan.

13    In terms of, you know, they saying that it's an issue

14   under non-personnel rightsizing, I mean we just

15   approved the budget a month ago.  You're just giving us

16   a month to make a decision.  So, you know, by Section

17   204(b), I think it's (b) or (a), you know, the

18   government of Puerto Rico has to comply with the Board

19   to provide quarterly reports, which all will be due

20   October 15th and that way the Board can make a decision

21   whether the government of Puerto Rico is complying with

22   or not complying with the different measures in terms

9th Public Meeting                                    August 4, 2017

San Juan, Puerto Rico

Page 99

1    of cash, budget (inaudible), et cetera, et cetera.  So

2    you're making a decision on August 4th that's two and a

3    half months before the deadline of the first quarterly

4    report.  So, I mean that kind of concerns me a little

5    bit.

6         Third, you know, I don't know if you analyzed

7    this, but possibly the furloughs would impact

8    economically for the next two fiscal years around $600

9    million in the economy.  How are we supposed to, you

10   know, swim if you're putting down pressure of $600

11   million in the economy?  So that's for me, that's kind

12   of interesting as well.

13        In terms of the, you know, you've said about

14   collaboration, we received the scorecard in an informal

15   way about 10 days ago.  How are we supposed to counter

16   argue or collaborate, you know, in terms of the non-

17   personnel measures?  That's something that also we

18   (inaudible).

19        So, you know, just want to express, I think we've

20   had a great collaboration for the past seven months.

21   We've accomplished a lot -- seven fiscal plans,

22   liquidity plans, bridge reports, you name it, approved

Alderson Court Reporting

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 100

1    budget, and this item specifically I guess we have not

2    collaborated directly.  And as what I expressed, you

3    know, that with the government, we have the political

4    will.  We will do this.  We will (inaudible) on this.

5        And, to finish it off, you know, I just kind of

6    wanted to talk about the scorecard specifically.  You

7    know, just to, if the Board can express a little bit on

8    their methodology on how you went about scoring these

9    measures.  I kind of wanted a little bit more feedback

10   on that.  That will be all.  Thank you.

11   CHAIRMAN CARRION:  Thank you for expressing your

12   views.  Does anybody have any additional comments?  Mr.

13   (Inaudible)

14   MALE:  Yes, my name is Jorge (inaudible).  I am

15   the executive director of (inaudible) and I just wanted

16   to add our perspective on the different topics that

17   have been discussed today.  Of course, you know, the

18   discussion going on most recently highlights the

19   challenges that Puerto Rico faces and the job and the

20   intention of both the Board and the Governor and this

21   team to come together and to address those problems.

22       But, as we went through the different topics, I

9th Public Meeting                                              August 4, 2017
San Juan, Puerto Rico

Page 101

1    just want to highlight one that has not come up and

2    I'll start with the pension reform.  We applaud,

3    (inaudible) applaud that pensions be paid to the

4    fullest possible extent to the government employees.

5    And, within (inaudible) there are a majority probably

6    of the 60,000 people that are also retired and are

7    suffering a much more dramatic impact on their

8    pensions.  The typical Puerto Rico bondholder saved up

9    their money during their career and invested it.

10   Unfortunately, in hindsight, 100 percent in Puerto Rico

11   bonds, which currently are not paying.  So, the average

12   government pensioner gets around $1200 a month.  That

13   average I don't think is going to be effective in any

14   instance.  But, that's not very different from the

15   average that a Puerto Rico bondholder would expect to

16   receive from his investment in bonds.  Yet the Fiscal

17   Plan, which proposes ten percent cuts perhaps in

18   pensions, two percent cuts in pensions or 100 percent

19   payment.  In contrast to that, in dramatic contrast to

20   that, the person hold Puerto Rico bonds, a resident in

21   Puerto Rico, would face a 76 percent cut in what he

22   gets from -- what he or she gets from their investment

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

Page 102

1    in Puerto Rico bonds saving all their life.  Now, the

2    Fiscal Plan, you know, the essential government

3    component units, spend – in the Fiscal Plan are

4    spending in the area of $17 to $18 billion currently,

5    of which according to the Fiscal Plan, 96 percent is

6    essential, although we haven't gotten a clear

7    definition of what is essential.  And overtime, comes

8    down slightly but then increases to about $21 billion

9    in year 10.  So within that, all the expenses go down

10   and then go back up.  The debt service is still held as

11   you know around $787 million of the $3.4 billion

12   average that those 10 years would require.

13        So, what I'm highlighting here is that there are

14   60,000 people in Puerto Rico and of those, not all are

15   that needy but certainly the very wealthy of those,

16   even if there were 5,000 which there are not, there

17   would still be 54,000 that do depend on their savings.

18    And those are not being – those are being affected

19   dramatically as I said, in the Fiscal Plan proposing 74

20   percent cut in those payments, you know, the debt

21   service payments, and those are not being mentioned.

