**Objection Deadline:** September 19, 2017, 4:00 p.m.
**Hearing Date:** October 4, 2017, 9:30 a.m.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF HEARING ON JOINT MOTION BY THE AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., AND THE MUTUAL FUND GROUP FOR ORDER AUTHORIZING RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE** that a hearing on the *Joint Motion By The Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., And The Mutual Fund Group For Order Authorizing Rule 2004 Examination* (filed August 25, 2017) (the "Motion") will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, as part of the

---

[1] The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

next Omnibus Hearing, which is currently scheduled on October 4, 2017 at 9:30 am (Atlantic Standard Time).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Civil Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Second Amended Case Management Procedures (Docket No. 1065), so as to be so filed and received no later than September 19, 2017 at 4:00 p.m. (Atlantic Standard Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Second Amended Case Management Procedures.

Dated: August 25, 2017
San Juan, Puerto Rico

Respectfully submitted.

**JIMÉNEZ, GRAFFAM & LAUSELL**

By: /s/ Andrés F. Picó Ramírez

J. Ramón Rivera Morales
   (USDC-PR No. 200701)
Andrés F. Picó Ramírez
   (USDC-PR No. 302114)
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Email: rrivera@jgl.com
        apico@jgl.com

**PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON, LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Email: arosenberg@paulweiss.com
       kkimpler@paulweiss.com
       kzeituni@paulweiss.com

**ROBBINS, RUSSELL, ENGLERT, ORSECK,
  UNTEREINER & SAUBER LLP**

Lawrence S. Robbins (admitted *pro hac vice*)
Mark T. Stancil (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Kathryn S. Zecca (admitted *pro hac vice*)
Ariel N. Lavinbuk (admitted *pro hac vice*)
Donald Burke (admitted *pro hac vice*)
1801 K Street, NW
Washington, D.C. 20006
Telephone: (202) 775-4500
Email: lrobbins@robbinsrussell.com
       mstancil@robbinsrussell.com
       gorseck@robbinsrussell.com
       kzecca@robbinsrussell.com
       alavinbuk@robbinsrussell.com
       dburke@robbinsrussell.com

*Counsel to the Ad Hoc Group of General Obligation Bondholders*

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: */s/ Heriberto Burgos Pérez* | By: */s/ Howard R. Hawkins* |
|   Heriberto Burgos Pérez |   Howard R. Hawkins, Jr. (*pro hac vice*) |
|     USDC-PR 204809 |     Mark C. Ellenberg (*pro hac vice*) |
|   Ricardo F. Casellas-Sánchez |     Ellen Halstead (*pro hac vice*) |
|     USDC-PR 203114 |     Thomas J. Curtin (*pro hac vice*) |
|   Diana Pérez-Seda |     Casey J. Servais (*pro hac vice*)* |
|     USDC-PR 232014 | 200 Liberty Street |
| P.O. Box 364924 | New York, NY 10281 |
| San Juan, PR 00936-4924 | Telephone: (212) 504-6000 |
| Telephone: (787) 756-1400 | Facsimile: (212) 406-6666 |
| Facsimile: (787) 756-1401 | Email: howard.hawkins@cwt.com |
| Email: hburgos@cabprlaw.com |     mark.ellenberg@cwt.com |
|     rcasellas@cabprlaw.com |     ellen.halstead@cwt.com |
|     dperez@cabprlaw.com |     thomas.curtin@cwt.com |
| |     casey.servais@cwt.com |

*Counsel for Assured Guaranty Corp and Assured Guaranty Municipal Corp.*

TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.

 *s/ Manuel Fernandez-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

 *s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

*s/ Jane Patricia Van Kirk*
JANE PATRICIA VAN KIRK
USDC-PR No. 220,510
E-mail: jvankirk@tcmrslaw.com

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Counsel to the Mutual Fund Group*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

 *s/ Gregory A. Horowitz*
THOMAS MOERS MAYER*
AMY CATON*
GREGORY A. HOROWITZ*
DOUGLAS BUCKLEY*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
       acaton@kramerlevin.com
       ghorowitz@kramerlevin.com
       dbuckley@kramerlevin.com
*(admitted *pro hac vice*)

*Counsel to the Mutual Fund Group*