# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,
     Debtors.*

PROMESA
Title III

-----------------------------------------------------------X

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
     Plaintiff,

  v.

HON. RICARDO ANTONIO ROSSELLÓ NEVARES (in his official capacity),
     Defendant.

No. 17 BK 3283-LTS
Adversary No:_____

-----------------------------------------------------------X

## SUMMONS IN AN ADVERSARY PROCEEDING

**TO:** Hon. Ricardo Rosselló
   La Fortaleza
   63 Fortaleza St.
   San Juan, P.R. 00901

A lawsuit has been filed against you.

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. The answer or motion must be served on the plaintiff or plaintiff's local counsel, whose name and address are:

    Hermann D. Bauer, Esq., USDC No. 215205
    **O'NEILL & BORGES LLC**
  250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813
 Tel: (787) 764-8181 , Fax: (787) 753-8944, Email: hermann.bauer@oneillborges.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

           *FRANCES RIOS DE MORAN, ESQ.*
           *CLERK OF COURT*

Date:_____    _____
               *Signature of Clerk or Deputy Clerk*

---

* The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

00491905; 1

# PROOF OF SERVICE

  This summons for (name of individual and title, if any) _____ was received by me on (date) _____.

____ I personally served the summons on the individual at (place) _____ on (date) _____; or

____ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

____ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

____ I returned the summons unexecuted because _____; or

____ Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date:_____          _____
                         *Signature of Server*

                         _____
                         *Printed name and title*

                         _____
                         *Server's address*