# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------- x

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

     COMES NOW, Sherry Millman, applicant herein, and pursuant to L. Civ. R. 83A (f) of the United States District Court for the District of Puerto Rico, states as follows:

     1.    Applicant is an attorney at Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038; telephone number (212) 806-5434, and fax (212) 806-6006.

     2.    Applicant will sign all pleadings with the name "Sherry Millman".

     3.    Applicant has been retained by The American Federation of Teachers, AFL-CIO, as authorized agent for the Asociacion de Maestros de Puerto Rico - Local Sindical, to provide legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

4. Since 1985, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 1988567.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States District Court for the Southern District of New York | May 1985 |
| United States District Court for the Eastern District of New York | May 1985 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. As far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

JOSE LUIS BARRIOS-RAMOS
USDC 223611
1801 McLeary Ave., Suite 303
San Juan, P.R. 00911
Tel: (787) 593-6641
Fax: (787) 764-4430
E-mail: Barrios.jl@Outlook.Com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: August 28 , 2017

By: */s/ Sherry Millman*
Sherry Millman, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, N.Y. 10038
Telephone: (212) 806-5434
Facsimile: (212) 806-6006
Email: smillman@stroock.com

I hereby certify, pursuant to USDC Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system, which automatically serves notification of the filing to parties in interest.

Date: August 28, 2017

By: */s/ Jose Luis Barrios-Ramos*
Jose Luis Barrios-Ramos
USDC 223611
1801 McLeary Ave., Suite 303
San Juan, P.R. 00911
Telephone: (787) 593-6641
Facsimile: (787) 764-4430
Email: barrios.jl@outlook.com

# ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this \_\_\_\_ day of _____, 2017.

_____
U.S. District Judge