```
Court Name: District Court
Division: 1
Receipt Number: PRX100051578
Cashier ID: arodrigu
Transaction Date: 08/28/2017
Payer Name: BARRIOS JOSE LUIS
--------------------------------------
PRO HOC VICE
 For: BARRIOS JOSE LUIS
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:          $300.00
PRO HOC VICE
 For: BARRIOS JOSE LUIS
 Case/Party: D-DRX-1-97-NA-000003-002
 Amount:          $300.00
PRO HOC VICE
 For: BARRIOS JOSE LUIS
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:          $300.00
--------------------------------------
PAPER CHECK CONVERSION
 Remitter: BANCO POPULAR
 Check/Money Order Num: 103000083024
 Amt Tendered:    $900.00
--------------------------------------
Total Due:       $900.00
Total Tendered:  $900.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF BRIAN
WELLS, SHERRY MILLMAN & CURTIS
MECHLING
THRU: BARRIOS JOSE LUIS
```