UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

SCHEDULING ORDER FOR BRIEFING ON MOTION OF
INTERAMERICAS TURNKEY, INC., TO REVIEW AND STAY

The Court has received and reviewed the *Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue* (docket entry no. 1167 (the "Motion")) and the accompanying *Proposed Order to Show Cause* (Motion, Ex. 1), filed by Interamericas Turnkey, Inc. ("Movant").

Upon review of the Motion, the Court concludes that the Movant has not made a facial showing of entitlement to the relief requested, and accordingly the request to proceed by order to show cause is denied.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Debtor is ordered to respond to the Motion by **September 11, 2017, at 5:00 p.m.** (Atlantic Standard Time). Any reply papers on behalf of the Movant must be filed by **September 18, 2017, at 5:00 p.m.** (Atlantic Standard Time). The Motion will thereafter be taken on submission, unless either party requests a hearing. If a hearing is requested, it shall take place in connection with the omnibus hearing scheduled for October 4, 2017.

SO ORDERED.

Dated: August 28, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge