UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

---------------------------------------------------------------- x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

    COMES NOW, Brian Wells, applicant herein, and pursuant to L. Civ. R. 83A(f) of the United States District Court for the District of Puerto Rico, states as follows:

    1.    Applicant is an attorney at Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038; telephone number (212) 806-6061 and fax (212) 806-6006.

    2.    Applicant will sign all pleadings with the name "Brian Wells."

    3.    Applicant has been retained by The American Federation of Teachers, AFL-CIO, as authorized agent for the Asociación de Maestros de Puerto Rico – Local Sindical, to provide legal representation in connection with the above-styled matters pending before the United States District Court for the District of Puerto Rico.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

4. Since 2011, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 4977211.

5. Also, since 2014, Applicant has been and presently is admitted to, and in good standing with, the United States District Court for the Southern District of New York.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. As far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

8. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

> JOSE LUIS BARRIOS-RAMOS
> USDC 223611
> 1801 McLeary Ave., Suite 303
> San Juan, P.R. 00911
> Tel: (787) 593-6641
> Fax: (787) 764-4430
> E-mail: Barrios.jl@Outlook.Com

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Applicant will comply with the Local Rules. Payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: August 28 , 2017

    By: */s/ Brian Wells*
        Brian Wells, Esq.
        Stroock & Stroock & Lavan LLP
        180 Maiden Lane
        New York, N.Y. 10038
        Telephone: (212) 806-6061
        Facsimile: (212) 806-6006
        Email: bwells@stroock.com

I hereby certify, pursuant to USDC Local Rule 83A(f), that I consent to the designation of local counsel for all purposes.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system, which automatically serves notification of the filing to parties in interest.

Date: August 28, 2017

    By: */s/ Jose Luis Barrios-Ramos*
        Jose Luis Barrios-Ramos
        USDC 223611
        1801 McLeary Ave., Suite 303
        San Juan, P.R. 00911
        Telephone: (787) 593-6641
        Facsimile: (787) 764-4430
        Email: barrios.jl@outlook.com

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐    the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐    the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
U.S. District Judge