UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------X

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

EMPLOYEES RETIREMENT SYSTEM OF
THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO,

Debtor.[1]

PROMESA
Title III

No. 17 CV 1685-LTS
No. 17 BK 3566-LTS

### APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

**COMES NOW**, Michael R. Hackett, applicant herein and states and requests as follows:

1. Applicant is an attorney and member of the law firm of Proskauer Rose LLP, with offices at: One International Place, Boston, MA 02110.

2. Applicant will sign all pleadings with the name Michael R. Hackett.

3. Since December 17, 2009, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Massachusetts, where applicant regularly practices law, and where his bar license number is 676693.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

4. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS | April 27, 2010 |
| U.S. COURT OF APPEALS, FIRST CIRCUIT | October 14, 2010 |

5. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters (*if applicable*):

| Date of Application: | Case Number and Style: |
|---|---|
| a. None | . |
| b. _____ | . |
| c. _____ | . |

9. Local counsel of record associated with applicant in this matter is:

    a. **Name**: Hermann D. Bauer,
    b. **USDC-PR Bar No.**: 2125205
    c. **Law Firm**: O'NEILL & BORGES LLC
    d. **Address**: 250 Muñoz Rivera Avenue, Suite 800, San Juan, PR 00918-1813.
    e. **Email**: hermann.bauer@oneillborges.com
    f. **Telephone**: (787) 764-8181
    g. **Fax**: (787) 753-8944

10. Applicant has read the local rules of this Court and will comply with the same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: August 25, 2017.

Michael R. Hackett
Printed Name of Applicant

*/s/ Michael R. Hackett*
Signature of Applicant

I HEREBY CERTIFY, Pursuant to Local Civil Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: August 28, 2017

<u>Hermann D. Bauer</u>
Printed Name of Local Counsel.

<u>S/Hermann D. Bauer</u>
Signature of Local Counsel.