```
Court Name: District Court
Division: 1
Receipt Number: PRX100051585
Cashier ID: arodrigu
Transaction Date: 08/28/2017
Payer Name: ONEILL AND BORGES
------------------------------
PRO HAC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
PRO HAC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 61315
 Amt Tendered:  $300.00
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 61316
 Amt Tendered:  $300.00
------------------------------
Total Due:      $600.00
Total Tendered: $600.00
Change Amt:     $0.00

17-3566(LTS) PRO HAC VICE OF
MICHAEL R. HACKETT & 17-3283(LTS)
PRO HAC VICE OF JENNIFER L. ROCHE

THRU: HERMANN D BAUER
```