UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

## ORDER

Before the Court is the *Motion Requesting Leave to File Notice of Appeal* filed by Javier Mandry Mercado, pro se (the "Movant"). (Docket entry no. 1182 (the "Motion").) The Motion seeks an extension of Movant's time to file a notice of appeal of this Court's August 2, 2017, Order (docket entry no. 844), which denied Movant's second motion for reconsideration of this Court's Order granting a motion for relief from the automatic stay (docket entry no. 600). Because the time to file a notice of appeal in this civil case is governed by Federal Rule of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Appellate Procedure 4(a), the Motion, construed as a notice of appeal, was timely filed, and as such no extension of the time to file an appeal is necessary.

The Clerk of Court is requested to consider the Motion as a notice of appeal of this Court's Order at docket entry no. 844. Movant's attention is directed to the Federal Rules of Appellate Procedure, which will govern further proceedings on appeal.

This Order resolves docket entry no. 1182.

SO ORDERED.

Dated: August 29, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:

Javier E. Mandry-Mercado
1326 Calle Salud Apt. 1101
Ponce, PR 00717