IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtor[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY certify that, on August 29, 2017, on behalf of the Ad Hoc Group of General Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and The Mutual Fund Group, I served copies of *the Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp. Assured Guaranty Municipal Corp., and The Mutual Fund Group for Order Authorizing Rule 2004 Examination* (Docket No. 1078, Case No. 17-03283) and the *Notice of Hearing on Joint Motion by the Ad Hoc Group Of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and The Mutual Fund Group for Order Authorizing Rule 2004 Examination* (Docket 1079, Case No. 17-03283) on the following parties:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-3283 (LTS)                                                                                                   Page -2-
==============================================================

- The Chambers of the Honorable Laura Taylor Swain, by U.S. mail at the following Address: United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

- Puerto Rico Fiscal Agency and Financial Advisory Authority, by U.S. mail at the following address: Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, Puerto Rico 00907, Attn: Gerardo J. Portela Franco, Mohammad Yassin, Esq.

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Second Amended Case Management Procedures* (Docket No. 1065-1, Case No. 17-03283), for whom service is allowed in this manner.

- All parties listed in the *Master Service List as of August 25, 2017,* (Docket No. 1175-1, Case No. 17-03283) for which an e-mail address has not been provided, by U.S. mail. All other parties in the *Master Service List as of August 25, 2017*, for which an e-mail address was provided, by e-mail.

**RESPECTFULLY SUBMITTED.**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
         August 30th, 2017

CIVIL NO. 17-3283 (LTS) Page -3-
==============================================================

/s/ Andrés F. Picó Ramírez
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
JIMÉNEZ, GRAFFAM & LAUSELL
PO Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
apico@jgl.com