# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
                                                                No. 17 BK 3283-LTS
       as representative of
                                                                Re: ECF No. 244
THE COMMONWEALTH OF PUERTO RICO, et al.,
                                                                (Jointly Administered)
       Debtors.¹
-------------------------------------------------------------x
In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,                               No. 17 BK 3283-LTS

       as representative of                                     This Notice relates only to the
                                                                Commonwealth and shall only be
THE COMMONWEALTH OF PUERTO RICO,                                filed in the lead Case No. 17 BK
                                                                3283-LTS.
       Debtor.
-------------------------------------------------------------x
```

**<u>NOTICE OF FILING OF CREDITOR LIST FOR THE COMMONWEALTH OF PUERTO RICO</u>**

**TO ALL CREDITORS OF THE COMMONWEALTH OF PUERTO RICO AND OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 3, 2017, the Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), by and through the Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition with the United States District Court for the District of Puerto Rico under title III of PROMESA.

2. On May 11, 2017, the Commonwealth filed the *Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* (the "Motion") [ECF No. 44] seeking, among other things, to fix August 30, 2017, as the date by which the Commonwealth must file its list of creditors pursuant to section 924 of title 11 of the United States Code (the "Creditor List").

3. On June 1, 2017, the Court entered the *Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* [ECF No. 244], which granted the relief sought in the Motion, and fixed the date by which the Commonwealth must file its Creditor List as August 30, 2017.

4. **PLEASE TAKE NOTICE** that the Creditor List attached hereto as Exhibit A is filed on the Court's docket herewith.

5. **PLEASE TAKE FURTHER NOTICE** that copies of the Creditor List, as filed in this title III case, are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

Dated: August 30, 2017
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**<u>Exhibit A</u>**

**Creditor List**