**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUMMARY**

| SCHEDULE | CLASSIFICATION | | AMOUNT OF CLAIM | PERCENT OF TOTAL |
|---|---|---|---|---|
| A | LONG TERM DEBT | $ | 12,470,402,455.80 | 65.78% |
| B | INSURERS OF LONG TERM DEBT | | UNDETERMINED | |
| C | GUARANTEE OBLIGATIONS | $ | 5,861,032,000.00 | 30.92% |
| D | TRADE VENDOR OBLIGATIONS | $ | 264,221,114.25 | 1.39% |
| E | EMPLOYEE OBLIGATIONS | | UNDETERMINED | |
| F | BANK AND FINANCIAL INSTITUTION OBLIGATIONS | | UNDETERMINED | |
| G | INCOME TAX REFUNDS - CORPORATIONS AND INDIVIDUALS | $ | 246,192,095.00 | 1.30% |
| H | LITIGATION RELATED OBLIGATIONS | $ | 114,724,197.48 | 0.61% |
| I | US FEDERAL GOVERNMENT OBLIGATIONS | | UNDETERMINED | |
| J | LABOR UNION OBLIGATIONS | | UNDETERMINED | |
| | **TOTAL** | $ | **18,956,571,862.53** | **100%** |

SUMMARY