**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE A - LONG TERM DEBT**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CEDE & CO., AS NOMINEE OF THE DEPOSITARY TRUST COMPANY | CEDE & CO. | 55 WATER STREET | | NEW YORK | NY | 10041 | | | | $ 12,470,402,455.80 |

**TOTAL SCHEDULE A - LONG TERM DEBT** $ 12,470,402,455.80