**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE B - INSURERS OF LONG TERM DEBT**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AMBAC ASSURANCE CORPORATION | GARDNER, CAROLANNE | 463 SEVENTH AVENUE | | NEW YORK | NY | 10018 | C | U | | UNDETERMINED |
| ASSURED GUARANTY CORP. | WEINBERG, DAN | 1633 BROADWAY | | NEW YORK | NY | 10019 | C | U | | UNDETERMINED |
| ASSURED GUARANTY MUNICIPAL CORP. | KWA, DWIGHT | ONE STATE STREET PLAZA | | NEW YORK | NY | 10004 | C | U | | UNDETERMINED |
| BERKSHIRE HATHAWAY ASSURANCE CORPORATION | | 1314 DOUGLAS STREET | SUITE 1400 | OHAMA | NE | 68102-1944 | C | U | | UNDETERMINED |
| FINANCIAL GUARANTY INSURANCE | LANCIA, MICHAEL | 1 MANHATTANVILLE ROAD | SUITE 301 | PURCHASE | NY | 10577 | C | U | | UNDETERMINED |
| NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION | WEINBERG, DAN | 1633 BROADWAY | | NEW YORK | NY | 10019 | C | U | | UNDETERMINED |
| SYNCORA GUARANTEE INC. | HNAT, FRED | 135 W. 50TH STREET | | NEW YORK | NY | 10020 | C | U | | UNDETERMINED |

**TOTAL SCHEDULE B - INSURERS OF LONG TERM DEBT**                                                                                           **UNDETERMINED**