**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE C - GUARANTEE OBLIGATIONS**

| CREDITOR | DESCRIPTION / EXPLANATION | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO | PORT OF THE AMERICA AUTHORITY 2014 BOND | SOBRINO-VEGA, CHRISTIAN | P.O. BOX 42001 | SAN JUAN | PR | 00940-2001 | C | U | | $ 225,534,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | ACUEDUCT AND SEWER AUTHORITY - GUARANTEED REFUNDING BONDS, SERIES A & B 2008 | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 284,755,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | ACUEDUCT AND SEWER AUTHORITY - RURAL DEVELOPMENT (FARMERS HOME ADMINISTRATION ISSUE - ALL SERIES) | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 393,206,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | ACUEDUCT AND SEWER AUTHORITY - CLEAN WATER STATE REVOLVING FUND | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 392,807,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | ACUEDUCT AND SEWER AUTHORITY - DRINKING WATER STATE REVOLVING FUND | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 188,722,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | GOVERNMENT DEVELOPMENT BANK - SENIOR GUARANTEED NOTES SERIES 2013 B-1 (CFSE) | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 110,000,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | GO NOTES - LETTER OF CREDIT ADVANCE | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 21,095,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | GO NOTES - REFINANCE PORTION OF 2013 PRINCIPAL | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 63,135,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | GO NOTES - REFINANCE PORTION OF 2014 PRINCIPAL | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 50,419,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | GO NOTES - 2014 ANTICIPATION CREDIT LINE | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 34,789,000.00 |
| BANCO POPULAR DE PUERTO RICO POPULAR FIDUCIARY SERVICES CORPORATE TRUST ADMINISTRATION | GO NOTES - HELICOPTER FINANCING | RIVERA, HÉCTOR | 157 AVENIDA JUAN PONCE DE LEÓN | SAN JUAN | PR | 00917 | C | U | | $ 23,764,000.00 |
| THE BANK OF NEW YORK MELLON CORPORATE TRUST PUBLIC FINANCE | PUERTO RICO INFRASTRUCTURE FINANCE AUTHORITY - BAN'S 2015 | TORRES, DIANA | 7 BARCLAY ST | NEW YORK | NY | 10286 | C | U | | $ 78,145,000.00 |
| US BANK GLOBAL CORPORATE TRUST SERVICES | PUBLIC BUILDINGS AUTHORITY - REVENUE REFUNDING BONDS SERIES L & GOVERNMENT FACILITIES REVENUE BONDS (ALL SERIES) | MENA, MICHELLE | 100 WALL ST SUITE 1600 | NEW YORK | NY | 10005 | C | U | | $ 3,994,661,000.00 |
| **TOTAL SCHEDULE C - GUARANTEE OBLIGATIONS** | | | | | | | | | | **$ 5,861,032,000.00** |