THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS

SCHEDULE F - BANK AND FINANCIAL INSTITUTION OBLIGATIONS

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| BANCO GUBERNAMENTAL DE FOMENTO | SOBRINO-VEGA, CHRISTIAN | P.O. BOX 42001 | | SAN JUAN | PR | 00940-2001 | C | U | | UNDETERMINED |
| BANCO SANTANDER | DE JESUS, NEREIDA | 207 AVENIDA PONCE DE LEON | 7TH FLOOR | SAN JUAN | PR | 00917 | C | U | | UNDETERMINED |
| FIRSTBANK | LEBRON, FELIPE | P.O.9146 | | SAN JUAN | PR | 00908-0146 | C | U | | UNDETERMINED |
| ORIENTAL BANK | BERMUDEZ-RIOS, JULIA | P.O. BOX 195115 | | SAN JUAN | PR | 00919-5115 | C | U | | UNDETERMINED |
| POPULAR, INC. | TORO-LAVERGNE, ANGELICA | DIVISIONS LEGAL (745) | P.O. BOX 362708 | SAN JUAN | PR | 00936-2708 | C | U | | UNDETERMINED |
| SCOTIABANK | COLON-RIOS, RICARDO | EXECUTIVE OFFFICES, SCOTIA TOWER | 290 JESUS T. PINERO, LOBBY | SAN JUAN | PR | 00918 | C | U | | UNDETERMINED |

**TOTAL SCHEDULE F - BANK AND FINANCIAL INSTITUTION OBLIGATIONS** **UNDETERMINED**