**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE I - US FEDERAL GOVERNMENT OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICORPS | MANSARAY, KIM | 1201 NEW YORK AVE., NW | | WASHINGTON | DC | 20525 | C | U | | UNDETERMINED |
| DEPARTMENT OF DEFENSE (DOD) | MATTIS, JIM | 1400 DEFENSE PENTAGON | | WASHINGTON | DC | 20301-1400 | C | U | | UNDETERMINED |
| DEPARTMENT OF ENERGY (DOE) | PERRY, RICK | 1000 INDEPENDENCE AVE., SW | | WASHINGTON | DC | 20585 | C | U | | UNDETERMINED |
| DEPARTMENT OF HOMELAND SECURITY (DHS) | KELLY, JOHN F. | 245 MURRAY LANE., SW | | WASHINGTON | DC | 20528-0075 | C | U | | UNDETERMINED |
| DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | CARSON, BEN | 451 7TH STREET., SW | | WASHINGTON | DC | 20410 | C | U | | UNDETERMINED |
| DEPARTMENT OF HUMAN AND HEALTH SERVICES | PRICE, THOMAS E. | 200 INDEPENDENCE AVE, SW | | WASHINGTON | DC | 20201 | C | U | | UNDETERMINED |
| DEPARTMENT OF THE INTERIOR (DOI) | ZINKE, RYAN | 1849 C ST., NW | | WASHINGTON | DC | 20240 | C | U | | UNDETERMINED |
| DEPARTMENT OF TRANSPORTATION (DOT) | CHAO, ELAINE L. | 1200 NEW JERSEY AVE., SE | | WASHINGTON | DC | 20590 | C | U | | UNDETERMINED |
| DEPARTMENT OF VETERANS AFFAIRS (VA) | SHULKIN, DAVID J | 810 VERMONT AVE., NW | | WASHINGTON | DC | 20420 | C | U | | UNDETERMINED |
| ECONOMIC AND STATISTICS ADMINISTRATIONS | BURKE, BRAD | 1401 CONSTITUTION AVE., NW | | WASHINGTON | DC | 20230 | C | U | | UNDETERMINED |
| ENVIRONMENTAL PROTECTION AGENCY (EPA) | RIOS, ARIEL | 1200 PENNSYLVANIA AVE., NW | | WASHINGTON | DC | 20460 | C | U | | UNDETERMINED |
| FEDERAL COMMUNICATIONS COMMISSION (FCC) | PAI, AJIT | 445 12TH ST., SW | | WASHINGTON | DC | 20554 | C | U | | UNDETERMINED |
| FEDERAL EMERGENCY MANAGEMENT AGENCY | FENTON, BOB | 500 C ST., SW | | WASHINGTON | DC | 20472 | C | U | | UNDETERMINED |
| SMALL BUSINESS ADMINISTRATION (SBA) | MCMAHON, LINDA | 409 3RD ST., SW | | WASHINGTON | DC | 20416 | C | U | | UNDETERMINED |
| US ARMY CORPS OF ENGINEERS | SEMONITE, TODD T. | 441 G ST., NW | | WASHINGTON | DC | 20314 | C | U | | UNDETERMINED |
| US DEPARMENT OF HEALTH AND SERVICES | BARLOW, AMANDA | 330 C ST., SW | | WASHINGTON | DC | 20201 | C | U | | UNDETERMINED |
| US DEPARMENT OF LABOR (DOL) | ACOSTA, ALEXANDER R. | FRANCES PERKINS BUILDING | 200 CONSTITUTION AVE. | WASHINGTON | DC | 20210 | C | U | | UNDETERMINED |
| US DEPARTMENT OF AGRICULTURE | PERDUE, SONNY | 1400 INDEPENDENCE AVE., SW | | WASHINGTON | DC | 20250 | C | U | | UNDETERMINED |
| US DEPARTMENT OF COMMERCE | ROSS, WILBUR | 1401 CONSTITUTION AVE., NW | | WASHINGTON | DC | 20230 | C | U | | UNDETERMINED |
| US DEPARTMENT OF EDUCATION (ED) | DEVOS, BETSY | 400 MARYLAND AVE., SW | | WASHINGTON | DC | 20202 | C | U | | UNDETERMINED |
| US DEPARTMENT OF JUSTICE (DOJ) | SESSIONS, JEFF | 950 PENNSYLVANIA AVE., NW | | WASHINGTON | DC | 20530 | C | U | | UNDETERMINED |

**TOTAL SCHEDULE I - US FEDERAL GOVERNMENT OBLIGATIONS** — **UNDERTERMINED**