**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ALERTA (ASOCIACIÓN LABORAL DE EMPLEADOS DE RELACIONES DEL TRABAJO EN ACCIÓN) | ROMAN ESPADA, CARLOS M. | COOPERATIVA SAN IGNACIO | APT. 1814B | SAN JUAN | PR | 00927 | C | U | | UNDETERMINED |
| ALUD - CAPÍTULO DEL DEPTO. DE RECURSOS NATURALES | MERCED FLORES, JUAN A. | TORRES-CPA GROUP BUSINESS | SUITE 201 ZONA INDUSTRIAL LACE | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| ALUD - CAPÍTULO DEL MUNICIPIO DE CEIBA | BUITRAGO RUÍZ, CARLOS | TORRES-CPA GROUP BUSINESS | SUITE 201 ZONA INDUSTRIAL LACE | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| ALUD - CAPÍTULO DEL MUNICIPIO DE YABUCOA | VELÁZQUEZ DÍAZ, ORLANDO | TORRES-CPA GROUP BUSINESS | SUITE 201 ZONA INDUSTRIAL LACE | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| AMERICAN FEDERATION OF MUSICIANS | MARTÍN NEGRÓN, JOSÉ | URB. PUERTO NUEVO | 1175 CALLE CAÑADA | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE CIENTÍFICOS DE LA ESTACIÓN EXPERIMENTAL AGRÍCOLA | ROMÁN PAOLI, ELVIN | JARDÍN BOTÁNICO SUR | 1193 CALLE GUAYACÁN | SAN JUAN | PR | 00926-1118 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE CONTADORES DE LA AAA | REÍLLO, LUISA | BOX 529 | | LOÍZA | PR | 00772 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS DE CASINOS DE PR | VILLALBA RODRÍGUEZ, VÍCTOR M. | URB. PUERTO NUEVO | 1214 CALLE CÁDIZ | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS DE COMEDORES ESCOLARES Y PENSIONADOS DEL GOBIERNO DE PR | RODRÍGUEZ SANTOS, CARMEN D. | P.O.BOX 364467 | | SAN JUAN | PR | 00936 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS EJECUTIVOS Y GERENCIALES DEL FSE | ORTIZ TORRES, JOSÉ | PO BOX 71325 | SUITE 84 | SAN JUAN | PR | 00936 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE ACAA (AEG-ACAA) | RAMOS ASCENCIO, ANA | PO BOX 19400 | | SAN JUAN | PR | 00918-4000 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA ADMINISTRACIÓN DE SERVICIOS MÉDICOS (AEG-ASEM) | BORRERO COTTO, HÉCTOR M. | PMB 400 | PO BOX 700344 | SAN JUAN | PR | 00936 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS (AEG-AAA) | CORTÉS TORRES, ANTHONY | PO BOX 25148 | RÍO PIEDRAS STATION | RÍO PIEDRAS | PR | 00928-2648 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA (AEG-AEE) | LÓPEZ RIVERA, LUZ MARIXIBELLE | PO BOX 9831 | SANTURCE STATION | SANTURCE | PR | 00908 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA AUTORIDAD METROPOLITANA DE AUTOBUSES (AEG-AMA) | SUÁREZ VILLAVEITIA, MARIBEL | URB. VILLA CAROLINA | 10-54 CALLE 50 | CAROLINA | PR | 00985 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA VIVIENDA DE PR (AEG-AFVPR) | GUZMÁN BETANCOURT, SANDRA | PO BOX 3444 | | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA COMPAÑÍA DE FOMENTO INDUSTRIAL, INC. (AEGCFI) | RIJOS MERCADO, NORA | PO BOX 194698 | | SAN JUAN | PR | 00919-4698 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA CORPORACIÓN | FRÁNQUIZ MARRERO, RAÚL E. | PO BOX 367011 | | SAN JUAN | PR | 00936-7011 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA JUNTA DE PLANIFICACIÓN | CASTRO, IVELISSE | PO BOX 40810 | | SAN JUAN | PR | 00940-0810 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DEL 911 | BELMONT SANTALIZ, JOSÉ L. | PO BOX 6794 | | SAN JUAN | PR | 00914 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES DEL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS | VÁZQUEZ ROSARIO, FÉLIX | SINOT (PISO 10) | DTRH | SAN JUAN | PR | 00910 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS GERENCIALES Y SUPERVISORES DEL DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS, INC. (AEGS-DTOP) | MIRANDA, JUAN | PO BOX 41074 | | SAN JUAN | PR | 00940-1074 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS MUNICIPALES DEL SUR DE PR - CAPÍTULO DEL MUNICIPIO DE JUANA DÍAZ | FIGUEROA, IVÁN C. | BOX 