THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

AS REPRESENTATIVE OF

PUERTO RICO SALES TAX AND FINANCING CORPORATION ("COFINA"), DEBTOR.

PROMESA TITLE III; CASE NO. 17 BK 3284-LTS

**Summary**

| Schedule | Classification | Amount of Claim | Percent of Total |
|---|---|---|---|
| A | LONG TERM DEBT | $17,517,510,135.39 | 99.98% |
| B | INSURERS OF LONG TERM DEBT | UNDETERMINED | |
| C | SWAP TERMINATION CLAIMS | $3,400,000.00 | 0.02% |
| D | AUDIT FEES | $218,810.56 | 0.00% |
| | **Total** | **$ 17,521,128,945.95** | **100.00%** |

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
PUERTO RICO SALES TAX AND FINANCING CORPORATION ("COFINA"), DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3284-LTS

**SCHEDULE A - LONG TERM DEBT**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | SECURED | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BANK OF NEW YORK MELLON | DIANA F. TORRES | 101 BARCLAY STREET | 7 WEST | NEW YORK | NY | 10286 | S | | | | $17,517,510,135.39 |

**TOTAL SCHEDULE A - LONG TERM DEBT**      **$ 17,517,510,135.39**

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
PUERTO RICO SALES TAX AND FINANCING CORPORATION ("COFINA"), DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3284-LTS

**SCHEDULE B - INSURERS OF LONG TERM DEBT**

| CREDITOR | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| AMBAC ASSURANCE CORPORATION | ONE STATE STREET PLAZA | | NEW YORK | NY | 10004 | | C | U | | UNDETERMINED |
| ASSURED GUARANTY CORP. | 30 WOODBOURNE AVENUE | | HAMILTON | HM | 08 | BERMUDA | C | U | | UNDETERMINED |
| MBIA INSURANCE CORPORATION | 1 MANHATTANVILLE ROAD | SUITE 301 | PURCHASE | NY | 10577 | | C | U | | UNDETERMINED |

**TOTAL SCHEDULE B - INSURERS OF LONG TERM DEBT**                                                                                    **UNDETERMINED**

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
PUERTO RICO SALES TAX AND FINANCING CORPORATION ("COFINA"), DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3284-LTS

**SCHEDULE C - SWAP TERMINATION CLAIMS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | THOMAS HOMMELL, GENERAL COUNSEL | 1271 AVENUE OF THE AMERICAS, 35TH FLOOR | | NEW YORK | NY | 10020 | C | U | D | $3,400,000 |

| | |
|---|---|
| **TOTAL SCHEDULE C - SWAP TERMINATION CLAIMS** | **$3,400,000** |

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
PUERTO RICO SALES TAX AND FINANCING CORPORATION ("COFINA"), DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3284-LTS

**SCHEDULE D - AUDIT FEES**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| KPMG, LLC | ANGEL PEREZ & LUISETTE NEGRON | AMERICAN INTERNATIONAL PLAZA, 250 AVENUE LUIS MUÑOZ RIVERA | | SAN JUAN | PR | 00918 | | | | $218,810.56 |

**TOTAL SCHEDULE D - AUDIT FEES** — **$218,810.56**