UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

         Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING JOINT STIPULATION
AND SCHEDULING ORDER FOR COMMONWEALTH-COFINA DISPUTE

The Court has received and reviewed the *Joint Stipulation and Scheduling Order for Commonwealth-COFINA Dispute* (docket entry no. 1206, the "Stipulation").  The Proposed Stipulation provides that "[a]ny parties who wish to intervene in the Commonwealth-COFINA Dispute ("Intervenors"), pursuant to Fed. R. Civ. P. 24 shall file motions to do so (including 24(c) pleadings) no later than September 22, 2017."  (Stipulation at 2.)  While the Stipulation provides a schedule for answers and counterclaims to intervenors' pleadings, the Stipulation does not contain a proposed briefing schedule for contested motions to intervene.

The Movants are hereby ordered to file an amended stipulation that (i) clarifies whether the Movants consent to the intervention of the signatories to the *Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* (docket no. 996), such that

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the signatories' motions to intervene may be granted without full briefing, and (ii) provides a

briefing schedule for any contested motions to intervene that may be filed.  Alternatively, the

Movants may file an informative motion explaining why either such amendment is not

necessary.

        SO ORDERED.

Dated: August 31, 2017

                               /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                               United States District Judge