UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------- -x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

                     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY ("PREPA"),[2]

                     Debtor.

PROMESA
TITLE III

No. 17 BK 4780-LTS

(Joint Administration Requested)

------------------------------------------------------------- -x

**SECOND AMENDED NOTICE OF APPOINTMENT
OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

Pursuant to section 1102(a)(1) of the Bankruptcy Code, made applicable to these proceedings by section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 or "PROMESA", Guy G. Gebhardt, Acting United States Trustee for Region 21 hereby AMENDS the notice of appointment of the Official Committee of Unsecured Creditors (the "Committee") filed in case no. 17-BK-03283 (The Commonwealth of Puerto Rico's Title III Case) at Dockets Nos. 338 and 1171 to reflect the following changes to the Committee:

(1) Notice is provided that creditor Ferrovial Agroman has resigned from the Committee.

(2) Notice is provided that the United States Trustee has appointed to the Committee one additional member, Peerless Oil & Chemicals, Inc., a creditor of both HTA and PREPA.

The members of the Committee are now:

1) **The American Federation of Teachers (AFT)**
   Attention Mark Richard, Counsel to the President of the AFT
   555 New Jersey Ave., N.W.
   11th floor
   Washington, DC 20001

2) **Doral Financial Corporation**
   C/O Drivetrain LLC
   630 Third Avenue
   21st Floor
   New York, NY 10017

3) **Genesis Security**
   5900 Ave. Isla Verde
   L-2 PMB 438
   Carolina, PR 00979

4) **Puerto Rico Hospital Supply**
   Call Box 158
   Carolina, PR 00986-0158

5) **Service Employees International Union (SEIU)**
   1800 Massachusetts Avenue N.W.
   Washington, D.C. 20036

6) **Total Petroleum Puerto Rico Corp.**
Citi View Plaza Tower I
48 Road 165 Oficina 803
Guaynabo, PR 00968-8046

7) **Unitech Engineering**
C/O Ramón Ortiz Carro
Urb Sabanera
40 Camino de la Cascada
Cidra, Puerto Rico 00739

8) **Vitol, Inc.**
2925 Richmond Ave.
Houston, Texas 77098

9) **Peerless Oil & Chemicals**
671 Road 337
Peñuelas PR 00624-7513

DATED: August 31, 2017

GUY G. GEBHARDT
Acting United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707