UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <br> et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS <br> (Joint Administration Requested) |
| PUERTO RICO ELECTRIC POWER <br> AUTHORITY (PREPA), | |
| Debtor.[2] | |

------------------------------------------------------------x

ORDER REQUIRING ADDITIONAL SUPPORT IN
CONNECTION WITH THE MOTION FOR JOINT ADMINISTRATION

On August 10, 2017, the Court entered an order authorizing the employment and payment of Epiq Bankruptcy Solutions, LLC ("EPIQ") as solicitation, notice and claims agent of the Puerto Rico Electric Power Authority ("PREPA"). (Case No. 17-BK-4780-LTS, Docket

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of the Debtor's federal tax identification number are 3747.

Entry No. 222.) On August 23, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Board"), as representative of the Debtors, filed a motion to, among other things, jointly administer the PREPA Title III case with those of the other Title III debtors and employ Prime Clerk LLC ("Prime Clerk") as solicitation, notice and claims agent in the Title III case of PREPA (the "Joint Administration Motion"). (Case No. 17-BK-3283-LTS, Docket Entry No. 1149; Case No. 17-BK-4780-LTS, Docket Entry No. 250.) The Joint Administration Motion contemplates that PREPA case information and help resources will continue, however, to be maintained separately by EPIQ even though the master docket (17-BK-3283) and PREPA docket (17-BK-4780) will be on the Prime Clerk website.

The Board is hereby ordered to file a supplemental affidavit no later than **12:00 p.m. (Atlantic Standard Time)** on **Friday, September 8, 2017**, explaining the reasons why the Board believes it is necessary to continue to maintain EPIQ's separate website and support services if the Joint Administration Motion is granted. In particular, why would it not be sufficient to redirect the case information link on the EPIQ landing page and customer service phone lines to a comprehensive Prime Clerk website and support service?

SO ORDERED.

Dated: August 31, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge