UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1. Letter dated August 4, 2017, from Teodoro Machado (*annex included with letter is excluded from this filing due to the personally identifiable information contained therein*)
2. Letter dated August 7, 2017, from José E. Bird
3. Email dated August 14, 2017, from Carlos Sumpter
4. Email dated August 16, 2017, from Carlos Sumpter

Dated: August 31, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Teodoro Machado 

4th August 2017

**Hon. Laura Taylor Swain**
United States District Judge
500 Pearl St
New York, NY 10007-1312

Dear Honorable Laura Taylor Swain,

    A cordial greeting. I Teodoro Machado served with great pride in the US military in the Korean War. I was very young and was studying agronomy. On my return from the army I worked my whole life as a farmer growing sugar cane, minor fruits and dairy farming.

    At the time of my retirement, I sold all my assets and invested in Puerto Rico bonds. The purchase of which bonds was through Santander Securities with Mr. Jaime Casellar. Santander and Jaime Casellar advised me to invest in Puerto Rico bonds because they were guaranteed by "The Constitution of the Commonwealth of Puerto Rico".

    At the moment I am not receiving either the payment of interest or the principal. The cost of the bonds are in scrap. I ask GOD to give you a lot of wisdom so that the bondholders who were deceived by "The Commonwealth of Puerto Rico" can do justice.

    Honorable Laura Taylor Swain the politicians of Puerto Rico continue in their internal struggles for political power. They do not face the economic problems of the island. I hope in the almighty that you can help us.

Sincerely,

Teodoro Machado

RECEIVED AUG 15 2017 CHAMBERS OF LAURA TAYLOR SWAIN

To: ~~Honorable Laura Taylor Swain~~
Judge for the Financial
Crisis of Puerto Rico
From: José E. Bird
CC: Natalie Jaresco, Director Fiscal Review Board, Sr José Carrión, Board
8/7/2017

Honorable Judge:

I write to you in pure despair, afraid and preoccupied about my future and that of my children and grandchildren. I am a man of 71 years of age with a post graduate degree yet I find myself living in fear, confused and with great concern. I understand that you are an expert on these matters and have been acknowledged by many important local as well as USA attorneys. Then, why I do not feel good about it? At moments I sadly feel that the only way I can save my family from this great disaster is by dying. This way they can collect my insurance policy and turn our assets into cash. But, I do not want to die, not right now, not even soon. Then what can I do? I do not think you are getting the whole story from the folks around you, I honestly don't.

In summary, I do not see myself nor my group protected or defended in this case. No one is protecting our interests. Every government entity, bond company have a voice and a representative yet no one is protecting us and all solutions are directed toward us by either cutting our benefits or increasing our cost of living.

You see, I had nothing to do with the debt. Well maybe since I elected a few of them. Our governors, legislators and unscrupulous contractors did. They lied, they robbed, they were greedy. Governors and mayors get the impression that when elected they are given a blank check to do what ever they want. They feel they have total inmmunity. When they loose elections, they are all hired back into government as independent contractors at ridiculous amounts of monies, local laws allow for that to happen. (Just take a peak at current legislature and municipalities contracts). But yes, we keep electing them, so maybe that is our share in the guilt. But you see, living in this colonial system we have learned to appreciate anyone who can get money and things for us, and so has big business who goes after all the federal money given to the poor including megastores like Wal-Mart who has opened more than 5 super centers to go after the food coupons.

I was horrified after watching the local news and seeing so many lawyers involved in this situation. It looks that it is a good time to be a lawyer. Your honor, these bond companies collected their principal already. Two of the most important members of the Junta are past presidents of the GDB and responsible for signing out billions of these debt dollars themselves. How can they be in this position? Why don't they want the debt audited? Why can't we identify all the corruption related to

this debt? No one in the Junta should be allowed to audit this debt, this should be done by a team of citizens appointed by your honor.

What am I going to do? Am I going to loose my property? My limited savings? Your honor, I have never been this afraid of the future, I have no clue. How can this government pay salaries like the ones received by the Secretary of Education and the Secretary of Safety? How can the Senate president issue so many contracts to former political activists? If pensions are to be cut and other services affected, why aren't these salaries affected? Can't find anyone to do the job? Doubt it!

I formerly worked for Citicorp as VP of the Branch Banking System. I always learned that investing was a risky proposition. The greater the risk, the largest the reward. Vulture funds are not nicknamed that by virtue of excellence but by their performance. They are extremely knowledgeable of the industry and extremely capable. They knew what they were doing and did not ask for audited statements, they only wanted the collaterals and the ability to buy back everything at a disgraceful discount. They already got their money back, now they want the livelihood of a country. They planned to bankrupt Puerto Rico and take it back at wasted prices.

