# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | PROMESA<br>Title III<br><br>No. 17 BK -3567-LTS<br>(Jointly Administered) |

## APPLICATION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

COMES NOW, Adam J. Bookman, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

2. Applicant will sign all pleadings with the name "Adam J. Bookman".

3. Applicant has been retained by plaintiff National Public Finance Guarantee

Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since February 27, 2012, applicant has been and presently is a member in good standing of the highest court of the State of New York, License number 5013271.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| U.S. Court of Appeals for the Second Circuit | 3/1/2012 |
| U.S. Court of Appeals for the Six Circuit | 12/2/2009 |
| United States District Court for the Eastern District of New York | 4/2/2012 |
| United States District Court for the Southern District of New York | 3/29/2012 |
| United States District Court for the Eastern District of Michigan | 12/6/2006 |
| Illinois State | 6/8/2007 |
| Michigan State | 11/30/2006 |
| United States Supreme Court | 4/30/2012 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

ERIC PEREZ-OCHOA
USDC-PR NO. 206314

2

LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209204
ALEXANDRA CASELLAS-CABRERA
USDC-PR NO. 301010
LOURDES ARROYO-PORTELA
USDC-PR NO. 226501
ALEJANDRO A. SANTIAGO MARTINEZ
USDC-PR No. 304002
**ADSUAR MUÑIZ GOYCO
SEDA & PEREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9000
E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com
asantago@amgprlaw.com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: September 1st, 2017.

                                               By: */s/ Adam J. Bookman*
                                               Adam J. Bookman, Esq.
                                               767 Fifth Avenue
                                               New York, N.Y. 10153
                                               Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007
                                               Email: adam.bookman@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: September 1st, 2017.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010
E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com
asantiago@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

*/s/ Luis A. Oliver Fraticelli*
Luis A. Oliver Fraticelli
USDC-PR No. 209204

*/s/ Alexandra Casellas-Cabrera*
Alexandra Casellas-Cabrera
USDC-PR No. 301010

*/s/ Lourdes Arroyo-Portela*
Lourdes Arroyo-Portela
USDC-PR No. 226501

*/s/ Alejandro A. Santiago Martinez*
Alejandro A. Santiago Martinez
USDC-PR No. 304002

**WE HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

4

                          */s/ Luis A. Oliver Fraticelli*
                          Luis A. Oliver Fraticelli
                          USDC-PR No. 209204

                          */s/ Alexandra Casellas-Cabrera*
                          Alexandra Casellas-Cabrera
                          USDC-PR No. 301010

                          */s/ Lourdes Arroyo-Portela*
                          Lourdes Arroyo-Portela
                          USDC-PR No. 226501

                          *s/ Alejandro A. Santiago Martinez*
                          Alejandro A. Santiago Martinez
                          USDC-PR No. 304002

                          208 Ponce de León Avenue, Suite 1600
                          San Juan, PR 00936
                          Telephone: 787.756.9000
                          Facsimile: 787.756.9010
                          Email: epo@amgprlaw.com
                                    loliver@amgprlaw.com
                                    acasellas@amgprlaw.com
                                    larroyo@amgprlaw.com
                                    asantiago@amgprlaw.com

                                         */s/ Adam J. Bookman*
                                         Adam J. Bookman, Esq.
                                         *Pro Hac Vice*
                                         767 Fifth Avenue
                                       New York, N.Y. 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
                                       Email: adam.bookman@weil.com

            *Attorneys for National Public Finance Guarantee Corporation*

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2017.

_____
U.S. District Judge