# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS |

## MOTION TO WITHDRAW FROM LEGAL REPRESENTATION

**TO THE HONORABLE COURT:**

    **COMES NOW** the undersigned attorney and very respectfully states and prays as follows:

    1.    As of August 17, 2017, attorney José F. Escobar-Machín ceased in his legal representation of The Bank of New York Mellon in the case of caption.

    **WHEREFORE,** attorney José F. Escobar-Machín respectfully requests this Honorable Court to accept his withdrawal as counsel of record for The Bank of New York Mellon.

    **WE HEREBY CERTIFY** that on this same date we electronically filed this motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and attorneys of record.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 1 day of September 2017.

**SEPULVADO & MALDONADO, PSC**
**ATTORNEYS & COUNSELORS AT LAW**
Citibank Tower, 19th Floor
252 Ave. Ponce de León
San Juan, PR 00918
Tel. (787) 765-4949

s/José F. Escobar-Machín
José F. Escobar-Machín
USDC-PR No. 230509
jescobar@smlawpr.com