# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                                Debtors.[1] | PROMESA Title III<br><br>Case No.  17 BK 3283-LTS |

### JOINT INFORMATIVE MOTION OF BETTINA WHYTE, IN HER CAPACITY AS AGENT FOR PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), AND COMMITTEE OF UNSECURED CREDITORS IN ITS CAPACITY AS AGENT FOR COMMONWEALTH OF PUERTO RICO REGARDING AMENDED JOINT STIPULATION AND SCHEDULING ORDER FOR <u>COMMONWEALTH-COFINA DISPUTE</u>

To the Honorable United States Magistrate Judge Judith Gail Dein:

Bettina Whyte, in her capacity as Agent for the Puerto Rico Sales Tax Financing Corporation (COFINA) and the Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, in its capacity as Agent for the Commonwealth of Puerto Rico, hereby state and pray as follows:

1. The undersigned submit this informative motion in response to the Court's *Order Regarding Joint Stipulation and Scheduling Order for Commonwealth-COFINA Dispute* [Docket No. 1217].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

2. The COFINA Agent and the Commonwealth Agent hereby submit an Amended Joint Stipulation and Scheduling Order for Commonwealth-COFINA Dispute[2] ("Revised Schedule").

3. The authorization of Permitted Intervenors to intervene as of right in the proceeding to resolve the Commonwealth-COFINA Dispute was established in Paragraph 5 of the Dispute Resolution Stipulation. (Dispute Resolution Stipulation, Paragraph 5 ("Intervention; Rights to Participate")). This authorization to intervene was a condition to the Permitted Intervenors' agreement to sign the Dispute Resolution Stipulation. The Revised Schedule reflects this negotiated agreement among the undersigned and the Permitted Intervenors by allowing each of the Permitted Intervenors a right to intervene without having to file a motion ("Permitted Intervenors"). Permitted Intervenors are required to file notice of intervention by September 22, 2017, along with a pleading setting forth each of their respective positions.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute (Docket No. 996) (the "Dispute Resolution Stipulation").

Dated: September 1, 2017　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Juan J. Casillas Ayala_____
　　　　　　　　　　　　　　　　　　　　Juan J. Casillas Ayala, Esq., USDC - PR 218312
　　　　　　　　　　　　　　　　　　　　Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
　　　　　　　　　　　　　　　　　　　　Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
　　　　　　　　　　　　　　　　　　　　Ericka C. Montull-Novoa, Esq., USDC - PR 230601
　　　　　　　　　　　　　　　　　　　　**CASILLAS, SANTIAGO & TORRES LLC**
　　　　　　　　　　　　　　　　　　　　El Caribe Office Building
　　　　　　　　　　　　　　　　　　　　53 Palmeras Street, Ste. 1601
　　　　　　　　　　　　　　　　　　　　San Juan, Puerto Rico 00901-2419
　　　　　　　　　　　　　　　　　　　　Telephone: (787) 523-3434
　　　　　　　　　　　　　　　　　　　　jcasillas@cstlawpr.com
　　　　　　　　　　　　　　　　　　　　dbatlle@cstlawpr.com
　　　　　　　　　　　　　　　　　　　　aaneses@cstlawpr.com
　　　　　　　　　　　　　　　　　　　　emontull@cstlawpr.com

　　　　　　　　　　　　　　　　　　　　*Local Counsel to the Commonwealth Agent*


　　　　　　　　　　　　　　　　　　　　 /s/ Luc Despins_____
　　　　　　　　　　　　　　　　　　　　Luc A. Despins, Esq. (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　James R. Bliss, Esq. (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　James B. Worthington, Esq. (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　G. Alexander Bongartz, Esq. (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　**PAUL HASTINGS LLP**
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　lucdespins@paulhastings.com
　　　　　　　　　　　　　　　　　　　　jamesbliss@paulhastings.com
　　　　　　　　　　　　　　　　　　　　jamesworthington@paulhastings.com
　　　　　　　　　　　　　　　　　　　　alexbongartz@paulhastings.com

　　　　　　　　　　　　　　　　　　　　*Counsel to the Commonwealth Agent*

Respectfully submitted,

/s/ Nilda M. Navarro-Cabrer
Nilda M. Navarro-Cabrer, Esq.
USDC - PR 20212
**NAVARRO-CABRER LAW OFFICES**
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 764-9595
Facsimile: (787) 765-7575
navarro@navarrolawpr.com

*Local Counsel to the COFINA Agent*


/s/ Matthew Feldman
Matthew A. Feldman, Esq. (*pro hac vice*)
Joseph G. Minias, Esq. (*pro hac vice*)
Martin L. Seidel, Esq. (*pro hac vice*)
James C. Dugan, Esq. (*pro hac vice*)
Jeffrey B. Korn, Esq. (*pro hac vice*)
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-8111
mfeldman@willkie.com
jminias@willkie.com
mseidel@willkie.com
jdugan@willkie.com
jkorn@willkie.com

*Counsel to the COFINA Agent*

- 4 -