# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83D(b), and Local Bankruptcy Rule 9010-1, Michael R. Huston respectfully moves the Court for leave to withdraw as counsel for Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius") in the above captioned matter, and in support of this Motion certifies as follows:

1. On August 7, 2017, I entered an appearance on behalf of Aurelius in the above captioned matter. Dkt. 911.

2. In the coming weeks, I will no longer be employed as an associate at the law firm of Gibson, Dunn & Crutcher LLP, and thus will no longer be able to continue my representation of Aurelius.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

1

3. Aurelius is aware of and consents to my withdrawal as counsel, and has been provided with a copy of this Motion.

4. Aurelius will continue to be represented in this matter by its current counsel of record and the attorneys who have entered appearances on Aurelius's behalf. *See* Dkts. 911, 949.

5. In accordance with Local Bankruptcy Rule 9010-1(d)(3)(D), I certify that upon receiving leave to withdraw I will immediately serve on Aurelius this Court's order permitting withdrawal.

Date: September 5, 2017

Respectfully submitted,

*/s/ Luis A. Oliver-Fraticelli*

*/s/ Michael R. Huston*

Luis A. Oliver-Fraticelli
Katarina Stipec-Rubio
USDC-PR Bar Nos. 209204, 206611
ADSUAR MUÑIZ GOYCO SEDA &
    PÉREZ-OCHOA PSC
208 Ponce de Leon Ave., Suite 1600
San Juan, P.R. 00918
Phone: (787) 756-9000
Fax: (787) 756-9010
Email: loliver@amgprlaw.com
kstipec@amgprlaw.com

Michael R. Huston (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539
Email: mhuston@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2017, I caused this Motion for Leave to Withdraw as Counsel to be filed through local counsel with the Clerk of the Court using the CM/ECF system, thereby effecting service on all parties registered to receive CM/ECF notifications in this matter, and that I have further caused this Motion to be served via U.S. Mail on the United States Trustee.

Date:  September 5, 2017                           Respectfully submitted,


  */s/ Luis A. Oliver-Fraticelli*                    */s/ Michael R. Huston*