UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

*As representative of*

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO<br>*ET AL.*<br>Debtor | Bcy. No. 17-03283-LTS<br>Jointly administered<br>TITLE III, PROMESA ACT |

---

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

*As representative of*

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEMS OF<br>THE GOVERNMENT OF THE COMMONWEALTH<br>OF PUERTO RICO ("ERS") | Bcy. No. 17-3566-LTS<br><br>(Joint Administration<br>Requested) |

---

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

*As representative of*

| | |
|---|---|
| PUERTO RICO HIGHWAY AND<br>TRANSPORTATION AUTHORITY<br>Debtor | Bcy. No. 17-03567-LTS<br>TITLE III, PROMESA ACT<br><br>(Joint Administration<br>Requested) |

---

CERTIFICATE OF SERVICE OF
MOTION TO REVIEW AND STAY DEBTOR'S REPRESENTATIVE
TO DEPRIVE THE COMMONWEALTH OF INTERNAL REVENUE

1

I, ROSAURA MONTESINO state that I have placed, or caused to be placed in a receptacle of the United States Postal Service, a copy of the attached motion, to the persons listed in the attached master address list, which is the one on record with the U.S. Bankruptcy Court for the District of Puerto Rico because the one that appears on Prime Clerk in Excel format is illegible, at least with the hardware I have available. *YO, ROSAURA MONTESINO declaro que he colocado, o causado que se coloque, en un receptáculo del Correo Federal, copia the la moción que se acompaña a las personas en la lista matriz de direcciones que se acompaña, que es la que aparece en el record de la Corte de Quiebras de los Estados Unidos para el Distrito de Puerto Rico, porque la que aparece en Prime Clerk en formato Exce no es legible por tipo de letra muy pequeño, al menos con el equipo que tengo disponible.*

In (En) Bayamón, Puerto Rico, September 1st, 2017.

/s/ROSAURA MONTESINO
Secretary/*Secretaria*, Mr. Maximiliano Trujillo-González, Esq.
PO Box 794
Bayamón, PR 00960
787-780-7662
(no e-mail)

2