Label Matrix for local noticing
0104-3
Case 17-03283-LTS9
District of Puerto Rico
Old San Juan
Mon Aug 28 12:23:16 AST 2017

65 INFANTERIA SHOPPING CENTER, LLC
P.O. BOX 195582
SAN JUAN, PR 00919-5582

MBAC ASSURANCE CORPORATION
P O BOX 195168
SAN JUAN, PR 00919-5168

AMERICAN FEDERATION OF STATE, COUNTY AND MUN
1101 17TH STREET NW SUITE 900
WASHINGTON, DC 20036-4712

ANTILLES POWER DEPOT, INC.
PO BOX 810190
Carolina, PR 00981-0190

AUTONOMOUS MUNICIPALITY OF PONCE
P.O. Box 9023596
San Juan, PR 00902-3596

AUTONOMOUS MUNICIPALITY OF PONCE (AMP)
PO BOX 331709
PONCE, PR 00733-1709

Asociacion de Empleados del Estado Libre Aso
P.O. Box 364508
San Juan, PR 00936-4508

Assured Guaranty Corp.
Casellas Alcover & Burgos
PO Box 364924
San Juan, PR 00936-4924

Assured Guaranty Municipal Corp.
Casellas Alcover & Burgos PSC
PO Box 364924
San Juan, PR 00936-4924

B.P. S.E.
PO Box 362374
San Juan, PR 00936-2374

Bahia Park S.E.
PO Box 362374
San Juan, PR 00936-2374

Banco Santander Puerto Rico
207 Ponce de Leon Ave.
6th Floor
Hato Rey, PR 00917-1818

Baxter Sales & Distribution Puerto Rico Corp
Rexco Industrial Park
#200 Calle B
Guaynabo, PR 00968-8038

CENTRO EDUCATIVO PARA CIEGOS E IMPEDIDOS, IN
#30 Washington St.
Apt. 5 North
San Juan, PR 00907-1574

CESAR CASTILLO INC
C/O TOTTI & RODRIGUEZ DIAZ
PO BOX 191732
SAN JUAN, PR 00919-1732

CMA Architects & Engineers LLC
PO BOX 194134
SAN JUAN, PR 00919-4134

COMMONWEALTH OF PUERTO RICO
FINANCIAL OVERSIGHT & MANAGEMENT BOARD
JACOB JAVITS FEDERAL BLDG
26 FEDERAL PLAZA
RM 2-128
NEW YORK, NY 10278-0004

COMPLIANCE AND RESEARCH, INC.
PO BOX 615
AGUAS BUENAS, PR 00703-0615

CONSTRUCTORA SANTIAGO II, CORP.
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

COOPACA
CALL BOX 1056
ARECIBO, PR 00613-1056

COOPERATIVA A/C AGUAS BUENAS
CALLE RAFAEL LAASA
#14
AGUAS BUENAS, PR 00703-3113

COOPERATIVA A/C CABO ROJO
PO BOX 99
CABO ROJO, PR 00623-0099

COOPERATIVA A/C CAGUAS
PO BOX 1252
CAGUAS, PR 00726-1252

COOPERATIVA A/C JESUS OBRERO
HC-1 BOX 2903
CAGUAS, PR 00725-8900

COOPERATIVA A/C LAS PIEDRAS
1200 AVE. PONDE DE LEON
SAN JUAN, PR 00907-3918

COOPERATIVA A/C LOMAS VERDES
PO BOX 1142
BAYAMON, PR 00960-1142

COOPERATIVA A/C LOS HERMANOS
PO BOX 21410
SAN JUAN, PR 00928-1410

COOPERATIVA A/C SAN JOSE
PO BOX 2020
AIBONITO, PR 00705-2020

COOPERATIVA A/C SAULO D. RODRIGUEZ
P.O. BOX 678
GURABO, PR 00778-0678

COOPERATIVA A/C YAUCO
PO BOX 3010
YAUCO, PR 00698-3010

COOPERATIVA DE AHORRO Y CREDITO ABRAHAM ROSA
PO BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE AHORRO Y CREDITO DE AGUADA
P.O. BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE AHORRO Y CREDITO DE JUANA DIA
100 Carr 165 Suite 501
Guaynabo, PR 00968-8052

COOPERATIVA DE AHORRO Y CREDITO DE LARES Y R
PO BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE AHORRO Y CREDITO DE RINCON
PO BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE AHORRO Y CREDITO DEL VALENCIA
PO BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE AHORRO Y CREDITO DR. MANUEL Z
PO BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA
PO BOX 9023905
SAN JUAN, PR 00902-3905

