IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

----------------------------------------------------------------------x

### NOTICE REGARDING HEARING ON MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING DISCOVERY

Having reviewed the Notice of Hearing On Motion Of National Public Finance Guarantee Corporation For Entry Of An Order Pursuant To Bankruptcy Rule 2004 Authorizing Discovery (Dkt. No. 1228), the court notes that the hearing will be held before the Honorable Judith Gail Dein in a courtroom to be determined, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  Judge Dein will be present in Puerto Rico during the October 4, 2017 Omnibus Hearing, and accordingly no hearing will take place in Boston on that date.

/ s / Judith Gail Dein
Judith Gail Dein
DATED:  September 5, 2017          United States Magistrate Judge

---

[1] The Debtors in these Title III cases (collectively, the "**Title III Cases**"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "**Commonwealth**") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).