# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>　　　Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO (UTIER),<br><br>　　　Plaintiff,<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR. AND JOHN DOES 1-7.,<br><br>　　　Defendants. | Adv. Proc. No. 17-228-LTS |

## ORDER SETTING BRIEFING SCHEDULE

The parties having met and conferred and proposed a briefing schedule, and good cause being shown, it is hereby **ORDERED THAT**:

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

1

Defendants' respective opposition briefs to Aurelius's Motion to Dismiss and Lift Stay Motion and Defendants' answer to UTIER's adversary complaint, including its motion to dismiss, shall be due no later than **October 3, 2017**.

Aurelius's respective reply briefs and UTIER's response brief shall be due no later than **October 17, 2017**.

Defendants' reply brief to UTIER's response brief shall be due no later than **October 31, 2017**.

SO ORDERED.

Dated: September 6, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge