UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

     Debtors.[1]

---------------------------------------------------------------x

UNIÓN DE TRABAJADORES DE LA
INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),

     Plaintiff,

       v.

PUERTO RICO ELECTRIC POWER
AUTHORITY; THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO
RICO; JOSÉ B. CARRIÓN III; ANDREW G.
BIGGS; CARLOS M. GARCÍA; ARTHUR J.
GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J.
MATOSANTOS; DAVID A. SKEEL, JR. AND
JOHN DOES 1-7.,

     Defendants.

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

Adv. Proc. No. 17-228-LTS
Filed in Case No.
17 BK 4780-LTS

ORDER CLARIFYING BRIEFING SCHEDULE IN
CONNECTION WITH THE AURELIUS MOTIONS AND UTIER ADVERSARY PROCEEDING

     On August 17, 2017, the Court entered an *Order Scheduling Briefing and Hearing in Connection with the Aurelius Motions* that, among other things, set certain deadlines with respect to (i) the *Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket Entry No. 913, the "Motion to Dismiss") and (ii) the *Motion of Aurelius for Relief from the Automatic Stay*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Case:17-03283-LTS  Doc#:1245  Filed:09/06/17  Entered:09/06/17 17:44:57  Desc: Main
Document    Page 2 of 2

(Docket Entry No. 914, the "Stay Relief Motion" and, together with the Motion to Dismiss, the "Aurelius Motions"). (Docket Entry No. 1068.) On September 9, 2017, at the request of the Financial Oversight and Management Board for Puerto Rico and certain other defendants, the Court entered an Order modifying the briefing schedule associated with Aurelius Motions, as well as certain deadlines associated the above-captioned adversary proceeding. (Docket Entry No. 1244.) For the avoidance of doubt, the schedule set forth below governs the briefing associated with the Aurelius Motions and the adversary complaint filed in the above-captioned adversary proceeding. This Order supersedes all prior orders of the Court with respect to response deadlines in the above-captioned adversary proceeding and the briefing of the motions addressed herein.

Aurelius Motions

The Attorney General of the United States may notify the Court of its intent with respect to intervention in the Aurelius Motions by **October 6, 2017**. The United States may file its brief by **November 5, 2017**. Reply papers to any brief filed by the United States must be filed no later than five (5) calendar days after the United States files its brief.

The other parties in interest with respect to the Aurelius Motions, including the Defendants, must file their opposition papers by **October 3, 2017**. Movant's reply papers to any such oppositions must be filed by **October 17, 2017**. The Court will hear argument on the Aurelius Motions in connection with the November Omnibus Hearing, which is scheduled to commence on **November 15, 2017 at 9:30 a.m.** (prevailing Atlantic Standard Time).

UTIER v. PREPA, et al.

The Attorney General of the United States may notify the Court of its intent with respect to intervention by **October 16, 2017**. The United States may file its brief by **November 10, 2017**.

The deadline to answer or otherwise respond to the complaint filed in the above-captioned adversary proceeding is **October 3, 2017**. If a motion to dismiss is filed, the Plaintiff's opposition brief shall be due on **October 17, 2017**. Reply briefs must be filed by **October 31, 2017**.

SO ORDERED.

Dated: September 6, 2017

 /s/ Laura Taylor Swain   
LAURA TAYLOR SWAIN
United States District Judge