# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

    I, Christine Porter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On September 1, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Overnight Mail on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Paul Hastings LLP Fee Statement for Services Rendered and Expenses Incurred During the Period Ending July 31, 2017

- Jenner & Block LLP Fee Statement for Services Rendered and Expenses Incurred for the Period of June 16, 2017 through July 31, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On September 1, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Paul Hastings LLP Fee Statement for Services Rendered and Expenses Incurred During the Period Ending July 31, 2017

On September 1, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Overnight Mail on Paul Hastings LLP, Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq., 200 Park Avenue, New York NY 10166:

- Jenner & Block LLP Fee Statement for Services Rendered and Expenses Incurred for the Period of June 16, 2017 through July 31, 2017

Dated: September 7, 2017

_____
Christine Porter

County of New York

Subscribed and sworn to (or affirmed) before me on September 7, 2017, by Christine Porter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

Oleg Bitman
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires: April 04, 2023

2

SRF 18655

**Exhibit A**

Exhibit A
Fee Statement Notice Parties Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira<br>Edificio Union Plaza, PH-A<br>Avenida Ponce de León #416<br>Hato Rey, San Juan PR 00918 |
| Counsel to the Official Committee of Unsecured Creditors | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq.<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan PR 00901-2419 |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor<br>7 Times Square<br>New York NY 10036 |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez<br>American International Plaza<br>250 Munoz Rivera Ave., Suite 800<br>San Juan PR 00918-1813 |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan PR 00901 |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis<br>Edificio Ochoa<br>500 Tanca Street Suite 301<br>San Juan PR 00901-1922 |

**Exhibit B**

Exhibit B
Notice Parties Service List
Served via Overnight Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Catherine Steege & Melissa Root<br>353 N. Clark Street<br>Chicago IL 60654 |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin<br>919 Third Ave<br>New York NY 10022-3908 |