442

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO**<br>As Representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br>Debtor | CASE NO. 17-BK-03283 (LTS)<br><br>PROMESA TITLE III |

## MOTION FOR LEAVE TO WITHDRAW

TO THE HONORABLE COURT:

NOW COMES Movant, PFZ PROPERTIES, INC., by its undersigned attorneys and to the Honorable Court respectfully represents:

1. The subscribing attorney has been representing PFZ PROPERTIES, INC., in the above captioned cases.

2. However, the undersigned attorney respectfully requests leave to withdraw as attorney of record for appearing creditor, as per said creditor's request that we cease to act as its legal representatives.

3. That in further compliance with the local bankruptcy rules, undersigned counsel hereby informs this Honorable Court that, any further communications, written notices and CM/ECF System notices directed to PFZ Properties, Inc., in the instant case should be sent to the following recipient:

**C/O Jack Katz, ESJ Towers, 6165 Isla Verde Ave., Carolina, PR 00979-5729.**

4. Therefore, it is requested from this Honorable Court to grant PFZ Properties, Inc., a term of thirty (30) days to file a notice of appearance thought its new legal representation.

**WHEREFORE**, the subscribing attorney respectfully request from this Honorable Court to take notice of the above stated and, consequently, authorizes the subscribing attorney's withdrawal as legal representation for PFZ Properties, Inc.

### RESPECTFULLY SUBMITTED

I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the Office of the United States Trustee, Attorneys of record and by US Postal Service to PFZ Properties, Inc., ESJ Towers, 6165 Isla Verde Ave., Carolina, Puerto Rico 00979-5729.

In San Juan, Puerto Rico, this 8th of September, 2017.

**LAW OFFICES ISMAEL H. HERRERO III, P.S.C,**
P.O. Box 362159
San Juan, Puerto Rico 00936-2159
Tel. (787) 754-5000, Fax 754-5001


/s/ ISMAEL H. HERRERO III
USDC-PR No. 203002