## **EXHIBIT A**

## Basic COFINA Structure

