# **EXHIBIT B**

## Debt Service Limit

