**EXHIBIT C**

# COFINA Bond Maturities [1]



| Year | Series | CAB [2] | CIB [3] | CCAB [4] |
|---|---|---|---|---|
| 2007 | 2007A | 13 to 49 years | 50 years | |
| 2007 | 2007B | 15 to 31 years | 24 to 31 years | |
| 2007 | 2007C | 15 to 31 years | 24 to 31 years | |
| 2008 | 2008A | 16 to 28 years | | |
| 2009 | 2009A | 21 to 25 years | 6 to 35 years | |
| 2009 | 2009B | 24 to 25 years | 20 to 30 years | 17 to 21 years |
| 2009 | 2009C | | 48 years | |
| 2010 | 2010A | 21 to 26 years | 6 to 32 years | 19 to 23 years |
| 2010 | 2010C | 27 to 29 years | 25 to 32 years | |
| 2010 | 2010D | | 32 years | |
| 2010 | 2010E | | 32 years | |
| 2011 | 2011A | 32 to 39 years | 32 years | |
| 2011 | 2011B | | 30 to 35 years | |
| 2011 | 2011C | 23 to 30 years | 9 to 35 years | |
| 2011 | 2011D | | 12 to 25 years | |

*Notes:*
1. *Analysis prepared as of August 3, 2017*
2. *Capital Appreciation Bonds ("CAB")*
3. *Current Interest Bonds ("CIB")*
4. *Convertible Capital Appreciation Bonds ("CCAB")*