**EXHIBIT D**

GDB Advertisement in *Barron's* Magazine

