# EXHIBIT 1

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PUERTO RICO HIGHWAY AND
TRANSPORTATION AUTHORITY          Bcy. No. 17-03567-LTS

Debtor                            TITLE III, PROMESA ACT

-----------------------------------------------------

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

NOW COMES INTERAMERICAN TURNKEY DEVELOPMENT CO. INC., through undersigned counsel, and respectfully states and prays:

1.- Undersigned counsel hereby assumes the legal representation of INTERAMERICAN TURNKEY DEVELOPMENT CO. INC., a creditor in land condemnation cases *Puerto Rico Highway and Transportation Authority v. Interamerican Turnkey Development Co., Inc.* Nos. KEF2003-0205/0206 (1002) filed by petitioner before the Commonwealth of Puerto Rico Court of First Instance, San Juan Section.

2.- Pursuant to section 301 of PROMESA ACT, section 362 of the U.S. Bankruptcy Code is made applicable to the above mentioned cases, therefore the appearing party must continue to claim its rights under the above captioned case.

IT IS THEREFORE respectfully requested that this Honorable Court admit undersigned as legal representative of INTERAMERICAN TURNKEY DEVELOPMENT CO. INC., and that his name be inserted in the matrix for notices by the Office of the Clerk of this Court.

In San Juan, Puerto Rico, May 23, 2017.

/s/MAXIMILIANO TRUJILLO-GONZALEZ, ESQ.
US DC PR No. 122208
PMB 429
100 Grand Paseos Blvd Suite 112
San Juan PR 00926-5902
787-438-8802
maxtruj@gmail.com

CERTIFICATE OF SERVICE

The present document shall be sent, via the electronic system of the Clerk of the U.S. Bankrupty Court, to attorneys for petitioner: Mr. Hermann D. Bauer-Alvarez, Esq., O'Neill & Borges, Hermann.bauer@oneillborges.com, and Mr. Martin J. Bienenstock, Esq., Proskauer Rose LLP, mbienenstock@proskauer.com; and to Ms. Monsita Lecaroz, Esq., Office of the United States Trustee, Puerto Rico Division.

In San Juan, Puerto Rico, this 23d day of May, 2017.


/s/Maximiliano Trujillo-González, Esq.