UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    On August 14, 2017, Glenda Colon-Figueroa (the "Movant") filed a motion (the "Motion") seeking relief from the automatic stay pursuant to 11 U.S.C. § 362 (as incorporated by 48 U.S.C. § 2161) with respect to the continuation of a civil lawsuit against private companies Evertec, Inc., Evertec Group, LLC (collectively, "Evertec") and the Government Development Bank of Puerto Rico ("GDB"), civil no. KAC2015-0756 (505) (the "Action") pending before the Court of First Instance of Puerto Rico. In addition, the Commonwealth of Puerto Rico (the "Commonwealth") and GDB were named as indispensable parties to the Action. On August 28, 2017, the Commonwealth and the Movant filed a joint motion (the "Joint Motion") requesting to lift the automatic stay in the Commonwealth's Title III case to allow the Movant to proceed with the Action solely as to Evertec. Based upon the Court's review of the Motion and the Joint Motion, it is hereby

    **ORDERED**, that the automatic stay, in effect pursuant 48 U.S.C. § 2161, is hereby modified so that the Movant may continue to pursue the Action against Evertec to litigate claims for unlawful charges against child support alimonies; and it is further

    **ORDERED**, that this Court shall retain jurisdiction in connection with all matters arising in or arising out of the implementation of this Order; and it is further

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDERED**, that the stay remains in place in all other respects. This Order resolves docket entry nos. 1020 and 1195.

SO ORDERED.

Dated: September 11, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge