# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO<br><br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO, et al.<br>Debtors[1] | PROMESA (TITLE III)<br><br>NO. 17 BK 3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW the undersigned counsel and before this Honorable Court respectfully states that Mrs. Milagros Méndez Arvelo and Mrs. Maritza Nieves Torres retained the services of the undersigned counsel to represent him in all proceedings pending before this court. Based on the foregoing, the undersigned respectfully requests that this Honorable Court take notice of the above mentioned fact, includes the undersigned as attorney of record for Mrs. Milagros Méndez Arvelo and Mrs. Maritza Nieves Torres and to serve future notices to the undersigned at the address of record.

---

1 The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (1) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID:8474).

I hereby certify on this same date, I electronically notified copy of this motion to all CM/EMF participants.

In Ponce, Puerto Rico, this August 21, 2017.

> s/Ricardo L. Castillo Filippetti
> Ricardo L. Castillo Filippetti, Esq.
> USDC No: 304211
> Paseo Las Colonias #1705
> Ponce, Puerto Rico 00717
> 787.457.6957/787.840.7532
> filippetti_r@hotmail.com
> castilloricardo977@gmail.com