```
Court Name: District Court
Division: 1
Receipt Number: PRX100051711
Cashier ID: arodrigu
Transaction Date: 09/11/2017
Payer Name: ONEILL AND BORGES
------------------------------------
PRO HAC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 61322
 Amt Tendered:   $300.00
------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3566(LTS) PRO HAC VICE OF PETER
D. DOYLE
THRU: HERMANN D. BAUER
```