Objection Deadline: September 19, 2017 at 4:00 p.m. (AST)
Hearing Date: October 4, 2017 at 9:30 a.m. (AST)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,* Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**NOTICE OF HEARING ON APPLICATION OF COFINA AGENT FOR
ENTRY OF ORDER AUTHORIZING RETENTION OF
CENTERVIEW PARTNERS LLC AS FINANCIAL ADVISOR AND EXPERT**

**PLEASE TAKE NOTICE** that a hearing on the *Application of COFINA Agent for Entry of Order Authorizing Retention of Centerview Partners LLC as Financial Advisor and Expert* (the "**Application**") filed by the COFINA Agent, pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), made applicable in these cases pursuant to section 301(a) of PROMESA, will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **October 4, 2017 at 9:30 a.m. (Atlantic Standard Time) (the "Hearing")**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, and the Second Amended Notice, Case Management, and Administrative Procedures [Docket No. 1065-1], must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted pro hac vice, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and served on counsel for the COFINA Agent, the Court, and on (i) counsel for the Oversight Board, (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iv) the Office of the United States Trustee for Region 21, (v) counsel for the Official Committee of Unsecured Creditors, (vi) counsel for the Official Committee of Retired Employees of Puerto Rico, and (vii) all other parties in the Master List maintained pursuant to the Case Management Procedures and found at https://cases.primeclerk.com/puertorico/Home-Index, so as to be received no later than **September 19, 2017 at 4:00 p.m. (Atlantic Standard Time) (the "Objection Deadline").**

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no objection is timely filed, served and received in accordance with the Second Amended Notice, Case Management, and Administrative Procedures [Docket No. 1065-1].

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: September 11, 2017
      San Juan, Puerto Rico

      Respectfully submitted,

      /s/ Nilda M. Navarro-Cabrer

      Nilda M. Navarro-Cabrer
      **NAVARRO-CABRER LAW OFFICES**
      USDC-PR 20212
      El Centro I, Suite 206
      500 Muñoz Rivera Avenue
      San Juan, Puerto Rico 00918
      Telephone: (787) 764-9595
      Facsimile: (787) 765-7575

      *Local Counsel to the COFINA Agent*

      /s/ Matthew A. Feldman

      Matthew A. Feldman (admitted *pro hac vice*)
      Joseph G. Minias (admitted *pro hac vice*)
      Paul V. Shalhoub (admitted *pro hac vice*)
      **WILLKIE FARR & GALLAGHER LLP**
      787 Seventh Avenue
      New York, NY 10019
      Tel: (212) 728-8000
      Fax: (212) 728-8111

      *Counsel to the COFINA Agent*

      Kenneth N. Klee (admitted *pro hac vice*)
      Daniel J. Bussel (admitted *pro hac vice*)
      Jonathan M. Weiss (admitted *pro hac vice*)
      **KLEE, TUCHIN, BOGDANOFF & STERN LLP**
      1999 Avenue of the Stars
      39th Floor
      Los Angeles, California 90067
      Telephone: (310) 407-4000
      Facsimile: (310) 407-9090

      *Special Municipal Bankruptcy Counsel*
      *to the COFINA Agent*