# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE BANKRUPTCY COURT:**

**COMES NOW** creditor **Cooperativa de Seguros Múltiples de Puerto Rico**, through the undersigned counsel, and respectfully states and prays as follows:

The undersigned counsel appears pursuant to Fed. R. Bankr. P. 9010(b) and requests that copies of all future notices, pleadings, and other filings in the case be served on him. The undersigned also requests to be added to the Master List maintained by the Clerk of the Court.

**WHEREFORE**, the appearing party requests from this Honorable Court to take notice of the above stated, to serve it accordingly and to include it in the master address list.

**RESPECTFULLY SUBMITTED**.

In West Palm Beach, Florida for San Juan, Puerto Rico, on this 12th day of September 2017.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

VALDES ORTIZ LAW OFFICES, PA
8461 Lake Worth Rd.
Suite 420
Lake Worth, FL 33467
Tel: (561) 340-1410

**s/ Hector E. Valdes Ortiz**
HECTOR E. VALDES ORTIZ
USDC-PR No. 219411
hvaldes@v-olaw.com
