Hearing Date: October 4, 2017 at 9:30 a.m. (Atlantic Time)
Objection Deadline: September 26, 2017 at 4:00 p.m. (Atlantic Time)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>Plaintiff,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | CIVIL NO.: 17-BK-03283 (LTS)<br><br>PROMESA<br><br>TITLE III |

### NOTICE OF HEARING ON COOPERATIVA DE SEGUROS MULTIPLES' MOTION FOR CLARIFICATION OF AUTOMATIC STAY AND IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that a hearing on the *Motion for Clarification of Automatic Stay and in the alternative Relief from the Automatic Stay* (the "**Motion**") filed by *Cooperativa de Seguros Multiples de Puerto Rico*, pursuant to section 362(d) of title 11 of the United States Code (the "**Bankruptcy Code**"), made applicable in these cases pursuant to section 301(a) of PROMESA, will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918- 1767 on **October 4, 2017 at 9:30 a.m. (Atlantic Standard Time) (the "Hearing")**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Puerto Rico, and the Second Amended Notice, Case Management, and Administrative Procedures [Docket No. 1065-1], must be filed with the Court:

(a) by attorneys practicing in the Court, including attorneys admitted pro hac vice, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, in text-searchable portable document format (PDF), to the extent applicable, and served on counsel for the COFINA Agent, the Court, and on (i) counsel for the Oversight Board, (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, (iv) the Office of the United States Trustee for Region 21, (v) counsel for the Official Committee of Unsecured Creditors, (vi) counsel for the Official Committee of Retired Employees of Puerto Rico, and (vii) all other parties in the Master List maintained pursuant to the Case Management Procedures and found at:

https://cases.primeclerk.com/puertorico/Home-Index

so as to be received no later than **September 26, 2017 at 4:00 p.m. (Atlantic Standard Time) (the "Objection Deadline").**

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no objection is timely filed, served and received in accordance with the Second Amended Notice, Case Management, and Administrative Procedures [Docket No. 1065-1].

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's

website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

In West Palm Beach, Florida for San Juan, Puerto Rico, on this 12th day of September 2017.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

VALDES ORTIZ LAW OFFICES, PA
8461 Lake Worth Rd.
Suite 420
Lake Worth, FL 33467
Tel: (561) 340-1410

**s/ Hector E. Valdes Ortiz**
HECTOR E. VALDES ORTIZ
USDC-PR No. 219411
hvaldes@v-olaw.com