# *<u>Exhibit 1</u>*

## JORGE E. MARCHAND SIFRE

The founder and principal of Marchand ICS Group, Jorge E. Marchand Sifre, established his boutique group in 1995 to provide clients with tailored services that made the most of strategic planning integration on public and government relations positioning and crisis management. As principal of Marchand ICS, he has developed a strong and viable client base with businesses and organizations representing practically every sector of the economy, and the third sector.

Marchand ICS has managed corporate identity projects, establishing alliances with local and world-renowned firms that specialize in this area. The group has worked closely with clients in mergers & acquisitions, launching of new products and services, organized conferences, and produced publications and exhibitions, including an award winning major publication on the history of the Puerto Rican Supreme Court. His expertise with public affairs and government relations has made him an effective resource with numerous administrations at the state and municipal level.

Prior to 1995, Jorge was Senior Vice President of communications of Banco Popular, the largest bank in Puerto Rico. During this nine-year tenure (1987-1995), he presided over the positioning of new management within the bank, helped design and execute the communications strategy for one of the largest mergers & acquisitions carried out in Puerto Rico's history. He also designed, organized and oversaw the execution of the bank's 100 years anniversary, a yearlong affair that included numerous events, including the publication of a book on the history of the bank in Puerto Rico's economy. In addition, he participated in the launch of numerous products and services during his time of service at the bank.

Before joining the bank, Jorge managed advertising, marketing and distribution for several premium brands and products at some of the most prestigious advertising firms in Puerto Rico. Some of these included Procter & Gamble and Panasonic. During this period, Jorge participated in the acquisition of Puerto Rico Distillers (local Seagram's operation) by Serrallés Distillers.

At present, he is the Executive Director of Fundación Tribunal Supremo de Puerto Rico, Board Member of Fundación Agenda Ciudadana and former Board Member of Fundación Banco Popular and Boys and Girls Club Puerto Rico.