# United States Court of Appeals
## For the First Circuit
_____

No. 17-1743

IN RE: COMMONWEALTH OF PUERTO RICO; PUERTO RICO SALES TAX FINANCING
CORPORATION, a/k/a Cofina,

Debtors.

_____

COMMONWEALTH OF PUERTO RICO; PUERTO RICO SALES TAX FINANCING
CORPORATION, a/k/a Cofina,

Debtors, Appellees,

MONSITA LECAROZ-ARRIBAS,

Trustee, Appellee,

v.

ANGEL RUIZ-RIVERA,

Movant, Appellant.

_____

Before

Howard, Chief Judge,
Torruella and Kayatta, Circuit Judges.
_____

**JUDGMENT**

Entered: September 7, 2017

For lack of a substantial question or jurisdictional basis, the appeal is summarily dismissed
under 1st Cir. R. 27.0(c).  The motion to proceed in forma pauperis on appeal is denied as moot.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Angel Ruiz-Rivera
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy William Mungovan
Ubaldo M. Fernandez
Stephen L. Ratner
Martin J. Bienenstock
Ehud Barak
Daniel J. Perez Refojos
Michael Luskin
Stephan E. Hornung
Julia D. Alonzo
Bradley R. Bobroff
Lucia Chapman
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Scott Rutsky
Steven O. Weise
Maja Zerjal
Kurt F. Gwynne
Ralph C. Ferrara
Chantel L. Febus
Eric A. Schaffer
Luke A. Sizemore
Ann M. Ashton
Jonathan E. Richman
Monsita Lecaroz-Arribas
Financial Oversight and Management Board
US Trustee
Monsita Lecaroz-Arribas
Diana M. Batlle-Barasorda
Juan J. Casillas-Ayala
James R. Bliss
Luc A. Despins
Alberto Juan Enrique Aneses-Negron
G. Alexander Bongartz
Andrew V. Tenzer
Leslie A. Plaskon
James B. Worthington
Michael E. Comerford
Ericka C. Montull-Novoa
Antonio Juan Bennazar-Zequeira