# EXHIBIT B

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A&S Legal Studio, PSC | A&S Legal Studio, PSC | Attn: Legal Department | 434 Avenida Hostos | | San Juan | PR | 00918 | | 787-751-6764; 787-763-0565 | 787-763-8260 | |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 | | | | |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 | | | | |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 | | 787-458-8550; 787-832-4040 x. 2656 | | |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 | | | | |
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | 150 Carlos Chardón Street | Federal Building, Office 150 | San Juan | PR | 00918-1767 | | | 787-977-6080 | |
| Del Valle Group, SP | Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | PO Box 2319 | | Toa Baja | PR | 00951-2319 | | | | |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 | | 787-721-2900 | | |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 | | | | |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 | | | | |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 | | | | |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 | | | | |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 | | | | |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 | | | | |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 | | | | |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 | | | | |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 | | | | |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 | | | | |
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc., PSC | Attn: Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq. | PO Box 193729 | | San Juan | PR | 00919-3729 | | 787-751-4334 | | |
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 | | 787-781-0707 | | |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | PO Box 190095 | | San Juan | PR | 00919-0095 | | 787-753-1565 | 787-763-1704 | |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 | | 787-753-1565 | 787-763-1704 | |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 | | | | |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 | | 787-851-7866 | 787-851-1717 | |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 | | | | |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 | | | | |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 | | | | |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 | | | | |
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 | | | | |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 | | 202-514-9038 | 202-307-0494 | |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-514-9038 | 202-307-0494 | |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-353-7971 | 202-514-9163 | |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 | | | | |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 | | 787-766-5656 | 787-771-4043 | |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 | | | | |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 | | | | |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 | | | | |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 | | | | |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 | | | | |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Office of the Solicitor, N-2700 | Frances Perkins Building, 200 Constitution Ave | Washington | DC | 20210 | | | | |