# **EXHIBIT C**

**Lupo, Roseann M.**

---

**From:** Despins, Luc A.
**Sent:** Friday, September 8, 2017 6:12 PM
**To:** john.couriel@kobrekim.com
**Cc:** Martin Bienenstock (mbienenstock@proskauer.com)
**Subject:** RE: Thank you


John, I wanted to get back to you on the below. On the call yesterday, I asked you about your current or past connections with these banks and with Mr. Gonzalez, one of the Oversight Board members, not only whether your firm was or had represented them. While I am glad your firm does not represent these financial institutions and/or the two Oversight Board members I mentioned, that does not tell the Committee what current or past connections you have with these institutions or persons. You told us you met Mr. Garcia in 2005, that is one connection. What about the others? Have you met or represented Mr. Gonzalez before (same for the banks), and in what context have you met or represented Mr. Garcia and/or Mr. Gonzalez and/or the banks? Sorry to bother you with these questions but the Committee will insist that I find out given a previous board issue which preceded your involvement. Thank you.

-----Original Message-----
From: John.Couriel@kobrekim.com [mailto:John.Couriel@kobrekim.com]
Sent: Thursday, September 07, 2017 6:42 PM
To: Despins, Luc A.
Cc: Martin Bienenstock (mbienenstock@proskauer.com)
Subject: [EXT] Re: Thank you

Luc,

The pleasure was mine.

Kobre & Kim has never represented Mr. Garcia, GDB, Santander, or Banco Popular. I myself met Mr. Garcia in 2005, but have not spoken to him in about 12 years.

John

John D. Couriel
+1 305 967 6115<tel:+1%20305%20967%206115>

KOBRE & KIM LLP
www.kobrekim.com<http://www.kobrekim.com/>

New York | London | Hong Kong | Seoul | Washington, DC | San Francisco | Miami | Cayman Islands | BVI

On Sep 7, 2017, at 4:06 PM, Despins, Luc A. <lucdespins@paulhastings.com<mailto:lucdespins@paulhastings.com>> wrote:

1

John, thank you for the introductory call today. I apologize for not being able to recall the name of the other oversight board member who was involved at Santander, Banco Popular and GDB (in his prior career). His name is Carlos Garcia. I would appreciate it if you could similarly confirm your lack of current or prior connection to Mr. Garcia. I know the Committee will want to know. Thank you.

---

<http://www.paulhastings.com/>

This e-mail message is from Kobre & Kim LLP, a law firm, and may contain legally privileged and/or confidential information. If the reader of this message is not the intended recipient(s), or the employee or agent responsible for delivering the message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this e-mail message and any attachments from your computer without retaining a copy.

2