Hearing Date: October 4, 2017 at 9:30 a.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :
---------------------------------------------------------------------- x

## AGREED NOTICE OF HEARING ON MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY PROGRAM WITH RESPECT TO CERTAIN CAUSES OF PUERTO RICO FINANCIAL CRISIS

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* [Docket No. 706] (filed July 21, 2017) (the "Motion")[2], which commenced on August 22, 2017, will continue and be held before the Honorable Judith G. Dein, United States Magistrate Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardón Street, Federal Building, Office

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] As highlighted in the *Interim Order In Respect of Rule 2004 Motion of Official Committee of Unsecured Creditors* [Docket No. 1163], objections to the Motion have already been received, an initial hearing on the Motion was conducted on August 22, 2017, and the Motion remains pending before the court.

150, San Juan, Puerto Rico 00918-1767 on **October 4, 2017 at 9:30 a.m. (Atlantic Standard Time)** (the "Hearing").[3]

| | |
|---|---|
| Dated: September 12, 2017<br>San Juan, Puerto Rico | */s/ Luc A. Despins*<br><br>PAUL HASTINGS LLP<br>Luc. A. Despins, Esq. *(Pro Hac Vice)*<br>James R. Bliss, Esq. *(Pro Hac Vice)*<br>James B. Worthington, Esq. *(Pro Hac Vice)*<br>G. Alexander Bongartz, Esq. *(Pro Hac Vice)*<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>- and –<br><br>*/s/ Juan J. Casillas Ayala, Esq.*<br><br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq., USDC - PR 218312<br>Diana M. Batlle-Barasorda, Esq., USDC - PR 213103<br>Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710<br>Ericka C. Montull-Novoa, Esq., USDC - PR 230601<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Telephone: (787) 523-3434<br>jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br><br>*Proposed Replacement Local Counsel to the Official Committee of Unsecured Creditors* |

---

[3] Counsel for the Oversight Board has agreed with counsel for the Committee that the Motion should be presented to the Court at the upcoming October 4, 2017 Omnibus Hearing.