# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 17-BK-3283 LTS |
| THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO<br>Debtor | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned legal counsel and respectfully SETS FORTH and PRAYS:

Creditor Luis Modesto Rodríguez Rivera has retained the service of the undersigned to represent him in the case of caption as a creditor and/or party in interest.

**WHEREFORE**, it is respectfully requested from this Honorable Court that it enter an order for all notices and documents filed in this case to be sent to the undersigned.

**I HEREBY CERTIFY** that, on this day, I electronically filed the foregoing with the Clerk of the Court the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

RESPECTFULLY SUBMITTED

In Guayama, Puerto Rico, this 13th day of September, 2017.

/s/ **Miguel Ángel Serrano-Urdaz**
USDC No. 223608
P. O. Box 1915
Guayama, Puerto Rico 00785

*In re Pedro L. Colón Martínez,* Case No. 13-928 ESL13

Tel./Fax: 787.864.5454
serrano.urdaz.law@hotmail.com