**Hearing Date and Time: October 4, 2017, at 9:30 a.m. AST**
**Objection Deadline: September 19, 2017, at 4:00 p.m. AST**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

------------------------------------------------------------- -x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY ("PREPA"),[2]

                  Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS
(Joint Administration Requested)

------------------------------------------------------------ -x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

# NOTICE OF HEARING ON URGENT MOTION OF THE UNITED STATES TRUSTEE PURSUANT TO PROMESA SECTIONS 316 AND 317 AND BANKRUPTCY CODE SECTION 105(A) FOR ENTRY OF ORDER APPOINTING A FEE EXAMINER AND RELATED RELIEF

**PLEASE TAKE NOTICE** that a hearing on the annexed Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of Order Appointing a Fee Examiner and Related Relief (the "**Motion**"), filed by the United States Trustee pursuant to sections 316 and 317 of the Puerto Rico Oversight, Management, and Economic Stability Act ("**PROMESA**"), and Bankruptcy Code section 105(a), made applicable in the Title III Cases by PROMESA section 301(a), will be held before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico, Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on **October 4, 2017 at 9:30 a.m. (Atlantic Standard Time)** (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that any response or objection (any "**Objection**") to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted pro hac vice, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Court's Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief, as amended (ECF Nos. 249, 262, 1065.), so as to be filed and

received no later than **September 19, 2017 at 4:00 p.m. (Atlantic Standard Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court may enter an order granting the relief sought without a hearing pursuant to the case management procedures.

**DATED: September 13, 2017**

GUY G. GEBHARDT
Acting United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By:   s/ Julio Guzmán-Carcache
Julio Guzmán-Carcache
Trial Attorney
USDC-PR No. 230104
Julio.Guzman@usdoj.gov
