UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING THE SCHEDULING ASPECT OF THE URGENT
MOTION OF THE UNITED STATES TRUSTEE PURSUANT TO PROMESA SECTIONS 316 AND 317
AND BANKRUPTCY CODE SECTION 105(A) FOR ENTRY OF AN ORDER APPOINTING A FEE EXAMINER
AND RELATED RELIEF TO BE HEARD AT THE OCTOBER 4, 2017 HEARING

On September 13, 2017, the Court has received and reviewed the *Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of Order Appointing Fee Examiner and Related Relief* filed by Guy G. Gebhardt, Acting United States Trustee for Region 21 (the "UST") (the "Motion"). (Case No. 17-3283; Docket Entry No. 1296.) In the Motion, the UST requests that the UST's Motion for appointment of a fee examiner and related relief (the "Fee Examiner Motion") be heard on shortened notice. Further, the UST states that UST's Office was unable to file the Motion in a timely manner due to the closure of all eight offices in Region 21 as a result of Hurricane Irma. In the Motion, the UST represents that counsel for the Debtors and the Statutory Committees do not object to the request for shortened notice. Based on the representations in the Motion, the Fee Examiner Motion will be heard at the Omnibus Hearing, which will begin at **9:30 a.m. (Atlantic Standard Time) on October 4, 2017**, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

<u>and</u> by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  Opposition and reply papers must be filed in accordance with the deadlines set forth in the operative Case Management Order.

    SO ORDERED.

Dated: September 14, 2017

          /s/ Laura Taylor Swain  
          LAURA TAYLOR SWAIN  
          United States District Judge