# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

------------------------------------------------------- -x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY ("PREPA"),[2]

                  Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS
(Joint Administration Requested)

------------------------------------------------------- -x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

**URGENT MOTION OF THE UNITED STATES TRUSTEE TO SUBSTITUTE EXHIBIT A TO THE URGENT MOTION OF THE UNITED STATES TRUSTEE PURSUANT TO PROMESA SECTIONS 316 AND 317 AND BANKRUPTCY CODE SECTION 105(A) FOR ENTRY OF ORDER APPOINTING A FEE EXAMINER AND RELATED RELIEF.**

To the Honorable United States District Court Judge Laura Taylor Swain:

Guy G. Gebhardt, Acting United States Trustee for Region 21, respectfully submits this Urgent Motion to Substitute Exhibit A to the Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of Order Appointing a Fee Examiner and Related Relief.

1. On September 13, 2017, the United States Trustee filed the Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of Order Appointing a Fee Examiner and Related Relief (the "Urgent Motion"). (The Commonwealth of Puerto Rico, ECF No. 1296; and PREPA, ECF No. 297).

2. The Urgent Motion was accompanied by an Exhibit A, a Proposed Order entitled "Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief." *Id.*

3. Due to an error converting the Urgent Motion and its exhibits to PDF format, the paragraphs of the Proposed Order are incorrectly numbered.

4. Attached herewith is an amended version of the Proposed Order, which contains correctly-numbered paragraphs. The United States Trustee petitions the Court for leave to substitute this Amended Proposed Order for the Proposed Order included as Exhibit A to the Urgent Motion.

5. The United States Trustee requests that the relief sought herein be granted on an expedited basis without the need for notice and a hearing.

WHEREFORE, the United States Trustee respectfully requests that the Court grant him leave to substitute the Amended Proposed Order attached to this Motion for the Proposed Order included as Exhibit A to the Urgent Motion.

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants.

**DATED: September 14, 2017**

GUY G. GEBHARDT
Acting United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Julio Guzmán-Carcache
Julio Guzmán-Carcache
Trial Attorney
USDC-PR No. 230104
Julio.Guzman@usdoj.gov