UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING URGENT MOTION FOR EXTENSION OF DEADLINES IN CONNECTION WITH THE
SECOND AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES

On September 13, 2017, the Court has received and reviewed the *Urgent Motion for Extension of Deadlines in Connection with the Second Amended Case Management and Administrative Procedures* filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") (the "Motion"). (Docket Entry No. 1298.) In the Motion, AAFAF seeks an extension of deadlines in connection with the *Second Amended Case Management Procedures* (Docket Entry No. 1065.). Specifically, AAFAF was unable to file a *Motion to Amend Second Amended Case Management and Administrative Procedures to Further Revise Protocol for Stay Relief Motions* (the "Motion to Amend") in a timely manner due to the power outages on the island of Puerto Rico as a result of Hurricane Irma. Based on the representations in the Motion, the Motion is granted. Papers in opposition to the Motion to Amend must be filed by **September 20, 2017 at 4:00 p.m. (Atlantic Standard Time)** and reply papers must be filed in accordance with the deadline set forth in the operative Case Management Order.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves docket entry no. 1298 in Case No. 17-3283, docket entry no. 218 in Case No. 17-3284, docket entry no. 267 in Case No. 17-3567, and docket entry no. 204 in Case No. 17-3566.

SO ORDERED.

Dated:  September 14, 2017

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge