# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------- x
                                              :
In re:                                        :
                                              :
THE FINANCIAL OVERSIGHT AND                   :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :   Title III
                                              :
        as representative of                  :   Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO et al.,       :   (Jointly Administered)
                                              :
        Debtors.¹                             :
                                              :
                                              :
------------------------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

I, Jocelyn C. Kuo, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that on September 12, 2017, I caused to be served the following document by sending a true and correct copy by e-mail on the parties listed on <u>Exhibit A</u>, by first class mail on the parties listed on <u>Exhibit B</u>, and two courtesy copies were served by overnight mail to the Chambers of Honorable Laura Taylor Swain and the Magistrate Judge Judith Dein as listed on <u>Exhibit C</u>.

- Response of Commonwealth Agent to Motion of COFINA Agent for Order Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent [Docket No. 1279]

Dated: September 15, 2017

/s/ Jocelyn C. Kuo
Jocelyn C. Kuo

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

**EXHIBIT A**

Via E-mail

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Postal Code | Email |
|---|---|---|---|---|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn:  Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, & Luis A. Oliver Fraticelli | PO Box 70294 | | San Juan | PR | 00936-8294 | epo@amgprlaw.com larroyo@amgprlaw.com acasellas@amgprlaw.com loliver@amgprlaw.com asantiago@amgprlaw.com |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn:  Lourdes Arroyo-Portela, Alejandro A. Santiago Martinez, & Katarina Stipec Rubio | PO Box 70294 | | San Juan | PR | 00936-8294 | larroyo@amgprlaw.com asantiago@amgprlaw.com kstipec@amgprlaw.com |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Luis A. Oliver-Fraticelli & Katarina Stipec-Rubio | 208 Ponce de Leon Ave., | Suite 1600 | San Juan | PR | 00918 | loliver@amgprlaw.com kstipec@amgprlaw.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn:  Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez | PO Box 70294 | | San Juan | PR | 00936-8294 | smalave@amgprlaw.com kstipec@amgprlaw.com pjime@icepr.com |
| Counsel to American Federation of State, County and Municipal Employees | AFSCME | Attn:  Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | 1101 17th Street NW | Suite 900 | Washington | DC | 20011 | jrivlin@afscme.org tpaterson@afscme.org mblumin@afscme.org |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | | PO Box 195355 | | San Juan | PR | 00919-533 | andreslopecordova@gmail.com acordova@juris.inter.edu |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Angélica Toro-Lavergne | | Popular Center-9th Floor | 209 Muñoz Rivera Ave. | San Juan | PR | 00918 | Angelica.Toro@popular.com |
| Counsel to Sistema de Retiro de la Universidad de Puerto Rico and Siemens Transportation Partnership Puerto Rico, SE | Antonetti Montalvo & Ramirez, Coll | Attn: Jose L. Ramirez-Coll & Kelly Rivero Alén | PO Box 13128 | | San Juan | PR | 00908 | jramirez@amrclaw.com kellyrivero@hotmail.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | PMB 688 | 1353 Ave. Luis Vigoreaux | Guaynabo | PR | 00966 | mrios@arroyorioslaw.com jfigueroa@arroyorioslaw.com |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | | PO Box 331709 | | Ponce | PR | 00733-1709 | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | PO Box 29227 | | San Juan | PR | 00929-0227 | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | Urb. Matienzo Cintron | Calle Montellano 518 | San Juan | PR | 00923 | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | 48 Carr. 165, | Ste. 500 | Guaynabo | PR | 00968-8033 | julian.fernandez@metropistas.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | PO Box 12004 | | San Juan | PR | 00922 | julian.fernandez@metropistas.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Banco Santander Puerto Rico | Attn: Rafael Bonilla Rodriguez | 207 Ponce de Leon Ave. | | Hato Rey | PR | 00917-1818 | rbonilla@bspr.com |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg, LLP | Attn: David M. Powlen | 1000 N. West Street | Suite 1500 | Wilmington | DE | 19801 | david.powlen@btlaw.com |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | PO Box 194927 | | San Juan | PR | 00919-4927 | belkgrovas@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Apartado Postal 194000 #212 | | San Juan | PR | 00919-4000 | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Edificio Union Plaza, PH-A | 416 Avenida Ponce de León | Hato Rey, San Juan | PR | 00918 | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Counsel to the QTCB Noteholder Group | Bracewell, LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton | City Place I, 34th Floor | 185 Asylum Street | Hartford | CT | 06103 | kurt.mayr@bracewell.com<br>daniel.connolly@bracewell.com<br>david.lawton@bracewell.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc., Plaintiff in Adversary Proceeding 17-00197 | Bufete Emmanuelli, CSP | Attn: Yasmin Colon Colon & Rolando Emmanuelli Jiménez | Urb. Constancia | 2803 Calle San Francisco | Ponce | PR | 00717 | colonyasmin@hotmail.com<br>remmanuelli@me.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | 1020 Highland Colony Parkway | Suite 1400 | Ridgeland | MS | 39157 | chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Jason W. Callen | 150 3rd Avenue, South, | Suite 1600 | Nashville | TN | 37201 | jason.callen@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Martin Sosland, Esq. | 5430 LBJ Freeway | Suite 1200 | Dallas | TX | 75240 | martin.sosland@butlersnow.com<br>Chris.Maddux@butlersnow.com<br>Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Stanford G. Ladner | 1700 Broadway, 41st Floor | | New York | NY | 10019 | stan.ladner@butlersnow.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, & Casey J. Servais | 200 Liberty Street | | New York | NY | 10281 | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | 700 Sixth Street, NW | | Washington | DC | 20001 | mark.ellenberg@cwt.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., & Ferrovial Agroman, SA | Cardona-Jimenez Law Offices, PSC | Attn:  Jose F. Caronda Jimenez | PO Box 9023593 | | San Juan | PR | 00902-3593 | jf@cardonlaw.com |
| Caribbean Hospital Corporation | Caribbean Hospital Corporation | | PMB 485 | PO Box 7891 | Guaynabo | PR | 00936-6001 | delapena.sylvia@gmail.com |
| Counsel to Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn:  Carlos C. Alsina Batista | 1519 Ponce De León Ave. | Firstbank Bldg., Suite 513 | San Juan | PR | 00909 | calsina@prquiebra.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Carlos Fernandez-Nadal, Esq. | | 818 Ave. Hostos | Ste. B | Ponce | PR | 00716 | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn:  Carlos M. Vergne Vargas | 24 Mariana Bracetti | 2nd Floor | San Juan | PR | 00925 | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn:  Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | PO Box 364924 | | San Juan | PR | 00936-4924 | hburgos@cabprlaw.com rcasellas@cabprlaw.com dperez@cabprlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Casillas, Santiago & Torres, LLC | Attn:  Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com dbatlle@cstlawpr.com aaneses@cstlawpr.com emontull@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn:  Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. | PO Box 195075 | | San Juan | PR | 00919-5075 | jcasillas@cstlawpr.com aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn:  Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | El Caribe Office Building | 53 Palmeras Street, 16th Floor | San Juan | PR | 00901 | ltorres@cstlawpr.com AAneses@cstlawpr.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade Puerto Rico | Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | 356 Fortaleza Street | Second Floor | San Juan | PR | 00901 | ccuprill@cuprill.com |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | PO Box 9478 | | San Juan | PR | 00908-9478 | eduardo@cobianroig.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | 330 West 42nd Street | | New York | NY | 10036-6979 | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López | PO Box 364925 | | San Juan | PR | 00936-4925 | jlopez@constructorasantiago.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management, LP, OZ Management LP, OZ Management II, LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet and Sergio E. Criado | Centro Internacional de Mercadeo, Torre II | # 90 Carr. 165, Suite 407 | Guaynabo | PR | 00968 | ra@calopsc.com<br>scriado@calopsc.com |
| Counsel to Autonomous Municipality of Ponce | Cuprill Law Offices | Attn: Carlos Fernandez-Nadal, Esq | 818 Hostos Ave. | Ste. B | Ponce | PR | 00716 | carlosfernandez@cfnlaw.com |
| Counsel to Autonomous Municipality of Ponce | Cuprill Law Offices | Attn: Hector R. Cuprill, Esq | 204 Suite Torre de Oro Ferre Blvd. Ponce | PO Box 335210 | Ponce | PR | 00717 | cuprislaw@yahoo.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Attn: Elie J. Worenklein, Esq. | 919 Third Avenue | | New York | NY | 10022 | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | 1095 Avenue of the Americas | | New York | NY | 10036 | allan.brilliant@dechert.com<br>robert.jossen@dechert.com<br>andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn: G. Eric Brunstad, Jr. | 90 State House Square | | Hartford | CT | 06106 | eric.brunstad@dechert.com |

| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | Cira Centre | 2929 Arch Street | Philadelphia | PA | 19104 | stuart.steinberg@dechert.com michael.doluisio@dechert.com |
|---|---|---|---|---|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | PO Box 11750 | Fernández Juncos Station | San Juan | PR | 00910-1750 | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | PO Box 9020192 | | San Juan | PR | 00902-0192 | wburgos@justicia.pr.gov |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | Highways & Transportation Authority PMB 443 | Suite 112, 100 Grand Paseos Blvd | San Juan | PR | 00926-5902 | rcastellanos@devconlaw.com |
| Counsel to Assured Guaranty Corp. & Assured Guaranty Municipal Corp. | Diana Perez Seda | | PO Box 364924 | | San Juan | PR | 00936-4924 | dperez@cabprlaw.com |
| Counsel to Voz Activa, Inc. | Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | PO Box 2000 | | Caguas | PR | 00726-2000 | diazsotolaw@gmail.com |
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and to The University of Puerto Rico | DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | Edificio Ochoa, Suite 401 | 500 Calle de la Tanca | San Juan | PR | 00901-1969 | jose.sosa@dlapiper.com |
| Counsel to the Employees Retirement System of the | DLA Piper, LLP (US) | Attn: Richard A. Chesley | 444 West Lake Street | Suite 900 | Chicago | IL | 60606-0089 | richard.chesley@dlapiper.com |

| Government of the Commonwealth of Puerto Rico | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper, LLP (US) | Attn:  Richard A. Chesley & Rachel Ehrlich Albanese | 1251 Avenue of the Americas | | New York | NY | 10020 | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Federal Agency | Environmental Protection Agency (EPA) | Attn:  Mark Gallagher | 1200 Pennsylvania Ave., NW | | Washington | DC | 20460 | mark.gallagher@usdoj.gov |
| Counsel to Autonomous Municipality of Ponce | Estrella, LLC | Attn:  Alberto G. Estrella & Paul Hammer | 150 Tetuan Street | | Old San Juan | PR | 00901 | agestrella@estrellallc.com phammer@estrellallc.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn:  Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | PO Box 11397 | Fernández Juncos Station | San Juan | PR | 00910-2497 | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn:  Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | Urb. Hyde Park | 249 Las Marías St. | San Juan | PR | 00927 | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Faegre Baker Daniels, LLP | Attn:  Robert L. Schnell & Michael B. Fisco | 2200 Wells Fargo Center | 90 S. 7th Street | Minneapolis | MN | 55402 | robert.schnell@faegrebd.com pjime@icepr.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Feldesman Tucker Leifer Fidell, LLP | Attn:  James L. Feldesman | 1129 20th Street, NW | Fourth Floor | Washington | DC | 20036 | jfeldesman@FTLF.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y | Fernández, Collins, Cuyar & Plá | Attn:  Juan A. Cuyar Cobb, Esq. | PO Box 9023905 | | San Juan | PR | 00902-3905 | jcc@fclawpr.com vperez@globalinsagency.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | | | | | | | | |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | 221 Ponce de León Avenue | 5th Floor | San Juan | PR | 00917 | rcamara@ferraiuoli.com scolon@ferraiuoli.com |
| Interested Party | Ferrovial Agroman, SA | Attn: Eng. Nassin E. Tactuk Diná | 1250 Ponce De Leon Ave. | San José Building Suite 901 | San Juan | PR | 00902 | n.tantuk@ferrovial.com |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | Fiddler, Gonzalez & Rodriguez, PSC | Attn: Edgardo Barreto-Pagan | 894 Munoz Rivera Ave. | M.A.S. Building - Suite 206 | Rio Piedras | PR | 00927 | edgardo_barreto@yahoo.com |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas | PO Box 13786 | | San Juan | PR | 00908 | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón | 1519 Ponce De León Ave. | First Federal Bldg. Suite 805 | San Juan | PR | 00909 | bufetefrgonzalez@gmail.com |
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc., PSC | Attn: Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq. | 108 Padre Las Casas Urb. El Vedado | Hato Rey | San Juan | PR | 00918 | fperez@fpglaw.com jblanco@fpglaw.com |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | 254 Ave. Jesús T. Piñero | | San Juan | PR | 00927 | wmq@wmarrerolaw.com |

| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Gibson, Dunn & Crutcher, LLP | Attn: Theodore B. Olson, Matthew D. McGill, Helgi C. Walker, Lochlan F. Shelfer & Jeremy M. Christiansen | 1050 Connecticut Ave., NW | | Washington | DC | 20036 | tolson@gibsondunn.com mmcgill@gibsondunn.com hwalker@gibsondunn.com lshelfer@gibsondunn.com jchristiansen@gibsondunn.com |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Godreau & Gonzalez | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | PO Box 9024176 | | San Juan | PR | 00902-4176 | dg@g-glawpr.com rgv@g-glawpr.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal, Solymar Castillo Morales | Post Office Box 70364 | | San Juan | PR | 00936-8364 | crodriguez-vidal@gaclaw.com scastillo@gaclaw.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | PO Box 1291 | | San Lorenzo | PR | 00754 | hernandezrodriguezlaw@gmail.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Hogan Lovells US, LLP | Attn: Robin E. Keller, Esq. | 875 Third Avenue | | New York | NY | 10022 | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: Jesús E. Cuza | 701 Brickell Avenue, | Suite 3300 | Miami | FL | 33131 | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | 10 St. James Avenue | | Boston | MA | 02116 | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | Honorable Rosanna López León | | El Capitolio | PO Box 9023431 | San Juan | PR | 00902-3431 | mvega@senado.pr.gov |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | 207 del Parque Street | 3rd Floor | San Juan | PR | 00912 | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-5016 | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized | PO Box 7346 | | Philadelphia | PA | 19101-7346 | Mimi.M.Wong@irscounsel.treas.gov |

