UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS &<br>TRANSPORTATION AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------x

ORDER APPROVING JOINT NOTICE AND
STIPULATIONS AMENDING DEADLINES AGREED AT DOCKET 1032
CONCERNING THE REQUEST FOR RELIEF OF STAY FILED BY HTA MANAGERIAL EMPLOYEES

The Court has received and reviewed the *Joint Notice and Stipulations Amending Deadlines Agreed at Docket 1032 Concerning the Request for Relief of Stay filed by HTA*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Managerial Employees* (the "Joint Stipulation") filed by the Managerial Employees of the Puerto Rico Highway and Transportation Authority and the Puerto Rico Fiscal Agency and Financial Advisory Authority (docket entry no. 1303.). The agreement set forth in the Joint Stipulation is approved.

This Order resolves docket entry no. 1303 in Case No. 17-3283.

SO ORDERED.

Dated: September 14, 2017

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge