# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br><br>Debtors | 3:17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In Re: Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Electric Power Authority<br><br>Debtor | 3:17-BK-4780 (LTS) |

**NOTICE FROM THE CLERK**

Parties shall take notice that Standing Orders regarding the procedures in the Title III cases, related adversary proceedings and civil cases pending before U.S. District Judge Laura Taylor Swain and U.S. Magistrate Judge Judith G. Dein have been entered and filed in 3:17-MC-505 (LTS) and 3:17-MC-506 (JGD).

Parties and the public may access the Orders at:

- http://www.prd.uscourts.gov
- PROMESA Website

In San Juan, Puerto Rico this 15th day of September, 2017.

**Frances Ríos de Morán, Esq.**
Clerk of Court

s/Carmen Tacoronte
Carmen Tacoronte
Deputy Clerk