UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO FINANCIAL OVERSIGHT BOARD REPLY TO MOTION TO REVIEW AND STAY DEBTOR'S REPRESENTATIVE TO DEPRIVE THE COMMONWEALTH OF INTERNAL REVENUE (REFILED AS PERMITTED)

On September 18, 2017, the Court has received and reviewed the *Motion for Enlargement of Time to Respond to Financial Oversight Board Reply to Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue (Refiled as Permitted)* (the "Motion") filed by the Interamericas Turnkey, Inc. ("Interamericas"). (Case No. 17-3283; Docket Entry No. 1321; Case No. 17-3567, Docket Entry No. 286.) Interamericas seeks an extension of the September 18, 2017 response deadline set forth in the *Scheduling Order for Briefing on Motion of Interamericas Turnkey, Inc., to Review and Stay*. (Case No. 17-3283; Docket Entry No. 1188; Case No. 173567; Docket Entry No. 253.) Specifically, Interamericas seeks an extension of time as a result of the power outages of Hurricane Irma and the power outages that are anticipated to occur as a result of Hurricane Maria. Based on the representations in the Motion, the Motion is granted. Any reply filed by Interamericas must be filed by **October 9, 2017 at 4:00 p.m. (Atlantic Standard Time)**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves docket entry no. 1321 in Case No. 17-3283 and docket entry no. 286 in Case No. 17-3567.

SO ORDERED.

Dated: September 18, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge