Luisa Murray Soto
3 Carr 784 Apt 3201
Caguas, PR 00727



RECEIVED & FILED
2017 SEP 11 AM 10 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

17-BK-3283

Clerk's Office
US District Court
Room 150 Federal Bldg
San Juan, PR 00918-1767