UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <br> et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor.[2] | |

------------------------------------------------------------x

ORDER REGARDING NOTICE FROM THE CLERK NO. 17-11

On September 18, 2017, the Clerk's Office for the United States District Court for the District of Puerto Rico issued a notice regarding the extension of certain deadlines due to the imminent passage of Hurricane María (the "Notice"). See Notice from the Clerk No. 17-11. Unless the Court orders otherwise, the Notice does not apply to the **September 19, 2017** objection deadline (the "Objection Deadline") for matters scheduled for the October 4, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of the Debtor's federal tax identification number are 3747.

Omnibus Hearing. Any specific request for an extension of the Objection Deadline or the applicable reply deadline must be filed with the Court electronically.

      SO ORDERED.

Dated: September 18, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge