# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGUE AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3566-LTS |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rule 83(D) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico the party listed below appears herein as counsel to, and on behalf of, Federación Central de Trabajadores,

U.F.C.W., Local 481 ("FCT") and request that all notices given or required to be given and all papers served in this case, be delivered to and served upon the party identified below at the following address:

**RODRIGUEZ BANCHS, CSP**
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)
rosasegui@yahoo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited or master service lists are used in this proceeding, the parties listed above request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended nor shall be deemed to waive FCT's substantive or procedural rights, including any rights, claims, actions, defenses, setoffs, or recoupments to which FCT is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal Rules of Civil Procedure.

Dated: September 18, 2017 /s/ **ROSA M. SEGUÍ-CORDERO**

By: Rosa M. Seguí-Cordero
USDC-PR-222013

Rodríguez Banchs, CSP
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)
rosasegui@yahoo.com

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: September 18, 2017 /s/ Rosa M. Seguí-Cordero