UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor.[2] | |

-------------------------------------------------------------x

ORDER WITHDRAWING THIS COURT'S PRIOR ORDER (DOCKET ENTRY NO. 1325) AND REQUIRING THE OVERSIGHT BOARD TO CONFER WITH THE OTHER PARTIES IN INTEREST AND PROPOSE A REVISED SCHEDULE IN CONNECTION WITH OCTOBER OMNIBUS HEARING

        On September 18, 2017, the Clerk's Office for the United States District Court for the District of Puerto Rico issued a *Notice of Extension of Terms Due to Imminent Passage of Hurricane María* (attached hereto as **Exhibit A**), which extends the deadlines of all filings due in these cases and associated adversary proceedings between September 18, 2017 and September 22, 2017 by five working days from the date the Courthouse reopens (the "Extension Notice").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of the Debtor's federal tax identification number are 3747.

Subsequently, this Court entered an order (Docket Entry No. 1325, the "Prior Order") stating that such extensions did not apply to the objection deadline for matters scheduled for the October 4, 2017 Omnibus Hearing (the "Omnibus Hearing") and requiring that specific requests for extensions be filed with the Court electronically. On September 19, 2017, the Court received and reviewed various urgent informative motions requesting adjournments of certain deadlines. (Docket entry no. 1332 in Case No. 17-3283; Docket entry no. 289 in Case No. 17-3567.)

The Court hereby withdraws its Prior Order. The Extension Notice shall govern all deadlines in these Title III Cases, and related adversary proceedings. The Court requests that oppositions to matters scheduled for the Omnibus Hearing be filed as soon as practicable, but in no event later than the deadline set by the Extension Notice.

The Oversight Board is directed to confer with the various parties-in-interest in these cases and associated adversary proceedings regarding the status of matters scheduled for the Omnibus Hearing and the logistics concerning the Omnibus Hearing. Specifically, the Oversight Board must inform the Court, by filing of an informative motion no later than **Tuesday, September 26, 2017 at 12:00 p.m.** (prevailing Atlantic Standard Time), of the following:

1. The status of each matter noticed for the Omnibus Hearing; whether such matter is (i) likely to be unopposed and able to be taken on submission or filed on presentment, (ii) likely to be opposed and able to be taken on submission, or (iii) likely to be opposed and require a hearing; and a proposed schedule for completion of the briefing of matters for the Omnibus Hearing.

2. To the extent that a hearing is required for any matter and based the status of the San Juan Courthouse and surrounding area following the passing of Hurricane María, the parties' views on whether the October 4, 2017, Omnibus Hearing should (i) proceed as scheduled or (ii) be relocated to New York or (iii) be adjourned. To the extent that parties believe that the Omnibus Hearing should be adjourned, the Informative Motion should provide a list of available dates and a suggested location (San Juan or New York) for the hearing. With respect to the pending 2004 motions and intervention motions, the parties should inform the Court of their views on whether those matters should be heard by Judge Dein in Boston rather than in San Juan or New York.

SO ORDERED.

Dated: September 19, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NOTICE FROM THE CLERK

NO. 17-11

## EXTENSION OF TERMS DUE TO IMMINENT PASSAGE OF HURRICANE MARIA

Due to the imminent passage of Hurricane Maria and its possible consequences, any filing in a case before the United States District Court for the District of Puerto Rico due during the period of September 18 through, and including, September 22, 2017 will now be due five working days after the Court resumes operations. This extension of terms is based on the current expected trajectory of Hurricane Maria over Puerto Rico.

BY ORDER OF THE COURT.

In San Juan, Puerto Rico, this Monday, September 18, 2017.

**FRANCES RIOS DE MORAN, ESQ.**
**CLERK, U.S. DISTRICT COURT**