# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

## CERTIFICATE OF SERVICE

I, Jocelyn C. Kuo, hereby certify that I am over the age of eighteen years old and employed by Paul Hastings LLP and that on September 15, 2017, I caused to be served the following document by sending two courtesy copies by hand delivery to the Chambers of Honorable Laura Taylor Swain and by overnight mail to the Magistrate Judge Judith Dein as listed on Exhibit A.

- Informative Motion of Official Committee of Unsecured Creditors and Status Report Regarding Discovery Discussions, Renewed Request for Authorization of Discovery Under Bankruptcy Rule 2004, and Agreed Notice to Conduct Hearing on Motion at October 4, 2017 Omnibus Hearing [Docket No. 1284]

Dated: September 19, 2017

/s/ Jocelyn C. Kuo
Jocelyn C. Kuo

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

## **EXHIBIT A**

Via Hand Delivery

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| United States District Court for the District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | United States District Court | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |

Via Overnight Mail

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|---|
| United States District Court for the District of Massachusetts | Magistrate Judge Judith Dein | | United States District Court | One Courthouse Way, Suite 6420 | Boston | MA | 02210 |