# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

---------------------------------------------------------------------x

: PROMESA
: Title III
:
: Case No. 17-BK-3283 (LTS)
:
: (Jointly Administered)
:

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY
("PREPA"),

      Debtor.[2]

---------------------------------------------------------------------x

: PROMESA
: Title III
:
: Case No. 17-BK-4780 (LTS)
:
:
:
:
:

## FIRST SUPPLEMENTAL DECLARATION OF LUC A. DESPINS REGARDING RETENTION OF PAUL HASTINGS LLP AS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

[2]    The last four (4) digits of PREPA's federal tax identification number are 3747.

I, Luc A. Despins, hereby declare under penalty of perjury:

1.      I am a partner in the law firm of Paul Hastings LLP ("Paul Hastings") with offices worldwide, including 200 Park Avenue, New York, New York 10166, and am admitted to practice in the state of New York.  The facts set forth in this supplemental declaration (the "Supplemental Declaration") are based upon my personal knowledge, discussions with other Paul Hastings attorneys, and the firm's client/matter records that were reviewed by me or other Paul Hastings attorneys acting under my supervision and direction.

2.      On July 10, 2017, I submitted a declaration (the "Initial Declaration") in support of the *Application for Order Pursuant to Bankruptcy Code Section 1103(a) and Local Bankruptcy  Rule 2014-1(e) Authorizing the Employment and Retention of Paul Hastings LLP as Counsel to Official Committee of Unsecured Creditors, Effective as of June 26, 2017* [Docket No. 610] (the "Application")[3] submitted by the Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico in the above-captioned cases.  I hereby incorporate by reference, in its entirety, the Initial Declaration as if fully set forth herein.  On August 25, 2017, the U.S. Trustee expanded the role of the Committee to be the official committee for the HTA, ERS, and PREPA Debtors.  The "Committee" refers to the official creditors' committee of all title III Debtors (other than COFINA).

3.      By order of this Court entered August 10, 2017 [Docket No. 999] (the "Retention Order"), Paul Hastings' retention as counsel for the Committee was approved effective as of June 26, 2017.  The Retention Order provided that "[t]he retention of Paul Hastings, as counsel to the Committee, shall be deemed to apply to the representation of the Committee if ever enlarged to include unsecured creditors of other debtors, without the need to obtain a

---

[3]      Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

modification of this Order."  Accordingly, Paul Hastings' retention now also extends to the

representation of the Committee as official committee for the HTA, ERS, and PREPA Debtors.

**<u>Review and Disclosure of Additional Interested Parties</u>**

4.      Prior to the filing of the Commonwealth's List of Creditors on August 30, 2017,

the Commonwealth had only filed a creditor matrix listing over 600,000 creditors without

identifying any claim amounts.  It would have been practically impossible for Paul Hastings to

perform a timely conflicts check on all 600,000 parties.  It was only after the Commonwealth had

filed its List of Creditors (which includes information as to claim amounts) that Paul Hastings

was able to focus its conflicts analysis on those creditors holding the largest claims (as detailed

in paragraph 6(d) below).

5.      Moreover, as noted, after the filing of the Initial Declaration, the role of the

Committee was expanded to include the unsecured creditors of HTA, ERS, and PREPA.  Similar

to the Commonwealth's title III case, prior to the filing of ERS's List of Creditors on September

15, 2017, ERS had only filed a creditor matrix listing over 420,000 creditors without identifying

any claim amounts.  Again, it was only after ERS had filed its List of Creditors that Paul

Hastings was able to focus its conflicts analysis on those creditors holding the largest claims (as

detailed in paragraph 6(e) below).[4]

6.      In light of the foregoing, Paul Hastings has become aware of additional Interested

Parties (collectively, the "<u>Additional Interested Parties</u>") in the title III cases of the

Commonwealth, COFINA, ERS, HTA, and PREPA (collectively, the "<u>Title III Cases</u>") with

---

[4]      Neither HTA nor PREPA have filed their list of creditors yet, which are due October 31, 2017.  *See* Docket No.
1317 in Case No. 17-BK-3283 (LTS) and Docket No. 225 in Case No. 17-BK-4780 (LTS).  HTA's and
PREPA's creditor matrices list over 15,000 and 19,000 parties, respectively, without identifying any claim
amounts.   Paul Hastings will update this declaration after HTA and PREPA have filed their respective list of
creditors and it has been able to focus its conflicts analysis on those creditors holding the largest claims.

which Paul Hastings was able to confirm that it has, or may have, a connection.  The identities of

the Additional Interested Parties are set forth on **Exhibit A** hereto and include the following:[5]

(a)    parties that have been added to the Master Service List (as of September 19, 2017) in the jointly administered Title III Cases (*i.e.*, the Commonwealth, COFINA, ERS, and HTA) since the filing of the Initial Declaration;

(b)    the parties on the Master Service List in PREPA's title III case as of September 17, 2017;

(c)    the Ad Hoc Group of PREPA Bondholders;

(d)    certain creditors listed on the Commonwealth's List of Creditors, dated August 30, 2017 [Docket No. 1215], including

(i)     creditors listed on Schedules A (Long Term Debt), B (Insurers of Long Term Debt), C (Guarantee Obligations), F (Bank and Financial Institution Obligations), and I (U.S. Government Obligations); and

(ii)    creditors on Schedule D (Trade Vendor Obligations) and Schedule H (Litigation Related Obligations) with a listed claim amount of $1 million[6] or more (and excluding, for the avoidance of doubt, creditors listed with an undetermined claim amount);[7] and

(e)    creditors on ERS's List of Creditors, dated September 15, 2017, with a listed claim amount of $200,000 or more (and excluding, for the avoidance of doubt, creditors listed with an undetermined claim amount).

7.    In preparing this Supplemental Declaration, I caused to be submitted for review

under our conflicts check system the names of the Additional Interested Parties.  The results of

our conflicts check were compiled and analyzed by Paul Hastings attorneys acting under my

supervision.  While certain individuals and entities may be Parties in Interest in more than one

capacity in the Title III Cases, *e.g.*, as a creditor in one or multiple title III cases and a party that

---

[5]    To avoid duplication, entities that were previously included on Exhibit A to the Initial Declaration have not been included again on Exhibit A to this Supplemental Declaration.

[6]    Paul Hastings believes that limiting its conflict procedures and disclosures to creditors holding claims in excess of $1 million in the Commonwealth case and $200,000 in the ERS case is adequate, given that the Title III Cases involve claims in excess of $54 billion.

