UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

               Debtor.[2]

------------------------------------------------------------x

PROMESA
Title III

Case No. 17-04780 (LTS)

NOTICE REGARDING IMPENDING HEARINGS IN THE
ABOVE-CAPTIONED CASES AND RELATED ADVERSARY PROCEEDINGS

       The Court has not scheduled any hearings in connection with the above-captioned cases and related adversary proceedings for September 26, 2017. The Court expects that it will issue separate orders tomorrow, September 26, 2017, regarding the status of (i) the hearing currently scheduled for September 27, 2017 on the *Motion to Dismiss Plaintiffs' Complaint*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

*Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6)* (Case No. 17-AP-125, Docket Entry No. 27) and (ii) the October 4, 2017 Omnibus Hearing.

Dated: September 25, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge