**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Debtors.[1]

---------------------------------------------------------------x

| | |
|---|---|
| PROMESA | |
| Title III | |
| | |
| No. 17 BK 3283-LTS | |
| | |
| (Jointly Administered) | |

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY
("PREPA"),

        Debtor.[2]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 4780-LTS

(Joint Administration Requested)

*[Caption continued on next page]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

1

```
-------------------------------------------------------------
```
ASSURED GUARANTY CORP, *et al.*,

        Plaintiffs,

    v.

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Defendants.
```
-------------------------------------------------------------x
```

Adv. Proc. No. 17-125-LTS

in Case No. 17 BK 3283-LTS

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING (A) OCTOBER 4, 2017 OMNIBUS HEARING AND (B) SEPTEMBER 27, 2017 HEARING ON MOTION TO DISMISS

To the Honorable Judge Laura Taylor Swain:

Pursuant to the Court's *Order Withdrawing this Court's Prior Order (Docket Entry No. 1325) and Requiring the Oversight Board to Confer with the Other Parties in Interest and Propose a Revised Schedule in Connection with October Omnibus Hearing* [ECF No. 1341] (the "Omnibus Hearing Order"), and the *Order Requiring the Oversight Board to Confer with Plaintiffs Regarding September 27, 2017 Hearing* [Adv. Proc. No. 17-00125-LTS, ECF No. 83] (the "Adversary Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of The Commonwealth of Puerto Rico ("Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Highways & Transportation Authority ("HTA"), and the Puerto Rico Electric Power Authority ("PREPA") (collectively, the "Debtors," and each a "Debtor"), respectfully states as follows:

1.  First and foremost, the Oversight Board is deeply concerned about the crisis that has unfolded and continues to unfold in Puerto Rico as a result of Hurricane Maria, and understands that residents and other parties on the island have other pressing needs and priorities.  Upon consideration of the state of the emergency in Puerto Rico, including discussions with fellow counsel and advisors on the island, the Oversight Board does not believe that a hearing in San Juan on October 4, 2017 will be possible, and no counsel has suggested the Omnibus Hearing should proceed on October 4, 2017.

2.  The Oversight Board is at this point unsure when the District Court in Puerto Rico will reopen, and thus, under the Court's Omnibus Hearing Order, does not know when the objection deadline to motions scheduled for the October 4, 2017 Omnibus Hearing will occur.  Assuming, as we have heard, the Court may be able to reopen on September 28, 2017, the objection deadline for such motions would be October 5, 2017, with replies due during the week of October 9, 2017 and, under the Case Management Order's timeline between replies and the hearing, a hearing could take place during the week of October 16, 2017.

3.  The Oversight Board has therefore suggested to the other parties in these cases that the Court reschedule the omnibus hearing to October 18, 2017, in New York.  Certain parties have responded that this date is still too soon given the circumstances in Puerto Rico.

4.  Upon review of the preliminary agenda of matters that have been noticed for this omnibus hearing (attached hereto as **Schedule A**), the Debtors only have the following four motions scheduled (the "Debtors' Motions"), to which they do not expect material opposition: *Debtors Entities' Motion to Amend Second Amended Notice, Case Management and Administrative Procedures to Further Revise Protocol for Stay Relief Motions* [ECF No. 1299]; *Motion for Order (a) Pursuant to PROMESA Section 304(g), Directing Joint Administration of*

*Initial Title III Cases and Additional Title III Case, (b) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case, and (c) Pursuant to Section 105(a) of the Bankruptcy Code, Maintaining the Effect of Certain Pleadings Filed in the Additional Title III Case* [Case No. 17-4780, ECF No. 250]; *PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027* [Case No. 17-4780, ECF No. 284]; and *PREPA's Motion for Entry of an Order Authorizing PREPA to Reject the PRIDCO Lease* Nunc Pro Tunc [Case No. 17-4780, ECF No. 291].  Importantly, after consultation with AAFAF and other parties, the Oversight Board has agreed to continue the *Motion for Order (a) Establishing Deadlines and Procedures for Filing Proofs of Claim and (b) Approving Form and Manner of Notice Thereof* [ECF No. 1286] to the November 2017 omnibus hearing.  The Oversight Board therefore suggests that the Court set an objection deadline for the Debtors' Motions on October 6, 2017 (eight days after the Court's expected reopening date), and if no objections are filed the Debtors' Motions can be granted on the papers.

5.   The other motions and matters presently scheduled for the October omnibus hearing were filed by creditors, official committees, or the COFINA Agent.  None of the movants has agreed that its motion should be taken on submission by the Court.

6.   Accordingly, the Oversight Board inquired of counsel whether they would consent to an adjournment of the Omnibus Hearing to October 18, or to an adjournment until the Omnibus Hearing in November.  Various parties proposed a longer adjournment of all matters without identifying a specific date.

4

7.   Based on the foregoing, the Oversight Board is willing to proceed on all other motions
scheduled for the October omnibus hearing on October 18, 2017, except the *Motion for Order*
*(a) Establishing Deadlines and Procedures for Filing Proofs of Claim and (b) Approving Form*
*and Manner of Notice Thereof* [ECF No. 1286] (which will be adjourned to the November 2017
Omnibus Hearing).  However, the Oversight Board will not oppose any request by any of the
movants to reschedule any of their motions to a later date.

