# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

### INFORMATIVE MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO REGARDING THE PROPOSED ADJOURNMENT OF THE OCTOBER 4, 2017 OMNIBUS HEARING

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informational motion regarding the proposed adjournment of the October 4, 2017 omnibus hearing.

1. The Retiree Committee concurs with the Financial Oversight and Management Board (the "**FOMB**") that the October 4, 2017 hearing should be adjourned in light of the devastating effects of Hurricane Maria on the Commonwealth.

2. The FOMB proposed that this Court adjourn the October 4 hearing to October 18, 2017, and set a new objection deadline of October 5, 2017 for motions set for hearing on October

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

4, 2017. [Dkt. No. 1362.] The Retiree Committee understands that many parties have expressed concern that the proposed October 18, 2017 hearing date is too soon, given the conditions in the Commonwealth.

3. The Retiree Committee has five pending motions presently set for hearing on October 4, 2017 omnibus date: (a) the *Application Of The Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico For Order Approving The Employment Of FTI Consulting, Inc.* [Dkt. No. 877] (the "**FTI Application**"): (b) the *Motion Of The Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico For Order (I) Establishing Procedures For Retiree Access To Information Pursuant To 11 U.S.C. §§ 105(a), 1102(b)(3) And 1103(a) And (II) Employing Marchand ICS Group In Connection Therewith* [Dkt. No. 1280] (the "**Information Agent Motion**"); (c) the *Motion Of Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico For Leave To Intervene Under Bankruptcy Rule 7024* [Adv. Pro. 17-189, Dkt. No. 23] (the "**ACP Adversary Motion to Intervene**" filed in the "**ACP Adversary Proceeding**"); and (d) the *Motion Of Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico For Leave To Intervene Under Bankruptcy Rule 7024* [Adv. Pro. 17-219, Dkt. No. 14]; and (e) the *Motion Of Official Committee Of Retired Employees Of The Commonwealth Of Puerto Rico For Leave To Intervene Under Bankruptcy Rule 7024* [Adv. Pro. 17-220, Dkt. No. 16] (collectively with (d), the "**Altair Adversary Motion To Intervene**" filed in the "**Altair Adversary Proceeding**").

4. No objections were filed to the FTI Application or the Information Agent Motion by the originally scheduled September 19, 2017 objection deadline. To the extent that no objections are filed to those motions by the proposed adjourned objection deadline of October 5, 2017, the Retiree Committee has no objection to this Court considering both the FTI Application

2

and the Information Agent Motion in chambers without hearing and, if the motions are acceptable to the Court, granting both motions, so as to avoid the need for a hearing on October 18, 2017.

5. The FOMB and the plaintiffs in the ACP Adversary Proceeding and the Altair Adversary Proceeding objected to the ACP Adversary Motion to Intervene and the Altair Adversary Motion to Intervene. The Retiree Committee does not object to the adjournment of the hearing on those motions beyond the proposed October 18 hearing date, provided, however, that the ACP Adversary Proceeding and the Altair Adversary Proceeding are stayed as to all parties pending the adjourned hearing date.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing and granting such other relief as may be just.

Dated: September 26, 2017

Respectfully submitted,

| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
|---|---|
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile)<br><br>Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile)<br><br>*Counsel for The Official Committee of Retired Employees of Puerto Rico* |

3