IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 CV 1578-LTS<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br>No 17 CV 1599<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |

**MOTION AS TO COURT ORDER POSTPONING OCTOBER 4 HEARING**

**TO THE HONORABLE COURT:**

COMES NOW the Municipality of San Sebastian and CMA ARCHITECTS & ENGINEERS LLC, through their undersigned attorney and very respectfully states, alleges and prays:

1. The Honorable Court has postponed the October 4 Omnibus hearing. The appearing parties applaud the Court's decision and understand the need to continue hearings

in NY. The appearing parties, however, are very concerned that the hearings will not

be transmitted directly to the Federal District Court in Puerto Rico. The undersigned

has attended ALL hearings, omnibus or otherwise since any decision or comment by

the Court may influence future issues and hearings in which movants may be

involved.

2.  One of the appearing parties is a small municipality in the central mountainous

region of PR. There is very limited communication with the town, it has very

limited resources which will be taxed by the destruction of hurricane Irma. It is

likely the undersigned will not be paid any time soon but the Municipality of San

Sebastian will continue to be represented. Neither the Municipality nor CMA,

however, are able to afford for the undersigned to travel and stay in NYC for the

hearings. Moreover, the Luis Muñoz Marín Airports is not completely open to

passenger traffic and the airlines are overcharging for the flights out.

3.  In addition, there are other parties who have retained the undersigned for different

issues in the case but have yet to appear. Hearings outside PR with no transmission

to the District Court in San Juan would be detrimental to their interests. Title III

cases were to be filed in the PR Federal Court and hearings were to be held here. To

have the hearings in NY WITHOUT simultaneous transmission to San Juan District

Court or any other easily accessible avenue would violate the spirit of PROMESA.

4.  For the Court to understand local counsel's plight, his office is without power or

water. Fortunately (as long as the diesel lasts) the lobby of the Condominium where

the undersigned lives has a weak wi-fi connection which has enabled him to

continue in contact with ECF. At this time, there will not be any electricity for

weeks or months. The undersigned has no phone service either. Hence, he needs to have access to a venue with transmission of the hearings.

5. Finally, a 60-day postponement of filings and hearings is no solution either. As stated before, the undersigned has several clients that were to file different motions seeking relief but were stopped by hurricane María. To further postpone the time to file motions for relief will postpone the resolution of their rights. Hence, these unnamed parties and movants must reluctantly agree with the Financial Oversight and Management Board that postponement of the Omnibus hearing until October 18, as long as there is a simultaneous transmission to PR, is a good idea.

WHEREFORE: the undersigned respectfully requests from the Honorable Court take notice of this motion.

Respectfully submitted on this 26th of September, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com