**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------- -x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

                 Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY ("PREPA"),[2]

                 Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

(Joint Administration Requested)

------------------------------------------------------------- -x

**INFORMATIVE MOTION OF THE UNITED STATES TRUSTEE
REGARDING OCTOBER OMNIBUS HEARING**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

To the Honorable United States District Court Judge Laura Taylor Swain:

Guy G. Gebhardt, Acting United States Trustee for Region 21, respectfully submits this informative motion in response to the *Order Regarding September 27, 2017 Oral Argument and October Omnibus Hearing* ("Order") entered on September 26, 2017.

1. First, the United States Trustee shares the concerns of this Court and other parties for the welfare of our colleagues in Puerto Rico and for all the people of Puerto Rico following the devastation caused by Hurricane Maria.

2. The United States Trustee has one motion presently scheduled for hearing: *Urgent Motion of the United States Trustee Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) for Entry of Order Appointing a Fee Examiner and Related Relief.* (Case No. 17-3283, Doc. No. 1297) ("Fee Examiner Motion") The Debtors and Statutory Committees concur in the request of the United States Trustee that the Court appoint a Fee Examiner with the responsibilities and authorities described in the Fee Examiner Motion. No objection to the Fee Examiner Motion was filed by the originally scheduled September 19, 2017 deadline. If no objection is filed to the Fee Examiner Motion by an adjourned objection deadline, the United States Trustee proposes that the Court consider the Fee Examiner Motion on the papers.[3] If an objection is filed to the Fee Examiner Motion or if the Court deems it necessary to hold a hearing on the Fee Examiner Motion, the United States Trustee has no objection to the hearing date proposed by the Financial Oversight and Management Board.

WHEREFORE, the United States Trustee requests the Court consider the above comments with respect to this Court's September 26, 2017 Order.

---

[3] This procedure is consistent with the procedures proposed by the Financial Oversight and Management Board and the Committee of Retired Employees of the Commonwealth of Puerto Rico for unopposed motions.

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties on the master service list and by email as provided in the Court-approved Case Management Procedures in this case.

Dated: September 27, 2017

GUY G. GEBHARDT
Acting United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: /s/ Jill E. Kelso
Jill E. Kelso, Trial Attorney
Florida Bar No.: 0578541
United States Department of Justice
Office of the United States Trustee
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 137
Facsimile No.: (407) 648-6323
Jill.Kelso@usdoj.gov