**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.,*

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-03283 (LTS)

(Jointly Administered)

------------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    Plaintiff,

v.

HON. RICARDO ANTONIO ROSSELLÓ NEVARES
(in his official capacity),

    Defendant.

Adv. No. 17-250-LTS

------------------------------------------------------------------------x

**INFORMATIVE MOTION OF INTERNATIONAL UNION, UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA
(UAW), SERVICE EMPLOYEES INTERNATIONAL UNION AND AMERICAN
FEDERATION OF TEACHERS, AFL-CIO REGARDING THE
ADJOURNMENT OF THE OCTOBER 4, 2017 OMNIBUS HEARING**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

00876597.1

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), the Service Employees International Union and the American Federation of Teachers (together, the "Unions"), on behalf of themselves and their local affiliates in Puerto Rico, and in response to the Court's order permitting requests and comments regarding the timing of the now-adjourned October 4, 2017 Omnibus hearing, hereby state as follows:

1. The Unions appreciate that the Court adjourned the October 4, 2017 hearing. In light of the devastating effects of Hurricane Maria on the Commonwealth, the Unions believe that all parties' focus must be on the Island's recovery and on supporting the people of Puerto Rico.

2. The Unions filed a motion on September 12, 2017 ("Motion"), that was scheduled to be heard at the now-adjourned October 4 Omnibus hearing, to intervene in the above-captioned adversary proceeding filed by the Financial Oversight and Management Board ("Oversight Board") against the Governor. *See* Adv. Proc. No. 17-250, Docket Entry No. 10. In that adversary proceeding, the Oversight Board seeks to require the Governor to implement employee furloughs, as well as cuts to employees' statutory Christmas bonuses and pension benefits.

3. While the Unions are prepared to proceed on the Motion, based on Puerto Rico's dire circumstances, the Unions request instead an initial stay of at least 60 days of all proceedings in the adversary proceeding. The Unions see this 60-day duration as the minimum appropriate in light of the devastation on the Island, and reserve the right to later request a stay of greater duration. Given the suffering on the Island, the Unions' view is that now is no time to be moving forward in an adversary proceeding such as this regarding the proposed furlough of public employees, cuts in their statutory bonuses, and cuts in pensions.

4. The Unions request that the stay not only halt litigation in the adversary proceeding but also that it preserve the status quo regarding the subject matter of those actions. In particular, we request the stay of litigation *provided* that during the stay, there should be no implementation of the furloughs or pay or pension cuts that are the subject of the adversary proceeding.

**WHEREFORE**, the Unions respectfully request that this Court grant the stay requested herein and such other relief as may be just.

Dated: September 28, 2017

                        Respectfully submitted,

                        **COHEN, WEISS AND SIMON LLP**

By: */s/ Peter D. DeChiara*
     Richard M. Seltzer *(pro hac vice)*
     Thomas N. Ciantra *(pro hac vice)*
     Peter D. DeChiara *(pro hac vice)*
     Hiram M. Arnaud *(pro hac vice)*
     900 Third Avenue
     New York, New York 10022-4869
     (212) 563-4100 (Telephone)
     *Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union*

                        **STROOCK & STROOCK & LAVAN LLP**

By: */s/Curtis C. Mechling*
     Curtis C. Mechling *(pro hac vice)*
     Sherry Millman *(pro hac vice)*
     180 Maiden Lane
     New York, New York 10038-4982
     (212) 806-5400 (Telephone)

                        -and-

          José Luis Barrios-Ramos, Esq.
          McLeary Ave., Suite #303
          San Juan, Puerto Rico 00936-8006
          (787) 593-6641
          *Co-counsel to the American Federation of Teachers, AFL-CIO*