# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY,

                  Debtor.[2]

PROMESA
Title III

Case No. 17-04780 (LTS)

------------------------------------------------------------- x

ASSSURED GUARANTY CORP, et al.,

                    Plaintiffs,

  -v-

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Defendants.

Adv. Proc. No. 17-125-LTS
in Case No. 17 BK 3283-LTS

------------------------------------------------------------- x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The last four (4) digits of PREPA's federal tax identification number are 3747.

**INFORMATIVE MOTION REGARDING OCTOBER 4, 2017 OMNIBUS HEARING**

In response to the *Order Regarding September 27, 2017 Oral Argument and October Omnibus Hearing* (Docket No. 1365; Adv. Docket No. 88) (the "Scheduling Order"), National Public Finance Guarantee Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured," and, together with National, the "Insurers"), as parties in interest in the above-referenced cases, respectfully state as follows:

Pursuant to the Scheduling Order, the Court adjourned the omnibus hearing originally scheduled for October 4, 2017 (the "October Omnibus Hearing") to a date to be determined by the Court after consideration of further input by parties in interest. In light of discussions that transpired at recent mediation sessions, the substance of which are confidential and may not be disclosed, the Insurers respectfully request that the Court adjourn all matters scheduled to be heard at the October Omnibus Hearing to the omnibus hearing scheduled for November 15, 2017, subject to further developments.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 28th day of September, 2017.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 28, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Marcia Goldstein<br>Marcia Goldstein<br>Jonathan D. Polkes<br>Salvatore A. Romanello<br>Gregory Silbert<br>Kelly DiBlasi<br>Jared R. Friedmann<br>Gabriel A. Morgan<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000 (Phone)<br>(212) 310-8007 (Fax)<br>marcia.goldstein@weil.com<br>jonathan.polkes@weil.com<br>salvatore.romanello@weil.com<br>gregory.silbert@weil.com<br>kelly.diblasi@weil.com<br>jared.friedmann@weil.com<br>gabriel.morgan@weil.com<br><br>– and –<br><br>Eric Pérez-Ochoa (USDC-PR 206314)<br>Alexandra Casellas-Cabrera (USDC-PR 301010)<br>Lourdes Arroyo Portela (USDC-PR 226501)<br>**ADSUDAR MUÑOZ GOYCO SEDA & PÉREZ-OCHOA, PSC, P.S.C.**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, Puerto Rico 00936<br>(787) 756-9000 (Phone)<br>(787) 756-9010 (Fax)<br>epo@amgprlaw.com<br>acasellas@amgprlaw.com<br>larroyo@amgprlaw.com<br><br>*Attorneys for National Public Finance Guarantee Corporation* | /s/ Howard R. Hawkins, Jr.<br>Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>Ellen Halstead*<br>Thomas J. Curtin*<br>Casey J. Servais*<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 406-6666<br>Email: howard.hawkins@cwt.com<br>         mark.ellenberg@cwt.com<br>         ellen.halstead@cwt.com<br>         thomas.curtin@cwt.com<br>         casey.servais@cwt.com<br>\* Admitted *pro hac vice*<br><br>– and –<br><br>Heriberto Burgos Pérez<br>USDC-PR 204809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR 203114<br>Diana Pérez-Seda<br>USDC-PR 232014<br><br>**CASELLAS ALCOVER & BURGOS P.S.C.**<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>         rcasellas@cabprlaw.com<br>         dperez@cabprlaw.com<br><br>*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |