# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) |
| | ) PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) Title III |
| | ) Case No. 17-bk-03283 (LTS) |
| as representative of | ) (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) |
| Debtors.[1] | ) |
| | |
| AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO, | ) Adv. No. 17-242-LTS |
| Plaintiff, | ) |
| v. | ) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; MEMBERS OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, including members Jose B. Carrion III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel, in their official capacity as the voting members of the Financial Oversight and Management Board for Puerto Rico; the COMMONWEALTH OF PUERTO RICO; HON. RICARDO ANTONIO ROSSELLO NEVARES, in his official capacity as the | ) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

| | |
|---|---|
| Governor of the Commonwealth of Puerto Rico; PUERTO RICO FISCAL AND FINANCIAL ADVISORY AUTHORITY (AAFAF); GERARDO PORTELA FRANCO, in his official capacity as Executive Director of AAFAF; HON. RAUL MALDONADO GAUTIER, in his official capacity as the Secretary of the Treasury of the Commonwealth; and John Does 1-15,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>        Plaintiff,<br><br>v.<br><br>HON. RICARDO ANTONIO ROSSELLÓ NEVARES (in his official capacity),<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>X    Adv. No. 17-250-LTS |

**INFORMATIVE MOTION OF AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL-CIO REGARDING THE PROPOSED <u>ADJOURNMENT OF THE OCTOBER 4, 2017 OMNIBUS HEARING</u>**

The American Federation of State, County and Municipal Employees, AFL-CIO ("AFSCME"), respectfully submits this informational motion regarding the proposed adjournment of the October 4, 2017 omnibus hearing.

1. AFSCME is relieved that the October 4, 2017 hearing is adjourned. In light of the devastating effects of Hurricane Maria on the Commonwealth, AFSCME believes that all parties' focus must be on the island's recovery and supporting the people of Puerto Rico.

2. The Oversight Board has proposed that this Court adjourn the October 4 hearing to October 18, 2017, and set a new objection deadline of October 5, 2017 for motions previously set for hearing on October 4, 2017.

3. AFSCME has a pending motion filed in each of the above-captioned adversary cases which was originally scheduled to be heard at the now-adjourned October 4, 2017 omnibus date, namely its motion to stay the adversary proceeding captioned *The Financial Oversight and Management Board for Puerto Rico v. Hon. Ricardo Antonio Rossello Nevares (in his official capacity)* (Adv. Pro. No. 17-250-LTS) (the "FOMB Action"), or in the alternative, (i) to consolidate the adversary proceeding captioned *American Federation of State, County & Municipal Employees, AFL-CIO v. The Financial Oversight and Management Board for Puerto Rico, et al.* (Adv. Pro. No. 17-242-LTS) (the "AFSCME Action") and the FOMB Action or (ii) for leave to intervene in the FOMB Action which addresses the same and other common issues as those raised in the previously-filed AFSCME Action (the "Motion").

4. AFSCME is prepared to proceed on the Motion at the proposed October 18, 2017 hearing date if necessary, however AFSCME has no objection to the adjournment of the hearing on the Motion beyond the proposed October 18 hearing date, provided, however, that any

adjournment be accompanied by a stay of the FOMB Action as to all parties pending the adjourned hearing date and without prejudice to the Motion.

5. AFSCME's view is that given the devastation and suffering on the Island, now is no time to be moving forward in adversary proceedings such as these regarding the proposed furlough of public employees and cuts to employee pensions and benefits, but at the same time AFSCME is committed to standing up for public servants in these adversary proceedings and thus would not want to delay a hearing on its Motion if the FOMB Action were not to be stayed in the meantime and without prejudice to the participation of public employees, represented by their unions, in these disputes of critical importance.

**WHEREFORE**, AFSCME respectfully requests that this Court take notice of the foregoing and granting such other relief as may be just.

Dated: September 28, 2017

**SAUL EWING LLP**

By: */s/ Sharon L. Levine*
Sharon L. Levine *(pro hac vice)*
Dipesh Patel *(pro hac vice)*
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)
slevine@saul.com; dpatel@saul.com

-and-

*/s/ Judith E. Rivlin*
**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES**
Judith E. Rivlin *(pro hac vice)*
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011

(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)
jrivlin@afscme.org; tpaterson@afscme.org;
mblumin@afscme.org

-and-

*/s/ Manuel A. Rodriguez Banchs*
Manuel A. Rodriguez Banchs
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)
manuel@rodriguezbanchs.com

*Attorneys for the American Federation of State,
County and Municipal Employees*

-3-