# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS IN RESPONSE TO ORDER REGARDING SEPTEMBER 27, 2017 ORAL ARGUMENT AND OCTOBER OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

In response to the Court's *Order Regarding September 27, 2017 Oral Argument And October Omnibus Hearing* (Dkt. No. 1365), the Ad Hoc Group of General Obligation Bondholders (the "GO Group")[2] respectfully states as follows:

1. As an initial matter, the GO Group echoes the concern expressed by the Court for Puerto Rico and its people. In light of the ongoing disruption in communications in Puerto Rico, it is likely to be some time before the true extent of the destruction wrought by Hurricane Maria

---

[1] The Debtors in these Title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

[2] The members of the GO Group file this Informative Motion exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

1

is known. It is clear, however, that Maria has given rise to serious risks to the safety and well-being of Puerto Rico's people and that a massive rebuilding effort will be required. We join the Court in expressing our sincere hope that Puerto Rico is placed on the path to recovery from this natural disaster as soon as possible.

2. In light of discussions that transpired at recent mediation sessions, the substance of which is confidential and may not be disclosed, the GO Group respectfully requests that the Court adjourn all matters scheduled to be heard at the October omnibus hearing to the omnibus hearing scheduled for November 15, 2017, subject to further developments.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: September 28, 2017 | Respectfully submitted, |

| | |
|---|---|
| /s/ Ramón Rivera Morales | /s/ Mark T. Stancil |
| J. Ramón Rivera Morales | Lawrence S. Robbins (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | Gary A. Orseck (admitted *pro hac vice*) |
| Andrés F. Picó Ramírez | Kathryn S. Zecca (admitted *pro hac vice*) |
| USDC-PR Bar No. 302114 | Mark T. Stancil (admitted *pro hac vice*) |
| JIMÉNEZ, GRAFFAM & LAUSELL | Ariel N. Lavinbuk (admitted *pro hac vice*) |
| P.O. Box 366104 | Donald Burke (admitted *pro hac vice*) |
| San Juan, PR 00936 | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| Telephone: (787) 767-1030 | UNTEREINER & SAUBER LLP |
| Facsimile: (787) 751-4068 | 1801 K Street, N.W., Suite 411-L |
| Email: rrivera@jgl.com | Washington, DC 20006 |
| | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| | Email: mstancil@robbinsrussell.com |
| | |
| | /s/ Andrew N. Rosenberg |
| | Andrew N. Rosenberg (admitted *pro hac vice*) |
| | Richard A. Rosen (admitted *pro hac vice*) |
| | Walter Rieman (admitted *pro hac vice*) |
| | Kyle J. Kimpler (admitted *pro hac vice*) |
| | Karen R. Zeituni (admitted *pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON |
| | & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: arosenberg@paulweiss.com |

*Counsel to the Ad Hoc Group of General Obligation Bondholders*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ Mark T. Stancil  
Mark T. Stancil
