UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

   Debtor.[1]

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

-------------------------------------------------------------x

UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),

   Plaintiff,

v.

PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR. AND JOHN DOES 1-7.,

   Defendants.

Adv. Proc. No. 17-228-LTS
in Case No. 17 BK 4780-LTS

-------------------------------------------------------------x

ORDER REGARDING THE
URGENT INFORMATIVE MOTION OF DEFENDANT FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO REGARDING DEADLINES RELATED TO THE ADVERSARY COMPLAINT

      The Court previously entered a scheduling order setting parallel briefing schedules in connection with (a) certain deadlines in the above-captioned adversary proceeding

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "Utier Deadlines") and (b) the (i) *Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket Entry No. 913, the "Motion to Dismiss") and (ii) the *Motion of Aurelius for Relief from the Automatic Stay* (Docket Entry No. 914, the "Stay Relief Motion" and, together with the Motion to Dismiss, the "Aurelius Motions"). (Docket Entry No. 1245.) On September 28, 2017, the Court received and reviewed a motion (the "Motion") filed by the Financial Oversight and Management Board (the "Oversight Board") seeking an extension of the Utier Deadlines in light of the conditions in Puerto Rico resulting from Hurricane María. (Case No. 17-ap-228, Docket Entry No. 40.)

In light of the Motion and the interest in preserving parallel briefing schedules in these matters to alleviate the burden on the parties, counsel for Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC (collectively, "Aurelius") is directed to file an informative motion by **Monday, October 2, 2017 at 12:00 p.m.** (prevailing Atlantic Standard Time) indicating whether Aurelius consents to a briefing schedule consistent with the schedule proposed in the Motion in connection with the above-captioned adversary proceeding.

SO ORDERED.

Dated: September 29, 2017

                                                                                                                        /s/ Laura Taylor Swain
                                                                                                                        LAURA TAYLOR SWAIN
                                                                                                                        United States District Judge