**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, ET AL.,

       Debtors.[1]

-------------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-bk-03283 (LTS)

(Jointly Administered)

**AFFIDAVIT OF SERVICE**

STATE OF OHIO           )
                         ) SS.:
COUNTY OF CUYAHOGA   )

    Monika T. Barrios, being duly sworn, deposes and says:

    1.      I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio

44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

    2.      On September 28, 2017, I caused a copy of the following:

- Informative Motion of the ERS Secured Bondholders With Respect to the Court's Order Regarding September 27, 2017 Oral Argument and October Omnibus Hearing [Docket No. 1378] (the "Motion")

---

[1] The Debtors in these Title III Cases, along with each Debtor's Bankruptcy Court case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case No. 17-bk-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808).

NAI-1503085340v1

to be served via the Court's electronic case filing and noticing system as well as by e-mail upon

the parties listed on the service list attached hereto as Exhibit A.  I also caused the Motion to be

served, on September 28, 2017, upon the parties listed on the service list attached hereto as

Exhibit B via U.S. first class mail and the parties listed on the service list attached hereto as

Exhibit C via hand delivery.  Further, on September 29, I caused the Motion to be served upon

the party listed on the service list attached hereto as Exhibit D via U.S. first class mail.


                                                      /s/ Monika T. Barrios
                                                Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 29th day of September 2017

        /s/ Kelly M. Dotson
Kelly M. Dotson, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires May 14, 2021

