UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

UNIÓN DE TRABAJADORES DE LA
INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),

        Plaintiff,

    v.

PUERTO RICO ELECTRIC POWER
AUTHORITY; THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO
RICO; JOSÉ B. CARRIÓN III; ANDREW G.
BIGGS; CARLOS M. GARCÍA; ARTHUR J.
GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J.
MATOSANTOS; DAVID A. SKEEL, JR. AND
JOHN DOES 1-7.,

        Defendants.

Adv. Proc. No. 17-228-LTS
Filed in Case No.
17 BK 4780-LTS

------------------------------------------------------------x

ORDER REGARDING BRIEFING AND HEARING SCHEDULE IN
CONNECTION WITH THE AURELIUS MOTIONS AND UTIER ADVERSARY PROCEEDING

        The Court previously entered a scheduling order setting parallel briefing schedules in connection with (a) certain deadlines in the above-captioned adversary proceeding (the "UTIER Adversary Proceeding") and (b) the (i) *Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket Entry No. 913, the "Motion to Dismiss") and (ii) the *Motion of Aurelius for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Relief from the Automatic Stay* (Docket Entry No. 914, the "Stay Relief Motion" and, together with the Motion to Dismiss, the "Aurelius Motions"). (Docket Entry No. 1245.) The Court has received and reviewed the motion filed by the Financial Oversight and Management Board (the "Oversight Board") seeking an extension of deadlines in the UTIER Adversary Proceeding, as well as pleadings filed in response to that motion and to a Court order directing Aurelius to address related scheduling issues. (Docket Entry Nos. 1383, 1385, 1386, 1387, 1388.)

This Order supersedes all prior orders of the Court with respect to the deadlines in the UTIER Adversary Proceeding and the Aurelius Motions. The relevant deadlines are now as follows:

- **November 3, 2017**: Deadline (i) for parties in interest, including the Oversight Board, to file opposition papers to the Aurelius Motions and (ii) to answer or otherwise respond to the complaint filed in the UTIER Adversary Proceeding.

- **November 6, 2017**: Deadline for the Attorney General of the United States to notify the Court of its intent with respect to intervention in connection with the Aurelius Motions and the UTIER Adversary Proceeding.

- **November 17, 2017**: Deadline for Aurelius to reply to any oppositions.

- **December 1, 2017**: If a motion to dismiss is filed, deadline for la Unión de Trabajadores de la Industria Eléctrica y Riego ("UTIER") to file its opposition.

- **December 6, 2017**: Deadline for the United States to file its brief in connection with the Aurelius Motions and the UTIER Adversary Proceeding.

- **December 23, 2017**: Deadline for (i) all parties to reply to the United States and (ii) reply briefs to be filed in connection with any motions to dismiss in the UTIER Adversary Proceeding.

In light of the Omnibus hearing and Commonwealth-COFINA trial currently scheduled for December, the hearing on the Aurelius Motions and any motions to dismiss the complaint in the UTIER Adversary Proceeding is scheduled for **January 10, 2018 at 11:00 a.m.** (prevailing Atlantic Standard Time) in New York. The hearing will be held in Courtroom 17C, 500 Pearl Street, New York, New York 10007. The Court will enter a separate order regarding participation procedures and the availability of teleconferencing to Puerto Rico.

SO ORDERED.

Dated: October 2, 2017

    /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge