UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

*As representative of*

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO | Bcy. No. 17-03283-LTS |
| *ET AL.* | Jointly administered |
| Debtor | TITLE III, PROMESA ACT |

-------------------------------------------------------

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

*As representative of*

| | |
|---|---|
| EMPLOYEES RETIREMENT SYSTEMS OF | Bcy. No. 17-3566-LTS |
| THE GOVERNMENT OF THE COMMONWEALTH | |
| OF PUERTO RICO ("ERS") | (Joint Administration Requested) |

-------------------------------------------------------

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO

*As representative of*

| | |
|---|---|
| PUERTO RICO HIGHWAY AND | Bcy. No. 17-03567-LTS |
| TRANSPORTATION AUTHORITY | TITLE III, PROMESA ACT |
| Debtor | |
| | (Joint Administration Requested) |

-------------------------------------------------------

MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

TO THE HONORABLE COURT:

NOW COME Interamericas Turnkey, Inc.[1], through undersigned counsel, and respectfully states and prays:

1.- Debtor's representative in these cases: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO (hereinafter: the BOARD) made public its decision not to pursue the reduction in the working hours of the public employees, and, apparently, also the reduction in the pensions ("El Nuevo Día" Sunday October 1st, 2017, pages 4-6). Appearing party motion docket No. 1167 of the main case 17bk03283-LTS, had initiated an adversary proceeding to review and stay said decision.

2.- The BOARD's decision has rendered the present contested matter MOOT, until and unless the BOARD decides in the future to pursue the matter.

IT IS THEREFORE respectfully requested that this Honorable Court DISMISS THE PRESENTE CONTESTED MATTER WITHOUT PREJUDICE.

In San Juan, Puerto Rico, this 3rd day of October, 2017.

/s/MAXIMILIANO TRUJILLO-GONZALEZ, ESQ.
US DC PR No. 122208
PMB 429
100 Grand Paseos Blvd Suite 112
San Juan PR 00926-5902
787-438-8802
maxtruj@gmail.com

CERTIFICATE OF SERVICE

The present document shall be sent, via the electronic system of the Clerk of the U.S. Bankrupty Court, to attorneys for petitioner: Mr. Hermann D. Bauer-Alvarez, Esq., O'Neill & Borges, Hermann.bauer@oneillborges.com, and Mr. Martin J. Bienenstock,

---

[1] Eminent domain creditor of the Puerto Rico Highways and Transportation Authority, that has appeared in Bcy. No. 17-3567-LTS.

2

Esq., Proskauer Rose LLP, mbienenstock@proskauer.com; and to Ms. Monsita Lecaroz, Esq., Office of the United States Trustee, Puerto Rico Division; and all other parties in the electronic system of the U.S. Bankruptcy Court.

At this time I do not have the facilities to notify those parties included in the master address list, and not included among the parties notified by the Clerk of the Court's electronic system. I have no electricity neither running water at my office, no electricity at home and limited water service, no internet access. I am sending this document, if it goes through, from a shopping mall, but I have not been able to access my e-mail.

In San Juan, Puerto Rico, this 3rd day of October, 2017.


/s/Maximiliano Trujillo-González, Esq.