UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                  No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                          (Jointly Administered)
et al.,

                      Debtors.[1]

------------------------------------------------------------x

<u>ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

        On August 25, 2017, the Court received the *Motion to Review and Stay Debtor's Representative to Deprive the Commonwealth of Internal Revenue (Refiled as Permitted)* (the "Motion") filed by the Interamericas Turnkey, Inc. ("Interamericas"). (Case No. 17-3283, Docket Entry No. 1167; Case No. 17-3567, Docket Entry No. 253.) On September 11 and 18, 2017, the Court received various pleadings related to the Motion. (Case No. 17-3283, Docket Entry Nos. 1258, 1271, 1326, 1327 & 1330.) On October 3, 2017, the Court received and reviewed the *Motion for Voluntary Dismissal Without Prejudice* (the "Motion to Withdraw") filed by Interamericas. (Case No. 17-3283, Docket Entry No. 1395; Case No. 17-3567, Docket Entry No. 292.) Based on the Movant's representations, the Motion to Withdraw is granted without prejudice to refiling at a future date.

[*Remainder of Page Intentionally Left Blank*]

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Order resolves docket entry no. 1395 in Case No. 17-3283 and docket entry no. 292 in Case No. 17-3567.

SO ORDERED.

Dated: October 4, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge