## Exhibit A

**Proposed Order**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1065, 1339 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>          Debtor.[2] | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>(Joint Administration Requested) |

## ORDER EXTENDING DEADLINES (I) UNDER THE LIFT STAY PROTOCOL AND (II) TO RESPOND TO MOTIONS TO LIFT THE AUTOMATIC STAY

Upon the *Debtors' Urgent Motion Seeking Extension of Deadlines (I) Under the Lift Stay Protocol and (II) to Respond to Motions to Lift the Automatic Stay* (the "Motion"),[3] and the Court

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    The last four (4) digits of PREPA's federal tax identification number are 3747.

[3]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.     The Motion is granted as set forth herein.

2.     All currently pending deadlines to meet and confer during the Lift Stay Notice Period, including any deadlines to meet and confer that expired on or after September 19, 2017, are hereby extended to the first business day that is thirty (30) calendar days from the opening of the courthouse. For the avoidance of doubt, such extension only applies to Lift Stay Notices received between August 28, 2017 and through and including the date of the entry of this Order.

3.     The objection deadline with respect to the Soto Motion is hereby extended to the first business day that is thirty (30) calendar days from the opening of the courthouse and the deadline to file a reply to any such objection shall be seven (7) calendar days after the deadline to file an objection to the Soto Motion.


Dated: _____, 2017

_____
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE