UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                                    PROMESA
                                                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of                                           No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                        (Jointly Administered)
et al.,

                  Debtors.[1]

-------------------------------------------------------------x

ORDER SCHEDULING BRIEFING
IN CONNECTION WITH DEBTORS' URGENT MOTION SEEKING EXTENSION OF DEADLINES
(I) UNDER THE LIFT STAY PROTOCOL AND (II) TO RESPOND TO MOTIONS TO LIFT THE STAY

        On October 4, 2017, the Court has received and reviewed the *Debtors' Urgent Motion Seeking Extension of Deadlines (I) Under the Lift Stay Protocol and (II) to Respond to Motions to Lift the Automatic Stay* (the "Urgent Motion") filed by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). (Case No. 17-3283, Docket Entry No. 1400; Case No. 17-3284, Docket Entry No. 223; Case No. 17-3566, Docket Entry No. 211; Case No. 17-3567, Docket Entry No. 294; Case No. 17-4780, Docket Entry No. 334.) AAFAF seeks, among other things, an extension of the current pending deadlines to meet and confer during the Lift Stay Notice Period, including any deadlines that expired on or after September 19, 2017, to thirty (30) calendar days from the opening of the courthouse. Any opposition to the Urgent Motion must be filed by **October 6, 2017 at 12:00 p.m. (Atlantic Standard Time)**.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court will thereafter take the Urgent Motion on submission.

SO ORDERED.

Dated: October 4, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge