# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned legal counsel and respectfully SETS FORTH and PRAYS:

1. Creditor, Universidad Central del Caribe, Inc., ("UCC"), has retained the service of the undersigned to represent them in the case of caption as a creditor and/or party in interest.

**WHEREFORE**, it is respectfully requested from this Honorable Court that it enter an order for all notices and documents filed in this case to be sent to the undersigned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 5th day of October 2017.

**I CERTIFY** that on this date, the foregoing document was electronically filed in this case with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the attorneys of record by operation of the Court's CM/ECF system.

s/ OSCAR GONZALEZ BADILLO

USDC-PR NUMBER 124110

1055 Marginal J.F. Kennedy – Suite 303
San Juan, P.R. 00920-1708
Tel: (787) 749-0233
Fax: (787) 782-7590
gonzalezbadillo@gmail.com

2