# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al | |

## MOTION INFORMING FILING OF PROOFS OF CLAIMS

**TO THE HONORABLE COURT**:

**COME NOW** Universidad Central del Caribe, Inc., ("**UCC**"), through the undersigned attorney, and very respectfully **submits Proofs of Claims and supporting documents**:

1. That on August 30, 2017, the Commonwealth of Puerto Rico filed schedule of creditors (DN 1215).

2. That Universidad Central del Caribe, Inc., ("UCC") is named as creditor on Schedule D (Trade Vendor Obligations), page 471. That the Commonwealth of Puerto Rico informs in its' Schedule D that amount owed for the abovementioned obligation allegedly is $845,910.88. That said amount is incorrect.

3. That Universidad Central del Caribe, Inc., ("UCC") is also named as creditor on Schedule H (Litigation Related Obligations), page 148. That the amount owed for the abovementioned obligation informed by the Commonwealth of Puerto Rico is "UNDETERMINED". That said amount is also incorrect.

4. That Universidad Central del Caribe ("UCC") herein files its' Proofs of Claims and supporting documents corresponding to the aforementioned obligations as: **Exhibit A**, Proof of Claim 1; **Exhibit B**, Agreement; **Exhibit C,** Agreement Amendment A; **Exhibit D**, Agreement Amendment B; **Exhibit E**, Account Balance; **Exhibit F**, Proof of Claim 2; and **Exhibit G**, Complaint and Amended Complaint.

**WHEREFORE**, it is respectfully requested that this Honorable Court takes notice of the filing of the Proof of Claim and supporting documents.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 5th day of October 2017**.**

**I CERTIFY** that on this date, the foregoing document was electronically filed in this case with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the attorneys of record by operation of the Court's CM/ECF system.

s/ OSCAR GONZALEZ BADILLO

USDC-PR NUMBER 124110

1055 Marginal J.F. Kennedy – Suite 303
San Juan, P.R. 00920-1708
Tel: (787) 749-0233
Fax: (787) 782-7590
gonzalezbadillo@gmail.com

2