EKGM      2015-DS1061

DECANATO DE ADMINISTRACION
R E C I B I D O
FEB 02 2016
HORA: _____
UNIVERSIDAD CENTRAL DEL CARIBE

2016 JAN 22

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE SALUD**
**SAN JUAN, PUERTO RICO**

ENMIENDA AL CONTRATO 2015-DS1061

ENMIENDA AL CONTRATO CON ENTIDAD PRIVADA
DE SERVICIOS PROFESIONALES Y CONSULTIVOS

COMPARECEN

DE LA PRIMERA PARTE: EL DEPARTAMENTO DE SALUD, representado por su Secretaria de Salud ANA C. RÍUS ARMENDÁRIZ, MD, mayor de edad, soltera, médico de profesión y vecina de GUAYNABO, Puerto Rico, o representada por el Subsecretario de Salud GREDUVEL DURÁN GUZMÁN, MD, MPH, mayor de edad, casado y vecino de SAN JUAN, Puerto Rico, quien comparece en representación de la Secretaria de Salud y está autorizado a firmar contratos en virtud de la delegación hecha por la Secretaria en comunicación del 16 de septiembre de 2013, de conformidad con la Ley Núm. 81 de 14 de marzo de 1912, según enmendada, en adelante denominada la PRIMERA PARTE.



DE LA SEGUNDA PARTE: <u>UNIVERSIDAD CENTRAL DEL CARIBE</u> una corporación sin fines de lucro, creada al amparo de las Leyes del Estado Libre Asociado de Puerto Rico, representada por, el <u>Dr. José Ginel Rodríguez Irizarry</u> en calidad de Presidente, mayor de edad, soltero y vecino de <u>San Juan</u>, Puerto Rico, en adelante denominada la SEGUNDA PARTE.

A tenor con la Ley Núm.81 de 14 de marzo de 1912, según enmendada, el Memorando Circular Número 07-93, emitido el 8 de marzo de 1993 y el Boletín Administrativo Núm. OE-1991-24, emitido el 18 de junio de 1991, según enmendado por el Boletín Administrativo Núm. OE-1992-52 de 28 de agosto de 1992, AMBAS PARTES acuerdan enmendar el contrato número <u>2015-DS1061</u> para que efectivo al <u>1ro de julio de 2015</u> las cláusulas número TERCERA de VIGENCIA Y DURACIÓN, número CUARTA de <u>COMPENSACION Y FORMA DE PAGO</u>, número <u>QUINTA</u> de RECURSOS PARA PAGAR LOS SERVICIOS, número <u>SEPTIMA</u> de INTERES PECUNIARIO, número <u>DECIMA PRIMERA</u> de CERTIFICACION CONTRIBUTIVA, número <u>DECIMA TERCERA</u> de CERTIFICACION A FAVOR DEL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS, número <u>DECIMA QUINTA</u> de DELITOS CONTRA EL ERARIO PUBLICO, número <u>VIGESIMA CUARTA</u> de EX-SERVIDORES PUBLICOS, número <u>VIGESIMA QUINTA</u> sobre CERTIFICACION DE LA ADMINISTRACION PARA EL SUSTENTO DE MENORES, número <u>VIGESIMA OCTAVA</u> de CREDENCIALES, número <u>TRIGESIMA TERCERA</u> CERTIFICACION DE IMPUESTO SOBRE VENTAS Y USO-IVU, número <u>TRIGESIMA CUARTA</u> de CUMPLIMIENTO CON LA LEY NUM. 168 DE 12 DE AGOSTO DE 2000 y número <u>TRIGESIMA QUINTA</u> de OTRAS DISPOSICIONES dispongan como sigue:

CLAUSULAS Y CONDICIONES

TERCERA: VIGENCIA Y DURACION: Este contrato continuará en vigor a partir de <u>1ro de julio de 2015</u> hasta el <u>30 de junio de 2016.</u> (El resto de la cláusula permanecerá inalterada.)

ENMIENDA A

EKGM                                                          2015-DS1061

CUARTA: COMPENSACION Y FORMA DE PAGO:

La PRIMERA PARTE se compromete con la SEGUNDA PARTE a pagar por la prestación de servicios docentes en los programas de educación posgraduada del HURRA objeto de este contrato la cantidad total anual de **$631,136.64** pagadero en cuantías mensuales de **$52,594.72**.

El resto de esta cláusula permanecerá inalterada.

