EKGM

ENMIENDA B
2015-DS1061

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE SALUD
SAN JUAN, PUERTO RICO

ENMIENDA AL CONTRATO 2015-DS1061

ENMIENDA AL CONTRATO CON ENTIDAD PRIVADA DE SERVICIOS
PROFESIONALES Y CONSULTIVOS

COMPARECEN

DE LA PRIMERA PARTE: EL DEPARTAMENTO DE SALUD, representado por su Secretaria de Salud **ANA C. RIUS ARMENDARIZ, MD**, mayor de edad, soltera, médico de profesión y vecina de **GUAYNABO**, Puerto Rico o representada por el Subsecretario de Salud **GREDUVEL DURAN GUZMAN, MD, MPH**, mayor de edad, casado y vecino de **SAN JUAN**, Puerto Rico, quien comparece en representación de la Secretaria de Salud y está autorizado a firmar contratos en virtud de la delegación hecha por la Secretaria en comunicación del 20 de octubre de 2015, de conformidad con la Ley Núm. 81 de 14 de marzo de 1912, en adelante denominado la **PRIMERA PARTE**.



DE LA SEGUNDA PARTE: **UNIVERSIDAD CENTRAL DEL CARIBE**, una **CORPORACION**, sin fines de lucro, creada al amparo de las Leyes del Estado Libre Asociado de Puerto Rico, representada por el **Dr. José Ginel Rodríguez Irizarry** en calidad de **PRESIDENTE**, mayor de edad, soltero, y vecino de **SAN JUAN**, Puerto Rico, en adelante denominada la SEGUNDA PARTE.

A tenor con la Ley Núm.81 de 14 de marzo de 1912, según enmendada, el Memorando Circular Número 07-93, emitido el 8 de marzo de 1993 y el Boletín Administrativo Núm. OE-1991-24, emitido el 18 de junio de 1991, según enmendado por el Boletín Administrativo Núm. OE-1992-52 de 28 de agosto de 1992, AMBAS PARTES acuerdan enmendar el contrato número **2015-DS1061** para que efectivo al **01** de **Julio** de **2016** las cláusulas número **TERCERA** de VIGENCIA Y DURACION, número **QUINTA** de RECURSOS PARA PAGAR LOS SERVICIOS, número **SEPTIMA** de INTERES PECUNIARIO, número **DECIMA PRIMERA** de CERTIFICACION CONTRIBUTIVA, número **DECIMA TERCERA** de CERTIFICACION A FAVOR DEL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS número **DECIMA QUINTA**, DELITOS CONTRA EL ERARIO PUBLICO, número **VIGESIMA CUARTA**, EX SERVIDORES PUBLICOS, número **VIGESIMA QUINTA**, sobre CERTIFICACION DE LA ADMINISTRACION PARA EL SUSTENTO DE MENORES, número **VIGESIMA OCTAVA**, de CREDENCIALES, número **TRIGESIMA TERCERA** de CERTIFICACION DE IMPUESTO SOBRE VENTAS Y USO-IVU, número **TRIGESIMA CUARTA** de, CUMPLIMIENTO CON LA LEY NUM. 168 DE 12 DE AGOSTO DE 2000 y número **TRIGESIMA QUINTA** de OTRAS DISPOSICIONES, dispongan como siguen y para añadir la cláusula **TRIGESIMA SEPTIMA** de VESTIMENTA:

CLAUSULAS Y CONDICIONES

CLAUSULA **TERCERA**: VIGENCIA Y DURACION: Este contrato continuará en vigor a partir de **01** de **JULIO** de **2016** hasta el **30** de **JUNIO** del **2017**. (El resto de la cláusula permanecerá inalterada.)



La vigencia y validez del Contrato están supeditadas al cumplimiento de la prohibición con respecto al gasto y obligación de fondos públicos en año de elecciones generales que establece la Ley 147 de 18 de junio de 1980, según enmendada y a la aprobación de las agencias que por ley o reglamento deban intervenirlo. El mismo podrá darse por terminado antes de la fecha de expiración por cualquiera de las partes previa notificación por escrito a la otra parte con treinta (30) días de antelación, sin derecho a compensación adicional alguna, salvo lo devengado bajo el mismo hasta esa fecha. Si el Contrato se hubiese otorgado en contravención a las disposiciones de la Ley 147 antes mencionada, el mismo podrá resolverse inmediatamente, en la misma fecha de la notificación hecha por **LA PRIMERA PARTE**.

