UNIVERSIDAD CENTRAL DEL CARIBE
DETALLE DE LA DEUDA DEL DEPARTAMENTO DE SALUD
CONTRATO POSTGRADO
AL 14 DE AGOSTO DE 2017

| FACTURA | PERIODO DE SERVICIO | IMPORTE | PAGADAS | PENDIENTE DE PAGAR | PERIODO | NUM. CHEQUE | FECHA RECIBIDO PAGO |
|---|---|---|---|---|---|---|---|
| IN 06-10-2391 | Junio 2010 | $ 9,911.04 |  | $ 9,911.04 | No hay contrato |  |  |
|  | FY 2010 | 9,911.04 | - | 9,911.04 |  |  |  |
| IN 10-10-2466 | Julio 2010 | 4,325.24 |  | 4,325.24 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 10-10-2467 | Agosto 2010 | 4,325.40 |  | 4,325.40 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 10-10-2468 | Septiembre 2010 | 4,365.40 |  | 4,365.40 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 11-11-2523 | Octubre 2010 | 4,405.40 |  | 4,405.40 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 11-11-2525 | Diciembre 2010 | 59,472.36 |  | 59,472.36 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 04-11-2590 | Enero 2011 | 59,472.36 |  | 59,472.36 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 04-11-2591 | Febrero 2011 | 59,472.36 |  | 59,472.36 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 04-11-2592 | Marzo 2011 | 59,472.36 |  | 59,472.36 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 09-11-2693 | Abril 2011 | 59,472.36 |  | 59,472.36 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 09-11-2694 | Mayo 2011 | 59,472.36 |  | 59,472.36 | 7 JUN 2011/30 JUN 2011 |  |  |
| IN 09-11-2695 | Junio 2011 | 59,472.36 | 47,577.84 | 11,894.52 | 7 JUN 2011/30 JUN 2011 | Ck. 00257988 | 10/17/2013 |
|  | FY 2011 | 433,727.96 | 47,577.84 | 386,150.12 |  |  |  |
| IN 03-12-2751 | Julio 2011 | 59,472.36 |  | 59,472.36 | 3 OCT 2001/30 JUN 2012 |  |  |
| IN 03-12-2752 | Agosto 2011 | 57,312.36 |  | 57,312.36 | 3 OCT 2001/30 JUN 2012 |  |  |
| IN 03-12-2753 | Septiembre 2011 | 57,312.36 |  | 57,312.36 | 3 OCT 2001/30 JUN 2012 |  |  |
| IN 03-12-2754 | Octubre 2011 | 57,312.36 | 53,614.91 | 3,697.45 | 3 OCT 2001/30 JUN 2012 | Ck. 00260333 | 10/25/2013 |
| IN 08-12-0008 | Junio 2012 | 56,232.36 | 56,232.36 | - | 3 OCT 2001/30 JUN 2012 | Ck. 00254558 | 9/20/2013 |
|  | FY 2012 | 287,641.80 | 109,847.27 | 177,794.53 |  |  |  |
| IN 02-13-0103 | Julio 2012 | 49,511.52 | 49,511.52 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00263909 | 12/6/2013 |
| IN 02-13-0104 | Agosto 2012 | 48,733.92 | 48,733.92 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00272165 | 2/5/2014 |
| IN 02-13-0105 | Septiembre 2012 | 48,733.92 | 48,733.92 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00272165 | 2/5/2014 |
| IN 02-13-0106 | Octubre 2012 | 53,464.32 | 53,464.32 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00272165 | 2/5/2014 |
| IN 02-13-0107 | Noviembre 2012 | 55,019.52 | 55,019.52 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00272165 | 2/5/2014 |
| IN 02-13-0108 | Diciembre 2012 | 55,019.52 | 55,019.52 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00272165 | 2/5/2014 |
| IN 06-13-0212 | Enero 2013 | 45,169.92 | 45,169.92 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00273587 | 2/20/2014 |
| IN 06-13-0213 | Febrero 2013 | 51,390.72 | 51,390.72 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00277108 | 3/13/2014 |
| IN 06-13-0214 | Marzo 2013 | 51,390.72 | 51,390.72 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00282522 | 4/15/2014 |
| IN 06-13-0212 | Abril 2013 | 48,280.32 | 48,280.32 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00285246 | 5/14/2014 |
| IN 08-13-0013 | Mayo 2013 | 47,987.46 | 47,987.46 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00290016 | 6/23/2014 |
| IN 08-13-0014 | Junio 2013 | 47,976.00 | 47,976.00 | - | 1 JUL 2012/30 JUN 2013 | Ck. 00290016 | 6/23/2014 |
|  | FY 2013 | 602,677.86 | 602,677.86 | - |  |  |  |
| IN 10-13-0059 | Julio 2013 | 43,888.54 | 43,888.54 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00295504 | 8/21/2014 |
| IN 10-13-0060 | Agosto 2013 | 44,526.09 | 44,526.09 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00295504 | 8/21/2014 |
| IN 01-14-0115 | Septiembre 2013 | 47,544.82 | 47,544.82 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00295504 | 8/21/2014 |
| IN 01-14-0116 | Octubre 2013 | 48,624.82 | 48,624.82 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00295504 | 8/21/2014 |
| IN 01-14-0116 | Noviembre 2013 | 47,046.07 | 47,046.07 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00295504 | 8/21/2014 |

