UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING MOTION
REQUESTING RELIEF FROM AUTOMATIC STAY AND MOVANT CERTIFICATION

        On September 18, 2017, Luisa Murray Soto filed a *Motion Requesting Relief from Automatic Stay and Movant Certification* (the "Motion"). (Docket Entry No. 1324.) On October 6, 2017, the Court entered the *Stipulation Modifying the Automatic Stay Between the Commonwealth of Puerto Rico and Luisa Murray Soto, Pro Se* (the "Stipulation"), which permits the continuation of administrative proceedings that are the subject of the Motion through the issuance of judgment, but continues that stay of the entry and execution of judgment and provisional remedies. (Docket Entry No. 1409.) In light the Court's approval of the Stipulation, the Motion is denied without prejudice to renewal no earlier than 90 days from the date hereof, and subject to compliance with the protocol for lift-stay applications as set forth in the Case Management Order as in effect at the time of renewal.

[*remainder of page intentionally left blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

The order resolves docket entry 1324 in Case No. 17-3283.

SO ORDERED.

Dated: October 6, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:

Luisa Murray Soto
3 Carr 784 Apt 3201
Caguas, PR 00727