UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                                                PROMESA
                                                                                      Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                              (Jointly Administered)
et al.,

             Debtors.[1]

------------------------------------------------------------x

### ORDER EXTENDING DEADLINES (I) UNDER THE LIFT STAY PROTOCOL AND (II) TO RESPOND TO MOTIONS TO LIFT THE STAY

        Upon the *Debtors' Urgent Motion Seeking Extension of Deadlines (I) Under the Lift Stay Protocol and (II) to Respond to Motions to Lift the Automatic Stay* (the "Motion"),[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors; and the Court having found that the Debtors provided adequate and appropriate

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

notice of the Motion under the circumstances and that no other or further notice is required; and

the Court having reviewed the Motion; and the Court having determined that the factual bases set

forth in the Motion establish just cause for the relief granted herein; and any objections to the

relief requested herein having been overruled; and after due deliberation and sufficient cause

appearing therefor, it is **HEREBY ORDERED THAT**

1.      The Motion is granted as set forth herein.

2.      All currently pending deadlines to meet and confer during the Lift Stay Notice Period,

including any deadlines to meet and confer that expired on or after September 19, 2017, are

hereby extended to the first business day that is thirty (30) calendar days from the opening of the

courthouse.  For the avoidance of doubt, such extension only applies to Lift Stay Notices

received between August 28, 2017 and through and including the date of the entry of this Order.

3.      The objection deadline with respect to the Soto Motion is moot.

4.      This Order resolves Docket Entry No. 1400 in Case No. 17-3283; Docket Entry No. 223

in Case No. 17-3284; Docket Entry No. 211 in Case No. 17-3566; Docket Entry No. 294 in Case

No. 17-3567; and Docket Entry No. 334 in Case No. 17-4780.


            SO ORDERED.

Dated:  October 10, 2017


                         /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        United States District Judge