# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtor. [1] | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 10, 2017, the "**REPLY OF THE BANK OF NEW YORK MELLON, AS TRUSTEE, TO THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY'S OMNIBUS OBJECTION AND RESPONSE TO: (1) THE COFINA AGENT'S MOTION PURSUANT TO 48 U.S.C. § 2161 AND U.S.C. § 105(a) FOR ORDER: (I) CONFIRMING THAT 48 U.S.C. § 2125 APPLIES TO COFINA AGENT; (II) CONFIRMING RETENTION OF LOCAL COUNSEL; AND (III) CLARIFYING PAYMENT OF FEES AND EXPENSES OF COFINA AGENT AND HER PROFESSIONALS [ECF NO. 1221]; (2) RESPONSE OF COMMONWEALTH AGENT TO MOTION OF COFINA AGENT FOR ORDER CONFIRMING 48 U.S.C. §2125 APLIES TO COFINA AGENT [ECF NO. 1279]; AND (30 LIMITED OBJECTION OF BANK OF NEW YORK MELLON, AS TRUSTEE, TO THE**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

- 2 -

**COFINA AGENT'S MOTION [ECF NO. 1336]"** [Docket. No. 1421] (the "Reply") was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that, on October 11, 2017, two copies of the Reply were sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

>  **United States District Court**
>  **Daniel Patrick Moynihan Courthouse**
>  **500 Pearl St., Suite 3212**
>  **New York, NY 10007-1312**

And a copy of the Reply was sent by U.S. mail to U.S. Trustee for the District of Puerto Rico at:

>  **US Trustee for the District of Puerto Rico**
>  **Edificio Ocoha**
>  **500 Tanca Street, Suite 301**
>  **San Juan, P.R. 00901-1922**

Dated: October 11, 2017

SEPULVADO & MALDONADO, PSC

By: /s/ *José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207
252 Ave. Ponce de León, Suite 1900
Citibank Tower San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: jsantos@smlawpr.com
santosmimoso@hotmail.com