UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING THE CONSENTED MOTION FOR
LEAVE TO FILE CLAIM UNDER SEAL IN CASE NO. 17-3567

        The Court has received and reviewed the *Consented Motion for Leave to File Claim Under Seal in Case No. 17-3567* (the "Motion," Docket Entry No. 248 in Case No. 17-3567) filed by Siemens Transportation Partnership Puerto Rico, S.E. (the "Movant"). Concurrently with the Motion, the Movant filed a proof of claim form ("Claim No. 9") in the registry for the Title III case of the Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS). Claim No. 9 does not include certain supporting documents that the Movant asserts contain confidential, non-public information. The Court did not receive any objections to the relief requested by the Movant.

        The Movant is hereby ordered to file a motion to seal on the CM/ECF system, pursuant to Local Bankruptcy Rule 9018-1, in the HTA Title III case with the confidential, non-public documents that it seeks to file in connection with its proof of claim. Such motion must reference the applicable claim number. Upon receipt of the Motion and subject the Court's further review and approval, the Court will direct the Clerk of Court to seal the confidential, non-public documents. The Clerk of Court will provide the Movant and the following parties who

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

have appeared in these Title III proceedings access to the sealed materials, through their counsel of record:

1. Debtor, the Puerto Rico Highways and Transportation Authority, represented in these proceedings by the Financial Oversight and Management Board for Puerto Rico; and

2. The Puerto Rico Fiscal Agency and Financial Advisory Authority.

The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order. This Order resolves docket entry no. 248 in 17-3567 and docket entry no. 1089 in 17-3283.

SO ORDERED.

Dated: October 11, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge