# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1276, 1381, 1418**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Notice relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS** |

**NOTICE OF FILING REVISED AGREED ORDER IN ACCORDANCE WITH ORDER REGARDING JOINT MOTION SEEKING EXTENSION OF DEADLINES IN CONNECTION WITH COOPERATIVA DE SEGUROS MÚLTIPLES MOTION FOR CLARIFICATION OF AUTOMATIC STAY AND IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY IN THE TITLE III CASE [ECF NO. 1276]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that on October 6, 2017, the Commonwealth of Puerto Rico (the "Commonwealth") and Cooperativa de Seguros Múltiples de Puerto Rico ("Movant") filed the *Joint Urgent Motion Seeking Extension of Deadlines in Connection with Cooperativa de Seguros Múltiples Motion for Clarification of Automatic Stay and in the Alternative Relief From the Automaic Stay in the Title III Case* [ECF No. 1412] (the "Motion"). Attached as Exhibit A to the Motion is the parties' initial proposed order in connection therewith (the "Initial Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that on October 9, 2017, the Court entered the *Order Regarding Joint Motion Seeking Extension of Deadlines in Connection with Cooperativa de Seguros Múltiples Motion for Clarification of Automatic Stay and in the Alternative Relief From the Automaic Stay in the Title III Case* [ECF No. 1418] (the "Scheduling Order"), requiring the parties to submit a revised proposed order that provides the Court at least five business days after the close of briefing to render a decision on these matters.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed agreed order (the "Revised Proposed Order"), which provides the Court with seven business days after the close of briefing to render a decision on these matters.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is redline comparing the Revised Proposed Order against the Initial Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by

calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. [2]

**PLEASE TAKE FURTHER NOTICE** that the parties respectfully request that the Court consider and enter the attached Revised Proposed Order granting the relief requested therein.

Dated: October 12, 2017                                    Respectfully submitted,

| | |
|---|---|
| **WANDA VÁZQUEZ GARCED**<br>Secretary of Justice | */s/ Héctor E. Valdés*<br>**HECTOR E. VALDES ORTIZ**<br>USDC-PR No. 219411 |
| */s/ Wandymar Burgos*<br>**WANDYMAR BURGOS VARGAS**<br>USDC 223502<br>Deputy Secretary in Litigation<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2940 Ext. 2500, 2501<br>wburgos@justicia.pr.gov | VALDES ORTIZ LAW OFFICES, PA<br>8461 Lake Worth Rd.<br>Suite 420<br>Lake Worth, FL 33467<br>Tel: (561) 340-1410<br>hvaldes@v-olaw.com |
| *Attorneys for the Commonwealth of Puerto Rico* | *Attorneys for Movant Cooperativa de Seguros Múltiples de Puerto Rico* |

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to PROMESA section 315(b), has authorized the Department of Justice to file this Notice on behalf of the Commonwealth.

**Exhibit A**

**Revised Proposed Order**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1276, 1381**<br><br> (Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Order relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS** |

**REVISED AGREED ORDER EXTENDING DEADLINES IN CONNECTION WITH COOPERATIVA DE SEGUROS MULTIPLES' MOTION FOR CLARIFICATION OF AUTOMATIC STAY AND IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY IN THE TITLE III CASE [ECF NO. 1276]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Joint Urgent Motion Seeking Extension of Deadlines in Connection with Cooperativa De Seguros Múltiples' Motion For Clarification Of Automatic Stay and in the Alternative Relief From the Automatic Stay in the Title III Case [ECF No. 1276]* (the "Motion"),[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Commonwealth and Movant; and the Court having found that the Commonwealth provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

**HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Objection Deadline shall be extended to **October 30, 2017 at 12:00 p.m. (prevailing Atlantic Standard Time)**.

3. The Reply Deadline shall be extended to **November 6, 2017 at 12:00 p.m. (prevailing Atlantic Standard Time)**.

4. Movant is not deemed to have consented to the continuation of the automatic stay in effect pending the conclusion of, or as a result of, a final hearing and determination under Bankruptcy Code section 362(d), nor to have waived its right to assert the termination of the automatic stay under Bankruptcy Code section 362(e) with respect the Stay Relief Motion. The Court shall enter an order regarding the Stay Motion on submission within seven (7) business days

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

of the conclusion of briefing or have the matter heard at the November 15, 2017 omnibus hearing, during which time Movant will not assert termination of the Title III Stay under Bankruptcy Code section 362(e).

Dated: _____, 2017

                                                JUDGE LAURA TAYLOR SWAIN
                                                UNITED STATES DISTRICT JUDGE

**<u>Exhibit B</u>**

**Redline**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1276, 1381**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Order relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS** |

**REVISED AGREED ORDER EXTENDING DEADLINES IN CONNECTION**

**WITH COOPERATIVA DE SEGUROS MULTIPLES' MOTION FOR**

**CLARIFICATION OF AUTOMATIC STAY AND IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY IN THE TITLE III CASE [ECF NO. 1276]**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); ~~and~~ (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686)~~.~~; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1   Workshare 9 comparison of ORIGNAL ORDER.docx and NEW ORDER.docx. Performed on 10/12/2017.

Upon the *Joint Urgent Motion Seeking Extension of Deadlines in Connection with Cooperativa De Seguros Múltiples' Motion For Clarification Of Automatic Stay and in the Alternative Relief From the Automatic Stay in the Title III Case [ECF No. 1276]* (the "Motion"),[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Commonwealth and Movant; and the Court having found that the Commonwealth provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Objection Deadline shall be extended to ~~November 3,~~ **October 30,** **2017 at 12:00 p.m. (prevailing Atlantic Standard Time)**.

3. The Reply Deadline shall be extended to **November ~~10,~~6, 2017 at 12:00 p.m. (prevailing Atlantic Standard Time)**.

4. Movant is not deemed to have consented to the continuation of the automatic stay in effect pending the conclusion of, or as a result of, a final hearing and determination under

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

2 Workshare 9 comparison of ORIGNAL ORDER.docx and NEW ORDER.docx. Performed on 10/12/2017.

Bankruptcy Code section 362(d), nor to have waived its right to assert the termination of the automatic stay under Bankruptcy Code section 362(e) with respect the Stay Relief Motion. <ins>The Court shall enter an order regarding the Stay Motion on submission within seven (7) business days of the conclusion of briefing or have the matter heard at the November 15, 2017 omnibus hearing, during which time</ins> Movant will not assert termination of the ~~Stay during the pendency of the proposed amended briefing schedule~~<ins>Title III Stay under Bankruptcy Code section 362(e)</ins>.

Dated: _____, 2017

_____
JUDGE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

---

3    Workshare 9 comparison of ORIGNAL ORDER.docx and NEW ORDER.docx. Performed on 10/12/2017.