UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>Debtors.[2] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS |

[*Captions continued on next page*]

---

[2] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

KL2 30317252

| | |
|---|---|
| The Bank of New York Mellon, as Trustee,<br><br>Plaintiff,<br><br>-v-<br><br>Puerto Rico Sales Tax Financing Corporation ("COFINA"), *et al.*,<br><br>Defendants. | Adv. Proc. No. 17-133-LTS |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING SUMMARY JUDGMENT BRIEFING SCHEDULE**

WHEREAS, the most recent scheduling order in this adversary proceeding was entered on September 28, 2017, setting a due date for motions for summary judgment of October 13, 2017;

NOW THEREFORE, the parties hereto stipulate as follows:

1. Motions for summary judgment and supporting briefs in this adversary proceeding shall be filed by November 6, 2017.

2. Briefs in opposition shall be filed by November 20, 2017.

3. Reply briefs shall be filed by December 1, 2017.

4. All other Court-ordered deadlines governing this adversary proceeding, including the close of discovery, are unmodified by this Stipulation.

Dated: October 12, 2017

KL2 3031725 2

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernández-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> E-mail: mfb@tcmrslaw.com | *s/ Philip Bentley* <br> THOMAS MOERS MAYER <br> AMY CATON <br> PHILIP BENTLEY <br> (*Admitted pro hac vice*) <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 <br> Email: tmayer@kramerlevin.com <br>           acaton@kramerlevin.com <br>           pbentley@kramerlevin.com <br>           dblabey@kramerlevin.com <br>           nhamerman@kramerlevin.com |
| *s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> E-mail: lft@tcmrslaw.com | |
| *s/ Jane Patricia Van Kirk* <br> JANE PATRICIA VAN KIRK <br> USDC–PR No. 220,510 <br> E-mail: jvankirk@tcmrslaw.com <br> P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 | *Counsel to the Mutual Fund Group* |
| *Counsel to the Mutual Fund Group* | |

KL2 3031725.2

/s/ *Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted Pro Hac Vice)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036 Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ *Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for COFINA*

KL2 3031725 2

PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY

Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF ANDRÉS W.
LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

O'MELVENY & MYERS LLP


By: ___*s/ Peter Friedman*___
John J. Rapisardi (jrapisardi@omm.com)
Suzzanne Uhland (suhland@omm.com)
Peter Friedman (pfriedman@omm.com)
Diana Perez (dperez@omm.com)
(Admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2063
Facsimile: (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

KL2 3031725 2

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ *Grant R. Mainland*
Dennis F. Dunne (*admitted pro hac vice*)
Andrew M. Leblanc (*admitted pro hac vice*)
Atara Miller (*admitted pro hac vice*)
Grant R. Mainland (*admitted pro hac vice*)
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5770
Facsimile: (212) 822-5770
Email: ddunne@milbank.com
aleblanc@milbank.com
amiller@milbank.com
gmainland@milbank.com

*Attorneys for Defendant Ambac Assurance Corporation*

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| By : /s/ *Rafael Escalera* | /s/ *Susheel Kirpalani* |
| **Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Susheel Kirpalani** (*admitted pro hac vice*)<br>susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | **Eric Winston** (*admitted pro hac vice*)<br>ericwinston@quinnemanuel.com |
| **Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com | **Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **David Cooper** (*admitted pro hac vice*)<br>davidcooper@quinnemanuel.com |
| **Gustavo A. Pabón Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | **Eric Kay** (*admitted pro hac vice*)<br>erickay@quinnemanuel.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | **Kate Scherling** (*admitted pro hac vice*)<br>katescherling@quinnemanuel.com |
| | **Brant Duncan Kuehn** (*admitted pro hac vice*)<br>brantkuehn@quinnemanuel.com |
| | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

*Co-Counsel for the COFINA Senior Bondholders' Coalition*

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email: epo@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314

Alexandra Casellas-Cabrera
USDC-PR No. 301010

Lourdes Arroyo Portela
USDC-PR No. 226501

*Counsel to National Public Finance Guarantee Corporation*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Salvatore A. Romanello*

Marcia Goldstein (*admitted pro hac vice*)
Salvatore A. Romanello (*admitted pro hac vice*)
Kelly DiBlasi (*admitted pro hac vice*)
Gabriel A. Morgan (*admitted pro hac vice*)

