UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------x

AGREED ORDER EXTENDING DEADLINES IN CONNECTION WITH COOPERATIVA DE SEGUROS MÚLTIPLES' MOTION FOR CLARIFICATION OF AUTOMATIC STAY AND IN THE ALTERNATIVE RELIEF FROM THE AUTOMATIC STAY IN THE TITLE III CASE [ECF NO. 1276]

Upon the *Joint Urgent Motion Seeking Extension of Deadlines in Connection with Cooperativa De Seguros Múltiples' Motion For Clarification Of Automatic Stay and in the Alternative Relief From the Automatic Stay in the Title III Case [ECF No. 1276]* (the "Motion"),[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Commonwealth and Movant; and the Court having found that the Commonwealth provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

**HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Objection Deadline shall be extended to **October 30, 2017 at 12:00 p.m. (prevailing Atlantic Standard Time)**.

3. The Reply Deadline shall be extended to **November 6, 2017 at 12:00 p.m. (prevailing Atlantic Standard Time)**.

4. Movant is not deemed to have consented to the continuation of the automatic stay in effect pending the conclusion of, or as a result of, a final hearing and determination under Bankruptcy Code section 362(d), nor to have waived its right to assert the termination of the automatic stay under Bankruptcy Code section 362(e) with respect the Stay Relief Motion. The Court shall enter an order regarding the Stay Motion on submission within seven (7) business days of the conclusion of briefing or have the matter heard at the November 15, 2017 omnibus hearing, during which time Movant will not assert termination of the Title III Stay under Bankruptcy Code section 362(e).

    SO ORDERED.

Dated: October 12, 2017

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge