IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>The Financial Oversight and Management Board of Puerto Rico,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtor<br>------------------------------------------------------------x<br>IN RE:<br>The Financial Oversight and Management Board of Puerto Rico,<br><br>      as representative of<br><br>Puerto Rico Electric Power Authority,<br>Debtor | PROMESA Title III<br><br>CASE NO. 17 BK 3283-LTS<br>(Jointly Administered)<br><br><br><br><br><br><br>PROMESA Title III<br><br>CASE NO. 17 BK 4780-LTS |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

    COMES NOW CENTRO DEL SUR MALL, LLC a creditor in the above captioned proceeding, through the undersigned attorney, and pursuant to Rule 2002 and Rule 9010 of the Federal Rules of Bankruptcy Procedures, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 and most respectfully prays that the appearing creditor's attorney be included in the Master Address List and that she be served with copy of all motions and notices in relation with this proceeding.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF which will send notification of such filing to all interested parties and CM/ECF participants.

    Respectfully submitted.

    In San Juan, Puerto Rico this 13th day of October, 2017

            \S\      MARÍA FERNANDA VÉLEZ PASTRANA
                         USDC-PR 212001
                         P.O. Box 195582
                         San Juan, P. R. 00919-5582
                         Tel. (787) 793-3628
                         mfvelezquiebras@gmail.com