# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | **Re: ECF No. 1286** |

---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF DEBTORS' MOTION FOR ORDER (A) ESTABLISHING DEADLINES AND PROCEDURES FOR FILING PROOFS OF CLAIM AND (B) APPROVING FORM AND MANNER OF NOTICE THEREOF

**PLEASE TAKE NOTICE** that, on September 12, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Highways and Transportation Authority ("HTA," and together with the Commonwealth, COFINA, and ERS, the "Initial Debtors") and the Puerto Rico Electric Power Authority ("PREPA" and together with the Initial Debtors, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

93738927v4

pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed the following:

(i) *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [ECF No. 1286 in Case No. 17 BK 3283-LTS, and ECF No. 295 in Case No. 17 BK 4780-LTS] (the "Bar Date Motion").

**PLEASE TAKE FURTHER NOTICE** that in light of the passage of Hurricane Maria and the Commonwealth's ongoing recovery efforts, and conversations with creditors, the Debtors have determined that it is in the best interest of all parties in interest for the Debtors to withdraw, without prejudice, the Bar Date Motion so that the Debtors may refile the Bar Date Motion at a later date when the conditions in the Commonwealth have improved.

**PLEASE TAKE FURTHER NOTICE** that this notice is being filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to these Title III cases by Bankruptcy Rule 9014(c) and PROMESA section 310.

[*Remainder of Page Left Intentionally Blank*]

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**WHEREFORE** the Debtors respectfully request the Court take notice of the foregoing and allow the withdrawal of the Bar Date Motion, without prejudice to refile the Bar Date Motion in the future.

Dated: October 13, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Paul V. Possinger*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial*
*Oversight and Management Board*
*as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial*
*Oversight and Management Board*
*as Representative for the Debtors*