**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Notice relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS** |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

   COMES NOW Creditor PFZ Properties, Inc., thru the undersigned legal counsel, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

very respectfully STATES and PRAYS as follows:

1. The undersigned legal counsel has been retained by the appearing creditor to handle all matters pertaining to the above captioned bankruptcy proceeding, including, but not limited to, authorizing any and all document that shall be filed before this Honorable Court.

2. Accordingly, it is respectfully requested that all notices and/or documents filed in regard to the above captioned bankruptcy proceeding be properly served upon the appearing counsel through the CM/ECF system.

WHEREFORE, the appearing party respectfully requests that this Honorable Court take notice of the above-mentioned facts and, consequently authorize the appearing legal representation and thereafter provide notice to appearing counsel of all proceedings in this case, including but not limited to notices and/or pleadings filed in the core proceeding at hand.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 16th day of October, 2017.

I HEREBY CERTIFY that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all appearing parties in the above captioned bankruptcy proceeding.

/s/ DAVID CARRION BARALT
DAVID CARRION BARALT
USDC-PR #207214
PO Box 364463
San Juan, PR 00936-4463
TEL: 787-758-5050
FAX: 787-296-3434
E-mail: davidcarrionb@aol.com