UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING HEARING ON COFINA AGENT'S MOTION PURSUANT TO
48 U.S.C. § 2161 AND 11 U.S.C. § 105(A) FOR ORDER: (I) CONFIRMING
THAT 48 U.S.C. § 2125 APPLIES TO COFINA AGENT; (II) CONFIRMING
RETENTION OF LOCAL COUNSEL; AND (III) CLARIFYING PAYMENT
OF FEES AND EXPENSES OF COFINA AGENT AND HER PROFESSIONALS

      The Court has received and reviewed the *COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 applies to the COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals* (the "Clarifying Motion"). (Docket Entry No. 1121.) The Court will hold a hearing (the "Hearing") on the Motion on **October 25, 2017, at 10:45 a.m. (prevailing Atlantic Standard time)** in Courtroom 5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767, and Courtroom 17C of the United States District Court for the Southern

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

Time allocations for oral argument at the Hearing are as follows:

- The COFINA Agent — **40 minutes**.
- The Official Committee of Unsecured Creditors for the Commonwealth of Puerto Rico in its capacity as Commonwealth Agent — **10 minutes**.
- The Financial Oversight and Management Board for Puerto Rico — **10 minutes**.
- The Puerto Rico Fiscal Agency and Financial Advisory Authority — **12 minutes**.
- The Bank of New York Mellon — **5 minutes**.
- The COFINA Senior Bondholders' Coalition and National Public Finance Guarantee Corporation — **5 minutes**.

Judge Swain will be present in the New York courtroom and video-teleconferencing facilities will be available in the San Juan courtroom. Counsel who intend to present oral argument may make their arguments from the San Juan or New York courtrooms. **Counsel who intend to present argument at the Hearing must file an Informative Motion** stating their name, the party for which they intend to appear, and the location (New York or San Juan) at which they intend to appear, **no later than October 20, 2017, at 12:00 p.m.** prevailing Atlantic Standard time.

Other attorneys, members of the press and the general public may attend and observe the Hearing in either of the courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse.

Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than October 23, 2017 at 3:00 p.m.** prevailing Atlantic Standard time and pay the fee established by CourtSolutions. No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated: October 17, 2017

       /s/ Laura Taylor Swain
       LAURA TAYLOR SWAIN
       United States District Judge