# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**<br><br>Debtor | **PROMESA**<br>Title III<br><br>**NO. 17 BK 3283-LTS**<br><br>**(Jointly Administered)** |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 83D(b), and Local Bankruptcy Rule 9010-1, William M. Vidal Carvajal, respectfully moves the Court for leave to withdraw as counsel for **Cardinal Health PR 120, Inc. (Civil Case #17-cv-01578)**, in the above captioned matter, and in support of this Motion certifies as follows:

1. On May 9, 2017, I entered an appearance on behalf of "Cardinal Health" in the above captioned matter. Docket #22.

2. Cardinal Health has requested and consents to my withdrawal as counsel, and has been provided with a copy of this Motion.

---

1 The Debtors in this Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

3. In accordance with Local Bankruptcy Rule 9010-1(d)(3)(D), I certify that upon receiving leave to withdraw I will immediately serve on Cardinal this Court's order permitting withdrawal.

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I caused this Motion for Leave to Withdraw as Counsel to be filed with the Clerk of the Court using the CM/ECF system, thereby effecting service on all parties registered to receive CM/ECF notifications in this matter, and that I have further caused this Motion to be served via U.S. Mail on the United States Trustee.

In San Juan, Puerto Rico, this 18th day of October 2017.

s/ WILLIAM VIDAL CARVAJAL
**USDC-PR 124803**
William Vidal Carvajal Law Offices
MCS Plaza, Suite 801
Ponce de León Ave.
San Juan, PR 00918
Tel.: 787-764-6867
E-Mail: william.m.vidal@gmail.com