# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER FOR JOINT STATUS REPORTS REGARDING
## MOTIONS FOR ORDER AUTHORIZING RULE 2004 EXAMINATIONS

    The Court previously adjourned the Omnibus hearing that had been scheduled for October 4, 2017.  On September 29, 2017, the Court adjourned several matters set for the October Omnibus hearing to the Omnibus hearing scheduled for November 15, 2017.  17-BR-3283, Dkt. No. 1384.  Among those matters are the following motions pursuant to Bankruptcy Rule 2004:

1. **Siemens Transportation Rule 2004 Motion.** Siemens Transportation Partnership, S.E.'s Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2004-1. (Case No. 17-3567, Docket Entry No. 272.)

2. **National Public Finance Guarantee Corp. Rule 2004 Motion.** Motion of National Public Finance Guarantee Corporation for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery. (Case No. 17-3283, Docket Entry No. 1177.)

3. **Ambac Rule 2004 Motion.** Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004. (Case No. 17-3283, Docket Entry No. 1283.)

4. **Creditors' Committee Rule 2004 Motion.** Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis). (Case No. 17-3283, Docket Entry No. 706.)

5. **GO Bondholders, Assured Guaranty & Mutual Fund Group Rule 2004 Motion.** Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp. Assured Guaranty Municipal Corp., and the Mutual Fund Group for Order Authorizing Rule 2004 Examination. (Case No. 17-3283, Docket Entry No. 1178.)

Due to the passage of time between the filing of these motions and the upcoming November Omnibus hearing and acknowledging the developments across these Title III proceedings, this Court hereby orders that the parties to each motion, including those that have filed joinders, submit a joint status report with this Court on or before **November 3, 2017**.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: October 19, 2017