# EXHIBIT B

**Proposed Revisions To Definitions**

- "Federal Disaster Relief Funds" means "funds made available by, disbursed by, and/or otherwise ~~earmarked or~~ provided by the Federal Emergency Management Agency ("FEMA"), or any other federal agency pursuant to the Stafford Act, 42 U.S.C. § 5121 et seq., to the Commonwealth and Non-Federal Entities ~~(defined below), whether directly or indirectly,~~ for the purpose of providing emergency assistance, disaster relief, and/or recovery and restorative assistance in the form of grants; provided, however, that Federal Disaster Relief Funds shall not include funds received by the Commonwealth as reimbursement for Commonwealth Disaster Relief Advances; and provided further, for the avoidance of doubt, that Federal Disaster Relief Funds shall not include any Reimbursement Claim or any funds received by the Commonwealth on account of any Reimbursement Claim."

- "Commonwealth Disaster Relief Advances" means "advances by the Commonwealth ~~of~~ to Non-Federal Entities of, or expenditures by the Commonwealth from, funds other than Federal Disaster Relief Funds ~~to any Commonwealth instrumentality, including public corporations~~, to pay the costs of a project approved by a federal agency, including FEMA, and to be reimbursed by ~~Federal Disaster Relief Funds~~ funds made available by, disbursed by, and/or otherwise provided by FEMA or any other federal agency pursuant to the Stafford Act, 42 U.S.C. § 5121 et seq., to the Commonwealth and Non-Federal Entities for the purpose of providing emergency assistance, disaster relief, and/or recovery and restorative assistance in the form of grants; provided, for the avoidance of doubt, that Commonwealth Disaster Relief Advances shall not include any Reimbursement Claim or any funds received by the Commonwealth on account of any Reimbursement Claim."

- "Disaster Relief Accounts" means "new, segregated, non-commingled, unencumbered accounts held in the name of the Commonwealth or of the instrumentality to whom the funds have been allocated according to a governing Project Worksheet ~~or otherwise under applicable law~~."