# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S APPEARANCE AT THE OCTOBER 25, 2017 HEARING ON THE COFINA AGENT'S CLARIFYING MOTION

**PLEASE TAKE NOTICE** that Jared Friedman from the New York, New York office of Weil, Gotshal & Manges LLP will appear and present argument on behalf of National Public Finance Guarantee Corporation ("National") at the October 25, 2017 hearing on the *COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(A) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(Docket Entry No. 1121). National's legal representative will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 20th day of October, 2017.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| 208 Ponce de León Avenue, Suite 1600 | Marcia Goldstein (admitted *pro hac vice*) |
| San Juan, PR 00936 | Salvatore A. Romanello (admitted *pro hac vice*) |
| Telephone: 787.756.9000 | Kelly DiBlasi (admitted *pro hac vice*) |
| Facsimile: 787.756.9010 | Gabriel A. Morgan (admitted *pro hac vice*) |
| Email: epo@amgprlaw.com | Jonathan Polkes (admitted *pro hac vice*) |
| loliver@amgprlaw.com | Gregory Silbert (admitted *pro hac vice*) |
| acasellas@amgprlaw.com | Jared R. Friedman (admitted *pro hac vice*) |
| larroyo@amgprlaw.com | |
| | 767 Fifth Avenue |
| By: */s/EricPérez-Ochoa* | New York, New York 10153 |
| Eric Pérez-Ochoa | Telephone: (212) 310-8000 |
| USDC-PR No. 206314 | Facsimile: (212) 310-8007 |
| | Email: marcia.goldstein@weil.com |
| */s/ Luis Oliver-Fraticelli* | salvatore.romanello@weil.com |
| Luis Oliver-Fraticelli | kelly.diblasi@weil.com |
| USDC-PR No. 209204 | gabriel.morgan@weil.com |
| | jonathan.polkes@weil.com |
| */s/ Alexandra Casellas-Cabrera* | gregory.silbert@weil.com |
| Alexandra Casellas-Cabrera | jared.friedman@weil.com |
| USDC-PR No. 301010 | |
| | |
| */s/ Lourdes Arroyo Portela* | |
| Lourdes Arroyo Portela | |
| USDC-PR No. 226501 | |