# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 17 BK 3567-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                   Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION OF THE UNITED STATES OF AMERICA PURSUANT TO ORDER SETTING BRIEFING DEADLINES AND SCHEDULING HEARING ON FEMA URGENT MOTION**

      The United States of America, on behalf of, among others, the Department of Housing and Urban Development ("HUD") and the Department of Homeland Security, Federal Emergency Management Agency ("FEMA"), files this *Informative Motion of the United States of America Pursuant to Order Setting Briefing Deadline and Scheduling Hearing on FEMA Urgent Motion* (the "Motion"). In support of the Motion, the United States respectfully states as follows:

      1.    Matthew J. Troy intends to appear at the Hearing and may present oral argument on the Motion on behalf of the United States at the Hearing[2] in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

      2.    Matthew J. Troy also intends to appear to respond as necessary to any matters raised by the Court or to any statements made by any party in connection with the above-captioned title III proceedings or any adversary proceeding currently pending in the above-captioned title III proceedings.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Order Setting Briefing Deadlines and Scheduling Hearing on FEMA Urgent Motion* (Docket No.1450).

This 20th day of October 2017.

Respectfully submitted,

        CHAD READLER
        Acting Assistant Attorney General
        ROSA EMILIA RODRÍGUEZ-VÉLEZ
        United States Attorney
        HÉCTOR E. RAMÍREZ-CARBÓ
        Assistant United States Attorney
        Civil Chief

        /s/ Matthew J. Troy
        RUTH A. HARVEY
        MICHAEL J. QUINN
        MATTHEW J. TROY
        USDC # G02707
        JONATHAN JACOBSON

        Attorneys, Civil Division
        U.S. Department of Justice
        P.O. Box 875
        Ben Franklin Station
        Washington, D.C. 20044
        (202) 514-9038 (o)
        (202) 307-0494 (f)
        matthew.troy@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of October 2017, I caused a true and correct copy of the foregoing Informative Motion to be filed with the Clerk of the Court using the CM/ECF system, which will generate electronic notification to all CM/ECF participants in these cases.

        /s/ Matthew J. Troy