# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## AD HOC GROUP OF PREPA BONDHOLDERS' INFORMATIVE MOTION REGARDING INTENT TO BE HEARD AT OCTOBER 25, 2017 HEARING

The Ad Hoc Group of PREPA Bondholders hereby files this request to be heard pursuant to the Court's Order dated October 16, 2017 [ECF No. 365] (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on October 25, 2017 (the "**Hearing**").

1. Pursuant to the Order, the Court will conduct a hearing regarding *Urgent Joint Motion of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Electric Power Authority, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Anticipated Federal Disaster Relief Funds and Preserving Rights of Parties* [Lead ECF No. 1444] in the above-captioned cases.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

2. The Order requests that counsel to parties who wish to speak at the Hearing file an informative motion, stating their name, identifying the party for which they intend to appear, and the location at which they intend to appear.

3. Amy Caton will appear in person in the Southern District of New York courtroom on behalf of the Ad Hoc Group of PREPA Bondholders at the Hearing and will address, as necessary, any statements made by any party in connection with the Motion, responses to the Motion, the Title III Proceedings or any adversary proceeding pending in the Title III Proceedings.

[*Remainder of this page left intentionally blank*]

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today October 20, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULTET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernandez-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> E-mail: mfb@tcmrslaw.com | *s/ Amy Caton* <br> THOMAS MOERS MAYER* <br> AMY CATON* <br> GREGORY A. HOROWITZ* <br> DOUGLAS BUCKLEY* <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 <br> Email: tmayer@kramerlevin.com <br> acaton@kramerlevin.com <br> ghorowitz@kramerlevin.com <br> dbuckley@kramerlevin.com <br> *(admitted *pro hac vice*) |
| *s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> E-mail: lft@tcmrslaw.com | |
| *s/ Jane Patricia Van Kirk* <br> JANE PATRICIA VAN KIRK <br> USDC-PR No. 220,510 <br> E-mail: jvankirk@tcmrslaw.com | |
| P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 | *Counsel to the Ad Hoc Group of PREPA Bondholders* |
| *Counsel to the Ad Hoc Group of PREPA Bondholders* | |