## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

### INFORMATIVE MOTION REGARDING
### NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S APPEARANCE
### AT THE OCTOBER 25, 2017 HEARING ON THE FEMA URGENT MOTION

**PLEASE TAKE NOTICE** that Marcia Goldstein from the New York, New York office of Weil, Gotshal & Manges LLP will appear and present on behalf of National Public Finance Guarantee Corporation ("National") at the October 25, 2017 hearing on the *Urgent Joint Motion of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Electric Power Authority, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Anticipated Federal Disaster Relief*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Funds and Preserving Rights of Parties* (Docket Entry No. 1444). National's legal

representative will appear in person in Courtroom 17C of the United States District Court for the

Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New

York, New York 10007.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 20th day of

October, 2017.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion
was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel
of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO** | **WEIL, GOTSHAL & MANGES LLP** |
| **SEDA & PÉREZ-OCHOA, P.S.C.** | Marcia Goldstein (admitted *pro hac vice*) |
| 208 Ponce de León Avenue, Suite 1600 | Salvatore A. Romanello (admitted *pro hac vice*) |
| San Juan, PR 00936 | Kelly DiBlasi (admitted *pro hac vice*) |
| Telephone: 787.756.9000 | Gabriel A. Morgan (admitted *pro hac vice*) |
| Facsimile: 787.756.9010 | Jonathan Polkes (admitted *pro hac vice*) |
| Email:  epo@amgprlaw.com | Gregory Silbert (admitted *pro hac vice*) |
|         loliver@amgprlaw.com | Jared R. Friedman (admitted *pro hac vice*) |
|         acasellas@amgprlaw.com | |
|         larroyo@amgprlaw.com | 767 Fifth Avenue |
| | New York, New York 10153 |
| By:  */s/EricPérez-Ochoa* | Telephone: (212) 310-8000 |
| Eric Pérez-Ochoa | Facsimile: (212) 310-8007 |
| USDC-PR No. 206314 | Email: marcia.goldstein@weil.com |
| | salvatore.romanello@weil.com |
| */s/ Luis Oliver-Fraticelli* | kelly.diblasi@weil.com |
| Luis Oliver-Fraticelli | gabriel.morgan@weil.com |
| USDC-PR No. 209204 | jonathan.polkes@weil.com |
| | gregory.silbert@weil.com |
| */s/ Alexandra Casellas-Cabrera* | jared.friedman@weil.com |
| Alexandra Casellas-Cabrera | |
| USDC-PR No. 301010 | |
| | |
| */s/ Lourdes Arroyo Portela* | |
| Lourdes Arroyo Portela | |
| USDC-PR No. 226501 | |