IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

INFORMATIVE MOTION OF
PLAINTIFFS ASSURED GUARANTY CORP. AND ASSURED
GUARANTY MUNICIPAL CORP. REGARDING OCTOBER 25, 2017 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Plaintiffs Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) (together, "Assured") submit this informative motion in compliance with the Court's *Order Setting Briefing Deadlines and Scheduling Hearing on FEMA Urgent Motion* (ECF No. 1450) and hereby request to be heard at the October 25, 2017 hearing in Courtroom 17C of the United States District Court for the Southern District of New York. Ellen M. Halstead and Ellen Holloman of Cadwalader, Wickersham & Taft LLP will appear on behalf of Assured to address (i) the *Urgent Joint Motion of the Commonwealth of*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

USActive 38029619.1

-2-

*Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Electric Power Authority, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Anticipated Federal Disaster Relief Funds and Preserving Rights of Parties* (ECF No. 1444); and (ii) any objections or responses thereto. They will also be prepared to respond to any questions that the Court may have and that other parties-in-interest may raise during the hearing.

Dated: October 20, 2017

Respectfully submitted,

**CASELLAS ALCOVER & BURGOS P.S.C.**

*s/ Heriberto Burgos Pérez*
Heriberto Burgos Pérez
USDC-PR 204809
Ricardo F. Casellas-Sánchez
USDC-PR 203114
Diana Pérez-Seda
USDC-PR 232014
P.O. Box 364924
San Juan, PR 00936-4924
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
    rcasellas@cabprlaw.com
    dperez@cabprlaw.com

– and –

**CADWALADER, WICKERSHAM & TAFT LLP**

Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
Ellen Holloman**
Ellen Halstead*
Thomas J. Curtin*
Casey J. Servais*
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 406-6666
Email: howard.hawkins@cwt.com
    mark.ellenberg@cwt.com
    ellen.halstead@cwt.com
    thomas.curtin@cwt.com
    casey.servais@cwt.com
* Admitted *pro hac vice*
** *Pro hac vice* admission pending

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Gerardo J. Portela Franco
Puerto Rico Fiscal Agency and Financial
Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

John J. Rapisardi, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Andrés W. López, Esq.
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

At San Juan, Puerto Rico, this 20th day of October, 2017.

CASELLAS ALCOVER & BURGOS P.S.C.

/s/ *Heriberto J. Burgos Pérez*
Heriberto J. Burgos Pérez
USDC-PR 204806
P.O. Box 364924
San Juan, PR 00936-4924
T. (787) 756-1400
F. (787) 756-1401
hburgos@cabprlaw.com