UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
     as representative of                                    :   Case No. 3:17-cv-03283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :   (Jointly Administered)
et al.                                                       :
                                                             :
         Debtors.¹                                           :
-------------------------------------------------------------x
```

**INFORMATIVE MOTION OF SCOTIABANK DE PUERTO RICO, AS
ADMINISTRATIVE AGENT, REGARDING OCTOBER 25, 2017 HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Scotiabank de Puerto Rico ("Scotiabank"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Order Setting Briefing Deadlines and Scheduling Hearing on FEMA Urgent Motion* (Docket No. 1450), and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-1-

1. Counsel does not intend to present argument at the October 25, 2017 hearing. Nonetheless, Richard Mason and Emil Kleinhaus of Wachtell, Lipton, Rosen & Katz will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 to respond to any issues raised with respect to PREPA that implicate Scotiabank as agent.

2. Scotiabank reserves its right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases.

Dated: October 20, 2017

Respectfully submitted,

/s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 221004
nzt@mcvpr.com
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936
Telephone: (787) 250-5619
Facsimile: (787) 759-9225

/s/ Emil A. Kleinhaus
Richard G. Mason (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Kim B. Goldberg (*pro hac vice* motion pending)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
eakleinhaus@wlrk.com
kbgoldberg@wlrk.com

*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*