# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
     as representative of                                    :   Case No. 3:17-cv-03283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :   (Jointly Administered)
et al.                                                       :
                                                             :
                                                             :
           Debtors.[1]                                       :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

      I hereby certify that, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Second Amended Notice, Case Management and Administrative Procedures* (Docket No. 1,065 of Case No. 17-03283 (LTS)) (the "CMP Order"), a true and exact copy of the document titled *Informative Motion of Scotiabank de Puerto Rico, as Administrative Agent, Regarding October 25, 2017 Hearing* filed on October 20, 2017 (Docket No. 1,494), was sent on **OCTOBER 20TH, 2017 by electronic mail and by U.S. mail, upon the Standard Parties identified in the CMP Order**.

      **RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 20th day of October, 2017.

      **WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**MCCONNELL VALDÉS LLC**
*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com