UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING MOTION FOR RECONSIDERATION, REITERATING REQUEST TO WITHDRAW AS
COUNSEL FOR PFZ PROPERTIES, INC. AND CEASE RECEIVING NOTICES

      On September 8, 2017, Ismael H. Herrero III, as counsel to PFZ Properties, Inc., (the "Prior Counsel") filed a *Motion for Leave to Withdraw* (the "Motion to Withdraw") (Docket Entry No. 1252.) On September 11, 2017, the Court entered an *Order Regarding Defective Motion for Leave to Withdraw* ("Defective Order") requiring Prior Counsel to comply with Local Bankruptcy Rule 9010-1(3)(A) by September 18, 2017.[2] (Docket Entry No. 1265.)

      On October 16, 2017, David Carrion Baralt filed a notice of appearance (the "Notice") on behalf of PFZ Properties, Inc. as substitute counsel. (Docket Entry No. 1445.) As a result of the Notice, Prior Counsel was deemed to have complied with requirements set forth in the Defective Order. On October 16, 2017, the Court entered a text order granting the Motion to Withdraw (the "Text Order"). (Docket Entry No. 1448.)

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     As a result of Hurricane Maria, the deadline was extended pursuant to the Clerk's Office Notice No. 17-11 entered on September 18, 2017. (See Exhibit A to Docket Entry No. 1341.)

The Court has received and reviewed the *Motion for Reconsideration, Reiterating Request to Withdraw as Counsel for PFZ Properties, Inc. and to Cease Receiving Notices* (the "Reconsideration Motion") filed by Prior Counsel on October 19, 2017. (Docket Entry No. 1475.) The Reconsideration Motion requests that the Court grant Prior Counsel's Motion to Withdraw. (Docket Entry No. 1252.)

In light of this Court's entry of the Text Order granting Prior Counsel's Motion to Withdraw, the Reconsideration Motion is denied as moot.

This order resolves docket entry no. 1475 in case no. 17-3283.

SO ORDERED.

Dated: October 23, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge