UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,[1]

   Debtors.

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AMENDED[2] INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING OCTOBER 25, 2017 10:45A.M. HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

    Pursuant to the Court's Order Regarding Procedures For Attendance, Participation And Observation of the October 25, 2017 10:45a.m. Hearing [Dkt. No 1452], the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth") and the Puerto Rico Sales Tax Financing Corporation ("COFINA," and, together with the Commonwealth, the "Debtors"), respectfully states as follows:

1. Counsel to present argument: Martin J. Bienenstock and Timothy Mungovan

2. Parties for which counsel will appear: The Debtors and the FOMB, as the representative of the Debtors

3. Location at which counsel will appear: New York, New York

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This informative motion supplements the original informative motion [ECF No. 1479] to add Martin J. Bienenstock as counsel to present argument at the hearing. The remaining text remains unchanged.

1

Dated: October 23, 2017
San Juan, Puerto Rico

Respectfully submitted,

 */s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com


Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com


*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico and the Puerto Rico Sales Tax Financing Corporation*