Hearing Date: November 15, 2017, at 9:30 a.m. (AST)
Objection Deadline: October 31, 2017, at 4:00 p.m. (AST)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF REQUEST TO BE HEARD AT
## NOVEMBER 15, 2017 HEARING
### [Dkt. #1514]

To the Honorable United States District Court Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("***FGIC***"), by and through its attorneys Rexach & Picó, CSP and Butler Snow LLP, has filed an *Urgent Motion of Financial Guaranty Insurance Company Regarding Proposed 90-Day Stay of All Litigation to Facilitate the Recovery from Hurricanes Irma and Maria* [Dkt. # 1514] (the "***Motion***").

The Motion has been served upon all the Standard Parties as identified and defined at Section II of the *Third Amended Notice, Case Management and Administrative Procedures* [Dkt. # 1512-1] (the "***CMP Order***"), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primecleark.com/puertorico/.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The date and time of the applicable objection deadline for the Motion is **October 31, 2017 at 4:00 p.m. (AST)**.

The date of the hearing at which the Motion shall be considered by the Court is **November 15, 2017 at 9:30 a.m. (AST)** at the United States District Court for the District of Puerto Rico, Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

The requested relief sought in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the CMP Order.

Dated: October 24, 2017.　　　　　　Respectfully submitted,

REXACH & PICÓ, CSP

By: /s/ María E. Picó
　　María E. Picó
　　USDC-PR 123214
　　802 Ave. Fernández Juncos
　　San Juan PR 00907-4315
　　Telephone: (787) 723-8520
　　Facsimile: (787) 724-7844
　　E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: /s/ Martin A. Sosland
　　Martin A. Sosland (*pro hac vice*)
　　5430 LBJ Freeway, Suite 1200
　　Dallas, TX 75240
　　Telephone: (469) 680-5502
　　Facsimile: (469) 680-5501
　　E-mail: martin.sosland@butlersnow.com

　　Stanford G. Ladner (*pro hac vice*)
　　1700 Broadway, 41st Floor
　　New York, NY 10019
　　Telephone: (646) 606-3996
　　Facsimile: (646) 606-3995
　　E-mail: stan.ladner@butlersnow.com

        Christopher R. Maddux (*pro hac vice*)
        J. Mitchell Carrington (*pro hac vice*)
        1020 Highland Colony Parkway, Suite 1400
        Ridgeland, MS 39157
        Telephone: (601) 985-2200
        Facsimile: (601) 985-4500
        E-mail: chris.maddux@butlersnow.com
        mitch.carrington@butlersnow.com

        Jason W. Callen (*pro hac vice*)
        150 3rd Avenue, South, Suite 1600
        Nashville, TN 37201
        Telephone: (615) 651-6774
        Facsimile: (615) 651-6701
        E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

39069819.v1