APPEAL,STAYED

# United States District Court
## District of Puerto Rico (San Juan)
## CIVIL DOCKET FOR CASE #: <u>3:16−cv−02910−PAD</u>

GAM Realty, LLC v. Santiago Marrero et al  
Assigned to: Judge Pedro A. Delgado−Hernandez  
Case in other court:  17−01859  
Cause: 42:1983 Civil Rights Act  

Date Filed: 11/02/2016  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/13/2017 | 33 | 2 | ORDER: Granting <u>29</u> "Notice of Automatic Stay of Proceedings Pursuant to Commencement of Case Under Title III of Promesa." This case is stayed pursuant to 48 U.S.C. sec. 2161(a) and 11 U.S.C. sec. 362(a) and 922. Any request to lift or vacate the stay must be filed in the bankruptcy court in Bankruptcy Case No. 17−bk−03283 (LTS); see also, Order at Docket No. 543 in Case No. 17−bk−3283 (LTS).  Signed by Judge Pedro A. Delgado−Hernandez on 7/13/2017.(LMR) (Entered: 07/13/2017) |

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Message-Id:5695472@prd.uscourts.gov
Subject:Activity in Case 3:16-cv-02910-PAD GAM Realty, LLC v. Santiago Marrero et al Order
Content-Type: text/html
```

## United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 7/13/2017 at 11:04 AM AST and filed on 7/13/2017

| | |
|---|---|
| **Case Name:** | GAM Realty, LLC v. Santiago Marrero et al |
| **Case Number:** | 3:16-cv-02910-PAD |
| **Filer:** | |
| **Document Number:** | 33(No document attached) |

**Docket Text:**
**ORDER: Granting [29] "Notice of Automatic Stay of Proceedings Pursuant to Commencement of Case Under Title III of Promesa." This case is stayed pursuant to 48 U.S.C. sec. 2161(a) and 11 U.S.C. sec. 362(a) and 922. Any request to lift or vacate the stay must be filed in the bankruptcy court in Bankruptcy Case No. 17-bk-03283 (LTS); see also, Order at Docket No. 543 in Case No. 17-bk-3283 (LTS). Signed by Judge Pedro A. Delgado-Hernandez on 7/13/2017.(LMR)**


**3:16-cv-02910-PAD Notice has been electronically mailed to:**

Ricardo F. Casellas     rcasellas@cabprlaw.com, rfcasellas@gmail.com

Mariano A. Mier-Romeu     mmier@cabprlaw.com, marianomier4@gmail.com

Joel Torres-Ortiz     joeltorres@justicia.pr.gov, martorres@justicia.pr.gov, spenagaricano@justicia.pr.gov, wburgos@justicia.pr.gov

**3:16-cv-02910-PAD Notice has been delivered by other means to:**