# United States Court of Appeals
## For the First Circuit

_____

No. 17-1859

GAM REALTY, LLC,

Plaintiff, Appellant,

v.

DRNA SECRETARY NELSON J. SANTIAGO MARRERO; EXECUTIVE DIRECTOR OGPe
ALBERTO LASTRA-POWER,

Defendants, Appellees.

_____

**ORDER OF COURT**

Entered: October 16, 2017

The order on appeal confirmed that the underlying case is automatically stayed in light of the Commonwealth of Puerto Rico's PROMESA Title III case.  The appellant was directed that "[a]ny request to lift or vacate the stay must be filed in the bankruptcy court in Bankruptcy Case No. 17-bk-03283 (LTS)."  This appeal shall be held in abeyance pending further related proceedings in the Title III case.  The parties shall file status reports with this court every 90 days from the date of this order.

By the Court:

/s/ Margaret Carter, Clerk

cc:    Mariano A. Mier-Romeu
       Ricardo F. Casellas-Sanchez
       Luis Jeronimo Lopez-Valdes
       Joel Torres-Ortiz