# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 10:00 AM
Started: 10:24 AM
Ended:  1:56 PM

**MINUTES OF PROCEEDINGS**
**BEFORE HONORABLE LAURA TAYLOR SWAIN**               DATE October 25, 2017
COURTROOM DEPUTY: Lisa Ng and Carmen Tacoronte
COURT REPORTER: Sam Mauro (SDNY)

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br><br>(Jointly Administrated) |

**Motion Hearing held.**

- Urgent Joint Motion of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Electric Power Authority, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Anticipated Federal Disaster Relief Funds and Preserving Rights of Parties [Case No. 17-3283, ECF No. 1444].
    - o  Arguments heard.
    - o  Granted. An order will be issued.
- COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals [Case No. 17-3283, ECF No. 1121].
    - o  The portion of the motion requesting the approval of the retention of Navarro-Cabrer as local counsel is granted as unopposed.
    - o  Arguments heard.
    - o  The motion is granted as outlined on the record. An order will be issued.

Motion Hearing
3:17-BK-3283 (LTS)
October 25, 2017

    Counsel report on the schedule of the COFINA dispute.

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
Courtroom Deputy Clerk