# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor.[2] | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

## APPLICATION FOR ADMISSION *PRO HAC VICE* BY GILLIAN GROARKE BURNS

COMES NOW Gillian Groarke Burns ("Applicant") and respectfully states and prays as follows:

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

[2]  The last four (4) digits of PREPA's federal tax identification number are 3747.

USActive 38094687.1

-2-

1. Applicant is an attorney and a Special Counsel with the law firm Cadwalader, Wickersham & Taft LLP, with offices at 200 Liberty Street, New York, New York 10281.

2. Applicant has been retained as counsel by defendants Assured Guaranty Corp. and Assured Guaranty Municipal Corp. f/k/a Financial Security Assurance Inc.

3. Applicant will sign all pleadings and papers with the name Gillian Groarke Burns.

4. Since 2007, Applicant has been and presently is a member in good standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's bar license number is 4485421.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts:

| Court | Admission Date |
| --- | --- |
| U.S. District Court, E.D.N.Y. | 2007 |
| U.S. District Court, S.D.N.Y. | 2007 |
| New York | 2007 |

6. Applicant hereby attests that she is not suspended from practice nor has been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has not filed for pro hac vice admission in the U.S. District Court for the District of Puerto Rico in the preceding year.

8. Local counsel of record for the Applicant is:

Heriberto J. Burgos Pérez
USDC-PR 204806
Casellas Alcover & Burgos P.S.C.
P.O. Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401
hburgos@cabprlaw.com

USActive 38094687.1

9. Applicant has read the Local Rules of this Court and will comply with them, including the provision which requires the payment of an admission fee in the amount of $300.00 in the form of a check to the order of the Clerk, U.S. District Court.

WHEREFORE, Applicant respectfully requests to be admitted *pro hac vice* in the U.S. District Court for the District of Puerto Rico in this action.

At New York, New York, this 25th day of October, 2017.

    /s/ Gillian Groarke Burns
Gillian Groarke Burns
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone (212) 504-6000
Facsimile (212) 504-6666
gillian.burns@cwt.com

## CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE

I hereby certify pursuant to L.Cv.R. 83A(f) that I consent to the designation of local counsel of record for all purposes and that I caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. I also certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, this 25th day of October, 2017.

                                                CASELLAS ALCOVER & BURGOS P.S.C.
                                                P.O. Box 364924
                                                San Juan, PR 00936-4924
                                                T. (787) 756-1400
                                                F. (787) 756-1401
                                                hburgos@cabprlaw.com


                                                /s/ Heriberto J. Burgos Pérez
                                                Heriberto J. Burgos Pérez
                                                USDC-PR 204806

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

\_\_\_\_ The application be granted.

\_\_\_\_ The application be denied.

The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this \_\_ day of October, 2017.

_____
Hon. _____
U.S. DISTRICT JUDGE