AO 435 (Rev. 04/11)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME Sergio Criado | 2. PHONE NUMBER (787) 273-8300 | 3. DATE 10/26/2017 | |
|---|---|---|---|
| 4. MAILING ADDRESS Centro Internacional de Mercadeo II 90 Carr. 165 Suite 407 | 5. CITY Guaynabo | 6. STATE PR | 7. ZIP CODE 00968 |
| 8. CASE NUMBER 17-03283 | 9. JUDGE Laura Taylor Swain | DATES OF PROCEEDINGS | |
| | | 10. FROM 10/25/2017 | 11. TO 10/25/2017 |
| 12. CASE NAME Financial Oversight & Management Board of Puerto Rico | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY New York | 14. STATE NY |

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Entire Transcript for 10/25/17 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL | 0.00 |
|---|---|

18. SIGNATURE *[signature]*

PROCESSED BY

19. DATE 10/26/2017

PHONE NUMBER

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY