**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.¹ | |

-----------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

-----------------------------------------------------------------------x

---

¹ The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
                                                                    Case No. 17 BK 3567-LTS
        as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

                            Debtor.



-------------------------------------------------------------------x
```

### ORDER EXTENDING DATE FOR THE PUERTO RICO ELECTRIC POWER AUTHORITY AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO FILE THEIR CREDITOR LISTS

Upon the *Urgent Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Highways and Transportation Authority for Entry of Order Extending Date to File Creditor Lists* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of PREPA, HTA, their creditors, and other parties in interest; and the Court having found that PREPA and HTA provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief set forth herein,

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. On or before December 22, 2017, PREPA and HTA shall each file their respective list of creditors with claim amounts pursuant to Bankruptcy Code section 924 (the "Creditor Lists"), made applicable to the Title III Cases by PROMESA section 301(a).

3. Upon the filing of the Creditor Lists, PREPA and HTA shall be deemed to have satisfied all requirements under Bankruptcy Code section 924.

4. The relief granted herein is without prejudice to PREPA's and/or HTA's right to seek further extensions of time to file the Creditor Lists, to file a motion to modify the contents of the Creditor Lists, or to amend the Creditor Lists during the Title III Cases.

5. Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

6. PREPA and HTA, and the Oversight Board, as PREPA's and HTA's representative, are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this order in accordance with the Motion.

7. This Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this order.

SO ORDERED.

Dated: October 26, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge