IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 17-BK-3283 (LTS) |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO | PROMESA TITLE III |
| DEBTOR | |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW**, The Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company and Preferred Health, Inc., both creditors in this case, through the undersigned attorney, who very respectfully states and prays as follows:

1-   The appearing parties are creditors who are being represented by the undersigned in this case pending before this Honorable Court.

**WHEREFORE**, it is respectfully prayed that the Master Address List be amended so as to permit future notices addressed to the appearing party be also served upon the undersigned counsel at the following address:

GARAY MASSEY LAW OFFICE
JUAN CARLOS GARAY MASSEY
PMB 347
#5900 ISLA VERDE AVE. L-2
CAROLINA, PUERTO RICO OO979-4901
juans@prtc.net

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 26 day of October 2017.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to all CM/ECF participants in the above-captioned matter.

<u>s/ Juan Carlos Garay</u>
JUAN CARLOS GARAY MASSEY
USDCPR 212504
138 Winston Churchill Ave.
Suite 316
San Juan, P.R. 00926-6023
TEL: 791-1818
FAX: 791-4260
E-mail: juans@prtc.net