# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1444 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtor. | PROMESA Title III<br><br>No. 17 BK 3567-LTS<br><br>Re: ECF No. 302 |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                             Debtor. | PROMESA Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: ECF No. 345 |

**INFORMATIVE MOTION REGARDING SUBMISSION OF AMENDED PROPOSED ORDER REGARDING URGENT JOINT MOTION OF THE COMMONWEALTH OF PUERTO RICO, PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, PUERTO RICO ELECTRIC POWER AUTHORITY, AND THE PUERTO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY FOR ORDER CONCERNING RECEIPT AND USE OF ANTICIPATED FEDERAL <u>DISASTER RELIEF FUNDS AND PRESERVING RIGHTS OF PARTIES</u>**

To The Honorable United States District Court Judge Laura Taylor Swain:

       The Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Electric Power Authority in these Title III cases pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. §§ 2101-2241, and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of the Debtors pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, respectfully submit this amended proposed order attached hereto as **Exhibit A** (the "Amended Proposed Order")[2] regarding the Urgent Motion.[3] The Amended Proposed Order reflects the changes

---

[2] A redline of the Amended Proposed Order against the proposed order attached to the Reply, setting forth changes to that proposed order, is attached as **Exhibit B** hereto.

[3] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in *Urgent Joint Motion Of The Commonwealth Of Puerto Rico, Puerto Rico Highways And Transportation Authority, Puerto Rico Electric Power Authority, And The Puerto Rico Fiscal Agency And Financial Advisory Authority For Order Concerning*

2

presented to the Court at the hearing held on October 25, 2017, as well as the changes agreed upon by the FOMB, AAFAF, United States, and the objecting parties thereafter. The FOMB and AAFAF did not receive any comments or objections to the Amended Proposed Order and therefore respectfully requests that the Court enter the Amended Proposed Order in the form attached hereto as Exhibit A.

DATED: October 26, 2017

---

*Receipt And Use Of Anticipated Federal Disaster Relief Funds And Preserving Rights Of Parties* [Case No. 17-3283, ECF No. 1444].

3

Respectfully submitted,

| | |
|---|---|
| */s/ Martin J. Bienenstock* | */s/ Hermann D. Bauer* |

Martin J. Bienenstock  Hermann D. Bauer
Paul V. Possinger  O'NEILL & BORGES LLC
Ehud Barak  250 Muñoz Rivera Ave., Suite 800
Maja Zerjal  San Juan, PR 00918-1813
(Admitted *Pro Hac Vice*)  Tel: (787) 764-8181
PROSKAUER ROSE LLP  Fax: (787) 753-8944
Eleven Times Square
New York, NY 10036  *Co-Attorneys for the Financial*
Tel: (212) 969-3000  *Oversight and Management Board*
Fax: (212) 969-2900  *as Representative for the Debtors*

*Attorneys for the Financial*
*Oversight and Management Board*
*as representative for the Debtors*

Respectfully submitted,

/s/ Nancy A. Mitchell
Kevin D. Finger (*admitted pro hac vice*)
David D. Cleary (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: fingerk@gtlaw.com
clearyd@gtlaw.com

Nancy A. Mitchell (*admitted pro hac vice*)
Nathan A. Haynes (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax : 212.801.6400
Email: mitchelln@gtlaw.com
haynesn@gtlaw.com

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

Respectfully submitted,

/s/ John J. Rapisardi
John J. Rapisardi
Suzzanne Uhland
Diana M. Perez
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

Respectfully submitted,

/s/ Andrés W. López
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF
ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

5