UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

　　　　as representative of                                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                          (Jointly Administered)
et al.,

　　　　　　　　Debtors.[1]

-----------------------------------------------------------x

ORDER REGARDING THE LOCATION AND PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF THE NOVEMBER 15-16, 2017 OMNIBUS HEARING

　　　　Beginning on **November 15, 2017, at 9:30 a.m.** (Atlantic Standard Time)[2], the
Court will conduct an omnibus hearing on certain motions in the above-captioned cases, as well
as an initial pretrial conference in a related adversary proceeding (collectively, the "November
Omnibus Hearing").   The Court is deeply mindful of the widespread devastation and the
ongoing challenges facing Puerto Rico and its inhabitants as a result of Hurricane María.  In
order to avoid imposing additional burdens on the limited resources of the local and federal
governments in Puerto Rico and in light of the limited number of matters to be heard at the
November Omnibus Hearing, the Court has decided to conduct the November Omnibus Hearing
in New York, but hopes to be able to conduct the December Omnibus Hearing in Puerto Rico.

---

[1]　　　The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as applicable,
are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four
Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA")
(Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto
Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III
case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]　　　Counsel are advised that given the change in Daylight Savings Time there will be a
difference between Atlantic Standard Time and Eastern Time.  The proceedings will begin at
8:30 a.m. Eastern Time.

The November Omnibus Hearing will be conducted in Courtroom 26B[3] of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by November 13, 2017, in accordance with the Third Amended Case Management Procedures.

Counsel who intend to present oral argument are strongly encouraged to attend the proceedings in the New York courtroom, but may make their arguments from the San Juan courtroom if they wish.  **Counsel who intend to present argument at the hearing must file an Informative Motion** stating their name, the party for which they intend to appear, and the location (New York or San Juan) at which they intend to appear, **no later than November 8, 2017, at 11:00 a.m.** (Atlantic Standard Time).  In addition to identifying Counsel who intend to present argument at the hearing, **such Informative Motion should also include an estimate of the number of additional persons representing their clients who wish to attend the November Omnibus Hearing** and the location (New York or San Juan) at which they wish to observe the hearing.  Such estimate is necessary in order to ensure appropriate courtroom allocations in New York and San Juan.

Other attorneys, members of the press and the general public may attend and observe the hearing in either of the courtrooms.  There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse.  Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone.  Such attorneys must register with CourtSolutions by **November 13, 2017** at www.court-solutions.com and pay the fee established by CourtSolutions.  No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated:  October 26, 2017

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[3]     Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.