# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS |
| | **(Jointly Administered)** |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | **Objection deadline:** November 16, 2017 at 4:00 p.m. (Atlantic Standard Time) |
| **Debtors.**[1] | **Hearing date:** December 20, 2017 at 9:30 a.m. (Atlantic Standard Time) |

## NOTICE OF HEARING ON APPLICATIONS OF FEE EXAMINER TO EMPLOY AND RETAIN GODFREY & KAHN, S.C. AS COUNSEL AND EDGE LEGAL STRATEGIES, PSC AS LOCAL COUNSEL TO THE FEE EXAMINER

PLEASE TAKE NOTICE that the Fee Examiner appointed in this proceeding, pursuant to the agreement of the principal parties and the Court's October 6, 2017 *Order Pursuant to PROMESA Sections 316 and 317 Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* (the "**Fee Examiner Order**") [D.I. 1416], has submitted an applications (the "**Applications**") to retain and employ Godfrey & Kahn, S.C. ("**Godfrey & Kahn**" or the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"**Firm**") as his counsel *nunc pro tunc* to October 6, 2017 and EDGE Legal Strategies, PSC ("**EDGE**") as his Puerto Rico counsel.

**PLEASE TAKE FURTHER NOTICE** that any response or objections to the Applications must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Third Amended Case Management Procedures [D.I. 1512-1] (the "**Case Management Procedures**"), and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on CDROM, in text-searchable portable document format (PDF), and served on (i) counsel for the Fee Examiner Brady Williamson, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703 (Attn: Katherine Stadler); (ii) EDGE Legal Strategies, PSC, 252 Ponce de Leon Ave., Suite 1200, San Juan, Puerto Rico 00918 (Attn: Eyck O. Lugo); and (iii) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, so as to be received no later than **November 16, 2017 at 4:00 p.m. (Atlantic Standard Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the "**Court**"), on **December 20, 2017 at 9:30 a.m. (Atlantic Standard Time) or at such other time as ordered by the Court**.

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application including all exhibits, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9237, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: October 26, 2017.

**GODFREY & KAHN, S.C.**

By: *s/Katherine Stadler*
Katherine Stadler (*Pro Hac Vice* Pending)

One East Main Street
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

*Designated Attorneys for the Fee Examiner*

**EDGE Legal Strategies, PSC**

*s/Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de Leon Ave., Suite 1200
San Juan, Puerto Rico 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
E-mail: elugo@edgelegalpr.com

*Proposed Local Counsel to the Fee Examiner*

17953663.3

3