IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x
                                                                  )
In re:                                                            )    PROMESA
                                                                  )    Title III
                                                                  )
THE FINANCIAL OVERSIGHT AND                                       )
MANAGEMENT BOARD FOR PUERTO RICO                                  )    Case No. 3:17-cv-3283 (LTS)
                                                                  )
         as representative of                                     )    (Jointly Administered)
                                                                  )
COMMONWEALTH OF PUERTO RICO, et al.,                              )
                                                                  )
                   Debtor.                                        )
                                                                  )
                                                                  )
                                                                  )
------------------------------------------------------------------x

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

COMES NOW, Victoria Dorfman, applicant herein and respectfully states:

1. Applicant is an attorney and member of the law firm of Jones Day, with offices at:

    | | |
    |---|---|
    | Address: | 250 Vesey Street, New York, NY 10281-1047 |
    | E-mail: | vdorfman@jonesday.com |
    | Telephone No.: | (212) 326-3939 |
    | Fax No.: | (212) 755-7306 |

2. Applicant will sign all pleadings with the name Victoria Dorfman.

3. Applicant has been retained as a member of the above-named firm by Creditors identified in Exhibit 1 to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2008, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices law. Applicant's bar license number is 760907.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| D.C. Court of Appeals | June 7, 2004 |
| Supreme Court of the United States | November 3, 2014 |
| United States Court of Appeals for the Second Circuit | March 25, 2009 |
| United States Court of Appeals for the Third Circuit | March 3, 2007 |
| United States Court of Appeals for the Fifth Circuit | February 20, 2015 |
| United States Court of Appeals for the Sixth Circuit | November 23, 2004 |
| United States Court of Appeals for the Seventh Circuit | November 18, 2005 |
| United States Court of Appeals for the Ninth Circuit | November 6, 2006 |
| United States Court of Appeals for the Federal Circuit | October 26, 2011 |
| United States Court of Federal Claims | October 28, 2005 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in any other matters.

10. Local counsel of record associated with applicant in this matter is:

   Name: Alfredo Fernández-Martínez
   USDC-PR Bar No.: 210511
   Address: PO Box 11750, Fernández Juncos Station, San Juan, Puerto Rico 00910-1750
   Email: afernandez@delgadofernandez.com
   Telephone No.: (787) 274-1414
   Fax No.: (787) 764-8241

11. Applicant has read the local rules of this court and will comply with same.

2

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 26, 2017

_Victoria Dorfman_
Printed Name of Applicant

_[signature]_
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: __October 26, 2017__.

_Alfredo Fernández Martínez_
Printed Name of Local Counsel

_____
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

    the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

    the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
U.S. DISTRICT JUDGE

EXHIBIT 1

<u>Applicant has been retained by the following Creditors</u>:

Altair Global Credit Opportunities Fund (A), LLC
Andalusian Global Limited
Glendon Opportunities Fund, L.P.
Mason Capital Master Fund LP
Nokota Capital Master Fund, L.P.
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Value Opportunities Fund, L.P.
Ocher Rose, L.L.C.
SV Credit, L.P.