# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Lucas C. Townsend, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Gibson, Dunn & Crutcher LLP, with offices at:

> GIBSON, DUNN & CRUTCHER LLP
> 1050 Connecticut Ave., N.W.
> Washington, D.C. 20036
> Phone: (202) 887-3731
> Fax: (202) 530-4254
> Email: ltownsend@gibsondunn.com

2. Applicant will sign all pleadings with the name Lucas Townsend.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant has been retained personally or as a member of the above-named firm by Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius") to provide legal representation in connection with the above-styled matter now pending before the U.S. District Court for the District of Puerto Rico.

4. Since June 6, 2011, applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law. Applicant's corresponding bar license number is 1000024. Since June 28, 2005, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York. Applicant's corresponding bar license number is 4319596. Since November 22, 2004, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New Jersey. Applicant's corresponding bar license number is 016682004.

5. Applicant has been admitted to practice before and is a member in good standing of the following courts:

| **Court** | **Admission Date** |
|---|---|
| United States Supreme Court | November 17, 2014 |
| U.S. Court of Appeals for the Second Circuit | January 23, 2015 |
| U.S. Court of Appeals for the Third Circuit | March 2007 |
| U.S. Court of Appeals for the Fourth Circuit | August 3, 2015 |
| U.S. Court of Appeals for the Fifth Circuit | March 10, 2017 |
| U.S. Court of Appeals for the Sixth Circuit | July 2006 |
| U.S. Court of Appeals for the Seventh Circuit | April 10, 2015 |
| U.S. Court of Appeals for the Ninth Circuit | February 12, 2014 |
| U.S. Court of Appeals for the Tenth Circuit | September 19, 2014 |

| | |
|---|---|
| U.S. Court of Appeals for the D.C. Circuit | June 30, 2014 |
| U.S. Court of Appeals for the Federal Circuit | October 20, 2011 |
| U.S. District Court for the District of Colorado | September 15, 2014 |
| U.S. District Court for the District of Columbia | December 1, 2014 |
| U.S. District Court for the District of New Jersey | December 2004 |
| U.S. Bankruptcy Court for the District of Columbia | December 1, 2014 |

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. During the past three years, applicant has not filed for pro hac vice admission in the U.S. District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

> Luis A. Oliver-Fraticelli
> Katarina Stipec-Rubio
> USDC-PR Bar Nos. 209204, 206611
> ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC
> 208 Ponce de Leon Ave., Suite 1600
> San Juan, P.R. 00918
> Phone: (787) 756-9000
> Fax: (787) 756-9010
> Email: loliver@amgprlaw.com
> kstipec@amgprlaw.com

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the U.S. District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case

before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the U.S. District Court for the District of Puerto Rico for the above-styled case only.

Date: October 27, 2017

Lucas C. Townsend

_____
Signature of Applicant

I HEREBY CERTIFY, that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: *October 27*, 2017

*s/ Luis A. Oliver-Fraticelli*
Signature of Local Counsel

Luis A. Oliver-Fraticelli
USDC-PR No. 209204
ADSUAR MUÑIZ GOYCO SEDA
& PÉREZ-OCHOA PSC
208 Ponce de Leon Ave.,
Suite 1600
San Juan, P.R. 00918
Phone: (787) 756-9000
Fax: (787) 756-9010
Email: loliver@amgprlaw.com

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

____ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

____ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

                                                    _____
                                                    U.S. DISTRICT JUDGE