## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283 LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283 LTS<br><br>**This Notice relates only to the Commonwealth and shall only be filed in the lead case No. 17 BK 3283-LTS** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE COURT AND ALL PARTIES ON RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for unsecured creditor Total Petroleum Puerto Rico Corp.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

| | |
|---|---|
| Date: October, 20 2017 | By: <u>*s/Aurivette Deliz Delgado*</u><br>Aurivette Deliz Delgado<br>USDC-PR Bar No. 301309<br>SEPULVADO & MALDONADO, PSC<br>252 Ponce de León Avenue<br>Citibank Tower, Suite 1900<br>San Juan, PR 00918<br>Email: adeliz@smlawpr.com<br>Telephone: 787-765-5656<br>Facsimile: 787-294-0073 |