# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## URGENT INFORMATIVE MOTION REGARDING STATEMENT MADE AT OCTOBER 25, 2017 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, respectfully submits a letter notifying the Court of an update to a statement made by counsel for AAFAF on behalf of the Commonwealth of Puerto Rico at the hearing before this Court on October 25, 2017 at 10:00 a.m. The letter is attached hereto as Exhibit A.

WHEREFORE, AAFAF respectfully requests that the Court take notice of the foregoing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: October 29, 2017
San Juan, Puerto Rico

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| */s/ Peter Friedman* | */s/ Andrés W. López* |
| John J. Rapisardi | Andrés W. López |
| Suzzanne Uhland | USDC No. 215311 |
| Peter Friedman | **THE LAW OFFICES OF** |
| (Admitted *Pro Hac Vice*) | **ANDRÉS W. LÓPEZ, P.S.C.** |
| **O'MELVENY & MYERS LLP** | 902 Fernández Juncos Ave. |
| 7 Times Square | San Juan, PR 00907 |
| New York, NY 10036 | Tel: (787) 294-9508 |
| Tel: (212) 326-2000 | Fax: (787) 294-9519 |
| Fax: (212) 326-2061 | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

                                                                  */s/ Andrés W. López*
                                                                  Andrés W. López