# EXHIBIT A

**O'Melveny**

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4061

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

October 29, 2017

**Peter Friedman**
D: +1 202 383 5302
pfriedman@omm.com

Dear Judge Swain:

I write with respect to my remarks in connection with the hearing on the *Urgent Joint Motion of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Puerto Rico Electric Power Authority[1], and the Puerto Rico Fiscal Agency and Financial Advisory Authority[2] for Order Concerning Receipt and Use of Anticipated Federal Disaster Relief Funds and Preserving Rights of Parties,* (the "Hearing") held on October 25, 2017.  In response to creditor comments about a contract between PREPA and Whitefish Energy Holdings, LLC (the "Contract"), I said that "[t]he government believes that contract was conducted in a compliant manner with FEMA[3] regulations.  Of course, information about that process and the contract will be shared with the oversight board.  That is something the oversight board requests.  In addition, something called a GAR, or governor's audit review, will be conducted with respect to that contract." (Hrg. Transcript at 32:18–24).  I believed the statement regarding FEMA compliance to be true when I made it based on an understanding regarding a provision in the Contract supporting that statement.

Subsequent to the hearing, certain developments have come to light, including a press release by FEMA indicating that the Contract was not, and has not yet, been approved by FEMA and an October 29, 2017 press conference where Governor Ricardo Rosselló announced that he has requested that the Contract be canceled.  In light of these developments, the Commonwealth Government and AAFAF can no longer represent that they believe the Contract is compliant with FEMA regulations.

I am available at the Court's convenience to answer any questions you may have.

Respectfully submitted,


*/s/ Peter Friedman*
Peter Friedman

---

[1] "PREPA".

[2] "AAFAF".

[3] FEMA is an abbreviation of the Federal Emergency Management Administration.