# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. **17 BK 3283-LTS** |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtor. | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3284-LTS |
| THE PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), | (Jointly Administered) |
| Debtor. | |

## MOTION FOR LEAVE TO RESIGN AS COUNSEL FOR WHITEBOX

**TO THE HONORABLE COURT:**

Attorney Melissa Hernández-Carrasquillo moves for leave to withdraw as counsel of record for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. (collectively, "**Whitebox**"). In support of this Motion, the undersigned attorney respectfully states and prays as follows:

1. Attorney Melissa Hernández-Carrasquillo sponsored the *pro hac* admissions of several attorneys from the law firm Kasowitz Benson Torres LLP, representing Whitebox in the above-captioned matter through the law firm Saldaña, Carvajal & Vélez Rivé, PSC.

2. Notwithstanding, *the pro hac* admissions are currently sponsored by attorney Moraima S. Ríos Robles from the law firm Arroyo & Ríos Law Offices, PSC. See, Docket No. 1025 of Case No. 17 BK 3283-LTS. Therefore, the undersigned attorney hereby requests that she be allowed to withdraw as counsel of record for Whitebox in the case of reference, and that she be eliminated from the list of attorneys to be notified in this matter.

**WHEREFORE**, it is respectfully requested from this Honorable Court to allow the withdrawal of attorney Melissa Hernández-Carrasquillo as counsel of record for Whitebox.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 30th day of October, 2017.

**I HEREBY CERTIFY** that, on this day, I uploaded the foregoing into the CM/ECF system which will send an automatic electronic notification of such filing to all counsel of record.

**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, P.S.C.**
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250
Fax: 787-289-9253

*s/ Melissa Hernández-Carrasquillo*
Melissa Hernández-Carrasquillo
USDC-P.R. No. 230511
E-mail: mhernandez@scvrlaw.com