**<u>Exhibit E</u>**

| TARIFA OFRECIDA A LA AEE | WHITEFISH ENMIENDA AL CONTRATO* | POWER SECURE (PROPUESTA) | SOUTHERN ELECTRIC (PROPUESTA) | STATE ELECTRIC (PROPUESTA) | B&B ELECTRIC (PROPUESTA) | COBRA SEGÚN CONTRATO Y PROPUESTA |
|---|---|---|---|---|---|---|
| GENERAL FOREMAN | $240.24 | $254.83 (5.7% mayor que WF) | $253.75 (5.32% mayor que WF) | $217.00 (9.67% menor que WF) | $253.75 (5.32% mayor que WF) | $285.71** (16.0% mayor que WF) |
| FOREMAN | $230.63 | $235.53 (2.1% mayor que WF) | $225.58 (2.2% menor que WF) | $209.00 (9.38% menor que WF) | $225.53 (2.21% menor que WF) | |
| JOURNEYMAN | $227.88 | $216.24 (5.10% menor que WF) | $207.75 (8.83% menor que WF) | $204.00 (10.48% menor que WF) | $207.75 (8.83% menor que WF) | |
| HEAVY EQUIPMENT OPERATOR (HEO) | $204.55 | $216.24 (5.71% mayor que WF) | $309.75 (33.96% mayor que WF) | $195.00 (4.67% menor que WF) | $309.75 (33.96% mayor que WF) | |
| GROUNDMAN | $188.07 | $139.06 (26.06% menor que WF) | $225.58 (16.63% mayor que WF) | $141.00 (25.03% menor que WF) | n/a | |

- *Tarifa acordada en el contrato para el pago de trabajadores de *Whitefish* y que aumentan de 16% a 35% si son brigadas sub contratadas por WF.
- **Cobra no desglosa precios por tipo de trabajador porque precio fue dado a base hombre por día ($4,000/14 horas = $285.71)
- ***AEE escogió a Whitefish porque traería las brigadas en menor tiempo a Puerto Rico y no requerirían adelanto de $25 millones como *Power Secure*.

| CONTRATOS FIRMADOS | WHITEFISH CONTRATO CON AEE | COBRA ACQUISITIONS CONTRATO CON AEE | FLUOR CORPORATION CONTRATO CON CUERPO DE INGENIEROS | POWER SECURE CONTRATO CON CUERPO DE INGENIEROS |
|---|---|---|---|---|
| Cuantía Máxima | $300 millones | $200 millones | $240 millones | $40 millones |
| Brigadas Estimadas | 243 | 500 | 200 | 70 |
| Aproximado $ por Brigada | $1.2 millones | $400 mil | $1.2 millones | $570,000 |



Autoridad de Energía Eléctrica