IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE* BY GARY S. LEE

**TO THE HONORABLE COURT:**

COMES NOW Gary S. Lee ("Applicant") respectfully stating and praying as follows:

1. Applicant is an attorney with the law firm of Morrison & Foerster LLP, with offices at 250 West 55th Street, New York, NY 10019.

2. Applicant has been retained as counsel by certain creditors, which we are referring to as "PBA Funds",[1] that hold Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds ("PBA Bonds") issued by the Puerto Rico Public Buildings Authority (the "PBA").

3. Applicant will sign all pleadings and papers with the name Gary S. Lee.

4. Since February 4, 1991, Applicant has been and presently is a member in good

---

[1] The PBA Funds currently consist of certain funds managed by two asset managers, Fir Tree Partners and Candlewood Investment Group.

standing of the Bar of the highest court in the State of New York, where Applicant regularly practices law. Applicant's bar license number is 2397669.

5. Applicant has been admitted to practice and is a member in good standing of the bar in the following courts in New York:

| Court | Admission Date |
|---|---|
| U.S. District Court, E.D.N.Y. | August 13, 1991 |
| U.S. District Court, S.D.N.Y. | August 13, 1991 |
| New York | February 4, 1991 |

6. Applicant hereby attests that he is not suspended from practice nor has he been the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges in any court or jurisdiction.

7. Applicant has not filed for *pro hac vice* admission in the U.S. District Court for the District of Puerto Rico in the preceding three years.

8. Local counsel of record for the Applicant is:

Gerardo A. Carlo-Altieri
Kendra Loomis
Fernando O. Zambrana
**G. Carlo-Altieri Law Offices, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
fernando@cszlawpr.com

9. Applicant has read the Local Rules of this Court and will comply with them including the provision which requires the payment of an admission fee in the amount of $300.00 to the Clerk, U.S. District Court.

WHEREFORE, Applicant respectfully requests to be admitted *pro hac vice* in the U.S. District Court for the District of Puerto Rico in this proceeding.

In New York, New York, this 31st day of October, 2017.

/s/ Gary S. Lee
Gary S. Lee
Morrison Foerster
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

## **CERTIFICATE OF LOCAL COUNSEL AND OF SERVICE**

We hereby certify pursuant to L.Cv.R. 83A(f) that we consent to the designation of local counsel of record for all purposes and that we caused to be delivered a copy of the foregoing to the Clerk of the Court with the admission fee or made payment electronically. We also certify that we filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties required to receive notice in the captioned proceeding.

In San Juan, Puerto Rico, this 31st day of October 2017.

**G. Carlo-Altieri Law Offices, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

/s/Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
Email: gacarlo@carlo-altierilaw.com

/s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255

/s/ Fernando O. Zambrana Aviles
Fernando O. Zambrana Aviles, Esq.
USDC No. 227012
Email: fernando@cszlawpr.com
Tel. 787-919-0026

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, hereby orders that the application is granted.

The Clerk of Court shall deposit the admission fee into the account of Non-Appropriated Funds of this Court under the authority of L.Cv.R. 83A(f).

SO ORDERED.

In San Juan, Puerto Rico, this \_\_\_\_ day of October, 2017.

_____
Hon. Laura Taylor Swain
U.S. District Court Judge