## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### MOTION FOR ADMISSION
### *PRO HAC VICE* OF DONALD B. VERRILLI, JR.

COMES NOW, Donald B. Verrilli, Jr., applicant herein, pursuant to Local Civil Rule
83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure
2090-1(c), which in turn applies to this proceeding pursuant to Federal Bankruptcy Rule
9029, which in turn applies to this proceeding pursuant to § 3010 of the Puerto Rico
Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states:

    1.    Applicant is an attorney and a member of the law firm of Munger, Tolles &
Olson LLP, with offices at: 1155 F Street N.W., Washington, D.C.  20004-1357.

    2.    Applicant will sign all pleadings with the name Donald B. Verrilli, Jr.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

3.      Applicant has been retained as a member of the above-named firm by the Financial Oversight and Management Board for Puerto ("FOMB") to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4.      Since 1989, applicant has been and presently is a member in good standing of the bar of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 420434.

5.      Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S Supreme Court | 10/1/1990 |
| D.C. Circuit Court of Appeals | 1/3/1994 |
| First Circuit Court of Appeals | 9/12/1989 |
| Second Circuit Court of Appeals | 11/15/2016 |
| Third Circuit Court of Appeals | 8/29/2003 |
| Fourth Circuit Court of Appeals | 6/3/1988 |
| Sixth Circuit Court of Appeals | 7/7/1989 |
| Seventh Circuit Court of Appeals | 4/29/2005 |
| Eighth Circuit Court of Appeals | 10/21/1996 |
| Ninth Circuit Court of Appeals | 11/7/2016 |
| Tenth Circuit Court of Appeals | 3/9/1999 |
| Eleventh Circuit Court of Appeals | |
| Federal Circuit Court of Appeals | 12/14/2001 |
| U.S. District Court for the District of Columbia | 3/5/1990 |
| U.S. District Court for the Southern District of New York | 7/11/2006 |

6.     Applicant is a member in good standing of the bars of the courts listed in Paragraph 5.

7.     Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.     Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.     Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Tel:  (787) 764-8181
> Fax:  (787) 753-8944
> Email: hermann.bauer@oneillborges.com

10.     Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

11.     Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico, which provide, in part, that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

12.     WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: October 31, 2017                    Respectfully submitted,

                                          */s/ Donald B. Verrilli*
                                          Donald B. Verrilli, Jr. (State Bar No. 420434)
                                          **MUNGER, TOLLES & OLSON LLP**
                                          1155 F Street N.W., Seventh Floor
                                          Washington, D.C. 20004-1357
                                          Tel: (202) 220-1100
                                          Fax: (202) 220-2300
                                          Email: Donald.Verrilli@mto.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that we consent to the

designation of local counsel of record for all purposes.

Date: October 31, 2017                    Respectfully submitted,

                                          */s/* Hermann D. Bauer
                                          Hermann D. Bauer
                                          USDC No. 215205
                                          **O'NEILL & BORGES LLC**
                                          250 Muñoz Rivera Ave., Suite 800
                                          San Juan, PR 00918-1813
                                          Tel:  (787) 764-8181
                                          Fax:  (787) 753-8944

                                          Email: hermann.bauer@oneillborges.com

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on October 31, 2017, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 31st day of October, 2017.

*/s/* Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

*/s/Donald B. Verrilli*
Donald B. Verrilli, Jr. (State Bar No. 420434 )
**MUNGER, TOLLES & OLSON LLP**
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Tel: (202) 220-1100
Fax: (202) 220-2300
Email: Donald.Verrilli@mto.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER GRANTING ADMISSION
## *PRO HAC VICE* OF DONALD B. VERRILLI, JR.

      This Court, having considered the above Application for Admission *Pro Hac Vice,*
orders that:

_____ the application be granted. The Clerk of Court shall deposit the admission fee
  to the account of Non-Appropriated Funds of this Court.


_____the application be denied. The Clerk of Court shall return the admission fee to

the applicant.

      SO ORDERED.

      In San Juan, Puerto Rico, this _____day of _____, 2017.


_____
              U.S. District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).