INTAKE DROP BOX
RECEIVED & FILED

2017 OCT 31 AM 9:45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | ) PROMESA<br>) Title III<br>) |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17-BK-3283 (LTS)<br>) |
| as representative of | ) |
| THE COMMONWEALTH OF PUERTO RICO<br>*et al.*,[1] | ) |
| Debtors. | ) (Jointly Administered) |

## APPLICATION AND ORDER FOR *PRO HAC VICE*

Comes now, Brady C. Williamson, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of and practices with Godfrey & Kahn, S.C., with offices at:

   One East Main Street, Suite 500
   Madison, Wisconsin 53703
   Telephone: (608) 257-3911
   Facsimile: (608) 257-0609

2. Applicant will sign all pleadings with the name Brady C. Williamson.

3. Applicant has been appointed as Fee Examiner in connection with the above-styled matter now pending before the United States District Court for the District

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No.17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

of Puerto Rico. *Order Pursuant to PROMESA Sections 316 and 317 Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* (the "**Fee Examiner Order**") [Dkt. No. 1416].

4. Since 1975, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Wisconsin, where applicant regularly practices law. Applicant's bar license number is 1013896.

5. Applicant has been admitted to practice before the following courts: Wisconsin, U.S. Supreme Court, several U.S. Courts of Appeal, federal district courts and bankruptcy courts.

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

>EYCK O. LUGO
>USDC-PR No. 216708
>EDGE Legal Strategies, P.S.C.
>252 Ponce de León Ave. Suite 1200
>San Juan, PR 00918
>Email: elugo@edgelegalpr.com
>Telephone: (787) 522-2000
>Facsimile: (787) 522-2010

2

11. Applicant has read the local rules of this Court and will comply with them.

12. The Local Rules of the United States District Court for the District of Puerto Rico provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached in the form of a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: October 27, 2017.

BRADY C. WILLIAMSON

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

EYCK O. LUGO

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

EDGE Legal Strategies, P.S.C.
252 Ponce de León Ave. Suite 1200
San Juan, PR 00918
Tel. (787) 522-2000
Fax: (787) 522-2010

EYCK O. LUGO
USDC-PR No. 216708
Email: elugo@edgelegalpr.com

3

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____

_____
**U.S. DISTRICT JUDGE**

17954196.1