INTAKE DROP BOX
RECEIVED & FILED

2017 OCT 31 AM 9: 45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | ) PROMESA<br>) Title III<br>) |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17-BK-3283 (LTS)<br>) |
| as representative of | ) |
| THE COMMONWEALTH OF PUERTO RICO<br>*et al.*,[1] | ) |
| Debtors. | ) (Jointly Administered)<br>) |

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

Comes now, Katherine Stadler, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Godfrey & Kahn, S.C., with offices at:

   One East Main Street, Suite 500
   Madison, Wisconsin 53703
   Telephone: (608) 257-3911
   Facsimile: (608) 257-0609

2. Applicant will sign all pleadings with the name Katherine Stadler.

3. Applicant has been retained personally or as a member of the above-named firm by Fee Examiner Brady C. Williamson to provide legal representation

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No.17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808).

in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico. *Order Pursuant to PROMESA Sections 316 and 317 Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* (the "**Fee Examiner Order**") [Dkt. No. 1416].

4. Since 1997, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Wisconsin, where applicant regularly practices law. Applicant's Wisconsin bar license number is 1030775.

5. Applicant has been admitted to practice before the following courts: U.S. District Wisconsin – Western, October 1, 1997; U.S. District Wisconsin – Eastern, July 26, 1999; U.S. District New York – Southern, August 18, 2011; First Circuit Court of Appeals, July 9, 2010; Second Circuit Court of Appeals, July 29, 2011; Seventh Circuit Court of Appeals, March 29, 1999; District of Colorado, July 13, 2004; N.D. Illinois, June 19, 2002; and E.D. Michigan, August 7, 2013.

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with applicant in this matter is:

EYCK O. LUGO
USDC-PR No. 216708
EDGE Legal Strategies, P.S.C.
252 Ponce de León Ave. Suite 1200
San Juan, PR 00918
Email: elugo@edgelegalpr.com
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

11. Applicant has read the local rules of this Court and will comply with same.

12. The Local Rules of the United States District Court for the District of Puerto Rico provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached in the form of a check or money order payable to "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: October 27, 2017.

_____
Katherine Stadler

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

_____
Eyck O. Lugo

I HEREBY CERTIFY that on the 30 day of October, 2017 I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleadings has been electronically mailed to all attorneys of record.

3

EDGE Legal Strategies, P.S.C.
252 Ponce de León Ave. Suite 1200
San Juan, PR 00918
Tel. (787) 522-2000
Fax: (787) 522-2010

_____
EYCK O. LUGO
USDC-PR No. 216708
Email: elugo@edgelegalpr.com

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____

_____
**U.S. DISTRICT JUDGE**

17955245.1