# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br>**(Jointly Administered)** |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al*., | **Objection deadline:** November 7, 2017 at 4:00 p.m. (Atlantic Standard Time), or such other deadline as ordered by the Court |
| **Debtors.**[1] | **Hearing date:** November 15, 2017 at 9:30 a.m. (Atlantic Standard Time) |

### NOTICE OF REQUEST TO BE HEARD ON URGENT MOTION OF THE FEE EXAMINER TO AMEND THE INTERIM COMPENSATIONORDER, INCLUDING THE DUE DATE AND HEARING DATE FOR INTERIM COMPENSATION

**PLEASE TAKE NOTICE** that a hearing on the *Urgent Motion of the Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation* [Dkt. No. ___] (the "**Motion**"), filed by the Fee Examiner appointed in this proceeding pursuant to the agreement of the principal parties and the Court's October 6, 2017 *Order Pursuant to PROMESA Sections 316 and 317 Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**")

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

will be held before the Honorable Laura Taylor Swain, United States District Court Judge, on **November 15, 2017 at 9:30 a.m. (Atlantic Standard Time) or at such other time as ordered by the Court**, in Courtroom 26B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767.

The Fee Examiner and proposed counsel have consulted with counsel for most of the Notice Parties, as that term is defined in the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1150] (the "**Interim Compensation Order**"), and the Standard Parties as that term is defined in the Third *Amended Case Management Procedures* [D.I. 1512-1] (the "**Case Management Procedures**"), and is unaware of any objection to the relief requested in the Motion.

**PLEASE TAKE FURTHER NOTICE THAT** any response or objection (any "**Objection**") to the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, and must be filed with the Court (a) by attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on CDROM, in text-searchable portable document format (PDF), and served in accordance with the Case Management Procedures and on (i) counsel for the Fee Examiner Brady Williamson, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703 (Attn: Katherine Stadler); (ii) EDGE Legal Strategies, PSC, 252 Ponce de Leon Ave., Suite 1200, San Juan, Puerto Rico 00918 (Attn: Eyck O. Lugo); and

2

(iii) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922, so as to be received no later than **November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) or such other time as Ordered by the Court** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no objection or other response is filed in accordance with the Case Management Procedures within the time allowed by the Court, the Motion may be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion including all exhibits, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9237, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated this 31st day of October, 2017.

EDGE Legal Strategies, PSC

_s/Eyck O. Lugo_
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010

*Puerto Rico Counsel*

3

        GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Pending)

*Proposed Counsel for the Fee Examiner*

17976762.2