# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Morrison & Foerster LLP and G. Carlo-Altieri Law Offices, LLC hereby enter their appearance in the above-captioned Title III cases (the "<u>Title III Cases</u>") as co-counsel to an ad hoc group of certain holders (the "<u>PBA Funds</u>")[1] of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (collectively, the "<u>PBA Bonds</u>") issued by the Puerto Rico Public Buildings Authority.

The PBA Funds hereby request, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, that the undersigned

---

[1] The PBA Funds currently consist of (a) Fir Tree Partners and (b) Candlewood Investment Group, each of which holds PBA Bonds (defined herein) or acts as investment manager or advisor (or is an affiliate of entities which act as investment manager or advisors) to funds and/or accounts that hold PBA Bonds. The PBA Funds intend to file a verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and the *Order Regarding the Applicability of F.R.B.P. 2019 to the Title III Cases and a Further Proposed Amendment to the Case Management Order* [ECF No. 754].

ny-1303406

names be added to the mailing list maintained by Prime Clerk LLC ("Prime Clerk") in its capacity as the Debtors' claims and noticing agent in the Title III Cases, and that Prime Clerk and all other parties in interest in the Title III Cases provide all notices and all papers served on any party, filed with the Court, or delivered to the Office of the United States Trustee in the Title III Cases to the persons listed below:

| | |
|---|---|
| **G. CARLO-ALTIERI LAW OFFICES, LLC** | **MORRISON & FOERSTER LLP** |
| 254 San Jose St., Third Floor | 250 West 55th Street |
| San Juan, Puerto Rico 00901 | New York, New York 10019 |
| Attn: Gerardo A. Carlo | Attn: James M. Peck |
| Attn: Kendra Loomis | Attn: Gary S. Lee |
| Attn: Fernando O. Zambrana Aviles, Esq. | Telephone: (212) 468-8000 |
| Phone: (787) 247-6680 | Facsimile: (212) 468-7900 |
| Facsimile: (787) 919-0527 | E-mail: JPeck@mofo.com |
| Email: gacarlo@carlo-altierilaw.com | GLee@mofo.com |
| loomislegal@gmail.com | |
| fernando@cszlawpr.com | |

*[Remainder of page intentionally left blank]*

ny-1303406

**RESPECTFULLY SUBMITTED**,

Dated: San Juan, Puerto Rico
October 31, 2017

**G. CARLO-ALTIERI LAW OFFICES, LLC**

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
E-mail: gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255

By: /s/ Fernando O. Zambrana Aviles
Fernando O. Zambrana Aviles, Esq.
USDC PR No. 227012
Email: fernando@cszlawpr.com
Tel. 787-919-0026

254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

-and-

**MORRISON & FOERSTER LLP**

By: /s/ James M. Peck
James M. Peck (*pro hac vice* admission pending)
Gary S. Lee (*pro hac vice* admission pending)

250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the PBA Funds*

ny-1303406