# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                              Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Nos. 1578 and 1579** |

## MOTION TO INFORM E-MAIL ADDRESSES OF PRO HAC VICE APPLICANTS

Attorneys James M. Peck and Gary S. Lee filed applications to appear *pro hac vice* in these proceedings on October 31, 2017 [ECF Nos. 1578 and 1579, respectively]. Attorneys Peck and Lee represent the PBA Funds,[1] who hold Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (collectively, the "PBA Bonds" and the holders of PBA Bonds, the "PBA Bondholders") issued by the Puerto Rico Public Buildings Authority (the "PBA"). The applications failed to include their E-mail addresses. The applicants hereby inform that their E-mail addresses are JPeck@mofo.com and Glee@mofo.com.

WHEREFORE, it is respectfully requested that the Court take notice of the E-mail addresses of Attorneys James M. Peck and Gary S. Lee.

---

[1] The PBA Funds currently consist of (a) Fir Tree Partners and (b) Candlewood Investment Group, each of which holds PBA Bonds (defined herein) or act as investment manager or advisor (or is an affiliate of entities which act as investment manager or advisors) to funds and/or accounts that hold PBA Bonds. The PBA Funds intend to file a verified statement in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and the *Order Regarding the Applicability of F.R.B.P. 2019 to the Title III Cases and a Further Proposed Amendment to the Case Management Order* [ECF No. 754].

Date: November 1, 2017

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
E-mail: gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255

By: /s/ Fernando O. Zambrana
Fernando O. Zambrana Aviles, Esq.
USDC No. 227012
Email: fernando@cszlawpr.com
Tel. 787-919-0026

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: /s/ James M. Peck
James M. Peck (*pro hac vice* admission pending)
JPeck@mofo.com

By: /s/ Gary S. Lee
Gary S. Lee (*pro hac vice* admission pending)
Glee@mofo.com

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for the PBA Funds*

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties that have filed Notices of Appearance through the CM/ECF System and to the U.S. Trustee.

In San Juan, Puerto Rico, this 1st day of November 2017.

**G. Carlo-Altieri Law Offices, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

/s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255