**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | Case No: No. 17 BK 3283-LTS |
| as representative of THE COMMONWEALTH OF PUERTO RICO, | PROMESA Title III |
| Debtor | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

COMES NOW, Fideicomiso Hernandez Castrodad ("FHC") through the undersigned attorney and hereby enters its appearance and respectfully states and prays as follows:

1. That the appearing creditor is represented in the above captioned proceeding by the undersigned counsel. That FHC requests that the undersigned counsel, be served with all Notices, Orders and Pleadings, pursuant to the provisions of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, it is respectfully prayed that this Honorable Court grant the instant Motion, and that undersigned counsels be included in the Master Address List.

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send notice of this filing to all parties in interest as per master address list.

In San Juan, Puerto Rico, this 1th day of November, 2017.

/s/ Rosendo E. Miranda López
Rosendo E. Miranda López, Esq.
U.S.D.C. 219405
Attorney for Fideicomiso Hernandez Castrodad
PO Box 192096
San Juan, PR 00919-2096
Tel.724-3393 Fax: 723-6774
r.miranda@rmirandalex.net