UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING THE SCHEDULING ASPECT OF THE URGENT
MOTION OF THE FEE EXAMINER TO AMEND THE INTERIM COMPENSATION ORDER, INCLUDING DUE
DATE AND HEARING DATE FOR INTERIM COMPENSATION

On November 1, 2017, the Court has received and reviewed the *Urgent Motion of the Fee Examiner to Amend the Interim Compensation Order, Including Due Date and Hearing Date for Interim Compensation* filed by Brady Williamson (the "Fee Examiner") (the "Motion"). (Case No. 17-3283; Docket Entry No. 1594.) In the Motion, the Fee Examiner requests that the Fee Examiner's Motion to amend the interim compensation order be heard on shortened notice. Based on the representations in the Motion, the Motion will be heard at the Omnibus Hearing, which will begin at **9:30 a.m. (Atlantic Standard Time) on November 15, 2017**, in a Courtroom[2] of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video conference in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Court will issue a separate notice specifying the courtroom location prior to the Omnibus Hearing.

Federal Building, San Juan, PR 00918-1767.  Opposition papers to the Motion must be filed by **5:00 p.m.** (Atlantic Standard Time) on **November 6, 2017** and reply papers must be filed by **5:00 p.m.** (Atlantic Standard Time) on **November 9, 2017**.

       SO ORDERED.

Dated: November 2, 2017

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge