UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>            Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION OF WALTER DELLINGER FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

**NOW COMES**, Walter Dellinger, Esq. (hereinafter, the "applicant") states and requests as follows:

1.  Applicant is an attorney and member of the law firm O'Melveny & Myers LLP, with an office at:

   **Address**:  1625 Eye Street, NW
              Washington, DC 20006
   **Email**:    wdellinger@omm.com
   **Telephone**: (202) 383-5319
   **Fax**:      (202) 383-5414

2.  Applicant will sign all pleadings with the name Walter Dellinger.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Case No. 17 BK 3566) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways & Transportation Authority (Last Four Digits of Federal Tax ID: 3808.

3. Applicant has been retained personally or as a member of the above-named firm by the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF," by its Spanish acronym), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2000, applicant has been and presently is a member in good standing of the bar of the highest court of Washington, D.C., where applicant regularly practices law. Applicant's bar license number is 442181.

5. Applicant has been admitted to practice before the following courts:

| **Court** | **Admission Date** |
| --- | --- |
| U.S. Court of Appeals, Eleventh Circuit | March 31, 2011 |
| U.S. Court of Appeals, First Circuit | July 18, 2006 |
| U.S. Court of Appeals, Sixth Circuit | November 9, 2004 |
| U.S. Court of Appeals, Federal Circuit | December 1, 2003 |
| U.S. Court of Appeals, Tenth Circuit | October 29, 2003 |
| U.S. Court of Appeals, D.C. Circuit | December 30, 2002 |
| U.S. Court of Appeals, Third Circuit | November 4, 1999 |
| U.S. Court of Appeals, Ninth Circuit | May 20, 1999 |
| U.S. Supreme Court | October 26, 1989 |
| U.S. Court of Appeals, Fourth Circuit | November 2, 1972 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

10. Local counsel of record associated with this matter is:

|  |  |
|---|---|
| **Name**: | Andrés W. López |
| **USDC-PR Bar No.**: | 215311 |
| **Address**: | 902 Fernández Juncos Ave. |
|  | San Juan, PR 00907 |
| **Email**: | andres@awllaw.com |
| **Telephone No.**: | (787) 294-9508 |
| **Fax No.**: | (787) 294-9519 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

*Remainder of Page Intentionally Left Blank*

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 3, 2017.

                                                        Walter Dellinger
                                                        Printed Name of Applicant

                                                        */s/ Walter Dellinger*
                                                        Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 3, 2017.

<u>Andrés W. López</u>
Printed Name of Local Counsel


<u>/s/ *Andrés W. López*</u>
Signature of Local Counsel

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 3rd day of November, 2017.

**I HEREBY CERTIFY**: That on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all counsel of record of such filing.

**THE LAW OFFICES OF
ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Telephone: (787) 294-9508
Facsimile: (787) 294-9519

*/s/ Andrés W. López*
Andrés W. López, Esq.
USDC-PR Bar No. 215311
andres@awllaw.com