**Hearing Date:** November 15, 2017, 9:30 a.m.

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

PUERTO RICO HIGHWAYS AND
TRANSPORTATION AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS

**This Joint Status Report relates only to HTA and shall be filed in the lead Case No. 17 BK 3283-LTS and Case No. 17 BK 3567-LTS.**

----------------------------------------------------------------x

## JOINT STATUS REPORT REGARDING
## SIEMENS RULE 2004 MOTION

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Puerto Rico Fiscal Agency & Financial Advisory Authority ("AAFAF") and the Government Development Bank for Puerto for Puerto Rico ("GDB"), *through a special appearance and without submitting itself to the jurisdiction of the Court,*[2] and Siemens Transportation Partnership, S.E. ("Siemens") respectfully submit this joint status report (the "Joint Status Report") regarding "Siemens Transportation Partnership, S.E.'s Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1" [Case No. 17-3567, ECF No. 272] (the "Motion"), as directed by the Court's October 19, 2017 "Order for Joint Status Reports Regarding Motions for Order Authorizing Rule 2004 Examinations" [Case No. 17-3823, ECF No. 1471].
AAFAF, GDB and Siemens report as follows:

On September 14, 2017, Siemens filed the Motion, seeking "authorization to conduct specific and targeted examinations of [GDB] and certain individuals with knowledge of a GDB escrow account established for Siemens' benefit." Motion at 2. On October 31, 2017, AAFAF and GDB filed the "Objection to Siemens Transportation Partnership, S.E.'s Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1" [Case No. 17-3567, ECF No. 321] (the "Objection").

---

[2] The Financial Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") (codified in 48 U.S.C. §§ 2101–2241), has authorized AAFAF to file this status report on behalf of HTA.

1

Siemens reply is due by November 7, 2017. The matter is scheduled to be heard at the Omnibus Hearing on November 15, 2017 at 9:30 a.m.[3]

AAFAF, GDB and Siemens look forward to appearing before the Court to address issues raised in the Motion. By filing this Joint Status Report, AAFAF, GDB and Siemens do not waive or release any rights.

*[Remainder of Page Intentionally Left Blank]*

---

[3] *See* Case No. 17-3283, ECF No. 1381.

2

Dated: November 3, 2017
    San Juan, Puerto Rico

Respectfully submitted,

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center – 19th Floor
208 Ponce de León Avenue
San Juan, PR 00918
Tel. 787-274-1212
Fax. 787-274-1470

*/s/ Oreste R. Ramos*
Oreste R. Ramos
USDC No. 216801
oramos@pmalaw.com

*/s/ María D. Trelles Hernández*
María D. Trelles Hernández
USDC No. 225106
mtrelles@pmalaw.com

**LAW OFFICES OF GISELLE LÓPEZ SOLER**
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Tel. (787) 667-0941
Email gls@lopezsolerlaw.com

*/s/ Giselle López Soler*
Giselle López Soler
USDC No. 224010

*Attorneys for the Government Development Bank for Puerto Rico*

*/s/ Andrés W. López*
Andrés W. López
USDC No. 215311

**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

*Attorney for the Puerto Rico Fiscal Agency & Financial Advisory Authority*

3

*/s/ Albéniz Couret Fuentes*
Albéniz Couret Fuentes
USDC-PR Bar No. 222207
**SEPULVADO & MALDONADO, PSC**
252 Ponce de Leon Avenue
Citibank Tower, Suite 1900
San Juan, PR00 918
Tel: (787) 765-5656
Fax: (787) 294-0073

*Attorneys for Siemens Transportation*
*Partnership Puerto Rico, SE*

Claudia Z. Springer*
Andrew J. Soven*
Jennifer P. Knox*
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA, 19103
Telephone: (215) 851-8190
Facsimile: (215) 851-1420

*Co-Attorneys for Siemens Transportation*
*Partnership Puerto Rico, SE*

\* Pro hac vice application pending.