## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :   PROMESA
THE FINANCIAL OVERSIGHT AND                                :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
      as representative of                                 :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO,                           :   (Jointly Administered)
et al.,                                                    :
                                                           :
            Debtors.                                       :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
                                                           :   PROMESA
THE FINANCIAL OVERSIGHT AND                                :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
      as representative of                                 :   Case No. 17-BK-04780 (LTS)
                                                           :
PUERTO RICO ELECTRIC POWER                                 :   Court Filing Relates Only to PREPA
AUTHORITY (PREPA)                                          :
                                                           :
            Debtor.                                        :
-----------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

I hereby certify that, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Third Amended Notice, Case Management and Administrative Procedures* Order (Docket No. 1512 of Case No. 17-03283 (LTS)) (the "CMP Order"), a true and exact copy of the document titled *Response of Scotiabank de Puerto Rico, as Administrative Agent, to Urgent Motion of Financial Oversight and Management Board of Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer* filed on November 3, 2017 (Docket No. 380) by Scotiabank de Puerto Rico, as administrative agent for certain lenders (hereafter "Scotiabank"), was sent on **NOVEMBER 3RD, 2017 by electronic mail upon all the parties listed in the Master Service List, and by U.S. mail, upon all the Standard Parties listed in the CMP Order**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 3rd day of November, 2017.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile: 787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com