IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|     Debtors.[1] | |

------------------------------------------------------------------x

## ORDER

This Court has reviewed the *Unopposed Joint Motion of Debtors and AAFAF in Support of their Motion to File a Joint Supplemental Memorandum of Law in Further Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery* (Dkt. No. 1616) (the "Motion"). Having considered the agreement amongst the parties, the Motion is hereby

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ALLOWED and Movants[2] may respond to arguments raised in Respondents' supplemental brief through their replies to the Objections due by **November 7, 2017**.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: November 3, 2017

---

[2] Capitalized terms not defined herein shall have the meaning assigned in the *Omnibus Joint Status Report Regarding National Public Finance Guarantee Corp., Ambac, and Go Bondholders, Assured Guaranty & Mutual Fund Group Rule 2004 Motions* (Dkt. No. 1617).