IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                 Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE TO THE COURT REGARDING
THE UNITED STATES' PARTICIPATION TO DEFEND PROMESA**

The United States hereby submits this Notice to advise the Court that the United States will participate in this proceeding to defend the constitutionality of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), Pub. L. No. 114-187, 130 Stat. 549 (2016). Pursuant to this Court's scheduling order, the United States will file its memorandum of law in support of PROMESA's constitutionality on or before December 6, 2017.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 6, 2017

    Respectfully submitted,

    ROSA E. RODRIGUEZ-VELEZ
    United States Attorney

    THOMAS G. WARD
    Deputy Assistant Attorney General

    JENNIFER D. RICKETTS
    Director, Federal Programs Branch

    CHRISTOPHER R. HALL
    Assistant Director
    Federal Programs Branch

    /s/ *Jean Lin*
    JEAN LIN (USDC-PR No. G02514)
    Special Counsel
    CESAR A. LOPEZ-MORALES (USDC-PR
    No. G02704)
    Trial Attorney
    U.S. Department of Justice, Civil Division
    Federal Programs Branch
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    (202) 514-3716 (office)
    (202) 616-8202 (fax)
    Jean.lin@usdoj.gov

    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

/s/ Jean Lin
Jean Lin