# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION
## PRO HAC VICE OF HOWARD C. NIELSON, JR.

Comes now, Howard C. Nielson, Jr., applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Cooper & Kirk, PLLC, with offices at:

> Address: 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036
> Email: hneilson@cooperkirk.com
> Phone: (202) 220-9600
> Fax: (202) 220-9601

2. Applicant will sign all pleadings with the name Howard C. Nielson, Jr.

3. Applicant has been retained personally or as a member of the above-named firm by José F. Rodríguez Perelló, Fideicomiso Plaza and the following institutional holders of the COFINA senior bonds: Aristeia Capital, LLC; GoldenTree Asset Management LP (on behalf of its participating clients; Canyon Capital Advisors LLC (on behalf of its participating clients); Cyrus Capital Partners, LP (on behalf of its participating clients); Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.; Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.;

1

Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; Scoggin Management LP (on behalf of its participating clients); Tilden Park Capital Management LP (on behalf of its participating clients); Taconic Capital Advisors, L.P.; Whitebox Advisors LLC (on behalf of its participating clients) (collectively, the "COFINA Senior Bondholders' Coalition"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2001, applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 473018.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Utah Supreme Court & bar | 06/23/00 | 8715 |
| District of Columbia | 06/04/01 | 473018 |
|  |  |  |
| District of Utah Bankruptcy Court | 06/14/11 | N/A |
| U.S. District Court for: |  |  |
| District of Utah | 06/14/11 | N/A |
| District of Columbia | 07/07/14 | 473018 |
|  |  |  |
| Court of Federal Claims | 07/25/14 | N/A |
|  |  |  |
| U.S. Court of Appeals: |  |  |
| Fourth Circuit | 02/14/06 | N/A |
| Fifth Circuit | 03/06/09 | N/A |
| Sixth Circuit | 11/17/11 | N/A |
| Ninth Circuit | 10/22/09 | N/A |
| Tenth Circuit | 08/13/14 | N/A |
| Federal Circuit | 08/17/07 | N/A |
| District of Columbia | 02/18/14 | N/A |
|  |  |  |
| United States Supreme Court | 01/09/12 | 281932 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or

jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico to the applicant's best knowledge.

10. Local Counsel of record associated with applicant in this matter is:

> Rafael Escalera-Rodríguez
> USDC-PR No. 122609
> Sylvia M. Arizmendi
> USDC-PR No. 210714
> Carlos R. Rivera Ortiz
> USDC-PR No. 303409
> Gustavo A. Pabón Rico
> USDC-PR No. 231207
> Zarel J. Soto-Acabá
> USDC-PR No. 231913
> REICHARD & ESCALERA
> MCS Plaza, Tenth Floor
> PO Box 364148
> San Juan, PR 00936-4148
> 255 Ponce de León Avenue
> Hato Rey, San Juan, PR 00917
> (787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee will be made through the CM/ECF system.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

3

Date: /s/ Howard C. Nielson, Jr.
Howard C. Nielson, Jr.

      I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date:　　　　　　　　　　　　　　/s/Rafael Escalera-Rodriguez
　　　　　　　　　　　　　　　　　Rafael Escalera-Rodriguez
　　　　　　　　　　　　　　　　　USDC No. 122609

　　　　　　　　　　　　　　　　　/s/ Sylvia M. Arizmendi
　　　　　　　　　　　　　　　　　Sylvia M. Arizmendi
　　　　　　　　　　　　　　　　　USDC No. 210714

　　　　　　　　　　　　　　　　　/s/ Carlos R. Rivera Ortiz
　　　　　　　　　　　　　　　　　Carlos R. Rivera Ortiz
　　　　　　　　　　　　　　　　　USDC No. 303409

　　　　　　　　　　　　　　　　　/s/ Gustavo A. Pabón Rico
　　　　　　　　　　　　　　　　　Gustavo A. Pabón Rico
　　　　　　　　　　　　　　　　　USDC No. 231207

　　　　　　　　　　　　　　　　　/s/ Zarel J. Soto-Acabá
　　　　　　　　　　　　　　　　　Zarel J. Soto-Acabá
　　　　　　　　　　　　　　　　　USDC No. 231913

　　　　　　　　　　　　　　　　　**REICHARD & ESCALERA**
　　　　　　　　　　　　　　　　　MCS Plaza, Tenth Floor
　　　　　　　　　　　　　　　　　PO Box 364148
　　　　　　　　　　　　　　　　　San Juan, PR 00936-4148
　　　　　　　　　　　　　　　　　255 Ponce de León Avenue
　　　　　　　　　　　　　　　　　Hato Rey, San Juan, PR 00917
　　　　　　　　　　　　　　　　　(787) 777-8888

      I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and will make the corresponding payment of $300.00 *pro hac vice* admission fee through the Clerk of the Court .

      In San Juan, Puerto Rico, on this 6th day of November, 2017.

　　　　　　　　　　　　　　　　　/s/Zarel J. Soto-Acabá
　　　　　　　　　　　　　　　　　USDC No. 231913

5

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.

_____
**U.S. DISTRICT JUDGE**