IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION
## PRO HAC VICE OF CHARLES J. COOPER

Comes now, Charles J. Cooper, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Cooper & Kirk, PLLC, with offices at:

    Address: 1523 New Hampshire Avenue, N.W., Washington, D.C. 20036
    Email: ccooper@cooperkirk.com
    Phone: (202) 220-9600
    Fax: (202) 220-9601

2. Applicant will sign all pleadings with the name Charles J. Cooper.

3. Applicant has been retained personally or as a member of the above-named firm by José F. Rodríguez Perelló, Fideicomiso Plaza and the following institutional holders of the COFINA senior bonds: Aristeia Capital, LLC; Golden Tree Asset Management LP (on behalf of its participating clients), Canyon Capital Advisors LLC (on behalf of its participating clients); Cyrus Capital Partners, LP (on behalf of its participating clients); Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings

1

5, L.L.C.; Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; Scoggin Management LP (on behalf of its participating clients); Tilden Park Capital Management LP (on behalf of its participating clients); Taconic Capital Advisors, L.P.; Whitebox Advisors LLC (on behalf of its participating clients)(collectively, the "COFINA Senior Bondholders' Coalition"), to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1979, applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 248070.

5. Applicant has been admitted to practice before the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| State of Alabama | 09/22/77 | 2244/P64C |
| State of Georgia | 11/13/79 | 185287 |
| District of Columbia | 01/26/79 | 248070 |
|  |  |  |
| U.S. District Court for: |  |  |
| District of Columbia | 12/02/91 | 248070 |
| District of Colorado | 02/17/15 | N/A |
|  |  |  |
| U.S. Court of Appeals: |  |  |
| First Circuit | 11/24/04 | 74137 |
| Second Circuit | 04/21/14 | N/A |
| Third Circuit | 09/25/92 | N/A |
| Fourth Circuit | 07/19/95 | N/A |
| Fifth Circuit | 01/11/83 | N/A |
| Sixth Circuit | 07/25/91 | N/A |
| Seventh Circuit | 10/13/00 | N/A |
| Eighth Circuit | 03/02/93 | N/A |
| Ninth Circuit | 02/14/96 | N/A |
| Tenth Circuit | 01/24/92 | N/A |
| Eleventh Circuit | 09/04/02 | N/A |
| District of Columbia Circuit | 06/22/83 | 33889 |
| Federal Circuit | 08/17/92 | N/A |
|  |  |  |
| U.S. Court of Federal Claims | 01/12/90 | N/A |

| | | |
|---|---|---|
| United States Supreme Court | 10/16/82 | N/A |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceedings or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico to the applicant's best knowledge.

10. Local Counsel of record associated with applicant in this matter is:

Rafael Escalera-Rodríguez
USDC-PR No. 122609
Sylvia M. Arizmendi
USDC-PR No. 210714
Carlos R. Rivera Ortiz
USDC-PR No. 303409
Gustavo A. Pabón Rico
USDC-PR No. 231207
Zarel J. Soto-Acabá
USDC-PR No. 231913
REICHARD & ESCALERA
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the

3

Court. Accordingly, payment of the pro hac vice admission fee will be made through the CM/ECF system.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: /s/ Charles J. Cooper
Charles J. Cooper

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: /s/Rafael Escalera-Rodriguez
Rafael Escalera-Rodriguez
USDC No. 122609

/s/ Sylvia M. Arizmendi
Sylvia M. Arizmendi
USDC No. 210714

/s/ Carlos R. Rivera Ortiz
Carlos R. Rivera Ortiz
USDC No. 303409

/s/ Gustavo A. Pabón Rico
Gustavo A. Pabón Rico
USDC No. 231207

/s/ Zarel J. Soto-Acabá
Zarel J. Soto-Acabá
USDC No. 231913

**REICHARD & ESCALERA**
MCS Plaza, Tenth Floor
PO Box 364148
San Juan, PR 00936-4148
255 Ponce de León Avenue
Hato Rey, San Juan, PR 00917
(787) 777-8888

4

I HEREBY CERTIFY, that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and will make the corresponding payment of $300.00 pro hac vice admission fee through the Clerk of the Court.

In San Juan, Puerto Rico, on this 6th day of November, 2017.

/s/Zarel J. Soto-Acabá
USDC-PR No. 231913

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____day of _____, _____.

_____
**U.S. DISTRICT JUDGE**