**Hearing Date**: November 13, 2017 at 1:30 p.m. (Atlantic Standard Time)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.,* : (Jointly Administered)
:
Debtors.[1] :
----------------------------------------------------------------------------x
In re: :
: Adv. Proc. No. 17-BK-4780
THE FINANCIAL OVERSIGHT AND MANAGEMENT : (LTS)
BOARD FOR PUERTO RICO, :
:
as representative of :
:
PUERTO RICO ELECTRIC POWER AUTHORITY, : **Court Filing Relates Only to**
: **PREPA and Shall Only be Filed**
Debtor. : **in Case No. 17-BK-4780 (LTS)**
: **and Main Case 17-BK-3283**
: **(LTS)**
:
----------------------------------------------------------------------------x

**INFORMATIVE MOTION REGARDING CONSENSUAL EXTENSION OF DEADLINE
TO OBJECT TO URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED
<u>CREDITORS REGARDING BANKRUPTCY RULE 2004 DISCOVERY</u>**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747)

To the Honorable United States Magistrate Judge Judith G. Dein:

1. The Official Committee of Unsecured Creditors of all title III debtors (other than COFINA) (the "Committee") respectfully files this informative motion notifying the court of its consent to the extension of the deadline for the Puerto Rico Electric Power Authority ("PREPA") to file an objection to the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* [Docket No. 364 in PREPA Docket] (the "Urgent Motion").[1]

2. The original deadline to file an objection to the Urgent Motion was Monday, November 6, 2017. *See Order Setting Objection and Reply Deadlines for Urgent Motion* [Docket No. 369 in PREPA Docket] ("Responses to the Motion shall be filed on or before **November 6, 2017**.") (emphasis in original). The original deadline to file replies in support of the Urgent Motion was Thursday, November 9, 2017.

3. The Committee and PREPA have agreed to extend the deadline for PREPA to respond to the Urgent Motion to Tuesday, November 7, 2017, provided, however, that if PREPA files an objection on this date, PREPA likewise consents to the Committee's request for an additional day to be added to the Committee's deadline to file a reply.

*[Remainder of page intentionally left blank]*

---

[1] *See* Third Amended Case Management Procedures [Docket No. 1512], ¶ III.I ("However, if an Objection Deadline was set by a separate scheduling order of the Court, any extension must be noticed by the filing of an informative motion.").

1

| | |
|---|---|
| Dated: November 6, 2017<br>San Juan, Puerto Rico | /s/ G. Alexander Bongartz, Esq.<br><br>PAUL HASTINGS LLP<br>Luc. A. Despins, Esq. *(Pro Hac Vice)*<br>James R. Bliss, Esq. *(Pro Hac Vice)*<br>James B. Worthington, Esq. *(Pro Hac Vice)*<br>G. Alexander Bongartz, Esq. *(Pro Hac Vice)*<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>lucdespins@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>alexbongartz@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>- and –<br><br>/s/ Juan J. Casillas Ayala<br><br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq., USDC - PR 218312<br>Diana M. Batlle-Barasorda, Esq., USDC - PR 213103<br>Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710<br>Ericka C. Montull-Novoa, Esq., USDC - PR 230601<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Telephone: (787) 523-3434<br>jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br><br>*Local Counsel to the Official Committee of Unsecured Creditors* |

2