## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 17-03283-LTS |
| COMMONWEATLH OF PUERTO RICO and PUERTO RICO ELECTRIC POWER AUTHORITY | Chapter: 9 |
| Debtors | |
| _____ | |
| CARIBBEAN HOSPITAL CORPORATION | |
| (Creditor 4503430.; P.O.C. No. 51) | |

**MOTION TO WITHDRAW AS LEGAL COUSEL**

TO THE HONORABLE COURT:

Specially appears the undersigned attorney of Creditor, Caribbean Hospital Corporation ("CHC"), and respectfully states and moves, as follows:

1. Creditor CHC filed its proof of claim against debtor, the Commonwealth of Puerto Rico, on July 31, 2017.

2. CHC has agreed with the undersigned to the withdrawal of his legal representation in this matter.

3. The undersigned has advised CHC as to the status of the proceedings in regard to this case and to its proof of claim.

4. The undersigned has also advised CHC as to the convenience of retaining

new legal representation, for which the undersigned request a term of forty-five (45) days for the benefit of CHC.

5. The undersigned also moves for the court to order the clerk of the court to cease all notifications to the undersigned's address and continue its notification to CHC to the following address:

> PO Box 11691
> San Juan, P.R., 00922
> c/o Dr. Sylivia Lourdes de la Peña
> Secretary

WHEREFORE, the undersigned attorney respectfully moves this Honorable Court: a) to accept his withdrawal or as attorney for creditor, CHC; b) for a term of forty five (45) days to allow CHC to retain new legal representation; and c) for an order to the Clerk of the Court to cease all notifications to the undersigned and to continue notifying CHC to the above stated address.

In San Juan, Puerto Rico, this 6th day of November, 2017.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

> s/Freddie Pérez-González
> USDC-PR119005
> Attorney for Fundación Damas, Inc.
> FREDDIE PEREZ GONZALEZ & ASSOC., P.S.C.
> P. O. Box 193729
> San Juan, Puerto Rico 00919-3729
> Tel. (787) 751-4334
> Fax. (787) 751-1116
> E-mail: fperez@fpglaw.com