# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER GRANTING URGENT MOTION OF AURELIUS FOR LEAVE TO FILE OVERLENGTH OMNIBUS REPLY BRIEF

Upon the *Urgent Motion of Aurelius for Leave to File Overlength Omnibus Reply Brief* (the "Urgent Motion"), and there being no objections, it is **HEREBY ORDERED THAT**:

1. The Urgent Motion is granted.

2. Aurelius may file an omnibus reply in support of its *Objection and Motion to Dismiss the Title III Proceeding* of no more than 30 pages, excluding case caption, table of contents and authorities, signature pages, and any exhibits.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. This Order resolves docket entry no. 1651 in case no. 17-3283.

SO ORDERED.

Dated: November 7, 2017

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge