# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, <br><br>    as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] <br><br>            Debtors. | PROMESA <br> Title III <br><br><br><br> No. 17 BK 3283-LTS <br> (Jointly Administered) |

## THE QTCB NOTEHOLDER GROUP'S INFORMATIVE MOTION REGARDING ATTENDANCE AND REQUESTING TO BE HEARD AT THE NOVEMBER 15-16, OMNIBUS HEARING

The QTCB Noteholder Group,[2] hereby submits this informative motion pursuant to the Court's Order Regarding Location and Procedures for Attendance, Participation, and Observation of November 15-16, 2017 Omnibus Hearing (17-BK-3283, ECF No. 1545), and respectfully state as follows:

1.  Kurt A. Mayr of Bracewell LLP, will appear in person on behalf of the QTCB Noteholder Group at the November 15-16, 2017 Omnibus Hearing in Courtroom 26B of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134] and Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 1053].

United States District Court for the Southern District of New York, and address, as necessary the following matters:

    (a) Motion for Entry of Order Extending Time to Assume or Reject Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) (ECF No. 1518); and

    (b) Any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

    2. The QTCB Noteholder Group anticipates a total of three representatives, including Mr. Mayr, will attend the November Omnibus Hearing at the United States District Court for the Southern District of New York.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED,**

Dated: November 8, 2017

**BRACEWELL LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com

*Counsel for the QTCB Noteholder Group*

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
E-Mail: ra@calopsc.com

/s/ *Sergio E. Criado*
USDC-PR No. 226307
E-Mail: scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on November 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
Bracewell LLP
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 254-8534
Email: kurt.mayr@bracewell.com

*/s/ Roberto Abesada-Ag*üet
Roberto Abesada-Agüet
USDC-PR No. 216706

/s/ *Sergio E. Criado*
USDC-PR No. 226307

Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300