UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GIVING NOTICE OF PRELIMINARY DESIGNATION OF NEW MEMBER OF
MEDIATION TEAM AND SETTING DEADLINE FOR OBJECTIONS

In light of Mediation Team Member Judge Christopher Klein's plans to step back from mediation work on these cases after his current intercircuit assignment expires in late December, and pursuant to 11 U.S.C. § 105, made applicable to these cases by section 301 of PROMESA, 48 U.S.C. § 2161, and to further the goal of the successful, consensual resolution of the issues raised in these debt adjustment proceedings, the Court hereby announces that it has designated an additional distinguished sitting federal judge, Bankruptcy Judge Roberta A. Colton, serving in the United States Bankruptcy Court for the Middle District of Florida, to join the Mediation Team. Judge Colton has substantial judicial and other professional experience in complex financial matters, including insolvency proceedings, and will be designated, through the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

intercircuit assignment procedures of the Judicial Conference of the United States, to serve as a judicial mediator as needed in these cases.

The Mediation Team will continue to be led by Chief Judge Barbara Houser of the United States Bankruptcy Court for the Northern District of Texas. Continuing their work on the Mediation Team are Circuit Judge Thomas Ambro of the United States Court of Appeals for the Third Circuit, Senior District Judge Nancy Atlas of the United States District Court for the Southern District of Texas, and Senior District Judge Victor Marrero of the United States District Court for the Southern District of New York. Judge Colton's biography is attached to this Order and Notice.

Any party in interest having an objection to the appointment of Judge Colton must lodge such objection confidentially, in writing, with the undersigned via email addressed to swaindprcorresp@nysd.uscourts.gov, no later than **November 17, 2017. Objections must not be filed on the public docket.** The objection must state the reason for the objection and provide all relevant supporting material, if any. The undersigned will consider any timely objections and submissions and will act on the proposed appointment by **November 22, 2017**. No objections will be shared with any member of the Mediation Team. If Judge Colton is appointed, her appointment will be effective immediately.

Pursuant to Local Civil Rule 1(f) of the United States District Court for the District of Puerto Rico, this Order suspends the Court's Local Civil Rule 83J for the specific Title III cases captioned above and their related adversary proceedings.

SO ORDERED.

Dated: November 7, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge