Case:17-03283-LTS   Doc#:1663-1   Filed:11/07/17   Entered:11/07/17 14:54:58   Desc:
Appendix Judge Roberta A Coltons Biography   Page 1 of 1

# ROBERTA A. COLTON

## Judge, United States Bankruptcy Court for the Middle District of Florida



**Roberta A. Colton** is a bankruptcy judge serving in the United States Bankruptcy Court for the Middle District of Florida. Judge Colton was appointed on April 1, 2016, and sits in Orlando, Florida.

Judge Colton has an extensive background in bankruptcy mediation dating back to the early 1990s, when she worked with the Middle District of Florida to develop a pilot program that included mediation rules, training, and qualifications for bankruptcy mediators. In 1992, Judge Colton presented a program on mediation in bankruptcy at the National Conference of Bankruptcy Judges and the following year co-authored (with Judge Thomas E. Bayne, Jr.) Confidentiality Issues in Bankruptcy Mediation, which was published in the Norton Bankruptcy Advisor.

While in private practice, Judge Colton mediated numerous complex and non-complex bankruptcy and commercial disputes. Upon taking the bench, she continued bankruptcy mediations and now conducts judicial mediations for cases pending before her colleagues on the bench. In September 2016, she served as an instructor at the Federal Judicial Center's Judicial Mediation Workshop.

Before coming on the bench, Judge Colton practiced at Trenam Law in Tampa, Florida for 33 years. Her practice included business reorganization, bankruptcy litigation, foreclosure/lender liability, creditors' committees, bankruptcy trustee representation, commercial litigation, and bankruptcy asset sales. Prior to joining Trenam Law, she served as a judicial law clerk for the Judge James C. Hill of the United States Court of Appeals for the Eleventh Circuit.

Judge Colton has served on the Board of Regents for the American College of Bankruptcy and as Chair of the Local Rules Committee for the U.S. Bankruptcy Court for the Middle District of Florida. Judge Colton was the former Chair of the Florida Bar Business Law Section, Bankruptcy/UCC Committee, and the Tampa Bay Bankruptcy Bar Association. She currently co-chairs the Judicial Liaison Committee for the Florida Bar Business Law Section.

Judge Colton received her B.A. in commerce (marketing and finance) with distinction from the University of Virginia in 1979 and her J.D. from William & Mary Law School in 1982, where she served on its law review and was a national moot court finalist. At her law school graduation, she received the Weber Diploma, which is awarded to the graduate with the greatest professional promise.

