# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## **CATEGORY SHEET**

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):   Bauer Alvarez, Hermann D.

USDC-PR Bar Number:   215205

Email Address:   hermann.bauer@oneillborges.com

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

  Plaintiff:   Commonwealth of Puerto Rico (Debtor)

  Defendant:

2.  Indicate the category to which this case belongs:

  ☒  Ordinary Civil Case

  ☐  Social Security

  ☐  Banking

  ☐  Injunction

3.  Indicate the title and number of related cases (if any).

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

  ☐  Yes

  ☒  No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

  ☐  Yes

  ☒  No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

  ☐  Yes

  ☒  No

Date Submitted:  May 3, 2017

rev. Dec. 2009

Print Form      Reset Form