# EXHIBIT A



## Financial Oversight and Management Board for Puerto Rico

### PRESS RELEASE

For Immediate Release

### OVERSIGHT BOARD ANNOUNCES CERTIFICATION PROCESSES FOR REVISED FISCAL PLANS

*(San Juan, PR – October 31, 2017)* – The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board" or the "Board"), created by Congress under the bipartisan Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), today announced the process toward a revised Fiscal Plan for Puerto Rico, and its intent to certify the plan by February 2, 2018.

In its 10th public Board meeting, Executive Director Natalie Jaresko outlined the process for certifying a revised Fiscal Plan with the Government. Several activities – including an assessment of the damages caused by Hurricane Maria, and renewed plans for fiscal and structural reforms – will inform the development of a revised Commonwealth Fiscal Plan. The Board will conduct listening sessions through December with stakeholders. Its review of the revised Fiscal Plan will occur during the month of January. The certification is expected on February 2. In addition to the Commonwealth, timelines were established for PREPA, PRASA, HTA, UPR and COSSEC to submit revised fiscal plans for certification by the Board.

"The fiscal and structural reforms approved by the Board in the Fiscal Plan certified March 13 were ambitious and would have required unprecedented levels of effort by the Commonwealth, but would have enabled Puerto Rico to achieve fiscal responsibility and renewed access to capital markets," said Jaresko. "Hurricanes Maria and Irma have fundamentally changed Puerto Rico's reality and the revised Fiscal Plan must take that new reality into account. The Board is fully aware that Puerto Rico's precarious fiscal situation will mean a long road to recovery, and its commitment to helping Puerto Rico during these difficult times is stronger than ever."

Pursuant to Section 204(b) of PROMESA, the Board also adopted a new government contract approval policy to ensure that Government contracts "promote market competition" and "are not inconsistent with the approved Fiscal Plan."

"The policy presented today is designed to safeguard these principles for the benefit of the people of Puerto Rico and to maintain our focus on assuring fiscal responsibility," added Jaresko. "As we have

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@oversightboard.pr.gov

said from the beginning, transparency is an intrinsic component of PROMESA and a guiding principle for the Board's efforts towards Puerto Rico's revitalization."

The Board meeting also included an update on the Special Committee's independent investigation into Puerto Rico's debt, and remarks by Noel Zamot, whose appointment as Chief Transformation Officer for PREPA has been submitted to the court. The Board remains committed to Puerto Rico's long-term recovery and ensuring the Commonwealth has the resources needed.

"Recognizing the current and future challenges ahead, the Board will continue working with Congress and the Trump Administration," said Jaresko. "We will continue to work in support of the Government to rebuild the Island's infrastructure, and lay an orderly path forward with the goal of rebuilding Puerto Rico as quickly as possible."

All relevant material of public interest will be posted on the Oversight Board's website at the conclusion of the meeting.

###

Contact:
José Luis Cedeño
787-400-9245
jcedeno@forculuspr.com
info@forculuspr.com

Board's Contact Information:
*E-mail:* comments@oversightboard.pr.gov
*Website:* www.oversightboard.pr.gov