# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>　　DEBTORS.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>PUERTO RICO ELECTRIC POWER AUTORITY,<br><br>　　DEMTOR. | PROMESA<br>Title III<br><br>Case No. 3:17-cv-4780 (LTS) |

### INFORMATIVE MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP REGARDING NOVEMBER 13, 2017 HEARING AT 11:00 A.M. (AST)

To the Honorable Court:

　　Solus Alternative Asset Management LP, on behalf of certain funds advised by it ("Solus") that are fuel line lenders to the Puerto Rico Electric Power Authority ("PREPA"), through the

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

undersigned counsel, hereby submits this informative motion in response to this Court's order, dated November 1, 2017 [Docket No. 362] (the "Scheduling Order"), and respectfully states as follows:

1. Counsel does not intend to present argument at the Hearing (as defined in the Scheduling Order). Nonetheless, the undersigned, Nicholas Baker of Simpson Thacher & Bartlett LLP, will appear in person at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York to respond to any issues raised with respect to PREPA that implicate Solus as a fuel line lender.

2. Solus reserves its right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases.

Dated: November 7, 2017                                          Respectfully submitted,

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017-3954
Tel: (212) 455-2000
Fax: (212) 455-2502

**s/ Nicholas Baker**
NICHOLAS BAKER*
nbaker@stblaw.com

*admitted *pro hac vice* in No. 17-04780-LTS

2