# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

## INFORMATIVE MOTION OF THE UNITED STATES OF AMERICA PURSUANT TO ORDER SCHEDULING BRIEFING AND HEARING IN CONNECTION WITH THE URGENT MOTION TO APPOINT A CHIEF TRANSFORMATION OFFICER

The United States of America, on behalf of, among others, the Department of Defense,

United States Army Corps of Engineers, and the Department of Homeland Security, Federal

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Emergency Management Agency, files this *Informative Motion of the United States of America Pursuant to Order Scheduling Briefing and Hearing in Connection with the Urgent Motion to Appoint a Chief Transformation Officer.* In support hereof, the United States respectfully states as follows:

1.      Matthew J. Troy intends to appear at the Hearing[1] and may, as necessary, respond to issues raised regarding the CTO Motion on behalf of the United States at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. No additional persons representing the United States will attend the hearing.

2.      Matthew J. Troy also intends to appear to respond as necessary to any matters raised by the Court or to any statements made by any party in connection with the above-captioned title III proceedings or any adversary proceeding currently pending in the above-captioned title III proceedings.

This 7th day of November 2017.

Respectfully submitted,

> CHAD READLER
> Acting Assistant Attorney General
> ROSA EMILIA RODRÍGUEZ-VÉLEZ
> United States Attorney
> HÉCTOR E. RAMÍREZ-CARBÓ
> Assistant United States Attorney
> Civil Chief
>
> /s/ Matthew J. Troy
> RUTH A. HARVEY
> MICHAEL J. QUINN

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the *Order Scheduling Briefing and Hearing in Connection with the Urgent Motion to Appoint a Chief Transformation Officer* (Docket No. 362 in Case No. 17-4780).

MATTHEW J. TROY
USDC # G02707
JONATHAN JACOBSON

Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038 (o)
(202) 307-0494 (f)
matthew.troy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2017, I caused a true and correct copy of the foregoing Informative Motion to be filed with the Clerk of the Court using the CM/ECF system, which will generate electronic notification to all CM/ECF participants in these cases.


/s/ Matthew J. Troy