**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>　　　　　　　　　Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**POPULAR, INC., POPULAR SECURITIES LLC, AND BANCO POPULAR DE PUERTO RICO'S INFORMATIVE MOTION REGARDING NOVEMBER 15-16, 2017 OMNIBUS HEARING**

Popular, Inc. ("Popular"), Popular Securities LLC ("Popular Securities"), and Banco Popular de Puerto Rico ("Banco Popular," and collectively with Popular and Popular Securities, the "Popular Entities") submit this informative motion in response to the Court's *Order Regarding the Location and Procedures for Attendance Participation and Observation of the November 15-16, 1017 Omnibus Hearing* [ECF No. 1545, 17 BK 3283], and respectfully state as follows:

　　　1.　　John T. Dorsey intends to speak on behalf of the Popular Entities at the November 15-16, 2017 hearing with respect to all matters relating to the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* [ECF No. 706, 17 BK 3283] (the "Motion").

　　　2.　　Mr. Dorsey will appear in person in Courtroom No. 26B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

01:22533232.1

3. Mr. Dorsey also appears to respond to any matters raised by the Court or to any statements made by interested parties in connection with the Motion or the above-captioned Title III proceedings.

4. The Popular Entities anticipate that one additional attorney representing them in these proceedings will personally attend the November 15-16, 2017 omnibus hearing in New York.

Dated: November 7, 2017

Respectfully submitted,

*/s/ Angélica Toro-Lavergne*
USDC-PR Bar No. 214804

Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: 787-753-1017
Facsimile: 787-754-4984
E-mail: Angélica.Toro@popular.com

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John T. Dorsey*
James L. Patton (*admitted pro hac vice*)
Robert S. Brady (*admitted pro hac vice*)
John T. Dorsey (*admitted pro hac vice*)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: jdorsey@ycst.com

*Counsel to Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico*