## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

        Debtors.[1]

-----------------------------------------------------------------

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

    **COMES NOW**, Mark D. Harris, (hereinafter the "applicant") and states and requests as follows:

    1.     Applicant is an attorney and member of the law firm of Proskauer Rose LLP, with offices at 11 Times Square, New York, New York 10036.

    2.     Applicant makes the instant request to appear pro hac vice on behalf of the

---

[1]     The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Financial Oversight and Management Board, Jose B. Carrion, III, Andrew G. Biggs, Carlos M. Garcia, Arthur J. Gonzalez, Jose R. Gonzalez, Ana J. Matosantos, and David A. Skeel.

3. Applicant will sign all pleadings with the name Mark D. Harris.

4. Applicant's contact information is as follows:

**Name:** Mark D. Harris
**Email:** MHarris@proskauer.com
**Telephone:** (212) 969-3000
**Fax:** (212) 969-2900

5. The applicant has been and presently is a member in good standing of the bar of the highest court of the State(s) of New York, where applicant regularly practices law, and where his bar license number is 4314282.

6. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| a. U.S. Circuit Court of Appeals, Seventh Circuit | 1993 |
| b. U.S. Circuit Court of Appeals, District of Columbia Circuit | 1995 |
| c. Supreme Court of the United States | 1996 |
| d. U.S. Circuit Court of Appeals, Sixth Circuit | 2008 |
| e. U.S. Circuit Court of Appeals, Second Circuit. | 2009 |
| f. U.S. District Court, Eastern District of New York | 2010 |
| g. U.S. District Court, Southern District of New York | 2010 |

    h.  U.S. Circuit Court of Appeals,    2011
Fourth Circuit

    i.  U.S. Circuit Court of Appeals,    2012
Ninth Circuit.

    j.  U.S. Circuit Court of Appeals,    2014
Federal Circuit.

    k.  U.S. Circuit Court of Appeals,    2015
First Circuit.

    l.  U.S. Circuit Court of Appeals,    2016
Fifth Circuit.

7.    Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8.    Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9.    Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10.    Local counsel of record associated with applicant in this matter is:

    a.  **Name**: Hermann D. Bauer,
    b.  **USDC-PR Bar No.**: 215205
    c.  **Law Firm**: O'NEILL & BORGES LLC
    d.  **Address**: 250 Muñoz Rivera Avenue, Suite 800, San Juan, PR 00918-1813.
    e.  **Email**: hermann.bauer@oneillborges.com
    f.  **Telephone**: (787) 764-8181
    g.  **Fax**: (787) 753-8944

11.    Applicant has read the local rules of this court and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in e ach new case before the Court.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 7, 2017.

Mark D. Harris
Printed Name of Applicant

S/Mark D. Harris
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 7, 2017.

Herman D. Bauer
Printed Name of Local Counsel

S/Herman D. Bauer
Signature of Local Counsel