Hearing Date: November 13, 2017 at 1:30 p.m. (Atlantic Standard Time)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re:                                                                    :
:
THE FINANCIAL OVERSIGHT AND                   :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,             :  Title III
                                              :
    as representative of                      :  Case No. 17-BK-3283 (LTS)
                                              :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,    :  (Jointly Administered)
                                              :
    Debtors.[1]                               :
------------------------------------------------------------------------- x
In re:                                                                    :
                                              :  Adv. Proc. No. 17-BK-4780-LTS
THE FINANCIAL OVERSIGHT AND MANAGEMENT        :
BOARD FOR PUERTO RICO,                        :
                                              :
    as representative of                      :
                                              :  **Court Filing Relates Only to**
PUERTO RICO ELECTRIC POWER AUTHORITY,         :  **PREPA and Shall Only be Filed**
                                              :  **in Case No. 17-BK-4780-LTS**
    Debtor.                                   :  **and Main Case 17-BK-3283-**
                                              :  **LTS**
                                              :
------------------------------------------------------------------------- x

**NOTICE OF CONSENT OF PUERTO RICO ELECTRIC POWER AUTHORITY TO
CREDITORS' COMMITTEE'S BANKRUPTCY RULE 2004 MOTION**

---

[1]  The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States Magistrate Judge Judith G. Dein:

1.  The Puerto Rico Electric Power Authority ("PREPA") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of PREPA pursuant to the authority granted to it under the *Enabling Act of the Fiscal Advisory Authority,* Act 2-2017,[1] hereby inform the Court that they consent to the relief sought in the *Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* [Docket No. 364 in PREPA Docket] as it relates to the authority of the Official Committee of Unsecured Creditors (the "Committee") to pursue discovery.

2.  PREPA agrees that it will begin commencing production of materials one week from the date of this notice of consent.  PREPA and the Committee agree that the initial phase of production will include all of the information being produced for the House Committee on Natural Resources.

3.  Once the Committee has reviewed all of the information provided in the initial phase of production, the parties will meet and confer regarding further document productions and discovery pursuant to the Committee's original document requests to PREPA or any further requests, if needed.

4.  PREPA and the Committee agree that all objections related to all documents or discovery sought by the Committee subsequent to its review of the initial productions, save for objections related to the Committee's authority to pursue such discovery, are hereby reserved.

---

[1] The Financial Oversight and Management Board for Puerto Rico ("FOMB"), as the Debtors' representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this Notice of Consent on behalf of PREPA.

5. If the Committee and PREPA are not able to resolve disputed issues with regard to scope, timing, or related matters, any party may seek Court intervention by requesting a telephonic hearing, with such hearing to be conducted in seven calendar days' notice subject to the Court's calendar.

*[Remainder of page intentionally left blank]*

Dated: November 7, 2017
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Joseph P. Davis III, Esq. (by consent)*
GREENBERG TRAURIG, LLP
Kevin D. Finger, Esq. (*Pro Hac Vice*)
David D. Cleary, Esq. (*Pro Hac Vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: fingerk@gtlaw.com
clearyd@gtlaw.com

GREENBERG TRAURIG, LLP
Joseph P. Davis III, Esq. (*Pro Hac Vice Pending*)
One International Place, Suite 2000
Boston, MA 02110
Phone: 617-310-6000
Fax: 617-310-6001
davisjo@gtlaw.com

GREENBERG TRAURIG, LLP
Nancy Mitchell, Esq. (*Pro Hac Vice*)
Nathan A. Haynes, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: mitchelln@gtlaw.com
Email: haynesn@gtlaw.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

 —and—

*/s/ Arturo Diaz Angueira, Esq. (by consent)*
Arturo Diaz Angueira, Esq., USDC – PR 117907
Katiuska Bolaños Lugo, Esq., USDC – PR 231812
CANCIO, NADAL, RIVERA, & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625
Fax (787) 764-4430
adiaz@cnrd.com
kbolanos@cnrd.com

*Counsel to PREPA*

*/s/ G. Alexander Bongartz, Esq.*
 PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

 *Juan J. Casillas Ayala, Esq.*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3