UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**INFORMATIVE MOTION OF THE COFINA SENIOR BONDHOLDERS' COALITION REGARDING NOVEMBER 13, 2017 11:00 A.M. HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

    The COFINA Senior Bondholders' Coalition[2] submits this informative motion in response to the Court's *Order Scheduling Briefing and Hearing in Connection with the Urgent Motion to*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The members of the COFINA Senior Bondholders' Coalition are Fideicomiso Plaza and the following entities, either as beneficial holders or on behalf of managed funds and accounts: Aristeia Horizons, L.P.; Canary SC Master Fund, L.P.; Canyon Capital Advisors LLC (on behalf of its participating clients); River Canyon Fund Management LLC (on behalf of its participating clients); Cyrus Capital Partners, L.P.; Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.;

*Appoint a Chief Transformation Officer* (Docket No. 362 in Case No. 17 BK 4780-LTS), and respectfully states as follows:

1. Susheel Kirpalani of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for the COFINA Senior Bondholders' Coalition, will appear on behalf of the COFINA Senior Bondholders' Coalition at the November 13, 2017, 11:00 a.m. hearing (the "Hearing") regarding the *Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer* (Docket Entry No. 361 in Case No. 17-4780-LTS).

2. Mr. Kirpalani will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York.

3. One additional attorney representing the COFINA Senior Bondholders' Coalition will personally attend the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York.

4. Counsel does not intend to present argument at the Hearing. Nonetheless, the COFINA Senior Bondholders' Coalition reserves its right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned jointly-administered Title III cases to the extent it impacts COFINA or the interests of the COFINA Senior Bondholders' Coalition.

---

Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; GoldenTree Asset Management LP; Old Bellows Partners LP; Scoggin Management LP; Taconic Master Fund 1.5 L.P.; Taconic Opportunity Master Fund L.P.; Tilden Park Capital Management LP.; and Whitebox Advisors, LLC.

| | |
|---|---|
| DATED: November 7, 2017 | Respectfully submitted, |
| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By : */s/ Rafael Escalera*  
    **Rafael Escalera**  
    USDC No. 122609  
    escalera@reichardescalera.com

    */s/ Sylvia M. Arizmendi*  
    **Sylvia M. Arizmendi**  
    USDC-PR 210714  
    arizmendis@reichardescalera.com

    */s/ Fernando Van Derdys*  
    **Fernando Van Derdys**  
    USDC-PR 201913  
    fvander@reichardescalera.com

    */s/ Carlos R. Rivera-Ortiz*  
    **Carlos R. Rivera-Ortiz**  
    USDC-PR 303409  
    riverac@reichardescalera.com

    */s/ Gustavo A. Pabón-Rico*  
    **Gustavo A. Pabón-Rico**  
    USDC-PR 231207  
    pabong@reichardescalera.com

255 Ponce de León Avenue  
MCS Plaza, 10th Floor  
San Juan, Puerto Rico 00917-1913

**Susheel Kirpalani** (*pro hac vice*)  
susheelkirpalani@quinnemanuel.com

**Eric Winston** (*pro hac vice*)  
ericwinston@quinnemanuel.com

**Daniel Salinas**  
USDC-PR 224006  
danielsalinas@quinnemanuel.com

**Eric Kay** (*pro hac vice*)  
erickay@quinnemanuel.com

**Kate Scherling** (*pro hac vice*)  
katescherling@quinnemanuel.com

**Brant Duncan Kuehn** (*pro hac vice*)  
brantkuehn@quinnemanuel.com

51 Madison Avenue, 22nd Floor  
New York, New York 10010-1603

Co-Counsel to the COFINA Senior Bondholders' Coalition

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

        /s/ *Carlos R. Rivera-Ortiz*
         USDC-PR 303409