**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
OF THE COMMONWEALTH OF PUERTO RICO REGARDING
PARTICIPATION IN THE NOVEMBER 15, 2017 HEARING**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informational motion in response to this Court's *Order Regarding Location and Procedures for Attendance, Participation, and Observation of November 15–16, 2017 Omnibus Hearing* [Dkt. No. 1545], and respectfully states as follows:

1. Robert Gordon, Richard Levin, Catherine Steege, and Melissa Root will appear on behalf of the Retiree Committee at the November 15–16, 2017 Omnibus Hearing in Courtroom 26B of the United States District Court for the Southern District of New York, Daniel Patrick

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, and one of them will present argument in connection with the following:

    a. *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* [Dkt. No. 706];

    b. *Motion of National Public Finance Guarantee Corporation for Entry of An Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery* [Dkt. No. 1177];

    c. *Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Mutual Fund Group for Order Authorizing Rule 2004 Examination* [Dkt. No. 1178];

    d. *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004* [Dkt. No. 1283];

    e. *Urgent Motion of Financial Guaranty Insurance Company Regarding Proposed 90-Day Stay of All Litigation to Facilitate the Recovery from Hurricanes Irma and Maria* [Dkt. No. 1514]; and

    f. *Emergency Motion of the Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation* [Dkt. No. 1594].

2. In addition, to the extent they are not ruled upon in advance of the Omnibus Hearing, the Retiree Committee also appears with respect to the following pending motions to intervene:

    a. *Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024*, filed in *ACP Master Ltd., et al. v. Commonwealth of Puerto Rico, et al* (Adv. Pro. No. 17-189) [Adv. Dkt. No. 23];

    b. *Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024*, filed in *Altair Global Credit Opps. Fund (A), LLC et al. v. Commonwealth of Puerto Rico, et al.* (Adv. Pro. Nos. 17-219) [Adv. Dkt. No. 14]; and

    c. *Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Leave to Intervene Under Bankruptcy Rule 7024*, filed in *Altair Global Credit Opps. Fund (A), LLC et al. v. Commonwealth of Puerto Rico, et al.* (Adv. Pro. Nos. 17-220) [Adv. Dkt. No. 16].

3. The Retiree Committee also appears to respond to any objections to the above motions and any statements made by any party in connection with the above-captioned Title III cases or any adversary proceedings currently pending in the above-captioned Title III cases.

4. In addition to Mr. Gordon, Mr. Levin, Ms. Steege, and Ms. Root, A.J. Bennazar-Zequeira and Francisco Castillo of Bennazar, García & Milián, C.S.P. will attend the hearing in New York. The Retiree Committee does not expect that any additional persons will attend or observe the November Omnibus Hearing on its behalf, either in New York or San Juan.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| November 7, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |