IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

**SIEMENS TRANSPORTATION PARTNERSHIP, S.E.'S INFORMATIVE
MOTION REGARDING NOVEMBER 15, 2017 HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Siemens Transportation Partnership, S.E. ("Siemens"), creditor and party in interest, through its undersigned counsel, hereby submits this informative motion, pursuant to the Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the November 15-16, 2017 Omnibus Hearing* [Case No. 17-3283-LTS, ECF No. 1545], and respectfully represents as follows:

1. Claudia Z. Springer of Reed Smith LLP will appear on behalf of Siemens at the November 15, 2017 Hearing.

2. Claudia Z. Springer will appear in person in Courtroom 26B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500Pearl Street, New York, NY 10007.

3. Claudia Z. Springer appears on behalf of Siemens regarding the *Siemens Transportation Partnership, S.E.'s Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1 [Case No. 17-3567, Docket Entry No. 272].

4. Siemens further informs that it estimates that two (2) additional attorneys will attend to observe the November 15, 2017 hearing in the New York Courtroom and that two (2) other ones will do so in the San Juan Courtroom.

WHEREFORE, Siemens respectfully requests that the Court permit Siemens to appear and be heard at the November 15, 2017 hearing.

[*Remainder of page intentionally left blank.*]

Dated: November 8, 2017 Respectfully submitted,

                                            SEPULVADO & MALDONADO, PSC

By: *s/Albéniz Couret Fuentes*
Albéniz Couret Fuentes
USDC-PR Bar No. 222207
SEPULVADO & MALDONADO, PSC
252 Ponce de Leon Avenue
Citibank Tower, Suite 1900
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: acouret@smlawpr.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*

and

**REED SMITH LLP**
Claudia Z. Springer (pro hac vice)
Andrew J. Soven (pro hac vice)
Jennifer P. Knox (pro hac vice)
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA, 19103
Telephone: (215) 851-8190
Facsimile: (215) 851-1420
E-mail: jknox@reedsmith.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*