# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MUTUAL FUND GROUP'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT NOVEMBER 15-16, 2017 OMNIBUS HEARING

Mutual funds managed by OppenheimerFunds, Inc., Franklin Advisers, Inc., and the First Puerto Rico Family of Funds (collectively, the "**Mutual Fund Group**") hereby files this request to be heard pursuant to the Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the November 15-16, 2017 Omnibus Hearing* [Lead Dkt. No. 1545] dated October 26, 2017 (the "**Order**") setting forth guidelines for parties wishing to be heard at the omnibus hearing on November 15-16, 2017 (the "**Hearing**").

1. The Order requests that counsel to parties who wish to speak at the Hearing file an informative motion, stating their name, identifying the party for which they intend to appear, the location at which they intend to appear, and an estimate of the number of additional persons who wish to attend the Hearing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

2. Gregory A. Horowitz will appear in person in the Southern District of New York courtroom on behalf of the Mutual Fund Group at the Hearing and will address, as necessary, any statements made by any party in connection with the Title III Proceedings or any adversary proceeding pending in the Title III Proceedings.

3. The Mutual Fund Group anticipates a total of three representatives will attend the Hearing at the United States District Court for the Southern District of New York.

*[Remainder of page intentionally left blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today November 7, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernández-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> E-mail: mfb@tcmrslaw.com | *s/ Gregory A. Horowitz* <br> AMY CATON* <br> THOMAS MOERS MAYER* <br> GREGORY A. HOROWITZ* <br> DOUGLAS BUCKLEY* <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 <br> Email: tmayer@kramerlevin.com <br> acaton@kramerlevin.com <br> ghorowitz@kramerlevin.com <br> dbuckley@kramerlevin.com |
| *s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> E-mail: lft@tcmrslaw.com | |
| *s/ Jane Patricia Van Kirk* <br> JANE PATRICIA VAN KIRK <br> USDC–PR No. 220,510 <br> E-mail: jvankirk@tcmrslaw.com | *(admitted *pro hac vice*) <br><br> *Counsel to the Mutual Fund Group* |
| P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 <br><br> *Counsel to the Mutual Fund Group* | |