UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>  as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>  Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS and Main Docket 17 BK-3283-LTS** |

## AD HOC GROUP OF PREPA BONDHOLDERS' INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT NOVEMBER 13, 2017 HEARING

    The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") hereby files this request to be heard pursuant to the Court's Order dated October 27, 2017 [Dkt. No. 362] (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on November 13, 2017 at 11:00 a.m. (Atlantic Standard Time) (the "**Hearing**") in connection with the *Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Order Confirming Appointment and Authority of Chief Transformation Officer* [Dkt. No. 361] (the "**CTO Motion**").

### BACKGROUND AND PROCEDURAL HISTORY

1. Pursuant to the Order, the Court will conduct a Hearing on November 13, 2017 at 11:00 a.m. (Atlantic Standard Time) in Courtroom 17C in the United States District Court for the Southern District of New York on the CTO Motion.

2. The Order requests that Counsel to parties who wish to speak at the Hearing file an "Informative Motion," stating their name and identifying the party for which they intend to appear, estimating the number of additional persons who wish to attend the hearing, and the location (New York or San Juan) at which they intend to appear.

3. The Ad Hoc Group filed the *Objection of the Ad Hoc Group of PREPA Bondholders, to Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer* (the "**Objection**") [Dkt. No. 377] dated November 3, 2017.

### REQUEST TO BE HEARD

4. Gregory A. Horowitz will appear on behalf of the Ad Hoc Group at the Hearing in Courtroom 17C in the United States District Court for the Southern District of New York. In addition to Gregory A. Horowitz, three other persons representing the Ad Hoc Group wish to attend the hearing in New York.

5. Gregory A. Horowitz intends to address, as necessary, the relief requested through the Objection.

- 3 -

WHEREFORE, the Ad Hoc Group respectfully requests to be heard on this matter in Courtroom 17C in the United States District Court for the Southern District of New York at the Hearing on November 13, 2017.

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today November 7, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernández-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> E-mail: mfb@tcmrslaw.com | *s/ Gregory A. Horowitz* <br> AMY CATON* <br> THOMAS MOERS MAYER* <br> GREGORY A. HOROWITZ* <br> ALICE J. BYOWITZ* <br> DOUGLAS BUCKLEY** |
| *s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> E-mail: lft@tcmrslaw.com | 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 |
| *s/ Nayda Perez-Roman* <br> NAYDA PEREZ-ROMAN <br> USDC–PR No. 300,208 <br> E-mail: nperez@tcmrslaw.com | Email: tmayer@kramerlevin.com <br> acaton@kramerlevin.com <br> ghorowitz@kramerlevin.com <br> abyowitz@kramerlevin.com <br> dbuckley@kramerlevin.com |
| P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 | *admitted pro hac vice* <br> **admitted *pro hac vice* in Case No. 17-BK-3283-LTS |
| *Counsel to the Ad Hoc Group of PREPA Bondholders* | *Counsel to the Ad Hoc Group of PREPA Bondholders* |