**Exhibit A**

**Proposed Order**

Hearing Date: TBD
Objection Date: TBD

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------x
:
In re: :
:
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.,* : (Jointly Administered)
:
Debtors.[1] :
------------------------------------------------------------------------x
In re: :
: Adv. Proc. No. 17-BK-4780-LTS
THE FINANCIAL OVERSIGHT AND MANAGEMENT :
BOARD FOR PUERTO RICO, :
:
as representative of :
: **Court Filing Relates Only to**
PUERTO RICO ELECTRIC POWER AUTHORITY, : **PREPA and Shall Only be Filed**
: **in Case No. 17-BK-4780-LTS**
Debtor, :
:
:
:
------------------------------------------------------------------------x

**ORDER GRANTING URGENT MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ORDER, UNDER 11 U.S.C. § 1103 AND
BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY WITH RESPECT TO
<u>PREPA ENGAGEMENT OF WHITEFISH ENERGY HOLDINGS, LLC</u>**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)

Upon consideration of the *Urgent Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery With Regard to Engagement of Whitefish Energy Holdings, LLC* (the "Urgent Motion"),[2] and the exhibits attached thereto, the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to PROMESA section 310; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Urgent Motion, the Court finds that examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure is appropriate, including but not limited to examination of the documents sought in the Document Requests identified as Exhibits B and C of the Motion (the "Document Requests") and the issuance of requests for live examinations to relevant witnesses. Accordingly, it is hereby ORDERED THAT:

1. The Committee is authorized to investigate the issues surrounding PREPA's engagement of Whitefish Energy Holdings, LLC.

2. The Committee is authorized to issue the Document Requests attached as Exhibits B and C to the Motion.

3. The Committee is authorized to issue subpoenas for live examination to relevant witnesses.

4. The Committee and recipients of the Document Requests are directed to meet-and-confer concerning the scope and timing of production in response to the Document Requests. It is the expectation of the Court that the examinations will be conducted promptly. If

---

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Urgent Motion.

2

the Committee and the recipients of the Document Requests and/or subpoenas are not able to resolve disputed issues with regard to the scope, timing, or related matters, any party may seek Court intervention by requesting a telephonic hearing, with such hearing to be conducted on short notice subject to the Court's calendar.

     5.    The terms of and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated:   November \_\_\_\_, 2017

                                                                     _____
                                                                     HON. LAURA T. SWAIN
                                                                      UNITED STATES DISTRICT JUDGE