**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

**CERTIFICATE OF SERVICE**
[Dkt. # 1645]

    I HEREBY certify that, on November 6, 2017, on behalf of Cooperativa de Seguros Múltiples de Puerto Rico ("Cooperativa"), I served copies of the *Cooperativa De Seguros Multiples' Reply To Debtor's Objection Motion For Clarification Of Automatic Stay And In The Alternative Relief From The Automatic Stay In The Title Iii Case [ECF NO. 1276]* [ECF # 1664] (the "*Motion*") on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by USPS Priority Mail Express to the following address: Chambers Judge Taylor Swain, United States District Court, 500 Pearl St Ste 3212, New York, NY 10007-1316.

- Office of the United States Trustee for Region 21, by personal delivery at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Third Amended Case Management Procedures* [Dkt. # 1512-1; Case No. 17-03283], for whom service is allowed in this matter.

- All parties listed in the *Master Service List as of October 19, 2017* [Dkt. # 1476, Case No. 17-03283], for which an e-mail address has not been provided, by U.S. mail.

RESPECTFULLY SUBMITTED,

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: November 7 2017

                          VALDES ORTIZ LAW OFFICES, PA
                          8461 Lake Worth Rd.
                          Suite 420
                          Lake Worth, FL 33467
                          Tel: (561) 340-1410

                          **s/ Hector E. Valdes Ortiz**
                          HECTOR E. VALDES ORTIZ
                          USDC-PR No. 219411
                          hvaldes@v-olaw.com

                          *Counsel for Creditor*
                          *Cooperativa de Seguros Múltiples*
                          *De Puerto Rico*