UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1518 |

**INFORMATIVE MOTION OF THE PBA FUNDS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF NOVEMBER 15-16, 2017, OMNIBUS HEARING**

The PBA Funds,[1] who hold Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds issued by the Puerto Rico Public Buildings Authority, hereby files this Informative Motion pursuant to the *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the November 15-16, 2017 Omnibus Hearing* [Dkt. No. 1545].

James M. Peck of Morrison & Foerster LLP ("Morrison & Foerster") intends to appear and present argument at the November 15 and 16, 2017 omnibus hearing on behalf of the PBA Funds in connection with the *Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4)* [Dkt. No. 1518] and the *Objection of the PBA Funds to the Motion to Extend Time to Assume or Reject Unexpired Leases* [Dkt. No. 1583], should those submissions be addressed at the omnibus hearing,

---

[1] *See Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 1614]. The PBA Funds currently consist of (a) Fir Tree Partners and (b) Candlewood Investment Group, each of which holds PBA Bonds (defined herein) or acts as investment manager or advisor (or is an affiliate of entities which act as investment managers or advisors) to funds and/or accounts that hold PBA Bonds.

ny-1303997

in Courtroom 26B of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Morrison & Foerster also expects that one other person will attend and observe the omnibus hearing on behalf of the PBA Funds in New York.

Kendra Loomis of G. Carlo-Altieri Law Offices, LLC intends to attend and observe the omnibus hearing on behalf of the PBA Funds at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

*[Signature page follows]*

Date: November 8, 2017

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
Telephone: (787) 370-0255
loomislegal@gmail.com

By: /s/ Fernando O. Zambrana Aviles
Fernando O. Zambrana Aviles
USDC No. 227012
Telephone: (787) 919-0026
fernando@cszlawpr.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: /s/ James M. Peck
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the PBA Funds*

ny-1303997