UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3567-LTS<br><br>THIS PLEADING RELATES ONLY TO THIS TITLE III CASE[2] |

**INFORMATIVE MOTION AND NOTICE OF REQUEST
TO BE HEARD AT NOVEMBER 15-16, 2017 OMNIBUS HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This clarification is made in accordance to the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases*. See, Docket No. 167 at ¶ 5 of p. 4.

PLEASE TAKE NOTICE that, pursuant to this Court's order dated October 26, 2017 (Docket No. 1,545 of Case No. 17-03283 (LTS)), Rexach Hermanos, Inc. ("Rexach") requests to be heard at the November 15-16, 2017, and present oral argument, to address item C.4 listed in the Court's September 29, 2017 Order (Docket No. 1,381 of Case No. 17-03283 (LTS)):

> **Rexach Lift Stay Motion**. Motion for Modification of the Automatic Stay. (Docket No. 770 of Case No. 17-3283 (LTS) and Docket No. 212 of Case No. 17-3567 (LTS)).

PLEASE TAKE FURTHER NOTICE that counsel Nayuan Zouairabani will appear on behalf of Rexach at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. No additional persons representing Rexach will attend the omnibus hearing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 8th day November, 2017.

**McCONNELL VALDÉS LLC**
*Attorneys for Rexach Hermanos, Inc.*
270 Muñoz Rivera Avenue, Suite 900
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5619
Facsimile: 787-759-8282

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com