**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE NOVEMBER 15-16, 2017 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc. Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's October 26 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 1545]) (the "Order") concerning attendance at the November 15-16 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Allan S. Brilliant and/or G. Eric Brunstad, Jr. plan to attend the Hearing in the New York courtroom. The undersigned respectfully requests that the Court allow Messrs. Brilliant and/or Brunstad to be heard in connection with any items on the forthcoming agenda as to which Peaje is an interested

23983289

party, as well as any issues that may otherwise be raised at the Hearing. The undersigned anticipates that a member of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom as Peaje's local counsel.

**RESPECTFULLY SUBMITTED**, this 8th day of November, 2017.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| | /s/ Allan S. Brilliant |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | Andrew C. Harmeyer (*pro hac vice*) |
| Guaynabo, Puerto Rico 00968 | 1095 Avenue of the Americas |
| Phone: (787) 620-5300 | New York, New York 10036 |
| Fax: (787) 620-5305 | |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: November 8, 2017

*/s/ Brett Stone*
By: Brett Stone
Title: Paralegal, Dechert LLP

23983289