# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors,[1]<br>_____<br><br>In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOUARD FOR PUERTO RICO,<br><br>as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 3:17-BK-3283-LTS<br>(Jointly Administered)<br><br><br><br><br><br><br><br>PROMESA<br>Title III<br><br>No. 3: 17-BK-03567(LTS) |

**GOVERNMENT DEVELOPMENT BANK'S MOTION IN COMPLIANCE WITH ORDER REGARDING THE LOCATION AND PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE NOVEMBER 15-16, 2017 OMNIBUS HEARING**

The Government Development Bank for Puerto Rico (GDB), through a special appearance and without submitting to the jurisdiction of the Court,[2] hereby submits this motion

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

in compliance with the Court's *Order Regarding the Location and Procedures for Attendance, Participation, and Observation of the November 15-16, 2017 Omnibus Hearing* (Docket Entry 1545).

1. Oreste R. Ramos and María D. Trelles Hernández, of Pietrantoni Méndez & Alvarez LLC, and Giselle López-Soler, of the Law Offices of López Soler, will appear on behalf of GDB at the November 15, 2017 hearing at 8:30 AM EST. Mr. Ramos, Ms. Trelles-Hernández, and Ms. López-Soler will appear in person at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, Courtroom 26B.

2. Mr. Ramos requests to be heard in connection with Siemens Transportation Partnership's *Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Héctor Betancourt Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1* (Docket No. 272 of Case No. 17-3567), and the related objection and reply (Dockets No. 321 and 323 of Case No. 17-3567).

**WHEREFORE** GDB respectfully request that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 8th day of November 2017.

---

[2] GDB makes this special appearance solely to address and defend from Siemens Transportation Partnership, S.E.'s *Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Héctor Betancourt* (Docket Entry No. 272 in Case No. 17-3567), which GDB objected at Docket Entry No. 321 of Case No. 17-3567. GDB is not a Title III debtor and is not a party in interest to the captioned proceedings and other than as relates to the request directed at it, has no interest in these proceedings.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system which automatically serves notification of the filing to parties in interest.

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Popular Center – 19th Floor
208 Ponce de León Avenue
San Juan, PR 00918
Tel. 787-274-1212
Fax. 787-274-1470

/s/ ORESTE R. RAMOS
Oreste R. Ramos
USDC No. 216801
oramos@pmalaw.com

/s/ MARÍA D. TRELLES HERNÁNDEZ
María D. Trelles Hernández
USDC No. 225106
mtrelles@pmalaw.com

**LAW OFFICES OF GISELLE LÓPEZ SOLER**
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Tel. (787) 667-0941
Email gls@lopezsolerlaw.com

/s/ GISELLE LÓPEZ SOLER
Giselle López Soler
USDC No. 224010

*Attorneys for the Government Development Bank for Puerto Rico*