# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br>No. 17 BK 4780-LTS<br>**Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

### INFORMATIVE MOTION OF U.S. BANK NATIONAL ASSOCIATION AS PREPA BOND TRUSTEE REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF NOVEMBER 13, 2017 HEARING

To the Honorable United States District Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

U.S. Bank National Association, solely in its capacity as successor trustee (the "**Trustee**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**Trust Agreement**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informational motion in response to this Court's *Order Scheduling Briefing and Hearing in Connection with the Urgent Motion to Appoint a Chief Transformation Officer* (Dkt. No. 362), and respectfully states as follows:

1. Clark Whitmore and Jason Reed will appear on behalf of the Trustee at the November 13, 2017 hearing, and Clark Whitmore will present argument regarding its *Motion for Joinder to the Objection of Ad Hoc Group of PREPA Bondholders, to Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer* [Dkt. No. 382] dated November 3, 2017

2. Mr. Whitmore and Mr. Reed will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

3. The Trustee also appears to respond to any statements made by any party in connection with the above-captioned Title III cases or any adversary proceedings currently pending in the above-captioned Title III case.

WHEREFORE, the Trustee respectfully requests that the Court take notice of the above.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, today November 8, 2017.

We hereby certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of

Puerto Rico for Case No. 17 BK 4780, and also in Case No. 17 BK 3283, which will send notification of such filing to all counsel of record participating in the CM/ECF system.

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| | By: /s Clark T. Whitmore |
| /s *Eric A. Tulla* | Clark T. Whitmore (admitted *pro hac vice*) |
| Eric A. Tulla | Jason M. Reed (admitted *pro hac vice*) |
| USDC-DPR No. 118313 | |
| Email: etulla@ riveratulla.com | 90 South Seventh Street, Suite 3300 |
| | Minneapolis, MN 55402 |
| /s *Iris J. Cabrera-Gómez* | Telephone: 612-672-8200 |
| Iris J. Cabrera-Gómez | Facsimile: 612-672-8397 |
| USDC-DPR No. 221101 | E-Mail: clark.whitmore@maslon.com |
| Email: icabrera@riveratulla.com | jason.reed@maslon.com |
| | |
| Rivera Tulla & Ferrer Building | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |
| 50 Quisqueya Street | |
| San Juan, PR 00917-1212 | |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |

3