UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, ET AL.,

    Debtors.[1]

---------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-bk-03283 (LTS)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF OHIO        )
                                ) SS.:
COUNTY OF CUYAHOGA  )

    Monika T. Barrios, being duly sworn, deposes and says:

    1.    I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

    2.    On October 27, 2017, I caused a copy of the following:

- Motion to allow David Scott Torborg to appear pro hac vice [Docket No. 1553] (the "Torborg Motion")

---

[1] The Debtors in these Title III Cases, along with each Debtor's Bankruptcy Court case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case No. 17-bk-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808).

NAI-1503182207v1

- Motion to allow Victoria Dorfman to appear pro hac vice
  [Docket No. 1554] (the "Dorfman Motion")

to be served via the Court's electronic case filing and noticing system. On November 8, 2017, I caused a copy of the Torborg Motion and Dorfman Motion to be served by e-mail upon the parties listed on the service list attached hereto as Exhibit A and upon the parties listed on the service list attached hereto as Exhibit B via U.S. first class mail and the parties listed on the service list attached hereto as Exhibit C via hand delivery.

3. On November 8, 2017, I caused a copy of the following:

- ERS Secured Creditors' Reply in Support of Joinder to Rule 2004 Motions
  [Docket No. 1670]
- Informative Motion of the ERS Secured Creditors with Respect to Order Regarding the Location and Procedures for Attendance, Participation and Observation of the November 15-16, 2017 Omnibus Hearing
  [Docket No. 1706]
- Corrected Informative Motion of the ERS Secured Creditors with Respect to Order Regarding the Location and Procedures for Attendance, Participation and Observation of the November 15-16, 2017 Omnibus Hearing
  [Docket No. 1709]

to be served via the Court's electronic case filing and noticing system, by e-mail upon the parties listed on the service list attached hereto as Exhibit A, upon the parties listed on the service list attached hereto as Exhibit B via U.S. first class mail and the parties listed on the service list attached hereto as Exhibit C via hand delivery.

                                                                                                  */s/ Monika T. Barrios*
                                                                                                  Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 8th day of November 2017

      */s/ Kelly M. Dotson*
Kelly M. Dotson, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires May 14, 2021

NAI-1503182207v1

**Exhibit A**

aaa@mcvpr.com
aaneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
abyowitz@kramerlevin.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acordova@juris.inter.edu
adeliz@smlawpr.com
adiaz@lsplawpr.com
adiaz@cnrd.com
adminfinance@bldmpr.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
afigueroa@energia.pr.gov
agestrella@estrellallc.com
agraitfe@agraitlawpr.com
ahoei@sagwlaw.net
ajb@bennazar.org
akherring@wlrk.com
alavergne@lsplawpr.com
alavinbuk@robbinsrussell.com
aleblanc@milbank.com
Alexandra.verdiales@libertypr.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
amiller@milbank.com
ana.chilingarishvili@maslon.com
andres@awllaw.com
andreslopecordova@gmail.com
andrew.harmeyer@dechert.com
andrewtenzer@paulhastings.com
angelica.toro@popular.com
anthonybuscarino@paulhastings.com
anunez@smlawpr.com
apavel@omm.com
aperez@kpmg.com
apico@jgl.com
arizmendis@reichardescalera.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
arwolf@wlrk.com
asantiago@amgprlaw.com
ayanez@willkie.com
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
bbobroff@proskauer.com
belkgrovas@gmail.com
beth@hbsslaw.com

bfriedman@stblaw.com
csp@bennazar.org
bbolin@wlrk.com
bkfilings@fortuno-law.com
bos-bankruptcy@hklaw.com
brantkuehn@quinnemanuel.com
brian.klein@maslon.com
brian.pfeiffer@whitecase.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
cabruens@debevoise.com
cabruens@debevoise.com
carla.garcia@oneillborges.com
carlosfernandez@cfnlaw.com
carmelo@bldmpr.com
casey.servais@cwt.com
castilloricardo977@gmail.com
ccolon@mccsprmaxtruj@gmail.com
ccooper@cooperkirk.com
ccuprill@cuprill.com
cesar.a.lopez-morales@usdoj.gov
cfebus@proskauer.com
cgray@reedsmith.com
chris.maddux@butlersnow.com
clarisasola@hotmail.com
clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
cmechling@stroock.com
colonyasmin@hotmail.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
csteege@jenner.com
ctheodoridis@proskauer.com
cuprislaw@yahoo.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davisjo@gtlaw.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com

