UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :          PROMESA
THE FINANCIAL OVERSIGHT AND                                :          Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
     as representative of                                  :          Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO,                           :          (Jointly Administered)
et al.,                                                    :
                                                           :
     Debtors.                                              :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :          PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :          Title III
                                                           :
     as representative of                                  :
                                                           :          Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                               :
AUTHORITY (PREPA),                                         :          Court Filing Relates Only to PREPA
                                                           :
     Debtor.                                               :
-----------------------------------------------------------x
```

### INFORMATIVE MOTION OF SCOTIABANK DE PUERTO RICO, AS ADMINISTRATIVE AGENT, REGARDING NOVEMBER 13, 2017 HEARING AT 11:00 A.M. (AST)

To the Honorable United States District Judge Laura Taylor Swain:

Scotiabank de Puerto Rico ("Scotiabank"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Order Scheduling Briefing and*

-1-

*Hearing in Connection with the Urgent Motion to Appoint a Chief Transformation Officer* [Docket No. 362] (the "Scheduling Order"), and respectfully states as follows:

1. Emil A. Kleinhaus and Richard G. Mason will appear in person on behalf of Scotiabank at the Hearing (as defined in the Scheduling Order) in Courtroom 17C of the United States District Court for the Southern District of New York and will address, as necessary, the relief sought in the *Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer* [Docket No. 361].

2. Scotiabank reserves its right to respond to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III cases.

Dated: November 8, 2017

Respectfully submitted,

/s/ Nayuan Zouairabani
Nayuan Zouairabani
USDC-PR No. 226411
nzt@mcvpr.com
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936
Telephone: (787) 250-5619
Facsimile: (787) 759-9225

/s/ Richard G. Mason
Richard G. Mason (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
Kim B. Goldberg (admitted *pro hac vice*)
Angela K. Herring (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
　　　　eakleinhaus@wlrk.com
　　　　kbgoldberg@wlrk.com
　　　　akherring@wlrk.com

*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*