# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** ) | **PROMESA** |
| ) | **Title III** |
| ) | |
| **THE FINANCIAL OVERSIGHT AND** ) | **No. 17 BK 3283-LTS** |
| **MANAGEMENT BOARD FOR PUERTO RICO,** ) | |
| ) | **(Jointly Administered)** |
| ) | |
| As a representative of ) | |
| ) | |
| **THE COMMONWEALTH OF PUERTO RICO** ) | **Re: ECF No. 1604** |
| ***et al.,*** ) | |
| ) | **Hearing date:** November 15, 2017 at 9:30 a.m. |
| **Debtors.**[1] ) | (Atlantic Standard Time) |
| ) | |
| ) | |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER SCHEDULING HEARING ON THE MOTION OF THE FEE EXAMINER TO AMEND THE INTERIM COMPENSATION ORDER, INCLUDING DUE DATE AND HEARING DATE FOR INTERIM COMPENSATION

The Fee Examiner appointed in these cases files this *Informative Motion of the Fee Examiner Pursuant to Order Scheduling Hearing on the Motion of the Fee Examiner to Amend the Interim Compensation Order, Including Due Date and Hearing Date for Interim Compensation*.  In support hereof, the Fee Examiner respectfully states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On October 31, 2017, the Fee Examiner filed the *Urgent Motion of the Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation* [Dkt. No. 1594] (the "**Interim Compensation Order Motion**").

2. On November 2, 2017, the Court entered the *Order Granting the Scheduling Aspect of the Urgent Motion of the Fee Examiner to Amend the Interim compensation Order, Including Due Date and Hearing Date for Interim Compensation* [Dkt. No. 1604] setting a hearing on the motion at 9:30 a.m. (Atlantic Standard Time) on November 15, 2017 in a courtroom of the United States District Court for the Southern District of New York and by video conference in the United States District Court for the District of Puerto Rico. The Court also ordered that objections to the Interim Compensation Order Motion were to be filed no later than 5:00 p.m. (Atlantic Standard Time) on November 6, 2017. No objection has been filed.

3. On November 6, 2017, the Fee Examiner filed the *Notice of Filing of Revised First Amended Interim Compensation Order* [Dkt. No. 1648], submitting a revised proposed First Amended Interim Compensation Order reflecting certain changes to the originally filed order.

4. The Fee Examiner--Brady Williamson--and his proposed counsel, Katherine Stadler of Godfrey & Kahn, S.C., may appear in person as necessary to respond to any matters raised by the Court or to any statements made by any party in connection with the Interim Compensation Order Motion at the hearing on the Interim Compensation Order Motion in a courtroom of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New

York, NY 10007.  No additional persons representing the Fee Examiner will attend the hearing.

5. The Fee Examiner's Puerto Rico counsel, Eyck O. Lugo, may appear at the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, San Juan, PR 00918-1767, as the *pro hac vice* sponsor of the Fee Examiner and his counsel to participate in the hearing on the Interim Compensation Order Motion as necessary.

6. In the event that the Court enters the First Amended Interim Compensation Order [Dkt. No. 1648] prior to the hearing on the Motion, the Fee Examiner and his counsel will not plan to attend the hearing in person or by videoconference from Puerto Rico unless their attendance and participation is requested by the Court.

Dated this 8th day of November, 2017.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC


    s/Eyck O. Lugo
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010

*Proposed Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Proposed Counsel for the Fee Examiner*