IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 7, 2017, the *SIEMENS TRANSPORTATION PARTNERSHIP, S.E.'S INFORMATIVE MOTION REGARDING NOVEMBER 15, 2017 HEARING* [ECF No. 1686] (the "Motion") was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

hereby certifies that, on November 8, 2017, two (2) copies of the Motion was sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

**United States District Court**
**Daniel Patrick Moynihan U.S. Courthouse**
**500 Pearl St., Suite 3212**
**New York, NY 10007-1312**

and one (1) copy to the Chambers of the Hon. Judith Gail Dein at:

**United States District Court, District of Massachusetts**
**John Joseph Moakley U. S. Courthouse**
**One Courthouse Way, Suite 6420**
**Boston, MA 02210**

and one (1) copy to the U.S. Trustee for the District of Puerto Rico at:

**US Trustee for the District of Puerto Rico**
**Edificio Ochoa**
**500 Tanca Street, Suite 301**
**San Juan, P.R. 00901-1922**

[*Remainder of page intentionally left blank*]

Dated: November 8, 2017        SEPULVADO & MALDONADO, PSC

By:  /s/ *José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207
252 Ave. Ponce de León, Suite 1900
Citibank Tower San Juan, PR 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email:  jsantos@smlawpr.com
        santosmimoso@hotmail.com