# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780 (LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**INFORMATIVE MOTION OF THE GOVERNING BOARD
OF THE PUERTO RICO ELECTRIC POWER AUTHORITY
REGARDING NOVEMBER 13, 2017 HEARING AT 11:00 A.M. (AST) ON URGENT
MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO FOR ENTRY OF ORDER CONFIRMING APPOINTMENT AND
AUTHORITY OF CHIEF TRANSFORMATION OFFICER**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Governing Board of the Puerto Rico Electric Power Authority (the "Governing Board") hereby submits this informative motion in response to the Court's order, dated October 27, 2017 [Docket No. 362] (the "Scheduling Order") and respectfully states as follows:

1. Nancy A. Mitchell, David D. Cleary, and Joseph P. Davis III of Greenberg Traurig, LLP will appear in person on behalf of the Governing Board at the Hearing (as defined in the Scheduling Order) in Courtroom 17C of the United States District Court for the Southern District of New York, and address, as necessary, its opposition to the relief sought in the *Urgent Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer* [Docket No. 361], including any objections or responses thereto, as well as any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

2. The Governing Board anticipates that a total of three representatives will attend the Hearing at the United States District Court for the Southern District of New York.

WHEREFORE, the Governing Board respectfully requests that the Court take notice of the above.

Dated: November 8, 2017

/s/ Nathan A. Haynes
Nathan A. Haynes (*admitted pro hac vice*)
Nancy A. Mitchell (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: mitchelln@gtlaw.com

David D. Cleary (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: clearyd@gtlaw.com

Joseph P. Davis III (*pro hac vice pending*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02180
Phone: 617.310.6000
Fax: 617.310.6001
Email: davisjo@gtlaw.com

3