# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   PROMESA
THE FINANCIAL OVERSIGHT AND                              :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                        :
                                                         :
     as representative of                                :   Case No. 17-BK-3283 (LTS)
                                                         :
THE COMMONWEALTH OF PUERTO RICO,                         :   (Jointly Administered)
et al.,                                                  :
                                                         :
          Debtors.                                       :
                                                         :
---------------------------------------------------------x
                                                         :
In re                                                    :
                                                         :   PROMESA
THE FINANCIAL OVERSIGHT AND                              :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                        :
                                                         :
     as representative of                                :   Case No. 17-BK-04780 (LTS)
                                                         :
PUERTO RICO ELECTRIC POWER                               :   Court Filing Relates Only to PREPA
AUTHORITY (PREPA)                                        :
                                                         :
          Debtor.                                        :
---------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

  I hereby certify that, in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Third Amended Notice, Case Management and Administrative Procedures* Order (Docket No. 1512 of Case No. 17-03283 (LTS)) (the "CMP Order"), a true and exact copy of the document titled *Informative Motion of Scotiabank de Puerto Rico, as Administrative Agent, Regarding November 13, 2017 Hearing at 11:00 A.M. (AST)* filed on November 3, 2017 (Docket No. 418) by Scotiabank de Puerto Rico, as administrative agent for certain lenders (hereafter "Scotiabank"), was sent on **NOVEMBER 8th, 2017 by electronic mail upon all the parties listed in the Master Service List, and by U.S. mail, upon all the Standard Parties listed in the CMP Order**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 8th day of November, 2017.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5619
Facsimile:  787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

By: *s/Nayuan Zouairabani*
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com