UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER REGARDING THE NEW YORK COURTROOM LOCATION OF
THE NOVEMBER 15-16, 2017 OMNIBUS HEARING

Beginning **at 9:30 a.m**. (Atlantic Standard Time)[2] **November 15, 2017,** the Court will conduct an omnibus hearing on certain motions in the above-captioned cases, as well as an initial pretrial conference in a related adversary proceeding (collectively, the "November Omnibus Hearing").

The Omnibus Hearing will be conducted in **Courtroom 17C**[3] of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Counsel are reminded that there is now a difference between Atlantic Standard Time and Eastern Standard Time. The proceedings will begin at 8:30 a.m. Eastern Time.

[3] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location. Courtroom 26B will be available for overflow seating.

at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

   Due to space limitations in Courtroom 17C, seating in the main courtroom can only be guaranteed for four representatives of the Oversight Board, four representatives of AAFAF, and <u>two</u> representatives of each other party in interest that has filed an Informative Motion indicating an intent to speak. Limited press seating will also be available in the main courtroom. The courtroom will be opened for seating beginning at 8:00 a.m. New York time. Overflow seating will be available in Courtroom 26B.

   An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by November 13, 2017, in accordance with the Third Amended Case Management Procedures. Parties who wish to be heard in connection with a particular motion should confer in advance as to allocation of the time provided by the agenda, leaving at least 10 minutes for the Court's ruling as to any disputed item, and must inform the Courtroom Deputy of the agreed allocation upon arrival at Courtroom 17C.

   Attendees are reminded that those in attendance in the main courtroom are to refrain from wearing cologne or perfume.

   SO ORDERED.

Dated: November 8, 2017

                  /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  United States District Judge