**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>　　　Debtors. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### APPLICATION FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

**COMES NOW**, Kelly McDonald, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Shearman & Sterling, LLP. Her contact information is the following:

   - Office Address: 9 Appold Street, London EC2A 2AP
   - email: Kelly.McDonald@shearman.com
   - Telephone No. 44 20 7655 5584
   - Fax No. 44 20 7655 5298

2. Applicant will sign all pleadings with the name Kelly McDonald.

3. Applicant has been retained personally or as a member of the above-named firm by EcoEléctrica, L.P. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since July 16, 2008, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where applicant regularly practices law. Applicant's bar license number is 4622189.

5. Since May 5, 2010, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Texas, where applicant regularly practices law. Applicant's bar license number is 24072232.

6. Applicant has been admitted to practice before the following court:

- U.S. District Court, Southern District of New York

7. Since 2009, applicant is a member in good standing of the bar of the court listed in paragraph 5.

8. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, applicant has never filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with applicant in this matter is:

- Paúl A. Rodríguez
- USDC-PR Bar No. 300008
- Address: International Marketing Center, 100 Carr. 165, Tower I, Suite 404, Guaynabo, PR 00968
- Email: prodriguez@prvlaw.com
- Telephone No. 787-622-6999
- Fax No. 787-622-6996

12. Applicant has read the local rules of this court and will comply with same.

13. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 9, 2017

s/ Kelly McDonald
Kelly McDonald

**I HEREBY CERTIFY**, pursuant to Local Rule 83.A(f), that I consent to the designation of local counsel of record for all purposes.

Date: November 9, 2017

s/ Paúl A. Rodríguez
Paúl A. Rodríguez

**I HEREBY CERTIFY** that I have served a true and correct copy of this document upon each attorney of record and upon the Clerk of Court through the ECF system accompanied by a $300.00 *pro hac vice* admission fee.

s/ Paúl A. Rodríguez
Paúl A. Rodríguez

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors. | PROMESA<br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ORDER

The Court, having reviewed the above application for Admission *Pro Hac Vice*, orders that

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this ____ day of _____, 2017.

<br>

                                                                                              United States District Judge