IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | Title III<br>No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

**INFORMATIVE MOTION OF MUNICIPALITY OF SAN SEBASTIAN AND PBJL ENERGY CORPORATION REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF NOVEMBER 13, 2017 HEARING**

**TO THE HONORABLE COURT:**

COME NOW the Municipality of San Sebastian and PBJL Energy Corporation, through its undersigned attorney hereby submits this informational motion in response to this Court's *Order Scheduling Briefing and Hearing in Connection with the Urgent Motion to Appoint a Chief Transformation Officer* (Dkt. No. 362), and respectfully states as follows:

1. John E. Mudd will appear on behalf of the Trustee at the November 13, 2017 hearing and will appear in person in Courtroom 17C of the United States District Court for the Southern

District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Mr. Mudd will not present argument as to the aforementioned Urgent Motion.

2. The Municipality of San Sebastian and PBJL Energy Corporation, however, also appears to respond to any statements made by any party in connection with the above-captioned Title III cases or any adversary proceedings currently pending in the above-captioned Title III case.

WHEREFORE: the Municipality of San Sebastian and PBJL Energy Corporation respectfully request from the Honorable Court that it take notice of this motion.

Respectfully submitted on this 8th of November, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com