IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |
| ASOCIACION DE SALUD PRIMARIA DE PUERTO RICO, INC. CENTRO DE MEDICINA FAMILIAR JULIO PALMIERI FERRI, INC. HOSPITAL GENERAL CASTAÑER, INC., CIALES PRIMARY HEALTH CENTER, INC., CORPORACION DE SERVICIOS MEDICOS PRIMARIOS Y PREVENCIÓN DE HATILLO, INC., CORPORACION DE SERVIUCIOS INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS, COMERIO, COROZAL, NARANJITO AND OROCOVIS, CENTRO DE SALUD DE LARES, INC., | PROMESA<br>Title III<br>No. Civil No. 17-2027 |

CONCILIO DE SALUD INTEGRAL DE LOIZA,
INC., MIGRANT HEALTH CENTER, INC.,
MOROVIS COMMUNITY HEALTH CENTER,
INC., CENTRO DE SERVICIOS PRIMARIOS
DE SALUD DE PATILLAS, INC., CONSEJO DE
SALUD DE LA COMUNIDAD DE LA PLAYA
DE PONCE, RINCON HEALTH CENTER, INC.,
JUNTA DEL CENTRO DE SALUD COMUNAL
DR. JOSE S. BELAVAL, INC.

Plaintiffs,

v.

COMMONWEALTH OF PUERTO RICO, DR.
JOHNNY RULLAN, SECRETARY OF
HEALTH, WILLIAM GONZALEZ, DIRECTOR
OF THE OFFICE OF MEDICAL ASSISTANCE
OF  PUERTO RICO, HEALTH INSURANCE
ADMINISTRATION OF PUERTO RICO;
MUNICIPALITY OF SAN JUAN

Defendants

**INFORMATIVE MOTION AS TO THE APPEARANCE OF THE CORPORACIÓN DE
SERVICIOS INTEGRALES DE SALUD DEL AREA DE BARRANQUITAS,
COMERÍO, COROZAL, NARANJITO Y OROCOVIS AND THE MUNICIPALITY OF
SAN SEBASTIAN REGARDING PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF NOVEMBER 13, 2017 HEARING**

**TO THE HONORABLE COURT:**

COME NOW the Municipality of San Sebastian and , through its undersigned attorney
hereby submits this informational motion in response to this Court's *Order Scheduling Briefing
and Hearing in Connection with the November 15-16 Hearings*, and respectfully states as
follows:

1. John E. Mudd will appear on behalf of the Trustee at the November 13, 2017 hearing
and will appear in person in Courtroom 17C of the United States District Court for the Southern
District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY
10007. Mr. Mudd will present argument as to Adversary Proceeding 17-2027 with regard to

2. The Municipality of San Sebastian and Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, however, also appear to respond to any statements made by any party in connection with the above-captioned Title III cases or any adversary proceedings currently pending in the above-captioned Title III case.

WHEREFORE: the Municipality of San Sebastian and Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis respectfully requests from the Honorable Court that it order the parties to consult with it in any future motion.

Respectfully submitted on this 8th day of November, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com