## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>      Debtors. | PROMESA<br><br>TITLE III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 et seq., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Shearman & Sterling, LLP and PRV Law Office hereby enter their appearance in the above-captioned Title III cases (the "Title III Cases"), as co-counsel to EcoEléctrica, L.P.

**PLEASE TAKE FURTHER NOTICE** that EcoEléctrica, L.P., as a party in interest hereto, requests that all notices and papers filed or entered in the Title III Cases and all papers served or required to be served in the Title III Cases be given to and served upon it through the undersigned counsel identified below at the following addresses and further requests to be added to any master service list, or any other similar notice list applicable to the Title III Cases:  Fredric Sosnick, Esq., Kelly McDonald, Esq., Shearman & Sterling, LLP,  599 Lexington Avenue, New York, NY 10022, Telephone: (212) 848-4000, Facsimile: (646) 848-8571, Email: FSosnick@Shearman.com, Kelly.McDonald@Shearman.com; Paúl  A. Rodríguez, Esq., PRV Law Office, International Marketing Center, 100 Carr. 165, Tower I, Suite 404, Guaynabo, Puerto Rico  00968,  Telephone: (787) 622-6999, Facsimile: (787) 622-6996, Email: prodriguez@prvlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in PROMESA, the Bankruptcy Code, and the Bankruptcy Rules, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading, or request whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned Title III Cases and any proceedings therein, all of which are to be sent to the attorneys listed above.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of the rights of EcoEléctrica, L.P. (or any of its members) (i) to trial by jury in any proceeding so triable in the Title III Cases or any case,

controversy, or proceeding related to the Trial III Cases; and (ii) to any other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which EcoEléctrica, L.P. (or any of its members) is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, recoupments and remedies are expressly reserved.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, November 9th, 2017.

**PRV LAW OFFICE**
Centro Internacional de Mercadeo
100 Carr. 165, Torre I, Oficina 404
Guaynabo, Puerto Rico 00968
www.prvlaw.com
Tel: 787-299-5118
787-622-6999

/s/ Paúl A. Rodríguez Vélez
Paúl A. Rodríguez Vélez (local counsel)
USDC-PR No. 300008
prodriguez@prvlaw.com

**SHEARMAN & STERLING LLP**

/s/ Fredric Sosnick

Fredric Sosnick (admitted *pro hac vice*)
Kelly McDonald (admitted *pro hac vice*)

599 Lexington Avenue
New York, NY  10022
Telephone:  (212) 848-4000
Facsimile:  (646) 848-8571

*Counsel to EcoEléctrica, L.P.*

3