UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                        PROMESA
                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,           (Jointly Administered)
et al.,

      Debtors.[1]

------------------------------------------------------------x

In re:                                                        PROMESA
                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                              No. 17 BK 4780-LTS

PUERTO RICO ELECTRIC POWER
AUTHORITY,

      Debtor.

------------------------------------------------------------x

ORDER REGARDING PROCEDURES
FOR PERMISSION TO BRING PERSONAL ELECTRONIC DEVICES OR GENERAL PURPOSE COMPUTING
DEVICES TO THE NOVEMBER 13, 2017 HEARINGS AND NOVEMBER 15-16, 2017 OMNIBUS HEARING

      On November 13, 2017, the Court will conduct hearings in connection with the
following matters: (1) *Urgent Motion of Financial Oversight and Management Board for Puerto
Rico for Entry of Order Confirming Appointment and Authority of Chief Transformation Officer*
(Docket Entry No. 414 in Case No. 17-4780); and (2) *Urgent Motion of Official Committee of
Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing*

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

*Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing*. (Docket Entry No. 364 in Case No. 17-4780.)

On November 15-16, 2017, the Court will conduct an omnibus hearing as previously scheduled in accordance with the Third Amended Case Management Procedures.

Counsel seeking to bring electronic devices into the courtroom for the **November 13, 2017** hearings must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **4:00 p.m. (Atlantic Standard Time) on November 9, 2017**. Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")).

Counsel seeking to bring electronic devices into the courtroom for the **November 15-16, 2017** hearings must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **4:00 p.m. (Atlantic Standard Time) on November 13, 2017**. Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")).

Counsel are reminded that a separate request is required for each court appearance date.

SO ORDERED.

Dated: November 9, 2017

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge