In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn:  Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn:  Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez | smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Aguirre Offshore Gasport, LLC | Aguirre Offshore Gasport, LLC | c/o Excelerate Energy Limited Partnership | daniel.bustos@excelerateenergy.com |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 | American Federation of State, County and Municipal Employees | Attn:  Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | | andreslopecordova@gmail.com<br>acordova@juris.inter.edu |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Angélica Toro-Lavergne | | Angelica.Toro@popular.com |
| Counsel to Marathon Asset Management, LP, Solus Alternative Asset Management LP, SOLA Ltd, Solus Opportunities Fund 5 LP, & Ultra Master LTD | Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen & Jose L. Ramirez-Coll | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Arroyo & Rios Law Offices, PSC | Attn:  Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR, LLC | Autopistas de PR,  LLC | Attn:  Xavier Carol | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR,  LLC | Attn:  Xavier Carol | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn:  Julian Fernandez | julian.fernandez@metropistas.com |

In re:  **The Commonwealth of Puerto Rico,** *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn:  Julian Fernandez | julian.fernandez@metropistas.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Banco Santander Puerto Rico | Attn:  Rafael Bonilla Rodriguez | rbonilla@bspr.com |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg, LLP | Attn:  David M. Powlen | david.powlen@btlaw.com |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | Belk & Grovas Law Offices | Attn:  James Belk-Arce & Carlos J. Grovas-Porrata | belkgrovas@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org |
| Counsel to the QTCB Noteholder Group | Bracewell, LLP | Attn:  Kurt Mayr, Daniel Connolly & David Lawton | kurt.mayr@bracewell.com daniel.connolly@bracewell.com david.lawton@bracewell.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn:  Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc., Plaintiff in Adversary Proceeding 17-00197 | Bufete Emmanuelli, CSP | Attn:  Yasmin Colon Colon & Rolando Emmanuelli Jiménez | colonyasmin@hotmail.com remmanuelli@me.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn:  Christopher R. Maddux & J. Mitchell Carrington | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn:  Jason W. Callen | jason.callen@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn:  Martin Sosland, Esq. | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn:  Stanford G. Ladner | stan.ladner@butlersnow.com |

In re:  **The Commonwealth of Puerto Rico**, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn:  Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais & Nathan Bull | howard.hawkins@cwt.com mark.ellenberg@cwt.com ellen.halstead@cwt.com thomas.curtin@cwt.com casey.servais@cwt.com NATHAN.BULL@CWT.COM |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft, LLP | Attn:  Mark Ellenberg, Esq. | mark.ellenberg@cwt.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo | Adiaz@cnrd.com Kbolanos@cnrd.com |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC) | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | jf@cardonalaw.com |
| Caribbean Hospital Corporation | Caribbean Hospital Corporation | | delapena.sylvia@gmail.com |
| Counsel to Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn:  Carlos C. Alsina Batista | calsina@prquiebra.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Carlos Fernandez-Nadal, Esq. | | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn:  Carlos M. Vergne Vargas | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn:  Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | hburgos@cabprlaw.com rcasellas@cabprlaw.com dperez@cabprlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Casillas, Santiago & Torres, LLC | Attn:  Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com dbatlle@cstlawpr.com aaneses@cstlawpr.com emontull@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn:  Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn:  Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | ltorres@cstlawpr.com AAneses@cstlawpr.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade Puerto Rico | Charles A. Cuprill, PSC, Law Offices | Attn:  Charles A. Cuprill–Hernández | ccuprill@cuprill.com |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn:  Eduardo J. Cobián Roig | eduardo@cobianroig.com |
| Intervenor in Adversary Proceeding 17-00250 | Cohen, Weiss and Simon LLP | Attn:  Hiram M. Arnaud | harnaud@cwsny.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon, LLP | Attn:  Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn:  Eng. José López | jlopez@constructorasantiago.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management, LP, OZ Management LP, OZ Management II, LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, PSC | Attn:  Roberto Abesada-Agüet and Sergio E. Criado | ra@calopsc.com<br>scriado@calopsc.com |
| Counsel to Autonomous Municipality of Ponce | Cuprill Law Offices | Attn:  Carlos Fernandez-Nadal, Esq | carlosfernandez@cfnlaw.com |
| Counsel to Autonomous Municipality of Ponce | Cuprill Law Offices | Attn:  Hector R. Cuprill, Esq | cuprislaw@yahoo.com |
| Counsel to PFZ Properties, Inc. | David Carrion Baralt | | davidcarrionb@aol.com |
| Counsel to Administración De Seguros De Salud De Puerto Rico | De Diego Law Offices, PSC | Attn:  William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Debevoise & Plimpton, LLP | Attn:  My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn:  Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | allan.brilliant@dechert.com<br>robert.jossen@dechert.com<br>andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn:  G. Eric Brunstad, Jr. | eric.brunstad@dechert.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn:  Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |

