**Hearing Date**: November 13, 2017 at 1:30 p.m. (Atlantic Standard Time)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
     as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
     Debtors.[1] :
----------------------------------------------------------------------x
In re: :
: Adv. Proc. No. 17-BK-4780
THE FINANCIAL OVERSIGHT AND MANAGEMENT : (LTS)
BOARD FOR PUERTO RICO, :
:
     as representative of :
:
PUERTO RICO ELECTRIC POWER AUTHORITY, : **Court Filing Relates Only to**
: **PREPA and Shall Only be Filed**
     Debtor. : **in Case No. 17-BK-4780 (LTS)**
: **and Main Case 17-BK-3283**
: **(LTS)**
:
----------------------------------------------------------------------x

**INFORMATIVE MOTION REGARDING CONSENSUAL EXTENSION OF DEADLINE
FOR CREDITORS' COMMITTEE TO FILE REPLY IN SUPPORT OF CREDITORS'
COMMITTEE'S BANKRUPTCY RULE 2004 MOTION**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States Magistrate Judge Judith G. Dein:

2. The Official Committee of Unsecured Creditors of all title III debtors (other than COFINA) (the "Committee") respectfully files this informative motion notifying the court of the ongoing discussions between the Committee and Whitefish Energy Holdings, LLC ("Whitefish") concerning a resolution of the *Amended[2] Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* [Docket No. 409 in PREPA Docket] (the "Motion").

3. Counsel for the Committee reached out to counsel for Whitefish to discuss the requests contemplated by the Committee's Motion, and Whitefish and the Committee have held productive discussions on resolving the issues raised by the Motion and by Whitefish's Limited Objection.

4. In order to continue those discussions, Whitefish and the Committee have agreed to extend the Committee's reply deadline by one day.

5. As such, the Committee and Whitefish agree that the Committee may file its reply in support of the Motion no later than Friday, November 10, 2017. *See Order Setting Objection and Reply Deadlines for Urgent Motion* [Docket No. 369 in PREPA Docket].

6. The Committee will endeavor to successfully conclude discussions with Whitefish in the hopes of presenting a fully consensual order to the court in advance of the November 13, 2017 hearing. Contemporaneously therewith, the Committee will endeavor to confer with the two parties who have filed joinders regarding an agreement (if any) reached with

---

[2] As mentioned in the Motion, the amendment incorporated the denial by Mr. Elias Sánchez Sifonte of certain allegations contained in paragraph 20 of the original filing. [*See* Docket No. 364 in Case No. 17-BK-4780-LTS and Docket No. 1567 in Case No. 17-BK-3283 (LTS)].

1

Whitefish.  However, at this time, the Committee is not in a position to represent to the court that the November 13, 2017 hearing will be proceeding on a consensual basis.

7. If a final agreement is reached with Whitefish, the Committee will file a supplemental informative motion to inform the Court as soon as such final agreement is reached.

*[Remainder of page intentionally left blank]*

Dated: November 9, 2017
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Luc A. Despins* _____
PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

*/s/ Juan J. Casillas Ayala* ____
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3

Dated: November 9, 2017
     San Juan, Puerto Rico

Respectfully submitted,

/s/ *Ann Marie Uetz*
Ann Marie Uetz (*Pro Hac Vice Pending*)
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone (313) 234-7100
Facsimile (313) 234-2800
auetz@foley.com

*Counsel for Whitefish Energy Holdings*

and

*/s/ Carmen D. Conde Torres*
**C. CONDE & ASSOC.**
Carmen D. Conde Torres, Esq.
USDC 207312
Luisa S. Valle Castro, Esq.
USDC No. 215611

254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: condecarmen@condelaw.com
       ls.valle@condelaw.com

*Local Counsel for Whitefish Energy Holdings*

4