**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)**

---------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR THE HEARING ON NOVEMBER 13, 2017 AT 1:30 P.M. (AST), 12:30 P.M. (EST)**

| | |
|---|---|
| **Time and Date of Hearing:** | **Monday, November 13, 2017**, at 1:30 p.m. (AST), 12:30 p.m. (EST) |
| **Location of Hearing:** | Honorable Judith Dein, United States Magistrate Judge **Courtroom 17C** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

United States District Court for the Southern District of New York
**Daniel Patrick Moynihan Courthouse**
500 Pearl Street, New York, NY 10007

The hearing will be broadcast by video **teleconference in Courtroom 3** of the United States District Court for the District of Puerto Rico**, Clemente Ruiz Nazario United States Courthouse**, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767

The hearing will also be available by telephone through Court Solutions at www.court-solutions.com or at (800) 397-1898. Attorneys must register no later than November 9, 2017.

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. CONTESTED MATTER

1. **Creditors' Committee's Urgent Bankruptcy Rule 2004 Motion Regarding PREPA Engagement of Whitefish Energy Holdings, LLC.** Urgent Motion of Official Committee of Unsecured Creditors for Order, under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing **[Case No. 17-4780, ECF No. 364]**.

   Description:  Bankruptcy Rule 2004 Motion of the Creditors' Committee requesting authorization to pursue discovery with respect to the bidding, negotiation, and engagement process used by PREPA to identify contractors for the repair of Puerto Rico's utility system—in particular, its engagement of Whitefish Energy Holdings, LLC.

   Objection Deadline:  Monday, November 6, 2017.

   Responses:
   A. Limited Objection by Whitefish Energy Holdings, LLC to Motion by Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing **[Case No. 17-4780, ECF No. 394]**.

   Reply, Joinder & Statement Deadlines:  Thursday, November 9, 2017.

Replies and Joinders:

    A. Ambac Assurance Corporation's Joinder to Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC **[Case No. 17-4780, ECF No. 395]**.

    B. Joinder of the Ad Hoc Group of PREPA Bondholders to the Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing **[Case No. 17-4780, ECF No. 397]**.

Related Documents:

    A. Order of Reference to a Magistrate Judge **[Case No. 17-4780, ECF No. 365]**.

    B. Scheduling Order **[Case No. 17-4780, ECF No. 369]**.

    C. Elías Sánchez Sifonte's Motion to Strike Creditors' Committee's Urgent Bankruptcy Rule 2004 Motion Regarding PREPA Engagement of Whitefish Energy Holdings, LLC **[Case No. 17-4780, ECF No. 374]**.

    D. Scheduling Order **[Case No. 17-4780, ECF No. 389]**.

    E. Informative Motion Regarding Consensual Extension of Deadline to Object to Urgent Motion of Official Committee of Unsecured Creditors Regarding Bankruptcy Rule 2004 Discovery **[Case No. 17-4780, ECF No. 396]**.

    F. Notice of Consent of Puerto Rico Electric Power Authority to Creditors' Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-4780, ECF No. 404]**.

    G. Amended Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing **[Case No. 17-4780, ECF No. 409]**.

    H. Objection of Official Creditors' Committee to Motion to Strike Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing **[Case No. 17-4780, ECF No. 410]**.

Status: This matter is going forward.

Estimated Time Required: 30 minutes

| | |
|---|---|
| Dated: November 9, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Martin J. Bienenstock<br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admission *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |