IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtor[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

### **CERTIFICATE OF SERVICE**

I HEREBY certify that, on November 7th, 2017, on behalf of the Ad Hoc Group of General Bondholders, I served stamped copies of the *Informative Motion and Notice of Request to be heard at November 15-16, 2017 Omnibus Hearing* (Docket #1681) on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by email and U.S. mail at the following Address: United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-3283 (LTS) Page -2-
==============================================================

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Third Amended Case Management Procedures* (Docket #1512-1; Case No. 17-03283], for whom service is allowed in this manner.

- All parties listed in the *Master Service List as of October 19, 2017,* (Docket No. 1476, Case No. 17-03283).

**RESPECTFULLY SUBMITTED.**

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
       November 10, 2017

                                               */s/ Andrés F. Picó Ramírez*
                                               Andrés F. Picó Ramírez
                                               USDC-PR Bar No. 302114
                                             **JIMÉNEZ, GRAFFAM & LAUSELL**
                                               PO Box 366104
                                               San Juan, PR 00936
                                               Telephone: (787) 767-1030
                                               Facsimile: (787) 751-4068
                                               apico@jgl.com