# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.,* : (Jointly Administered)
:
      Debtors.[1] :
---------------------------------------------------------------------------- x
In re: :
: Adv. Proc. No. 17-BK-4780
THE FINANCIAL OVERSIGHT AND MANAGEMENT : (LTS)
BOARD FOR PUERTO RICO, :
:
      as representative of :
:
PUERTO RICO ELECTRIC POWER AUTHORITY, : **Court Filing Relates Only to**
: **PREPA and Shall Only be Filed**
      Debtor. : **in Case No. 17-BK-4780 (LTS)**
: **and Main Case 17-BK-3283**
: **(LTS)**
:
---------------------------------------------------------------------------- x

**STIPULATION AND CONSENT ORDER BETWEEN WHITEFISH ENERGY HOLDINGS, LLC AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING AMENDED URGENT MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER 11 U.S.C. § 1103 AND BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY WITH RESPECT TO PREPA ENGAGEMENT OF WHITEFISH ENERGY HOLDINGS, LLC DATED <u>NOVEMBER 7, 2017</u>**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)

1. Whitefish Energy Holdings, LLC ("Whitefish") hereby consents to the relief sought in the *Amended[2] Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* [Docket No. 409 in PREPA Docket] as it relates to the authority of the Official Committee of Unsecured Creditors (the "Committee") to pursue discovery.

2. Whitefish shall provide to the Committee written materials it provides to other entities investigating this matter—such as the House of Representatives Committee on Energy and Commerce and the Senate Committee on Homeland Security and Governmental Affairs—within three (3) calendar days after the entry of this Order for materials already produced to such governmental entities or three (3) calendar days of providing additional materials to such governmental entities. It is the parties' understanding that the production of such material is currently scheduled to be completed by November 27, 2017.

3. Whitefish shall provide:

   (i) All Documents[3] and Communications[4] Whitefish exchanged with PREPA through the date on which the Whitefish Contract was signed, as well as all Documents and Communications Whitefish exchanged with PREPA concerning the termination of the Whitefish Contract[5];

   (ii) All Documents and Communications between Whitefish and any individuals or entities that it relied upon in any way to make contact with PREPA or any other Puerto Rico government entities/persons or lobby or

---

[2] As mentioned in the Motion, the amendment incorporated the denial by Mr. Elias Sánchez Sifonte of certain allegations contained in paragraph 20 of the original filing. [*See* Docket No. 364 in Case No. 17-BK-4780-LTS and Docket No. 1567 in Case No. 17-BK-3283 (LTS)].

[3] "Documents" shall have the same meaning here as in the Document Requests issued to Whitefish. *See* Exhibit C to Committee's Bankruptcy Rule 2004 Motion [PREPA Docket 364-3].

[4] "Communications" shall have the same meaning here as in the Document Requests issued to Whitefish. *See* Document Requests to Whitefish Exhibit C to Committee's Bankruptcy Rule 2004 Motion [PREPA Docket No. 364-3]. For avoidance of doubt, Communications refers to written or electronic records of exchanges between individuals.

[5] Capitalized terms used but not otherwise defined in this Stipulation shall have the meanings set forth in the Motion.

1

    otherwise advocate (formally or informally) with PREPA on behalf of Whitefish, if any; and

  (iii) Documents sufficient to demonstrate and identify the owners of Whitefish, their co-investors, or any individuals or entities entitled to a commission payment or other payment based on the amounts received by Whitefish under the Whitefish Contract (such as an agent), if any.

4. Whitefish's current good faith belief is that the materials described in paragraph 3 of this Joint Stipulation will be included in the production(s) described in paragraph 2 of this Joint Stipulation. Nevertheless, if, following the production(s) described in paragraph 2 of this Joint Stipulation, Whitefish discovers that responsive materials called for by paragraph 3 of this Joint Stipulation have not been delivered to the Committee or if the Committee identifies any remaining gaps in these materials, Whitefish shall produce such materials within fourteen (14) calendar days of the production contemplated in paragraph 2 of this Joint Stipulation, or on a date otherwise agreed by the parties.

5. Whitefish and the Committee agree that all objections related to all materials or discovery sought by the Committee subsequent to its review of the initial productions, save for objections related to the Committee's authority to pursue such discovery, are hereby reserved.

6. If the Committee and Whitefish are not able to resolve disputed issues with regard to scope, timing, or related matters, any party may seek court intervention by requesting a telephonic hearing, with such hearing to be conducted in seven calendar days' notice, subject to the court's availability and calendar.

*[Remainder of page intentionally left blank]*

Dated: November 10, 2017
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Luc A. Despins, Esq.*
PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

*/s/ Juan J. Casillas Ayala, Esq.*
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

3

Dated: November 10, 2017
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Ann Marie Uetz, Esq.*
Ann Marie Uetz (*Pro Hac Vice Pending*)
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone (313) 234-7100
Facsimile (313) 234-2800
auetz@foley.com

*Counsel for Whitefish Energy Holdings*

and

**C. CONDE & ASSOC.**
Counsel for WEH
*/s/ Carmen D. Conde Torres, Esq.*
Carmen D. Conde Torres, Esq.
USDC 207312
Luisa S. Valle Castro, Esq.
USDC No. 215611

254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: condecarmen@condelaw.com
       ls.valle@condelaw.com

*Local Counsel for Whitefish Energy Holdings*

SO ORDERED:              _____
                                     Judith G. Dein
Dated: November \_\_, 2017     United States Magistrate Judge