UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

------------------------------------------------------------ x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors.[1] | |

------------------------------------------------------------ x

In re:

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17-BK-4780 |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

------------------------------------------------------------ x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the lst four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)(Last Four Digits of Federal Tax ID: 3808): (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686) ; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## **ORDER**

This Court has reviewed the *Second Informative Motion Regarding November 13, 2017 Hearing on Creditors' Committee's Bankruptcy Rule 2004 Motion* (Dkt. No. 443). In light of the agreement between the Official Committee of Unsecured Creditors of all Title III debtors (other than COFINA) (the "Committee") and the Puerto Rico Electric Power Authority ("PREPA") (Dkt. No. 404) and the agreement between the Committee and Whitefish Energy Holdings, LLC ("Whitefish") (Dkt. No. 441), this Court hereby CANCELS the hearing set for Monday, November 13, 2017 on the *Amended Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* (Dkt. No. 409).

SO ORDERED.

/s/ Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: November 10, 2017