## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD OF PUERTO RICO, | |
| as representative of | No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| Debtor | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

NOW COMES, **UNITED SURETY & INDEMNITY COMPANY**, hereinafter "USIC", a creditor in the captioned case, and very respectfully states and prays:

1. USIC hereby enters its appearance through the undersigned counsel, Héctor Saldaña-Egozcue, Esq. and Carlos Lugo-Fiol, Esq., of the law firm of Saldaña & Saldaña Egozcue, PSC.

2. Therefore, the undersigned attorneys very respectfully request that all future orders, motions, pleadings, notices and other documents served and filed in this proceeding be notified to the undersigned counsel, and that they be included in the master list maintained by the Clerk of the Court.

**Notice of Appearance and Request for Notice**

---

3. Attorneys Saldaña-Egozcue and Lugo-Fiol's information is set forth below:

> **Héctor Saldaña-Egozcue, Esq.**
> **Carlos Lugo-Fiol, Esq.**
> **SALDAÑA & SALDAÑA-EGOZCUE, PSC**
> Popular Center - Suite 1420
> 208 Ponce de León Avenue
> San Juan, Puerto Rico 00918-1050
> Tel.: (787)758-7565; Fax: (787) 767-5011
> E-mail: hector.saldana@saldanalaw.com
> carlos.lugo@saldanalaw.com

**WHEREFORE**, USIC respectfully requests that this Honorable Court take notice of the appearance of the undersigned attorneys and that all future orders, motions, pleadings, notices and other documents served and filed in this proceeding be notified to the undersigned counsel, and that they be included in the master list maintained by the Clerk of the Court.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to persons and entities registered in the system.

In San Juan, Puerto Rico, this 13th of November, 2017.

*Attorneys for USIC*

**/s/ HÉCTOR SALDAÑA-EGOZCUE**
USDC-PR #123807
E-mail:hector.saldana@saldanalaw.com

**/s/ CARLOS LUGO-FIOL**
USDC-PR #203203
 E-mail: carlos.lugo@saldanalaw.com

**Notice of Appearance and Request for Notice**

---

                                  **SALDAÑA & SALDAÑA-EGOZCUE, PSC**
                                  Popular Center – Suite 1420
                                  208 Ponce de León Avenue
                                  San Juan, Puerto Rico 00918-1050
                                  Telephone: (787) 758-7565
                                  Fax: (787) 767-5011

188-1316-1