## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>     as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MUTUAL FUND GROUP'S AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT NOVEMBER 15-16, 2017 OMNIBUS HEARING

Mutual funds managed by OppenheimerFunds, Inc., Franklin Advisers, Inc., and the First Puerto Rico Family of Funds (collectively, the "**Mutual Fund Group**") hereby files this amended request to be heard pursuant to the Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the November 15-16, 2017 Omnibus Hearing* [Lead Dkt. No. 1545] dated October 26, 2017 (the "**Order**") setting forth guidelines for parties wishing to be heard at the omnibus hearing on November 15-16, 2017 (the "**Hearing**").

1.      The Order requests that counsel to parties who wish to speak at the Hearing file an informative motion, stating their name, identifying the party for which they intend to appear, the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

location at which they intend to appear, and an estimate of the number of additional persons who wish to attend the Hearing.

2. On November 7, 2017, the Mutual Fund Group filed an informative motion and notice of request to be heard is response to the Order.

3. On November 10, 2017, certain parties filed the *Urgent Motion to Strike Portions of the Mutual Fund Group's and Puerto Rico Family Of Funds' Motion for Summary Judgment Relating to Pre-2017 Defaults* [Adv. Proc. No. 17-133-LTS, ECF No. 444] (the "**Motion to Strike**"), which this Court has scheduled to be heard at the Hearing. The Mutual Fund Group files this amended informative motion to update the court in light of the filing and scheduling of the Motion to Strike.

4. Gregory A. Horowitz and Philip Bentley will appear in person in the Southern District of New York courtroom on behalf of the Mutual Fund Group at the Hearing and will address the Motion to Strike and, as necessary, any statements made by any party in connection with the Title III Proceedings or any adversary proceeding pending in the Title III Proceedings.

5. The Mutual Fund Group anticipates a total of four representatives will attend the Hearing at the United States District Court for the Southern District of New York.

*[Remainder of page intentionally left blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today November 13, 2017.

| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| *s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>USDC-PR No. 204,204<br>E-mail: mfb@tcmrslaw.com | *s/ Douglas Buckley*<br>AMY CATON*<br>THOMAS MOERS MAYER*<br>GREGORY A. HOROWITZ*<br>PHILIP BENTLEY* |
| *s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>USDC-PR No. 227,104<br>E-mail: lft@tcmrslaw.com | DOUGLAS BUCKLEY*<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 715-9100<br>Fax: (212) 715-8000 |
| *s/ Nayda Perez-Roman*<br>NAYDA PEREZ-ROMAN<br>USDC–PR No. 300,208<br>E-mail: nperez@tcmrslaw.com | Email: tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>ghorowitz@kramerlevin.com<br>pbentley@kramerlevin.com<br>dbuckley@kramerlevin.com |
| P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760 | *(admitted *pro hac vice*)<br><br>*Counsel to the Mutual Fund Group* |
| *Counsel to the Mutual Fund Group* | |