# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br>                   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## THE PUERTO RICO FUNDS' AMENDED INFORMATIVE MOTION REGARDING THE NOVEMBER 15-16, 2017 OMNIBUS HEARING AND REQUEST TO BE HEARD

Creditors holding certain senior and subordinated bonds issued by the Puerto Rico Sales Tax Financing Corporation (the "Puerto Rico Funds"),[2] hereby submit this amended informative motion and request to be heard pursuant to the Court's Order Regarding Location and Procedures

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The Puerto Rico Funds are the following Puerto Rico-based funds: Puerto Rico AAA Portfolio Bond Fund II, Inc.; Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund, Inc. II; Puerto Rico Investors Tax-Free Fund III, Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund.

1

for Attendance, Participation, and Observation of November 15-16, 2017 Omnibus Hearing (17-BK-3283, ECF No. 1545, the "Order"), and respectfully state as follows:

1. On November 8, 2017, pursuant to the Order, the Puerto Rico Funds timely filed their Informative Motion on Regarding the November 15-16, 2017 Omnibus Hearing [17-BK-3283, ECF No. 1699], which, *inter alia*, stated that John K. Cunningham of White & Case LLP would be appearing on behalf of the Puerto Rico Funds.

2. Two days later, certain parties filed an urgent motion seeking relief against the Puerto Rico Funds in the adversary proceeding *Bank of New York Mellon v. COFINA,* Case No. 17-AP-00133, and requested that their motion be heard at the November 15, 2017 Omnibus Hearing. *Joint Urgent Motion to Strike Portions of the Mutual Funds Group's and Puerto Rico Family of Funds' Motion for Summary Judgment Relating to Pre-2017 Defaults*, Case No. 17-AP-00133, ECF No. 444 (the "Motion to Strike"); *Joint Urgent Motion Requesting Shortened Notice and Expedited Consideration of Movants' Urgent Motion to Strike Portions of the Mutual Funds Group's and Puerto Rico Family of Funds' Motion for Summary Judgment Relating to Pre-2017 Defaults,* Case No. 17-AP-00133, ECF No. 445.

3. On November 10, 2017, the Court entered its *Order on the Urgent Motion to Shorten Notice* [17-AP-00133, ECF No. 447], wherein the Court stated that it would hear argument on the Motion to Strike at the November 15th Omnibus Hearing.

4. The Puerto Rico Funds file this amended informative motion to update the Court in light of the filing and scheduling of the Motion to Strike.

5. Jason N. Zakia of White & Case LLP will substitute for John K. Cunningham at the November 15-16, 2017 Omnibus Hearing. Mr. Zakia will appear in person in the Southern District of New York courtroom on behalf of the Puerto Rico Funds to address the Motion to Strike

2

and, as necessary, any statements made by any party in connection with the Title III proceedings or any adversary proceeding pending in the Title III proceedings.

6. The Puerto Rico Funds anticipate a total of two representatives, including Mr. Zakia, will attend the November 15-16, 2017 Omnibus Hearing at the United States District Court for the Southern District of New York.

**WHEREFORE**, the Puerto Rico Funds respectfully request that the Court take notice of the foregoing.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, November 13, 2017.

By: /s/ *Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112
SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
(787) 522-6776
(787) 522-6777
alavergne@sanpir.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc.,*

*Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc, Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

4