# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## **APPLICATION FOR ADMISSION PRO HAC VICE**

**TO THE HONORABLE COURT:**

**COMES NOW**, William K. Dreher (hereinafter the "applicant"), and states and requests as follows:

1. Applicant is an attorney and member of the law firm of Jenner & Block LLP, with an office at 1099 New York Ave., NW, Suite 900, Washington, DC, 20001.

2. Applicant makes the instant request to appear pro hac vice on behalf of The Official Committee of Retired Employees of Puerto Rico.

3. The Applicant will sign all pleadings with the name William K. Dreher.

---

[1] The Debtors in these jointly-administered PROMESA Title III Cases, along with each Debtor's respective Title III Case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations).

4. Applicant's contact information is as follows:

> **Name**: William K. Dreher
> **Email**: wdreher@jenner.com
> **Telephone**: (202) 639-3898
> **Fax**: (202) 639-6066

5. Since 2013 applicant has been and presently is a member in good standing of the bar of the highest court of the State of Maryland, where his bar license number is 1312170236. Since 2016 applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where his bar license number is 1033828.

6. Applicant has been admitted to practice before the following courts:

| **Courts** | **Dates of Admission** |
|---|---|
| U.S. Court of Appeals for the D.C. Circuit | 2014 |
| District of Columbia Court of Appeals | 2016 |
| U.S. Court of Appeals for the Ninth Circuit | 2016 |
| U.S. Court of Appeals for the Second Circuit | 2017 |
| U.S. Court of Appeals for the Seventh Circuit | 2017 |

7. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court of jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with the applicant in this matter is:

> Bennazar, García & Milián, C.S.P.
> Edificio Union Plaza
> PH-A piso 18
> Avenida Ponce de León #416
> Hato Rey, San Juan
> Puerto Rico 00918

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admissions fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 11/2/17

William K. Dreher

_____
Signature of Applicant

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

_____
Signature of Applicant

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 2nd day of November 2017

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

BENNAZAR, GARCÍA & MILIÁN, C.S.P.
Counsel to Official Committee of Retirees

/s/ A. J. Bennazar-Zequeira
A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2017.

                                                **HON. LAURA TAYLOR SWAIN**
                                                **U.S. DISTRICT JUDGE**