# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

     I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     On November 8, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Parties Service List attached hereto as **Exhibit A**:

- Extension of Deadline for the Commonwealth of Puerto Rico to Assume or Reject Unexpired Nonresidential Leases Under Title III Proceeding, a copy of which is attached hereto as **Exhibit B**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 13, 2017

Hassan Alli-Balogun

County of New York

Subscribed and sworn to (or affirmed) before me on November 13, 2017, by Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 20182

**<u>Exhibit A</u>**

Exhibit A

Supplemental Parties Service List

Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 839497 | ALVAREZ LOPEZ, MAYRA C. | PO Box 195333 | | San Juan | PR | 00919-5333 |
| 839457 | ANGEL E. VEGA SANTIAGO | HC 67 BOX 17723 | | Fajardo | PR | 00738-9701 |
| 839491 | ARMANDO PEREZ RODRIGUEZ | PO Box 377 | | Gurabo | PR | 00778 |
| 839492 | ARMANDO PEREZ RODRIGUEZ | PO Box 377 | | Gurabo | PR | 00778 |
| 839473 | AURELIO ARCE MORENO | Calle Muñoz Rivera No. 10 | | Lares | PR | 00669 |
| 839455 | BETANCOURT MANGUAL, ANA ROSA | PO Box 647 | | Corozal | PR | 00783-0647 |
| 839468 | BLANCA E. DELGADO RODRIGUEZ | PO Box 1323 | | Hatillo | PR | 00659-1323 |
| 839499 | CAJIGAS GONZALEZ, HERIBERTO | PO Box 63 | | Isabela | PR | 00662 |
| 839472 | CARMELO RODRIGUEZ RODRIGUEZ | RR-2 Box 5713-5 | | Toa Alta | PR | 00953-9801 |
| 839483 | CARMEN G. DAVILA LOPEZ | Urb. La Monserrate 401 | Calle Guaraguao | Manati | PR | 00674 |
| 839449 | CITICENTRE, S.P. | PO Box 193600 | | San Juan | PR | 00919-3600 |
| 839450 | CITICENTRE, S.P. | PO Box 193600 | | San Juan | PR | 00919-3600 |
| 839451 | COOPERATIVA DE SEGUROS DE VIDA (COSVI) | PO Box 363428 | | San Juan | PR | 00936-3428 |
| 839452 | COOPERATIVA DE SEGUROS DE VIDA (COSVI) | PO Box 363428 | | San Juan | PR | 00936-3428 |
| 839504 | EMAS, S.E. | PO Box 191943 | | San Juan | PR | 00919-1943 |
| 839462 | EVELYN LIZZETTE RODRIGUEZ CORA | Calle Morse #75 | | Arroyo | PR | 00714 |
| 839464 | EVELYN LIZZETTE RODRIGUEZ CORA | Calle Morse #75 | | Arroyo | PR | 00714 |
| 839503 | FINCA LA MATILDE, INC./MARGARITA WILSON MERCADO | Calle Marina #9166 | | Ponce | PR | 09717 |
| 839470 | FRANCHESKA M. SANTANA MARCANO | Laderas de Boqueron No. 20 | | Las Piedras | PR | 00771 |
| 839505 | GONZALEZ POWER ELECTRICAL | Apartado 1737 | | Utuado | PR | 00641 |
| 839474 | HIRAM VICENTE MARCOS RODRIGUEZ Y KAREN VELEZ MIRNA | Dulces Labios M-02-A | | Mayaguez | PR | 00680 |
| 839478 | HOGAR JESUS INC. | Carr. 406 Km. 2.2 | Int. Bo. Casey | Añasco | PR | 00610 |
| 839477 | IGNACIO RIOS AGOSTO | HC-01 Box 6578 | | Ciales | PR | 00638 |
| 839475 | IVAN ANTONIO CRUZ VIROLA | Dulces Labios X-06 | | Mayaguez | PR | 00680 |
| 839487 | JAIME MUNET HEREDIA | 43 Calle Principal | | Morovis | PR | 00687 |
| 839488 | JAIME MUNET HEREDIA | 43 Calle Principal | | Morovis | PR | 00687 |
| 839480 | JOSE RODRIGUEZ CRUZ | RR-03 Box 10168 | | Toa Alta | PR | 00953 |
| 839481 | JOSE RODRIGUEZ CRUZ | RR-03 Box 10168 | | Toa Alta | PR | 00953 |
| 839482 | JOSE RODRIGUEZ CRUZ | RR-03 Box 10168 | | Toa Alta | PR | 00953 |
| 839489 | JUAN C. FUENTES DE JESUS | Box 439 | | Loiza | PR | 00772 |
| 839500 | LIBERTY 1100 17TH STREET, LP | 1100 17Th Street NW Suite 950 | ATT: Vice President of Leasing & Development | Washington | DC | 20036 |
| 839461 | LILLIAN MOJICA RIVERA | HC-72 Box 3954 | | Naranjito | PR | 00719-9720 |
| 839501 | LUIS VALL-LLOVERA | PO Box 1935 | | Carolina | PR | 00984-1935 |

