IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.,*<br><br>Debtor.[1] | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BAORD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | No. 17-BK-4780-LTS |

## ORDER REQUESTING STATUS REPORT

On November 10, 2017, this Court received the *Second Informative Motion Regarding November 13, 2017 Hearing on Creditors' Committee's Bankruptcy Rule 2004 Motion* (Dkt. No.

---

[1] The Debtors in these Title III Cases, along with each Debtor's representative Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283 LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284 LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567 LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566 LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1748 in 17-3283) (the "Informative Motion"). Through the Informative Motion, the Official Committee of Unsecured Creditors of all Title III debtors (other than COFINA) (the "Committee") informed the Court of agreements between the Committee and the Puerto Rico Electric Power Authority ("PREPA") as well as between the Committee and Whitefish Energy Holdings, LLC. (Whitefish). In light of the agreements, this Court canceled the hearing scheduled on November 13, 2017 regarding the *Amended Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery with Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* (Dkt. No. 409 in 17-4780) (the "Whitefish Discovery Motion"). Dkt. No. 444 in 17-4780.

The Informative Motion also informed the Court that the "Committee is currently in discussions with the parties who have recently filed joinders to the [Whitefish Discovery Motion (the "Joinder Parties")] with the aim of memorializing a consensual global stipulation among Whitefish, PREPA, and the Joinder Parties regarding the production and sharing of materials."

¶ 4. This Court hereby ORDERS that the Committee shall file a status report by **Friday, November 17, 2017 at 4:00 p.m. Atlantic Standard Time (3:00 p.m. Eastern Standard Time)**. The report shall address the status of any consensual global stipulation between the parties.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: November 13, 2017