UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR THE HEARING ON NOVEMBER 15, 2017 AT 9:30 A.M. (AST), 8:30 A.M. (EST)

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, November 15, 2017**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, November 16, 2017**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 2:30 p.m. (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge **Courtroom 17C**[2] United States District Court for the Southern District of New York **Daniel Patrick Moynihan Courthouse** 500 Pearl Street, New York, NY 10007 |
| | The hearing will be broadcast by video **teleconference in a Courtroom to be determined** of the United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

|  |  |
|---|---|
|  | **Courthouse**, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767 |
|  | The hearing will also be available by telephone through Court Solutions at (800) 397-1898. Attorneys must register no later than **November 13, 2017** at www.court-solutions.com. |
| **Copies of Documents:** | Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

### I. STATUS REPORT:

1. **Report From the Mediation Team Leader.**

   Description: Status report on ongoing mediations from mediation team leader Judge Barbara Houser.

   Estimated Time Required: 10 minutes.

### II. CONTESTED MATTERS:

1. **Debtors' 365(d)(4) Motion.** Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) **[Case No. 17-3283, ECF No. 1518]**.

   Description: Debtors' motion to extend the time to assume or reject real property leases pursuant to Bankruptcy Code section 365(d)(4).

   Objection Deadline: Tuesday, October 31, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   - A. PBA Funds' Objection to Debtors' 365(d)(4) Motion **[Case No. 17-3283, ECF No. 1583]**.
   - B. QTCB Noteholder Group's Objection to Debtors' 365(d)(4) Motion **[Case No. 17-3283, ECF No. 1584]**.

   Reply, Joinder & Statement Deadlines: Tuesday, November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, November 8, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies and Joinders:

    A. Ambac Assurance Corporation's (I) Statement Concerning Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) and (II) Joinder to (A) Objection of the PBA Funds and (B) Objection of the QTCB Noteholder Group Regarding Same **[Case No. 17-3283, ECF No. 1666]**.

    B. Omnibus Reply of Financial Oversight and Management Board to Objections of PBA Funds and QTCB Noteholder Group, and Ambac Joinder, to the Motion To Extend Time to Assume or Reject Unexpired Leases **[Case No. 17-3283, ECF No. 1716]**.

Related Documents: None.

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

2. **FGIC Motion to Stay Litigation.** Urgent Motion of Financial Guaranty Insurance Company Regarding Proposed 90-Day Stay of All Litigation to Facilitate the Recovery from Hurricanes Irma and Maria **[Case No. 17-3283, ECF No. 1514]**.

Description: FGIC's motion to stay litigation for 90 days.

Objection Deadline: Tuesday, October 31, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Debtors' Objection to FGIC Motion to Stay Litigation **[Case No. 17-3283, ECF No. 1581]**.

    B. The Official Committee of Retired Employees' Objection to FGIC Motion to Stay Litigation **[Case No. 17-3283, ECF No. 1585]**.

    C. AAFAF's Objection to FGIC Motion to Stay Litigation **[Case No. 17-3283, ECF No. 1586]**.

    D. The Official Committee of Unsecured Creditors' Objection to FGIC Motion to Stay Litigation **[Case No. 17-3283, ECF No. 1602]**.

Reply, Joinder & Statement Deadlines: Tuesday, November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, November 8, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
    A. Omnibus Reply to Objections to Urgent Motion of Financial Guaranty Insurance Company Regarding Proposed 90-Day Stay of All Litigation to Facilitate the Recovery from Hurricanes Irma and Maria **[Case No. 17-3283, ECF No. 1664]**.

Related Documents: None.

Status: This matter is going forward.

Estimated Time Required: 20 minutes

3. **Rexach Lift Stay Motion.** Motion for Modification of the Automatic Stay **[Case Nos. 17-3283 & 17-3567, ECF Nos. 770 & 212]**.

   Description: Rexach Hermanos, Inc.'s motion requesting modification of the automatic stay over HTA in order to allow Rexach to continue with the eminent domain action filed by HTA against real estate property owned by Rexach and other co-defendants.

   Objection Deadline: Wednesday, August 23, 2017.

   Responses:
       A. AAFAF's Response to Rexach Lift Stay Motion **[Case No. 17-3567, ECF No. 251]**.

   Reply, Joinder & Statement Deadlines: Wednesday, August 30, 2017.

   Reply:
       A. Rexach's Reply to AAFAF's Response to Rexach Lift Stay Motion **[Case No. 17-3567, ECF No. 256]**.

