**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*[1]*,*<br><br>  Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

   I, Alicia I. Lavergne Ramírez, do hereby certify that on November 13, 2017, I caused a true and correct copy of "The Puerto Rico Funds' Amended Informative Motion Regarding the November 15-16, 2017 Omnibus Hearing And Request to Be Heard" (No. 17-3283 Docket 1752), to be served by U.S. mail and by electronic mail (See Exhibit A). Also, a copy of the motion was sent by email to the Chambers of the Hon. Laura Taylor Swain to swaindprcorresp@nysd.uscourts.gov, two copies of the motion were sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain at:

United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

And a copy of the motion by messenger to:

Office of the United States Trustee for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today, November 14, 2017.

By:
/s/ *Alicia I. Lavergne-Ramírez*
Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@sanpir.com

SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
*Counsel for Puerto Rico AAA Portfolio Bond Fund II,
Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto
Rico AAA Portfolio Target Maturity Fund, Inc., Puerto
Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income
Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc.,
Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico
Fixed Income Fund V, Inc., Puerto Rico Fixed Income
Fund VI, Inc., Puerto Rico GNMA & U.S. Government
Target Maturity Fund, Inc., Puerto Rico Investors Bond
Fund I, Puerto Rico Investors Tax-Free Fund, Inc.,
Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico
Investors Tax-Free Fund III, Inc., Puerto Rico Investors
Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free
Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI,
Inc., Puerto Rico Mortgage-Backed & U.S. Government
Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc.,
Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto
Rico Target Maturity Fund, Inc. and UBS IRA Select
Growth & Income Puerto Rico Fund*

KL2 3014136.9