**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC'S AMENDED INFORMATIVE MOTION
REGARDING THE NOVEMBER 15-16, 2017 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc.

Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title

III cases, hereby submits this amended informative motion pursuant to the Court's *Order*

*Regarding the Location and Procedures For Attendance, Participation, and Observation of the*

*November 15-16, 2017 Omnibus Hearing* (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 1545]), and

respectfully states as follows:

On November 8, 2017, Peaje submitted its *Informative Motion and Notice of Request to Be Heard At the November 15-16, 2017 Omnibus Hearing* (*see* Case No. 17 BK 3282-LTS, [Dkt. No. 1703]) indicating that Allan S. Brilliant and/or G. Eric Brunstad, Jr. planned to attend the November 15-16 Omnibus Hearing (the "Hearing") in the New York courtroom.

The undersigned counsel hereby informs the Court that Mr. Brunstad will be attending tomorrow's Hearing in the New York courtroom and will be accompanied by Andrew C. Harmeyer of Dechert LLP in place of Mr. Brilliant.  The undersigned anticipates that Dora L. Monserrate Peñagarícano will attend the Hearing in the San Juan courtroom as Peaje's local counsel.

**RESPECTFULLY SUBMITTED**, this 14th day of November, 2017.

**MONSERRATE SIMONET & GIERBOLINI, LLC**

Dora L. Monserrate Peñagarícano
USDC-PR No. 212612
101 San Patricio Avenue
Maramar Plaza, Suite 1120
Guaynabo, Puerto Rico 00968
Phone:      (787) 620-5300
Fax:         (787) 620-5305

**DECHERT LLP**

 */s/ Allan S. Brilliant*                    _____
Allan S. Brilliant (*pro hac vice*)
Robert J. Jossen (*pro hac vice*)
G. Eric Brunstad, Jr. (*pro hac vice*)
Andrew C. Harmeyer (*pro hac vice*)
1095 Avenue of the Americas
New York, New York 10036

-and-

Michael S. Doluisio (*pro hac vice*)
Stuart T. Steinberg (*pro hac vice*)
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104

*Attorneys for Peaje Investments LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of November 2017, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to

all counsel of record of such filing.

Dated: November 14, 2017

*/s/ Brett Stone*
By: Brett Stone
Title: Paralegal, Dechert LLP