# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>  Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

COMES NOW, Voya Institutional Trust Company ("VITC"), a party in interest in the above-captioned case, and respectfully prays:

1. VITC hereby enters its appearance through its undersigned counsel, Pedro Jiménez and Katarina Stipec-Rubio of the law firm Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.

2. The undersigned attorneys respectfully request that all future orders, motions, pleadings, notices and other documents served and filed in this proceeding be notified to the undersigned counsel, and that they be included in the master list maintained by the Clerk of the Court and Claims and Noticing Agent.

3. VITC's information is set forth below:

   Voya Institutional Trust Company
   One Orange Way, C4R
   Windsor, CT 06095-4774

4. Local Counsel's information is set forth below:

   Pedro Jiménez and
   Katarina Stipec-Rubio

        Adsuar Muñiz Goyco Seda & Pérez-Ochoa, P.S.C.
        208 Ponce de Léon Ave., Suite 1600
        San Juan, PR 00918
        Tel: (787) 756.9000
        Fax: (787) 756.9010
        E-mail: pjime@icepr.com
                kstipec@amgprlaw.com

5. VITC's email address for service by electronic transmission, address for service by U.S. mail, hand delivery, and/or overnight delivery, and facsimile number for service by facsimile are set forth in paragraph 4 above.

WHEREFORE, VITC respectfully requests that this Honorable Court take notice of the appearance of the undersigned attorneys and that all future orders, motions, pleadings, notices and other documents served and filed in this proceeding be notified to the undersigned counsel,

Date: November 14, 2017.         Respectfully submitted,

        **ADSUAR MUÑIZ GOYCO SEDA**
        **& PÉREZ-OCHOA, P.S.C.**

        *By: /s/ Pedro Jiménez*
        Pedro Jiménez
        USDC-PR No. 121912

        By: /s/Katarina Stipec-Rubio
        Katarina Stipec
        USDC-PR No. 206611

        **P. O. Box 70294**
        **San Juan, PR 00936-8294**
        **Tel: (787) 756.9000**
        **Fax: (787) 756.9010**

        *Attorneys for Voya Institutional Trust Company*

and that they be included in the master list maintained by the Clerk of the Court and Claims and

## **CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to persons and entities registered in the system.

Date: November 14, 2017.　　　　　　　Respectfully submitted,

**ADSUAR MUÑIZ GOYCO SEDA
& PÉREZ-OCHOA, P.S.C.**

*By: /s/ Pedro Jiménez*
Pedro Jiménez
USDC-PR No. 121912

By: /s/Katarina Stipec-Rubio
Katarina Stipec
USDC-PR No. 206611

**P. O. Box 70294
San Juan, PR 00936-8294
Tel: (787) 756.9000
Fax: (787) 756.9010**

*Attorneys for Voya Institutional Trust Company*

3