# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------- x
:
In re: :
: Case No. 17-BK-4780 (LTS)
THE FINANCIAL OVERSIGHT AND MANAGEMENT :
BOARD FOR PUERTO RICO, :
:
    as representative of :
:
PUERTO RICO ELECTRIC POWER AUTHORITY, : **Court Filing Relates Only to**
: **PREPA and Shall Only be Filed**
    Debtor. : **in Case No. 17-BK-4780 (LTS)**
: **and Main Case 17-BK-3283**
: **(LTS)**
:
---------------------------------------------------------------------- x

**STIPULATION AND CONSENT ORDER REGARDING AMENDED URGENT
MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER,
UNDER 11 U.S.C. § 1103 AND BANKRUPTCY RULE 2004, AUTHORIZING
DISCOVERY WITH RESPECT TO PREPA ENGAGEMENT OF WHITEFISH
<u>ENERGY HOLDINGS, LLC DATED NOVEMBER 7, 2017</u>**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)

1. The following stipulation and consent ("Stipulation and Consent") is entered into between (1) the Official Committee of Unsecured Creditors of all title III debtors (other than COFINA) (the "Committee"); (2) the Puerto Rico Electric Power Authority ("PREPA") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of PREPA pursuant to the authority granted to it under the *Enabling Act of the Fiscal Advisory Authority,* Act 2-2017[2]; (3) Whitefish Energy Holdings, LLC ("Whitefish"); (4) Ambac Assurance Corporation ("Ambac"); (5) the Ad Hoc Group of PREPA Bondholders (the "Ad Hoc Group"); (6) National Public Finance Guarantee Corporation ("National"); (7) Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) (together, "Assured"); and (8) U.S. Bank National Association, solely in its capacity as successor trustee (the "PREPA Bond Trustee") under the Trust Agreement dated as of January 1, 1974, between it and PREPA (together with Ambac, the Ad Hoc Group, National, and Assured, the "Joinder Parties") regarding requests of the Joinder Parties to receive documents and observe any depositions conducted in connection with the *Amended[3] Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for Hearing* [PREPA Docket No. 409] (the "Motion"):

2. The Committee and PREPA entered into the *Notice of Consent of Puerto Rico Electric Power Authority to Creditors' Committee's Bankruptcy Rule 2004 Motion* [PREPA

---

[2] The Financial Oversight and Management Board for Puerto Rico ("FOMB"), as the Debtors' representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this Stipulation and Consent Order on behalf of PREPA.

[3] As mentioned in the Motion, the amendment incorporated the denial by Mr. Elias Sánchez Sifonte of certain allegations contained in paragraph 20 of the original filing. [*See* Docket No. 364 in Case No. 17-BK-4780-LTS and Docket No. 1567 in Case No. 17-BK-3283 (LTS)].

1

Docket No. 404] (the "PREPA Consent") whereby, among other things, PREPA agreed to produce certain responsive documents and the parties agreed to reserve rights in connection with the production of the balance of the requested documents. Nothing in this Stipulation and Consent shall alter any obligations established by the PREPA Consent, and PREPA shall produce materials to the Committee according to the terms of the PREPA Consent.

3. The Committee and Whitefish entered into the *Stipulation and Consent Order Between Whitefish Energy Holdings, LLC and Official Committee of Unsecured Creditors Regarding Amended Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC Dated November 7, 2017* [PREPA Docket No. 441] (the "Whitefish Consent") whereby, among other things, Whitefish agreed to produce certain responsive documents and the parties agreed to reserve rights in connection with the production of the balance of the requested documents. Nothing in this Stipulation and Consent shall alter any obligations established by the Whitefish Consent, and Whitefish shall produce materials to the Committee according to the terms of the Whitefish Consent.

4. PREPA and Whitefish, as applicable, contemporaneously with or promptly after the production of documents to the Committee from either PREPA pursuant to the PREPA Consent or Whitefish pursuant to the Whitefish Consent, agree to produce to the Joinder Parties copies of documents produced or other discovery provided to the Committee in response to the Motion.

5. The Joinder Parties—with the exception of Ambac—may attend and observe live examinations that take place in connection with the Motion, if any, and, following the conclusion of the questioning undertaken by the Committee, may question any witness for the remainder of the time permitted by the applicable rules for such live examinations. Ambac, however, may

attend and observe live examinations that take place in connection with the Motion, if any, but may not question any witness, interpose objections, or otherwise participate in any such live examination.

