**Hearing Date**: November 13, 2017 at 1:30 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : |
|  | : |
|  | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
|  | : |
| as representative of | : Case No. 17-BK-3283 (LTS) |
|  | : |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : (Jointly Administered) |
|  | : |
| Debtors.[1] | : |

-----------------------------------------------------------------x

|  |  |
|---|---|
| In re: | : |
|  | : Adv. Proc. No. 17-BK-4780 |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | : (LTS) |
| BOARD FOR PUERTO RICO, | : |
|  | : |
| as representative of | : |
|  | : |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | : **Court Filing Relates Only to** |
|  | : **PREPA and Shall Only be Filed** |
| Debtor. | : **in Case No. 17-BK-4780 (LTS)** |
|  | : **and Main Case 17-BK-3283** |
|  | : **(LTS)** |
|  | : |

-----------------------------------------------------------------x

## THIRD INFORMATIVE MOTION REGARDING CREDITORS' COMMITTEE'S WHITEFISH BANKRUPTCY RULE 2004 MOTION

---

[1]   The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747)

To the Honorable United States Magistrate Judge Judith G. Dein:

1.       The Official Committee of Unsecured Creditors of all title III debtors (other than
COFINA) (the "Committee") respectfully files this informative motion notifying the court of the
consensual resolution of the *Amended[2] Urgent Motion of Official Committee of Unsecured
Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery
With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC and Urgent Request for
Hearing* [Docket No. 409 in PREPA Docket] (the "Motion").

2.       On November 7, 2017, the Committee and the Puerto Rico Electric Power
Authority ("PREPA") filed a *Notice of Consent of Puerto Rico Electric Power Authority to
Creditors' Committee's Bankruptcy Rule 2004 Motion* [PREPA Docket No. 404] (the "PREPA
Consent") in which PREPA acknowledged the Committee's authority to conduct discovery and
agreed to produce materials to the Committee.

3.       Subsequently, on November 10, 2017, the Committee and Whitefish Energy
Holdings, LLC ("Whitefish") filed a *Stipulation and Consent Order Between Whitefish Energy
Holdings, LLC and Official Committee of Unsecured Creditors Regarding Amended Urgent
Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and
Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish
Energy Holdings, LLC Dated November 7, 2017* [PREPA Docket No. 441] (the "Whitefish
Consent Order") in which Whitefish likewise acknowledged the Committee's authority to
conduct discovery and agreed to produce materials to the Committee.

4.       The Committee has reached a fully consensual global stipulation between (1) the
Committee; (2) PREPA; (3) Whitefish; and (4) the parties who have recently filed joinders to the

---

2       As mentioned in the Motion, the amendment incorporated the denial by Mr. Elias Sánchez Sifonte of certain
allegations contained in paragraph 20 of the original filing.  [*See* Docket No. 364 in Case No. 17-BK-4780-LTS
and Docket No. 1567 in Case No. 17-BK-3283 (LTS)].

1

Committee's Motion (the "Joinder Parties").[3] *See Stipulation and Consent Order Regarding Amended Urgent Motion of Official Committee of Unsecured Creditors for Order, Under 11 U.S.C. § 1103 and Bankruptcy Rule 2004, Authorizing Discovery With Respect to PREPA Engagement of Whitefish Energy Holdings, LLC Dated November 7, 2017* [PREPA Docket No. 465] (the "Global Stipulation").  The Global Stipulation addresses the production of materials to the Committee, the processes for sharing those materials with the Joinder Parties, and the procedures for conducting any live examinations of relevant individuals.

5.        Accordingly, the Committee requests that the court sign (1) the Whitefish Consent Order [PREPA Docket No. 441] and (2) the Global Stipulation [PREPA Docket No. 465].  Together, these two pleadings govern the discovery conducted pursuant to the Motion.  The Committee will be providing the court with Microsoft word versions of both of these documents contemporaneously with the filing of this informative motion.

*[Remainder of page intentionally left blank]*

---

[3]        Joinders have been filed by Ambac Assurance Corporation ("Ambac"), the Ad Hoc Group of PREPA Bondholders (the "Ad Hoc Group"), National Public Finance Guarantee Corporation ("National"), Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (f/k/a Financial Security Assurance Inc.) (together, "Assured"), and U.S. Bank National Association, solely in its capacity as successor trustee (the "PREPA Bond Trustee") under the Trust Agreement dated as of January 1, 1974, between it and PREPA (collectively, the "Joinder Parties").

Dated: November 14, 2017
     San Juan, Puerto Rico

Respectfully submitted,

/s/ Luc. A. Despins
PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
James R. Bliss, Esq. *(Pro Hac Vice)*
James B. Worthington, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured
Creditors*

- and –

/s/ Juan J. Casillas Ayala
CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR
213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR
302710
Ericka C. Montull-Novoa, Esq., USDC - PR
230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of
Unsecured Creditors*