IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et
al.,

    Debtors.

PROMESA
Title III

No. 17-BK-3283-LTS

(Jointly Administered)

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Matthew B. Harris, applicant herein and respectfully states:

1.      Applicant is an attorney and a member of the law firm of (or practices under the

name of) FAEGRE BAKER DANIELS LLP, with offices at:

| Address | 2200 Wells Fargo Center |
| | 90 South Seventh Street |
| Email | matthew.harris@faegrebd.com |
| Telephone No. | 612-766-7942 |
| Fax No. | 612-766-1600 |

2.      Applicant will sign all pleadings with the name Matthew B. Harris.

3.      Applicant has been retained personally or as a member of the above-named firm

by Voya Institutional Trust Company to provide legal representation in connection with the

above- styled matter now pending before the United States District Court for the District of

Puerto Rico.

4.      Since May 16, 2014, applicant has been and presently is a member in good

standing of the bar of the highest court of the State of Minnesota, where applicant regularly

practices law.  Applicant's bar license number is 0396120.

Application and Order for Admission Pro Hac Vice (05/2017)

5.    Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of Minnesota | 5/14/2014 |
| State of New York | 2/22/2010 |
| Southern District of New York | 10/19/2010 |
| District of Minnesota | 4/16/2015 |
| United States Supreme Court | 4/21/2014 |

6.    Applicant is a member in good standing of the bars of the courts listed in

paragraph 5.

7.    Applicant is not currently suspended from the practice of law before any court or

jurisdiction.

8.    Applicant is not currently the subject of any complaint for unethical conduct,

disciplinary proceeding or criminal charges before any court or jurisdiction.

9.    During the past three years, applicant has filed for pro hac vice admission in the

United States District Court for the District of Puerto Rico, in the following matters:

Date of Application:                                          Case Number and Style:

None

10.    Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Pedro Jimenez Rodriguez / Katarina Stipec-Rubio |
| USDC-PR Bar No. | 121912        /        206611 |
| Address | Adsuar Muniz Goyco Seda & Perez-Ochoa P.S.C. |
| | 208 Ponce De Leon Ave., #1600 |
| | San Juan, PR 00918 |
| Email | pjime@icepr.com  /  kstipec@amgprlaw.com |

Application and Order for Admission Pro Hac Vice (05/2017)

Telephone No.    787-281-1825

Fax No.    787-756-9010

11.    Applicant has read the local rules of this court and will comply with same.

12.    Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 14, 2017.

Matthew B. Harris
Printed Name of Applicant

Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure compliance.

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of

local counsel of record for all purposes.

Date: 11/14/2017.

                                                            Katarina Stipe-Rubio
                                                            Printed Name of Local Counsel

                                                            s/Katarina Stipec-Rubio
                                                            Signature of Local Counsel


I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to persons and have

paid the$300.00 pro hac vice admission fee to the Clerk of the Court.

                                                            /s/Matthew B. Harris
                                                            Signature of Applicant


                                                            By: /s/Katarina Stipec-Rubio
                                                            Katarina Stipec Rubio
                                                            USDC-PR No. 206611

                                                            *Local Counsel*

Application and Order for Admission Pro Hac Vice (05/2017)

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders

that:

☐         the application be granted. The Clerk of Court shall deposit the admission fee to

the account of Non-Appropriated Funds of this Court.

☐         the application be denied. The Clerk of Court shall return the admission fee to the

applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
**U.S. DISTRICT JUDGE**

Application and Order for Admission Pro Hac Vice (05/2017)