IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 17-03283-LTS |
| THE COMMONWEALTH OF | * | |
| PUERTO RICO & PUERTO RICO | * | CHAPTER 9 |
| ELECTRIC POWER AUTHORITY | * | |
| Debtors | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF APPEARANCE

TO HONORABLE COURT:

Appears, attorney Lemuel Negrón Colón and respectfully states and prays:

1. That "Cooperativa de Ahorro y Crédito Jayucoop", unsecured creditor with interest over property scheduled as part of the estate, hired this attorney to represent the "Cooperativa" in the above captioned case.

2. That the above mention creditor wishes that his legal representative be included in the master address list and that he be noticed of all documents that are filed before this Court.

WHEREFORE, the undersigned respectfully prays to be included in the master address list, and that notice is taken of this appearance in order that all parties include the undersigned attorney in their notices.

**CERTIFICATE OF SERVICE**: We hereby certify that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filling to all CM/ECF participants. We further certify that a copy of the foregoing motion was notified by regular mail to all creditors and parties in interest.

Respectfully submitted.

In Ponce, Puerto Rico this November 15, 2017.

/s/Lemuel Negrón Colón
USDC 211202
PO Box 801478
Coto Laurel, PR 00780-1478
Tel. (787) 840-6719
Fax. (787) 813-0088
Email:lemuel.law@gmail.com