AO 435 (Rev. 04/11)  
Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

FOR COURT USE ONLY  
**DUE DATE:**

| | | |
|---|---|---|
| 1. NAME: Lourdes Arroyo Portela | 2. PHONE NUMBER: (787) 281-1961 | 3. DATE: 11/15/2017 |
| 4. MAILING ADDRESS: PO Box 70294 | 5. CITY: San Juan | 6. STATE: PR / 7. ZIP CODE: 00936 |
| 8. CASE NUMBER: 17-3283 | 9. JUDGE: Laura Taylor Swain | DATES OF PROCEEDINGS — 10. FROM: 11/15/2017 / 11. TO: 11/15/2017 |
| 12. CASE NAME: In re: Commonwealth of Puerto Rico | LOCATION OF PROCEEDINGS — 13. CITY: New York | 14. STATE: NY |

15. ORDER FOR: [ ] APPEAL  [ ] CRIMINAL  [ ] CRIMINAL JUSTICE ACT  [X] BANKRUPTCY  [ ] NON-APPEAL  [ ] CIVIL  [ ] IN FORMA PAUPERIS  [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Entire transcript | 11/15/2017 |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES: | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES: | | |
| EXPEDITED | [ ] | [X] | NO. OF COPIES: | | |
| DAILY | [ ] | [ ] | NO. OF COPIES: | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES: | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE: s/Lourdes Arroyo Portela  
PROCESSED BY:

19. DATE: 11/15/2017  
PHONE NUMBER:

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY