**Hearing Date:** December 20, 2017 at 9:30 a.m. (prevailing Atlantic Standard Time)
**Objection Deadline**: December 6, 2017

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

         Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

## NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF BENNAZAR, GARCÍA & MILIÁN FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO FROM JUNE 16, 2017 THROUGH SEPTEMBER 30, 2017

**PLEASE TAKE NOTICE** that a hearing on the *First Interim Application of Bennazar,*

*García & Milián, C.S.P. for Allowance of Compensation and Reimbursement of Expenses Incurred*

*as Attorneys for the Official Committee of Retired Employees of Puerto Rico* (the "**Application**"),

filed November 15, 2017, will be held before the Honorable Laura Taylor Swain, United States

District Court Judge, in Room 3 of the United States District Court for the District of Puerto Rico,

150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 (the

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

"**Court**"), on December 20, 2017 at 9:30 a.m. (Atlantic Standard Time) or at such other time as

ordered by the Court.

**PLEASE TAKE FURTHER NOTICE** that any response or objection (any "**Objection**")

to the Application must be in writing, must conform to the Federal Rules of Bankruptcy Procedure

and the Local Bankruptcy Rules for the District of Puerto Rico, must be filed with the Court (a) by

attorneys practicing in the Court, including attorneys admitted *pro hac vice*, electronically in

accordance with Rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other

parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent

applicable, and shall be served in accordance with the Court's *Order (A) Imposing and Rendering*

*Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of*

*Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related*

*Relief*, as amended (Dkt. Nos. 249, 262, 1065, 1512) and *Interim Compensation Order, Including*

*the Due Date and Hearing Date for Interim Compensation* (Dkt. No. 1594, 1715), so as to be filed

and received no later than **December 6, 2017** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Application is not

received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Court

may enter an order granting the relief sought without a hearing pursuant to the case management

procedures.

[*Remainder of page left intentionally blank*]

2

Respectfully submitted,                          Dated: November 15, 2017

BENNAZAR, GARCÍA & MILIÁN, C.S.P.

By:
*/s/ A.J. Bennazar-Zequeira*
A.J. Bennazar-Zequeira
Edificio Union Plaza
PH-A piso 18
Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

*Counsel for The Official Committee of Retired*
*Employees of Puerto Rico*