## EXHIBIT D

## SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, C.S.P. EXPENSES

| Expense Description | Amount |
|---|---|
| Travel | |
|     Airfare | $1,681.65 |
|     Hotel | $2,361.41 |
|     Meals | $24.34 |
|     Ground Transportation | $662.09 |
|     Combined Flight and Hotel Charge | $1,503.68 |
| Meals for Committee Meetings | $122.27 |
| Office Supplies | $43.89 |
| U.C.C. Search | $104.00 |
| Photocopy Expense | $1,448.91 |
| **TOTAL** | **$7,952.24** |