**<u>EXHIBIT E</u>**

**DETAILED EXPENSES OF  BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

Page 13

OFFICIAL COMMITTEE OF RETIRED EMPLOYEES

AMOUNT

COMMONWEALTH OF PUERTO RICO [5-3357]

| | | AMOUNT |
|---|---|---|
| 6/20/2017 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | 203.31 |
| 7/6/2017 | TRAVEL EXPENSES: PLANE TICKETS | 500.70 |
| 7/6/2017 | TRAVEL EXPENSES: GROUND TRANSPORT | 57.09 |
| | OTHER BILLABLE EXPENSES: SNACKS (FOR ORC MEETING) | 27.37 |
| 7/7/2017 | TRAVEL EXPENSES: GROUND TRANSPORT | 27.25 |
| 7/8/2017 | TRAVEL EXPENSES: GROUND TRANSPORT | 64.80 |
| | TRAVEL EXPENSES: AIRPORT PARKING FEE | 49.75 |
| | TRAVEL EXPENSES: HOTEL ACCOMMODATION | 665.90 |
| 7/31/2017 | OTHER BILLABLE EXPENSES: OFFICE SUPPLIES | 43.89 |
| | OTHER BILLABLE EXPENSES: GROCERIES AND SNACKS (FOR ORC MEETING) | 42.21 |
| | DOCUMENT REPRODUCTION | 1,206.40 |

SUBTOTAL: [ 2,888.67 ]

TOTAL COST $2,888.67

TOTAL AMOUNT THIS BILL $102,926.17

# Sir Speedy®

Vázquez & Velázquez Enterprises, Inc.
416 Ponce de Leon Ave., Union Plaza Bldg
Suite 3, Hato Rey, P.R. 00918
Tel. 751-1555  Fax 751-1572

**Invoice**

No. **50876**

Date 6/20/17

P.O. #

**SOLD TO**
Maureen Quevedo
Bennazar, Garcia & Milián, C.S.P.
Penthouse A, Edif. Union Plaza
Ave. Ponce De Leon #416,
Hato Rey PR  00918

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 9 | Clr Copy "SEGAL'S PROPOSAL TO THE OFFICIAL COMMITTEE OF RETIREES", 8.5 x 11 White Bond<br>         1/4" Comb Binding | 182.34 |

50% deposit required for jobs without approved credit.
A $20.00 charge will be added for returned checks.
No returns will be accepted after five days of receipt of merchandise

| | |
|---|---|
| SUBTOTAL | 182.34 |
| TAX State | 18.23 |
| SHIPPING Municipal | 2.74 |
| TOTAL | 203.31 |
| AMOUNT DUE | 203.31 |

**Please pay from this invoice**

*Thank you for allowing us to serve you.*

| q Pick Up   q Delivery | |
|---|---|
| q Cash   q Charge   q Check  # _____ | Amount Received _____ |

_____    ___ / ___ / ___
*Received by*                          *Date*

7/5/2017

Case:17-03283-LTS Doc#:1806-5 Filed:11/15/17 Entered:11/15/17 21:06:01 Desc:
Exhibit Part 1 Detailed Expenses Page 4 of 34

# American Airlines 

Plan Travel    Travel Information  AAdvantage

# Your trip

Record locator: **XWGIXO**

Trip name: **SJU/JFK**

Issued: **Monday, July 3, 2017**

Status: **Ticketed**

Check in          Change trip          Same-day flight change          Change seats

# Depart San Juan, to New York, NY
## Thursday, July 6, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|---|---|---|---|---|---|---|
| 1357 American Airlines | 5:20 PM SJU | 9:31 PM JFK | 4h 11m | 738 | Economy | 23F |
| On time | Estimated 5:20 PM | Estimated 9:31 PM | | | | |
| | Terminal: C Gate: C3 | Terminal: 8 Gate: 37 Baggage: -- | | | | |

Create notification

# Return New York, NY to San Juan,
## Saturday, July 8, 2017

| Flight | Depart | Arrive | Travel time | Aircraft | Class | Seats |
|--------|--------|--------|-------------|----------|-------|-------|
| 1357 American Airlines | 12:25 PM JFK | 4:23 PM SJU | 3h 58m | 738 | Economy | 16D |

Create notification

# Cost summary

Your total

$500.70

Includes all taxes and carrier-imposed fees

| | | |
|---|---|---|
| Passenger x 1 | $411.00 | Bag and optional fees |
| Taxes | $56.20 | Reservation and tickets FAQs |
| Carrier-imposed fees | $0.00 | |
| Subtotal | $467.20 | Price and Tax information |
| Preferred Seats | $33.50 | |
| **AAdvantage® benefits** | | |
| Priority | $0.00 | |
| Same-day Standby | $0.00 | |
| **Total** (all passengers) | $500.70 | |

# Passengers

## Hector Mayol Kauffmann

5295466 (AAdvantage)

Check in online

Add / edit passenger information



Do not expose to excessive heat or direct sunlight.

