# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 244, 568**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Notice relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.** |

## NOTICE OF FILING OF REVISED CREDITOR MATRIX FOR THE COMMONWEALTH OF PUERTO RICO

**TO ALL CREDITORS OF THE COMMONWEALTH AND OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

2. On May 11, 2017, the Commonwealth filed the *Motion of Debtors for Entry of Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* (the "Motion")] [ECF No. 44] seeking, among other things, to fix June 30, 2017, as the date by which the Commonwealth must file its creditor mailing matrix (the "Creditor Matrix").

3. On June 1, 2017, the Court entered the *Order (A) Fixing Dates to File Creditor Matrix and List of Creditors and (B) Waiving Local Bankruptcy Rule 1007-1 to the Extent Such Rule is Applicable to these Title III Cases* [ECF No. 244], which granted the relief sought in the Motion, and fixed the date by which the Commonwealth must file its Creditor Matrix as June 30, 2017.

4. **PLEASE TAKE NOTICE** that on June 30, 2017, the Debtor filed the Creditor Matrix with the Court [ECF No. 568].

5. **PLEASE TAKE FURTHER NOTICE** that a revised Creditor Matrix (the "Revised Creditor Matrix"), attached hereto as **Exhibit A** has been filed on the Court's docket.

6. **PLEASE TAKE FURTHER NOTICE** that the Revised Creditor Matrix contains a list of creditors and parties with whom the Commonwealth conducts business, including their mailing addresses. The information contained in the Revised Creditor Matrix is based upon the Commonwealth's review of its books and records, with the assistance and under the direction of its advisors. However, no comprehensive legal or factual investigation with regard to possible defenses to any claims set forth in the Revised Creditor Matrix have been

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

completed. Therefore, the Commonwealth reserves all rights with respect to the Revised Creditor Matrix, including, without limitation, the right under Bankruptcy Rule 1009, to amend, modify, or supplement the Revised Creditor Matrix. The Revised Creditor Matrix does not and should not be deemed to constitute: (i) a waiver of any defense to any below listed claim; (ii) an acknowledgement of the allowability of any below-listed claim; or (iii) a waiver of any other right or legal position of the Commonwealth.

7. **PLEASE TAKE FURTHER NOTICE** that copies of the Revised Creditor Matrix, as filed in this title III case are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: November 16, 2017
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as Representative for the Debtors*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

4