IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:**<br><br>**THE FINANCIAL OVERSIGHT AND MANGEMENT BOARD FOR PUERTO RICO,**<br>    as representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO et al.,**<br>**Debtors**[1] | **PROMESA**<br>**Title III**<br><br>**Case No. 17-BK-3283 (LTS)**<br>**(Jointly Administered)** |

NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

Please take notice that EDGARDO MUNOZ, PSC, and the undersigned Counsel hereby file their appearance as counsel representing creditor and interested party **COOPERATIVA DE AHORRO Y CREDITO DE ISABELA**, and respectfully request this Honorable Court to be included in the case's master address list.

The here appearing party further requests from this Honorable Court and all parties in interest that all notices given, or required to be given, and all pleadings, motions, orders, applications, petitions, disclosures, plans, and any and all other documents filed and served, or required to be filed and served in connection with the captioned case, be given and served upon the undersigned attorneys, at the address set forth below.

Please take further notice that this appearance does not constitute, and must not be construed, as an acknowledgement or acceptance by the appearing party of the constitutionality, propriety, or validity of Debtor's petition for relief filed by Debtor on May 3, 2017 under the PROMESA Act (Pub. Law114-187, of June 30, 2016, 130 STAT. 549).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) **Commonwealth of Puerto Rico** (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) **Puerto Rico Sales Tax Financing Corporation ("COFINA")** (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) **Puerto Rico Highways and Transportation Authority ("HTA")** (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) **Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")** (Bankruptcy Case No. 17 BK 3566-LTS); and (v) **Puerto Rico Electric Power Authority ("PREPA")** (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

C:\AA\PromCoop-I-NoticeAppearanceEM.doc

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on November 17, 2017

EDGARDO MUÑOZ, PSC
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 753-3888
Fax (787) 753-1147

**s/ EDGARDO MUÑOZ**
USDC NO. 125713
emunozPSC@gmail.com

C:\AA\PromCoop-I-NoticeAppearanceEM.doc