# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the *First Interim Application of Bennazar, García & Milián, C.S.P. for Allowance of Compensation and Reimbursement of Expenses Incurred as Attoreys for the Official Committee of Retired Employees of Puerto Rico* (the "**Application**") [Dkt. No. 1806] to be served in the following manner:

On November 15, 2017, the Application was sent through the Court's CM/ECF system.

On November 16, 2017, two copies of the Application were sent by hand delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

On November 16, 2017, two copies of the Application were sent by hand delivery to the chambers of the Honorable Judith G. Dein, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210.

On November 16, 2017, two copies of the Application were sent via UPS Overnight Mail to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922.

On November 16, 2017, one copy of the Application was sent via UPS Overnight Mail to each of the parties identified in Exhibit A.

| | |
|---|---|
| November 20, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Edificio Union Plaza |
| 919 Third Ave | PH-A piso 18 |
| New York, NY 10022-3908 | Avenida Ponce de León #416 |
| rgordon@jenner.com | Hato Rey, San Juan |
| rlevin@jenner.com | Puerto Rico 00918 |
| 212-891-1600 (telephone) | ajb@bennazar.org |
| 212-891-1699 (facsimile) | 787-754-9191 (telephone) |
| | 787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*) | |
| Melissa Root (admitted *pro hac vice*) | *Counsel for The Official Committee of Retired* |
| 353 N. Clark Street | *Employees of Puerto Rico* |
| Chicago, IL 60654 | |
| csteege@jenner.com | |
| mroot@jenner.com | |
| 312-222-9350 (telephone) | |