**Exhibit A**

Proskauer Rose LLP, Eleven Times Square, New York, NY 10036
Attn: Martin J. Bienenstock, Esq.
Ehud Barak, Esq.,

Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.

O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036 John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Diana M. Perez, Esq.

Paul Hastings LLP, 200 Park Ave., New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901,
Attn: Juan J. Casillas Ayala, Esq.
Alberto J.E. Aenses Negron, Esq.

Eyck O. Lugo
252 Ponce de León Avenue Citibank Tower, 12th Floor
San Juan, PR 00918

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703