AO 435
(Rev 03/08)

**Administrative Office of the United States Courts**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions*

| 1 NAME Robert Zwillich | 2 PHONE NUMBER 212-474-1212 | 3 DATE 11/20/17 |
|---|---|---|

| 4 MAILING ADDRESS 825 8 Avenue | 5 CITY NY | 6 STATE NY | 7 ZIP CODE 10019 |
|---|---|---|---|

| 8 CASE NUMBER 17-BK-3283 | 9 JUDGE SWAIN | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10 FROM 10/25/17 | 11 TO 10/25/17 |

| 12 CASE NAME Commonwealth of Puerto Rico | LOCATION OF PROCEEDINGS |
|---|---|
| | 13 CITY NY | 14 STATE NY |

**15 ORDER FOR**

☐ APPEAL  ☐ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY

☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☒ OTHER

**16 TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | OCT | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | 25, | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | 2017 | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17 ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO OF COPIES | | |
| 14-Day | ☐ | ☐ | NO OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO OF COPIES | | |
| DAILY | ☐ | ☐ | NO OF COPIES | | |
| HOURLY | ☒ | ☐ | NO OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18 & 19)**
By signing below, I certify that I will pay all charges
(deposit plus additional)

| 18 SIGNATURE Robert Zwillich | ESTIMATE TOTAL 0.00 |
|---|---|
| | PROCESSED BY |
| 19 DATE 11/20/17 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY