# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>**(Jointly Administered)** |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: ECF No. 1548<br><br>**Proposed Order Objection**<br>**Date:** November 29, 2017 at 5:00 p.m. (Atlantic Standard Time)<br>**Presentment Date:** November 30, 2017<br>**Hearing date:** December 20, 2017 at 9:30 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] | |

### NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE EMPLOYMENT OF GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER NUNC PRO TUNC TO OCTOBER 6, 2017

**PLEASE TAKE NOTICE** that upon the October 26, 2017 *Application of Fee Examiner to Employ and Retain Godfrey & Kahn, S.C., as Counsel to the Fee Examiner, Nunc Pro Tunc to October 6, 2017* [Dkt. No. 1548] (the "**Application**"), the Fee Examiner will present the proposed order, attached as **Exhibit A** (the "**Revised Proposed G&K Retention Order**"), to the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, Courtroom 3, U.S. Courthouse, 150 Chardon Avenue, San Juan, Puerto Rico 00918-7095, for signature on **November 30, 2017** (the "**Presentment Date**").

**PLEASE TAKE FURTHER NOTICE** that no written objections have been received by the Fee Examiner or his counsel or filed with the Court by the noticed deadline of November 16, 2017 at 4:00 p.m. (Atlantic Standard Time).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline comparing the Revised Proposed G&K Retention Order against the initial proposed order attached to the Application, demonstrating the revisions incorporated.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Revised Proposed G&K Retention Order (the "Objection") is filed with the Court **no later than 5:00 p.m. (Atlantic Standard Time) on November 29, 2017**, no hearing will be held, and the Revised Proposed G&K Retention Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that copies of the Application including all exhibits, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9237, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 20th day of November, 2017.

          EDGE Legal Strategies, PSC

          *s/Eyck O. Lugo*
          Eyck O. Lugo
          252 Ponce de León Avenue
          Citibank Tower, 12th Floor
          San Juan, PR 00918
          Telephone: (787) 522-2000
          Facsimile: (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice* Approved)

*Counsel for the Fee Examiner*

18076453.2

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| As a representative of | )<br>) |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | ) Re: ECF No. 1548<br>) |
| **Debtors.**[1] | )<br>) |

## ORDER AUTHORIZING THE EMPLOYMENT OF
## GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER, *NUNC PRO TUNC* TO OCTOBER 6, 2017

Upon the Application filed by the Fee Examiner appointed in this proceeding for entry of an order to employ Godfrey & Kahn, S.C. ("**Godfrey & Kahn**" or the "**Firm**") as his counsel *nunc pro tunc* to October 6, 2017; and the Court verifying that no timely objections have been filed on the Court's docket; and the Court finding that (a) the Court has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a), (b) Godfrey & Kahn does not hold or represent any interest materially adverse to the Debtors with respect to matters for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

which Godfrey & Kahn is to be employed, and (c) the Fee Examiner's employment of Godfrey & Kahn is in the best interest of the Fee Examiner; and the Court finding that notice of the Application given by the Fee Examiner was sufficient under the circumstances and that no other or further notice is necessary; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application, the Stadler Affidavit, and at the Hearing on the Application establish just cause for the relief herein granted; it is hereby:

ORDER, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED, as set forth herein.

2. The Fee Examiner is authorized, pursuant to section 1103(a) of the Bankruptcy Code, to employ Godfrey & Kahn as its counsel in these Title III Cases in accordance with the terms and conditions set forth in the Application, effective as of October 6, 2017.

3. Godfrey & Kahn shall be entitled to allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred in connection with these Title III Cases as an administrative priority expense under section 503(b) of the Bankruptcy Code pursuant to any procedures established and required by PROMESA, this Court, and the United States Trustee.

4. The Fee Examiner is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. This Order resolves docket entry 1548.

Dated: _____

_____
LAURA TAYLOR SWAIN
United States District Judge

18076700.1

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA <br> ) Title III <br> ) <br> **THE FINANCIAL OVERSIGHT AND** ) No. 17 BK 3283-LTS <br> **MANAGEMENT BOARD FOR PUERTO RICO,** ) <br> ) **(Jointly Administered)** <br> ) <br> As a representative of ) <br> ) <br> **THE COMMONWEALTH OF PUERTO RICO** *et al.*, ) Re: ECF No. 1548 <br> ) <br> **Debtors.**[1] ) <br> ) <br> ) |

### ORDER AUTHORIZING THE EMPLOYMENT OF
### GODFREY & KAHN, S.C. AS COUNSEL TO THE FEE EXAMINER

Upon the Application filed by the Fee Examiner appointed in this proceeding for entry of an order to employ Godfrey & Kahn, S.C. ("**Godfrey & Kahn**" or the "**Firm**") as his counsel *nunc pro tunc* to October 6, 2017; and the Court ~~having heard the statement of counsel in support of the relief requested therein and at a hearing thereon (the "**Hearing**")~~ verifying that no timely objections have been filed on the Court's docket; and the Court finding that (a) the Court has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a), (b) Godfrey & Kahn does not hold or represent any interest materially adverse to the Debtors with respect to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

matters for which Godfrey & Kahn is to be employed, and (c) the Fee Examiner's employment of Godfrey & Kahn is in the best interest of the Fee Examiner; and the Court finding that notice of the Application given by the Fee Examiner was sufficient under the circumstances and that no other or further notice is necessary; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Application, the Stadler Affidavit, and at the Hearing on the Application establish just cause for the relief herein granted; it is hereby:

ORDER, ADJUDGED AND DECREED THAT:

1. The Application is GRANTED, as set forth herein.

2. The Fee Examiner is authorized, pursuant to section 1103(a) of the Bankruptcy Code, to employ Godfrey & Kahn as its counsel in these Title III Cases in accordance with the terms and conditions set forth in the Application, effective as of October 6, 2017.

3. Godfrey & Kahn shall be entitled to allowance and payment of compensation for professional services rendered and reimbursement of expenses incurred in connection with these Title III Cases as an administrative priority expense under section 503(b) of the Bankruptcy Code pursuant to any procedures established and required by PROMESA, this Court, and the United States Trustee.

4. The Fee Examiner is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. This Order resolves docket entry ––1548.

2

Dated: _____

_____
LAURA TAYLOR SWAIN
United States District Judge

~~17957269.1~~18076700.1

3

| | |
|---|---|
| **Summary report:** <br> **Litéra® Change-Pro TDC 10.1.0.300 Document comparison done on 11/17/2017 2:12:36 PM** | |
| **Style name:** GKFirm | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** 2017 10 26 -- Puerto Rico -- FINAL Proposed Order Retention Applications-KS markup.docx | |
| **Modified DMS:** iw://GKDMS2K8/Active/18076700/1 | |
| **Changes:** | |
| Add | 4 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 7 |