IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
|    as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|    Debtors.[1] | |

-------------------------------------------------------------------x

## **ORDER**

In furtherance of the Court's November 17, 2017 order (Dkt. No. 1824), it is hereby

ordered as follows:

1. If any of the movants[2] intend to file any new Rule 2004 Motions directed to the

    Financial Oversight and Management Board for Puerto Rico (the "Oversight

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "Movants" are the parties to the previously filed *Motion of National Public Finance Guarantee Corporation for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing Discovery* (Dkt. No. 1177), the *Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., and the Mutual Fund Group for Order Authorizing Rule 2004 Examination* (Dkt. No. 1178), and *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004* (Dkt. No. 1283).

Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), they shall comply with the following:

a. the Movants shall file a joint Rule 2004 Motion (the "Joint Motion") limited to no more than 20 targeted requests. Nothing herein is intended to limit the Movants from subsequently seeking additional discovery after the resolution of the Joint Motion.

b. the Oversight Board's and AAFAF's response to the Joint Motion shall include, but need not be limited to, a response to each of the targeted requests. As previously ordered by the Court, any contention that the information has already been produced shall be accompanied by a statement as to the date of the production and the specific location where the documents can be found by the Movants.

c. after the Oversight Board's and AAFAF's response, but before any hearing on the Joint Motion, the parties shall meet and confer to address any disagreements concerning the production of the requested documents. Prior to any hearing, the parties shall file a joint status report with the Court identifying (1) any factual and legal issues that are to be addressed by the Court; (2) any proposals for a schedule and process for filing and addressing subsequent Rule 2004 Motions in the future; and (3) any other items that the parties believe would be helpful to insure the orderly and efficient production of documents between Movants, the Oversight Board and AAFAF in the future.

2. Any hearing on the Joint Motion will be heard in Boston, Massachusetts before Magistrate Judge Dein. If the Movants intend to seek a hearing on the Joint Motion before the December Omnibus Hearing, the joint status report called for herein must be filed with the Court by no later than **December 11, 2017**. A hearing can be held on December 14, 2017 at 1:30 p.m. Atlantic Standard Time (12:30 p.m. Eastern Standard Time).

SO ORDERED.

                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge

DATED: November 21, 2017