UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-------------------------------------------------------------x

<u>ORDER APPOINTING NEW MEMBER OF MEDIATION TEAM</u>

No objections have been received to the appointment of the proposed new member of the Mediation Team for these Title III cases and related proceedings, as announced in the Court's November 7, 2017, order and notice of the preliminary designation of a new Mediation Team member (docket entry no. 1663 in Case. 17 BK 3283).

Pursuant to 11 U.S.C. § 105, made applicable to these cases by section 301 of PROMESA, 48 U.S.C. § 2161, and to further the goal of the successful, consensual resolution of the issues raised in these debt adjustment proceedings, the Court hereby appoints Bankruptcy Judge Roberta A. Colton, who serves in the United States Bankruptcy Court for the Middle District of Florida, to serve as a judicial mediator as needed in these cases. Judge Colton's appointment has been authorized through the intercircuit assignment procedures of the Judicial Conference of the United States and is effective immediately.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Mediation Team will continue to be led by Chief Judge Barbara Houser of the United States Bankruptcy Court for the Northern District of Texas.  Circuit Judge Thomas Ambro of the United States Court of Appeals for the Third Circuit, Senior District Judge Nancy Atlas of the United States District Court for the Southern District of Texas, and Senior District Judge Victor Marrero of the United States District Court for the Southern District of New York will also continue their Mediation Team work.

The Court thanks Bankruptcy Judge Christopher Klein, who will be stepping back from Mediation Team duties when his current intercircuit assignment expires, for his dedicated service in connection with these cases.

Pursuant to Local Civil Rule 1(f) of the United States District Court for the District of Puerto Rico, this Order suspends the Court's Local Civil Rule 83J for the specific Title III cases captioned above and their related adversary proceedings.

.

SO ORDERED.

Dated:  November 22, 2017

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge