**Exhibit 6**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR
PUERTO RICO

     as representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.

     Debtors

PROMESA
Title III

No. 17-BK-3283 (LTS)

(Jointly Administered)

ORDER GRANTING MOTION OF GAM REALTY, LLC
FOR RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of GAM Realty, LLC ("GAM") for an order lifting under

11 U.S.C. § 362(d)(1) the automatic stay imposed by the filing of the above-captioned Title III

case or confirming that the automatic stay is inapplicable to a Section 1983 civil rights action for

declaratory and injunctive relief that GAM filed in the United States District Court for Puerto

Rico, *GAM Realty LLC v. Nelson J. Santiago Marrero, et al.*, Civil Action No. 16-2910 (PAD)

(the "Action"); after due service and notice, the Court having held a hearing on the Motion on

December 20, 2017;

☐ An objection having been submitted.

☐ No objection having been submitted.

and after due deliberation, the Court having determined that:

☐ The automatic stay is inapplicable to the Action.

☐ Cause exists for terminating or annulling the stay with respect to the Action.

2

It is hereby

ORDERED that the Motion is granted.

ORDERED that the automatic stay under 48 U.S.C. § 2161(a) and 11 U.S.C. § 362(a) and

11 U.S.C. § 922 is vacated as to the Action, to permit GAM to pursue its claims for declaratory

and injunctive relief in the Action.

SO ORDERED.

Dated: _____, 2017

_____
Hon. Laura Taylor Swain
United States District Judge

2