*Hearing Date:* December 20, 2017, 9:30 a.m. (AST)
*Objection Deadline:* December 13, 2017, 4:00 p.m. (AST)

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

# NOTICE OF HEARING ON GAM REALTY, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that on November 28, 2017, GAM Realty, LLC filed a *Motion by GAM Realty, LLC for Relief from the Automatic Stay* (ECF No. 1856) (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objection to the Motion (the "Objection") must be filed and served no later than December 13, 2017 at 4:00 p.m. (AST). The Objection must be in writing, and conform to the Federal Rules of Bankruptcy Procedure and the *Third Amended Notice, Case Management and Administrative Procedures* (ECF No. 1512-1) (the "Case Management Procedures"). It must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with Local Civil Rule 5 of United States District Court of Puerto Rico and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF). The Objection must be served on (1) GAM Realty, LLC,

through its counsel: Ricardo F. Casellas Sánchez (rcasellas@cabprlaw.com) and Mariano A. Mier Romeu (mmier@cabprlaw.com); and, as required by the Case Management Procedures, on (2) the Chambers of the Honorable Laura Taylor Swain; (3) the Office of the United States Trustee for Region 21; (4) the Puerto Rico Fiscal Agency and Financial Advisory Authority; (5) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority; (6) counsel for the Oversight Board; (7) the remaining Standard Parties defined by the Case Management Procedures and the other parties in the Master Service List maintained by the Claims and Noticing Agent and found at https://cases.primeclerk.com/puertorico/Home-Index; and (8) the affected parties, Nelson J. Santiago Marrero, (former) Secretary of the Department of Natural and Environmental Resources of Puerto Rico, and Alberto Lastra Power, (former) executive director of the Permits Management Office of Puerto Rico, through their counsel Joel Torres (joeltorres@justicia.pr.gov), Luis J. López-Valdés (llopez@justicia.pr.gov), and Claudia A. Juan García (cjuan@justicia.pr.gov).

PLEASE TAKE FURTHER NOTICE that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, on December 20, 2017 at 9:30 a.m. (AST), or as soon thereafter as counsel may be heard, to consider the relief sought.

PLEASE TAKE FURTHER NOTICE that the relief requested may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

Respectfully submitted.

At San Juan, Puerto Rico, November 28, 2017.

CASELLAS ALCOVER & BURGOS, P.S.C.
PO Box 364924
San Juan, PR 00936-4924

2

Tel. (787) 756-1400
Fax (787) 756-1401

/s/Ricardo F. Casellas Sánchez
Bar No. 203114
E-mail: rcasellas@cabprlaw.com

/s/Mariano A. Mier Romeu
Bar No. 217203
E-mail: mmier@cabprlaw.com

*Attorneys for GAM Realty, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List. The foregoing is also being e-mailed separately to Joel Torres at joeltorres@justicia.pr.gov, Luis J. López-Valdés at llopez@justicia.pr.gov, and Claudia A. Juan García at cjuan@justicia.pr.gov.

At San Juan, Puerto Rico, November 28, 2017.

/s/Mariano A. Mier Romeu
Bar No. 217203
Casellas Alcover & Burgos, P.S.C.
PO Box 364924
San Juan PR  00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401
Email: mmier@cabprlaw.com