**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA TITLE III |
| as representative of | No. 17 BK 3283-LTS (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al. | **Re: ECF No. 1314, 1324** |
| Debtors[1] | |

**MOTION CONSOLIDATING REQUEST RELIEF FROM AUTOMATIC STAY AND JOINT STIPULATION**

**TO THE HONORABLE COURT:**

**COMES NOW,** Luisa Murray Soto ("Ms. Murray" or "Movant"), *pro se*, and respectfully request to this Court an Order pursuant to 11 U.S.C. §362 for relief the Automatic Stay and, in support of this motion, states and pray as follows:

1. On September 2, 2017, Movant sent by regular mail the *Motion Requesting Relief from Stay and Movant Certification* to be filed for September 5, 2017 (Docket No. 1324)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID"3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. On September 15, 2017, the Commonwealth of Puerto Rico and the Movant filed the *Motion Stipulation Modifying the Automatic Stay* (Docket no. 1314) to comply this court standing order Doc # 1086 & 1339 and the Case Management Procedures (Docket 1065-1).

3. Due to the above, Movant moves the court to consolidate its motions without prejudice, so that it may comply with these Courts Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on this same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF Filing System which will send a notification of such to the parties of record and to all interested subscribed users.

RESPECTFULLY SUBMITTED at San Juan, Puerto Rico, this 25th day of September 2017.

s/Luisa Murray-Soto
**Luisa Murray Soto, *Pro Se***
Cond River Glance
3 Carr 784 Apt 3201
Caguas, PR 00727
Phone number: 239.986.1793
lumurr@gmail.com

2