Luisa Murray-Soto
Cond. River Glance
3 Carr 784 Apt 3201
Caguas PR 00727

Clerk's Office
US District of Court
Room 150, Federal Building
San Juan, PR 00918-1767