# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Transmittal of Record to the Court of Appeals

**DATE:** November 28, 2017

**DC #:** **17-BK-03283-LTS**
    **In Re:** (PROMESA)
**Case # in other Court: 17-cv-1578 LTS**

**APPEAL FEE PAID:**     YES _____    NO __X__

**CASE CAPTION:** In Re: Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:**    YES _____    NO __X__

**MOTIONS PENDING:**     YES __X__    NO _____

**NOTICE OF APPEAL FILED BY:** Javier Mandry Mercado, pro se.

**APPEAL FROM:**          Order entered on 8/02/2017.

**SPECIAL COMMENTS:**    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

                                                    **VOLUMES:**

**Docket Entries 712, 844, 1182 & 1198**                          I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

                                                    FRANCES RIOS DE MORAN
                                                    Clerk of the Court


                                                    S/ Marian B. Ramirez-Rivera
                                                    Marian B. Ramirez-Rivera
                                                    Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk