# EXHIBIT A

## Real Property Leases Under Affirmative Consent[1]

|  | Landlord | NAME OF COMMONWEALTH ENTITY | CONTRACT NUMBER |
|---|---|---|---|
| 1. | 3 RIOS LTD CORP. | 911 GOVERNMENT SERVICE BOARD | 2016-000109 |
| 2. | 3 RIOS LTD CORP. | DEPARTMENT OF HEALTH | 2015-DS1060 |
| 3. | 3 RIOS LTD CORP. | DEPARTMENT OF HEALTH | 2017-DS0239 |
| 4. | 800 PONCE DE LEON CORP. | SOCIOECONOMIC DEVELOPMENT OF THE FAMILY ADMINISTRATION | 2015-000070 |
| 5. | ALBERTO LUIS COSSIO SOTO | DEPARTMENT OF HEALTH | 2016-DS0799 |
| 6. | ALFREDO RIVERA DIAZ * | STATE ELECTIONS COMMISSION | 2017-000012 |
| 7. | ANGEL F. RIVERA BARRIS * | STATE ELECTIONS COMMISSION | 2014-000017 |
| 8. | ANGEL F. RIVERA BARRIS * | STATE ELECTIONS COMMISSION | 2015-000115 |
| 9. | ANLE DISTRIBUTING CORP. * | DEPARTMENT OF FAMILY | 2017-000095 |
| 10. | ANTONIO J. LEAL GONZALEZ * | DEPARTMENT OF FAMILY | 2017-000096 |
| 11. | ARCADIO BIGIO ROMERO * | STATE ELECTIONS COMMISSION | 2016-000018 |
| 12. | ARIEL Z ORTIZ BLANCO * | VOCATIONAL REHABILITATION ADMINISTRATION |  |
| 13. | ASA DEVELOPMENT & RENTAL, INC. * | DEPARTMENT OF FAMILY | 2015-000035 |
| 14. | ASOCIACION PESCADORES DE CIBUCO, INC. * | DEPARTMENT OF AGRICULTURE | 2014-055073 |
| 15. | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | DEPARTMENT OF HEALTH | 2015-DS1097 |
| 16. | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2009-950801 |
| 17. | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | OFFICE OF COURT ADMINISTRATION | 2015-000077 |
| 18. | AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUC | OFFICE OF COURT ADMINISTRATION | 2015-000077 |
| 19. | BANFIN REALTY S.E | DEPARTMENT OF HEALTH | 2014-DS0430 |
| 20. | BANFIN REALTY S.E | DEPARTMENT OF HEALTH | 2015-DS1042 |
| 21. | BETANCOURT MANGUAL, ANA ROSA | COURT OF FIRST INSTANCE | 2015-000105 |

---

[1] Landlords marked with an asterisk provided consent via telephone conversations with AAFAF counsel.

