IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.¹ | |

-------------------------------------------------------------------x

## ORDER AND NOTICE OF HEARING

This matter is before the Court on the *Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (Dkt. No. 1870) (the "Joint Motion") as well as the associated Notice of Hearing (Dkt. No. 1871). In light of the arguments therein, this Court sets the following briefing schedule and details for a hearing on the Joint Motion:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. Any response to the Joint Motion in accordance with section 1(b) of this Court's November 21, 2017 Order (Dkt. No. 1847) (the "November 21 Order") shall be filed with the parties and the Court by **December 6, 2017**.

2. If the Movants[2] feel that a reply is needed in support of the Joint Motion, they may file it in connection with the joint status report due by **December 11, 2017** from all of the parties to the Joint Motion pursuant to the November 21 Order.

3. A hearing on the Joint Motion will be heard in Boston, Massachusetts before Magistrate Judge Dein on **December 14, 2017 at 1:30 p.m.** (Atlantic Standard Time) (12:30 p.m. Eastern Standard Time) according to the following:

    a. The hearing will be held in Courtroom #8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210, and Courtroom # 5 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardon Street, Federal Building, San Juan, Puerto Rico 00918-1767.

    b. Judge Dein will be present in the Massachusetts courtroom. Counsel who intend to present oral argument are required to attend the proceedings in Massachusetts. Counsel who intend to present must **file an informative motion** stating their name and the party for which they are appearing no later than **December 11, 2017**.

---

[2] Movants include the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corporation, Assured Guaranty Municipal Corporation, The Mutual Fund Group, and National Public Finance Guarantee Corporation.

2

  c. Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **December 11, 2017** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

                / s / Judith Gail Dein
                Judith Gail Dein
                United States Magistrate Judge

DATED: November 29, 2017

3