# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br>Case No. 17-03283 (LTS)<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br>Case No. 17-03566 (LTS)<br><br><br>**This Court filing relates only to Debtor Employees Retirement System of the Commonwealth of Puerto Rico** |

## AMENDED CERTIFICATE OF SERVICE

A Certificate of Service was filed today (Docket 1882) in which I, Alicia I. Lavergne Ramírez, certified that on November 29, 2017, I caused a true and correct copy of "The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or Alternatively, to Enforce the Court's July 17, 2017 Order" (No. 17-3283 Docket 1866 and No. 17-3566 Docket 221), and a copy of "Notice of Filing of the Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order and Notice of Hearing Thereon" (No.

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority (Bankr. Case No. 17-bk-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

17-3283 Docket 1869 and No. 17-3566 Docket 222), which were filed November 28 late afternoon, to be served by U.S. mail and by electronic mail to the list included as Exhibit A. However, by involuntary error, the list was not included with the motion. The list in now included as Exhibit with this Amended Certificate of Service.

Also, on November 28, 2017, a copy of each motion was sent by email to the Chambers of the Hon. Laura Taylor Swain to swaindprcorresp@nysd.uscourts.gov, together with a copy of the proposed order in Word format.

On November 29, 2017, I also caused two courtesy copies of the motions to be sent by FedEx overnight delivery to the Chambers of the Hon. Laura Taylor Swain at:

United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312

And a copy of each motion by messenger to:

Office of the United States Trustee for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today, November 30, 2017.

By:
/s/ *Alicia I. Lavergne-Ramírez*
Alicia I. Lavergne-Ramírez
USDC-PR 215112
alavergne@sanpir.com

SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
Tel. (787) 522-6776
Fax: (787) 522-6777
*Counsel for Puerto Rico AAA Portfolio Bond Fund II,*
*Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto*
*Rico AAA Portfolio Target Maturity Fund, Inc., Puerto*
*Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income*
*Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc.,*
*Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico*
*Fixed Income Fund V, Inc., Puerto Rico Fixed Income*
*Fund VI, Inc., Puerto Rico GNMA & U.S. Government*
*Each Target Maturity Fund, Inc., Puerto Rico Investors Bond*
*Fund I, Puerto Rico Investors Tax-Free Fund, Inc.,*

KL2 3014136.9

*Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc., Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

KL2 3014136.9