# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 30, 2017, I caused true and correct copies of the *Supplemental Certification of A.J. Bennazar-Zequeira in Support of the First Application of Bennazar, García & Milián, C.S.P. for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys for the Official Committee of Retired Employees of Puerto Rico* (the "**Supplemental Certification**") [Dkt. No. 1884] to be served in the following manner:

- One copy of the Supplemental Certification was sent to all interested parties in the above captioned case that have appeared through the Court's CM/ECF system.

- Two copies of the Supplemental Certification were sent via UPS Overnight Mail to:

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

- o The Chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

- o The Chambers of the Honorable Judith G. Dein, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210.

- o The Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922.

- o Brady Williamson, GODFREY & KAHN, S.C., One East Main Street, Suite 500 Madison, WI 53703.

One copy of the Supplemental Certification was sent via UPS Overnight Mail to each of the parties identified in Exhibit A.

| | |
|---|---|
| November 30, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |

**Exhibit A**

Proskauer Rose LLP, Eleven Times Square, New York, NY 10036
Attn: Martin J. Bienenstock, Esq.
Ehud Barak, Esq.,

Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.

O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036 John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Diana M. Perez, Esq.

Paul Hastings LLP, 200 Park Ave., New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901,
Attn: Juan J. Casillas Ayala, Esq.
Alberto J.E. Aenses Negron, Esq.

Eyck O. Lugo
252 Ponce de León Avenue Citibank Tower, 12th Floor
San Juan, PR 00918