IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

**SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.'S
<u>MOTION TO SUBMIT PROPOSED ORDER</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

Siemens Transportation Partnership Puerto Rico, S.E. ("Siemens"), creditor and party in interest, hereby files this *Siemens Transportation Partnership Puerto Rico, S.E.'S Motion to Submit Proposed Order.*

1. In compliance with the ruling issued by Magistrate Judge Dein during the November 15, 2017 Omnibus Hearing, granting in part and denying in part Siemens' *Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Héctor Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1* [HTA Docket No. 272], and further directing the parties to submit a proposed order with respect thereto, attached hereto is copy of the proposed order for her review and approval. Counsel for the Government Development Bank for Puerto Rico has consented to the form of proposed order that is being submitted herewith.

WHEREFORE, Siemens respectfully requests that the Court take notice of the foregoing and the proposed order be issued forthwith.

[*REST OF PAGE LEFT BLANK INTENTIONALLY*]

Dated: <u>November 30, 2017</u>   Respectfully submitted,

    SEPULVADO & MALDONADO, PSC

By: *s/Albéniz Couret Fuentes*
Albéniz Couret Fuentes
USDC-PR Bar No. 222207
*s/José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207
SEPULVADO&MALDONADO,PSC
304 Ponce de León Ave.
AON Center, Suite 990
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: acouret@smlawpr.com
*Counsel for Siemens Transportation*
*Partnership Puerto Rico, SE*

and

**REED SMITH LLP**
Claudia Z. Springer
Andrew J. Soven
Jennifer P. Knox
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA, 19103
Telephone: (215) 851-8190
Facsimile: (215) 851-1420
E-mail: jknox@reedsmith.com
*Counsel for Siemens Transportation*
*Partnership Puerto Rico, SE*

3