UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017 I served the *Motion by GAM Realty, LLC for Relief from the Automatic Stay* (ECF No. 1856) and the *Notice of Hearing on GAM Realty, LLC's Motion for Relief from the Automatic Stay* (ECF No. 1857) on the following parties:

1. Two copies by overnight delivery to the Chambers of the Honorable Laura Taylor Swain, at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312.

2. One copy by personal delivery (messenger service) to the Office of the United States Trustee for Region 21, at Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922.

3. Service by electronic means through the CM/ECF system of the United States Bankruptcy Court for the District of Puerto Rico on the Puerto Rico Fiscal Agency and Financial Advisory Authority and its counsel, on counsel for the Oversight Board, and on the remaining

Standard Parties defined by the Case Management Procedures and the Rule 2002 Parties in the Master Service List maintained by the Court's Claims and Noticing Agent.

4. Service by electronic means (e-mail) on the affected parties, Nelson J. Santiago Marrero, (former) Secretary of the Department of Natural and Environmental Resources of Puerto Rico, and Alberto Lastra Power, (former) executive director of the Permits Management Office of Puerto Rico, through their counsel Joel Torres (joeltorres@justicia.pr.gov), Luis J. López-Valdés (llopez@justicia.pr.gov), and Claudia A. Juan García (cjuan@justicia.pr.gov).

Respectfully submitted.

At San Juan, Puerto Rico, December 1, 2017.

CASELLAS ALCOVER & BURGOS, P.S.C.
PO Box 364924
San Juan, PR 00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401

/s/Mariano A. Mier Romeu
Bar No. 217203
E-mail: mmier@cabprlaw.com

*Attorneys for GAM Realty, LLC*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on December 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List. The foregoing is also being e-mailed separately to Joel Torres at joeltorres@justicia.pr.gov, Luis J. López-Valdés at llopez@justicia.pr.gov, and Claudia A. Juan García at cjuan@justicia.pr.gov.

    At San Juan, Puerto Rico, December 1, 2017.

/s/Mariano A. Mier Romeu
Bar No. 217203
Casellas Alcover & Burgos, P.S.C.
PO Box 364924
San Juan PR  00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401
Email: mmier@cabprlaw.com