UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING THE LOCATION AND PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF THE DECEMBER 20-21, 2017 OMNIBUS HEARING

       Beginning on **December 20, 2017, at 9:30 a.m**. (Atlantic Standard Time)[2], the Court will conduct an omnibus hearing on certain motions in the above-captioned cases and the related adversary proceedings (collectively, the "December Omnibus Hearing"). The Court is mindful of current constraints on availability of hotel accommodations in San Juan and of difficulties associated with flight arrangements. In order to avoid imposing additional burdens on the resources of the local and federal governments in Puerto Rico and in light of the limited number of matters to be heard at the December Omnibus Hearing, the Court has reluctantly decided to conduct the December Omnibus Hearing in New York.

       The December Omnibus Hearing will be conducted in Courtroom 17C[3] of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Counsel are advised that given the change in Daylight Savings Time there will be a difference between Atlantic Standard Time and Eastern Standard Time. As such, the proceedings will begin at 8:30 a.m. Eastern Standard Time.

[3] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. An agenda outlining the matters to be addressed and the projected time allocation for each matter will be filed by Debtors' counsel by December 18, 2017, in accordance with the Third Amended Case Management Procedures.

Counsel who intend to present oral argument may make their arguments from the either the New York or San Juan courtrooms. **Counsel who intend to present argument at the hearing must file an Informative Motion** stating their name, the party for which they intend to appear, and **the location** (New York or San Juan) at which they intend to appear, **no later than December 15, 2017, at 11:00 a.m.** (Atlantic Standard Time). In addition to identifying Counsel who intend to present argument at the hearing, **such Informative Motion should also include an estimate of the number of additional persons representing their clients who wish to attend the December Omnibus Hearing** and the location (New York or San Juan) at which they wish to observe the hearing. Such estimate is necessary in order to ensure appropriate courtroom allocations in New York and San Juan.

Other attorneys, members of the press and the general public may attend and observe the hearing in either of the courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions by **December 18, 2017** at [www.court-solutions.com](www.court-solutions.com) and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

Counsel seeking to bring electronic devices into the New York courtroom for the Hearing must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **5:00 p.m. (Atlantic Standard Time) on December 18, 2017**. Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")). Counsel's attention is directed to the technical and device usage restrictions detailed in the Standing Order, and counsel are reminded that devices may not be used for communications purposes in the courtroom.

        Counsel are reminded that a separate request is required for each S.D.N.Y. court appearance date.

        SO ORDERED.

Dated: December 1, 2017

         /s/ Laura Taylor Swain
        LAURA TAYLOR SWAIN
        United States District Judge