IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, et al.,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY certify that, on November 30th, 2017, on behalf of the Ad Hoc Group of General Bondholders, I served stamped copies of the *Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, AMBAC Assurance Corporation, Assured Guaranty, Corp., Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination,* and *Notice of Hearing on Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, AMBAC*

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS). (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

CIVIL NO. 17-3283 (LTS)  Page -2-
================================================================

*Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (Docket #1870, 1871) on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by email and U.S. mail at the following address: United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312;

- The Chambers of the Honorable Magistrate Judge Judith Dein, by email and U.S. mail at the following address: United States District Court for the District of Massachusetts, United States District Court, One Courthouse Way, Suite 6420, Boston MA 02210;

- Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Third Amended Case Management Procedures* (Docket #1512-1; Case No. 17-03283], for whom service is allowed in this manner.

- All parties listed in the *Master Service List as of October 19, 2017,* (Docket No. 1476, Case No. 17-03283) for which an e-mail address has not been provided, by U.S. mail. All other parties in the *Master Service List as of October 19, 2017,* (Docket No. 1476, Case No. 17-03283), for which an e-mail address was provided, by e-mail.

CIVIL NO. 17-3283 (LTS) Page -3-
==============================================================

**RESPECTFULLY SUBMITTED.**

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: San Juan, Puerto Rico
       December 1st, 2017

                                                               */s/ J. Ramón Rivera Morales*
                                                               J. Ramón Rivera Morales
                                                               USDC-PR Bar No. 200701
                                                               Jiménez, Graffam & Lausell
                                                               PO Box 366104
                                                               San Juan, PR 00936
                                                               Telephone: (787) 767-1030
                                                               Facsimile: (787) 751-4068
                                                               rrivera@jgl.com