## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO**<br><br>**as representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al.**[1]<br><br>**Debtor** | PROMESA<br>TITLE III<br><br>CASE NO. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br>**THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO**<br><br>**as representative of**<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br><br>**Debtor** | PROMESA<br>TITLE III<br><br>CASE NO. 17 BK 3283-LTS<br><br><br><br>**This Document Relates Only To:**[2]<br>**17 BK 3283-LTS** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [Dkt. No.242], as heretofore amended, this pleading will be filed only in Case No. 17 BK 3283-LTS.

## MODIFICATION OF NOTICE OF APPEARANCE

**To the Honorable United States District Court:**

The undersigned attorney, Hernando A. Rivera requests that his Notice of Appearance filed on June 7, 2017 [ECF No. 266] be modified for the following reasons:

1. The undersigned attorney has been representing César Castillo, Inc., an unsecured creditor, in the captioned case <u>In Re: The Financial Management and Oversight Board of Puerto Rico, as representative of The Commonwealth of Puerto Rico</u>, Case No. 17 BK 3283-LTS, through the firm Totti & Rodríguez Díaz, P.S.C.

2. The firm of Totti & Rodríguez Díaz, P.S.C. has ceased operations.

3. The foregoing notwithstanding, the undersigned attorney will continue to represent unsecured creditor, César Castillo, Inc., through the firm MCD Law, LLC.

4. The undersigned attorney request that the Master Address List be updated, and that all notices given or required to be given, and all papers served or required to be served, in connection with the captioned case, be given and served upon the undersigned attorney, at the address set forth below:

> Hernando A. Rivera
> MCD Law, LLC
> 416 Ponce de Leon Ave.
> Suite 1002
> San Juan, PR 00918
> E-Mail: harlawpr@gmail.com
> Tel: (787) 502-4996

The undersigned attorney requests that the Court's record be updated accordingly.

Respectfully submitted, in San Juan, Puerto Rico, this 1st day of December 2017.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

*s/Hernando A. Rivera*
Hernando A. Rivera
USDC-PR 119803
MCD Law, LLC
416 Ponce de Leon Ave.
Suite 1002
San Juan, PR 00918
E-Mail: harlawpr@gmail.com
Tel: (787) 753-7910