

*Puerto Rico Department of Treasury*

*Treasury Single Account ("TSA") FY 2018 Cash Flow*

*As of November 10, 2017*

*Disclaimer*

- The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), the Government of Puerto Rico (the "Government"), and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates (collectively, with AAFAF and the Government the "Parties") make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all Parties expressly disclaim any such representations or warranties.

- The Parties do not owe or accept any duty or responsibility to any reader or recipient of this presentation, whether in contract or tort, and shall not be liable for or in respect of any loss, damage (including without limitation consequential damages or lost profits) or expense of whatsoever nature of such third party that may be caused by, or alleged to be caused by, the use of this presentation or that is otherwise consequent upon the gaining of access to this document by such third party.

- This document does not constitute an audit conducted in accordance with generally accepted auditing standards, an examination of internal controls or other attestation or review services in accordance with standards established by the American Institute of Certified Public Accountants or any other organization. Nor does this document constitute an audit of compliance with any other federal law, rule, or regulation. Accordingly, the Parties do not express an opinion or any other form of assurance on the financial statements or any financial or other information or the internal controls of the Government and the information contained herein.

- Any statements and assumptions contained in this document, whether forward-looking or historical, are not guarantees of future performance and involve certain risks, uncertainties, estimates and other assumptions made in this document. The economic and financial condition of the Government and its instrumentalities is affected by various financial, social, economic, environmental and political factors. These factors can be very complex, may vary from one fiscal year to the next and are frequently the result of actions taken or not taken, not only by the Government and its agencies and instrumentalities, but also by entities such as the government of the United States. Because of the uncertainty and unpredictability of these factors, their impact cannot be included in the assumptions contained in this document. Future events and actual results may differ materially from any estimates, projections, or statements contained herein. Nothing in this document should be considered as an express or implied commitment to do or take, or to refrain from taking, any action by AAFAF, the Government, or any government instrumentality in the Government or an admission of any fact or future event. Nothing in this document shall be considered a solicitation, recommendation or advice to any person to participate, pursue or support a particular course of action or transaction, to purchase or sell any security, or to make any investment decision.

- By receiving this document, the recipient shall be deemed to have acknowledged and agreed to the terms of these limitations.

- This document may contain capitalized terms that are not defined herein, or may contain terms that are discussed in other documents or that are commonly understood. You should make no assumptions about the meaning of capitalized terms that are not defined, and you should consult with advisors of AAFAF should clarification be required.

