UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1518 |

## CERTIFICATE OF SERVICE

I, Danielle Braun, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 250 West 55th Street, New York, NY 10019.

2. On November 21, 2017, I served true and correct copies of the following documents via regular mail upon the party listed on **Exhibit A** attached hereto:

- *Notice of appearance and Request for Notice on behalf of Fir Tree Partners* [D.I. 1576];
- *Notice of appearance and Request for Notice on behalf of Candlewood Investment* Group [D.I. 1577];
- *Application for Admission Pro Hac Vice by James M. Peck* [D.I. 1578];
- *Application for Admission Pro Hac Vice by Gary S. Lee* [D.I. 1579]; and
- *Objection of the PBA Funds to the Motion to Extend Time to Assume or Reject Unexpired Leases* [D.I. 1583]

3. On December 5, 2017, I served true and correct copies of the above referenced documents via regular mail upon the parties listed on **Exhibit B** attached hereto.

ny-1307667

4. On December 5, 2017, I served true and correct copies of the following documents via regular mail upon the party listed on **Exhibit C** attached hereto.

- *Notice of appearance and Request for Notice on behalf of Fir Tree Partners* [D.I. 1576];
- *Notice of appearance and Request for Notice on behalf of Candlewood Investment* Group [D.I. 1577];
- *Application for Admission Pro Hac Vice by James M. Peck* [D.I. 1578];
- *Application for Admission Pro Hac Vice by Gary S. Lee* [D.I. 1579];
- *Objection of the PBA Funds to the Motion to Extend Time to Assume or Reject Unexpired Leases* [D.I. 1583];
- *Notice of appearance and Request for Notice on behalf of the PBA Funds* [D.I. 1598];
- *Motion to Inform E-mail Addresses of Pro Hac Vice Applicants* [D.I. 1599]; and
- *Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [D.I. 1614].

Dated: December 5, 2017                                         /s/ Danielle E. Braun
                                                                 Danielle E. Braun

Sworn to before me on this
5th day of December 2017

/s/ Laura Guido
Notary Public
Laura Guido
Notary Public – State of New York
No. 01GU6152891
Qualified in New York County
Commission Expires September 25, 2018

ny-1307667

## **Exhibit A**

ny-1307667

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 | | 787-458-8550; 787-832-4040 x. 2656 | | |

## **Exhibit B**

ny-1307667

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Caribbean Hospital Corporation | Freddie Pérez González & Assoc., PSC | Attn: Freddie Pérez González, Esq. & José Julián Blanco Dalmau, Esq. | 108 Padre Las Casas Urb. El Vedado | Hato Rey | San Juan | PR | 00918 | | 787-751-4334 | 787-751-1116 | fperez@fpglaw.com jblanco@fpglaw.com |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | PO Box 190095 | | San Juan | PR | 00919-0095 | | 787-753-1565 | 787-763-1704 | |
| Debtors | Puerto Rico Electric Power Authority | Attention: Office Of The General Counsel | P.O. Box 364267 | | San Juan | PR | 00936-4267 | | | | |

## **Exhibit C**

ny-1307667

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 | | 787-781-0707 | | |