# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor(s) | CASE NO. 17-03283 LTS<br><br>PROMESA TITLE III |

## *NOTICE OF APPEARANCE AND REQUEST FOR NOTICE*

TO THE HONORABLE COURT:

**NOW COMES** creditor herein, ***SALVADOR ROVIRA RODRIGUEZ***, represented by the undersigned attorney and very respectfully ALLEGES AND PRAYS:

That pursuant to the provisions of Federal Bankruptcy Procedure Rule 9010 (b), the appearing party notifies that it has retained the legal services of the undesigned counsel with regard to all matters and proceedings in the above-captioned case, showing counsel's name, office address and telephone number as follows:

**ALEXANDRA BIGAS VALEDON**
PO Box 7462
Ponce, PR 00732-7462
Tel: (787) 844-1444 / Fax: (787) 842-4090
alexandra.bigas@gmail.com

**WHEREFORE** the appearing party requests that the Clerk of the Court take notice of the appearance of the undersigned and to notify the appearing counsel of all proceedings in this case, including but not limited to with copies of the petition, schedules, all plans and disclosure statements filed or to be filed in the above captioned case and further prays that his name and address be included in the debtor's Master Address List.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such

*Notice of Appearance*
*Page 2*

filing to the following: USTrustee; debtor's attorney, and all parties in interest.

    In San Juan, Puerto Rico this 6th day of December, 2017.

        /s/ Alexandra Bigas Valedon
        **ALEXANDRA BIGAS VALEDON**
        *U.S.D.C.-P.R. No.* 220109
        Attorney for Creditor
        P.O. Box 7462
        Ponce, P.R. 00732
        alexandra.bigas@gmail.com
        Tel. (787) 844-1444; Fax: (787) 842-4090