| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | THE COMMONWEALTH OF PUERTO RICO |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Puerto Rico |
| Case number | 17-03283 LTS |

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

PUERTO RICO LEGAL ADVOCATES PSC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

PUERTO RICO LEGAL ADVOCATES PSC
Name
PO BOX 7462
Number    Street
PONCE          PR      00732
City           State   ZIP Code

Contact phone 787-844-1444
Contact email alexandra.bigas@gmail.com

Where should payments to the creditor be sent? (if different)

PUERTO RICO LEGAL ADVOCATES PSC
Name
203 SAN CRISTOBAL OFFICE PARK STE 201
Number    Street
COTO LAUREL     PR      00780
City            State   ZIP Code

Contact phone 787-284-6403
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on ___/___/_____
                                                                    MM  DD  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                   Proof of Claim                                        page 1

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5 6 3 5

7. **How much is the claim?** $ 70,856.00. **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   PR TAX REIMBURSEMENT FOR 2015 AND 2016 YEARS

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____
   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed)_____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410      Proof of Claim      page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No |  |
|---|---|---|
|  | ☑ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
|  | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
|  | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
|  | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
|  | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
|  | ☑ Other. Specify subsection of 11 U.S.C. § 507(a)(8C) that applies. | $_____70,856.00 |
|  | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |  |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  12/06/2017
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | ALEXANDRA BIGAS VALEDON |
|---|---|
|  | First name      Middle name      Last name |
| Title | ATTORNEY FOR CREDITOR |
| Company | _____ |
|  | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | PO BOX 7462 |
|  | Number    Street |
|  | PONCE                                              PR           00732 |
|  | City                                                State        ZIP Code |
| Contact phone | 787-844-1444            Email  alexandra.bigas@gmail.com |

Formulario 480.2 Rev. 02.16

**2015 ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**
**Planilla de Contribución sobre Ingresos de Corporaciones**
AÑO CONTRIBUTIVO COMENZADO EL 01 de abr de 2015 Y TERMINADO EL 31 de mar de 2016

| Liquidador: | Revisor: | | |
|---|---|---|---|
| Investigado por: | | | |
| Fecha: / / | | | |
| R M N | | | |

☐ PLANILLA ENMENDADA
Sello de Pago

**Nombre del Contribuyente:** PUERTO RICO LEGAL ADVOCATES, PSC
**Número de Identificación Patronal:** 66-0795635
**Dirección Postal:** 203 SAN CRISTOBAL OFFICE PARK, SUITE 201, COTO LAUREL, PR, Código Postal 00780
**Núm. de Registro del Departamento de Estado:** 320195
**Clave Industrial:** 5411 **Cod. Municipal:** 63
**Número de Registro de Comerciante:** 05503570008
**Localización de la Industria o Negocio Principal:** 203 SAN CRISTOBAL OFFICE PARK, SUITE 201 COTO LAUREL, PR 00780
**Número de Teléfono - Extensión:** (787) 243-9699
**Naturaleza de la Industria o Negocio Principal:** SERVICIOS LEGALES
**Fecha de Incorporación:** Día 31 / Mes 12 / Año 2012
**Tipo de Entidad:** CORPORACION
**Lugar de Incorporación:** PUERTO RICO
**Indique si es miembro de un grupo de entidades relacionadas:** ☒ Sí ☐ No
**Cambio de Dirección:** ☐ Sí ☒ No
**Primera planilla:** ☐ **Última planilla:** ☐
**Contratos con Organismos Gubernamentales:** ☐ Sí ☐ No
**Número de grupo:** 11583

Sello: Estado Libre Asociado de Puerto Rico, DEPARTAMENTO DE HACIENDA, 1163-Colecturía Ponce, RECIBIDO 15 JUL. 2016 SIN PAGO, SECRETARIO DE HACIENDA

**PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.**

**Reintegro**
1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58. Indique distribución en las líneas A, B, C y D) ... (1) 45,522 00
   A) Acreditar a la contribución estimada 2016 ... (1A) 33,022 00
   B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (1B) 0 00
   C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (1C) 0 00
   D) A REINTEGRAR ... (1D) 12,500 00

**Pago**
2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) ... (2) 0 00
3. Menos: Cantidad pagada (a) Con Planilla ... (3a) 0 00
   (b) Intereses ... (3b) 0 00
   (c) Recargos $0 y Penalidades $0 ... (3c) 0 00
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a)) ... (4) 0 00

**JURAMENTO**
Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

**Nombre del presidente o vicepresidente:** SALVADOR ROVIRA RODRIGUEZ  **Fecha:** 7/15/16
**Nombre del tesorero o tesorero auxiliar:** SALVADOR ROVIRA RODRIGUEZ  **Fecha:** 7/15/16
**Nombre del agente:** _____  **Fecha:** _____

**PARA USO DEL ESPECIALISTA SOLAMENTE**
Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

**Nombre del especialista (Letra de molde):** JOSE A SILVA RIVERA
**Núm. de registro:** 5169
**Fecha:** 7/15/16
**Marque si es especialista por cuenta propia:** ☒
**Nombre de la firma:** SILVA CPA GROUP, PSC
**Dirección:** P.O. BOX 801469 COTO LAUREL, PR
**Código postal:** 00780

**NOTA AL CONTRIBUYENTE**
Indique si hizo pagos por la preparación de su planilla: ☒ Sí ☐ No. Si contesto "Sí", exija la firma y el número de registro del Especialista.
Periodo de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2 Rev. 09.16

