IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BEATRIZ NIEVES-LOPEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HON. EDUARDO BHATIA-GAUTIER, *et al.*, <br><br> Defendants, | CIVIL NO. 14-1220(JAG) |

## JUDGMENT STAYING CASE

Pursuant to this Court's Order, Docket No. 67, Judgment is hereby entered **STAYING** the instant case pursuant to 48 U.S.C. § 2161(a) and 11 U.S.C. §§ 362(a), 922. This case will remain administratively closed. Any request to lift or vacate the stay must be filed in the bankruptcy court in Bankruptcy Case No. 17-bk-03283 (LTS).

IT IS SO ORDERED.

In San Juan, Puerto Rico this 20th day of October, 2017.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE
