UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------x

|  |  |
|---|---|
| In re: | PROMESA |
|  | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, |  |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
|        Debtors.[1] |  |

--------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF NIEVES-LOPEZ MOTION FOR RELIEF FROM STAY

       The Court has received and reviewed the *Motion for Relief from Stay* (the "Motion") filed by Beatriz Nieves-López (the "Movant").  (Docket Entry No. 1922.)  Opposition papers to the Motion must be filed by **December 20, 2017**.  Movant's reply papers must be filed by **December 27, 2017**.  The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

       SO ORDERED.

Dated:  December 6, 2017

                               /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge

---

[1]       The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).