# EXHIBIT B



## Puerto Rico Treasury exceeded July collections revenue projections by $48.3 million

San Juan, Puerto Rico (August 20, 2017) – Treasury Secretary Raúl Maldonado Gautier announced that net revenues recorded to the General Fond in July, when Fiscal Year 2017-18 began, totaled $649.4 million.

"Monthly estimates of $601.1 million were surpassed by $48.3 million, or 8.0percent. On the year-over-year comparison, there was a difference of $15.8 million. This difference is mainly attributed to a temporary reduction of $49.2 million in the Act 154 (2010) excise tax category; part of this reduction was expected and was taken into account in the monthly projections", the Official said.

The main revenue driver, responsible for July's above-estimate collections, was the non-resident withholding category with $32.5 million. This tax is paid by manufacturing companies for the use of manufacturing patents.

Maldonado Gautier explained that revenues from consumption taxes, such as the Sales and Use Tax (SUT), cigarettes, motor vehicles and alcoholic beverages, were also positive.

"The increase in cigarette excise tax collections was due to two reasons, an increase in this excise tax and fiscal oversight associated with interventions against illegal cigarette sales", pointed.

In July, SUT collections totaled $213.7 million, $4.2 million, or 2.0%, above last year. $91.6 million of total SUT revenues went to the General Fund, an increase of $1.8 million year-over-year. Beginning in August, a new SUT collection mechanism was implemented, which allows merchants to remit payments on the 15th and the last day of each month. This initiative is expected to bring in increased SUT revenues.

General Fund Net Revenues
July
(million of $)

| Items | July 2016-17 | July 2017-18 | Dif. | Forecast July | Collections vs. Forecast |
|---|---|---|---|---|---|
| Gross General Fund Net Revenues | 705.1 | 687.4 | (17.8) | 639.1 | 48.3 |
| Reserve for Refund | (40.0) | (38.0) | 2.0 | (38.0) | - |
| General Fund Net Revenues | 665.1 | 649.4 | (15.8) | 601.1 | 48.3 |
| Individual | 135.4 | 132.6 | (2.8) | 128.2 | 4.4 |
| Corporations | 98.5 | 91.0 | (7.6) | 92.8 | (1.8) |
| Non-Resident Withholdings | 20.7 | 52.2 | 31.5 | 19.7 | 32.5 |
| Sales and Use Tax | 89.8 | 91.6 | 1.8 | 82.4 | 9.2 |
| Foreign (Act. 154) | 256.2 | 207.0 | (49.2) | 222.0 | (15.0) |
| Alcoholic Beverages | 10.3 | 13.8 | 3.5 | 10.1 | 3.7 |
| Cigarettes | 10.3 | 13.4 | 3.1 | 7.2 | 6.2 |
| Motor Vehicles | 5.2 | 23.5 | 18.3 | 4.6 | 18.9 |
| Excises on Off-Shore Shipment Rum | 23.9 | 6.9 | (17.0) | 15.8 | (8.9) |
| Others | 14.8 | 17.4 | 2.6 | 18.3 | (0.9) |