# EXHIBIT C

 

**INGRESOS NETOS AL FONDO GENERAL - GENERAL FUND NET REVENUES**
Año Fiscal 2016 - 2017 - Fiscal Year 2017 - 2018
(en Miles de Dolares - in Thousand of Dollars)
Julio / July

| | Julio / July | | |
|---|---|---|---|
| **Conceptos** | **2016-17[p]** | **2017-18[p]** | **Items** |
| **Ingreso Bruto al Fondo General** | **705,127** | **687,387** | **Gross General Fund Revenues** |
| Reserva para Reintegro | (40,000) | (38,000) | Reserve for Refund |
| **Ingreso Neto al Fondo General** | **665,127** | **649,387** | **General Fund Net Revenues** |
| **De Fuentes Estatales** | **641,183** | **642,482** | **From Internal Sources** |
| **Contributivos** | **633,192** | **632,972** | **Tax Revenues** |
| **Contribución a la Propiedad** | **374** | **342** | **Property Taxes** |
| **Contribución/Ingresos, Total** | **256,461** | **277,527** | **Income Taxes, Total** |
| Individuos | 135,406 | 132,563 | Individual |
| Corporaciones | 98,549 | 90,992 | Corporations |
| Sociedades | 32 | 215 | Partnerships |
| Retenida a No Residentes | 20,700 | 52,229 | Non-Resident Witholdings |
| Tollgate Tax | 0 | 0 | Tollgate Tax |
| Intereses | 393 | 335 | Interest |
| Impuestos/Dividendos | 1,381 | 1,193 | Tax on Dividends |
| **Contribución/Herencias y Donaciones** | **67** | **103** | **Inheritance and Gift Taxes** |
| **Impuesto sobre Ventas y Uso (IVU)** | **89,791** | **91,574** | **Sales and Use Tax** |
| **Arbitrios, Gran Total** | **284,873** | **261,642** | **Excise Taxes, Total** |
| *Bebidas Alcohólicas, Total* | *10,334* | *13,785* | *Alcoholic Beverages, Total* |
| Espíritus Destilados | 2,200 | 2,741 | Destilled Spirits |
| Cerveza | 7,525 | 9,688 | Beer |
| Otras bebidas | 609 | 1,356 | Other Beverages |
| *Arbitrios Generales, Total* | *274,539* | *247,857* | *General Taxes, Total* |
| Foráneas (Ley 154) | 256,203 | 207,042 | Foreign (Act. 154) |
| Productos del Tabaco | 10,278 | 13,369 | Tobacco Products |
| Productos del Petróleo | 339 | 106 | Petroleum Products |
| Vehículos de Motor | 5,164 | 23,533 | Motor Vehicles |
| Carreras de Caballos | 432 | 360 | Horses Races |
| Primas de Seguros | 11 | 14 | Insurance Premiums |
| Cemento | 37 | 91 | Cement |
| Tragamonedas | 1,803 | 1,675 | Slot Machines |
| Otros Arbitrios | 272 | 1,667 | Others Excise Tax |
| **Licencias** | **1,626** | **1,784** | **Licenses** |
| Vehículos de Motor | 231 | 252 | Motor Vehicles |
| Bebidas Alcohólicas y Otras | 1,395 | 1,532 | Alcoholic Beverage and Others |
| **No Contributivos** | **7,991** | **9,510** | **Non-Tax Revenues** |
| Lotería Tradicional | 0 | 0 | Traditional Lottery |
| Lotería Electrónica | 0 | 0 | Electronic Lottery |
| *Rentas Misceláneas* | *7,991* | *9,510* | *Miscelaneous, Total* |
| Multas y Penalidades | 843 | 856 | Penalties and Fees |
| Reg. y Cert. de Documentos | 5,886 | 4,666 | Permits Fee and Penalties |
| Otros | 1,262 | 3,988 | Others |
| **De Otras Fuentes** | **23,944** | **6,905** | **From External Sources** |
| Arbitrios sobre Embarques de Ron | 23,944 | 6,905 | Excises on Off-Shore Shipment Rum |

p: preliminar / preliminary
16 de agosto de 2017 / August 16, 2017