# EXHIBIT D



DEPARTAMENTO DE HACIENDA / TREASURY DEPARTMENT
OFICINA DE ASUNTOS ECONÓMICOS Y FINANCIEROS / OFFICE OF ECONOMIC AND FINANCIAL AFFAIRS

**Impuesto sobre Ventas y Uso (IVU) Estatal / States Sales and Use Tax  (SUT)**
**Distribución de Recaudos Mensuales / Distribution of Monthly Collection**
Años Fiscales / Fiscal Years  2014-15 al 2017-18
(Miles de Dólares / In Thousands)



| 2017-18 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 213,656 | - | - | - | - | - | - | - | - | - | - | - | 213,656 |
| COFINA | 122,083 | | | | | | | | | | | | 122,083 |
| Fondo General | 91,573 | | | | | | | | | | | | 91,573 |
| FAM | - | | | | | | | | | | | | - |
| Fondo Cine | - | | | | | | | | | | | | - |
| 2016-17 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | |
| Total | 209,498 | 212,881 | 203,145 | 199,268 | 211,013 | 221,348 | 261,062 | 203,415 | 197,817 | 210,079 | 199,096 | 219,399 | 2,548,021 |
| COFINA | 119,707 | 121,640 | 116,077 | 113,862 | 120,417 | 126,478 | 5,927 | - | - | - | - | - | 724,108 |
| Fondo General | 89,791 | 91,241 | 87,068 | 85,406 | 90,596 | 94,870 | 180,966 | 193,459 | 188,218 | 199,825 | 189,842 | 208,799 | 1,700,081 |
| FAM | - | - | - | - | - | - | 72,279 | 9,686 | 9,329 | 9,984 | 8,984 | 10,330 | 120,592 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| 2015-16 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | |
| Total | 154,337 | 190,771 | 177,833 | 180,926 | 191,468 | 215,434 | 247,173 | 196,191 | 199,326 | 207,873 | 201,195 | 214,313 | 2,376,840 |
| COFINA | 142,694 | 108,641 | 101,547 | 103,381 | 109,284 | 123,099 | 7,613 | - | - | - | - | - | 696,259 |
| Fondo General | 11,643 | 82,130 | 76,286 | 77,545 | 82,184 | 92,335 | 168,452 | 186,583 | 189,569 | 197,709 | 191,349 | 203,842 | 1,559,627 |
| FAM | - | - | - | - | - | - | 69,218 | 9,338 | 9,487 | 9,894 | 9,576 | 10,201 | 117,714 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |
| 2014-15 p | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total |
| Total | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 121,524 | 142,052 | 112,385 | 107,885 | 120,034 | 118,538 | 126,127 | 1,417,008 |
| COFINA | 113,706 | 108,433 | 115,725 | 114,047 | 116,552 | 101,017 | - | - | - | - | - | - | 669,480 |
| Fondo General | - | - | - | - | - | - | 91,350 | 102,781 | 98,626 | 109,761 | 108,389 | 115,346 | 626,253 |
| FAM **** | - | - | - | - | - | 20,507 | 48,812 | 9,334 | 8,989 | 10,003 | 9,878 | 10,511 | 118,034 |
| Fondo Cine | - | - | - | - | - | - | 1,890 | 270 | 270 | 270 | 270 | 270 | 3,240 |

p: preliminar / preliminary

Cifras redondeadas / Figures may not always add to the totals due to round off.

17 de agosto de 2017 / August 17, 2017