IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO (UTIER),<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSE B. CARRION III; ANDREW G. BIGGS; CARLOS M. GARCIA; ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR. AND JOHN DOES 1-7.<br><br>Defendants. | No. 17 AP 00228-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## UNITED STATES' STATEMENT IN SUPPORT
## OF THE CONSTITUTIONALITY OF PROMESA

Pursuant to the Court's October 2, 2017 Order Regarding Briefing and Hearing Schedule in Connection With the Aurelius Motions and UTIER Adversary Proceeding, the United States hereby submits this statement in support of the constitutionality of the Puerto Rico Oversight, Management, and Economic Stability Act of 2016 ("PROMESA"), 48 U.S.C. §§ 2101–2241. *See* Order, ECF No. 46.  Plaintiff Union de Trabajadores de la Industria Electrica y Riego ("UTIER")—a labor union of the Puerto Rico Electric Power Authority—filed an Adversary Complaint alleging that PROMESA's statutory scheme governing the appointment of members of the Oversight Board violates the Appointments Clause of the Constitution, U.S. Const. art. II, § 2, cl. 2, and encroaches on the President's executive authority in violation of separation of powers.  *See* Am. Adv. Compl., ECF No. 75.  Because UTIER raises constitutional challenges identical to those raised by Aurelius, the United States hereby adopts and incorporates by reference the arguments set forth in its Memorandum of Law in Support of the Constitutionality of PROMESA filed in the Commonwealth's Title III case.  *See* Case No. 17-bk-3283, ECF. No. 1929.

For the reasons stated in that Memorandum of Law, the United States respectfully requests that the Court uphold the constitutionality of PROMESA and dismiss UTIER's Amended Adversary Complaint.

Dated:  December 6, 2017

                Respectfully submitted,

                ROSA E. RODRIGUEZ-VELEZ
                United States Attorney

                THOMAS G. WARD
                Deputy Assistant Attorney General

                JENNIFER D. RICKETTS
                Director, Federal Programs Branch

                CHRISTOPHER R. HALL
                Assistant Branch Director

        Federal Programs Branch

        /s/ *Jean Lin*
        JEAN LIN (USDC-PR No. G02514)
        Special Counsel
        CESAR A. LOPEZ-MORALES (USDC-PR
        No. G02704)
        Trial Attorney
        U.S. Department of Justice, Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        (202) 514-3716 (office)
        (202) 616-8202 (fax)
        Jean.lin@usdoj.gov

        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

/s/ Jean Lin
Jean Lin