ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE MAYAGUEZ-SUPERIOR

| | |
|---|---|
| FLORES PEREZ, ROSEMARIE<br>DEMANDANTE | CASO NÚM. ISCI201200496<br>SALÓN NÚM.206 |
| VS | |
| E L A DE PR<br>DEMANDADO | SOBRE:<br>IMPUGNACION DE CONFISCACION |

A: LIC. OLMO RODRÍGUEZ,JOSÉ R.
   jrolmo1@gmail.com
   EDIF EL CENTRO I
   500 AVE MUÑOZ RIVERA STE 215
   SAN JUAN PR 00918

NOTIFICACIÓN

LIC. BURGOS RUIZ,JAVIER
jburgos@justicia.pr.gov,jburgosruiz@gmail.com
DPTO DE JUSTICIA-LITIGIOS GENERALES
PO BOX 9020192
SAN JUAN PR 00902-0192

LIC. VAZQUEZ CUEVAS,YAMILZA MABEL
yvazquez@justicia.pr.gov,oficinamayaguez@justicia.pr.gov
DPTO JUSTICIA SEC AUXILIAR CIVIL
87 HIRAM D CABASSA, SUITE 103
MAYAGÜEZ PR 00680

LIC. MAYA LOPEZ,KAREN IXTCHEL
lcda.karenmayalopez@gmail.com,kmayalaw1@gmail.com
319 CALLE ARAGÓN
VÍCTOR ROJAS 1
ARECIBO PR 00612

LIC. INFANTE GUTIERREZ,ALFREDO A
lcdo.infante@gmail.com
PO BOX 195287
SAN JUAN PR 00919-5287

EL[LA] SECRETARIO[A] QUE SUSCRIBE CERTIFICA Y NOTIFICA A USTED QUE CON RELACIÓN AL[A LA]:MOCIÓN SOLICITANDO ORDEN PARA QUE SE CUMPLA SENTENCIA ESTE TRIBUNAL EMITIÓ UNA RESOLUCIÓN EL 19 DE OCTUBRE DE 2017.

SE ANEJA COPIA O INCLUYE ENLACE:

FDO. VANCE E. THOMAS RIDER
JUEZ

SE LE ADVIERTE QUE AL SER UNA PARTE O SU REPRESENTANTE LEGAL EN EL CASO SUJETO A ESTA RESOLUCIÓN , USTED PUEDE PRESENTAR UN RECURSO DE APELACIÓN, REVISIÓN O CERTIORARI, DE CONFORMIDAD CON EL PROCEDIMIENTO Y EN EL TÉRMINO ESTABLECIDO POR LEY, REGLA O REGLAMENTO.

CERTIFICO QUE LA DETERMINACIÓN EMITIDA POR EL TRIBUNAL FUE DEBIDAMENTE REGISTRADA Y ARCHIVADA HOY 23 DE OCTUBRE DE 2017 ,Y QUE SE ENVIÓ COPIA DE ESTA NOTIFICACIÓN A LAS PERSONAS ANTES INDICADAS, A SUS DIRECCIONES REGISTRADAS EN EL CASO CONFORME A LA NORMATIVA APLICABLE. EN ESTA MISMA FECHA FUE ARCHIVADA EN AUTOS COPIA DE ESTA NOTIFICACIÓN.

NOTAS DE LA SECRETARÍA:
RESOLUCION SERA ENVIADO VIA CORREO ORDINARIO.   ARCHIVO ADMINISTRATIVO.

EN MAYAGUEZ, PUERTO RICO, A 23 DE OCTUBRE DE 2017.

| LCDA. NORMA G. SANTANA IRIZARRY | Por:f/ALEXANDRA MARIE LOPEZ |
|---|---|
| NOMBRE DEL [DE LA] SECRETARIO[A] REGIONAL | NOMBRE Y FIRMA DEL (DE LA) SECRETARIO(A) AUXILIAR DEL TRIBUNAL |

OAT1812-Formulario Único de Notificación- Sentencias,Resoluciones,Órdenes y Minutas (Noviembre 2016)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE MAYAGÜEZ
SALA SUPERIOR

| | |
|---|---|
| ROSEMARIE FLORES PÉREZ<br><br>PARTE DEMANDANTE<br><br>VS.<br><br>ESTADO LIBRE ASOCIADO DE PR<br><br>PARTE DEMANDADA | CIVIL. NUM: ISCI201200496 {206}<br><br>SOBRE:<br><br>IMPUGNACIÓN DE CONFISCACIÓN |

### RESOLUCIÓN

{Paralización de Procedimientos en virtud del Título III de *Puerto Rico Oversight Management and Economic Stability Act (PROMESA)*}

El 30 de junio de 2016 se firmó la Ley conocida como *Puerto Rico Oversight, Management and Economic Stability Act,* conocida como PROMESA (por sus siglas en inglés). Pub. L. 114-187. El Estado Libre Asociado de Puerto Rico por conducto de la Junta de Supervisión Fiscal radicó una solicitud al amparo del Título III de dicha ley. La ley PROMESA incorporó en la sección 301, las secciones 362 y 922 del Código Federal de Quiebras, por lo que por imperativo de la propia Ley, procede la paralización automática de los procedimientos sobre las reclamaciones, deudas y gravámenes que tiene pendiente el Estado Libre Asociado como demandado ante los Tribunales de Puerto Rico.

POR TANTO, este tribunal emite RESOLUCIÓN decretándose el archivo administrativo del caso. *Véase 48 U.S.C. § 2161 (a) incorporando por referencia 11 U.S.C. §362 y §922.* Expresamente nos reservamos jurisdicción para decretar su reapertura, a solicitud de la parte interesada, en caso de que dicha orden de paralización sea dejada sin efecto en cualquier momento con posterioridad a la fecha de la presente sentencia y la parte interesada acuda ante este foro solicitando la continuación de los procedimientos al finalizar los procedimientos en la jurisdicción federal.

La parte demandante y/o demandada tendrá la obligación de informar al Tribunal una vez finalice el trámite en la Corte Federal para el Distrito de Puerto Rico o se disponga de otro modo en dicho foro.

En Mayagüez, Puerto Rico, hoy día 19 de octubre de 2017.

**REGÍSTRESE Y NOTIFÍQUESE.**

VANCE THOMAS RIDER
JUEZ SUPERIOR