JAVIER MANDRY
1326 CALLE SALUD APT 1101
PONCE, PR 00717



RECEIVED & FILED

2017 DEC -4 PM 4 50

CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN PR

OFFICE OF THE CLERK
FEDERAL BUILDING ROOM 150
150 AVE CARLOS CHARDON
SAN JUAN, PR 00918

LTS