# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

      I, Christian Rivera, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

      On December 4, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Contract Counterparties Service List attached hereto as **Exhibit A**:

- Extension of Deadline for the Puerto Rico Highway and Transportation Authority to Assume or Reject Unexpired Nonresidential Leases Under Title III Proceeding, a copy of which is attached hereto as **Exhibit B**.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: December 7, 2017

_____
Christian Rivera

County of New York

Subscribed and sworn to (or affirmed) before me on December 7, 2017, by Christian Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:_____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

**Exhibit A**

Exhibit A
Contract Counterparties Service List
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| ALTERNATE CONCEPTS, INC. | MENDEZ, PEREZ,MARIN & SANTIAGO- LAW FIRM | P.O. BOX 19328 | | SAN JUAN | PR | 00910-1328 |
| CRITICAL HUB NETWORKS, INC. | | PO BOX 11278 | | SAN JUAN | PR | 00910 |
| CRITICAL HUB NETWORKS, INC. | Carlo Marazzi | AVE PONCE DE LEON 1314 | | SAN JUAN | PR | 00907 |
| GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. | | PO BOX 363823 | | SAN JUAN | PR | 00936-3823 |
| GRUPO DE DESARROLLO LOS ALTOS SAN JUAN, INC. | Oscar I Rivera Rivera | 954 PONCE DE LEON AVE | SUITE 400 | SAN JUAN | PR | 00936-3823 |
| MUNICIPIO AUTONOMO DE AGUADILLA | | MUNICIPIO AUTONOMO DE AGUADILLA | PO BOX 1008, VICTORIA STATION | AGUADILLA | PR | 00605 |
| MUNICIPIO DE MOROVIS | | PO BOX 655 | | MOROVIS | PR | 00687-0655 |
| MUNICIPIO DE TRU | | PO BOX 1869 | | TRUJILLO ALTO | PR | 00977 |
| RADIO REDENTOR INC | | PO BOX 29404 | | SAN JUAN | PR | 00929-0404 |
| RADIO REDENTOR INC | Jesus Rivera Vazquez | CALLE LODI 583 URB VILLA CAPRI | | RIO PIEDRAS | PR | 00000 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**<u>Exhibit B</u>**

**GOVERNMENT OF PUERTO RICO**

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

December 4, 2017

**BY EXPRESS MAIL**

Re: Extension of Deadline for the Puerto Rico Highway and Transportation Authority to Assume or Reject Unexpired Nonresidential Leases under Title III Proceeding
*Extensión de Fecha para la Autoridad de Carreteras y Transportación de Puerto Rico Asumir o Rechazar Contratos No Residenciales que No Hayan Expirado conforme al Procedimiento bajo Título III*

Dear Landlord:
*Estimado Arrendador:*

You are receiving this letter because our records show that the landlord named in Exhibit A hereto currently leases certain nonresidential real property to the Puerto Rico Highway and Transportation Authority ("HTA"), pursuant to the lease(s) listed in Exhibit A hereto.
*Usted ha recibido esta carta porque nuestros records indican que el arrendador identificado en el Anejo A que acompaña esta carta arrienda ciertos bienes inmuebles no residenciales a la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT"), conforme a los contratos de arrendamiento listados en dicho Anejo A.*

On May 21, 2017, HTA, represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed for relief under Title III of PROMESA (the "Title III Proceeding"). Pursuant to Section 365(d) of the Bankruptcy Code, made applicable to the Title III Proceeding pursuant to Section 301 of PROMESA, the Oversight Board has until December 18, 2017, to assume or reject all nonresidential real property leases, unless the corresponding landlords provide their consent to extend such deadline. Any nonresidential real property lease for which the landlord does not provide its consent to extend such deadline—or HTA does not otherwise assume—will be deemed rejected on December 18, 2017.
*El 21 de mayo de 2017, la ACT, representada por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), radicó una petición para acogerse al Título III de PROMESA (el "Procedimiento de Título III"). Conforme a la Sección 365(d) del Código de Quiebras, que es aplicable al Procedimiento de Título III conforme a la Sección 301 de PROMESA, la Junta de Supervisión tiene hasta el 18 de diciembre de 2017 para asumir o rechazar los contratos de arrendamiento para bienes inmuebles no residenciales, a menos que los arrendadores correspondientes provean su consentimiento para extender dicha fecha. Cualquier arrendamiento de bien inmueble no residencial para el cual el arrendador no provea su*

