IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of THE COMMONWEALTH OF PUERTO RICO | CASE NO. 17-BK- 3283-LTS |

## AMENDED NOTICE OF APPEAL

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): JAVIER MANDRY-MERCADO

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☒ Co-Creditor
   ☐ Trustee
   ☐ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: SEE PART 4.

2. State the date on which the judgment, order, or decree was entered: Docket 712 Docket 822

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: COMMONWEALTH OF PR
   Attorney: WANDYMAR BURGOS-VARGAS
   Deputy Secretary in Litigation
   Department of Justice

P.o. Box 9020192
San Juan. Puerto Rico 00902-0192
Phone: 787-721-2940 Ext. 2500. 2501

2. Party: SUCN PASTOR MANDRY MERCADO (SEE EXHIBIT A FOR COMPONENTS)
ATTORNEY:
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com

Part 4: This amendment substitutes Docket entry no. 1182 for purposes of clarifying both the subject-matter of the appeal and to fully comply with the content requirements per FRAP 4. It also serves to clarify the particular determinations that will be object of appeal because the Court considered that I was requesting a rehearing for the original relief from stay (Docket 600). This would be incorrect because my motion to vacate judgment raises an issue of nullity for non-joinder of indispensable parties to that judgment. Despite the motion for rehearing was timely, different rules of procedure apply.

Furthermore, I am hereby appealing the judgment Docket entry no. 712 of the denial of vacation of judgment, Leave for Third-party standing, Leave to file cross-claim (adverse proceeding), Issuance of Sanctions to counsel. I am also appealing the motion for reconsideration (Docket entry 822) and its final judgment at Docket entry 844.

The relevant docket entries for appeal are: 304,305,439,557,600,634,639,684,712, 822, 844,1182,1198

**Part 5: Sign below**

_____  Date: ___September 14,2017
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or
appellant(s) if not represented by an attorney):
JAVIER MANDRY-MERCADO
1326 CALLE SALUD APT 1101
PONCE, PR 00717
787-685-3739

Note: The date reflects the date this motion was mailed, but seems to have been lost in the mail and originals were never filed. This is a second mailing of the same motion. 12/2/17. Only dockets 712,822,1182 and 1198 were transmitted to CA01 on 11/28/17 per docket 1862. Please order clerk to transmit dockets not transmitted.

# EXHIBIT A (clients represented by Maria Vicens)

| Name | Percentage of participation |
|---|---|
| Sucn. Salvador Eduardo Mandry Nones | 20.90 |
| Estrella María Aparicio Vázquez | 14.80 |
| Oscar Adolfo Mandry Aparicio | 7.85 |
| Víctor Robert Fingerhut Mandry | 6.80 |
| Yvelisse Helena Fingerhut Mandry | 6.80 |
| Margaret Ann Fingerhut Mandry | 6.80 |
| Salvador Rafael Mandry Mercado | 3.320 |
| Adrián Roberto Mandry Mercado | 3.320 |
| Eduardo José Mandry Mercado | 3.320 |
| Margarita Rosa Mandry Mercado | 3.320 |
| María del C. Amalia Mandry Llombart | 3.70 |
| Selma Verónica Mandry Llombart | 3.70 |
| Juan Carlos Esteva Fingerhut | 2.04 |
| Pedro Miguel Esteva Fingerhut | 2.05 |
| Mariano J. McConnie Fingerhut | 2.05 |
| Janice Marie McConnie Fingerhut | 2.04 |
| Víctor Michael Fingerhut Cochran | 2.04 |