IN THE UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO | CASE NO. 17-BK- 3283-LTS <br> TITLE III |
| as representative of THE COMMONWEALTH OF PUERTO RICO | |

## MOTION REQUESTING LEAVE IN FORMA PAUPERIS ON APPEAL

**I, JAVIER MANDRY-MERCADO, co-Plaintiff Pro Se, hereby declare and request that:**

I am not able to pay for the filing fees nor any of the court costs for the appeal referenced in docket 1862. Nevertheless, this Petitioner feels compelled to request that this Honorable Court consider the attached financial declaration. This petitioner has not been able to obtain employment, and furthermore is currently unemployed. As of the date of mailing, CA01 had issued case number 17-2168 to said appeal.

Wherefore, I hereby request that this Court to grant the Leave in forma pauperis for the before-mentioned appeal.

DATE: December 2, 2017

Petitioner:
JAVIER E. MANDRY-MERCADO

1326 Calle Salud Apt 1101
Ponce, PR 00717