# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Transmittal of Record to the Court of Appeals

**DATE:** December 7, 2017

**DC #:** 17-BK-03283-LTS
 (PROMESA)

**Related Cases #:** 17-cv-1578-LTS

**Prior USCA Case #:** N/A

**APPEAL FEE PAID:** YES _____ NO _X_

**CASE CAPTION:** In re: **COMMONWEALTH OF PUERTO RICO**

**IN FORMA PAUPERIS:** YES _____ NO _X_

**MOTIONS PENDING:** YES _X_ NO _____

**NOTICE OF APPEAL FILED BY:** Javier Mandry Mercado, pro se.

**APPEAL FROM:** Order 712 entered on 7/21/2017 & Order 844 entered on 8/2/2017.

**SPECIAL COMMENTS:** Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket Entries** 304, 305, 439, 557, 600, 634, 639, 684, 712, 822, 844, 1182, 1198 & 1936    I

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Appeals Clerk