UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO
RICO, et al.,

        Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS &
TRANSPORTATION AUTHORITY,

        Debtor.

No. 17 BK 3567-LTS
This relates to HTA and shall
be filed in the Lead Case No.
17 BK 3283-LTS and Case
No. 17 BK 3567-LTS

------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ORDER SCHEDULING BRIEFING IN CONNECTION
WITH NOTICE OF COMPLIANCE AND PETITION FOR PAYMENT OF FUNDS

The Court has received the *Notice of Compliance and Petition for Payment of Funds* (the "Motion") filed by Adrian Mercado Jimenez (the "Movant"). (Case No. 17 BK 3567-LTS, docket entry no. 345.) Opposition papers to the Motion must be filed by **December 22, 2017**. Movant's reply papers must be filed by **December 29, 2017**. In compliance with Rule 5(g) of the Local Rules for the United States District Court for the District of Puerto Rico, and absent a stipulation by the parties consenting to the relief sought in the Motion or withdrawal of the Motion, the Movant must file translations of any documents originally filed in Spanish with this Court by the Reply deadline. Failure to comply with Local Rule 5(g) may result in the denial of the Motion without prejudice. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

SO ORDERED.

Dated: December 8, 2017

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge