**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br>THE COMMONWEALTH OF PUERTO RICO,<br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
FOR APPEARANCE AT DECEMBER 14, 2017 HEARING AT 1:30 P.M. (A.S.T.)**

To the Honorable United States Magistrate Judge Judith Gail Dein:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at December 14, 2017, Hearing at 1:30 P.M. (A.S.T.)*. In support of the Motion, FGIC respectfully states as follows:

Martin A. Sosland intends to appear on behalf of FGIC at the hearing on December 14, 2017 at 1:30 p.m. (A.S.T.) in courtroom 15 of the United States District Court for the District of Massachusetts.

Dated:   December 8, 2017.

                                          Respectfully submitted,

                                          REXACH & PICÓ, CSP

                                          By: /s/ *María E. Picó*
                                               María E. Picó, USDC-PR 123214

    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    Stanford G. Ladner (*pro hac vice*)
    1700 Broadway, 41st Floor
    New York, NY 10019
    Telephone: (646) 606-3996
    Facsimile: (646) 606-3995
    E-mail: stan.ladner@butlersnow.com

    Christopher R. Maddux (*pro hac vice*)
    J. Mitchell Carrington (*pro hac vice*)
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 39157
    Telephone: (601) 985-2200
    Facsimile: (601) 985-4500
    E-mail: chris.maddux@butlersnow.com
     mitch.carrington@butlersnow.com

    Jason W. Callen (*pro hac vice*)
    150 3rd Avenue, South, Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    E-mail: jason.callen@butlersnow.com

    *Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: December 8, 2017.

                                      Respectfully submitted,

                                      By: */s/ Martin A. Sosland*
                                             Martin A. Sosland

                                      *Attorney for Financial Guaranty Insurance Company*

39628790.v1