IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------- x
)
In re:                                                              )   PROMESA
                                                                    )   Title III
THE FINANCIAL OVERSIGHT AND                                         )
MANAGEMENT BOARD FOR PUERTO RICO                                    )   Case No. 3:17-cv-03283 (LTS)
                                                                    )
        as representative of                                     )   (Jointly Administered)
                                                                    )
THE COMMONWEALTH OF PUERTO RICO, *et al.*,)
                                                                    )
        Debtors.[1]                                              )
                                                                    )
------------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE ERS SECURED CREDITORS WITH RESPECT TO
ORDER AND NOTICE OF HEARING REGARDING THE URGENT RENEWED JOINT
MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION**

       Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P. (collectively the "ERS Secured Creditors"), by and through their attorneys, hereby submit this informative motion in response to this Court's *Order and Notice of Hearing* (Docket No. 1877), and respectfully state as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID:  3808).

1. Christopher DiPompeo of Jones Day will appear in person in Courtroom #8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210 to present argument for the ERS Secured Creditors with respect to the *ERS Secured Creditors' Joinder to Urgent Renewed Joint Motion for Order Authorizing Rule 2004 Examination* (Docket No. 1910).

2. The ERS Secured Creditors also reserve their right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases or any adversary proceeding currently pending in the jointly administered Title III cases.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today December 9, 2017.
By:

/s/ *Alfredo Fernández-Martínez*

Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Limited, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.*

/s/ *Bruce Bennett*

Bruce Bennett (*pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Christopher DiPompeo (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
ssooknanan@jonesday.com

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 9, 2017, I caused a copy of the foregoing *Informative Motion of the ERS Secured Creditors With Respect to Order and Notice of Hearing Regarding the Urgent Renewed Joint Motion for Order Authorizing Rule 2004 Examination*, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 9, 2017, at New York, New York.

*/s/ Christopher DiPompeo*
Christopher DiPompeo