# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS WITH RESPECT TO ORDER AND NOTICE OF HEARING REGARDING THE URGENT RENEWED JOINT MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION

The Ad Hoc Group of General Obligation Bondholders, by and through their attorneys, hereby submit this informative motion in response to this Court's Order and Notice of Hearing (Docket No. 1877), and respectfully state as follows:

1. Gary Orseck and Katheryn Zecca of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear in person in Courtroom #8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210, to present argument for the Ad Hoc Group of General Obligation Bondholders with respect to the Urgent Renewed Joint Motion for Order Authorizing Rule 2004 Examination (Docket No. 1910).

---

[1] The Debtors in these title III cases (collectively, the "Title III Cases"), along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

2. The Ad Hoc Group of General Obligation Bondholders also reserves its right to respond to any statement made by any party in connection with the above-captioned jointly administered Title III cases or any adversary proceeding currently pending in the jointly administered Title III cases.

| | |
|---|---|
| Dated: December 11, 2017<br>San Juan, Puerto Rico | Respectfully submitted.<br><br>**JIMÉNEZ, GRAFFAM & LAUSELL**<br><br>By: /s/ J. Ramón Rivera Morales<br><br>J. Ramón Rivera Morales<br>   (USDC-PR No. 200701)<br>Andrés F. Picó Ramírez<br>   (USDC-PR No. 302114)<br>PO Box 366104<br>San Juan, PR 00936-6104<br>Telephone: (787) 767-1030<br>Email: rrivera@jgl.com<br>       apico@jgl.com |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**<br><br>Andrew N. Rosenberg\*\*<br>Kyle J. Kimpler\*\*<br>Karen R. Zeituni\*\*<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email: arosenberg@paulweiss.com<br>       kkimpler@paulweiss.com<br>       kzeituni@paulweiss.com | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**<br><br>Lawrence S. Robbins\*\*<br>Mark T. Stancil\*\*<br>Gary A. Orseck\*\*<br>Kathryn S. Zecca\*\*<br>Ariel N. Lavinbuk\*\*<br>Donald Burke\*\*<br>1801 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Email: lrobbins@robbinsrussell.com<br>       mstancil@robbinsrussell.com<br>       gorseck@robbinsrussell.com<br>       kzecca@robbinsrussell.com<br>       alavinbuk@robbinsrussell.com<br>       dburke@robbinsrussell.com |

*\*\* admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*