# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION REGARDING ATTENDANCE AT DECEMBER 14, 2017 HEARING

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through their undersigned counsel, hereby states and prays as follows.

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this Informative Motion in response to the Court's order entered on November 29, 2017 [ECF No. 1877].

2. Peter Friedman of O'Melveny & Myers LLP intends to appear in person and to present argument in the Boston, Massachusetts courtroom and be heard at the December 14, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

hearing (the "December 14 Hearing") on behalf of AAFAF regarding the *Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* [ECF No. 1870]. Ashley Pavel of O'Melveny & Myers LLP also intends to appear.

3. Mr. Friedman will coordinate division of time for argument with counsel to the Financial Oversight and Management Board.

4. Counsel in San Juan, Andrés W. López, will make every effort to appear at the December 14 Hearing in the San Juan courtroom but does not seek to be heard.

*[Remainder of Page Intentionally Left Blank]*

Dated: December 11, 2017
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Andrés W. López* |
| John J. Rapisardi | Andrés W. López |
| Suzzanne Uhland | USDC No. 215311 |
| Peter Friedman | **THE LAW OFFICES OF** |
| Ashley Pavel | **ANDRÉS W. LÓPEZ, P.S.C.** |
| (Admitted *Pro Hac Vice*) | 902 Fernández Juncos Ave. |
| **O'MELVENY & MYERS LLP** | San Juan, PR 00907 |
| 7 Times Square | Tel: (787) 294-9508 |
| New York, NY 10036 | Fax: (787) 294-9519 |
| Tel: (212) 326-2000 | |
| Fax: (212) 326-2061 | |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

3