## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MUTUAL FUND GROUP'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT DECEMBER 14, 2017 HEARING

Mutual funds managed by OppenheimerFunds, Inc., Franklin Advisers, Inc., and the First Puerto Rico Family of Funds (collectively, the "**Mutual Fund Group**") hereby files this request to be heard pursuant to the Court's *Order and Notice of Hearing* [Lead Dkt. No.1877] dated November 29, 2017 (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on December 14, 2017 (the "**Hearing**").

1. The Order requests that counsel to parties who wish to speak at the Hearing file an informative motion stating their name and identifying the party for which they intend to appear.

2. Gregory A. Horowitz will appear in person in the United States District Court for the District of Massachusetts on behalf of the Mutual Fund Group at the Hearing and will present

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

oral argument in support of the (i) *Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* [Lead Dkt. No.1870], and (ii) *Limited Response of the Mutual Fund Group to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004* [Lead Dkt. No. 1950], and as necessary, address any statements made by any party in connection with the Title III Proceedings or any adversary proceeding pending in the Title III Proceedings.

3. The Mutual Fund Group anticipates a total of two representatives will attend the Hearing at the United States District Court for the District of Massachusetts.

*[Remainder of page intentionally left blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today December 11, 2017.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernández-Bared* | *s/ Gregory A. Horowitz* |
| MANUEL FERNÁNDEZ-BARED | AMY CATON* |
| USDC-PR No. 204,204 | THOMAS MOERS MAYER* |
| E-mail: mfb@tcmrslaw.com | GREGORY A. HOROWITZ* |
| | DOUGLAS BUCKLEY* |
| *s/ Linette Figueroa-Torres* | 1177 Avenue of the Americas |
| LINETTE FIGUEROA-TORRES | New York, New York 10036 |
| USDC-PR No. 227,104 | Tel.: (212) 715-9100 |
| E-mail: lft@tcmrslaw.com | Fax: (212) 715-8000 |
| | Email: tmayer@kramerlevin.com |
| *s/ Nayda Perez-Roman* | acaton@kramerlevin.com |
| NAYDA PEREZ-ROMAN | ghorowitz@kramerlevin.com |
| USDC–PR No. 300,208 | dbuckley@kramerlevin.com |
| E-mail: nperez@tcmrslaw.com | |
| | *(admitted *pro hac vice*) |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | *Counsel to the Mutual Fund Group* |
| Tel.: (787) 751-8999 | |
| Fax: (787) 763-7760 | |
| | |
| *Counsel to the Mutual Fund Group* | |