UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION FOR DECLARATION THAT STAY IS NOT APPLICABLE OR IN THE ALTERNATIVE, LIFTING OF THE STAY

The Court has received and reviewed the *Motion for Declaration that Stay is Not Applicable or in The Alternative, Lifting of the Stay* (the "Motion") filed by Coporación de Servicios Integrales (the "Movant"). (Docket Entry No. 1952.) Opposition papers to the Motion must be filed by **December 22, 2017**. Movant's reply papers must be filed by **December 29, 2017**. The Court will thereafter take the Motion on submission, unless a party thereto requests a hearing.

SO ORDERED.

Dated: December 11, 2017

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).