# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------X

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, ET AL.,

    Debtors.[1]

------------------------------------------------------------------------X

PROMESA
Title III

Case No. 17-bk-03283 (LTS)

(Jointly Administered)

## AFFIDAVIT OF SERVICE

STATE OF OHIO         )
                                ) SS.:
COUNTY OF CUYAHOGA  )

    Monika T. Barrios, being duly sworn, deposes and says:

    1.    I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

    2.    On December 9, 2017, I caused a copy of the following:

- Informative Motion of the ERS Secured Creditors With Respect to Order and Notice of Hearing Regarding the Urgent Renewed Joint Motion for

---

[1] The Debtors in these Title III Cases, along with each Debtor's Bankruptcy Court case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case No. 17-bk-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808).

NAI-1503256658v1

Order Authorizing Rule 2004 Examination
[Docket No. 1951] (the "Motion")

to be served via the Court's electronic case filing and noticing system. On December 11, 2017, I caused a copy of the Motion to be served by e-mail upon the parties listed on the service list attached hereto as Exhibit A, via U.S. first class mail upon the parties listed on the service list attached hereto as Exhibit B and the parties listed on the service list attached hereto as Exhibit C via hand delivery.

                                                                */s/ Monika T. Barrios*
                                                                Monika T. Barrios

SWORN TO AND SUBSCRIBED before
me this 11th day of December 2017

    */s/ Kelly M. Dotson*
Kelly M. Dotson, Notary Public

Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires May 14, 2021

NAI-1503256658v1

## Exhibit A

| | |
|---|---|
| aaa@mcvpr.com | bos-bankruptcy@hklaw.com |
| aaneses@cstlawpr.com | brantkuehn@quinnemanuel.com |
| abhishek.kalra@lehmanholdings.com | brian.klein@maslon.com |
| abyowitz@kramerlevin.com | brian.pfeiffer@whitecase.com |
| acasellas@amgprlaw.com | bufetefrgonzalez@gmail.com |
| acaton@kramerlevin.com | buzz.rochelle@romclaw.com |
| acordova@juris.inter.edu | cabruens@debevoise.com |
| adeliz@smlawpr.com | cabruens@debevoise.com |
| adiaz@lsplawpr.com | carla.garcia@oneillborges.com |
| adiaz@cnrd.com | carlosfernandez@cfnlaw.com |
| adminfinance@bldmpr.com | carlos.lugo@saldanalaw.com |
| adtoro@pico-blanco.com | carmelo@bldmpr.com |
| afernandez@delgadofernandez.com | casey.servais@cwt.com |
| afigueroa@energia.pr.gov | castilloricardo977@gmail.com |
| agestrella@estrellallc.com | ccolon@mccsprmaxtruj@gmail.com |
| agraitfe@agraitlawpr.com | ccooper@cooperkirk.com |
| ahoei@sagwlaw.net | ccuprill@cuprill.com |
| ajb@bennazar.org | cesar.a.lopez-morales@usdoj.gov |
| akherring@wlrk.com | cfebus@proskauer.com |
| alavergne@lsplawpr.com | cgray@reedsmith.com |
| alavinbuk@robbinsrussell.com | chris.maddux@butlersnow.com |
| aleblanc@milbank.com | clarisasola@hotmail.com |
| Alexandra.verdiales@libertypr.com | clark.whitmore@maslon.com |
| alexbongartz@paulhastings.com | claudia.quinones@indianowilliams.com |
| alinares2020@yahoo.com | cmechling@stroock.com |
| allan.brilliant@dechert.com | colonyasmin@hotmail.com |
| amiller@milbank.com | condecarmen@condelaw.com |
| ana.chilingarishvili@maslon.com | craigmcc@me.com |
| andres@awllaw.com | crodriguez-vidal@gaclaw.com |
| andreslopecordova@gmail.com | csloane@whitecase.com |
| andrew.harmeyer@dechert.com | csteege@jenner.com |
| andrewtenzer@paulhastings.com | ctheodoridis@proskauer.com |
| angelica.toro@popular.com | cuprislaw@yahoo.com |
| anthonybuscarino@paulhastings.com | daniel.bustos@excelerateenergy.com |
| anunez@smlawpr.com | daniel.connolly@bracewell.com |
| apavel@omm.com | daniel.perez@oneillborges.com |
| aperez@kpmg.com | danielsalinas@quinnemanuel.com |
| apico@jgl.com | darrengoldman@quinnemanuel.com |
| arizmendis@reichardescalera.com | david.indiano@indianowilliams.com |
| arizmendis@reichardescalera.com | david.lawton@bracewell.com |
| arosenberg@paulweiss.com | david.powlen@btlaw.com |
| arwolf@wlrk.com | davisjo@gtlaw.com |
| asantiago@amgprlaw.com | dbatlle@cstlawpr.com |
| auetz@foley.com | dblabey@kramerlevin.com |
| avalencia@cnrd.com | dbuckley@kramerlevin.com |
| ayanez@willkie.com | dburke@robbinsrussell.com |
| bankruptcynoticeschr@sec.gov | dbussel@ktbslaw.com |
| barrios.jl@outlook.com | dcantor@omm.com |
| bbobroff@proskauer.com | ddunne@milbank.com |
| belkgrovas@gmail.com | deborah.weitzman@cardinalhealth.com |
| beth@hbsslaw.com | delapena.sylvia@gmail.com |
| bfriedman@stblaw.com | Dfliman@kasowitz.com |
| csp@bennazar.org | dg@g-glawpr.com |
| bbolin@wlrk.com | dkaron@karonllc.com |
| bkfilings@fortuno-law.com | rgv@g-glawpr.com |

