# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **CERTIFICATE OF SERVICE**

I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 6, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Contract Counterparties Service List attached hereto as **Exhibit A**:

- Extension of Deadline for the Puerto Rico Electric Power Authority to Assume or Reject Unexpired Nonresidential Leases Under Title III Proceeding, a copy of which is attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: December 11, 2017

_____
Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on December 11, 2017, by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20_18_

SRF 20834

**Exhibit A**

Exhibit A
Contract Counterparties Service List
Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | Address 3 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| 855630 | ANGEL FERNANDO OLIVERO BUDET | PO BOX 1281 | | | FAJARDO | PR | 00738 |
| 855631 | CARIBBEAN AIRPORT FACILITIES INC. | Attn: JEAN TIRRI | 150 CARR SECTOR CENTRAL | SUITE 3 LLM INTL AIRPORT | CAROLINA | PR | 00986 |
| 855634 | FERNANDEZ TORRES NIVIA HAYDEE | PO BOX 9 | | | BARRANQUITAS | PR | 00794 |
| 855632 | FIGNA | PO BOX 12000 | | | SAN JUAN | PR | 00922 |
| 855633 | FIGNA | CARRETERA PR-1, KM. 57.2 | | | CAYEY | PR | 00687 |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit B</u>**

**GOVERNMENT OF PUERTO RICO**

Puerto Rico Fiscal Agency and Financial Advisory Authority

December 4, 2017

**BY REGULAR MAIL**
*POR CORREO REGULAR*

Re: Extension of Deadline for the Puerto Rico Electric Power Authority to Assume or Reject Unexpired Nonresidential Leases under Title III Proceeding
*Extensión de Fecha para la Autoridad de Energía Eléctrica de Puerto Rico Asumir o Rechazar Contratos No Residenciales que No Hayan Expirado conforme al Procedimiento bajo Título III*

Dear Landlord:
*Estimado Arrendador:*

You are receiving this letter because our records show that the landlord named in Exhibit A hereto currently leases certain nonresidential real property to the Puerto Rico Electric Power Authority ("PREPA"), pursuant to the lease(s) listed in Exhibit A hereto.
*Usted ha recibido esta carta porque nuestros records indican que el arrendador identificado en el Anejo A que acompaña esta carta arrienda ciertos bienes inmuebles no residenciales a la Autoridad de Energía Eléctrica de Puerto Rico (la "AEEPR"), conforme a los contratos de arrendamiento listados en dicho Anejo A.*

On July 2, 2017, PREPA, represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed for relief under Title III of PROMESA (the "Title III Proceeding"). Pursuant to Section 365(d) of the Bankruptcy Code, made applicable to the Title III Proceeding pursuant to Section 301 of PROMESA, the Oversight Board has until January 28, 2018, to assume or reject all nonresidential real property leases, unless the corresponding landlords provide their consent to extend such deadline. Any nonresidential real property lease for which the landlord does not provide its consent to extend such deadline—or PREPA does not otherwise assume—will be deemed rejected on January 28, 2018.
*El 2 de julio de 2017, la AEEPR, representado por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), radicó una petición para acogerse al Título III de PROMESA (el "Procedimiento de Título III"). Conforme a la Sección 365(d) del Código de Quiebras, que es aplicable al Procedimiento de Título III conforme a la Sección 301 de PROMESA, la Junta de Supervisión tiene hasta el 28 de enero de 2018 para asumir o*

*rechazar los contratos de arrendamiento para bienes inmuebles no residenciales, a menos que los arrendadores correspondientes provean su consentimiento para extender dicha fecha. Cualquier arrendamiento de bien inmueble no residencial para el cual el arrendador no provea su consentimiento para extender dicha fecha – o que la AEEPR no asuma de otro modo – se considerará rechazado efectivo el 28 de enero de 2018.*

In order to avoid the rejection of the leases listed in Exhibit A hereto by the January 28, 2018 deadline, we hereby request your consent to extend the deadline to assume or reject said lease(s), and any other leases between the landlord named in Exhibit A, as landlord, and PREPA, as tenant, until the earlier of (i) January 1, 2019, (ii) the date of expiration or termination of such lease(s) pursuant to its(their) own terms, or (iii) the date on which a plan of adjustment is confirmed under the Title III Proceeding. Such extension is not intended to affect any of the parties' respective rights or remedies under said lease(s) or the Title III Proceeding.

