UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SETTING DEADLINES IN CONNECTION WITH THE PUERTO RICO FUNDS' MOTION
CONDITIONING THE AUTOMATIC STAY ON THE CONTINUATION OF ERS BONDHOLDER
PROTECTIONS, OR, ALTERNATIVELY, TO ENFORCE THE COURT'S JULY 17, 2017 ORDER

       The Court has received correspondence informing the Court that an extension of time to object to *The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections, or Alternatively, to Enforce the Court's July 17, 2017 Order* (the "Motion") (Docket Entry No. 221 in Case No. 17-3566) has been provided to the following parties: (i) The Bank of New York Mellon; and (ii) ERS bondholders, Altair Global Credit Opportunities Fund (A), LLC; Andalusian Global Designated Activity Company; Glendon Opportunities Fund, L.P.; Mason Capital Master Fund LP; Nokota Capital Master Fund, L.P.; Oaktree-Forrest Multi-Strategy, LLC (SERIES B); Oaktree Opportunities Fund IX, L.P.; Oaktree Opportunities Fund IX (PARALLEL 2), L.P.; Oaktree Value Opportunities Fund, L.P.; Ocher Rose, L.L.C.; and SV Credit, L.P. ("Extension Parties"). The Extension Parties have been granted a consensual extension to file any objection to the Motion by **December 15, 2017 at 4:00 p.m.** (Atlantic Standard Time). Replies to any objections filed by the Extension Parties must be filed by **December 17, 2017 at 12:00 p.m.** (Atlantic Standard Time). The objection and

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

reply deadlines remain unchanged for all other parties as set forth in the applicable Case Management Order.

        SO ORDERED.

Dated: December 11, 2017

                                                              /s/ Laura Taylor Swain  
                                                           LAURA TAYLOR SWAIN  
                                                           United States District Judge