# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 8-11, 2017, I caused the below to be electronically filed in this case with the Clerk of Courts, using the CM/ECF system, which will send notifications to all counsel of record.

a. *Limited Response of the Mutual Fund Group to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery under Bankruptcy Rule 2004* [Dkt. 1950]

b. *Mutual Fund Group's Informative Motion and Notice of Request to be Heard at December 14, 2017 Hearing* [Dkt. 1958]

c. *Joint Status Report Regarding Renewed Joint Motion by Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp.,*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

1

*Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* [Dkt. 1972].

Also, I hereby certify that, on the same dates, two (2) copies of the above were sent by Fed Ex to the Chambers of the Hon. Laura Taylor Swain at:

**United States District Court**
**Daniel Patrick Moynihan Courthouse**
**500 Pearl St., Suite 3212**
**New York, NY 10007-1312**

and two (2) copies to the Hon. Judith Gail Dein at:

**United States District Court for the District of Massachusetts**
**One Courthouse Way – Suite 6420**
**Boston, MA 0221**

and one (1) copy to the U.S. Trustee for the District of Puerto Rico at:

**Monsita Lecaroz Arribas**
**U.S. Trustee for the District of Puerto Rico**
**Edificio Ochoa**
**500 Tanca Street, Suite 301**
**San Juan, P.R. 00901-1922**

**RESPECTFULLY SUBMITTED.**

 *s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760