**Presentment Date**: December 20, 2017
**Objection Deadline**: December 19, 2017 at 5:00 p.m. (AST)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1065-1**<br><br> (Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>              Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Notice relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.** |

## NOTICE OF PRESENTMENT OF STIPULATION MODIFYING THE AUTOMATIC STAY BETWEEN THE COMMONWEALTH OF PUERTO RICO AND GAM REALTY, LLC.

**PLEASE TAKE NOTICE** on August 17, 2017, as amended on October 24, 2017, the

Court entered the *Order Amending Case Management Procedures* (the "Case Management

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Order"), which revised the *Notice, Case Management and Administrative Procedures* to implement a protocol for filing motions for relief from the automatic stay (the "Title III Stay") set forth in Bankruptcy Code sections 362(a) and 922(a), made applicable to the Commonwealth of Puerto Rico's (the "Commonwealth") Title III case by section 301(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA") [ECF No. 1065, 1512].

PLEASE TAKE FURTHER NOTICE that, on November 28, 2017, GAM Realty, LLC ("Movant") filed the *Motion by GAM Realty, LLC for Relief for Automatic Stay* (the "Motion," ECF No. 1856) seeking to lift the Title III Stay to proceed with the case captioned *GAM Realty LLC v. Nelson J. Santiago Marrero, et al.,* Civil Action No. 16-2910 (PAD) (the "Prepetition Action")*,* pending before the United States District Court, District of Puerto Rico (the "District Court").

PLEASE TAKE FURTHER NOTICE that, in good faith and in an effort to avoid further litigation, costs, and expenses in the District Court, the Commonwealth and Movant met and conferred and have resolved Movant's request for relief from the Title III Stay by agreeing to a partial modification of the Title III Stay in accordance with the terms of the *Stipulation Modifying the Automatic Stay Between the Commonwealth of Puerto Rico and GAM Realty, LLC*, attached hereto as Exhibit A (the "Stipulation").

PLEASE TAKE FURTHER NOTICE that, under the Stipulation, the Commonwealth and Movant have agreed to modify the Title III Stay to allow the Prepetition Action to proceed pursuant to the terms of the Stipulation.

PLEASE TAKE FURTHER NOTICE that, as a condition to resolving the Motion, the parties have agreed to file and seek court approval of the Stipulation.

PLEASE TAKE FURTHER NOTICE that, the parties agree that the Stipulation resolves

2

the Motion [ECF No. 1856] and the Motion no longer needs to be heard at the December 20, 2017 omnibus hearing.

PLEASE TAKE FURTHER NOTICE that the Commonwealth and the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") do not agree with the assertions contained in the Motion, and the Stipulation does not constitute a waiver of any argument with respect thereto to the extent raised by Movant or any other party in any subsequent proceeding in this Title III case or otherwise.

PLEASE TAKE FURTHER NOTICE that the Commonwealth will present the Stipulation to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, P.R. 00918-1767 for signature on December 20, 2017.[2]

PLEASE TAKE FURTHER NOTICE that unless a written objection to the Stipulation is filed with the Court no later than 5:00 p.m. (AST) on December 19, 2017, no hearing will be held and the Stipulation may be approved.

PLEASE TAKE FURTHER NOTICE that copies of the Stipulation and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

---

[2]   The Oversight Board, as the Debtors' representative pursuant to PROMESA section 315(b), has authorized the Department of Justice to file this Notice on behalf of the Commonwealth.

3

Dated:  December 13, 2017.
      San Juan, Puerto Rico

          Respectfully submitted,

          **WANDA VÁZQUEZ GARCED**
          Secretary of Justice

          */s/ Wandymar Burgos*
          **WANDYMAR BURGOS VARGAS**
          USDC 223502
          Deputy Secretary in Litigation
          Department of Justice
          P.O. Box 9020192
          San Juan, Puerto Rico 00902-0192
          Phone: 787-721-2940 Ext. 2500, 2501
          wburgos@justicia.pr.gov

          *Attorney for the Commonwealth of Puerto Rico*

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 1065-1, 1512-1, 1856**<br><br> (Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Stipulation relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.** |

**STIPULATION MODIFYING THE AUTOMATIC STAY
BETWEEN THE COMMONWEALTH OF PUERTO RICO AND
<u>GAM REALTY, LLC</u>**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This stipulation (the "Stipulation") is made as of December 13, 2017, by and between the Commonwealth of Puerto Rico (the "Commonwealth") and GAM Realty, LLC ("Movant").[2]

### RECITALS

**WHEREAS**, on May 3, 2017, the Commonwealth, by and through the Oversight Board, as the Commonwealth's representative pursuant to PROMESA section 315(b), filed a petition with the United States District Court for the District of Puerto Rico (the "District Court") under title III of PROMESA (the "Title III Case");

**WHEREAS**, on November 28, 2017, Movant filed the *Motion by GAM Realty, LLC for Relief for Automatic Stay* (the "Motion," ECF No. 1856) seeking to lift the automatic stay set forth in Bankruptcy Code sections 362(a) and 922(a),[3] made applicable to the Title III Case by PROMESA section 301(a) (the "Title III Stay"), to proceed with the case captioned *GAM Realty LLC v. Nelson J. Santiago Marrero, et al.,* Civil Action No. 16-2910 (PAD) (the "Prepetition Action")*,* pending before the United States District Court, District of Puerto Rico (the "District Court");

**WHEREAS**, in good faith and in an effort to avoid further litigation, costs, and expenses in the District Court, the Commonwealth and Movant met and conferred and have resolved Movant's request for relief from the Title III Stay; and

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), has authorized the Department of Justice to file this Stipulation on behalf of the Commonwealth.

