**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>       Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
<u>FOR APPEARANCE AT DECEMBER 20-21, 2017, OMNIBUS HEARING</u>**

To the Honorable United States Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("***FGIC***"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at December 20-21, 2017, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1.      Martin A. Sosland intends to appear on behalf of FGIC at the omnibus hearing on December 20-21, 2017 in courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2.      Further, Martin A. Sosland also intends to appear to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

3.      In addition, one or two additional representatives of FGIC may attend the December 20-21, 2017, Omnibus Hearing.

39716140.v1

Dated:   December 13, 2017.

Respectfully submitted,

REXACH & PICÓ, CSP

By: _/s/ *María E. Picó*_____

    María E. Picó, USDC-PR 123214
    802 Ave. Fernández Juncos
    San Juan PR 00907-4315
    Telephone: (787) 723-8520
    Facsimile: (787) 724-7844
    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: _/s/ *Martin A. Sosland*_____

    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    Stanford G. Ladner (*pro hac vice*)
    1700 Broadway, 41st Floor
    New York, NY 10019
    Telephone: (646) 606-3996
    Facsimile: (646) 606-3995
    E-mail: stan.ladner@butlersnow.com

    Christopher R. Maddux (*pro hac vice*)
    J. Mitchell Carrington (*pro hac vice*)
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 39157
    Telephone: (601) 985-2200
    Facsimile: (601) 985-4500
    E-mail: chris.maddux@butlersnow.com
    mitch.carrington@butlersnow.com

    Jason W. Callen (*pro hac vice*)
    150 3rd Avenue, South, Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774

2

Facsimile: (615) 651-6701
E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance
Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will notify case participants.

Dated:  December 13, 2017.

Respectfully submitted,

By: */s/ Martin A. Sosland*
       Martin A. Sosland

*Attorney for Financial Guaranty Insurance
Company*

3