# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | ) PROMESA<br>) Title III<br>) |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS<br>)<br>) **(Jointly Administered)** |
| As a representative of | ) |
| THE COMMONWEALTH OF PUERTO RICO<br>*et al.*, | ) Re: D.I. 1806<br>) |
| Debtors.[1] | ) |

### ORDER ALLOWING BENNAZAR, GARCÍA & MILIÁN
### INTERIM COMPENSATION FOR SERVICES
### RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the interim fee application of Bennazar, García & Milán (Dkt. No. 1806, the "**Application**"), pursuant to section 316 of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for the interim allowance of certain fees and expenses, including all holdbacks, incurred by the Applicant for the specific period of time set forth in the Application (the "**Compensation Period**"), filed in accordance with the *First*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the:  (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

*Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 1715] (the "**Interim Compensation Order**") and the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416] (the "**Fee Examiner Order**"); and the Court having reviewed the Application with respect to the Applicant and/or the report filed by the Fee Examiner with respect to the Application (*see* Dkt. No. 1981), recognizing the circumstances described in the report; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to PROMESA section 306(a); and (b) notice of the Application thereon was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED on an interim basis, to the extent set forth on the attached **Exhibit A**.

2. The Applicant is allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective and adjusted amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay the Applicant—within 28 days of the entry of this order—100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** hereto under the columns "Interim Fees Approved" and "Interim Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

4. This order resolves docket entry no. 1806 in Case No. 17-3283.

SO ORDERED.

Dated: December 13, 2017

          /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

18169067.3

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of PUerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Order - EXHIBIT A**

**First Interim Fee Period**

| Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| *Attorneys for the Official Committee of Retired Employees* | | | | | | | |
| Bennazar, Garcia & Milian C.S.P. [D.I. 1806] | 5/3/2017 - 9/30/2017 | $ 280,175.00 | $ 187.50 | $ 7,952.24 | $ 1,006.00 | $ 279,987.50 | $ 6,946.24 |

18169385.1