## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

Set: 1:30 PM (AST)
Started: 2:08 PM (AST)
Ended: 3:34 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE HONORABLE JUDITH GAIL DEIN**          DATE December 14, 2017

COURTROOM DEPUTY: Thomas Quinn / Carmen Tacoronte

COURT REPORTER: Joan Daly (MA)

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br><br><br>(Jointly Administered) |

**Motion Hearing held.**

- Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination [Docket No. 1870].
  - Motions for Joinder [Docket Nos. 1898, 1906, 1910 and 1911]

Arguments heard.

The ruling on the 2004 motion and the motions for joinder will be limited to the seventeen (17) categories[1] and are subject to objections as discussed today.

On or before December 22, 2017, counsel shall file a joint proposal on the usage of the documents.

Order(s) to follow.

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy Clerk

---

[1] Pages 10-14 of Schedule A to Docket No. 1870.