Hearing Date: December 20, 2017 at 9:30 a.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

------------------------------------------------------------------x

**NOTICE OF FILING OF (A) URGENT JOINT MOTION OF FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
AUTHORITY FOR ORDER CONCERNING RECEIPT AND USE OF PUERTO
RICO ELECTRIC POWER AUTHORITY INSURANCE PROCEEDS; AND (B) THE
DECLARATION OF SAMMY L. RODRIGUEZ ORTEGA IN SUPPORT OF URGENT
JOINT MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD**

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**FOR PUERTO RICO, AND THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY FOR ORDER CONCERNING RECEIPT AND USE OF THE PUERTO RICO ELECTRIC POWER AUTHORITY INSURANCE PROCEEDS**

**PLEASE TAKE NOTICE** that on December 13, 2017, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of PREPA pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), filed an *Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and use of Puerto Rico Electrical Power Authority Insurance Proceeds* in Bankruptcy Case No. 17 BK 4780-LTS at Docket No. 491 (the "Motion")[2].

**PLEASE TAKE FURTHER NOTICE** that on December 14, 2017, the Oversight Board, as representative of PREPA, filed the *Declaration of Sammy L. Rodriguez Ortega in Support of Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of the Puerto Rico Electric Power Authority Insurance Proceeds*, also in Bankruptcy Case No. 17 BK 4780-LTS at Docket No. 493 (the "Rodriguez Declaration").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Paragraph 5 of the *Order (A) Pursuant to PROMESA Section 304(g), Directing Joint Administration of Initial Title III Cases and Additional Title III Case, (B) Pursuant to Section 105(a) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case, and (C) Pursuant to Section 105(a) of the Bankruptcy Code, Maintaining the Effect of Certain Pleadings Filed in the Additional Title III Case* [Docket No. 1417], attached hereto as **Exhibit 1** is a copy of the Motion as filed in Bankruptcy Case No. 17 BK 4780-LTS.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit 2</u>** is a copy of the Rodriguez Declaration as also filed in Bankruptcy Case No. 17 BK 4780-LTS.

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced documents and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: December 14, 2017

> Respectfully submitted,
>
> /s/ Martin J. Bienenstock
> Martin J. Bienenstock (Admitted *Pro Hac Vice*)
> Brian S. Rosen (Admitted *Pro Hac Vice*)
> Paul V. Possinger (Admitted *Pro Hac Vice*)
> Ehud Barak (Admitted *Pro Hac Vice*)
> Maja Zerjal (Admitted *Pro Hac Vice*)
> **PROSKAUER ROSE LLP**
> Eleven Times Square
> New York, NY 10036
> Tel: (212) 969-3000
> Fax: (212) 969-2900
>
> *Attorneys for the Financial*
> *Oversight and Management Board*
> *as Representative for the Debtors*
>
> /s/ Hermann D. Bauer
> Hermann D. Bauer
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Tel: (787) 764-8181
> Fax: (787) 753-8944
>
> *Co-Attorneys for the Financial*
> *Oversight and Management Board*
> *as Representative for the Debtors*

3