IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------- x
                                                                         )

In re:                                           )     PROMESA
                                                                )     Title III

THE FINANCIAL OVERSIGHT AND        )
MANAGEMENT BOARD FOR PUERTO RICO  )     Case No. 3:17-cv-03283 (LTS)
                                                                 )
       as representative of                   )     (Jointly Administered)
                                                                  )

THE COMMONWEALTH OF PUERTO RICO, *et al.*,)
                                                                 )
                   Debtors.[1]                    )
                                                                  )
---------------------------------------------------------------- X

**INFORMATIVE MOTION OF THE ERS SECURED
CREDITORS WITH RESPECT TO ORDER REGARDING THE
LOCATION AND PROCEDURES FOR ATTENDANCE, PARTICIPATION
AND OBSERVATION OF THE DECEMBER 20-21, 2017 OMNIBUS HEARING**

    Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P. (collectively the "ERS Secured Creditors"), by and through their attorneys, hereby submit this corrected informative motion in response to this Court's *Order Regarding The Location And Procedures For*

---

[1]    The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID: 3808).

*Attendance, Participation And Observation Of The December 20-21, 2017 Omnibus Hearing* (Docket No. 1893), and respectfully state as follows:

1. Bruce Bennett and Benjamin Rosenblum of Jones Day will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 to present argument with respect to and respond to any issues raised with respect to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Other than Bruce Bennett and Benjamin Rosenblum, the ERS Secured Creditors do not intend for any additional persons to attend the December Omnibus Hearing on their behalf.

2. The ERS Secured Creditors also reserve their right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases or any adversary proceeding currently pending in the jointly administered Title III cases.

**RESPECTFULLY SUBMITTED.**
In San Juan, Puerto Rico, today December 14, 2017.
By:

| | |
|---|---|
| */s/ Alfredo Fernández-Martínez* | */s/ Bruce Bennett* |
| Alfredo Fernández-Martínez | Bruce Bennett (*pro hac vice*) |
| DELGADO & FERNÁNDEZ, LLC | JONES DAY |
| PO Box 11750 | 555 South Flower Street |
| Fernández Juncos Station | Fiftieth Floor |
| San Juan, Puerto Rico 00910-1750 | Los Angeles, California 90071 |
| Tel. (787) 274-1414 | Tel. (213) 489-3939 |
| Fax: (787) 764-8241 | Fax: (213) 243-2539 |
| afernandez@delgadofernandez.com | bbennett@jonesday.com |
| USDC-PR 210511 | |
| | Benjamin Rosenblum (*pro hac vice*) |
| *Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Limited, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.* | JONES DAY |
| | 250 Vesey Street |
| | New York, NY 10281 |
| | Tel. (212) 326-3939 |
| | Fax: (212) 755-7306 |
| | brosenblum@jonesday.com |
| | |
| | Geoffrey S. Stewart (*pro hac vice*) |
| | Beth Heifetz (*pro hac vice*) |
| | Christopher DiPompeo (*pro hac vice*) |
| | Sparkle L. Sooknanan (*pro hac vice*) |
| | JONES DAY |
| | 51 Louisiana Ave. N.W. |
| | Washington, DC 20001 |
| | Tel. (202) 879-3939 |
| | Fax: (202) 626-1700 |
| | gstewart@jonesday.com |
| | bheifetz@jonesday.com |
| | cdipompeo@jonesday.com |
| | ssooknanan@jonesday.com |
| | |
| | *Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 14, 2017, I caused a copy of the foregoing *Informative Motion Of The ERS Secured Creditors With Respect To Order Regarding The Location And Procedures For Attendance, Participation And Observation Of The December 20-21, 2017 Omnibus Hearing*, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2017, at New York, New York.

      /s/ Benjamin Rosenblum
      Benjamin Rosenblum