UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF AAFAF, ON BEHALF OF PREPA, FOR APPEARANCE AT DECEMBER 20-21, 2017 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent for the Puerto Rico Electric Power Authority ("PREPA"), through undersigned counsel, respectfully submits this Informative Motion in response to the Court's order entered on December 1, 2017 [ECF No. 1893].

1. Nathan A. Haynes of Greenberg Traurig, LLP intends to appear in person and speak at the December 20-21, 2017 Omnibus Hearing (the "Omnibus Hearing") in the New York courtroom on behalf of AAFAF regarding the *Urgent Joint Motion of Financial Oversight and*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds* [Case No. 17-4780, ECF No. 491].

2. Nancy A. Mitchell, Kevin D. Finger, and Joseph P. Davis III of Greenberg Traurig, LLP also intend to appear in person in the New York courtroom, and will seek to be heard on behalf of AAFAF as needed with respect to matters involving PREPA. Leo Muchnik of Greenberg Traurig, LLP also intends to attend the Omnibus Hearing in person in the New York courtroom.

3. The AAFAF anticipates one representative from PREPA will attend the Omnibus Hearing in the New York courtroom.

4. Counsel in San Juan, Katiuska Bolaños-Lugo, will make every effort to appear at the Omnibus Hearing in the San Juan courtroom but does not seek to be heard.

WHEREFORE, the AAFAF respectfully requests that the Court take notice of the above.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: December 15, 2017<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Nathan A. Haynes<br><br>Nancy A. Mitchell<br>David D. Cleary<br>Nathan A. Haynes<br>Kevin D. Finger<br>(Admitted *Pro Hac Vice*)<br>**GREENBERG TRAURIG LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 801-9200<br>Fax: (212) 801-6400<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA*<br><br>*/s/* Katiuska Bolaños Lugo<br><br>Arturo Diaz-Angueira (USDC No. 117907)<br>Katiuska Bolaños Lugo (USDC No. 231812)<br>**CANCIO, NADAL, RIVERA & DIAZ, PSC**<br>403 Muñoz Rivera Ave.<br>San Juan, PR 00918-3345<br>Tel: (787) 767-9625<br>Fax: (787) 622-2230<br><br>*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA* |

*TCO 362823611v2*