# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT DECEMBER 20-21, 2017 OMNIBUS HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding The Location And Procedures For Attendance Participation And Observation Of The December 20-21, 2017 Omnibus Hearing* (Dkt. No. 1893), the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the December 20-21, 2017 omnibus hearing (the "Omnibus Hearing"). The GO Group respectfully states as follows:

1. Mark T. Stancil and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear on behalf of the GO Group in Courtroom 17C of the

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

United States District Court for the District of New York, Daniel Patrick Moynihan Courthouse (the "Southern District Courthouse").

2. Messrs. Stancil and Burke intend to present argument on behalf of the GO Group in connection with (i) the GO Group's *Motion To Dismiss Certain Causes Of Action As Outside The Scope Of The Commonwealth-COFINA Dispute* (Dkt. 106 in Adv. Proc. 17-257-LTS), should the Court determine that oral argument on the motion is appropriate; and (ii) any responses or objections thereto. They will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

3. The GO Group anticipates that two additional representatives may attend the Omnibus Hearing at Southern District Courthouse.

[*The remainder of this page is intentionally left blank.*]

| | |
|---|---|
| Dated: December 14, 2017 | Respectfully submitted. |
| | **JIMÉNEZ, GRAFFAM & LAUSELL** |
| | By: /s/ J. Ramón Rivera Morales |
| | J. Ramón Rivera Morales<br>   (USDC-PR No. 200701)<br>Andrés F. Picó Ramírez<br>   (USDC-PR No. 302114)<br>PO Box 366104<br>San Juan, PR 00936-6104<br>Telephone: (787) 767-1030<br>Email: rrivera@jgl.com<br>       apico@jgl.com |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| By: /s/ Andrew N. Rosenberg<br>Andrew N. Rosenberg**<br>Kyle J. Kimpler**<br>Karen R. Zeituni**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email: arosenberg@paulweiss.com<br>       kkimpler@paulweiss.com<br>       kzeituni@paulweiss.com | By: /s/ Mark T. Stancil<br>Lawrence S. Robbins**<br>Mark T. Stancil**<br>Gary A. Orseck**<br>Kathryn S. Zecca**<br>Ariel N. Lavinbuk**<br>Donald Burke**<br>1801 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Email: lrobbins@robbinsrussell.com<br>       mstancil@robbinsrussell.com<br>       gorseck@robbinsrussell.com<br>       kzecca@robbinsrussell.com<br>       alavinbuk@robbinsrussell.com<br>       dburke@robbinsrussell.com |

*\*\* admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*