IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br>                       Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### THE PUERTO RICO FUNDS' INFORMATIVE MOTION
### REGARDING THE DECEMBER 20-21, 2017 OMNIBUS HEARING

Certain Puerto-Rico based mutual funds (collectively, the "Puerto Rico Funds"),[2] hereby submit this informative motion and request to be heard pursuant to the Court's *Order Regarding*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The Puerto Rico Funds are the following Puerto Rico-based funds: Puerto Rico AAA Portfolio Bond Fund II, Inc.; Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund, Inc. II; Puerto Rico Investors Tax-Free Fund III, Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund.

1

*Location and Procedures for Attendance, Participation, and Observation of December 20-21, 2017 Omnibus Hearing* [17-BK-3283, ECF No. 1893], and respectfully state as follows:

1. John K. Cunningham of White & Case LLP will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York on behalf of the Puerto Rico Funds to present argument on the following:

(i) *The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or Alternatively, to Enforce the Court's July 17, 2017 Order* [17-BK-3283, ECF No. 1866; and 17-BK-3566, ECF No. 221], and all responses and objections thereto;

(ii) to the extent that Court determines oral argument is appropriate, *AAFAF's Motion to Enforce the Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute and to Dismiss Unsanctioned Claims and Counterclaims* [17-AP-257, ECF No. 104] and all responses and objections thereto;

(iii) to the extent that Court determines oral argument is appropriate, the *Motion of the Ad Hoc Group of General Obligation Bondholders to Dismiss Certain Causes of Action as Outside the Scope of the Commonwealth-COFINA Dispute* [17-AP-257, ECF No. 106], and all responses and objections thereto;

(iv) to the extent that Court determines oral argument is appropriate, the *Limited Joinder of Commonwealth Agent to (I) Motion of Financial Oversight and Management Board for and Management Board for Entry of Order (A) Confirming Scope of COFINDA and Commonwealth Agents' Authority Under Stipulation and Order and (B) Determining Certain Claims to Exceed the Scope*

    *of the Commonwealth-COFINA Dispute and (II) AAFAF's Motion to Enforce the Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute and to Dismiss Unsanctioned Claims and Counterclaims"* [17-AP-257, ECF No. 108] and all responses and objections thereto;

(v)  to the extent that Court determines oral argument is appropriate, the *Motion of Financial Oversight and Management Board for Entry of Order (A) Confirming Scope of COFINDA and Commonwealth Agents' Authority Under Stipulation and Order and (B) Determining Certain Claims to Exceed the Scope of the Commonwealth-COFINA Dispute* [17-AP-257, ECF No. 109], and all responses and objections thereto; and

(vi)  any issue raised by the Court or statement made by any party in connection with the Title III cases or any adversary proceeding pending therein.

2. The Puerto Rico Funds anticipate one additional representative, Mr. Fernando de la Hoz, will also attend the December 20-21, 2017 Omnibus Hearing at the United States District Court for the Southern District of New York.

**WHEREFORE**, the Puerto Rico Funds respectfully request that the Court take notice of the foregoing.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Americas 92856000

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, December 15, 2017.

By: /s/ *Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112
SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
(787) 522-6776
(787) 522-6777
alavergne@sanpir.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc, Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*

Americas 92856000