UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT
THE DECEMBER 20–21, 2017 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

    1.    The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this Informative Motion in response to the Court's order entered on December 1, 2017 [ECF No. 1893].

    2.    The following counsel intend to appear in person in the New York courtroom and be heard at the December 20–21, 2017 omnibus hearing (the "December Omnibus Hearing") on

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

behalf of AAFAF, to present the perspective of the Government of Puerto Rico, on the following matters:

    a. Peter Friedman of O'Melveny & Myers LLP will seek to be heard on the *Motion of Financial Oversight and Management Board for Puerto Rico for Entry of Order (A) Confirming Scope of COFINA and Commonwealth Agents' Authority Under Stipulation and Order and (B) Determining Certain Claims to Exceed Scope of the Commonwealth-COFINA Dispute* [Adv. Proc. No. 17-00257, ECF No. 109].

    b. Daniel Cantor of O'Melveny & Myers LLP will seek to be heard on *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004* [Case No. 17-3283, ECF No. 1873].

    c. Peter Friedman or Suzzanne Uhland of O'Melveny & Myers LLP will seek to be heard on *The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order* [Case No. 17-3283, ECF No. 1866].

3. John J. Rapisardi will also be attending the December Omnibus Hearing but does not seek to be heard.

4. Counsel in San Juan, Andrés W. López, will make every effort to appear at the December Omnibus Hearing in the San Juan courtroom but does not seek to be heard.

*[Remainder of Page Intentionally Left Blank]*

2

Dated: December 15, 2017
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/Andrés W. López* |
| John J. Rapisardi | Andrés W. López |
| Suzzanne Uhland | USDC No. 215311 |
| Peter Friedman | **THE LAW OFFICES OF** |
| (Admitted *Pro Hac Vice*) | **ANDRÉS W. LÓPEZ, P.S.C.** |
| **O'MELVENY & MYERS LLP** | 902 Fernández Juncos Ave. |
| 7 Times Square | San Juan, PR 00907 |
| New York, NY 10036 | Tel: (787) 294-9508 |
| Tel: (212) 326-2000 | Fax: (787) 294-9519 |
| Fax: (212) 326-2061 | |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

3