**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

**THE BANK OF NEW YORK MELLON'S INFORMATIVE**
**MOTION REGARDING DECEMBER 20, 2017 OMNIBUS HEARING**

The Bank of New York Mellon ("BNYM"), through its undersigned counsel, hereby submits this informative motion, pursuant to the Court's *Order Regarding Location and Procedures for Attendance, Participation and Observation of the December 20-21, 2017 Omnibus Hearing* [ECF No. 1893], and respectfully represents as follows:

1. Eric. A. Schaffer of Reed Smith LLP will appear on behalf of BNYM at the December 20-21, 2017 hearing.

2. Mr. Schaffer will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

3. Mr. Schaffer appears on behalf of BNYM regarding: (1) *The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order* (the "Puerto Rico Funds' Motion") [ECF No. 1866]; (2) *ERS's Opposition to the Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order* [ECF No. 1978]; and (3) any response of BNYM to the Puerto Rico Funds' Motion.

4. BNYM further informs that two (2) additional attorneys will attend to observe the December 20-21, 2017 hearing in the San Juan Courtroom.

WHEREFORE, BNYM respectfully requests that the Court permit BNYM to appear and be heard at the December 20-21, 2017 hearing.

[*Remainder of page intentionally left blank.*]

Dated: December 15, 2017
      San Juan, Puerto Rico

Respectfully submitted,

SEPULVADO & MALDONADO, PSC

By: */s/ Elaine Maldonado-Matías*
Elaine Maldonado-Matías
USDC-PR No. 217309

*/s/ Albéniz Couret-Fuentes*
Albéniz Couret-Fuentes
USDC-PR Bar No. 222207

*/s/ José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207
AON Center, Suite 990
304 Ponce de León Ave.
San Juan, P.R. 00918
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: emaldonado@smlawpr.com
Email: acouret@smlawpr.com
Email: jsantos@smlawpr.com

REED SMITH LLP
Eric A. Schaffer (*pro hac vice*)
Luke A. Sizemore (*pro hac vice*)
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: eschaffer@reedsmith.com
Email: lsizemore@reedsmith.com

REED SMITH LLP
Kurt F. Gwynne (*pro hac vice*)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7550
Facsimile: (302) 778-7575
Email: kgwynne@reedsmith.com

*Counsel for The Bank of New York Mellon, as fiscal agent*