# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT THE DECEMBER 20-21, 2017 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc. Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's December 1 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 1893]) (the "Order") concerning attendance at the December 20-21 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that G. Eric Brunstad, Jr., and/or Robert J. Jossen, and/or Andrew C. Harmeyer plan to attend the Hearing in the New York courtroom. The undersigned respectfully requests that the Court allow Messrs. Brunstad and/or Jossen and/or Harmeyer to be heard in connection with any items on the

forthcoming agenda as to which Peaje is an interested party, as well as any issues that may otherwise be raised at the Hearing. The undersigned anticipates that a member of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom as Peaje's local counsel.

    **RESPECTFULLY SUBMITTED**, this 15th day of December, 2017.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| |  /s/ Allan S. Brilliant |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | Andrew C. Harmeyer (*pro hac vice*) |
| Guaynabo, Puerto Rico 00968 | 1095 Avenue of the Americas |
| Phone: (787) 620-5300 | New York, New York 10036 |
| Fax:  (787) 620-5305 | |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

      *Attorneys for Peaje Investments LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: December 15, 2017

                                                */s/ Brett Stone*
                                                By: Brett Stone
                                                Title: Paralegal, Dechert LLP