# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]

                      Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## THE QTCB NOTEHOLDER GROUP'S INFORMATIVE MOTION REGARDING ATTENDANCE AT THE DECEMBER 20-21, 2017 OMNIBUS HEARING

The QTCB Noteholder Group,[2] hereby submits this informative motion pursuant to the Court's *Order Regarding Location and Procedures for Attendance, Participation, and Observation of December 20-21, 2017 Omnibus Hearing* (17-BK-3283, ECF No. 1893), and respectfully states as follows:

1. Kurt A. Mayr and David L. Lawton of Bracewell LLP, will appear in person on behalf of the QTCB Noteholder Group at the December 20, 2017 Omnibus Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [ECF No. 134] and Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [ECF No. 1053].

reserve the right to address, as necessary, any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

2. The QTCB Noteholder Group anticipates a total of three representatives, including Mr. Mayr and Mr. Lawton, will attend the November Omnibus Hearing at the United States District Court for the Southern District of New York.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED,**

Dated: December 15, 2017

**BRACEWELL LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com

*Counsel for the QTCB Noteholder Group*

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R. 00968
Tel. (787) 273-8300; Fax (787) 273-8379

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
E-Mail: ra@calopsc.com

/s/ *Sergio E. Criado*
USDC-PR No. 226307

E-Mail: scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder Group*

**I HEREBY CERTIFY** that on December 15, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

/s/ *Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
Bracewell LLP
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 254-8534
Email: kurt.mayr@bracewell.com

/s/ *Roberto Abesada-A*güet
Roberto Abesada-Agüet
USDC-PR No. 216706

/s/ *Sergio E. Criado*
USDC-PR No. 226307

Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300