**Hearing Date: March 7, 2018 at 9:30 a.m. (Atlantic Time)**
**Objection Deadline: January 4, 2018 at 4:00 p.m. (Atlantic Time)**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.,* Debtors.[1] | (Jointly Administered) |

## FIRST INTERIM APPLICATION OF BETTINA M. WHYTE, IN HER CAPACITY AS THE COFINA AGENT, FOR INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 3, 2017 THROUGH SEPTEMBER 30, 2017

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

## **EXHIBITS**

Exhibit 1 – Certification of Bettina M. Whyte

Exhibit 2 – Summary of Professionals for the Application Period

Exhibit 3 – Summary of Expenses for the Application Period

Exhibit 4 – Summary of Time by Billing Category for the Application Period

Exhibit 4-A – Time and Expense Detail for the August Fee Statement

Exhibit 4-B – Time and Expense Detail for the September Fee Statement

**SUMMARY SHEET TO THE FIRST INTERIM APPLICATION OF BETTINA M.
WHYTE FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED IN HER CAPACITY AS
THE COFINA AGENT FROM AUGUST 3, 2017 THROUGH SEPTEMBER 30, 2017**

| | |
|---|---|
| Name of Applicant | Bettina M. Whyte |
| Time period covered by this application | August 3, 2017 through September 30, 2017 |
| Total compensation incurred this period | $ 264,460.00 |
| Total expenses sought this period | $ 21,392.86 |
| Petition date | May 5, 2017 for COFINA (as defined below) |
| Retention date | August 3, 2017 |
| Date of order approving employment | August 10, 2017 nunc pro tunc to August 3, 2017 |
| Total compensation approved by interim order to date | N/A |
| Total expenses approved by interim order to date | N/A |
| Total allowed compensation paid to date | N/A |
| Total allowed expenses paid to date | N/A |
| Compensation sought in this application already paid pursuant to the interim compensation order but not yet allowed | $238,014.00 |
| Expenses sought in this application already paid pursuant to the interim compensation order but not yet allowed | $21,392.86 |

To the Honorable United States District Court Judge Laura Taylor Swain:

Bettina M. Whyte ("**Ms. Whyte**"), in her capacity as the COFINA Agent (together with her employees, the "**COFINA Agent**") in the above-captioned Title III cases ( the "**Title III Cases**"), hereby submits her first interim fee application (the "**Application**") for an award of interim compensation for professional services rendered in the amount of $264,460.00 and reimbursement for actual and necessary expenses in connection with such services in the amount of $21,392.86, for the period of August 3, 2017 through September 30, 2017 (the "**Application Period**"). The COFINA Agent submits this Application pursuant to sections 316 and 317 of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("**PROMESA**"),[2] 48 U.S.C. §§ 2176, 2177; sections 105(a) and 503(b) of chapter 11 of the United States Code (the "**Bankruptcy Code**"),[3] Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"),[4] Rule 2016-1 of the Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "**Local Rules**")[5] and the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "**Interim Compensation Order**") [Dkt. No. 1715]. In support of the Application, in her capacity as the COFINA Agent, Ms. Whyte respectfully represents:

---

[2]     PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3]     Unless otherwise noted, all Bankruptcy Code sections cited in the Application are made applicable to these Title III Cases pursuant to section 301(a) of PROMESA.

[4]     All Bankruptcy Rules referenced in the Application are made applicable to these Title III Cases pursuant to section 310 of PROMESA.

[5]     The Local Rules are made applicable to these Title III Cases by the Court's *Order (A) Imposing and Rendering Applicable Local Bankruptcy Rules to These Title III Cases, (B) Authorizing Establishment of Certain Notice, Case Management, and Administrative Procedures, and (C) Granting Related Relief* [Dkt. No. 249].

## JURISDICTION AND VENUE

1.      This Court has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA.

2.      Venue is proper pursuant to section 306(a) of PROMESA.

3.      The COFINA Agent makes this Application pursuant to sections 316 and 317 of PROMESA, sections 105(a) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-1, the Commonwealth-COFINA Stipulation (as defined below) and the Interim Compensation Order.

## BACKGROUND

### A.      General Background

4.      On May 3, 2017, the Commonwealth of Puerto Rico (the "**Commonwealth**"), by and through the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as the Commonwealth's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

5.      On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("**COFINA**"), by and through the Oversight Board, as COFINA's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

6.      On May 21, 2017, the Employees Retirement System for the Commonwealth of Puerto Rico ("**ERS**"), by and through the Oversight Board, as ERS's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

7.      On May 21, 2017, the Puerto Rico Highways and Transportation Authority ("**HTA**"), by and through the Oversight Board, as HTA's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

8.    On July 3, 2017, the Puerto Rico Electric Power Authority ("**PREPA**"),

by and through the Oversight Board, as PREPA's representative pursuant to section 315(b) of

PROMESA, filed a petition with the Court under title III of PROMESA.

9.    Through Orders of this Court, the Commonwealth, COFINA, HTA, ERS,

and PREPA Title III Cases (collectively, the "**Title III Cases**") are jointly administered for

procedural purposes only pursuant to section 304(g) of PROMESA and Bankruptcy Rule 1015.

[*See* Dkt. Nos. 242, 537 and 1417.]

**B.    The COFINA Agent's Retention**

10.    On August 10, 2017, the Court entered the *Stipulation and Order*

*Approving Procedure to Resolve Commonwealth-COFINA Dispute* [Dkt. No. 996] (the

"**Commonwealth-COFINA Stipulation**"), which appointed Ms. Whyte as the COFINA Agent.

The Commonwealth-COFINA Stipulation also authorized COFINA to compensate her in

accordance with the COFINA Agent's normal hourly rates and reimburse the COFINA Agent for

the firm's actual and necessary out-of-pocket expenses incurred, subject to application to this

Court as set forth herein.  As set forth more fully below, pursuant to the Interim Compensation

Order (as defined below), the COFINA Agent has filed two monthly fee statements and has been

paid 90%[6] of the fees and 100% of the expenses for her monthly fee statements for August and

September in accordance with the Interim Compensation Order.  Prior to the submission of this

Application, no previous request for interim allowance of compensation for professional services

rendered had been made by the COFINA Agent to this Court.

---

[6]    The Debtors erroneously paid the entire amount of the fees requested in the monthly fee statement for
August to the COFINA Agent without accounting for the 10% holdback.  In order to comply with the
holdback requirements in the Interim Compensation Order, the COFINA Agent has allocated this 10%
overpayment as a prepayment of her fees for her fee statement for November (and she has accounted for
this prepayment in her fee request for November), and the COFINA Agent is treating the 10% of the fees
under the August fee statement as still due pending the Court's approval of this Application.

## SUMMARY OF PROFESSIONAL COMPENSATION
## AND REIMBURSEMENT OF EXPENSES REQUESTED

11.    By this Application and pursuant to sections 316 and 317 of PROMESA,

sections 105(a) and 503(b) of the Bankruptcy Code, Rule 2016(a) of the Bankruptcy Rules and

Rule 2016-1 of the Local Rules, the COFINA Agent requests that this Court authorize interim

allowance of compensation for professional services rendered and reimbursement of expenses

incurred during the Application Period in the amount of $ 285,852.86 (the "**Application**

**Amount**"), which includes (a) compensation of $ 264,460.00 in fees for services rendered to

COFINA and (b) reimbursement of $ 21,392.86 in actual and necessary expenses in connection

with these services.  As of the date hereof, the COFINA Agent has been paid all amounts other

than $ 26,446.00, which represents 10% of the COFINA Agent's fees that have been "held back"

(generally referred to herein as the "**Holdback**") for the period August 3, 2017 through

September 30, 2017.[7]

### PRIOR INTERIM AWARDS AND REQUESTS

12.    No previous request for interim allowance of compensation for

professional services rendered has been made by the COFINA Agent to this Court.

### FEES AND EXPENSES FOR THE APPLICATION PERIOD

13.    The COFINA Agent's services in these cases have been substantial,

necessary, and beneficial to COFINA.  Throughout the Application Period, the variety and

complexity of the issues involved and the need to address those issues on an expedited basis

required the COFINA Agent, in the discharge of her professional responsibilities, to devote

substantial time by professionals.

---

[7]      See footnote 6.

14. Specifically, the COFINA Agent's requested compensation reflects the requisite time, skill and effort the COFINA Agent and her employees expended during the Application Period towards, inter alia: (a) continuing to advance these cases to a resolution on a dual track of litigation and mediation; and (b) preparing for and attending various mediation sessions and hearings, including participating in calls with the mediators.

## MONTHLY FEE STATEMENTS

15. The Interim Compensation Order provides, among other things, that professionals are required to serve monthly itemized billing statements (the "**Monthly Fee Statements**") on counsel to the Oversight Board, counsel to AAFAF, the U.S. Trustee, counsel to the Official Committee of Unsecured Creditors, counsel to the Official Committee of Retired Employees and the Fee Examiner (collectively, the "**Notice Parties**"). Upon passage of the objection period, if no objections are received, the Debtors are authorized to pay to the professionals 90% of the fees and 100% of the expenses requested. In addition to the Interim Compensation Order authorizing payment, the COFINA Agent received further confirmation of the Debtors' obligation to pay her fees pursuant to the *Order Approving COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and her Professionals* [Dkt. No. 1612] (the "**COFINA Protections Order**"). The COFINA Protections Order directs payment to the COFINA Agent and her professionals out of the collateral "purportedly pledged to COFINA bondholders because the services of the COFINA Agent (i) serve as adequate protection for the collateral and/or (ii) are "reasonable" and "necessary" to protect the collateral pursuant to section 506(c) of the Bankruptcy Code, the Agent/Professional Fees shall be paid pursuant to the Interim Compensation Order or any other order of the Court. . . . ." COFINA Protections Order ¶ 5. The

- 5 -

COFINA Protections Order further provides that if COFINA is unable to make payments to the
COFINA Agent's professionals for any reason, the Commonwealth must make such payments
within fourteen days of receiving notice of COFINA's nonpayment.

16.    In compliance with the Interim Compensation Order, the COFINA Agent
has submitted two (2) Monthly Fee Statements relating to the Application Period.  Payment on
account of these Monthly Fee Statements was requested as follows:

> (a)    Pursuant to the Monthly Fee Statement for the period
> August 3, 2017 through August 30, 2017 (the "**August Fee
> Statement**"), the COFINA Agent requested payment of
> $156,663.43, representing the total of (i) $ 144,189.00, which
> is 90% of the fees requested for services rendered (i.e.,
> $160,210.00) plus (ii) $12,474.43, representing 100% of the
> expenses incurred during the period.

> (b)    Pursuant to the Monthly Fee Statement for the period
> September 1, 2017 through September 30, 2017 (the
> "**September Fee Statement**"), the COFINA Agent requested
> payment of $102,743.43, representing the total of (i)
> $93,825.00, which is 90% of the fees requested for services
> rendered (i.e., $104,250.00), plus (ii) $8,918.43, representing
> 100% of the expenses incurred during the period.

**FEES AND EXPENSES INCURRED DURING APPLICATION PERIOD**

17.    Annexed hereto as Exhibit 1 is the Certification of Bettina M. Whyte
pursuant to the Local Rules (the "**Certification**").

18.    Annexed hereto as Exhibit 2 is a summary sheet listing professional who
has worked on these cases during the Application Period, his or her hourly billing rate during the
Application Period, and the amount of the COFINA Agent's fees attributable to each individual.

19.    The COFINA Agent also maintains records of all actual and necessary
out-of-pocket expenses incurred in connection with the rendition of professional services.  A
schedule setting forth the categories of expenses and amounts for which reimbursement is
requested for the Application Period is annexed hereto as Exhibit 3.

20.     The COFINA Agent maintains written records of the time expended by the professionals carrying out professional services to COFINA. Such time records are made contemporaneously with the rendition of services by the person rendering such services. Annexed hereto as Exhibit 4 is a list of all of the matters for which services were rendered by the COFINA Agent during the Application Period and the aggregate amount of hours and fees expended for each of those matters.

21.     Except as set forth in the Certification, no agreement or understanding exists between the COFINA Agent and any other entity for the sharing of compensation to be received for services rendered in or in connection with these cases.

22.     The fees charged by the COFINA Agent in these title III cases are billed in accordance with its existing billing rates and procedures.

23.     The rates the COFINA Agent charged in these cases are consistent with the rates charged by the COFINA Agent to her non-bankruptcy clients. The COFINA Agent's standard hourly rates are similar to the customary compensation charged by comparably-skilled practitioners in comparable non-bankruptcy and bankruptcy cases in a competitive national legal market.

## **SUMMARY OF SERVICES RENDERED**

24.     The following summary highlights the major areas to which the COFINA

Agent devoted substantial time and attention during the Application Period.  The full breadth of

the COFINA Agent's services are reflected in the time records, copies of which are annexed

hereto as Exhibits 4(A)-(B).

**A.     Mediation**
**(Fees: $ 213,120.00/ Hours Billed: 207.3)**

25.     On June 23, 2017, this Court entered the *Order Appointing Mediation*

*Team* [Dkt. No. 430] (the "**Mediation Order**") to establish a process to attempt to cooperatively

resolve issues arising in the Title III Cases, including the Commonwealth-COFINA Dispute.

26.     The parties bound by the Mediation Order include the COFINA Agent, the

Commonwealth Agent and certain of their respective constituents, among others.  The Mediation

Order requires principals with settlement authority and their respective advisors to personally

attend the mediation sessions.

27.     The subject matter of the mediations is confidential but generally

encompassed any and all issues arising in the Title III Cases, as determined by the appointed

mediation team.

28.     During the Application Period the COFINA Agent spent a significant

amount of time reviewing and analyzing relevant issues to assist and comment regarding draft

mediation statements setting forth the COFINA Agent's position on these issues.  Additionally,

the COFINA Agent attended various mediation sessions during the Application Period.  The

COFINA Agent also spent significant time communicating and consulting with Willkie Farr &

Gallagher LLP (WF&G), as counsel to the COFINA Agent, and other professionals, including

the COFINA constituents that are participating in the mediation, and the mediators.

### B. Litigation
### (Fees: $20,570.00 / Hours Billed: 18.7)

29.     Pursuant to the Commonwealth-COFINA Stipulation, the Oversight Board appointed the COFINA Agent for the express purpose of litigating and/or settling the Commonwealth-COFINA Dispute on behalf of COFINA.

30.     The Commonwealth Agent subsequently commenced an adversary proceeding against the COFINA Agent, attacking the ownership and constitutionality of COFINA's sales and use tax revenue.

31.     During the Application Period, the COFINA Agent spent time on a range of issues arising in the COFINA Agent's discharge of her duty to litigate and/or settle the Commonwealth-COFINA Dispute. The COFINA Agent met with and held telephonic discussions with a number of the stakeholders about the dispute, reviewed legal arguments relating to the dispute (relying on the legal review and analysis provided by WF&G), reviewed and provided comments on Court documents and other documents provided to her by various stakeholders.   The COFINA Agent conferred regularly with WF&G and local Puerto Rico counsel to the COFINA Agent.

### C. Fee Application
### (Fees: $ 4,050.00/ Hours Billed: 3.9)

32.     The COFINA Agent spent time to prepare monthly fee statements as required by the Interim Compensation Order.

**D.** **Non-Working Travel**
     **(Fees: $ 26,720.00 / Hours Billed: 26.2)**

33.    In accordance with the UST Guidelines, the COFINA Agent has billed all

non-working travel time to this matter.  All time in this matter was billed at fifty percent (50%)

of the COFINA Agent's standard hourly rates.

## EVALUATING THE COFINA AGENT'S SERVICES

34.    Section 317 of PROMESA authorizes interim compensation of

professionals and incorporates the substantive standards of section 316 of PROMESA to govern

the Court's award of interim compensation.  Section 316 of PROMESA provides that a court

may award a professional employed by the debtor "reasonable compensation for actual,

necessary services rendered," and "reimbursement for actual, necessary expenses." 48 U.S.C. §

2176(a)(1) and (2).  Section 316(c) sets forth the criteria for such an award:

> In determining the amount of reasonable compensation to be
> awarded to a professional person, the court shall consider the
> nature, the extent, and the value of such services, taking into
> account all relevant factors including—
>
> (1)  the time spent on such services;
>
> (2)  the rates charged for such services;
>
> (3)  whether the services were necessary to the administration of,
> or beneficial at the time at which the service was rendered to the
> completion of, a case under this chapter;
>
> (4)  whether the services were performed within a reasonable
> amount of time commensurate with the complexity, importance,
> and nature of the problem, issue, or task addressed;
>
> (5)  with respect to a professional person, whether the person is
> board certified or otherwise has demonstrated skill and experience
> in the restructuring field; and
>
> (6)  whether the compensation is reasonable based on the
> customary compensation charged by comparably skilled
> practitioners in cases other than cases under this title or title 11 of

- 10 -

the United States Code.

48 U.S.C. § 2176(c).

35.     The COFINA Agent respectfully submits that the services for which she

seeks compensation in this Application were necessary for and beneficial to the estate.  The

COFINA Agent further submits that the services rendered were performed efficiently and

effectively.  Finally, the COFINA Agent submits that the compensation requested herein is

reasonable in light of the nature, extent and value of such services and those parties impacted by

her actions and that the compensation requested is based on the customary compensation charged

by comparably skilled practitioners in cases other than cases under title 11.

### THE COFINA AGENT'S REQUEST FOR INTERIM COMPENSATION

36.     The COFINA Agent submits that her request for interim allowance of

compensation is reasonable.  The services rendered by the COFINA Agent, as highlighted above,

required substantial time and effort, resulting in substantial progress and success in these cases.

The services rendered by the COFINA Agent during the Application Period were performed

diligently and efficiently.

37.     The professional services performed by the COFINA Agent during the

Application Period required an aggregate expenditure of 256.1 hours by the COFINA Agent and

her employee.

38.     The COFINA Agent's hourly billing rates for professionals working on

these cases ranged from $800.00 - $1,100.00.  The COFINA Agent's hourly rates and fees

charged are consistent with the market rate for comparable services.  As set forth in the

Certification, the hourly rates and fees charged by the COFINA Agent are the same as those

generally charged to, and paid by, the COFINA Agent's other clients.  Indeed, unlike fees paid

by most of the COFINA Agent's clients, due to the "holdback" of fees from prior Monthly Fee

Statements and the delays inherent in the fee application process, the present value of the fees paid to the COFINA Agent by the Debtors generally is less than fees paid monthly by other clients.

## **DISBURSEMENTS**

39.     The COFINA Agent incurred actual and necessary out-of-pocket expenses during the Application Period, in the amounts set forth in Exhibit 3.  By this Application, the COFINA Agent respectfully requests allowance of such reimbursement in full.

40.     The disbursements for which the COFINA Agent seeks reimbursement include the following:

a.     Administrative Expenses – Charged for duplicating and reproduction costs, cost of supplies, invoicing software user fees;

b.     Teleconferencing – the COFINA Agent does not charge for long distance telephone calls but does bill for the use of teleconferencing services;

c.     Postage/ Messenger/Delivery Services – the COFINA Agent's practice is to charge postal, overnight delivery and courier services at actual cost;

d.     Lodging/Travel Expenses/Airfare – The COFINA Agent's practice is to charge lodging, airfare and travel services at actual cost to the client;

e.     Local Car Service - The COFINA Agent's practice is to charge ground transportation services at actual cost to the client; and

f.     Local Meals - The COFINA Agent's practice is to charge for local meals while traveling out of town to attending meetings, mediations and hearings at actual cost to the client.

## **PROCEDURE**

41.     In accordance with the Interim Compensation Order, the COFINA Agent
has provided: (a) notice and copies of the Application to the Notice Parties and (b) notice of this
Application to all parties that have requested notice pursuant to Bankruptcy Rule 2002.[8]  The
COFINA Agent submits that no other or further notice is required.

42.     No previous application for the relief sought herein has been made to this
or any other court.

---

[8]     Copies of the Application, including exhibits, are available on the Debtors' claims and noticing agents'
website: https://cases.primeclerk.com/puertorico.

## **CONCLUSION**

WHEREFORE, the COFINA Agent respectfully requests that this Court enter an

order:

(a)     allowing interim approval of compensation to the COFINA Agent
for services rendered from August 3, 2017 through September 30,
2017, inclusive, in the amount of $264,460.00;

(b)     allowing interim approval of reimbursement to the COFINA Agent
of actual, necessary expenses incurred in connection with the
rendition of such services from August 3, 2017 through September
30, 2017, inclusive, in the amount of $21,392.86;

(c)     approving and directing the payment of all fees and expenses
incurred by the COFINA Agent that remain unpaid, including all
Holdbacks; and

(d)     such other relief as may be just or proper.

Dated: December 15, 2017

Bettina M. Whyte, as COFINA Agent

By:  _/s/ Bettina M. Whyte_____
Bettina M. Whyte

545 West Sagebrush Drive
Jackson, WY 83001
Telephone: (917) 826-8781

_/s/ Nilda M. Navarro-Cabrer_____

Nilda M. Navarro-Cabrer
NAVARRO-CABRER LAW OFFICES
(USDC-PR 20212)
El Centro I, Suite 206
500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Telephone:  (787) 764-9595
Facsimile:  (787) 765-7575

*Local Counsel to the COFINA Agent*

## EXHIBIT 1

**Certification of Bettina M. Whyte**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | | PROMESA Title III |
| as representative of | | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.,* Debtors.[1] | | (Jointly Administered) |

### CERTIFICATION OF BETTINA M. WHYTE PURSUANT TO
### LOCAL BANKRUPTY RULE 2016-1(a)(4) REGARDING CERTIFICATION OF
### <u>APPLICATIONS FOR COMPENSATION IN PUERTO RICO BANKRUPTCY CASES</u>

I, Bettina M. Whyte, certify as follows:

1.      I am the COFINA Agent in the above-captioned cases.

2.      I submit this certification in conjunction with the COFINA Agent's first interim application (the "**Application**")[2] for allowance of fees and reimbursement of expenses for the period August 3, 2017 through September 30, 2017 (the "**Application Period**") in accordance with Rule 2016-1(a)(4) of the Local Bankruptcy Rules for the District of Puerto Rico, the Bankruptcy Rules, the Bankruptcy Code and the Interim Compensation Order (collectively, the "**Guidelines**").

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2]      Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application.

-1-

3.     I am the professional designated by the COFINA Agent with the responsibility for COFINA Agent's compliance in these cases with the Guidelines. This certification is made in connection with the Application for interim allowance of compensation for professional services and reimbursement of expenses for the Application Period in accordance with the Guidelines.

4.     Pursuant to Local Rule 2016-1(a)(4) of the Local Rules: (a) I have read the COFINA Agent's Application; (b) to the best of my knowledge, information, and belief, formed after reasonable inquiry (except as stated herein or in the Application), the fees and disbursements sought in the Application fall within the Guidelines; (c) except to the extent the fees and disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at or below the rates and in accordance with practices customarily employed by the COFINA Agent and generally accepted by her clients; and (d) the compensation and reimbursement of expenses sought in this Application are billed at rates no less favorable to the COFINA Agent than those customarily employed by the COFINA Agent.

5.     The Monthly Fee Statements were provided to the Notice Parties as required by the Interim Compensation Order.

6.     A copy of the daily time records for each of the Monthly Fee Statements, broken down by matter and listing the name of the professional, the date on which the services were performed, and the amount of time spent in performing the services has previously been provided to the Notice Parties. The time records set forth in reasonable detail the services rendered by the COFINA Agent in these cases.

7.     Included in Exhibit 4 of the Application is a list of the different matter headings under which time was recorded during the Application Period. The list includes all

-2-

discrete matters within these cases during the Application Period that reasonably could have been expected to constitute a substantial portion of the fees sought during any given application period.

8.    Except as permitted pursuant to Bankruptcy Rule 2016, and as set forth above, no agreement or understanding exists between the COFINA Agent and any person for a division of compensation or reimbursement received or to be received herein or in connection with these cases.

9.    The COFINA Agent has sought to keep her fees and expenses at a reasonable level and to utilize professional services and incur expenses as necessary to competently represent COFINA.

Dated:  December 15, 2017

_____
Bettina M. Whyte

-3-

# EXHIBIT 2

**Summary of Professionals for the Application Period**

## COMPENSATION BY INDIVIDUAL

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| Bettina M. Whyte | COFINA Agent | 198.6 | $1,100.00 | $218,460.00 |
| Frederick G. Kraegel | Senior Business Executive | 57.5 | $800.00 | $46,000 |
| **TOTAL:** | | 256.10 | $1,032.64 | $264,460.00 |

## <u>EXHIBIT 3</u>

**Summary of Expenses for the Application Period**

**Disbursements for Period August 3, 2017 through September 30, 2017**

| Disbursement | Amount |
|---|---:|
| Postage/ Messenger/ Overnight Delivery | $350.52 |
| Local Transportation | $2,436.00 |
| Overhead Expenses | $300.00 |
| Local Meals | $489.19 |
| Supplies and Invoicing Software Fee | $26.36 |
| Meeting Space Rental Fee | $432.26 |
| Lodging | $7,906.29 |
| Airfare | $9,348.67 |
| Reproduction | $103.57 |
| **Total:** | **$21,392.86** |

# EXHIBIT 4

**Summary of Time by Billing Category for the Application Period**

**SERVICES RENDERED BY CATEGORY**
**AUGUST 3, 2017 THROUGH SEPTEMBER 30, 2017**

| Service Category | Hours Billed | Fees Billed |
|---|---|---|
| COFINA Bond Litigation | 18.7 | $20,570.00 |
| Mediation | 207.3 | $213,120.00 |
| Fee Applications and Retention | 3.9 | $4,050.00 |
| Non-Working Travel (Billed at Half Time) | 26.2 | $26,720.00 |
| **TOTAL** | **256.1** | **$264,460.00** |

## EXHIBIT 4-A

**Time and Expense Detail for the August Fee Statement**

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 83117
September 15, 2017

**BILL TO:**

COFINA

| QTY | DESCRIPTION | RATE | AMOUNT |
|-------|----------------------------------------|------------|--------------|
| 113.5 | Professional Services: Bettina Whyte | $1,100.00 | $124,850.00 |
| 44.2 | Professional Services: Fred Kraegel | $800.00 | $35,360.00 |
| | | **TOTAL DUE** | **$160,210.00** |

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 83117
September 15, 2017

Invoice submitted to:

COFINA

Invoice Total

$160,210.00

## Professional Services

| | | | Hours | Fees |
|---|---|---|---|---|
| 8/3/2017 | Bettina Whyte | Mediation<br>Call with M. Feldman | 0.2 | $220.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte | 0.4 | $320.00 |
| | Bettina Whyte | Mediation<br>Call with Senior Bonds Coalition Attorney | 0.7 | $770.00 |
| | Bettina Whyte | Mediation<br>Call with F. Kraegel | 0.4 | $440.00 |
| | Bettina Whyte | Mediation<br>Review Mediation related documents and draft Stipulation | 4.4 | $4,840.00 |
| 8/4/2017 | Bettina Whyte | Mediation<br>Call with COFINA Senior Bonds Coalition | 1.0 | $1,100.00 |
| | Bettina Whyte | Mediation<br>Call with WF&G team regarding Case | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Review information on Puerto Rico Title III, AAFAF, and other matters related to Stipulation | 6.5 | $7,150.00 |
| | Bettina Whyte | Mediation<br>WF&G and KTBS team re Mediation issues | 0.7 | $770.00 |
| 8/5/2017 | Bettina Whyte | Mediation<br>Review Mediation related documents | 3.2 | $3,520.00 |
| 8/7/2017 | Bettina Whyte | Mediation<br>5.5 hours of working travel to New York City, NY to attend meeting with PJT | 5.5 | $6,050.00 |
| 8/8/2017 | Bettina Whyte | Mediation<br>Meeting in New York City, NY with PJT, Financial Advisor | 3.0 | $3,300.00 |
| | Bettina Whyte | Non-Working Travel<br>4 hours of Non working travel, 1/2 time, to Puerto Rico to attend court hearing | 2.0 | $2,200.00 |
| | Bettina Whyte | Mediation<br>Call with M. Feldman | 0.3 | $330.00 |
| 8/9/2017 | Bettina Whyte | Mediation<br>Meeting with M. Feldman | 1.0 | $1,100.00 |
| | Bettina Whyte | Mediation<br>Attend Court Hearing with M. Feldman in Puerto Rico | 3.2 | $3,520.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
|  | Bettina Whyte | Non-Working Travel<br>9 hours of non working travel, 1/2 time, from Puerto Rico after attending court hearing | 4.5 | $4,950.00 |
| 8/10/2017 | Bettina Whyte | Mediation<br>Review Mediation related documents | 2.0 | $2,200.00 |
|  | Bettina Whyte | Mediation<br>Read and respond to emails | 1.2 | $1,320.00 |
|  | Bettina Whyte | Mediation<br>Call with K. Chopra of Centerview Partners | 0.3 | $330.00 |
| 8/11/2017 | Bettina Whyte | Mediation<br>Initial Meeting/ Call with WF&G and KTBS re schedule for Commonwealth-COFINA Dispute | 0.5 | $550.00 |
|  | Bettina Whyte | Mediation<br>Followup call with WF&G and KTBS Re: Initial Meeting/ Schedule for Commonwealth-COFINA Dispute | 0.4 | $440.00 |
|  | Bettina Whyte | Mediation<br>Call with M. Feldman re Centerview Partners | 0.2 | $220.00 |
|  | Bettina Whyte | Mediation<br>Call with F. Kraegel re Case | 0.5 | $550.00 |
|  | Fred Kraegel | Mediation<br>Call with B. Whyte re Case | 0.5 | $400.00 |
|  | Bettina Whyte | Mediation<br>Call with L. Despins and WF&G and KTBS | 0.4 | $440.00 |
| 8/13/2017 | Bettina Whyte | Mediation<br>Read documents related to case | 1.9 | $2,090.00 |
|  | Bettina Whyte | Mediation<br>Call with F. Kraegel re Case | 0.3 | $330.00 |
|  | Fred Kraegel | Mediation<br>Call with B. Whyte re Case | 0.3 | $240.00 |
| 8/14/2017 | Bettina Whyte | Mediation<br>Meeting/ Call with Quinn Emanuel (Counsel to Senior COFINA Bondholders); WF&G and KTBS | 3.5 | $3,850.00 |
|  | Bettina Whyte | Mediation<br>Call with K. Chopra of Centerview Partners | 0.3 | $330.00 |
|  | Fred Kraegel | Mediation<br>Read documents related to Case matters | 1.4 | $1,120.00 |
|  | Bettina Whyte | Mediation<br>Call with M. Feldman | 0.2 | $220.00 |
|  | Bettina Whyte | Mediation<br>Review and revise KTBS Memo | 0.4 | $440.00 |
| 8/15/2017 | Fred Kraegel | Mediation<br>Call with B. Whyte | 0.4 | $320.00 |
|  | Bettina Whyte | Mediation<br>Call with M. Feldman re Case | 0.2 | $220.00 |
|  | Bettina Whyte | Mediation<br>Meeting/ call with Proskauer (Counsel to Oversight Board); WF&G and KTBS | 0.9 | $990.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
|  | Bettina Whyte | Mediation<br>Meeting/ call with Kramer Levin (counsel to certain Junior COFINA Bondholders), Houlihan, WF&G, KTB&S | 0.5 | $550.00 |
|  | Bettina Whyte | Mediation<br>Meeting/ call with Whitebox Advisors (Senior COFINA Bondholders); WF&G KTBS | 0.5 | $550.00 |
|  | Fred Kraegel | Mediation<br>Call with Proskauer (Counsel to Oversight Board) | 0.9 | $720.00 |
|  | Fred Kraegel | Mediation<br>Call with Kramer Levin (Counsel to certain Junior COFINA Bondholders) | 0.5 | $400.00 |
|  | Fred Kraegel | Mediation<br>Meeting/call with Whitebox Advisors (Senior COFINA Bondholders) | 0.5 | $400.00 |
|  | Bettina Whyte | Mediation<br>Call with K. Chopra of Centerview Partners | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Call with F. Kraegel | 0.4 | $440.00 |
|  | Bettina Whyte | Mediation<br>Call with Millbank (representing Ambac), WF&G and KTB&S | 1.3 | $1,430.00 |
| 8/16/2017 | Bettina Whyte | Mediation<br>Weekly update call regarding Case | 1.0 | $1,100.00 |
|  | Fred Kraegel | Mediation<br>Weekly update call regarding Case | 1.0 | $800.00 |
|  | Bettina Whyte | Mediation<br>Call with Judge Houser | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Review documents | 1.8 | $1,980.00 |
|  | Bettina Whyte | Mediation<br>Review & respond to emails | 0.6 | $660.00 |
| 8/17/2017 | Bettina Whyte | Mediation<br>Call with K. Klee and M. Feldman | 0.5 | $550.00 |
|  | Bettina Whyte | Mediation<br>Review documents | 1.3 | $1,430.00 |
| 8/18/2017 | Fred Kraegel | Mediation<br>Call with B. Whyte | 0.3 | $240.00 |
|  | Bettina Whyte | Mediation<br>Call with Miller Buckfire | 0.6 | $660.00 |
|  | Bettina Whyte | Mediation<br>Call with WF&G, KTB&S | 0.7 | $770.00 |
|  | Bettina Whyte | Mediation<br>Call with F. Kraegel | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Review Miller Buckfire information | 1.3 | $1,430.00 |
| 8/19/2017 | Bettina Whyte | Mediation<br>Call with Centerview | 0.2 | $220.00 |
| 8/20/2017 | Bettina Whyte | Mediation<br>Call with K. Chopra re Centerview engagement | 0.2 | $220.00 |

| | | | Hours | Fees |
|---|---|---|---|---|
| 8/21/2017 | Bettina Whyte | Mediation<br>Review documents and prepare for meeting with WF&G, KTB&S, and F. Kraegel | 1.3 | $1,430.00 |
| | Bettina Whyte | Mediation<br>Call with M. Feldman, K. Klee and Centerview to discuss Case | 0.4 | $440.00 |
| | Bettina Whyte | Mediation<br>Read and respond to emails | 0.4 | $440.00 |
| | Fred Kraegel | Mediation<br>Read and respond to emails | 0.6 | $480.00 |
| 8/22/2017 | Bettina Whyte | Litigation<br>Read and review memos prepared by counsel | 5.0 | $5,500.00 |
| | Bettina Whyte | Litigation<br>Meeting with F. Kraegel and K. Klee at dinner | 0.3 | $330.00 |
| | Bettina Whyte | Mediation<br>Meeting with F. Kraegel re case administrations and legal matters | 0.6 | $660.00 |
| | Fred Kraegel | Non-Working Travel<br>Travel Richmond VA to Salt Lake City, UT for meeting.  6 hours; billed 1/2 time | 3.0 | $2,400.00 |
| | Fred Kraegel | Mediation<br>Meeting B. Whyte and K. Klee re planning | 0.3 | $240.00 |
| | Fred Kraegel | Mediation<br>Meeting with B. Whyte re case administrations and legal matters | 0.6 | $480.00 |
| 8/23/2017 | Bettina Whyte | Litigation<br>Meeting with M. Feldman, J. Minias, K. Klee and F. Kraegel re: litigation strategy, mediation strategy and scheduling | 4.0 | $4,400.00 |
| | Bettina Whyte | Non-Working Travel<br>Travel from Salt Lake City, UT to Jackson Hole, WY by car.  5 hours billed 1/2 time | 2.5 | $2,750.00 |
| | Fred Kraegel | Non-Working Travel<br>Return from COFINA planning meeting. Travel Salt Lake City UT to Richmond VA. 6 hours. Billed 1/2 time | 3.0 | $2,400.00 |
| | Fred Kraegel | Mediation<br>Meeting with B. Whyte, M. Feldman, J. Minias and K. Klee re mediation strategy and scheduling | 4.0 | $3,200.00 |
| 8/24/2017 | Bettina Whyte | Mediation<br>Review WF&G Engagement Letter and revise | 0.3 | $330.00 |
| | Bettina Whyte | Mediation<br>Review revised Centerview Engagement Letter | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Call with M. Feldman and Centerview | 0.3 | $330.00 |
| | Bettina Whyte | Mediation<br>Review revised Draft Mediation Statement, call with WF&G and submit revisions | 2.0 | $2,200.00 |
| | Fred Kraegel | Mediation<br>Review and provide revisions re draft Mediation Statement | 1.6 | $1,280.00 |
| 8/25/2017 | Bettina Whyte | Mediation<br>Call with M. Sonkin re National | 0.4 | $440.00 |
| | Bettina Whyte | Mediation<br>Review documents | 0.6 | $660.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
| 8/26/2017 | Bettina Whyte | Mediation<br>Call with M. Sonkin re National | 0.5 | $550.00 |
| 8/27/2017 | Bettina Whyte | Mediation<br>Call with M. Feldman and K. Klee re discussion with M. Sonkin,<br>review of status of scheduling stipulation, BNY Depositions | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Review final drafts of Mediation Statement | 1.1 | $1,210.00 |
|  | Bettina Whyte | Mediation<br>Review and revise Willkie Farr Engagement Letter | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Review documents, including reading and reviewing emails | 2.0 | $2,200.00 |
|  | Fred Kraegel | Mediation<br>Review additional comments re draft Mediation Statement | 1.2 | $960.00 |
| 8/28/2017 | Bettina Whyte | Mediation<br>5.5 hours - Working Travel - Review mediation documents | 5.5 | $6,050.00 |
| 8/29/2017 | Bettina Whyte | Mediation<br>Meeting with F. Kraegel to discuss mediation | 0.5 | $550.00 |
|  | Bettina Whyte | Mediation<br>Attend mediation led by Judge Houser in New York City at<br>Proskauer Offices | 8.0 | $8,800.00 |
|  | Fred Kraegel | Mediation<br>Attend Mediation led by Judge Houser in New York City at<br>Proskauer offices | 8.0 | $6,400.00 |
|  | Fred Kraegel | Mediation<br>Meeting with B. Whyte to discuss Mediation | 0.5 | $400.00 |
| 8/30/2017 | Bettina Whyte | Mediation<br>Attend Mediation led by Judge Houser in New York City at<br>Proskauer Offices | 9.0 | $9,900.00 |
|  | Bettina Whyte | Mediation<br>Meeting with Centerview Partners | 1.5 | $1,650.00 |
|  | Fred Kraegel | Mediation<br>Attend Mediation led by Judge Houser in New York City at<br>Proskauer offices | 9.0 | $7,200.00 |
|  | Fred Kraegel | Mediation<br>Meeting with Centerview Partners | 1.5 | $1,200.00 |
| 8/31/2017 | Bettina Whyte | Mediation<br>Call with K. Klee, M. Feldman, F. Kraegel and K. Chopra to<br>discuss Centerview Engagement Letter | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Read and respond to emails | 0.5 | $550.00 |
|  | Bettina Whyte | Mediation<br>Attend Mediation led by Judge Houser in New York City at<br>Proskauer Offices | 2.5 | $2,750.00 |
|  | Bettina Whyte | Mediation<br>Debrief meeting with Centerview Partners, Willkie Farr Team and<br>F. Kraegel | 0.8 | $880.00 |
|  | Fred Kraegel | Mediation<br>Review and respond to emails | 0.4 | $320.00 |

|  |  | Hours | Fees |
|---|---|---|---|
| Fred Kraegel | Mediation<br>Debrief meeting with Centerview Partners, WF&G and B. Whyte | 0.8 | $640.00 |
| Fred Kraegel | Mediation<br>Call with K. Klee, M. Feldman, B. Whyte and K. Chopra to<br>discuss Centerview Engagement Letter | 1.0 | $800.00 |
| Fred Kraegel | Mediation<br>Attend Mediation led by Judge Houser in New York City at<br>Proskauer Offices | 2.5 | $2,000.00 |
|  |  | 157.7 | $160,210.00 |

**Total amount of this invoice:**                    $160,210.00

## Fee Summary by Professional

| Name | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Bettina Whyte | 113.5 | $1,100.00 | $124,850.00 |
| Fred Kraegel | 44.2 | $800.00 | $35,360.00 |

## Fee Summary by Matter

| Matter | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Mediation | 95.2 | $1,100.00 | $104,720.00 |
| Mediation | 38.2 | $800.00 | $30,560.00 |
| Non-Working Travel | 9.0 | $1,100.00 | $9,900.00 |
| Non-Working Travel | 6.0 | $800.00 | $4,800.00 |
| Litigation | 9.3 | $1,100.00 | $10,230.00 |

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 831172
September 15, 2017

**BILL TO:**

COFINA

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-------------|------|--------|
| | Costs: | | $12,474.43 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL DUE** | **$12,474.43** |

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 831172
September 15, 2017

Invoice submitted to:

COFINA

Invoice Total

$**12,474.43**

## Costs

|  |  |  | Cost |
|---|---|---|---|
| 8/7/2017 | Bettina Whyte | Travel<br>United Airlines Flight to NY to Attend Meeting with PJT on 8/7 | $1,550.80 |
|  | Bettina Whyte | Ground Transportation<br>Car from Airport to Hotel | $142.22 |
|  | Bettina Whyte | Meals and Entertainment<br>Lunch while waiting for connection flight to NY | $15.09 |
|  | Bettina Whyte | Meals and Entertainment<br>Dinner in NY. Stay due to PJT meeting the morning of 8/8 | $84.97 |
|  | Bettina Whyte | Ground Transportation<br>Car to the Airport | $40.00 |
| 8/8/2017 | Bettina Whyte | Ground Transportation<br>Car from Meeting with PJT to Airport | $194.39 |
|  | Bettina Whyte | Travel<br>Delta Flight from NY to San Juan to Attend Court Hearing | $984.95 |
|  | Bettina Whyte | Ground Transportation<br>Car from Airport to Hotel | $107.75 |
|  | Bettina Whyte | Lodging<br>8/7 - Lotte NY Palace Hotel Stay due to PJT meeting the morning<br>of 8/8 | $484.72 |
|  | Bettina Whyte | Meals and Entertainment<br>Lunch while waiting for flight to San Juan after PJT meeting | $9.71 |
|  | Bettina Whyte | Miscellaneous Expense<br>Water purchased while waiting for flight flight to San Juan after<br>PJT meeting | $2.89 |
|  | Bettina Whyte | Postage and Shipping<br>Fedex from Palace hotel to B. Whyte with meeting material | $38.29 |
| 8/9/2017 | Bettina Whyte | Ground Transportation<br>Car from Courthouse to Airport | $107.75 |
|  | Bettina Whyte | Travel<br>Delta Flight from San Juan After Attending Court Hearing | $1,046.60 |
|  | Bettina Whyte | Lodging<br>8/8 - Sheraton San Juan Hotel Stay due to COFINA Court<br>Hearing | $207.44 |
|  | Bettina Whyte | Ground Transportation<br>Snow Country Car Service @ 50% from Airport to Park City Hotel | $85.00 |

|  |  |  | Cost |
|---|---|---|---|
| 8/15/2017 | Bettina Whyte | Administrative Expenses<br>Staples Copies of COFINA documents | $103.57 |
|  | Bettina Whyte | Postage and Shipping<br>Fedex from I. Rivera to B. Whyte/ COFINA documents | $74.70 |
|  | Bettina Whyte | Postage and Shipping<br>Fedex from B. Whyte to F. Kraegel/ COFINA documents | $55.83 |
|  | Bettina Whyte | Postage and Shipping<br>Fedex from B. Whyte to K. Klee/ COFINA documents | $45.74 |
|  | Bettina Whyte | Postage and Shipping<br>Fedex from B. Whyte to M. Feldman/ COFINA documents | $53.13 |
| 8/18/2017 | Bettina Whyte | Postage and Shipping<br>Fedex from I. Rivera to B. Whyte / COFINA documents | $39.78 |
| 8/22/2017 | Bettina Whyte | Ground Transportation<br>309 miles from Jackson WY to Salt Lake City @53.5 Cents Per Mile | $165.31 |
|  | Bettina Whyte | Ground Transportation<br>Gas purchased for drive from Jackson WY to Salt Lake City | $10.59 |
|  | Bettina Whyte | Ground Transportation<br>Uber car from Hotel to dinner with K. Klee and F. Kraegel | $35.98 |
|  | Bettina Whyte | Meals and Entertainment<br>Dinner with K. Klee and F. Kraegel | $311.68 |
|  | Bettina Whyte | Ground Transportation<br>Uber car from dinner back to hotel | $49.48 |
|  | Fred Kraegel | Travel<br>Round trip travel to and from Salt Lake City UT from Richmond, VA | $674.60 |
| 8/23/2017 | Bettina Whyte | Ground Transportation<br>309 miles from Jackson WY to Salt Lake City @53.5 Cents Per Mile | $165.32 |
|  | Bettina Whyte | Lodging<br>Hotel Stay due to COFINA meeting with K. Klee, M. Feldman, J. Minias and F. Kraegel | $252.24 |
|  | Bettina Whyte | Miscellaneous Expense<br>Meeting room rental and lunch for meeting with K. Klee, M. Feldman, J. Minias and F. Kraegel | $429.37 |
|  | Bettina Whyte | Ground Transportation<br>Gas Purchased for drive back from Salt Lake City to Jackson WY | $38.40 |
|  | Fred Kraegel | Lodging<br>Salt Lake City UT while attending meeting | $220.70 |
|  | Fred Kraegel | Travel<br>Airport Parking | $40.00 |
|  | Fred Kraegel | Ground Transportation<br>Hotel Salt Lake City to Airport | $17.00 |
| 8/28/2017 | Bettina Whyte | Ground Transportation<br>Car to the Airport to attend mediation in NY | $40.00 |
|  | Fred Kraegel | Travel<br>Round trip, Richmond VA to from New York City NY | $578.40 |
|  | Fred Kraegel | Lodging<br>New York City NY while attending mediations | $1,922.87 |

|  |  |  | Cost |
|---|---|---|---|
|  | Fred Kraegel | Ground Transportation<br>Home to Richmond VA Airport | $38.90 |
|  | Fred Kraegel | Ground Transportation<br>Airport NYC to Hotel | $44.56 |
|  | Bettina Whyte | Travel<br>Flight to New York City to attend mediations on August 29th -<br>August 31st | $1,230.42 |
|  | Bettina Whyte | Ground Transportation<br>Car from airport to hotel | $178.49 |
| 8/29/2017 | Bettina Whyte | Ground Transportation<br>Taxi from hotel to Proskauer office to attend Mediation | $13.55 |
|  | Bettina Whyte | Ground Transportation<br>Taxi from Proskauer office to hotel after attending Mediation | $10.55 |
|  | Bettina Whyte | Ground Transportation<br>Dinner in New York after attending Mediation | $146.94 |
| 8/30/2017 | Bettina Whyte | Ground Transportation<br>Taxi from hotel to Proskauer office to attend Mediation | $14.76 |
| 8/31/2017 | Bettina Whyte | Ground Transportation<br>Dinner in New York after attending Mediation | $219.00 |
|  | Bettina Whyte | Misc. Supplies<br>Overhead expenses | $150.00 |
|  |  |  | $12,474.43 |
|  |  | **Total amount of this invoice:** | **$12,474.43** |

## Cost Summary by Professional

| Name | Type | Cost |
|------|------|------|
| Bettina Whyte | Travel | $4,812.77 |
| | Ground Transportation | $1,765.48 |
| | Meals and Entertainment | $421.45 |
| | Lodging | $944.40 |
| | Miscellaneous Expense | $432.26 |
| | Postage and Shipping | $307.47 |
| | Administrative Expenses | $103.57 |
| | Misc. Supplies | $150.00 |
| | **Total** | **$8,937.40** |
| Fred Kraegel | Travel | $1,293.00 |
| | Lodging | $2,143.57 |
| | Ground Transportation | $100.46 |
| | **Total** | **$3,537.03** |

## Cost Summary by Type

| Expense Type | Costs |
|------|------|
| Travel | $6,105.77 |
| Ground Transportation | $1,865.94 |
| Meals and Entertainment | $421.45 |
| Lodging | $3,087.97 |
| Miscellaneous Expense | $432.26 |
| Postage and Shipping | $307.47 |
| Administrative Expenses | $103.57 |
| Misc. Supplies | $150.00 |

## **EXHIBIT 4-B**

**Time and Expense Detail for the September Fee Statement**

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 93017

October 12, 2017

**BILL TO:**

COFINA

| QTY | DESCRIPTION | RATE | AMOUNT |
|-----|-----------|------|--------|
| 85.1 | Professional Services: Bettina Whyte | $1,100.00 | $93,610.00 |
| 13.3 | Professional Services: Fred Kraegel | $800.00 | $10,640.00 |
| | | **TOTAL DUE** | **$104,250.00** |

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 93017
October 12, 2017

Invoice submitted to:

COFINA

Invoice Total
$**104,250.00**

## Professional Services

| | | | Hours | Fees |
|---|---|---|---|---|
| 9/1/2017 | Bettina Whyte | Non-Working Travel<br>5 hours - non working travel at 1/2 time from New York City after Mediations | 2.5 | $2,750.00 |
| | Fred Kraegel | Non-Working Travel<br>2 hours - non working travel at 1/2 time | 1.0 | $800.00 |
| 9/5/2017 | Bettina Whyte | Mediation<br>Prepare for attorney call | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Call with F. Kraegel | 0.1 | $110.00 |
| | Fred Kraegel | Mediation<br>Call with Centerview and PJT re potential issues | 1.1 | $880.00 |
| | Fred Kraegel | Mediation<br>Call with Centerview and Miller Buckfire re potential issues | 1.0 | $800.00 |
| | Bettina Whyte | Mediation<br>Call with Centerview and Miller Buckfire re potential issues | 1.0 | $1,100.00 |
| | Bettina Whyte | Mediation<br>Call with Centerview and PJT re potential issues | 1.1 | $1,210.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte | 0.1 | $80.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte, M. Feldman, J.Minias and K. Klee re information for Mediation | 0.5 | $400.00 |
| | Bettina Whyte | Mediation<br>Call with M. Feldman, J. Minias, K. Klee and F. Kraegel re information for mediation | 0.5 | $550.00 |
| 9/6/2017 | Bettina Whyte | Litigation<br>Review emails, documents and letters relating to litigation matters | 1.4 | $1,540.00 |
| | Fred Kraegel | Mediation<br>Attend weekly update call with B. Whyte, WF&G, KTB&S | 1.0 | $800.00 |
| | Fred Kraegel | Mediation<br>Review documents | 0.4 | $320.00 |
| | Bettina Whyte | Mediation<br>Call with K. Klee re updates | 0.4 | $440.00 |
| | Bettina Whyte | Mediation<br>Attend weekly update call with WF&G, KTB&S and F. Kraegel | 1.0 | $1,100.00 |

| Date | Name | | Hours | Fees |
|------|------|------|-------|------|
| 9/7/2017 | Bettina Whyte | Mediation<br>Review documents | 0.6 | $660.00 |
| | Bettina Whyte | Mediation<br>Call with WF&G and KTBS | 0.8 | $880.00 |
| | Bettina Whyte | Litigation<br>Read and revise discovery letter | 0.3 | $330.00 |
| | Fred Kraegel | Mediation<br>Call with WF&G and KTBS | 0.8 | $640.00 |
| 9/8/2017 | Bettina Whyte | Mediation<br>Call with Centerview | 0.3 | $330.00 |
| | Bettina Whyte | Litigation<br>Review objection to Interpleader filed by Commonwealth | 0.2 | $220.00 |
| | Bettina Whyte | Mediation<br>Review HTA decision and discuss with attorneys | 0.4 | $440.00 |
| 9/9/2017 | Bettina Whyte | Mediation<br>Call with WTB&S, F. Kraegel | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Review WF&G memo | 0.7 | $770.00 |
| | Bettina Whyte | Mediation<br>Call with D. Bussell of KTB&S | 0.3 | $330.00 |
| | Bettina Whyte | Mediation<br>Call with M. Feldman, F. Kraegel and K. Chopra | 0.7 | $770.00 |
| | Bettina Whyte | Mediation<br>Call with F. Kraegel | 0.1 | $110.00 |
| | Bettina Whyte | Mediation<br>Review numerous documents in preparation for DC mediations | 4.6 | $5,060.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte and WTB&S | 0.5 | $400.00 |
| | Fred Kraegel | Mediation<br>Review WF&G memo | 0.5 | $400.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte, M. Feldman and K. Chopra | 0.7 | $560.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte | 0.1 | $80.00 |
| 9/10/2017 | Bettina Whyte | Fee Application<br>Prepare timesheets | 1.2 | $1,320.00 |
| | Bettina Whyte | Mediation<br>Prepare for upcoming Mediations | 1.2 | $1,320.00 |
| 9/11/2017 | Bettina Whyte | Mediation<br>Prepare for Mediations in Washington DC | 3.5 | $3,850.00 |
| | Bettina Whyte | Non-Working Travel<br>5 hours - Non-working travel billed at half time to Washington DC<br>to attend Mediations | 2.5 | $2,750.00 |
| | Bettina Whyte | Mediation<br>Call with Centerview to discuss financial issues | 1.0 | $1,100.00 |
| | Bettina Whyte | Mediation<br>Review additional documents related to Mediation | 1.2 | $1,320.00 |

| | | | Hours | Fees |
|---|---|---|---|---|
| 9/12/2017 | Bettina Whyte | Mediation<br>Meeting with WFG & KTBS | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Attend Mediation Sessions in Washington DC | 3.5 | $3,850.00 |
| | Bettina Whyte | Mediation<br>Meeting with WF&G and KTBS  and discussions with other<br>Cofina bondholder attorneys | 3.5 | $3,850.00 |
| | Bettina Whyte | Mediation<br>Work on evaluation of potential solutions | 1.0 | $1,100.00 |
| | Bettina Whyte | Mediation<br>Meeting with M. Sonkin of National | 1.5 | $1,650.00 |
| 9/13/2017 | Bettina Whyte | Mediation<br>Meeting with WF&G | 1.3 | $1,430.00 |
| | Bettina Whyte | Mediation<br>Meeting with WF&G, KTBS with S. Kirpalani and members of the<br>COFINA Coalition of bondholders | 1.8 | $1,980.00 |
| | Bettina Whyte | Mediation<br>Meeting with WF&G with M. Goldstein and members from<br>National | 0.8 | $880.00 |
| | Bettina Whyte | Mediation<br>Meetings with various parties prior to Mediation | 0.8 | $880.00 |
| | Bettina Whyte | Mediation<br>Attend Mediations in Washington DC | 4.7 | $5,170.00 |
| | Bettina Whyte | Mediation<br>Call with Centerview re financial information | 0.5 | $550.00 |
| | Bettina Whyte | Litigation<br>Review Draft of COFINA Agent's Answer and Couterclaims | 2.0 | $2,200.00 |
| | Bettina Whyte | Mediation<br>Meeting with K. Klee | 0.5 | $550.00 |
| 9/14/2017 | Bettina Whyte | Mediation<br>Call with Centerview to discuss analysis of potential scenarios | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Meeting with K. Klee | 0.5 | $550.00 |
| | Bettina Whyte | Litigation<br>Review and discuss with attorney's revised COFINA Agent's<br>Answer and Counterclaims | 1.4 | $1,540.00 |
| | Bettina Whyte | Mediation<br>Attend Mediation in Washington DC | 0.8 | $880.00 |
| | Bettina Whyte | Mediation<br>Meetings post Mediation with numerous parties related to various<br>COFINA issues | 2.5 | $2,750.00 |
| | Bettina Whyte | Litigation<br>Review additional changes to COFINA Agent's Answer and<br>Counterclaims and discuss with WF&G and KTBS | 2.4 | $2,640.00 |
| | Bettina Whyte | Non-Working Travel<br>10.5 hours - Non-working travel billed at half time | 5.2 | $5,720.00 |
| | Fred Kraegel | Fee Application<br>Review Fee Application for B. Whyte and revise | 0.8 | $640.00 |

| | | | Hours | Fees |
|---|---|---|---|---|
| 9/15/2017 | Bettina Whyte | Mediation<br>Read and revised COFINA Agent's revised Answer and<br>Counterclaim, read and respond to emails related thereto | 1.4 | $1,540.00 |
| | Bettina Whyte | Fee Application<br>Review fee application for Bettina Whyte Consultants and revise | 1.1 | $1,210.00 |
| 9/16/2017 | Bettina Whyte | Mediation<br>Read and respond to emails | 0.8 | $880.00 |
| 9/17/2017 | Bettina Whyte | Mediation<br>Call with Tilden Park and F. Kraegel | 0.6 | $660.00 |
| | Bettina Whyte | Mediation<br>Call with F. Kraegel to review call with Tilden Park | 0.2 | $220.00 |
| | Bettina Whyte | Mediation<br>Read and respond to emails | 0.6 | $660.00 |
| | Bettina Whyte | Mediation<br>Call with Centerview to discuss ideas proposed by Tilden Park | 0.2 | $220.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte and Tilden Park | 0.6 | $480.00 |
| | Fred Kraegel | Mediation<br>Call with B.Whyte to review call with Tilden Park | 0.2 | $160.00 |
| 9/18/2017 | Fred Kraegel | Mediation<br>Review and respond to emails | 0.4 | $320.00 |
| 9/19/2017 | Bettina Whyte | Mediation<br>Review and respond to emails | 0.8 | $880.00 |
| | Bettina Whyte | Mediation<br>Review recent court filings and discuss with WF&G and KTBS | 1.2 | $1,320.00 |
| | Bettina Whyte | Litigation<br>Read, revise and approve both Agents' letter to Court asking for<br>extension for filings (numerous revisions by both parties) | 0.9 | $990.00 |
| | Bettina Whyte | Mediation<br>Review DMC standard and applications | 0.7 | $770.00 |
| | Bettina Whyte | Mediation<br>Read and review Oversight Board's objection to both Application<br>for Employment of Centerview and Motion re payment and<br>immunity for Bettina Whyte Consultants | 0.6 | $660.00 |
| | Bettina Whyte | Litigation<br>Review BONY Motion re COFINA DSUT account | 0.4 | $440.00 |
| 9/20/2017 | Bettina Whyte | Mediation<br>Call with WF&G and KTBS | 0.5 | $550.00 |
| | Bettina Whyte | Mediation<br>Call with Centerview re Scoggins | 0.2 | $220.00 |
| 9/21/2017 | Bettina Whyte | Mediation<br>Call with Scoggins and F. Kraegel | 0.7 | $770.00 |
| | Bettina Whyte | Mediation<br>Call with F. Kraegel to review call with Scoggins | 0.2 | $220.00 |
| | Bettina Whyte | Fee Application<br>Review WF&G Bill | 0.8 | $880.00 |
| | Fred Kraegel | Mediation<br>Call with B. Whyte and Scoggins | 0.7 | $560.00 |

|  |  |  | Hours | Fees |
|---|---|---|---|---|
|  | Fred Kraegel | Mediation<br>Call with B. Whyte to review call with Scoggins | 0.2 | $160.00 |
| 9/22/2017 | Bettina Whyte | Mediation<br>Call with Taconic and F Kraegel | 1.2 | $1,320.00 |
|  | Bettina Whyte | Mediation<br>Call with WF&G and KTBS | 0.2 | $220.00 |
|  | Bettina Whyte | Mediation<br>Call with F. Kraegel to review Taconic call | 0.1 | $110.00 |
|  | Bettina Whyte | Mediation<br>Read & respond to emails | 0.4 | $440.00 |
|  | Fred Kraegel | Mediation<br>Call with B. Whyte and Taconic | 1.2 | $960.00 |
|  | Fred Kraegel | Mediation<br>Call with B. Whyte to review Taconic call | 0.1 | $80.00 |
|  | Fred Kraegel | Mediation<br>Read and respond to emails | 0.6 | $480.00 |
| 9/24/2017 | Bettina Whyte | Mediation<br>Read & respond to emails re Mediation Schedule | 0.4 | $440.00 |
| 9/25/2017 | Bettina Whyte | Litigation<br>Read Court pleadings | 0.4 | $440.00 |
|  | Bettina Whyte | Mediation<br>Read and respond to emails | 0.6 | $660.00 |
| 9/26/2017 | Bettina Whyte | Mediation<br>Read & respond to numerous emails regarding position on<br>Litigation & Mediation stay. Review positions with attorneys. | 1.4 | $1,540.00 |
| 9/27/2017 | Fred Kraegel | Mediation<br>Attend weekly update call with WF&G, KTBS | 0.7 | $560.00 |
|  | Bettina Whyte | Mediation<br>Call with J. Minias re Mediation meeting | 0.5 | $550.00 |
|  | Bettina Whyte | Mediation<br>Read & respond to emails | 0.4 | $440.00 |
|  | Bettina Whyte | Mediation<br>Attend weekly update call with WF&G, KTBS | 0.7 | $770.00 |
|  | Bettina Whyte | Mediation<br>Call with F. Kraegel | 0.1 | $110.00 |
|  | Bettina Whyte | Mediation<br>Review & revise 9/25 Motion in Support and letter to Judge Atlas.<br>Discuss same with K. Klee | 0.6 | $660.00 |
|  | Fred Kraegel | Mediation<br>Call with B. Whyte | 0.1 | $80.00 |
| 9/28/2017 | Bettina Whyte | Mediation<br>Call with T. Yanez re letter to Judge Atlas | 0.3 | $330.00 |
|  | Bettina Whyte | Mediation<br>Review revised letter | 0.2 | $220.00 |
| 9/29/2017 | Bettina Whyte | Mediation<br>Read & respond to emails re new schedule & orders related to<br>COFINA dispute. Discuss with attorneys | 0.8 | $880.00 |
|  | Bettina Whyte | Mediation<br>Call with K. Klee re strategy | 0.6 | $660.00 |

| | Hours | Fees |
|---|---|---|
| | **98.4** | **$104,250.00** |

| | | |
|---|---|---|
| **Total amount of this invoice:** | | **$104,250.00** |

## Fee Summary by Professional

| Name | Hours | Rate | Fees |
|------|-------|------|------|
| Bettina Whyte | 85.1 | $1,100.00 | $93,610.00 |
| Fred Kraegel | 13.3 | $800.00 | $10,640.00 |

## Fee Summary by Matter

| Matter | Hours | Rate | Fees |
|--------|-------|------|------|
| Non-Working Travel | 10.2 | $1,100.00 | $11,220.00 |
| Non-Working Travel | 1.0 | $800.00 | $800.00 |
| Mediation | 62.4 | $1,100.00 | $68,640.00 |
| Mediation | 11.5 | $800.00 | $9,200.00 |
| Litigation | 9.4 | $1,100.00 | $10,340.00 |
| Fee Application | 3.1 | $1,100.00 | $3,410.00 |
| Fee Application | 0.8 | $800.00 | $640.00 |

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 930172

October 10, 2017

**BILL TO:**

COFINA

| QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Costs: | | $8,918.43 |
| | | **TOTAL DUE** | **$8,918.43** |

**Bettina Whyte Consultants LLC**
545 West Sagebrush Drive
Jackson, Wy 83001

# Invoice 930172
October 10, 2017

Invoice submitted to:

COFINA

Invoice Total
## $8,918.43

## Costs

| | | | Cost |
|---|---|---|---|
| 9/1/2017 | Fred Kraegel | Ground Transportation<br>Airport Richmond VA to home. | $36.45 |
| | Fred Kraegel | Ground Transportation<br>Hotel to Airport, New York City. | $48.56 |
| | Bettina Whyte | Ground Transportation<br>Car from hotel to Airport | $155.87 |
| | Bettina Whyte | Travel<br>Flight from New York after attending mediations | $951.80 |
| | Bettina Whyte | Lodging<br>Hotel stay in New York City due to mediations on August 29th -<br>August 31st | $2,065.70 |
| | Bettina Whyte | Ground Transportation<br>Taxi from airport | $21.90 |
| 9/10/2017 | Bettina Whyte | Administrative Expenses<br>Monthly invoicing software fee for 1 additional user | $10.00 |
| 9/11/2017 | Bettina Whyte | Ground Transportation<br>Car to the airport for flight to Washington DC to attend<br>Mediation's | $40.00 |
| | Bettina Whyte | Travel<br>Flight to Washington DC to attend Mediation's | $912.30 |
| | Bettina Whyte | Ground Transportation<br>Car from the airport to hotel in Washington DC | $113.64 |
| | Bettina Whyte | Meals and Entertainment<br>Meal in Washington DC | $23.25 |
| 9/14/2017 | Bettina Whyte | Ground Transportation<br>Car to the airport for flight from Washington DC after attending<br>meditations | $40.00 |
| | Bettina Whyte | Lodging<br>Hotel stay in Washington DC due to Mediation's | $2,426.30 |
| | Bettina Whyte | Meals and Entertainment<br>Lunch in Washington DC after Mediation's ended | $44.49 |
| | Bettina Whyte | Ground Transportation<br>Car from hotel to airport | $113.64 |
| | Bettina Whyte | Travel<br>Flight from Washington DC after Mediation's ended | $1,378.80 |

|  |  |  | Cost |
|---|---|---|---|
|  | Bettina Whyte | Postage and Shipping<br>FedEx from DC to Jackson with Mediation documents | $43.05 |
| 9/15/2017 | Bettina Whyte | Lodging<br>Hotel room charge due to early check out. (credit of $229.01 was given by hotel) | $326.32 |
| 9/16/2017 | Bettina Whyte | Administrative Expenses<br>Office Supplies | $16.36 |
| 9/30/2017 | Bettina Whyte | Misc. Supplies<br>Monthly overhead expenses | $150.00 |
|  |  |  | $8,918.43 |
|  |  | **Total amount of this invoice:** | **$8,918.43** |

## Cost Summary by Professional

| Name | Type | Cost |
|------|------|------|
| Fred Kraegel | Ground Transportation | $85.01 |
| | **Total** | **$85.01** |
| | | |
| Bettina Whyte | Ground Transportation | $485.05 |
| | Travel | $3,242.90 |
| | Lodging | $4,818.32 |
| | Administrative Expenses | $26.36 |
| | Meals and Entertainment | $67.74 |
| | Postage and Shipping | $43.05 |
| | Misc. Supplies | $150.00 |
| | **Total** | **$8,833.42** |

## Cost Summary by Type

| Expense Type | Costs |
|--------------|-------|
| Ground Transportation | $570.06 |
| Travel | $3,242.90 |
| Lodging | $4,818.32 |
| Administrative Expenses | $26.36 |
| Meals and Entertainment | $67.74 |
| Postage and Shipping | $43.05 |
| Misc. Supplies | $150.00 |