# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17-BK-4780 (LTS)

**This filing relates only to Debtor PREPA and shall be filed in the lead Case No. 17-BK-3283 (LTS) and Case No. 17-BK-4780 (LTS)**

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO URGENT JOINT MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AND PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY FOR ORDER CONCERNING RECEIPT AND USE OF PUERTO RICO ELECTRIC POWER AUTHORITY INSURANCE PROCEEDS**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee") hereby submits this joinder (the "Joinder"), to the *Urgent Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds*, dated December 13, 2017 [Docket No. 491 in Case No. 17-4780 (LTS)] (the "Urgent Motion") and respectfully represents as follows:

The Committee hereby joins in the relief requested in paragraph 21 of the Urgent Motion with respect to PREPA's receipt and use of Insurance Proceeds (as defined in the Urgent Motion) and proposed procedures.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests that the court enter an order granting the Urgent Motion.

| | |
|---|---|
| Dated: December 15, 2017<br>San Juan, Puerto Rico | /s/ G. Alexander Bongartz<br><br>PAUL HASTINGS LLP<br>Luc. A. Despins, Esq. *(Pro Hac Vice)*<br>Andrew V. Tenzer *(Pro Hac Vice)*<br>Michael E. Comerford *(Pro Hac Vice)*<br>G. Alexander Bongartz, Esq. (*Pro Hac Vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com<br><br>*Counsel to the Official Committee of Unsecured Creditors*<br><br>- and -<br><br>/s/ Juan J. Casillas Ayala<br><br>CASILLAS, SANTIAGO & TORRES LLC<br>Juan J. Casillas Ayala, Esq., USDC - PR 218312<br>Diana M. Batlle-Barasorda, Esq., USDC - PR 213103<br>Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710<br>Ericka C. Montull-Novoa, Esq., USDC - PR 230601<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Telephone: (787) 523-3434<br>jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com<br><br>*Local Counsel to the Official Committee of Unsecured Creditors* |