# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD[1]

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Bliss, James R. | Partner | Litigation | 1995 | $880,440.00 | 765.60 | $1,150 | $1,150 | 0 |
| Broughel, Kevin P. | Partner | Litigation | 2003 | $7,035.00 | 6.70 | $1,050 | $1,050 | 0 |
| Cooper, Samuel W. | Partner | Litigation | 1995 | $133,087.50 | 118.30 | $1,125 | $1,125 | 0 |
| Despins, Luc A. | Partner | Restructuring | 1986 | $978,380.00 | 752.60 | $1,300 | $1,300 | 0 |
| Despins, Luc A. | Partner | Restructuring | 1986 | $17,030.00 | 26.20 | $650 (non-working travel) | $650 (non-working travel) | 0 |
| Hansson, Kurt W. | Partner | Litigation | 1986 | $15,480.00 | 12.90 | $1,200 | $1,200 | 0 |
| Kinnaird, Stephen B. | Partner | Appellate Practice | 1995 | $88,780.00 | 77.20 | $1,150 | $1,150 | 0 |
| Markus, Taisa | Partner | Corporate | 1989 | $1,320.00 | 1.10 | $1,200 | $1,200 | 0 |
| Mollen, Neal | Partner | Appellate Practice | 1985 | $245,267.50 | 246.50 | $995 | $995 | 0 |
| Plaskon, Leslie A. | Partner | Restructuring | 1992 | $331,500.00 | 260.00 | $1,275 | $1,275 | 0 |
| Plaskon, Leslie A. | Partner | Restructuring | 1992 | $10,200.00 | 16.00 | $637.50 (non-working travel) | $637.50 (non-working travel) | 0 |
| Tenzer, Andrew V. | Partner | Restructuring | 1991 | $147,840.00 | 123.20 | $1,200 | $1,200 | 0 |
| Unger, Sean | Partner | Appellate Practice | 2004 | $105,780.00 | 103.20 | $1,025 | $1,025 | 0 |
| Whitner, William K. | Partner | Litigation | 1996 | $161,900.00 | 161.90 | $1,000 | $1,000 | 0 |
| Whitner, William K. | Partner | Litigation | 1996 | $2,000.00 | 4.00 | $500 (non- | $500 (non- | 0 |

---

[1]  The fees set forth on this Exhibit B do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of the total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| | | | | | | working travel) | working travel) | |
| Worthington, James B. | Partner | Litigation | 2004 | $530,040.00 | 504.80 | $1,050 | $1,050 | 0 |
| Worthington, James B. | Partner | Litigation | 2004 | $2,887.50 | 5.50 | $525 (non-working travel) | $525 (non-working travel) | 0 |
| | | **Total Partner:** | | **$3,658,967.50** | **3,185.70** | | | |
| Bongartz, Alex | Counsel | Restructuring | 2007 | $815,695.00 | 795.80 | $1,025 | $1,025 | 0 |
| Bongartz, Alex | Counsel | Restructuring | 2007 | $10,250.00 | 20.00 | $512.50 (non-working travel) | $512.50 (non-working travel) | 0 |
| Comerford, Michael E. | Counsel | Restructuring | 2003 | $799,124.00 | 688.90 | $1,160 | $1,160 | 0 |
| Comerford, Michael E. | Counsel | Restructuring | 2003 | $3,190.00 | 5.50 | $580 (non-working travel) | $580 (non-working travel) | 0 |
| Grogan, James T. | Counsel | Restructuring | 2000 | $185,484.00 | 159.90 | $1,160 | $1,160 | 0 |
| Hilson, John Francis | Counsel | Restructuring | 1977 | $144,300.00 | 111.00 | $1,300 | $1,300 | |
| Kahn, Marguerite R. | Counsel | Municipal Finance | 1979 | $609,095.00 | 566.60 | $1,075 | $1,075 | 0 |
| Strickon, Harvey A. | Counsel | Corporate | 1972 | $6,681.00 | 5.10 | $1,310 | $1,310 | 0 |
| Traxler, Katherine A. | Counsel | Corporate | 1990 | $46,585.00 | 60.50 | $770 | $770 | 0 |
| | | **Total Counsel:** | | **$2,620,404.00** | **2,413.30** | | | |
| Barron, Douglass E. | Associate | Restructuring | 2012 | $465,822.50 | 651.50 | $715 | $715 | 0 |
| Bertilotti, Laura | Associate | Corporate | 2012 | $16,500.00 | 20.00 | $825 | $825 | 0 |
| Blatt, Emily | Associate | Litigation | 2015 | $24,960.00 | 38.40 | $650 | $650 | 0 |
| Browning, Jenna E. | Associate | Litigation | 2012 | $172,481.00 | 199.40 | $865 | $865 | 0 |
| Buscarino, Anthony F. | Associate | Litigation | 2017 | $134,023.50 | 229.10 | $585 | $585 | 0 |
| Cox, Courtney C. | Associate | Litigation | 2016 | $5,850.00 | 10.00 | $585 | $585 | 0 |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Emam, Daniel | Associate | Litigation | 2016 | $8,424.00 | 14.40 | $585 | $585 | 0 |
| Gage, Brendan | Associate | Restructuring | 2011 | $205,260.00 | 248.80 | $825 | $825 | 0 |
| Gardea, Eduardo | Associate | Litigation | 2013 | $2,640.00 | 3.20 | $825 | $825 | 0 |
| Gray, Bradley R. | Associate | Litigation | 2012 | $192,011.00 | 244.60 | $785 | $785 | 0 |
| Guaida, Rodrigo | Associate | Corporate | N/A | $14,332.50 | 27.30 | $525 | $525 | 0 |
| Gutierrez, Alexander F. | Associate | Real Estate | N/A | $13,221.00 | 22.60 | $585 | $585 | 0 |
| Kilpatrick, Ryan N. | Associate | Litigation | 2017 | $188,545.50 | 322.30 | $585 | $585 | 0 |
| Lu, Run Bo | Associate | Restructuring | N/A | $47,326.50 | 80.90 | $585 | $585 | 0 |
| Mathis, Christie A. | Associate | Litigation | 2009 | $5,394.00 | 5.80 | $930 | $930 | 0 |
| Maza, Shlomo | Associate | Restructuring | 2012 | $427,825.00 | 545.00 | $785 | $785 | 0 |
| Newman, Daniel F. | Associate | Restructuring | 2014 | $89,732.50 | 125.50 | $715 | $715 | 0 |
| Pearson, Andrea J. | Associate | Litigation | 2010 | $2,681.50 | 3.10 | $865 | $865 | 0 |
| Sadeghi, Sam | Associate | Employment | 2016 | $13,396.50 | 22.90 | $585 | $585 | 0 |
| Stolze, Eric D. | Associate | Litigation | 2010 | $218,829.00 | 241.80 | $905 | $905 | 0 |
| Tobia Diaz, Maria Leonor | Associate | Corporate | 2015 | $863.50 | 1.10 | $785 | $785 | 0 |
| Vohra, Ravi | Associate | Restructuring | 2014 | $199,940.00 | 307.60 | $650 | $650 | 0 |
| Whalen, Michael C. | Associate | Litigation | 2015 | $72,410.00 | 111.40 | $650 | $650 | 0 |
| Williams, Jahmila | Associate | Litigation | 2012 | $23,182.00 | 26.80 | $865 | $865 | 0 |
| Zwillinger, Zachary S. | Associate | Litigation | 2013 | $309,929.50 | 358.30 | $865 | $865 | 0 |
| Zwillinger, Zachary S. | Associate | Litigation | 2013 | $1,297.50 | 3.00 | $432.50 (non-working travel) | $432.50 (non-working travel) | 0 |
| | | **Total Associate:** | | **$2,856,878.50** | **3,864.80** | | | |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Adams, Wendy K. | Practice Project Manager | | | $1,010.00 | 2.00 | $505 | $505 | 0 |
| Austin, Javii D. | Librarian | | | $367.50 | 1.50 | $245 | $245 | 0 |
| Boyle, Terrence C. | Paralegal | | | $2,925.00 | 7.50 | $390 | $390 | 0 |
| Carr, Barbara J. | Paralegal | | | $1,220.00 | 4.00 | $305 | $305 | 0 |
| Chang, Irene | Librarian | | | $331.50 | 1.30 | $255 | $255 | 0 |
| Checo, Miguel L. | Project Manager | | | $3,585.50 | 10.10 | $355 | $355 | 0 |
| Clark, Wayne L. | Project Specialist | | | $648.00 | 1.80 | $360 | $360 | 0 |
| Day, Priscilla | Librarian | | | $9,207.00 | 34.10 | $270 | $270 | 0 |
| Dionne, Christine A. | Paralegal | | | $712.50 | 1.50 | $475 | $475 | 0 |
| Doherty, Allison | Paralegal | | | $4,032.00 | 14.40 | $280 | $280 | 0 |
| Easley, Patricia L. | Paralegal | | | $4,165.00 | 11.90 | $350 | $350 | 0 |
| Elliott, Elizabeth | Librarian | | | $4,336.50 | 14.70 | $295 | $295 | 0 |
| Hopkovitz, Yael | Librarian | | | $1,739.50 | 7.10 | $245 | $245 | 0 |
| Kehrer, Chris E. | Paralegal | | | $875.00 | 2.50 | $350 | $350 | 0 |
| Kromer, Rosetta S. | Paralegal | | | $25,273.50 | 60.90 | $415 | $415 | 0 |
| Kuo, Jocelyn | Paralegal | | | $126,126.00 | 323.40 | $390 | $390 | 0 |
| Lyons, Sarah | Paralegal | | | $11,208.50 | 77.30 | $145 | $145 | 0 |
| Mariano, Andrea M. | Paralegal | | | $345.00 | 1.00 | $345 | $345 | 0 |
| O'Dea, Heather R. | Research Services | | | $944.00 | 5.90 | $160 | $160 | 0 |
| Paredes, Xavier | Project Specialist | | | $12,314.00 | 52.40 | $235 | $235 | 0 |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Reid, Alex | Librarian | | | $2,279.50 | 9.70 | $235 | $235 | 0 |
| Rhoads, Patricia (Patty) | Senior Case Assistant | | | $117.50 | 0.50 | $235 | $235 | 0 |
| Ross, Jennifer | Paralegal | | | $750.00 | 2.00 | $375 | $375 | 0 |
| Sheldon, Samantha | Other T/K | | | $145.00 | 1.00 | $145 | $145 | 0 |
| Weaver, Randi | Project Manager | | | $8,839.50 | 24.90 | $355 | $355 | 0 |
| Wijemanne, Manel | Paralegal | | | $6,031.00 | 16.30 | $370 | $370 | 0 |
| Wrench, Patricia | Paralegal | | | $700.00 | 2.00 | $350 | $350 | 0 |
| | | **Total Paraprofessional:** | | **$230,228.50** | **691.70** | | | |
| | **Subtotal:** | | | **$9,366,478.50** | **10,155.50** | | | |
| | **Less Voluntary Fee Reduction:** | | | **($21,000.00)** | | | | |
| | **Grand Total:** | | | **$9,345,478.50** | **10,155.50** | | | |
| | **Blended Rate:** | | | | | | **$920**[2] | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | | **$965** | |

Case Name: In re The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, *et al*.
Case Number: 17-BK-3283 (LTS)
Applicant's Name: Paul Hastings LLP
Date of Application: December 15, 2017
Interim or Final: First Interim

---

[2] The blended rate reflects the voluntarily reduced fees divided by the total hours billed.