# EXHIBIT C

## SUMMARY OF COMPENSATION DURING FEE PERIOD
## BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 1,141.10 | $1,061,786.00 |
| B113   Pleadings Review | 233.40 | $183,532.50 |
| B140   Relief from Stay / Adequate Protection Proceedings | 32.60 | $27,165.50 |
| B150   Meetings of and Communications with Creditors | 129.90 | $136,413.50 |
| B155   Court Hearings | 107.90 | $110,067.00 |
| B160   Employment / Fee Applications (Paul Hastings and Other Professionals) | 314.20 | $274,102.50 |
| B161   Budgeting (Case) | 12.90 | $10,825.50 |
| B180   Avoidance Action Analysis | 2.00 | $1,474.00 |
| B190   Other Contested Matters | 332.20 | $294,960.50 |
| B195   Non-Working Travel | 61.90 | $36,900.00 |
| B220   Employee Benefits / Pensions | 3.70 | $4,464.50 |
| B230   Financing/Cash Collections | 32.20 | $34,550.00 |
| B310   Claims Administration and Objections | 107.50 | $96,552.50 |
| B320   Plan and Disclosure Statement (including Business Plan) | 158.40 | $143,719.50 |
| **SUBTOTAL** | **2,669.90** | **$2,417,513.50** |
| **DISCRETIONARY FEE WRITE OFF** | | **($21,000.00)** |
| **TOTAL** | **2,669.90** | **$2,396,513.50** |

*COFINA Dispute Analysis (Matter ID 00003)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 234.30 | $185,381.50 |
| B113   Pleadings Review | 36.10 | $26,620.00 |
| B120   Asset Analysis and Recovery | 0.70 | $892.50 |

---

[1] The fees set forth on this Exhibit C do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of the total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 0.70 | $686.50 |
| B155   Court Hearings | 18.10 | $16,598.00 |
| B180   Avoidance Action Analysis | 3.10 | $4,061.00 |
| B190   Other Contested Matters | 11.30 | $9,827.00 |
| B191   General Litigation | 2,595.90 | $2,410,942.50 |
| B195   Non-Working Travel | 6.60 | $3,852.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 37.60 | $39,684.50 |
| **TOTAL** | **2,944.40** | **$2,698,546.00** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112   General Creditor Inquiries | 10.10 | $6,265.50 |
| B150   Meetings of and Communications with Creditors | 146.40 | $130,661.50 |
| **TOTAL** | **156.50** | **$136,927.00** |

*Fiscal Plan Analysis (Matter ID 00005)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 36.50 | $45,202.00 |
| **TOTAL** | **36.50** | **$45,202.00** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110   Case Administration | 81.90 | $87,388.50 |
| B113   Pleadings Review | 32.50 | $28,344.50 |
| B140   Relief from Stay / Adequate Protection Proceedings | 17.50 | $17,464.50 |
| B150   Meetings of and Communications with Creditors | 3.30 | $3,133.50 |
| B185   Assumption / Rejection of Leases and Contracts | 30.60 | $33,248.50 |
| B191   General Litigation | 26.30 | $26,829.00 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 5.90 | $6,577.50 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B260 Meetings of and Communications with Debtors/Oversight Board | 1.80 | $2,124.00 |
| B312 Objections to Claims | 1.90 | $2,204.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 2.40 | $2,784.00 |
| **TOTAL** | **204.10** | **$210,098.00** |

### *HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 6.70 | $2,638.50 |
| B113 Pleadings Review | 45.20 | $27,938.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 1.60 | $1,721.00 |
| B150 Meetings of and Communications with Creditors | 1.90 | $1,400.50 |
| B185 Assumption / Rejection of Leases and Contracts | 2.80 | $2,414.00 |
| B191 General Litigation | 125.10 | $115,717.50 |
| **TOTAL** | **183.30** | **$151,829.50** |

### *ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B113 Pleadings Review | 20.70 | $13,078.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 17.10 | $18,214.50 |
| B191 General Litigation | 14.10 | $13,447.00 |
| **TOTAL** | **51.90** | **$44,739.50** |

### *Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 15.90 | $5,881.50 |
| B113 Pleadings Review | 87.50 | $58,124.00 |
| B150 Meetings of and Communications with Creditors | 9.80 | $10,793.50 |
| B155 Court Hearings | 12.20 | $15,400.00 |
| B191 General Litigation | 1,071.00 | $909,145.50 |
| B195 Non-Working Travel | 4.00 | $2,000.00 |

| | Hours Billed | Fees Sought |
|---|---|---|
| **TOTAL** | **1,200.40** | **$1,001,344.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 35.40 | $36,742.50 |
| B150   Meetings of and Communications with Creditors | 15.70 | $15,123.00 |
| B180   Avoidance Action Analysis | 0.70 | $910.00 |
| B191   General Litigation | 1,023.60 | $1,078,711.50 |
| B195   Non-Working Travel | 5.70 | $3,052.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 1.40 | $1,715.00 |
| **TOTAL** | **1,082.50** | **$1,136,254.50** |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 2.50 | $3,187.50 |
| B150   Meetings of and Communications with Creditors | 0.20 | $143.00 |
| B230   Financing/Cash Collections | 174.60 | $180,648.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 0.60 | $429.00 |
| **TOTAL** | **177.90** | **$184,408.00** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 0.30 | $117.00 |
| B150   Meetings of and Communications with Creditors | 309.40 | $312,365.50 |
| B230   Financing/Cash Collections | 2.80 | $2,198.00 |
| **TOTAL** | **312.50** | **$314,680.50** |

*Rule 2004 Investigations (Matter ID 00013)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 10.50 | $4,095.00 |
| B150   Meetings of and Communications with Creditors | 5.30 | $6,835.00 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B155  Court Hearings | 56.10 | $47,557.50 |
| B195  Non-Working Travel | 2.00 | $1,050.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 4.10 | $5,117.50 |
| B261  Investigations | 515.70 | $446,672.50 |
| **TOTAL** | **593.70** | **$511,327.50** |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B190  Other Contested Matters | 114.80 | $99,154.50 |
| B191  General Litigation | 427.00 | $414,338.50 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 0.10 | $115.00 |
| **TOTAL** | **541.90** | **$513,608.00** |