**EXHIBIT D**

**SUMMARY OF EXPENSES BY CATEGORY**

| Category | Requested Expenses |
|---|---|
| Travel Expenses – Airfare | $8,054.43 |
| Travel Expenses – Lodging | $8,841.85 |
| Travel Expenses – Parking | $348.00 |
| Travel Expenses - Taxi / Ground Transportation | $8,407.60 |
| Travel Expenses – Internet | $4.95 |
| Meals (while working on Committee matters) | $547.57 |
| Certification of Registration | $75.00 |
| Certified Copies of Documents | $755.32 |
| Conference calls – Domestic | $752.34 |
| Courtcall | $280.00 |
| Court Expense | $70.00 |
| Courier Service | $3,990.16 |
| Messenger | $145.73 |
| Computer Search | $87,035.38 |
| Court Reporting Services | $117.60 |
| Articles and Publications | $215.75 |
| Banquet Room Rental | $1,046.21 |
| Electronic Document Retrieval | $15.00 |
| Filing Fee | $463.00 |
| In-house Black and White Reproduction Charges (34,909 copies at $0.08 per page) | $2,792.72 |
| In-house Color Reproduction Charges (25,039 copies at $0.25 per page) | $6,259.75 |
| Outside Reproduction Charge for Documents Needed at Hearing | $104.72 |
| Outside Professional Services | $142.37 |
| Postage/Express Mail | $2,804.77 |
| **TOTAL** | **$133,270.22** |