# EXHIBIT A

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Joff Mitchell | Senior Managing Director | $ 1,035 | 63.4 | $ 58,891.50 |
| David MacGreevey | Managing Director | 940 | 142.2 | 125,913.00 |
| Carol Flaton | Managing Director | 940 | 416.9 | 378,209.00 |
| Richard Collura | Managing Director | 850 | 1.0 | 850.00 |
| Elizabeth S. Kardos | Counsel | 565 | 61.5 | 34,747.50 |
| Enrique R. Ubarri | Senior Advisor | 850 | 361.9 | 299,540.00 |
| Robert Bingham | Senior Director | 850 | 121.3 | 103,105.00 |
| Mark A. Cervi | Senior Director | 810 | 345.9 | 254,299.50 |
| Scott Martinez | Director | 685 | 634.3 | 424,049.25 |
| Gabriel Lewis | Director | 665 | 58.7 | 39,035.50 |
| Michael Westermann | Associate | 440 | 599.5 | 257,664.00 |
| Apim Patel | Associate | 440 | 32.2 | 14,168.00 |
| Rahul Yenumula | Associate | 440 | 419.9 | 184,756.00 |
| Deborah Praga | Junior Associate | 390 | 590.1 | 227,097.00 |
| Matthew Delmonte | Analyst | 305 | 523.9 | 159,789.50 |
| Anthony Perrella | Analyst | 305 | 154.7 | 47,183.50 |
| Laurie Verry | Paraprofessional | 285 | 68.5 | 19,522.50 |
| Paul Fabsik | Paraprofessional | 245 | 50.8 | 12,446.00 |
| **Grand Total** | | | 4,646.7 | $ 2,641,266.75 |