# EXHIBIT B

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | |
|---|---|---|---|
| Matter Category | Description | Hours | 100% Fees |
| 1 | Planning & Coordination / Case Management | 117.6 | $ 90,831.00 |
| 2 | Meetings and Communications with Committee Members and/or Professionals | 461.2 | 335,738.50 |
| 3 | Communication with Interested Parties | 400.6 | 276,513.00 |
| 4 | Liquidity and Cash Management | 0.7 | 479.50 |
| 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 1,490.7 | 791,013.00 |
| 6 | Financial and Other Diligence | 826.0 | 499,389.50 |
| 7 | Sales of Assets | - | - |
| 8 | Due Diligence of Commonwealth Assets | 6.4 | 4,059.50 |
| 9 | Debt Capacity | 474.3 | 215,502.50 |
| 10 | Investments in Puerto Rico, Including Public-Private Partnerships | 0.4 | 307.00 |
| 11 | Plan of Adjustment Review and Negotiations | 15.6 | 6,838.00 |
| 12 | Litigation Support and Claims Analysis | 92.3 | 61,273.50 |
| 13 | Testimony / Court Appearance | 31.3 | 24,518.50 |
| 14 | Expert Reports | - | - |
| 15 | Pension Matters | 18.3 | 9,673.50 |
| 16 | Retention | 124.9 | 67,291.00 |
| 17 | Fee Statements and Fee Applications | 221.9 | 83,722.00 |
| 18 | Non-Working Travel Time | 215.4 | 81,718.25 |
| 19 | PREPA Title III | 120.2 | 76,893.00 |
| 20 | HTA Title III | 24.8 | 12,675.00 |
| 21 | ERS Title III | 4.1 | 2,830.50 |
| **Grand Total** | | **4,646.7** | **$ 2,641,266.75** |