**EXHIBIT D**

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| **Category** | **Total** |
| Travel & Lodging | $ 32,909.25 |
| Meals | 3,425.72 |
| Phone | 814.34 |
| Postage/Courier | 709.02 |
| Direct Charges | 510.81 |
| Copy Charges | 3.55 |
| **Grand Total** | $ **38,372.69** |