**EXHIBIT E**

[See following pages]

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
| Enrique Ubarri | 6/27/2017 | Travel & Lodging | Hotel in San Juan | $ 260.65 |
| Scott R. Martinez | 6/27/2017 | Travel & Lodging | Hotel in San Juan | 260.65 |
| David MacGreevey | 6/27/2017 | Travel & Lodging | Hotel in San Juan | 458.43 |
| Carol Flaton | 6/27/2017 | Travel & Lodging | Hotel in San Juan | 260.65 |
| Jonathan Mitchell | 6/28/2017 | Travel & Lodging | SJU - JFK Economy Fare | 730.00 |
| Scott R. Martinez | 6/28/2017 | Travel & Lodging | SJU - JFK Economy Fare | 305.10 |
| David MacGreevey | 6/28/2017 | Travel & Lodging | SJU - JFK Economy Fare | 530.10 |
| Carol Flaton | 6/28/2017 | Travel & Lodging | SJU - EWR Economy Fare | 743.10 |
| Jonathan Mitchell | 6/28/2017 | Travel & Lodging | Taxi - San Juan Hotel to SJU | 23.00 |
| Jonathan Mitchell | 6/28/2017 | Travel & Lodging | Uber - JFK to NYC | 115.39 |
| Scott R. Martinez | 6/28/2017 | Travel & Lodging | Cab to Court | 20.00 |
| Scott R. Martinez | 6/28/2017 | Travel & Lodging | Uber from Court | 7.46 |
| Scott R. Martinez | 6/28/2017 | Travel & Lodging | Cab to Airport | 25.00 |
| Scott R. Martinez | 6/28/2017 | Travel & Lodging | Car Service JFK - Home | 206.47 |
| David MacGreevey | 6/28/2017 | Travel & Lodging | Taxi | 20.00 |
| Carol Flaton | 6/28/2017 | Travel & Lodging | Uber - EWR - Home | 114.76 |
| Payable Accounts | 6/28/2017 | Travel & Lodging | Concord Car Svc. Inv.#723971 | 123.89 |
| David MacGreevey | 6/29/2017 | Travel & Lodging | Cab | 9.95 |
| Michael Westermann | 7/13/2017 | Travel & Lodging | Cab | 7.56 |
| Mark Cervi | 7/17/2017 | Travel & Lodging | LAX - EWR Economy Fare | 982.20 |
| Mark Cervi | 7/17/2017 | Travel & Lodging | Uber from EWR to Hotel in NY | 37.19 |
| Mark Cervi | 7/17/2017 | Travel & Lodging | Hotel in NY | 363.82 |
| David MacGreevey | 7/18/2017 | Travel & Lodging | Cab | - |
| Mark Cervi | 7/18/2017 | Travel & Lodging | Hotel in NY | 560.03 |
| Mark Cervi | 7/18/2017 | Travel & Lodging | Tips | 2.00 |
| Mark Cervi | 7/19/2017 | Travel & Lodging | Hotel in NY | 456.77 |
| Mark Cervi | 7/19/2017 | Travel & Lodging | Tips | 2.00 |
| Mark Cervi | 7/20/2017 | Travel & Lodging | EWR - LAX Economy Fare | 982.20 |
| Mark Cervi | 7/20/2017 | Travel & Lodging | Parking | 120.00 |
| Mark Cervi | 7/20/2017 | Travel & Lodging | Uber from NY to EWR | 79.71 |
| Mark Cervi | 7/20/2017 | Travel & Lodging | Tips | 2.00 |
| Enrique Ubarri | 8/4/2017 | Travel & Lodging | MIA - SJU; SJU - MIA Economy Fare | 384.20 |
| Deborah Praga | 8/4/2017 | Travel & Lodging | Cab | 8.75 |
| Jonathan Mitchell | 8/7/2017 | Travel & Lodging | EWR - SJU; SJU - EWR Economy Fare | 674.00 |
| Scott R. Martinez | 8/7/2017 | Travel & Lodging | JFK - SJU Economy Fare | 350.10 |
| David MacGreevey | 8/7/2017 | Travel & Lodging | JFK - SJU Economy Fare | 400.10 |
| Carol Flaton | 8/7/2017 | Travel & Lodging | BWI - SJU; SJU - BWI Economy Fare | 637.00 |
| Michael Westermann | 8/7/2017 | Travel & Lodging | JFK - SJU Economy Fare | 350.10 |
| Deborah Praga | 8/7/2017 | Travel & Lodging | JFK - SJU Economy Fare | 300.10 |
| Mark Cervi | 8/7/2017 | Travel & Lodging | LAX - SJU Economy Fare | 483.60 |
| Jonathan Mitchell | 8/7/2017 | Travel & Lodging | Cab - San Juan | 19.00 |
| Jonathan Mitchell | 8/7/2017 | Travel & Lodging | Uber | 144.28 |
| Mark Cervi | 8/7/2017 | Travel & Lodging | Cab - SJU to Hotel | 24.00 |
| Scott R. Martinez | 8/7/2017 | Travel & Lodging | Car Service | 206.47 |
| Scott R. Martinez | 8/7/2017 | Travel & Lodging | Cab | 25.00 |
| David MacGreevey | 8/7/2017 | Travel & Lodging | Cab | 20.00 |
| Carol Flaton | 8/7/2017 | Travel & Lodging | Cab - Airport to Hotel | 25.00 |
| Michael Westermann | 8/7/2017 | Travel & Lodging | Cab | 51.09 |
| Deborah Praga | 8/7/2017 | Travel & Lodging | Uber | 51.34 |
| Payable Accounts | 8/7/2017 | Travel & Lodging | Concord Car Service Inv.# 725783 | 212.42 |
| Jonathan Mitchell | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 286.85 |
| Mark Cervi | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Scott R. Martinez | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| David MacGreevey | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 277.02 |
| Carol Flaton | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Michael Westermann | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 337.93 |
| Enrique Ubarri | 8/7/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Jonathan Mitchell | 8/8/2017 | Travel & Lodging | Cab - San Juan | 20.00 |
| Jonathan Mitchell | 8/8/2017 | Travel & Lodging | Uber | 120.58 |

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | **Amount** |
| Mark Cervi | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Scott R. Martinez | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| David MacGreevey | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 277.02 |
| Carol Flaton | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Michael Westermann | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 337.93 |
| Deborah Praga | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 337.93 |
| Enrique Ubarri | 8/8/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Mark Cervi | 8/8/2017 | Travel & Lodging | Tips | 2.00 |
| David MacGreevey | 8/9/2017 | Travel & Lodging | SJU - JFK Economy Fare | 332.10 |
| Mark Cervi | 8/9/2017 | Travel & Lodging | Parking at LAX | 90.00 |
| Mark Cervi | 8/9/2017 | Travel & Lodging | Cab - Hotel to Airport | 25.00 |
| Scott R. Martinez | 8/9/2017 | Travel & Lodging | Cab | 20.00 |
| Scott R. Martinez | 8/9/2017 | Travel & Lodging | Uber | 8.00 |
| Scott R. Martinez | 8/9/2017 | Travel & Lodging | Cab | 15.00 |
| Scott R. Martinez | 8/9/2017 | Travel & Lodging | Uber | 4.41 |
| David MacGreevey | 8/9/2017 | Travel & Lodging | Car - Airport | 20.00 |
| Scott R. Martinez | 8/9/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Carol Flaton | 8/9/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Michael Westermann | 8/9/2017 | Travel & Lodging | Hotel in San Juan | 337.93 |
| Deborah Praga | 8/9/2017 | Travel & Lodging | Hotel in San Juan | 339.93 |
| Enrique Ubarri | 8/9/2017 | Travel & Lodging | Hotel in San Juan | 255.41 |
| Mark Cervi | 8/9/2017 | Travel & Lodging | Tips | 2.00 |
| David MacGreevey | 8/9/2017 | Travel & Lodging | Tips | 10.00 |
| Scott R. Martinez | 8/10/2017 | Travel & Lodging | SJU - JFK Economy Fare (S. Martinez, D. Praga and M. Westermann) | 816.30 |
| Mark Cervi | 8/10/2017 | Travel & Lodging | SJU - LAX Economy Fare | 822.60 |
| Scott R. Martinez | 8/10/2017 | Travel & Lodging | Car Service | 206.47 |
| Scott R. Martinez | 8/10/2017 | Travel & Lodging | Cab | 25.00 |
| Carol Flaton | 8/10/2017 | Travel & Lodging | Cab | 25.00 |
| Carol Flaton | 8/10/2017 | Travel & Lodging | Cab | 39.75 |
| Michael Westermann | 8/10/2017 | Travel & Lodging | Cab | 75.67 |
| Deborah Praga | 8/10/2017 | Travel & Lodging | Cab | 75.67 |
| Deborah Praga | 8/10/2017 | Travel & Lodging | Hotel in San Juan | 337.93 |
| Enrique Ubarri | 8/13/2017 | Travel & Lodging | Cab | 38.00 |
| Scott R. Martinez | 8/22/2017 | Travel & Lodging | JFK - SJU Economy Fare | 277.10 |
| Carol Flaton | 8/22/2017 | Travel & Lodging | JFK - SJU Economy Fare | 325.00 |
| Michael Westermann | 8/22/2017 | Travel & Lodging | JFK - SJU Economy Fare | 277.10 |
| Enrique Ubarri | 8/22/2017 | Travel & Lodging | MIA - SJU Economy Fare | 132.10 |
| Scott R. Martinez | 8/22/2017 | Travel & Lodging | Car Service | 206.47 |
| Scott R. Martinez | 8/22/2017 | Travel & Lodging | Cab | 25.00 |
| Carol Flaton | 8/22/2017 | Travel & Lodging | Cab -  SJU Airport to Hotel | 20.00 |
| Michael Westermann | 8/22/2017 | Travel & Lodging | Cab | 51.06 |
| Enrique Ubarri | 8/22/2017 | Travel & Lodging | Uber | 19.28 |
| Enrique Ubarri | 8/22/2017 | Travel & Lodging | Cab | 22.00 |
| Scott R. Martinez | 8/22/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Carol Flaton | 8/22/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Michael Westermann | 8/22/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Enrique Ubarri | 8/22/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Deborah Praga | 8/23/2017 | Travel & Lodging | Cab | 9.36 |
| Scott R. Martinez | 8/23/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Carol Flaton | 8/23/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Michael Westermann | 8/23/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Enrique Ubarri | 8/23/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Scott R. Martinez | 8/24/2017 | Travel & Lodging | Car Service for ZC Team - Various Meetings in PR 8/23- 8/24 | 460.00 |
| Scott R. Martinez | 8/24/2017 | Travel & Lodging | Cab | 20.00 |
| Carol Flaton | 8/24/2017 | Travel & Lodging | Uber | 3.85 |
| Carol Flaton | 8/24/2017 | Travel & Lodging | Uber - Airport to Home | 116.75 |
| Scott R. Martinez | 8/24/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | **Amount** |
| Carol Flaton | 8/24/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Michael Westermann | 8/24/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Enrique Ubarri | 8/24/2017 | Travel & Lodging | Hotel in San Juan | 244.93 |
| Scott R. Martinez | 8/25/2017 | Travel & Lodging | SJU - JFK Economy Fare | 344.10 |
| Carol Flaton | 8/25/2017 | Travel & Lodging | SJU - JFK Economy Fare | 365.10 |
| Michael Westermann | 8/25/2017 | Travel & Lodging | SJU - JFK Economy Fare | 344.10 |
| Enrique Ubarri | 8/25/2017 | Travel & Lodging | SJU - MIA Economy Fare | 244.10 |
| Scott R. Martinez | 8/25/2017 | Travel & Lodging | Cab | 25.00 |
| Scott R. Martinez | 8/25/2017 | Travel & Lodging | Car Service | 206.47 |
| Enrique Ubarri | 8/25/2017 | Travel & Lodging | Cab | 36.00 |
| Enrique Ubarri | 8/25/2017 | Travel & Lodging | Cab | 21.00 |
| Mark Cervi | 8/28/2017 | Travel & Lodging | LAX - NY Economy Fare | 992.20 |
| Mark Cervi | 8/29/2017 | Travel & Lodging | Uber - EWR to Hotel | 57.21 |
| Mark Cervi | 8/29/2017 | Travel & Lodging | Hotel in NY | 463.65 |
| Scott R. Martinez | 8/29/2017 | Travel & Lodging | Hotel in NY | 296.96 |
| Carol Flaton | 8/30/2017 | Travel & Lodging | Cab | 10.30 |
| Carol Flaton | 8/30/2017 | Travel & Lodging | Cab | 12.95 |
| Mark Cervi | 8/30/2017 | Travel & Lodging | Hotel in NY | 373.00 |
| Mark Cervi | 8/31/2017 | Travel & Lodging | NY - LAX Economy Fare | 992.20 |
| Mark Cervi | 8/31/2017 | Travel & Lodging | Parking at LAX | 120.00 |
| Mark Cervi | 8/31/2017 | Travel & Lodging | Cab - NYC - EWR | 103.56 |
| Carol Flaton | 8/31/2017 | Travel & Lodging | Cab | 10.55 |
| Michael Westermann | 8/31/2017 | Travel & Lodging | Cab | 17.15 |
| Deborah Praga | 9/11/2017 | Travel & Lodging | Cab | 8.15 |
| Mark Cervi | 9/12/2017 | Travel & Lodging | LAX - EWR Economy Fare | 348.20 |
| Mark Cervi | 9/12/2017 | Travel & Lodging | Uber - EWR to Hotel | 51.49 |
| Mark Cervi | 9/12/2017 | Travel & Lodging | Hotel in NY | 678.24 |
| Mark Cervi | 9/13/2017 | Travel & Lodging | Hotel in NY | 678.24 |
| Mark Cervi | 9/14/2017 | Travel & Lodging | EWR - LAX Economy Fare | 398.20 |
| Mark Cervi | 9/14/2017 | Travel & Lodging | Parking at LAX | 85.00 |
| Mark Cervi | 9/14/2017 | Travel & Lodging | Uber - Office to EWR | 71.74 |
| **Total Travel & Lodging Expense** | | | | **$ 32,909.25** |

| **Professional** | **Date** | **Category** | **Description** | **Amount** |
|---|---|---|---|---|
| Scott R. Martinez | 6/28/2017 | Meals | Breakfast for 1 | $ 37.45 |
| Scott R. Martinez | 6/28/2017 | Meals | Lunch for 2 | 70.00 |
| Payable Accounts | 6/30/2017 | Meals | Hosted Lunch Meeting with FA to the Commonwealth | 260.26 |
| Gabe Lewis | 7/4/2017 | Meals | Lunch for 1 | 18.42 |
| David MacGreevey | 7/5/2017 | Meals | Lunch for 3 | 66.31 |
| Michael Westermann | 7/13/2017 | Meals | Dinner for 1 | 26.00 |
| Mark Cervi | 7/17/2017 | Meals | Lunch for 1 | 12.10 |
| Michael Westermann | 7/17/2017 | Meals | Dinner for 1 | 26.06 |
| Mark Cervi | 7/18/2017 | Meals | Lunch for 1 | 12.50 |
| Mark Cervi | 7/18/2017 | Meals | Dinner for 1 | 50.00 |
| Michael Westermann | 7/18/2017 | Meals | Dinner for 2 | 29.87 |
| Mark Cervi | 7/19/2017 | Meals | Dinner for 1 | 50.00 |
| Mark Cervi | 7/19/2017 | Meals | Lunch for 1 | 9.00 |
| Deborah Praga | 7/25/2017 | Meals | Dinner for 1 | 22.03 |
| Payable Accounts | 7/27/2017 | Meals | Hosted UCC Lunch Meeting | 141.62 |
| Scott R. Martinez | 7/31/2017 | Meals | Dinner for 1 | 7.44 |
| Michael Westermann | 7/31/2017 | Meals | Dinner for 1 | 26.30 |
| Michael Westermann | 8/1/2017 | Meals | Business Meal - Dinner for 1 | 19.69 |
| Deborah Praga | 8/2/2017 | Meals | Other Meal - Dinner for 1 | 25.05 |
| Mark Cervi | 8/7/2017 | Meals | Business Meal - Breakfast for 1 | 16.67 |
| Mark Cervi | 8/7/2017 | Meals | Business Meal - Lunch for 1 | 35.00 |
| Scott R. Martinez | 8/7/2017 | Meals | Business Meal - Breakfast for 1 | 19.33 |
| Carol Flaton | 8/7/2017 | Meals | Business Meal - Dinner for 1 | 28.30 |
| Michael Westermann | 8/7/2017 | Meals | Business Meal - Breakfast for 1 | 11.86 |

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | **Amount** |
| Deborah Praga | 8/7/2017 | Meals | Business Meal - Breakfast for 1 | 20.00 |
| Scott R. Martinez | 8/8/2017 | Meals | Business Meal - Lunch for 1 | 16.38 |
| David MacGreevey | 8/8/2017 | Meals | Business Meal - Breakfast for 1 | 36.22 |
| Mark Cervi | 8/9/2017 | Meals | Business Meal - Breakfast for 1 | 10.55 |
| Mark Cervi | 8/9/2017 | Meals | Business Meal - Lunch for 1 | 10.02 |
| Mark Cervi | 8/9/2017 | Meals | Business Meal - Dinner for 1 | 45.47 |
| Scott R. Martinez | 8/9/2017 | Meals | Business Meal - Lunch for 2 | 13.11 |
| Scott R. Martinez | 8/9/2017 | Meals | Business Meal - Dinner for 5 | 250.00 |
| David MacGreevey | 8/9/2017 | Meals | Business Meal - Breakfast for 1 | 36.22 |
| David MacGreevey | 8/9/2017 | Meals | Business Meal - Lunch for 1 | 20.51 |
| Michael Westermann | 8/9/2017 | Meals | Business Meal - Lunch for 2 | 59.62 |
| Michael Westermann | 8/9/2017 | Meals | Business Meal - Breakfast for 1 | 25.00 |
| Deborah Praga | 8/9/2017 | Meals | Business Meal - Breakfast for 1 | 25.00 |
| Enrique Ubarri | 8/9/2017 | Meals | Business Meal - Breakfast for 1 | 25.00 |
| Scott R. Martinez | 8/10/2017 | Meals | Business Meal - Breakfast for 2 | 50.00 |
| Deborah Praga | 8/10/2017 | Meals | Business Meal - Breakfast for 1 | 25.00 |
| Deborah Praga | 8/10/2017 | Meals | Business Meal - Dinner for 5 | 250.00 |
| Carol Flaton | 8/15/2017 | Meals | Business Meal - Lunch for 3 | 105.00 |
| Scott R. Martinez | 8/22/2017 | Meals | Business Meal - Breakfast for 1 | 14.34 |
| Scott R. Martinez | 8/22/2017 | Meals | Business Meal - Lunch for 2 | 52.05 |
| Scott R. Martinez | 8/22/2017 | Meals | Business Meal - Dinner for 4 | 200.00 |
| Carol Flaton | 8/22/2017 | Meals | Business Meal - Lunch for 1 | 21.33 |
| Michael Westermann | 8/22/2017 | Meals | Business Meal - Breakfast for 1 | 14.07 |
| Scott R. Martinez | 8/23/2017 | Meals | Business Meal - Breakfast for 4 | 100.00 |
| Scott R. Martinez | 8/23/2017 | Meals | Business Meal - Lunch for 4 | 27.71 |
| Scott R. Martinez | 8/23/2017 | Meals | Business Meal - Dinner for 4 | 200.00 |
| Deborah Praga | 8/23/2017 | Meals | Business Meal - Dinner for 1 | 17.71 |
| Scott R. Martinez | 8/24/2017 | Meals | Business Meal - Breakfast for 4 | 100.00 |
| Scott R. Martinez | 8/24/2017 | Meals | Business Meal - Lunch for 3 | 53.72 |
| Carol Flaton | 8/24/2017 | Meals | Business Meal - Dinner for 4 | 164.14 |
| Scott R. Martinez | 8/25/2017 | Meals | Business Meal - Breakfast for 3 | 12.66 |
| Mark Cervi | 8/28/2017 | Meals | Business Meal - Dinner for 1 | 35.50 |
| Mark Cervi | 8/28/2017 | Meals | Business Meal - Lunch for 1 | 9.47 |
| Mark Cervi | 8/29/2017 | Meals | Business Meal - Dinner for 4 | 200.00 |
| Mark Cervi | 8/31/2017 | Meals | Business Meal - Dinner for 1 | 30.91 |
| Michael Westermann | 8/31/2017 | Meals | Business Meal - Dinner for 1 | 26.71 |
| Mark Cervi | 9/12/2017 | Meals | Business Meal - Dinner for 1 | 28.26 |
| Mark Cervi | 9/13/2017 | Meals | Business Meal - Dinner for 1 | 50.00 |
| Mark Cervi | 9/14/2017 | Meals | Business Meal - Dinner for 1 | 22.78 |
| **Total Meals Expense** | | | | **$ 3,425.72** |

| **Professional** | **Date** | **Category** | **Description** | **Amount** |
|---|---|---|---|---|
| Michael Westermann | 7/22/2017 | Phone | Cell | $ 55.62 |
| Matthew Delmonte | 7/26/2017 | Phone | Cell | 59.89 |
| Payable Accounts | 7/26/2017 | Phone | PGI Conference Service | 115.58 |
| David MacGreevey | 7/27/2017 | Phone | Cell | 22.77 |
| Elizabeth Kardos | 8/9/2017 | Phone | Court Call | 70.00 |
| Payable Accounts | 8/26/2017 | Phone | PGI Conference Service | 379.49 |
| Payable Accounts | 9/26/2017 | Phone | PGI Conference Service | 110.99 |
| **Total Phone Expense** | | | | **$ 814.34** |

| **Professional** | **Date** | **Category** | **Description** | **Amount** |
|---|---|---|---|---|
| Deborah Praga | 8/5/2017 | Postage/Courier | Postage (UCC presentation materials sent to PR for meeting) | $ 299.39 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 161627090 | 54.81 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 161627090 | 54.81 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 161627090 | 54.81 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | 27.50 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | 27.50 |

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | | **Amount** |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | | 45.50 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | | 22.63 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | | 22.63 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | | 49.72 |
| Payable Accounts | 9/27/2017 | Postage/Courier | FedEx Inv. # 595345002 | | 49.72 |
| **Total Postage/Courier Expense** | | | | $ | **709.02** |
| | | | | | |
| **Professional** | **Date** | **Category** | **Description** | | **Amount** |
| Mark Cervi | 7/17/2017 | Direct Charges | Wi-Fi on Plane | $ | 39.95 |
| Mark Cervi | 7/20/2017 | Direct Charges | Wi-Fi on Plane | | 39.95 |
| Mark Cervi | 8/7/2017 | Direct Charges | Wi-Fi on Plane | | 39.95 |
| Anthony Perrella | 8/21/2017 | Direct Charges | Moody's Municipal Report | | 250.00 |
| Mark Cervi | 8/28/2017 | Direct Charges | Wi-Fi on Plane | | 39.95 |
| Mark Cervi | 8/28/2017 | Direct Charges | Governmental Accounting Report | | 19.07 |
| Mark Cervi | 8/31/2017 | Direct Charges | Wi-Fi on Plane | | 39.95 |
| Mark Cervi | 9/12/2017 | Direct Charges | Wi-Fi on Plane | | 19.00 |
| Mark Cervi | 9/14/2017 | Direct Charges | Wi-Fi on Plane | | 22.99 |
| **Total Direct Charges** | | | | $ | **510.81** |
| | | | | | |
| **Professional** | **Date** | **Category** | **Description** | | **Amount** |
| Payable Accounts | 7/31/2017 | Copy Charges | 2 Copies @ $0.25 | $ | 0.50 |
| Payable Accounts | 8/31/2017 | Copy Charges | 8 Copies @ $0.25 | | 2.00 |
| Payable Accounts | 9/30/2017 | Copy Charges | 7 Copies @ $0.15 | | 1.05 |
| **Total Copy Charges** | | | | $ | **3.55** |
| **Total Expenses** | | | | $ | **38,372.69** |