# **EXHIBIT A**

## **RECEIPTS OF DRIVETRAIN, LLC DURING APPLICATION PERIOD**

## CREDITORS COMMITTEE EXPENSE REPORT

NAME: Doral Financial Creditors' Trust

PERIOD COVERED FROM: 6/21/2017 TO: 6/29/2017

COMPANY:

ADDRESS: 5613 DTC Parkway, Suite 850, Greenwood Village, CO 80111

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 6/25/2017 | JFK to San Juan | UCC Meeting | | | 383.10 | 99.30 | 521.30 | | 40.00 (Jet Blue additional fee) |
| 6/27/2017 | San Juan to Washington National | UCC Meeting | | | 295.10 | 96.30 | | | |
| 7/12/2017 | NYC | UCC Meeting | | | | 37.25 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $678.20 | $232.85 | $521.30 | | $40.00 |

ADDITIONAL INFORMATION:



**Business Gold Rewards**
LAUREN KRUEGER
LAUREN KRUEGER
Closing Date 07/20/17



p. 3/11

## Payments and Credits

### Summary

| | Total |
|---|---|
| Payments | -$3,270.19 |
| Credits | $0.00 |
| **Total Payments and Credits** | **-$3,270.19** |

### Detail  *indicates posting date

| Payments | | Amount |
|---|---|---|
| 06/29/17* | ONLINE PAYMENT - THANK YOU | -$3,270.19 |

## New Charges

### Summary

| | Total |
|---|---|
| **Total New Charges** | **$3,841.74** |

### Detail

**LAUREN KRUEGER**

| | | | | | | | Amount |
|---|---|---|---|---|---|---|---|
| 06/21/17 | JETBLUE AIRWAYS 9010001 | | JETBLUE | | NY | | $40.00 |
| | JETBLUE AIRWAYS | | | | | | |
| | From: | To: | Carrier: | Class: | | | |
| | N/A | N/A | YY | 00 | | | |
| | | N/A | YY | 00 | | | |
| | | N/A | YY | 00 | | ucc | ✓ |
| | | N/A | YY | 00 | | | |
| | Ticket Number: 27906120144195 | | Date of Departure: 06/21 | | | | |
| | Passenger Name: KRUEGER/LAUREN ANN MRS | | | | | | |
| | Document Type: ADDITIONAL COLLECTION | | | | | | |
| 06/21/17 | JETBLUE AIRWAYS 9010001 | | JETBLUE | | NY | | $295.10 |
| | JETBLUE AIRWAYS | | | | | | |
| | From: | To: | Carrier: | Class: | | | |
| | SAN JUAN LUIS MUNO | WASHINGTON NATIONA | B6 | Z | | ucc | ✓ |
| | | N/A | YY | 00 | | | |
| | | N/A | YY | 00 | | | |
| | | N/A | YY | 00 | | | |
| | Ticket Number: 27921781076015 | | Date of Departure: 06/27 | | | | |
| | Passenger Name: KRUEGER/LAUREN ANN MRS | | | | | | |
| | Document Type: PASSENGER TICKET | | | | | | |
| 06/22/17 | DELTA AIR LINES | | ATLANTA | | | | $383.10 |
| | DELTA AIR LINES | | | | | | |
| | From: | To: | Carrier: | Class: | | | |
| | N.Y. J F KENNEDY I | SAN JUAN LUIS MUNO | DL | Z | | | |
| | | N/A | YY | 00 | | ucc | ✓ |
| | | N/A | YY | 00 | | | |
| | | N/A | YY | 00 | | | |
| | Ticket Number: 00623875866132 | | Date of Departure: 06/25 | | | | |
| | Passenger Name: KRUEGER/LAUREN | | | | | | |
| | Document Type: PASSENGER TICKET | | | | | | |

Continued on reverse

LAUREN KRUEGER                    Account Ending 7-11007                              p. 4/11

## Detail Continued

| Date | Description | | Location | | | Amount |
|---|---|---|---|---|---|---|
| 06/28/17 | EMBASSY SUITES SAN JUAN<br>Arrival Date  Departure Date<br>06/25/17    06/27/17<br>00000000 | | CAROLINA | PR | UCC | $521.30 ✓ |
| 06/28/17 | ELITE LIMOSINE PLUS<br>718-472-2300 | | LONG ISLAND C | NY | UCC | $99.30 ✓ |
| 06/29/17 | ELITE LIMOSINE PLUS<br>718-472-2300 | | LONG ISLAND C | NY | UCC  TRUST | $96.30 ✓ |
| 07/12/17 | NYCTAXIAB344 09000100016<br>000-0000000<br>Description   Price<br>MERCHANDISE  $37.25 | | LONG ISLAND C | NY | UCC | $37.25 |

[Several line items redacted with black marker, some marked "TRUST"]

$2,842.04

Continued on next page

Case:17-03283-LTS   Doc#:2042-1   Filed:12/15/17   Entered:12/15/17 17:37:28   Desc:
Exhibit A   Page 5 of 12

## CREDITORS COMMITTEE EXPENSE REPORT

NAME: Doral Financial Creditors' Trust
(Lauren Krueger Deposition)

PERIOD COVERED FROM: 8/29/2017 TO: 8/31/2017

COMPANY:

ADDRESS: 5613 DTC Parkway, Suite 850, Greenwood Village, CO 80111

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 8/29/2017 | | UCC Meeting | | | | 18.80 | | | |
| 8/30/2017 | | UCC Meeting | | | | 39.66 | | | |
| 8/31/2017 | | UCC Meeting | | | | 17.76 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $ | $76.22 | $ | | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**                                   TOTAL DUE: $76.22

### Receipt 1

```
--ORIGINAL--
MED#           6G36
DRIVER: 5450256
  CUSTOMER COPY
08/30/17 TR  889
START  END MILES
08:16 08:35  3.6
  Regular Fare
RATE 1:$    15.50
EXTRA: $     0.00
SURCH: $     0.00
STSRCH:$     0.50
IMSRCH:$     0.30
TIP:   $     2.00
TOTAL: $    18.30

CARD TYPE: AMEX
XXXXXXXXXX1007
AUTH:807335

-----------------
-BANK REQD INFO-
APP:
AMERICAN EXPRESS
AID:
A000000025010801
TVR:0000009000
IAD:
06B50103602002
```

### Receipt 2

```
--ORIGINAL--
MED#           9P46
DRIVER: 5593833
  CUSTOMER COPY
08/29/17 TR 6522
START  END MILES
08:18 08:40  3.2
  Regular Fare
RATE 1:$    16.00
EXTRA: $     0.00
SURCH: $     0.00
STSRCH:$     0.50
IMSRCH:$     0.30
TIP:   $     2.00
TOTAL: $    18.80

CARD TYPE: AMEX
XXXXXXXXXX1007
AUTH:884393

APP:
AMERICAN EXPRESS
AID:
A000000025010801
TVR:0000008000
IAD:
06B50103602002
TSI:F800
SRC:CHIP READ
ARC:00
```

### Receipt 3

```
HailTrips:0
E-HailWithSign:0
TotalE-Hail:$0.00
E-HailTips:$0.00

SHIFT TOTALS DELETED

    CREDIT RECEIPT

HACK #       :   05263951
MEDALLION    :       8H78
08/31/17 07:44-07:57
TRIP #       :      15642
RATE #       :          1
STAND. CITY RATE
Miles R1     :       4.04
FARE R1      :     $14.00
STATE SRCHG: :      $0.50
IMP.SRCHG.   :      $0.30
TIPS         :      $2.96
GRAND TOTAL: :     $17.76
CARDNUMBER   :       1007
AUTHOR.      :     848392
MID:         ***********780
ENTRY METHOD:
CONTACT CHIP
AID:         A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:                 0012
AC:
97DB33FDCBB85DD5
REC/INV#:           15642
TID:     ************651

Contact TLC DIAL 3-1-1
```

### Receipt 4

```
    CREDIT RECEIPT

HACK #       :    05?302?
MEDALLION    :        40E
08/30/17 18:17-14:39
TRIP #       :
RATE #       :        043
STAND. CITY RATE
Miles R1     :       3.46
FARE R1      :     $16.00
EXTRAS       :      $1.00
STATE SRCHG: :      $0.50
IMP.SRCHG.   :      $0.30
TIPS         :      $3.56
GRAND TOTAL: :     $21.36
AMEX
AUTHOR.      :    ***1007
MID:               880753
ENTRY METHOD: ********041
CONTACT CHIP
AID:         A00000002501
APPL. NAME:
AMERICAN EXPRESS
ATC:                 0011
AC:
A13C6DD03A05407E
REC/INV#:
TID:     ************875

Contact TLC DIAL 3-1-1
```

*Total $76.23*

*UCC Mediation*

## CREDITORS COMMITTEE EXPENSE REPORT

NAME: Doral Financial Creditors' Trust

PERIOD COVERED FROM: 9/13/2017 TO: 9/14/2017

COMPANY:

ADDRESS: 5613 DTC Parkway, Suite 850, Greenwood Village, CO 80111

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 9/13/2017 | NYC - Washington | UCC Meeting | | | $457.20 | $59.62 | $520.85 | | |
| 9/14/2017 | Washington - NYC | UCC Meeting | | | $457.20 | $92.10 | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $914.40 | $151.72 | $520.85 | | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**  TOTAL DUE: $1,586.97

UCC mediation expenses


lauren krueger <lauren.a.krueger@gmail.com>

## Your Flight Receipt - LAUREN ANN KRUEGER 13SEP17

**Delta Air Lines** <DeltaAirLines@e.delta.com>   Fri, Sep 8, 2017 at 11:29 AM
Reply-To: Delta Air Lines <support-b391xsybfpayqkauzqx8kqqr46zxrf@e.delta.com>
To: lauren.a.krueger@gmail.com



**Hello, LAUREN ANN**   SkyMiles®#********007 >

**Your Trip Confirmation #: HMRE5E**   **MANAGE MY TRIP >**

| **Wed, 13SEP** | **DEPART** | **ARRIVE** |
|---|---|---|
| DELTA 6139* Main Cabin (Q) | NYC-LAGUARDIA 10:00am | WASHINGTON-REAGAN 11:35am |
| **Thu, 14SEP** | **DEPART** | **ARRIVE** |
| DELTA 6152* Main Cabin (Q) | WASHINGTON-REAGAN 3:59pm | NYC-LAGUARDIA 5:18pm |

*Flight 6139 Operated by REPUBLIC AIRLINE DBA DELTA CONNECTION
*Flight 6152 Operated by REPUBLIC AIRLINE DBA DELTA CONNECTION

Total $1,586.97

### ARRIVE ON TIME

**For passengers traveling domestically (within the U.S):**
Due to peak summer travel season, many airports are experiencing a high volume of passengers, resulting in long check-in, baggage drop and security checkpoint lines.
Please plan to **arrive at the airport at least 2 hours prior to your scheduled departure time.**

**For passengers traveling internationally:**
Due to recently-implemented U.S. Department of Homeland Security (DHS) enhanced security requirements for customers traveling from any non U.S. location, we strongly advise all customers to **arrive at the airport at least 3 hours prior to your scheduled departure time** and to proceed to your departure gate promptly to allow extra time to clear security.

We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

Please be aware of traffic delays at LaGuardia due to construction. Click here for more information.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, Delta no longer accepts **hoverboards or any lithium battery powered self-balancing personal transportation devices** on board its aircraft. These items are prohibited as both carry-on and checked baggage.

**Spare batteries for other devices, fuel cells, and e-cigarettes** are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, **they must be removed and carried in the cabin**. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

| NAME | FLIGHT | SEAT |
|---|---|---|
| LAUREN ANN KRUEGER | DELTA AIR LINES INC 6139 | 11A |
| SkyMiles #*******007 | DELTA AIR LINES INC 6152 | 13D |
| Silver | | |

Visit delta.com or use the Fly Delta app to view, select or change your seat.
If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Flight Receipt

Ticket #: 0062396456847

Place of Issue: Delta.com

Ticket Issue Date: 08SEP17

Ticket Expiration Date: 08SEP18

### METHOD OF PAYMENT

AX***********2023                                                      **$914.40 USD**

### CHARGES

**Air Transportation Charges**

Base Fare                                                              $824.18 USD

**Taxes, Fees and Charges**

United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY)    $11.20 USD

United States - Transportation Tax (US)                                $61.82 USD

United States - Passenger Facility Charge (XF)                         $9.00 USD

United States - Flight Segment Tax (ZP)                                $8.20 USD

**TICKET AMOUNT**                                                      **$914.40 USD**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges

Sofitel Washington DC Lafayette Square
806 15th Street NW Washington, DC 20005
Telephone 202 730 8800  Facsimile 202 730 8500

Miss Lauren Krueger

| | |
|---|---|
| Room: | 0820 |
| Cashier: | 86 |
| Page: | 1 of 1 |
| Time: | 14-SEP-17 |
| Conf #: | 23700653 |

**INVOICE**
Group Code
Arrival          09-13-17
Departure    09-14-17
Invoice NO.

| Date | Description | | Debit | Credits |
|---|---|---|---|---|
| 09-13-17 | Room Service LUNCH (F) | Room# 0820 : CHECK# 0040869 | 52.54 | |
| 09-13-17 | Accommodation Charge | | 409.00 | |
| 09-13-17 | Room Revenue TAX | | 59.31 | |
| 09-14-17 | Online Amex Authorization | | | 520.85 |
| | | **Total** | **520.85** | **520.85** |
| | | **Balance** | | **0.00** |

Sofitel is the prestige brand of Accor hotels, with over 180 properties that bring a unique French art de vivre to prime locations around the world.  For reservations or information, please visit www.sofitel.com

Signature: _____

3272 Gale Ave, Long Island City, NY 11101

Phone #: (718) 472-2000, Base #: B01087

| ACCOUNT NUM-VIP NUM | | COMPANY NAME | | Base Fare | 55.00 |
|---|---|---|---|---|---|
| ███████ | | ███████ | | Service Charge | 4.00 |
| PASSENGER NAME<br>**LAUREN KRUEGER** | | RESERVATION NUM<br>**7091430642** | | TOLLS | 7.50 |
| RES DATE<br>**09/14/17** | TIME<br>**02:02 PM** | CAR NO<br>**1565** | DRIVER NO<br>**22487** | | |
| DISP TIME<br>**01:47 PM** | ETA(MINS)<br>**10** | JOB NO<br>**21** | PICKUP TIME<br>**01:59 PM** | | |
| PICKUP POINT<br>**LGA** | | | ZONE-ZIP<br>**333** | | |
| FINAL DEST<br>████ **NEW YORK, NY** | | | **110** | | |
| REQUIREMENTS | | | | Sub Total | 66.50 |
| | | | | NYSCOIF | 1.66 |
| | | | | NY Sales Tax | 5.90 |
| | | | | Total | 74.06 |

PURSUANT TO ARTICLE 6F NYS EXECUTIVE LAW, 1999, A 2.5% NYSCOIF SURCHARGE IS ADDED TO ALL RIDES

```
                    TRANSCO INC
                    PH: 202-395-0500
                ****CREDIT CARD SALE****
                Merchant ID:              094
                ENTRY METHOD:
                CONTACT CHIP
                AID:         A000000002501
                Application ID:
                AMERICAN EXPRESS
                ATC:                     0016
                AC:        7DD949279C575F6E

                TERMINAL                  951
                DRIVER                  53489
                CAB                      G070
                PASSENGERS                  1
                DATE          9/14/17 10:58
                START              10:47:55
                END                10:57:52
                TRIP                      248
                STANDARD RATE 1
                DISTANCE             4.54 mi
                FARE R1              $13.78
                EXTRA                 $1.00
                SUB TOTAL            $14.78
                TIP                   $3.01
                SURCHARGE             $0.25
                TOTAL                $18.04
                AMEX                   1007
                AUTH                 887715
                ******DRIVER COPY*******
                    DFHV COMPLAINTS
                    LINES TTY 711
                    PH: 855-484-4966
                    dfhv.dc.gov
```

```
    --ORIGINAL--
    MED#
              2E10
    DRIVER: 5442297
    CUSTOMER COPY
    09/13/17 TR 4891
    START  END  MILES
    08:01 08:28  7.5
    Regular Fare
    RATE 1:$   27.00
    EXTRA:  $   0.00
    SURCH:  $   0.00
    TriBB:  $   0.00
    STSRCH:$    5.76
    IMSRCH:$    0.50
    TIP:    $   6.70
    TOTAL:  $  40.26

    CARD TYPE: AMEX
    XXXXXXXXXX1007
```

```
        Alexandria Yellow
           Cab #107
        (703) 549-2500
        Alexandria, VA
        09/13/17 11:35

    TRIP ID:          11:24
    START TIME:       11:35
    END TIME:
    DIST:          3.70
    FARE:$        12.36
    TIP:$          4.00
    EXTRAS:$       3.00
    CHARGE:$      19.36
    CARD BAL:$
    OWED:$         0.00

    American Express xxxx1007
    MID 445100001996
    AUTH580014
    4 WAYS TO BOOK A RIDE:
     - Call (703) 549-2500
     - AlexandriaYellowCab.com
     - Download gocurb.com/app
     - Promo code RECEIPT
    ****************
```