## Exhibit C

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: COFINA

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ann M. Ashton | 0.50 | $730 | $365.00 |
| Jonathan E. Richman | 1.50 | $730 | $1,095.00 |
| Kevin J. Perra | 3.60 | $730 | $2,628.00 |
| Margaret A. Dale | 0.80 | $730 | $584.00 |
| Martin J. Bienenstock | 3.40 | $730 | $2,482.00 |
| Michael A. Firestein | 0.90 | $730 | $657.00 |
| Paul V. Possinger | 2.90 | $730 | $2,117.00 |
| Stephen L. Ratner | 1.90 | $730 | $1,387.00 |
| Timothy W. Mungovan | 1.30 | $730 | $949.00 |
| **Total for Partners** | **16.80** | | **$12,264.00** |
| | | | |
| Chris Theodoridis | 0.50 | $730 | $365.00 |
| Daniel Desatnik | 3.60 | $730 | $2,628.00 |
| Ehud Barak | 1.10 | $730 | $803.00 |
| Julia D. Alonzo | 3.00 | $730 | $2,190.00 |
| William D. Dalsen | 0.30 | $730 | $219.00 |
| **Total for Associates** | **8.50** | | **$6,205.00** |
| | | | |
| **Professional Fees** | **25.30** | | **$18,469.00** |
| | | | |
| **Total for This Matter** | | | **$18,469.00** |

FOMB
PROMESA TITLE III: COFINA

**Legal Research – 202**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Brian S. Rosen | 0.40 | $730 | $292.00 |
| Jonathan E. Richman | 9.50 | $730 | $6,935.00 |
| Kevin J. Perra | 41.50 | $730 | $30,295.00 |
| Lary Alan Rappaport | 2.80 | $730 | $2,044.00 |
| Martin J. Bienenstock | 4.60 | $730 | $3,358.00 |
| Michael A. Firestein | 2.20 | $730 | $1,606.00 |
| Paul V. Possinger | 2.50 | $730 | $1,825.00 |
| Stephen L. Ratner | 1.40 | $730 | $1,022.00 |
| Steven O. Weise | 1.50 | $730 | $1,095.00 |
| Timothy W. Mungovan | 3.20 | $730 | $2,336.00 |
| **Total for Partners** | **69.60** | | **$50,808.00** |
| | | | |
| Jordan B. Leader | 1.30 | $730 | $949.00 |
| **Total for Senior Counsel** | **1.30** | | **$949.00** |
| | | | |
| Alexandra V. Bargoot | 3.30 | $730 | $2,409.00 |
| Chris Theodoridis | 16.40 | $730 | $11,972.00 |
| Daniel Desatnik | 19.40 | $730 | $14,162.00 |
| Ehud Barak | 19.30 | $730 | $14,089.00 |
| Jessica Z. Greenburg | 6.20 | $730 | $4,526.00 |
| Joshua A. Esses | 0.70 | $730 | $511.00 |
| Julia D. Alonzo | 24.60 | $730 | $17,958.00 |
| Kelly M. Curtis | 4.10 | $730 | $2,993.00 |
| Michael R. Hackett | 2.20 | $730 | $1,606.00 |
| William D. Dalsen | 4.00 | $730 | $2,920.00 |
| **Total for Associates** | **100.20** | | **$73,146.00** |
| | | | |
| Jason W. Joffe | 5.80 | $250 | $1,450.00 |
| Zachary Chalett | 4.90 | $250 | $1,225.00 |
| **Total for Law Clerks** | **10.70** | | **$2,675.00** |
| | | | |
| **Professional Fees** | **181.80** | | **$127,578.00** |
| | | | |
| **Total for This Matter** | | | **$127,578.00** |

FOMB
PROMESA TITLE III: COFINA

**Hearings and Other Non-Filed Communications with the Court – 203**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jonathan E. Richman | 6.80 | $730 | $4,964.00 |
| Kevin J. Perra | 9.30 | $730 | $6,789.00 |
| Margaret A. Dale | 3.10 | $730 | $2,263.00 |
| Martin J. Bienenstock | 7.60 | $730 | $5,548.00 |
| Paul V. Possinger | 4.30 | $730 | $3,139.00 |
| Stephen L. Ratner | 3.60 | $730 | $2,628.00 |
| Timothy W. Mungovan | 48.20 | $730 | $35,186.00 |
| **Total for Partners** | **82.90** | | **$60,517.00** |
| Chantel L. Febus | 0.30 | $730 | $219.00 |
| Jordan B. Leader | 0.20 | $730 | $146.00 |
| **Total for Senior Counsel** | **0.50** | | **$365.00** |
| Alexandra V. Bargoot | 6.50 | $730 | $4,745.00 |
| Daniel Desatnik | 0.30 | $730 | $219.00 |
| Ehud Barak | 0.50 | $730 | $365.00 |
| John E. Roberts | 1.30 | $730 | $949.00 |
| Julia D. Alonzo | 42.90 | $730 | $31,317.00 |
| Joshua A. Esses | 2.90 | $730 | $2,117.00 |
| Michael A . Hackett | 1.90 | $730 | $1,387.00 |
| William D. Dalsen | 8.00 | $730 | $5,840.00 |
| **Total for Associates** | **64.30** | | **$46,939.00** |
| Shealeen E. Schaefer | 0.30 | $250 | $75.00 |
| Tayler M. Sherman | 2.60 | $250 | $650.00 |
| **Total for Paraprofessionals** | **2.90** | | **$725.00** |
| **Professional Fees** | **150.60** | | **$108,546.00** |
| **Total for This Matter** | | | **$105,546.00** |

FOMB
PROMESA TITLE III: COFINA

**Hearings and Other Non-Filed Communications with the Court (Puerto Rico) – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Timothy W. Mungovan | 3.40 | $730 | $2,482.00 |
| **Total for Partners** | **3.40** | | **$2,482.00** |
| **Professional Fees** | **3.40** | | **$2,482.00** |
| **Total for This Matter** | | | **$2,482.00** |

FOMB
PROMESA TITLE III: COFINA

**Communications with Claimholders – 204**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jonathan E. Richman | 9.00 | $730 | $6,570.00 |
| Kevin J. Perra | 0.70 | $730 | $511.00 |
| Margaret A. Dale | 2.60 | $730 | $1,898.00 |
| Martin J. Bienenstock | 18.40 | $730 | $13,432.00 |
| Paul V. Possinger | 1.60 | $730 | $1,168.00 |
| Stephen L. Ratner | 5.20 | $730 | $3,796.00 |
| Steven O. Weise | 0.80 | $730 | $584.00 |
| Timothy W. Mungovan | 15.20 | $730 | $11,096.00 |
| **Total for Partners** | **53.50** | | **$39,055.00** |
| Jordan B. Leader | 2.60 | $730 | $1,898.00 |
| **Total for Senior Counsel** | **2.60** | | **$1,898.00** |
| Alexandra V. Bargoot | 1.20 | $730 | $876.00 |
| Daniel Desatnik | 0.80 | $730 | $584.00 |
| Ehud Barak | 3.90 | $730 | $2,847.00 |
| Julia D. Alonzo | 24.50 | $730 | $17,885.00 |
| Maja Zerjal | 1.20 | $730 | $876.00 |
| Mee R. Kim | 2.10 | $730 | $1,533.00 |
| **Total for Associates** | **33.70** | | **$24,601.00** |
| Shealeen E. Schaefer | 1.30 | $250 | $325.00 |
| **Total for Paraprofessionals** | **1.30** | | **$325.00** |
| Zachary Chalett | 1.90 | $250 | $475.00 |
| **Total for Law Clerks** | **1.90** | | **$475.00** |
| **Professional Fees** | **93.00** | | **$66,354.00** |
| **Total for This Matter** | | | **$66,354.00** |

FOMB
PROMESA TITLE III: COFINA

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 3.50 | $730 | $2,555.00 |
| Jonathan E. Richman | 1.20 | $730 | $876.00 |
| Keisha-Ann G. Gray | 1.20 | $730 | $876.00 |
| Margaret A. Dale | 6.70 | $730 | $4,891.00 |
| Martin J. Bienenstock | 7.00 | $730 | $5,110.00 |
| Paul V. Possinger | 8.20 | $730 | $5,986.00 |
| Stephen L. Ratner | 6.50 | $730 | $4,745.00 |
| Timothy W. Mungovan | 15.60 | $730 | $11,388.00 |
| **Total for Partners** | **49.90** | | **$36,427.00** |
| | | | |
| Jordan B. Leader | 2.90 | $730 | $2,117.00 |
| **Total for Senior Counsel** | **2.90** | | **$2,117.00** |
| | | | |
| Alexandra V. Bargoot | 2.10 | $730 | $1,533.00 |
| Daniel Desatnik | 8.70 | $730 | $6,351.00 |
| Ehud Barak | 2.40 | $730 | $1,752.00 |
| Julia D. Alonzo | 7.90 | $730 | $5,767.00 |
| Maja Zerjal | 8.70 | $730 | $6,351.00 |
| William D. Dalsen | 0.60 | $730 | $438.00 |
| **Total for Associates** | **30.40** | | **$22,192.00** |
| | | | |
| **Professional Fees** | **83.20** | | **$60,736.00** |
| | | | |
| **Total for This Matter** | | | **$60,736.00** |

FOMB
PROMESA TITLE III: COFINA

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Puerto Rico) – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Timothy W. Mungovan | 0.50 | $730 | $365.00 |
| **Total for Partners** | **0.50** | | **$365.00** |
| **Professional Fees** | **0.50** | | **$365.00** |
| **Total for This Matter** | | | **$365.00** |

FOMB
PROMESA TITLE III: COFINA

**Documents Filed on Behalf of the Board – 206**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Guy Brenner | 0.60 | $730 | $438.00 |
| Jonathan E. Richman | 99.40 | $730 | $72,562.00 |
| Keisha-Ann G. Gray | 1.80 | $730 | $1,314.00 |
| Kevin J. Perra | 105.90 | $730 | $77,307.00 |
| Margaret A. Dale | 19.10 | $730 | $13,943.00 |
| Martin J. Bienenstock | 29.50 | $730 | $21,535.00 |
| Michael A. Firestein | 0.60 | $730 | $438.00 |
| Paul V. Possinger | 8.00 | $730 | $5,840.00 |
| Philip M. Abelson | 0.90 | $730 | $657.00 |
| Ralph C. Ferrara | 0.70 | $730 | $511.00 |
| Stephen L. Ratner | 54.70 | $730 | $39,931.00 |
| Timothy W. Mungovan | 78.80 | $730 | $57,524.00 |
| **Total for Partners** | **400.00** | | **$292,000.00** |
| Chantel L. Febus | 1.50 | $730 | $1,095.00 |
| Jordan B. Leader | 2.70 | $730 | $1,971.00 |
| **Total for Senior Counsel** | **4.20** | | **$3,066.00** |
| Alexandra V. Bargoot | 43.20 | $730 | $31,536.00 |
| Chris Theodoridis | 14.00 | $730 | $10,220.00 |
| Daniel Desatnik | 81.50 | $730 | $59,495 |
| Ehud Barak | 36.20 | $730 | $26,426.00 |
| Jeramy Webb | 8.00 | $730 | $5,840.00 |
| John E. Roberts | 3.00 | $730 | $2,190.00 |
| Joshua A. Esses | 20.90 | $730 | $15,257.00 |
| Julia D. Alonzo | 321.50 | $730 | $234,695.00 |
| Maja Zerjal | 12.10 | $730 | $8,833.00 |
| Michael R. Hackett | 35.10 | $730 | $25,623.00 |
| Vincent Indelicato | 1.70 | $730 | $1,241.00 |
| William D. Dalsen | 30.60 | $730 | $22,338.00 |
| **Total for Associates** | **607.80** | | **$443,694.00** |
| Om V. Alladi | 2.10 | $250 | $525.00 |
| Zachary Chalett | 6.70 | $250 | $1,675.00 |
| **Total for Law Clerks** | **8.80** | | **$2,200.00** |
| Eamon Wizner | 2.00 | $250 | $500.00 |
| Hannah Silverman | 1.00 | $250 | $250.00 |
| Lawrence T. Silvestro | 11.00 | $250 | $2,750.00 |
| Shealeen E. Schaefer | 0.30 | $250 | $75.00 |
| **Total for Paraprofessionals** | **14.30** | | **$3,575.00** |

FOMB
PROMESA TITLE III: COFINA

**Professional Fees**                    1,035.10              $744,535.00

**Total for This Matter**                                      <u>**$744,535.00**</u>

FOMB
PROMESA TITLE III: COFINA

**Documents Filed on Behalf of the Board (Puerto Rico) – 206**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Martin J. Bienenstock | 2.30 | $730 | $1,679.00 |
| Paul V. Possinger | 1.30 | $730 | $949.00 |
| **Total for Partners** | **3.60** | | **$2,628.00** |
| **Professional Fees** | **3.60** | | **$2,628.00** |
| **Total for This Matter** | | | **$2,628.00** |

FOMB
PROMESA TITLE III: COFINA

**Non-Board Court Filings – 207**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Jonathan E. Richman | 17.20 | $730 | $12,556.00 |
| Keisha-Ann G. Gray | 10.20 | $730 | $7,446.00 |
| Kevin J. Perra | 30.50 | $730 | $22,265.00 |
| Lary Alan Rappaport | 0.20 | $730 | $146.00 |
| Margaret A. Dale | 9.00 | $730 | $6,570.00 |
| Martin J. Bienenstock | 2.30 | $730 | $1,679.00 |
| Michael A. Firestein | 1.60 | $730 | $1,168.00 |
| Paul V. Possinger | 7.30 | $730 | $5,329.00 |
| Ralph C. Ferrara | 1.70 | $730 | $1,241.00 |
| Richard M. Corn | 0.60 | $730 | $438.00 |
| Stephen L. Ratner | 11.60 | $730 | $8,468.00 |
| Timothy W. Mungovan | 25.30 | $730 | $18,469.00 |
| **Total for Partners** | **117.50** | | **$85,775.00** |
| | | | |
| Chantel L. Febus | 11.50 | $730 | $8,395.00 |
| Jordan B. Leader | 0.30 | $730 | $219.00 |
| **Total for Senior Counsel** | **11.80** | | **$8,614.00** |
| | | | |
| Alexandra V. Bargoot | 56.10 | $730 | $40,953.00 |
| Chris Theodoridis | 2.80 | $730 | $2,044.00 |
| Daniel Desatnik | 10.20 | $730 | $7,446.00 |
| Ehud Barak | 4.00 | $730 | $2,920.00 |
| Jeramy Webb | 1.50 | $730 | $1,095.00 |
| John E. Roberts | 4.30 | $730 | $3,139.00 |
| Julia D. Alonzo | 48.50 | $730 | $35,405.00 |
| Maja Zerjal | 4.00 | $730 | $2,920.00 |
| Matthew I. Rochman | 0.50 | $730 | $365.00 |
| Matthew J. Morris | 1.40 | $730 | $1,022.00 |
| Melissa DiGrande | 8.30 | $730 | $6,059.00 |
| Michael R. Hackett | 10.80 | $730 | $7,884.00 |
| Vincent Indelicato | 3.70 | $730 | $2,701.00 |
| William D. Dalsen | 5.60 | $730 | $4,088.00 |
| **Total for Associates** | **161.70** | | **$118,041.00** |
| | | | |
| Zachary Chalett | 3.40 | $250 | $850.00 |
| **Total for Law Clerks** | **3.40** | | **$850.00** |
| | | | |
| Lawrence T. Silvestro | 3.40 | $250 | $850.00 |
| Magali Giddens | 0.90 | $250 | $225.00 |
| **Total for Paraprofessionals** | **4.30** | | **$1,075.00** |

FOMB
PROMESA TITLE III: COFINA

| | | |
|---|---|---|
| **Professional Fees** | **298.70** | **$214,355.00** |
| **Total for This Matter** | | **$214,355.00** |

FOMB
PROMESA TITLE III: COFINA

**Non-Board Court Filings (Puerto Rico) – 207**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Stephen L. Ratner | 0.40 | $730 | $292.00 |
| **Total for Partners** | **0.40** | | **$292.00** |
| **Professional Fees** | **0.40** | | **$292.00** |
| **Total for This Matter** | | | **$292.00** |

FOMB
PROMESA TITLE III: COFINA

**Stay Matters – 208**

| __Attorney__ | __Hours__ | __Rate__ | __Amount__ |
|---|---|---|---|
| Jonathan E. Richman | 0.80 | $730 | $584.00 |
| Kevin J. Perra | 4.70 | $730 | $3,431.00 |
| Paul V. Possinger | 1.20 | $730 | $876.00 |
| **Total for Partners** | **6.70** | | **$4,891.00** |
| | | | |
| Daniel Desatnik | 1.40 | $730 | $1,022.00 |
| Ehud Barak | 1.80 | $730 | $1,314.00 |
| Jeramy Webb | 0.10 | $730 | $73.00 |
| John E. Roberts | 1.80 | $730 | $1,314.00 |
| **Total for Associates** | **5.10** | | **$3,723.00** |
| | | | |
| Jason W. Joffe | 1.90 | $250 | $475.00 |
| **Total for Law Clerks** | **1.90** | | **$475.00** |
| | | | |
| **Professional Fees** | **13.70** | | **$9,089.00** |
| | | | |
| **Total for This Matter** | | | **$9,089.00** |

FOMB
PROMESA TITLE III: COFINA

**Adversary Proceeding – 209**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jonathan E. Richman | 6.50 | $730 | $4,745.00 |
| Kevin J. Perra | 41.70 | $730 | $30,441.00 |
| Margaret A. Dale | 2.10 | $730 | $1,533.00 |
| Paul V. Possinger | 0.30 | $730 | $219.00 |
| Stephen L. Ratner | 5.90 | $730 | $4,307.00 |
| Timothy W. Mungovan | 0.50 | $730 | $365.00 |
| **Total for Partners** | **57.00** | | **$41,610.00** |
| | | | |
| Chantel L. Febus | 2.00 | $730 | $1,460.00 |
| Jordan B. Leader | 15.50 | $730 | $11,315.00 |
| **Total for Senior Counsel** | **17.50** | | **$12,775.00** |
| | | | |
| Ehud Barak | 4.90 | $730 | $3,577.00 |
| Julia D. Alonzo | 31.70 | $730 | $23,141.00 |
| William D. Dalsen | 4.90 | $730 | $3,577.00 |
| **Total for Associates** | **41.50** | | **$30,295.00** |
| | | | |
| Om V. Alladi | 32.30 | $250 | $8,075.00 |
| Zachary Chalett | 14.90 | $250 | $3,725.00 |
| **Total for Law Clerks** | **47.20** | | **$11,800.00** |
| | | | |
| Shealeen E. Schaefer | 5.60 | $250 | $1,400.00 |
| Tayler M. Sherman | 0.30 | $250 | $75.00 |
| **Total for Paraprofessionals** | **5.90** | | **$1,475.00** |
| | | | |
| **Professional Fees** | **169.10** | | **$97,955.00** |
| | | | |
| **Total for This Matter** | | | **$97,955.00** |

FOMB
PROMESA TITLE III: COFINA

**Analysis and Strategy – 210**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jonathan E. Richman | 20.00 | $730 | $14,600.00 |
| Keisha-Ann G. Gray | 7.20 | $730 | $5,256.00 |
| Kevin J. Perra | 18.80 | $730 | $13,724.00 |
| Lary Alan Rappaport | 2.50 | $730 | $1,825.00 |
| Margaret A. Dale | 5.30 | $730 | $3,869.00 |
| Michael A. Firestein | 0.30 | $730 | $219.00 |
| Paul V. Possinger | 5.00 | $730 | $3,650.00 |
| Ralph C. Ferrara | 1.60 | $730 | $1,168.00 |
| Stephen L. Ratner | 14.20 | $730 | $10,366.00 |
| Steven O. Weise | 1.00 | $730 | $730.00 |
| Timothy W. Mungovan | 31.40 | $730 | $22,922.00 |
| **Total for Partners** | **107.30** | | **$78,329.00** |
| | | | |
| Jordan B. Leader | 5.20 | $730 | $3,796.00 |
| **Total for Senior Counsel** | **5.20** | | **$3,796.00** |
| | | | |
| Alexandra V. Bargoot | 10.60 | $730 | $7,738.00 |
| Chris Theodoridis | 1.90 | $730 | $1,387.00 |
| Daniel Desatnik | 8.40 | $730 | $6,132.00 |
| Ehud Barak | 16.60 | $730 | $12,118.00 |
| Jeramy Webb | 0.40 | $730 | $292.00 |
| Julia D. Alonzo | 26.70 | $730 | $19,491.00 |
| Maja Zerjal | 0.20 | $730 | $146.00 |
| Matthew J. Morris | 2.60 | $730 | $1,898.00 |
| William D. Dalsen | 4.50 | $730 | $3,285.00 |
| **Total for Associates** | **71.90** | | **$52,487.00** |
| | | | |
| Lucy Wolf | 0.50 | $250 | $125.00 |
| Om V. Alladi | 0.60 | $250 | $150.00 |
| Zachary Chalett | 0.60 | $250 | $150.00 |
| **Total for Law Clerks** | **1.70** | | **$425.00** |
| | | | |
| Lawrence T. Silvestro | 0.20 | $250 | $50.00 |
| Shealeen E. Schaefer | 0.50 | $250 | $125.00 |
| **Total for Paraprofessionals** | **0.70** | | **$175.00** |
| | | | |
| **Professional Fees** | **186.80** | | **$135,212.00** |
| | | | |
| **Total for This Matter** | | | **$135,212.00** |

FOMB
PROMESA TITLE III: COFINA

**Analysis and Strategy (Puerto Rico) – 210**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Martin J. Bienenstock | 0.30 | $730 | $219.00 |
| Stephen L. Ratner | 0.50 | $730 | $365.00 |
| Timothy W. Mungovan | 0.20 | $730 | $146.00 |
| **Total for Partners** | **1.00** | | **$730.00** |
| | | | |
| **Professional Fees** | **1.00** | | **$730.00** |
| | | | |
| **Total for This Matter** | | | **$730.00** |

FOMB
PROMESA TITLE III: COFINA

**Non-Working Travel Time – 211**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 3.40 | $730 | $2,482.00 |
| **Total for Partners** | **3.40** | | **$2,482.00** |
| | | | |
| Julia D. Alonzo | 6.80 | $730 | $4,964.00 |
| **Total for Associates** | **6.80** | | **$4,964.00** |
| | | | |
| **Professional Fees** | **10.20** | | **$7,446.00** |
| | | | |
| **Total for This Matter** | | | **$7,446.00** |

FOMB
PROMESA TITLE III: COFINA

**General Administration – 212**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Margaret A. Dale | 0.50 | $730 | $365.00 |
| Timothy W. Mungovan | 0.70 | $730 | $511.00 |
| **Total for Partners** | **1.20** | | **$1,460.00** |
| | | | |
| Alexandra V. Bargoot | 5.50 | $730 | $4,015.00 |
| Daniel Desatnik | 2.50 | $730 | $1,825.00 |
| Joshua A. Esses | 1.60 | $730 | $1,168.00 |
| Julia D. Alonzo | 0.40 | $730 | $292.00 |
| Maja Zerjal | 0.30 | $730 | $219.00 |
| **Total for Associates** | **10.30** | | **$7,519.00** |
| | | | |
| Om V. Alladi | 10.70 | $250 | $2,675.00 |
| Zachary Chalett | 7.30 | $250 | $1,825.00 |
| **Total for Law Clerks** | **18.00** | | **$4,500.00** |
| | | | |
| Angelo Monforte | 14.50 | $250 | $3,625.00 |
| Connor Miyamoto | 23.00 | $250 | $5,750.00 |
| Eamon Wizner | 2.70 | $250 | $675.00 |
| Hannah Silverman | 7.90 | $250 | $1,975.00 |
| Lawrence T. Silvestro | 14.70 | $250 | $3,675.00 |
| Magali Giddens | 1.40 | $250 | $350.00 |
| Olga A. Golinder | 0.60 | $250 | $150.00 |
| Selena F. Williams | 8.20 | $250 | $2,050.00 |
| Shealeen E. Schaefer | 4.30 | $250 | $1,075.00 |
| Tayler M. Sherman | 2.40 | $250 | $600.00 |
| Tiffany Miller | 2.40 | $250 | $600.00 |
| **Total for Paraprofessionals** | **82.10** | | **$20,525.00** |
| | | | |
| Joseph Klock | 0.60 | $250 | $150.00 |
| Michael J. Winkelspecht | 2.20 | $250 | $550.00 |
| New Klebanoff | 2.30 | $250 | $575.00 |
| **Total for Practice Support** | **5.10** | | **$1,275.00** |
| | | | |
| **Professional Fees** | **116.70** | | **$34,695.00** |
| | | | |
| **Total for This Matter** | | | **$34,695.00** |

FOMB
PROMESA TITLE III: COFINA

**Tax – 217**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Richard M. Corn | 21.20 | $730 | $12,337.00 |
| **Total for Partners** | **21.20** | | **$12,337.00** |
| | | | |
| Martine Seiden Agatston | 16.90 | $730 | $15,476.00 |
| **Total for Associates** | **16.90** | | **$15,476.00** |
| | | | |
| **Professional Fees** | **38.10** | | **$27,813.00** |
| | | | |
| **Total for This Matter** | | | **$27,813.00** |

FOMB
PROMESA TITLE III: COFINA

**Employment and Fee Applications – 218**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Paul V. Possinger | 0.60 | $730 | $438.00 |
| **Total for Partners** | **0.60** | | **$438.00** |
| | | | |
| Chris Theodoridis | 4.20 | $730 | $3,066.00 |
| Jeramy Webb | 6.50 | $730 | $4,745.00 |
| Maja Zerjal | 0.40 | $730 | $292.00 |
| **Total for Associates** | **11.10** | | **$8,103.00** |
| | | | |
| Natasha Petrov | 1.80 | $250 | $450.00 |
| **Total for Paraprofessionals** | **1.80** | | **$450.00** |
| | | | |
| **Professional Fees** | **13.50** | | **$8,991.00** |
| | | | |
| **Total for This Matter** | | | **$8,991.00** |

FOMB
PROMESA TITLE III: COFINA

**Appeal – 219**
**Attorney** | **Hours** | **Rate** | **Amount**
--- | --- | --- | ---
Matthew I. Rochman | 5.00 | $730 | $3,650.00
**Total for Associates** | **5.00** | | **$3,650.00**
| | | |
Laurie A. Henderson | 3.30 | $250 | $825.00
**Total for Practice Support** | **3.30** | | **$825.00**
| | | |
**Professional Fees** | **8.30** | | **$4,475.00**
| | | |
**Total for This Matter** | | | **$4,475.00**