**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: ERS

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Brian S. Rosen | 0.50 | $730 | $73.00 |
| Jeffrey W. Levitan | 1.30 | $730 | $949.00 |
| Martin J. Bienenstock | 2.70 | $730 | $1,971.00 |
| Paul V. Possinger | 9.60 | $730 | $7,008.00 |
| Ralph C. Ferrara | 0.30 | $730 | $219.00 |
| Stephen L. Ratner | 0.80 | $730 | $584.00 |
| Timothy W. Mungovan | 1.50 | $730 | $1,095.00 |
| **Total for Partners** | **16.70** | | **$11,899.00** |
| Jeramy Webb | 0.10 | $730 | $73.00 |
| Vincent Indelicato | 0.30 | $730 | $219.00 |
| **Total for Associates** | **0.40** | | **$292.00** |
| **Professional Fees** | **17.10** | | **$12,483.00** |
| **Total for This Matter** | | | **$12,483.00** |

FOMB
PROMESA TITLE III: ERS

**Legal Research – 202**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Brian S. Rosen | 0.60 | $730 | $438.00 |
| Jeffrey W. Levitan | 11.40 | $730 | $8,322.00 |
| Kevin J. Perra | 9.40 | $730 | $6,862.00 |
| Martin J. Bienenstock | 10.00 | $730 | $7,300.00 |
| Paul M. Hamburger | 0.80 | $730 | $584.00 |
| Paul V. Possinger | 4.70 | $730 | $3,431.00 |
| Peter D. Doyle | 33.50 | $730 | $24,455.00 |
| Stephen L. Ratner | 3.70 | $730 | $2,701.00 |
| Steven O. Weise | 84.20 | $730 | $61,466.00 |
| Timothy W. Mungovan | 0.20 | $730 | $146.00 |
| **Total for Partners** | **158.50** | | **$115,705.00** |
| Chantel L. Febus | 10.30 | $730 | $7,519.00 |
| **Total for Senior Counsel** | **10.30** | | **$7,519.00** |
| Alexandra V. Bargoot | 41.90 | $730 | $30,587.00 |
| Ehud Barak | 3.10 | $730 | $2,263.00 |
| Jared Zajac | 20.10 | $730 | $14,673.00 |
| Jeramy Webb | 2.70 | $730 | $1,971.00 |
| Joshua A. Esses | 22.10 | $730 | $16,133.00 |
| Maja Zerjal | 1.40 | $730 | $1,022.00 |
| Michael R. Hackett | 51.70 | $730 | $37,741.00 |
| Vincent Indelicato | 1.50 | $730 | $1,095.00 |
| William D. Dalsen | 4.70 | $730 | $3,431.00 |
| **Total for Associates** | **149.20** | | **$108,916.00** |
| Elliot R. Stevens | 7.00 | $250 | $1,750.00 |
| **Total for Law Clerks** | **7.00** | | **$1,750.00** |
| **Professional Fees** | **325.00** | | **$233,890.00** |
| **Total for This Matter** | | | **$233,890.00** |

FOMB
PROMESA TITLE III: ERS

**Hearings and Other Non-Filed Communications with the Court – 203**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jeffrey W. Levitan | 3.80 | $730 | $2,774.00 |
| Kevin J. Perra | 7.80 | $730 | $5,694.00 |
| Michael A. Firestein | 0.40 | $730 | $292.00 |
| Paul V. Possinger | 0.40 | $730 | $292.00 |
| Peter D. Doyle | 8.70 | $730 | $6,351.00 |
| Stephen L. Ratner | 3.30 | $730 | $2,409.00 |
| Steven O. Weise | 20.10 | $730 | $14,673.00 |
| Timothy W. Mungovan | 2.90 | $730 | $2,117.00 |
| **Total for Partners** | **47.40** | | **$34,602.00** |
| Jared Zajac | 4.10 | $730 | $2,993.00 |
| Jeramy Webb | 0.70 | $730 | $511.00 |
| Joshua A. Esses | 10.00 | $730 | $7,300.00 |
| Michael R. Hackett | 21.10 | $730 | $15,403.00 |
| **Total for Associates** | **35.90** | | **$26,207.00** |
| Casey Quinn | 2.80 | $250 | $700.00 |
| **Total for Paraprofessionals** | **2.80** | | **$700.00** |
| **Professional Fees** | **86.10** | | **$61,509.00** |
| **Total for This Matter** | | | **$61,509.00** |

FOMB
PROMESA TITLE III: ERS

**Hearings and Other Non-Filed Communications with the Court (Puerto Rico) – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Martin J. Bienenstock | 1.50 | $730 | $1,095.00 |
| **Total for Partners** | **1.50** | | **$1,095.00** |
| **Professional Fees** | **1.50** | | **$1,095.00** |
| **Total for This Matter** | | | **$1,095.00** |

FOMB
PROMESA TITLE III: ERS

**Communications with Claimholders – 204**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Brian S. Rosen | 0.40 | $730 | $292.00 |
| Jeffrey W. Levitan | 1.50 | $730 | $1,095.00 |
| Kevin J. Perra | 5.10 | $730 | $3,723.00 |
| Paul M. Hamburger | 0.10 | $730 | $73.00 |
| Paul V. Possinger | 13.20 | $730 | $9,636.00 |
| Peter D. Doyle | 8.20 | $730 | $5,986.00 |
| Stephen L. Ratner | 2.10 | $730 | $1,533.00 |
| Timothy W. Mungovan | 4.50 | $730 | $3,285.00 |
| **Total for Partners** | **35.10** | | **$25,623.00** |
| Jordan B. Leader | 3.80 | $730 | $2,774.00 |
| **Total for Senior Counsel** | **3.80** | | **$2,774.00** |
| Ehud Barak | 0.30 | $730 | $219.00 |
| Jared Zajac | 1.10 | $730 | $803.00 |
| Maja Zerjal | 2.70 | $730 | $1,971.00 |
| Michael R. Hackett | 59.20 | $730 | $43,216.00 |
| Vincent Indelicato | 1.50 | $730 | $1,095.00 |
| William D. Dalsen | 5.70 | $730 | $4,161.00 |
| **Total for Associates** | **70.50** | | **$51,465.00** |
| **Professional Fees** | **109.40** | | **$79,862.00** |
| **Total for This Matter** | | | **$79,862.00** |

FOMB
PROMESA TITLE III: ERS

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Jeffrey W. Levitan | 1.10 | $730 | $803.00 |
| Paul V. Possinger | 12.00 | $730 | $8,760.00 |
| Peter D. Doyle | 4.20 | $730 | $3,066.00 |
| Stephen L. Ratner | 1.70 | $730 | $1,241.00 |
| Timothy W. Mungovan | 2.10 | $730 | $1,533.00 |
| **Total for Partners** | **21.10** | | **$15,403.00** |
| Chantel L. Febus | 0.20 | $730 | $146.00 |
| **Total for Senior Counsel** | **0.20** | | **$146.00** |
| Ehud Barak | 0.50 | $730 | $365.00 |
| Jared Zajac | 0.20 | $730 | $146.00 |
| Jeramy Webb | 1.30 | $730 | $949.00 |
| Vincent Indelicato | 1.80 | $730 | $1,314.00 |
| William D. Dalsen | 5.70 | $730 | $4,161.00 |
| **Total for Associates** | **9.50** | | **$6,935.00** |
| **Professional Fees** | **30.80** | | **$22,484.00** |
| **Total for This Matter** | | | **$22,484.00** |

FOMB
PROMESA TITLE III: ERS

**Documents Filed on Behalf of the Board – 206**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---:|---|---:|
| Brian S. Rosen | 5.60 | $730 | $4,088.00 |
| Jeffrey W. Levitan | 59.70 | $730 | $43,581.00 |
| Jonathan E. Richman | 21.90 | $730 | $15,987.00 |
| Kevin J. Perra | 84.70 | $730 | $61,831.00 |
| Martin J. Bienenstock | 25.40 | $730 | $18,542.00 |
| Paul V. Possinger | 45.70 | $730 | $33,361.00 |
| Peter D. Doyle | 23.00 | $730 | $16,790.00 |
| Stephen L. Ratner | 25.60 | $730 | $18,688 |
| Steven O. Weise | 71.30 | $730 | $52,049.00 |
| Timothy W. Mungovan | 27.60 | $730 | $20,148.00 |
| **Total for Partners** | **390.50** | | **$285,060.00** |
| Chantel L. Febus | 12.20 | $730 | $8,906.00 |
| Jordan B. Leader | 6.50 | $730 | $4,745.00 |
| **Total for Senior Counsel** | **18.70** | | **$13,651.00** |
| Alexandra V. Bargoot | 13.60 | $730 | $9,928.00 |
| Jared Zajac | 128.50 | $730 | $93,805.00 |
| Jeramy Webb | 2.00 | $730 | $1,460.00 |
| Jessica Z. Greenburg | 4.50 | $730 | $3,285.00 |
| Joshua A. Esses | 16.80 | $730 | $12,264.00 |
| Maja Zerjal | 0.20 | $730 | $146.00 |
| Matthew I. Rochman | 1.10 | $730 | $803.00 |
| Matthew J. Morris | 1.90 | $730 | $1,387.00 |
| Michael R. Hackett | 248.00 | $730 | $181,040.00 |
| Vincent Indelicato | 4.70 | $730 | $3,431.00 |
| William D. Dalsen | 54.90 | $730 | $40,077.00 |
| **Total for Associates** | **476.20** | | **$347,626.00** |
| Om V. Alladi | 5.50 | $250 | $1,375.00 |
| Zachary Chalett | 3.60 | $250 | $900.00 |
| **Total for Law Clerks** | **9.10** | | **$2,275.00** |
| Lawrence T. Silvestro | 2.70 | $250 | $675.00 |
| **Total for Paraprofessionals** | **2.70** | | **$675.00** |
| **Professional Fees** | **897.20** | | **$649,292.00** |
| **Total for This Matter** | | | **$649,292.00** |

FOMB
PROMESA TITLE III: ERS

**Non-Board Court Filings – 207**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 2.50 | $730 | $1,825.00 |
| Brian S. Rosen | 4.30 | $730 | $3,139.00 |
| Jeffrey W. Levitan | 8.20 | $730 | $5,986.00 |
| Kevin J. Perra | 19.10 | $730 | $13,943.00 |
| Michael A. Firestein | 0.40 | $730 | $292.00 |
| Paul V. Possinger | 11.90 | $730 | $8,687.00 |
| Peter D. Doyle | 20.00 | $730 | $14,600.00 |
| Stephen L. Ratner | 2.40 | $730 | $1,752.00 |
| Steven O. Weise | 7.00 | $730 | $5,110.00 |
| Timothy W. Mungovan | 4.00 | $730 | $2,920.00 |
| **Total for Partners** | **79.80** | | **$58,254.00** |
| Chantel L. Febus | 6.20 | $730 | $4,526.00 |
| Jordan B. Leader | 1.40 | $730 | $1,022.00 |
| **Total for Senior Counsel** | **7.60** | | **$5,548.00** |
| Jared Zajac | 5.90 | $730 | $4,307.00 |
| Joshua A. Esses | 0.90 | $730 | $657.00 |
| Michael R. Hackett | 70.30 | $730 | $51,319.00 |
| Vincent Indelicato | 7.10 | $730 | $5,183 |
| William D. Dalsen | 7.70 | $730 | $5,621.00 |
| **Total for Associates** | **91.90** | | **$67,087.00** |
| Shealeen E. Schaefer | 0.60 | $250 | $150.00 |
| **Total for Paraprofessionals** | **0.60** | | **$150.00** |
| **Professional Fees** | **179.90** | | **$131,039.00** |
| **Total for This Matter** | | | **$131,039.00** |

FOMB
PROMESA TITLE III: ERS

**Documents Filed on Behalf of the Board (Puerto Rico) – 207**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Timothy W. Mungovan | 1.50 | $730 | $1,095.00 |
| **Total for Partners** | **1.50** | | **$1,095.00** |
| **Professional Fees** | **1.50** | | **$1,095.00** |
| **Total for This Matter** | | | **$1,095.00** |

FOMB
PROMESA TITLE III: ERS

**Stay Matters – 208**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jeffrey W. Levitan | 26.40 | $730 | $19,272.00 |
| Kevin J. Perra | 55.20 | $730 | $40,296.00 |
| Mark Harris | 1.00 | $730 | $730.00 |
| Michael A. Firestein | 0.30 | $730 | $219.00 |
| Paul V. Possinger | 14.50 | $730 | $10,585.00 |
| Ralph C. Ferrara | 0.60 | $730 | $438.00 |
| Stephen L. Ratner | 4.90 | $730 | $3,577.00 |
| Timothy W. Mungovan | 7.40 | $730 | $5,402.00 |
| **Total for Partners** | **110.30** | | **$80,519.00** |
| Chantel L. Febus | 3.70 | $730 | $2,701.00 |
| **Total for Senior Counsel** | **3.70** | | **$2,701.00** |
| Daniel Desatnik | 2.50 | $730 | $1,825.00 |
| Jared Zajac | 13.90 | $730 | $10,147.00 |
| Jeramy Webb | 0.10 | $730 | $73.00 |
| Jessica Z. Greenburg | 4.20 | $730 | $3,066.00 |
| Joshua A. Esses | 3.70 | $730 | $2,701.00 |
| Michael R. Hackett | 41.90 | $730 | $30,587.00 |
| Vincent Indelicato | 5.30 | $730 | $3,869.00 |
| William D. Dalsen | 5.10 | $730 | $3,723.00 |
| **Total for Associates** | **76.70** | | **$55,991.00** |
| **Professional Fees** | **190.70** | | **$139,211.00** |
| **Total for This Matter** | | | **$139,211.00** |

FOMB
PROMESA TITLE III: ERS

**Adversary Proceeding – 209**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jeffrey W. Levitan | 1.70 | $730 | $1,241.00 |
| Kevin J. Perra | 42.60 | $730 | $31,098.00 |
| Paul V. Possinger | 4.80 | $730 | $3,504.00 |
| Peter D. Doyle | 10.70 | $730 | $7,811.00 |
| Steven O. Weise | 0.40 | $730 | $292.00 |
| Timothy W. Mungovan | 0.30 | $730 | $219.00 |
| **Total for Partners** | **60.50** | | **$44,165.00** |
| | | | |
| Jordan B. Leader | 32.20 | $730 | $23,506.00 |
| **Total for Senior Counsel** | **32.20** | | **$23,506.00** |
| | | | |
| Jared Zajac | 1.10 | $730 | $803.00 |
| Michael R. Hackett | 83.60 | $730 | $61,028.00 |
| Vincent Indelicato | 0.50 | $730 | $365.00 |
| William D. Dalsen | 2.50 | $730 | $1,825.00 |
| **Total for Associates** | **87.70** | | **$64,021.00** |
| | | | |
| Om V. Alladi | 6.50 | $250 | $1,625.00 |
| **Total for Law Clerks** | **6.50** | | **$1,625.00** |
| | | | |
| Shealeen E. Schaefer | 0.20 | $250 | $50.00 |
| **Total for Paraprofessionals** | **5.80** | | **$1,450.00** |
| | | | |
| Judy Lavine | 0.80 | | $200.00 |
| **Total for Library** | **0.80** | | **$200.00** |
| | | | |
| **Professional Fees** | **187.90** | | **$133,567.00** |
| | | | |
| **Total for This Matter** | | | **$133,567.00** |

FOMB
PROMESA TITLE III: ERS

**Analysis and Strategy – 210**

| Attorney | Hours | Rate | Amount |
|---|---:|---:|---:|
| Ana Vermal | 1.60 | $730 | $1,168.00 |
| Brian S. Rosen | 0.20 | $730 | $146.00 |
| Jeffrey W. Levitan | 4.90 | $730 | $3,577.00 |
| Kevin J. Perra | 4.00 | $730 | $2,920.00 |
| Lary Alan Rappaport | 0.70 | $730 | $511.00 |
| Michael A. Firestein | 0.50 | $730 | $365.00 |
| Paul V. Possinger | 11.20 | $730 | $8,176.00 |
| Peter D. Doyle | 34.40 | $730 | $25,112.00 |
| Stephen L. Ratner | 7.60 | $730 | $5,548.00 |
| Steven O. Weise | 11.60 | $730 | $8,468.00 |
| Timothy W. Mungovan | 15.50 | $730 | $11,315.00 |
| **Total for Partners** | **92.20** | | **$67,306.00** |
| Chantel L. Febus | 1.70 | $730 | $1,241.00 |
| Jordan B. Leader | 2.50 | $730 | $1,825.00 |
| **Total for Senior Counsel** | **4.20** | | **$3,066.00** |
| Alexandra V. Bargoot | 0.40 | $730 | $292.00 |
| Daniel Desatnik | 0.20 | $730 | $146.00 |
| Ehud Barak | 0.50 | $730 | $365.00 |
| Jared Zajac | 3.80 | $730 | $2,774.00 |
| Jeramy Webb | 1.20 | $730 | $876.00 |
| Joshua A. Esses | 3.80 | $730 | $2,774.00 |
| Maja Zerjal | 1.20 | $730 | $876.00 |
| Michael R. Hackett | 18.80 | $730 | $13,724.00 |
| Vincent Indelicato | 2.60 | $730 | $1,898.00 |
| William D. Dalsen | 4.40 | $730 | $3,212.00 |
| **Total for Associates** | **36.90** | | **$26,937.00** |
| **Professional Fees** | **133.30** | | **$97,309.00** |
| **Total for This Matter** | | | **$97,309.00** |

FOMB
PROMESA TITLE III: ERS

**Analysis and Strategy (Puerto Rico) – 210**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Stephen L. Ratner | 0.60 | $730 | $438.00 |
| Timothy W. Mungovan | 1.00 | $730 | $730.00 |
| **Total for Partners** | **1.60** | | **$1,168.00** |
| **Professional Fees** | **1.60** | | **$1,168.00** |
| **Total for This Matter** | | | **$1,168.00** |

FOMB
PROMESA TITLE III: ERS

**General Administration – 212**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Paul V. Possinger | 0.30 | $730 | $219.00 |
| **Total for Partners** | **0.30** | | **$219.00** |
| | | | |
| Alexandra V. Bargoot | 0.80 | $730 | $584.00 |
| Maja Zerjal | 0.40 | $730 | $292.00 |
| **Total for Associates** | **1.20** | | **$876.00** |
| | | | |
| Om V. Alladi | 1.20 | $250 | $300.00 |
| **Total for Law Clerks** | **1.20** | | **$300.00** |
| | | | |
| Casey Quinn | 2.20 | $250 | $550.00 |
| David C. Cooper | 1.90 | $250 | $475.00 |
| Eamon Wizner | 0.90 | $250 | $225.00 |
| Hannah Silverman | 3.00 | $250 | $750.00 |
| Lawrence T. Silvestro | 18.80 | $250 | $4,700.00 |
| Magali Giddens | 10.40 | $250 | $2,600.00 |
| Michael R.D. Cooper | 0.30 | $250 | $75.00 |
| Shealeen E. Schaefer | 0.50 | $250 | $125.00 |
| Tiffany Miller | 0.90 | $250 | $225.00 |
| **Total for Paraprofessionals** | **38.90** | | **$9,725.00** |
| | | | |
| **Professional Fees** | **41.60** | | **$11,120.00** |
| | | | |
| **Total for This Matter** | | | **$11,120.00** |

FOMB
PROMESA TITLE III: ERS

**Labor, Pension Matters – 213**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jeffrey W. Levitan | 0.40 | $730 | $292.00 |
| Paul M. Hamburger | 1.60 | $730 | $1,168.00 |
| Paul V. Possinger | 3.30 | $730 | $2,409.00 |
| **Total for Partners** | **5.30** | | **$2,190.00** |
| | | | |
| Chris Theodoridis | 3.20 | $730 | $2,336.00 |
| Vincent Indelicato | 1.90 | $730 | $1,387.00 |
| **Total for Associates** | **5.10** | | **$1,460.00** |
| | | | |
| **Professional Fees** | **10.40** | | **$7,592.00** |
| | | | |
| **Total for This Matter** | | | **$7,592.00** |

FOMB
PROMESA TITLE III: ERS

**Legal/ Regulatory Matters – 214**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Kevin J. Perra | 1.50 | $730 | $1,095.00 |
| Paul V. Possinger | 0.70 | $730 | $511.00 |
| Peter D. Doyle | 0.80 | $730 | $584.00 |
| **Total for Partners** | **3.00** | | **$2,190.00** |
| | | | |
| **Professional Fees** | **3.00** | | **$2,190.00** |
| | | | |
| **Total for This Matter** | | | **$2,190.00** |

FOMB
PROMESA TITLE III: ERS

**Employment and Fee Applications – 218**

| | | | |
|---|---|---|---|
| Natasha Petrov | 5.00 | $250 | $1,250.00 |
| **Total for Paraprofessionals** | **5.00** | | **$1,250.00** |
| **Professional Fees** | **5.00** | | **$1,250.00** |
| **Total for This Matter** | | | **$1,250.00** |