# **EXHIBIT D**

### Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ferdinand Díaz | Project Manager | $125.00 | 20.6 | $2,575.00 |
| Jorge Marchand | Principal | $175.00 | 28.2 | $4,935.00 |
| Male Noguera | Media Manager | $95.00 | 15.9 | $1,510.50 |
| Mari Carmen Schell | Business Editor | $110.00 | 26.6 | $2,926.00 |
| **Total** | | | **91.3** | **$11,946.50** |