# **EXHIBIT E**

**Summary of Marchand ICS Group Expenses**

| Service Description | Amount |
|---|---|
| Website hosting and design | $497.88 |
| **TOTAL** | **$497.88** |