# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 58.0 | $8,133.00 |
| Project Management | 20.3 | $2,488.50 |
| Website Development and Management | 13.0 | $1,325.00 |
| **Total** | **91.3** | **$11,946.50** |