# **EXHIBIT G**

**Detailed Time Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from July 27 to July 31, 2017**

**Detail of Conference Calls and Project Meetings**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 7/27/2017 | Jorge Marchand | Conference call with Mari Carmen Schell and Male Noguera to detail the ORC case and start the strategic planning process. | 1.50 | 175.00 | 262.50 |
| 7/27/2017 | Male Noguera (Media Manager) | Conference call with Mari Carmen Schell and Jorge Marchand to detail the ORC case and start the strategic planning process. | 1.50 | 95.00 | 142.50 |
| 7/27/2017 | Mari Carmen Schell | Conference call with Jorge Marchand and Male Noguera to detail the ORC case and start the strategic planning process. | 1.50 | 110.00 | 165.00 |
| 7/29/2017 | Jorge Marchand | Meeting with Mari Carmen Schell and Ferdinand Díaz to redefine the strategy, based on the presentation to the ORC on July 18. | 3.50 | 175.00 | 612.50 |
| 7/29/2017 | Ferdinand Díaz | Meeting with Jorge Marchand and Mari Carmen Schell to redefine the strategy, based on the presentation to the ORC on July 18. | 3.50 | 125.00 | 437.50 |
| 7/29/2017 | Mari Carmen Schell | Meeting with Jorge Marchand and Ferdinand Díaz to redefine the strategy based, on the presentation to the ORC on July 18. | 3.50 | 110.00 | 385.00 |
| 7/31/2017 | Jorge Marchand | Conference call with Mari Carmen Schell, Male Noguera and Ferdinand Díaz for status and follow-up on revisions to the strategic plan after the last meeting. | 1.80 | 175.00 | 315.00 |
| 7/31/2017 | Mari Carmen Schell | Conference call for status and follow-up on revisions to the strategic plan after the last meeting. | 1.80 | 110.00 | 198.00 |
| 7/31/2017 | Ferdinand Díaz | Conference call for status and follow-up on revisions to the strategic plan after the last meeting. | 1.80 | 125.00 | 225.00 |
| 7/31/2017 | Male Noguera (Media Manager) | Conference call for status and follow-up on revisions to the strategic plan after the last meeting. | 1.80 | 95.00 | 171.00 |
| | | | 22.20 | | 2,914.00 |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 5.30 | 125.00 | 662.50 |
| Jorge Marchand | 6.80 | 175.00 | 1,190.00 |
| Male Noguera (Media Manager) | 3.30 | 95.00 | 313.50 |
| Mari Carmen Schell | 6.80 | 110.00 | 748.00 |
| | 22.20 | | 2,914.00 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from July 27 to July 31, 2017**

**Detail of Development of Content and Material and Project Management**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 7/27/2017 | Jorge Marchand | Work content and general reviews to Marchand ICS presentation to the Official of Retiree Committee, in preparation for conference call for status with the Marchand ICS team. | 0.70 | 175.00 | 122.50 |
| 7/28/2017 | Ferdinand Díaz | Work with Mari Carmen Schell on the moifications to the presentation made to the ORC to discuss it in the staff meeting for the redefinition of the project strategy. | 4.80 | 125.00 | 600.00 |
| 7/28/2017 | Mari Carmen Schell | Work with Mari Carmen Schell on the moifications to the presentation made to the ORC to discuss it in the staff meeting for the redefinition of the project strategy. | 4.80 | 110.00 | 528.00 |
| | | | **10.30** | | **1,250.50** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 4.80 | 125.00 | 600.00 |
| Jorge Marchand | 0.70 | 175.00 | 122.50 |
| Mari Carmen Schell | 4.80 | 110.00 | 528.00 |
| | **10.30** | | **1,250.50** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from July 27 to July 31, 2017**

**Detail of Content and Material Development for the Website and Website Management**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 7/28/2017 | Male Noguera (Media Manager) | Profile preparation- Summary of the work done in digital to present it at the staff meeting of Marchand ICS. | 1.20 | 95.00 | 114.00 |
| 7/31/2017 | Male Noguera (Media Manager) | Research and creation of the website's visual and communication strategy on social networks, to present it to the Marchand ICS team and the Committee. | 3.80 | 95.00 | 361.00 |
| 7/31/2017 | Ferdinand Díaz | Make arrangements with Male Noguera to request for the cost for creation and development of digital platform content for the ORC. | 0.50 | 125.00 | 62.50 |
| 7/31/2017 | Male Noguera (Media Manager) | Provide a breakdown of estimated hours and costs per hour for the creation and managementof the website and social networks, as requested by Ferdinand Díaz. | 0.50 | 95.00 | 47.50 |
| | | | 6.00 | | 585.00 |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 0.50 | 125.00 | 62.50 |
| Male Noguera (Media Manager) | 5.50 | 95.00 | 522.50 |
| | 6.00 | | 585.00 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from August 1 to August 31, 2017**

**Detail of Conference Calls and Project Meetings**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 8/8/2017 | Jorge Marchand | Attend the meeting of the Official Retiree Committee (ORC) at the Sheraton Convention Center. | 2.50 | 175.00 | 437.50 |
| 8/15/2017 | Jorge Marchand | Meeting with Male Noguera and Maricarmen Schell, in preparation of the web page material that will be presented to the Committee. | 2.00 | 175.00 | 350.00 |
| 8/15/2017 | Male Noguera (Media Manager) | Meeting with the Marchand ICS's (MICS) team, to discuss the content strategy for the website. | 2.00 | 95.00 | 190.00 |
| 8/15/2017 | Mari Carmen Schell | Meeting with MICS's team to discuss strategy. | 2.00 | 110.00 | 220.00 |
| 8/21/2017 | Jorge Marchand | Meeting with Luis Benabe, from The Marketing Center, in preparation for the presentation of the research proposal; conference call with the ORC team. | 1.50 | 175.00 | 262.50 |
| 8/23/2017 | Jorge Marchand | Telephone conference with Carmen Haydee Núñez and Lidia Pellot, about the ORC ordinary meeting, the video development, the ORC website and the implementation direction. | 1.00 | 175.00 | 175.00 |
| 8/28/2017 | Ferdinand Díaz | Attend an informative meeting of the ORC in the Santiago Iglesias Pantín room of the Department of Labor. | 3.50 | 125.00 | 437.50 |
| 8/29/2017 | Jorge Marchand | Meeting at the office of Mr. Héctor Mayol, and conference call with the Jenner & Block team for presentation and logistics of the Marketing Center research, as well as discussion on the website. | 1.90 | 175.00 | 332.50 |
| 8/29/2017 | Male Noguera (Media Manager) | Presentation of the website to the communications subcommittee in the office of Mr. Héctor Mayol, with Jorge Marchand and María Schell. | 1.90 | 95.00 | 180.50 |
| 8/29/2017 | Mari Carmen Schell | Meeting with the communications subcommittee of the ORC in the office of Mr. Héctor Mayol. | 1.90 | 110.00 | 209.00 |
| 8/31/2017 | Jorge Marchand | Conference call with Melissa Root from Jenner & Block to coordinate details of the documents to be submitted to Judge Swain. | 0.50 | 175.00 | 87.50 |
|  |  |  | **20.70** |  | **2,882.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 3.50 | 125.00 | 437.50 |
| Jorge Marchand | 9.40 | 175.00 | 1,645.00 |
| Male Noguera (Media Manager) | 3.90 | 95.00 | 370.50 |
| Mari Carmen Schell | 3.90 | 110.00 | 429.00 |
|  | **20.70** |  | **2,882.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from August 1 to August 31, 2017**

**Detail of Development of Content and Material and Project Management**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 8/17/2017 | Ferdinand Díaz | Work with Jorge Marchand on the modifications to the Marchand ICS service proposal to the Official Retiree Committee and send it to Robert Gordon for review and comments. | 1.00 | 125.00 | 125.00 |
| 8/17/2017 | Jorge Marchand | Work with Ferdinand Díaz on the modifications to the Marchand ICS service proposal to the Official Retiree Committee. | 0.80 | 175.00 | 140.00 |
| 8/24/2017 | Mari Carmen Schell | Work on content review. | 0.50 | 110.00 | 55.00 |
| 8/28/2017 | Mari Carmen Schell | Development of content for section "Quienes Somos". | 0.80 | 110.00 | 88.00 |
|  |  |  | **3.10** |  | **408.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 1.00 | 125.00 | 125.00 |
| Jorge Marchand | 0.80 | 175.00 | 140.00 |
| Mari Carmen Schell | 1.30 | 110.00 | 143.00 |
|  | **3.10** |  | **408.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from August 1 to August 31, 2017**

**Detail of Content and Material Development for the Website and Website Management**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 8/22/2017 | Ferdinand Díaz | Make arrangements with Male Noguera to access the GoDaddy platform and purchase different website options for the Official Retiree Committee. | 0.50 | 125.00 | 62.50 |
| 8/23/2017 | Male Noguera (Media Manager) | Buy domains- Work with GoDaddy for the purchase of domains and privacy services: www.porturetiro.com / www.comiteretiradospr.com / www.corpuertorico.com / corpuertorico.com. | 0.50 | 95.00 | 47.50 |
| 8/24/2017 | Ferdinand Díaz | Contact with Carmen Haydee Núñez to provide the information of the domains that were purchased for the creation of the website for the Official Retiree Committee. | 0.50 | 125.00 | 62.50 |
| 8/30/2017 | Male Noguera (Media Manager) | Email with questions for the Committee - Prepare questions for the Committee, so that each one will answer them. Send the email with this request to Carmen Haydeé Nuñez. Receive the answers of each member. Write the information for the website. (process lasted several days). | 0.90 | 95.00 | 85.50 |
| 8/31/2017 | Mari Carmen Schell | Research and development of content for web page. | 3.00 | 110.00 | 330.00 |
| | | | **5.40** | | **588.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 1.00 | 125.00 | 125.00 |
| Male Noguera (Media Manager) | 1.40 | 95.00 | 133.00 |
| Mari Carmen Schell | 3.00 | 110.00 | 330.00 |
| | **5.40** | | **588.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from September 1 to September 30, 2017**

**Detail of Conference Calls and Project Meetings**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 9/1/2017 | Jorge Marchand | Conference call with Melissa Root from Jenner & Block to discuss the documents that will be submitted to Judge Swain, to evaluate the hiring of Marchand ICS, as well as to discuss the work that has been done for the Official Retiree Committee (ORC). | 1.00 | 175.00 | 175.00 |
| 9/14/2017 | Jorge Marchand | Internal meeting with Mari Carmen Schell, in preparation for the meeting with José Marín, Carmen Haydee Núñez and the ORC team. | 1.00 | 175.00 | 175.00 |
| 9/14/2017 | Mari Carmen Schell | Meeting with Jorge Marchand, in preparation for his meeting with José Marín, Carmen Haydee Núñez and the ORC team. | 1.00 | 110.00 | 110.00 |
| 9/14/2017 | Jorge Marchand | Meeting with José Marín, Carmen Haydee Núñez and the ORC team for the presentation of the work done and the Marketing Center study. | 2.30 | 175.00 | 402.50 |
| 9/14/2017 | Male Noguera (Media Manager) | Conference Cal with Jorge Marchand about updates and revisions to the website, and protocol determination regarding the approval of the news chosen for the website. | 0.20 | 95.00 | 19.00 |
| 9/14/2017 | Jorge Marchand | Conference Call with Male Noguera about updates and revisions to the website, and protocol determination regarding the approval of the news chosen for the website. | 0.20 | 175.00 | 35.00 |
| 9/14/2017 | Mari Carmen Schell | Follow-up conference call with Marchand ICS team. | 1.30 | 110.00 | 143.00 |
| 9/14/2017 | Jorge Marchand | Conference Call to discuss project status. | 1.30 | 175.00 | 227.50 |
| 9/14/2017 | Ferdinand Díaz | Conference Call to discuss project status. | 1.30 | 125.00 | 162.50 |
| 9/15/2017 | Jorge Marchand | Confernce call with Melissa Root, John VanDeventer, Robert Gordon, Ferdinand Díaz and Luis Benabe, to present the proposal of the research to be performed by The Marketing Center; also, to discuss the article published by Sin Comillas, where it is indicated that Marchand ICS has been hired by the ORC and the actions taken to occupy the field. | 1.50 | 175.00 | 262.50 |
| 9/15/2017 | Ferdinand Díaz | Participate in a conference call with Jorge Marchand, Melissa Root, John VanDeventer, Robert Gordon and Luis Benabe, to discuss topics related to the Marketing Center research and the article published in Sin Comillas on the contracting of Marchand ICS. | 1.50 | 125.00 | 187.50 |
| 9/28/2017 | Jorge Marchand | Meeting with Robert Gordon in New York, to discuss the work plan according to the new scenario in Puerto Rico after Hurricane Maria. | 2.50 | 175.00 | 437.50 |
| | | | **15.10** | | **2,337.00** |

| Fee Summary: | Horas | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 2.80 | 125.00 | 350.00 |
| Jorge Marchand | 9.80 | 175.00 | 1,715.00 |
| Male Noguera (Media Manager) | 0.20 | 95.00 | 19.00 |
| Mari Carmen Schell | 2.30 | 110.00 | 253.00 |
| | **15.10** | | **2,337.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from September 1 to September 30, 2017**

**Detail of Development of Content and Material and Project Management**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 9/1/2017 | Mari Carmen Schell | Content development for the ORC project. | 3.00 | 110.00 | 330.00 |
| 9/4/2017 | Mari Carmen Schell | Content review and development for the ORC project. | 0.50 | 110.00 | 55.00 |
| 9/15/2017 | Jorge Marchand | Further communication with Melissa Root, John VanDeventer and Robert Gordon, on the article published by Sin Comillas, on the hiring of Marchand ICS by the Official Retiree Committee. | 0.70 | 175.00 | 122.50 |
| 9/15/2017 | Ferdinand Díaz | Media monitoring; preparation of a summary for the article published by Sin Comillas, on the possible contracting of MICS by the Official Retiree Committee. | 1.70 | 125.00 | 212.50 |
| 9/29/2017 | Mari Carmen Schell | Memo to Marchand ICS team, about status and other matters of the project, post-huracan María. | 1.00 | 110.00 | 110.00 |
| | | | **6.90** | | **830.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Ferdinand Díaz | 1.70 | 125.00 | 212.50 |
| Jorge Marchand | 0.70 | 175.00 | 122.50 |
| Mari Carmen Schell | 4.50 | 110.00 | 495.00 |
| | **6.90** | | **830.00** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico**
**Professional Services for the Period from September 1 to September 30, 2017**

**Detail of Content and Material Development for the Website and Website Management**

| Date | Staff Member | Description | Hours | Rate | Value ($) |
|---|---|---|---|---|---|
| 9/3/2017 | Male Noguera (Media Manager) | Selection of news for the website- Search and selection of relevant news in the different digital media sources. | 1.10 | 95.00 | 104.50 |
| 9/18/2017 | Male Noguera (Media Manager) | Purchase of domains + email- Work with GoDaddy to buy the other domains requested, and the official communication email: portupension / comitepensionadospr + email: info@porturetiro.com. | 0.50 | 95.00 | 47.50 |
| | | | **1.60** | | **152.00** |

| Fee Summary: | Hours | Rate | Value ($) |
|---|---|---|---|
| Male Noguera (Media Manager) | 1.60 | 95.00 | 152.00 |
| | **1.60** | | **152.00** |