# EXHIBIT H

**Detailed Expense Records for Marchand ICS Group**



GoDaddy.com, LLC
14455 N. Hayden Rd.
Suite 219
Scottsdale, AZ 85260
(480) 505-8877

# Receipt

Date: Aug 23, 2017 10:44 AM

Receipt #: 1178666178
Customer #: 6675274

**Bill To:**
Jorge Marchand

Box 8168
San Juan, PR 00910-0168
+1.7877650444

**Payment Information:**
Jorge E Marchand
AMEX ##########4004
**Paid:** $171.96

# Items

.COM Domain Registration
corpuertorico.com

Item Number: 102
Quantity: 1
Term: 2

List Price: $29.98
Purchase Price: $26.98

ICANN Fee: $0.36
Discount: $0.00
Subtotal: $27.34
Tax: $0.00
Total: $27.34


"Privacy & Business Protection"
corpuertorico.com

Item Number: 125699
Quantity: 1
Term: 2

List Price: $55.96
Purchase Price: $29.98
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $29.98
Tax: $0.00
Total: $29.98


Private Domain Registration
corpuertorico.com

Item Number: 7001
Quantity: 1
Term: 2

List Price: $19.98
Purchase Price: $15.98
ICANN Fee: $0.00
Discount: $15.98
Subtotal: $0.00
Tax: $0.00
Total: $0.00


Domain Ownership Protection
corpuertorico.com

Item Number: 900
Quantity: 1
Term: 2

List Price: $35.98
Purchase Price: $35.98
ICANN Fee: $0.00
Discount: $35.98
Subtotal: $0.00
Tax: $0.00
Total: $0.00

## Get Found Starter

Item Number: 37976
Quantity: 1
Term: 2

List Price: $119.76
Purchase Price: $0.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $0.00
Tax: $0.00
Total: $0.00

## TrustedSite

Item Number: 1068228
Quantity: 1
Term: 25

List Price: $124.75
Purchase Price: $0.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $0.00
Tax: $0.00
Total: $0.00

## .COM Domain Registration
comiteretiradospr.com

Item Number: 102
Quantity: 1
Term: 2

List Price: $29.98
Purchase Price: $26.98
ICANN Fee: $0.36
Discount: $0.00
Subtotal: $27.34
Tax: $0.00
Total: $27.34

"Privacy & Business Protection"
comiteretiradospr.com

Item Number: 125699
Quantity: 1
Term: 2

List Price: $55.96
Purchase Price: $29.98
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $29.98
Tax: $0.00
Total: $29.98

Private Domain Registration
comiteretiradospr.com

Item Number: 7001
Quantity: 1
Term: 2

List Price: $19.98
Purchase Price: $15.98
ICANN Fee: $0.00
Discount: $15.98
Subtotal: $0.00
Tax: $0.00
Total: $0.00

Domain Ownership Protection
comiteretiradospr.com

Item Number: 900
Quantity: 1
Term: 2

List Price: $35.98
Purchase Price: $35.98
ICANN Fee: $0.00
Discount: $35.98
Subtotal: $0.00
Tax: $0.00
Total: $0.00

## Get Found Starter

Item Number: 37976
Quantity: 1
Term: 2

List Price: $119.76
Purchase Price: $0.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $0.00
Tax: $0.00
Total: $0.00

## TrustedSite

Item Number: 1068228
Quantity: 1
Term: 25

List Price: $124.75
Purchase Price: $0.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $0.00
Tax: $0.00
Total: $0.00

## .COM Domain Registration
porturetiro.com

Item Number: 102
Quantity: 1
Term: 2

List Price: $29.98
Purchase Price: $26.98
ICANN Fee: $0.36
Discount: $0.00
Subtotal: $27.34
Tax: $0.00
Total: $27.34

"Privacy & Business Protection"
porturetiro.com

Item Number: 125699
Quantity: 1
Term: 2

List Price: $55.96
Purchase Price: $29.98
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $29.98
Tax: $0.00
Total: $29.98

Private Domain Registration
porturetiro.com

Item Number: 7001
Quantity: 1
Term: 2

List Price: $19.98
Purchase Price: $15.98
ICANN Fee: $0.00
Discount: $15.98
Subtotal: $0.00
Tax: $0.00
Total: $0.00

Domain Ownership Protection
porturetiro.com

Item Number: 900
Quantity: 1
Term: 2

List Price: $35.98
Purchase Price: $35.98
ICANN Fee: $0.00
Discount: $35.98
Subtotal: $0.00
Tax: $0.00
Total: $0.00

Get Found Starter

Item Number: 37976
Quantity: 1
Term: 2

List Price: $119.76
Purchase Price: $0.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $0.00
Tax: $0.00
Total: $0.00

TrustedSite

Item Number: 1068228
Quantity: 1
Term: 25

List Price: $124.75
Purchase Price: $0.00
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $0.00
Tax: $0.00
Total: $0.00

Subtotal: $170.88
Fees: $1.08
Taxes: $0.00

**Total: $171.96** USD



GoDaddy.com, LLC
14455 N. Hayden Rd.
Suite 219
Scottsdale, AZ 85260
(480) 505-8877

# Receipt

Date: Sep 18, 2017 12:21 PM

Receipt #: 1182442184
Customer #: 6675274

**Bill To:**
Jorge Marchand

Box 8168
San Juan, PR 00910-0168
+1.7877650444

**Payment Information:**
Jorge E Marchand
AMEX ##########5001
**Paid**: $325.92

# Items

.COM Domain Registration
portupension.com

Item Number: 102
Quantity: 1
Term: 2

List Price: $29.98
Purchase Price: $26.98

ICANN Fee: $0.36
Discount: $0.00
Subtotal: $27.34
Tax: $0.00
Total: $27.34

## Private Domain Registration
portupension.com

Item Number: 7001
Quantity: 1
Term: 2

List Price: $19.98
Purchase Price: $15.98
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $15.98
Tax: $0.00
Total: $15.98

## .COM Domain Registration
comitepensionadospr.com

Item Number: 102
Quantity: 1
Term: 2

List Price: $29.98
Purchase Price: $26.98
ICANN Fee: $0.36
Discount: $0.00
Subtotal: $27.34
Tax: $0.00
Total: $27.34

## Private Domain Registration
comitepensionadospr.com

Item Number: 7001
Quantity: 1
Term: 2

List Price: $19.98
Purchase Price: $15.98
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $15.98
Tax: $0.00
Total: $15.98

## Office 365 Email Essentials

Item Number: 867694
Quantity: 1
Term: 2

List Price: $119.76
Purchase Price: $47.76
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $47.76
Tax: $0.00
Total: $47.76

## Email - Encryption

Item Number: 902437
Quantity: 1
Term: 24

List Price: $119.76
Purchase Price: $119.76
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $119.76
Tax: $0.00
Total: $119.76

## o365 Email Backup

Item Number: 996667
Quantity: 1
Term: 24

List Price: $71.76
Purchase Price: $71.76
ICANN Fee: $0.00
Discount: $0.00
Subtotal: $71.76
Tax: $0.00
Total: $71.76

Subtotal: $325.20
Fees: $0.72
Taxes: $0.00

**Total: $325.92** USD