# **EXHIBIT D**

**Summary of Segal Consulting Blended Hourly Rates**

| **Timekeeper Category** | **Blended Hourly Rate** **Billed in this Fee Application** |
|---|---|
| **Senior Vice President** | $656 |
| **VP & Actuary** | $525 |
| **Actuary** | $422 |
| **Consultant** | $380 |
| **Analyst** | $284 |
| **All Employees** | $522 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Segal Consulting
Date of Application: December 15, 2017
Interim or Final: Interim