# EXHIBIT E

## Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Bohlman, Katherine R. | Actuary Associate | Pension | $320.00 | 15.80 | $5,056.00 |
| Bridges, Geoffrey W. | Actuary | Pension | $450.00 | 48.90 | $22,005.00 |
| Clark, Melanie C. | Senior Health Consultant | Health | $380.00 | 3.60 | $1,368.00 |
| Janus, Paul J | Actuary | Health | $420.00 | 36.60 | $15,372.00 |
| Kovach, Patricia L. | Analyst | Health | $250.00 | 23.20 | $5,800.00 |
| Levy, Thomas | Senior Vice President | Pension | $890.00 | 8.00 | $7,120.00 |
| Libauskas, Jacob | Actuary | Pension | $370.00 | 24.70 | $9,139.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | $680.00 | 131.00 | $89,080.00 |
| Nolan, James | Vice President & Actuary | Pension | $400.00 | 1.80 | $720.00 |
| Noonan, Mark J. | Vice President & Consulting Actuary | Health | $550.00 | 0.90 | $495.00 |
| Reusz, Dan | Senior Analyst | Pension | $300.00 | 1.20 | $360.00 |
| Strom, Matthew A. | Vice President & Actuary | Pension | $530.00 | 39.90 | $21,147.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | $290.00 | 33.50 | $9,715.00 |
| Wohl, Stuart | Senior Vice President Regional Manager | Health | $590.00 | 75.10 | $44,309.00 |
| **Sub-Total** | | | | **444.20** | **$231,686.00** |
| Less 50% Discount on Non-working Travel Matter | | | | | ($8,211.00) |
| **Total:** | | | | | **$223,475.00** |