# EXHIBIT F

## Summary of Segal Consulting Expenses

| Service Description | Amount |
|---|---|
| Business Meals | $264.55 |
| Hotel | $2,761.40 |
| In-City Transportation | $439.17 |
| Other Professional Services | $0.00 |
| Parking | $71.00 |
| Mileage | $53.15 |
| Travel | $1,716.20 |
| **TOTAL** | **$5,305.47** |