# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| 001 Actuarial Analysis | 46.104 | $17,603.00 |
| 002 Pension Research | 74.30 | $44,162.00 |
| 003 Data Analysis | 91.90 | $36,331.00 |
| 004 Calls & Meetings with other Professionals | 102.90 | $59,849.00 |
| 005 Preparation of Reports | 30.90 | $11,325.00 |
| 006 Retiree Committee Meetings | 44.20 | $29,150.00 |
| 018 Case Administration | 32.00 | $16,844.00 |
| Non-Working Travel Time | 25.50 | $16,422.00 |
| Expenses |  | $5,305.47 |
| **Sub-Total*** | **444.20** | **$236,991.47** |
| Less 50% Discount on Non-working Travel Matter | - | $8,211.00 |
| **Total** | **-** | **$223,475.00** |