# EXHIBIT H

**Detailed Time Records for Segal Consulting**

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL   60606
Phone: (312) 984-8500

Fax: (312) 896-9364

**August 22, 2017**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

Client Number:     14812

For professional services rendered through July 31, 2017:

Re:  Matter 002 Research

| Date | Name | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/05/2017 | Nicholl, Kim M. | Review of actuarial reports | 4.80 | 3,264.00 |
| 07/06/2017 | Wohl, Stuart | Review eligibility and benefits for Mi Salud to begin to think about potential impact of changes in benefits. | 2.50 | 1,475.00 |
| 07/18/2017 | Nicholl, Kim M. | Review of items in the data room | 2.40 | 1,632.00 |
| 07/21/2017 | Kovach, Patricia L. | Reviewing data in data room, downloading files from the data | 0.80 | 200.00 |
| 07/28/2017 | Nicholl, Kim M. | Review of materials that were in the data room | 1.40 | 952.00 |
| 07/31/2017 | Nicholl, Kim M. | Review of documents in the data room | 2.20 | 1,496.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 680 | 10.80 | 7,344.00 |
| Kovach, Patricia L. | 250 | 0.80 | 200.00 |
| Wohl, Stuart | 590 | 2.50 | 1,475.00 |
| TOTAL HOURS/VALUE | | 14.10 | 9,019.00 |

**Total:**                                                                     **$9,019.00**

EIN #:      13-1975125

# ✱ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500

Fax: (312) 896-9364

**August 22, 2017**

**Official Committee of Retirees In the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

Client number:   14812

For professional services rendered through July 31, 2017:

Re:  Matter 003 Data Analysis

| Date | Name | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/13/2017 | Reusz, Dan | Put together request for data | 1.20 | 360.00 |
| 07/13/2017 | Libauskas, Jacob | Review data request | 1.00 | 370.00 |
| 07/21/2017 | Janus, Paul J | Reviewing data request and files provided. | 2.00 | 840.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 370 | 1.00 | 370.00 |
| Reusz, Dan | 300 | 1.20 | 360.00 |
| Janus, Paul J | 420 | 2.00 | 840.00 |
| TOTAL HOURS/VALUE | | 4.20 | 1,570.00 |

**Total:**                                                                 **$1,570.00**

EIN #:      13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500

Fax: (312) 896-9364

**August 22, 2017**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

Client number:   14812

For professional services rendered through July 31, 2017:

Re:  Matter 004 Calls & Meetings with other Professionals

| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 07/05/2017 | Wohl, Stuart | Call with Jenner (Root, Steege) and Segal (Nicholl, Wohl) about valuation report | 1.10 | 649.00 |
| 07/05/2017 | Nicholl, Kim M. | Call with Jenner (Root, Steege) and Segal (Nicholl, Wohl) about valuation report | 1.10 | 748.00 |
| 07/05/2017 | Wohl, Stuart | Call with Jenner (Root, Steege) and FTI (Simms, Gumbs) about strategy and roles | 0.80 | 472.00 |
| 07/05/2017 | Nicholl, Kim | Call with Jenner (Root, Steege) and FTI (Simms, Gumbs) about strategy and roles | 0.80 | 544.00 |
| 07/20/2017 | Wohl, Stuart | Meeting with Jenner (Steege, Root) to discuss strategy | 1.40 | 826.00 |
| 07/20/2017 | Nicholl, Kim M. | Meeting with Jenner (Steege, Root) to discuss strategy | 1.40 | 826.00 |
| 07/28/2017 | Nicholl, Kim M. | Call with FTI (Gumbs, Park, Natalie, Jeff) and Segal (Nicholl, Wohl) to discuss work coordination | 0.80 | 544.00 |
| 07/28/2017 | Wohl, Stuart | Call with FTI (Gumps, Park, Natalie, Jeff) and Segal (Nicholl, Wohl) to discuss work coordination | 0.80 | 472.00 |
| 07/28/2017 | Wohl, Stuart | Follow up call regarding FTI with Nicholl | 0.20 | 118.00 |
| 07/28/2017 | Nicholl, Kim M. | Follow up call regarding FTI with Wohl | 0.20 | 136.00 |
| 07/31/2017 | Nicholl, Kim M. | Strategy Update call with professionals from Jenner (Gordon, Levin, Steege), FTI (Simms, Gumbs) and Bennazar (Kaufmann, Castillo) | 1.40 | 952.00 |
| 07/31/2017 | Wohl, Stuart | Strategy Update call with professionals from Jenner (Gordon, Levin, Steege) FTI (Simms, Gumbs) and Bennazar (Kaufmann, Castillo) | 1.40 | 826.00 |

### Fee summary:

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 680 | 5.70 | 3,876.00 |
| Wohl, Stuart | 590 | 5.70 | 3,363.00 |
| TOTAL HOURS/VALUE | | 11.40 | 7,239.00 |

**Total:**

**$7,239.00**

EIN #:      13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500

Fax: (312) 896-9364

**August 17, 2017**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

Client number: 14812

For professional services rendered through July 31, 2017:

Re: Matter 006 Retiree Committee Meetings

| Date | Name | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 07/06/2017 | Nicholl, Kim M. | Retiree Committee meeting | 4.40 | 2,992.00 |
| 07/06/2017 | Levy, Thomas | Retiree Committee meeting (partial) | 2.00 | 1,780.00 |
| 07/06/2017 | Wohl, Stuart | Retiree Committee meeting (partial) | 2.00 | 1,180.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Levy, Thomas | 890 | 2.00 | 1,780.00 |
| Nicholl, Kim M. | 680 | 4.40 | 2,992.00 |
| Wohl, Stuart | 590 | 2.00 | 1,180.00 |
| TOTAL HOURS/VALUE | | 8.40 | 5,952.00 |

**Total:** **$5,952.00**

EIN #:   13-1975125

✈ Segal Consulting

1800 M Street NW
Suite 900 S
Washington, DC   20036-5802
Phone: (202) 833-6400

Fax: (202) 330-5694

**August 22, 2017**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

Client number:   14812

For professional services rendered through July 31, 2017:

Re:  Matter 007 Actuarial Analysis

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|---|
| 07/06/2017 | Wohl, Stuart | Review OPEB aspects of the 2015 actuarial valuations of the 3 retirement systems including confirming that the results in the actuarial valuations match the amounts shown in the Commonwealth's financial reporting. | 2.30 | 1,357.00 |

**Fee summary:**

| <u>Name</u> | <u>Rate</u> | <u>Hours</u> | <u>Value</u> |
|---|---|---|---|
| Wohl, Stuart | 590 | 2.30 | 1,357.00 |
| TOTAL HOURS/VALUE | | 2.30 | 1,357.00 |

**Total:**                                                                              **$1,357.00**

EIN #:      13-1835864

✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL   60606
Phone: (312) 984-8500

Fax: (312) 896-9364

**August 22, 2017**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

Client number:   14812

For professional services rendered through July 31, 2017:

Re:   Matter 018 Case Administration

| Date | Name | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 06/29/2017 | Wohl, Stuart | Conference with Steege re: actuarial work | 0.20 | 118.00 |
| 06/30/2017 | Wohl, Stuart | Conference with Financial advisors and Jenner re: work plan | 1.80 | 1,062.00 |
| 06/30/2017 | Nicholl, Kim M. | Conference with Financial advisors and Jenner re: work plan | 1.80 | 1,224.00 |
| 07/05/2017 | Nicholl, Kim M. | Draft Nicholl Declaration | 2.40 | 1,632.00 |
| 07/05/2017 | Wohl, Stuart | Review Nicholl Declaration | 1.20 | 708.00 |
| 07/06/2017 | Nicholl, Kim M. | Draft retention agreement | 2.80 | 1,904.00 |
| 07/06/2017 | Wohl, Stuart | Review retention agreement | 1.40 | 826.00 |
| 07/10/2017 | Nicholl, Kim M. | Draft retention agreement | 1.90 | 1,292.00 |
| 07/10/2017 | Wohl, Stuart | Review draft retention agreement | 0.70 | 413.00 |
| 07/11/2017 | Nicholl, Kim M. | Review confidentiality agreement | 0.80 | 544.00 |
| 07/11/2017 | Nicholl, Kim M. | Draft Nicholl Declaration | 1.10 | 748.00 |
| 07/18/2017 | Levy, Thomas | Review of court filings | 0.40 | 356.00 |
| 07/19/2017 | Nicholl, Kim M. | Review of court filings | 2.50 | 1,700.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Levy, Thomas | 890 | 0.40 | 356.00 |
| Nicholl, Kim M. | 680 | 13.30 | 9,044.00 |
| Wohl, Stuart | 590 | 5.30 | 3,127.00 |
| TOTAL HOURS/VALUE | | 19.00 | 12,527.00 |

**Total:**                                                              **$12,527.00**

EIN #:      13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:   (312) 896-9364

September 21, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2017:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 8/7/2017 | Nolan, James | Valuation Programming for ERS Plan | 1.80 | 720.00 |
| 8/18/2017 | Libauskas, Jacob | Valuation programming for TRS plan | 2.10 | 777.00 |
| 8/22/2017 | Bohlman, Katherine R. | Program actuarial valuation software to prepare for matching 2016 valuation liabilities for ERS plan. | 4.40 | 1,408.00 |
| 8/23/2017 | Bohlman, Katherine R. | Program actuarial valuation software to prepare for matching 2016 valuation liabilities for ERS plan. | 6.70 | 2,144.00 |
| 8/24/2017 | Bohlman, Katherine R. | Program actuarial valuation software to prepare for matching 2016 valuation liabilities for ERS plan. | 4.70 | 1,504.00 |
| 8/24/2017 | Tabernacki, Patryk | Valuation Programming for ERS Plan | 1.60 | 464.00 |
| 8/25/2017 | Tabernacki, Patryk | Assumptions and Plan Provisions review for programming ERS Plan | 2.20 | 638.00 |
| 8/28/2017 | Tabernacki, Patryk | Valuation Programming | 1.90 | 551.00 |
| 8/21/2017 | Tabernacki, Patryk | Program TRS valuation in software. | 1.50 | 435.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bohlman, Katherine R. | 320.00 | 15.80 | 5,056.00 |
| Libauskas, Jacob | 370.00 | 2.10 | 777.00 |
| Nolan, James | 400.00 | 1.80 | 720.00 |
| Tabernacki, Patryk | 290.00 | 7.20 | 2,088.00 |
| TOTAL HOURS/VALUE | | 26.90 | 8,641.00 |

**Total:** **$8,641.00**

EIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 898-9364

September 21, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
c/o Jenner and Block LLP

**Client Number: 14812**

For professional consulting services rendered through August 31, 2017:

Re:   Matter 002 Pension Research

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 8/1/2017 | Nicholl, Kim M. | Review of documents in data room | 4.00 | 2,720.00 |
| 8/1/2017 | Strom, Matthew A. | Review draft proposal | 2.00 | 1,060.00 |
| 8/2/2017 | Nicholl, Kim M. | Review of FOMB's proposal to cut pensions by 10% | 2.00 | 1,360.00 |
| 8/2/2017 | Wohl, Stuart | Review health and pension amounts for the various retiree groups. | 0.90 | 531.00 |
| 8/4/2017 | Levy, Thomas | Review documents | 0.50 | 445.00 |
| 8/4/2017 | Wohl, Stuart | Discussions with Dave Ehrenfried at Humana regarding the Puerto Rico insurance marketplace including how plans are determined that will be offered to the retirees. | 1.00 | 590.00 |
| 8/8/2017 | Levy, Thomas | Review FTI presentation | 0.50 | 445.00 |
| 8/14/2017 | Levy, Thomas | Review and analyze Oversight Board pension proposal | 1.00 | 890.00 |
| 8/15/2017 | Nicholl, Kim M. | Review of pension reform document | 1.50 | 1,020.00 |
| 8/17/2017 | Wohl, Stuart | Discussions with Kovach, Janus, Clark (partial) and Wohl in preparation of Wohl meetings with Mi Salud, ASES and Plans offered to retirees. | 1.50 | 885.00 |
| 8/17/2017 | Wohl, Stuart | Review documents in data room related to health care | 1.50 | 885.00 |
| 8/17/2017 | Clark, Melanie C. | Prep with S.Wohl, P. Janus, P. Kovach re: plans and data for PR meetings | 0.80 | 304.00 |
| 8/17/2017 | Kovach, Patricia L. | Meeting with Stu, Paul, and Melanie to go over documents in the data room and questions for Stu's upcoming trip to Puerto Rico. | 1.50 | 375.00 |
| 8/17/2017 | Janus, Paul J | Researching Puerto Rico Medicaid information | 1.50 | 630.00 |
| 8/18/2017 | Wohl, Stuart | Prepare questions for upcoming meetings with Mi Salud, ASES and health plans. | 1.50 | 885.00 |
| 8/23/2017 | Nicholl, Kim M. | Review draft 2016 actuarial valuation reports | 1.50 | 1,020.00 |
| 8/23/2017 | Wohl, Stuart | Prepare notes from meetings with health plans | 1.70 | 1,003.00 |
| 8/23/2017 | Wohl, Stuart | Read Congressional Task Force on Economic Growth in Puerto Rico | 1.50 | 885.00 |
| 8/25/2017 | Janus, Paul J | Documentation of call notes and review of Medicaid (Mi Salud) materials. | 2.50 | 1,050.00 |
| 8/28/2017 | Nicholl, Kim M. | Preparation for mediation | 1.50 | 1,020.00 |
| 8/30/2017 | Janus, Paul J | Research of data files received. | 1.00 | 420.00 |
| 8/31/2017 | Janus, Paul J | Researching provided financial data files | 2.00 | 840.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Clark, Melanie C. | 380.00 | 0.80 | 304.00 |
| Janus, Paul J | 420.00 | 7.00 | 2,940.00 |
| Kovach, Patricia L. | 250.00 | 1.50 | 375.00 |
| Levy, Thomas | 890.00 | 2.00 | 1,780.00 |
| Nicholl, Kim M. | 680.00 | 10.50 | 7,140.00 |
| Strom, Matthew A. | 530.00 | 2.00 | 1,060.00 |
| Wohl, Stuart | 590.00 | 9.60 | 5,664.00 |
| TOTAL HOURS/VALUE | | 33.40 | 19,263.00 |

**Total:** **$19,263.00**

EIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

September 21, 2017

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2017:

Re:  Matter 003 Data Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 8/3/2017 | Libauskas, Jacob | Received and performed a high level review of the census data files | 1.90 | 703.00 |
| 8/7/2017 | Nicholl, Kim M. | Review of data received for the retirement systems | 1.10 | 748.00 |
| 8/7/2017 | Tabernacki, Patryk | Checking data and assortment of files received to make sure we have everything. Organize data and legends for all three plans. Creating data statistics based on data files received to compare to reports. | 3.80 | 1,102.00 |
| 8/7/2017 | Libauskas, Jacob | Comparing data statistics in data files to valuation reports | 1.60 | 592.00 |
| 8/8/2017 | Tabernacki, Patryk | Puerto Rico additional data request. | 2.50 | 725.00 |
| 8/9/2017 | Tabernacki, Patryk | Analysis of data to compare data files received to the valuation reports. | 4.70 | 1,363.00 |
| 8/10/2017 | Tabernacki, Patryk | Analysis of data to compare data files received to the valuation reports. | 1.60 | 464.00 |
| 8/10/2017 | Nicholl, Kim M. | Review of data received from ERS | 1.80 | 1,224.00 |
| 8/11/2017 | Libauskas, Jacob | Reviewing retiree health data provided and replying to Jennifer Taylor's questions about our data needs. | 2.20 | 814.00 |
| 8/15/2017 | Libauskas, Jacob | Reviewing census data and comparing to valuation reports | 1.40 | 518.00 |
| 8/15/2017 | Tabernacki, Patryk | Analysis of data to compare data files received to the valuation reports. | 2.90 | 841.00 |
| 8/16/2017 | Libauskas, Jacob | Call with O'Melveny and Jenner to discuss data needs | 0.50 | 185.00 |
| 8/16/2017 | Tabernacki, Patryk | Analysis of new data received from Puerto Rico. | 1.70 | 493.00 |
| 8/16/2017 | Libauskas, Jacob | Receiving new data files | 1.00 | 370.00 |
| 8/16/2017 | Libauskas, Jacob | Data request to Milliman | 1.00 | 370.00 |
| 8/16/2017 | Nicholl, Kim M. | Preparation of data request for Milliman | 0.60 | 408.00 |
| 8/17/2017 | Tabernacki, Patryk | Analysis of additional data provided by Puerto Rico. | 1.10 | 319.00 |
| 8/18/2017 | Tabernacki, Patryk | Review of received medical data. | 3.20 | 928.00 |
| 8/21/2017 | Tabernacki, Patryk | Analysis of recently received TRS data and report. | 1.90 | 551.00 |

| | | | | |
|---|---|---|---|---|
| 8/16/2017 | Janus, Paul J | Reviewing provided financial data files for plans. | 1.60 | 672.00 |
| 8/17/2017 | Janus, Paul J | Reviewing provided financial data files for plans. | 2.10 | 882.00 |
| 8/17/2017 | Janus, Paul J | Preparing for meetings with carriers, ASES and Mi Salud with S. Wohl and P. Kovach | 2.00 | 840.00 |
| 8/18/2017 | Janus, Paul J | Reviewing questions for meetings with carriers, ASES and MI Salud | 2.60 | 1,092.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Janus, Paul J | 420.00 | 8.30 | 3,486.00 |
| Libauskas, Jacob | 370.00 | 9.60 | 3,552.00 |
| Nicholl, Kim M. | 680.00 | 3.50 | 2,380.00 |
| Tabernacki, Patryk | 290.00 | 23.40 | 6,786.00 |
| TOTAL HOURS/VALUE | | 44.80 | 16,204.00 |

**Total:** **$16,204.00**

EIN#    13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

September 21, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2017:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------------|---|-------|-------|
| 8/1/2017 | Nicholl, Kim M. | Call with FTI (Sean), Melissa Root, Cathy Steege and Stu Wohl | 1.50 | 1,020.00 |
| 8/2/2017 | Nicholl, Kim M. | Call with FOMB, Flick Fornia, FTI, Jenner, Hector, Strom to listen to FOMB proposal | 1.50 | 1,020.00 |
| 8/2/2017 | Nicholl, Kim M. | Travel time to and from Jenner offices to discuss FOMB proposal (bill half) | 0.70 | 476.00 |
| 8/2/2017 | Nicholl, Kim M. | Call with ASCME (Levin, Kriesberg) and Jenner (Steege, Root, Levin, Gordon) and Matt Strom to discuss employee contributions | 0.50 | 340.00 |
| 8/2/2017 | Nicholl, Kim M. | Follow up discussion with Jenner (Gordon, Steege, Root, Levin) and Strom to discuss FOMB proposal | 1.30 | 884.00 |
| 8/2/2017 | Strom, Matthew A. | Call with FOMB, Flick Fornia, FTI, Jenner, Hector, Strom to listen to FOMB proposal | 1.50 | 795.00 |
| 8/2/2017 | Strom, Matthew A. | Travel time to and from Jenner offices to discuss FOMB proposal (bill half) | 0.70 | 371.00 |
| 8/2/2017 | Strom, Matthew A. | Call with ASCME (Levin, Kriesberg) and Jenner (Steege, Root, Levin, Gordon) and Matt Strom to discuss employee contributions | 0.50 | 265.00 |
| 8/2/2017 | Strom, Matthew A. | Follow up discussion with Jenner (Gordon, Steege, Root, Levin) and Strom to discuss FOMB proposal | 1.30 | 689.00 |
| 8/3/2017 | Nicholl, Kim M. | Preparation for committee call with other advisors including Jenner and FTI | 1.20 | 816.00 |
| 8/3/2017 | Strom, Matthew A. | Preparation for committee call with other advisors including Jenner and FTI | 1.20 | 636.00 |
| 8/3/2017 | Wohl, Stuart | Preparation for committee call with other advisors including Jenner and FTI | 1.20 | 708.00 |
| 8/10/2017 | Levy, Thomas | Call with Nicholl and Wohl to discuss assignment of work. | 0.50 | 445.00 |
| 8/10/2017 | Nicholl, Kim M. | Call with Levy and Wohl to discuss assignment of work. | 0.50 | 340.00 |
| 8/10/2017 | Wohl, Stuart | Call with Nicholl and Levy to discuss assignment of work. | 0.50 | 295.00 |
| 8/14/2017 | Strom, Matthew A. | Calls to discuss data requirements and facilitation of data transfer from Milliman to Segal | 0.50 | 265.00 |
| 8/14/2017 | Nicholl, Kim M. | Call with FTI, Jenner, Wohl to discuss committee meetings, mediation, fiscal plan | 1.20 | 816.00 |
| 8/14/2017 | Wohl, Stuart | Call with FTI, Jenner, Nicholl to discuss committee meetings, mediation, fiscal plan | 1.20 | 708.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/15/2017 | Nicholl, Kim M. | Call with Bob Gordon to discuss the current hybrid plan and the proposed defined contribution plan for active members | 0.80 | 544.00 |
| 8/16/2017 | Strom, Matthew A. | Call with Jenner, Proskauer, OMM, Segal regarding data needed from Milliman | 1.00 | 530.00 |
| 8/16/2017 | Tabernacki, Patryk | Call with Jenner, Proskauer, OMM, Segal regarding data needed from Milliman | 1.00 | 290.00 |
| 8/16/2017 | Nicholl, Kim M. | Review of data request | 0.20 | 136.00 |
| 8/16/2017 | Nicholl, Kim M. | Call with Jenner, Proskauer, OMM, Segal regarding data needed from Milliman | 1.00 | 680.00 |
| 8/17/2017 | Strom, Matthew A. | Calls to discuss data requirements and facilitation of data transfer from Milliman to Segal | 1.00 | 530.00 |
| 8/17/2017 | Libauskas, Jacob | Call with Jenner, Proskauer, OMM, Segal regarding data needed from Milliman | 0.50 | 185.00 |
| 8/17/2017 | Nicholl, Kim M. | Call with Wohl to discuss committee meetings and mediation sessions | 0.50 | 340.00 |
| 8/17/2017 | Nicholl, Kim M. | Call with Milliman, OMM, Jenner, to discuss the data request | 0.50 | 340.00 |
| 8/17/2017 | Wohl, Stuart | Call with Jenner, O'Melvenny and Milliman on availability of actuarial data. | 0.50 | 295.00 |
| 8/17/2017 | Wohl, Stuart | Call with FTI (Park, Fish, Gibson) and Segal (Janus, Wohl) on Medicaid issues in preparation of Wohl meeting with Mi Salud. | 0.50 | 295.00 |
| 8/17/2017 | Janus, Paul J | Call with FTI (Park, Fish, Gibson) and Segal (Janus, Wohl) on Medicaid issues in preparation of Wohl meeting with Mi Salud. | 0.50 | 210.00 |
| 8/18/2017 | Nicholl, Kim M. | Call with Root, Steege, Wohl to discuss mediation sessions and Segal participation | 0.50 | 340.00 |
| 8/18/2017 | Wohl, Stuart | Call with Root, Steege, Nicholl to discuss mediation sessions and Segal participation | 0.50 | 295.00 |
| 8/20/2017 | Wohl, Stuart | Non working travel time (bill half). | 2.00 | 1,180.00 |
| 8/21/2017 | Nicholl, Kim M. | Status update call with FTI, Jenner and Wohl. | 1.00 | 680.00 |
| 8/21/2017 | Wohl, Stuart | Meeting with Hector Mayol and MMM to discuss their benefits for both the Commonwealth's retirees and Medicaid beneficiaries. | 1.00 | 590.00 |
| 8/21/2017 | Wohl, Stuart | Meeting with Hector Mayol and Triple SSS to learn about their offerings to the Commonwealth's retirees. | 1.40 | 826.00 |
| 8/21/2017 | Wohl, Stuart | Review questions preparing for discussions with Hector Mayol, Mi Salud, Triple SSS and MMM | 0.70 | 413.00 |
| 8/21/2017 | Wohl, Stuart | Discussions with Hector Mayol about the Commonwealth's health systems, benefit plans, retirement system, Committee members, strategy | 2.30 | 1,357.00 |
| 8/21/2017 | Wohl, Stuart | Retiree Committee Professionals Call (Jenner, FTI, Bennzar, Segal) | 1.00 | 590.00 |
| 8/21/2017 | Wohl, Stuart | Meeting with Hector Mayol and Mi Salud to learn about the operations, eligibility and benefits of the Medicaid program | 1.20 | 708.00 |
| 8/22/2017 | Wohl, Stuart | Prepare notes from meetings with MI Salud, Triple S and MMM | 0.50 | 295.00 |
| 8/22/2017 | Wohl, Stuart | Discussions with Hector Mayol about the Commonwealth's health systems, benefit plans, retirement system, Committee members, strategy | 2.90 | 1,711.00 |
| 8/22/2017 | Wohl, Stuart | Meeting with Hector Mayol and ASES to learn about how ASES coordinates plans, pricing, benefits for governmental plans | 1.00 | 590.00 |
| 8/22/2017 | Wohl, Stuart | Meeting with Hector Mayol and MCS to learn about Medicare Advantage and Medicaid plan pricing and issues for plans offered to Commonwealth retirees. | 1.70 | 1,003.00 |
| 8/22/2017 | Wohl, Stuart | Non-working travel time (bill half) | 3.10 | 1,829.00 |
| 8/24/2017 | Wohl, Stuart | Conference call with Mark to review of Stu's meeting | 0.30 | 177.00 |
| 8/24/2017 | Noonan, Mark J. | Conference call with Stu W, brief review of Stu's meeting in Puerto Rico | 0.30 | 165.00 |
| 8/25/2017 | Nicholl, Kim M. | Conference call with professionals - FTI and Jenner - to discuss the Puerto Rico health care environment | 0.80 | 544.00 |

| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 8/25/2017 | Kovach, Patricia L. | Call discussing Stu's trip to Puerto Rico- his thoughts, observations, etc. with discussion after with Wayne from FTI Consulting (with partial attendance from some) | 1.00 | 250.00 |
| 8/25/2017 | Clark, Melanie C. | Call to review Stu's meetings in PR - Segal, FTI, Jenner (partial attendance from some) | 1.00 | 380.00 |
| 8/25/2017 | Wohl, Stuart | Meeting with Jenner (Root, Steege), FTI (Park, Gibson, Mark) and Segal (Wohl, Clark, Kovach, Janus, Nicholl, Noonan) to review Segal findings in meetings with Commonwealth agencies and health plans. Some participants left early. | 1.00 | 590.00 |
| 8/25/2017 | Noonan, Mark J. | Conference call led by Stu W updating Segal team on recent meetings in Puerto Rico | 0.60 | 330.00 |
| 8/25/2017 | Janus, Paul J | Conference call with S. Wohl and team at FTI to review items learned on recent meetings in San Juan | 0.60 | 252.00 |
| 8/28/2017 | Nicholl, Kim M. | Non-working travel time (bill half) | 3.00 | 2,040.00 |
| 8/29/2017 | Nicholl, Kim M. | Non-working travel time (bill half) | 1.00 | 680.00 |
| 8/29/2017 | Nicholl, Kim M. | Meeting with FTI, Jenner and Matt Strom (Gumbs, Simms, Park, Root, Gordon, Steege, Levin) | 2.50 | 1,700.00 |
| 8/29/2017 | Nicholl, Kim M. | Mediation | 11.30 | 7,684.00 |
| 8/29/2017 | Strom, Matthew A. | Non-working travel time (bill half) | 3.00 | 1,590.00 |
| 8/29/2017 | Strom, Matthew A. | Mediation session in NYC | 8.70 | 4,611.00 |
| 8/29/2017 | Strom, Matthew A. | Meeting with FTI, Jenner and Matt Strom (Gumbs, Simms, Park, Root, Gordon, Steege, Levin) | 2.50 | 1,325.00 |
| 8/30/2017 | Nicholl, Kim M. | Non-working travel time (bill half) | 3.50 | 2,380.00 |
| 8/30/2017 | Nicholl, Kim M. | Mediation | 5.00 | 3,400.00 |
| 8/30/2017 | Strom, Matthew A. | Mediation session in NYC | 8.80 | 4,664.00 |
| 8/30/2017 | Strom, Matthew A. | Non-working travel time (bill half) | 3.50 | 1,855.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Clark, Melanie C. | 380.00 | 1.00 | 380.00 |
| Janus, Paul J | 420.00 | 1.10 | 462.00 |
| Kovach, Patricia L. | 250.00 | 1.00 | 250.00 |
| Levy, Thomas | 890.00 | 0.50 | 445.00 |
| Libauskas, Jacob | 370.00 | 0.50 | 185.00 |
| Nicholl, Kim M. | 680.00 | 40.00 | 27,200.00 |
| Noonan, Mark J. | 550.00 | 0.90 | 495.00 |
| Strom, Matthew A. | 530.00 | 34.20 | 18,126.00 |
| Tabernacki, Patryk | 290.00 | 1.00 | 290.00 |
| Wohl, Stuart | 590.00 | 24.50 | 14,455.00 |
| TOTAL HOURS/VALUE | | 104.70 | 62,288.00 |

**Total:** $62,288.00

EIN#    13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

September 21, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2017:

Re:   Matter 005 Preparation of Reports

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 8/2/2017 | Nicholl, Kim M. | Review of and edits to press release | 2.60 | 1,768.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 680.00 | 2.60 | 1,768.00 |
| TOTAL HOURS/VALUE | | 2.60 | 1,768.00 |

**Total:** **$1,768.00**

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

September 21, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2017:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 8/1/2017 | Nicholl, Kim M. | Retiree Committee conference call | 2.80 | 1,904.00 |
| 8/1/2017 | Wohl, Stuart | Retiree Committee conference call | 2.80 | 1,652.00 |
| 8/3/2017 | Strom, Matthew A. | Retiree Committee conference call | 3.10 | 1,643.00 |
| 8/3/2017 | Levy, Thomas | Retiree Committee conference call | 3.10 | 2,759.00 |
| 8/3/2017 | Wohl, Stuart | Retiree Committee conference call | 3.10 | 1,829.00 |
| 8/3/2017 | Nicholl, Kim M. | Retiree Committee conference call | 3.10 | 2,108.00 |
| 8/8/2017 | Wohl, Stuart | Retiree Committee conference call | 5.70 | 3,363.00 |
| 8/8/2017 | Nicholl, Kim M. | Retiree Committee conference call | 5.70 | 3,876.00 |
| 8/23/2017 | Wohl, Stuart | Retiree Committee conference call | 3.20 | 1,888.00 |
| 8/23/2017 | Nicholl, Kim M. | Retiree Committee conference call | 3.20 | 2,176.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Levy, Thomas | 890.00 | 3.10 | 2,759.00 |
| Nicholl, Kim M. | 680.00 | 14.80 | 10,064.00 |
| Strom, Matthew A. | 530.00 | 3.10 | 1,643.00 |
| Wohl, Stuart | 590.00 | 14.80 | 8,732.00 |
| TOTAL HOURS/VALUE | | 35.80 | 23,198.00 |

**Total:** **$23,198.00**

EIN#   13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

September 21, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2017:

Re: Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 8/15/2017 | Nicholl, Kim M. | Review of emails regarding data and mediation sessions | 1.40 | 952.00 |
| 8/18/2017 | Kovach, Patricia L. | Follow up from meeting for Stu's trip to Puerto Rico. | 0.80 | 200.00 |
| 8/16/2017 | Wohl, Stuart | Review Mediation Issues and Sequencing memo. | 0.60 | 354.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Kovach, Patricia L. | 250.00 | 0.80 | 200.00 |
| Nicholl, Kim M. | 680.00 | 1.40 | 952.00 |
| Wohl, Stuart | 590.00 | 0.60 | 354.00 |
| TOTAL HOURS/VALUE | | 2.80 | 1,506.00 |

**Total:**                                                                              **$1,506.00**

EIN# 13-1975125

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**October 31, 2017**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2017:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 9/15/2017 | Bridges, Geoffrey W. | Initial work on valuation programming of the liabilities for ERS | 4.40 | 1,980.00 |
| 9/25/2017 | Bridges, Geoffrey W. | Worked on setting up employees' plan in valuation system | 3.80 | 1,710.00 |
| 9/27/2017 | Bridges, Geoffrey W. | Working on valuation system coding for ERS including retirement liablitiy calculations | 5.90 | 2,655.00 |
| 9/28/2017 | Bridges, Geoffrey W. | Worked on valuation system coding for ERS plan. | 1.60 | 720.00 |
| 9/29/2017 | Bridges, Geoffrey W. | Worked on setting up valuation system parameters for ERS. | 1.20 | 540.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 450.00 | 16.90 | 7,605.00 |
| TOTAL HOURS/VALUE | | 16.90 | 7,605.00 |

**Total:**                                                    **$7,605.00**

EIN#   13-1975125

# ✳ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

October 31, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 9/5/2017 | Kovach, Patricia L. | Downloading files from data room. | 0.20 | 50.00 |
| 9/6/2017 | Janus, Paul J | Researching provided financial data files | 3.60 | 1,512.00 |
| 9/11/2017 | Wohl, Stuart | Begin accumulating various articles, research and | 1.10 | 649.00 |
| 9/12/2017 | Wohl, Stuart | Further materials for education session on Puerto Rico benefits with counsel. | 0.50 | 295.00 |
| 9/13/2017 | Wohl, Stuart | Finalize materials for meetings with counsel on Healthcare | 0.80 | 472.00 |
| 9/14/2017 | Bridges, Geoffrey W. | Reading through Milliman valuation report to understand plan provisions and assumptions. | 5.00 | 2,250.00 |
| 9/14/2017 | Wohl, Stuart | Segal Team (Wohl, Clark, Kovach, Janus) discussion on deliverable for upcoming in-person Committee meeting | 0.40 | 236.00 |
| 9/15/2017 | Kovach, Patricia L. | Entering plan info from ASES pamphlets into an excel document for preparation of educational materials for other parties involved in the project | 1.80 | 450.00 |
| 9/19/2017 | Nicholl, Kim M. | Review of financial plan benefit information | 2.00 | 1,360.00 |
| 9/21/2017 | Kovach, Patricia L. | Research on how Medicare and Medicaid interact in PR. | 1.60 | 400.00 |
| 9/25/2017 | Nicholl, Kim M. | Review of 2015 and 2016 actuarial valuation reports | 1.80 | 1,224.00 |
| 9/25/2017 | Nicholl, Kim M. | Comparison of March and August fiscal plans in order to determine reasons for change | 1.60 | 1,088.00 |
| 9/26/2017 | Nicholl, Kim M. | Comparison of March and August fiscal plans in order to determine reasons for change | 3.80 | 2,584.00 |
| 9/26/2017 | Nicholl, Kim M. | Review of 2015 and 2016 actuarial valuation reports | 4.40 | 2,992.00 |
| 9/29/2017 | Strom, Matthew A. | Research Milliman letters regarding 10% reduction estimates | 0.60 | 318.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 450.00 | 5.00 | 2,250.00 |
| Janus, Paul J | 420.00 | 3.60 | 1,512.00 |
| Kovach, Patricia L. | 250.00 | 3.60 | 900.00 |
| Nicholl, Kim M. | 680.00 | 13.60 | 9,248.00 |
| Strom, Matthew A. | 530.00 | 0.60 | 318.00 |
| Wohl, Stuart | 590.00 | 2.80 | 1,652.00 |
| TOTAL HOURS/VALUE | | 29.20 | 15,880.00 |

**Total:** **$15,880.00**

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**October 31, 2017**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2017:

Re:  Matter 003 Data Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 9/1/2017 | Libauskas, Jacob | Secure transfer setup for receiving census data from Milliman | 1.60 | 592.00 |
| 9/5/2017 | Tabernacki, Patryk | Review PRJRS data received by Milliman. | 1.20 | 348.00 |
| 9/5/2017 | Libauskas, Jacob | Reviewing the PRJRS data received from Milliman | 1.70 | 629.00 |
| 9/8/2017 | Tabernacki, Patryk | Review of the TRS data as compared to the valuation | 0.70 | 203.00 |
| 9/8/2017 | Libauskas, Jacob | Reviewing the PRTRS data received from Milliman | 1.60 | 592.00 |
| 9/12/2017 | Libauskas, Jacob | Analysis of the ERS data from Milliman | 1.20 | 444.00 |
| 9/14/2017 | Bridges, Geoffrey W. | Review of retiree data. | 2.20 | 990.00 |
| 9/15/2017 | Bridges, Geoffrey W. | Review of retiree data | 2.50 | 1,125.00 |
| 9/19/2017 | Bridges, Geoffrey W. | Importing retiree data to data handler and adjusting fields to match formats for Segal valuation system. | 6.80 | 3,060.00 |
| 9/19/2017 | Libauskas, Jacob | Helping process the ERS retiree data | 1.50 | 555.00 |
| 9/20/2017 | Bridges, Geoffrey W. | Continuing to work on retiree data. | 2.40 | 1,080.00 |
| 9/20/2017 | Libauskas, Jacob | Helping process the ERS retiree data | 0.70 | 259.00 |
| 9/21/2017 | Bridges, Geoffrey W. | Exported retiree data in appropriate format for valuation system. | 2.40 | 1,080.00 |
| 9/21/2017 | Libauskas, Jacob | Helping process the ERS retiree data | 0.80 | 296.00 |
| 9/22/2017 | Bridges, Geoffrey W. | Imported beneficiary and active data | 7.90 | 3,555.00 |
| 9/22/2017 | Nicholl, Kim M. | Review of data to determine items missing | 2.70 | 1,836.00 |
| 9/25/2017 | Bridges, Geoffrey W. | Data adjustments for ERS members. | 1.40 | 630.00 |
| 9/25/2017 | Libauskas, Jacob | Reviewing the retiree health data available to see if it can be matched to the valuation census data. | 1.20 | 444.00 |
| 9/27/2017 | Bridges, Geoffrey W. | Adjusting participant data | 1.40 | 630.00 |
| 9/27/2017 | Libauskas, Jacob | Reviewing revised data sent by Milliman that contains | 1.20 | 444.00 |
| 9/26/2017 | Wohl, Stuart | Reconcile provided health payments to amounts shown in fiscal plan. | 1.10 | 649.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 450.00 | 27.00 | 12,150.00 |
| Libauskas, Jacob | 370.00 | 11.50 | 4,255.00 |
| Nicholl, Kim M. | 680.00 | 2.70 | 1,836.00 |
| Tabernacki, Patryk | 290.00 | 1.90 | 551.00 |
| Wohl, Stuart | 590.00 | 1.10 | 649.00 |
| TOTAL HOURS/VALUE | | 44.20 | 19,441.00 |

**Total:** **$19,441.00**

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

October 31, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2017:

Re: Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|-------|-------|
| 9/13/2017 | Wohl, Stuart | Meet with Jenner (Root, Gordon, Levin), Hector Mayol and Segal (Clark, Wohl) on health care issues | 1.40 | 826.00 |
| 9/13/2017 | Clark, Melanie C. | Meet with Jenner (Root, Gordon, Levin), Hector Mayol and Segal (Clark, Wohl) on health care issues | 1.40 | 532.00 |
| 9/14/2017 | Kovach, Patricia L. | Segal Team (Wohl, Clark, Kovach, Janus) discussion on deliverable for upcoming in-person Committee meeting | 0.40 | 100.00 |
| 9/14/2017 | Clark, Melanie C. | Segal Team (Wohl, Clark, Kovach, Janus) discussion on deliverable for upcoming in-person Committee meeting | 0.40 | 152.00 |
| 9/15/2017 | Nicholl, Kim M. | Call to discuss financial advisor meetings held. Wohl, FTI (Gumbs, Simms), Jenner (Steege, Root, Levin, Gordon) | 1.00 | 680.00 |
| 9/15/2017 | Wohl, Stuart | Call with FTI, Jenner, Bennazar and Segal on various issues related to RC | 0.80 | 472.00 |
| 9/15/2017 | Kovach, Patricia L. | Call with Paul Janus discussing how to approach creating educational materials about Puerto Rico's public health insurance | 1.00 | 250.00 |
| 9/25/2017 | Nicholl, Kim M. | Update call with FTI and Jenner to discuss mediation and other topics | 1.00 | 680.00 |
| 9/25/2017 | Janus, Paul J | Update call with FTI and Jenner to discuss mediation and other topics | 0.80 | 336.00 |
| 9/25/2017 | Wohl, Stuart | Update call with FTI and Jenner to discuss mediation and other topics | 0.80 | 472.00 |
| 9/26/2017 | Nicholl, Kim M. | Call with Flick Fornia to discuss the fiscal plans and the basis for his projections | 0.80 | 544.00 |
| 9/26/2017 | Nicholl, Kim M. | Update call with FTI and Jenner to discuss mediation and other topics | 0.80 | 544.00 |
| 9/29/2017 | Nicholl, Kim M. | Call with Sean Gumbs to discuss status of bankruptcy | 0.40 | 272.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Clark, Melanie C. | 380.00 | 1.80 | 684.00 |
| Janus, Paul J | 420.00 | 0.80 | 336.00 |
| Kovach, Patricia L. | 250.00 | 1.40 | 350.00 |
| Nicholl, Kim M. | 680.00 | 4.00 | 2,720.00 |
| Wohl, Stuart | 590.00 | 3.00 | 1,770.00 |
| TOTAL HOURS/VALUE | | 11.00 | 5860.00 |

**Total:** **$5,860.00**

EIN# 13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

October 31, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2017:

Re:  Matter 005 Preparation of Reports

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 9/14/2017 | Janus, Paul J | Segal Team (Wohl, Clark, Kovach, Janus) discussion on deliverable for upcoming in-person Committee meeting | 0.40 | 168.00 |
| 9/15/2017 | Janus, Paul J | Discussion with P. Kovach regarding producing eligibility benefit report | 1.00 | 420.00 |
| 9/18/2017 | Janus, Paul J | Review of Open Enrollment materials | 1.90 | 798.00 |
| 9/18/2017 | Kovach, Patricia L. | Review of Open Enrollment materials | 2.00 | 500.00 |
| 9/20/2017 | Kovach, Patricia L. | Continue review of ASES materials on benefits for retirees. | 0.70 | 175.00 |
| 9/22/2017 | Kovach, Patricia L. | Work with P. Janus on committee presentation about healthcare in Puerto Rico. | 2.00 | 500.00 |
| 9/19/2017 | Janus, Paul J | Continue review of open enrollment materials. | 2.30 | 966.00 |
| 9/20/2017 | Janus, Paul J | Review benefits available to retirees including those without Medicare | 2.00 | 840.00 |
| 9/21/2017 | Janus, Paul J | Respond to questions about benefits report. | 0.50 | 210.00 |
| 9/22/2017 | Janus, Paul J | Work with P. Kovach on committee presentation about healthcare in Puerto Rico. | 2.00 | 840.00 |
| 9/25/2017 | Janus, Paul J | Discussion with P. Kovach regarding benefits report development | 0.40 | 168.00 |
| 9/25/2017 | Wohl, Stuart | Discussions with Paul Janus about report for committee | 0.40 | 236.00 |
| 9/25/2017 | Kovach, Patricia L. | Continue building report outlining Puerto Rico's health system for retirees. | 2.30 | 575.00 |
| 9/26/2017 | Janus, Paul J | Discussion with P. Kovach regarding benefits report development | 0.30 | 126.00 |
| 9/26/2017 | Kovach, Patricia L. | Continue developing report on Puerto Rico's health care system for retirees. | 0.70 | 175.00 |
| 9/27/2017 | Janus, Paul J | Reviewing benefits summary document | 0.50 | 210.00 |
| 9/27/2017 | Kovach, Patricia L. | Further work on presentation regarding retiree's health care options. | 4.00 | 1,000.00 |
| 9/29/2017 | Kovach, Patricia L. | Updating report on PR health system for retirees based on feedback from P Janus | 2.40 | 600.00 |
| 9/29/2017 | Janus, Paul J | Review report on benefits for Puerto Rico retirees. | 2.50 | 1,050.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Janus, Paul J | 420.00 | 13.80 | 5,796.00 |
| Kovach, Patricia L. | 250.00 | 14.10 | 3,525.00 |
| Wohl, Stuart | 590.00 | 0.40 | 236.00 |
| TOTAL HOURS/VALUE | | 28.30 | 9557.00 |

**Total:** **$9,557.00**

EIN#   13-1975125

# ✱ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

October 31, 2017

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2017:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 9/20/2017 | Nicholl, Kim M. | Discussions with Stu Wohl on health issues at mediation and coordination of work. | 0.50 | 340.00 |
| 9/20/2017 | Nicholl, Kim M. | Review of emails including mediation scheduling | 1.50 | 1,020.00 |
| 9/20/2017 | Wohl, Stuart | Discussions with Kim Nicholl on health issues at mediation and coordination of work. | 0.50 | 295.00 |
| 9/26/2017 | Nicholl, Kim M. | Email summarizing the conversation that I had with Flick Fornia concerning benefit payment projections | 0.60 | 408.00 |
| 9/29/2017 | Nicholl, Kim M. | Review of emails. | 1.10 | 748.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 680.00 | 3.70 | 2,516.00 |
| Wohl, Stuart | 590.00 | 0.50 | 295.00 |
| TOTAL HOURS/VALUE | | 4.20 | 2811.00 |

**Total:**                                                                                    **$2,811.00**

EIN#    13-1975125