# EXHIBIT I

**Detailed Expense Records for Segal Consulting**

# ✶ Segal Consulting

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 8/20/2017 | Stu Wohl's round trip ticket to Puerto Rico | $586.20 |
| 8/28/2017 | Kim Nicholl's round-trip ticket to New York | $665.16 |
| 8/28/2017 | Matt Strom's round trip ticket to New York | $464.84 |
| | **TOTAL FOR: FLIGHTS** | **$ 1,716.20** |
| 8/20/2017 | Stu Wohl parking at BWI airport | $66.00 |
| | **TOTAL FOR: PARKING** | **$ 66.00** |
| 8/20/2017 | Stuart Wohl round trip mileage from home to airport | $53.15 |
| | **TOTAL FOR: MILEAGE** | **$ 53.15** |
| 8/20/2017 | Stu Wohl dinner | $46.97 |
| 8/21/2017 | Stu Wohl breakfast | $27.00 |
| 8/21/2017 | Stu Wohl Dinner | $47.14 |
| 8/22/2017 | Stu Wohl breakfast | $24.00 |
| 8/28/2017 | Kim Nicholl snack at airport | $8.09 |
| 8/29/2017 | Matt Strom dinner with Kim Nicholl | $77.00 |
| 8/30/2017 | Matt Strom lunch | $34.35 |
| | **TOTAL FOR: MEALS** | **$ 264.55** |
| 8/20/2017 | Stu Wohl tolls round trip to airport | $5.00 |
| | **TOTAL FOR: TOLLS** | **$ 5.00** |
| 8/20/2017 | Stu Wohl taxi to hotel | $23.00 |
| 8/28/2017 | Kim Nicholl Taxi from home to airport | $52.00 |
| 8/28/2017 | Kim Nicholl taxi in NY to hotel | $57.00 |
| 8/29/2017 | Matt Strom taxi from home to airport | $48.70 |
| 8/29/2017 | Matt Strom taxi in NY to hotel | $54.06 |
| 8/31/2017 | Matt Strom round trip taxi to dinner | $85.41 |
| 8/31/2017 | Kim Nicholl round trip taxi to dinner | $87.00 |
| 8/31/2017 | Kim Nicholl taxi from airport to home | $32.00 |
| | **TOTAL FOR: TAXI** | **$ 439.17** |
| 8/20/2017 | Stu Wohl Hotel stay in Puerto Rico to attend meeting | $473.51 |
| 8/31/2017 | Kim Nicholl Hotel stay in New York to attend meeting | $1,213.71 |
| 8/31/2017 | Matt Strom Hotel stay in New York to attend meeting | $1,074.18 |
| | **TOTAL FOR: HOTEL** | **$ 2,761.40** |

**Total Disbursements**  $ 5,305.47