# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2016 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$714** | **$973** |
| | Partner – Sr. (20+ years) | $773 | $1,069 |
| | Partner – Mid (13-19 years) | $687 | $842 |
| | Partner – Jr. (0-12 years) | $620 | $794 |
| **Associate** | | **$482** | **$661** |
| | Associate – Sr. (5+ years) | $536 | $785 |
| | Associate – Mid (4-5 years) | $529 | $638 |
| | Associate – Jr. (0-3 years) | $453 | $549 |
| **Paralegal** | N/A | $279 | $355 |
| **Project Assistant** | N/A | $172 | $214 |
| **Other** | N/A | $231 | $335 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $891.65 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $855.01 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Jenner & Block LLP
Date of Application: December 15, 2017
Interim or Final: Interim