# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| ANTHONY B. BORICH | Partner | 2009 | Complex Commercial Litigation | $770.00 | 6.30 | $4,851.00 |
| ELIZABETH A. EDMONDSON | Partner | 2007 | Complex Commercial Litigation | $840.00 | 21.20 | $17,808.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring and Bankruptcy | $1,025.00 | 464.70 | $476,317.50 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $850.00 | 107.90 | $91,715.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775.00 | 84.90 | $65,797.50 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring and Bankruptcy | $1,250.00 | 326.30 | $407,875.00 |
| MICHELLE M. MCATEE | Partner | 1998 | Real Estate | $820.00 | 0.50 | $410.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring and Bankruptcy | $785.00 | 99.70 | $78,264.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring and Bankruptcy | $840.00 | 575.10 | $483,084.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring and Bankruptcy | $1,025.00 | 311.10 | $318,877.50 |
| ADAM G. UNIKOWSKY | Partner | 2007 | Appellate & Supreme Court Practice | $800.00 | 6.40 | $5,120.00 |
| NICHOLAS E. BALLEN | Associate | 2015 | Restructuring and Bankruptcy | $510.00 | 7.30 | $3,723.00 |
| PENELOPE P. CAMPBELL | Associate | 2009 | Real Estate | $750.00 | 2.50 | $1,875.00 |
| WILLIAM K. DREHER | Associate | 2013 | Appellate & Supreme Court Practice | $625.00 | 196.90 | $123,062.50 |
| OLIVIA G. HOFFMAN | Associate | 2015 | Litigation | $535.00 | 24.20 | $12,947.00 |
| ABRAHAM M. SALANDER | Associate | 2012 | Complex Commercial Litigation | $665.00 | 91.20 | $60,648.00 |
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring and Bankruptcy | $565.00 | 161.40 | $91,191.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $785.00 | 239.10 | $187,693.50 |
| AMANDA E. FACTOR | Paralegal | N/A | Litigation | $335.00 | 4.70 | $1,574.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $365.00 | 41.60 | $15,184.00 |
| CHERYL L. OLSON | Paralegal | N/A | Litigation | $365.00 | 5.10 | $1,861.50 |
| NEBOJSA REBIC | Paralegal | N/A | Litigation | $335.00 | 16.30 | $5,460.50 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $335.00 | 0.70 | $234.50 |
| MARY E RUDDY | Library Services | N/A | Information Services | $335.00 | 3.10 | $1,038.50 |
| ASHLEIGH N. HONESTY | Project Assistant | N/A | Litigation | $205.00 | 5.50 | $1,127.50 |
| MARC A. PATTERSON | Project Assistant | N/A | Restructuring and Bankruptcy | $215.00 | 71.70 | $15,415.50 |
| ANNETTE M. YOUNG | Project Assistant | N/A | Litigation | $215.00 | 22.90 | $4,923.50 |
| **Sub-Total*** | | | | | **2898.30** | **$2,478,080.00** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $348,400.88 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $77,703.75 |
| **Total** | | | | | **2898.30** | **$2,051,975.37** |

2