# EXHIBIT F[11]

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| B&W Copy | $3,692.99 |
| Business Meals | $2,144.53 |
| Color Copy | $3,498.50 |
| Court Fees | $2,323.20 |
| In-City Transportation | $98.57 |
| Lexis Research | $1,674.50 |
| Translation Services | $7,537.00 |
| Pacer Charges | $262.30 |
| Postage Expense | $404.01 |
| Books | $25.00 |
| Special Search | $75.00 |
| Telephone Expense | $433.89 |
| Transcripts - Court Appearance- Deposition | $316.80 |
| UPS | $866.88 |
| Westlaw Research | $10,917.23 |
| Travel | |
|     Airfare | $19,610.95 |
|     Rail | $793.00 |
|     Hotel | $4,731.72 |
|     Ground Transportation | $1,510.14 |
| **TOTAL** | **$60,916.21** |

---

[11] Exhibit F reflects a voluntary reduction of $3,660.44 for non-reimbursable airfare, ground transportation, and business meals.