# EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| 2004 INVESTIGATION | 30.30 | $26,828.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 522.70 | $386,866.00 |
| CHALLENGES TO PROMESA | 261.70 | $190,322.00 |
| CLAIMS ISSUES | 6.60 | $6,432.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 255.00 | $251,811.50 |
| COMMUNICATIONS WITH RETIREES | 0.30 | $235.50 |
| COURT HEARINGS | 100.20 | $76,806.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE | 173.60 | $137,236.00 |
| ERS BONDS ISSUES | 484.80 | $396,022.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 74.60 | $65,151.50 |
| GO BONDS ISSUES | 173.90 | $144,590.50 |
| GO/COFINA ISSUES | 208.10 | $177,355.50 |
| HEALTHCARE/OPEB ANALYSIS | 7.90 | $8,581.00 |
| MEDIATION | 405.60 | $417,638.00 |
| NON-WORKING TRAVEL TIME | 156.00 | $155,407.50 |
| PENSION ANALYSIS | 37.00 | $36,796.00 |
| **Sub-Total*** | **2,898.30** | $2,478,080.00 |
| Less 15% Fee Discount on all matters except Non-Working Travel | | $348,400.88 |
| Less 50% Discount on Non-Working Travel | | $77,703.75 |
| **Total** | | $2,051,975.37 |