# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# June 16, 2017 - July 31, 2017

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 6/22/17 | B&W Copy | 31.70 |
| 6/23/17 | Color Copy | 2,106.25 |
| 6/23/17 | B&W Copy | 358.10 |
| 6/26/17 | B&W Copy | 61.00 |
| 6/26/17 | B&W Copy | 9.10 |
| 6/26/17 | B&W Copy | 12.00 |
| 6/28/17 | Court Fees; BENNAZAR, GARCIA & MILIAN, C.S.P.; 06/28/2017 ;Applications for Admission Pro Hac Vice USDC-PR | 2,100.00 |
| 6/28/17 | UPS tracking# 2956501LI36  Inv# 00000613438267 | 7.15 |
| 6/30/17 | Lexis Research | 19.50 |
| 6/30/17 | Lexis Research | 10.35 |
| 6/30/17 | Travel, CATHERINE L. STEEGE, 06/26-28/2017 to San Juan, Puerto Rico to attend meeting and hearing. | 3,084.43 |
| 6/30/17 | B&W Copy | .22 |
| 7/03/17 | Travel, RICHARD LEVIN, 06/26/2017-06/28/2017; San Juan , PR; Committee meetings and hearings; airfare; lodging; meals; taxi | 1,356.28 |
| 7/05/17 | Travel, ROBERT D. GORDON, 06/26/2017-06/28/2017; Puerto Rico; attend hearing and meetings; airfare; lodging; meals | 5,543.79 |
| 7/06/17 | Pacer Charges; PACER SERVICE CENTER; 07/06/2017 | 11.00 |
| 7/06/17 | Pacer Charges; PACER SERVICE CENTER; 07/06/2017 | 5.70 |
| 7/06/17 | Pacer Charges; PACER SERVICE CENTER; 07/06/2017 | 26.70 |
| 7/06/17 | Pacer Charges; PACER SERVICE CENTER; 07/06/2017 | 5.90 |
| 7/06/17 | Pacer Charges; PACER SERVICE CENTER; 07/06/2017 | 213.00 |
| 7/07/17 | Travel, MELISSA M. ROOT, 06/26/2017-07/29/2017; San Juan, PR; Hearing; airfare; lodging; meals; taxi | 3,182.14 |
| 7/07/17 | Travel; MELISSA M. ROOT; 07/07/2017 to New York, NY for Hearing. | 955.76 |
| 7/07/17 | B&W Copy | 1.00 |
| 7/11/17 | In-City Transportation, ROBERT D. GORDON, 07/07/2017; taxi to attend meeting at Proskauer. | 16.62 |
| 7/14/17 | B&W Copy | 13.40 |
| 7/15/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/15/2017; Spanish into English Translation. | 300.00 |
| 7/17/17 | Color Copy | 20.75 |
| 7/17/17 | Color Copy | 6.50 |
| 7/17/17 | B&W Copy | 5.50 |
| 7/17/17 | UPS tracking# 1Z6134380195945830  Inv# 00000613438297 | 7.00 |
| 7/17/17 | UPS tracking# 1Z6134380195950011  Inv# 00000613438297 | 17.32 |
| 7/17/17 | UPS tracking# 1Z6134380197966626  Inv# 00000613438297 | 17.32 |
| 7/18/17 | Postage Nque | 79.42 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 7/18/17 | Travel, CATHERINE L. STEEGE, 07/07/2017 to New York, NY for client meeting. | 1,010.92 |
| 7/18/17 | Color Copy | 5.25 |
| 7/18/17 | B&W Copy | 2.40 |
| 7/19/17 | Travel, ROBERT D. GORDON, 06/26-28/2017; Tuscany to Rome airport to fly to Puerto Rico to attend hearing. | 672.00 |
| 7/19/17 | Color Copy | 62.50 |
| 7/19/17 | B&W Copy | 12.80 |
| 7/19/17 | B&W Copy | 5.50 |
| 7/20/17 | Postage Nque | 69.16 |
| 7/20/17 | Color Copy | 43.00 |
| 7/20/17 | B&W Copy | 238.50 |
| 7/20/17 | UPS tracking# 1Z6134380195664992  Inv# 00000613438297 | 17.32 |
| 7/20/17 | UPS tracking# 1Z6134380197376184  Inv# 00000613438297 | 7.00 |
| 7/20/17 | UPS tracking# 1Z6134382498225971  Inv# 00000613438297 | 21.82 |
| 7/21/17 | B&W Copy | 8.88 |
| 7/21/17 | B&W Copy | 14.60 |
| 7/22/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/22/2017; English into Spanish Interpretation. | 995.00 |
| 7/24/17 | Color Copy | 16.25 |
| 7/24/17 | B&W Copy | 172.00 |
| 7/25/17 | B&W Copy | 10.40 |
| 7/26/17 | 06/29/2017 Soundpath Teleconferencing | 30.21 |
| 7/26/17 | Postage Nque | 60.97 |
| 7/27/17 | Color Copy | .25 |
| 7/27/17 | B&W Copy | 12.30 |
| 7/28/17 | Color Copy | 7.25 |
| 7/28/17 | B&W Copy | 2.90 |
| 7/28/17 | B&W Copy | 83.20 |
| 7/28/17 | 07/28/2017 UPS Delivery Service 1Z6134380193394591 | 17.32 |
| 7/28/17 | 07/28/2017 UPS Delivery Service 1Z6134380193683608 | 7.00 |
| 7/28/17 | 07/28/2017 UPS Delivery Service 1Z6134380194190611 | 17.32 |
| 7/31/17 | Lexis Research | 5.12 |
| 7/31/17 | Lexis Research | 58.47 |
| 7/31/17 | Lexis Research | 158.69 |
| 7/31/17 | Westlaw Research | 80.85 |
| 7/31/17 | Westlaw Research | 95.89 |
| 7/31/17 | Westlaw Research | 150.08 |
| 7/31/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 07/31/2017; Spanish into English Translation. | 1,142.00 |
| 7/31/17 | B&W Copy | 51.60 |

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

TOTAL DISBURSEMENTS                                                        $ 24,951.62

MATTER 10113 TOTAL                                                         $ 24,951.62

# August 2017

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                    **MATTER NUMBER - 10113**

## DISBURSEMENTS

| | | |
|---|---|---:|
| 8/01/17 | Color Copy | 5.50 |
| 8/01/17 | B&W Copy | 376.10 |
| 8/02/17 | In-City Transportation, CARL N. WEDOFF, 07/31/2017; Taxi charges. | 27.04 |
| 8/02/17 | Color Copy | 4.00 |
| 8/02/17 | B&W Copy | 17.60 |
| 8/02/17 | 08/02/2017 UPS Delivery Service 1Z6134380190071417 | 17.32 |
| 8/02/17 | 08/02/2017 UPS Delivery Service 1Z6134380191124402 | 7.00 |
| 8/02/17 | 08/02/2017 UPS Delivery Service 1Z6134380194395392 | 17.32 |
| 8/03/17 | B&W Copy | 16.50 |
| 8/03/17 | B&W Copy | 48.73 |
| 8/03/17 | 08/03/2017 UPS Delivery Service 1Z6134380199813304 | 22.63 |
| 8/03/17 | 08/03/2017 UPS Delivery Service 1Z6134380199813304 | 24.31 |
| 8/03/17 | 08/03/2017 UPS Delivery Service 1Z05V0A30197666966 | 7.01 |
| 8/04/17 | Postage Nque | 68.88 |
| 8/04/17 | Color Copy | 256.25 |
| 8/04/17 | B&W Copy | 244.80 |
| 8/04/17 | B&W Copy | 300.19 |
| 8/04/17 | 08/04/2017 UPS Delivery Service 1Z6134380191995990 | 62.14 |
| 8/04/17 | 08/04/2017 UPS Delivery Service 1Z6134380194805000 | 51.02 |
| 8/06/17 | Color Copy | 7.50 |
| 8/06/17 | B&W Copy | 3.00 |
| 8/07/17 | B&W Copy | 8.90 |
| 8/08/17 | B&W Copy | 12.00 |
| 8/09/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 08/09/2017; English into Spanish OPI. | 270.00 |
| 8/09/17 | B&W Copy | .77 |
| 8/10/17 | 08/10/2017 UPS Delivery Service 1Z6134380196098978 | 17.28 |
| 8/10/17 | 08/10/2017 UPS Delivery Service 1Z6134380196429182 | 17.28 |
| 8/10/17 | 08/10/2017 UPS Delivery Service 1Z6134380198791367 | 6.99 |
| 8/11/17 | Travel, CATHERINE L. STEEGE, 08/07-09/2017; to San Juan, Puerto Rico; Attend Committee Meeting. | 3,360.73 |
| 8/13/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 08/13/2017; Spanish into English Interpretation. | 995.00 |
| 8/14/17 | Color Copy | 56.00 |
| 8/14/17 | B&W Copy | 12.10 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICEFederal Identification No. 36-2192554

**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 8/15/17 | Travel, MELISSA M. ROOT, 08/07-09/2017; San Juan, Puerto Rico; Hearings. | 3,088.66 |
|---|---|---|
| 8/15/17 | Travel, ROBERT D. GORDON, 08/07-09/2017; San Juan, Puerto Rico; Court hearing. | 668.72 |
| 8/15/17 | Travel, ROBERT D. GORDON, 08/07-09/2017; San Juan, Puerto Rico; Attend omnibus hearing. | 1,223.20 |
| 8/15/17 | B&W Copy | 5.80 |
| 8/16/17 | Catering; 1853522300; by: Homer Susan; Detail: 4 Attendees / Client Meeting - R. Gordon in 38-B / Susan homer | 140.88 |
| 8/16/17 | Color Copy | 2.50 |
| 8/16/17 | B&W Copy | 30.60 |
| 8/16/17 | 08/16/2017 UPS Delivery Service 1Z6134380198477117 | 17.28 |
| 8/17/17 | Color Copy | 14.50 |
| 8/17/17 | B&W Copy | 21.30 |
| 8/17/17 | 08/17/2017 UPS Delivery Service 1Z6134380196590873 | 6.99 |
| 8/17/17 | 08/17/2017 UPS Delivery Service 1Z6134380197869268 | 17.28 |
| 8/19/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 08/19/2017; English into Spanish Interpretation/Equipment Rental/Interpretation. (Overtime). | 2,690.00 |
| 8/21/17 | B&W Copy | 51.10 |
| 8/22/17 | Court Fees; Elan Corp Payments; 7/27/2017; Docket 7/17 Stmt; Transcript Fee for T. Hooker; 6/30/17 | 223.20 |
| 8/22/17 | Color Copy | 256.50 |
| 8/22/17 | Color Copy | 16.50 |
| 8/22/17 | B&W Copy | 216.80 |
| 8/23/17 | B&W Copy | 10.00 |
| 8/24/17 | Color Copy | 16.00 |
| 8/24/17 | B&W Copy | 6.30 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30191706389 | 2.03 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30193762609 | 2.03 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30194522965 | 2.03 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30191706389 | 20.54 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30193762609 | 20.54 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30194153015 | 7.17 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A30194522965 | 20.54 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A32490773551 | 11.86 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A32491540345 | 11.67 |
| 8/24/17 | 08/24/2017 UPS Delivery Service 1Z05V0A32493508396 | 11.67 |
| 8/26/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 08/26/2017 ;Spanish/English interpretation | 995.00 |
| 8/27/17 | B&W Copy | 18.50 |
| 8/28/17 | Travel, RICHARD LEVIN, 08/22/2017; Boston, MA; Hearing. | 583.57 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICEFederal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 8/28/17 | Color Copy | 75.25 |
| 8/28/17 | B&W Copy | 30.30 |
| 8/29/17 | In-City Transportation; ROBERT D. GORDON; 08/29/2017 & 08/30/2017; Taxi from mediation to office | 25.92 |
| 8/31/17 | 07/26/2017 Soundpath Teleconferencing | 40.88 |
| 8/31/17 | 07/24/2017 Soundpath Teleconferencing | 12.38 |
| 8/31/17 | 08/02/2017 Soundpath Teleconferencing | 27.70 |
| 8/31/17 | 07/21/2017 Soundpath Teleconferencing | 65.79 |
| 8/31/17 | 07/21/2017 Soundpath Teleconferencing | 18.99 |
| 8/31/17 | 07/19/2017 Soundpath Teleconferencing | 13.86 |
| 8/31/17 | 07/19/2017 Soundpath Teleconferencing | 30.15 |
| 8/31/17 | 07/17/2017 Soundpath Teleconferencing | 41.27 |
| 8/31/17 | 07/14/2017 Soundpath Teleconferencing | 17.72 |
| 8/31/17 | 07/14/2017 Soundpath Teleconferencing | 1.08 |
| 8/31/17 | Lexis Research | 342.34 |
| 8/31/17 | Lexis Research | 86.70 |
| 8/31/17 | Lexis Research | 129.61 |
| 8/31/17 | Lexis Research | 18.62 |
| 8/31/17 | Lexis Research | 39.17 |
| 8/31/17 | Lexis Research | 362.19 |
| 8/31/17 | Westlaw Research | 1,099.50 |
| 8/31/17 | Westlaw Research | 265.31 |
| 8/31/17 | Westlaw Research | 1,096.93 |
| 8/31/17 | Westlaw Research | 59.17 |
| 8/31/17 | Westlaw Research | 1,151.53 |
| 8/31/17 | Westlaw Research | 312.25 |
| 8/31/17 | Westlaw Research | 382.52 |
| | TOTAL DISBURSEMENTS | $ 22,520.28 |

MATTER 10113 TOTAL                                  $ 22,520.28

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**DISBURSEMENTS**

| | | |
|---|---|---|
| 8/22/17 | B&W Copy | 16.00 |
| | TOTAL DISBURSEMENTS | $ 16.00 |

# September 2017

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                          **MATTER NUMBER - 10113**

| | | |
|---|---|---|
| 8/22/17 | Transcripts - Court Appearance; KELLY MORTELLITE, RPR, RMR, CRR; 08/22/2017 ;8/22/17 Hearing AM Session | 64.80 |
| 9/01/17 | Travel, CATHERINE L. STEEGE, 08/28-30/2017; New York, NY; Attend Mediation. | 1,889.83 |
| 9/05/17 | Postage Nque | 50.33 |
| 9/05/17 | Color Copy | 40.75 |
| 9/05/17 | B&W Copy | 70.20 |
| 9/05/17 | 09/05/2017 UPS Delivery Service 1Z6134380190888885 | 17.32 |
| 9/05/17 | 09/05/2017 UPS Delivery Service 1Z6134380199949865 | 7.00 |
| 9/06/17 | Color Copy | 205.75 |
| 9/06/17 | B&W Copy | 27.90 |
| 9/07/17 | Travel, CATHERINE L. STEEGE, 08/16/2017; New york, NY; attend meeting; Airfare | 220.20 |
| 9/07/17 | Color Copy | 58.75 |
| 9/08/17 | Publications/Books; INDEPENDENCE LEGAL SUPPORT, LLC; 09/08/2017 ;ILL: The constitution of empire: territorial expansion and American legal history (2004) | 25.00 |
| 9/08/17 | Special Search; INDEPENDENCE LEGAL SUPPORT, LLC; 09/08/2017; ILL: The Constitution in Congress: Descent into the Maelstrom/Democrats and Whigs/The Jeffersonians (total of three). | 75.00 |
| 9/08/17 | B&W Copy | 23.60 |
| 9/11/17 | Color Copy | 1.50 |
| 9/11/17 | B&W Copy | 246.70 |
| 9/11/17 | 09/11/2017 UPS Delivery Service 1Z6134380191649300 | 21.29 |
| 9/11/17 | 09/11/2017 UPS Delivery Service 1Z6134380197148555 | 33.86 |
| 9/12/17 | In-City Transportation, CARL N. WEDOFF, 09/12/2017 | 28.99 |
| 9/12/17 | Postage Nque | 75.25 |
| 9/12/17 | Transcripts; Elan Corp Payments; 08/25/2017; Pripisich 8/17 Stmt; Hearing Transcript; 8/11/2017 | 252.00 |
| 9/12/17 | Business Meals, RICHARD LEVIN, 08/29/2017; Dinner during New York Mediation sessions to discuss strategy and issues. (Richard Levin, S. Wohl, R. Gordon, C. Steege, M. Root, H. Mayol) | 250.00 |
| 9/12/17 | B&W Copy | 258.50 |
| 9/12/17 | B&W Copy | 3.10 |
| 9/12/17 | 09/12/2017 UPS Delivery Service 1Z6134380190224430 | 17.32 |
| 9/12/17 | 09/12/2017 UPS Delivery Service 1Z6134380190641426 | 7.00 |
| 9/13/17 | B&W Copy | 72.00 |
| 9/14/17 | Color Copy | 4.75 |
| 9/15/17 | B&W Copy | 30.20 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS  60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 9/18/17 | Travel, RICHARD LEVIN, 09/11-14/2017; Washington, DC; Mediation Sessions. | 766.00 |
| 9/18/17 | B&W Copy | 7.00 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NT93812130 | 17.32 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NT94203760 | 17.32 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NT94629140 | 17.32 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NW92198355 | 6.84 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NW92809373 | 6.84 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NW92943325 | 6.84 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z05V0A3NW94498714 | 6.84 |
| 9/18/17 | 09/18/2017 UPS Delivery Service 1Z6134380194125058 | 20.59 |
| 9/19/17 | Meal, CATHERINE L. STEEGE, 09/11-14/2017; Washington, DC; Attend Mediation. | 250.00 |
| 9/19/17 | Transportation, CATHERINE L. STEEGE, 09/11-14/2017; Washington, DC; Attend Mediation. | 154.00 |
| 9/19/17 | Meals, CATHERINE L. STEEGE, 09/11-14/2017; Washington, DC; Attend Mediation. | 23.35 |
| 9/19/17 | Travel, CATHERINE L. STEEGE, 09/11-14/2017; Washington, DC; Attend Mediation. | 769.09 |
| 9/19/17 | Color Copy | 166.25 |
| 9/19/17 | B&W Copy | 33.00 |
| 9/19/17 | 09/19/2017 UPS Delivery Service 1Z6134380195158762 | 7.00 |
| 9/20/17 | Color Copy | .50 |
| 9/20/17 | B&W Copy | 53.70 |
| 9/20/17 | 09/20/2017 UPS Delivery Service 1Z05V0A3NW92943325 | 13.40 |
| 9/22/17 | Travel, MELISSA M. ROOT, 08/16/2017; New York, NY;Cancelled Meeting. | 220.20 |
| 9/22/17 | Travel, MELISSA M. ROOT, 08/28-30/2017; New York, NY; Mediation. | 1,879.55 |
| 9/22/17 | Travel, MELISSA M. ROOT, 09/11-14/2017; Washington, DC; Meetings. | 1,157.48 |
| 9/22/17 | Color Copy | 4.25 |
| 9/22/17 | B&W Copy | 32.10 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380196395218 | 7.00 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380197243826 | 17.32 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380198073204 | 7.00 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380198175032 | 17.32 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380198704844 | 7.00 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380198909258 | 17.32 |
| 9/22/17 | 09/22/2017 UPS Delivery Service 1Z6134380199024265 | 7.00 |
| 9/25/17 | Color Copy | 10.00 |
| 9/25/17 | B&W Copy | 30.00 |
| 9/26/17 | B&W Copy | 1.60 |
| 9/26/17 | B&W Copy | 5.30 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/27/17 | 08/17/2017 Soundpath Teleconferncing | 26.73 |
|---|---|---|
| 9/27/17 | 08/22/2017 Soundpath Teleconferncing | 1.68 |
| 9/27/17 | 08/21/2017 Soundpath Teleconferncing | 19.97 |
| 9/27/17 | 08/23/2017 Soundpath Teleconferncing | 25.95 |
| 9/27/17 | 08/18/2017 Soundpath Teleconferncing | 33.94 |
| 9/27/17 | 08/17/2017 Soundpath Teleconferncing | 2.09 |
| 9/27/17 | 08/14/2017 Soundpath Teleconferncing | 23.50 |
| 9/27/17 | Color Copy | 27.00 |
| 9/27/17 | B&W Copy | 36.70 |
| 9/28/17 | B&W Copy | 4.80 |
| 9/29/17 | 09/29/2017 UPS Delivery Service 1Z05V0A30192279116 | 17.32 |
| 9/29/17 | 09/29/2017 UPS Delivery Service 1Z05V0A30194470495 | 7.00 |
| 9/30/17 | Lexis Research | 51.60 |
| 9/30/17 | Lexis Research | 105.04 |
| 9/30/17 | Lexis Research | 10.74 |
| 9/30/17 | Westlaw Research | 2,419.94 |
| 9/30/17 | Westlaw Research | 96.80 |
| 9/30/17 | Westlaw Research | 1,992.40 |
| 9/30/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 09/30/2017 ;Spanish/English translation | 150.00 |
| | TOTAL DISBURSEMENTS | $ 14,895.73 |

MATTER 10113 TOTAL                                                                                  $ 14,895.73

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

9/19/17   B&W Copy                                                                               64.10
       TOTAL DISBURSEMENTS                           $ 64.10

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/06/17 | Color Copy | .50 |
| 9/06/17 | B&W Copy | 29.40 |
| 9/07/17 | B&W Copy | 4.90 |
| 9/10/17 | B&W Copy | 7.70 |
| 9/13/17 | B&W Copy | 6.80 |
| 9/30/17 | Lexis Research | 29.05 |
| 9/30/17 | Westlaw Research | 19.15 |
| | TOTAL DISBURSEMENTS | $ 97.50 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/05/17 | B&W Copy | .40 |
|---|---|---|
| 9/08/17 | B&W Copy | 29.70 |
| 9/13/17 | B&W Copy | 55.10 |
| 9/18/17 | B&W Copy | 4.00 |
| 9/30/17 | Lexis Research | 36.12 |
| 9/30/17 | Westlaw Research | 1,344.46 |
| 9/30/17 | Westlaw Research | 170.63 |
| | TOTAL DISBURSEMENTS | $ 1,640.41 |

Page 40

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| 9/30/17 | Lexis Research | 211.19 |
| 9/30/17 | Westlaw Research | 179.82 |
| | TOTAL DISBURSEMENTS | $ 391.01 |

Page 53