# EXHIBIT B

## Summary of FTI Consulting, Inc. Hours Worked and Fees Incurred by Professional

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Baxter, Richard | Senior Managing Director | $990 | 8.8 | $8,712.00 |
| Cannon, Biggs | Senior Managing Director | 675 | 2.9 | 1,957.50 |
| Gibson, Wayne | Senior Managing Director | 695 | 4.6 | 3,197.00 |
| Gumbs, Sean | Senior Managing Director | 1,050 | 158.7 | 166,635.00 |
| Rodrigues, Avelino | Senior Managing Director | 680 | 4.4 | 2,992.00 |
| Simms, Steven | Senior Managing Director | 1,050 | 93.9 | 98,595.00 |
| Tully, Conor | Senior Managing Director | 995 | 0.5 | 497.50 |
| Baldwin, Paul | Managing Director | 845 | 5.5 | 4,647.50 |
| Fish, Mark | Managing Director | 675 | 2.5 | 1,687.50 |
| Grunwald Kadar, Andrea | Managing Director | 915 | 42.6 | 38,979.00 |
| Leonard, Jeffrey | Managing Director | 640 | 26.9 | 17,216.00 |
| Park, Ji Yon | Managing Director | 835 | 191.9 | 160,236.50 |
| Mossop, Julian | Senior Consultant | 520 | 129.6 | 67,392.00 |
| Miles, Edan | Consultant | 315 | 101.8 | 32,067.00 |
| Sombuntham, Natalie | Consultant | 380 | 158.1 | 60,078.00 |
| Hellmund-Mora, Marili | Associate | 265 | 22.6 | 5,989.00 |
| **SUBTOTAL** | | | **955.3** | **670,878.50** |
| | Less: 50% discount for non-working travel time | | | (10,447.50) |
| **GRAND TOTAL** | | | **955.3** | **$660,431.00** |