# EXHIBIT C

**Summary of FTI Consulting, Inc. Hours Worked and Fees Incurred by Task Code**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 31.5 | $18,547.00 |
| 3 | Mediation | 189.0 | 160,412.00 |
| 4 | Analysis of the Fiscal Plan – Revenues | 59.5 | 41,608.00 |
| 5 | Analysis of the Fiscal Plan – Expenses | 49.2 | 32,058.50 |
| 6 | Analysis of the Fiscal Plan – Revenue Measures | 19.1 | 14,946.50 |
| 7 | Analysis of the Fiscal Plan – Expense Measures | 60.9 | 41,725.00 |
| 9 | Litigation Analysis and Support | 4.8 | 4,167.50 |
| 10 | Case Management | 18.0 | 15,730.00 |
| 11 | Prepare for and Attend Court Hearings | 6.9 | 7,245.00 |
| 12 | Analysis of Annual Budgets | 11.8 | 6,969.00 |
| 13 | Analysis of Other Miscellaneous Motions | 16.1 | 13,910.00 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 94.6 | 51,184.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 92.1 | 64,103.00 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 48.5 | 46,140.00 |
| 19 | General Mtgs with FOMB & FOMB's Professionals | 7.8 | 7,545.00 |
| 20 | General Mtgs with Commonwealth and Commonwealth Professionals | 1.0 | 1,050.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 1.5 | 843.00 |
| 22 | Meetings with Other Parties | 1.4 | 1,470.00 |
| 23 | Firm Retention | 41.3 | 24,435.00 |
| 24 | Preparation of Fee Application | 4.0 | 1,573.00 |
| 25 | Travel Time | 19.9 | 20,895.00 |
| 26 | Forensic Accounting – Historical Accounting Review | 15.6 | 12,279.00 |
| 27 | Strategic Communications | 1.4 | 1,470.00 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 159.4 | 80,573.00 |
| | **SUBTOTAL** | **955.3** | **670,878.50** |
| | Less: 50% discount for non-working travel time | | (10,447.50) |
| | **GRAND TOTAL** | **955.3** | **$660,431.00** |