# EXHIBIT E

## Summary of FTI Consulting, Inc. Expenses

| Expense Type | Amount |
|---|---:|
| Airfare | $2,800.07 |
| Lodging | 1,214.57 |
| Transportation | 700.11 |
| Working Meals | 583.59 |
| **Grand Total** | **$5,298.34** |