# EXHIBIT F

**Detailed Expense Records for FTI Consulting, Inc.**

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO AND - CASE NO. 17-220**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 28, 2017 TO SEPTEMBER 30, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 06/27/17 | Simms, Steven | Airfare | Travel Agent Fees - Travel to Puerto Rico - Change to a later flight. | $30.00 |
| 06/27/17 | Simms, Steven | Airfare | Airfare - Coach Roundtrip - SJU - JFK, 06/26/17 - 06/28/17.Travel to Puerto Rico to attend hearing. | 403.10 |
| 07/19/17 | Simms, Steven | Airfare | Airfare - Coach roundtrip - LGA - SJU, 08/06/17 - 08/09/17. Airfare Travel to/from Puerto Rico to attend Committee meeting. | 550.00 |
| 07/25/17 | Gumbs, Sean | Airfare | Travel agent fees. Travel to Puerto Rico to attend meeting. | 30.00 |
| 07/25/17 | Gumbs, Sean | Airfare | Airfare - Coach -FK - SJU, 08/07/17 - 08/09/17. Travel to Puerto Rico to attend client meetings re: Puerto Rico Commonwealth | 403.10 |
| 08/08/17 | Simms, Steven | Airfare | Airfare - Coach SSJU - LAS, 08/06/17 - 08/09/17. Airfare - Steven Simms. Changed travel to/from Puerto Rico to attend meeting. | 432.07 |
| 08/14/17 | Gumbs, Sean | Airfare | Travel agent fees - Travel to Puerto Rico. | 30.00 |
| 08/22/17 | Gumbs, Sean | Airfare | Travel agent fees - Travel to NY to attend mediation. | 30.00 |
| 08/22/17 | Gumbs, Sean | Airfare | Airfare - Coach - MVY - JFK, 08/28/17 - 09/01/2017. Travel from MVY to New York to attend mediation. | 546.54 |
| 09/15/17 | Gumbs, Sean | Airfare | Airfare - Coach - JFK - MVY, 08/31/17 - 08/31/17. Return to vacation after being interrupted for Puerto Rico meetings in NY. | 345.26 |
| | **Airfare Total** | | | **2,800.07** |
| 08/09/17 | Gumbs, Sean | Lodging | Hotel - 08/07/17 - 08/09/17. Hotel stay in San Juan while attending Project PR meetings | 464.93 |
| 08/09/17 | Simms, Steven | Lodging | Hotel - 08/07/17 - 08/09/17. Hotel stay in San Juan while attending Project PR meetings | 230.48 |
| 09/11/17 | Grunwald Kadar, Andi | Lodging | Hotel one night in NY 09/12/17. Travel to NY to attend Puerto Rico meeting. | 519.16 |
| | **Lodging Total** | | | **1,214.57** |
| 06/28/17 | Simms, Steven | Transportation | Taxi from hearing to SJU airport. Travel to Puerto Rico to attend hearing | 14.28 |
| 06/28/17 | Simms, Steven | Transportation | Taxi from hotel to hearing. Travel to Puerto Rico to attend hearing. | 20.00 |
| 06/29/17 | Simms, Steven | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend hearing. | 76.01 |
| 08/07/17 | Gumbs, Sean | Transportation | Taxi from airport to hotel. Travel to Puerto Rico to attend meetings. | 20.00 |

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO AND - CASE NO. 17-220**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 28, 2017 TO SEPTEMBER 30, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|-------------|---------------|--------|
| 08/08/17 | Gumbs, Sean | Transportation | Taxi from client site to hotel.  Travel to Puerto Rico to attend meetings. | 20.00 |
| 08/08/17 | Gumbs, Sean | Transportation | Taxi from hotel to client site. Travel to Puerto Rico to attend meetings. | 20.00 |
| 08/09/17 | Gumbs, Sean | Transportation | Taxi from airport to home.  Travel to Puerto Rico to attend meetings. | 52.00 |
| 08/09/17 | Gumbs, Sean | Transportation | Taxi from hotel to airport.  Travel to Puerto Rico to attend meetings. | 20.00 |
| 08/09/17 | Gumbs, Sean | Transportation | Taxi from airport to home.  Travel to Puerto Rico to attend meetings. | 70.27 |
| 08/09/17 | Simms, Steven | Transportation | Taxi from client site to hotel.  Travel to Puerto Rico to attend meetings. | 12.16 |
| 08/13/17 | Simms, Steven | Transportation | Taxi home after travel from Puerto Rico Committee Meeting (After the Puerto Rico Committee Meeting, Mr. Simms travelled to another city for a different engagement. As such, the full taxi charge was allocated between the two engagements). | 31.80 |
| 08/28/17 | Gumbs, Sean | Transportation | Train fare - Travel to NY to attend mediation hearing. | 7.50 |
| 08/28/17 | Gumbs, Sean | Transportation | Train fare - Travel to NY to attend mediation hearing. | 5.00 |
| 08/28/17 | Gumbs, Sean | Transportation | Subway fare - Travel to attend mediation.. | 2.75 |
| 08/29/17 | Gumbs, Sean | Transportation | Taxi from mediation to home. | 15.38 |
| 08/29/17 | Park, Ji Yon | Transportation | Taxi from mediation to home. | 27.35 |
| 08/30/17 | Simms, Steven | Transportation | Taxi home attending a Puerto Rico team dinner. | 56.39 |
| 08/31/17 | Gumbs, Sean | Transportation | Train fare - Travel to NY to attend mediation hearing. | 7.50 |
| 08/31/17 | Gumbs, Sean | Transportation | Train fare - Travel to NY to attend mediation hearing. | 5.00 |
| 08/31/17 | Gumbs, Sean | Transportation | Subway fare - Travel to attend mediation.. | 2.75 |
| 09/12/17 | Grunwald Kadar, Andı | Transportation | Taxi from airport to NY office.  Travel to NY to attend Puerto Rico meetings. | 100.61 |
| 09/13/17 | Grunwald Kadar, Andı | Transportation | Taxi from NY office to airport.  Travel to NY to attend Puerto Rico meetings. | 113.36 |
| | | **Transportation Total** | | **700.11** |

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO AND - CASE NO. 17-220**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 28, 2017 TO SEPTEMBER 30, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|-------------|---------------|--------|
| 06/28/17 | Simms, Steven | Working Meals | Dinner for self in San Juan while traveling for to attend hearing | 36.55 |
| 06/29/17 | Simms, Steven | Working Meals | Beverage in San Juan while traveling for to attend hearing. | 6.69 |
| 07/23/17 | Sombuntham, Natalie | Working Meals | Dinner for self while working late on the Puerto Rico case. | 33.59 |
| 08/05/17 | Gumbs, Sean | Working Meals | Dinner for self while working late on the Puerto Rico case. | 4.08 |
| 08/08/17 | Simms, Steven | Working Meals | Dinner for self, H. Mayol, A.J. Bennazar Zequel, C. Steege, M. Root, R. Gordon, S. Gumbs.  Travel to Puerto Rico to attend client meetings. | 175.00 |
| 08/09/17 | Gumbs, Sean | Working Meals | Breakfast for self while traveling to Puerto Rico to attend client meetings. | 7.00 |
| 08/09/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling to Puerto Rico to attend client meetings. | 50.00 |
| 08/09/17 | Simms, Steven | Working Meals | Breakfast for self while traveling to Puerto Rico to attend client meetings. | 13.15 |
| 08/16/17 | Miles, Edan | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 9.68 |
| 08/17/17 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 26.96 |
| 08/18/17 | Miles, Edan | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 12.05 |
| 08/21/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 18.15 |
| 08/24/17 | Miles, Edan | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 13.30 |
| 09/12/17 | Gumbs, Sean | Working Meals | Working dinner for self, A. Grunwald (FTI), L. Park (FTI) to discuss the Puerto Rico case. | 150.00 |
| 09/18/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 27.39 |
| | | **Working Meals Total** | | **583.59** |
| | | **Grand Total** | | **$5,298.34** |