# Exhibit A

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Blanca Paniagua　　　　　　　　　　　　　　　　**Period Covered:** From June 16 to October 24, 2017

**Address:** ███████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 13 $6.95 | | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| **Totals** | | | | **$48.65** | | | | | | |

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Carmen Núñez                                                                 **Period Covered:** From June 16 to October 24, 2017

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| July 18, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| August 23, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 12 $6.42 | $1.10 | | | | | |
| **Totals** | | | | $57.78 | $9.90 | | | | | |

**Grand Total: $67.68**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Mr. José Marín　　　　　　　　　　　　　　**Period Covered:** From June 16 to October 24, 2017

**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 75 miles $40.12 | $6.75 | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| July 18, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| August 23, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| **Totals** | | | | $320.96 | $54 | | | | | |

**Grand Total: $374.96**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Juan Ortiz

**Period Covered:** From June 16 to October 24, 2017

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 78 miles $41.73 | $6.75 | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| July 18, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| August 23, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| **Totals** | | | | $375.57 | $60.75 | | | | | |

**Grand Total: $436.32**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Lydia Pellot

**Period Covered:** From June 16 to October 24, 2017

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 5.4 miles $2.89 | | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| August 23, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| **Totals** | | | | $8.35 | | | | | | |

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Marcos López                                         **Period Covered:** From June 16 to October 24, 2017

**Address:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| July 18, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| August 23, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| **Totals** | | | | $80.37 | $20.70 | | | | | |

**Grand Total: $101.70**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Mr. Miguel Fabre                                   **Period Covered:** From June 16 to October 24, 2017

**Address:** ███████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 20, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| July 18, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| **Totals** | | | | **$37.45** | **$7.7** | | | | | |

**Grand Total: $45.15**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Milagros Acevedo                            **Period Covered:** From June 16 to October 24, 2017

**Address:** █████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 16 miles $8.56 | $1.10 | | | | | |
| June 20, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| June 27, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| July 6, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| July 18, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| August 1, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| August 8, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| October 24, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| **Totals** | | | | $68.48 | $8.80 | | | | | |

**Grand Total: $77.28**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco                    **Period Covered:** From June 16 to October 24, 2017

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| June 16, 2017 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | $0 | | |
| June 20, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| June 27, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| July 6, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| July 18, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| August 1, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| August 8, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| October 24, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| **Totals** | | | | $21.44 | | | | | | |