**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: PREPA

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 0.20 | $730 | $146.00 |
| Guy Brenner | 0.60 | $730 | $438.00 |
| Jonathan E. Richman | 0.60 | $730 | $438.00 |
| Martin J. Bienenstock | 0.90 | $730 | $657.00 |
| Paul V. Possinger | 2.50 | $730 | $1,825.00 |
| Scott A. Faust | 0.90 | $730 | $657.00 |
| **Total for Partners** | **5.70** | | **$4,161.00** |
| | | | |
| Chantel L. Febus | 0.70 | $730 | $511.00 |
| **Total for Senior Counsel** | **0.70** | | **$511.00** |
| | | | |
| Chris Theodoridis | 10.60 | $730 | $7,738.00 |
| Ehud Barak | 4.10 | $730 | $2,993.00 |
| Matthew J. Morris | 0.90 | $730 | $657.00 |
| Rebecca J. Sivitz | 1.30 | $730 | $949.00 |
| **Total for Associates** | **16.90** | | **$12,337.00** |
| | | | |
| **Professional Fees** | **23.30** | | **$17,009.00** |
| | | | |
| **Total for This Matter** | | | **$17,009.00** |

FOMB
PROMESA TITLE III: PREPA

**Legal Research – 202**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jeffrey W. Levitan | 11.50 | $730 | $8,395.00 |
| Jonathan E. Richman | 5.10 | $730 | $3,723.00 |
| Mark Harris | 0.30 | $730 | $219.00 |
| Martin J. Bienenstock | 22.90 | $730 | $16,717.00 |
| Paul V. Possinger | 1.20 | $730 | $876.00 |
| Ralph C. Ferrara | 1.20 | $730 | $876.00 |
| Scott A. Faust | 0.90 | $730 | $657.00 |
| Steven O. Weise | 16.40 | $730 | $11,972.00 |
| **Total for Partners** | **59.50** | | **$43,435.00** |
| Chris Theodoridis | 19.80 | $730 | $14,454.00 |
| Daniel Desatnik | 2.90 | $730 | $2,117.00 |
| Daniel J. Werb | 3.40 | $730 | $2,482.00 |
| Ehud Barak | 10.80 | $730 | $7,884.00 |
| Evelyn Pang | 2.90 | $730 | $2,117.00 |
| Jared Zajac | 16.50 | $730 | $12,045.00 |
| John E. Roberts | 6.20 | $730 | $4,526.00 |
| Kelly M. Curtis | 0.90 | $730 | $657.00 |
| Maja Zerjal | 1.90 | $730 | $1,387.00 |
| Matthew J. Morris | 3.20 | $730 | $2,336.00 |
| Mee R. Kim | 0.40 | $730 | $292.00 |
| Rebecca J. Sivitz | 2.00 | $730 | $1,460.00 |
| **Total for Associates** | **70.90** | | **$51,757.00** |
| Elliot R. Stevens | 20.10 | $250 | $5,025.00 |
| Pengtao Teng | 5.30 | $250 | $2,765.00 |
| **Total for Law Clerks** | **25.40** | | **$7,790.00** |
| **Professional Fees** | **155.80** | | **$102,982.00** |
| **Total for This Matter** | | | **$102,982.00** |

FOMB
PROMESA TITLE III: PREPA

**Hearings and Other Non-Filed Communications with the Court – 203**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ann M. Ashton | 1.40 | $730 | $1,022.00 |
| Martin J. Bienenstock | 5.10 | $730 | $3,723.00 |
| Paul V. Possinger | 0.90 | $730 | $657.00 |
| Stephen L. Ratner | 0.30 | $730 | $219.00 |
| **Total for Partners** | **7.70** | | **$5,621.00** |
| Ehud Barak | 0.90 | $730 | $657.00 |
| Jared Zajac | 1.40 | $730 | $1,022.00 |
| **Total for Associates** | **2.30** | | **$1,679.00** |
| **Professional Fees** | **10.00** | | **$7,300.00** |
| **Total for This Matter** | | | **$7,300.00** |

FOMB
PROMESA TITLE III: PREPA

**Communications with Claimholders – 204**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ann M. Ashton | 11.50 | $730 | $8,395.00 |
| Jeffrey W. Levitan | 1.40 | $730 | $1,022.00 |
| Jonathan E. Richman | 7.60 | $730 | $5,548.00 |
| Mark Harris | 0.50 | $730 | $365.00 |
| Martin J. Bienenstock | 13.50 | $730 | $9,855.00 |
| Paul V. Possinger | 15.90 | $730 | $11,607.00 |
| Ralph C. Ferrara | 7.00 | $730 | $5,110.00 |
| Stephen L. Ratner | 0.30 | $730 | $219.00 |
| Timothy W. Mungovan | 4.10 | $730 | $2,993.00 |
| **Total for Partners** | **61.80** | | **$45,114.00** |
| Chantel L. Febus | 6.00 | $730 | $4,380.00 |
| **Total for Senior Counsel** | **6.00** | | **$4,380.00** |
| Chris Theodoridis | 20.50 | $730 | $14,965.00 |
| Ehud Barak | 7.80 | $730 | $5,694.00 |
| John E. Roberts | 0.20 | $730 | $146.00 |
| Laura Stafford | 1.80 | $730 | $1,314.00 |
| Maja Zerjal | 3.50 | $730 | $2,555.00 |
| Matthew J. Morris | 0.90 | $730 | $657.00 |
| **Total for Associates** | **34.70** | | **$25,331.00** |
| **Professional Fees** | **102.50** | | **$74,825.00** |
| **Total for This Matter** | | | **$74,825.00** |

FOMB
PROMESA TITLE III: PREPA

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 11.90 | $730 | $8,687.00 |
| Brian S. Rosen | 0.60 | $730 | $438.00 |
| Jeffrey W. Levitan | 3.50 | $730 | $2,555.00 |
| Jonathan E. Richman | 4.80 | $730 | $3,504.00 |
| Martin J. Bienenstock | 1.30 | $730 | $949.00 |
| Paul V. Possinger | 22.40 | $730 | $16,352.00 |
| Ralph C. Ferrara | 5.00 | $730 | $3,650.00 |
| **Total for Partners** | **49.50** | | **$36,135.00** |
| Chris Theodoridis | 21.60 | $730 | $15,768.00 |
| Ehud Barak | 13.60 | $730 | $9,928.00 |
| Jared Zajac | 6.80 | $730 | $4,964.00 |
| Jeramy Webb | 0.30 | $730 | $219.00 |
| John E. Roberts | 6.30 | $730 | $4,599.00 |
| Joshua A. Esses | 0.90 | $730 | $657.00 |
| Maja Zerjal | 7.00 | $730 | $5,110.00 |
| **Total for Associates** | **56.50** | | **$41,245.00** |
| **Professional Fees** | **106.00** | | **$77,380.00** |
| **Total for This Matter** | | | **$77,380.00** |

FOMB
PROMESA TITLE III: PREPA

**Documents Filed on Behalf of the Board – 206**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ann M. Ashton | 21.30 | $730 | $15,549.00 |
| Jeffrey W. Levitan | 15.80 | $730 | $11,534.00 |
| Jonathan E. Richman | 52.00 | $730 | $37,960.00 |
| Lary Alan Rappaport | 0.20 | $730 | $146.00 |
| Mark Harris | 2.40 | $730 | $1,752.00 |
| Michael A. Firestein | 0.30 | $730 | $219.00 |
| Paul V. Possinger | 11.90 | $730 | $8,687.00 |
| Ralph C. Ferrara | 3.40 | $730 | $2,482.00 |
| Scott A. Faust | 3.50 | $730 | $2,555.00 |
| Stephen L. Ratner | 4.20 | $730 | $3,066.00 |
| Timothy W. Mungovan | 4.50 | $730 | $3,285.00 |
| **Total for Partners** | **119.50** | | **$87,235.00** |
| Chantel L. Febus | 15.40 | $730 | $11,242.00 |
| **Total for Senior Counsel** | **15.40** | | **$11,242.00** |
| Chris Theodoridis | 50.00 | $730 | $36,500.00 |
| Daniel Desatnik | 6.20 | $730 | $4,526.00 |
| Ehud Barak | 28.70 | $730 | $20,951.00 |
| Jared Zajac | 26.40 | $730 | $19,272.00 |
| John E. Roberts | 47.90 | $730 | $34,967.00 |
| Laura Stafford | 19.70 | $730 | $14,381.00 |
| Matthew J. Morris | 48.70 | $730 | $35,551.00 |
| Rebecca J. Sivitz | 1.10 | $730 | $803.00 |
| **Total for Associates** | **228.70** | | **$166,951.00** |
| Elliot R. Stevens | 0.70 | $250 | $175.00 |
| **Total for Law Clerks** | **0.70** | | **$175.00** |
| Lawrence T. Silvestro | 4.90 | $250 | $1,225.00 |
| **Total for Paraprofessionals** | **4.90** | | **$1,225.00** |
| **Professional Fees** | **369.20** | | **$266,828.00** |
| **Total for This Matter** | | | **$266,828.00** |

FOMB
PROMESA TITLE III: PREPA

**Non-Board Court Filings – 207**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ann M. Ashton | 16.70 | $730 | $12,191.00 |
| Bradley R. Bobroff | 0.90 | $730 | $657.00 |
| Guy Brenner | 1.40 | $730 | $1,022.00 |
| Jeffrey W. Levitan | 5.20 | $730 | $3,796.00 |
| Jonathan E. Richman | 11.00 | $730 | $8,030.00 |
| Paul V. Possinger | 11.20 | $730 | $8,176.00 |
| Ralph C. Ferrara | 3.80 | $730 | $2,774.00 |
| Scott A. Faust | 1.20 | $730 | $876.00 |
| Stephen L. Ratner | 2.30 | $730 | $1,679.00 |
| Timothy W. Mungovan | 3.80 | $730 | $2,774.00 |
| **Total for Partners** | **57.50** | | **$41,975.00** |
| Chantel L. Febus | 1.70 | $730 | $1,241.00 |
| **Total for Senior Counsel** | **1.70** | | **$1,241.00** |
| Chris Theodoridis | 4.50 | $730 | $3,285.00 |
| Ehud Barak | 6.20 | $730 | $4,526.00 |
| Jared Zajac | 4.40 | $730 | $3,212.00 |
| John E. Roberts | 4.60 | $730 | $3,358.00 |
| Maja Zerjal | 1.00 | $730 | $730.00 |
| Matthew J. Morris | 9.60 | $730 | $7,008.00 |
| Rebecca J. Sivitz | 1.60 | $730 | $1,168.00 |
| Vincent Indelicato | 1.90 | $730 | $1,387.00 |
| **Total for Associates** | **33.80** | | **$24,674.00** |
| **Professional Fees** | **93.00** | | **$67,890.00** |
| **Total for This Matter** | | | **$67,890.00** |

FOMB
PROMESA TITLE III: PREPA

**Stay Matters – 208**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 84.90 | $730 | $61,977.00 |
| Jeffrey W. Levitan | 44.90 | $730 | $32,777.00 |
| Jonathan E. Richman | 26.30 | $730 | $19,199.00 |
| Martin J. Bienenstock | 14.30 | $730 | $10,439.00 |
| Michael A. Firestein | 0.90 | $730 | $657.00 |
| Paul V. Possinger | 42.00 | $730 | $30,660.00 |
| Ralph C. Ferrara | 24.70 | $730 | $18,031.00 |
| Stephen L. Ratner | 3.50 | $730 | $2,555.00 |
| Timothy W. Mungovan | 5.60 | $730 | $4,088.00 |
| **Total for Partners** | **247.10** | | **$180,383.00** |
| Chantel L. Febus | 0.30 | $730 | $219.00 |
| **Total for Senior Counsel** | **0.30** | | **$219.00** |
| Chris Theodoridis | 10.20 | $730 | $7,446.00 |
| Ehud Barak | 28.30 | $730 | $20,659.00 |
| Jared Zajac | 62.10 | $730 | $45,333.00 |
| Jennifer L. Roche | 0.30 | $730 | $219.00 |
| John E. Roberts | 91.70 | $730 | $66,941.00 |
| Kelly M. Curtis | 4.90 | $730 | $3,577.00 |
| Laura Stafford | 9.30 | $730 | $6,789.00 |
| Maja Zerjal | 2.50 | $730 | $1,825.00 |
| Mee R. Kim | 51.10 | $730 | $37,303.00 |
| Vincent Indelicato | 0.80 | $730 | $584.00 |
| William D. Dalsen | 10.30 | $730 | $7,519.00 |
| **Total for Associates** | **271.50** | | **$198,195.00** |
| Lawrence T. Silvestro | 5.00 | $250 | $1,250.00 |
| Selena F. Williams | 2.30 | $250 | $575.00 |
| **Total for Paraprofessionals** | **7.30** | | **$1,825.00** |
| **Professional Fees** | **526.20** | | **$380,622.00** |
| **Total for This Matter** | | | **$380,622.00** |

FOMB
PROMESA TITLE III: PREPA

**Adversary Proceeding – 209**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jeffrey W. Levitan | 2.10 | $730 | $1,533.00 |
| Jonathan E. Richman | 0.80 | $730 | $584.00 |
| **Total for Partners** | **2.90** | | **$2,117.00** |
| | | | |
| Jared Zajac | 0.30 | $730 | $6,351.00 |
| Matthew J. Morris | 6.90 | $730 | $1,825.00 |
| **Total for Associates** | **7.20** | | **$5,256.00** |
| | | | |
| **Professional Fees** | **10.10** | | **$7,373.00** |
| | | | |
| **Total for This Matter** | | | **$7,373.00** |

FOMB
PROMESA TITLE III: PREPA

**Analysis and Strategy – 210**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 12.80 | $730 | $9,344.00 |
| Bradley R. Bobroff | 0.20 | $730 | $146.00 |
| Guy Brenner | 0.40 | $730 | $292.00 |
| Jeffrey W. Levitan | 7.40 | $730 | $5,402.00 |
| Jonathan E. Richman | 6.20 | $730 | $4,526.00 |
| Lary Alan Rappaport | 0.50 | $730 | $365.00 |
| Mark Harris | 2.80 | $730 | $2,044.00 |
| Paul V. Possinger | 14.10 | $730 | $10,293.00 |
| Ralph C. Ferrara | 6.00 | $730 | $4,380.00 |
| Scott A. Faust | 2.20 | $730 | $1,606.00 |
| Stephen L. Ratner | 1.70 | $730 | $1,241.00 |
| Timothy W. Mungovan | 10.00 | $730 | $7,300.00 |
| **Total for Partners** | **64.30** | | **$46,939.00** |
| Chantel L. Febus | 2.50 | $730 | $1,825.00 |
| **Total for Senior Counsel** | **2.50** | | **$1,825.00** |
| Chris Theodoridis | 5.40 | $730 | $3,942.00 |
| Daniel Desatnik | 4.80 | $730 | $3,504.00 |
| Ehud Barak | 16.70 | $730 | $12,191.00 |
| Jared Zajac | 4.50 | $730 | 3,285.00 |
| John E. Roberts | 0.60 | $730 | $438.00 |
| Maja Zerjal | 0.90 | $730 | $657.00 |
| Rebecca J. Sivitz | 0.60 | $730 | $438.00 |
| **Total for Associates** | **33.50** | | **$24,455.00** |
| **Professional Fees** | **100.30** | | **$73,219.00** |
| **Total for This Matter** | | | **$73,219.00** |

FOMB
PROMESA TITLE III: PREPA

**General Administration – 212**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Paul V. Possinger | 0.30 | $730 | $219.00 |
| **Total for Partners** | **0.30** | | **$219.00** |
| | | | |
| Chantel L. Febus | 0.30 | $730 | $219.00 |
| **Total for Senior Counsel** | **0.30** | | **$219.00** |
| | | | |
| Chris Theodoridis | 1.50 | $730 | $1,095.00 |
| Ehud Barak | 0.40 | $730 | $292.00 |
| Joshua A. Esses | 0.50 | $730 | $365.00 |
| **Total for Associates** | **2.40** | | **$1,752.00** |
| | | | |
| Casey Quinn | 1.90 | $250 | $475.00 |
| Evelyn Rodriguez | 9.40 | $250 | $2,350.00 |
| Lawrence T. Silvestro | 8.60 | $250 | $2,150.00 |
| Magali Giddens | 6.00 | $250 | $1,500.00 |
| Sharma I. Ross | 1.80 | $250 | $450.00 |
| Shealeen E. Schaefer | 2.10 | $250 | $525.00 |
| William A. Reed | 0.70 | $250 | $175.00 |
| **Total for Paraprofessionals** | **30.50** | | **$7,625.00** |
| | | | |
| **Professional Fees** | **33.50** | | **$9,815.00** |
| | | | |
| **Total for This Matter** | | | **$9,815.00** |

FOMB
PROMESA TITLE III: PREPA

**Plan of Adjustment and Disclosure Statement – 215**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Chris Theodoridis | 3.70 | $730 | $2,701.00 |
| Steve Ma | 14.10 | $730 | $10,293.00 |
| **Total for Associates** | **17.80** | | **$12,994.00** |
| Elliot R. Stevens | 2.60 | $250 | $650.00 |
| **Total for Law Clerks** | **2.60** | | **$650.00** |
| **Professional Fees** | **20.40** | | **$13,644.00** |
| **Total for This Matter** | | | **$13,644.00** |

FOMB
PROMESA TITLE III: PREPA

**Employment and Fee Applications – 218**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Chris Theodoridis | 0.90 | $730 | $657.00 |
| Joshua A. Esses | 0.20 | $730 | $146.00 |
| **Total for Associates** | **1.10** | | **$803.00** |
| | | | |
| Natasha Petrov | 0.50 | $250 | $125.00 |
| **Total for Paraprofessionals** | **0.50** | | **$125.00** |
| | | | |
| **Professional Fees** | **1.60** | | **$928.00** |
| | | | |
| **Total for This Matter** | | | **$928.00** |

FOMB
PROMESA TITLE III: PREPA

**Appeal – 219**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Jeffrey W. Levitan | 0.10 | $730 | $73.00 |
| **Total for Partners** | **0.10** | | **$73.00** |
| **Professional Fees** | **0.10** | | **$73.00** |
| **Total for This Matter** | | | **$73.00** |