## **Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: HTA

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bradley R. Bobroff | 30.90 | $730 | $22,557.00 |
| Jonathan E. Richman | 4.40 | $730 | $3,212.00 |
| Lary Alan Rappaport | 28.90 | $730 | $21,097.00 |
| Margaret A. Dale | 0.20 | $730 | $146.00 |
| Martin J. Bienenstock | 1.40 | $730 | $1,022.00 |
| Michael A. Firestein | 34.30 | $730 | $25,039.00 |
| Paul V. Possinger | 4.00 | $730 | $2,920.00 |
| Ralph C. Ferrara | 1.80 | $730 | $1,314.00 |
| Stephen L. Ratner | 4.20 | $730 | $3,066.00 |
| Steven O. Weise | 5.50 | $730 | $4,015.00 |
| Timothy W. Mungovan | 10.60 | $730 | $7,738.00 |
| **Total for Partners** | **126.20** | | **$92,126.00** |
| | | | |
| Daniel Desatnik | 3.00 | $730 | $2,190.00 |
| Ehud Barak | 1.10 | $730 | $803.00 |
| Jeramy Webb | 0.80 | $730 | $584.00 |
| Laura Stafford | 1.00 | $730 | $730.00 |
| Matthew I. Rochman | 13.50 | $730 | $9,855.00 |
| Seth D. Fier | 13.90 | $730 | $10,147.00 |
| William D. Dalsen | 0.70 | $730 | $511.00 |
| **Total for Associates** | **34.00** | | **$24,820.00** |
| | | | |
| Hannah Silverman | 2.00 | $250 | $500.00 |
| **Total for Paraprofessionals** | **2.00** | | **$500.00** |
| | | | |
| **Professional Fees** | **162.20** | | **$117,446.00** |
| | | | |
| **Total for This Matter** | | | **$117,446.00** |

FOMB
PROMESA TITLE III: HTA

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants (Puerto Rico) – 201**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul V. Possinger | 1.00 | $730 | $730.00 |
| **Total for Partners** | **1.00** | | **$730.00** |
| | | | |
| Chris Theodoridis | 0.90 | $730 | $657.00 |
| **Total for Associates** | **0.90** | | **$657.00** |
| | | | |
| **Professional Fees** | **1.90** | | **$1,387.00** |
| | | | |
| **Total for This Matter** | | | **$1,387.00** |

FOMB
PROMESA TITLE III: HTA

**Legal Research – 202**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Bradley R. Bobroff | 38.60 | $730 | $28,178.00 |
| Jeffrey W. Levitan | 0.70 | $730 | $511.00 |
| Jonathan E. Richman | 2.40 | $730 | $1,752.00 |
| Lary Alan Rappaport | 17.80 | $730 | $12,994.00 |
| Marc E. Rosenthal | 2.60 | $730 | $1,898.00 |
| Martin J. Bienenstock | 15.80 | $730 | $11,534.00 |
| Michael A. Firestein | 39.30 | $730 | $28,689.00 |
| Paul V. Possinger | 11.30 | $730 | $8,249.00 |
| Stephen L. Ratner | 8.00 | $730 | $5,840.00 |
| Steven O. Weise | 86.90 | $730 | $63,437.00 |
| Timothy W. Mungovan | 8.20 | $730 | $5,986.00 |
| **Total for Partners** | **231.60** | | **$169,068.00** |
| | | | |
| Chantel L. Febus | 2.90 | $730 | $2,117.00 |
| Nathan R. Lander | 11.20 | $730 | $8,176.00 |
| **Total for Senior Counsel** | **14.10** | | **$10,293.00** |
| | | | |
| Alexandra V. Bargoot | 21.30 | $730 | $15,549.00 |
| Chris Theodoridis | 22.70 | $730 | $16,571.00 |
| Courtney M. Bowman | 2.50 | $730 | $1,825.00 |
| Daniel Desatnik | 7.10 | $730 | $5,183.00 |
| Ehud Barak | 5.30 | $730 | $3,869.00 |
| Jennifer L. Roche | 0.40 | $730 | $292.00 |
| Jeramy Webb | 6.30 | $730 | $4,599.00 |
| Jessica Z. Greenburg | 29.90 | $730 | $21,827.00 |
| Joshua A. Esses | 10.30 | $730 | $7,519.00 |
| Julia D. Alonzo | 0.50 | $730 | $365.00 |
| Laura Stafford | 63.30 | $730 | $46,209.00 |
| Matthew I. Rochman | 150.60 | $730 | $109,938.00 |
| Matthew J. Morris | 11.30 | $730 | $8,249.00 |
| Melissa DiGrande | 39.40 | $730 | $25,162.00 |
| Michael R. Hackett | 21.20 | $730 | $15,476.00 |
| Seth D. Fier | 1.30 | $730 | $949.00 |
| William Majeski | 2.90 | $730 | $2,117.00 |
| **Total for Associates** | **396.30** | | **$285,699.00** |
| | | | |
| Angelo Monforte | 7.70 | $250 | $1,925.00 |
| Casey Quinn | 1.20 | $250 | $300.00 |
| Eamon Wizner | 5.30 | $250 | $1,325.00 |
| **Total for Paraprofessionals** | **14.20** | | **$3,550.00** |

FOMB
PROMESA TITLE III: HTA

| | | | |
|---|---|---|---|
| Megan T. D'Errico | 1.60 | $250 | $400.00 |
| **Total for Library** | **1.60** | | **$400.00** |
| | | | |
| **Professional Fees** | **657.80** | | **$469,010.00** |
| | | | |
| **Total for This Matter** | | | **$471,127.00** |

FOMB
PROMESA TITLE III: HTA

**Legal Research (Puerto Rico) – 202**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Martin J. Bienenstock | 2.90 | $730 | $2,117.00 |
| **Total for Partners** | **2.90** | | **$2,117.00** |
| **Professional Fees** | **2.90** | | **$2,117.00** |
| **Total for This Matter** | | | **$2,117.00** |

FOMB
PROMESA TITLE III: HTA

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ann M. Ashton | 3.90 | $730 | $2,847.00 |
| Bradley R. Bobroff | 60.00 | $730 | $43,800.00 |
| Jonathan E. Richman | 2.10 | $730 | $1,533.00 |
| Lary Alan Rappaport | 16.00 | $730 | $11,680.00 |
| Martin J. Bienenstock | 4.20 | $730 | $3,066.00 |
| Michael A. Firestein | 26.90 | $730 | $19,637.00 |
| Paul V. Possinger | 5.50 | $730 | $4,015.00 |
| Stephen L. Ratner | 36.50 | $730 | $26,645.00 |
| Timothy W. Mungovan | 29.60 | $730 | $21,608.00 |
| **Total for Partners** | **184.70** | | **$134,831.00** |
| | | | |
| Chantel L. Febus | 0.70 | $730 | $511.00 |
| **Total for Senior Counsel** | **0.70** | | **$511.00** |
| | | | |
| Ehud Barak | 6.20 | $730 | $4,526.00 |
| Jeramy Webb | 2.00 | $730 | $1,460.00 |
| Jessica Z. Greenburg | 1.40 | $730 | $1,022.00 |
| Laura Stafford | 83.80 | $730 | $61,174.00 |
| Maja Zerjal | 8.90 | $730 | $6,497.00 |
| Matthew I. Rochman | 78.20 | $730 | $57,086.00 |
| Matthew J. Morris | 35.60 | $730 | $25,988.00 |
| Mee R. Kim | 1.20 | $730 | $876.00 |
| Melissa DiGrande | 4.40 | $730 | $1,100.00 |
| Michael R. Hackett | 6.80 | $730 | $4,964.00 |
| Seth D. Fier | 43.10 | $730 | $31,463.00 |
| **Total for Associates** | **271.60** | | **$196,156.00** |
| Angelo Monforte | 3.80 | $250 | $950.00 |
| Casey Quinn | 1.40 | $250 | $350.00 |
| Eamon Wizner | 23.70 | $250 | $5,925.00 |
| Evelyn Rodriguez | 1.10 | $250 | $275.00 |
| Lawrence T. Silvestro | 38.60 | $250 | $9,650.00 |
| Olga A. Golinder | 3.60 | $250 | $900.00 |
| Shealeen E. Schaefer | 2.40 | $250 | $600.00 |
| Tayler M. Sherman | 12.70 | $250 | $3,175.00 |
| Tiffany Miller | 2.00 | $250 | $500.00 |
| **Total for Paraprofessionals** | **89.30** | | **$22,325.00** |
| | | | |
| **Professional Fees** | **546.30** | | **$353,823.00** |
| | | | |
| **Total for This Matter** | | | **$353,823.00** |

FOMB
PROMESA TITLE III: HTA

**Hearings and Other Non-Filed Communications with the Court (Puerto Rico) – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bradley R. Bobroff | 46.50 | $730 | $33,945.00 |
| Lary Alan Rappaport | 36.10 | $730 | $26,353.00 |
| Martin J. Bienenstock | 10.20 | $730 | $7,446.00 |
| Stephen L. Ratner | 16.60 | $730 | $12,118.00 |
| Timothy W. Mungovan | 45.80 | $730 | $33,434.00 |
| **Total for Partners** | **155.20** | | **$113,296.00** |
| **Professional Fees** | **155.20** | | **$113,296.00** |
| **Total for This Matter** | | | **$113,296.00** |

FOMB
PROMESA TITLE III: HTA

## Communications with Claimholders – 204

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bradley R. Bobroff | 16.10 | $730 | $11,753.00 |
| Jonathan E. Richman | 1.30 | $730 | $949.00 |
| Lary Alan Rappaport | 14.60 | $730 | $10,658.00 |
| Martin J. Bienenstock | 3.10 | $730 | $2,263.00 |
| Michael A. Firestein | 10.40 | $730 | $7,592.00 |
| Paul V. Possinger | 2.50 | $730 | $1,825.00 |
| Stephen L. Ratner | 13.20 | $730 | $9,636.00 |
| Timothy W. Mungovan | 48.90 | $730 | $35,697.00 |
| **Total for Partners** | **110.10** | | **$80,373.00** |
| | | | |
| Chantel L. Febus | 0.70 | $730 | $511.00 |
| Jordan B. Leader | 2.70 | $730 | $1,971.00 |
| **Total for Senior Counsel** | **3.40** | | **$2,482.00** |
| | | | |
| Ehud Barak | 1.80 | $730 | $1,314.00 |
| Jeramy Webb | 0.50 | $730 | $365.00 |
| Laura Stafford | 14.50 | $730 | $10,585.00 |
| Maja Zerjal | 2.90 | $730 | $2,117.00 |
| Matthew I. Rochman | 23.90 | $730 | $17,447.00 |
| Matthew J. Morris | 1.10 | $730 | $803.00 |
| William D. Dalsen | 1.50 | $730 | $1,095.00 |
| **Total for Associates** | **46.20** | | **$33,726.00** |
| | | | |
| **Professional Fees** | **159.70** | | **$116,581.00** |
| | | | |
| **Total for This Matter** | | | **$118,844.00** |

FOMB
PROMESA TITLE III: HTA

**Communications with Claimholders (Puerto Rico) – 204**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Bradley R. Bobroff | 3.10 | $730 | $2,263.00 |
| **Total for Partners** | **3.10** | | **$2,263.00** |
| **Professional Fees** | **3.10** | | **$2,263.00** |
| **Total for This Matter** | | | **$2,263.00** |

FOMB
PROMESA TITLE III: HTA

**Communications with Commonwealth, its Instrumentalities or Representatives of the
Commonwealth or its Instrumentalities – 205**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Bradley R. Bobroff | 40.80 | $730 | $29,784.00 |
| Lary Alan Rappaport | 42.50 | $730 | $31,025.00 |
| Michael A. Firestein | 13.50 | $730 | $9,855.00 |
| Paul V. Possinger | 3.20 | $730 | $2,336.00 |
| Stephen L. Ratner | 17.50 | $730 | $12,775.00 |
| Timothy W. Mungovan | 16.40 | $730 | $11,972.00 |
| **Total for Partners** | **133.90** | | **$97,747.00** |
| | | | |
| Alexandra V. Bargoot | 2.90 | $730 | $2,117.00 |
| Daniel Desatnik | 0.90 | $730 | $657.00 |
| Ehud Barak | 0.80 | $730 | $584.00 |
| Jeramy Webb | 1.20 | $730 | $876.00 |
| Laura Stafford | 2.60 | $730 | $1,898.00 |
| Maja Zerjal | 2.80 | $730 | $2,044.00 |
| Matthew I. Rochman | 1.50 | $730 | $1,095.00 |
| **Total for Associates** | **12.70** | | **$9,271.00** |
| | | | |
| **Professional Fees** | **146.60** | | **$107,018.00** |
| | | | |
| **Total for This Matter** | | | **$107,018.00** |

FOMB
PROMESA TITLE III: HTA

**Communications with Commonwealth, its Instrumentalities or Representatives of the
Commonwealth or its Instrumentalities (Puerto Rico) – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lary Alan Rappaport | 0.50 | $730 | $365.00 |
| Timothy W. Mungovan | 2.80 | $730 | $2,044.00 |
| **Total for Partners** | **3.30** | | **$219.00** |
| **Professional Fees** | **3.30** | | **$2,409.00** |
| **Total for This Matter** | | | **$2,409.00** |

FOMB
PROMESA TITLE III: HTA

**Documents Filed on Behalf of the Board – 206**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 3.00 | $730 | $2,190.00 |
| Bradley R. Bobroff | 253.30 | $730 | $184,909.00 |
| Jeffrey W. Levitan | 0.30 | $730 | $219.00 |
| Jonathan E. Richman | 33.20 | $730 | $24,236.00 |
| Kevin J. Perra | 32.70 | $730 | $23,871.00 |
| Lary Alan Rappaport | 249.60 | $730 | $182,208.00 |
| Margaret A. Dale | 0.30 | $730 | $219.00 |
| Mark Harris | 7.40 | $730 | $5,402.00 |
| Martin J. Bienenstock | 41.90 | $730 | $30,587.00 |
| Michael A. Firestein | 140.40 | $730 | $102,492.00 |
| Paul V. Possinger | 23.30 | $730 | $17,009.00 |
| Ralph C. Ferrara | 0.50 | $730 | $365.00 |
| Stephen L. Ratner | 95.00 | $730 | $69,350.00 |
| Steven O. Weise | 91.50 | $730 | $66,795.00 |
| Timothy W. Mungovan | 174.00 | $730 | $127,020.00 |
| **Total for Partners** | **1,146.40** | | **$836,872.00** |
| | | | |
| Chantel L. Febus | 25.40 | $730 | $18,542.00 |
| Jordan B. Leader | 5.00 | $730 | $3,650.00 |
| **Total for Senior Counsel** | **30.40** | | **$22,192.00** |
| | | | |
| Alexandra V. Bargoot | 12.80 | $730 | $9,344.00 |
| Chris Theodoridis | 17.50 | $730 | $12,775.00 |
| Daniel Desatnik | 1.20 | $730 | $876.00 |
| Ehud Barak | 7.60 | $730 | $5,548.00 |
| Jennifer L. Roche | 2.10 | $730 | $1,533.00 |
| Jeramy Webb | 20.00 | $730 | $14,600.00 |
| John E. Roberts | 58.60 | $730 | $42,778.00 |
| Laura Stafford | 226.00 | $730 | $164,980.00 |
| Maja Zerjal | 5.90 | $730 | $4,307.00 |
| Matthew I. Rochman | 282.20 | $730 | $206,006.00 |
| Matthew J. Morris | 289.60 | $730 | $211,408.00 |
| Melissa DiGrande | 17.20 | $730 | $6,796.00 |
| Michael R. Hackett | 96.30 | $730 | $70,299.00 |
| Seth D. Fier | 45.00 | $730 | $32,850.00 |
| Vincent Indelicato | 1.80 | $730 | $1,314.00 |
| William D. Dalsen | 108.80 | $730 | $79,424.00 |
| **Total for Associates** | **1,192.60** | | **$864,838.00** |
| | | | |
| Lucy Wolf | 1.00 | $250 | $250.00 |
| Zachary Chalett | 24.70 | $250 | $6,175.00 |
| **Total for Law Clerks** | **25.70** | | **$6,425.00** |

FOMB
PROMESA TITLE III: HTA

| | | | |
|---|---|---|---|
| Angelo Monforte | 2.80 | $250 | $700.00 |
| Lawrence T. Silvestro | 8.10 | $250 | $2,025.00 |
| Selena F. Williams | 1.50 | $250 | $375.00 |
| Shealeen E. Schaefer | 1.60 | $250 | $400.00 |
| Tayler M. Sherman | 10.00 | $250 | $2,500.00 |
| **Total for Paraprofessionals** | **24.00** | | **$6,000.00** |
| | | | |
| **Professional Fees** | **2,419.10** | | **$1,736,327.00** |
| | | | |
| **Total for This Matter** | | | **$1,736,327.00** |

FOMB
PROMESA TITLE III: HTA

**Documents Filed on Behalf of the Board (Puerto Rico)– 206**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bradley R. Bobroff | 9.50 | $730 | $6,935.00 |
| Martin J. Bienenstock | 4.40 | $730 | $3,212.00 |
| Timothy W. Mungovan | 4.10 | $730 | $2,993.00 |
| **Total for Partners** | **18.00** | | **$13,140.00** |
| **Professional Fees** | **18.00** | | **$13,140.00** |
| **Total for This Matter** | | | **$13,140.00** |

FOMB
PROMESA TITLE III: HTA

## Non-Board Court Filings – 207

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bradley R. Bobroff | 51.80 | $730 | $37,814.00 |
| Guy Brenner | 1.10 | $730 | $803.00 |
| Jonathan E. Richman | 15.20 | $730 | $11,096.00 |
| Keisha-Ann G. Gray | 9.40 | $730 | $6,862.00 |
| Kevin J. Perra | 4.70 | $730 | $3,431.00 |
| Lary Alan Rappaport | 20.50 | $730 | $14,965.00 |
| Margaret A. Dale | 1.00 | $730 | $730.00 |
| Martin J. Bienenstock | 3.80 | $730 | $2,774.00 |
| Michael A. Firestein | 21.80 | $730 | $15,914.00 |
| Paul V. Possinger | 17.20 | $730 | $12,556.00 |
| Ralph C. Ferrara | 2.50 | $730 | $1,825.00 |
| Stephen L. Ratner | 22.20 | $730 | $16,206.00 |
| Steven O. Weise | 16.90 | $730 | $12,337.00 |
| Timothy W. Mungovan | 56.70 | $730 | $41,391.00 |
| **Total for Partners** | **244.80** | | **$178,704.00** |
| | | | |
| Chantel L. Febus | 7.50 | $730 | $5,475.00 |
| Jordan B. Leader | 0.20 | $730 | $146.00 |
| **Total for Senior Counsel** | **7.70** | | **$5,621.00** |
| | | | |
| Alexandra K. Skellet | 1.70 | $730 | $1,241.00 |
| Alexandra V. Bargoot | 4.80 | $730 | $3,504.00 |
| Chris Theodoridis | 1.80 | $730 | $1,314.00 |
| Daniel Desatnik | 1.40 | $730 | $1,022.00 |
| Ehud Barak | 4.10 | $730 | $2,993.00 |
| Jennifer L. Roche | 0.40 | $730 | $292.00 |
| Jeramy Webb | 3.10 | $730 | $2,263.00 |
| John E. Roberts | 1.80 | $730 | $1,314.00 |
| Laura Stafford | 26.70 | $730 | $19,491.00 |
| Matthew I. Rochman | 31.30 | $730 | $22,849.00 |
| Matthew J. Morris | 23.30 | $730 | $17,009.00 |
| Melissa DiGrande | 9.80 | $730 | $2,690.00 |
| Michael R. Hackett | 14.10 | $730 | $10,293.00 |
| Seth D. Fier | 4.40 | $730 | $3,212.00 |
| Vincent Indelicato | 0.70 | $730 | $511.00 |
| William D. Dalsen | 2.40 | $730 | $1,752.00 |
| **Total for Associates** | **131.80** | | **$91,750.00** |
| | | | |
| Zachary Chalett | 6.10 | $250 | $1,525.00 |
| **Total for Law Clerks** | **6.10** | | **$1,525.00** |

FOMB
PROMESA TITLE III: HTA

| | | | |
|---|---|---|---|
| Angelo Monforte | 5.90 | $250 | $1,475.00 |
| Lawrence T. Silvestro | 0.70 | $250 | $175.00 |
| Olga A. Golinder | 0.40 | $250 | $100.00 |
| Shealeen E. Schaefer | 0.30 | $250 | $75.00 |
| **Total for Paraprofessionals** | **7.30** | | **$1,825.00** |
| **Professional Fees** | **397.70** | | **$279,425.00** |
| **Total for This Matter** | | | **$279,425.00** |

FOMB
PROMESA TITLE III: HTA

**Non-Board Court Filings (Puerto Rico) – 207**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Stephen L. Ratner | 1.90 | $730 | $1,387.00 |
| **Total for Partners** | **1.90** | | **$1,387.00** |
| **Professional Fees** | **1.90** | | **$1,387.00** |
| **Total for This Matter** | | | **$1,387.00** |

FOMB
PROMESA TITLE III: HTA

**Stay Matters – 208**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Lary Alan Rappaport | 11.20 | $730 | $8,176.00 |
| Paul V. Possinger | 2.50 | $730 | $1,825.00 |
| Stephen L. Ratner | 2.00 | $730 | $1,460.00 |
| Timothy W. Mungovan | 1.80 | $730 | $1,314.00 |
| **Total for Partners** | **17.50** | | **$12,775.00** |
| | | | |
| Daniel Desatnik | 0.30 | $730 | $219.00 |
| Jessica Z. Greenburg | 1.60 | $730 | $1,168.00 |
| **Total for Associates** | **1.90** | | **$1,387.00** |
| | | | |
| **Professional Fees** | **19.40** | | **$14,162.00** |
| | | | |
| **Total for This Matter** | | | **$14,162.00** |

FOMB
PROMESA TITLE III: HTA

**Adversary Proceeding – 209**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Bradley R. Bobroff | 122.30 | $730 | $89,279.00 |
| Jonathan E. Richman | 2.80 | $730 | $2,044.00 |
| Lary Alan Rappaport | 63.40 | $730 | $46,282.00 |
| Margaret A. Dale | 4.10 | $730 | $2,993.00 |
| Michael A. Firestein | 65.80 | $730 | $48,034.00 |
| Paul V. Possinger | 0.80 | $730 | $584.00 |
| Stephen L. Ratner | 3.90 | $730 | $2,847.00 |
| Steven O. Weise | 1.50 | $730 | $1,095.00 |
| Timothy W. Mungovan | 56.20 | $730 | $41,026.00 |
| **Total for Partners** | **320.80** | | **$234,184.00** |
| | | | |
| Jordan B. Leader | 16.20 | $730 | $11,826.00 |
| **Total for Senior Counsel** | **16.20** | | **$11,826.00** |
| | | | |
| Alexandra V. Bargoot | 13.80 | $730 | $10,074.00 |
| Chris Theodoridis | 0.20 | $730 | $146.00 |
| Ehud Barak | 2.30 | $730 | $1,679.00 |
| Jennifer L. Roche | 0.50 | $730 | $365.00 |
| Jeramy Webb | 1.40 | $730 | $1,022.00 |
| Laura Stafford | 72.40 | $730 | $52,852.00 |
| Maja Zerjal | 2.60 | $730 | $1,898.00 |
| Matthew I. Rochman | 73.30 | $730 | $53,509.00 |
| Matthew J. Morris | 28.20 | $730 | $20,586.00 |
| Melissa DiGrande | 12.80 | $730 | $7,136.00 |
| Seth D. Fier | 50.80 | $730 | $37,084.00 |
| **Total for Associates** | **258.30** | | **$186,351.00** |
| | | | |
| Angelo Monforte | 6.00 | $250 | $1,500.00 |
| Eamon Wizner | 18.10 | $250 | $4,525.00 |
| Henry S. Finkelstein | 3.20 | $250 | $800.00 |
| Lawrence T. Silvestro | 14.40 | $250 | $3,600.00 |
| Olga A. Golinder | 0.50 | $250 | $125.00 |
| Selena F. Williams | 23.60 | $250 | $5,900.00 |
| Shealeen E. Schaefer | 8.90 | $250 | $2,225.00 |
| Tayler M. Sherman | 2.80 | $250 | $700.00 |
| **Total for Paraprofessionals** | **77.50** | | **$19,375.00** |
| | | | |
| Michael J. Winkelspecht | 1.10 | $250 | $275.00 |
| Michael R.D. Cooper | 0.30 | $250 | $75.00 |
| Rachael Hope Moller | 3.40 | $250 | $850.00 |
| Sherri Cupplo | 1.20 | $250 | $300.00 |

FOMB
PROMESA TITLE III: HTA

| | | |
|---|---|---|
| **Total for Practice Support** | **6.00** | **$1,500.00** |
| **Professional Fees** | **678.80** | **$453,236.00** |
| **Total for This Matter** | | **$435,236.00** |

FOMB
PROMESA TITLE III: HTA

**Adversary Proceeding (Puerto Rico) – 209**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bradley R. Bobroff | 28.20 | $730 | $20,586.00 |
| **Total for Partners** | **28.20** | | **$20,586.00** |
| **Professional Fees** | **28.20** | | **$20,586.00** |
| **Total for This Matter** | | | **$20,586.00** |

FOMB
PROMESA TITLE III: HTA

**Analysis and Strategy – 210**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Bradley R. Bobroff | 122.80 | $730 | $89,644.00 |
| Jeffrey W. Levitan | 0.50 | $730 | $365.00 |
| John E. Failla | 13.40 | $730 | $9,782.00 |
| Jonathan E. Richman | 6.50 | $730 | $4,745.00 |
| Keisha-Ann G. Gray | 0.80 | $730 | $584.00 |
| Lary Alan Rappaport | 177.70 | $730 | $129,721.00 |
| Margaret A. Dale | 3.60 | $730 | $2,628.00 |
| Mark Harris | 0.70 | $730 | $511.00 |
| Martin J. Bienenstock | 1.80 | $730 | $1,314.00 |
| Michael A. Firestein | 85.30 | $730 | $62,269.00 |
| Paul V. Possinger | 18.20 | $730 | $13,286.00 |
| Ralph C. Ferrara | 0.90 | $730 | $657.00 |
| Stephen L. Ratner | 37.20 | $730 | $27,156.00 |
| Steven O. Weise | 7.60 | $730 | $5,548.00 |
| Timothy W. Mungovan | 62.80 | $730 | $45,844.00 |
| **Total for Partners** | **539.80** | | **$394,054.00** |
| | | | |
| Chantel L. Febus | 3.30 | $730 | $2,409.00 |
| Jordan B. Leader | 1.40 | $730 | $1,022.00 |
| Nathan R. Lander | 1.00 | $730 | $730.00 |
| **Total for Senior Counsel** | **5.70** | | **$4,161.00** |
| | | | |
| Alexandra V. Bargoot | 5.00 | $730 | $3,650.00 |
| Chris Theodoridis | 0.30 | $730 | $219.00 |
| Courtney M. Bowman | 0.20 | $730 | $146.00 |
| Daniel Desatnik | 10.00 | $730 | $7,300.00 |
| Ehud Barak | 1.80 | $730 | $1,314.00 |
| Jennifer L. Roche | 0.10 | $730 | $73.00 |
| Jeramy Webb | 4.90 | $730 | $3,577.00 |
| John E. Roberts | 1.00 | $730 | $730.00 |
| Joshua A. Esses | 0.50 | $730 | $365.00 |
| Laura Stafford | 9.60 | $730 | $7,008.00 |
| Maja Zerjal | 0.50 | $730 | $365.00 |
| Matthew I. Rochman | 26.90 | $730 | $19,637.00 |
| Matthew J. Morris | 2.10 | $730 | $1,533.00 |
| Mee R. Kim | 1.50 | $730 | $1,095.00 |
| Melissa DiGrande | 10.10 | $730 | $5,165.00 |
| Michael R. Hackett | 8.10 | $730 | $5,913.00 |
| Seth D. Fier | 5.80 | $730 | $4,234.00 |
| William Majeski | 0.40 | $730 | $292.00 |
| William D. Dalsen | 3.30 | $730 | $2,409.00 |

FOMB
PROMESA TITLE III: HTA

| | | | |
|---|---|---|---|
| **Total for Associates** | **92.10** | | **$65,02500** |
| Zachary Chalett | 1.00 | $250 | $250.00 |
| **Total for Law Clerks** | **1.00** | | **$250.00** |
| Shealeen E. Schaefer | 0.60 | $250 | $150.00 |
| **Total for Paraprofessionals** | **0.60** | | **$150.00** |
| Michael J. Winkelspecht | 0.40 | $250 | $100.00 |
| **Total for Practice Support** | **0.40** | | **$100.00** |
| **Professional Fees** | **639.60** | | **$463,740.00** |
| **Total for This Matter** | | | **$463,740.00** |

FOMB
PROMESA TITLE III: HTA

**Analysis and Strategy (Puerto Rico) – 210**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lary Alan Rappaport | 1.50 | $730 | $1,095.00 |
| Stephen L. Ratner | 3.90 | $730 | $2,847.00 |
| Timothy W. Mungovan | 1.50 | $730 | $1,095.00 |
| **Total for Partners** | **6.90** | | **$5,037.00** |
| **Professional Fees** | **6.90** | | **$5,037.00** |
| **Total for This Matter** | | | **$5,037.00** |

FOMB
PROMESA TITLE III: HTA

**Non-Working Travel Time – 211**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lary Alan Rappaport | 12.50 | $730 | $9,125.00 |
| Michael A. Firestein | 3.00 | $730 | $2,190.00 |
| Timothy W. Mungovan | 1.20 | $730 | $876.00 |
| **Total for Partners** | **16.70** | | **$12,191.00** |
| | | | |
| Laura Stafford | 2.00 | $730 | $1,460.00 |
| **Total for Associates** | **2.00** | | **$1,460.00** |
| **Professional Fees** | **18.70** | | **$13,651.00** |
| **Total for This Matter** | | | **$13,651.00** |

FOMB
PROMESA TITLE III: HTA

**Non-Working Travel Time (Puerto Rico) – 211**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Lary Alan Rappaport | 6.30 | $730 | $4,599.00 |
| Martin J. Bienenstock | 0.70 | $730 | $511.00 |
| Timothy W. Mungovan | 0.60 | $730 | $438.00 |
| **Total for Partners** | **7.60** | | **$5,548.00** |
| **Professional Fees** | **7.60** | | **$5,548.00** |
| **Total for This Matter** | | | **$5,548.00** |

FOMB
PROMESA TITLE III: HTA

## General Administration – 212

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Lary Alan Rappaport | 0.20 | $730 | $146.00 |
| Margaret A. Dale | 1.10 | $730 | $803.00 |
| Michael A. Firestein | 0.60 | $730 | $438.00 |
| Paul V. Possinger | 0.90 | $730 | $657.00 |
| Timothy W. Mungovan | 0.80 | $730 | $584.00 |
| **Total for Partners** | **3.60** | | **$2,628.00** |
| | | | |
| Daniel Desatnik | 0.50 | $730 | $365.00 |
| Ehud Barak | 2.50 | $730 | $1,825.00 |
| Jeramy Webb | 0.20 | $730 | $146.00 |
| Laura Stafford | 18.60 | $730 | $13,578.00 |
| Matthew J. Morris | 1.30 | $730 | $949.00 |
| Melissa DiGrande | 9.80 | $730 | $4,898.00 |
| **Total for Associates** | **32.90** | | **$21,761.00** |
| | | | |
| Angelo Monforte | 37.00 | $250 | $9,250.00 |
| Casey Quinn | 15.40 | $250 | $3,850.00 |
| Chelsea Turiano | 7.60 | $250 | $1,900.00 |
| Eamon Wizner | 35.60 | $250 | $8,900.00 |
| Evelyn Rodriguez | 6.30 | $250 | $1,575.00 |
| Hannah Silverman | 1.00 | $250 | $250.00 |
| Henry S. Finkelstein | 7.10 | $250 | $1,775.00 |
| Lawrence T. Silvestro | 46.50 | $250 | $11,625.00 |
| Magali Giddens | 3.10 | $250 | $775.00 |
| Margaret Lederer | 0.80 | $250 | $200.00 |
| Olga A. Golinder | 19.00 | $250 | $4,750.00 |
| Selena F. Williams | 19.50 | $250 | $4,875.00 |
| Shealeen E. Schaefer | 62.50 | $250 | $15,625.00 |
| Tayler M. Sherman | 18.30 | $250 | $4,575.00 |
| Tiffany Miller | 13.00 | $250 | $3,250.00 |
| **Total for Paraprofessionals** | **292.70** | | **$73,175.00** |
| | | | |
| Deborah E. Pitter | 0.80 | $250 | $200.00 |
| Judy Lavine | 0.70 | $250 | $175.00 |
| Megan T. D'Errico | 0.20 | $250 | $50.00 |
| Rachael Hope Moller | 1.30 | $250 | $325.00 |
| **Total for Library** | **3.00** | | **$750.00** |
| | | | |
| Michael J. Winkelspecht | 4.70 | $250 | $1,175.00 |
| New Klebanoff | 11.70 | $250 | $2,925.00 |
| **Total for Practice Support** | **16.40** | | **$4,100.00** |

FOMB
PROMESA TITLE III: HTA

| | | |
|---|---|---|
| **Professional Fees** | **348.60** | **$102,414.00** |
| **Total for This Matter** | | **$102,414.00** |

FOMB
PROMESA TITLE III: HTA

**Employment and Fee Applications – 218**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Natasha Petrov | 2.20 | $250 | $550.00 |
| **Total for Paraprofessionals** | **2.20** | | **$550.00** |
| **Professional Fees** | **2.20** | | **$550.00** |
| **Total for This Matter** | | | **$550.00** |

FOMB
PROMESA TITLE III: HTA

**Appeal – 219**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Bradley R. Bobroff | 3.20 | $730 | $2,336.00 |
| Lary Alan Rappaport | 13.90 | $730 | $10,147.00 |
| Michael A. Firestein | 22.40 | $730 | $16,352.00 |
| Stephen L. Ratner | 1.80 | $730 | $1,314.00 |
| Timothy W. Mungovan | 6.40 | $730 | $4,672.00 |
| **Total for Partners** | **47.70** | | **$34,821.00** |
| | | | |
| Alexandra K. Skellet | 0.60 | $730 | $438.00 |
| Jennifer L. Roche | 0.20 | $730 | $146.00 |
| Laura Stafford | 4.30 | $730 | $3,139.00 |
| Matthew I. Rochman | 65.20 | $730 | $47,596.00 |
| Seth D. Fier | 0.50 | $730 | $365.00 |
| **Total for Associates** | **70.80** | | **$51,684.00** |
| | | | |
| Angelo Monforte | 1.70 | $250 | $425.00 |
| Lawrence T. Silvestro | 5.20 | $250 | $1,300.00 |
| Olga A. Golinder | 2.80 | $250 | $700.00 |
| Tiffany Miller | 1.20 | $250 | $300.00 |
| **Total for Paraprofessionals** | **10.90** | | **$2,725.00** |
| | | | |
| **Professional Fees** | **129.40** | | **$89,230.00** |
| | | | |
| **Total for This Matter** | | | **$89,230.00** |