## Exhibit D

**Budget Plan**

## <u>Exhibit D-1</u>

**Budget Plan for the Period of May 21, 2017 through May 31, 2017**

| PROJECT CATEGORY | TASK CODE | MAY | | MAY | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 5 - 10 | $3,650 - $7,300 | 8.10 | $5,913.00 |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants (Work Done in Puerto Rico) | 201 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal Research | 202 | 100 - 120 | $73,000 - $87,600 | 108.40 | $74,812.00 |
| Legal Research (Work Done in Puerto Rico) | 202 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Hearings and other non-filed communications with the Court | 203 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Hearings and other non-filed communications with the Court (Work Done in Puerto Rico) | 203 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with Claimholders | 204 | 5 - 10 | $3,650 - $7,300 | 10.80 | $7,884.00 |
| Communications with Claimholders (Work Done in Puerto Rico) | 204 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 5 - 10 | $3,650 - $7,300 | 10.00 | $7,300.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Work Done in Puerto Rico) | 205 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | MAY | | MAY | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Documents Filed on Behalf of the Board | 206 | 150 - 200 | $109,500 - $146,000 | 177.40 | $118,030.00 |
| Documents Filed on Behalf of the Board (Work Done in Puerto Rico) | 206 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Board Court Filings | 207 | 20 - 40 | $14,600 - $29,200 | 21.90 | $13,683.00 |
| Non-Board Court Filings (Work Done in Puerto Rico) | 207 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Stay Matters | 208 | 10 - 20 | $7,300 - $14,600 | 14.60 | $10,658.00 |
| Stay Matters (Work Done in Puerto Rico) | 208 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 0 - 5 | $0 - $3,650 | 2.70 | $1,347.00 |
| Adversary Proceeding (Work Done in Puerto Rico) | 209 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Analysis and Strategy | 210 | 60 - 80 | $43,800 - $58,400 | 73.80 | $53,874.00 |
| Analysis and Strategy (Work Done in Puerto Rico) | 210 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Working Travel Time | 211 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Working Travel Time (Work Done in Puerto Rico) | 211 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| General Administration | 212 | 0 - 5 | $0 - $3,650 | 2.20 | $550.00 |
| General Administration (Work Done in Puerto Rico) | 212 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Labor, Pension Matters | 213 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | MAY | | MAY | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Labor, Pension Matters (Work Done in Puerto Rico) | 213 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters (Work Done in Puerto Rico) | 214 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement (Work Done in Puerto Rico) | 215 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation | 216 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation (Work Done in Puerto Rico) | 216 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax | 217 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax (Work Done in Puerto Rico) | 217 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications | 218 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications (Work Done in Puerto Rico) | 218 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal | 219 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal (Work Done in Puerto Rico) | 219 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| | TOTALS | 355 - 635 | $259,150 - $463,550 | 429.90 | $294,051.00 |

4

## **Exhibit D-2**

**Budget Plan for the Period of June 1, 2017 through June 31, 2017**

| PROJECT CATEGORY | TASK CODE | JUNE | | JUNE | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 80 - 120 | $58,400 - $87,600 | 99.30 | $71,529.00 |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants (Work Done in Puerto Rico) | 201 (PR) | 0 - 5 | $0 - $3,650 | 1.90 | $1,387.00 |
| Legal Research | 202 | 300 - 350 | $219,000 - $255,500 | 327.70 | $232,933.00 |
| Legal Research (Work Done in Puerto Rico) | 202 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Hearings and other non-filed communications with the Court | 203 | 40 - 60 | $29,200 - $43,800 | 62.50 | $41,737.00 |
| Hearings and other non-filed communications with the Court (Work Done in Puerto Rico) | 203 (PR) | 5 - 10 | $3,650 - $7,300 | 7.20 | $5,256.00 |
| Communications with Claimholders | 204 | 80 - 120 | $58,400 - $87,600 | 94.30 | $68,839.00 |
| Communications with Claimholders (Work Done in Puerto Rico) | 204 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 20 - 40 | $14,600 - $29,200 | 27.60 | $20,148.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Work Done in Puerto Rico) | 205 (PR) | 0 - 5 | $0 - $3,650 | 2.80 | $2,044.00 |

6

| PROJECT CATEGORY | TASK CODE | JUNE | | JUNE | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Documents Filed on Behalf of the Board | 206 | 750 - 800 | $547,500 - $584,000 | 760.60 | $546,598.00 |
| Documents Filed on Behalf of the Board (Work Done in Puerto Rico) | 206 (PR) | 0 - 5 | $0 - $3,650 | 2.50 | $1,825.00 |
| Non-Board Court Filings | 207 | 150 - 200 | $109,500 - $146,000 | 172.20 | $117,786.00 |
| Non-Board Court Filings (Work Done in Puerto Rico) | 207 (PR) | 0 - 5 | $0 - $3,650 | 1.90 | $1,387.00 |
| Stay Matters | 208 | 0 - 5 | $0 - $3,650 | 1.60 | $1,168.00 |
| Stay Matters (Work Done in Puerto Rico) | 208 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 100 - 120 | $73,000 - $87,600 | 108.50 | $75,893.00 |
| Adversary Proceeding (Work Done in Puerto Rico) | 209 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Analysis and Strategy | 210 | 270 - 320 | $197,100 - $233,600 | 281.20 | $202,300.00 |
| Analysis and Strategy (Work Done in Puerto Rico) | 210 (PR) | 0 - 5 | $0 - $3,650 | 4.50 | $3,285.00 |
| Non-Working Travel Time | 211 | 5 - 10 | $3,650 - $7,300 | 7.70 | $5,621.00 |
| Non-Working Travel Time (Work Done in Puerto Rico) | 211 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| General Administration | 212 | 40 - 60 | $29,200 - $43,800 | 64.30 | $22,315.00 |
| General Administration (Work Done in Puerto Rico) | 212 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Labor, Pension Matters | 213 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | JUNE | | JUNE | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Labor, Pension Matters (Work Done in Puerto Rico) | 213 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters (Work Done in Puerto Rico) | 214 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement (Work Done in Puerto Rico) | 215 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation | 216 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation (Work Done in Puerto Rico) | 216 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax | 217 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax (Work Done in Puerto Rico) | 217 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications | 218 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications (Work Done in Puerto Rico) | 218 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal | 219 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal (Work Done in Puerto Rico) | 219 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| | TOTALS | 1,840 – 2,340 | $1,343,200 - $1,708,200 | 2,028.30 | $1,422,051.00 |

8

## **Exhibit D-3**

**Budget Plan for the Period of July 1, 2017 through July 31, 2017**

| PROJECT CATEGORY | TASK CODE | JULY | | JULY | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 40 - 60 | $29,200 - $43,800 | 48.20 | $35,186.00 |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants (Work Done in Puerto Rico) | 201 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal Research | 202 | 150 - 200 | $109,500 - $146,000 | 161.20 | $117,676.00 |
| Legal Research (Work Done in Puerto Rico) | 202 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Hearings and other non-filed communications with the Court | 203 | 150 - 200 | $109,500 - $146,000 | 176.70 | $115,743.00 |
| Hearings and other non-filed communications with the Court (Work Done in Puerto Rico) | 203 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with Claimholders | 204 | 20 - 40 | $14,600 - $29,200 | 34.70 | $25,331.00 |
| Communications with Claimholders (Work Done in Puerto Rico) | 204 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 80 - 100 | $58,400 - $73,000 | 88.50 | $64,605.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Work Done in Puerto Rico) | 205 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | JULY | | JULY | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Documents Filed on Behalf of the Board | 206 | 950 -1,000 | $693,500 - $730,000 | 1,095.00 | $791,046.00 |
| Documents Filed on Behalf of the Board (Work Done in Puerto Rico) | 206 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Board Court Filings | 207 | 100 - 150 | $73,000 - $109,500 | 109.40 | $79,718.00 |
| Non-Board Court Filings (Work Done in Puerto Rico) | 207 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Stay Matters | 208 | 0 - 5 | $0 - $3,650 | 1.70 | $1,241.00 |
| Stay Matters (Work Done in Puerto Rico) | 208 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 300 - 350 | $219,00 - $255,500 | 348.20 | $233,450.00 |
| Adversary Proceeding (Work Done in Puerto Rico) | 209 (PR) | 20 - 40 | $14,600 - $29,200 | 28.20 | $20,586.00 |
| Analysis and Strategy | 210 | 200 - 250 | $146,000 - $182,500 | 216.30 | $157,707.00 |
| Analysis and Strategy (Work Done in Puerto Rico) | 210 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Working Travel Time | 211 | 5 - 10 | $3,650 - $7,300 | 11.00 | $8,030.00 |
| Non-Working Travel Time (Work Done in Puerto Rico) | 211 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| General Administration | 212 | 160 - 180 | $116,800 - $131,400 | 186.10 | $54,157.00 |
| General Administration (Work Done in Puerto Rico) | 212 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Labor, Pension Matters | 213 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

11

| PROJECT CATEGORY | TASK CODE | JULY | | JULY | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Labor, Pension Matters (Work Done in Puerto Rico) | 213 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters (Work Done in Puerto Rico) | 214 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement (Work Done in Puerto Rico) | 215 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation | 216 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation (Work Done in Puerto Rico) | 216 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax | 217 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax (Work Done in Puerto Rico) | 217 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications | 218 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications (Work Done in Puerto Rico) | 218 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal | 219 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal (Work Done in Puerto Rico) | 219 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| | TOTALS | 2,175 – 2,710 | $1,587,750 - $1,978,300 | 2,505.20 | $1,704,476.00 |

12

## **Exhibit D-4**

**Budget Plan for the Period of August 1, 2017 through August 31, 2017**

| PROJECT CATEGORY | TASK CODE | AUGUST | | AUGUST | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 5 - 10 | $3,650 - $7,300 | 3.40 | $2,482.00 |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants (Work Done in Puerto Rico) | 201 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal Research | 202 | 5 - 10 | $3,650 - $7,300 | 6.20 | $3,950.00 |
| Legal Research (Work Done in Puerto Rico) | 202 (PR) | 0 - 5 | $0 - $3,650 | 2.90 | $2,117.00 |
| Hearings and other non-filed communications with the Court | 203 | 270 - 320 | $197,100 - $233,600 | 304.70 | $194,591.00 |
| Hearings and other non-filed communications with the Court (Work Done in Puerto Rico) | 203 (PR) | 140 - 180 | $102,200 - $131,400 | 148.00 | $108,040.00 |
| Communications with Claimholders | 204 | 10 - 20 | $7,300 - $14,600 | 13.90 | $10,147.00 |
| Communications with Claimholders (Work Done in Puerto Rico) | 204 (PR) | 0 - 5 | $0 - $3,650 | 3.10 | $2,263.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 10 - 20 | $7,300 - $14,600 | 11.40 | $8,322.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Work Done in Puerto Rico) | 205 (PR) | 0 - 5 | $0 - $3,650 | 0.50 | $365.00 |

14

| PROJECT CATEGORY | TASK CODE | AUGUST | | AUGUST | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Documents Filed on Behalf of the Board | 206 | 150 - 200 | $109,500 - $146,000 | 178.30 | $130,159.00 |
| Documents Filed on Behalf of the Board (Work Done in Puerto Rico) | 206 (PR) | 10 - 20 | $7,300 - $14,600 | 15.50 | $11,315.00 |
| Non-Board Court Filings | 207 | 20 - 40 | $14,600 - $29,200 | 37.40 | $26,774.00 |
| Non-Board Court Filings (Work Done in Puerto Rico) | 207 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Stay Matters | 208 | 0 - 5 | $0 - $3,650 | 1.20 | $876.00 |
| Stay Matters (Work Done in Puerto Rico) | 208 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 170 - 220 | $124,100 - $160,600 | 211.50 | $137,067.00 |
| Adversary Proceeding (Work Done in Puerto Rico) | 209 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Analysis and Strategy | 210 | 20 - 40 | $14,600 - $29,200 | 19.50 | $14,235.00 |
| Analysis and Strategy (Work Done in Puerto Rico) | 210 (PR) | 0 - 5 | $0 - $3,650 | 2.40 | $1,752.00 |
| Non-Working Travel Time | 211 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Working Travel Time (Work Done in Puerto Rico) | 211 (PR) | 5 - 10 | $3,650 - $7,300 | 7.60 | $5,548.00 |
| General Administration | 212 | 60 - 80 | $43,800 - $58,400 | 85.80 | $21,546.00 |
| General Administration (Work Done in Puerto Rico) | 212 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Labor, Pension Matters | 213 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | AUGUST | | AUGUST | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Labor, Pension Matters (Work Done in Puerto Rico) | 213 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters (Work Done in Puerto Rico) | 214 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement (Work Done in Puerto Rico) | 215 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation | 216 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation (Work Done in Puerto Rico) | 216 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax | 217 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax (Work Done in Puerto Rico) | 217 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications | 218 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications (Work Done in Puerto Rico) | 218 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal | 219 | 80 - 100 | $58,400 - $73,000 | 99.80 | $68,966.00 |
| Appeal (Work Done in Puerto Rico) | 219 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| | TOTALS | 955 – 1,390 | $697,150 - $1,014,700 | 1,153.10 | $750,515.00 |

16

## Exhibit D-5

**Budget Plan for the Period of September 1, 2017 through September 30, 2017**

| PROJECT CATEGORY | TASK CODE | SEPTEMBER | | SEPTEMBER | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 201 | 5 - 10 | $3,650 - $7,300 | 3.20 | $2,336.00 |
| Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants (Work Done in Puerto Rico) | 201 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal Research | 202 | 50 - 70 | $36,500 - $51,100 | 54.30 | $39,639.00 |
| Legal Research (Work Done in Puerto Rico) | 202 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Hearings and other non-filed communications with the Court | 203 | 0 - 5 | $0 - $3,650 | 2.40 | $1,752.00 |
| Hearings and other non-filed communications with the Court (Work Done in Puerto Rico) | 203 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with Claimholders | 204 | 5 - 10 | $3,650 - $7,300 | 6.00 | $4,380.00 |
| Communications with Claimholders (Work Done in Puerto Rico) | 204 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 205 | 5 - 10 | $3,650 - $7,300 | 9.10 | $6,643.00 |
| Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Work Done in Puerto Rico) | 205 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | SEPTEMBER | | SEPTEMBER | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Documents Filed on Behalf of the Board | 206 | 170 - 220 | $124,100 - $160,600 | 207.80 | $150,494.00 |
| Documents Filed on Behalf of the Board (Work Done in Puerto Rico) | 206 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Board Court Filings | 207 | 50 - 70 | $36,500 - $51,100 | 56.80 | $41,464.00 |
| Non-Board Court Filings (Work Done in Puerto Rico) | 207 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Stay Matters | 208 | 0 - 5 | $0 - $3,650 | 0.30 | $219.00 |
| Stay Matters (Work Done in Puerto Rico) | 208 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Adversary Proceeding | 209 | 10 - 20 | $7,300 - $14,600 | 7.90 | $5,479.00 |
| Adversary Proceeding (Work Done in Puerto Rico) | 209 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Analysis and Strategy | 210 | 40 - 60 | $29,200 - $43,800 | 48.80 | $35,624.00 |
| Analysis and Strategy (Work Done in Puerto Rico) | 210 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Working Travel Time | 211 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Non-Working Travel Time (Work Done in Puerto Rico) | 211 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| General Administration | 212 | 10 - 20 | $3,500 - $7,000 | 10.20 | $3,846.00 |
| General Administration (Work Done in Puerto Rico) | 212 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Labor, Pension Matters | 213 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |

| PROJECT CATEGORY | TASK CODE | SEPTEMBER | | SEPTEMBER | |
|---|---|---|---|---|---|
| | | EST. HOURS | EST. FEES | HOURS BILLED | FEES SOUGHT |
| Labor, Pension Matters (Work Done in Puerto Rico) | 213 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters | 214 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Legal/ Regulatory Matters (Work Done in Puerto Rico) | 214 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement | 215 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Plan of Adjustment and Disclosure Statement (Work Done in Puerto Rico) | 215 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation | 216 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Confirmation (Work Done in Puerto Rico) | 216 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax | 217 | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Tax (Work Done in Puerto Rico) | 217 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Employment and Fee Applications | 218 | 0 - 5 | $0 - $3,650 | 2.20 | $550.00 |
| Employment and Fee Applications (Work Done in Puerto Rico) | 218 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| Appeal | 219 | 20 - 40 | $14,600 - $29,200 | 29.60 | $20,264.00 |
| Appeal (Work Done in Puerto Rico) | 219 (PR) | 0 - 5 | $0 - $3,650 | 0.00 | $0.00 |
| TOTALS | | 365 – 670 | $266,450 – $489,100 | 438.60 | $312,690.00 |

## **Exhibit D-6**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**

| Category of Timekeeper[1] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[2] | Average Hourly Rate |
|---|---|---|
| Partners | 20 | $730 |
| Senior Counsel | 3 | $730 |
| Associates | 25 | $730 |
| Law Clerks | 3 | $250 |
| Paraprofessionals | 25 | $250 |

---

[1]  Attorney Practice Groups: Bankruptcy (11); Tax (1); Labor & Employment (3); Litigation (30); Corporate (3).

[2]  The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes.  The staffing plan currently includes attorneys from the Business Solutions, Governance, Restructuring & Bankruptcy Group ("BSGR&B"); Tax; Litigation; and Corporate practice groups.  The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA cases.