**<u>Exhibit C</u>**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: COMMONWEALTH

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ana Vermal | 1.70 | $730 | $1,241.00 |
| Ann M. Ashton | 3.50 | $730 | $2,555.00 |
| Gregg M. Mashberg | 0.60 | $730 | $438.00 |
| Guy Brenner | 5.90 | $730 | $4,307.00 |
| Jonathan E. Richman | 25.60 | $730 | $18,688.00 |
| Lary Alan Rappaport | 1.00 | $730 | $730.00 |
| Mark Harris | 11.00 | $730 | $8,030.00 |
| Martin J. Bienenstock | 10.10 | $730 | $7,373.00 |
| Michael A. Firestein | 15.00 | $730 | $10,950.00 |
| Paul V. Possinger | 15.80 | $730 | $11,534.00 |
| Ralph C. Ferrara | 10.10 | $730 | $7,373.00 |
| Stephen L. Ratner | 10.50 | $730 | $7,665.00 |
| Timothy W. Mungovan | 15.60 | $730 | $11,388.00 |
| **Total for Partners** | **126.40** | | **$184,526.00** |
| | | | |
| Chantel L. Febus | 7.80 | $730 | $5,694.00 |
| Jordan B. Leader | 1.60 | $730 | $1,168.00 |
| **Total for Senior Counsel** | **9.40** | | **$6,862.00** |
| | | | |
| Alexandra K. Skellet | 23.00 | $730 | $16,790.00 |
| Chris Theodoridis | 21.20 | $730 | $15,476.00 |
| Daniel Desatnik | 1.90 | $730 | $1,387.00 |
| Daniel W. Hendrick | 1.80 | $730 | $1,314.00 |
| Ehud Barak | 17.90 | $730 | $13,067.00 |
| Jennifer L. Roche | 0.30 | $730 | $219.00 |
| Jeramy Webb | 8.80 | $730 | $6,424.00 |
| Joshua A. Esses | 10.10 | $730 | $7,373.00 |
| Julia D. Alonzo | 2.50 | $730 | $1,825.00 |
| Lee C. Douthitt | 0.40 | $730 | $292.00 |
| Maja Zerjal | 17.90 | $730 | $13,067.00 |
| Matthew I. Rochman | 0.40 | $730 | $292.00 |
| William Majeski | 0.10 | $730 | $73.00 |
| William D. Dalsen | 9.10 | $730 | $6,643.00 |
| **Total for Associates** | **115.40** | | **$84,242.00** |
| | | | |
| Jason W. Joffe | 2.40 | $250 | $600.00 |
| Zachary Chalett | 0.70 | $250 | $175.00 |
| **Total for Law Clerks** | **3.10** | | **$775.00** |
| | | | |
| Michael J. Winkelspecht | 1.50 | $250 | $375.00 |
| **Total for Practice Support** | **1.50** | | **$375.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

| **Professional Fees** | 255.80 | $184,526.00 |
|---|---|---|
| **Total for This Matter** | | **$184,526.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants (Puerto Rico) – 201**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Martin J. Bienenstock | 0.70 | $730 | $511.00 |
| Paul V. Possinger | 1.00 | $730 | $730.00 |
| **Total for Partners** | **1.70** | | **$1,241.00** |
| **Professional Fees** | **1.70** | | **$1,241.00** |
| **Total for This Matter** | | | **$1,241.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Legal Research – 202**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 6.80 | $730 | $4,964.00 |
| Ann M. Ashton | 1.30 | $730 | $949.00 |
| Brian S. Rosen | 8.10 | $730 | $5,913.00 |
| Gregg M. Mashberg | 6.60 | $730 | $4,818.00 |
| Guy Brenner | 3.20 | $730 | $2,336.00 |
| Jonathan E. Richman | 47.60 | $730 | $34,748.00 |
| Keisha-Ann G. Gray | 4.60 | $730 | $3,358.00 |
| Kevin J. Perra | 13.10 | $730 | $9,563.00 |
| Lary Alan Rappaport | 7.20 | $730 | $5,256.00 |
| Margaret A. Dale | 1.10 | $730 | $803.00 |
| Martin J. Bienenstock | 18.20 | $730 | $13,286.00 |
| Michael A. Firestein | 47.60 | $730 | $34,748.00 |
| Paul V. Possinger | 2.00 | $730 | $1,460.00 |
| Peter D. Doyle | 12.10 | $730 | $8,833.00 |
| Philippa M. Bond | 1.50 | $730 | $1,095.00 |
| Ralph C. Ferrara | 1.40 | $730 | $1,022.00 |
| Scott A. Faust | 6.00 | $730 | $4,380.00 |
| Stephen L. Ratner | 1.60 | $730 | $1,168.00 |
| Steven O. Weise | 13.60 | $730 | $9,928.00 |
| Timothy W. Mungovan | 5.90 | $730 | $4,307.00 |
| **Total for Partners** | **209.50** | | **$152,935.00** |
| | | | |
| Chantel L. Febus | 38.10 | $730 | $27,813.00 |
| Jordan B. Leader | 20.00 | $730 | $14,600.00 |
| Nathan R. Lander | 1.30 | $730 | $949.00 |
| **Total for Senior Counsel** | **59.40** | | **$43,362.00** |
| | | | |
| Alexandra V. Bargoot | 97.20 | $730 | $70,956.00 |
| Amy L. Blackwood | 4.90 | $730 | $3,577.00 |
| Carl C. Forbes | 0.90 | $730 | $657.00 |
| Chris Theodoridis | 7.50 | $730 | $5,475.00 |
| Courtney M. Bowman | 15.00 | $730 | $10,950.00 |
| Daniel Desatnik | 20.10 | $730 | $14,673.00 |
| Daniel W. Hendrick | 16.70 | $730 | $12,191.00 |
| Ehud Barak | 15.00 | $730 | $10,950.00 |
| Jacki L. Anderson | 27.20 | $730 | $19,856.00 |
| Jared Zajac | 6.10 | $730 | $4,453.00 |
| Javier Barrera Gazcon | 2.80 | $730 | $2,044.00 |
| Jennifer L. Roche | 33.20 | $730 | $24,236.00 |
| Jeramy Webb | 47.30 | $730 | $34,529.00 |
| John E. Roberts | 4.00 | $730 | $2,920.00 |
| Joshua A. Esses | 21.80 | $730 | $15,914.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| Julia D. Alonzo | 15.60 | $730 | $11,388.00 |
| Kelly M. Curtis | 10.50 | $730 | $7,665.00 |
| Laura Stafford | 67.90 | $730 | $49,567.00 |
| Lee C. Douthitt | 7.40 | $730 | $5,402.00 |
| Maja Zerjal | 12.40 | $730 | $9,052.00 |
| Matthew I. Rochman | 1.30 | $730 | $949.00 |
| Matthew J. Morris | 8.30 | $730 | $6,059.00 |
| Mee R. Kim | 0.90 | $730 | $657.00 |
| Melissa DiGrande | 50.30 | $730 | $35,135.00 |
| Michael R. Hackett | 13.50 | $730 | $9,855.00 |
| Rachel O. Wolkinson | 2.70 | $730 | $1,971.00 |
| Rebecca J. Sivitz | 2.00 | $730 | $1,460.00 |
| Seth Fiur | 48.30 | $730 | $35,259.00 |
| Vincent Indelicato | 2.30 | $730 | $1,679.00 |
| William Majeski | 4.90 | $730 | $3,577.00 |
| William D. Dalsen | 9.30 | $730 | $6,789.00 |
| **Total for Associates** | **577.30** | | **$419,845.00** |
| | | | |
| Elliot R. Stevens | 12.30 | $250 | $3,075.00 |
| Jason W. Joffe | 2.50 | $250 | $625.00 |
| Lucy Wolf | 2.20 | $250 | $550.00 |
| Zachary Chalett | 134.60 | $250 | $33,650.00 |
| **Total for Law Clerks** | **151.60** | | **$37,900.00** |
| | | | |
| Evelyn Rodriguez | 0.40 | $250 | $100.00 |
| Magali Giddens | 1.20 | $250 | $300.00 |
| **Total for Paraprofessionals** | **1.60** | | **$400.00** |
| | | | |
| Carla J. Evans | 0.80 | $250 | $200.00 |
| Judy Lavine | 2.00 | $250 | $500.00 |
| Megan T. D'Errico | 2.10 | $250 | $525.00 |
| Rachael Hope Moller | 2.00 | $250 | $500.00 |
| **Total for Library** | **6.90** | | **$1,725.00** |
| | | | |
| **Professional Fees** | **1,006.30** | | **$656,167.00** |
| | | | |
| **Total for This Matter** | | | **$656,167.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Legal Research (Puerto Rico) – 202**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Martin J. Bienenstock | 4.60 | $730 | $3,358.00 |
| **Total for Partner** | **4.60** | | **$3,358.00** |
| | | | |
| **Professional Fees** | **4.60** | | **$3,358.00** |
| | | | |
| **Total for This Matter** | | | **$3,358.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ana Vermal | 2.70 | $730 | $1,971.00 |
| Ann M. Ashton | 8.60 | $730 | $6,278.00 |
| Jonathan E. Richman | 11.40 | $730 | $8,322.00 |
| Kevin J. Perra | 8.00 | $730 | $5,840.00 |
| Lary Alan Rappaport | 1.60 | $730 | $1,168.00 |
| Martin J. Bienenstock | 26.40 | $730 | $19,272.00 |
| Michael A. Firestein | 3.40 | $730 | $2,482.00 |
| Paul V. Possinger | 22.10 | $730 | $16,133.00 |
| Ralph C. Ferrara | 4.50 | $730 | $3,285.00 |
| Stephen L. Ratner | 11.30 | $730 | $8,249.00 |
| Timothy W. Mungovan | 12.60 | $730 | $9,198.00 |
| **Total for Partners** | **112.60** | | **$82,198.00** |
| | | | |
| Chantel L. Febus | 11.80 | $730 | $8,614.00 |
| **Total for Senior Counsel** | **11.80** | | **$8,614.00** |
| | | | |
| Chris Theodoridis | 39.40 | $730 | $28,762.00 |
| Daniel Desatnik | 11.10 | $730 | $8,103.00 |
| Ehud Barak | 22.90 | $730 | $16,717.00 |
| Jennifer L. Roche | 18.30 | $730 | $13,359.00 |
| Jeramy Webb | 7.40 | $730 | $5,402.00 |
| Joshua A. Esses | 69.40 | $730 | $50,662.00 |
| Maja Zerjal | 49.10 | $730 | $35,843.00 |
| Matthew I. Rochman | 0.30 | $730 | $219.00 |
| Matthew J. Morris | 1.40 | $730 | $1,022.00 |
| Mee R. Kim | 0.40 | $730 | $292.00 |
| Melissa DiGrande | 5.00 | $730 | $3,458.00 |
| Michael R. Hackett | 3.50 | $730 | $2,555.00 |
| William D. Dalsen | 3.40 | $730 | $2,482.00 |
| **Total for Associates** | **231.60** | | **$168,876.00** |
| | | | |
| Zachary Chalett | 0.80 | $250 | $200.00 |
| **Total for Law Clerks** | **0.80** | | **$200.00** |
| | | | |
| Casey Quinn | 13.30 | $250 | $3,325.00 |
| Eamon Wizner | 1.90 | $250 | $475.00 |
| Evelyn Rodriguez | 30.90 | $250 | $7,725.00 |
| Lawrence T. Silvestro | 9.20 | $250 | $2,300.00 |
| Magali Giddens | 30.00 | $250 | $7,500.00 |
| Olga A. Golinder | 5.70 | $250 | $1,425.00 |
| Tayler M. Sherman | 2.00 | $250 | $500.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| Tiffany Miller | 0.20 | $250 | $50.00 |
| **Total for Paraprofessionals** | **93.20** | | **$23,300.00** |
| | | | |
| Jesus Hernandez | 0.50 | $250 | $125.00 |
| Mary Jane F. McAleavy | 0.20 | $250 | $50.00 |
| **Total for Practice Support** | **0.70** | | **$175.00** |
| | | | |
| **Professional Fees** | **450.70** | | **$283,363.00** |
| | | | |
| **Total for This Matter** | | | **$283,363.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Hearings and Other Non-Filed Communications with the Court (Puerto Rico) – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Martin J. Bienenstock | 25.70 | $730 | $18,761.00 |
| Paul V. Possinger | 9.30 | $730 | $6,789.00 |
| Stephen L. Ratner | 21.50 | $730 | $15,695.00 |
| Timothy W. Mungovan | 15.50 | $730 | $11,315.00 |
| **Total for Partners** | **72.00** | | **$52,560.00** |
| | | | |
| Chris Theodoridis | 29.80 | $730 | $21,754.00 |
| **Total for Associates** | **29.80** | | **$21,754.00** |
| | | | |
| **Professional Fees** | **101.80** | | **$74,314.00** |
| | | | |
| **Total for This Matter** | | | **$74,314.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

## Communications with Claimholders – 204

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ana Vermal | 142.00 | $730 | $103,660.00 |
| Ann M. Ashton | 60.70 | $730 | $44,311.00 |
| Antonio N. Piccirillo | 14.50 | $730 | $10,585.00 |
| Bradley R. Bobroff | 1.40 | $730 | $1,022.00 |
| Brian S. Rosen | 12.50 | $730 | $9,125.00 |
| Carlos E. Martinez | 1.20 | $730 | $876.00 |
| Gregg M. Mashberg | 0.50 | $730 | $365.00 |
| Guy Brenner | 1.30 | $730 | $949.00 |
| Jeffrey W. Levitan | 1.20 | $730 | $876.00 |
| Jonathan E. Richman | 156.60 | $730 | $114,318.00 |
| Kevin J. Perra | 3.00 | $730 | $2,190.00 |
| Lary Alan Rappaport | 26.90 | $730 | $19,637.00 |
| Margaret A. Dale | 1.10 | $730 | $803.00 |
| Mark Harris | 2.80 | $730 | $2,044.00 |
| Martin J. Bienenstock | 86.80 | $730 | $63,364.00 |
| Michael A. Firestein | 8.70 | $730 | $6,351.00 |
| Paul M. Hamburger | 5.30 | $730 | $3,869.00 |
| Paul V. Possinger | 77.70 | $730 | $56,721.00 |
| Ralph C. Ferrara | 67.60 | $730 | $49,348.00 |
| Richard M. Corn | 6.40 | $730 | $4,672.00 |
| Stephen L. Ratner | 40.90 | $730 | $29,857.00 |
| Steven O. Weise | 36.00 | $730 | $26,280.00 |
| Timothy W. Mungovan | 60.50 | $730 | $44,165.00 |
| **Total for Partners** | **815.60** | | **$595,388.00** |
| | | | |
| Chantel L. Febus | 13.10 | $730 | $9,563.00 |
| Jordan B. Leader | 5.60 | $730 | $4,088.00 |
| **Total for Senior Counsel** | **18.70** | | **$13,651.00** |
| | | | |
| Alexandra K. Skellet | 71.30 | $730 | $52,049.00 |
| Alexandra V. Bargoot | 2.10 | $730 | $1,533.00 |
| Carl C. Forbes | 0.50 | $730 | $365.00 |
| Chris Theodoridis | 14.80 | $730 | $10,804.00 |
| Daniel Desatnik | 59.30 | $730 | $43,289.00 |
| Daniel W. Hendrick | 4.50 | $730 | $3,285.00 |
| Ehud Barak | 77.00 | $730 | $56,210.00 |
| Jennifer L. Roche | 1.60 | $730 | $1,168.00 |
| Jeramy Webb | 15.70 | $730 | $11,461.00 |
| John E. Roberts | 2.50 | $730 | $1,825.00 |
| Joshua A. Esses | 50.70 | $730 | $37,011.00 |
| Julia D. Alonzo | 3.10 | $730 | $2,263.00 |
| Maja Zerjal | 124.10 | $730 | $90,593.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| Massiel Pedreira | 2.30 | $730 | $1,679.00 |
| Matthew I. Rochman | 11.40 | $730 | $8,322.00 |
| Mee R. Kim | 181.40 | $730 | $132,422.00 |
| Michael R. Hackett | 7.40 | $730 | $5,402.00 |
| Pengtao Teng | 8.10 | $730 | $5,913.00 |
| Rachel O. Wolkinson | 26.10 | $730 | $19,053.00 |
| Seth D. Fier | 95.90 | $730 | $70,007.00 |
| Steve Ma | $2.20 | $730 | $1,606.00 |
| William Majeski | 2.30 | $730 | $1,679.00 |
| William D. Dalsen | 3.60 | $730 | $2,628.00 |
| **Total for Associates** | **767.90** | | **$560,567.00** |
| | | | |
| Casey Quinn | 14.00 | $250 | $3,500.00 |
| Evelyn Rodriguez | 8.50 | $250 | $2,125.00 |
| Lawrence T. Silvestro | 6.90 | $250 | $1,725.00 |
| Magali Giddens | 5.00 | $250 | $1,250.00 |
| Tayler M. Sherman | 3.30 | $250 | $825.00 |
| William A. Reed | 6.80 | $250 | $1,700.00 |
| William J. Edmonds | 0.50 | $250 | $125.00 |
| **Total for Paraprofessionals** | **45.00** | | **$11,250.00** |
| | | | |
| **Professional Fees** | **1,647.20** | | **$1,180,856.00** |
| | | | |
| **Total for This Matter** | | | **$1,180,856.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Communications with Claimholders (Puerto Rico) – 204**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul V. Possinger | 0.50 | $730 | $365.00 |
| **Total for Partners** | **0.50** | | **$365.00** |
| **Professional Fees** | **0.50** | | **$365.00** |
| **Total for This Matter** | | | **$365.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ana Vermal | 1.00 | $730 | $730.00 |
| Ann M. Ashton | 1.80 | $730 | $1,314.00 |
| Gregg M. Mashberg | 5.80 | $730 | $4,234.00 |
| Guy Brenner | 0.90 | $730 | $657.00 |
| Lary Alan Rappaport | 0.70 | $730 | $511.00 |
| Margaret A. Dale | 11.70 | $730 | $8,541.00 |
| Martin J. Bienenstock | 3.00 | $730 | $2,190.00 |
| Michael A. Firestein | 1.60 | $730 | $1,168.00 |
| Paul V. Possinger | 13.00 | $730 | $9,490.00 |
| Ralph C. Ferrara | 0.60 | $730 | $438.00 |
| Stephen L. Ratner | 11.70 | $730 | $8,541.00 |
| Timothy W. Mungovan | 16.90 | $730 | $12,337.00 |
| **Total for Partners** | **68.70** | | **$50,151.00** |
| | | | |
| Chantel L. Febus | 2.70 | $730 | $1,971.00 |
| **Total for Senior Counsel** | **2.70** | | **$1,971.00** |
| | | | |
| Alexandra K. Skellet | 0.30 | $730 | $219.00 |
| Carl C. Forbes | 4.40 | $730 | $3,212.00 |
| Chris Theodoridis | 5.10 | $730 | $3,723.00 |
| Daniel Desatnik | 0.30 | $730 | $219.00 |
| Ehud Barak | 22.70 | $730 | $16,571.00 |
| Jennifer L. Roche | 0.80 | $730 | $584.00 |
| Jeramy Webb | 5.80 | $730 | $4,234.00 |
| Joshua A. Esses | 2.30 | $730 | $1,679.00 |
| Maja Zerjal | 12.20 | $730 | $8,906.00 |
| Matthew I. Rochman | 0.70 | $730 | $511.00 |
| Steve Ma | 3.10 | $730 | $2,263.00 |
| Vincent Indelicato | 0.40 | $730 | $292.00 |
| William D. Dalsen | 1.50 | $730 | $1,095.00 |
| **Total for Associates** | **59.60** | | **$43,508.00** |
| | | | |
| Magali Giddens | 0.20 | $250 | $50.00 |
| Winston Martinez | 6.90 | $250 | $1,725.00 |
| **Total for Paraprofessionals** | **7.10** | | **$1,775.00** |
| | | | |
| **Professional Fees** | **138.10** | | **$97,405.00** |
| | | | |
| **Total for This Matter** | | | **$97,405.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities (Puerto Rico) – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul V. Possinger | 0.30 | $730 | $219.00 |
| **Total for Partners** | **0.30** | | **$219.00** |
| **Professional Fees** | **0.30** | | **$219.00** |
| **Total for This Matter** | | | **$219.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Documents Filed on Behalf of the Board – 206**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ana Vermal | 48.90 | $730 | $35,697.00 |
| Ann M. Ashton | 32.30 | $730 | $23,579.00 |
| Bradley R. Bobroff | 12.60 | $730 | $9,198.00 |
| Brian S. Rosen | 11.70 | $730 | $8,541.00 |
| Gregg M. Mashberg | 53.80 | $730 | $39,274.00 |
| Guy Brenner | 67.40 | $730 | $49,202.00 |
| Jeffrey W. Levitan | 6.80 | $730 | $4,964.00 |
| Jonathan E. Richman | 171.00 | $730 | $124,830.00 |
| Keisha-Ann G. Gray | 3.00 | $730 | $2,190.00 |
| Kevin J. Perra | 97.60 | $730 | $71,248.00 |
| Lary Alan Rappaport | 53.00 | $730 | $38,690.00 |
| Margaret A. Dale | 35.60 | $730 | $25,988.00 |
| Mark Harris | 28.60 | $730 | $20,878.00 |
| Martin J. Bienenstock | 152.80 | $730 | $111,544.00 |
| Michael A. Firestein | 116.20 | $730 | $84,826.00 |
| Paul V. Possinger | 77.70 | $730 | $56,721.00 |
| Peter D. Doyle | 14.90 | $730 | $10,877.00 |
| Ralph C. Ferrara | 4.60 | $730 | $3,358.00 |
| Scott A. Faust | 3.40 | $730 | $2,482.00 |
| Stephen L. Ratner | 107.10 | $730 | $78,183.00 |
| Steven O. Weise | 24.80 | $730 | $18,104.00 |
| Timothy W. Mungovan | 138.30 | $730 | $100,959.00 |
| **Total for Partners** | **1,262.10** | | **$921,333.00** |
| | | | |
| Chantel L. Febus | 328.00 | $730 | $239,440.00 |
| Jordan B. Leader | 1.80 | $730 | $1,314.00 |
| **Total for Senior Counsel** | **329.80** | | **$240,754.00** |
| | | | |
| Alexandra K. Skellet | 5.40 | $730 | $3,942.00 |
| Amy L. Blackwood | 3.70 | $730 | $2,701.00 |
| Carl C. Forbes | 77.10 | $730 | $56,283.00 |
| Chris Theodoridis | 63.20 | $730 | $46,136.00 |
| Courtney M. Bowman | 51.70 | $730 | $37,741.00 |
| Daniel Desatnik | 97.00 | $730 | $70,810.00 |
| Ehud Barak | 127.50 | $730 | $93,075.00 |
| Emilie Adams | 4.30 | $730 | $3,139.00 |
| Jacki L. Anderson | 12.30 | $730 | $8,979.00 |
| Jared Zajac | 1.70 | $730 | $1,241.00 |
| Jennifer L. Roche | 228.70 | $730 | $166,951.00 |
| Jeramy Webb | 77.50 | $730 | $56,575.00 |
| John E. Roberts | 43.10 | $730 | $31,463.00 |
| Joshua A. Esses | 89.40 | $730 | $65,262.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| Julia D. Alonzo | 114.30 | $730 | $83,439.00 |
| Kelly M. Curtis | 2.30 | $730 | $1,679.00 |
| Laura Stafford | 48.00 | $730 | $35,040.00 |
| Lee C. Douthitt | 8.60 | $730 | $6,278.00 |
| Maja Zerjal | 214.20 | $730 | $156,366.00 |
| Matthew I. Rochman | 18.00 | $730 | $13,140.00 |
| Matthew J. Morris | 14.90 | $730 | $10,877.00 |
| Melissa DiGrande | 1.90 | $730 | $1,387.00 |
| Michael R. Hackett | 11.30 | $730 | $8,249.00 |
| Seth Fiur | 16.80 | $730 | $12,264.00 |
| Vincent Indelicato | 0.80 | $730 | $584.00 |
| William Majeski | 3.10 | $730 | $2,263.00 |
| William D. Dalsen | 87.00 | $730 | $63,510.00 |
| **Total for Associates** | **1,423.80** | | **$1,039,374.00** |
| | | | |
| Jason W. Joffe | 4.60 | $250 | $1,150.00 |
| Zachary Chalett | 194.10 | $250 | $48,525.00 |
| **Total for Law Clerks** | **198.70** | | **$49,675.00** |
| | | | |
| Angelo Monforte | 0.60 | $250 | $150.00 |
| Anna Brodskaya | 0.50 | $250 | $125.00 |
| Eamon Wizner | 2.50 | $250 | $625.00 |
| Evelyn Rodriguez | 2.30 | $250 | $575.00 |
| Joan K. Hoffman | 4.40 | $250 | $1,100.00 |
| Lawrence T. Silvestro | 19.00 | $250 | $4,750.00 |
| Magali Giddens | 8.90 | $250 | $2,225.00 |
| Olga A. Golinder | 7.40 | $250 | $1,850.00 |
| Selena F. Williams | 20.80 | $250 | $5,200.00 |
| Tayler M. Sherman | 0.20 | $250 | $50.00 |
| **Total for Paraprofessionals** | **66.60** | | **$16,650.00** |
| | | | |
| Johanna K. Pitcairn | 0.20 | $250 | $50.00 |
| **Total for Practice Support** | **0.20** | | **$50.00** |
| | | | |
| **Professional Fees** | **3,281.00** | | **$2,267,836.00** |
| | | | |
| **Total for This Matter** | | | **$2,267,836.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Documents Filed on Behalf of the Board (Puerto Rico) – 206**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Martin J. Bienenstock | 4.60 | $730 | $3,358.00 |
| Paul V. Possinger | 1.70 | $730 | $1,241.00 |
| Stephen L. Ratner | 0.20 | $730 | $146.00 |
| Timothy W. Mungovan | 1.30 | $730 | $949.00 |
| **Total for Partners** | **7.80** | | **$5,694.00** |
| | | | |
| **Professional Fees** | **7.80** | | **$5,694.00** |
| | | | |
| **Total for This Matter** | | | **$5,694.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Non-Board Court Filings – 207**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ana Vermal | 24.60 | $730 | $17,958.00 |
| Ann M. Ashton | 11.90 | $730 | $8,687.00 |
| Brian S. Rosen | 3.00 | $730 | $2,190.00 |
| Gregg M. Mashberg | 2.10 | $730 | $1,533.00 |
| Guy Brenner | 13.30 | $730 | $9,709.00 |
| Jeffrey W. Levitan | 2.20 | $730 | $1,606.00 |
| Jonathan E. Richman | 22.40 | $730 | $16,352.00 |
| Kevin J. Perra | 21.50 | $730 | $15,695.00 |
| Lary Alan Rappaport | 10.20 | $730 | $7,446.00 |
| Margaret A. Dale | 5.10 | $730 | $3,723.00 |
| Mark Harris | 9.50 | $730 | $6,935.00 |
| Martin J. Bienenstock | 15.20 | $730 | $11,096.00 |
| Michael A. Firestein | 15.40 | $730 | $11,242.00 |
| Paul M. Hamburger | 0.30 | $730 | $219.00 |
| Paul V. Possinger | 22.70 | $730 | $16,571.00 |
| Peter D. Doyle | 15.60 | $730 | $11,388.00 |
| Ralph C. Ferrara | 10.90 | $730 | $7,957.00 |
| Scott A. Faust | 1.90 | $730 | $1,387.00 |
| Stephen L. Ratner | 21.40 | $730 | $15,622.00 |
| Steven O. Weise | 3.50 | $730 | $2,555.00 |
| Timothy W. Mungovan | 33.20 | $730 | $24,236.00 |
| **Total for Partners** | **265.90** | | **$194,107.00** |
| | | | |
| Chantel L. Febus | 52.20 | $730 | $38,106.00 |
| Nathan R. Lander | 0.80 | $730 | $584.00 |
| **Total for Senior Counsel** | **53.00** | | **$38,690.00** |
| | | | |
| Alexandra V. Bargoot | 5.10 | $730 | $3,723.00 |
| Amy L. Blackwood | 1.90 | $730 | $1,387.00 |
| Carl C. Forbes | 2.80 | $730 | $2,044.00 |
| Chris Theodoridis | 6.50 | $730 | $4,745.00 |
| Courtney M. Bowman | 13.00 | $730 | $9,490.00 |
| Daniel Desatnik | 16.00 | $730 | $11,680.00 |
| Daniel W. Hendrick | 6.00 | $730 | $4,380.00 |
| Ehud Barak | 16.10 | $730 | $11,753.00 |
| Jacki L. Anderson | 1.40 | $730 | $1,022.00 |
| Jared Zajac | 0.40 | $730 | $292.00 |
| Jennifer L. Roche | 17.30 | $730 | $12,629.00 |
| Jeramy Webb | 13.10 | $730 | $9,563.00 |
| John E. Roberts | 2.50 | $730 | $1,825.00 |
| Joshua A. Esses | 28.20 | $730 | $20,586.00 |
| Julia D. Alonzo | 12.90 | $730 | $9,417.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| Laura Stafford | 4.70 | $730 | $3,431.00 |
| Maja Zerjal | 61.30 | $730 | $44,749.00 |
| Matthew I. Rochman | 8.60 | $730 | $6,278.00 |
| Melissa DiGrande | 1.70 | $730 | $1,241.00 |
| Michael R. Hackett | 30.80 | $730 | $22,484.00 |
| Seth Fiur | 7.60 | $730 | $5,548.00 |
| Steve Ma | 1.90 | $730 | $1,387.00 |
| Vincent Indelicato | 7.20 | $730 | $5,256.00 |
| William D. Dalsen | 9.70 | $730 | $7,081.00 |
| **Total for Associates** | **276.70** | | **$201,991.00** |
| | | | |
| Lucy Wolf | 0.70 | $250 | $175.00 |
| Zachary Chalett | 27.80 | $250 | $6,950.00 |
| **Total for Law Clerks** | **28.50** | | **$7,125.00** |
| | | | |
| Angelo Monforte | 2.40 | $250 | $600.00 |
| Magali Giddens | 1.90 | $250 | $475.00 |
| **Total for Paraprofessionals** | **4.30** | | **$1,075.00** |
| | | | |
| **Professional Fees** | **628.40** | | **$442,988.00** |
| | | | |
| **Total for This Matter** | | | **$442,988.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Stay Matters – 208**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 14.10 | $730 | $10,293.00 |
| Ann M. Ashton | 25.00 | $730 | $18,250.00 |
| Bradley R. Bobroff | 50.20 | $730 | $36,646.00 |
| Brian S. Rosen | 1.20 | $730 | $876.00 |
| Guy Brenner | 16.00 | $730 | $11,680.00 |
| Jeffrey W. Levitan | 14.30 | $730 | $10,439.00 |
| Jonathan E. Richman | 10.20 | $730 | $7,446.00 |
| Kevin J. Perra | 9.60 | $730 | $7,008.00 |
| Lary Alan Rappaport | 11.00 | $730 | $8,030.00 |
| Mark Harris | 5.80 | $730 | $4,234.00 |
| Martin J. Bienenstock | 5.20 | $730 | $3,796.00 |
| Michael A. Firestein | 10.80 | $730 | $7,884.00 |
| Michael T. Mervis | 0.10 | $730 | $73.00 |
| Paul V. Possinger | 31.00 | $730 | $22,630.00 |
| Ralph C. Ferrara | 2.80 | $730 | $2,044.00 |
| Stephen L. Ratner | 30.20 | $730 | $22,046.00 |
| Timothy W. Mungovan | 36.20 | $730 | $26,426.00 |
| **Total for Partners** | **273.70** | | **$199,801.00** |
| | | | |
| Chantel L. Febus | 34.90 | $730 | $25,477.00 |
| **Total for Senior Counsel** | **34.90** | | **$25,477.00** |
| | | | |
| Chris Theodoridis | 0.30 | $730 | $219.00 |
| Courtney M. Bowman | 3.60 | $730 | $2,628.00 |
| Daniel Desatnik | 7.70 | $730 | $5,621.00 |
| Ehud Barak | 9.60 | $730 | $7,008.00 |
| Jacki L. Anderson | 11.10 | $730 | $8,103.00 |
| Jennifer L. Roche | 0.20 | $730 | $146.00 |
| Jeramy Webb | 7.00 | $730 | $5,110.00 |
| John E. Roberts | 32.20 | $730 | $23,506.00 |
| Joshua A. Esses | 54.30 | $730 | $39,639.00 |
| Laura Stafford | 89.60 | $730 | $65,408.00 |
| Maja Zerjal | 27.60 | $730 | $20,148.00 |
| Matthew I. Rochman | 11.30 | $730 | $8,249.00 |
| William D. Dalsen | 9.10 | $730 | $6,643.00 |
| **Total for Associates** | **263.60** | | **$192,428.00** |
| | | | |
| Jason W. Joffe | 22.20 | $250 | $5,550.00 |
| Melissa DiGrande | 27.20 | $730 | $6,800.00 |
| Zachary Chalett | 10.00 | $250 | $2,500.00 |
| **Total for Law Clerks** | **59.40** | | **$14,850.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| Olga A. Golinder | 6.00 | $250 | $1,500.00 |
| **Total for Paraprofessionals** | **6.00** | | **$1,500.00** |
| **Professional Fees** | **637.60** | | **$434,056.00** |
| **Total for This Matter** | | | **$434,056.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Stay Matters (Puerto Rico) – 208**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul V. Possinger | 2.00 | $730 | $1,460.00 |
| Stephen L. Ratner | 0.30 | $730 | $219.00 |
| Timothy W. Mungovan | 0.20 | $730 | $146.00 |
| **Total for Partners** | **2.50** | | **$1,825.00** |
| **Professional Fees** | **2.50** | | **$1,825.00** |
| **Total for This Matter** | | | **$1,825.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Adversary Proceeding – 209**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 0.50 | $730 | $365.00 |
| Brian S. Rosen | 1.80 | $730 | $1,314.00 |
| Gregg M. Mashberg | 4.80 | $730 | $3,504.00 |
| Guy Brenner | 0.50 | $730 | $365.00 |
| Jonathan E. Richman | 14.90 | $730 | $10,877.00 |
| Kevin J. Perra | 16.40 | $730 | $11,972.00 |
| Margaret A. Dale | 12.20 | $730 | $8,906.00 |
| Martin J. Bienenstock | 7.80 | $730 | $5,694.00 |
| Michael A. Firestein | 0.40 | $730 | $292.00 |
| Paul V. Possinger | 2.10 | $730 | $1,533.00 |
| Ralph C. Ferrara | 0.80 | $730 | $584.00 |
| Stephen L. Ratner | 1.40 | $730 | $1,022.00 |
| Timothy W. Mungovan | 10.10 | $730 | $7,373.00 |
| **Total for Partners** | **73.70** | | **$53,801.00** |
| | | | |
| Chantel L. Febus | 5.30 | $730 | $3,869.00 |
| Jordan B. Leader | 65.60 | $730 | $47,888.00 |
| **Total for Senior Counsel** | **70.90** | | **$51,757.00** |
| | | | |
| Alexandra K. Skellet | 0.60 | $730 | $438.00 |
| Bradley J. Lorden | 0.20 | $730 | $146.00 |
| Carl C. Forbes | 1.40 | $730 | $1,022.00 |
| Daniel Desatnik | 6.80 | $730 | $4,964.00 |
| Jennifer L. Roche | 3.80 | $730 | $2,774.00 |
| Joshua A. Esses | 7.70 | $730 | $5,621.00 |
| Julia D. Alonzo | 8.70 | $730 | $6,351.00 |
| Laura Stafford | 2.50 | $730 | $1,825.00 |
| Maja Zerjal | 1.60 | $730 | $1,168.00 |
| Matthew I. Rochman | 2.80 | $730 | $2,044.00 |
| Seth D. Fier | 0.40 | $730 | $292.00 |
| **Total for Associates** | **36.50** | | **$26,645.00** |
| | | | |
| Om V. Alladi | 0.20 | $250 | $50.00 |
| **Total for Law Clerks** | **0.20** | | **$50.00** |
| | | | |
| Angelo Monforte | 0.80 | $250 | $200.00 |
| Eamon Wizner | 0.80 | $250 | $200.00 |
| Magali Giddens | 0.50 | $250 | $125.00 |
| Selena F. Williams | 0.30 | $250 | $75.00 |
| Shealeen E. Schaefer | 2.30 | $250 | $575.00 |
| Tiffany Miller | 1.10 | $250 | $275.00 |
| **Total for Paraprofessionals** | **5.80** | | **$1,450.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

| Michael J. Winkelspecht | 10.30 | $2,575.00 |
| **Total for Practice Support** | **10.30** | **$2,575.00** |
| **Professional Fees** | **197.40** | **$136,278.00** |
| **Total for This Matter** | | **$136,278.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Adversary Proceeding (Puerto Rico) – 209**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Timothy W. Mungovan | 0.40 | $730 | $292.00 |
| **Total for Partners** | **0.40** | | **$292.00** |
| **Professional Fees** | **0.40** | | **$292.00** |
| **Total for This Matter** | | | **$292.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Analysis and Strategy – 210**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 10.40 | $730 | $7,592.00 |
| Ann M. Ashton | 10.80 | $730 | $7,884.00 |
| Bradley R. Bobroff | 0.50 | $730 | $365.00 |
| Brian S. Rosen | 7.20 | $730 | $5,256.00 |
| Gregg M. Mashberg | 6.00 | $730 | $4,380.00 |
| Guy Brenner | 9.10 | $730 | $6,643.00 |
| Jeffrey W. Levitan | 3.40 | $730 | $2,482.00 |
| Jonathan E. Richman | 24.00 | $730 | $17,520.00 |
| Keisha-Ann G. Gray | 3.20 | $730 | $2,336.00 |
| Kevin J. Perra | 13.40 | $730 | $9,782.00 |
| Lary Alan Rappaport | 31.80 | $730 | $23,214.00 |
| Marc E. Rosenthal | 0.40 | $730 | $292.00 |
| Margaret A. Dale | 18.10 | $730 | $13,213.00 |
| Mark Harris | 17.20 | $730 | $12,556.00 |
| Martin J. Bienenstock | 5.60 | $730 | $4,088.00 |
| Michael A. Firestein | 39.60 | $730 | $28,908.00 |
| Paul V. Possinger | 36.50 | $730 | $26,645.00 |
| Peter D. Doyle | 35.20 | $730 | $25,696.00 |
| Philippa M. Bond | 1.70 | $730 | $1,241.00 |
| Ralph C. Ferrara | 10.60 | $730 | $7,738.00 |
| Scott A. Faust | 1.00 | $730 | $730.00 |
| Stephen L. Ratner | 35.80 | $730 | $26,134.00 |
| Timothy W. Mungovan | 71.50 | $730 | $52,195.00 |
| **Total for Partners** | **393.00** | | **$286,890.00** |
| | | | |
| Chantel L. Febus | 44.30 | $730 | $32,339.00 |
| Jordan B. Leader | 9.60 | $730 | $7,008.00 |
| Nathan R. Lander | 0.20 | $730 | $146.00 |
| **Total for Senior Counsel** | **54.10** | | **$39,493.00** |
| | | | |
| Alexandra K. Skellet | 0.40 | $730 | $292.00 |
| Alexandra V. Bargoot | 7.90 | $730 | $5,767.00 |
| Carl C. Forbes | 2.00 | $730 | $1,460.00 |
| Chris Theodoridis | 12.40 | $730 | $9,052.00 |
| Courtney M. Bowman | 1.70 | $730 | $1,241.00 |
| Daniel Desatnik | 8.70 | $730 | $6,351.00 |
| Daniel W. Hendrick | 5.20 | $730 | $3,796.00 |
| Ehud Barak | 28.00 | $730 | $20,440.00 |
| Jacki L. Anderson | 0.20 | $730 | $146.00 |
| Jared Zajac | 1.20 | $730 | $876.00 |
| Jennifer L. Roche | 15.30 | $730 | $11,169.00 |
| Jeramy Webb | 3.10 | $730 | $2,263.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---|---|---|
| John E. Roberts | 1.00 | $730 | $730.00 |
| Joshua A. Esses | 3.50 | $730 | $2,555.00 |
| Julia D. Alonzo | 2.50 | $730 | $1,825.00 |
| Laura Stafford | 5.90 | $730 | $4,307.00 |
| Lee C. Douthitt | 1.40 | $730 | $1,022.00 |
| Maja Zerjal | 23.80 | $730 | $17,374.00 |
| Matthew I. Rochman | 2.50 | $730 | $1,825.00 |
| Matthew J. Morris | 3.80 | $730 | $2,774.00 |
| Mee R. Kim | 7.50 | $730 | $5,475.00 |
| Melissa DiGrande | 2.60 | $730 | $1,898.00 |
| Rebecca J. Sivitz | 1.70 | $730 | $1,241.00 |
| Seth D. Fier | 6.00 | $730 | $4,380.00 |
| Seth Fiur | 3.60 | $730 | $2,628.00 |
| Steve Ma | 3.00 | $730 | $2,190.00 |
| William Majeski | 2.30 | $730 | $1,679.00 |
| William D. Dalsen | 11.60 | $730 | $8,468.00 |
| **Total for Associates** | **168.80** | | **$123,224.00** |
| | | | |
| Lucy Wolf | 1.50 | $250 | $375.00 |
| Zachary Chalett | 5.90 | $250 | $1,475.00 |
| **Total for Law Clerks** | **7.40** | | **$1,850.00** |
| | | | |
| Evelyn Rodriguez | 1.20 | $250 | $300.00 |
| Shealeen E. Schaefer | 0.20 | $250 | $50.00 |
| **Total for Paraprofessionals** | **1.40** | | **$350.00** |
| | | | |
| Michael J. Winkelspecht | 1.70 | $250 | $425.00 |
| **Total for Practice Support** | **1.70** | | **$425.00** |
| | | | |
| **Professional Fees** | **626.40** | | **$452,232.00** |
| | | | |
| **Total for This Matter** | | | **$452,232.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Analysis and Strategy (Puerto Rico) – 210**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Paul V. Possinger | 0.40 | $730 | $292.00 |
| **Total for Partners** | **0.40** | | **$292.00** |
| **Professional Fees** | **0.40** | | **$292.00** |
| **Total for This Matter** | | | **$292.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Non-Working Travel Time – 211**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ana Vermal | 1.20 | $730 | $876.00 |
| Ann M. Ashton | 2.90 | $730 | $2,117.00 |
| Martin J. Bienenstock | 7.70 | $730 | $5,621.00 |
| Paul V. Possinger | 35.70 | $730 | $26,061.00 |
| Ralph C. Ferrara | 4.70 | $730 | $3,431.00 |
| Stephen L. Ratner | 2.10 | $730 | $1,533.00 |
| Timothy W. Mungovan | 0.70 | $730 | $511.00 |
| **Total for Partners** | **55.00** | | **$40,150.00** |
| | | | |
| Chris Theodoridis | 7.00 | $730 | $5,110.00 |
| **Total for Associates** | **7.00** | | **$5,110.00** |
| | | | |
| **Professional Fees** | **62.00** | | **$45,260.00** |
| | | | |
| **Total for This Matter** | | | **$45,260.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Non-Working Travel Time (Puerto Rico) – 211**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Martin J. Bienenstock | 1.20 | $730 | $876.00 |
| Paul V. Possinger | 5.50 | $730 | $4,015.00 |
| Stephen L. Ratner | 3.90 | $730 | $2,847.00 |
| Timothy W. Mungovan | 6.50 | $730 | $4,745.00 |
| **Total for Partners** | **17.10** | | **$12,483.00** |
| | | | |
| Chris Theodoridis | 6.50 | $730 | $4,745.00 |
| **Total for Associates** | **6.50** | | **$4,745.00** |
| | | | |
| **Professional Fees** | **23.60** | | **$17,288.00** |
| | | | |
| **Total for This Matter** | | | **$17,288.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

## General Administration – 212

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Jonathan E. Richman | 1.70 | $730 | $1,241.00 |
| Lary Alan Rappaport | 0.60 | $730 | $438.00 |
| Margaret A. Dale | 2.60 | $730 | $1,898.00 |
| Mark Harris | 0.20 | $730 | $146.00 |
| Michael A. Firestein | 1.20 | $730 | $876.00 |
| Paul V. Possinger | 8.20 | $730 | $5,986.00 |
| Timothy W. Mungovan | 3.20 | $730 | $2,336.00 |
| **Total for Partners** | **17.70** | | **$12,921.00** |
| | | | |
| Chantel L. Febus | 9.80 | $730 | $7,154.00 |
| Jordan B. Leader | 4.40 | $730 | $3,212.00 |
| **Total for Senior Counsel** | **14.20** | | **$10,366.00** |
| | | | |
| Alexandra V. Bargoot | 1.20 | $730 | $876.00 |
| Bradley J. Lorden | 0.30 | $730 | $219.00 |
| Chris Theodoridis | 14.10 | $730 | $10,293.00 |
| Courtney M. Bowman | 0.40 | $730 | $292.00 |
| Daniel Desatnik | 3.10 | $730 | $2,263.00 |
| Ehud Barak | 13.40 | $730 | $9,782.00 |
| Jeramy Webb | 7.20 | $730 | $5,256.00 |
| Joshua A. Esses | 15.70 | $730 | $11,461.00 |
| Julia D. Alonzo | 1.00 | $730 | $730.00 |
| Kelly M. Curtis | 11.10 | $730 | $8,103.00 |
| Maja Zerjal | 30.20 | $730 | $22,046.00 |
| Matthew I. Rochman | 0.30 | $730 | $219.00 |
| Melissa DiGrande | 3.10 | $730 | $1,879.00 |
| Steve Ma | 1.30 | $730 | $949.00 |
| William Majeski | 0.60 | $730 | $438.00 |
| **Total for Associates** | **103.00** | | **$74,806.00** |
| | | | |
| Jason W. Joffe | 2.50 | $250 | $625.00 |
| Lucy Wolf | 5.00 | $250 | $1,250.00 |
| Om V. Alladi | 3.90 | $250 | $975.00 |
| Trevor M. Dodge | 13.10 | $250 | $3,275.00 |
| Zachary Chalett | 30.50 | $250 | $7,625.00 |
| **Total for Law Clerks** | **55.00** | | **$13,750.00** |
| | | | |
| Angelo Monforte | 11.40 | $250 | $2,850.00 |
| Anna Brodskaya | 25.10 | $250 | $6,275.00 |
| Blake Schmidt | 5.00 | $250 | $1,250.00 |
| Casey Quinn | 15.00 | $250 | $3,750.00 |
| Eamon Wizner | 88.00 | $250 | $22,000.00 |

FOMB
PROMESA TITLE III: COMMONWEALTH

| | | | |
|---|---:|---:|---:|
| Evelyn Rodriguez | 55.60 | $250 | $13,900.00 |
| Gabriela A. Urias | 2.90 | $250 | $725.00 |
| Hannah Silverman | 7.10 | $250 | $1,775.00 |
| Joan K. Hoffman | 4.70 | $250 | $1,175.00 |
| Lawrence T. Silvestro | 180.90 | $250 | $45,225.00 |
| Magali Giddens | 255.70 | $250 | $63,925.00 |
| Max D. Brashear | 1.90 | $250 | $475.00 |
| Morgan J. Peterson | 0.30 | $250 | $75.00 |
| Olga A. Golinder | 23.60 | $250 | $5,900.00 |
| Selena F. Williams | 74.60 | $250 | $18,650.00 |
| Shealeen E. Schaefer | 23.10 | $250 | $5,775.00 |
| Tayler M. Sherman | 17.90 | $250 | $4,475.00 |
| Tiffany Miller | 110.80 | $250 | $27,700.00 |
| **Total for Paraprofessionals** | **903.60** | | **$225,900.00** |
| | | | |
| Judy Lavine | 3.10 | $250 | $775.00 |
| Rachael Hope Moller | 0.30 | $250 | $75.00 |
| **Total for Library** | **3.40** | | **$850.00** |
| | | | |
| Allen F. Healy | 9.50 | $250 | $2,375.00 |
| Anthony Lopez | 0.80 | $250 | $200.00 |
| Isaac L. Antoon | 0.40 | $250 | $100.00 |
| Jesus Hernandez | 0.10 | $250 | $25.00 |
| Joseph Klock | 6.70 | $250 | $1,675.00 |
| Mary Jane F. McAleavy | 0.30 | $250 | $75.00 |
| Michael J. Winkelspecht | 7.30 | $250 | $1,825.00 |
| New Klebanoff | 7.50 | $250 | $1,875.00 |
| **Total for Practice Support** | **32.60** | | **$8,150.00** |
| | | | |
| **Professional Fees** | **1,129.50** | | **$346,743.00** |
| | | | |
| **Total for This Matter** | | | **$346,743.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Labor, Pension Matters – 213**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Martin J. Bienenstock | 2.00 | $730 | $1,460.00 |
| Paul M. Hamburger | 5.00 | $730 | $3,650.00 |
| Paul V. Possinger | 5.20 | $730 | $3,796.00 |
| **Total for Partners** | **12.20** | | **$8,906.00** |
| | | | |
| Chantel L. Febus | 0.30 | $730 | $219.00 |
| **Total for Senior Counsel** | **0.30** | | **$219.00** |
| | | | |
| Joshua A. Esses | 2.40 | $730 | $1,752.00 |
| **Total for Associates** | **2.40** | **$730** | **$1,752.00** |
| | | | |
| **Professional Fees** | **14.90** | | **$10,877.00** |
| | | | |
| **Total for This Matter** | | | **$10,877.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Legal/ Regulatory Matters – 214**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Brian S. Rosen | 7.80 | $730 | $5,694.00 |
| Jeffrey W. Levitan | 0.10 | $730 | $73.00 |
| Mark Harris | 18.10 | $730 | $13,213.00 |
| Martin J. Bienenstock | 7.30 | $730 | $5,329.00 |
| Michael A. Firestein | 0.30 | $730 | $219.00 |
| Paul V. Possinger | 6.40 | $730 | $4,672.00 |
| Ralph C. Ferrara | 0.20 | $730 | $146.00 |
| Stephen L. Ratner | 14.10 | $730 | $10,293.00 |
| Timothy W. Mungovan | 1.90 | $730 | $1,387.00 |
| **Total for Partners** | **56.20** | | **$41,026.00** |
| | | | |
| Chantel L. Febus | 22.40 | $730 | $16,352.00 |
| **Total for Senior Counsel** | **22.40** | | **$16,352.00** |
| | | | |
| Daniel Desatnik | 13.20 | $730 | $9,636.00 |
| Ehud Barak | 16.30 | $730 | $11,899.00 |
| Jared Zajac | 0.50 | $730 | $365.00 |
| Laura Stafford | 1.10 | $730 | $803.00 |
| Maja Zerjal | 0.50 | $730 | $365.00 |
| Steve Ma | 8.90 | $730 | $6,497.00 |
| **Total for Associates** | **40.50** | | **$429,565.00** |
| | | | |
| **Professional Fees** | **119.10** | | **$86,943.00** |
| | | | |
| **Total for This Matter** | | | **$86,943.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Plan of Adjustment and Disclosure Statement – 215**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul V. Possinger | 1.50 | $730 | $1,095.00 |
| **Total for Partners** | **1.50** | | **$1,095.00** |
| | | | |
| Jeramy Webb | 0.20 | $730 | $146.00 |
| Maja Zerjal | 0.20 | $730 | $146.00 |
| **Total for Associates** | **0.40** | | **$292.00** |
| | | | |
| **Professional Fees** | **1.90** | | **$1,387.00** |
| | | | |
| **Total for This Matter** | | | **$1,387.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Confirmation – 216**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Jonathan E. Richman | 0.10 | $730 | $73.00 |
| **Total for Partners** | **0.10** | | **$73.00** |
| | | | |
| Ehud Barak | 3.60 | $730 | $2,628.00 |
| **Total for Associates** | **3.60** | | **$2,628.00** |
| | | | |
| **Professional Fees** | **3.70** | | **$2,701.00** |
| | | | |
| **Total for This Matter** | | | **$2,701.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Tax – 217**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Paul V. Possinger | 1.00 | $730 | $730.00 |
| Richard M. Corn | 1.40 | $730 | $1,022.00 |
| **Total for Partners** | **2.40** | | **$1,752.00** |
| | | | |
| Alexandra V. Bargoot | 1.90 | $730 | $1,387.00 |
| **Total for Associates** | **1.90** | | **$1,387.00** |
| | | | |
| **Professional Fees** | **4.30** | | **$3,139.00** |
| | | | |
| **Total for This Matter** | | | **$3,139.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Tax  (Puerto Rico) – 217**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Chris Theodoridis | 0.50 | $730 | $365.00 |
| **Total for Associates** | **0.50** | | **$365.00** |
| **Professional Fees** | **0.50** | | **$365.00** |
| **Total for This Matter** | | | **$365.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Employment and Fee Applications – 218**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Ann M. Ashton | 24.10 | $730 | $17,593.00 |
| Brian S. Rosen | 0.20 | $730 | $146.00 |
| Martin J. Bienenstock | 2.10 | $730 | $1,533.00 |
| Paul V. Possinger | 7.70 | $730 | $5,621.00 |
| **Total for Partners** | **34.10** | | **$24,893.00** |
| | | | |
| Chris Theodoridis | 5.90 | $730 | $4,307.00 |
| Daniel Desatnik | 21.90 | $730 | $15,987.00 |
| Ehud Barak | 5.00 | $730 | $3,650.00 |
| Jeramy Webb | 26.70 | $730 | $19,491.00 |
| Joshua A. Esses | 2.00 | $730 | $1,460.00 |
| Maja Zerjal | 14.40 | $730 | $10,512.00 |
| Mee R. Kim | 37.80 | $730 | $27,594.00 |
| **Total for Associates** | **113.70** | | **$83,001.00** |
| | | | |
| Casey Quinn | 1.50 | $250 | $375.00 |
| Magali Giddens | 14.00 | $250 | $3,500.00 |
| Natasha Petrov | 8.10 | $250 | $2,025.00 |
| **Total for Paraprofessionals** | **23.60** | | **$5,900.00** |
| | | | |
| **Professional Fees** | **171.80** | | **$114,038.00** |
| | | | |
| **Total for This Matter** | | | **$114,038.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Employment and Fee Applications  (Puerto Rico) – 218**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Chris Theodoridis | 1.20 | $730 | $876.00 |
| **Total for Associates** | **1.20** | | **$876.00** |
| **Professional Fees** | **1.20** | | **$876.00** |
| **Total for This Matter** | | | **$876.00** |

FOMB
PROMESA TITLE III: COMMONWEALTH

**Appeal – 219**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Gregg M. Mashberg | 11.30 | $730 | $8,249.00 |
| Guy Brenner | 6.90 | $730 | $5,037.00 |
| Jonathan E. Richman | 2.30 | $730 | $1,679.00 |
| Lary Alan Rappaport | 29.30 | $730 | $21,389.00 |
| Mark Harris | 5.40 | $730 | $3,942.00 |
| Martin J. Bienenstock | 12.80 | $730 | $9,344.00 |
| Michael A. Firestein | 1.30 | $730 | $949.00 |
| Paul V. Possinger | 5.60 | $730 | $4,088.00 |
| Ralph C. Ferrara | 1.90 | $730 | $1,387.00 |
| Stephen L. Ratner | 6.40 | $730 | $4,672.00 |
| Timothy W. Mungovan | 25.50 | $730 | $18,615.00 |
| **Total for Partners** | **108.70** | | **$79,351.00** |
| Chantel L. Febus | 5.50 | $730 | $4,015.00 |
| **Total for Senior Counsel** | **5.50** | | **$4,015.00** |
| Alexandra K. Skellet | 115.30 | $730 | $84,169.00 |
| Alexandra V. Bargoot | 20.10 | $730 | $14,673.00 |
| Jeramy Webb | 0.30 | $730 | $219.00 |
| John E. Roberts | 10.20 | $730 | $7,446.00 |
| Julia D. Alonzo | 0.70 | $730 | $511.00 |
| Matthew I. Rochman | 29.10 | $730 | $21,243.00 |
| Seth Fiur | 4.50 | $730 | $3,285.00 |
| Vincent Indelicato | 0.90 | $730 | $657.00 |
| **Total for Associates** | **181.10** | | **$132.203.00** |
| Zachary Chalett | 4.10 | $250 | $1,025.00 |
| **Total for Law Clerks** | **4.10** | | **$1,025.00** |
| Angelo Monforte | 2.20 | $250 | $550.00 |
| Lawrence T. Silvestro | 16.70 | $250 | $4,175.00 |
| Olga A. Golinder | 2.50 | $250 | $625.00 |
| **Total for Paraprofessionals** | **21.40** | | **$5,350.00** |
| Mary Jane F. McAleavy | 0.90 | $250 | $225.00 |
| **Total for Practice Support** | **0.90** | | **$225.00** |
| **Professional Fees** | **321.70** | | **$222,169.00** |
| **Total for This Matter** | | | **$222,169.00** |