# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

Case Name and Number: <u>Commonwealth of Puerto Rico</u>
<u>PROMESA Title III</u>
<u>Case no. 17-BK 3283 LTS</u>

Applicant's Name: <u>O'Neill & Gilmore Law Office LLC</u>

Date of Application: <u>12/15/2017</u>

Interim or Final: <u>Final</u>

## EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of timekeeper (using categories already maintained by the firm) | Blended hourly rate | |
|---|---|---|
| | Billed or collected firm or offices for preceding year, excluding bankruptcy | Billed in this fee application |
| Sr./Equity Partner/Shareholder | $227.32 | $219.00 |
| Jr./Non-equity/Income Partner | | |
| Counsel | | |
| Sr. Associate (7 or more years since first admission) | | |
| Associate (4–6 years since first admission) | 176.28 | 185.00 |
| Jr. Associate (1–3 years since first admission) | | |
| Staff Attorney | | |
| Contract Attorney | | |
| Paralegal | 99.47 | 95.00 |
| Other (please define) | | |
| All timekeepers aggregated | $167.69 | $166.33 |