# EXHIBIT B

## SUMMARY OF TIMEKEEPERS

Case Name and Number: Commonwealth of Puerto Rico
PROMESA Title III
Case no. 17-BK 3283 LTS

Applicant's Name: O'Neill & Gilmore Law Office LLC

Date of Application: 12/15/2017

Interim or Final: Final

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS

| Name | TITLE OR POSITION | Department, group, or section | Date of first Admission[1] | Fees billed in this application | Hours billed in this Application | Hourly rate billed | | Number of rate increases since case inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In first interim Application | |
| Alfonseca Reyes, Yadira | Paralegal | Litigation | N/A | 845.50 | 8.90 | 95.00 | N/A | |
| Gilmore, Charles P. | Partner | Litigation | 1993 | 16,300.00 | 81.50 | 200.00 | N/A | |
| González Toledo, Joel | Associate | Litigation | 2010 | 7,548.00 | 40.80 | 185.00 | N/A | |
| López, María de Lourdes | Paralegal | Litigation | N/A | 3,762.00 | 39.60 | 95.00 | N/A | |
| Medina Betancourt, Barbara | Paralegal | Litigation | N/A | $2,517.50 | 26.50 | $95.00 | N/A | |
| O'Neill, Patrick D. | Partner | Litigation | 1980 | 13,300.00 | 53.20 | 250.00 | N/A | |
| Padial Doble, Luis | Paralegal | Litigation | N/A | 237.50 | 2.50 | 95.00 | N/A | |

1. If Applicable.