22        And the payments to a local bondholder represent

9th Public Meeting                                                           August 4, 2017
San Juan, Puerto Rico

Page 103

1    more than one and half percent GNP.  That's going to be

2    cut by 76 percent, that one and a half.  So, how are we

3    going to have economic growth -- that all these things

4    affect economic growth, not just the government

5    spending.  The payment of the debt service affect

6    economic growth dramatically, over one and a half

7    percent.  And the other part is people are -- the local

8    population at one point held over 30 percent of the

9    total outstanding debt.  In 2012, it was $25 million of

10   the approximately $70 held by Puerto Ricans.  So, to

11   return -- that 30 percent of the borrowing came from

12   the local market.  To the extent those bondholders are

13   not treated more equitably, more reasonably, they will

14   never return to lend money to the government.

15        So, return to capital markets is one of the

16   Board's objectives as well as balancing the budget.

17   But, we just don't see how those can -- how economic

18   growth and return to capital markets can be achieved

19   given the Fiscal Plan.  And again, we applaud paying

20   the pensions.  We recognize the Coops who is the only

21   sector within the financial industry in Puerto Rico

22   that has grown since the last five years, they've

9th Public Meeting                                          August 4, 2017

San Juan, Puerto Rico

Page 104

1    grown.  All the other sectors have reduced their assets

2    by almost 50 percent.  So, it's dramatic that the Coops

3    are there and they are a big bondholder as was

4    mentioned here.  They have $965 million at stake here.

5    So, that's what I wanted to bring up which hadn't been

6    mentioned in the discussion.  Thank you.

7         CHAIRMAN CARRION:  Thank you, Mr. (inaudible).

8    Would anybody like to express -- anybody else like to

9    express their views regarding the furlough issue?  No.

10   Well, thank you very much.

11        Now, I'd like to move on.  On the basis of the

12   report presented by the Board's Executive Director on

13   the implementation of the furlough program, the Chair

14   requests from the Executive Director whether she would

15   like to propose a resolution for the Board to consider

16   and vote upon?

17        MS. JARESKO:  Yes, Mr. Chair.  I would like to

18   propose a resolution and I would request Mr. El Koury

19   to read the same into the record.

20        MR. EL KOURY:  On June 30, 2016, the Federal

21   Puerto Rico Oversight Management and Economics

22   Stability Act, PROMESA was enacted; and,

9th Public Meeting                                                    August 4, 2017

San Juan, Puerto Rico

Page 105

1        WHEREAS, Section 101 of PROMESA created the

2   Financial Oversight and Management Board for Puerto

3   Rico; the Board, and,

4        WHEREAS, on March 13, 2017, after holding a public

5   hearing, the Board certified the Governor's proposed

6   Fiscal Plan for the Commonwealth subject to certain

7   amendments adopted at the March 13, 2017 meeting; and,

8        WHEREAS, on April 15, 2017 and May 31st, 2017, the

9   Board approved certain revisions to the previously

10  certified Fiscal Plan for the Commonwealth and

11  recertified the Fiscal Plan as so revised; and,

12       WHEREAS, the certified Fiscal Plan for the

13  Commonwealth of Puerto Rico provides for the

14  implemental of a furlough program if the Board

15  determines in its sole discretion that certain

16  conditions are not met; and,

17       WHEREAS, the Board has determined in its sole

18  discretion that such conditions have not been met.

19       NOW, THEREFORE, IT IS HEREBY RESOLVED that the

20  government must plan for and execute a furlough program

21  commencing on September 1, 2017, the implementation of

22  which must result in a net savings of at least $280

9th Public Meeting

August 4, 2017

San Juan, Puerto Rico

Page 106

1    million for fiscal year 2018 and two, the furlough

2    program will remain active until two criteria are met.

3     One, the required savings of $280 million having been

4    achieved or are reasonably expected to be achieved

5    based on actual fiscal year to date and predicted

6    fiscal year performance and, two, the Oversight Board

7    determines in its sole discretion that the government

8    has made material and sufficient progress toward

9    identifying opportunities, developing plans and

10   beginning to execute transformational changes required

11   to truly right size the government.

12       CHAIRMAN CARRION:  Thank you, Mr. El Koury.  I

13   move that that resolution be approved.

14       MR. BIGGS:  I second the motion.

15       CHAIRMAN CARRION:  I would like to ask for a voice

16   vote.

17       Those in favor of yes – in favor, please say yes.

18       (A chorus of yeses.)

19       CHAIRMAN CARRION:  All members having voted in

20   favor of the motion, the resolution is approved and it

21   has passed unanimously.  Since we have no other matters

22   to cover, I move that we adjourn this meeting.

9th Public Meeting                                                    August 4, 2017
San Juan, Puerto Rico

```
                                                          Page 107

 1       MS. MATOSANTOS:  I second that motion.

 2       CHAIRMAN CARRION:  I would like to ask for a voice

 3  vote.

 4       Those in favor, please say yes.

 5       (A chorus of yeses.)

 6       CHAIRMAN CARRION:  All members having voted in

 7  favor -- thank you, all members having voted in favor,

 8  the meeting is now adjourned.

 9       Thank you very much.

10       (Whereupon, the meeting was adjourned.)

11

12

13

14

15

16

17

18

19

20

21

22
```

Alderson Court Reporting