6686 | | PONCE | PR | 00733-6686 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE EMPLEADOS PROFESIONALES DE LA AUTORIDAD DE LOS PUERTOS | O'NEILL VÁZQUEZ, HÉCTOR J. | PO BOX 90226471 | | SAN JUAN | PR | 00902-2471 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE INSPECTORES DE JUEGOS DE AZAR | LIZARDI BONILLA, EDGARDO | #49 CALLE MAYAGÜEZ | | HATO REY | PR | 00917 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE MAESTROS DE PUERTO RICO | DÍAZ DE RODRÍGUEZ, AIDA | PO BOX 191088 | | SAN JUAN | PR | 00919-1088 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE MAQUINISTAS | MALDONADO, JUAN L. | EXT. COUNTRY CLUB | 757 CALLE AMALIO ROLDÁN | SAN JUAN | PR | 00924 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE MÉDICOS GERENCIALES, INC. DE LA CFSE | ARANGO LLANA, DR. JUAN R. | PO BOX 365028 | | SAN JUAN | PR | 00936-5028 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE MIEMBROS DELA POLICÍA (AMP) | TABOADA DE JESÚS, JOSÉ J. | CARR. #1 KM 20.9 | (CERCA DE LA MUDA) | GUAYNABO | PR | 00926 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE OFICIALES DE BOMBEROS DE PUERTO RICO | ROMÁN ORTIZ, LUIS O. | HC 61 BOX 4911 | QUEBRADA NEGRITO | TRUJILLO ALTO | PR | 00976-9726 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE PELOTEROS PROFESIONALES DE PR | PÉREZ, MICHAEL | HC 645 BOX 8302 | | TRUJILLO ALTO | PR | 00976 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE POLICÍAS ORGANIZADOS, INC. (APO) | GONZÁLEZ MONTAÑEZ, JOSÉ D. | 1135 ITURREGUI PLAZA | SUITE 213 | SAN JUAN | PR | 00924 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE PROFESORES DEL COLEGIO UNIVERSITARIO DE CAYEY DE LA UPR | DOMENECH, PROF. LUIS | APARTADO 5020 | ESTACION COLEGIO UNIVERSITARIO DE CAYEY | CAYEY | PR | 00737 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE PROFESORES DEL COLEGIO UNIVERSITARIO TECNOLÓGICO DE BAYAMÓN | SANDOVAL, CARLOS | 170 CARRETERA 174 | | BAYAMÓN | PR | 00959 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE PROFESORES UNIVERSITARIOS DE AGUADILLA | GARCÍA GARCÍA, DR. JUAN M. | PO BOX 6071 | | AGUADILLA | PR | 00604-6071 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE PROFESORES UNIVERSITARIOS DE ARECIBO | CÓRDOVA ITURREGUI, DR. JAVIER | PO BOX 4010 | | ARECIBO | PR | 00613 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE SECRETARIAS DE LA AAA | RIVERA, ADYLIS | PO BOX 7066 | | SAN JUAN | PR | 00916-7066 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE SEGURIDAD, POLICÍAS Y RAMAS ANEXAS, INC. (ASPRA) | CASTRO JURADO, ROBERTO E. | URB. LOS CAOBOS | 2677 CALLE CLAVELINO | PONCE | PR | 00716 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

SCHEDULE J - LABOR UNION OBLIGATIONS

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ASOCIACIÓN DE SUPERVISORES Y GERENCIALES DE LA UPR | SÁNCHEZ TORRES, FERNANDO | CALL BOX 6030 | PMB 114 | CAROLINA | PR | 00984-6030 | C | U | | UNDETERMINED |
| ASOCIACIÓN DE TÉCNICOS Y EMPLEADOS DEL REGISTRO DE LA PROPIEDAD, INC. (ATERP) | RODRÍGUEZ, MARÍA DE LOS A. | HC 4 BOX 8866 | BO. SUMIDERO | AGUAS BUENAS | PR | 00703-8822 | C | U | | UNDETERMINED |
| ASOCIACIÓN INDEPENDIENTE DE EMPLEADOS MUNICIPALES DE PONCE AFILIADA A LA USWA/AFL-CIO | RIVERA, MAYRA | PO BOX 6686 | | PONCE | PR | 00733-6686 | C | U | | UNDETERMINED |
| ASOCIACIÓN PUERTORRIQUEÑA DE PROFESORES UNIVERSITARIOS (APPU) | TIRADO, SRA. CARMEN | ALTOS CORREO INTERIOR - RECINTO DE RÍO PIEDRAS | UPR | | | | C | U | | UNDETERMINED |
| CENTRAL AUTÉNTICA DE TRABAJADORES (CAT) | VEGA VÉLEZ, ADALBERTO | HC 01 BOX 5110 | | SALINAS | PR | 00751 | C | U | | UNDETERMINED |
| CENTRAL GENERAL DE TRABAJADORES | LÓPEZ, JOSÉ ADRIAN | PO BOX 192901 | | SAN JUAN | PR | 00919 | C | U | | UNDETERMINED |
| CENTRAL PUERTORRIQUEÑA DE TRABAJADORES (CPT) | IRENE MAYMÍ, PEDRO J. | URB PUERTO NUEVO | 1214 CALLE CÁDIZ | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| COMMUNICATION WORKERS OF AMERICA (CWA)-LOCAL 3010 | CASTRO, RAFAEL | PO BOX 366297 | | SAN JUAN | PR | 00936 | C | U | | UNDETERMINED |
| CONCILIO NACIONAL DE POLICÍAS (CONAPOL) | ROBLES LÓPEZ, SGTO. EDWIN | PO BOX 8700 | PMB 120 | CAROLINA | PR | 00988-8700 | C | U | | UNDETERMINED |
| CONFEDERACIÓN DE ORGANIZACIONES DE PR | CANCEL, ZAIDA | PO BOX 14114 | | SAN JUAN | PR | 00916 | C | U | | UNDETERMINED |
| CONFEDERACIÓN LABORISTA DE PUERTO RICO | VÉLEZ MANGUAL, ROMÁN | 225 AVE. GONZÁLEZ CLEMENTE | | MAYAGÜEZ | PR | 00682 | C | U | | UNDETERMINED |
| CONGRESO DE UNIONES INDUSTRIALES | FIGUEROA RÍOS, JOSÉ A. | PO BOX 344 | | CATAÑO | PR | 00962 | C | U | | UNDETERMINED |
| COORDINADORA UNITARIA DE TRABAJADORES DEL ESTADO (CUTE) | TORRES MONTALVO, FEDERICO | URB PUERTO NUEVO | 1214 CALLE CÁDIZ | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| CORPORACIÓN ORGANIZADA DE POLICÍAS Y SEGURIDAD (COPS) | MORALES RODRÍGUEZ, CARLOS | URB ALTURAS DE FLAMBOYÁN | L32 CALLE 2 | BAYAMÓN | PR | 00959 | C | U | | UNDETERMINED |
| CUERPO ORGANIZADO DE LA POLICÍA, INC. | MATOS ACOSTA, LOWEL | PO BOX 596 | | HORMIGUEROS | PR | 00660-0596 | C | U | | UNDETERMINED |
| EDUCADORES(AS) POR LA DEMOCRACIA, UNIDAD, CAMBIO, MILITANCIA Y ORGANIZACIÓN SINDICAL,INC. (EDUCAMOS) | AYALA REYES, EVA L. | PO BOX 642 | | COMERIO | PR | 00782 | C | U | | UNDETERMINED |
| EMPLEADOS CIVILES ORGANIZADOS (ECO) | MÉNDEZ COTTO, JORGE L. | URB EL PARAISO | 114 CALLE AMAZONAS | SAN JUAN | PR | 00926 | C | U | | UNDETERMINED |
| FEDERACIÓN CENTRAL DE TRABAJADORES (FCT) | ACEVEDO ZAMBRANA, LUISA | URB. HERMANAS DÁVILA  #91 AVE. BETANCES | | BAYAMÓN | PR | 00959 | C | U | | UNDETERMINED |
| FEDERACIÓN CENTRAL DE TRABAJADORES (FCT)-COMISIÓN INDUSTRIAL DE PR | | AVENIDA BETANCES, #91, | EXTENSIÓN HERMANAS DÁVILA | BAYAMON | PR | 00959 | C | U | | UNDETERMINED |
| FEDERACIÓN CENTRAL DE TRABAJADORES (FCT)-COMPAÑÍA DE TURISMO DE PR | LLORET, ANDRÉS | URB. HERMANAS DÁVILA | 91 AVE. BETANCEZ | BAYAMÓN | PR | 00957 | C | U | | UNDETERMINED |
| FEDERACIÓN DE CAMIONEROS DE GUAYNABO | MACHUCA, ISAÍAS | PO BOX 3518 | | GUAYNABO | PR | 00970 | C | U | | UNDETERMINED |

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS

SCHEDULE J - LABOR UNION OBLIGATIONS

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| FEDERACIÓN DE EMPLEADOS GERENCIALES DE LA ASEM (CENTRO MÉDICO) | CORTÉS FERNÁNDEZ, ANGEL R. | RR 5 BOX 8729 | SECTOR LOS ACEVEDOS | BAYAMÓN | PR | 00956 | C | U | | UNDETERMINED |
| FEDERACIÓN DE EMPLEADOS GERENCIALES Y PROFESIONALES DEL FONDO DEL SEGURO DEL ESTADO | MARRERO, AWILDA | URB. EL CEREZAL | 1701 CALLE ORINOCO | SAN JUAN | PR | 00926 | C | U | | UNDETERMINED |
| FEDERACIÓN DE MAESTROS DE PUERTO RICO | MARTÍNEZ PADILLA, MERCEDES | URB EL CARIBE | 1572 AVE PONCE DE LEÓN | SAN JUAN | PR | 00926-2710 | C | U | | UNDETERMINED |
| FEDERACIÓN DE OFICIALES DE CUSTODIA DE PR | VEGA, ADALBERTO | EDIF LA ELECTRÓNICA STE 326 | 1608 CALLE BORI | SAN JUAN | PR | 00927 | C | U | | UNDETERMINED |
| FEDERACIÓN DE TRABAJADORES DE LA EMPRESA PRIVADA-CUTE | VILLALBA RODRÍGUEZ, VÍCTOR M. | URB PUERTO NUEVO | 1214 CALLE CÁDIZ | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| FEDERACIÓN DE TRABAJADORES DE PUERTO RICO (FTPR) | RODRÍGUEZ BAÉZ, JOSÉ M. | 1704 AVE. PONCE DE LEÓN | STE. 201 | SANTURCE | PR | 00909-1951 | C | U | | UNDETERMINED |
| FEDERACIÓN LABORISTA RECINTO DE MAYAGUEZ | ECHEVARRIA MORENO, DANIEL | BO MIRADERO | 804 CARR 108 | MAYAGÜEZ | PR | 00680 | C | U | | UNDETERMINED |
| FEDERACIÓN PUERTORRIQUEÑA DE POLICÍAS (FPP) | ECHEVARRÍA HERNÁNDEZ, NELSON | URB EL PARAISO | 114 CALLE AMAZONAS | RÍO PIEDRAS | PR | 00926-2809 | C | U | | UNDETERMINED |
| FEDERACIÓN PUERTORRIQUEÑA DE TRABAJADORES (FPT) | UFARRY, EDWARD | URB PUERTO NUEVO | 516 CALLE DRESDE | SAN JUAN | PR | 920 | C | U | | UNDETERMINED |
| FRENTE AMPLIO DE CAMIONEROS Y SUS AFILIADAS | RODRÍGUEZ FIGUEROA, VICTOR | LAGO ALTO | A3 CALLE CARITE | TRUJILLO ALTO | PR | 00976 | C | U | | UNDETERMINED |
| FRENTE UNIDO DE POLICÍAS ORGANIZADOS (FUPO) | FIGUEROA TORRES, DIEGO | CALLE TIZOL #53 | ESQ. BRUMBAUGH #1165 | RÍO PIEDRAS | PR | 00925 | C | U | | UNDETERMINED |
| GOVERNMENT SECURITY GUARDS ASSOCIATION | FLORES, WANDA | RR 01 BOX 16001 | | TOA ALTA | PR | 00953 | C | U | | UNDETERMINED |
| HERMANDAD DE EMPLEADOS DE OFICINA Y RAMAS ANEXAS DE PUERTO RICO (AMA) | LÓPEZ, CRISTINO | PO BOX 195349 | | SAN JUAN | PR | 00919-5349 | C | U | | UNDETERMINED |
| HERMANDAD DE EMPLEADOS DE OFICINA, COMERCIO Y RAMAS ANEXAS DE PUERTO RICO (PUERTOS) (ATM) | ROSARIO ORTIZ, ASTRID | PO BOX 8599 | FERNÁNDEZ JUNCOS STATION | SAN JUAN | PR | 00910-8599 | C | U | | UNDETERMINED |
| HERMANDAD DE EMPLEADOS EXENTOS NO DOCENTES DE LA UPR (HEEND-UPR) | TORRES ROSARIO, JOSÉ J. | PUERTO NUEVO | 1001 CALLE 2 NE | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| HERMANDAD EMPLEADOS DE SALUD Y OTRAS AGENCIAS | DÍAZ BIGIO, MARÍA S. | CAPARRA TERRACE | 1501 AVE AMERICO MIRANDA | SAN JUAN | PR | 00921 | C | U | | UNDETERMINED |
| HERMANDAD EMPLEADOS GERENCIALES DE ACAA | HERNÁNDEZ LÓPEZ, LCDA. CLARIBEL | DIVISIÓN LEGAL | PO BOX 364847 | SAN JUAN | PR | 00936-4847 | C | U | | UNDETERMINED |
| HERMANDAD GUARDIAS DE SEGURIDAD DE VIEQUES, CORP. | SÁNCHEZ GONZÁLEZ, LUIS E. | BO. PUERTO REAL | | VIEQUES | PR | 00765 | C | U | | UNDETERMINED |
| HERMANDAD INDEPENDIENTE DE EMPLEADOS PROFESIONALES DE LA AAA (HIEPAAA) | CINTRÓN, HENRY | URB VALENCIA | 325 CALLE AVILA | SAN JUAN | PR | 00923 | C | U | | UNDETERMINED |
| HIETEL (HERMANDAD INDEPENDIENTE DE EMPLEADOS TELEFÓNICOS) | DOLZ BENÍTEZ, TELIZIA R. | URB. CAPARRA HEIGHTS | 543 CALLE ESCORIAL | SAN JUAN | PR | 00922-4707 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ILA (INTERNATIONAL LONGSHOREMEN'S ASSOC) - LOCAL 1575 | DÍAZ, FRANCISCO | HOGAR DEL OBRERO PORTUARIO | 1055 AVE. JOHN F. KENNEDY | SAN JUAN | PR | 00960 | C | U | | UNDETERMINED |
| ILAPRSSA (FONDO DE BIENESTAR Y PENSIÓN | CORTINA, RAFAEL | PO BOX 361979 | | SAN JUAN | PR | 00936 | C | U | | UNDETERMINED |
| INTERNATIONAL ASS OF MACHINISTS AND AEROSSPACE WORKERS | RODRÍGUEZ BÁEZ, JOSÉ M. | PO BOX 19689 | FERNÁNDEZ JUNCOS STATION | SAN JUAN | PR | 00910-1689 | C | U | | UNDETERMINED |
| INTERNATIONAL LADIES GARMENT WORKERS UNION | RIVERA, JASON | EDIFICIO ILA, AVENIDA KENNEDY KM 2.1, OFICINA 601 | | SAN JUAN | PR | 00908-3037 | C | U | | UNDETERMINED |
| MASTERS, MATES & PILOTS (ILA) | IGLESIAS, EDUARDO | EDIF ILA, STE. 914 | 1055 MARGINAL KENNEDY | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| MOVIMIENTO SOLIDARIO SINDICAL | RODRÍGUEZ VÉLEZ, JOSÉ A. | 371 CALLE DEGETAU | | SAN JUAN | PR | 00918 | C | U | | UNDETERMINED |
| NATIONAL ASSOCIATION OF LETTER CARRIERS-LOCAL 869 | RIVERA, JOHN | 311 CALLE ELEANOR ROOSEVELT | | SAN JUAN | PR | 00918-2719 | C | U | | UNDETERMINED |
| NATIONAL MARITIME UNION | GONZÁLEZ, NESTOR | MARGINAL AVE KENNEDY | | CAPARRA HEIGHTS | PR | 00920 | C | U | | UNDETERMINED |
| OPEIU (OFFICE & PROFESSIONAL EMPLOYEES INTERNATIONAL UNION) | RAMIREZ, IRAM | PO BOX 29146 | | SAN JUAN | PR | 00929 | C | U | | UNDETERMINED |
| POLICE (POLICÍAS LIDERADOS CON CERTEZA) | VEGA CONCEPCIÓN, JOSÉ A. | CALLE PALMER #25 | ESQ. SÁNCHEZ LÓPEZ | SALINAS | PR | 00751 | C | U | | UNDETERMINED |
| PROSOL-UTIER (PROGRAMA DE SOLIDARIDAD DE LA UTIER) | PEDRAZA LEDUC, LUIS | PO BOX 9063 | | SAN JUAN | PR | 00908 | C | U | | UNDETERMINED |
| PROSOL-UTIER (PROGRAMA DE SOLIDARIDAD DE LA UTIER)-CAP. AUTORIDAD DE CARRETERAS Y TRANSPORTE | GREENAWAY, JUAN JACOB | PO BOX 9063 | | SAN JUAN | PR | 00908 | C | U | | UNDETERMINED |
| SINDICATO DE BOMBEROS UNIDOS DE PUERTO RICO (SBUPR) | TIRADO GARCÍA, JOSÉ N. | CARR. 466 | | AGUADILLA | PR | 00603 | C | U | | UNDETERMINED |
| SINDICATO DE EMPLEADOS ADMINISTRACIÓN DE DESARROLLO LABORAL | CRUZ ORTIZ, GENE | EDIF. FOMENTO INDUSTRIAL | 2DO PISO | HATO REY | PR | 00918 | C | U | | UNDETERMINED |
| SINDICATO DE EMPLEADOS DE EQUIPO PESADO | CÁTALA ARZOLA, JOSÉ EMILIO | URB MILAVILLE | 95 CALLE HICACO | SAN JUAN | PR | 00926 | C | U | | UNDETERMINED |
| SINDICATO DE EMPLEADOS DEPARTAMENTO DE LA VIVIENDA | DE JESÚS RIVERA, REYNALDO | URB COUNTRY CLUB | 763 CALLE ZEQUEIRA | SAN JUAN | PR | 00924 | C | U | | UNDETERMINED |
| SINDICATO DE GUARDIAS DE SEGURIDAD Y CAMIONES BLINDADOS | ALLENDE, CECILIO | PO BOX 29635 | | SAN JUAN | PR | 00929 | C | U | | UNDETERMINED |
| SINDICATO DE OBREROS UNIDOS DEL SUR | CARABALLO, JOSÉ L. | CARR 701 | | SALINAS | PR | 00751 | C | U | | UNDETERMINED |
| SINDICATO DE POLICÍAS PUERTORRIQUEÑOS (SPP) | RIVERA ROMÁN, ISMAEL | 2421 PASEO PERLA DEL SUR | SUITE 3 BYPASS | PONCE | PR | 00717-0663 | C | U | | UNDETERMINED |
| SINDICATO DE TRABAJADORES UPR | CARRIÓN, ANIBAL | PO BOX 22014 | UPR STATION | SAN JUAN | PR | 00931 | C | U | | UNDETERMINED |
| SIU (SEAFARERS INTERNATIONAL UNION OF PUERTO RICO) | CRUZ, JORGE | PO BOX 8899 | FERNANDEZ JUNCOS STATION | SANTURCE | PR | 00910 | C | U | | UNDETERMINED |
| SPT (SINDICATO PUERTORRIQUEÑO DE TRABAJADORES) | PAGÁN RODRÍGUEZ, ROBERTO | PO BOX 25160 | RÍO PIEDRAS STATION | SAN JUAN | PR | 00928-5160 | C | U | | UNDETERMINED |
| SPU - ADMINISTRACIÓN DE INSTITUCIONES JUVENILES (AIJ) - LOCAL 3559 | NÚÑEZ LÓPEZ, CARLOS E. | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

SCHEDULE J - LABOR UNION OBLIGATIONS

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SPU - ADMINISTRACIÓN DE REHABILITACIÓN VOCACIONAL (ARV) - LOCAL 3251 | QUILES LÓPEZ, EFRAÍN | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - ALIANZA CORRECCIONAL UNIDA (ACU) - LOCAL 3500 | GONZÁLEZ RÍOS, JUAN E. | URB. EL CULEBRINAS | L34 CALLE CEIBA | SAN SEBASTIÁN | PR | 00685 | C | U | | UNDETERMINED |
| SPU - COMISIÓN DE SERVICIO PÚBLICO (CSP) - LOCAL 3897 | HERNÁNDEZ BÁEZ, DOMINGO | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE ASUNTOS DEL CONSUMIDOR (DACO) - LOCAL 3986 | MARTÍNEZ, EDUARDO | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE EDUCACIÓN (PERSONAL ADMINISTRATIVO, SECRETARIAL Y DE OFICINA) - LOCAL 3840 | RIVERA SOTO, MIKEY | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE LA FAMILIA - UNIDAD A - LOCAL 3227 | SANTIAGO ROSA, MARÍA | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE LA FAMILIA - UNIDAD B - LOCAL 3234 | RODRÍGUEZ MARTÍNEZ, JESÚS A. | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES - UNIDAD A - LOCAL 2082 | PÉREZ SOLER, HARRY | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES - UNIDAD B - LOCAL 3647 | PAGÁN GARCÍA, MARCOS | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS (DTOP) - LOCAL 3889 | PACHECO SANTIAGO, SANDRA | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - EMPLEADOS JUBILADOS - LOCAL RET-95 | PANIAGUA ADORNO, BLANCA | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - INSTITUTO DE CIENCIAS FORENSES - LOCAL 2099 | VÉLEZ MIRANDA, CARLOS | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU - JUNTA DE LIBERTAD BAJO PALABRA (JLBP) - LOCAL 3584 | CÁRDENAS SURILLO, MARUXA | 104 CALLE JEFFERSON | APT. 6A | SAN JUAN | PR | 00911 | C | U | | UNDETERMINED |
| SPU - OFICINA DE SERVICIOS CON ANTELACIÓN AL JUICIO (OSAJ) - LOCAL 3573 | OYOLA SIERRA, JANET | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU (SERVIDORES PÚBLICOS UNIDOS) | GONZÁLEZ, ANNETTE | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| SPU (SERVIDORES PÚBLICOS UNIDOS) | VALENTÍN SOTO, LCDA. GENOVEVA | EDIF BUSINESS SOUND & MUSIC 3ER PISO CARR. | #1 KM 18.9 BO. TORTUGO | RÍO PIEDRAS | PR | 926 | C | U | | UNDETERMINED |
| TRABAJADORES DE LA INDUSTRIA DE LA SAL | PADILLA ARROYO, ALBERTO | PARCELAS POLE OJEA | BO. COROZO | BOQUERON | PR | 00622 | C | U | | UNDETERMINED |
| TRANSPORT WORKERS UNION OF AMERICA LOCAL 573 | RIVERA APONTE, VICTOR A. | 3RA EXT VILLA CAROLINA | 121-27 CALLE 64 | CAROLINA | PR | 00985 | C | U | | UNDETERMINED |
| TUAMA (TRABAJADORES UNIDOS DE LA AUTORIDAD METROPOLITANA DE AUTOBUSES | MERCED GUTIERREZ, ALEXIS | URB SANTIAGO IGLESIAS | 1378 AVE PAZ GRANELA | SAN JUAN | PR | 00921 | C | U | | UNDETERMINED |
| UAW - ASOCIACIÓN DE COMEDORES ESCOLARES - LOCAL 2396 | AYALA LEÓN, NELLY | URB. PARADIS | #22 CALLE ANGEL L. ORTIZ | CAGUAS | PR | 00725 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| UAW - ASOCIACIÓN DE EMPLEADOS DEL ELA - LOCAL 1850 | MUÑOZ DELGADO, MAYRA | 3100 CARR. 190 | SUITE 201 | CAROLINA | PR | 00983 | C | U | | UNDETERMINED |
| UAW - BACARDÍ CORPORATION - LOCAL 2415 | SANTIAGO, LUIS | MARCELLA DT36 | | BAYAMÓN | PR | 00956 | C | U | | UNDETERMINED |
| UAW - FEDERACIÓN DE EMPLEADOS GERENCIALES DEL DEPARTAMENTO DE LA FAMILIA - LOCAL 2555 | RODRÍGUEZ DUEÑO, GLADYS | ZONA IND. LA CERÁMICA | EDIF. 3100 STE. 201 CARR. 190 | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| UAW - HATO REY PAVÍA HOSPITAL - LOCAL 2312 | PÉREZ, PEDRO | RES ALEGRÍAS NORTE | EDIF 12 APT 401, BZN 95 | BAYAMÓN | PR | 00957 | C | U | | UNDETERMINED |
| UAW - JOSÉ SANTIAGO, INC. - LOCAL3401 | SERRANO RODRÍGUEZ, LUIS | REPTO DÁVILA | 21A CALLE 11 | BAYAMÓN | PR | 00959 | C | U | | UNDETERMINED |
| UAW - UNIÓN DE EMPLEADOS DE ASDA (UEASDA) - LOCAL 4004 | NORIEGA MARIANÍ, JULIA | URB. VILLAS DE CANEY | 25A-B CALLE TURABO | TRUJILLO ALTO | PR | 00976 | C | U | | UNDETERMINED |
| UAW - UNIÓN DE EMPLEADOS DE LA JUNTA DE CALIDAD AMBIENTAL - LOCAL 2337 | RIVERA SANTOS, MIGUEL | ESTANCIAS DE LA FUENTE | 49 CALLE PRINCESA | TOA ALTA | PR | 00935 | C | U | | UNDETERMINED |
| UAW - UNIÓN DE EMPLEADOS DEL DEPARTAMENTO DE AGRICULTURA - LOCAL 2368 | RIVERA SÁNCHEZ, LUISA | PO BOX 942 | | MOCA | PR | 00676 | C | U | | UNDETERMINED |
| UAW - UNIÓN DE EMPLEADOS DEL DTOP - LOCAL 2341 | ACEVEDO, RENARDO | TORRES CPA BUILDING 201 | | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| UAW - UNIÓN DE TRABAJADORES DE HACIENDA - LOCAL 2373 | DEL VALLE, LUIS | EDIF. TORRES CPA GROUP BUSINESS CENTER | LA CERAMICA STE 201 | CAROLINA | PR | 00907 | C | U | | UNDETERMINED |
| UAW - UNIÓN DEL NEGOCIADO DE LAS LOTERÍAS DE HACIENDA - LOCAL 3003 - FOMENTO COOP Y OAJ | CAMACHO, LUZ C. | ZONA IND. | LA CERÁMICA | CAROLINA | PR | 00907 | C | U | | UNDETERMINED |
| UAW (UNITED AUTO WORKERS) | MELARA, JOSÉ | 3100 CARR 190 | SUITE 201 | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| UDEM (UNIÓN EMPLEADOS DE MUELLES DE PR) - ILA LOCAL 1901 | MERCADO ALVAREZ, RENÉ A. | SECT. TRASTALLERES | #979 CALLE SOLÁ | SAN JUAN | PR | 00907 | C | U | | UNDETERMINED |
| UDEM (UNIÓN EMPLEADOS DE MUELLES DE PR) - ILA LOCAL 2071 | MALAVÉ TRINIDAD, LUIS A. | PO BOX 9625 | | SAN JUAN | PR | 00908-9625 | C | U | | UNDETERMINED |
| UGT (UNIÓN GENERAL DE TRABAJADORES) | GUZMÁN, GERSON | VILLA CAPRI | | RÍO PIEDRAS | PR | 00929 | C | U | | UNDETERMINED |
| UGT (UNIÓN GENERAL DE TRABAJADORES)-CORP. DEL CENTRO CARDIOVASCULAR DE PR Y DEL CARIBE | LOPEZ GUZMAN, GERSON | 611 NIZA Y VERONA VILLA CAPRI | | RÍO PIEDRAS | PR | 00929 | C | U | | UNDETERMINED |
| UIA-AAA (UNIÓN INDEPENDIENTE AUTÉNTICA DE LOS EMPLEADOS DE LA AAA) | IRENE MAYMÍ, PEDRO J. | 49 CALLE MAYAGÜEZ | | SAN JUAN | PR | 00917 | C | U | | UNDETERMINED |
| UIET (UNIÓN INDEPENDIENTE EMPLEADOS TELEFÓNICOS) | SÁNCHEZ GAUTIER, EDWARD | URB LAS LOMAS | 755 CALLE 31 SO | SAN JUAN | PR | 00921 | C | U | | UNDETERMINED |
| UITICE (UNIÓN INSULAR DE TRABAJADORES INDUSTRIALES Y CONSTRUCCIONES ELÉCTRICAS) | REYES TORRES, HÉCTOR | 239 ARTERIAL HOSTOS | CAPITAL CENTER BUILDING | SAN JUAN | PR | 00936 | C | U | | UNDETERMINED |
| ULEES (UNIDAD LABORAL DE ENFERMERAS Y EMPLEADOS DE LA SALUD) | MELÉNDEZ, ANA C. | URB LA MERCED | 354 CALLE HÉCTOR SALAMÁN | SAN JUAN | PR | 00918-2111 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ULEES (UNIDAD LABORAL DE ENFERMERAS Y EMPLEADOS DE LA SALUD) | QUIÑONES, RADAMÉS | URB LA MERCED | 354 CALLE HÉCTOR SALAMÁN | SAN JUAN | PR | 00918-2111 | C | U | | UNDETERMINED |
| UNIÓN ABOGADOS DE LA CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO (UACFSE) | RAMOS, AUREA | PO BOX 367293 | | SAN JUAN | PR | 00936-7293 | C | U | | UNDETERMINED |
| UNIÓN ABOGADOS DE SERVICIOS LEGALES | GONZÁLEZ REYES, LCDA. NYDIA | URB SANTA RITA | 11 JULIÁN BLANCO | SAN JUAN | PR | 00925 | C | U | | UNDETERMINED |
| UNIÓN AUDITORES INTERNOS DEL FONDO DEL SEGURO DEL ESTADO (UAI-FSE) | TORRES MORALES, OBIDIO | PO BOX 71325 | | SAN JUAN | PR | 00936-7655 | C | U | | UNDETERMINED |
| UNIÓN CONSTRUCCIÓN CONCRETO MIXTO Y EQUIPO PESADO | CRUZADO, JOSÉ L,. | MSC 129 BOX 7999 | | MAYAGUEZ | PR | 00681-7999 | C | U | | UNDETERMINED |
| UNIÓN CONTADORES Y AUDITORES EXTERNOS DE LA CORP DEL FONDO DEL SEGURO DEL ESTADO (UCAE-CFSE) | FUSTÉ TORRES, JUAN A. | PO BOX 19747 | | SAN JUAN | PR | 00910-1747 | C | U | | UNDETERMINED |
| UNIÓN DE CARPINTEROS | RIVERA QUILES, VICTOR | BO. JUAN DOMINGO | CARR. #2 KM 7.3 | GUAYNABO | PR | 00966 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE AUXILIO MUTUO | COSS, RICARDO | URB PUERTO NUEVO | 516 CALLE DRESDE | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE DROGUERÍA Y FARMACIAS | DÍAZ, JOSÉ L. | URB PUERTO NUEVO | 516 CALLE DRESDE | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE HOSPITALES PR | MARTÍNEZ, GRACIELA | CALLE HÉCTOR SALAMÁN 354 | URB. EXT ROOSEVELT | HATO REY | PR | 00918-2111 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE LA CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO (UECFSE) | REYES MARQUEZ, FRANCISCO | CAPARRA HEIGHTS | 1550 CALLE ENCINA ESQ ESTONIA | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE OFICIALES Y PROFESIONALES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS (UEPAEP) | RODRÍGUEZ ROHENA, FREDDIE | PO BOX 40820 | | SAN JUAN | PR | 00940 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE OFICINA Y OFICIALES DE LA UGT | RIVERA AYALA, ENNEL J. | COOPERATIVA TORRES DE CAROLINA | EDIF. B APTO. 906 | CAROLINA | PR | 00979 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DE TRANSPORTE LANCHAS DE CATAÑO | GARCÍA MARTÍNEZ, CÉSAR | PO BOX 630339 | | CATAÑO | PR | 00963 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS DEL BANCO GUBERNAMENTAL DE FOMENTO PARA PUERTO RICO (UEBGF) | RODRÍGUEZ, MARÍA TERESA | APARTADO 40037 | ESTACIÓN MINILLAS | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN DE EMPLEADOS PROFESIONALES INDEPENDIENTE DE LA AEE (UEPI-AEE) | CASTRO APONTE, EVANS | EDIF CONDADO | #607 AVE. CONDADO | SAN JUAN | PR | 00908 | C | U | | UNDETERMINED |
| UNIÓN DE PILOTOS DE LA AEE | ARAYA BRENES, OSCAR | PREPA? | | SAN JUAN | PR | 0093-4267 | C | U | | UNDETERMINED |
| UNIÓN EMPLEADOS DE OFICINA Y PROFESIONALES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS | RODRÍGUEZ, FREDDIE | APARTADO 40820 | MINILLAS STATION | SANTURCE | PR | 00940 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE DE EMPLEADOS DE LA ADMINISTRACIÓN DE TERRENOS | ORTIZ OJEDA, MILDRED | PUERTO NUEVO CALLE CÁDIZ #1214 | (FACILIDADES DE CPT) | SAN JUAN | PR | 00919-2531 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIÓN INDEPENDIENTE DE EMPLEADOS DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS (CUTE) | REYES RIVERA, LUIS A. | URB PUERTO NUEVO | 1214 CALLE CÁDIZ | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE DE LOS EMPLEADOS DE ACAA | | URB ROOSEVELT | 301 HÉCTOR SALAMÁN | SAN JUAN | PR | 00918 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE DE TRABAJADORES DE LA CERVECERÍA INDIA | OLIVO, HALVY | PO BOX 3925 | | MAYAGÜEZ | PR | 00682 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE DE TRABAJADORES DE SINDICATOS | LOZADA GARCÍA, LUZ C. | PO BOX 10148 | | SAN JUAN | PR | 00908 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE DE TRABAJADORES DEL AEROPUERTO (UITA) | SANTANA PIZARRO, JUAN A. | 4TA EXT COUNTRY CLUB | NA43 CALLE 415 AVE. ITURREGUI | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE DEL BANCO GUBERNAMENTAL DE FOMENTO | RODRÍGUEZ, MARÍA TERESA | EDIF. CENTER BUINDING | OFIC. 6 4TO PISO | SAN JUAN | PR | 00918 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE EMPLEADOS DE LA COMPAÑÍA DE FOMENTO INDUSTRIAL DE PR | CÓRDOVEZ, FIDEL | URB. LA MERCED | 381 CALLE ARRIGOITIN | SAN JUAN | PR | 00918 | C | U | | UNDETERMINED |
| UNIÓN INDEPENDIENTE TRABAJADORES DE SERVICIOS LEGALES | RODRÍGUEZ AVILÉS, BLANCA I. | URB PUERTO NUEVO | 506 CALLE DRESDE | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN LOS GLADIADORES INC. | FIGUEROA, ÁNGEL | PO BOX 364005 | | SAN JUAN | PR | 00919 | C | U | | UNDETERMINED |
| UNIÓN MÉDICOS DE LA CORPORACIÓN DEL FONDO DEL SEGURO DEL ESTADO (UMCFSE) | BENÍTEZ RIVERA, DR. HÉCTOR | VALLE ARRIBA HEIGHTS | G10 CALLE POMARROSA | CAROLINA | PR | 00983 | C | U | | UNDETERMINED |
| UNIÓN OBREROS CEMENTO MEZCLADO | RODRÍGUEZ CLEMENTE, FÉLIX A. | #81 CALLE PIÑERO | | SAN JUAN | PR | 00928 | C | U | | UNDETERMINED |
| UNIÓN TRABAJADORES DE LA INDUSTRIA DEL PETROLEO | ORSINI, JOSÉ N. | 612 CALLE CERRA | | SAN JUAN | PR | 00908 | C | U | | UNDETERMINED |
| UNIÓN TRABAJADORES DE LA INDUSTRIA LICORERA | RODRÍGUEZ, ELIEZER | URB PASEO VILLA FLORES | | PONCE | PR | 00716 | C | U | | UNDETERMINED |
| UNIÓN TRABAJADORES DE LA PR CEMENT | RUÍZ RODRÍGUEZ, JOSÉ | #36 CALLE TORRES | | PONCE | PR | 00733 | C | U | | UNDETERMINED |
| UNIÓN TRABAJADORES DE LA READY MIX | ARROYO DÍAZ, RAFAEL I. | #50 CALLE MARTÍN GONZÁLEZ | ESQ. SÁNCHEZ | GURABO | PR | 00978 | C | U | | UNDETERMINED |
| UNIÓN TRABAJADORES DE LAS COMUNICACIONES DE PR | CASTRO TORRES, RAFAEL | MIRAMAR | 667 CALLE HERNÁNDEZ | SAN JUAN | PR | 00907 | C | U | | UNDETERMINED |
| UNIÓN TRABAJADORES DEL BANCO DE LA VIVIENDA (UTBV) | RUÍZ OQUENDO, MARÍA I. | EDIF. JOSÉ C. CORDERO DÁVILA | AVE. BARBOSA 606 | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UNIÓN TRANSPORTE Y RAMAS ANEXAS (UTRA) | VÁZQUEZ COLÓN, GERMÁN | PUERTA DETIERRA | 212 CALLE SAN AGUSTÍN | SAN JUAN | PR | 00902 | C | U | | UNDETERMINED |
| UNIÓN TRONQUISTAS DE PUERTO RICO | MARRERO, CARLOS | 352 CALLE DEL PARQUE | PARADA 23 | SAN JUAN | PR | 00912 | C | U | | UNDETERMINED |
| UNITED STEELWORKERS | ROMÁN, JUAN | URB STA ROSA | 10-1 AVE AGUAS BUENAS | BAYAMÓN | PR | 00959 | C | U | | UNDETERMINED |
| UPAGRA | ORTEGA, JOSÉ G. | URB PUERTO NUEVO | 347 CALLE 25 NE | SAN JUAN | PR | 00920 | C | U | | UNDETERMINED |
| UTAC (UNIÓN TRABAJADORES DE LA AUTORIDAD DE CARRETERAS) | GASPARINI, NÉSTOR R. | COBIÁN PLAZA | PISO 1 SUITE 125 | SAN JUAN | PR | 00901 | C | U | | UNDETERMINED |
| UTIER (UNIÓN TRABAJADORES INDUSTRIA ELÉCTRICA Y RIEGO) | FIGUEROA JARAMILLO, ANGEL R. | 612 CALLE CERRA | PDA. 15 | SANTURCE | PR | 00908 | C | U | | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

SCHEDULE J - LABOR UNION OBLIGATIONS

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| UTM (UNIÓN DE TRABAJADORES DE MUELLES) - ILA LOCAL 1740 | SÁNCHEZ ORTÍZ, CARLOS C. | CALLE FIGUEROA 611 | | SANTURCE | PR | 00912 | C | U | | UNDETERMINED |

**TOTAL SCHEDULE J - LABOR UNION OBLIGATIONS**     **UNDERTERMINED**