Like the financial debacle of 2008, this was a self-inflicted disaster. At that time, the Federal Government did an unprecedented bail out of the banks. No bank official went to jail, huge bonuses were paid with that money yet no one had to pay a fine yet thoudsands of people lost their homes and jobs. Why is it? I see the same pattern here. This scandal surpassed 700 billion and experts have insisted that with the ripple effects it surpassed trillion dollar mark. Yet, US banks were bailed out, how? Why? Why can't we get a similar treatment? One that doesn't affect the vulnerable communities.

So my questions to you, Your Honor, is why do the most vulnerable groups have to be responsible for this debt?

1. Why are taxes not increased for people making over $250,000?
2. Why don't individuals pay a special tax from money received from a government?
3. Why do foreign corporations can avoid paying their fare share to Puerto Rico?
4. Why doesn't congress abolish the Jones act and allow us to use international vessels for our trade?
5. Why are former governors allowed to keep their police escorts but seniors stand to loose a mayor part of their pensions?
6. Why, if you are going to get involved as a lawyer in this case, you can make as much money as you can? Why not a special tax for income earned from this activity?
7. Why, if we voted years ago to reduce the legislature to a unicameral system, we still do not have one?

2

8. Why isn't tax to foreign corporations increased? Haven't they enjoyed a free period long enough? Isn't it time to morally pay back? Hmmm, maybe this is not contemplated in Capitalism rules.
9. Why aren't welfare funds attached to work?
10. Why do we have two new government agencies heads at salaries over $250,000 and worst the director of the fiscal board will earn in excess of a $600,000 dollars per year.
11. Why aren't people over 70 years exempt from paying any type of tax? Or anything purchased for children under 12?
12. Why aren't medicines, medical equipment, pampers etc exempt from taxes?

Is "such is life" the response? Life is unfair, I've been told? Isn't this exactly why we have so much frustration in the inner cities? Isn't this why potentially good people turn to crime? Isn't anger or frustration the cause or fuel accelerator for violence, depression?

How far can these people go in the destruction of a country, it's family structure? Why are bond issuers, banks, attorneys, brokers exempt from their responsibilities? The legislature approved grants without payback guarantees? How can they do that and not be penalized?

The Governor of Puerto Rico talked to us and told us about the budget. Nothing to allow us to make plans and prepare. So far everything is secret. But you see, the way he is operating we have learned not to take anything at face value. If you find out what is happening to our University you will see that the government has outsmarted the students and is keeping the University closed by not appointing the required members to the Board. This way, the University, which the students closed, can not be opened.

It's time for me to close. I have said enough to warn you about self interest counselors, about people who's real interest is not to solve the situation of of Puerto Rico but to make money of it.

I beg you to look into this case in favor of the weak, the small, the poor, the un-defendable. The elder and the very young.

I'm sorry for writing such a sad letter but I had the need to express myself. I have very little doubt that you will read my letter and maybe a form letter will be the only response I get. I tried.

One last thing, is it possible for me to form a citizens group and form part of this case? I think you need to be reminded that we exist and that funds as well as the government that we are going to protect our small savings.

God bless you and give you the fortitude and tools to help us.

At your service,

Jose E. Bird

4



**Presidential Assistance**
Carlos Sumpter
to:
swaindprcorresp
08/14/2017 05:10 PM
Hide Details
From: Carlos Sumpter <███████████████████>

To: swaindprcorresp@nysd.uscourts.gov

"And to preserve their independence, we must not let our rules load us with perpetual debt. We must make our election between economy and liberty, or profusion and servitude" Thomas Jefferson

## Hon. Laura Taylor Swain

### US District Court of Puerto Rico

Your Honor:

Peace be with you in Jesus our Lord and Savior.

Madam it will be wise if President Trump could put in his own man here, sooner rather than later, it will ensure his administration's interests are represented on the board. It's the best way to reaffirm a fair outcome to future debt and fiscal board decisions, and to make certain, that the board has the jobs and capital growth requirements of the people of Puerto Rico in mind.

Mr. Zamot appointment does not necessarily implies that.

Now, based on cumulative circumstances against the poorest members of our population - myself included - I see massive civil disorder reactions island wide and some social violence during the month of September. Also, back on the mainland, international relations will change and some previous global arrangements will end. War against countries such as North Korea, might occur. Driving Puerto Rico into a severe inflation - depression period.

Your Honor President Trump power over our insular political structure may grant us some rest from some Wall St. thugs and their agents in Puerto Rico.

General Kelly's appointment, as the new White House Chief of Staff, part of the Trump shake down policy, to cleanse the Deep State at the highest levels of the executive branch of government, could bring someone other than Ms. Jaresko to rule the Board according to the Trump constituency, of loyalty, administrative skills, and political savvy.

In the event of an economic crash or collapse, the returning of sound operations of those G-SIFI (globally active and systematically important financial institutions) would be provided by converting unsecured debt from creditors." - In other words by taking all regular deposits? - . We shouldn't go there Madam.

Why should we trust the actual Wall St. agents as Board members, when they were not appointed as mandated by the Law of the Land?

At this new level of exploitation by global capital, under an economic shocking therapy, that allows globalists to buy valuable assets, at knock down prices, eradicating any form of sovereignty left, and stating that if a ruler is reluctant to relinquish his power, he or she will be pushed. One that transcends state boundaries, and believes that all nations, must be subordinated to international law and international institutions.

Imminent Domain? Perhaps. - But not justice - .

This global actors are implementing the same private banking exploitation model used in eastern European socialist countries after glassnot and perestroika.

We have become the new Wall st. main media invisible jurisdiction.

Ms. Natalia Jaresko (Davos 2017) a global agent, and an ex Ucranian Finance Minister, with ties to Joe Biden Jr. and the Ucranian oil industry, now works in Puerto Rico ?.

A state of debt bondage, was created after 2006 a financial entrapment.

Nonetheless, there is only one option under a financial servitude, it is a pledge of labor or services as security for the repayment of a debt or other obligations.The services required to repay the debt may be undefined, and the services' duration may be undefined. Debt bondage can be passed on from generation to generation. Just like slavery.

Unless, some counteracting cause, comes along to prevent a depression as that of 1929-1933 (namely when the more debtors pay the more they owe) Puerto Rico will continue going deep into a vicious spiral. Strapped for cash and devoid of any urgently needed investment, will see its economy plummet to levels never experienced by regions free of wars or natural disasters.

Our government's indebtedness must cease to grow greater and should began to grow less.

Otherwise, our so called "natural" way out, will be a period of at least two decades of vicious bankruptcy, unemployment, and starvation.

It is time for our President to install a trouble shooter in Puerto Rico.

Every single dollar owed to our creditors is here on the island, just follow the money.

Money borrowed to sustain their lavish lifestyles, to satisfy the island's family owned oligarchies greed, to plug in budget deficits, and to cover all sorts of operational expenses. A model that took NY and DC both into bankruptcy.

The people of Puerto Rico know that after three decades of institutional corruption, bankers, political leaders, and oligarchs are in urgent need of rehabilitation.

It will be just for our people, if they all could face the federal justice system.

A visible, honest, law enforcement initiative, will bring hope to our people.

It will stop massive civil disorder islandwide.

Trump's man could cut the red tape and get things done faster.

Sincerely,

Carlos Sumpter



Federal Intervention
Carlos Sumpter
to:
swaindprcorresp
08/16/2017 07:10 PM
Hide Details
From: Carlos Sumpter <███████████████>

To: swaindprcorresp@nysd.uscourts.gov

***"Their way of life has become evil, and their power is not rightly used"(Jeremiah 23:10)***

Hon. Ricky Rosello
**Governor**
Government of Puerto Rico

Dear Mr. Governor:

Peace be with you in Jesus our Lord and Savior.

Sir Aurelius Capital, questioned the constitutional validity of PROMESA'S board members appointment process, inferring a Constitutional Appointment Clause violation, allegedly caused by the lack of a Senate confirmation during the process as mandated by the Law of the Land.

Nonetheless, the federal government has the right to intervene in any constitutional claim against any act approved by Congress, 60 days after the claim is presented. In this case, the Acting US Solicitor General - is who decides - .

If in the next 30 days, Mr.Jeff Wall could decide to present a full brief in support of the Oversight Management Board, and we will have drama island wide, or
could decide to support Aurelius Capital claim, and then the Board could be invalidated, and President Trump will have to appoint a new board.
from the list of candidates proposed by both chambers of Congress, and then the candidates will have to be confirmed by the Senate.

Mr. Wall has already represented the Trump administration in "***Hawaii vs Trump***" and also at the Washington State Circuit of Appeals, when a Federal Judge order an injunction on his "***Muslim Inmigration Ban***". He is also, Supreme Court Justice Clarence Thomas, protegee.

Mr. Governor, seems to me this will end in the Supreme Court, specially now, that Mr. Gorsuch was confirmed.

This will probably halt PROMESA's so called debt restructuring process in Puerto Rico, and could give our territory some rest from Wall St. thugs and local greedy bankers, but in the States, it will allow President Trump to test his leverage at the Judicial branch.

Sir I think I can be of help with President's Trump White House, specially now, that there is a military Chief of Staff and some of your recently appointed "Comision de Igualdad" members seeking statehood, have lost their West Wing access, specially after Priebus removal.

Please let me be of service to our island.

Respectfully,

Carlos Sumpter