COOPERATIVA DE CREDITO Y AHORROS DE RINCON
100 Carr 165 Suite 501
Guaynabo, PR 00968-8052

Cardinal Health PR 120, Inc.
WILLIAM M. VIDAL-CARVAJAL LAW OFFICE PSC
MCS PLAZA PONCE DE LEON AVE SUITE 801
SAN JUAN, PR 00917

Caribbean Hospital Corporation
PMB 485 PO Box 7891
Guaynabo, PR 00970-7891

Centro del Sur Mall LLC
PO Box 195582
San Juan, PR 00919-5582

Corporacion Marcaribe Investment
PMB 73
267 Calle Sierra Morena
San Juan, PR 00926-5574

Doral Financial Corporation
Drivetrain Advisors
630 Third Avenue, 21st Floor
New York, NY 10017-6751

EDUCOOP
PO BOX 192770
SAN JUAN, PR 00919-2770

FEDECOOP
PO BOX 207-275
SAN JUAN, PR 00928

FERROVIAL AGROMAN, LLC
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

FERROVIAL AGROMAN, S.A.
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

FONDO DE INVERSION Y DESARROLLO COOPERATIVO,
PO BOX 9023905
SAN JUAN, PR 00902-3905

Financial Guaranty Insurance Company
521 Fifth Avenue
New York, NY 10175-1201

GERENCOOP
1200 AVE. PONCE DE LEON
SAN JUAN, PR 00907-3918

Genesis Security Services, Inc.
5900 Ave. Isla Verde L-2
PMB 438
Carolina, PR 00979-5746

IKON SOLUTIONS INC
AVENIDA LUIS MUNOZ RIVERA, 270 PH-1
SANJUAN, PR 00918

Iron Mountain Information Management, LLC
1 Federal St.
Boston, MA 02110-2012

Levy Echeandia Trust., et al.
P.O. Box 16820
San Juan, PR 00908-6820

MANAGERIAL EMPLOYEES OF THE HTA
PO Box 40177
San Juan, PR 00940-0177

MITSUBISHI MOTOR SALES OF CARIBBEAN INC.
P.O. Box 192216
San Juan, PR 00919-2216

MUNICIPALITY OF GUAYANILLA
PO BOX 560550
GUAYANILLA, PR 00656-0550

MUTUAL FUND GROUP
P O BOX 195383
SAN JUAN, PR 00919-5383

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATIO
ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PS
PO BOX 70294
SAN JUAN, PR 00936-8294

ONDA VIRTUAL LLC
451CALLE CANALS
SAN JUAN, PR 00918

Oracle America, Inc.
Buchalter, A Professional Corporation
c/o  Shawn Christianson
55 2nd St. 17th Fl.
USA
San Francisco, Ca 94105-3491

Oracle Caribbean, Inc.
Buchalter, A Professional Corporation
c/o Shawn M. Christianson
55 2nd St. 17th Fl.
San Francisco, Ca 94105-3491

PEAJE INVESTMENTS LLC
C/O NATIONAL CORPORATE RESEARCH LTD
850 NEW BURTON ROAD
SUITE 201
DOVER, DE 19904-5451

PEERLESS OIL & CHEMICALS, INC.
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

PFZ Properties, Inc.
ATTN: Jack Katz
ESJ Towers
6165 Isla Verde Avenue
Carolina, PR 00979-5700

PUERTO RICO AAA PORTFOLIO BOND FUND INC
LOPEZ SANCHEZ & PIRILLO LLC
270 MUNOZ RIVERA AVENUE SUITE 1110
SAN JUAN, PR 00918-1939

PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVI
P.O. BOX 42001
SAN JUAN, PR 00940-2201

PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTH
FINANCIAL OVERSIGHT & MANAGEMENT BOARD
JACOB JAVITS FEDERAL BLDG
26 FEDERAL PLAZA
RM 2-128
NEW YORK, NY 10278-0004

PUERTO RICO SALES TAX FINANCING CORPORATION
JACOB JAVITS FEDERAL BLDG
26 FEDERAL PLAZA
RM 2-128
NEW YORK, NY 10278-0004

Puerto Rico Telephone Company dba Claro
PO Box 360998
San Juan, PR 00936-0998

Reparto Metropolitano Shopping Center LLC
PO Box 195582
San Juan, PR 00919-5582

Rexach Hermanos, Inc.
1719 San Etanislao
Urb. San Ignacio
San Juan, PR 00927-6549

SUCESION PASTOR MANDRY MERCADO
9140 CALLE MARINA - SUITE 801
PONCE, PR 00717-2037

Santander Asset Management, LLC
B-7 Tabonuco Street
Suite 1800
Guaynabo, PR 00968-3350

Santander Securities, LLC
207 Ponce de Len Ave. 4th floor
San Juan, PR 00917-1818

Service Employees International Union
1800 Massachusetts Ave NW
Washington, DC 20036-1806

Siemens Transportation Partnership Puerto Ri
P.O. Box 13128
San Juan, PR 00908-3128

Sistema de Retiro de la Universidad de Puert
PO Box 13128, San Juan, PR 00908

Super Asphalt Pavement, Corp.
Road 306 Km. 1.6
Bo. Camarones
Guaynabo, PR 00970

TAMRIO, INC.
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

THE BANK OF NEW YORK MELLON
225 Liberty St.
New York, NY 10281-1048

THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVER
DLA PIPER (PUERTO RICO) LLC
EDIFICIO OCHOA SUITE 401
500 CALLE DE LA TANCA
SAN JUAN, PR 00901-1942

Total Petroleum Puerto Rico Corp.
City View Plaza Tower # 1
#48 Road PR-165
Suite 803
Guaynabo, PR 00968

Trinity Services I, LLC
701 Ponce de Leon Ave.
Centro de Seguros Bldg. Suite 401
San Juan, PR 00907

UNITED STATES OF AMERICA
U.S. Dep't of Justice, Civil Divisi
20 Massachusetts Ave., NW
Washington, DC 20530-0001

UNIVERSITY OF PUERTO RICO
DLA PIPER (PUERTO RICO) LLC
EDIFICIO OCHOA SUITE 401
500 CALLE DE LA TANCA
SAN JUAN, PR 00901-1942

United Auto Workers International Union
8000 East Jefferson Avenue
Detroit, MI 48214-2699

United States of America
Department of Justice
1100 L St. NW 10th Floor
Washington, DC 20005-4035

United States of America
U.S. Dep't of Justice, Civil Divisi
P.O. Box 875
Ben Franklin Station
Washington, dc 20044-0875

United States of America on behalf of the In

VOZ ACTIVA, INC.
P.O. BOX 2000
CAGUAS, PR 00726-2000

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

207 Domenech Ave.
Domenech Ave. 207 Suite 106
San Juan, PR 00918

65 INFANTERIA SHOPPING CENTER, LLC
P.O. BOX 195582
SAN JUAN, P.R 00919-5582

AIDA IRIS ROSSY-CLEMENTE
CARLOS ALSINA BATISTA LAW OFFICES PSC
1519 PONCE DE LEON AVE.
FIRSTBANK BLDNG. SUITE 513
SAN JUAN, PR 00909

Alfredo Acevedo Cruz
P.O. Box 93
Juana Diaz, PR 00795-0093

Ana T. Colmenero
Urb. San Francisco
147 Crisantemo St.
San Juan, PR 00927-6311

Asociacion de Empleados del E.L.A de Puerto
 P.O. Box 364508 San Juan P.R. 00936

Augusto Morales
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Awilda O. Martinez-Sanchez
Urb. Sagrado Corazon
#1628 San Julian St.
San Juan, PR 00926-4232

BLANCA I. PADILLA-DAVILA
P.O. BOX 93
JUANA DIAZ, PR 00795-0093

BLANCA PADILLA DAVILA
P.O. BOX 93
JUANA DIAZ, PR 00795-0093

Bernice Beauchamp-Velazquez and minor AMB
Calle 11 #514
Bo. Obrero
San Juan, P.R. 00915-3727

Betty Berrios Rivera
Laguna Gardens 4 Apt 6B
Carolina, PR 00979-6571

Blanca I. Padilla Davila / Nicole M. Santiag
P.O. Box 93
Juana Diaz, PR 00795-0093

Bless Therapy Place PSC
Plaza Carolina Station
PO Box 10038
Carolina, PR 00988-1038

Box 981
Lajas, PR 00667-0981

Box 981
Box
Lajas, PR 00667-0981

CARDINAL HEALTH PR 120 INC
MCS PLAZA 801 255 PONCE DE LEON AVE
SAN JUAN PUERTO RICO 00917

Cantor Fitzgerald & Co.
110 East 59th Street
New York, NY 10022-1733

Caribbean Investment Center, Inc.
208 Ponce de Leon Ave., Suite 1800
San Juan, PR 00918-1000

Carlos Torres Rosario
207 Domenech Suite 106
San Juan, PR 00918-3525

Carmen Waleska Llanos
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Cesar Enrique Molina Aponte
P.O. Box 334254
Ponce, PR 00733-4254

DATA ACCESS COMUNICATION INC.
SAN FRANCISCO STREET 310 STE. 32
SAN JUAN PR 00901

DATA ACCESS COMUNICATION INC.
SAN FRANCISCO STREET STE 32
SAN JUAN PR 00901

Diana Rivera
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Diaz Demario and Cheryl Steele
PO Box 9023518
San Juan, PR 00902-3518

EDIFICIO BULA INC.
PO BOX 190525
SAN JUAN P.R. 00919-0525


EDUARDO GRAU ACOSTA
PO Box 1197
Arroyo, PR 00714-1197

Ecolift Corporation
PO Box 9477
San Juan, Puerto Rico 00908-0477

Eliezer Santana Baez
50 Carr 5 Unit A-501
Edif-3J Ind. Luchetti
Bayamon, PR 00961-7403


Elvin J. Pabon Sanchez
G1 Calle Maria Libertad Gomez
Urb. Martorell
Dorado, PR 00646-2702

Estado Libre Asociado
Javier Bravo Acosta
PO BOX 9828
San Juan, PR 00908-0828

Evyanmick, Inc.
HC01 Box 4837-2
Camuy, PR 00627-9160


Frances Rios Velez
PO Box 9828
San Juan, PR 00908-0828

Freddie Prez Gonzlez, Mercedes Irizarry Ferr
Catedral D-13 Paseo San Juan
San Juan, PR 00926

Gerardo Nieves-Del Rio
Cond. Lucerna Edif. 5A Apt. 3B
Carolina PR 00983-1745


Hector M Mercado Mercado
Urb Rio Cristal
5162 Calle Roberto Cole
Mayaguez, PR 00680-1945

IRIS M. RODRIGUEZ-RODRIGUEZ
PO BOX 2222
ANASCO, PR 00610-2222

Iris Villanueva
207 Domenech Suite 106
San Juan, PR 00918-3525


Iron Mountain Information Management, LLC
Attn:  Joseph Corrigan, 7th Floor
Boston, MA 02110

JUAN J ROSADO
PO BOX 331445
PONCE, PR 00733-1445

Jaime Ortiz Cruz
Urb. Pedregales
Calle Azabache #62
Rio Grande, PR 00745-4325


Janice Vanesa Colon Velez
207 Domenech Suite 106
San Juan, PR 00918-3525

Javier Perez-Rivera
207 Domenech Ave. Suite 106
San Juan, PR 00918-3525

Jeannette Fernandez Cordova
Urb San Pedro
G1 Calle David
Toa Baja, PR 00949-5415


Jorge Marquez-Cruz
PMB 131 Calle Sierra Morena 267
San Juan, PR 00926-5574

Jose Ramos Robles
#52 Calle San Gabriel, Casa C-6
Urb. Santo Tomas
Naguabo, PR 00718-6201

Jose Santiago-Perez
A11 Granada St
Rep. Alhambra
Bayamon PR 00957-2329


Josefina Varela Gonzalez & Luis Baerga
Urb. Bucare
5 Calle Diamante
Guaynabo, PR 00969-5114

L.C.A. Contractors, Inc.
PMB 1115, PO Box 4956
Caguas, PR 00726-4956

Lillian N. Miranda-Rodriguez
P.O. Box 6525
San Juan,, PR 00914-6525


Luis Garraton Martin
Urb. San Francisco
147 Crisantemo St.
San Juan, PR 00927-6311

Luis Reyes Feikert
P.O. Box 334254
Ponce, PR 00733-4254

Manuel Rios Aleman
Villas San Agustin
H-2 , # 6 St.
Bayamon PR 00959-2047

Maribella Bergollo Lopez
5017 A/Ramon Rios
Sabana Seca PR 00952

Marilyn Colon
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Mariena Ruiz, Wilfredo Martinez, Kristal Mar
PO Box 9023518
San Juan PR  00902-3518

Mayra Velez Serrano
PO BOX 360219
SAN JUAN, PR 00936-0219

Migdalia Gonzalez Ocasio
207 Domenech Ave
Suite 106
San Juan, PR 00918-3525

Municipality of Mayaguez
c/o Yahaira M. Valentin
P.O. Box 945
Mayaguez, PR 00681-0945

Municipality of San Sebastian
P.O. Box 194134
San Juan, PR 00919-4134

Munoz Benitez Brugueras & Cruz
PO BOX 191979
San Juan, PR 00919-1979

Nancy Flores
2000 Carr. 8177 PMB 484 Suite 26
Guaynabo, PR 00966-3762

Nydia Rivera Santos and others
P.O. Box 270379
San Juan, PR 00928-3379

Omar Flores
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Oracle America, Inc.
c/o Shawn M. Christianson
Buchalter, A Professional Corporation
55 2nd St., 17th Fl.
San Francisco, CA 94105-3491

Oracle America, Inc.
c/o Valerie Bantner Peo
Buchalter, A Professional Corporation
55 2nd St., 17th Fl.
San Francisco, CA 94105-3491

Pedro A. Vargas-Fontnez
G-14 Calle Bohio, Repto. Caguax
Caguas, Puerto Rico 00725-3310

Pedro J. Landrau-Lopez
Domenech Ave. 207
Suite 106
San Juan, PR 00918-3525

Pedro Joel Landrau
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Pedro Luis Casasnovas  & Olga I. Trinidad Ni
 Wachington Street #57 Apt #4
San Juan PR 00907-1501

Perfecto Crespo Bermdez
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Perfecto Crespo Bermudez
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Puerta de Tierra Realty, Inc.
P.O. Box 190525
San Juan, P.R. 00919-0525

REALITY DEVELOPMENT, CORP.
P.O. BOX 190525
SAN JUAN, P.R. 00919-0525

Raul E. Casasnovas Balado & Lolita Gandarill
 105 Ortegon Ave. Apt #1002
Guaynabo PR 00966-2512

Rebecca Reyes
207 Domenech Ave.
Suite 106
San Juan, PR 00918-3525

Roberto Cruz Queipo
500 Grand Blvd
Los Prados Apt. 10203
Caguas, PR 00727

Roberto Feliciano Morales
c/o David Fernandez Esteves, Esq.
PO Box 9023518
San Juan, PR  00902-3518

SANDRA MERCADO
PO BOX 331445
PONCE, PR  00733-1445

Salvador E. Casellas
Urb. Gardenville Argentina A-11
Guaynabo, PR 00966-2016

Samuel Oquendo Rodriguez
HC 33 Box 2021
Dorado, PR 00646-9701

Tactical Equipment Consultants, Inc.
PO Box 191701
San Juan, PR 00919-1701

UNIVERSAL CARE CORPORATION
ATTN LCDO. ERNESTO RIVERA
URB SAN FRANCISCO
O 10-B CALLE GARDENIA
SAN JUAN, PR 00927

Universidad Interamericana de PR
PO Box 353255
San Juan, PR 00936-3255

Universidad Interamericana de Puerto Rico
PO Box 363255
San Juan, PR 00936-3255

Vilma Flores
2000 Carr. 8177 PMB 484 Suite 26
Guaynabo, PR 00966-3762

Vivian G. Maldonado Jimnez
Cond. Bosque Real Apt. 516
San Juan, PR 00926

WILFREDO BAEZ ACOSTA
P.O.
San Juan,, PR 00914

Yvonne Baerga Varela & Enrique Alfonso
Urb. Santa Maria
1842 Reina de las Flores
San Juan, PR 00927-6820

Zell Martinez, Milaiza Martiz individually a
PO Box 9023518
San Juan PR 00902-3518

(APRUM) Asociacion de Profesores y Profesora
UPR Mayaguez
Apartado Postal 2227
Edificio B salon 208
Mayaguez
Mayaguez, PR 00680, PR 00681 US

ANDRES W. LOPEZ
The Law Offices of Andres W. Lopez, P.S.
P.O. Box 13909
San Juan, PR 00908-3909

ANN M. ASHTON
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2531

Aida Iris Rossy Clemente
HC 01 BOX 7358
LOIZA, PR 00772

Angel Ruiz-Rivera
Ext. Villa Rica
AA-27 Calle Santa Rita
Bayamon, PR 00956-4644

BRADLEY R. BOBROFF
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

CHANTEL L.. FEBUS
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

CHRIS THEODORIDIS
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

Carmen Iris Rivera Cosme
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

DANIEL J PEREZ REFOJOS
ONEILL & BORGES LLC
250 MUNOZ RIVERA AVE
SUITE 800
SAN JUAN, PR 00918-1813

EHUD BARAK
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

Freddie Perez Gonzalez
Catedral D-13 Paseo San Juan
San Juan, PR 00926

Gerson Gonzalez-Ricano
Urb. Las Praderas
Aquamarina #13
Barceloneta, PR 00617

HERMANN D BAUER ALVAREZ
O'NEILL & BORGES
AMERICAN INTERNATIONAL PLAZA
SUITE 800
250 MUNOZ RIVERA AVE
SAN JUAN, PR 00918-1813

Hilda O Cartagena
F20 Calle Florencia
Guaynabo, PR 00966-1720

ILEANA ORTIZ SANTIAGO
COM PUNTA DIAMANTE
CALLE NAIRA 1561
PONCE, PR 00728-2296

Ivan Fuentes Vazquez
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

JORGE SALA
JORGE P SALA LAW OFFICE
8169 CALLE CONCORDIA
SUITE 102
COND SAN VICENTE
PONCE, PR 00717-1556

JULIA D. ALONZO
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299

JULIO E LEANDRY HERNANDEZ
COM PUNTA DIAMANTE
CALLE NAIRA 1561
PONCE, PR 00728-2296

Javier Mandry Mercado
1326 Salud Street Apt. 1101
Ponce, PR 00717-1691

Joel Isander Cuadrado Delgado
Urb. Valencia #1
G-18, Mario Perez St.
Juncos, PR 00777-3724

Jose A Rey
701 Ponce de Leon Suite 401
San Juan, PR 00907-3248

Jose W Cartagena
701 Ponce de Leon Suite 401
San Juan, PR 00907-3248

Jose Israel Saavedra Vera
El Centro II, Suite 260
Avenida Muoz Rivera # 500
San Juan, PR 00918-3300

Juan M. Suarez-Cobo
LEGAL PARTNERS PSC
138 WISTON CHURCHILL AVE
SUITE 316
SAN JUAN, PR 00926-6023

Julie I Escudero
F20 Calle Florencia
Guaynabo, PR 00966-1720

KEVIN J. PERRA
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

Karen Odalys Fuentes Rivera
Carr. 779 KM 8.8
Barrio Palmas
Comerio, PR 00782

Keila Robles Figueroa
Urb. Monte Brisas
8 Calle B
Gurabo, PR 00778-2032

Kevin D McCullough
325 N St Paul
Dallas, TX 75201-3801

LARY ALAN RAPPAPORT
Proskauer Rose LLP
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206

LUCIA CHAPMAN
LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-6608

Lolita Gandarilla de Casasnovas
105 Ortegon Ave. Apartment #1002
Guaynabo, PR 00966-2512

Luis A. Rivera Siaca
P.O. Box 0681
San Juan, PR 00919-0681 Puerto Rico

Luisa Murray Soto
3 CARR 784 APT 3201
Caguas, PR 00727-6214

MAJA ZERJAL
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

MARTIN J. BIENENSTOCK
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

MICHAEL LUSKIN
LUSKIN, STERN & EISLER LLP
ELEVEN TIMES SQUARE
NEW YORK, NY 10036-6608

MICHAEL A. FIRESTEIN
Proskauer Rose LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

Mercedes Irizarry Ferrer
Catedral D-13 Paseo San Juan
San Juan, PR 00926

Michael R. Rochelle
Rochelle  McCullough, LLP
325 North Saint Paul Sreet
Suite 4500
Dallas, TX 75201-3827

O. Luna Universidad Interamericana, Inc.
PO Box 363255
PO BOX 363255
San Juan
San Juan, PR 00936-3255

ORLANDO TORRES BERRIOS- SINFOROSO
HC-04 Box 5775
Barranquitas, PR 00794-9406

Olga I. Trinidad Nieves
Washington St. #57 Apartment #
San Juan, PR 00907-1500

PAUL V. POSSINGER
Proskauer Rose LLP
70 West Madison
Suite 3800
Chicago, IL 60602-4342

Pedro Luis Casasnovas Balado
Washington St. #57 Apartment #
San Juan, PR 00907-1500

RALPH C. FERRARA
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2531

Raul E. Casasnovas Balado
105 Ortegon Ave. Apartment #1002
Guaynabo, PR 00966-2512

STEPHAN E. HORNUNG
Luskin, Stern & Eisler LLP
Eleven Times Square
New York, NY 10036-6608

STEPHEN L. RATNER
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

STEVEN O. WEISE
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Scott Rutsky
Proskauer Rose LLP
11 Times Square
New York, NY 10036-8299

Sonia Ivette Carrasquillo Calderon
Hc 23 Box 6024
Juncos, PR 00777-9708

TIMOTHY W. MUNGOVAN
Proskauer Rose LLP
One International Place
Boston, MA 02110-2639

UBALDO M FERNANDEZ BARRERA
O'NEILL & BORGES
AMERICAN INTERNATIONAL PLAZA
250 MUNOZ RIVERA AVE
SUITE 800
SAN JUAN, PR 00918-1813

Vicente Perez-Acevedo
15 Dickson Lane
Weston, MA 02493-2635

WILLIAM SANTIAGO SASTRE
PO BOX 1801
SABANA SECA, PR 00952-1801

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ad Hoc Group of General Obligation Bondhol

(u)Altair Global Credit Opportunities Fund (A

(u)American Federation of Teachers as Agent o

(u)Andalusian Global Designated Activity Comp

(u)Aristea Horizons, L.P.

(u)Asociacion Puertorriquena de la Judicatura

(u)Aurelius Investment, LLC

(u)Aurelius Opportunities Fund, LLC

(u)BANCO POPULAR DE PUERTO RICO

(u)Bermudez, Longo, Diaz-Masso, LLC

(u)COOPERATIVA DE AHORRO Y CRDITO DE ISABELA

(u)CRS Master Fund, L.P.

(u)Camino Cipres LLC

(u)Camino Roble LLC

(u)Canary SC Master Fund, L.P.

(u)Canyon Balanced Master Fund, Ltd.

(u)Canyon Capital Advisors LLC

(du)Canyon Capital Advisors, LLC

(u)Canyon Value Realization Fund, L.P.

(u)Caribbean Airport Facilities, Inc.

(u)Centro de Periodismo Investigativo, Inc.
Oneill G-11
San Juan

(u)Conjugal Partnership Crespo-Colon | (u)Corporacin de Servicios Integrales de Salu | (u)Crescent 1, L.P.

(u)Cyrus Opportunities Master Fund II, Ltd. | (u)Cyrus Select Opportunities Master Fund, Lt | (u)Cyrus Special Strategies Master Fund, L.P.

(u)Davidson Kempner Capital Management LP | (u)Decagon Holdings 1, L.L.C. | (u)Decagon Holdings 10, L.L.C.

(u)Decagon Holdings 2, L.L.C. | (u)Decagon Holdings 3, L.L.C. | (u)Decagon Holdings 4, L.L.C.

(u)Decagon Holdings 5, L.L.C. | (u)Decagon Holdings 6, L.L.C. | (u)Decagon Holdings 7, L.L.C.

(u)Decagon Holdings 8, L.L.C. | (u)Decagon Holdings 9, L.L.C. | (u)Depository Trust Company

(u)EDIFICIO BULA INC | (u)Fideicomiso Plaza | (u)First Transit of Puerto Rico, Inc.

(u)Glendon Opportunities Fund, L.P. | (u)GoldenTree Asset Management LP | (u)Goldman Sachs Asset Management, L.P.

(u)Hospital San Juan Capestrano, Inc | (u)Integrand Assurance Company | (u)Interamericas Turnkey Corp

(u)Lex Claims, LLC | (u)Liberty Cablevision of Puerto Rico LLC | (u)Lumar Development Corp.

(u)MANAGEMENT CONSULTANTS & COMPUTER SERVICES,       (u)Mason Capital Master Fund LP       (u)Merced Partners IV, L.P.
Rosamar Garcia-Fontan Esq.

(u)Merced Partners Limited Partnership       (u)Merced Partners V, L.P.       (u)Municipality of San Sebastian

(u)NATIONAL PUBLIC FINANCE GUARANTEE CORPORAT       (u)Nokota Capital Master Fund, L.P.       (u)O'NEILL & GILMORE LAW OFFICE, LLC

(u)OZ Management II LP       (u)OZ Management, LP       (u)Oaktree Opportunities Fund IX (Parallel 2)

(u)Oaktree Opportunities Fund IX, L.P.       (u)Oaktree Value Opportunities Fund, L.P.       (u)Oaktree-Forrest Multi-Strategy, L.L.C.

(u)Ocher Rose L.L.C.       (u)Official Committee of Retired Employees of       (u)Official Committee of Unsecured Creditors

(u)Old Bellows Partners LP       (u)POPULAR AUTO LLC       (u)Pandora Select Partners, L.P.

(u)Prime Clerk, LLC       (u)Puerto Rico AAA Portfolio Bond Fund II, In       (u)Puerto Rico AAA Portfolio Target Maturity

(u)Puerto Rico Fixed Income Fund II, Inc.       (u)Puerto Rico Fixed Income Fund III, Inc.       (u)Puerto Rico Fixed Income Fund IV, Inc.

(u)Puerto Rico Fixed Income Fund V, Inc.       (u)Puerto Rico Fixed Income Fund VI, Inc.       (u)Puerto Rico Fixed Income Fund, Inc.

(u)Puerto Rico GNMA & U.S. Government Target

(u)Puerto Rico Investors Bond Fund I

(u)Puerto Rico Investors Tax-Free Fund III, I

(u)Puerto Rico Investors Tax-Free Fund IV, In

(u)Puerto Rico Investors Tax-Free Fund V, Inc

(u)Puerto Rico Investors Tax-Free Fund VI, In

(u)Puerto Rico Investors Tax-Free Fund, Inc.

(u)Puerto Rico Investors Tax-Free Fund, Inc.

(u)Puerto Rico Mortgage-Backed &U.S Governmen

(u)QTCB Noteholder Group

(u)River Canyon Fund Management LLC

(du)River Canyon Fund Management, LLC

(u)Roche Diagnostics Corporation

(u)SB Special Situation Master Fund SPC, Segr

(u)SV Credit, L.P.

(u)Scoggin International Fund Ltd.

(u)Scoggin Worldwide Fund Ltd.

(u)South Parcel of Puerto Rico, S.E.

(u)Stericycle of Puerto Rico, Inc.

(u)Syncora Capital Assurance, Inc.

(u)Syncora Guarantee, Inc.

(u)Taconic Master Fund 1.5 L.P.

(u)Taconic Opportunity Master Fund L.P.

(u)Tax-Free Puerto Rico Fund II, Inc.

(u)Tax-Free Puerto Rico Fund, Inc.

(u)Tax-Free Puerto Rico Target Maturity Fund,

(u)The Canyon Value Realization Master Fund,

(u)The Varde Skyway Master Fund, L.P.

(u)Tilden Park Investment Master Fund LP

(u)UBS IRA Select Growth & Income Puerto Rico

(u)US BANK NATIONAL ASSOCIATION	(u)US Bank Trust National Association	(u)US TRUSTEE-REGION 21

(u)Varde Credit Partners Master, L.P.	(u)Varde Investment Partners (Offshore) Maste	(u)Varde Investment Partners, L.P.

(u)Whitebox Asymmetric Partners, L.P.	(u)Whitebox Institutional Partners, L.P.	(u)Whitebox Multi-Strategy Partners, L.P.

(u)Whitebox Term Credit Fund I L.P.	(u)WorldNet Telecommunications Inc	(u)Blanca I. Padilla / Nicole M. Santiago Pad

(d)Caribbean Hospital Corporation
PMB 485 PO Box 7891
Guaynabo, PR 00970-7891	(d)DATA ACCESS COMUNICATION INC.
SAN FRANCISCO STREET STE. 32
SAN JUAN PR 00901	(u)Estate Arthur Castillo-Diaz

(d)Santander Securities, LLC
207 Ponce de Len Ave. 4th floor
San Juan, PR 00917-1818	(u)Alvin Marrero-Mendez	(u)Angel L Martinez-Alvarez

(u)Angely Aponte-Pagan	(u)Antonio Cosme-Calderon	(u)Bernice Beauchamp-Velazquez

(u)Bettina Whyte	(u)Carlos Guzman-Nieves	(u)Carmen Rodriguez-Colon
Cond. El Monte Sur
Seccion 190
Apt. B-532
San Juan00918-4615

(u)Carmen Gloria Acevedo Pagan	(u)Emmanuel Aponte-Colon	(u)Glenda Colon-Figueroa

(u)Hector Acevedo Pagan	(u)Janice Vanessa Colon-Velez	(u)Javier Andino-Gaudin

(u)Javier Perez-Rivera                  (u)Jose F Rodriguez-Perello         (u)Josue Aquino-Colon

(u)Leslie Jay Bonilla Sauder            (u)Lourdes Perdigon                 (u)Luis Montes-Valentin

(u)Luz Pizarro-Correa                   (u)Maria Judith Diaz                (u)Maria Judith Marchand-Sanchez

(u)Orlando Arroyo-Morales               (u)Perfecto Crespo Bermudez         (u)Roxana Lopez-Leon

(u)SUCESION MANDRY MERCADO              (u)Sammy Baez-Figueroa              (u)Virgilio Fernando Acevedo Rivera

(u)WANDYMAR BURGOS                      End of Label Matrix
                                        Mailable recipients    245
                                        Bypassed recipients     157
                                        Total                   402