| | | Insolvency Operation | | | | | | |
|---|---|---|---|---|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service (IRS) | Insolvency Unit | City View Plaza | 48 Carr 165, Suite 2000 | Guaynabo | PR | 00968 | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Juan E. Noguera, COFINA Bond Credtior | JE Noguera, G Picón & Associates | Attn:  Juan E. Noguera | 1569 Gila St. | Caribe Dev. | San Juan | PR | 00926-2708 | noguerapicon@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn:  Catherine Steege & Melissa Root | 353 N. Clark Street | | Chicago | IL | 60654 | csteege@jenner.com mroot@jenner.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn:  Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com rlevin@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn:  Andrés F. Picó Ramírez & J. Ramón Rivera Morales | PO Box 366104 | | San Juan | PR | 00936-6104 | rrivera@jgl.com apico@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn:  Bruce Bennett | 555 South Flower Street | 50th Floor | Los Angeles | CA | 90071 | bbennett@jonesday.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | 8169 Calle Concordia | Suite 102, Cond. San Vicente | Ponce | PR | 00717-1556 | jpsala_pr@yahoo.com salalawyers@yahoo.com |
| Counsel to Del Valle Group, SP | Jorge R. Quintana-Lajara | | 400 Calle Calaf, PMB 165 | | San Juan | PR | 00918-1314 | jorgequintanalajara@gmail.com |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the | Jose Luis Barrios-Ramos | | 1801 McLeary Ave. Suite 303 | | San Juan | PR | 00911 | barrios.jl@outlook.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| American Federation of Teachers, AFL-CIO | | | | | | | | |
| Counsel to WorldNet Telecommunications, Inc. | José Luis Barrios-Ramos | | PO Box 364966 | | San Juan | PR | 00936-4966 | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | 701 Ave Ponce de Leon | Suite 401 | San Juan | PR | 00907-3248 | jwc@jwcartagena.com |
| Counsel to the Municipality of Guayanilla | JRAF Law Firm, PSC | Attn:  Juan P. Rivera Roman | PO Box 7498 | | Ponce | PR | 00732 | riveraroman@hotmail.com |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | Juan A. Hernández Rivera, Esq. | | PMB #108 | HC 72 Box 3766 | Naranjito | PR | 00719 | juan@jahrlaw.com |
| Counsel to Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Juan Ramón Rivera Font, Esq. | Attn:  Juan Ramón Rivera Font, Esq. & Ramón A. Cestero, Jr., Esq. | 27 González Giusti Ave. | Office 602 | Guaynabo | PR | 00968 | lourdes@riverafont.com juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | Com. Punta Diamante | Calle Naira #1561 | Ponce | PR | 00728 | ileanaortix@outlook.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Kasowitz Benson Torres, LLP | Attn:  Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | 1633 Broadway | | New York | NY | 10019 | Kdavid@kasowitz.com Dfliman@kasowitz.com Isasson@kasowitz.com |
| Counsel to the COFINA Agent | Klee, Tuchin, Bogdanoff & Stern, LLP | Attn:  Kenneth N. Klee, Daniel J. Bussel, & Jonathan M. Weiss | 1999 Avenue of the Stars | 39th Floor | Los Angeles | CA | 90067 | kklee@ktbslaw.com dbussel@ktbslaw.com jweiss@ktbslaw.com |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn:  Angel Perez & Luisette Negron | American Intl. Plaza, 250 Ave. | Luis Munoz Rivera | San Juan | PR | 00918 | aperez@kpmg.com Lnegron@kpmg.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to Major COFINA Bondholders & Mutual Fund Group and Oppenheimer Funds | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley | 1177 Avenue of the Americas | | New York | NY | 10036 | acaton@kramerlevin.com tmayer@kramerlevin.com pbentley@kramerlevin.com dblabey@kramerlevin.com dbuckley@kramerlevin.com |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | El Centro II, Suite 260 | #500 Muñoz Rivera Avenue | San Juan | PR | 00918 | pola@frankpolajr.com |
| Counsel to PFZ Properties, Inc. | Law Offices Ismael H. Herrero III & Associates, PSC | Attn: Ismael H. Herrero, III | PO Box 362159 | | San Juan | PR | 00936-2159 | herreroilll@herrerolaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | 902 Fernández Juncos Ave. | | San Juan | PR | 00907 | andres@awllaw.com |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, and Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Law Offices of John E. Mudd | Attn: John E. Mudd | PO Box 194134 | | San Juan | PR | 00919 | jemudd@yahoo.com |
| Counsel to Del Valle Group, SP | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | PO Box 362634 | | San Juan | PR | 00936-2634 | craigmcc@me.com |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | PO Box 194735 | | San Juan | PR | 00919-4735 | rrodriguez@juris.inter.edu |
| Interested Party | Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | 138 Winston Churchill | Suite 316 | San Juan | PR | 00926-6023 | suarezcobo@gmail.com |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | Box 316 | Senorial Station | San Juan | PR | 00926-6023 | dvelawoffices@gmail.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and A&S Legal Studio, PSC | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | PO Box 79897 | | Carolina | PR | 00984-9897 | dvelawoffices@gmail.com |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | 1271 Avenue of the Americas 35th Floor | | New York | NY | 10020 | thomas.hommel@lehmanholdings.com pamela.simons@lehmanholdings.com abhishek.kalra@lehmanholdings.com |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | PMB 456 Suite 102 | 405 Ave. Esmeralda | Guaynabo | PR | 00969 | alinares2020@yahoo.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, et al., Plaintiff in Adversary Proceedings 17-00219 and 17-00220 | Lopez Sanchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez | PO Box 11917 | | San Juan | PR | 00922-1917 | alavergne@lsplawpr.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | 270 Muñoz Rivera Avenue | Suite 1110 | San Juan | PR | 00918 | jsanchez@lsplawpr.com alavergne@lsplawpr.com mvazquez@lsplawpr.com |
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | 100 Carr. 165 | Suite 501 | Guaynabo | PR | 00968-8052 | wlugo@lugomender.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | PO Box 34 | | Fajardo | PR | 00738 | lawlugo1@gmail.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | 802 Avenida Fernández Juncos | Esquina Calle La Paz Miramar | San Juan | PR | 00907 | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | | 9140 Marina St. | Suite 801 | Ponce | PR | 00717 | mevicens@yahoo.com |
| Counsel to 65 Infanteria Shopping Center, LLC | María Fernanda Vélez Pastrana | | PO Box 195582 | | San Juan | PR | 00919-5582 | mfvelezquiebras@gmail.com |
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | Maximiliano Trujillo-Gonzalez, Esq. | | 100 Grand Paseos Blvd. | Suite 112 | San Juan | PR | 00926-5902 | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc. | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., & Rosamar García-Fontán, Esq. | 270 Muñoz Rivera Avenue | Suite 7 | Hato Rey | PR | 00918 | nzt@mcvpr.com aaa@mcvpr.com rgf@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc. | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., & Rosamar García-Fontán, Esq. | PO Box 364225 | | San Juan | PR | 00936-4225 | nzt@mcvpr.com aaa@mcvpr.com rgf@mcvpr.com |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | 444 West Lake Street | | Chicago | IL | 60606-0029 | wsmith@mwe.com jkapp@mwe.com mthibert-ind@mwe.com ksheehan@mwe.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | 28 Liberty Street | | New York | NY | 10005-1413 | ddunne@milbank.com aleblanc@milbank.com amiller@milbank.com gmainland@milbank.com |
| Counsel to Peaje Investments, LLC | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Ricardo R. Lozada - Franco & Fernando J. Gierbolini-González | 101 San Patricio Avenue | Maramar Plaza, Suite 1120 | Guaynabo | PR | 00968 | dmonserrate@msglawpr.com rlozada@msglawpr.com fgierbolini@msglawpr.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Miguel Simonet-Sierra | 101 San Patricio Ave. | Suite 1120 | Guaynabo | PR | 00968 | msimonet@msglawpr.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | Plaza 273 Suite 700 | 273 Ponce de León Ave. | Hato Rey | PR | 00917-1934 | ramon.dapena@mbcdlaw.com victor.quinones@mbcdlaw.com ivan.llado@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | PO Box 13399 | | San Juan | PR | 00908 | ramon.dapena@mbcdlaw.com ivan.llado@mbcdlaw.com victor.quinones@mbcdlaw.com |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | PO Box 191979 | | San Juan | PR | 00919-1979 | jbrugue@mbbclawyers.com |
| Counsel to the COFINA Agent | Navarro-Cabrer Law Offices | Attn: Nilda M. Navarro-Cabrer | El Centro I, Suite 206 | 500 Muñoz Rivera Avenue | San Juan | PR | 00918 | navarro@navarrolawpr.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | 701 Ponce de León | Suite 401, Centro de Seguros Bldg. | San Juan | PR | 00907 | man@nblawpr.com |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com daniel.perez@oneillborges.com ubaldo.fernandez@oneillborges.com Carla.garcia@oneillborges.com |
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | PO Box 361289 | | San Juan | PR | 00936-1289 | lawrog@gmail.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | 610 Newport Center Drive | 17th Floor | Newport Beach | CA | 92660 | emckeen@omm.com apavel@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com suhland@omm.com pfriedman@omm.com dperez@omm.com dcantor@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | 400 South Hope Street | 18th Floor | Los Angeles | CA | 90071 | roppenheimer@omm.com |

| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn:  Madhu Pocha | 1999 Avenue of Stars | 8th Floor | Los Angeles | CA | 90067-6035 | mpocha@omm.com |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn:  Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | Orlando Fernández Law Offices | Attn:  Orlando Fernández | #27 Calle González Giusti | Ste. 300 | Guaynabo | PR | 00968-3076 | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | | Urb. Jardines Fagot | C-19 Calle Almendra | Ponce | PR | 00716-4018 | orlando1701@gmail.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn:  Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn:  Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | arosenberg@paulweiss.com |
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn:  Gerardo Pavía Cabanillas | PO Box 9746 | | San Juan | PR | 00908 | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments, LLC | c/o National Corporate Research, Ltd. | 850 New Burton Road | Suite 201 | Dover | DE | 19904 | peajeinfo@dechert.com |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn:  Eng.. Luis R. Vazquez | 671 Road 337 | | Peñuelas | PR | 00624-7513 | luis.vazquez@peerlessoil.com |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn:  Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 | adtoro@pico-blanco.com |

| Claims Agent | Prime Clerk, LLC | Attn: Christopher Schepper | 830 3rd Ave FL 9 | | New York | NY | 10022 | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
|---|---|---|---|---|---|---|---|---|
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo & Jonathan E. Richman | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq. | Roberto Sánchez Vilella (Minillas) Government Center | De Diego Ave. Stop 22 | San Juan | PR | 00907 | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | PO Box 360998 | | San Juan | PR | 00936-0998 | fsilva@claropr.com |
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, and Brant Duncan Kuehn | 51 Madison Avenue | 22nd Floor | New York | NY | 10010 | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com |
| Counsel to Carmen Rodriguez Colon | RB Law Offices | Attn: Enid S. Rodriguez-Binet | 1645 Adams St. | | San Juan | PR | 00920 | erb@rodriguezbinetlaw.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker | 599 Lexington Avenue | | New York | NY | 10022 | cgray@reedsmith.com<br>dschlecker@reedsmith.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn:  Eric A. Schaffer & Luke A. Sizemore | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh | PA | 15222 | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn:  Kurt F. Gwynne, Esq. | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 | kgwynne@reedsmith.com |
| Counsel to the COFINA Senior Bondholders | Reichard & Escalera | Attn:  Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Zarel J. Soto Acaba, and Gustavo A. Pabón Rico | 255 Ponce de León Avenue | MCS Plaza, 10th Floor | San Juan | PR | 00917-1913 | escalera@reichardescalera.com<br>arizmendi@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com<br>zsoto@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn:  Maria E. Picó | Ave. Fernández Juncos 802 | | San Juan | PR | 00907 | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | Rexach Hermanos, Inc. | Attn:  Paul R. Cortes-Rexach | 1719 San Etanislao | Urb. San Ignacio | San Juan | PR | 00927 | prcr@mcvpr.com |
| Counsel to Management Consultants & Computer Services. Inc. | Ricardo L. Ortiz-Colón, Esq. | | PO Box 195236 | | San Juan | PR | 00919-5236 | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn:  Victor M. Rivera-Rios | 1502 Fernandez Juncos Ave. | | San Juan | PR | 00909 | victorriverarios@rcrtrblaw.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Rivera Tulla & Ferrer, LLC | Attn:  Eric A. Tulla & Iris J. Cabrera-Gómez | Rivera Tulla & Ferrer Building | 50 Quisqueya Street | San Juan | PR | 00917-1212 | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn:  Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Ariel N. Lavinbuk, Donald Burke, Lanora C. Pettit & Joshua S. Bolian | 1801 K Street, NW | | Washington | D.C. | 20006 | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com |

| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Rochelle McCullough, LLP | Attn:  Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | 325 N. St. Paul, Suite 4500 | | Dallas | TX | 75201 | buzz.rochelle@romclaw.com kdm@romclaw.com |
|---|---|---|---|---|---|---|---|---|
| Counsel to American Federation of State, County and Municipal Employees | Rodriguez Banchs, CSP | Attn:  Manuel A. Rodríguez Banchs | PO Box 368006 | | San Juan | PR | 00936-8006 | manuel@rodriguezbanchs.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Rodriguez Marxuach Law Offices, PSC | Attn:  Miguel J. Rodriguez-Marxuach | PO Box 16636 | | San Juan | PR | 00908-6636 | mrm@rmlawpr.com |
| Counsel to Gila, LLC | RPP Law, PSC | Attn:  Roberto L. Prats, Esq. | American Airlines Building | 1509 López Landrón, Piso 10 | San Juan | PR | 00911 | rprats@rpplaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates, PSC | Attn:  Juan C. Salichs and Edna M. Tejeda-Oyola | PO Box 195553 | | San Juan | PR | 00919-5533 | jsalichs@splawpr.com etejeda@splawpr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Asset Management, LLC | Attn:  Frank Serra | Santander Tower | B-7 Tabonuco Street, Suite 1800 | Guaynabo | PR | 00969 | fserra@sampr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Securities, LLC | Attn:  James Vannah | 207 Ponce de León Ave. | 4th Floor | San Juan | PR | 00917-1818 | jvannah@santandersecurities.com |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243 | Saul Ewing, LLP | Attn:  Sharon L. Levine & Dipesh Patel | 1037 Raymond Blvd. | Suite 1520 | Newark | NJ | 07102 | slevine@saul.com dpatel@saul.com |
| Counsel to Doral Financial Corporation | Schulte Roth And Zabel, LLP | Attn:  Taejin Kim, & Parker J. Milender | 919 Third Avenue | | New York | NY | 10022 | tae.kim@srz.com parker.milender@srz.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn:  Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20549 | secbankruptcy@sec.gov NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn:  Bankruptcy Department | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn:  Eric Perez Ochoa | PO Box 70294 | | San Juan | PR | 00936-8294 | epo@amgprlaw.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to The Bank of New York Mellon, as trustee and Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso, Elaine Maldonado Matias & Aníbal J. Núñez González | 252 Ponce de León Avenue | Citibank Tower, Suite 1900 | San Juan | PR | 00918 | jsantos@smlawpr.com anunez@smlawpr.com emaldonado@smlawpr.com |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | 100 Wilshire Boulevard | | Santa Monica | CA | 90401 | pglassman@sycr.com |
| Counsel to the American Federation of Teachers, AFL-CIO | Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling & Sherry Millman | 180 Maiden Lane | | New York | NY | 10038-4982 | cmechling@stroock.com smillman@stroock.com |
| Counsel to Tamrio, Inc. | Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | PO Box 455 | | Mayaguez | PR | 00681 | jlopez@constructorasantiago.com |
| Counsel to Mutual Fund Group and Oppenheimer Funds | Toro, Colon, Mullet, Rivera & Sifre, PSC | Attn: Manuel Fernandez-Bared, Linette Figueroa-Torres & Jane Patricia Van Kirk | PO Box 195383 | | San Juan | PR | 00919-5383 | mfb@tcmrslaw.com lft@tcmrslaw.com jvankirk@tcmrslaw.com |
| Counsel to Roche Diagnostics Corporation | Totti & Rodríguez Díaz, PSC | Attn: Daniel Molina-Lopez | PO Box 191732 | | San Juan | PR | 00919-1732 | dml@trdlaw.com |
| Counsel to Cesar Castillo, Inc. | Totti & Rodríguez Díaz, PSC, | Attn: Daniel Molina López, Esq. & Hernando A. Rivera, esq. | PO Box 191732 | | San Juan | PR | 00919-1732 | dml@trdlaw.com har@trdlaw.com |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | Office of Regional Counsel, U.S. EPA Region 2 | City View Plaza II, Suite 7000, #48 RD. 165 km 1.2 | Guaynabo | PR | 00968-8069 | velez.hector@epa.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Mark A. Gallagher | Environment and Natural Resources Division, Environmental Enforcement Section | PO Box 7611 | Washington | DC | 20044-7611 | mark.gallagher@usdoj.gov |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | Post Office Box 227 | Ben Franklin Station | Washington | D.C. | 20044 | wardlow.w.benson@usdoj.gov |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov |
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | 1225 Ave. Ponce de León | Suite 1503 | San Juan | PR | 00907-3984 | ramonvinas@vinasllc.com |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert | 767 Fifth Avenue | | New York | NY | 10153-0119 | marcia.goldstein@weil.com kelly.diblasi@weil.com gabriel.morgan@weil.com jonathan.polkes@weil.com salvatore.romanello@weil.com gregory.silbert@weil.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Glenn M. Kurtz & John K. Cunningham | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | gkurtz@whitecase.com jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Jason N. Zakia & Cheryl Tedeschi Sloane | Southeast Financial Center | 200 South Biscayne Blvd Ste 4900 | Miami | FL | 33131-2352 | jzakia@whitecase.com csloane@whitecase.com |
| Counsel to Cardinal Health PR 120, Inc. | William M. Vidal-Carvajal Law Office, PSC | Attn: William M. Vidal-Carvajal, Esq. | MCS Plaza | Ponce de León Avenue, Suite 801 | San Juan | PR | 00917 | william.m.vidal@gmail.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | USDCPR 201106 | PO Box 1801 | Sabana Seca | PR | 00952-1801 | wssbankruptcy@gmail.com |
| Counsel to the COFINA Agent | Willkie Farr & Gallagher, LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Martin L. Seidel, James C. Dugan, Jeffrey B. Korn, Tariq Mundiya, Paul V. Shalhoub, & Antonio Yanez, Jr. | 787 Seventh Avenue | | New York | NY | 10019 | mfeldman@willkie.com jminias@willkie.com mseidel@willkie.com jdugan@willkie.com jkorn@willkie.com tmundiya@willkie.com pshalhoub@willkie.com ayanez@willkie.com |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Young Conaway Stargatt & Taylor, LLP | Attn:  James L. Patton, Robert S. Brady, & John T. Dorsey | Rodney Square | 1000 North King Street | Wilmington | DE | 19801 | jpatton@ycst.com rbrady@ycst.com jdorsey@ycst.com |

**EXHIBIT B**
Via First Class Mail

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| A&S Legal Studio, PSC | A&S Legal Studio, PSC | Attn: Legal Department | 434 Avenida Hostos | | San Juan | PR | 00918 |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 250 E. Street SW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | P.O. Box 810190 | | Carolina | PR | 00981-0190 |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 |
| Del Valle Group, S.P. | Del Valle Group, S.P. | Attn. Humberto Reynolds, President, Del Valle Group, S.P., | P.O. Box 2319 | | Toa Baja | PR | 00951-2319 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc. P.S.C. | Attn: Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq. | PO Box 193729 | | San Juan | PR | 00919-3729 |
| Integrand Assurance Company | Integrand Assurance Company | | P.O. Box 70128 | | San Juan | PR | 00936-8128 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | P.O. Box 190095 | | San Juan | PR | 00919-0095 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., N.W. | 11th floor | Washington | DC | 20001 |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |

-2-

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Members of Creditor's Committee | Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn: Matthew J. Troy | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn: Jonathan E. Jacobson | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Federal Agency | US Army Corps of Engineers | Attn: Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Federal Agency | US Department of Agriculture | Attn: Sonny Perdue | Jamei Whitten Building, 1400 Independence Ave., SW, Suite 200A | | Washington | DC | 20250 |
| Federal Agency | US Department of Commerce | Attn: Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | US Department of Education (ED) | Attn: Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| Federal Agency | US Department of Health and Services | Attn: Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| Federal Agency | US Department of Justice (DOJ) | Attn: Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn: Alexander R. Acosta | Frances Perkins Building | 200 Constitution Ave | Washington | DC | 20210 |

## **EXHIBIT C**
### Via Overnight Mail

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| United States District Court for the District of Massachusetts | Magistrate Judge Judith Dein | | United States District Court | One Courthouse Way, Suite 6420 | Boston | MA | 02210 |