[7]    The list of Additional Parties in Interest does not include (a) employees on Schedule E (Employee Obligations), as Schedule E lists over 350,000 employees, all with claims in undetermined amounts, (b) tax refund claimants on Schedule G (Income Tax Refunds), as Schedule G lists over 115,000 tax refund claimants but without identifying any claimant by name, or (c) labor unions on Schedule J (Labor Union Obligations), as Schedule J lists over 180 labor unions.

has filed a notice of appearance, Paul Hastings' updates do not cover changes in capacity during the course of a bankruptcy case.  Given the prior disclosure of Paul Hastings' relationship, if any, to such entities, such disclosure is not repeated here.

8.      To the extent such searches indicated that Paul Hastings has performed any services for any such entity within the last five years, the identity of such entity and the nature of Paul Hastings' relationship with such entity are set forth in **Exhibit B** hereto.  Exhibit B does not include any relationships that Paul Hastings has with parents or affiliates of entities that were previously disclosed in the Initial Declaration.

9.      To the best of my knowledge, based on the review procedures described above, Paul Hastings does not have any "connections" to the Additional Interested Parties, except as described in the Initial Declaration or this Supplemental Declaration.  Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure.  Out of an abundance of caution, therefore, I am disclosing many representations that are not, to my understanding, disqualifying or problematic under PROMESA, the Bankruptcy Code, or applicable standards of professional ethics.

10.     Neither I, nor any partner, of counsel, or associate of Paul Hastings, as far as I have been able to ascertain, has any connection with any Additional Interested Party, except as set forth below or otherwise in the Initial Declaration or this Supplemental Declaration (including the Exhibits hereto):

    (a)    Attached hereto as **Exhibit B** and incorporated herein by reference is a list of Additional Interested Parties (or their affiliates) whom Paul Hastings represents, or has represented in the past, in matters ***unrelated*** to the matters on which the Committee has retained Paul Hastings.  Although Paul Hastings has represented, currently represents, and may continue to represent certain entities and individuals

listed on **Exhibit B** hereto, Paul Hastings will not represent any such entity or individual in the Title III Cases.

(b)    Each of the entities identified on **Exhibit B** hereto as "current clients" accounted for less than 0.5% of Paul Hastings' revenues for the firm's fiscal year ending January 31, 2017.  For the avoidance of doubt, the services performed for such entities were unrelated to the matters on which the Committee has retained Paul Hastings.

## Summer Associate

11.    From May 2016 through July 2016, and again in July 2017, Samuel Kwak worked at Paul Hastings as a summer associate in the firm's New York office.  From January 2016 through April 2016, Mr. Kwak interned for The Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York.  Mr. Kwak has informed Paul Hastings that his internship ended before the Title III Cases were filed and he did not work on matters involving the Debtors while interning for Judge Swain.  Neither did Mr. Kwak work on matters involving the Debtors while a summer associate at Paul Hastings.

12.    Based on the foregoing and the Initial Declaration, and except as provided herein and in the Initial Declaration, to the best of my knowledge, information, and belief formed after reasonable inquiry, Paul Hastings does not represent or hold any interest adverse to the Committee with respect to the matters on which the Committee has employed Paul Hastings, and Paul Hastings is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code (made applicable by PROMESA section 301(a)) in that Paul Hastings:

(a)    is not a creditor, equity security holder, or insider of the Debtors;

(b)    is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(c)    does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

13.     Despite the efforts described above to identify and disclose Paul Hastings'

connections with parties in interest in the Title III Cases, Paul Hastings is unable to state with

certainty that every client representation or other connection has been disclosed.  In this regard,

if Paul Hastings discovers additional information that requires disclosure, Paul Hastings will file

a supplemental disclosure with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed this 22nd day of September, 2017

*/s/ Luc A. Despins*
Luc A. Despins

## EXHIBIT A

### Additional Interested Parties

**Ad Hoc Group of PREPA Bondholders**
AG Capital Recovery Partners VIII, L.P.
AG Centre Street Partnership, L.P.
AG Eleven Partners, L.P.
AG MM, L.P.
AG Princess, LP
AG Super Fund International Partners, L.P.
AG Super Fund, L.P.
AS Marathon Credit
BlueMountain Capital Management, LLC
BlueMountain Credit Alternatives Master Fund L.P.
BlueMountain Credit Opportunities Master Fund I L.P.
BlueMountain Distressed Master Fund L.P.
BlueMountain Foinaven Master Fund L.P.
BlueMountain Guadalupe Peak Fund L.P.
BlueMountain Kicking Horse Fund L.P.
BlueMountain Logan Opportunities Master Fund L.P.
BlueMountain Montenvers Master Fund SCA SICAV-SIF
BlueMountain Strategic Credit Master Fund L.P.
BlueMountain Timberline Ltd.
BSF Multi-Manager Alternative Strategies Fund
California High Yield Municipal Bond Fund
California Intermediate Term Tax Free Income Fund
California Tax Free Income Fund
Colorado Tax Free Income Fund
Double Tax Free Income Fund
FDP Series FT Total Return FDP Fund
Federal Tax Free Income Fund
Fist-Franklin Total Return Fund
Florida Tax Free Income Fund
Franklin Strategic Income Fund Canada
Franklin Strategic Income Fund United States
Franklin Strategic Income Fund
Franklin US Total Return Fund
Franklin Strategic Income VIP Fund
Georgia Tax Free Income Fund
Goldman Sachs Dynamic Municipal Income Fund, a Series of the Goldman Sachs Trust
Goldman Sachs High Yield Municipal Fund, a Series of the Goldman Sachs Trust
Goldman Sachs Short Duration Tax Free Fund, a Series of the Goldman Sachs Trust
High Yield Tax Free Income Fund
Knighthead (NY) Fund, L.P.
Knighthead Annuity & Life Assurance Company

Knighthead Master Fund, L.P.
LMA SPC for and on Behalf of the MAP 84 Segregated Portfolio
Louisiana Tax Free Income Fund
Marathon Blue Grass Credit Fund LP
Marathon Centre Street Partnership, L.P.
Marathon Court Square, LP
Marathon Credit Dislocation Fund, LP
Marathon Credit Opportunity Fund, Ltd.
Marathon Currituck Fund, LP, Series C
Marathon Currituck Fund, LP, Series D
Marathon Les Grandes Jorasses Master Fund
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Fund, Ltd
Marathon Strategic Opportunities Program, LP
Maryland Tax Free Income Fund
MassMutual International Holding MSC
MassMutual Unified Traditional Separate Account
Missouri Tax Free Income Fund
New Jersey Tax Free Income Fund
New York Tax Free Income Fund
North Carolina Tax Free Income Fund
Oppenheimer Multi-State Municipal Trust)
Oppenheimer Rochester AMT-Free Municipal Fund
Oppenheimer Rochester AMT-Free New York Municipal Fund
Oppenheimer Rochester Arizona Municipal Fund
Oppenheimer Rochester California Municipal Fund
Oppenheimer Rochester Fund Municipals
Oppenheimer Rochester High Yield Municipal Fund (A Series of Oppenheimer Multi-State
   Municipal Trust)
Oppenheimer Rochester Limited Term California Municipal Fund
Oppenheimer Rochester Limited Term Municipal Fund (a Series of Oppenheimer Municipal
   Fund)
Oppenheimer Rochester Limited Term New York Municipal Fund (a Series of Rochester
   Portfolio Series)
Oppenheimer Rochester Maryland Municipal Fund
Oppenheimer Rochester Massachusetts Municipal Fund
Oppenheimer Rochester Michigan Municipal Fund
Oppenheimer Rochester Minnesota Municipal Fund
Oppenheimer Rochester New Jersey Municipal Fund (a Series of Oppenheimer Multi-State
   Municipal Trust)
Oppenheimer Rochester North Carolina Municipal Fund
Oppenheimer Rochester Ohio Municipal Fund
Oppenheimer Rochester Pennsylvania Municipal Fund (a Series of Oppenheimer Multi-State
   Municipal Trust)
Oppenheimer Rochester Virginia Municipal Fund
Oregon Tax Free Income Fund

Pennsylvania Tax Free Income Fund
Tennessee Municipal Bond Fund
Virginia Tax Free Income Fund

**Federal Agencies**
AmeriCorps
Department of Defense (DOD)
Department of Energy (DOE)
Department of Homeland Security (DHS)
Department of Housing and Urban Development (HUD)
Department of Human and Health Services
Department of the Interior (DOI)
Department of Transportation (DOT)
Department of Veterans Affairs (VA)
Economic and Statistics Administrations
Environmental Protection Agency (EPA)
Federal Communications Commission (FCC)
Federal Emergency Management Agency (FEMA)
Small Business Administration (SBA)
US Department of Agriculture
US Department of Commerce
US Department of Education (ED)
US Department of Health and Services
US Department of Justice (DOJ)
US Department of Labor (DOL)

**Litigation Parties**
A Fund of Permal Managed Account Platform ICAV
ACP Master, Ltd.
Altair Global Credit Opportunities Fund (A), LLC
Andalusian Global Designated Activity Company
Asociacion de Salud Primaria de Puerto Rico
Atlantic Medical Center, Inc.
Aurelius Capital Master, Ltd.
Aurelius Convergence Master, Ltd.
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomy Master Fund Limited
Camuy Health Center, Inc.
Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
Centro de Salud de Lares, Inc.
Centro de Servicios Primarios de Salud de Patillas, Inc.
Ciales Primary Health Center, Inc.
Concilio de Salud Integral de Loiza, Inc.
Consejo de Salud de la Comunidad de la Playa de Ponce, Inc.
Corbin Opportunity Fund, L.P.

3

Corporacion de Servicios Integrales de Salud Area de Barranquitas, Comerio, Corozal Naranjito
    y Orocovis, Inc.
Corporacion de Servicios Medicos Primarios y Prevencion de Hatillo, Inc.
COSSMA
Davidson Kempner Capital Management LP
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC – Master Series 1
Fundamental Credit Opportunities Master Fund LP
Wanda Vázquez Garced
Glendon Opportunities Fund, L.P.
Goldman Sachs Asset Management, L.P.
William Gonzalez
Government Development Bank for Puerto Rico
Hospital General Castaner, Inc.
Jacana Holdings I LLC
Jacana Holdings II LLC
Jacana Holdings III LLC
Jacana Holdings IV LLC
Jacana Holdings V LLC
Junta del Centro de Salud Comunal Dr. Jose S. Belaval, Inc.
Hon. Rossana Lopez Leon
MCP Holdings Master LP
Migrant Health Center, Inc.
Monarch Alternative Solutions Master Fund Ltd
Monarch Capital Master Partners II LP
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd
Monarch Special Opportunities Master Fund Ltd
Morovis Community Health Center, Inc.
MPR Investors LLC
Municipality of San Juan
Nokota Capital Master Fund, L.P.
Northshore Management, Corp.
Old Bellows Partners LP
P Monarch Recovery Ltd
P Stone Lion IE
Pandora Select Partners, L.P.
Peaje Investments LLC
Permal Stone Lion Fund Ltd.
Pinehurst Partners, L.P.
Popular Inc.
Popular Securities LLC
Prisma SPC Holdings Ltd. -- Segregated Portfolio Ag
Rincon Health Center, Inc.

Rio Grande Community Health Center, Inc.
RRW I LLC
Johnny Rullan
Santander Asset Management LLC
Santander Securities, LLC
Senator Global Opportunity Master Fund LP
Servidores Publicos Unidos Council 95 of The American Federation of State, County and
    Municipal Employees
SL Liquidation Fund L.P.
SL Puerto Rico Fund II L.P.
SL Puerto Rico Fund L.P.
Union De Trabajadores De La Industria Electrica y Riego, Inc. (UTIER)
Vitol, Inc.
Vitol, S.A.

**Mediation Team**
Honorable Thomas Ambro
Honorable Nancy Atlas
Honorable Barbara Houser
Honorable Christopher Klein
Honorable Victor Marrero

**Official Committee of Retirees**
Milagros Acevedo
Miguel Fabre
Marcos A. Lopez
Jose Marin
Carmen Nunez
Juan Ortiz
Rosario Pacheco
Blanca Paniagua
Lydia Pellot

**Parties Filing Lift Stay Motions**
Emmanuel Aponte-Colon
Josue Aquino-Colon
Josue Aquino-Colon
Orlando Arroyo-Morales
Sammy Baez-Figueroa
Bahia Park S.E.
Bernice Beauchamp-Velazquez
B.P. S.E.
Centro de Periodismo Investigativo, Inc.
Conjugal Partnership Crespo-Colon
Glenda Colon-Figueroa
Janice Vanessa Colon-Velez

Antonio Cosme-Calderon
Antonio Cosme-Calderon
Carmen Iris Rivera Cosme
Maria Judith Diaz
Edificio Bula Inc.
Keila Robles Figueroa
Gerson Gonzalez-Ricano
Amado Ravelo Guerrero
Carlos Guzman-Nieves
Hospital San Juan Capestrano, Inc.
Henessy Ravelo Jaquez
Managerial HTA Employees:
 Rafael A. López Abril
 Blanca I. Santiago Adorno
 Juan A. Sánchez Álamo
 Jorge A. Ruiz Alvarez
 Jorge A. Ruiz Álvarez
 Ángel Morales et al
 María del C. Rolón Castillo Magdalene Baranda
 Ramón Ramos Camacho
 Brenda Torres Carrero
 Lourdes I. Pérez Carrión
 Héctor Alvarado Cartagena
 Héctor Alvarado Cartagena
 Nancy Borges Martínez Héctor Alvarado Cartagena
 Celia Tamariz Vargas et al.
 William Cintrón Cintrón
 Carmen I. González Class
 Haydée Rivera Collazo
 Edgardo B. Marrero Colón
 Félix Hernández Correa
 Isaac Colón Correa
 Juan A. Valdés Cortés
 Lilliam Miranda Cristóbal
 José Colón Cruz
 José A. Colón Cruz
 Miguel E. Torres Cruz
 Edgar A. Quiñones De Luis
 Hiram A. Stella Díaz
 Milisa Adorno Esquilín
 Aleria M. Villegas Estrada
 Andrés Nazario Fabré
 Evelyn Marrero Figueroa
 Hariel Travieso Figueroa
 Micky Santiago Gelabert
 Carlos Céspedes Gómez

Irma Pérez Guillermety
Merari Santiago Guzmán
Ángel L. Caraballo Irizarry
Nemesio Irizarry
Ramón Colón Irizarry
Janet Vázquez Velázquez et al.
José Malavé Durant, et al.
José A. Negrón Padilla, et al.
Noelis Villegas Levis
María del M. Santiago López
María J. Haddock López
William Vega López
Miguel A. Siberón Maldonado
Denis M. Rivera Marrero
Aarón L. Hernández Martínez
Josué Cruz Martínez
Rafael Morales Martínez
José R. Arzón Méndez
Giovanna Ferreira Merced
Alba Iris Rivera Miranda
Edwin Flores Miranda
Héctor Velázquez Muñoz
Myrna L. Santiago Rodríguez et al.
José M. Arocho Nieves
Eduardo Da Silva Oliveros
Pamela Ortiz Olmo
Sonia I. Morales Olmo
Gisela Collazo Oropeza
Wanda I. Ortiz Ortiz
Osvaldo Acevedo Acevedo, et al.
Javier E. Domínguez Pérez
Lisbeth Miranda Pérez
Nurys A. Molina Pérez
Victor H. Morales Peterson
Daisy Ramos Pitre
Edwin Ramos Quiles
Luis A. Cordero Quiñonez
Orlando Díaz Quirindongo
Luz I. Pérez Ramirez
Ricardo Romero Ramírez
Ramón Colón Irizarry et al.
Bernice Núñez Rivera
Carlos I. Vázquez Rivera
Gloria S. Fernández Rivera
Gonzalo Aponte Rivera
Gonzalo Aponte Rivera

Heriberto Cosme Rivera
Higinio Calderón Rivera
Ivonne M. Seda Rivera
Juan Hernández Rivera
Carmen E. Serrano Robles
Regis Deglans Rodríguez
Javier Arroyo Rosario
José Márquez Ruiz
Coraly M. Ortiz Sánchez
Samuel Sostre Serrano
Iván Maldonado Soto
Gustavo Román Tejera
Carmelo Hernández Morales Ricardo C. Valentín Torres
Carlos Santana Vázquez
Carlos M. Santana Vázquez
Carlos M. Santana Vázquez
Janet Vázquez Velázquez
Janet Vázquez Velázquez
Janet  Vázquez Velázquez
Cecilia Barbosa Vélez
Richard Negrón Vélez
Sonia I. Vélez Vélez
Mildred Andino Vera
William Rosado Santiago, et al.
William Rosado Santiago et al.

Maria Judith Marchand-Sanchez
Alvin Marrero-Mendez
Angel L. Martinez-Alvarez
Luis Montes-Valentin
Arnaldo Ortiz-Ortiz
Lourdes Perdigon
Javier Perez-Rivera
Perfecto Crespo Bermudez
Luz Pizarro-Correa

**Parties Filing Notice of Appearance**
65 Infanteria Shopping Center, LLC
Vicente Perez-Acevedo
Ad Hoc Committee for the Protection of Accrued Retirement Benefits of Puerto Rico's Public
    Employees and Retirees
Ad Hoc Group of General Obligation Bondholders:
    Franklin Mutual Advisers LLC
    Senator Investment Group LP
    Stone Lion L.P.
Ad Hoc Group of PREPA Bondholders
    Angelo, Gordon & Co., L.P.
    Knighthead Capital Management, LLC

8

Marathon Asset Management, LP
Ad Hoc Municipalities Committee:
    Adjuntas
    Añasco
    Barceloneta
    Cabo Rojo
    Guanica
    Guayama
    Guayanilla
    Isabela
    Mayagüez
    Quebradillas
    San Germán
Aguirre Offshore Gasport, LLC
Alcohol and Tobacco Tax and Trade Bureau
American Federation of State, County and Municipal Employees
American Federation of Teachers as Agent of Asociacion de Maestros de Puerto Rico Local
    Sindical
Javier Andino-Gaudín, Plaintiff in the Civil Case No. K AC2002-5558
Antilles Power Depot, Inc.
Angely M. Aponte-Pagán, Plaintiff in the Civil Case No. CC-2016-1153
Hon. Carlos Contreras Aponte
Appaloosa Management LP
Milagros Méndez Arvelo
Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc.
Asociacion Puertorriquena de la Judicatura, Inc.
Asociasion de Empleados del Estado Libre Asociado de Puerto Rico
Autopistas de PR, LLC
Autopistas Metropolitanas de Puerto Rico, LLC
Backyard Bondholders
Pedro L. Casasnovas Balado
Raúl E. Casasnovas Balado
Germán Torres Berrios
Juan Alberto Torres Berrios
Orlando Torres Berrios
Sonia Ivette Carrasquillo Calderón
Canyon Capital Advisors, LLC
Marcia Gil-Caraballo
Cardinal Health PR 120, Inc.
Caribbean Airport Facilities, Inc.
Caribbean Hospital Corporation
Hilda O. Cartagena
Jose W. Cartagena
Lolita Gandarilla de Casasnovas
Centro del Sur Mall LLC
Samuel Rodriguez Claudio
Aida Rossy Clemente

CMA Architects & Engineers LLC
Juan M Suarez-Cobo
COFINA Senior Bondholders' Coalition:
      Aristeia Horizons, L.P.
      Camino Cipres LLC; Camino Roble LLC
      Canary SC Master Fund, L.P.
      Canyon Capital Advisors LLC (on behalf of its participating clients)
      Crescent 1, L.P.
      CRS Master Fund, L.P.
      Cyrus Opportunities Master Fund II, Ltd.
      Cyrus Select Opportunities Master Fund, Ltd.
      Cyrus Special Strategies Master Fund, L.P.
      Decagon Holdings 1, L.L.C.
      Decagon Holdings 2, L.L.C.
      Decagon Holdings 3, L.L.C.
      Decagon Holdings 4, L.L.C.
      Decagon Holdings 5, L.L.C.
      Decagon Holdings 6, L.L.C.
      Decagon Holdings 7, L.L.C.
      Decagon Holdings 8, L.L.C.
      Decagon Holdings 9, L.L.C.
      Decagon Holdings 10, L.L.C.
      Fideicomiso Plaza
      Merced Partners IV, L.P.
      Merced Partners V, L.P.
      Merced Partners Limited Partnership
      José F. Rodríguez Perelló
      River Canyon Fund Management LLC (on behalf of its participating clients)
      SB Special Situation Master Fund SPC, Segregated Portfolio D
      Scoggin International Fund Ltd.
      Scoggin Worldwide Fund Ltd.
      Taconic Master Fund 1.5 L.P.
      Taconic Opportunity Master Fund L.P.
      Tilden Park Investment Master Fund LP
      Värde Credit Partners Master, L.P.
      Värde Investment Partners, L.P.
      Värde Investment Partners (Offshore) Master, L.P.
      The Värde Skyway Master Fund, L.P.
Carmen Rodriguez-Colon
Constructora Santiago II, Corp.
Cooperativa A/C
Cooperativa A/C De Cabo Rojo
Cooperativa A/C De Caguas Coopaca
Cooperativa A/C De La Asociacion De Maestros (EDUCOOP)
Cooperativa A/C De La Federacion De Maestros De PR
Cooperativa A/C Gerenciales Autoridad De Energia Electrica,

Cooperativa A/C Aguas Buenas
Cooperativa A/C Saulo D. Rodriguez
Cooperativa A/C Jesus Obrero
Cooperativa A/C Las Piedras
Cooperativa A/C Lomas Verdes
Cooperativa A/C San Jose
Cooperativa A/C Los Hermanos
Cooperativa A/C Yauco
Cooperativa de Ahorro y Crédito Abraham Rosa
Cooperativa de Ahorro y Crédito de Aguada
Cooperativa De Ahorro Y Credito De Juana Diaz
Cooperativa de Ahorro Y Crédito de Isabela
Cooperativa de Ahorro y Crédito de Lares y Región Central
Cooperativa de Ahorro y Crédito de Manuel Zeno Gandía
Cooperativa de Ahorro y Crédito de Rincón
Cooperativa de Ahorro y Crédito del Valenciano
Cooperativa de Ahorro y Crédito de Vega Alta
Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal,
    Naranjito y Orocovis
Corporacion  Marcaribe Investment
Cuerpo Organizado De La Policia, Inc.
Joel Isander Cuadrado Delgado
Depository Trust Company
Doral Financial Corporation
Ricardo Levy Echeandia
Julie I. Escudero
Federación Central de Trabajadores, U.F.C.W., Local 481
Mercedes Irizarry Ferrer
Ferrovial Agroman, LLC
Ferrovial Agroman, S.A.
First Transit of Puerto Rico, Inc.
Fondo de Inversión y Desarrollo Cooperativo, Inc.
Francisco Levy Hijo, Inc.
Eduardo Bhatia Gautier
Freddie Perez Gonzalez
Hermanos Torres Torres, Inc.
Julio E. Leandry-Hernández
Inmobiliaria Levy, Inc.
Instituto De Competitividad Y Sostenibilidad Economica De Puerto Rico
Integrand Assurance Company
Interamerican Turnkey Development Co. Inc.
Interamericas Turnkey, Inc.
Internal Revenue Service
International Union, United Automobile, Aerospace and Agricultural Implement Workers of
    America
Iron Mountain Information Management, LLC

IRS Insolvency Section
Anne Catesby Jones
Julio E. Leandry-Hernández
Legal Partners, PSC
Lehman Brothers Holdings Inc.
The Honorable Rosanna López León
Laura Levy
Levy Echeandia Trust
Liberty Cablevision of Puerto Rico LLC
Jorge Valdes Llauger
Vilma Teresa Torres López
Lumar Development Corp.
Management Consultants & Computer Services Inc.
Ramon A. Bonilla Martinez
Mason Capital Management, LLC
Mason Capital Master Fund LP
MCS Health Management Options, Inc.
MCS Advantage, Inc.
Medical Card System, Inc.
Juan Alberto Santiago Meléndez
Javier Mandry Mercado
Viviana Ortiz Mercado
Mitsubishi Motor Sales of Caribbean Inc.
Nydia M. Morales
Municipality of San Sebastian
Mutual Fund Group
Olga I. Trinidad Nieves
Juan E. Noguera
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Value Opportunities Fund, L.P.
Official Committee of Retired Employees of Puerto Rico
Oracle America, Inc.
Oracle Caribbean, Inc.
Ileana Ortiz-Santiago
OZ Management LP
OZ Management II LP
Carmen Gloria Acevedo Pagan
Hector Acevedo Pagan
PFZ Properties, Inc.
PV Properties, Inc.
Puerto Rico Department of Justice
César Caminero Ramos
Reparto Metropolitano Shopping Center LLC
RESUN (Barceloneta) LLC

Jose Angel Rey
Rexach Hermanos, Inc.
River Canyon Fund Management, LLC
Angel Ruiz Rivera
Karen Odalys Fuentes Rivera
Lourdes Arce Rivera
Virgilio Fernando Acevedo Rivera
Luis Modesto Rodríguez Rivera
Roche Diagnostics Corporation
Jorge Sala
William Santiago Sastre
Leslie Jay Bonilla Sauder
Securities & Exchange Commission
Luis A. Rivera Siaca
Sistema de Retiro de la Universidad de Puerto Rico
Solus Alternative Asset Management LP
Luisa Murray Soto
South Parcel of Puerto Rico, S.E.
Stericycle of Puerto Rico, Inc.
Sucesión Pastor Mandry Nones
Syncora Capital Assurance Inc.
Syncora Guarantee Inc.
TEC General Contractors, Corp.
Maritza Nieves Torres
Trinity Services I, LLC
UBS Family of Funds and Puerto Rico Family of Funds:
      Puerto Rico AAA Portfolio Bond Fund II, Inc.
      Puerto Rico AAA Portfolio Bond Fund, Inc.
      Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
      Puerto Rico Fixed Income Fund, Inc.
      Puerto Rico Fixed Income Fund II, Inc.
      Puerto Rico Fixed Income Fund III, Inc.
      Puerto Rico Fixed Income Fund IV, Inc.
      Puerto Rico Fixed Income Fund V, Inc.
      Puerto Rico Fixed Income Fund VI, Inc.
      Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.
      Puerto Rico Investors Bond Fund I
      Puerto Rico Investors Tax-Free Fund, Inc.
      Puerto Rico Investors Tax-Free Fund, Inc. II
      Puerto Rico Investors Tax-Free Fund III, Inc.
      Puerto Rico Investors Tax-Free Fund IV, Inc.
      Puerto Rico Investors Tax-Free Fund V, Inc.
      Puerto Rico Investors Tax-Free Fund VI, Inc.
      Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.
      Tax-Free Puerto Rico Fund, Inc.
      Tax-Free Puerto Rico Fund II, Inc.

13

Tax-Free Puerto Rico Target Maturity Fund, Inc.
UBS IRA Select Growth & Income Puerto Rico Fund
United Auto Workers International Union
Universidad Interamericana, Inc.
Marlene Jaquez Urea
U.S. Bank, National Association, as trustee for various bond issues
Pedro A. Vargas-Fontánez
Ivan Fuentes Vazquez
Josue Ismael Saavedra Vera
Voz Activa, Inc.
Whitebox Asymmetric Partners, L.P.
Whitebox Institutional Partners, L.P.
Whitebox Multi-Strategy Partners, L.P.
Whitebox Term Credit Fund I L.P.
Bettina Whyte
WorldNet Telecommunications Inc.

**Professionals**
Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C.
Bennazar, García & Milián, C.S.P.
Bracewell LLP
Butler Snow LLP
Cadwalader, Wickersham & Taft LLP
Casellas Alcover & Burgos P.S.C.
Debevoise & Plimpton LLP
Dechert LLP
Development & Construction Law Group, LLC
DLA Piper LLP
Ferraiuoli LLC
Fortuño Law
Francisco González Law Office
Garffer & Jusino Attorneys at Law
Goldman Antonetti & Cordova, LLC
Hogan Lovells US LLP
Holland & Knight LLP
Indiano & Williams, P.S.C.
Jenner & Block LLP
Jiménez, Graffam & Lausell
Kasowitz Benson Torres LLP
Kramer Levin Naftalis & Frankel LLP
Law Offices of Andrés W. López, Esq.
López Sánchez & Pirillo LLC
McDermott Will and Emery
Milbank, Tweed, Hadley & McCloy LLP
Monserrate Simonet & Gierbolini, LLC
Morell, Bauzá, Cartagena & Dapena

Nixon Peabody
O'Melveny & Myers LLP
O'Neill & Borges LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Phoenix Management Services, LLC
Proskauer Rose LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Reed Smith LLP
Reichard & Escalera
Rexach & Picó, CSP
Rivera Tulla & Ferrer, LLC
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
Saldaña, Carvajal & Vélez-Rivé, PSC
Diana Perez Seda
Seda & Perez Ochoa PSC
Toro, Colon, Mullet, Rivera & Sifre, P.S.C.
Weil, Gotshal & Manges LLP
White & Case LLP
A.J. Bennazar Zequeria

**Puerto Rico Officials**
Raul Maldonado Gautier

**Top 20 Unsecured Creditors, Commonwealth of Puerto Rico**
Cede & Co., as nominee of the Depositary Trust Company
KPMG, LLC
Puerto Rico Telephone Company (dba Claro)

**Top 20 Unsecured Creditors, Employee Retirement System**
Air Chiller Mechanical Const.Inc.
Alpha Guards Mgt Inc.
Arroyo Flores Consulting Group Inc.
Autoridad Financiamiento Vivienda
Banco Popular De PR
Beltran Beltran and Assoc PSC
Chicago Equity Partners
Database Marketing Services
Hernandez Gutierrez Law
Mainline Information Systems
Mesirow Financial Investment Mgt Inc.
Netwave Equipment Corp.
Ol Maintenance
Popular Asset Management
Puerto Rico Attorneys and Counselors at Law PSC
State Street Global Advisors
Taplin, Canida and Habacht

**Top 20 Unsecured Creditors, Highways and Transportation Authority**
Aci-Herzog a Joint Venture
Administracion Sistema De Retiro Del Gobierno
Aut Edificios Públicos
Autoridad De Energia Electrica
Bermudez, Longo, Diaz- Masso, S.E.
Betterrecycling Corp.
CD Builders, Inc.
Constructora I. Meléndez
Del Valle Group, S.P.
Ferrovial Agroman
First Transit, Inc.
Gila LLC
Global Insurance Agency Inc.
L.P.C.& D., Inc.
Peerless Oil & Chemicals, Inc.
Secretario Tribunal De San Juan
Super Asphalt Pavement Corp.
Tamrio Inc.
The Eniac Corporation

**Top 20 Unsecured Creditors, PREPA**
Abengoa Puerto Rico, S.E.
AES Puerto Rico
Aguas Puros
Hector Carmona Resto
EcoEléctrica, LP
Freepoint Commodities LLC
JP Morgan Libor Fixed/Floating
KDC Solar PRSI LLC
Grandville T. Lawes
Ismael Marrero
PBJL Energy Corporation
Puma Energy Caribe, LLC
Ana Teresa Rivera
Myma Rodriguez Ramirez
Pedro J. Santiago Méndez.
Sistema Retiro Empleados AEE Aportación Patronal
Tradewinds Energy Barcelona LLC

**Other**
Administración De Seguros De Salud De Puerto Rico
A&S Legal Studio, PSC
Jose E. Bird
Buchalter, A Professional Corporation

Centro Educativo Para Ciegos E Impedidos, Inc.
Dr. Gerald Colvin
Compliance and Research, Inc.
Thomas Cook
Judith Gail Dein
Albert Ferrandi
Jerome E. Firsty
Luis Geigel
Evelyn E. Gonzalez Garcia
Hagens Berman Sobol Shapiro LLP
Karon LLC
Roxana Lopez-Leon
Heraclio A. Amadeo Lopategui
Angel M. Pineiro Lopez
Teodoro Machado
Lila Marantz
Felipe A. Morales Nieves
Eduardo A. Nin
Onda Virtual LLC
Office of the United States Attorney for the District of Puerto Rico
Office of the United States Trustee for the District of Puerto Rico:
        Guy G. Gebhardt
        Monsita Lecaroz-Arribas
Honorable Jorge L. Marquez Perez
Prime Clerk LLC
Michael Rakouskas
Siemens Transportation Partnership Puerto Rico, S.E.
Carlos Sumpter
The Honorable Laura Taylor Swain
U.S. District Court for the District of Puerto Rico
Anibal Acevedo Vila
Villegas y Asociados-Ingenieros, C.S.P.
Sonnedix Solar L.P.
Gestamp Wind North America
Gestamp Asetym Solar North America, Inc.

**Additional Interested Parties from the Commonwealth's List of Creditors**
Adm De Asuntos Energeticos
Adm De Servicios Medicos De PR
Administracion Servicios Y Desarrollo Ag
Administracion Sistemas De Retiro
Aut Para Financiamiento Infraestructura
Autoridad De Acueducto Y Alcantarillado
Autoridad De Edificios Publicos
Autoridad De Energia Electrica
Banco Gub De Fomento

Baxter Sales & Distrib. PR Corp.
Berkshire Hathaway Assurance Corporation
Braxton School Of Puerto Rico Inc.
Cardinal Health PR 120 Inc.
Caribe Techno
Centro De Patologia Del Habla Y Audicion
Cesar Castillo Inc.
Ciudad Educativa Dr Roque Diaz/Cosey
Clinica De Terapias Pediatrica
Computer Learning Center dba Eurobank
Corp Servicios Ama De Llaves Inc.
Damexco Inc.
Departamento De Justicia
Departamento Del Trabajo Y Recursos Humanos
Division Caribe Grolier Inc.
Ediciones SM
Edwin Cardona & Asoc
Ernst & Young LLP
Finca Matilde, Inc.
Firstbank
Hospital UPR Sistema De Salud De Upr
Institucion Educativa Nets Inc.
InterVoice Communications PR, Inc.[8]
Invoice_Cosey
Management Consultant & Computer Serv Inc.
Manpower
Maruz Real Estate
Netxar Technologies
Northwest Security Management Inc.
Puerto Rico Hospital
Salud Integral En La Montana Inc.
Scotiabank
Sistema Universidad Ana G Mendez
United States Geological Survey
Universidad De PR
Universidad Interamericana
UPR Recinto De Ciencias Medicas
US Army Corps of Engineers
US Bank Global Corporate Trust Services

**Additional Interested Parties from ERS's List of Creditors**
Aida Garcia Rivas
Arroyo Flores Consulting Group Inc
Brenda Vargas Mendez
Carmen Alvarado Morales

---

[8]   The Commonwealth's List of Creditors lists "Inter_Voice" without further clarifying the specific legal entity.

Carmen Cortijo Goyena
Carmen Figueroa Rivera
Caselin Ramos Rodriguez
Cooperativa Centro Gubernamental
Cooperativa De Ahorro y Credito
Cooperativa de Ahorro y Credito
Cooperativa De Ahorro y Credito Yabucoena
Courage Credit Opportunities Offshore Fund III LP
Cyntia Martinez Rivera
Danixia Ramos Quintana
Dennise Paris Andino
Elena Garcia Montes
Elymar Aviles Soler
Gerardo Rivera Martinez
Guayacan Fund of Funds LP-II
Guayacan Private Fund of Funds LP-I
Guayacan Private Fund of Funds LP-II
Hector Perez Rivera
Hiram Jimenez Barreto
Ivette Torres Rivera
Javier Selles Morales
Joanel Lugo Cima De Villa
Jose Lopez Ortiz
Jose Pizarro Boria
Juan Nieves Hernandez
Luis Leon Morales
Magaly Cruz Caballero
Magaly Ruiz Rivera
Maria Rodriguez Morales
Maritza Jimenez Mercado
Marta Vazquez Rodriguez
Medley Credit Opportunity Cayman Fund LP
Melvin Lopez Rosa
Nancy Morales Fontan
Neida Ramirez Ventura
Norma Pedraza Cruz
Pedro Balestier Martinez
Puerto Rico Department of Treasury
Teresa Meaux Pereda
Vilma Morales De Diego

## EXHIBIT B

Additional Interested Parties or Their Affiliates Which Paul Hastings Represents
or Has Represented in the Past in Matters *Unrelated* to the Title III Cases

| Additional Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| AG Capital Recovery Partners VIII, L.P. | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| AG Centre Street Partnership, L.P. | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| AG Eleven Partners, L.P. | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| AG MM, L.P. | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| AG Princess, LP | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| AG Super Fund International Partners, L.P. | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| AG Super Fund, L.P. | Ad Hoc Group of PREPA Bondholders | Not a client. Entities related to parent are current clients. |
| Department of Defense (DOD) Department of Energy (DOE) Department of Homeland Security (DHS) Department of Housing and Urban Development (HUD) Department of Human and Health Services Department of the Interior (DOI) Department of Transportation (DOT) Department of Veterans Affairs (VA) Economic and Statistics Administrations Environmental Protection Agency (EPA) Federal Communications Commission (FCC) Federal Emergency Management Agency (FEMA) Small business Administration (SBA) US Department of Agriculture US Department of Commerce US Department of Education | Federal Agency | Not a client.  US Department of Agriculture Forest Service is a former client.  US Department of Education is a former client. Related entities are current clients. |

| (ED) US Department of Health and Services US Department of Justice (DOJ) US Department of Labor (DOL) | | |
|---|---|---|
| Altair Global Credit Opportunities Fund (A), LLC | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Nokota Capital Master Fund, L.P. | Litigation Parties | Not a client. Related entity is a former client. |
| P Stone Lion IE, A Fund of Permal Managed Account Platform ICAV | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Permal Stone Lion Fund Ltd. | Litigation Parties | Not a client. Entities related to parent are current clients. |
| Vitol, Inc. | Litigation Parties | Former client. |
| Vitol, S.A. | Litigation Parties | Not a client.  A related entity is a former client. |
| Alcohol and Tobacco Tax and Trade Bureau | Parties Filing Notice of Appearance | Not a client.  Entities related to parent are current clients. |
| Angelo, Gordon & Co., L.P. | Parties Filing Notice of Appearance | Former client.  Entity related to parent is a current client. |
| Appaloosa Management LP | Parties Filing Notice of Appearance | Former client. |
| Cardinal Health PR 120, Inc. | Parties Filing Notice of Appearance | Not a client. Entity related to parent is a former client. |
| Internal Revenue Service | Parties Filing Notice of Appearance | Not a client.  Entities related to parent are current clients. |
| Iron Mountain Information Management, LLC | Parties Filing Notice of Appearance | Not a client, Entities related to parent are former clients. |
| IRS Insolvency Section | Parties Filing Notice of Appearance | Not a client.  Entities related to parent are current clients. |
| Lehman Brothers Holdings Inc. | Parties Filing Notice of Appearance | Current client. |
| Liberty Cablevision of Puerto Rico LLC | Parties Filing Notice of Appearance | Not a client.  Parent and related entities are former clients. |
| Marathon Asset Management, L.P. | Parties Filing Notice of Appearance | Not a client. Entities related to parent are former clients. |
| Mason Capital Management, LLC | Parties Filing Notice of Appearance | Former client. |
| Mason Capital Master Fund LP | Parties Filing Notice of Appearance | Not a client. Parent is a former client. |
| Medical Card System, Inc. | Parties Filing Notice of Appearance | Not a client.  Entities related to parent are former clients. |
| Oaktree-Forrest Multi-Strategy, LLC (Series B) | Parties Filing Notice of Appearance | Not a client.  Parent and related entities are current clients. |

| | | |
|---|---|---|
| Oaktree Opportunities Fund IX (Parallel 2), L.P. | Parties Filing Notice of Appearance | Not a client.  Parent and related entities are current clients. |
| Oaktree Value Opportunities Fund, L.P. | Parties Filing Notice of Appearance | Not a client.  Parent and related entities are current clients. |
| Oracle America, Inc. | Parties Filing Notice of Appearance | Current client.  Parent is a current client. |
| Oracle Caribbean, Inc. | Parties Filing Notice of Appearance | Not a client.  Parent is a current client. |
| OZ Management LP | Parties Filing Notice of Appearance | Current client.  Parent is a current client. |
| OZ Management II LP | Parties Filing Notice of Appearance | Not a client.  Parent is a current client. |
| Roche Diagnostics Corporation | Parties Filing Notice of Appearance | Former client. Entities related to parent are current clients. |
| Securities & Exchange Commission | Parties Filing Notice of Appearance | Not a client.  Entities related to parent are current clients. |
| Stericycle of Puerto Rico Inc. | Parties Filing Notice of Appearance | Not a client.  Related entity is a former client. |
| Trinity Services I, LLC | Parties Filing Notice of Appearance | Not a client.  Parent is a current client. |
| United Auto Workers International Union | Parties Filing Notice of Appearance | Not a client.  Entities related to parent are former clients. |
| U.S. Bank, National Association, as trustee for various bond issues | Parties Filing Notice of Appearance | Current client.  Related entities to parent are current clients. |
| Hogan Lovells US LLP | Professionals | Current client. |
| Nixon Peabody | Professionals | Current client. |
| O'Melveny & Myers LLP | Professionals | Former client. |
| Reed Smith LLP | Professionals | Current client. |
| KPMG, LLC | Top 20 Unsecured Creditors, Commonwealth of Puerto Rico | Not a client.  Entities related to parent are current clients. |
| Chicago Equity Partners | Top 20 Unsecured Creditors, Highways and Transportation Authority | Not a client.  Entities related to parent are current clients. |
| State Street Global Advisors | Top 20 Unsecured Creditors, Highways and Transportation Authority | Current client.  Entities related to parent are current clients. |
| Taplin, Canida and Habacht | Top 20 Unsecured Creditors, Highways and Transportation Authority | Not a client.  Entities related to parent are current clients. |
| Abengoa Puerto Rico, S.E. | Top 20 Unsecured Creditors, PREPA | Not a client. Entities related to parent are former clients. |
| AES Puerto Rico | Top 20 Unsecured Creditors, PREPA | Not a client.  Parent and related entities are former clients. |

3

| | | |
|---|---|---|
| Freepoint Commodities LLC | Top 20 Unsecured Creditors, PREPA | Not a client.  Entities related to parent are current clients. |
| JP Morgan Libor Fixed/Floating | Top 20 Unsecured Creditors, PREPA | Not a client. Parent is a former client.  Related entities are current clients. |
| Puma Energy Caribe, LLC | Top 20 Unsecured Creditors, PREPA | Not a client. Entities related to parent are current clients. |
| Tradewinds Energy Barcelona LLC | Top 20 Unsecured Creditors, PREPA | Not a client.  Parent is a former client, and related entities are current clients. |
| Office of the United States Attorney for the District of Puerto Rico | Other | Not a client.  Entities related to parent are current clients. |
| Thomas Cook | Other | Not a client. Entities related to parent are former clients. |
| Sonnedix Solar L.P. | Other | Former client. |
| Gestamp Wind North America | Other | Former client. |
| Gestamp Asetym Solar North America, Inc. | Other | Former client. |
| Berkshire Hathaway Assurance Corporation | Additional Interested Parties from the Commonwealth's List of Creditors | Not a client. Entities related to parent are current clients. |
| Ernst & Young LLP | Additional Interested Parties from the Commonwealth's List of Creditors | Current client. Related entities also current clients. |
| InterVoice Communications PR, Inc. | Additional Interested Parties from the Commonwealth's List of Creditors | Not a client.  Parent and related entities are former clients. |
| United States Geological Survey | Additional Interested Parties from the Commonwealth's List of Creditors | Not a client. Entities related to parent are current clients. |
| US Army Corps of Engineers | Additional Interested Parties from the Commonwealth's List of Creditors | Not a client. Entities related to parent are current clients. |
| US Bank Global Corporate Trust Services | Additional Interested Parties from the Commonwealth's List of Creditors | Not a client. Parent is a former client. Related entities are current clients. |

4