8.   Finally, with respect to the Adversary Order, the FOMB has conferred with the plaintiffs
in *Assured Guaranty Corp., et al. v. Commonwealth of Puerto Rico, et al.*, Adv. Pro. No. 17-
00125, and the parties have agreed that the oral argument presently scheduled for September 27,
2017 at 10:00 a.m. Atlantic Standard Time should be rescheduled to October 4, 2017, at 10:00
a.m. Atlantic Standard Time, in New York.

Dated: September 26, 2017                    Respectfully submitted,
       San Juan, Puerto Rico

                                            */s/*  Martin J. Bienenstock
                                            Martin J. Bienenstock
                                            Paul V. Possinger
                                            Ehud Barak
                                            Maja Zerjal
                                            **PROSKAUER ROSE LLP**
                                            Eleven Times Square
                                            New York, NY 10036
                                            Tel:  (212) 969-3000
                                            Fax:  (212) 969-2900

                                            *Attorneys for the Financial Oversight and*
                                            *Management Board as representative for the*
                                            *Debtors*

                                            */s/*  Hermann D. Bauer
                                            Hermann D. Bauer
                                            USDC No. 215205
                                            **O'NEILL & BORGES LLC**
                                            250 Muñoz Rivera Ave., Suite 800

San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and*
*Management Board as representative for the*
*Debtors*

## **Schedule A**

Preliminary Agenda of Matters Tentatively Scheduled for the October Omnibus Hearing

DRAFT

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY
("PREPA"),

     Debtor.[4]

PROMESA
Title III

No. 17 BK 4780-LTS

-------------------------------------------------------------x

# PRELIMINARY AGENDA OF MATTERS TENTATIVELY
# SCHEDULED FOR THE OCTOBER OMNIBUS HEARING

**Time and Date of Hearing:**    **TBD**

**Location of Hearing:**    **TBD**

The hearing will also be available by telephone through Court Solutions at (800) 397-1898. Attorneys must register no later than [ ], 2017 at [ ] p.m.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[4] The last four (4) digits of PREPA's federal tax identification number are 3747.

DRAFT

| | |
|---|---|
| **Copies of Documents:** | Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, (b) for the Puerto Rico Electric Power Title III Action 17 BK 4780-LTS by visiting http://dm.epiq11.com/#/case/PR1/info and (c) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

## I.  UNCONTESTED MATTERS[5]

1.  **FTI Consulting Retention Application.**    Application of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Order Approving the Employment of FTI Consulting, Inc. **[Case No. 17-3283, ECF No. 877].**

    Description:    Official Retired Employees Committee's application to employ FTI Consulting, Inc. as financial advisor.

    Objection Deadline: TBD

    Responses:  TBD

    Reply, Joinder & Statement Deadlines:  TBD

    Reply:  TBD

    Related Documents:
    A.  First Supplemental Declaration of Steven Simms in Support of the Application of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Order Approving the Employment of FTI Consulting, Inc. **[Case No. 17-3283, ECF No. 1278].**

    Status:  This matter is going forward.

    Estimated Time Required:  [   ] minutes.

---

[5] Please note that pursuant to the *Notice from the Clerk* of the United States District Court for the District of Puerto Rico, No. 17-11, and this Court's *Order Withdrawing this Court's Prior Order (Docket Entry No. 1325) and Requiring the Oversight Board to Confer with the Other Parties in Interest and Propose a Revised Schedule in Connection with October Omnibus Hearing* [Case No. 17-3283, ECF No. 1341], "**any filing in a case before the United States District Court for the District of Puerto Rico due during the period of September 18 through, and including, September 22, 2017 will now be due five working days after the Court resumes operations.**"

2

DRAFT

2. **Casilla, Santiago & Torres Retention Application.**  Application of Official Committee of Unsecured Creditors for Employment of Casillas, Santiago & Torres, LLC as Local Counsel to Committee **[Case No. 17-3283, ECF No. 884].**

Description:  Official Unsecured Creditors' Committee's application to employ Casillas, Santiago & Torres, LLC as local counsel.

Objection Deadline:  TBD

Responses: TBD

Reply, Joinder & Statement Deadlines: TBD

Reply:  TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required: [  ] minutes.

3. **Retiree Committee Information Access Motion.**  Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Order (i) Establishing Procedures for Retiree Access to Information Pursuant to 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(a) and (ii) Employing Marchand ICS Group in Connection Therewith **[Case No. 17-3283, ECF No. 1280].**

Description:  Retiree Committee's motion seeking to establish procedures to access information pursuant to §1102(b)(3) and retaining Marchand ICS Group.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required: [  ] minutes.

DRAFT

4. **U.S. Trustee's Urgent Motion to Appoint Examiner.**   Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of Order Appointing a Fee Examiner and Related Relief **[Case No. 17-3283, ECF No. 1297].**

Description:  U.S. Trustee's motion filed on an urgent basis seeking appointment of a fee examiner.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:

    A.  Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of Order Appointing a Fee Examiner and Related Relief **[Case No. 17-3283, ECF No. 1296].**

    B.  Order Granting the Scheduling Aspect of the Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) for Entry of an Order Appointing a Fee Examiner and Related Relief to be Heard at the October 4, 2017 Hearing **[Case No. 17-3283, ECF No. 1302].**

    C.  Urgent Motion of the United States Trustee to Substitute Exhibit A to the Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) for Entry of Order Appointing a Fee Examiner and Related Relief **[Case No. 17-3283, ECF No. 1306].**

    D.  Order Granting Urgent Motion to Substitute Exhibit A to the Urgent Motion of the UST for Entry of Order Appointing Fee Examiner **[Case No. 17-3283, ECF No. 1309].**

Status:  This matter is going forward.

Estimated Time Required:  [  ] minutes.


5. **Debtors' Case Management Order Amendment Motion.**  Debtors Entities' Motion to Amend Second Amended Notice, Case Management and Administrative Procedures to Further Revise Protocol for Stay Relief Motions **[Case No. 17-3283, ECF No. 1299].**

Description: The Debtors' motion seeking to amend second amended case management to further revise protocol for stay relief motions.

DRAFT

Objection Deadline:  TBD

Responses: TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:
    A.  Order Amending Case Management Procedures **[Case No. 17-3283, ECF No. 1065].**

    B.  Order Granting Urgent Motion for Extension of Deadlines in Connection with the Second Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 1307].**

Status:  This matter is going forward.

Estimated Time Required:  [ ] minutes.

6.  **Siemens Motion to File Under Seal.**  Consented Motion for Leave to File Claim Under Seal in Case No. 17-3567 **[Case No. 17-3283, ECF No. 1089].**

Description:  Siemens Transportation Partnership S.E.'s motion for authorization to file its proof of claim in the HTA Title III case under seal.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required:  [ ] minutes.

7.  **PREPA Joint Administration Motion.**  Motion for Order (a) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, (b) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case, and (c) Pursuant to Section 105(a) of the Bankruptcy Code, Maintaining the Effect of

DRAFT

Certain Pleadings Filed in the Additional Title III Case **[Case No. 17-4780, ECF No. 250].**

Description:  Motion seeking that certain orders entered in the Initial Title III cases be applicable to Additional Title III case, PREPA.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:
   A.  Order Requiring Additional Support in Connection with Motion for Joint Administration **[Case No. 17-4780, ECF No. 272].**
   B.  Supplemental Affidavit of Nathan A. Haynes in Support of the Motion for Order (a) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, (B) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case, and (C) Pursuant to Section 105(a) of the Bankruptcy Code, Maintaining the Effect of Certain Pleadings Filed in the Additional Title III Case **[Case No. 17-4780, ECF No. 283].**

Status:  This matter is going forward.

Estimated Time Required:  [   ] minutes.

8.  **PREPA's Removal Extension Motion.**  PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 **[Case No. 17-4780, ECF No. 284].**

Description:  PREPA's motion seeking to enlarge the time within which notices of removal of actions can be filed.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

DRAFT

Reply:  TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required: [   ] minutes.

9. **PREPA's PRIDCO Lease Rejection Motion.**  PREPA's Motion for Entry of an Order Authorizing PREPA to Reject the PRIDCO Lease *Nunc Pro Tunc* **[Case No. 17-4780, ECF No. 291].**

Description:  PREPA's motion seeking authority to reject lease with Compania de Fomento Industrial en Canovanas.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required: [   ] minutes.

## II.  CONTESTED MATTERS

1. **COFINA Agent's Confirming Retention of Local Counsel.**  COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and her Professionals **[Case No. 17-3283, ECF No. 1121].**

Description:  COFINA's agent's motion to confirm its authority to retain local counsel and to clarify payment and fees with respect to itself and local counsel.

Objection Deadline:  TBD

Responses:

7

DRAFT

    A.  Limited Objection of the Bank of New York Mellon, as Trustee, to the COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals **[Case No. 17-3283, ECF No. 1336].**

    B.  Objection of Debtors to COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals **[Case No. 17-3283, ECF No. 1348].**

Reply, Joinder & Statement Deadlines: TBD

Reply:  TBD

Related Documents:

    A.  Statement in Support of COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and her Professionals **[Case No. 17-3283, ECF No. 1272].**

    B.  Response of Commonwealth Agent to Motion of COFINA Agent for Order Confirming That 48 U.S.C. § 2125 Applies to COFINA Agent **[Case No. 17-3283, ECF No. 1279].**

Status:  This matter is going forward.

Estimated Time Required:  [  ] minutes.

2.  **COFINA Agent's Centerview Partners LLC Retention Application.**  Application of COFINA Agent for Entry of Order Authorizing Retention of Centerview Partners LLC as Financial Advisor and Expert **[Case No. 17-3283, ECF No. 1273].**

Description:  Application of COFINA agent to employ Centerview Partners LLC as financial advisor and expert.

Objection Deadline:  TBD

Responses:

    A.  Objection of COFINA to Application of COFINA Agent for Entry of Order Authorizing Retention of Centerview Partners LLC as Financial Advisor and Expert **[Case No. 17-3283, ECF No. 1352].**

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

DRAFT

Related Documents:
    A.  Objection of COFINA to Application of COFINA Agent for Entry of Order Authorizing Retention of Centerview Partners LLC as Financial Advisor and Expert **[Case No. 17-3283, ECF No. 1347].**

Status:  This matter is going forward.

Estimated Time Required:  [  ] minutes.

3.  **Coopertiva De Seguros Motion for Clarification.**  Cooperativa De Seguros Multiples' Motion for Clarification of Automatic Stay and in the Alternative Relief From The Automatic Stay **[Case No. 17-3283, ECF No. 1273].**

Description:  Motion of Coopertiva De Seguros Multiples' motion for clarification of automatic stay and in the alternative relief from the automatic stay.

Objection Deadline:  TBD

Responses: TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required:  [  ] minutes.

4.  **Interamericas Turnkey, Inc. Motion.**  Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue (Refiled as Permitted) **[Case No. 17-3283, ECF No. 1167].**

Description:  Motion to reconsider FOMB's determination to reduce salaries and retiree benefits.

Objection Deadline:  Tuesday, September 19, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A.  Debtors' Opposition to Motion of Interamericas Turnkey, Inc. to Review and Stay **[Case No 17-3283, ECF No. 1258].**

9

DRAFT

     B.   The Puerto Rico Fiscal Agency and Financial Advisory Authority's Reservation of Rights in Response to Interamericas Turnkey, Inc.'s Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue **[Case No 17-3283, ECF No. 1271].**

     C.   AFSCME'S Reply to Opposition to Motion of Interamericas Turnkey, Inc. to Review and Stay **[Case No 17-3283, ECF No. 1326].**

     D.   The Puerto Rico Fiscal Agency and Financial Advisory Authority's Reply in Response to the Oversight Board's Opposition to Motion of Interamericas Turnkey, Inc. to Review and Stay **[Case No 17-3283, ECF No. 1327].**

Reply, Joinder & Statement Deadlines:  Monday, October 9, 2017 at 4:00 p.m. (Atlantic Standard Time) for Interamericas Turnkey, Inc., Tuesday, September 26, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, September 27, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
     A.   Joinder of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), Service Employees International Union, and American Federation of Teachers, AFL-CIO to AFSCME's Reply to Opposition to Motion of Interamericas Turnkey, Inc. to Review and Stay [Dkt. Entry No. 1326] **[Case No 17-3283, ECF No. 1330].**

Related Documents:
     A.   Scheduling Order for Briefing on Motion of Interamericas Turnkey, Inc., Review and Stay **[Case No 17-3283, ECF No. 1188].**

     B.   Motion for Enlargement of Time to Responde [Sic] to Financial Oversight Board Reply to Motion to Review and Stay Debtor's Representative **[Case No 17-3283, ECF No. 1321].**

     C.   Order Granting Motion for Enlargement of Time to Respond to Financial Oversight Board Reply to Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue (Refiled as Permitted) **[Case No 17-3283, ECF No. 1323].**

Status:  The movant has not requested a hearing.

Estimated Time Required: [  ] minutes.

5.   **Siemens Transportation Rule 2004 Motion.**  Siemens Transportation Partnership, S.E.'s Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1 **[Case No. 17-3567, ECF No. 272].**

DRAFT

Description:   Siemens Transportation Partnership S.E.'s motion for authorization to conduct a Rule 2004 examination of the Government Development Bank.

Objection Deadline:  TBD

Responses:  TBD

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:
    A.  Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1307].**

Status:  This matter is going forward.

Estimated Time Required:  [  ] minutes.

6. **National Public Finance Guarantee Corp. Rule 2004 Motion.**   Motion of National Public Finance Guarantee Corporation for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1177].**

Description:   National Public Finance Guarantee Corporation's motion to authorize discovery pursuant to Rule 2004.

Objection Deadline:  TBD

Responses:
    A.  Response of Official Committee of Unsecured Creditors to (I) Motion of National Public Finance Guarantee Corporation for Entry of Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery; (II) Joint Motion by Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp. Assured Guaranty Municipal Corp., and Mutual Fund Group for Order Authorizing Rule 2004 Examination; and (III) Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1344].**

    B.  Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1345].**

    C.  The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Limited Response to (I) Motion of National Public Finance Guarantee Corporation for Entry of Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery; (II) Joint Motion by Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Mutual Fund Group for Order Authorizing Rule 2004 Examination; and (III)

11

Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1353].**

<u>Reply, Joinder & Statement Deadlines</u>: TBD

<u>Reply</u>:

A. Joinder of Financial Guaranty Insurance Company to Motion of National Public Finance Guarantee Corporation for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1334].**

B. ERS Secured Creditors Joinder to Rule 2004 Motions **[Case No. 17-3283, ECF No. 1340].**

<u>Related Documents</u>:

A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1183].**

B. Notice Regarding Hearing On Motion of National Public Finance Guarantee Corporation For Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1240].**

C. Declaration of Timothy W. Mungovan in Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1346].**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

7. **<u>Ambac Rule 2004 Motion.</u>**  Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1283].**

<u>Description</u>: Ambac Assurance Corp.'s motion for a Rule 2004 examination of FOMB, the Commonwealth and AAFAF.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:

A. Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1345].**

B. The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Limited Response to (I) Motion of National Public Finance Guarantee Corporation for Entry of Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery; (II) Joint Motion by Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Mutual Fund Group for Order Authorizing Rule 2004 Examination; and (III) Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1353].**

DRAFT

Reply, Joinder & Statement Deadlines:  TBD

Reply:  TBD

Related Documents:
    A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1294].**

    B. Declaration of Timothy W. Mungovan in Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1346].**

Status:  This matter is going forward.

Estimated Time Required:  [   ] minutes.


8. **Creditors' Committee Rule 2004 Motion.**  Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis) **[Case No. 17-3283, ECF No. 706].**

Description: Official Committee of Unsecured Creditors' motion for an order authorizing a discovery program with respect to certain claims pursuant to Bankruptcy Rule 2004.

Objection Deadline:  TBD

Responses:
    A. Popular, Inc., Popular Securities LLC, and Banco Popular De Puerto Rico's Objection and Reservation of Rights With Respect to the Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 793].**

    B. The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Objection to the Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of the Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 806].**

    C. Objection of Santander Securities LLC, Santander Asset Management LLC and Banco Santander Puerto Rico to Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 808].**

    D. Objection of AAFAF to the Motion of the Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 825].**

13

DRAFT

    E.  Objection of Debtors to Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 859].**

    F.  Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 870].**

    G.  Limited Joinder of Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico to the Debtors' Objection to the Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 890].**

Reply, Joinder & Statement Deadlines: TBD

Reply:

    A.  Omnibus Reply of Official Committee of Unsecured Creditors to Various Objections and Responses to Committee Motion for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1080].**

Related Documents:

    A.  Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 764].**

    B.  Procedural Order setting time and date for hearing on motion **[Case No. 17-3283, ECF No. 778].**

    C.  Notice of Consensual Extensions of Objection Deadline Regarding Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 797].**

    D.  Request for Judicial Notice in Support of AAFAF's Objection to the Motion of the Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes Of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 827].**

    E.  Order Granting in Part Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Motion of Committee For Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 874].**

    F.  Urgent Motion of Official Committee of Unsecured Creditors for Entry of Order Adjourning Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes Of Puerto

DRAFT

Rico Financial Crisis, and Adjourning Reply Deadline **[Case No. 17-3283, ECF No. 882].**

G. Order on Motion Under Rule 2004(c) for Production of Documents **[Case No. 17-3283, ECF No. 900].**

H. Order Granting Urgent Motion of Official Committee of Unsecured Creditors to Adjourn Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis, and to Adjourn Reply Deadline **[Case No. 17-3283, ECF No. 912].**

I. Notice of Hearing on Motion of the Official Committee of Unsecured Creditors For an Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis (Docket No. 706) **[Case No. 17-3283, ECF No. 1005].**

J. Corrected Notice of Time for Hearing on Motion of the Official Committee of Unsecured Creditors for an Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1088].**

K. Informative Motion of Official Committee of Unsecured Creditors and Status Report Regarding Discovery Discussions, Renewed Request for Authorization of Discovery Under Bankruptcy Rule 2004, and Agreed Notice to Conduct Hearing on Motion at October 4, 2017 Omnibus Hearing **[Case No. 17-3283, ECF No. 1284].**

L. Agreed Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1285].**

M. Status Report of Financial Oversight and Management Board for Puerto Rico Regarding Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program **[Case No. 17-3283, ECF No. 1289].**

N. The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Objection to Informative Motion and Statement Regarding Status Reports Filed in Connection with the Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of the Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1349].**

Status:  This matter is going forward.

15

DRAFT

<u>Estimated Time Required</u>:  [   ] minutes.

9. **<u>GO Bondholders, Assured Guaranty & Mutual Fund Group Rule 2004 Motion.</u>**
Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured
Guaranty Corp. Assured Guaranty Municipal Corp., and the Mutual Fund Group for
Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 1178].**

<u>Description</u>:  The joint motion of the Ad Hoc General Obligation Bondholders, Assured
Guaranty Corp. and Mutual Fund Group for Rule 2004 examination of Commonwealth
and FOMB.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:
    A. Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004
Discovery **[Case No. 17-3283, ECF No. 1345].**

    B. The Official Committee of Retired Employees of the Commonwealth of Puerto
Rico's Limited Response to (I) Motion of National Public Finance Guarantee
Corporation for Entry of Order Pursuant to Bankruptcy Rule 2004 Authorizing
Discovery; (II) Joint Motion by Ad Hoc Group of General Obligation
Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and
Mutual Fund Group for Order Authorizing Rule 2004 Examination; and (III)
Ambac Assurance Corporation's Motion for Entry of Order Authorizing
Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1353].**

<u>Reply, Joinder & Statement Deadlines</u>: TBD

<u>Reply</u>:
    A. Joinder of Financial Guaranty Insurance Company to Joint Motion by the Ad
Hoc Group of General Obligation Bondholders, Assured Guaranty Corp.,
Assured Guaranty Municipal Corp., and the Mutual Fund Group for Order
Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 1335].**

<u>Related Documents</u>:
    A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1186].**

    B. Declaration of Timothy W. Mungovan in Support of Debtors' Omnibus
Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No.
17-3283, ECF No. 1346].**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [   ] minutes.

16

DRAFT

10. **Tamrio Motion to Compel.**   Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614].**

Description:  Tamrio's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816].**

   B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 862].**

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

11. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 627].**

Description:   Constructora Santiago's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:

DRAFT

    A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816].**

    B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
    A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 863].**

Related Documents:
    A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

12. **Ferrovial SA Motion to Compel.**  Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 685].**

Description:  Ferrovial SA's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816].**

    B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839].**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

DRAFT

Reply:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto
      Rico Highways and Transportation Authority to Assume or Reject Executory
      Contracts **[Case No. 17-3283, ECF No. 866]**.

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283,
      ECF No. 697]**.

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

13. **Ferrovial Agroman LLC Motion to Compel.**   Motion to Compel the Puerto Rico
    Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case
    No. 17-3283, ECF No. 686]**.

    Description:  Ferrovial LLC's motion to compel HTA to assume or reject its contract.

    Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
       A. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico
          Highways and Transportation Authority to Assume or Reject Executory Contracts
          **[Case No. 17-3283, ECF No. 839]**.

    Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic
    Standard Time) for all parties other than the Debtors or Statutory Committees and
    Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory
    Committees.

    Reply:
       A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto
          Rico Highways and Transportation Authority to Assume or Reject Executory
          Contracts **[Case No. 17-3283, ECF No. 865]**.

    Related Documents:
       A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283,
          ECF No. 697]**.

    Status:  This matter is going forward.

    Estimated Time Required:  10 minutes

19

DRAFT

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON OCTOBER 4, 2017 AT 1:00 P.M.

### III. PRETRIAL CONFERENCES:

1. **Initial Conference Asociacion de Salud Primaria de Puerto Rico v. Commonwealth.** Initial conference in connection with Asociacion de Salud Primaria de Puerto Rico v. Commonwealth **[Case No. 17-ap-227, ECF No. 18].**

2. **Pretrial Conference Peaje v. HTA.** Next pretrial conference in connection with Peaje v. HTA **[Case Nos. 17-ap-151 & 17-ap-152, ECF Nos. 241 & 229].**

3. **Joint Status Report and Informative Motion Peaje v. HTA.** Joint status report and informative motion in connection with Peaje v. HTA **[Case Nos. 17-ap-151 & 17-ap-152, ECF Nos. 244 & 232].**

### IV. CONTESTED MATTERS

1. **Creditors' Committee Intervention Motion.** Motion of Official Committee of Unsecured Creditors for Leave to be Heard And/or to Intervene Under Bankruptcy Code Section 1109(b) And/or Bankruptcy Rule 7024 **[Case Nos. 17-ap-155 & 17-ap-156, ECF Nos. 61 & 63].**

   Description:   Official Creditors' Committee's motion to intervene in the Assured Guaranty Corp. vs. Commonwealth of Puerto Rico adversary proceeding.

   Objection Deadline:  TBD

   Responses:
   A. Opposition of National Public Finance Guarantee Corporation, Financial Guaranty Insurance Company, Assured Guaranty Corp., and Assured Guaranty Municipal Corp. to the Committee of Unsecured Creditors' Motion for Leave to Be Heard and/or to Intervene **[Case Nos. 17-ap-155 & 17-ap-156, ECF Nos. 69 & 71].**

   B. Response to Official Committee of Unsecured Creditors' Motion for Leave to Be Heard And/or Intervene Under Bankruptcy Code Section 1109(B) And/or Bankruptcy Rule 7024 **[Case Nos. 17-ap-155 & 17-ap-156, ECF Nos. 70 & 72].**

   Reply, Joinder & Statement Deadlines:  TBD

   Reply:  TBD

   Related Documents:  TBD

20

DRAFT

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

2.  **<u>Creditors' Committee Intervention Motion.</u>**    Motion of Official Committee of Unsecured Creditors for Leave to be Heard And/or to Intervene Under Bankruptcy Code Section 1109(b) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-159, ECF No. 69].**

<u>Description</u>:   Official Creditors' Committee's motion to intervene in the Ambac v. Commonwealth adversary proceeding.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:
    A.  Ambac Assurance Corporation's Objection to Motion of the Official Committee of Unsecured Creditors for Leave to Be Heard Under Bankruptcy Code 1109(B) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-159, ECF No. 76].**

    B.  Response to Official Committee of Unsecured Creditors' Motion for Leave to Be Heard And/or Intervene Under Bankruptcy Code Section 1109(B) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-159, ECF No. 77].**

<u>Reply, Joinder & Statement Deadlines</u>:  TBD

<u>Reply</u>:  TBD

<u>Related Documents</u>:  TBD

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

3.  **<u>Creditors' Committee Intervention Motion.</u>** Motion of Official Committee of Unsecured Creditors for Leave to be Heard And/or to Intervene Under Bankruptcy Code Section 1109(b) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-189, ECF No. 40].**

<u>Description</u>:  Official Creditors' Committee's motion to intervene in the ACP Master v. Commonwealth adversary proceeding.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:
    A.  Plaintiffs' Memorandum in Opposition to Motion of Official Committee of Unsecured Creditors for Leave to be Heard And/or to Intervene Under Bankruptcy Code Section 1109(B) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-189, ECF No. 49].**

21

    B.   Response to Official Committee of Unsecured Creditors' Motion for Leave to Be Heard And/or Intervene Under Bankruptcy Code Section 1109(B) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-189, ECF No. 50].**

Reply, Joinder & Statement Deadlines:  TBD

Reply: TBD

Related Documents:
    A.   Order of Reference to a Magistrate Judge **[Case No. 17-ap-189, ECF No. 32].**

Status:  This matter is going forward.

Estimated Time Required:  [ ] minutes.

4.   **Creditors' Committee Intervention Motion.** Motion of Official Committee of Unsecured Creditors for Leave to be Heard And/or to Intervene Under Bankruptcy Code Section 1109(b) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-232, ECF No. 18].**

Description:  Official Creditors' Committee's motion to intervene in the Assured Guaranty v. PREPA adversary proceeding.

Objection Deadline:  TBD

Responses:
    A.   Opposition of Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, and Syncora Guarantee Inc. to the Committee of Unsecured Creditors' Motion for Leave to Intervene **[Case No. 17-ap-232, ECF No. 36].**

    B.   Response to Official Committee of Unsecured Creditors' Motion for Leave to Be Heard and/or Intervene Under Bankruptcy Code Section 1109(B) and/or Bankruptcy Rule 7024 **[Case No. 17-ap-232, ECF No. 37].**

Reply, Joinder & Statement Deadlines:  TBD

Reply: TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required:  [ ] minutes.

5.   **Creditors' Committee Intervention Motion.** Motion of Official Committee of Unsecured Creditors for Leave to be Heard And/or to Intervene Under Bankruptcy Code Section 1109(b) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-228, ECF No. 24].**

DRAFT

<u>Description</u>:   Official Creditors' Committee's motion to intervene in the UTIER v. PREPA adversary proceeding.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:

    A.   Opposition of Unión de Trabajadores de la Industria Eléctrica y Riego (UTIER) to "Motion of Official Committee of Unsecured Creditors for Leave to Be Heard And/or to Intervene Under Bankruptcy Code Section 1109(B) And/or Bankruptcy Rule 7024" **[Case No. 17-ap-228, ECF No. 33].**

    B.   Response to Official Committee of Unsecured Creditors' Motion for Leave to Be Heard And/or Intervene Under Bankruptcy Code Section 1109(B) And/or Bankruptcy Rule 7024 **[Case No. 17-ap-228, ECF No. 37].**

<u>Reply, Joinder & Statement Deadlines</u>:  TBD

<u>Reply</u>: TBD

<u>Related Documents</u>:  TBD

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

6.   **<u>Scotia Bank Puerto Rico Intervention Motion.</u>** Motion of Scotiabank de Puerto Rico, as Administrative Agent, and Funds Advised by Solus Alternative Asset Management LP for Leave to Intervene **[Case No. 17-ap-232, ECF No. 24].**

<u>Description</u>:  Scotia Bank de Puerto Rico's motion to intervene in the Assured Guaranty v. PREPA adversary proceeding.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:

    A.   Limited Response of Official Committee of Unsecured Creditors to Motion of Scotiabank de Puerto Rico, as Administrative Agent, and Fund Advised By Solus Alternative Asset Management LP for Leave to Intervene **[Case No. 17-ap-232, ECF No. 33].**

    B.   Joint Stipulation and [Proposed] Order Addressing Motion of Scotiabank de Puerto Rico, as Administrative Agent, and Funds Advised By Solus Alternative Asset Management LP for Leave to Intervene **[Case No. 17-ap-232, ECF No. 34].**

<u>Reply, Joinder & Statement Deadlines</u>:  TBD

23

DRAFT

<u>Reply</u>: TBD

<u>Related Documents</u>:
    A.  Declaration of Angela K. Herring in Support of (i) Motion of Scotiabank de Puerto Rico, as Administrative Agent, and Funds Advised by Solus Alternative Asset Management LP for Leave to Intervene and (ii) Proposed Answer, Crossclaims, and Counterclaims of Scotiabank de Puerto Rico, as Administrative Agent, and Funds Advised by Solus Alternative Asset Management LP **[Case No. 17-ap-232, ECF No. 26]**.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

7.  **<u>AFSCME's Stay Motion.</u>** Motion of American Federation of State, County and Municipal Employees to Stay Proceeding or, in the Alternative, (i) Consolidate Proceedings or (ii) for Leave to Intervene Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-242, ECF No. 7]**.

<u>Description</u>:   AFSCME's motion to stay or otherwise consolidate or intervene in the AFSCME v. Commonwealth, Oversight Board, AAFAF, *et al.* adversary proceeding.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:
    A.  Opposition of Financial Oversight and Management Board to Nonparty American Federation of State, County & Municipal Employees, AFL-CIO's Motion To Stay Proceeding or, in the Alternative, (i) Consolidate Proceedings or (ii) Allow Intervention Under Federal Rule Of Bankruptcy Procedure 7024 **[Case No. 17-ap-242, ECF No. 24]**.

<u>Reply, Joinder & Statement Deadlines</u>:  TBD

<u>Reply</u>:  TBD

<u>Related Documents</u>:
    A.  Notice of Submission of Pleading in Support of Motion of American Federation of State, County and Municipal Employees to Stay Proceeding or, in the Alternative, (i) Consolidate Proceedings or (ii) for Leave to Intervene Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-242, ECF No. 9]**.

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

24

DRAFT

8. **AFSCME's Stay Motion.** Motion of American Federation of State, County and Municipal Employees to Stay Proceeding or, in the Alternative, (i) Consolidate Proceedings or (ii) for Leave to Intervene Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-250, ECF No. 4].**

Description:   AFSCME's motion to stay or otherwise consolidate or intervene in the AFSCME v. FOMB proceedings.

Objection Deadline:  TBD

Responses:
    A. Opposition of Financial Oversight and Management Board to Nonparty American Federation of State, County & Municipal Employees, AFL-CIO'S Motion to Stay Proceeding or, in the Alternative, (i) Consolidate Proceedings or (ii) Allow Intervention Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-250, ECF No. 15].**

Reply, Joinder & Statement Deadlines:  TBD

Reply: TBD

Related Documents:
    A. Order of Reference to a Magistrate Judge **[Case No. 17-ap-250, ECF No. 6].**
    B. Notice of Submission of Pleading in Support of Motion of American Federation of State, County and Municipal Employees to Stay Proceeding or, in the Alternative, (i) Consolidate Proceedings or (ii) for Leave to Intervene Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-250, ECF No. 7].**

Status:  This matter is going forward.

Estimated Time Required:  [  ] minutes.

9. **UAW, SEIU & AFL-CIO's Intervention Motion.** Motion of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) Service Employees International Union and American Federation of Teachers, AFL-CIO to Intervene Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-250, ECF No. 10].**

Description:  UAW, SEIU and AFL-CIO's motion to intervene in the FOMB v. Rosello-Nevares adversary proceeding.

Objection Deadline:  TBD

Responses:
    A. Opposition of Financial Oversight and Management Board to Nonparties International Union, United Automobile, Aerospace and Agricultural Implement

DRAFT

Workers Of America (UAW), Service Employees International Union And American Federation Of Teachers, AFL-CIO Motion to Intervene Under Federal Rule of Bankruptcy Procedure 7024 **[Case No. 17-ap-250, ECF No. 14]**.

Reply, Joinder & Statement Deadlines:  TBD

Reply: TBD

Related Documents:
    A.  Order of Reference to a Magistrate Judge **[Case No. 17-ap-250, ECF No. 6]**.

Status:  This matter is going forward.

Estimated Time Required:  [ ] minutes.

10. **Retiree Committee Intervention Motion.** Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024 **[Case Nos. 17-ap-219 & 17-ap-220, ECF Nos. 14 & 16]**.

Description:   Motion of the Retirees Committee to intervene in the Altair v. Commonwealth adversary proceeding.

Objection Deadline:  TBD

Responses:
    A.  Plaintiffs' Objection to Retiree Committee's Motion to Intervene **[Case Nos. 17-ap-219 & 17-ap-220, ECF Nos. 16 & 18]**.
    B.  Opposition of the Oversight Board as Representative of the Commonwealth and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024 **[Case Nos. 17-ap-219 & 17-ap-220, ECF Nos. 17 & 19]**.

Reply, Joinder & Statement Deadlines:  TBD

Reply: TBD

Related Documents:  TBD

Status:  This matter is going forward.

Estimated Time Required:  [ ] minutes.

11. **Retiree Committee Intervention Motion.** Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-189, ECF No. 23]**.

26

DRAFT

<u>Description</u>:  Motion of the Retirees Committee to intervene in the Ad Hoc Group of General Bondholders v. Commonwealth adversary proceeding.

<u>Objection Deadline</u>:  TBD

<u>Responses</u>:
    A. Plaintiffs' Memorandum in Opposition to Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-189, ECF No. 48].**

    B. Opposition of the Oversight Board as Representative of the Commonwealth to Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024 **[Case No. 17-ap-189, ECF No. 51].**

<u>Reply, Joinder & Statement Deadlines</u>:  TBD

<u>Reply</u>: TBD

<u>Related Documents</u>:
    A. Order of Reference to a Magistrate Judge **[Case No. 17-ap-189, ECF No. 32].**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  [  ] minutes.

Dated: [  ], 2017
San Juan, Puerto Rico

Respectfully submitted,

<u>/s/  Martin J. Bienenstock</u>
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

27

DRAFT

/s/  Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

28