NAI-1503085340v1

## Exhibit A

aaa@mcvpr.com

aaneses@cstlawpr.com

abhishek.kalra@lehmanholdings.com

acasellas@amgprlaw.com

acaton@kramerlevin.com

acordova@juris.inter.edu

acouret@smlawpr.com

adiaz@lsplawpr.com

adminfinance@bldmpr.com

adtoro@pico-blanco.com

afernandez@delgadofernandez.com

agestrella@estrellallc.com

ajb@bennazar.org

alavergne@lsplawpr.com

alavinbuk@robbinsrussell.com

aleblanc@milbank.com

Alexandra.verdiales@libertypr.com

alexbongartz@paulhastings.com

alinares2020@yahoo.com

allan.brilliant@dechert.com

amiller@milbank.com

andreslopecordova@gmail.com

andrew.harmeyer@dechert.com

andrewtenzer@paulhastings.com

angelica.toro@popular.com

anthonybuscarino@paulhastings.com

anunez@smlawpr.com

apavel@omm.com

aperez@kpmg.com

apico@jgl.com

arizmendis@reichardescalera.com

arizmendis@reichardescalera.com

arosenberg@paulweiss.com

asantiago@amgprlaw.com

ayanez@willkie.com

bankruptcynoticeschr@sec.gov

barrios.jl@outlook.com

bbobroff@proskauer.com

belkgrovas@gmail.com

bgm

csp@bennazar.org

bkfilings@fortuno-law.com

bos-bankruptcy@hklaw.com

brantkuehn@quinnemanuel.com

bufetefrgonzalez@gmail.com

buzz.rochelle@romclaw.com

cabruens@debevoise.com

cabruens@debevoise.com

carla.garcia@oneillborges.com

carlosfernandez@cfnlaw.com

carmelo@bldmpr.com

casey.servais@cwt.com

castilloricardo977@gmail.com

ccolon@mccsprmaxtruj@gmail.com

ccuprill@cuprill.com

cesar.a.lopez-morales@usdoj.gov

cfebus@proskauer.com

cgray@reedsmith.com

chris.maddux@butlersnow.com

clarisasola@hotmail.com

claudia.quinones@indianowilliams.com

cmechling@stroock.com

colonyasmin@hotmail.com

craigmcc@me.com

crodriguez-vidal@gaclaw.com

csloane@whitecase.com

cspringer@reedsmith.com

csteege@jenner.com

cuprislaw@yahoo.com

daniel.connolly@bracewell.com

daniel.perez@oneillborges.com

danielsalinas@quinnemanuel.com

david.indiano@indianowilliams.com

david.lawton@bracewell.com

david.powlen@btlaw.com

dbatlle@cstlawpr.com

dblabey@kramerlevin.com

dbuckley@kramerlevin.com

dburke@robbinsrussell.com

dbussel@ktbslaw.com

dcantor@omm.com

ddunne@milbank.com

deborah.weitzman@cardinalhealth.com

delapena.sylvia@gmail.com

Dfliman@kasowitz.com

dg@g-glawpr.com

rgv@g-glawpr.com

diazsotolaw@gmail.com

dml@trdlaw.com

dmonserrate@msglawpr.com

dpatel@saul.com
dperez@cabprlaw.com
dperez@omm.com
dschlecker@reedsmith.com
dvelawoffices@gmail.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emontull@cstlawpr.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
fgierbolini@msglawpr.com
filippetti_r@hotmail.com
fperez@fpglaw.com
francisco.delcastillo@bennazar.org
fsera@sampr.com
fsilva@claropr.com
fvander@reichardescalera.com
gabriel.morgan@weil.com
Gerardo.Portela@aafaf.pr.gov
gerardopavialaw@msn.com
gkurtz@whitecase.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gregory.silbert@weil.com
har@trdlaw.com
Harnaud@cwsny.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
herman@oneillborges.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
hvaldes@v-olaw.com

hwalker@gibsondunn.com
icabrera@riveratulla.com
ileanaortix@outlook.com
info@wotecpr.org
info@wotecprmandryj@yahoo.orgcom
Isasson@kasowitz.com
ivan.llado@mbcdlaw.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
jblanco@fpglaw.com
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcasillas@cstlawpr.com
jcc@fclawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
jean.lin@usdoj.gov
jemudd@yahoo.com
jerichman@proskauer.com
jescobar@smlawpr.com
jesus.cuza@hklaw.com
Jf@cardonalaw.com
jfeldsman@FTLF.com
jfigueroa@arroyorioslaw.com
jkapp@mwe.com
jknox@reedsmith.com
jkorn@willkie.com
jlopez@constructorasantiago.com
jminas@willkie.com
jonathan.polkes@weil.com
jorgequintanalajara@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
jpsala_pr@yahoo.com
jrapisardi@omm.com
jrivlin@afscme.org
jsalichs@splawpr.com
jsanchez@lsplawpr.com
jsantos@smlawpr.com
juan@jahrlaw.com
juan@riverafont.com
Julian.fernandez@metropistas.com
jvannah@santandersecurities.com

jvankirk@tcmrslaw.com
jwc@jwcartagena.com
jweiss@ktbslaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
Kdavid@kasowitz.com
kdm@romclaw.com
kelly.diblasi@weil.com
kgwynne@reedsmith.com
kkimpler@paulweiss.com
kklee@ktbslaw.com
kperra@proskauer.com
ksheehan@mwe.com
kstipec@amgprlaw.com
kzecca@robbinsrussell.com
kzeituni@paulweiss.com
larroyo@amgprlaw.com
lawlugo1@gmail.com
lawrog@gmail.com
leslieplaskon@paulhastings.com
leticia.casalduc@indianowilliams.com
lft@tcmrslaw.com
Lnegron@kpmg.com
loliver@amgprlaw.com
lourdes@riverafont.com
lpabonroca@microjuris.com
lpettit@robbinsrussell.com
lrobbins@robbinsrussell.com
mstancil@robbinsrussell.com
lrappaport@proskauer.com
lsepulvado@smlawpr.com
lshelfer@gibsondunn.com
lsizemore@reedsmith.com
ltorres@cstlawpr.com
lucdespins@paulhastings.com
Luis.vazquez@peerlessoil.com
luis.vazquez@peerlessoil.com
cdipompeo@jonesday.com
man@nblawpr.com
manuel@rodriguezbanchs.com
marcia.goldstein@weil.com
margaritalmercado@gmail.com
Marieli.Paradizo@ponce.pr.gov
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
martin.sosland@butlersnow.com

mbienenstock@proskauer.com
mblumin@afscme.org
mcto@debevoise.com
mevicens@yahoo.com
mfb@tcmrslaw.com
mfedlman@willkie.com
mfirestein@proskauer.com
mfvelezquiebras@gmail.com
michael.doluisio@dechert.com
michaelcomerford@paulhastings.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
mmcgill@gibsondunn.com
mmercado@mercado-echegaray-law.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrivera@emdi.net
mrm@rmlawpr.com
mroot@jenner.com
mseidel@willkie.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mtrelles@pmalaw.com
mvazquez@lsplawpr.com
mzerjal@proskauer.com
navarro@navarrolawpr.com
noguerapicon@gmail.com
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
pabong@reichardescalera.com
pamela.simons@lehmanholdings.com
parker.milender@srz.com
pbentley@kramerlevin.com
pdechiara@cwsny.com
peajeinfo@dechert.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@estrellallc.com

pjime@icepr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
ra@calopsc.com
rachel.albanese@dlapiper.com
ramon.dapena@mbcdlaw.com
rbonilla@bspr.com
rbrady@ycst.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rgf@mcvpr.com
rgordon@jenner.com
rgordon@jenner.com
rgv@g-glawpr.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rortiz@rloclaw.onmicrosoft.com
rrodriguez@juris.inter.edu
rosasegui@yahoo.com
rrosen@paulweiss.com
robert.jossen@dechert.com
robin.keller@hoganlovells.com
robert.schnell@faegrebd.com
ramonvinas@vinasllc.com
roppenheimer@omm.com
rprats@rpplaw.com
rrivera@jgl.com
salalawyers@yahoo.com
salvatore.romanello@weil.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
slevine@saul.com
smalave@amgprlaw.com
smillman@stroock.com

sratner@proskauer.com
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
tae.kim@srz.com
tciantra@cwsny.com
thomas.curtin@cwt.com
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GO
V
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
tolson@gibsondunn.com
tpaterson@afscme.org
ubaldo.fernandex@oneillborges.com
USTP.Region21@usdoj.gov
vbantneroei@buchalter.com
velez.hector@epa.gov
victor.quinones@mbcdlaw.com
victorriverarios@rcrtrblaw.com
wardlaw.w.benson@usdoj.gov
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wmunoz@braxtonpr.com
wrieman@paulweiss.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
zsoto@reicharescalera.com

**Exhibit B**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC  20525 | Cede & Co.,<br>  as nominee of the Depositary Trust Company2<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY  10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR  00919-1149 | COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto, PR  00976 |
| COSALL<br>Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto, PR  00977 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR  00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC  20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC  20585 |
| Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington, DC  20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW<br>Washington, DC  20410 |
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC  20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC  20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC  20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC  20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC  20230 | Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington, DC  20460 |

NAI-1503085340v1

| | |
|---|---|
| EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras, PR  00926 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC  20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC  20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR  00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR  00968 | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR  00968 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR  00623 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR  00901 |
| Small business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC  20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano<br>Roosevelt Avenue #383<br>San Juan, PR  00917 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC  20530 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC  20044-0875 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC  20548 |

NAI-1503085340v1

B–2

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681<br>Carolina, PR 00981-0190 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N/W/<br>11th Floor<br>Washington, D.C. 20001 |
| United States Department of Justice Civil<br>Division<br>Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | LÓPEZ SÁNCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918 |
| The Honorable Judith G. Dein<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 | Ricardo Rosello Nevares<br>Calle Olimpo Esquina Axtmeyer PDA 11<br>Miramar<br>San Juan, PR 00911 |

| United States District Court for the District of Puerto Rico<br>150 Carlos Chardón Street,<br>Federal Building, Office 150,<br>San Juan, PR 00918-1767 | Office of the United States Trustee for Region 21<br>Edificio Ochoa, 500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 |

## **Exhibit C**

United States District Court
Southern District of New York
Chambers of Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

NAI-1503085340v1

**Exhibit D**

Jack Katz
ESJ Towers
6165 Isla Verde Ave.
Carolina, PR 00979-5729

NAI-1503085340v1