QUINTA: RECURSOS PARA PAGAR LOS SERVICIOS:

Los servicios prestados bajo este contrato se pagarán de la cifra de cuenta **(PS.8.4) 571-0712105-06B-2002, 571-0712105-06M-2000, y/o (PRIFAS) 571-0710000-780-2002, 571-0710000-783-2000**, y/o cualquier otra cifra de cuenta disponible hasta un máximo de **$631,136.64** durante la vigencia del contrato.

SEPTIMA: <u>INTERES PECUNIARIO:</u>



___ La SEGUNDA PARTE hace constar que ningún funcionario o empleado de la agencia contratante o algún miembro de su unidad familiar tienen directa o indirectamente interés pecuniario en este contrato.

___ La SEGUNDA PARTE hace constar que ningún funcionario o empleado de la agencia contratante ha tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente interés pecuniario en este contrato.

___ La SEGUNDA PARTE certifica NO tener relación de parentesco, con ningún funcionario o empleado que tenga facultad de decidir o influenciar y participar en las decisiones institucionales de la agencia con quien estoy en trámite de contratar.

_N/A_ La SEGUNDA PARTE certifica tener relación de parentesco, con algún funcionario o empleado que tenga facultad de decidir o influenciar y participar en las decisiones institucionales de la agencia con quien estoy en trámite de contratar. La SEGUNDA PARTE se obliga, a indicar la relación de parentesco, nombre y lugar de trabajo, del funcionario o empleado de la agencia con quien estoy en trámite de contratar, según queda expresamente establecido en la certificación que se hace formar parte del expediente del contrato.

La PRIMERA PARTE certifica que, a su mejor entender, ningún empleado o funcionario de esta agencia o algún miembro de su unidad familiar tiene, directa o indirectamente, interés pecuniario en este contrato y que ningún funcionario o empleado de la Rama Ejecutiva tiene interés en las ganancias o beneficios producto de este contrato.

DECIMA PRIMERA: CERTIFICACION CONTRIBUTIVA:

___ La SEGUNDA PARTE certifica y garantiza que al momento de suscribir este contrato ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y no adeuda contribuciones al Estado Libre Asociado de Puerto Rico. También certifica que no tiene deuda contributiva alguna, entendiéndose por deuda contributiva, cualquier deuda por concepto de contribución sobre ingresos, arbitrios, contribución sobre la propiedad mueble e inmueble, incluyendo cualquier imposición de carácter especial, derechos de licencias, contribuciones retenidas en el origen en el pago de salarios a empleados, en el pago de intereses, dividendos, rentas, salarios y otros emolumentos a individuos o por cualquier otro concepto.


O

_N/A_ La SEGUNDA PARTE certifica y garantiza que al momento de suscribir este contrato ha rendido planilla contributiva durante los cinco (5) años previos a este contrato y que



2

se encuentra acogida a un plan de pago, con cuyos términos y condiciones está cumpliendo. Copia del o de los Planes de Pago, forman parte del expediente de este contrato.

O

N/A La SEGUNDA PARTE certifica que al momento de suscribir este contrato NO ha rendido su planilla contributiva durante alguno de los periodos contributivos dentro de los cinco (5) años previos a este contrato y que no adeuda contribuciones al Estado Libre Asociado de Puerto Rico. También certifica que no tiene deuda contributiva alguna, entendiéndose por deuda contributiva, cualquier deuda por concepto de contribución sobre ingresos, arbitrios, contribución sobre la propiedad mueble e inmueble, incluyendo cualquier imposición de carácter especial, derechos de licencias, contribuciones retenidas en el origen en el pago de salarios a empleados, en el pago de intereses, dividendos, rentas, salarios y otros emolumentos a individuos o por cualquier otro concepto.

O

N/A La SEGUNDA PARTE certifica que tiene una deuda contributiva, pero que la misma está en proceso de revisión o ajuste en el Departamento de Hacienda o por el CRIM. La SEGUNDA PARTE expresamente reconoce y se obliga a que, de no proceder la revisión o el ajuste, se compromete a cancelar dicha deuda, mediante retención con cargo a los pagos a que tiene derecho a recibir por los servicios prestados bajo este contrato. Además de los documentos requeridos en esta cláusula, la SEGUNDA PARTE someterá una Certificación emitida por el Departamento de Hacienda y o por el CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPAL (CRIM), donde se informe que la SEGUNDA PARTE tiene deuda en revisión. La SEGUNDA PARTE está obligada a informar trimestralmente (marzo 31, junio 30, septiembre 30 y diciembre 31) a la PRIMERA PARTE del progreso o denegación de la revisión o el ajuste.

Y

La SEGUNDA PARTE someterá, en original, del Departamento de Hacienda Certificación de Radicación de Planillas de Contribución Sobre Ingresos (Modelo SC 6088), si procede, Corrección Manual a la Certificación de Radicación de Planillas de Contribución sobre Ingresos (Modelo SC 2888) y Certificación de Deuda (Modelo SC 6096) y del CENTRO DE RECAUDACION DE INGRESOS MUNICIPAL (CRIM), Certificación de Radicación de Planillas de Contribución sobre Propiedad Mueble (de no poseer propiedad mueble y de no figurar radicando planilla en el sistema contributivo mecanizado del CRIM, la SEGUNDA PARTE someterá una Declaración Jurada, en cumplimiento con los términos requeridos en la Carta Circular 1300-25-14 del Departamento de Hacienda) y una Certificación de Deuda por Todos los Conceptos, las cuales forman parte de este contrato.

La SEGUNDA PARTE está obligada a requerir a todos los Sub-Contratistas que presten servicios bajo este contrato, y de ser la SEGUNDA PARTE una Sociedad, a todos los Socios residentes en Puerto Rico el cumplimiento con las disposiciones de esta cláusula.

La SEGUNDA PARTE se compromete además, a someter con su última factura el Modelo SC-6096, Certificación de Deuda expedido por el Departamento de Hacienda. La SEGUNDA PARTE acepta y reconoce que el último pago a efectuarse bajo el contrato, sólo se tramitará si la Certificación de Deuda indica que la SEGUNDA PARTE no tiene deuda con el Departamento de Hacienda. De tener deuda, la SEGUNDA PARTE se compromete a cancelar la misma mediante retención en los pagos a que tiene derecho a recibir por los servicios objetos de esta contratación.

Expresamente se reconoce que estas son condiciones esenciales del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la parte contratante pueda dejar sin efecto el mismo y la parte contratada tenga que reintegrar a la parte contratante toda suma de dinero recibida bajo este contrato.


ENMIENDA A

EKGM                                                 2015-DS1061

DECIMA TERCERA: CERTIFICACION A FAVOR DEL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS:

___ La SEGUNDA PARTE certifica y garantiza que al momento de suscribir este contrato ha pagado las contribuciones de:

___ Seguro por Desempleo

___ Incapacidad Temporal

___ Seguro Social para Choferes

_N/A_ La SEGUNDA PARTE se encuentra acogida a un Plan de Pago, con cuyos términos y condiciones está cumpliendo. Copia del Plan de Pago forma parte del expediente de este contrato.

Expresamente se reconoce que ésta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la parte contratante pueda dejar sin efecto el mismo y la SEGUNDA PARTE tenga que reintegrar a la PRIMERA PARTE toda suma de dinero recibida bajo este contrato.

DECIMA QUINTA: DELITOS CONTRA EL ERARIO PÚBLICO:

___ La SEGUNDA PARTE certifica que ni ella, ni ninguno de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices ha sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

___ La SEGUNDA PARTE reconoce su deber continuo de informar, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o con la función pública; contra el ejercicio gubernamental; que involucre fondos o propiedad pública, en el ámbito federal o estatal.

___ La SEGUNDA PARTE certifica que durante los diez años anteriores a la formalización del contrato, ni ella, ni ninguno de sus accionistas, socios, oficiales principales, empleados, subsidiarias o compañías matrices, no han cometido ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

VIGESIMA CUARTA: EX-SERVIDORES PÚBLICOS:

___ La SEGUNDA PARTE certifica que nunca ha sido servidor público.

___ La SEGUNDA PARTE certifica que ninguno de los socios y/o incorporadores ha sido servidor público.

_N/A_ La SEGUNDA PARTE certifica que han transcurrido más de dos (2) años desde el cese de sus funciones como servidor público y que no ha ofrecido información, intervenido, cooperado, asesorado en forma alguna o representado directa o indirectamente a persona privada, negocio o entidad pública, ante la agencia para la que laboró, ésta de conformidad con la sección 4.6 de la Ley de Ética Gubernamental, Ley Núm. 1 del 3 de enero de 2012.

_N/A_ La SEGUNDA PARTE certifica que han transcurrido más de dos (2) años desde el cese de las funciones como servidores público de alguno de sus socios y/o incorporadores y que no han ofrecido información, intervenido, cooperado, asesorado en forma alguna o representado directa o indirectamente a persona privada, negocio o entidad pública ante la agencia para la que laboró, ésta de conformidad con la sección 4.6 de la Ley de Ética Gubernamental, Ley Núm. 1 del 3 de enero de 2012

_N/A_ La SEGUNDA PARTE certifica que no han transcurrido más de dos (2) años desde el cese de las funciones de alguno de sus socios y/o incorporadores como servidores públicos, no



4

obstante presta servicios *ad honorem* de conformidad con la sección 4.6 de la Ley de Ética Gubernamental, Ley Núm. 1 del 3 de enero de 2012.

__N/A__ La SEGUNDA PARTE certifica que ha sido servidor público en el Departamento de Salud y no han transcurrido más de dos (2) años desde el cese de sus funciones.

Cuando medien circunstancias excepcionales y a discreción de la Oficina de Ética Gubernamental podrá expedir dispensa, siempre que resulte en beneficio del servicio público la contratación dentro de los dos (2) años del ex-servidor público.

__N/A__ La SEGUNDA PARTE certifica alguno de sus socios y/o incorporadores han sido servidores públicos en el Departamento de Salud, y no han transcurrido más de dos (2) años desde el cese de las funciones.

Cuando medien circunstancias excepcionales y a discreción de la Oficina de Ética Gubernamental podrá expedir dispensa, siempre que resulte en beneficio del servicio público la contratación dentro de los dos (2) años del ex-servidor público.

VIGESIMA QUINTA: CERTIFICACION DE LA ADMINISTRACION PARA EL SUSTENTO DE MENORES:

La SEGUNDA PARTE someterá a la PRIMERA PARTE una Certificación de Estado de Cumplimiento de la Administración para el Sustento de Menores (ASUME).

Esta certificación se emite en los casos de personas jurídicas (compañías, corporaciones) para corroborar que cumplen con las órdenes emitidas a su nombre como patrono, para retener del salario de sus empleados los pagos de pensión alimentaria.

VIGESIMA OCTAVA: CREDENCIALES:

La SEGUNDA PARTE presentará una certificación jurada, la cual se hará formar parte del presente contrato, donde certifica que al momento de firmar este contrato y durante la vigencia del mismo, tiene vigente las credenciales de los profesionales necesarios para ejercer las funciones para las que se le contrata, expedidas por la Junta Acreditadora correspondiente. Certificará además, contar con la evidencia de su preparación académica, y documentación relacionada al ejercicio de su profesión, a saber: la Licencia Profesional, la Colegiación, el Certificado de Educación Continua o Certificación de Registro, el Certificado de "Good Standing" y de tener médicos que presten servicios bajos este contrato tienen que tener vigentes sus Licencias Estatales y Federales para la prescripción de Drogas y Narcóticos y Póliza de Responsabilidad Profesional (Malpractice). La SEGUNDA PARTE en adición a la certificación jurada, presentará un listado de los profesionales de la salud que prestarán el servicio que indique el nombre con apellidos, la profesión y el porciento de tiempo que trabajará bajo el contrato. La SEGUNDA PARTE proveerá a la PRIMERA PARTE las certificaciones contributivas de los profesionales subcontratados en cumplimiento con los términos requeridos en la Carta Circular 1300-25-14 del Departamento de Hacienda.

La evidencia de la preparación académica, credenciales y documentación relacionada al ejercicio de su profesión, estarán disponibles a petición de la de la PRIMERA PARTE.

En caso de que algún miembro y/o empleado de la SEGUNDA PARTE haya sido acusado, administrativa o criminalmente, o convicto de haber obtenido fraudulentamente cualquier credencial, la SEGUNDA PARTE se obliga a sustituirlo inmediatamente, de lo contrario la PRIMERA PARTE podrá dar por terminado este contrato inmediatamente.

Queda claramente establecido que si algún miembro y/o empleado de la SEGUNDA PARTE queda desprovisto de su licencia profesional, la SEGUNDA PARTE se obliga a sustituirlo inmediatamente, de lo contrario esto será motivo suficiente para dar por terminado este contrato inmediatamente.

TRIGESIMA TERCERA: CERTIFICACIÓN DE IMPUESTO SOBRE VENTAS Y USO-IVU:

ENMIENDA A

EKGM                                              2015-DS1061

____ La SEGUNDA PARTE certifica y garantiza que al momento de suscribir este contrato ha rendido su planilla mensual contributiva por concepto de impuesto sobre ventas y uso-IVU durante los cinco (5) años previos a este contrato y no adeuda contribuciones al Estado Libre Asociado de Puerto Rico.

O

__N/A__ La SEGUNDA PARTE certifica y garantiza que al momento de suscribir este contrato ha rendido planilla mensual contributiva durante los cinco (5) años previos a este contrato y que se encuentra acogida a un plan de pago, con cuyos términos y condiciones está cumpliendo. Copia del o de los Planes de Pago, forman parte del expediente de este contrato.

O

__N/A__ La SEGUNDA PARTE certifica que al momento de suscribir este contrato NO tiene obligación de rendir la planilla mensual como Agente Retenedor del IVU.

Y

La SEGUNDA PARTE someterá, en original, del Departamento de Hacienda Certificación de Radicación de Planillas del Impuesto sobre Ventas y Uso-IVU (Modelo SC 2942), Certificación de Deuda del Impuesto sobre Ventas y Uso (Modelo SC 2927) en cumplimiento con los términos requeridos en la Carta Circular 1300-25-14 del Departamento de Hacienda.

Expresamente se reconoce que éstas son condiciones esenciales del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la parte contratante pueda dejar sin efecto el mismo y la parte contratada tenga que reintegrar a la parte contratante toda suma de dinero recibida bajo este contrato.

TRIGESIMA CUARTA: CUMPLIMIENTO CON LA LEY NUM. 168 DE 12 DE AGOSTO DE 2000:

__N/A__ La SEGUNDA PARTE certifica y garantiza que está obligada a cumplir con las disposiciones de la Ley Núm. 168 del 12 de agosto de 2000, conocida como la "Ley de Mejoras al Sustento de Personas de Edad Avanzada de Puerto Rico" mediante la cual se establece el Programa para el Sustento de Personas de Edad Avanzada adscrito a la Administración para el Sustento de Menores (ASUME), conllevará la terminación inmediata del presente contrato.

Expresamente se reconoce que esta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la parte contratante pueda dejar sin efecto el mismo y la parte contratada tendrá que reintegrar a la parte contratante toda suma de dinero recibida bajo este contrato.

____ La SEGUNDA PARTE certifica y garantiza que no está obligada a cumplir con las disposiciones de la Ley Núm. 168 del 12 de agosto de 2000, conocida como la "Ley de Mejoras al Sustento de Personas de Edad Avanzada de Puerto Rico" mediante la cual se establece el Programa para el Sustento de Personas de Edad Avanzada adscrito a la Administración para el Sustento de Menores (ASUME), conllevará la terminación inmediata del presente contrato

Expresamente se reconoce que esta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la parte contratante pueda dejar sin efecto el mismo y la parte contratada tendrá que reintegrar a la parte contratante toda suma de dinero recibida bajo este contrato.

TRIGESIMA QUINTA: OTRAS DISPOSICIONES:

__N/A__ La SEGUNDA PARTE hace constar que trabaja bajo contrato para_____ _____ y que los servicios que presta bajo el mismo no confligen de forma alguna con los que prestara bajo las disposiciones de este contrato.



6

LAS PARTES CONVIENEN, que excepto por lo aquí, modificado, suplantado o enmendado, todos los demás términos, condiciones previamente suscritos en el contrato original, se mantendrán en pleno vigor y efecto. El contrato así, modificado, suplantado o enmendado por esta enmienda es por este medio ratificado y confirmado en todos sus aspectos y con el entendimiento de que este contrato no ha sufrido ningunas otras variaciones o renovaciones que las de aquí expuestas.

El resto del contrato permanecerá inalterado.

## ACEPTACION

AMBAS PARTES aceptan esta enmienda por estar ajustado a lo convenido y se obligan al cumplimiento de todas sus cláusulas y condiciones.

En San Juan, Puerto Rico, hoy __30__ de __JNMO__ de 20__15__.

_____          _____
SEGUNDA PARTE                     PRIMERA PARTE
S.P: 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                  S.S.P: 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

Esta enmienda fue presentada para registro en la Oficina del Contralor el __2__ de __Julio__ de 20__15__.

### CERTIFICACIÓN

PUERTO RICO

Yo, __Gladys N. Torres Díaz__ Abogado(a) de la Oficina de Asesores Legales del Departamento de Salud certifico que he revisado el contrato en todos sus pormenores y, he encontrado el mismo satisfactorio desde el punto de vista legal. Recomiendo su firma.

Firma: _____  Fecha: 24-jun-15

CERTIFICO QUE ES COPIA FIEL Y EXACTA DE CONTRATO BAJO MI CUSTODIA
FIRMA _____
FECHA 13/enero/16

730

ENMIENDA A
2015 05 10

| | | 2013-2014 | 2014-2015 Ajuste |
|---|---|---|---|
| Depart. Patologia | Dra. A. Franceschini | 12,000.00 | |
| Grupo A | Dr. Edwin Villafane | 20,000.00 | 20,000.00 |
| Grupo B | Dr. Jose Mojica | 20,000.00 | 20,000.00 |
| Grupo C | Dr. Juan Ruiz | | |
| Clinica | Dr. Carlos Benitez | 17,280.00 | 17,280.00 |
| Grupo D | Dr. Jessie Giron | 20,000.00 | 20,000.00 |
| Maria Vazquez | Dra. Maria Vazquez | 30,000.00 | 30,000.00 |
| | Dr. Guardiola | 12,000.00 | 3,000.00 |
| | Dr. Ana Perez** | 18,000.00 | 18,000.00 |
| Director Programa | Dr. Juan Ruiz | 68,580.00 | 68,580.00 |
| Dir. Asociado | Dr. Rivera Valles | 36,000.00 | 36,000.00 |
| Prog.Adm./Coordinador | Sra. Carmen Rivera | 29,565.00 | 29,565.00 |
| Gastroenterologia | | | |
| | Dr. Abdiel Cruz | 23,040.00 | 23,040.00 |
| | Dr. Roberto Vendrell | 23,040.00 | 23,040.00 |
| Dermatologia | Dra. Eneida de la Torre | 18,000.00 | 18,000.00 |
| Neumologia | Dr. Ricardo A. Hernandez | 30,000.00 | 30,000.00 |
| Jefe MI / Infectologia | Dra Melba Colon | 36,000.00 | 36,000.00 |
| | Dra. Sol M. Carrillo | 18,000.00 | 18,000.00 |
| Hematologia/Oncologia | Dr. Robert Hunter | 19,584.00 | 19,584.00 |
| | Dr. Juan Vazquez* | 9,000.00 | 9,000.00 |
| | Dr. Augusto Medina* | 9,000.00 | 9,000.00 |
| Cardiologia | | | |
| | Dr. Jose Martinez Ojeda | 18,000.00 | 18,000.00 |
| Nefrologia | Dr. Antonio Diaz | 12,000.00 | 12,000.00 |
| Neurologia | Dra. Damaris Torres | 23,040.00 | 23,040.00 |
| Reumatologia | Dra. Karina Vila | 18,000.00 | 18,000.00 |
| Endocrinologia | TBN | 24,000.00 | |
| Immunology | Dr. Arnaldo Perez | 12,000.00 | 12,000.00 |
| Endocrinologia | Dr. Juan Otero Martinez | 15,360.00 | 15,360.00 |
| Investigacion / Etica | Dr. Jose Ramirez | 17,280.00 | 17,280.00 |
| Medicina Adolescentes | Dr. Jose G. Rodriguez | 3,456.00 | 3,456.00 |
| Fondo Residentes | Fondo Residentes | 10,000.00 | 10,000.00 |

ENMIENDA A

2 0 15 05 10 6

| | Sub-total | | | |
|---|---|---|---|---|
| Sub-total<br>Gastos Adm. 8% | Sub-total<br>Gastos Adm. 8% | 622,225.00<br>49,778.00 | | 577,225.00<br>46,178.00 |
| | Total<br>Dinero Asignado 2015 | 672,003.00<br>631,136.70<br>(40,866.30) | | 623,403.00<br>631,136.70<br>7,733.70 |

\* recomeindan re-presupuestar
\*\* a ser sustituida por Dra. Mitchel Martinez

1. Recomiendan eliminar
2. Dr. Ruiz decide bajar cantidad

ENMIENDA A

2015 05 10

| | | | 2012-13 | 2013-14 |
|---|---|---|---|---|
| Departamento Patologia | Dra A. Franceschini | | 12,000.00 | 11,520.00 |
| Grupo A | Dr. Edwin Villafane* | | 24,000.00 | 20,000.00 |
| Grupo B | Dr. Jose Mojica* | | 24,000.00 | 20,000.00 |
| Grupo C | Dr. Juan Ruiz | | | - |
| Clinica | Dr. Carlos Benitez* | | 18,000.00 | 17,280.00 |
| Grupo D | Dr. Jessie Giron | | 18,000.00 | 20,000.00 |
| Maria Vazquez | Dra. Maria Vazquez | | 9,000.00 | 30,000.00 |
| | Dr. Guardiola | | | 12,000.00 |
| | Dr. Ana Perez* | | 36,000.00 | 34,560.00 |
| Director Programa* | Dr. Juan Ruiz | $ | 54,000.00 | 68,580.00 |
| Dir. Asociado | Dr. Rivera Valles | | 36,000.00 | 36,000.00 |
| Prog.Adm./Coordinador | Sra. Carmen Rivera | | 29,565.00 | 29,565.00 |
| Gastroenterologia | | | | - |
| | Dr. Abdiel Cruz | $ | 24,000.00 | 23,040.00 |
| | Dr. Roberto Vendrell | $ | 24,000.00 | 23,040.00 |
| Dermatologia | Dra. Eneida de la Torre | $ | 18,000.00 | - 18,000.00 |
| Neumologia | Dr. José Adorno | $ | 12,000.00 | 12,000.00 |
| | TBN | | | |
| Jefe MI / Infectologia | Dra Melba Colon | $ | 42,000.00 | 40,320.00 |
| | Dra. Sol M. Carrillo | $ | 18,000.00 | 18,000.00 |
| Hematologia/Oncologia | Dr. Robert Hunter | $ | 20,400.00 | 19,584.00 |
| | Dr. Juan Vazquez* | $ | 12,000.00 | 9,000.00 |
| | Dr. Augusto Medina* | $ | 12,000.00 | 9,000.00 |
| Cardiologia | | | | - |
| | Dr. Jose Martinez Ojeda | $ | 12,000.00 | 12,000.00 |
| | Dr. Elvin Rivera Zayas* | $ | 9,000.00 | 6,000.00 |
| Nefrologia | TBN | $ | 24,000.00 | 12,000.00 |
| | Dr. Antonio Diaz | $ | 12,000.00 | 12,000.00 |
| Neurologia | Dra. Damaris Torres | $ | 24,000.00 | 23,040.00 |
| Reumatologia | Dra. Yolanda Lopez* | $ | 18,000.00 | - 18,000.00 |
| | Dra. Karina Vilá | $ | 18,000.00 | 18,000.00 |
| Endocrinologia | TBN | $ | 24,000.00 | 18,000.00 |
| | Dr. Juan Otero Martinez | $ | 16,000.00 | 15,360.00 |
| Inmunologia | Dr. Arnaldo Perez | | | 12,000.00 |
| Investigacion / Etica | Dr. Jose Ramirez | $ | 18,000.00 | 17,280.00 |

ENMIENDA A
2015 OS 10 6

| | | | | |
|---|---|---|---|---|
| Medicina Adolescentes | Dr. Jose G. Rodriguez | $ | 3,600.00 | 3,456.00 |
| Fondo Residentes | Fondo Residentes | $ | 7,800.00 | 7,488.00 |
| Sub-total Gastos Adm. 8% | Sub-total Gastos Adm. 8% | | 629,365.00 50,349.20 | 646,113.00 51,689.04 |
| | Total | | 679,714.20 | 697,802.04 |



2015 OS 10 6 1

ENMIENDA A

701,264.00 Dinero Asignado
697,802.04 Presupuesto

3,461.96 Sobrante

recomendado por Ruiz en sept 4, 2013
recomendado pro Ruiz en sept 4, 2013

UCC

2015 DS 106
ENMIENDA A

UNIVERSIDAD CENTRAL DEL CARIBE
Decanato de Administración

PRESUPUESTO CONTRATO POSGRADO 2015-2016
SERVICIOS PROFESIONALES

| # | DEPARTAMENTO | APELLIDO | APELLIDO 2 | NOMBRE | ESPECIALIDAD | SUBESPECIALIDAD | Presupuesto 2015-2016 | 25% |
|---|---|---|---|---|---|---|---|---|
| 1 | MEDICINA INTERNA | BENITEZ | COLON | CARLOS R. | MEDICINA INTERNA | | $ 17,280 | |
| 2 | MEDICINA INTERNA | CARRILLO | MORALES | SOL M. | MEDICINA INTERNA | INFECTOLOGIA | 18,000 | |
| 3 | MEDICINA INTERNA | CASTELLANOS | MARTIN | MICHELLE | MEDICINA INTERNA | | 18,000 | 25% |
| 4 | MEDICINA INTERNA | COLON | QUINTANA | MELBA I. | MEDICINA INTERNA | | 36,000 | 25% |
| 5 | MEDICINA INTERNA | CRUZ | LOUBRIEL | ABDIEL | MEDICINA INTERNA | INFECTOLOGIA/JEFE MEDICINA INTERNA | 23,040 | 25% |
| 6 | MEDICINA INTERNA | DE LA TORRE | LUGO | ENEIDA M. | MEDICINA INTERNA | GASTROENTEROLOGIA | 18,000 | |
| 7 | MEDICINA INTERNA | DIAZ | HERNANDEZ | ANTONIO LUIS | MEDICINA INTERNA | DERMATOLOGIA | 12,000 | |
| 8 | MEDICINA INTERNA | GIRON | MORELL | JESSIE | MEDICINA INTERNA | NEFROLOGIA | 20,000 | |
| 9 | MEDICINA INTERNA | HERNANDEZ | CASTILLO | RICARDO A. | MEDICINA INTERNA | NEUMOLOGIA | 30,000 | |
| 10 | MEDICINA INTERNA | HUNTER | MELADO | ROBERT | MEDICINA INTERNA | HEMATOLOGIA ONCOLOGICA | 19,584 | |
| 11 | MEDICINA INTERNA | MARTINEZ | OJEDA | JOSE A. | MEDICINA INTERNA | CARDIOLOGIA | 18,000 | |
| 12 | MEDICINA INTERNA | MEDINA | SALDAÑA | AUGUSTO | MEDICINA INTERNA | ONCOLOGIA MEDICA, HEMATOLOGIA | 9,000 | |
| 13 | MEDICINA INTERNA | MOJICA | COSME | JOSE A. | MEDICINA INTERNA | | 20,000 | |
| 14 | MEDICINA INTERNA | OTERO | MARTINEZ | JUAN RAMON | MEDICINA INTERNA | ENDOCRINOLOGIA | 15,360 | |
| 15 | MEDICINA INTERNA | PEREZ | MERCADO | ARNALDO E. | | ALERGIA E INMUNOLOGIA | 12,000 | |
| 16 | MEDICINA INTERNA | RAMIREZ | RIVERA | JOSE | MEDICINA INTERNA | NEUMOLOGIA | 17,280 | |
| 17 | MEDICINA INTERNA | RIVERA | VALLES | JOSE A. | MEDICINA INTERNA | DIRECTOR ASOCIADO DEL PROGRAMA RESIDENCIAS | 36,000 | |
| 18 | MEDICINA INTERNA | TORRES | BERRIOS | DAMARIS | MEDICINA INTERNA | NEUROLOGIA | 23,040 | |
| 19 | MEDICINA INTERNA | VAZQUEZ | DIAZ | MARIA M. | MEDICINA INTERNA | | 30,000 | |
| 20 | MEDICINA INTERNA | VAZQUEZ | MEDINA | JUAN MANUEL | MEDICINA INTERNA | ONCOLOGIA | 9,000 | |
| 21 | MEDICINA INTERNA | VENDRELL | WHITNEY | ROBERTO | MEDICINA INTERNA | GASTROENTEROLOGIA | 23,040 | |
| 22 | MEDICINA INTERNA | VILA | RIVERA | KARINA | MEDICINA INTERNA | REUMATOLOGIA | 18,000 | |
| 23 | MEDICINA INTERNA | VILLAFAÑE | SAN INOCENCIO | EDWIN | MEDICINA INTERNA | | 20,000 | |
| 24 | PEDIATRIA | RODRIGUEZ | IRIZARRY | JOSE GINEL | PEDIATRIA | MEDICINA ADOLESCENTES | 3,456 | |
| | | | | | | SUTOTAL | $ 466,080 | |

SERVICIOS PERSONALES

| # | DEPARTAMENTO | APELLIDO | APELLIDO 2 | NOMBRE | PUESTO | Presupuesto 2015-2016 | 25% |
|---|---|---|---|---|---|---|---|
| 1 | MEDICINA INTERNA | RIVERA | RODRIGUEZ | CARMEN N. | COORDINADORA ADMINISTRATIVA DEL PROGRAMA DE RESIDENCIAS | $ 29,565 | 25% |
| 2 | MEDICINA INTERNA | RUIZ | RAMOS | JUAN A. | DIRECTOR DEL PROGRAMA DE RESIDENCIA$ | 68,580 | 25% |
| | | | | | SUTOTAL | $ 98,145 | |

VACANTES

| # | DEPARTAMENTO | APELLIDO | APELLIDO 2 | NOMBRE | PUESTO | Presupuesto 2015-2016 | 25% |
|---|---|---|---|---|---|---|---|
| 1 | NEFROLOGO (TBN) | | | | | $ 7,200 | |
| 2 | ENDOCRINOLOGO (TBN) | | | | | 3,000 | |
| | | | | | SUTOTAL | $ 10,200 | |

FONDOS RESIDENTES  46,711.64
GASTOS ADMINISTRATIVOS 8%  10,000

TOTAL $ 631,136.64

DINERO ASIGNADO PARA EL 2015-2016  $ 631,136.64

ESO/ic

6/15/2015