**El resto de la cláusula permanecerá inalterado**

**CLAUSULA QUINTA: RECURSOS PARA PAGAR LOS SERVICIOS:** Los servicios prestados bajo este contrato se pagarán de la cifra de cuenta **571-0710000-780-2002 y/o 571-0710000-783-2000 (PRIFAS), 571-0712105-06B-2002 y/o 571-0712105-06M-2000 (PS8.4)** y/o cualquier otra cifra de cuenta disponible hasta un máximo de **$631,136.72** durante la vigencia del contrato.

**CLAUSULA SEPTIMA: INTERES PECUNIARIO**

_____ La **SEGUNDA PARTE** hace constar que a su mejor conocimiento **ningún** funcionario o empleado de la **PRIMERA PARTE** o algún miembro de su unidad familiar tienen directa o indirectamente interés pecuniario en este contrato.

_____ La **SEGUNDA PARTE** hace constar que a su mejor conocimiento **ningún** funcionario o empleado de la **PRIMERA PARTE** ha tenido durante los últimos cuatro (4) años antes de ocupar su cargo, directa o indirectamente interés pecuniario en este contrato.

_____ La **SEGUNDA PARTE** certifica que a su mejor conocimiento ninguno de sus socios, oficiales, directores o empleados **NO** tiene relación de parentesco, con **ningún** funcionario o empleado que tenga facultad de decidir o influenciar y participar en las decisiones institucionales de la **PRIMERA PARTE**.

N/A La **SEGUNDA PARTE** certifica que alguno de sus oficiales, directores o empleados **tiene** relación de parentesco con un funcionario o empleado de la **PRIMERA PARTE** y que se le otorgó Dispensa de la Oficina de Ética Gubernamental. La **SEGUNDA PARTE** se obliga, a indicar la relación de parentesco, nombre y lugar de trabajo, del funcionario o empleado, según queda expresamente establecido en la certificación. Copia de la certificación y de la dispensa se hacen formar parte del expediente del contrato.

La **PRIMERA PARTE** certifica que, a su mejor entender, ningún empleado o funcionario de esta agencia o algún miembro de su unidad familiar tiene, directa o indirectamente, interés pecuniario en este contrato y que ningún funcionario o empleado de la Rama Ejecutiva tiene interés en las ganancias o beneficios producto de este contrato.

**CLAUSULA DECIMA PRIMERA: CERTIFICACION CONTRIBUTIVA:**

_____ La **SEGUNDA PARTE** certifica y garantiza que al momento de suscribir este contrato ha rendido su planilla contributiva durante los cinco (5) años previos a este contrato y no adeuda contribuciones al Estado Libre Asociado de Puerto Rico. También certifica que no tiene deuda contributiva alguna, entendiéndose por deuda contributiva, cualquier deuda por concepto de contribución sobre ingresos, arbitrios, contribución sobre la propiedad mueble e inmueble, incluyendo cualquier imposición de carácter especial, derechos de licencias, contribuciones retenidas en el origen en el pago de salarios a empleados, en el pago de intereses, dividendos, rentas, salarios y otros emolumentos a individuos o por cualquier otro concepto.

O

N/A La **SEGUNDA PARTE** certifica y garantiza que al momento de suscribir este contrato ha rendido planilla contributiva durante los cinco (5) años previos a este contrato y que



2

se encuentra acogida a un plan de pago, con cuyos términos y condiciones está cumpliendo. Copia del o de los Planes de Pago, forman parte del expediente de este contrato.

O

___N/A___ La **SEGUNDA PARTE** certifica que al momento de suscribir este contrato **NO** ha rendido su planilla contributiva durante alguno de los periodos contributivos dentro de los cinco (5) años previos a este contrato y que no adeuda contribuciones al Estado Libre Asociado de Puerto Rico. También certifica que no tiene deuda contributiva alguna, entendiéndose por deuda contributiva, cualquier deuda por concepto de contribución sobre ingresos, arbitrios, contribución sobre la propiedad mueble e inmueble, incluyendo cualquier imposición de carácter especial, derechos de licencias, contribuciones retenidas en el origen en el pago de salarios a empleados, en el pago de intereses, dividendos, rentas, salarios y otros emolumentos a individuos o por cualquier otro concepto.

Y

La **SEGUNDA PARTE** someterá, en original, del Departamento de Hacienda Certificación de Radicación de Planillas de Contribución Sobre Ingresos (Modelo SC 6088), si procede, Corrección Manual a la Certificación de Radicación de Planillas de Contribución sobre Ingresos (Modelo SC 2888) y Certificación de Deuda (Modelo SC 6096) y del **CENTRO DE RECAUDACION DE INGRESOS MUNICIPAL (CRIM)**, Certificación de Radicación de Planillas de Contribución sobre Propiedad Mueble (de no poseer propiedad mueble y de no figurar radicando planilla en el sistema contributivo mecanizado del CRIM, la **SEGUNDA PARTE** someterá una Declaración Jurada, en cumplimiento con los términos requeridos en la Carta Circular 1300-16-16 del Departamento de Hacienda) y una Certificación de Deuda por Todos los Conceptos, las cuales forman parte de este contrato.

La **SEGUNDA PARTE** se compromete además, a someter con su última factura el Modelo SC-6096, Certificación de Deuda expedido por el Departamento de Hacienda. La **SEGUNDA PARTE** acepta y reconoce que el último pago a efectuarse bajo el contrato, sólo se tramitará si la Certificación de Deuda indica que la **SEGUNDA PARTE** no tiene deuda con el Departamento de Hacienda. De tener deuda, la **SEGUNDA PARTE** se compromete a cancelar la misma mediante retención en los pagos a que tiene derecho a recibir por los servicios objetos de esta contratación.

En cumplimiento con la Sección VII, Disposiciones Generales, inciso F, de la Carta Circular 1300-16-16 de 19 de enero de 2016 del Departamento de Hacienda, la cual dispone que, cuando el costo del contrato no exceda los $16,000.00, la **SEGUNDA PARTE** certificará que ha cumplido con sus responsabilidades contributivas o, de existir deuda, que se encuentra acogida a un plan de pago con cuyos términos y condiciones está cumpliendo y no tendrá que presentar a la **PRIMERA PARTE** los documentos requeridos en la circular.

Expresamente se reconoce que éstas son condiciones esenciales del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la **PRIMERA PARTE** pueda dejar sin efecto el mismo y la **SEGUNDA PARTE** tenga que reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este contrato.

**CLAUSULA DECIMA TERCERA: CERTIFICACION A FAVOR DEL DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS**

La **SEGUNDA PARTE** certifica y garantiza que al momento de suscribir este contrato ha pagado las contribuciones de:

___✓___ Seguro por Desempleo

___✓___ Incapacidad Temporal

___✓___ Seguro Social para Choferes

___N/A___ La **SEGUNDA PARTE** se encuentra acogida a un Plan de Pago, con cuyos términos y condiciones está cumpliendo. Copia del Plan de Pago forma parte del expediente de este contrato.

3

Expresamente se reconoce que ésta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la **PRIMERA PARTE** pueda dejar sin efecto el mismo y la **SEGUNDA PARTE** tenga que reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este contrato.

CLAUSULA <u>DECIMA QUINTA</u>: DELITOS CONTRA EL ERARIO PÚBLICO:

La **SEGUNDA PARTE** certifica que ni esta, ni ninguno de sus accionistas, socios, oficiales, principales, empleados, subsidiarias o compañías matrices ha sido convicto, ni se ha encontrado causa probable para su arresto, por ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.



La **SEGUNDA PARTE** reconoce su deber continuo de informar, durante la vigencia del contrato, cualquier hecho que se relacione con la conducción de cualquier investigación por la comisión de un delito contra el erario, la fe o con la función pública; contra el ejercicio gubernamental; que involucre fondos o propiedad pública, en el ámbito federal o estatal.

La **SEGUNDA PARTE** certifica que durante los diez (10) años anteriores a la formalización del contrato, ni esta, ni ninguno de sus accionistas, socios, oficiales principales, empleados, subsidiarias o compañías matrices, ha cometido ningún delito contra el erario, la fe o la función pública; contra el ejercicio gubernamental; o que involucre fondos o propiedad pública, en el ámbito federal o estatal.

CLAUSULA <u>VIGESIMA CUARTA</u>: EX-SERVIDORES PÚBLICOS:

_____ La **SEGUNDA PARTE** certifica que a su mejor conocimiento, ninguno de sus socios, oficiales o directores ha sido servidor público.

_N/A_ La **SEGUNDA PARTE** certifica que han transcurrido más de dos (2) años desde el cese de las funciones como servidor público de alguno de sus socios, oficiales o directores, y que no ha ofrecido información, intervenido, cooperado, asesorado en forma alguna o representado directa o indirectamente a persona privada, negocio o entidad pública, ante la agencia para la que laboró, ésta de conformidad con la sección 4.6 de la Ley de Etica Gubernamental, Ley Número 1 de 3 de enero de 2012, según enmendada.

_N/A_ La **SEGUNDA PARTE** certifica que no han transcurrido más de dos (2) años desde el cese de las funciones como servidor público de alguno de sus socios, oficiales o directores, no obstante presta servicios de salud de conformidad con el Código Político de 1902, según enmendado, Artículo 177 (3 L.P.R.A. §551) el cual exime a los médicos, dentistas, farmacéuticos, asistentes dentales, enfermeras, practicantes, técnicos de rayos-x y personal de laboratorio de la prohibición de doble compensación para aquellos que hayan sido servidores públicos con cualquiera de las instrumentalidades del Estado Libre Asociado de Puerto Rico o municipio.

_N/A_ La **SEGUNDA PARTE** certifica que alguno de sus socios, oficiales o directores continúa en funciones como servidor público, no obstante presta servicios de salud de conformidad con el Código Político de 1902, según enmendado, Artículo 177 (3 L.P.R.A. §551) el cual exime a los médicos, dentistas, farmacéuticos, asistentes dentales, enfermeras, practicantes, técnicos de rayos-x y personal de laboratorio de la prohibición de doble compensación para aquellos que hayan sido servidores públicos con cualquiera de las instrumentalidades del Estado Libre Asociado de Puerto Rico o municipio.

_N/A_ La **SEGUNDA PARTE** certifica que no han transcurrido más de dos (2) años desde el cese de las funciones de alguno de sus socios, oficiales o directores como servidores públicos, no obstante presta servicios *ad honorem* de conformidad con la sección 4.6 de la Ley de Ética Gubernamental, Ley Núm. 1 del 3 de enero de 2012, según enmendada.



_N/A_ La **SEGUNDA PARTE** certifica que alguno de sus socios, oficiales o directores, ha sido servidor público con la **PRIMERA PARTE** y no han transcurrido más de dos (2) años desde el cese de sus funciones.

Cuando medien circunstancias excepcionales y a discreción de la Oficina de Ética Gubernamental podrá expedir dispensa, siempre que resulte en beneficio del servicio público la contratación dentro de los dos (2) años del ex-servidor público.

**CLAUSULA VIGESIMA QUINTA: CERTIFICACION DE LA ADMINISTRACION PARA EL SUSTENTO DE MENORES:**

La **SEGUNDA PARTE** someterá a la **PRIMERA PARTE** una Certificación de Estado de Cumplimiento de la Administración para el Sustento de Menores (ASUME).

Esta certificación se emite en los casos de personas jurídicas (compañías, corporaciones) para corroborar que cumplen con las órdenes emitidas a su nombre como patrono, para retener del salario de sus empleados los pagos de pensión alimentaria.

**CLAUSULA VIGESIMA OCTAVA: CREDENCIALES:**

La **SEGUNDA PARTE** presentará una certificación jurada, la cual se hará formar parte del presente contrato, donde certifica que al momento de firmar este contrato y durante la vigencia del mismo, tiene vigente las credenciales de los profesionales necesarios para ejercer las funciones para las que se le contrata, expedidas por la Junta Acreditadora correspondiente. Certificará además, contar con la evidencia de su preparación académica, y documentación relacionada al ejercicio de su profesión, a saber: la Licencia Profesional, la Colegiación, el Certificado de Educación Continua o Certificación de Registro, el Certificado de "Good Standing" y de tener médicos que presten servicios bajos este contrato tienen que tener vigentes sus Licencias Estatales y Federales para la prescripción de Drogas y Narcóticos y Póliza de Responsabilidad Profesional (Malpractice). La **SEGUNDA PARTE** en adición a la certificación jurada, presentará un listado de los profesionales de la salud que prestarán el servicio que indique el nombre con apellidos, la profesión y el porciento de tiempo que trabajará bajo el contrato. La **SEGUNDA PARTE** proveerá a la **PRIMERA PARTE** las certificaciones contributivas de los profesionales subcontratados en cumplimiento con los términos requeridos en la Carta Circular 1300-16-16 del Departamento de Hacienda.

La evidencia de la preparación académica, credenciales y documentación relacionada al ejercicio de su profesión, estarán disponibles a petición de la de la **PRIMERA PARTE**.

En caso de que algún miembro y/o empleado de la **SEGUNDA PARTE** haya sido acusado, administrativa o criminalmente, o convicto de haber obtenido fraudulentamente cualquier credencial, la **SEGUNDA PARTE** se obliga a sustituirlo inmediatamente, de lo contrario la **PRIMERA PARTE** podrá dar por terminado este contrato inmediatamente.

Queda claramente establecido que si algún miembro y/o empleado de la **SEGUNDA PARTE** queda desprovisto de su licencia profesional, la **SEGUNDA PARTE** se obliga a sustituirlo inmediatamente, de lo contrario esto será motivo suficiente para dar por terminado este contrato inmediatamente

**CLAUSULA TRIGESIMA TERCERA: CERTIFICACIÓN DE IMPUESTO SOBRE VENTAS Y USO-IVU:**



_____ La **SEGUNDA PARTE** certifica y garantiza que al momento de suscribir este contrato ha rendido su planilla mensual contributiva por concepto de impuesto sobre ventas y uso-IVU durante los cinco (5) años previos a este contrato y no adeuda contribuciones al Estado Libre Asociado de Puerto Rico.

O

__N/A__ La **SEGUNDA PARTE** certifica y garantiza que al momento de suscribir este contrato ha rendido planilla mensual contributiva durante los cinco (5) años previos a este contrato y que se encuentra acogida a un plan de pago, con cuyos términos y condiciones está cumpliendo. **Copia del o de los Planes de Pago, forman parte del expediente de este contrato.**

O

__N/A__ La **SEGUNDA PARTE** certifica que al momento de suscribir este contrato NO tiene obligación de rendir la planilla mensual como Agente Retenedor del IVU.

Y

La **SEGUNDA PARTE** someterá, en original, del Departamento de Hacienda **Certificación de Radicación de Planillas del Impuesto sobre Ventas y Uso-IVU (Modelo SC 2942), Certificación de Deuda del Impuesto sobre Ventas y Uso (Modelo SC 2927) en cumplimiento con los términos requeridos en la Carta Circular 1300-16-16 del Departamento de Hacienda.**

En cumplimiento con la **Sección VII, Disposiciones Generales, inciso F, de la Carta Circular 1300-16-16** de 19 de enero de 2016 del Departamento de Hacienda, la cual dispone que, cuando el costo del contrato no exceda los $16,000.00, la **SEGUNDA PARTE** certificará que ha cumplido con sus responsabilidades contributivas o, de existir deuda, que se encuentra acogida a un plan de pago con cuyos términos y condiciones está cumpliendo y no tendrá que presentar a la **PRIMERA PARTE** los documentos requeridos en la circular.

Expresamente se reconoce que éstas son condiciones esenciales del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la **PRIMERA PARTE** pueda dejar sin efecto el mismo y la **SEGUNDA PARTE** tenga que reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este contrato.

**CLAUSULA TRIGESIMA CUARTA: CUMPLIMIENTO CON LA LEY NUM. 168 DE 12 DE AGOSTO DE 2000:**

_____ La **SEGUNDA PARTE** certifica y garantiza que está obligada a cumplir con las disposiciones de la Ley Núm. 168 del 12 de agosto de 2000, conocida como la "Ley de Mejoras al Sustento de Personas de Edad Avanzada de Puerto Rico" mediante la cual se establece el Programa para el Sustento de Personas de Edad Avanzada adscrito a la Administración para el Sustento de Menores (ASUME), el incumplimiento de esta cláusula conllevará la terminación inmediata del presente contrato.

Expresamente se reconoce que esta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la **PRIMERA PARTE** pueda dejar sin efecto el mismo y la **SEGUNDA PARTE** tendrá que reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este contrato.

__N/A__ La **SEGUNDA PARTE** certifica y garantiza que no está obligada a cumplir con las disposiciones de la Ley Núm. 168 del 12 de agosto de 2000, conocida como la "Ley de Mejoras al Sustento de Personas de Edad Avanzada de Puerto Rico" mediante la cual se establece el Programa para el Sustento de Personas de Edad Avanzada adscrito a la Administración para el Sustento de Menores (ASUME), el incumplimiento de esta cláusula conllevará la terminación inmediata del presente contrato

Expresamente se reconoce que esta es una condición esencial del presente contrato, y de no ser correcta en todo o en parte la anterior certificación, esto será causa suficiente para que la **PRIMERA PARTE** pueda dejar sin efecto el mismo y la **SEGUNDA PARTE** tendrá que reintegrar a la **PRIMERA PARTE** toda suma de dinero recibida bajo este contrato.

**CLAUSULA TRIGESIMA QUINTA: OTRAS DISPOSICIONES:**

__N/A__ La **SEGUNDA PARTE** hace constar que trabaja bajo contrato para _____ y que los servicios que presta bajo el mismo no confligen de forma alguna con los que prestara bajo las disposiciones de este contrato



**CLAUSULA TRIGESIMA SEPTIMA: VESTIMENTA:**

La **SEGUNDA PARTE** prestará sus servicios en las facilidades de la **PRIMERA PARTE**, por lo que deberá observar una vestimenta apropiada y profesional. La **PRIMERA PARTE** cuenta con un Código de Vestimenta, aprobado el 20 de junio de 2014, el que podrá ser utilizado como guía para cumplir con este requisito.

**LAS PARTES CONVIENEN**, que excepto por lo aquí, modificado, suplantado o enmendado, todos los demás términos, condiciones previamente suscritos en el contrato original, se mantendrán en pleno vigor y efecto. El contrato así, modificado, suplantado o enmendado por esta enmienda es por este medio ratificado y confirmado en todos sus aspectos y con el entendimiento de que este contrato no ha sufrido ningunas otras variaciones o renovaciones que las de aquí expuestas.

El resto del contrato permanecerá inalterado.



## ACEPTACION

**AMBAS PARTES** aceptan esta enmienda por estar ajustado a lo convenido y se obligan al cumplimiento de todas sus cláusulas y condiciones.

En San Juan, Puerto Rico, hoy ___30___ de ___junio___ de 2016.

_____  _____
**SEGUNDA PARTE**              **PRIMERA PARTE**
S.S.P <u>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</u>        S.S.P: <u>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</u>

Esta enmienda fue presentada para registro en la Oficina del Contralor el ___15___ de ___Julio___ de 20_16_.

---

**CERTIFICACIÓN**

Yo, _____ Abogado(a) de la Oficina de Asesores Legales del Departamento de Salud certifico que he revisado el contrato en todos sus pormenores y, he encontrado el mismo satisfactorio desde el punto de vista legal. Recomiendo su firma.

Firma: _____   Fecha: 20-04-2016

---

CERTIFICO QUE ES COPIA FIEL Y EXACTA
DE CONTRATO BAJO MI CUSTODIA

FIRMA _____
FECHA 1/Sep/16

7