UNIVERSIDAD CENTRAL DEL CARIBE
DETALLE DE LA DEUDA DEL DEPARTAMENTO DE SALUD
CONTRATO POSTGRADO
AL 14 DE AGOSTO DE 2017

| FACTURA | PERIODO DE SERVICIO | IMPORTE | PAGADAS | PENDIENTE DE PAGAR | PERIODO | NUM. CHEQUE | FECHA RECIBIDO PAGO |
|---|---|---|---|---|---|---|---|
| IN 01-14-0116 | Diciembre 2013 | 49,372.07 | 49,372.07 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00295504 | 8/21/2014 |
| IN 08-14-0027 | Enero 2014 | 53,523.57 | 53,523.57 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00303519 | 11/4/2014 |
| IN 08-14-0028 | Febrero 2014 | 48,691.56 | 48,691.56 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00307891 | 1/13/2015 |
| IN 08-14-0029 | Marzo 2014 | 47,920.56 | 47,920.56 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00313842 | 2/13/2015 |
| IN 08-14-0030 | Abril 2014 | 48,161.70 | 48,161.70 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00313843 | 2/13/2015 |
| IN 08-14-0031 | Mayo 2014 | 48,147.27 | 48,147.27 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00313841 | 2/13/2015 |
| IN 08-14-0032 | Junio 2014 | 48,145.83 | 48,145.83 | - | 1 JUL 2013/30 JUN 2014 | Ck. 00317428 | 3/26/2015 |
| | *FY 2014* | *575,592.90* | *575,592.90* | - | | | |
| IN 09-14-0063 | Julio 2014 | 47,195.87 | 47,195.87 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00332103 | 8/17/2015 |
| IN 09-14-0064 | Agosto 2014 | 51,393.20 | 51,393.20 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00332105 | 8/17/2015 |
| IN 01-15-0156 | Septiembre 2014 | 48,094.62 | 48,094.62 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00332106 | 8/17/2015 |
| IN 01-15-0157 | Octubre 2014 | 48,122.91 | 48,122.91 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00332104 | 8/17/2015 |
| IN 01-15-0158 | Noviembre 2014 | 47,824.89 | 47,824.89 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00342800 | 1/12/2016 |
| IN 01-15-0159 | Diciembre 2014 | 49,233.00 | 49,233.00 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00344964 | 1/12/2016 |
| IN 02-15-0180 | Enero 2015 | 52,259.25 | 52,259.25 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00344965 | 3/11/2016 |
| IN 04-15-0251 | Febrero 2015 | 48,712.06 | 48,712.06 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00347977 | 3/30/2016 |
| IN 04-15-0257 | Marzo 2015 | 49,783.77 | 49,783.77 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00327848 | 7/15/2015 |
| IN 06-15-0290 | Abril 2015 | 51,095.45 | 51,095.45 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00329029 | 7/22/2015 |
| IN 06-15-0326 | Mayo 2015 | 48,366.74 | 48,366.74 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00347977 | 3/30/2016 |
| IN 06-15-0327 | Junio 2015 | 48,394.11 | 48,394.11 | - | 1 JUL 2014/30 JUN 2015 | Ck. 00358095 | 4/8/2016 |
| | *FY 2015* | *590,475.87* | *590,475.87* | - | | | |
| IN 11-15-0102 | Julio 2015 | 46,133.60 | 46,133.60 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00358497 | 4/8/2016 |
| IN 11-15-0103 | Agosto 2015 | 42,835.29 | 42,835.29 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00358498 | 4/8/2016 |
| IN 11-15-0104 | Septiembre 2015 | 42,683.82 | 42,683.82 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00003443 | 6/8/2016 |
| IN 11-15-0105 | Octubre 2015 | 42,722.36 | 42,722.36 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00003444 | 6/8/2016 |
| IN 12-15-0117 | Noviembre 2015 | 42,684.09 | 42,684.09 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00015259 | 8/17/2016 |
| IN 02-16-0143 | Diciembre 2015 | 47,273.36 | 47,273.36 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00017337 | 9/15/2016 |
| IN 03-16-0188 | Enero 2016 | 39,661.46 | 39,661.46 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00021169 | 10/11/2016 |
| IN 03-16-0189 | Febrero 2016 | 38,515.32 | 38,515.32 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00023176 | 11/2/2016 |
| IN 05-16-0254 | Marzo 2016 | 38,433.34 | 38,433.34 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00027320 | 12/8/2016 |
| IN 05-16-0255 | Abril 2016 | 38,427.30 | 38,427.43 | - | 1 JUL 2015/30 JUN 2016 | Ck. 00030581 | 1/17/2017 |
| IN 08-16-0017 | Mayo 2016 | 38,367.57 | 38,367.57 | - | 1 JUL 2015/30 JUN 2016 | CK. 00043258 | 4/12/2017 |
| IN 08-16-0018 | Junio 2016 | 38,363.92 | 38,363.92 | - | 1 JUL 2015/30 JUN 2016 | CK. 00054807 | 7/24/2017 |
| | *FY 2016* | *496,101.43* | *496,101.56* | *(0.13)* | | | |
| IN 11-16-0125 | Julio 2016 | 42,022.04 | 42,022.04 | - | 1 JUL 2016/30 JUN 2017 | Ck. 00036354 | 3/14/2017 |
| IN 11-16-0126 | Agosto 2016 | 38,723.73 | 38,723.73 | - | 1 JUL 2016/30 JUN 2017 | Ck. 00036354 | 3/14/2017 |
| IN 11-16-0127 | Septiembre 2016 | 38,761.44 | 30,617.21 | 8,144.23 | 1 JUL 2016/30 JUN 2017 | Ck. 00055981 | 8/10/2017 |
| IN 11-16-0128 | Octubre 2016 | 38,723.46 | 34,763.10 | 3,960.36 | 1 JUL 2016/30 JUN 2017 | Ck. 00056727 | 8/14/2017 |
| IN 01-17-0167 | Noviembre 2016 | 38,723.73 | - | 38,723.73 | 1 JUL 2016/30 JUN 2017 | | |

UNIVERSIDAD CENTRAL DEL CARIBE
DETALLE DE LA DEUDA DEL DEPARTAMENTO DE SALUD
CONTRATO POSTGRADO
AL 14 DE AGOSTO DE 2017

| FACTURA | PERIODO DE SERVICIO | IMPORTE | PAGADAS | PENDIENTE DE PAGAR | PERIODO | NUM. CHEQUE | FECHA RECIBIDO PAGO |
|---|---|---|---|---|---|---|---|
| IN 01-17-0168 | Diciembre 2016 | 43,313.00 | - | 43,313.00 | 1 JUL 2016/30 JUN 2017 | | |
| IN 03-17-0240 | Enero 2017 | 38,941.10 | - | 38,941.10 | 1 JUL 2016/30 JUN 2017 | | |
| IN 03-17-0241 | Febrero 2017 | 38,871.26 | - | 38,871.26 | 1 JUL 2016/30 JUN 2017 | | |
| IN 05-17-0293 | Marzo 2017 | 38,862.21 | - | 38,862.21 | 1 JUL 2016/30 JUN 2017 | | |
| IN 05-17-0294 | Abril 2017 | 38,783.44 | - | 38,783.44 | 1 JUL 2016/30 JUN 2017 | | |
| IN 06-17-0350 | Mayo 2017 | 38,727.21 | - | 38,727.21 | 1 JUL 2016/30 JUN 2017 | | |
| IN 06-17-0351 | Junio 2017 | 42,025.65 | - | 42,025.65 | 1 JUL 2016/30 JUN 2017 | | |
| | FY 2017 | 476,478.27 | 146,126.08 | 330,352.19 | | | |
| | TOTALES | $ 3,472,607.13 | $ 2,568,399.38 | $ 904,207.75 | | | |

Notas:
El contrato 2016-2017 fue recibido el 1 de septiembre de 2016 y aprobado por la cantidad de **$631,136.72**.
El año fiscal 2016-2017 se recibió pago de los meses de julio a octubre 2016.

**La deuda con el Departamento de Salud al 3 de mayo de 2017 es $965,926.46**