767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: marcia.goldstein@weil.com
salvatore.romanello@weil.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com

*Counsel to National Public Finance Guarantee Corporation*

| | |
|---|---|
| **ARROYO & RIOS LAW OFFICES, P.S.C.**<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, P.R. 00966<br>Tel.: 787-522-8080<br>Fax: 787-523-5696<br><br>*s/ Moraima S. Ríos Robles*<br>Moraima S. Ríos Robles<br>USDC-PR No. 224912<br>E-mail: mrios@arroyorioslaw.com<br>*s/ Jessica A. Figueroa-Arce*<br>Jessica A. Figueroa Arce<br>USDC-PR No. 225206<br>E-mail: jfigueroa@arroyorioslaw.com<br><br>*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P.* | **KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, NY 10019<br>Tel.: 212-506-1700<br>Fax: 212-506-1800<br><br>*s/ Daniel A. Fliman*<br>Kenneth R. David (*pro hac vice*)<br>E-mail: kdavid@kasowitz.com<br>Daniel A. Fliman (*pro hac vice*)<br>E-mail: dfliman@kasowitz.com<br>Ryan P. Montefusco (*pro hac forthcoming*)<br>E-mail: rmontefusco@kasowitz.com<br>Isaac S. Sasson (*pro hac vice*)<br>E-mail: isasson@kasowitz.com<br><br>*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P.* |

CASELLAS ALCOVER & BURGOS P.S.C.

By: */s/ Heriberto Burgos Pérez*
    Heriberto Burgos Pérez
    USDC-PR 204809
    Ricardo F. Casellas-Sánchez
    USDC-PR 203114
    Diana Pérez-Seda
    USDC-PR 232014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone: (787) 756-1400
    Facsimile: (787) 756-1401
    Email:    hburgos@cabprlaw.com
               rcasellas@cabprlaw.com
               dperez@cabprlaw.com

CADWALADER, WICKERSHAM & TAFT LLP

By: */s/ Ellen M. Halstead*
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    Ellen M. Halstead*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, NY 10281
    Telephone: (212) 504-6000
    Facsimile: (212) 406-6666
    Email:    howard.hawkins@cwt.com
               mark.ellenberg@cwt.com
               ellen.halstead@cwt.com
               thomas.curtin@cwt.com
               casey.servais@cwt.com

*Admitted *pro hac vice* in No. 17-BK-03283-LTS, Adv. Proc. No. 17-133-LTS

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

By:

| /s/ Alicia I. Lavergne-Ramírez | /s/ Jason N. Zakia |
|---|---|
| José C. Sánchez-Castro<br>USDC-PR 213312<br>janchez@sanpir.com | Glenn M. Kurtz (*admitted pro hac vice*)<br>John K. Cunningham (*admitted pro hac vice*)<br>WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Tel. (212) 819-8200<br>Fax (212) 354-8113<br>gkurtz@whitecase.com<br>jcunningham@whitecase.com |
| Alicia I. Lavergne-Ramírez<br>USDC-PR 215112<br>alavergne@sanpir.com | |
| Maraliz Vázquez-Marrero<br>USDC-PR 225504<br>mvazquez@sanpir.com | Jason N. Zakia (*admitted pro hac vice*)<br>WHITE & CASE LLP<br>200 S. Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>Tel. (305) 371-2700<br>Fax (305) 358-5744<br>jzakia@whitecase.com |
| SÁNCHEZ PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918<br>Tel. (787) 522-6776<br>Fax: (787) 522-6777 | |

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

SEPULVADO & MALDONADO, PSC

By: /s/ Albéniz Couret-Fuentes
Elaine Maldonado-Matías
USDC-PR No. 217309
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207
José Javier Santos Mimoso
USDC-PR Bar No. 208207
252 Ave. Ponce de León, Suite 1900
Citibank Tower San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: emaldonado@smlawpr.com
Email: acouret@smlawpr.com
Email: jsantos@smlawpr.com

By: /s/ Eric A. Schaffer
REED SMITH LLP
Eric A. Schaffer (*pro hac vice*)
Luke A. Sizemore (*pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

REED SMITH LLP
Kurt F. Gwynne (*pro hac vice*)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

*Counsel for Plaintiff The Bank of New York Mellon, as trustee*

SO ORDERED:

_____
Judith Gail Dein
United States Magistrate Judge

10/12/17

KL2 3031725.2