NAI-1503182207v1

ddunne@milbank.com
deborah.weitzman@cardinalhealth.com
delapena.sylvia@gmail.com
Dfliman@kasowitz.com
dg@g-glawpr.com
dkaron@karonllc.com
rgv@g-glawpr.com
davidcarrionb@aol.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmonserrate@msglawpr.com
dpatel@saul.com
dperez@omm.com
dschlecker@reedsmith.com
dvelawoffices@gmail.com
eakleinhaus@wlrk.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
edward.linden@stblaw.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emontull@cstlawpr.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fernando@cszlaw.com
fgierbolini@msglawpr.com
filippetti_r@hotmail.com
fperez@fpglaw.com
francisco.delcastillo@bennazar.org
fsera@sampr.com
fsilva@claropr.com
fvander@reichardescalera.com
gabriel.morgan@weil.com
gacarlo@carlo-alrierilaw.com
Gerardo.Portela@aafaf.pr.gov
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
glee@mofo.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gregory.silbert@weil.com
har@trdlaw.com

Harnaud@cwsny.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
herman@oneillborges.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
hneilson@cooperkirk.com
howard.hawkins@cwt.com
hproctor@cooperkirk.com
huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
icabrera@riveratulla.com
ileanaortix@outlook.com
info@wotecpr.org
info@wotecprmandryj@yahoo.orgcom
Isasson@kasowitz.com
ivan.llado@mbcdlaw.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
jay.goffman@skadden.com
jbgoplerud@sagwlaw.net
jblanco@fpglaw.com
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcasillas@cstlawpr.com
jcc@fclawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
jean.lin@usdoj.gov
jemudd@yahoo.com
jerichman@proskauer.com
jescobar@smlawpr.com
jesus.cuza@hklaw.com
Jf@cardonalaw.com
jfeldsman@FTLF.com
jfigueroa@arroyorioslaw.com
jkapp@mwe.com
jkorn@willkie.com
jlawlor@wmd-law.com
jlopez@constructorasantiago.com
jminas@willkie.com
jnieves@gonzalezmunozlaw.com
jonathan.polkes@weil.com
jorgequintanalajara@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
jpeck@mofo.com

jpsala_pr@yahoo.com
juans@prtc.net
jramirez@amrclas.com
jrapisardi@omm.com
jrivlin@afscme.org
jsalichs@splawpr.com
jsanchez@lsplawpr.com
jsantos@smlawpr.com
juan@jahrlaw.com
juan@riverafont.com
Julian.fernandez@metropistas.com
jvannah@santandersecurities.com
jvankirk@tcmrslaw.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jweiss@ktbslaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
kbolanos@cnrd.com
kbgoldberg@wlrk.com
Kdavid@kasowitz.com
kdm@romclaw.com
kellyrivero@hotmail.com
kelly.diblasi@weil.com
kgwynne@reedsmith.com
kkimpler@paulweiss.com
kklee@ktbslaw.com
kperra@proskauer.com
ksheehan@mwe.com
kstipec@amgprlaw.com
kzecca@robbinsrussell.com
kzeituni@paulweiss.com
larroyo@amgprlaw.com
lawlugo1@gmail.com
lawrog@gmail.com
leslieplaskon@paulhastings.com
leticia.casalduc@indianowilliams.com
lft@tcmrslaw.com
Lnegron@kpmg.com
loliver@amgprlaw.com
loomislegal@gmail.com
lourdes@riverafont.com
lpabonroca@microjuris.com
lpettit@robbinsrussell.com
lrobbins@robbinsrussell.com
mstancil@robbinsrussell.com
lrappaport@proskauer.com
lsepulvado@smlawpr.com
lshelfer@gibsondunn.com
lsizemore@reedsmith.com
ltorres@cstlawpr.com
lucdespins@paulhastings.com
Luis.vazquez@peerlessoil.com
luis.vazquez@peerlessoil.com
cdipompeo@jonesday.com
man@nblawpr.com

manuel@rodriguezbanchs.com
marcia.goldstein@weil.com
margaritalmercado@gmail.com
Marieli.Paradizo@ponce.pr.gov
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
mark.mcdermott@skadden.com
martin.sosland@butlersnow.com
mbienenstock@proskauer.com
mblumin@afscme.org
mcto@debevoise.com
mevicens@yahoo.com
mfb@tcmrslaw.com
mfedlman@willkie.com
mfirestein@proskauer.com
mfvelezquiebras@gmail.com
michael.doluisio@dechert.com
michaelcomerford@paulhastings.com
michele.meises@whitecase.com
Mimi.M.Wong@irscounsel.treas.gov
mitch.carrington@butlersnow.com
mitchelln@gtlaw.com
mkelso@susmangodfrey.com
mmcgill@gibsondunn.com
mmercado@mercado-echegaray-law.com
Mohammad.Yassin@aafaf.pr.gov
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrivera@emdi.net
mrm@rmlawpr.com
mroot@jenner.com
mseidel@willkie.com
msimonet@msglawpr.com
mstancil@robbinsrussell.com
mthibert-ind@mwe.com
mtrelles@pmalaw.com
mvazquez@lsplawpr.com
mzerjal@proskauer.com
nathan.bull@cwt.com
navarro@navarrolawpr.com
nbaker@stblaw.com
nhamerman@kramerlevin.com
nmanne@susmangodfrey.com
noguerapicon@gmail.com
nperez@tcmrslaw.com
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando1701@gmail.com
ortizcolonricardo@gmail.com
otero_and_assoc@gmail.com
pabong@reichardescalera.com
pamela.simons@lehmanholdings.com
pbentley@kramerlevin.com

NAI-1503182207v1         B–3

pdechiara@cwsny.com
peajeinfo@dechert.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@estrellallc.com
pjime@icepr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
pshalhoub@willkie.com
puertoricoteam@primeclerk.com
pwm@wbmvlaw.com
ra@calopsc.com
rachel.albanese@dlapiper.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbonilla@bspr.com
rbrady@ycst.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rgf@mcvpr.com
rgmason@wlrk.com
rgordon@jenner.com
rgordon@jenner.com
rgv@g-glawpr.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rmiranda@rmirandalex.net
robert.jossen@dechert.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
roy.purcell@scotiabank.com
rrodriguez@juris.inter.edu
rrosen@paulweiss.com
roppenheimer@omm.com
rprats@rpplaw.com
rrivera@jgl.com
salalawyers@yahoo.com
salvatore.romanello@weil.com
saultoledo22@yahoo.com
sawbacal@aol.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
serviceqa@primeclerk.com
slevine@saul.com

smalave@amgprlaw.com
smillman@stroock.com
squsba@stblaw.com
sratner@proskauer.com
steve@hbsslaw.com
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com
susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
tciantra@cwsny.com
thomas.curtin@cwt.com
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
tnegron@energia.pr.gov
tolson@gibsondunn.com
tpaterson@afscme.org
ubaldo.fernandex@oneillborges.com
USTP.Region21@usdoj.gov
vbantneroei@buchalter.com
velez.hector@epa.gov
victor.quinones@mbcdlaw.com
victorriverarios@rcrtrblaw.com
wardlaw.w.benson@usdoj.gov
wlugo@lugomender.com
wmq@wmarrerolaw.com
wmunoz@braxtonpr.com
wrieman@paulweiss.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
zsoto@reicharescalera.com
acouret@smlawpr.com
cspringer@reedsmith.com
jknox@reedsmith.com

## **Exhibit B**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Cede & Co.,<br>  as nominee of the Depositary Trust Company2<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY 10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR 00919-1149 | COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto, PR 00976 |
| COSALL<br>Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto, PR 00977 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW<br>Washington, DC 20410 |
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington, DC 20460 |

| | |
|---|---|
| EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras, PR  00926 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC  20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC  20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR  00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR  00968 | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR  00968 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR  00623 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR  00901 |
| Small business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC  20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR  00901 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano<br>Roosevelt Avenue #383<br>San Juan, PR  00917 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC  20530 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC  20044-0875 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC  20548 |

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681<br>Carolina, PR 00981-0190 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N/W/<br>11th Floor<br>Washington, D.C. 20001 |
| United States Department of Justice Civil Division<br>Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | LÓPEZ SÁNCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918 |
| The Honorable Judith G. Dein<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 | Ricardo Rosello Nevares<br>Calle Olimpo Esquina Axtmeyer PDA 11<br>Miramar<br>San Juan, PR 00911 |

| | |
|---|---|
| U.S. Department of Justice<br>20 Massachusetts Ave. N.W.<br>Washington, DC 20530<br>Attn: Cesar A. Lopez-Morales & Jean Lin | Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Attn: Sand Qusba, Bryce L. Friedman,<br>Nicholas Baker & Edward R. Linden |
| Management Board<br>40 Washington Square South<br>Office 314A<br>New York, NY 10012<br>Attn: Board Member | Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR 00936-4267<br>Attn: Office of the General Counsel |
| Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 | |

NAI-1503182207v1                              B–4

**Exhibit C**

United States District Court
Southern District of New York
Chambers of Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

NAI-1503182207v1

Case:17-03283-LTS Doc#:1713 Filed:11/08/17 Entered:11/08/17 14:21:27 Desc: Main
Document Page 11 of 11

**Exhibit C**

United States District Court
Southern District of New York
Chambers of Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

NAI-1503182207v1