In re:  **The Commonwealth of Puerto Rico,** *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Delgado & Fernandez, LLC | Attn:  Alfredo Fernandez Martinez | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn:  Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn:  Raúl Castellanos Malavé | rcastellanos@devconlaw.com |
| Counsel to Voz Activa, Inc. | Diaz Soto Law Office | Attn:  Ricardo L. Díaz Soto | diazsotolaw@gmail.com |
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico), LLC | Attn:  Jose A. Sosa-Llorens | jose.sosa@dlapiper.com |
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper, LLP (US) | Attn:  Richard A. Chesley | richard.chesley@dlapiper.com |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper, LLP (US) | Attn:  Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | Edgardo Barreto Law Office | Attn:  Edgardo Barreto-Pagan | edgardo_barreto@yahoo.com |
| Federal Agency | Environmental Protection Agency (EPA) | Attn:  Mark Gallagher | mark.gallagher@usdoj.gov |
| Counsel to Autonomous Municipality of Ponce | Estrella, LLC | Attn:  Alberto G. Estrella & Paul Hammer | agestrella@estrellallc.com phammer@estrellallc.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn:  Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com clarisasola@hotmail.com |

In re:  **The Commonwealth of Puerto Rico,** *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn:  Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Faegre Baker Daniels, LLP | Attn:  Robert L. Schnell & Michael B. Fisco | robert.schnell@faegrebd.com<br>pjime@icepr.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Feldesman Tucker Leifer Fidell, LLP | Attn:  James L. Feldesman | jfeldesman@FTLF.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | Fernández, Collins, Cuyar & Plá | Attn:  Juan A. Cuyar Cobb, Esq. | jcc@fclawpr.com<br>vperez@globalinsagency.com |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn:  Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Interested Party | Ferrovial Agroman, SA | Attn:  Eng. Nassin E. Tactuk Diná | n.tantuk@ferrovial.com |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn:  Juan C. Fortuño Fas | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn:  Francisco R. González-Colón | bufetefrgonzalez@gmail.com |
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc., PSC | Attn:  Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq. | fperez@fpglaw.com<br>jblanco@fpglaw.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis, & Fernando O. Zambrana Aviles, Esq. | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>fernando@cszlawpr.com |

In re:  **The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | Garay Massey Law Office | Attn: Juan Carlos Garay Massey | juans@prtc.net |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn:  William Marrero Quiñones | wmq@wmarrerolaw.com |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Gibson, Dunn & Crutcher, LLP | Attn:  Theodore B. Olson, Matthew D. McGill, Helgi C. Walker, Lochlan F. Shelfer & Jeremy M. Christiansen | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Godreau & Gonzalez | Attn:  F. David Godreau Zayas & Rafael A. Gonzalez Valiente | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn:  Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| Counsel to Ms. Marcia Gil Caraballo | Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | Jnieves@gonzalezmunozlaw.com |
| Counsel to Aafaf | Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton | Mitchelln@gtlaw.com<br>Clearyd@gtlaw.com<br>Huttonj@gtlaw.com<br>Haynesn@gtlaw.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Hagens Berman Sobol Shapiro LLP | Attn: Elizabeth A. Fegan & Mark T. Vazquez | beth@hbsslaw.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn:  Fernando L. Rodriguez Mercado | hernandezrodriguezlaw@gmail.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Hogan Lovells US, LLP | Attn:  Robin E. Keller, Esq. | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn:  Jesús E. Cuza | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn:  John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | Honorable Rosanna López León | | mvega@senado.pr.gov |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, PSC | Attn:  David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | claudia.quinones@indianowilliams.com david.indiano@indianowilliams.com leticia.casalduc@indianowilliams.com |
| IRS Insolvency Section | Internal Revenue Service | Attn:  Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn:  Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Insolvency Unit | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Ismael Marrero Rolon | Attn:  Jane Becker Whitaker | janebeckerwhitaker@gmail.com |
| Juan E. Noguera, COFINA Bond Credtior | JE Noguera, G Picón & Associates | Attn:  Juan E. Noguera | noguerapicon@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn:  Catherine Steege & Melissa Root | csteege@jenner.com mroot@jenner.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn:  Robert Gordon & Richard Levin | rgordon@jenner.com rlevin@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn:  Andrés F. Picó Ramírez & J. Ramón Rivera Morales | rrivera@jgl.com apico@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn:  Bruce Bennett | bbennett@jonesday.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | jpsala_pr@yahoo.com salalawyers@yahoo.com |
| Counsel to Del Valle Group, SP | Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | Jose Luis Barrios-Ramos | | barrios.jl@outlook.com |

In re:  **The Commonwealth of Puerto Rico,** *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to WorldNet Telecommunications, Inc. | José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | jwc@jwcartagena.com |
| Counsel to the Municipality of Guayanilla | JRAF Law Firm, PSC | Attn:  Juan P. Rivera Roman | riveraroman@hotmail.com |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | JRJ Consultants & Legal Advisors, LLLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | Juan A. Hernández Rivera, Esq. | | juan@jahrlaw.com |
| Counsel to Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Juan Ramón Rivera Font, Esq. | Attn:  Juan Ramón Rivera Font, Esq. & Ramón A. Cestero, Jr., Esq. | lourdes@riverafont.com juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Kasowitz Benson Torres, LLP | Attn:  Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | Kdavid@kasowitz.com Dfliman@kasowitz.com Isasson@kasowitz.com |
| Counsel to Bettina Whyte, the COFINA Agent | Klee, Tuchin, Bogdanoff & Stern, LLP | Attn:  Kenneth N. Klee, Daniel J. Bussel, & Jonathan M. Weiss | kklee@ktbslaw.com dbussel@ktbslaw.com jweiss@ktbslaw.com |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn:  Angel Perez & Luisette Negron | aperez@kpmg.com Lnegron@kpmg.com |

**In re: The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com |
| Counsel to Instituto De Competitividad Y Sostenibilidad Economica De Puerto Rico (ICSE) | Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | andres@awllaw.com |
| Counsel to the Government Development Bank for Puerto Rico | Law Offices of Giselle López Soler | Attn: Giselle López Soler | gls@lopezsolerlaw.com |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian,  the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, and Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |
| Counsel to Del Valle Group, SP | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | rrodriguez@juris.inter.edu |
| Interested Party | Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and A&S Legal Studio, PSC | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn:  Thomas Hommel,  Abhishek Kalra & Pamela Simons | thomas.hommel@lehmanholdings.com pamela.simons@lehmanholdings.com abhishek.kalra@lehmanholdings.com |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn:  Alexandra Verdiales | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn:  Adrián R. Linares Palacios | alinares2020@yahoo.com |
| Counsel to Cooperativa de Ahorro y Crédito de | Lugo Mender Group, LLC | Attn:  Wigberto Lugo Mender, Esq. | wlugo@lugomender.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn:  Luis R. Lugo Emanuelli | lawlugo1@gmail.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | mmercado@mercado-echegaray-law.com margaritalmercado@gmail.com |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | | mevicens@yahoo.com |
| Counsel to Centro Del Sur Mall, LLC | María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Counsel to 65 Infanteria Shopping Center, LLC | María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Counsel to US Bank National Association as Indenture Trustee | Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq. | Clark.whitmore@maslon.com Brian.klein@maslon.com Jason.reed@maslon.com Ana.chilingarishvili@maslon.com |
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc. | McConnell Valdés, LLC | Attn:  Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com aaa@mcvpr.com rgf@mcvpr.com ezm@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc. | McConnell Valdés, LLC | Attn:  Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com aaa@mcvpr.com rgf@mcvpr.com ezm@mcvpr.com |

In re:  **The Commonwealth of Puerto Rico**, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn:  William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | wsmith@mwe.com jkapp@mwe.com mthibert-ind@mwe.com ksheehan@mwe.com |
| Counsel to Luis Modesto Rodríguez Rivera, Juan Alberto Santiago Meléndez, César Caminero Ramos | Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn:  Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | ddunne@milbank.com aleblanc@milbank.com amiller@milbank.com gmainland@milbank.com |
| Counsel to Peaje Investments, LLC and Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn:  Dora L. Monserrate Peñagarícano, Ricardo R. Lozada - Franco, Miguel Simonet-Sierra & Fernando J. Gierbolini-González | dmonserrate@msglawpr.com rlozada@msglawpr.com fgierbolini@msglawpr.com msimonet@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn:  Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com victor.quinones@mbcdlaw.com ivan.llado@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn:  Ramón E. Dapena, Iván J. Llado & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com ivan.llado@mbcdlaw.com victor.quinones@mbcdlaw.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee | JPeck@mofo.com GLee@mofo.com |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn:  Jaime Brugueras | jbrugue@mbbclawyers.com |
| Counsel to Bettina Whyte, the COFINA Agent | Navarro-Cabrer Law Offices | Attn:  Nilda M. Navarro-Cabrer | navarro@navarrolawpr.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | Attn:  Miguel A. Nazario, Jr., Esq. | man@nblawpr.com |
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges, LLC | Attn:  Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | hermann.bauer@oneillborges.com daniel.perez@oneillborges.com ubaldo.fernandez@oneillborges.com Carla.garcia@oneillborges.com |
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn:  Rafael V. Olivieri-Geigel, Esq. | lawrog@gmail.com |

In re:  **The Commonwealth of Puerto Rico**, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn:  Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com<br>apavel@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn:  John J. Rapisardi, Esq., Suzzane Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn:  M. Randall Oppenheimer | roppenheimer@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn:  Madhu Pocha | mpocha@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn:  Peter Friedman | pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | Orlando Fernández Law Offices | Attn:  Orlando Fernández | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | | orlando1701@gmail.com |
| Counsel to Universidad Central del Caribe, Inc. | Oscar Gonzalez Badillo | | gonzalezbadillo@gmail.com |
| Counsel to Samuel Rodriguez Claudio | Otero and Associates | Attn: George Otero Calero | Otero_and_assoc@hotmail.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn:  Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn:  Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com |
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn:  Gerardo Pavía Cabanillas | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments, LLC | c/o National Corporate Research, Ltd. | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez, Interested Party | Pedro A. Vargas-Fontánez | | pevarfon@gmail.com |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn:  Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn:  Ana M. del Toro Sabater, Esq. | adtoro@pico-blanco.com |
| Counsel to the Government Development Bank for Puerto Rico | Pietrantoni Méndez & Alvarez LLC | Attn:  Oreste R. Ramos & María D. Trelles Hernández | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Claims Agent | Prime Clerk, LLC | Attn:  Christopher Schepper | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn:  Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman & Chirs Theodoridis | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>ctheodoridis@proskauer.com |
| Consel to the Puerto Rico Energy Commission | Puerto Rico Energy Commission | Attn: Tania M. Negrón Vélez & Alejandro J. Figueroa Ramírez | tnegron@energia.pr.gov<br>afigueroa@energia.pr.gov |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn:  Gerardo J. Portela & Franco Mohammad Yassin, Esq. | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | Attn:  Francisco J. Silva | fsilva@claropr.com |
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn:  Susheel Kirpalani, Esq., Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, and Brant Duncan Kuehn | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Carmen Rodriguez Colon | RB Law Offices | Attn:  Enid S. Rodriguez-Binet | erb@rodriguezbinetlaw.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn:  C. Neil Gray, David M. Schlecker | cgray@reedsmith.com<br>dschlecker@reedsmith.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn:  Eric A. Schaffer & Luke A. Sizemore | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn:  Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer, Andrew Soven & Jennifer Knox | cspringer@reedsmith.com<br>jknox@reedsmith.com |
| Counsel to the COFINA Senior Bondholders | Reichard & Escalera | Attn:  Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Zarel J. Soto Acaba, and Gustavo A. Pabón Rico | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com<br>zsoto@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn:  Maria E. Picó | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | Rexach Hermanos, Inc. | Attn:  Paul R. Cortes-Rexach | prcr@mcvpr.com |
| Counsel to Milagros Méndez Arvelo and Maritza Nieves Torres | Ricardo L. Castillo Filippetti, Esq. | | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Counsel to Management Consultants & Computer Services. Inc. | Ricardo L. Ortiz-Colón, Esq. | | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn:  Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Rivera Tulla & Ferrer, LLC | Attn:  Eric A. Tulla & Iris J. Cabrera-Gómez | etulla@riveratulla.com<br>icabrera@riveratulla.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn:  Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Ariel N. Lavinbuk, Donald Burke, Lanora C. Pettit & Joshua S. Bolian | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Rochelle McCullough, LLP | Attn:  Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | buzz.rochelle@romclaw.com<br>kdm@romclaw.com |
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481 | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Rodriguez Marxuach Law Offices, PSC | Attn:  Miguel J. Rodriguez-Marxuach | mrm@rmlawpr.com |
| Counsel to Fideicomiso Hernandez Castrodad | Rosendo E. Miranda López, Esq. | | r.miranda@rmirandalex.net |
| Counsel to Gila, LLC | RPP Law, PSC | Attn:  Roberto L. Prats, Esq. | rprats@rpplaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates, PSC | Attn:  Juan C. Salichs and Edna M. Tejeda-Oyola | jsalichs@splawpr.com<br>etejeda@splawpr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Asset Management, LLC | Attn:  Frank Serra | fserra@sampr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Securities, LLC | Attn:  James Vannah | jvannah@santandersecurities.com |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | Saul Ewing, LLP | Attn:  Sharon L. Levine & Dipesh Patel | slevine@saul.com<br>dpatel@saul.com |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque | Roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Scotiabank De Puerto Rico | Scotiabank Plaza | Rgf@mcvpr.com |

In re:  The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn:  Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn:  Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn:  Eric Perez Ochoa | epo@amgprlaw.com |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Aurivette Deliz Delgado | adeliz@smlawpr.com |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, & Albéniz Couret Fuentes | jsantos@smlawpr.com<br>anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Shindler Anderson & Goplerud, P.C. | Attn: J. Barton Goplerud & Andrew Howie | jbgoplerud@sagwlaw.net<br>ahowie@sagwlaw.net |
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden | squsba@stblaw.com<br>bfriedman@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com |
| Counsel to Vitol Inc. and Vitol S.A. | Skadden, Arps, Slate, Meagher & Floam LLP | Attn: Jay M. Goffman, Mark A. McDermott | Jay.goffman@skadden.com<br>mark.mcdermott@skadden.com |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn:  Paul R. Glassman | pglassman@sycr.com |
| Counsel to American Federation of Teachers, AFL-CIO | Stroock & Stroock & Lavan, LLP | Attn:  Curtis C. Mechling & Sherry Millman | cmechling@stroock.com<br>smillman@stroock.com |
| Counsel to Vitol Inc. | Susman Godfrey LLP | Attn: Neal S. Manne, Michael C. Kelso | nmanne@susmangodfrey.com<br>mkelso@susmangodfrey.com |
| Counsel to Tamrio, Inc. | Tamrio, Inc. | Attn:  Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com |
| TEC General Contractors, Corp. | TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Saultoledo22@yahoo.com |
| Counsel to Vitol S.A. | The Law Offices of Andres W. Lopez, P.S.C. | Attn:  Andres W. Lopez | andres@awllaw.com |
| Counsel to Mutual Fund Group and Oppenheimer Funds and the Ad Hoc Group of PREPA Bondholders | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |

**In re:  The Commonwealth of Puerto Rico, *et al.***

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Cesar Castillo, Inc. & Roche Diagnostics Corporation | Totti & Rodríguez Díaz, PSC, | Attn:  Daniel Molina López, Esq. & Hernando A. Rivera, Esq. | dml@trdlaw.com<br>har@trdlaw.com |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Cesar A. Lopez-Morales & Jean Lin | Cesar.a.lopez-morales@usdoj.gov<br>Jean.lin@usdoj.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn:  Héctor Vélez Cruz, Associate Regional Counsel | velez.hector@epa.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn:  Mark A. Gallagher | mark.gallagher@usdoj.gov |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | US Department of Justice | Attn:  Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn:  Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | USTP.Region21@usdoj.gov |
| Counsel to Cooperativa de Seguros Múltiples de Puerto Rico | Valdes Ortiz Law Offices, PA | Attn:  Hector E. Valdes Ortiz | hvaldes@v-olaw.com |
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | Viñas Law Office, LLC | Attn:  Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Brian Bolin, Esq., Kim B. Goldberg, Esq., Angela K. Herring, Esq. | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>Bbolin@wlrk.com<br>KBGoldberg@wlrk.com<br>AKHerring@wlrk.com |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn:  Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, Salavtore A. Romanello, & Gregory Silbert | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>salvatore.romanello@weil.com<br>gregory.silbert@weil.com |

In re:  **The Commonwealth of Puerto Rico**, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Email)

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Elias Sánchez-Sifonte | Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |
| Counsel to Doral Financial Corporation | White & Case, LLP | Attn:  Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn:  Glenn M. Kurtz & John K. Cunningham | gkurtz@whitecase.com<br>jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Jason N. Zakia & Cheryl Tedeschi Sloane | jzakia@whitecase.com<br>csloane@whitecase.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Counsel to Bettina Whyte, the COFINA Agent | Willkie Farr & Gallagher, LLP | Attn:  Matthew A. Feldman, Joseph G. Minias, Martin L. Seidel, James C. Dugan, Jeffrey B. Korn, Tariq Mundiya, Paul V. Shalhoub, & Antonio Yanez, Jr. | mfeldman@willkie.com<br>jminias@willkie.com<br>mseidel@willkie.com<br>jdugan@willkie.com<br>jkorn@willkie.com<br>tmundiya@willkie.com<br>pshalhoub@willkie.com<br>ayanez@willkie.com |
| Counsel to KDC Solar, LLC | Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | JLawlor@wmd-law.com |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Young Conaway Stargatt & Taylor, LLP | Attn:  James L. Patton, Robert S. Brady, & John T. Dorsey | jpatton@ycst.com<br>rbrady@ycst.com<br>jdorsey@ycst.com |

In re:  The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
(Sent by Mail)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| A&S Legal Studio, PSC | A&S Legal Studio, PSC | Attn:  Legal Department | 434 Avenida Hostos | | San Juan | PR | 00918 |
| Federal Agency | AmeriCorps | Attn:  Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn:  Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Counsel to Asociación de Profesoras y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 |
| Del Valle Group, SP | Del Valle Group, SP | Attn. Humberto Reynolds, President, Del Valle Group, S.P., | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | Apartado 9020192 | | | San Juan | PR | 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn:  Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn:  Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Federal Agency | Department of Homeland Security (DHS) | Attn:  John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn:  Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| Federal Agency | Department of Human and Health Services | Attn:  Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn:  Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn:  Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn:  David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Federal Agency | Economic and Statistics Administrations | Attn:  Brad Burke | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | Federal Communications Commission (FCC) | Attn:  Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| Federal Agency | Federal Emergency Management Agency (FEMA) | Attn:  Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |
| Financial Oversight and Management Board | Financial Oversight and Management Board | Attn:  Professor Arthur J. Gonzalez, FOMB Board Member | 40 Washington Square South | Office 314A | New York | NY | 10012 |
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc., PSC | Attn:  Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq. | PO Box 193729 | | San Juan | PR | 00919-3729 |
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 |
| Counsel to PFZ Properties, Inc. | Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime Rodríguez Avilés, Interested Party | Jaime Rodríguez Avilés | | P.O. Box 347 | | Yauco | PR | 00698 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn:  Rafael M. Santiago-Rosa & Vanessa Medina-Romero | PO Box 190095 | | San Juan | PR | 00919-0095 |
| Debtors | Puerto Rico Electric Power Authority | Attention: Office Of The General Counsel | P.O. Box 364267 | | San Juan | PR | 00936-4267 |

In re:  **The Commonwealth of Puerto Rico**, *et al.*

Master Service List

Case No. 17-03283 (LTS)

(Sent by Mail)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn:  Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| Ricardo Rosello Nevares, Defendant in Adversary Proceeding 17-00250 | Ricardo Rosello Nevares | Through the Secretary of Justice | Calle Olimpo Esquina Axtmeyer PDA. 11 | Miramar | San Juan | PR | 00911 |
| Federal Agency | Small Business Administration (SBA) | Attn:  Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn:  Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| Debtors | The Commonwealth of Puerto Rico | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |
| Members of Creditor's Committee | Unitech Engineering | Attn:  Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn:  Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn:  Matthew J. Troy | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn:  Jonathan E. Jacobson | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Federal Agency | US Army Corps of Engineers | Attn:  Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn:  Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Federal Agency | US Department of Agriculture | Attn:  Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| Federal Agency | US Department of Commerce | Attn:  Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| Federal Agency | US Department of Education (ED) | Attn:  Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| Federal Agency | US Department of Health and Services | Attn:  Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| Federal Agency | US Department of Justice (DOJ) | Attn:  Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn:  Alexander R. Acosta | Office of the Solicitor, N-2700 | Frances Perkins Building, 200 Constitution Ave | Washington | DC | 20210 |