Exhibit A

Supplemental Parties Service List

Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 839502 | LUIS VALL-LLOVERA | PO Box 1935 | | Carolina | PR | 00984-1935 |
| 839476 | LUZ BREBAN MERCADO | HC 3 Box 4654 | | Adjuntas | PR | 00601 |
| 839471 | MANUEL ENRIQUEZ LOPEZ POMALES | Apartado 211 | | Naranjito | PR | 00717 |
| 839448 | MARIO DELGADO MIRANDA | 320 Calle Fernandez Garcia | | Luquillo | PR | 00773 |
| 839453 | MORALES ALBINO, MARIBEL | PO Box 578 | | Peñuelas | PR | 00624 |
| 839454 | MORALES ALBINO, MARIBEL | PO Box 578 | | Peñuelas | PR | 00624 |
| 839459 | MUNICIPIO DE CULEBRA | P.O. Box 7 | | Culebra | PR | 00775-0189 |
| 839466 | MUNICIPIO DE SABANA GRANDE | 301 Ave. 25 de diciembre | | Sabana Grande | PR | 00637-2416 |
| 839506 | MUNICIPIO DE UTUADO | PO Box 190 | | Utuado | PR | 00641 |
| 839493 | NILDA N. SUAREZ MONTALVO | PO Box 636 | | Sabana Grande | PR | 00637 |
| 839484 | OSVALDO DURAN MEDERO | Centro Comercial Los Flamboyanes | 45 Calle Marginal Ave. 65 de Infanteria Local 5 | San Juan | PR | 00923-3314 |
| 839485 | OSVALDO DURAN MEDERO | Centro Comercial Los Flamboyanes | 45 Calle Marginal Ave. 65 de Infanteria Local 5 | San Juan | PR | 00923-3314 |
| 839486 | OSVALDO DURAN MEDERO | Centro Comercial Los Flamboyanes | 45 Calle Marginal Ave. 65 de Infanteria Local 5 | San Juan | PR | 00923-3314 |
| 839456 | PESCADERIA VILLA PESQUERA ESPINAL | 1330 Bo. Espinal | | Aguada | PR | 00602 |
| 839465 | PR RETAIL STORES, INC | PO Box 190858 | | San Juan | PR | 00919-0858 |
| 839460 | R.T. BABY WORD INC | Urb. Vista Bahia #158 | | Peñuelas | PR | 00624 |
| 839467 | REINALDO MORALES MARTINEZ | Urb. Cabrera E-23 | | Utuado | PR | 00641 |
| 839496 | Roberto Méndez Candelaria | HC-33 Buz. 5178 | | Dorado | PR | 00646 |
| 839469 | SAMUEL ACEVEDO PEREZ | Calle Vilella No. 2 | | Lares | PR | 00669 |
| 839490 | SSSC, S.E. | Calle 65 Infanteria Norte STE 2 | | Lajas | PR | 00667 |
| 839479 | Sucesión Díaz Bonet compuesta por sus herederos: J | Ave. 65 Infanteria | Esq. Rafael Arcelay | Rio Piedras | PR | 00924 |
| 839494 | SUCESION JOSE M. NOLLA MORELL | Sabanera de Dorado #80 | Camino del Zumbador | Dorado | PR | 00646 |
| 839447 | SUCESION ORTIZ MELENDEZ | Colinas de Fair View 4K 28 | Calle 214 | Trujillo Alto | PR | 00976-8247 |
| 839463 | VICTOR MANUEL VARELA BERRIOS | PO Box 104 | | Corozal | PR | 00789 |
| 839458 | WALTER TIMOTHY CRUZ GONZALEZ | Paseos de Santa Barbara | Paseo Esmeralda #123 | Gurabo | PR | 00778 |
| 839495 | WILGRE CORPORATION | PO Box 4259 | | Bayamon | PR | 00958 |
| 839498 | ZEQUEIRA TORAL, JOSE RAFAEL | PO Box 195333 | | San Juan | PR | 00919-5333 |

**<u>Exhibit B</u>**

## GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

November 8, 2017

**BY REGULAR MAIL**
***POR CORREO REGULAR***

**Re:    Extension of Deadline for the Commonwealth of Puerto Rico**
**to Assume or Reject Unexpired Nonresidential Leases under Title III Proceeding**
*Extensión de Fecha para el Gobierno de Puerto Rico Asumir o Rechazar Contratos No*
*Residenciales que No Hayan Expirado conforme al Procedimiento bajo Título III*

Dear Landlord:
*Estimado Arrendador:*

You are receiving this letter because our records show that the landlord named in Exhibit A hereto currently leases certain nonresidential real property to the Commonwealth of Puerto Rico, including its agencies (the "Commonwealth"), pursuant to the lease(s) listed in Exhibit A hereto. *Usted ha recibido esta carta porque nuestros records indican que el arrendador identificado en el Anejo A que acompaña esta carta arrienda ciertos bienes inmuebles no residenciales al Gobierno de Puerto Rico, incluyendo sus agencias (el "Gobierno"), conforme a los contratos de arrendamiento listados en dicho Anejo A.*

On May 3, 2017, the Commonwealth, represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed for relief under Title III of PROMESA (the "Title III Proceeding"). Pursuant to Section 365(d) of the Bankruptcy Code, made applicable to the Title III Proceeding pursuant to Section 301 of PROMESA, the Oversight Board has until November 29, 2017 to assume or reject all nonresidential real property leases, unless the corresponding landlords provide their consent to extend such deadline. Any nonresidential real property lease for which the landlord does not provide its consent to extend such deadline will be deemed rejected on November 29, 2017.
*El 3 de mayo de 2017, el Gobierno, representado por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), radicó una petición para acogerse al Título III de PROMESA (el "Procedimiento de Título III"). Conforme a la Sección 365(d) del Código de Quiebras, que es aplicable al Procedimiento de Título III conforme a la Sección 301 de PROMESA, la Junta de Supervisión tiene hasta el 29 de noviembre de 2017 para asumir o rechazar los contratos de arrendamiento para bienes inmuebles no residenciales, a menos que los*

*arrendadores correspondientes provean su consentimiento para extender dicha fecha.  Cualquier arrendamiento de bien inmueble no residencial para el cual el arrendador no provea su consentimiento para extender dicha fecha se considerará rechazado efectivo el 29 de noviembre de 2017.*

In order to avoid the rejection of the leases listed in Exhibit A hereto by the November 29, 2017 deadline, we hereby request your consent to extend the deadline to assume or reject said lease(s), and any other leases between the landlord named in Exhibit A, as landlord, and the Commonwealth, as tenant, until the underline(earlier) of (i) January 1, 2019, (ii) the date of expiration or termination of such lease(s) pursuant to its(their) own terms, or (iii) the date on which a plan of adjustment is confirmed under the Title III Proceeding.  Such extension is not intended to affect any of the parties' respective rights or remedies under said lease(s) or the Title III Proceeding.

*Para evitar que los arrendamientos listados en el Anejo A sean rechazados en la fecha límite del 29 de noviembre de 2017, solicitamos su consentimiento para extender la fecha límite para asumir o rechazar dichos arrendamientos, y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y el Gobierno, como arrendatario, hasta lo primero que ocurra entre: (i) el 1 de enero de 2019, (ii) la fecha de expiración o terminación de dicho(s) arrendamiento(s) conforme a sus propios términos, o (iii) la fecha en que un plan de ajuste sea confirmado bajo el Procedimiento de Título III.  Dicha extensión no pretende afectar ninguno de los derechos o remedios respectivos de las partes bajo dicho(s) arrendamiento(s) o el Procedimiento de Título III.*

If you do not wish to extend the date for the assumption or rejection of the lease(s) listed in Exhibit A hereto, and any other leases between the landlord named in Exhibit A, as landlord, and the Commonwealth, as tenant, as provided above, please contact the following counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("FAFAA") by mail, telephone, or email **on or before November 20, 2017**:

*Si usted no desea extender la fecha límite para que se asuman o rechacen los arrendamientos listados en el Anejo A y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y el Gobierno, como arrendatario, favor de comunicarse con los siguientes representantes legales de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") por correo, teléfono o correo electrónico en o antes del **20 de noviembre de 2017**:*

> Lcdo. Ricardo O. Meléndez
> Lcda. Maria C. Santos
> Pietrantoni Méndez & Alvarez LLC
> Popular Center – 19th Floor
> 208 Ponce de León Avenue
> San Juan, Puerto Rico 00918
> Tel.: (787) 773-6005
> Email: msantos@pmalaw.com; rmelendez@pmalaw.com

If you do not respond to this letter by mail, telephone, or email on or before **November 20, 2017**, at the address, number, or email provided above, it will be understood that the landlord named in Exhibit A has granted its consent to extend the deadline for the assumption or rejection of all the lease(s) listed in Exhibit A, and any other leases between the same landlord, as landlord, and the

Commonwealth, as tenant, without waiving any rights and remedies that the landlord may have under said leases.

*Si no responde a esta carta en o antes del **20 de noviembre de 2017** por correo, teléfono o correo electrónico mediante la dirección, número o correo electrónico provisto arriba, se considerará que el arrendador identificado en el Anejo A ha provisto su consentimiento para extender la fecha para asumir o rechazar todos los arrendamientos listados en el Anejo A, y cualquier otro arrendamiento entre el mismo arrendador, como arrendador, y el Gobierno, como arrendatario, sin perjuicio de los derechos y remedios que el arrendador pudiese tener bajo dicho(s) arrendamiento(s).*

If you have any questions regarding the foregoing, you or your counsel (if you are represented by counsel) may contact FAFAA's counsel at the address, number, or email provided above.

*Si tiene cualquier pregunta con respecto a lo anterior, usted o su representante legal (en la medida que tenga representación legal) puede comunicarse con los representantes legales de AAFAF a la dirección, número o correo electrónico indicados arriba.*

Very truly yours,
*Cordialmente,*

**Gerardo J. Portela Franco**
Executive Director
*Director Ejecutivo*

**Exhibit A**
*Anejo A*

| Lease ID *Número de Control* | Office of the Controller Registration Number *Número de Registro de la Oficina del Contralor* | Landlord *Arrendador* | Tenant *Arrendatario* |
|---|---|---|---|
| | | | |