   Related Documents:
       A. Order Scheduling Briefing of Motion of Modification of the Automatic Stay Filed by Rexach Hermanos, Inc. **[Case No. 17-3567, ECF No. 214]**.

       B. Order Regarding Motion Requesting Extension of the Time Filed by Rexach Hermanos, Inc. **[Case No. 17-3567, ECF No. 243]**.

       C. Motion Requesting Additional Extension of Time to the Deadlines Set in the Order Scheduling Briefing of Motion of Modification of the Automatic Stay **[Case No. 17-3567, ECF No. 245]**.

       D. Order Regarding Motion Requesting Additional Extension of the Time Filed by Rexach Hermanos, Inc. **[Case No. 17-3567, ECF No. 246]**.

       E. Order Regarding Matters Originally Noticed for October 4, 2017 Omnibus Hearing **[Case No. 17-3283, ECF No. 1381]**.

   Status: This matter is going forward.

   Estimated Time Required: 20 minutes.

4. **Siemens Transportation Rule 2004 Motion.** Siemens Transportation Partnership, S.E.'s Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant

to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1 **[Case No. 17-3567, ECF No. 272]**.

Description: Siemens Transportation Partnership S.E.'s motion for authorization to conduct a Rule 2004 examination of the Government Development Bank.

Objection Deadline: Tuesday, October 31, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. AAFAF's Objection to Siemens Transportation Rule 2004 Motion **[Case No. 17-3567, ECF No. 321]**.

Reply, Joinder & Statement Deadlines: Tuesday, November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, November 8, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
  A. Siemens Transportation Partnership Puerto Rico, S.E.'s Reply in Support of its Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1 **[Case No. 17-3567, ECF No. 323]**.

Related Documents:
  A. Order of Reference to a Magistrate Judge **[Case No. 17-3567, ECF No. 278]**.
  B. Order for Joint Status Reports Regarding Motions for Order Authorizing Rule 2004 Examinations **[Case No. 17-3283, ECF No. 1471]**.
  C. Joint Status Report Regarding Siemens Transportation Rule 2004 Motion **[Case Nos. 17-3283 & 17-3567, ECF Nos. 1621 & 322]**.

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

5. **Creditors' Committee Rule 2004 Motion.** Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis) **[Case No. 17-3283, ECF No. 706]**.

Description: Official Committee of Unsecured Creditors' motion for an order authorizing a discovery program with respect to certain claims pursuant to Bankruptcy Rule 2004.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Popular, Inc., Popular Securities LLC, and Banco Popular De Puerto Rico's Objection and Reservation of Rights With Respect to the Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 793]**.

B. The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Objection to the Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of the Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 806]**.

C. Objection of Santander Securities LLC, Santander Asset Management LLC and Banco Santander Puerto Rico to Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 808]**.

D. Objection of AAFAF to the Motion of the Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 825]**.

E. Objection of Debtors to Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 859]**.

F. Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 870]**.

G. Limited Joinder of Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico to the Debtors' Objection to the Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 890]**.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Friday, August 18, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
A. Omnibus Reply of Official Committee of Unsecured Creditors to Various Objections and Responses to Committee Motion for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1080]**.

Related Documents:
A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 764]**.

B.  Procedural Order setting time and date for hearing on motion **[Case No. 17-3283, ECF No. 778]**.

C.  Notice of Consensual Extensions of Objection Deadline Regarding Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 797]**.

D.  Request for Judicial Notice in Support of AAFAF's Objection to the Motion of the Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes Of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 827]**.

E.  Order Granting in Part Urgent Motion of Official Committee of Unsecured Creditors for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Motion of Committee For Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 874]**.

F.  Urgent Motion of Official Committee of Unsecured Creditors for Entry of Order Adjourning Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes Of Puerto Rico Financial Crisis, and Adjourning Reply Deadline **[Case No. 17-3283, ECF No. 882]**.

G.  Order on Motion Under Rule 2004(c) for Production of Documents **[Case No. 17-3283, ECF No. 900]**.

H.  Order Granting Urgent Motion of Official Committee of Unsecured Creditors to Adjourn Hearing on Motion of Committee for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis, and to Adjourn Reply Deadline **[Case No. 17-3283, ECF No. 912]**.

I.  Notice of Hearing on Motion of the Official Committee of Unsecured Creditors For an Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis (Docket No. 706) **[Case No. 17-3283, ECF No. 1005]**.

J.  Corrected Notice of Time for Hearing on Motion of the Official Committee of Unsecured Creditors for an Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1088]**.

K.  Informative Motion of Official Committee of Unsecured Creditors and Status Report Regarding Discovery Discussions, Renewed Request for Authorization of Discovery Under Bankruptcy Rule 2004, and Agreed Notice to Conduct Hearing on Motion at October 4, 2017 Omnibus Hearing **[Case No. 17-3283, ECF No. 1284]**.

L.  Agreed Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery

       Program With Respect to Certain Causes of Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1285]**.

   M. Status Report of Financial Oversight and Management Board for Puerto Rico Regarding Motion of Official Committee of Unsecured Creditors for Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program **[Case No. 17-3283, ECF No. 1289]**.

   N. The Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Objection to Informative Motion and Statement Regarding Status Reports Filed in Connection with the Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of the Puerto Rico Financial Crisis **[Case No. 17-3283, ECF No. 1349]**.

   O. Order for Joint Status Reports Regarding Motions for Order Authorizing Rule 2004 Examinations **[Case No. 17-3283, ECF No. 1471]**.

   P. Status Report of Official Committee of Unsecured Creditors Regarding Creditors' Committee's Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 1626]**.

   Q. Status Report of the Debtors, AAFAF, and Retiree Committee Regarding Creditors' Committee Rule 2004 Motion **[Case No. 17-3283, ECF No. 1630]**.

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

6. **National Public Finance Guarantee Corp. Rule 2004 Motion.** Motion of National Public Finance Guarantee Corporation for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1177]**.

Description: National Public Finance Guarantee Corporation's motion to authorize discovery pursuant to Rule 2004.

Objection Deadline: Tuesday October 31, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. The Official Committee of Unsecured Creditors' Omnibus Limited Response to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1344]**.

   B. Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1345]**.

   C. The Official Committee of Retired Employees' Omnibus Limited Response to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1353]**.

Reply, Joinder & Statement Deadlines: Tuesday, November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees

and Wednesday, November 8, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
- A. Financial Guaranty Insurance Company's Joinder to National Public Finance Guaranty Corp. Rule 2004 Motion **[Case No. 17-3283, ECF No. 1334]**.
- B. ERS Secured Creditors' Joinder to Rule 2004 Motions **[Case No. 17-3283, ECF No. 1340]**.
- C. AAFAF's Joinder to Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1582]**.
- D. The Official Committee of Unsecured Creditors' Omnibus Limited Joinder to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1603]**.
- E. Omnibus Reply [Amended] of National Public Finance Guarantee Corporation to the Oversight Board's and AAFAF'S Objections to National's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1669]**.
- F. ERS Secured Creditors' Reply in Support of Joinder to Rule 2004 Motions **[Case No. 17-3283, ECF No. 1670]**.

Related Documents:
- A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1183]**.
- B. Notice Regarding Hearing On Motion of National Public Finance Guarantee Corporation For Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1240]**.
- C. Declaration of Timothy W. Mungovan in Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1346]**.
- D. Debtors' Objection to the ERS Bondholders' Motion for Proposed Joinder to Rule 2004 Motions **[Case No. 17-3283, ECF No. 1380]**.
- E. Order for Joint Status Reports Regarding Motions for Order Authorizing Rule 2004 Examinations **[Case No. 17-3283, ECF No. 1471]**.
- F. Debtors' and AAFAF's Unopposed Urgent Joint Motion to File a Joint Supplemental Memorandum **[Case No. 17-3283, ECF No. 1616]**.
- G. Omnibus Joint Status Report **[Case No. 17-3283, ECF No. 1617]**.
- H. Order Granting Debtors' and AAFAF's Unopposed Urgent Joint Motion to File a Joint Supplemental Memorandum **[Case No. 17-3283, ECF No. 1632]**.
- I. Omnibus Reply of National Public Finance Guarantee Corporation to the Oversight Board's and AAFAF'S Objections to National's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery **[Case No. 17-3283, ECF No. 1667]**.

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

7. **GO Bondholders, Assured Guaranty & Mutual Fund Group Rule 2004 Motion.** Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp. Assured Guaranty Municipal Corp., and the Mutual Fund Group for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 1178]**.

Description: The joint motion of the Ad Hoc General Obligation Bondholders, Assured Guaranty Corp. and Mutual Fund Group for Rule 2004 examination of Commonwealth and FOMB.

Objection Deadline: Tuesday, October 31, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. The Official Committee of Unsecured Creditors' Omnibus Limited Response to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1344]**.

   B. Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1345]**.

   C. The Official Committee of Retired Employees' Omnibus Limited Response to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1353]**.

Reply, Joinder & Statement Deadlines: Tuesday, November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, November 8, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
   A. Financial Guaranty Insurance Company's Joinder to Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Mutual Fund Group for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 1335]**.

   B. ERS Secured Creditors' Joinder to Rule 2004 Motions **[Case No. 17-3283, ECF No. 1340]**.

   C. AAFAF's Joinder to Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1582]**.

   D. The Official Committee of Unsecured Creditors' Omnibus Limited Joinder to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1603]**.

   E. Reply Brief in Support of Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and

>  the Mutual Fund Group for Order Authorizing Rule 2004 Examination **[Case No. 17-3283, ECF No. 1665]**.
>
> Related Documents:
>    A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1186]**.
>
>    B. Declaration of Timothy W. Mungovan in Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1346]**.
>
>    C. Order for Joint Status Reports Regarding Motions for Order Authorizing Rule 2004 Examinations **[Case No. 17-3283, ECF No. 1471]**.
>
>    D. Debtors' and AAFAF's Unopposed Urgent Joint Motion to File a Joint Supplemental Memorandum **[Case No. 17-3283, ECF No. 1616]**.
>
>    E. Omnibus Joint Status Report **[Case No. 17-3283, ECF No. 1617]**.
>
> Status:  This matter is going forward.
>
> Estimated Time Required:  30 minutes.

8. **Ambac Rule 2004 Motion.**  Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1283]**.

    Description: Ambac Assurance Corp.'s motion for a Rule 2004 examination of FOMB, the Commonwealth and AAFAF.

    Objection Deadline:  Tuesday, October 31, 2017 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
    A. The Official Committee of Unsecured Creditors' Omnibus Limited Response to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1344]**.

    B. Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1345]**.

    C. The Official Committee of Retired Employees' Omnibus Limited Response to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1353]**.

    Reply, Joinder & Statement Deadlines:  Tuesday, November 7, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, November 8, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

    Reply:
    A. AAFAF's Joinder to Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1582]**.

B. The Official Committee of Unsecured Creditors' Omnibus Limited Joinder to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1603]**.

C. Ambac Assurance Corporation's Reply in Further Support of its Motion for Entry of an Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1668]**.

Related Documents:

A. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 1294]**.

B. Declaration of Timothy W. Mungovan in Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery **[Case No. 17-3283, ECF No. 1346]**.

C. Order for Joint Status Reports Regarding Motions for Order Authorizing Rule 2004 Examinations **[Case No. 17-3283, ECF No. 1471]**.

D. Debtors' and AAFAF's Unopposed Urgent Joint Motion to File a Joint Supplemental Memorandum **[Case No. 17-3283, ECF No. 1616]**.

E. Omnibus Joint Status Report **[Case No. 17-3283, ECF No. 1617]**.

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

### III. **PRETRIAL CONFERENCE:**

1. **Initial Conference Asociacion de Salud Primaria de Puerto Rico v. Commonwealth.** Initial conference in connection with Asociacion de Salud Primaria de Puerto Rico v. Commonwealth **[Case No. 17-ap-227, ECF No. 18]**.

   Related Documents:

   A. Joint Urgent Motion Seeking Extension of Deadlines Under Initial Conference Order [ECF No. 18] **[Case No. 17-ap-227, ECF No. 22]**.

   B. Order on Joint Urgent Motion Seeking Extension of Deadlines Under Initial Conference Order [ECF No. 18] **[Case No. 17-ap-227, ECF No. 23]**.

   Status: This matter is going forward.

   Estimated Time Required: 15 minutes.

### IV. **ADJOURNED MATTERS:**

1. **Tamrio Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614]**.

   Description: Tamrio's motion to compel HTA to assume or reject its contract.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
- A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 816**].
- B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
- A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 862]**.

Related Documents:
- A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**.

Status: This matter has been adjourned.

Estimated Time Required: 10 minutes.

2. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 627]**.

Description: Constructora Santiago's motion to compel HTA to assume or reject its contract.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
- A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**.
- B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
  A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 863]**.

Related Documents:
  A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**.

Status: This matter has been adjourned.

Estimated Time Required: 10 minutes.

3. **Ferrovial SA Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 685]**.

Description: Ferrovial SA's motion to compel HTA to assume or reject its contract.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**.
  B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**.

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
  A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 866]**.

Related Documents:
  A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**.

Status: This matter has been adjourned.

Estimated Time Required: 10 minutes.

4. **Ferrovial Agroman LLC Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 686]**.

   Description: Ferrovial LLC's motion to compel HTA to assume or reject its contract.

   Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**.

   Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Reply:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 865]**.

   Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**.

   Status: This matter has been adjourned.

   Estimated Time Required: 10 minutes.

*[Remainder of page intentionally left blank]*

Dated: November 13, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*