6. This Stipulation and Consent shall not be interpreted as a waiver of the rights of the Committee or the Joinder Parties to seek further documents or testimony under a separately initiated Bankruptcy Rule 2004 Motion in the future, or the rights of any party to object to any such future Bankruptcy Rule 2004 Motion request.

7. As set forth in the PREPA Consent and Whitefish Consent, the agreement to produce documents and other information, including the taking of depositions, is subject to the entry of a protective order to address the confidentiality of the produced documents and information. Until such time as a protective order has been entered by the Court, all documents or other information, including deposition transcripts, related to the Motion shall be treated as highly confidential available for review only by attorneys from law firms representing the Committee and Joinder Parties in the above-captioned case.

8. By agreeing to the Stipulation and Consent, PREPA does not acknowledge any obligation to produce documents or other information to Ambac other than as set forth in the Stipulation and Consent. The Stipulation and Consent shall not be interpreted as either consent by PREPA or AAFAF to the further participation of Ambac in the PREPA Title III proceeding or as a waiver of their rights to object to any future motion or joinder that may be filed by Ambac seeking documents and/or testimony under Bankruptcy Rule 2004 or any other relief. Ambac agrees and consents that it shall not cite to or rely upon the Stipulation and Consent as precedent to obtain relief of any sort in the above-captioned PREPA Title III proceeding.

9. If the parties to the Stipulation and Consent are not able to resolve any dispute arising under the Stipulation and Consent, any party may seek court intervention by requesting a

3

telephonic hearing, with such hearing to be conducted in seven (7) days' notice, subject to the court's availability and calendar.

*[Remainder of page intentionally left blank]*

Dated: November 10, 2017
      San Juan, Puerto Rico

/s/ Luc A. Despins
**PAUL HASTINGS LLP**
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and –

*Juan J. Casillas Ayala*
**CASILLAS, SANTIAGO & TORRES LLC**
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*

Dated: November 10, 2017

/s/ Ann Marie Uetz
Ann Marie Uetz (*Pro Hac Vice Pending*)
**FOLEY & LARDNER LLP**
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone (313) 234-7100
Facsimile (313) 234-2800
auetz@foley.com

*Counsel for Whitefish Energy Holdings*

and

/s/ *Carmen D. Conde Torres, Esq.*
**C. CONDE & ASSOC.**
Carmen D. Conde Torres, Esq.
USDC 207312
Luisa S. Valle Castro, Esq.
USDC No. 215611

254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: condecarmen@condelaw.com
ls.valle@condelaw.com

*Local Counsel for Whitefish Energy Holdings*

6

Dated: November 10, 2017

*Joseph P. Davis*
**GREENBERG TRAURIG, LLP**
Kevin D. Finger, Esq. (*Pro Hac Vice*)
David D. Cleary, Esq. (*Pro Hac Vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: fingerk@gtlaw.com
clearyd@gtlaw.com

**GREENBERG TRAURIG, LLP**
Joseph P. Davis III, Esq. (*Pro Hac Vice Pending*)
One International Place, Suite 2000
Boston, MA 02110
Phone: 617-310-6000
Fax: 617-310-6001
davisjo@gtlaw.com

**GREENBERG TRAURIG, LLP**
Nancy Mitchell, Esq. (*Pro Hac Vice*)
Nathan A. Haynes, Esq. (*Pro Hac Vice*)
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: mitchelln@gtlaw.com
Email: haynesn@gtlaw.com

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

—and—

*/s/ Arturo Diaz Angueira*
Arturo Diaz Angueira, Esq., USDC – PR 117907
Katiuska Bolaños Lugo, Esq., USDC – PR 231812
**CANCIO, NADAL, RIVERA, & DÍAZ, P.S.C.**
PO Box 364966
San Juan, PR 00936-4966
Tel. (787) 767-9625
Fax (787) 764-4430
adiaz@cnrd.com
kbolanos@cnrd.com

*Counsel to PREPA*

7

Dated: November 10, 2017

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| */s/ Manuel Fernandez-Bared* | */s/ Amy Caton* |
| MANUEL FERNÁNDEZ-BARED | AMY CATON* |
| USDC-PR No. 204,204 | GREGORY A. HOROWITZ* |
| E-mail: mfb@tcmrslaw.com | THOMAS MOERS MAYER* |
| | ALICE J. BYOWITZ* |
| s/ *Linette Figueroa-Torres* | DOUGLAS BUCKLEY** |
| LINETTE FIGUEROA-TORRES | 1177 Avenue of the Americas |
| USDC-PR No. 227,104 | New York, New York 10036 |
| E-mail: lft@tcmrslaw.com | Tel.: (212) 715-9100 |
| | Fax: (212) 715-8000 |
| *s/ Nayda Pérez-Román* | Email: tmayer@kramerlevin.com |
| NAYDA PEREZ-ROMAN | acaton@kramerlevin.com |
| USDC–PR No. 300,208 | ghorowitz@kramerlevin.com |
| E-mail: nperez@tcmrslaw.com | abyowitz@kramerlevin.com |
| | dbuckley@kramerlevin.com |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | *admitted *pro hac vice* |
| Tel.: (787) 751-8999 | **admitted *pro hac vice* in Case No. 17-BK-3283-LTS |
| Fax: (787) 763-7760 | |
| *Counsel to the Ad Hoc Group of PREPA Bondholders* | *Counsel to the Ad Hoc Group of PREPA Bondholders* |

8

Dated: November 10, 2017

**FERRAIUOLI LLC**

By: /s/ Roberto Camara-Fuertes
Roberto Cámara-Fuertes (USDC-PR No. 219002)
Sonia Colón (USDC-PR No. 213809)
221 Ponce de León Avenue, 5th Floor
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: rcamara@ferraiuoli.com
scolon@ferraiuoli.com

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

By: */s/ Dennis F. Dunne*
Dennis F. Dunne
Andrew M. Leblanc
Atara Miller
Grant R. Mainland
(admitted pro hac vice)
28 Liberty Street
New York, NY 10005
Telephone: (212) 530-5770
Facsimile: (212) 822-5770
Email: ddunne@milbank.com
aleblanc@milbank.com
amiller@milbank.com
gmainland@milbank.com

***Attorneys for Ambac Assurance Corporation***

9

Dated: November 10, 2017

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** | **WEIL, GOTSHAL & MANGES LLP** |

**ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.**

*/s/ Eric Perez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314
Luis Oliver-Fraticelli
USDC-PR No. 209204
Alexandra Casellas-Cabrera
USDC-PR No. 301010
Lourdes Arroyo Portela
USDC-PR No. 226501

208 Ponce de León Avenue
Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010

E-mail: epo@amgprlaw.com
loliver@amgprlaw.com
acasellas@amgprlaw.com
larroyo@amgprlaw.com

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Marcia Goldstein*
Marcia Goldstein*
Jonathan Polkes*
Salvatore A. Romanello*
Gregory Silbert*

767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
marcia.goldstein@weil.com
jonathan.polkes@weil.com
salvatore.romanello@weil.com
gregory.silbert@weil.com
*admitted *pro hac vice*

Stephen A. Youngman*
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Telephone: (214) 746-7700
Facsimile: (214) 746-7777
Stephen.youngman@weil.com
*admitted *pro hac vice*

***Counsel for National Public Finance Guarantee Corp.***

Dated: November 10, 2017

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| /s/ Eric A. Tulla<br>Eric A. Tulla<br>USDC-DPR No. 118313<br>Email: etulla@ riveratulla.com<br>Iris J. Cabrera-Gómez<br>USDC-DPR No. 221101<br>Email: icabrera@riveratulla.com<br><br>Rivera Tulla & Ferrer Building<br>50 Quisqueya Street<br>San Juan, PR 00917-1212<br>Tel: (787)753-0438<br>Fax: (787)767-5784 (787)766 | /s/ Clark T. Whitmore<br>Clark T. Whitmore (admitted pro hac vice)<br>Jason M. Reed (admitted pro hac vice)<br><br>90 South Seventh Street, Suite 3300<br>Minneapolis, MN 55402<br>Telephone: 612-672-8200<br>Facsimile: 612-672-8397<br>E-Mail: clark.whitmore@maslon.com<br>    jason.reed@maslon.com<br><br>*Attorneys For U.S. Bank National Association, In Its Capacity As Prepa Bond Trustee* |

11

Dated: November 10, 2017

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| */s/ Heriberto Burgos Perez*<br>Heriberto Burgos Pérez<br>USDC-PR No. 204,809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR No. 203,114<br>Diana Pérez-Seda<br>USDC–PR No. 232,014<br>E-mail: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br><br>P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | */s/ Howard R. Hawkins*<br>Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>Ellen Halstead*<br>Thomas J. Curtin*<br>Casey J. Servais*<br>200 Liberty Street<br>New York, New York 10281<br>Tel.: (212) 504-6000<br>Fax: (212) 406-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br><br>* admitted pro hac vice<br><br>*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

SO ORDERED:

Dated: November __, 2017

_____
Judith G. Dein
United States Magistrate Judge