STAPLE HERE

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

AmericanAirlines

06JUL17

TSA PRECHK

ISS. AGENT ID. 43Z /SJU
PLACE OF ISSUE SAN JUAN PR

NAME OF PASSENGER (NOT TRANSFERABLE) MAYOL KAUFFMANN/HECTOR

FROM SAN JUAN PR
TO NEW YORK JFK

CARR. AA FLIGHT 1357 CLASS R DATE 06JUL TIME 520P

ENDORSEMENTS/RESTRICTIONS ************************

ORIGINAL ISSUE * BOARDING PASS *

FARE CALCULATION *

************************

PNR CODE XWGIXO /AA

GROUP 1

SEAT 5B

RUBY

AADVANTAGE GOLD

FARE

TAX/FEE/CHARGE

PRIORITYBUSINESS

TAX/FEE/CHARGE **********
TAX/FEE/CHARGE **********
TOTAL **********

00123611713182

1 001 2136607165 0

PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS, TX REV. 2/11 CPN1113922

AmericanAirlines
BOARDING PASS

NAME OF PASSENGER MAYOL KAUFFMANN/HECT
5295466 GLD
FROM SAN JUAN PR
TO NEW YORK JFK
AMERICAN AIRLINES

CARRIER AA FLIGHT 1357 CLASS R DATE 06JUL TIME 520P

GATE C4 BOARDING TIME 435P SEAT 5B SMOKE NO

GROUP 1

RUBY

43Z /SJU

American

BOARDING PASS
DOORS CLOSE 10 MINUTES PRIOR TO DEPARTURE

TSA PRECHK

PASSENGER NAME
MAYOL KAUFFMANN/HECTOR

FREQUENT FLYER # 5295466 GLD
RECORD LOCATOR XWGIXO

FROM:
NEW YORK KENNEDY

TO:
SAN JUAN

FLIGHT AA1357 CLASS G DATE 08JUL DEPARTS 1225P

GATE 7 BOARDING TIME 1155A SEAT 16D

GROUP 4

PRIORITY

0012136607165

BOARDING PASS
MAYOL KAUFFMANN/HE
FROM:
NEW YORK KENNEDY
TO:
SAN JUAN

FLIGHT AA 1357 SEAT 16D

GROUP 4

DATE 08JUL CLASS G DEPARTS 1225P

**Subject:** Your Thursday evening trip with Uber

**From:** Uber Receipts (uber.us@uber.com)

**To:** hectormayol@yahoo.com;

**Date:** Thursday, July 6, 2017 10:15 PM





# $57.09

Thanks for choosing Uber, Hector

July 6, 2017 | uberX

09:38pm | Central Terminal Area, Jamaica, NY

10:14pm | 550 Park Ave, New York, NY

You rode with Mohammed

16.44          00:36:19          uberX



miles      Trip time      Car

★ ★ ★ ★ ★

ADD A TIP

## Your Fare

Trip fare      57.09

Subtotal      $57.09

Before Taxes      51.26

Sales Tax (8.875%)      4.55

Black Car Fund (2.5%)      1.28

CHARGED
Personal •••• 7002      $57.09

Affiliated with WEITER LLC (B02617)
Dispatched by Weiter (B02617)
License Plate: T648194C
FHV License Number: 5555172
Driver's TLC License Number: 5488388
To submit a complaint to the NYC TLC, please call 311.



Invite your friends and family. Get a
free ride worth up to $20 when you
refer a friend to try Uber.

Share code: hectorm371

Need help?

Tap Help In your app to contact us with
questions about your trip.

Leave something behind? Track it down.

## Attachments

- map_483f4da1-2c0a-4fc9-8d3c-e2332c1b5e5f.map_483f4da1-2c0a-4fc9-8d3c-e2332c1b5e5f.(431.89KB)

YOUR RECEIPT
THANK YOU
CALL AGAIN

REG   07-06-2017  13:00
                    000074
                    CT   1

| 1 | DEPT006 | T12 | $1.25 |
| 1 | DEPT006 | T12 | $1.25 |
| 1 | DEPT006 | T12 | $1.25 |
| 1 | DEPT006 | T12 | $1.25 |
| 1 | DEPT006 | T12 | $1.25 |
| 1 | DEPT006 | T12 | $1.25 |
| 1 | DEPT006 | T12 | $0.60 |
| 1 | DEPT006 | T12 | $0.60 |
| 1 | DEPT006 | T12 | $0.60 |
| 1 | DEPT006 | T12 | $0.60 |
| 1 | DEPT006 | T12 | $0.85 |
| 1 | DEPT006 | T12 | $0.85 |
| 1 | DEPT006 | T12 | $0.85 |
| 1 | DEPT006 | T12 | $0.85 |
| 1 | DEPT006 | T12 | $0.85 |

TA1             $14.15
TX1              $0.14
TA2             $14.15
TX2              $1.49
TL         $ 15.78
CASH          $20.78
CG             $5.00

YOUR RECEIPT
THANK YOU
CALL AGAIN

REG   07-06-2017  13:03
                    000077
                    CT   1

| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |
| 1 | DEPT006 | T12 | $1.30 |

TA1             $10.40
TX1              $0.10
TA2             $10.40
TX2              $1.09
TL         $ 11.59
CASH          $12.00
CG             $0.41

Sofas  $ 27.37

Snacks

```
          MVM RECEIPT

MTA .NYC TRANSIT
N063-42 ST-PORT AUTH
NEW YORK CITY NY

MVM #: 1689(N063  0703)

Fri 07 July 17 14:23

Trans: Sale OK
Payment Mode: Credit
Amount:        $ 26.25
Bonus:         $  1.31
Card Value:    $ 27.56
New Card Fee:  $  1.00
Total Paid:    $ 27.25

AMERICAN EXPRESS
Card #:
  ***********8000
Auth#: 521521
Ref #: 049568299809

Serial #:2831497438
Type: 000
   FULL FARE

       Questions?
Call (212) METROCARD
```

Transport

```
      CREDIT RECEIPT

HACK #      :   05170296
MEDALLION   :      7T11
07/08/17 09:02-09:30
TRIP #      :     24247
RATE #      :         2
JFK - MANHATTAN
Miles R2    :     16.61
FARE R2     :    $52.00
STATE SRCHG :     $0.50
IMP.SRCHG.  :     $0.30
TIPS        :    $12.00
GRAND TOTAL :    $64.80
CARDNUMBER  :      4644
AUTHOR.     :    005822
MID:        ***********352
ENTRY METHOD:
CONTACT CHIP
AID:     A0000000041010
APPL. NAME:
MASTERCARD
ATC:             00DB
AC:
B79DADC6A19F8227
REC/INV#:        24247
TID:        ***********462

Contact TLC DIAL 3-1-1
```

Transport

```
================================
AEROSTAR AIRPORT HOLDINGS LLC
         PO Box 38085
       00987 San Juan PR
================================
7/8/2017 16:24    T17/704/0320
Caja: 704
Núm Recibo: 17/704/204838
- - - - - - - - - - - - - - - -
                       Estancia
** TICKET MULTIPISOS **
Num. producto:   02030366856
  Tarifa:2017 TARIFA ROTACIO
    Entrada:    7/6/2017 16:03
      Pago:     7/8/2017 16:24
Dur. Estancia:     2d 00h 22m
   Importe:        $ 49.75
--------------------------------
Base Imp.:            $ 44.62
MUNICIPAL(1%):        $ 0.45
ESTATAL(10.5%):       $ 4.68
--------------------------------
T O T A L :           $ 49.75

** PAGO CON TARJETA **
   Tarjeta:   ***********0467
   Autorización:       950116
================================
   Gracias por su visita
Fecha emisión: 7/8/2017 16:25
================================
```

Parking Fee

1806-5  Filed:11/15/17  Entered:11/15/17 21:06:01  Desc:

# NEW YORK

Mr. Hector Mayol
A35 Calle 1 Parques de San Ignacio
San Juan 00921
Puerto Rico

| | |
|---|---|
| Room Number: | 0605 |
| Arrival Date: | 07-06-17 |
| Departure Date: | 07-08-17 |
| Confirmation Number: | 18346214 |
| Page No: | 1 of 1 |

Guest Name:

INFORMATION INVOICE
A/R No:
Folio No:

07-08-17

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 07-06-17 | MiniBar | Room# 0605 : CHECK# 19821 Torn Ranch Cashews 3 | 14.62 | |
| 07-06-17 | MiniBar | Room# 0605 : CHECK# 19822 San Pellegrino Limon | 13.29 | |
| 07-06-17 | Room Accommodation | | 259.00 | |
| 07-06-17 | State Sales Tax - 8.875 PCT | | 22.99 | |
| 07-06-17 | Occ Tax State - 5.875 PCT | | 15.22 | |
| 07-06-17 | Occ Tax Local Varies | | 2.00 | |
| 07-06-17 | Javits Center Tax 1.50USD | | 1.50 | |
| 07-07-17 | Regency Bar | CHECK# 1164 | 36.57 | |
| 07-07-17 | Room Accommodation | | 259.00 | |
| 07-07-17 | State Sales Tax - 8.875 PCT | | 22.99 | |
| 07-07-17 | Occ Tax State - 5.875 PCT | | 15.22 | |
| 07-07-17 | Occ Tax Local Varies | | 2.00 | |
| 07-07-17 | Javits Center Tax 1.50USD | | 1.50 | |
| | | Total | 665.90 | 0.00 |
| | | Balance | 665.90 | |

540 Park Avenue
New York, NY 10065
T 212.759.4100
F 212.826.5674
loewshotels.com

LOEWS
REGENCY HOTEL

## Office DEPOT OfficeMax

OFficeMax Store 6667
525 Juan Calaf Street
Hato Rey, PR 00918
(787) 294-0300

SERVICIO DE REPARACION DE CELULARES
EL MISMO DIA (ver asociado para detalles)
06/24/2017   17.3.2          2:06 PM
STR 6667   REG 2   TRN 1533   EMP 790282

SALE
Product ID   Description   Total
345660  PRR,COPY,11",Y          12.98 SS
433649  PORTFL,2PKT,10
   3 @ 6:99          20.97

           You Pay          20.97SS

       Subtotal:          33.96
PR City Tax          1%        0.34
PR State Tax        10.5%        3.56
       Total:          37.86
   Debit Card 1840:          37.86

TDS Swiped

CONTROL:          DSYKY-XARSJ
  DD
MAUREEN QUEVEDO.290049601
Please create your online rewards
account at officedepot.com/rewards.
You must complete your account to
claim your rewards and view your
status.

Shop online at www.officedepot.com

****************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
14W6 RVJO A6X2
****************************************

**CARPETAS**

**23.38**
**(11.5 tax)**

**SUPPLIES**

---



# Pueblo®

LAS AMERICAS
Gerente Jaime Huertas
Tel. 787 763 4030

-----------------------------------------
              GROCERY
DARNEL VASOS CAFE FOAM S/TAP   $0.69 T12
         1 @ 2/ $6.00
COCA COLA REG
         1 @ 2/ $6.00        $3.00 T12F
SPRITE REG                   $3.00 T2F
TABLE WATER                  $3.49 T12F
TABLE WATER                  $3.49 T12F
TABLE WATER                  $3.49 T12F
         1 @ 2/ $5.00
DASANI 10 OZ                 $2.50 T2F
         GENERAL MERCHANDISE
NEVERA GRNDE/S/G             $2.99 T12
-----------------------------------------
Items Subtotal               $22.65
Subtotal                     $22.65
GOV [$17.15]                  $1.80
MUN [$22.65]                  $0.23
-----------------------------------------
TOTAL                        $24.68
Debit card                   $24.68
# ***********1840
Balance                       $0.00
-----------------------------------------
Item count                       8

## GROCERIES

**REFRESCOS**



**ECONO**

## Hato Rey
Lunes a sábado 6:30am a 10:00pm
Domingo 8:00am a 7:00pm
Teléfono (787) 756-7474
Sr. José Rivera Cartagena-Gerente

Provisiones
| | | |
|---|---|---|
| Borden UHT 2% 32 oz | 1.95 | mf |
| Borden UHT 2% 32 oz | 1.95 | mf |
| Bounty servilletas 1 | 1.79 | m |
| Cameo cream sandwich | 5.99 | mf |
| Econo vasos plastico | | |
| 1 @ 4 POR  5.00 | 1.25 | m |
| SE AHORRA:  0.14 | | |

| | | |
|---|---|---|
| Total Sin Impuesto: | 12.93 | |
| Tipo Impuesto Tributable | Cantida Imp | |
| Estatal  9.03 | 0.95 | |
| Municipal  12.93 | 0.13 | |
| TOTAL IMP. | 1.08 | |

| | |
|---|---|
| 5 BAL PEND. | 14.01 |
| Efectivo | 20.01 |

SNACKS and GROCERIES

| | |
|---|---|
| CAMBIO | 6.00 |

USTED AHORRA HOY!
--------------------
| TOTAL DESCUENTOS | 1 | 0.14 |
|---|---|---|

TOTAL AHORRADO C/F        0.14
......          #
-------------------------------------

CONTROL: QMZEM-2DCEH
ST

-------------------------------------

Cajero(a):  Estefania Escobar L1
Tienda:00001 Terminal:006 #Cajero:0015
#Trans. 7489     16Jul2017  11:06:29
Gracias por su patrocinio

Devoluciones con recibo:
Por razones de seguridad alimentaria
Productos no perecederos 72 horas
Productos perecederos 24 horas
Fotocopie, pierde legibilidad
COMPRALE AL DE AQUI
¡Primero lo nuestro!
www.compralealdeaqui.com

②

17 julio 2017

# Walgreens

#11847 400 AVE MUNOZ RIVERA
SAN JUAN, PR 00918
787-296-8460

207      3288    0021  07/17/2017 7:38 AM

'BLK  .34OZ
04155420932         AD        8 SALE
REGULAR PRICE 6.29
REWARDS SAVINGS 1.89
RETURN VALUE 4.40
NICE! PURIFIED WATR (PR) 16.9Z24S
04902292163        B      3.49 SALE
REGULAR PRICE 3.99
REWARDS SAVINGS 0.50
RETURN VALUE 3.49

SUBTOTAL                    
STATE TAX A=10.5%
MUN FOOD TAX B=1.0%         0.03
MUN GENERAL TAX D=1.0%

TOTAL                      8.42
DEBIT CARD                 8.42
CHANGE                      .00

BALANCE REWARDS SAVINGS     2,39

THANK YOU FOR SHOPPING AT WALGREENS

GET MORE WITH BALANCE REWARDS,
REDEEM POINTS FOR SOMETHING EXTRA
IN A FUTURE PURCHASE. RESTRICTIONS
APPLY. FOR TERMS AND CONDITIONS,
VISIT WALGREENS.COM/BALANCE.

3.49+.03

= 3.52.

Bottled water

Revisión de personales
of 18 julio 2017

(3)



# Office DEPOT
# OfficeMax

SAN JUAN - (787) 294-0300
07/29/2017  1:06 PM

.2PVT53YPX45XXEWRW

SALE                6667-3-3862-298899-17.6.1
211033  BDR,INP,DR,4",              18.49 SS
           Subtotal:              18.49
        PR State Tax10.5%           1.94
        PR City Tax1%               0.18
            Total:                 20.61
     Debit Card 1840:              20.61

*Binder*

*Supplies*

TDS Swiped

CONTROL:      F6ANW-M7JHU
OD
        MAUREEN QUEVEDO 290049601
     Please create your online rewards
  account at officedepot.com/rewards.
     You must complete your account to
      claim your rewards and view your
                status

Shop online at www.officedepot.com
*****************************************
WE WANT TO HEAR FROM YOU!

Participate in our online customer
survey and receive a coupon for
$10 off your next qualifying
purchase of $50 or more on
office supplies, furniture and more.
(Excludes Technology. Limit 1 coupon per
household/business.)

Visit www.officedepot.com/feedback
and enter the survey code below:
S4WG YTC1 1869
*****************************************



**(equitrac**

## Consolidated Account Detail

### Client='5-3357' and (From: '2017-6-15' To: '2017-7-31')

| | | | | | |
|---|---|---|---|---|---|
| Starting Date: | 7/18/2017 | Ending Date: | 7/31/2017 | Number of Days: | 14 |

| Date | Time | User | Type | Count | Amount |
|---|---|---|---|---|---|
| Location: BGM:Bennazar, Garcia & Milian, C.S.P. | | | | | |
| Client: 5-3357:OFFICIAL COMMITTEE OF RETIRED EMPLOYEES [5-3357] | | | | | |
| Matter: 1:[5-3357] OFFICIAL COMMITTEE | | | | | |
| 7/18/2017 | 2:10:04PM | Rivera Perez, Maria del R. | Disb:E-MANUAL COPIES | 1,956 | $782.40 |
| 7/18/2017 | 2:27:42PM | Rivera Perez, Maria del R. | Disb:E-MANUAL COPIES | 180 | $72.00 |
| 7/19/2017 | 10:28:43AM | Rivera Perez, Maria del R. | Disb:E-MANUAL COPIES | 22 | $8.80 |
| 7/20/2017 | 9:22:12AM | Rivera Perez, Maria del R. | Disb:E-MANUAL COPIES | 61 | $24.40 |
| 7/20/2017 | 12:41:59PM | Rivera Perez, Maria del R. | Disb:E-MANUAL COPIES | 13 | $5.20 |
| 7/20/2017 | 12:42:46PM | Rivera Perez, Maria del R. | Copy | 28 | $11.20 |
| 7/31/2017 | 1:41:43PM | Rivera Perez, Maria del R. | Disb:E-MANUAL COPIES | 756 | $302.40 |
| | Totals for Matter: 1 | | | | $1,206.40 |
| | Totals for Client: 5-3357 | | | | $1,206.40 |
| Totals for Location: BGM | | | | | $1,206.40 |



| | EXPENSES | |
|---|---|---|
| 8/28/2017 | Travel and hotel accomodations  for Atty. Francisco Del Castillo  (from August 28 to September 1, 2017). | 1,503.68 |
| 8/28/2017 | Ground transportation from airport to hotel (roundtrip) for Atty. Francisco Del Castillo | 39.20 |
| 8/28/2017 | Bags for Atty. Francisco Del Castillo | 50.00 |
| 8/28/2017 | Taxi from Hotel (Grand Hyatt) to Proskauer Rose LLP (mediation) (Atty. Francisco Del Castillo) | 17.10 |
| 8/28/2017 | Taxi from San Juan airport to residence (Atty. Del Castillo) | 40.45 |
| 8/28/2017 | 45 pages for Fiscal Plan; 5 pages for printout of Prime Clerk main page; 48 pages Act 106-2017 (Pension Reform Act) (Total: 98) | 39.20 |
| 8/31/2017 | BGMCSP: Groceries for ORC meeting of August 23, 2017. | 28.15 |
| 8/31/2017 | Crosstown Searches & Filing, Inc.: UCC Search (Inv. 2017-770) | 104.00 |
| 8/15/2017 | Travel to NY (from August 15 to17, 2017) for Atty. Héctor Mayol) | 496.75 |
| 8/15/2017 | Hotel accomodation for Atty. Héctor Mayol | 577.15 |
| 8/15/2017 | Ground transportation for Atty. Héctor Mayol | 65.56 |
| 8/17/2017 | Ground transportation for Atty. Héctor Mayol | 62.80 |
| 8/28/2017 | Travel to NY (from August 28 to September 1, 2017) for Atty. Héctor Mayol | 684.20 |
| 8/28/2017 | Hotel accomodation for Atty. Héctor Mayol | 1,118.36 |
| 8/28/2017 | Ground transportation for Atty. Héctor Mayol | 66.56 |
| 8/28/2017 | Meals for Atty. Héctor Mayol | 29.34 |
| 8/28/2017 | Snacks for ORC meeting | 15.01 |

| Date | Attorney / Activity | Hours | Amount |
|------|---------------------|-------|--------|
| 8/29/2017 | Snacks for ORC meeting | | 9.53 |
| 8/30/2017 | Ground transportation for Atty. Héctor Mayol | | 9.50 |
| 8/31/2017 | Ground transportation for Atty. Héctor Mayol | | 11.76 |
| 9/1/2017 | Ground transportation for Atty. Héctor Mayol | | 70.27 |
| 9/1/2017 | Ground transportation for Atty. Héctor Mayol | | 30.00 |
| | Total expenses | | $5,068.57 |

| | |
|---|---|
| **TOTAL AMOUNT OF THIS BILL** | **$129,918.61** |

**Copies:** 45 pages for Fiscal Plan; 5 pages for printout of Prime Clerk main page; 48 pages Act 106-2017 (Pension Reform Act).

**Travel:** Fight and hotel from August 28 to September 1, 2017 - $1,503.68; Ground transportation from airport to hotel (roundtrip) - $39.20; Bags: $50; Taxi from Hotel (Grand Hyatt) to Proskauer Rose LLP (mediation): $8.80 & $8:30; Taxi from San Juan airport to residence: $40.45; **TOTAL:** $1,650.43

En consideración al acuerdo de honorarios por hora de $200, tenemos un total de **$25,860** por servicios prestados en el mes de agosto de 2017.

Cordialmente,

Lcdo. Francisco del Castillo Orozco

**Commented [FdC1]:** Estas fueron copias para el caso que deben incluir en la facture global.

25

BENNAZAR, GARCIA & MILIAN, CSP

11 de septiembre de 2017

Asunto:    Relación de gastos relacionados al litigio del Comité de Pensionados
           PROMESA Título III Núm. 17-BK-3283(D.P.R.)
           **Segunda factura: hasta el 31 de agosto de 2017**

**GASTOS DEL BUFETE**

| Fecha | Descripción | Cantidad |
|-------|-------------|----------|
| 8/23/2017 | Provisiones para reunión de pensionados del 23 de agosto de 2017 (Groceries for ORC meeting of August 23, 2017) | $28.15 |

| TOTAL | | $28.15 |
|-------|--|--------|

Maureen Quevedo

C:\Users\Admin\Documents\Maureen\COMITE DE PENSIONADOS - USBC\FACTURA AGOSTO 2017\2017-09-11 - GASTOS SEGUNDA FACTURA.xlsx



Hato Rey
Lunes a sábado 6:30am a 10:00pm
Domingo 8:00am a 7:00pm
Teléfono (787) 756-7474
Sr. José Rivera Cartagena-Gerente

Provisiones
Borden UHT 2% 32 oz
   4 @     1.95              7.80   mf
Dart vaso cafe foam         1.29   m
Dulce Cana N0Cal 100        2.19   mf
Dulce Cana azucar 21        1.68   mf
Econo vasos plastico
1 @   4 POR     5.00        1.25   m
SE AHORRA:     0.14
Selva cuchillo 25pk         0.69   m
Selva tenedor 25pk          0.69   m
Veryfine apple 10 oz        0.99   mf
Veryfine apple 10 oz        0.99   mf
Veryfine apple 10 oz        0.99   mf
Veryfine fruit punch        0.99   mf
Veryfine fruit punch        0.99   mf
Veryfine fruit punch        0.99   mf
Veryfine orange 10 o        0.99   mf
Veryfine orange 10 o        0.99   mf
Veryfine orange 10 o        0.99   mf
Veryfine orange 10 o        0.99   mf
Veryfine orange 10 o        0.99   mf
Veryfine orange 10 o        0.99   mf

   Total Sin Impuesto:     27.47
Tipo Impuesto Tributable  Cantida Imp
Estatal          3.92        0.41
Municipal       27.47        0.27
TOTAL IMP.                   0.68

22 BAL PEND.                28.15
   ATH Manual               28.15

   CAMBIO                    0.00
USTED AHORRA HOY!
--------------------
   TOTAL DESCUENTOS   Í     0.14

   TOTAL AHORRADO C/F       0.14
......            #
-------------------------------------

CONTROL: 7EY9S-KSBXL
ST
-------------------------------------

Cajero(a): Hilda Bonilla
Tienda:00001 Terminal:006 #Cajero:0090
#Trans. 9617     23Ago2017   9:04:18
Gracias por su patrocinio

Devoluciones con recibo:
Por razones de seguridad alimentaria
Productos no perecederos 72 horas
Productos perecederos 24 horas
Fotocopie, pierde legibilidad
COMPRALE AL DE AQUI
¡Primero lo nuestro!
www.compraleaideaqui.com

*Reunion de Pensionadas del 23/8/2017*

CROSSTOWN SEARCHES & FILINGS, INC.

**Invoice**

URB. SIERRA BAYAMON
27 #8 CALLE 26
BAYAMON PR 00961-4334

| Date | Invoice # |
|------|-----------|
| 9/15/2017 | 2017-770 |

Bill To

Ship To

BENNAZAR, GARCIA & MILIAN CSP
LIC CARLOS R. RAMIREZ ISERN
APARTADO POSTAL 194000 #212
SAN JUAN PR 00919-4000

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 9/15/2017 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | UCC SEARCH | SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO | 100.00 | 100.00 |
| | IVU 4% | Impuesto sobre Ventas y Uso (IVU) | 4.00% | 4.00 |

Se requiere el pago de esta factura, cierre o no el caso.

**Total**　　　　$104.00

8/11/2017                          Print trip and receipt – Your trip details – American Airlines

 **AmericanAirlines**

AA RECORD LOCATOR: XWSNPP           ←  Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

San Juan to New York
1 Adult                                                            Total Paid:
**Tuesday** August 15, 2017 – **Thursday** August 17, 2017                **$496.75 USD**

AA Record Locator          Reservation Name
**XWSNPP**                 **SJU/JFK**

Your current location in your reservation confirmation number and
will be needed to receive or retrieve your new ticket.          Status: **Ticketed** Aug 10, 2017

| Flight | Depart | Arrive | Fare Amount | |
|---|---|---|---|---|
| **American Airlines** **1357** 🔊 | San Juan (SJU) August 15, 2017 05:20 PM Travel Time : 4 h 11 m Class : Economy Seat : 16C | New York (JFK) August 15, 2017 09:31 PM Booking Code : S Plane Type : 738 | Adult 1 × $370.00 USD | $370.00 USD |
| | | | **Trip Options** | |
| | | | Preferred Seats | $70.55 USD |

| Flight | Depart | Arrive | Taxes & Carrier-Imposed Fees | |
|---|---|---|---|---|
| **American Airlines** **1357** 🔊 | New York (JFK) August 17, 2017 12:25 PM Travel Time : 3 h 58 m Class : Economy Seat : 12C | San Juan (SJU) August 17, 2017 04:23 PM Booking Code : N Plane Type : 738 | **Taxes** | $56.20 USD |
| | | | **Carrier-Imposed Fees** | $0.00 USD |

Flight Subtotal

**$496.75 USD**

## Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| MAYOL,HECTOR M | 0018645388708 | | | | |
| **Payment Type:** | MASTER CARD  \*\*\*\*\*\*\*\*\*\*\*\*4644 | | | Total | |

| PASSENGER | SEAT NUMBER(S) | PRICE | Tax/Fee/Charge | SEAT TOTAL |
|---|---|---|---|---|
| MAYOL, HECTOR M | 16C, 12C | 70.55 USD | | 70.55 USD |
| | | | Total | 70.55 USD |

**Endorsements/Restrictions**
NONREF/CHG FEE APPLIES/NO VALU

**Terms and conditions:**
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact
Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

8/10/2017                                      Itinerary: New York

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- Tickets are nonrefundable, nontransferable and name changes are not allowed.
- **Please read** the complete penalty rules for changes and cancellations Opens in a new window. applicable to this fare.
- **Please read important information regarding** airline liability limitations Opens in a new window..

## Loews Regency New York Hotel
Aug 15, 2017 - Aug 17, 2017

**BOOKED**

Your reservation is booked. No need to call us to reconfirm this reservation.

## Additional Hotel Services



540 Park Avenue, New York, NY, 10065 United States of America

**Tel: 1 (212) 759-4100, Fax: 1 (212) 688-2898**

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

### Check-in

- Check-in time starts at 4 PM
- Minimum check-in age is 21
- Your room/unit will be guaranteed for late arrival.

- Breakfast fee: between USD 22 and USD 34 per person (approximately)
- Valet parking fee: USD 90 per night
- Pet fee: USD 50 per accommodation, per stay
- A late check-out fee will be charged
- Rollaway bed fee: USD 50.0 per day

### Important Hotel Information

Although Travelocity does not charge a fee to change or cancel your booking, Loews Regency New York Hotel may still charge a fee in accordance with its own rules & regulations.

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

- Cancellations or changes made after 4:00pm (Eastern Daylight Time (US & Canada) on Aug 12, 2017 or no-shows are subject to a property fee equal to the first nights rate plus taxes and fees.
- Prices and hotel availability are not guaranteed until full payment is received.If you would like to book multiple rooms, you must use a different name for each room. Otherwise, the duplicate reservation will be canceled by the hotel.

Noise-free rooms not guaranteed

- View your online itinerary for additional rules and restrictions.

| Room | Luxury Room, 1 King Bed |
|---|---|
| Reserved for | HECTOR M MAYOL |
| | 1 adult |
| Requests | 1 king bed, non-smoking room |

8/10/2017                                   (317 unread) - Yahoo - Yahoo Mail

Q All      Hector Mayol, search your mailbox

Travelocity travel confirmation - Aug 15 - it...   Travel   Yahoo

**Travelocity**
✉ email@e.travelocity.com
☐ (417) 520-5312
Q Search emails
...

**Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.**

**Traveler Information**

| HECTOR M MAYOL | No frequent flyer | Ticket # |
| Adult | details provided | 6018545368708 |

* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Aug 15, 2017 - Departure Nonstop**                Total travel time: 4 h 11 m

| San Juan | New York | 4 h 11 m |
| | | 1,621 mi |
| SJU 5:20pm | JFK 9:31pm | |

Terminal B     Terminal 8
American Airlines 1357
Economy / Coach (S) | Confirm seats with the airline*

**Aug 17, 2017 - Return Nonstop**                Total travel time: 3 h 58 m

| New York | San Juan | 3 h 58 m |
| | | 1,621 mi |
| JFK 12:25pm | SJU 4:23pm | |

Terminal 8     Terminal B
American Airlines 1357
Economy / Coach (N) | Confirm seats with the airline*

**Airline Rules & Regulations**

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- Tickets are nonrefundable, nontransferable and name changes are not allowed.
- Please read the complete penalty rules for changes and cancellations Opens in a new window. applicable to this fare.
- Please read important information regarding airline liability limitations Opens in a new window..

**We have confirmed your hotel reservation with the property.**



View hotel details
540 Park Avenue, New York, NY, 10065 United States of America

Tel: 1 (212) 759-4100, Fax: 1 (212) 688-2896

8/10/2017                              Itinerary: New York


travelocity·

## New York

Aug 15, 2017 - Aug 17, 2017   |   Itinerary # 7287192582762

### Important Information

- All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US immigration.
- Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page .

### Price Summary

**Flight + Hotel**   $1,073.90

**Total Price**   **$1,073.90**

All prices include taxes & fees and are quoted in US dollars.

### San Juan (SJU) → New York (JFK)
**Aug 15, 2017 - Aug 17, 2017 , 1 round trip ticket**

**Your ticket is not yet confirmed. We are confirming it with the airline and will update your online itinerary within 24 hours.**

**TICKETING IN PROGRESS**

### Additional Flight Services

- The airline may charge additional fees Opens in a new window. for checked baggage or other optional services.

**Traveler Information**

| HECTOR M MAYOL | No frequent flyer | Ticketing in progress |
| Adult | details provided | |

* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

**Aug 15, 2017 - Departure Nonstop**          **Total travel time: 4 h 11 m**

San Juan          New York                    4 h 11 m
SJU 5:20pm        JFK 9:31pm
American Airlines 1357
Economy / Coach (S) | Confirm seats with the airline*

**Aug 17, 2017 - Return Nonstop**             **Total travel time: 3 h 58 m**

New York          San Juan                    3 h 58 m
JFK 12:25pm       SJU 4:23pm
American Airlines 1357
Economy / Coach (N) | Confirm seats with the airline*

**Airline Rules & Regulations**

- **Fares are not guaranteed until ticketed.**

08/15/2017 19:13 - Relie
† Time



--ORIGINAL--
MEDN          1014
DRIVER:       470636
MERCHANT C3P:
08/17/17 TR 274
START  END
09:40 10:17 16.0
JFK Fare
RATE 2:$      32.00
EXTRA: $      0.00
SURCH: $      0.00
ST SRCH:$     0.50
INSRCH:$      0.30
TIP: $        10.00
TOTAL: $      52.80

CARD TYPE: MAST
XXXXXXXXXX544
AUTH#869412

CREDIT RECEIPT

HACK #        :     00441528
MEDALLION :         9P36
08/15/17 21:39-22:12
TRIP #        :     10145
RATE #        :     2
JFK - MANHATTAN
Miles R2      :     17.92
FARE R2       :     $52.00
TOLLS         :
Mid-Tunl $5.76
STATE SRCHG:        $0.50
IMP.SRCHG. :        $0.30
TIP:          :     $7.00
GRAND TOTAL:        $65.56
CARDNUMBER :        0467
AUTHOR.       :     313142
MID:          : ***********352
ENTRY METHOD:
SWIPE
REC/TRUN:           10145

DESCRIPTION:

SIGNATURE:

HECTOR M MAYOL /LICENCI
AD

CARDHOLDER ACKNOWLEDGES
RECEIPT OF FUNDS IN THE
AMOUNT OF THE TOTAL
INDICATED AND AGREES TO
PERFORM THE OBLIGATIONS
NOTED IN CARDHOLDER'S
AGREEMENT WITH ISSUER

9/2/2017                                    Booking Confirmation

                                                            **Total Extras:**        **$0.00 USD**

You're all set to jet!

Confirmation code: SCMVOB ... MasterCard ending in 4644        $684.20 USD

Tra elers

## Your flights

| | | | |
|---|---|---|---|
| San Juan, PR (SJU) Mon Aug 28 2017, 10:00 AM | New York-Kennedy, NY (JFK) Mon Aug 28 2017, 1:51 PM | **Flight 1404** JetBlue | Fare: Blue Plus Nonstop |
| New York-Kennedy, NY (JFK) Fri Sep 1 2017, 11:27 AM A32K | San Juan, PR (SJU) Fri Sep 1 2017, 3:25 PM | **Flight 0003** JetBlue | Fare: Blue Plus Nonstop |

                                        **Taxes & fees**

Taxes                                                    $684.20 USD

                                                            **Total fare:**        **$684.20 USD**

## Extras

9/2/2017                                        Transactions

### Posted transactions

| Date | Amount | |
|------|--------|---|
| 08/29/17 | 50.00 | 50 |
| 08/28/17 | 66.56 | 67 |
| 08/28/17 | 1.10 | 1 |
| 08/27/17 | 40.00 | 40 |
| 08/27/17 | 22.30 | 22 |
| 08/26/17 | 25.00 | 25 |
| 08/25/17 | 46.88 | 47 |
| 08/25/17 | 24.99 | 25 |
| 08/24/17 | 32.20 | 32 |
| 08/24/17 | 10.42 | 10 |
| 08/24/17 | 99.00 | 99 |
| 08/23/17 | 40.95 | 41 |
| 08/22/17 | 622.20 | 622 |
| 08/22/17 | 684.20 | 684 |

4644
08/22/17
08/24/17
684.20
JETBLUE 27921823532441
08005382583 UT
JETBLUE AIRWAYS

Questions about this purchase? Visit our

*The merchant location may not match the physical address where you made your purchase. It is common for
merchants to use the address of a central branch, headquarters, etc.

| Date | Amount | | |
|------|--------|---|---|
| 08/19/17 | 25.95 | | 26 |
| 08/19/17 | | -3,429.78 | |
| 08/18/17 | 58.10 | | 58 |
| 08/17/17 | 21.76 | | 22 |
| 08/17/17 | 62.80 | | 63 |
| 08/16/17 | 90.00 | | 90 |
| 08/15/17 | | -27.80 | -56 |
| 08/13/17 | 160.00 | | 320 |
| 08/11/17 | 70.55 | | 142 |
| 08/11/17 | 35.29 | | 35 |
| 08/10/17 | 426.20 | | 852 |
| 08/10/17 | 647.70 | | 648 |
| 08/08/17 | 40.00 | | 40 |
| 08/07/17 | 50.18 | | 50 |
| TOTAL (Since last statement) | 3,454.33 | -3,457.58 | 4,055 |



**jetBlue** BOARDING PASS

Name:
**MAYOL/HECTOR M**

From:
**New York (JFK)**
To:
**San Juan, PR (SJU)**
Confirmation:
**SCMVOU**
TrueBlue Number:
**B6 2076344244**

Depart:
**11:27 AM**
Arrive:
**3:20 PM**
Boarding Time:
**10:52 AM  04**
Ticket Number:
**2792182353244**

Date:
**01 Sep 17**
Gate:

Seat:
**22B**
Seq:
**00070**

Flight:
**F6 3**

Boarding gate closes 15 minutes prior to departure

**IBAG**



**jetBlue** TSA Pre✓

Name:
**MAYOL/HECTOR M**

From/To:
**JFK/SJU**
Depart:          Date:
**11:27 AM  01 Sep 17**
Flight:          Seat:
**B6 3          22B**
Class:
**Z**

---



**jetBlue**   BOARDING PASS
CONFIRMATION: **SCMVOU**

TRUE BLUE: **2076344244**   TICKET NUMBER: **2792182353244**
TSA Pre✓



GATE
**A5**

BOARDING
**9:25 AM**

 

August 28, 2017
Welcome aboard,
**MAYOL, HECTOR M**



FLIGHT
**B6 140**

DOORS CLOSE
**9:45 AM**
DEPARTURE          ARRIVAL
**10:00 AM          1:53 PM**

SEAT
**9B**

 

**SJU**  **JFK**
San Juan, PR          New York

Your fare includes

**IBAG**



**Grand Hyatt New York**
109 East 42nd Street
New York, NY 10017
Tel: 212-883-1234
Fax: 212-697-3772
www.grandnewyork.hyatt.com/

INVOICE

| Payee | Hector Mayol | | Room No. | 2828 |
| | A35 Calle 1 Parques De San Ign | | Arrival | 08-28-17 |
| | San Juan | | Departure | 09-01-17 |
| | Puerto Rico | | Page No. | 1 of 2 |
| Confirmation No. | 5042437501 | | Folio Window | 1 |
| Group Name | | | Folio No. | 1686116 |
| Booking No. | 1647486308 | | | |

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 08-28-17 | Accommodation | | 243.10 | |
| 08-28-17 | NY/NYC Sales Tax 8.875% | | 21.58 | |
| 08-28-17 | NYC Occupancy Tax 5.875% | | 14.28 | |
| 08-28-17 | NYC Unit Occupancy Tax | | 2.00 | |
| 08-28-17 | NYC Javits Occupancy Tax | | 1.50 | |
| 08-29-17 | Accommodation | | 243.10 | |
| 08-29-17 | NY/NYC Sales Tax 8.875% | | 21.58 | |
| 08-29-17 | NYC Occupancy Tax 5.875% | | 14.28 | |
| 08-29-17 | NYC Unit Occupancy Tax | | 2.00 | |
| 08-29-17 | NYC Javits Occupancy Tax | | 1.50 | |
| 08-30-17 | Accommodation | | 243.10 | |
| 08-30-17 | NY/NYC Sales Tax 8.875% | | 21.58 | |
| 08-30-17 | NYC Occupancy Tax 5.875% | | 14.28 | |
| 08-30-17 | NYC Unit Occupancy Tax | | 2.00 | |
| 08-30-17 | NYC Javits Occupancy Tax | | 1.50 | |
| 08-31-17 | Accommodation | | 233.10 | |
| 08-31-17 | NY/NYC Sales Tax 8.875% | | 20.69 | |
| 08-31-17 | NYC Occupancy Tax 5.875% | | 13.69 | |
| 08-31-17 | NYC Unit Occupancy Tax | | 2.00 | |
| 08-31-17 | NYC Javits Occupancy Tax | | 1.50 | |
| 09-01-17 | American Express | XXXXXXXXXXXX8000 XX/XX | | 1,118.36 |

| | Total | 1,118.36 | 1,118.36 |
|---|-------|----------|----------|
| | Balance | | 0.00 |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

**World of Hyatt Summary**

No Membership to be credited

Join World of Hyatt today and start
earning points for stays, dining and more.
Visit www.worldofhyatt.com

How was your stay at the Grand Hyatt New York?
Our goal is to provide every guest with an excellent stay. We are interested to hear any
comments regarding your visit. Please contact our Consumer Affairs Department via
E-Mail at: QUALITYNYCGH@HYATT.COM

Lost and Found Inquiries: lost.foundnycgh@hyatt.com

For inquiries concerning your bill, please call 888-588-6308

Please remit payment to:



**METROPOLITAN AREA**
**AREA METROPOLITANA**
U _37_

FROM S J U Airport  DATE 9/1/2017

TO A-35 Parques de San Ignacio

FARE $ 30.00

LUGGAGE $

TOTAL $



SIGNATURE

*"THANK YOU FOR YOUR VISIT TO PUERTO RICO"*

---

CREDIT RECEIPT

```
HACK #        :   05295248
MEDALLION   :       2086
08/28/17 14:28-15:15
TRIP #        :       5428
RATE #        :          2
JFK - MANHATTAN
Miles R2    :      17.53
FARE R2     :     $52.00
TOLLS :
Mid-Tun:$5.76
STATE SRCHG:      $0.50
IMP.SRCHG. :      $0.30
TIPS          :      $8.00
GRAND TOTAL:    $66.56
MASTER C      ****4644
AUTHOR.    :     065822
MID:      ***********533
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000041010
APPL. NAME:
MASTERCARD
ATC:               00F4
AC:
A05C3BCBC3BF90CE
REC/INV#:          5428
TID:    ***********444
```

Contact TLC DIAL 3-1-1

---

CREDIT RECEIPT

```
HACK #        :   05003495
MEDALLION   :       7C27
08/31/17 08:50-09:02
TRIP #        :      27044
RATE #        :          1
STAND. CITY RATE
Miles R1    :       0.84
FARE R1     :      $9.00
STATE SRCHG:      $0.50
IMP.SRCHG. :      $0.30
TIPS          :      $1.96
GRAND TOTAL:     $11.76
MASTER C      ****4644
AUTHOR.    :     062652
MID:      ***********807
ENTRY METHOD:
CONTACT CHIP
AID:    A0000000041010
APPL. NAME:
MASTERCARD
ATC:               00F5
AC:
99449638E7CFC4D3
REC/INV#:         27044
TID:    ***********568
```

Contact TLC DIAL 3-1-1

---

CREDIT RECEIPT

```
HACK #        :   00404993
MEDALLION   :       8D60
09/01/17 09:04-08:39
TRIP #        :       6486
RATE #        :          2
JFK - MANHATTAN
Miles R2    :      16.35
FARE R2     :     $52.00
TOLLS :
Mid-Tun:$5.76
STATE SRCHG:      $0.50
IMP.SRCHG. :      $0.30
TIPS          :     $11.71
GRAND TOTAL:     $70.27
AMEX          ****8000
AUTHOR.    :     856751
MID:      ***********346
ENTRY METHOD:
CONTACT CHIP
AID:    A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:               0012
AC:
5C70FD1885328B3
REC/INV#:          6486
TID:    ***********569
```

DESCRIPTION:

Signature:



MAYOL/HECTOR

CARDHOLDER ACKNOWLEDGES
RECEIPT OF FUNDS IN THE
AMOUNT OF THE TOTAL
INDICATED AND AGREES TO
PERFORM THE OBLIGATIONS
NOTED IN CARDHOLDER'S
AGREEMENT WITH ISSUER



GRAND HYATT NEW YORK

# marKET

'34 LUIS DELGADO
--------------------------------
:HK **2569** AUG29'17 7:52AM
--------------------------------
| 1 BISCUIT | 5.00 |
| 1 COFFEE | 3.75 |
| FOOD SALES | 8.75 |
| * TAX | 0.78 |
| TOTAL PAID $ | 9.53 |
| CASH $ | 20.00 |
| CHANGE DUE | 10.47 |

----734 CLOSED AUG29 7:53AM----

World of Hyatt
today and start earning points
for stays, dining and more.
Visit worldofhyatt.com.
*Not point earning eligible.
#Not point redemption eligible.
JOIN US ON TWITTER & FACEBOOK
    @MARKETHYATTNYC

**O'Brien's Irish Pub**
134 West 46th Street
New York, NY
212-391-1516

Check **172** 08/28/17-A **7:14pm**
Guests **1** MICHELLE    Table **D—10**
--------------------------------
| 1..BUD | 5.00 |
| 1..TODAY'S CATCH | 21.95 |
| | --- -- |
| **Items** | 26.95 |
| Tax | 2.39 |
| **TOTAL** | **29.34** |

Listed Below is the Suggested Gratuity

15% Suggested Gratuity: 4.40
18% Suggested Gratuity: 5.30
20% Suggested Gratuity: 5.85

THANK YOU
FOR YOUR PATRONAGE
GO RAIBH MILE MAITH AGAT
Go n'eiri an bothar leat.

SEE YOU AGAIN SOON.