|  | **Landlord** | **NAME OF COMMONWEALTH ENTITY** | **CONTRACT NUMBER** |
|---|---|---|---|
| 22. | CALVARY EVANGELISTIC MISION | PUBLIC SERVICE APPELLATE COMMISSION | |
| 23. | CARHIL DEVELOPERS INC. | OFFICE OF COURTS ADMINISTRATION | 1998-00324A |
| 24. | CARIBBEAN CITY BUILDERS, INC. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2015-000526 |
| 25. | CARLOS J PASCUAL BARALT | PUERTO RICO POLICE | |
| 26. | CARLOS MANUEL MARTINEZ SERRANO | DEPARTMENT OF HEALTH | 2017-DS0350 |
| 27. | CARMEN DELIA RONDA TORO * | STATE ELECTIONS COMMISSION | 2015-000122 |
| 28. | CARMEN G. DAVILA LOPEZ * | HOUSE OF REPRESENTATIVES | 2017-000595 |
| 29. | CARMEN MILAGROS CORREA RODRIGUEZ * | DEPARTMENT OF JUSTICE | 2015-000037 |
| 30. | CARMEN VICTORIA CARRASQUILLO DIAZ | DEPARTMENT OF HEALTH | 2018-DS0318 |
| 31. | CECILIA M GARCIA RIVERA | STATE ELECTIONS COMMISSION | |
| 32. | CENTERPLEX INC | DEPARTMENT OF FAMILY | 2015-000305 |
| 33. | CENTRO AUDIOLOGICO E INTERDISCIPLINARIO ISAMAR GON * | DEPARTMENT OF HEALTH | 2017-DS0423 |
| 34. | CENTRO DE PIEZAS PATILLAS INCORPORADO | DEPARTMENT OF HEALTH | 2013-DS0742 |
| 35. | COL-BER INC * | STATE ELECTIONS COMMISSION | |
| 36. | COLEGIO SANTA MARIA DEL CAMINO * | STATE ELECTIONS COMMISSION | |
| 37. | CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. * | DEPARTMENT OF HEALTH | 2014-DS0552 |
| 38. | CORPORACION DEL CENTRO DE BELLAS ARTES * | OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | 2017-000009 |
| 39. | DEPTO TRANSP OBRAS PUBLICAS ACERVO | DEPARTAMENTO DE HACIENDA | |
| 40. | DESARROLLOS INMOBILIARIOS DE HATO TEJAS, INC. | DEPARTMENT OF EDUCATION | 2014-000128 |
| 41. | DOMINGO SANABRIA LOZADA | STATE ELECTIONS COMMISSION | 2014-000044 |
| 42. | DR. FERNANDO ORTIZ MALDONADO * | DEPARTMENT OF FAMILY | 2015-000036 |
| 43. | DR. FERNANDO ORTIZ MALDONADO * | DEPARTMENT OF HEALTH | 2015-DS0975 |
| 44. | EDIFICIO BULA, INC. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2015-000426 |
| 45. | EDUCON MANAGEMENT, CORP. | TRANSPORTATION AND PUBLIC WORKS | 2016-000163 |
| 46. | EL CAPITAN INVESTMENT GROUP CORP | DEPARTAMENTO DE JUSTICIA | |

| | **Landlord** | **NAME OF COMMONWEALTH ENTITY** | **CONTRACT NUMBER** |
|---|---|---|---|
| 47. | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | DEPARTMENT OF TREASURY | 2015-000192 |
| 48. | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | DEPARTMENT OF TREASURY | 2015-000192 |
| 49. | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | OFFICE OF ELECTORAL COMPTROLLER | 2018-000003 |
| 50. | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | OFFICE OF ELECTORAL COMPTROLLER | 2018-000003 |
| 51. | EL SISTEMA DE RETIRO PARA MAESTROS DE PUERTO RICO | STATE OFFICE OF ENERGY PUBLIC POLICY | 2016-132270 |
| 52. | FARMACIA JARDINES DE LOIZA, INC. * | SENATE | 2018-000007 |
| 53. | FELIX J. RIVERA LUPIANEZ * | DEPARTMENT OF FAMILY | 2016-000326 |
| 54. | FIDEICOMISO HERNANDEZ CASTRODAD | SOCIOECONOMIC DEVELOPMENT OF THE FAMILY ADMINISTRATION | 2018-000002 |
| 55. | FIDEICOMISO MANGUAL-CARDONA | DEPARTMENT OF FAMILY | 2014-000284 |
| 56. | GONZALEZ POWER ELECTRICAL | TRANSPORTATION AND PUBLIC WORKS | 2014-000040 |
| 57. | GRACIANA ACEVEDO CARDONA | DEPARTAMENTO DE HACIENDA | |
| 58. | HERIBERTO GONZALEZ * | STATE ELECTIONS COMMISSION | 2014-000033 |
| 59. | INCOM INVESTMENTS INC | DEPARTMENT OF EDUCATION | |
| 60. | INMOBILIARIA RODMOR, INC. * | DEPARTMENT OF FAMILY | 2016-000239 |
| 61. | INMOBILIARIA SAN ISIDRO, CORP[2] | STATE ELECTIONS COMMISSION | 2014-000121 |
| 62. | INVERSIONES C Y A, S.E. | DEPARTMENT OF TREASURY | 2016-000208 |
| 63. | IR INVESTMENT CORPORATION * | DEPARTMENT OF JUSTICE | 2016-000115 |
| 64. | IRIS MARIA MUNOZ RODRIGUEZ | STATE ELECTIONS COMMISSION | 2018-000006 |
| 65. | J.CH. REALTY CORPORATION | TRANSPORTATION AND PUBLIC WORKS | 2014-000041 |
| 66. | JENNYMAR CORPORATION | DEPARTMENT OF HEALTH | 2015-DS0001 |
| 67. | JENNYMAR CORPORATION | DEPARTMENT OF HEALTH | 2017-DS0236 |
| 68. | JENNYMAR CORPORATION | DEPARTMENT OF NATURAL AND ENVIRONMENTAL RESOURCES | 2011-000104 |
| 69. | JENNYMAR CORPORATION | HOUSE OF REPRESENTATIVES | 2018-000076 |
| 70. | JENNYMAR CORPORATION | OFFICE OF THE OMBUDSMAN | 2012-000021 |

---

[2] Provided consent to extension until February 28, 2018.

|  | **Landlord** | **NAME OF COMMONWEALTH ENTITY** | **CONTRACT NUMBER** |
|---|---|---|---|
| 71. | JENNYMAR CORPORATION | OFFICE OF THE OMBUDSMAN | 2012-000021 |
| 72. | JENNYMAR CORPORATION | OFFICE OF COURTS ADMINISTRATION | 2016-000066 |
| 73. | JENNYMAR CORPORATION | HON. CARLOS BIANCHI | 2018-000076 |
| 74. | JENNYMAR CORPORATION | DEPARTAMENTO DE LA FAMILIA | 2012-000215A |
| 75. | JENNYMAR CORPORATION | DEPARMENT OF EDUCATION | 081-2002-0107 |
| 76. | JF BUILDING LEASE AND MAINTENANCE CORP[3] | DEPARTMENT OF HEALTH | 2017-DS0120 |
| 77. | JF BUILDING LEASE AND MAINTENANCE CORP[4] | DEPARTMENT OF HEALTH | 2017-DS0300 |
| 78. | JF BUILDING LEASE AND MAINTENANCE CORP[5] | DEPARTMENT OF FAMILY | 2013-000-266 |
| 79. | JOHNNY RAMOS ORTIZ * | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950464 |
| 80. | JOSE E. RIVERA * | DEPARTMENT OF CORRECTION AND REHABILITATION |  |
| 81. | JOSE LUIS COLLAZO ROSADO | DEPARTMENT OF HEALTH | 2014-DS0737 |
| 82. | JOSE N COLON GONZALEZ * | DEPARTMENT OF EDUCATION |  |
| 83. | JUAN A. NEGRON BERRIOS * | DEPARTMENT OF HEALTH | 2016-DS0807 |
| 84. | KLAP REALTY AND MANAGEMENT CORPORATION | OFFICE OF THE OMBUDSMAN - WOMEN | 2012-000001 |
| 85. | LAS BRISAS, S.E. | DEPARTMENT OF EDUCATION | 2014-000130 |
| 86. | LCDO. RAFAEL CARDONA CAMPOS * | OFFICE OF THE OMBUDSMAN | 2002-000006 |
| 87. | LIBRA GOVERNMENT BUILDING, INC. | OFFICE OF COURTS ADMINISTRATION | 1998-00323A |
| 88. | LORENZO G. LLERANDI BEAUCHAMP | DEPARTMENT OF FAMILY | 2014-000281 |
| 89. | LOYAL INVESTMENT CORP * | COURT OF FIRST INSTANCE | 2014-000095 |
| 90. | LOYAL INVESTMENT CORP * | COURT OF FIRST INSTANCE | 2014-000095 |
| 91. | LOYAL INVESTMENT CORP * | COURT OF FIRST INSTANCE | 2014-000095 |
| 92. | LUIS A. RIVERA SIACA* | DEPARTMENT OF CORRECTIONS | 2016-000044 |
| 93. | LUIS ANTONIO MUNIZ MARCIAL* | DEPARTMENT OF HEALTH | 2017-DS0440 |
| 94. | MARGARO LOPEZ, INC. | DEPARTMENT OF FAMILY | 2016-000283 |

---

[3] Provided consent to extension until May 31, 2018.

[4] Provided consent to extension until May 31, 2018.

[5] Provided consent to extension until May 31, 2018.

| | Landlord | NAME OF COMMONWEALTH ENTITY | CONTRACT NUMBER |
|---|---|---|---|
| 95. | MARGARO LOPEZ, INC. | STATE ELECTIONS COMMISSION | 2016-000123 |
| 96. | MARIA DOLORES GONZALEZ COLON * | STATE ELECTIONS COMMISSION | 2017-000009 |
| 97. | MARIA MILAGROS ROCA CASTRO * | STATE ELECTIONS COMMISSION | 2017-000021 |
| 98. | MERCEDES E. RIVERA MARTINEZ * | OFFICE OF THE OMBUDSMAN | 2006-000016 |
| 99. | MIGUELINA ROSADO DE MENDEZ * | HOUSE OF REPRESENTATIVES | 2018-000261 |
| 100. | MODESTA RODRIGUEZ CARABALLO * | STATE ELECTIONS COMMISSION | 2017-000019 |
| 101. | MOYBA, LLC * | 911 GOVERNMENT SERVICE BOARD | 2018-000021 |
| 102. | MUNICIPIO DE BARCELONETA | DEPARTMENT OF FAMILY | 2017-000238 |
| 103. | MUNICIPIO DE BARCELONETA | DEPARTMENT OF HEALTH | 2017-DS0310 |
| 104. | MUNICIPIO DE BARCELONETA | DEPARTMENT OF TREASURY | 2016-000207 |
| 105. | MUNICIPIO DE BARCELONETA | STATE ELECTIONS COMMISSION | 2015-000080 |
| 106. | MUNICIPIO DE HORMIGUEROS | PR FIREFIGHTERS | |
| 107. | MUNICIPIO DE LARES | HOUSE OF REPRESENTATIVES | 2017-000687 |
| 108. | MUNICIPIO DE LARES | STATE ELECTIONS COMMISSION | 2014-000039 |
| 109. | NORMAN LUIS SANTIAGO GOMEZ * | DEPARTMENT OF HEALTH | 2014-DS0266 |
| 110. | NORMAN LUIS SANTIAGO GOMEZ * | DEPARTMENT OF HEALTH | 2014-DS0292 |
| 111. | NORMAN LUIS SANTIAGO GOMEZ * | DEPARTMENT OF HEALTH | 2014-DS0293 |
| 112. | OFFICE PARK, INC. | COOPERATIVE DEVELOPMENT COMMISSION | 2014-000016 |
| 113. | OFFICE PARK, INC. | DEPARTMENT OF HEALTH | 2017-DS0461 |
| 114. | PEDRO ANTONIO VARGAS FLEURYS[6]* | STATE ELECTIONS COMMISSION | 2015-000026 |
| 115. | PESCADERIA VILLA PESQUERA ESPINAL* | DEPARTMENT OF AGRICULTURE | 2016-055184 |
| 116. | PIFORS & CO., INC. | CONTROLLER'S OFFICE | 2016-000088 |
| 117. | PIFORS & CO., INC. | CONTROLLER'S OFFICE | 2016-000088 |
| 118. | PLAZA SAN MIGUEL INC | DEPARTMENT OF HEALTH | 2013-DS0564 |
| 119. | PUNTA BORINQUEN SHOPPING CENTER, INC. | DEPARTMENT OF TREASURY | 2016-000209 |
| 120. | PUNTA BORINQUEN SHOPPING CENTER, INC. | TRANSPORTATION AND PUBLIC WORKS | 2015-000014 |
| 121. | RAMHIL DEVELOPERS INC. | OFFICE OF COURTS ADMINISTRATION | 2011-000146 |

---

[6] Provided consent to extension until February 28, 2018.

| | **Landlord** | **NAME OF COMMONWEALTH ENTITY** | **CONTRACT NUMBER** |
|---|---|---|---|
| 122. | RAMON ARROYO ARROYO * | STATE ELECTIONS COMMISSION | 2014-000069 |
| 123. | RAMON MERCADO LOPEZ | STATE ELECTIONS COMMISSION | 2017-000008 |
| 124. | RIOS MARQUES, VICENTE E. | OFFICE OF COURT ADMINISTRATION | 2017-000061 |
| 125. | RRD CASH & CARRY, INC. | VOCATIONAL REHABILITATION ADMINISTRATION | 2016-000058 |
| 126. | SANTOS VELEZ SANCHEZ | DEPARTMENT OF HEALTH | 2015-DS1107 |
| 127. | SANTOS VELEZ SANCHEZ | SENATE | 2017-000315 |
| 128. | SR. WILFREDO FONTANEZ CENTENO * | DEPARTMENT OF FAMILY | 2013-000314 |
| 129. | SUCESION LAUREANO RIVERA * | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2015-950840 |
| 130. | SUCESION ELMA LUCIA VAZQUEZ MARTINEZ | STATE ELECTIONS COMMISSION | 2016-000079 |
| 131. | SUCESION JOSE F. RAMIREZ PEREZ | DEPARTMENT OF EDUCATION | |
| 132. | SUCESION JOSE M. NOLLA MORELL * | HOUSE OF REPRESENTATIVES | 2017-000698 |
| 133. | SUCESION JOSE PEREZ ACEVEDO * | DEPARTMENT OF TREASURY | 2014-000001 |
| 134. | SYLPAWN, INC. * | STATE ELECTIONS COMMISSION | 2015-000120 |
| 135. | TORRES RIVERA, EDWIN D. | OFFICE OF COURT ADMINISTRATION | 2017-000102 |
| 136. | VICAR BUILDER'S DEVELOPERS INC. * | OFFICE OF COURT ADMINISTRATION | 2017-000085 |
| 137. | VICAR BUILDERS DEVELOPMENT TCC VICAR BUILDERS DEVE * | DEPARTMENT OF JUSTICE | 2014-000074 |
| 138. | VICAR DEVELOPERS INC. | OFFICE OF COURTS ADMINISTRATION | 2003-000193 |
| 139. | VICTOR MANUEL VARELA BERRIOS * | DEPARTMENT OF HEALTH | 2015-DS0877 |
| 140. | VISTA VERDE SHOPPING CENTER, INC. * | DEPARTMENT OF HOUSING | 2012-000235 |
| 141. | WEST COAST DEVELOPERS INC. | OFFICE OF COURTS ADMINISTRATION | 2000-000152 |
| 142. | WILLIAM RAFAEL FUERTES ROMEU | DEPARTMENT OF HEALTH | 2013-DS0643 |
| 143. | WINDA L. TORRES ORTIZ * | DEPARTMENT OF SPORTS AND RECREATION | 2016-000123 |
| 144. | WINDA L. TORRES ORTIZ * | DEPARTMENT OF SPORTS AND RECREATION | 2016-000123 |
| 145. | WPR LA CERAMICA LP S.E. | DEPARTMENT OF FAMILY | 2014-000275 |
| 146. | WPR SABANA LP S.E. | DEPARTMENT OF FAMILY | 2015-000039 |
| 147. | WPR SABANA LP S.E. | DEPARTMENT OF FAMILY | 2015-000039 |