*Glossary*

| Term | Definition |
|---|---|
| AACA | Automobile Accident Compensation Administration, or Administración de Compensaciones por Accidentes de Automoviles, is a component unit of the Commonwealth of Puerto Rico. |
| Act 154 | Act 154 means Act No. 154-2010, which, inter alia, imposes a temporary excise tax on the acquisition by multinationals of certain property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. The Act 154 temporary excise tax expires on December 31, 2017. |
| AFI/RBC | Infrastructure Financing Authority. |
| Agency Collections | Collections made by central government agencies at collection posts for services rendered by the agencies as well as fees, licenses, permits, fines and others. |
| ASC | Compulsory Liability Insurance, private insurance company. |
| ASSMCA | Administración de Servicios de Salud Mental y Contra la Adicción, or Mental Health and Addiction Services Administration, is an agency of the Commonwealth of Puerto Rico. |
| Bank Checks Paid | A report provided by the Bank that is utilized to determine vendor payments. |
| Checks in Vault | Refers to checks issued but physically kept in vault. |
| Collections | Collections made by the Department of the Treasury (Treasury) at collection posts and/or the Treasury revenue collection systems; such as income taxes, excise taxes, fines and others. |
| DTPR | Department of the Treasury of Puerto Rico. |
| EQB | Environmental Quality Board, or Junta Calidad Ambiental, is an agency of the Commonwealth of Puerto Rico. |
| ERS | Employees Retirement System means the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, a statutory trust created by Act No. 447 of May 15, 1951, as amended, to provide pension and other benefits to retired employees of the Commonwealth, its public corporations and municipalities. ERS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| General Fund | General Fund (Operating Fund) means the Commonwealth principal operating fund; disbursements from such fund are generally approved through the Commonwealth's annual budgeting process. |
| DTPR Collection System | This is the software system that DTPR uses for collections. |
| HTA | Puerto Rico Highways and Transportation Authority, a public corporation and a component unit of the Commonwealth of Puerto Rico. |
| JRS | Judiciary Retirement System means the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, a statutory trust created to provide pension and other benefits to retired judges of the Judiciary Branch of the Commonwealth. JRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| Net Payroll | Net payroll is equal to gross payroll less tax withholdings and other deductions. |
| Nutrition Assistance Program | NAP, or the Nutrition Assistance Program, also known as PAN, or Programa de Asistencia Nutricional is a federal assistance nutritional program provided by the United States Department of Agriculture (USDA) solely to Puerto Rico. |
| PR Solid Waste | Puerto Rico Solid Waste Authority. |
| PRHA | Puerto Rico Housing Authority. |
| PRIFAS | Puerto Rico Integrated Financial Accounting System. |
| Reconciliation Adjustment | Reserve account in DTPR cash flow, related to E&Y's Expense Reconciliation Adjustment as per the Fiscal Plan certified on March 13, 2017. |
| RHUM System | This is the software system that DTPR uses for payroll. |
| SIFC | State Insurance Fund Corporation. |
| Special Revenue Funds | Commonwealth governmental funds separate from the General Fund that are created by law, are not subject to annual appropriation and have specific uses established by their respective enabling legislation. Special Revenue Funds are funded from, among other things, revenues from federal programs, tax revenues assigned by law to public corporations and other third parties, fees and charges for services by agencies, dividends from public corporations and financing proceeds. |
| SSA | Social Security Administration. |
| TRS | Teachers Retirement System means the Puerto Rico System of Annuities and Pensions for Teachers, a statutory trust created to provide pension and other benefits to retired teachers of the Puerto Rico Department of Education and to the employees of the Teachers Retirement System. TRS is a fiduciary fund of the Commonwealth of Puerto Rico for purposes of the Commonwealth's financial statements. |
| TSA | TSA means Treasury Single Account, the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed. TSA receipts include tax collections, charges for services, intergovernmental collections, the proceeds of short and long-term debt issuances and amounts held in custody by the Secretary of the Treasury for the benefit of the Commonwealth's fiduciary funds. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA. |
| Unrecorded Invoices | Invoices that have been physically captured but are currently being manually entered into an Excel ledger DTPR. These invoices have not been captured in the accounting system. |

*Introduction*

- Enclosed is the weekly Treasury Single Account ("TSA") cash flow report, supporting schedules and budget to actual variance analysis.

- TSA means the Commonwealth's main operational bank account (concentration account) in which a majority of receipts from Governmental funds are deposited and from which most expenses are disbursed.

- Beginning April 2016, TSA receipts are deposited in a commercial bank account rather than the Government Development Bank for Puerto Rico ("GDB").

- Receipts in the TSA include tax collections (including revenues assigned to certain public corporations and pledged for the payment of their debt service), charges for services, intergovernmental collections (such as reimbursements from Federal assistance grants), the proceeds of short and long-term debt issuances held in custody by the Secretary of Treasury for the benefit of the Government fiduciary funds, and other receipts. Only a portion of the revenues received by the TSA is included in the annual General Fund budget presented to the Puerto Rico Legislative Assembly for approval. Other revenues are separately assigned by law to certain agencies or public corporations but still flow through the TSA.

- Disbursements from the TSA include payroll and related costs, vendor and operational disbursements (including those reimbursed by Federal assistance grants and funded from Special Revenue Funds), welfare expenditures, capital outlays, debt service payments, required budgetary formulas and appropriation payments, pass-through payments of pledged revenues to certain public corporations, tax refunds, payments of current pension benefits and other disbursements.

- Federal funds related to disaster relief for hurricanes Irma and Maria are deposited in a separate bank account overseen by the Government Authorized Representative ("GAR"), and transferred to the TSA only after admissable disbursements (per approved Project Worksheets) have been made. These inflows to the TSA will be captured on the Federal Funds Receipts (Schedule C); outflows will be captured on the Vendor Payments (Schedule E).

- Data for TSA inflows/outflows is reported from various systems within the Department of Treasury of Puerto Rico ("DTPR"):
    Cash Flow Actual Results - Source for the actual results is the TSA Cash Flow.
    Schedule A - Collections - Source for collections information is the DTPR collections system.
    Schedule B - Agency Collections - Source for the agency collections is DTPR.
    Schedule C - Federal Fund Receipts - Source for the federal funds receipts is DTPR.
    Schedule D - Net Payroll - Source for net payroll information is the DTPR Rhum Payroll system.
    Schedule E - Vendor Payments - The source for vendor payments is the Bank checks paid report and a report from the DTPR PRIFAS system.
    Schedule F - Other Legislative Appropriations - Source for the other legislative appropriations is DTPR.
    Schedule G - Central Government - Partial Inventory of Known Short Term Obligations - Sources are DTPR.

- Data limitations and commentary:
    The government has focused on the seven schedules above for which access to reliable, timely, and detailed data is available to support these items. The government continues to work with DTPR and other parties to access additional reliable data that would help us provide detail in the future for other line items in the Cash Flow.

4

*FY 2018 TSA Forecast Key Assumptions*

- *The FY 2018 Treasury Single Account cash flow forecast was prepared at the beginning of the fiscal year based on the approved FY 2018 Budget, was projected monthly through June 2018, and is used as the benchmark against which weekly results are measured. As a result of material economic and operational changes stemming from Hurricane Maria, DTPR is in the process of developing a reforecast of TSA cash flows to year-end. Until that time, the original TSA forecast will continue to serve as the measure for weekly cash flow variances.*

- *Forecast collections and disbursements through the General Fund and Federal Fund are consistent with the approved FY 2018 Budget, with the exception of payroll outlays which were forecast based on run-rate cash disbursement trends, and budget reserves which are non-cash and do not impact the TSA direct cash flows.*

- *TSA General Fund inflows are "gross" collections and therefore higher than presented in the approved FY 2018 Budget, which considers General Fund revenues net of current year tax refunds (estimated $480mm).*

- *In addition to tax refunds disbursed in FY 2018 for the current tax year (totaling $480mm), forecast considers repayment of deferred tax refunds from CY 2016 and prior, totaling approx. $270mm.*

- *Payroll outlays are based on FY 2017 actual results, less savings measures; inclusive of segregated employee contributions ($349mm for the year). Payroll disbursed through the TSA is done so on a bi-weekly basis, approximately on the 15th and 30th of each month.*

- *Pensions reflect the implementation of the pay-as-you-go model in FY 2018. Retirement system inflows represents deposits from municipalities and corporations net of administrative expenses. Figures also include asset sales, occurring in July 2017.*

- *Assumes collections and outlays of Federal Funds are equal in FY 2018 (zero net cash impact), excluding potential timing impact.*

- *Clawback funds set aside prior to June 2016 (approx. $146mm held at BPPR accounts and $144mm held at GDB) are excluded from the cash balance.*

- *Assumes $592mm of Reconciliation Adjustment as per the approved FY 2018 Budget and March 13 certified Fiscal Plan, which is projected separately from supplier payments and distributed evenly over 12 months. No further provision has been made for potential contingent liabilities against the government.*

- *The forecast assumes that beginning November 2017, COFINA SUT collections flow to the General Fund and are available to the TSA for operational purposes, totaling approx. $316mm in incremental collections in the forecast. To date these funds have flowed, and are expected to continue to flow, to the COFINA bank account (BNY Mellon), which will create a weekly variance from November-forward.*

**Puerto Rico Department of Treasury | AAFAF**  As of November 10, 2017

*TSA Cash Flow Actual Results for the Week Ended November 10, 2017*

| | (figures in $000s) | Schedule | Prior Variance YTD 11/3 | Actual 11/10 | Forecast 11/10 | Variance 11/10 | Actual YTD 11/10 | Forecast YTD 11/10 | Variance YTD 11/10 | Comments (j) |
|---|---|---|---|---|---|---|---|---|---|---|
| | **General & Special Revenue Fund Inflows** | | | | | | | | | |
| 1 | Collections (a) | A | ($234,903) | $118,410 | $66,480 | $51,931 | $2,298,495 | $2,481,467 | ($182,972) | 1-3 YTD Collections variances are mainly driven by lower collections due to the impact |
| 2 | Agency Collections | B | (76,958) | 12,437 | 5,789 | 6,648 | 126,086 | 196,396 | (70,309) | of Hurricane María. The $52M positive variance in collections for the week ended |
| 3 | Sales and Use Tax | | (5,447) | 9,419 | 14,029 | (4,609) | 331,674 | 341,731 | (10,057) | 11/10 is a reversal of a prior negative timing variance due to Corporate tax and |
| 4 | Excise Tax through Banco Popular | | (876) | 885 | – | 886 | 211,598 | 211,589 | 10 | Act 154 collections from a large multinational corporation that were expected to |
| 5 | Rum Tax | | 34,115 | – | – | – | 103,115 | 69,000 | 34,115 | occur in October, relating to 1Q business activity prior to the Hurricane. |
| 6 | Electronic Lottery | | (40,669) | – | – | – | – | 40,669 | (40,669) | |
| 7 | Subtotal - General & Special Revenue Fund Inflows | | ($324,738) | $141,152 | $86,297 | $54,855 | $3,070,968 | $3,340,851 | ($269,882) | |
| | **Retirement System Inflows** | | | | | | | | | 5 YTD variance is due to better-than-projected Rum tax collections in Q1. |
| 8 | Contributions From Pension Systems (b) | | (128,810) | – | – | – | – | 128,810 | (128,810) | |
| 9 | Pension System Asset Sales | | – | – | – | – | 390,480 | 390,480 | – | 6 1Q payment not yet received due to technical issues stemming from Hurricane |
| 10 | Subtotal - Retirement System Inflows | | ($128,810) | – | – | – | $390,480 | $519,290 | ($128,810) | María. This remittance is expected to be received the week of 11/17. |
| | **Other Inflows** | | | | | | | | | |
| 11 | Federal Fund Receipts | C | (321,401) | 48,611 | 106,590 | (57,980) | 1,682,066 | 2,061,447 | (379,381) | 8 This is a timing variance that is expected to reverse later this fiscal year. |
| 12 | Other Inflows (c) | | 19,708 | 1,019 | 2,973 | (1,954) | 123,536 | 105,781 | 17,755 | |
| 13 | Interest earned on Money Market Account | | 1,828 | – | – | – | 1,828 | – | 1,828 | 11 The YTD variance in federal fund receipts is partially offset by decreases in vendor |
| 14 | GDB Transactions | | (28,766) | – | – | – | – | 28,766 | (28,766) | disbursements, federal fund appropriations to ASES, and disbursements related to |
| 15 | Tax Revenue Anticipation Notes | | – | – | – | – | – | – | – | the Nutritional Assistance Program. The remaining variance is timing related. |
| 16 | Subtotal - Other Inflows | | ($328,631) | $49,630 | $109,563 | ($59,933) | $1,807,430 | $2,195,994 | ($388,564) | |
| 17 | **Total Inflows** | | **($782,179)** | **$190,782** | **$195,860** | **($5,078)** | **$5,268,878** | **$6,056,135** | **($787,257)** | |
| | **Payroll Outflows** | | | | | | | | | |
| 18 | Net Payroll (d) | D | 125 | (1,100) | (1,540) | 441 | (543,234) | (543,800) | 566 | 19 This variance is timing related and expected to reverse in subsequent weeks. |
| 19 | Other Payroll Related Costs - (SSA, SIFC, Health Insurance) (e) | | 18,509 | (7,744) | (13,715) | 5,971 | (437,189) | (461,669) | 24,480 | |
| 20 | Gross Payroll - PR Police Department (f) | | 3,923 | (32,229) | (8,903) | (23,325) | (256,947) | (237,545) | (19,403) | 20 This variance is timing related, as a police payroll advance from the TSA was |
| 21 | Subtotal - Payroll and Related Costs | | $22,557 | ($41,073) | ($24,159) | ($16,914) | ($1,237,370) | ($1,243,014) | $5,644 | executed on 11/10. This variance will reverse during the next regular payroll week. |
| | **Pension Outflows** | | | | | | | | | |
| 22 | Pension Benefits | | 24,201 | (3,655) | (4,050) | 396 | (693,550) | (718,147) | 24,596 | 23 YTD outflow variance is offset by a reduction in contributions from pension |
| 23 | Pension Paygo Outlays on Behalf of Public Corporations | | 28,845 | – | – | – | – | (28,845) | 28,845 | systems (line 8), as there is no corresponding pension inflow for this outflow as |
| 24 | Subtotal - Pension Related Costs | | $53,046 | ($3,655) | ($4,050) | $396 | ($693,550) | ($746,992) | $53,441 | included within the original forecast. |
| | **Appropriations - All Funds** | | | | | | | | | |
| 25 | Health Insurance Administration - ASES | | 36,525 | (16,482) | (16,480) | (2) | (837,435) | (873,958) | 36,523 | 25 YTD variance is timing related, as it is offset by a temporary reduction in federal fund receipts. |
| 26 | University of Puerto Rico - UPR | | 55,693 | (55,693) | – | (55,693) | (278,467) | (278,467) | (0) | |
| 27 | Muni. Revenue Collection Center - CRIM | | 9,489 | (18,311) | (13,000) | (5,311) | (91,554) | (95,732) | 4,178 | 26-28 Variances in these appropriations are timing related, as the appropriations were |
| 28 | Highway Transportation Authority - HTA | | 24,180 | – | – | – | (42,089) | (66,269) | 24,180 | originally forecast for 11/1; UPR appropriation occurred in the reported week and |
| 29 | Public Buildings Authority - PBA | | (9,898) | – | – | – | (33,168) | (23,270) | (9,898) | remaining appropriations expected to occur later in November. |
| 30 | Other Government Entities | | 53,992 | (8,022) | (1,418) | (6,605) | (168,014) | (215,402) | 47,387 | 30 This variance is timing related and expected to reverse in subsequent weeks. |
| 31 | Subtotal - Appropriations - All Funds | | $169,981 | ($98,508) | ($30,898) | ($67,610) | ($1,450,728) | ($1,553,098) | $102,370 | |
| | **Other Disbursements - All Funds** | | | | | | | | | 32 Note that prior to Hurricane María (as of 9/15), there was a positive YTD variance |
| 32 | Vendor Disbursements (g) | E | 334,692 | (38,028) | (54,655) | 16,627 | (837,437) | (1,188,756) | 351,319 | in vendor disbursements of ~$92M due to a slower-than-forecast cadence for |
| 33 | Other Legislative Appropriations (h) | F | 2,311 | (28,864) | (8,104) | (20,760) | (152,732) | (134,282) | (18,449) | invoice processing. Additionally, note that invoice entry has been hindered due to |
| 34 | Tax Refunds | | (8,103) | (1,646) | (8,969) | 7,323 | (230,146) | (229,366) | (779) | technical issues stemming from Hurricane María. Manual invoice data entry is the |
| 35 | Nutrition Assistance Program | | 27,952 | (36,975) | (35,012) | (1,963) | (698,289) | (724,278) | 25,989 | main driver of slower invoice processing. This variance is expected to reverse |
| 36 | Other Disbursements | | 23,852 | – | – | – | (29,914) | (53,766) | 23,852 | throughout the course of the year as technical issues are resolved, and will largely |
| 37 | Reconciliation Adjustment | | 197,333 | – | – | – | – | (197,333) | 197,333 | depend on how quickly the largest agencies (Dept of EDU, Health, etc) resume a |
| 38 | Subtotal - Other Disbursements - All Funds | | $578,037 | ($105,513) | ($106,740) | $1,227 | ($1,948,518) | ($2,527,783) | $579,265 | normal cadence to recording invoices. |
| 39 | **Total Outflows** | | **$823,621** | **($248,748)** | **($165,847)** | **($82,901)** | **($5,330,166)** | **($6,070,886)** | **$740,720** | |
| 40 | Net Cash Flows | | $41,442 | ($57,966) | $30,013 | ($87,980) | ($61,288) | ($14,751) | ($46,537) | 33 Weekly variance represents appropriation transfers scheduled for 11/17 that were executed during the week ended 11/10 as requested by the entities. This variance is expected to reverse in subsequent weeks. |
| 41 | Bank Cash Position, Beginning (i) | | – | 1,795,675 | 1,754,233 | 41,442 | 1,798,997 | 1,798,997 | – | |
| 42 | **Bank Cash Position, Ending (i)** | | **$41,442** | **$1,737,709** | **$1,784,246** | **($46,537)** | **$1,737,709** | **$1,784,246** | **($46,537)** | 36 This variance is offset by GDB Transactions (relates to legacy debt service deposit agreement) variance in inflows (line 14), with remaining variance due to timing of Other Disbursements. |

*Footnotes :*
*(a) Reserve for tax returns ($480 million) has not been deducted. Includes Special Revenue Fund portion of posted collections.*
*(b) Paygo charges to municipalities and public corporations collected at the TSA.*
*(c) Inflows related to the State Insurance Fund, the Department of Labor and Human Resources, the Commissioner of Financial Institutions, and others.*
*(d) Payroll is paid bi-weekly on the 15th and 30th (or last day of the month, whichever comes sooner).*
*(e) Related to employee withholdings, social security, insurance, and other deductions.*
*(f) Police payroll is reflected individually because it is paid through a separate bank account. Also, the police payroll line item shown in the TSA cash flow is gross (i.e. inclusive of Other Payroll Related items).*
*(g) Includes payments to third-party vendors as well as intergovernmental payments to other agencies.*
*(h) This refers to General Fund appropriations to non-TSA entities such as Legislative Assembly, Correctional Health, Comprehensive Cancer Center, and others.*
*(i) Excludes BPPR Account with balance of approximately $146mm; Amounts deposited in GDB subject to GDB restructuring.*
*(j) Unless otherwise stated, variances are either not material in nature or are expected to reverse in the short term.*

37 Reconciliation Adjustment deferred to later this fiscal year.

**Puerto Rico Department of Treasury | AAFAF**  As of November 10, 2017
*Schedule A: Collections Detail*

| | (figures in $000s) | Actual 11/10 | YTD FY18 |
|---|---|---|---|
| | **General Fund** | | |
| 1 | Individuals | $35,462 | $626,061 |
| 2 | Corporations | 41,755 | 425,109 |
| 3 | Non Residents Withholdings | 12,984 | 186,542 |
| 4 | Act 154 | 40,687 | 502,373 |
| 5 | Alcoholic Beverages | 5,982 | 81,195 |
| 6 | Cigarettes | 7,236 | 52,747 |
| 7 | Motor Vehicles | 8,321 | 103,802 |
| 8 | Other General Fund | 5,231 | 80,188 |
| 9 | **Total General Fund** | **$157,657** | **$2,058,016** |
| | **Retained Revenues** (a) | | |
| 10 | ACCA Pass Through | 1,978 | 20,168 |
| 11 | AFI/RBC Pass Through | 501 | 4,871 |
| 12 | ASC Pass Through | 1,800 | 23,013 |
| 13 | HTA Pass Through | 12,624 | 183,837 |
| 14 | Total Other Retained Revenues | 2,218 | 23,627 |
| 15 | **Total Retained Revenues** | **$19,122** | **$255,516** |
| 16 | **Total Collections from DTPR Collections System** | **$176,779** | **$2,313,531** |
| 17 | **Timing-related unreconciled TSA Collections (b)** | ($58,369) | ($15,037) |
| 18 | **Total Collections** | **$118,410** | **$2,298,495** |

*Source: DTPR, collection system*

Footnotes:
*(a) Retained Revenues are revenues conditionally assigned to certain public corporations and the collections of those revenues are through accounts referred to as "pass through" accounts*

*(b) Due to timing. Receipts in collections post account occur approximately two business days prior to being deposited into the TSA. In particular, there were $60M of collections received into the collections post account on 11/10 that will not be reflected in the TSA until the following week.*

7

**Puerto Rico Department of Treasury | AAFAF**  As of November 10, 2017
*Schedule B: Agency Collections Detail*

| | (figures in $000s) | Actual 11/10 | YTD FY18 |
|---|---|---:|---:|
| | **Agency** | | |
| 1 | Department of Health | $2,763 | $37,633 |
| 2 | Office of the Financial Institution Commisioner | 2,536 | 15,944 |
| 3 | Funds under the Custody of the Department of Treasury | 2,549 | 12,081 |
| 4 | Department of Labor and Human Resources | 203 | 11,773 |
| 5 | Department of Treasury | 11 | 9,158 |
| 6 | Department of Justice | 343 | 4,736 |
| 7 | Department of Recreation and Sport | 2,017 | 3,463 |
| 8 | Department of Natural and Environmental Resources | 55 | 3,231 |
| 9 | Deposits non-identified | 307 | 3,191 |
| 10 | Mental Health and Drug Addiction Services Administration | 12 | 2,539 |
| 11 | Department of Correction and Rehabilitation | 127 | 2,408 |
| 12 | Department of State | 833 | 2,116 |
| 13 | General Services Administration | 19 | 1,980 |
| 14 | Office of the Commisioner of Insurance | 44 | 1,609 |
| 15 | Medical Emergencies Service | 33 | 1,608 |
| 16 | Department of Housing | 1 | 1,601 |
| 17 | Administration for the Horse Racing Sport and Industry | – | 1,237 |
| 18 | Puerto Rico Police Department | 119 | 1,233 |
| 19 | Department of Education | 87 | 1,048 |
| 20 | Others (a) | 379 | 7,497 |
| 21 | **Total** | **$12,437** | **$126,086** |

*Source: DTPR*

Footnotes:
*(a) Inflows related to Department of Transportation and Public Works, Firefighters Corps, Environmental Quality Board, Department of Agriculture, and others.*

8

**Puerto Rico Department of Treasury | AAFAF**　　　　　　　As of November 10, 2017
*Schedule C: Federal Funds Receipts Detail*

|   | (figures in $000s) | Actual 11/10 | YTD FY18 |
|---|---|---:|---:|
|   | **Agency** | | |
| 1 | Adm. Socioeconomic. Dev. Family | $32,793 | $716,147 |
| 2 | Health | 6,698 | 650,352 |
| 3 | Department of Education | 7,051 | 230,297 |
| 4 | Vocational Rehabilitation Adm. | 445 | 12,221 |
| 5 | Families and Children Adm. | – | 9,588 |
| 6 | Department of Justice | 0 | 9,033 |
| 7 | Mental Health and Drug Addiction Services Adm. | 1,061 | 8,943 |
| 8 | Puerto Rico National Guard | – | 7,304 |
| 9 | Environmental Quality Board | – | 3,266 |
| 10 | Department of Labor and Human Resources | 112 | 3,370 |
| 11 | Department of Natural and Environmental Resources | – | 2,355 |
| 12 | Department of Family | – | 724 |
| 13 | Others (a) | 449 | 28,467 |
| 14 | **Total** | **$48,611** | **$1,682,066** |

*Source: DTPR*

Footnotes:
*(a) Inflows related to the Women's Affairs Commission, the Municipal Affars Commission, Office of Elderly Affaris, and others.*

9

**Puerto Rico Department of Treasury | AAFAF**       As of November 10, 2017

*Schedule D: Net (a) Payroll Detail*

| | (figures in $000s) | Actual 11/10 | YTD FY18 |
|---|---|---:|---:|
| | **General Fund** | | |
| 1 | Education | – | $209,171 |
| 2 | Correction and Rehab | – | 42,911 |
| 3 | Health | – | 17,000 |
| 4 | All Other Agencies (b) | – | 136,501 |
| 5 | **Total General Fund** | – | **$405,583** |
| | **Special Revenue Funds** | | |
| 6 | Education | – | 69 |
| 7 | Correction and Rehab | – | – |
| 8 | Health | – | 4,522 |
| 9 | All Other Agencies (b) | – | 22,385 |
| 10 | **Total Special Revenue Funds** | – | **$26,975** |
| | **Federal Funds** | | |
| 11 | Education | – | $65,439 |
| 12 | Correction and Rehab | – | 86 |
| 13 | Health | – | 14,051 |
| 14 | All Other Agencies (b) | – | 22,505 |
| 15 | **Total Federal Funds** | – | **$102,080** |
| 16 | **Total Net Payroll from Payroll System** | – | **$534,638** |
| 17 | **Timing-related unreconciled Net Payroll (c)** | $1,100 | $8,596 |
| 18 | **Total Net Payroll (d)** | **$1,100** | **$543,234** |

*Source: DTPR, Rhum system*

Footnotes:
*(a) Net payroll data provided by DTPR allows for a reliable break down analysis.*
*(b) Includes Firefighter Corps, National Guard, Public Housing Administration, Natural Resources Administration, and others.*
*(c) Due to timing. In addition, EQB net payroll is not included in RHUM payroll system and has not been provided by DTPR.*
*(d) Net payroll is equal to gross payroll less tax withholdings and other deductions.*

10

**Puerto Rico Department of Treasury | AAFAF**     As of November 10, 2017

*Schedule E: Vendor Disbursements Detail*

|   |  (figures in $000s) | Actual 11/10 | YTD FY18 |
|---|---|---:|---:|
|   | **General Fund** | | |
| 1 | Education | $5,771 | $123,681 |
| 2 | Justice | 80 | 6,631 |
| 3 | Health | 1,920 | 35,834 |
| 4 | All Other Agencies (a) | 3,749 | 225,091 |
| 5 | **Total General Fund** | **$11,521** | **$391,237** |
|   | **Special Revenue Funds** | | |
| 6 | Education | 1,090 | 24,461 |
| 7 | Justice | 25 | 2,477 |
| 8 | Health | 1,411 | 51,659 |
| 9 | All Other Agencies (a) | 1,772 | 79,478 |
| 10 | **Total Special Revenue Funds** | **$4,299** | **$158,075** |
|   | **Federal Funds** | | |
| 11 | Education | 4,990 | 88,936 |
| 12 | Justice | 25 | 4,225 |
| 13 | Health | 5,651 | 61,787 |
| 14 | All Other Agencies (a) | 9,469 | 81,800 |
| 15 | **Total Federal Funds** | **$20,135** | **$236,748** |
| 16 | **Total Vendor Disbursements from System** | **$35,954** | **$786,061** |
| 17 | Timing-related unreconciled Vendor Disbursements (b) | $2,074 | $51,376 |
| 18 | **Total Vendor Disbursements** | **$38,028** | **$837,437** |

*Source: Bank checks paid report and DTPR, PRIFAS system*

Footnotes:

*(a) Includes ASSMCA, Figfighters Corps, Emergency Medical Corps, Natural Resources Administration, and others.*
*(b) Unreconciled vendor disbursments is timing variance pending reconciliation between bank systems and DTPR systems.*

11

**Puerto Rico Department of Treasury | AAFAF**          As of November 10, 2017

*Schedule F: Other Legislative Appropriations Detail*

|    |                                                        | Actual  | YTD      |
|----|--------------------------------------------------------|---------|----------|
|    | *(figures in $000s)*                                   | 11/10   | FY18     |
|    | **Agency**                                             |         |          |
| 1  | Correctional Health                                    | $5,595  | $22,277  |
| 2  | House of Representatives                               | 3,829   | 19,675   |
| 3  | Puerto Rico Senate                                     | 3,411   | 17,055   |
| 4  | Office of the Comptroller                              | –       | 15,566   |
| 5  | Comprehensive Cancer Center                            | 1,917   | 9,583    |
| 6  | Legislative Donations Committee                        | 1,667   | 8,333    |
| 7  | Superintendent of the Capitol                          | 1,262   | 6,312    |
| 8  | Institute of Forensic Sciences                         | 1,240   | 6,200    |
| 9  | Authority of Public-Private Alliances (projects)       | 2,377   | 5,943    |
| 10 | Martín Peña Canal Enlace Project Corporation           | 913     | 4,563    |
| 11 | Legislative Services                                   | 873     | 4,364    |
| 12 | Housing Financing Authority                            | 790     | 3,948    |
| 13 | All Others                                             | 4,991   | 28,911   |
| 14 | **Total Other Legislative Appropriations**             | **$28,864** | **$152,732** |

*Source: DTPR*

Footnotes:
*(a) Includes the Solid Waste Authority, Public Broadcasting Corporation, Musical Arts Corporation, and several other agencies.*

**Puerto Rico Department of Treasury | AAFAF**                                                                                          As of November 10, 2017
*Central Government - Partial Inventory of Known Short Term Obligations (a)*

*(figures in $000s)*

| Obligation Type | Checks in Vault (b) |
|---|---:|
| **3rd Party Vendor Invoices** | $ - |
| **Intergovernmental Invoices** | - |
| **Total** | $ - |

Source: DTPR

Footnotes:
(a) The numbers presented represent a bottoms-up build of invoices at the government agency level, which may not necessarily be indicative of total Accounts Payable for the central government.

(b) Refers to checks issued but physically kept in vault.

| Obligation Type | Recorded Invoices (c),(d) |
|---|---:|
| **3rd Party Vendor Invoices** | $ 29,241 |
| **Intergovernmental Invoices** | 34,299 |
| **Total** | $ 63,540 |

Source: DTPR

Footnotes:
(c) Refers to invoices/vouchers approved for payment by the agencies but checks not released as of 11/10.
(d) Hacienda and the Department of Health did not provide recorded AP reporting for the week of 11/10.

| Obligation Type | Unrecorded Invoices (e) |
|---|---:|
| **3rd Party Vendor Invoices** | $ 265,256 |
| **Intergovernmental Invoices** | 157,011 |
| **Total** | $ 422,267 |

Source: DTPR

Footnotes:
(e) Represents unrecorded invoices compiled at the following agencies:

- Police Department
- Department of Education
- Department of Justice
- Department of Correction and Rehabilitation
- Department of Transportation and Public Works
- Mental Health and Drug Addiction Services Administration
- Socio Economic Development Administration
- Administration for Children and Families
- Child Support Administration
- Environmental Quality Board
- Department of Health
- Department of Housing
- Department of Labor
- Department of Sports and Recreation
- Department of Natural Resources
- Administration for the Care and Development of Children
- Puerto Rico Fire Department

**Puerto Rico Department of Treasury | AAFAF**          As of November 10, 2017

*Accounts Payable Supplemental Schedule - Recorded AP*

*(figures in $000s)*

| Obligation Type | | Recorded Invoices |
|---|---|---|
| **3rd Party Vendor Invoices** | $ | **29,241** |
| PRIFAS 7.5 | | 12,026 |
| Other Agencies | | 17,215 |
| **Intergovernmental Invoices** | $ | **34,299** |
| PRIFAS 7.5 | | 19,308 |
| Other Agencies | | 14,991 |
| **Total Invoices** | $ | **63,540** |
| PRIFAS 7.5 | | 31,334 |
| Other Agencies | | 32,207 |

Source: DTPR

**14**