# Planilla de Contribución sobre Ingresos de Corporaciones

**2016** — ESTADO LIBRE ASOCIADO DE PUERTO RICO — DEPARTAMENTO DE HACIENDA — **2016**

AÑO CONTRIBUTIVO COMENZADO EL **01** de **abr** de **2016** Y TERMINADO EL **31** de **mar** de **2017**

| Liquidador: | Revisor: |
|---|---|
| Investigado por: | |
| Fecha | |
| R M N | |

| | |
|---|---|
| Número de Serie | |
| PLANILLA ENMENDADA | ☐ |
| AÑO CONTRIBUTIVO: 1 ☐ NATURAL 2 ☒ ECONÓMICO 3 ☐ 52-53 SEMANAS | |
| Sello de Pago | |

Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
1163 - Colecturía Ponce
RECIBIDO
JUL 14 2017
SIN PAGO
SECRETARIO DE HACIENDA
17-2901

**Nombre del Contribuyente:** PUERTO RICO LEGAL ADVOCATES, PSC
**Dirección Postal:** 203 SAN CRISTOBAL OFFICE PARK, SUITE 201, COTO LAUREL PR, Código Postal 00780

**Número de Identificación Patronal:** 66-0795635
**Núm. de Registro del Departamento de Estado:** 320195
**Clave Industrial:** 5411  **Cod. Municipal:** 63
**Número de Registro de Comerciante:** 05503570008

**Localización de la Industria o Negocio Principal:** 203 SAN CRISTOBAL OFFICE PARK, SUITE 201 COTO LAUREL PR 00780
**Número de Teléfono - Extensión:** (787) 243-9699

**Número de Recibo:** _____
**Importe:** _____

**Naturaleza de la Industria o Negocio Principal:** SERVICIOS LEGALES
**Fecha de Incorporación:** Día 31 / Mes 12 / Año 2012
**Tipo de Entidad:** CORPORACION

Marque el encasillado correspondiente, si aplica:
1 ☐ Primera planilla   2 ☐ Última planilla
**CAMBIO DE DIRECCIÓN:** ☐ Sí  ☒ No
**SOLICITÓ PRÓRROGA:** ☐ Sí  ☐ No
**Lugar de Incorporación:** PUERTO RICO
**Indique si es miembro de un grupo de entidades relacionadas:** ☒ Sí  ☐ No

**Contratos con Organismos Gubernamentales:** ☐ Sí  ☐ No
**Correo Electrónico de Persona Contacto (E-mail):**
**Número de grupo:** 11583

### PASE A LA PÁGINA 2 PARA DETERMINAR SU REINTEGRO O PAGO.

**Reintegro**

1. CONTRIBUCIÓN PAGADA EN EXCESO (Parte IV, línea 58. Indique distribución en las líneas A, B, C y D) ... (1) **58,356|00**
   - A) Acreditar a la contribución estimada 2017 ............ (1A) **0|00**
   - B) Aportación al Fondo Especial para el Estuario de la Bahía de San Juan ... (1B) **0|00**
   - C) Aportación al Fondo Especial para la Universidad de Puerto Rico ... (1C) **0|00**
   - D) A REINTEGRAR .................... (1D) **58,356|00**

**Pago**

2. TOTAL NO PAGADO DE LA CONTRIBUCIÓN (Parte IV, línea 58) ... (2) **0|00**
3. Menos: Cantidad pagada (a) Con Planilla ... (3a) **0|00**
   - (b) Intereses (Véanse instrucciones) ... (3b) **0|00**
   - (c) Recargos **0** y Penalidades **0** (Véanse instrucciones) ... (3c) **0|00**
4. BALANCE PENDIENTE DE PAGO (Línea 2 menos línea 3(a) más líneas 3(b) y 3(c)) ... (4) **0|00**

### JURAMENTO

Nosotros, los suscribientes, presidente (o vicepresidente u otro oficial principal) y tesorero (o tesorero auxiliar), o agente de la corporación a nombre de la cual se hace esta planilla de contribución sobre ingresos, cada uno por sí, bajo el más solemne juramento y so pena de perjurio, declaramos que hemos examinado la misma (incluyendo anejos y estados que la acompañan), y que según nuestro mejor conocimiento y creencia es una planilla exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y sus Reglamentos.

**SALVADOR ROVIRA RODRIGUEZ** — Nombre del presidente o vicepresidente
Firma del presidente o vicepresidente — Fecha **7-13-2017**

**SALVADOR ROVIRA RODRIGUEZ** — Nombre del tesorero o tesorero auxiliar
Firma del tesorero o tesorero auxiliar — Fecha **7-13-2017**

Nombre del agente — Firma del agente — Fecha

### PARA USO DEL ESPECIALISTA SOLAMENTE

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

**Nombre del especialista (Letra de molde):** JOSE A SILVA RIVERA
**Núm. de registro:** 5169
**Fecha:** 6/28/17
**Marque si es especialista por cuenta propia:** ☒

**Nombre de la firma:** SILVA CPA GROUP, PSC
**Firma del especialista:**
**Dirección:** P.O. BOX 801469, COTO LAUREL PR
**Código postal:** 00780

### NOTA AL CONTRIBUYENTE

Indique si hizo pagos por la preparación de su planilla: ☐ Sí  ☒ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)