TCO 362801540v1

*consentimiento para extender dicha fecha – o que la ACT asuma de otro modo – se considerará rechazado efectivo el 18 de diciembre de 2017.*

In order to avoid the rejection of the leases listed in Exhibit A hereto by the December 18, 2017 deadline, we hereby request your consent to extend the deadline to assume or reject said lease(s), and any other leases between the landlord named in Exhibit A, as landlord, and HTA, as tenant, until the earlier of (i) January 1, 2019, (ii) the date of expiration or termination of such lease(s) pursuant to its(their) own terms, or (iii) the date on which a plan of adjustment is confirmed under the Title III Proceeding. Such extension is not intended to affect any of the parties' respective rights or remedies under said lease(s) or the Title III Proceeding.

*Para evitar que los arrendamientos listados en el Anejo A sean rechazados en la fecha límite del 18 de diciembre de 2017, solicitamos su consentimiento para extender la fecha límite para asumir o rechazar dichos arrendamientos, y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y la ACT, como arrendatario, hasta lo primero que ocurra entre: (i) el 1 de enero de 2019, (ii) la fecha de expiración o terminación de dicho(s) arrendamiento(s) conforme a sus propios términos, o (iii) la fecha en que un plan de ajuste sea confirmado bajo el Procedimiento de Título III. Dicha extensión no pretende afectar ninguno de los derechos o remedios respectivos de las partes bajo dicho(s) arrendamiento(s) o el Procedimiento de Título III.*

If you do not wish to extend the date for the assumption or rejection of the lease(s) listed in Exhibit A hereto, and any other leases between the landlord named in Exhibit A, as landlord, and HTA, as tenant, as provided above, please contact the following counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("FAFAA") by mail, telephone, or email **on or before December 11, 2017**:

*Si usted no desea extender la fecha límite para que se asuman o rechacen los arrendamientos listados en el Anejo A y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y la ACT, como arrendatario, favor de comunicarse con los siguientes representantes legales de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") por correo, teléfono o correo electrónico en o antes del **11 de diciembre de 2017**:*

>Lcdo. Ricardo O. Meléndez
>Lcda. María Cecilia Santos
>Pietrantoni Méndez & Alvarez LLC
>Popular Center – 19th Floor
>208 Ponce de León Avenue
>San Juan, Puerto Rico 00918
>Tel.: (787) 773-6005
>Email: msantos@pmalaw.com; rmelendez@pmalaw.com

If you do not respond to this letter by mail, telephone, or email on or before **December 11, 2017,** at the address, number, or email provided above, it will be understood that the landlord named in Exhibit A has granted its consent to extend the deadline for the assumption or rejection of all the lease(s) listed in Exhibit A, and any other leases between the same landlord, as landlord, and HTA, as tenant, without waiving any rights and remedies that the landlord may have under said leases.

TCO 362801540v1

*Si no responde a esta carta en o antes del **11 de diciembre de 2017** por correo, teléfono o correo electrónico mediante la dirección, número o correo electrónico provisto arriba, se considerará que el arrendador identificado en el Anejo A ha provisto su consentimiento para extender la fecha para asumir o rechazar todos los arrendamientos listados en el Anejo A, y cualquier otro arrendamiento entre el mismo arrendador, como arrendador, y la ACT, como arrendatario, sin perjuicio de los derechos y remedios que el arrendador pudiese tener bajo dicho(s) arrendamiento(s).*

If you have any questions regarding the foregoing, you or your counsel (if you are represented by counsel) may contact FAFAA's counsel at the address, number, or email provided above.
*Si tiene cualquier pregunta con respecto a lo anterior, usted o su representante legal (en la medida que tenga representación legal) puede comunicarse con los representantes legales de AAFAF a la dirección, número o correo electrónico indicados arriba.*

Very truly yours,
*Cordialmente,*

Gerardo J. Portela Franco
Executive Director
*Director Ejecutivo*

TCO 362801540v1

# Exhibit A
*Anejo A*

| Lease ID<br>*Número de Control* | Office of the Controller Registration Number<br>*Número de Registro de la Oficina del Contralor* | Landlord<br>*Arrendador* | Tenant<br>*Arrendatario* |
|---|---|---|---|
| | | | |

*TCO 362801540v1*