davidcarrionb@aol.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmonserrate@msglawpr.com
dpatel@saul.com
dperez@omm.com
dschlecker@reedsmith.com
dvelawoffices@gmail.com
eakleinhaus@wlrk.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
edward.linden@stblaw.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emontull@cstlawpr.com
emunozpsc@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fernando@cszlaw.com
fgierbolini@msglawpr.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fperez@fpglaw.com
francisco.delcastillo@bennazar.org
fsera@sampr.com
fsilva@claropr.com
fsosnick@shearman.com
fvander@reichardescalera.com
gabriel.morgan@weil.com
gacarlo@carlo-alrierilaw.com
Gerardo.Portela@aafaf.pr.gov
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
glee@mofo.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gregory.silbert@weil.com
harlawpr@gmail.com
Harnaud@cwsny.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
herman@oneillborges.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
hneilson@cooperkirk.com
howard.hawkins@cwt.com

hproctor@cooperkirk.com
huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
icabrera@riveratulla.com
ileanaortix@outlook.com
info@wotecpr.org
info@wotecprmandryj@yahoo.orgcom
Isasson@kasowitz.com
ivan.llado@mbcdlaw.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
jay.goffman@skadden.com
jbgoplerud@sagwlaw.net
jblanco@fpglaw.com
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcasillas@cstlawpr.com
jcc@fclawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
jean.lin@usdoj.gov
jemudd@yahoo.com
jerichman@proskauer.com
jescobar@smlawpr.com
jesus.cuza@hklaw.com
Jf@cardonalaw.com
jfeldsman@FTLF.com
jfigueroa@arroyorioslaw.com
jkapp@mwe.com
jkorn@willkie.com
jlawlor@wmd-law.com
jlopez@constructorasantiago.com
jminas@willkie.com
jnieves@gonzalezmunozlaw.com
jonathan.polkes@weil.com
jorgequintanalajara@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
jpeck@mofo.com
jpsala_pr@yahoo.com
juans@prtc.net
jramirez@amrclas.com
jrapisardi@omm.com
jrivlin@afscme.org
jsalichs@splawpr.com
jsanchez@lsplawpr.com
jsantos@smlawpr.com
juan@jahrlaw.com
juan@riverafont.com
Julian.fernandez@metropistas.com
jvannah@santandersecurities.com
jvankirk@tcmrslaw.com
jvv@wbmvlaw.com
jwc@jwcartagena.com

NAI-1503256658v1                B–2

| | |
|---|---|
| jweiss@ktbslaw.com | michele.meises@whitecase.com |
| jzakia@whitecase.com | Mimi.M.Wong@irscounsel.treas.gov |
| katescherling@quinnemanuel.com | mitch.carrington@butlersnow.com |
| kbolanos@cnrd.com | mitchelln@gtlaw.com |
| kbgoldberg@wlrk.com | mkelso@susmangodfrey.com |
| Kdavid@kasowitz.com | mmcgill@gibsondunn.com |
| kdm@romclaw.com | mmercado@mercado-echegaray-law.com |
| kellyrivero@hotmail.com | Mohammad.Yassin@aafaf.pr.gov |
| kelly.diblasi@weil.com | mpico@rexachpico.com |
| kelly.mcdonald@shearman.com | mpocha@omm.com |
| kgwynne@reedsmith.com | mrios@arroyorioslaw.com |
| kkimpler@paulweiss.com | mrivera@emdi.net |
| kklee@ktbslaw.com | mrm@rmlawpr.com |
| kperra@proskauer.com | mroot@jenner.com |
| ksheehan@mwe.com | mseidel@willkie.com |
| kstipec@amgprlaw.com | msimonet@msglawpr.com |
| kzecca@robbinsrussell.com | mstancil@robbinsrussell.com |
| kzeituni@paulweiss.com | mthibert-ind@mwe.com |
| larroyo@amgprlaw.com | mtrelles@pmalaw.com |
| lawlugo1@gmail.com | mvazquez@lsplawpr.com |
| lawrog@gmail.com | mzerjal@proskauer.com |
| lemuel.law.gmail.com | nathan.bull@cwt.com |
| leslieplaskon@paulhastings.com | navarro@navarrolawpr.com |
| leticia.casalduc@indianowilliams.com | nbaker@stblaw.com |
| lft@tcmrslaw.com | nhamerman@kramerlevin.com |
| Lnegron@kpmg.com | nmanne@susmangodfrey.com |
| loliver@amgprlaw.com | noguerapicon@gmail.com |
| loomislegal@gmail.com | nperez@tcmrslaw.com |
| lourdes@riverafont.com | NYROBankruptcy@sec.gov |
| lpabonroca@microjuris.com | nzt@mcvpr.com |
| lpettit@robbinsrussell.com | ofernandez@oflawoffice.com |
| lrobbins@robbinsrussell.com | oramos@pmalaw.com |
| mstancil@robbinsrussell.com | orlando1701@gmail.com |
| lrappaport@proskauer.com | ortizcolonricardo@gmail.com |
| lsepulvado@smlawpr.com | otero_and_assoc@gmail.com |
| lshelfer@gibsondunn.com | pabong@reichardescalera.com |
| lsizemore@reedsmith.com | pamela.simons@lehmanholdings.com |
| ls.valle@condelaw.com | pbentley@kramerlevin.com |
| ltorres@cstlawpr.com | pdechiara@cwsny.com |
| lucdespins@paulhastings.com | peajeinfo@dechert.com |
| Luis.vazquez@peerlessoil.com | pevarfon@gmail.com |
| cdipompeo@jonesday.com | pfriedman@omm.com |
| man@nblawpr.com | pglassman@sycr.com |
| manuel@rodriguezbanchs.com | phammer@estrellallc.com |
| marcia.goldstein@weil.com | pjime@icepr.com |
| margaritalmercado@gmail.com | pola@frankpolajr.com |
| Marieli.Paradizo@ponce.pr.gov | ppossinger@proskauer.com |
| marielopad@gmail.com | prcr@mcvpr.com |
| mark.ellenberg@cwt.com | prodriguez@prvlaw.com |
| mark.gallagher@usdoj.gov | pshalhoub@willkie.com |
| mark.mcdermott@skadden.com | puertoricoteam@primeclerk.com |
| martin.sosland@butlersnow.com | pwm@wbmvlaw.com |
| mbienenstock@proskauer.com | ra@calopsc.com |
| mblumin@afscme.org | rachel.albanese@dlapiper.com |
| mcto@debevoise.com | ramon.dapena@mbcdlaw.com |
| mevicens@yahoo.com | ramonvinas@vinasllc.com |
| mfb@tcmrslaw.com | rbonilla@bspr.com |
| mfedlman@willkie.com | rbrady@ycst.com |
| mfirestein@proskauer.com | rcamara@ferraiuoli.com |
| mfvelezquiebras@gmail.com | rcasellas@cabprlaw.com |
| michael.doluisio@dechert.com | rcastellanos@devconlaw.com |
| michaelcomerford@paulhastings.com | rgf@mcvpr.com |

rgmason@wlrk.com  
rgordon@jenner.com  
rgordon@jenner.com  
rgv@g-glawpr.com  
richard.chesley@dlapiper.com  
riverac@reichardescalera.com  
riveraroman@hotmail.com  
rlevin@jenner.com  
rlozada@msglawpr.com  
rmiranda@rmirandalex.net  
robert.jossen@dechert.com  
robert.schnell@faegrebd.com  
robin.keller@hoganlovells.com  
rortiz@rloclaw.onmicrosoft.com  
rosasegui@yahoo.com  
roy.purcell@scotiabank.com  
rrodriguez@juris.inter.edu  
rrosen@paulweiss.com  
roppenheimer@omm.com  
rprats@rpplaw.com  
rrivera@jgl.com  
salalawyers@yahoo.com  
salvatore.romanello@weil.com  
saultoledo22@yahoo.com  
sawbacal@aol.com  
scastillo@gaclaw.com  
schristianson@buchalter.com  
scolon@ferraiuoli.com  
scriado@calopsc.com  
secbankruptcy@sec.gov  
serrano.urdaz.law@hotmail.com  
serviceqa@primeclerk.com  
slevine@saul.com  
smalave@amgprlaw.com  
smillman@stroock.com  
squsba@stblaw.com  
sratner@proskauer.com  
steve@hbsslaw.com  
stuart.steinberg@dechert.com  
suarezcobo@gmail.com  
suhland@omm.com  
susheelkirpalani@quinnemanuel.com  
swb@wbmvlaw.com  
sweise@proskauer.com  
tciantra@cwsny.com  
thomas.curtin@cwt.com  
thomas.hommel@lehmanholdings.com  
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV  
tmayer@kramerlevin.com  
tmundiya@willkie.com  
tmungovan@proskauer.com  
tnegron@energia.pr.gov  
tolson@gibsondunn.com  
tpaterson@afscme.org  
ubaldo.fernandex@oneillborges.com  
USTP.Region21@usdoj.gov  
vbantneroei@buchalter.com  
velez.hector@epa.gov  
victor.quinones@mbcdlaw.com  
victorriverarios@rcrtrblaw.com  
wardlaw.w.benson@usdoj.gov  
wdalsen@proskauer.com  

wlugo@lugomender.com  
wmq@wmarrerolaw.com  
wmunoz@braxtonpr.com  
wrieman@paulweiss.com  
wsmith@mwe.com  
wssbankruptcy@gmail.com  
xavier.carol@abertis.com  
zsoto@reicharescalera.com  
acouret@smlawpr.com  
cspringer@reedsmith.com  
jknox@reedsmith.com

**Exhibit B**

| | |
|---|---|
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Cede & Co.,<br>  as nominee of the Depositary Trust Company2<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY 10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR 00919-1149 | COSALL<br>Attn: Jorge I. Valentin Ascncio<br>Carr 181 Km 2.0<br>Trujillo Alto, PR 00976 |
| COSALL<br>Attn: Jorge I. Valentin Ascncio<br>P.O. Box 1858<br>Trujillo Alto, PR 00977 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW<br>Washington, DC 20410 |
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | Environmental Protection Agency (EPA)<br>Attn: Ariel Rios<br>1200 Pennsylvania Ave., NW<br>Washington, DC 20460 |

| | |
|---|---|
| EVERTEC Inc.<br>Attn: President and General Counsel<br>Carr. #176 km. 1.3 Cupey Bajo<br>Rio Piedras, PR 00926 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC 20472 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR 00919-0095 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR 00901 |
| Small business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano<br>Roosevelt Avenue #383<br>San Juan, PR 00917 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR00951-2319 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N/W/<br>11th Floor<br>Washington, D.C. 20001 |
| United States Department of Justice Civil Division<br>Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | LÓPEZ SÁNCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918 |
| The Honorable Judith G. Dein<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, MA 02210 | Ricardo Rosello Nevares<br>Calle Olimpo Esquina Axtmeyer PDA 11<br>Miramar<br>San Juan, PR 00911 |
| U.S. Department of Justice<br>20 Massachusetts Ave. N.W.<br>Washington, DC 20530<br>Attn: Cesar A. Lopez-Morales & Jean Lin | Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Attn: Sand Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden |

| | |
|---|---|
| Management Board<br>40 Washington Square South<br>Office 314A<br>New York, NY 10012<br>Attn: Board Member | Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR 00936-4267<br>Attn: Office of the General Counsel |
| Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 | |

NAI-1503256658v1 B–4

# **Exhibit C**

United States District Court
Southern District of New York
Chambers of Honorable Laura Taylor Swain
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

NAI-1503256658v1