*Para evitar que los arrendamientos listados en el Anejo A sean rechazados en la fecha límite del 28 de enero de 2018, por este medio solicitamos su consentimiento para extender la fecha límite para asumir o rechazar dicho(s) arrendamiento(s), y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y la AEEPR, como arrendatario, hasta lo primero que ocurra entre: (i) el 1 de enero de 2019, (ii) la fecha de expiración o terminación de dicho(s) arrendamiento(s) conforme a sus propios términos, o (iii) la fecha en que un plan de ajuste sea confirmado bajo el Procedimiento de Título III. Dicha extensión no pretende afectar ninguno de los derechos o remedios respectivos de las partes bajo dicho(s) arrendamiento(s) o el Procedimiento de Título III.*

If you do not wish to extend the date for the assumption or rejection of the lease(s) listed in Exhibit A hereto, and any other leases between the landlord named in Exhibit A, as landlord, and PREPA, as tenant, as provided above, please contact the following counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("FAFAA") by mail, telephone, or email **on or before December 21, 2017**:

*Si usted no desea extender la fecha límite para que se asuman o rechacen los arrendamientos listados en el Anejo A y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y la AEEPR, como arrendatario, favor de comunicarse con los siguientes representantes legales de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") por correo, teléfono o correo electrónico en o antes del **21 de diciembre de 2017**:*

> Lcdo. Ricardo O. Meléndez
> Lcda. María Cecilia Santos
> Pietrantoni Méndez & Alvarez LLC
> Popular Center – 19th Floor
> 208 Ponce de León Avenue
> San Juan, Puerto Rico 00918
> Tel.: (787) 773-6005
> Email: msantos@pmalaw.com; rmelendez@pmalaw.com

If you do not respond to this letter by mail, telephone, or email on or before **December 21, 2017,** at the address, number, or email provided above, it will be understood that the landlord

named in Exhibit A has granted its consent to extend the deadline for the assumption or rejection of all the lease(s) listed in Exhibit A, and any other leases between the same landlord, as landlord, and PREPA, as tenant, without waiving any rights and remedies that the landlord may have under said leases.

*Si no responde a esta carta en o antes del **21 de diciembre de 2017** por correo, teléfono o correo electrónico mediante la dirección, número o correo electrónico provisto arriba, se considerará que el arrendador identificado en el Anejo A ha provisto su consentimiento para extender la fecha para asumir o rechazar todos los arrendamientos listados en el Anejo A, y cualquier otro arrendamiento entre el mismo arrendador, como arrendador, y la AEEPR, como arrendatario, sin perjuicio de los derechos y remedios que el arrendador pudiese tener bajo dicho(s) arrendamiento(s).*

If you have any questions regarding the foregoing, you or your counsel (if you are represented by counsel) may contact FAFAA's counsel at the address, number, or email provided above.

*Si tiene cualquier pregunta con respecto a lo anterior, usted o su representante legal (en la medida que tenga representación legal) puede comunicarse con los representantes legales de AAFAF a la dirección, número o correo electrónico indicados arriba.*

Very truly yours,
*Cordialmente,*

Gerardo J. Portela Franco
Executive Director
*Director Ejecutivo*

# Exhibit A
*Anejo A*

| Lease ID<br>*Número de Control* | Office of the Controller Registration Number<br>*Número de Registro de la Oficina del Contralor* | Landlord<br>*Arrendador* | Tenant<br>*Arrendatario* |
|---|---|---|---|
| | | | |

If you have any questions about this notice, please call (844) 822-9231 (Local), or (646) 486-7944 (International), email PuertoRicoInfo@PrimeClerk.com or visit https://cases.primeclerk.com/PuertoRico

*Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com/PuertoRico*