[3] In a title III case, Bankruptcy Code section 922 extends the self-executing provisions of Bankruptcy Code section 362 to, among other things, actions against officers and inhabitants of the debtor to enforce claims against the debtor. *See Order Pursuant to PROMESA Section 301(a) and Bankruptcy Code Sections 105(a), 362(a), 365, and 922 Confirming (I) Application of the Automatic Stay to Government Officers, Agents, and Representatives, (II) Stay of Prepetition Lawsuits, and (III) Application of Contract Protections* [ECF No. 543] ("For the avoidance of doubt, the protections of Bankruptcy Code section 922(a)(1) with respect to officers and inhabitants of the Debtors, as set forth in paragraph 4(a) [of the Order], apply in all respects to the Debtors' officers in both their official and personal capacities with respect to actions whereby parties pursuing such actions seek to enforce claims against any of the Debtors.").

**WHEREAS**, as a condition to resolving the Motion, the parties have agreed to file and seek court approval of this Stipulation.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the Commonwealth and Movant, through their counsel, each of whom represent and warrant they possess the requisite authority to bind the respective parties hereto, as follows:

1.      The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the District Court only with respect to the injunction and declaratory judgment causes of action; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment on causes of action other than the injunction and the declaratory judgment  and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor.

2.      Under this Stipulation, the Commonwealth and Movant have agreed to modify the Title III Stay to allow the Prepetition Action to proceed pursuant to the terms above, accordingly the parties agree that this Stipulation resolves the Motion [ECF No. 1856] and the Motion no longer needs to be heard at the December 20, 2017 omnibus hearing.

3.      Nothing contained in this Stipulation shall operate as a waiver or modification of the Title III Stay so as to permit the prosecution against the Commonwealth or any of the other Title III Debtors of any claim or claims by anyone other than Movant as provided for herein and the Commonwealth reserves all rights, defenses, and protections with respect to any matters pending or that may arise in the Title III Case, including the treatment of any claim arising from the Prepetition Action under a plan of adjustment or otherwise in the Title III Case.

4.      The Commonwealth and Movant represent and warrant that they are properly and fully empowered to enter into and execute this Stipulation, which they know of no contractual commitment or legal limitation of, impediment to, or prohibition against their entry into this Stipulation, and that the Stipulation is legal, valid, and binding upon them.

5.      Neither this Stipulation, nor the settlement provided for herein, nor any statement made, action, or position taken, or document prepared or executed in connection with the negotiation, execution, or implementation of this Stipulation shall be deemed to be, or construed as, (a) an admission by any party of any liability, wrongdoing, act, or matter or that any claim or defense has or lacks merit; (b) a waiver of the Commonwealth's rights to dispute, contest, setoff, or recoup any claim, including any claims asserted by Movant in the Prepetition Action, or assert any related rights, claims, or defenses and all such rights are reserved; (c) a waiver of any claims for relief or causes of action that the Movant has pled in the Prepetition Action or that may relate to or arise from the Prepetition Action or the matters asserted therein, whether against defendants in the Prepetition Action, their successors, or other persons or third parties; or (d) an approval or assumption of any agreement or contract between the parties under Bankruptcy Code section 365.

6.      Nothing in this Stipulation shall be deemed or construed as (a) creating or conferring any right upon any persons or entities (other than Movant as expressly provided in this Stipulation), or (b) evidence of any willingness or obligation on the Commonwealth's part to consent to any other or future modifications of or relief from the Title III Stay with respect to any persons or entities.

7.      This Stipulation contains the entire agreement by and between the parties with respect to the subject matter hereof, and all prior understandings or agreements, if any, are merged into this Stipulation.

4

8.  This Stipulation shall be construed and interpreted in accordance with the laws of Puerto Rico.  For purposes of construing this Stipulation, neither of the parties shall be deemed to have been the drafter of the Stipulation.

9.  Electronic copies of signatures on this Stipulation are acceptable, and an electronic copy of a signature on this Stipulation is deemed an original. This Stipulation may be executed in counterparts, each of which is deemed an original, but when taken together constitute one and the same document.

10.  This Stipulation may not be modified other than by a signed writing executed by the parties hereto.

11.  The District Court shall retain jurisdiction to hear any matters or disputes arising from or relating to this Stipulation.

12.  This Stipulation shall be immediately effective and enforceable upon approval by the District Court.

*Remainder of Page Intentionally Left Blank*

**IN WITNESS WHEREOF** and in agreement herewith, by and through their counsel, the

parties have executed and delivered this Stipulation as of the date first set forth above.


**WANDA VÁZQUEZ GARCED**
Secretary of Justice

*/s/ Wandymar Burgos*
**WANDYMAR BURGOS VARGAS**
USDC 223502
Deputy Secretary in Litigation
Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2940 Ext. 2500, 2501
wburgos@justicia.pr.gov

*Attorney for the Commonwealth of Puerto Rico*

**CASELLAS ALCOVER & BURGOS, P.S.C.**
PO Box 364924
San Juan, PR 00936-4924
Phone: (787) 756-1400
Fax: (787) 756-1401

*/s/ Ricardo F. Casellas Sánchez*
Ricardo F. Casellas Sánchez
Bar No. 203114
E-mail: rcasellas@cabprlaw.com

*/s/ Mariano A. Mier Romeu*
Mariano A. Mier Romeu
Bar No. 217203
E-mail: mmier@cabprlaw.com

*Attorneys for GAM Realty, LLC*


SO ORDERED, this __ day of _____, 2017


_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE