# EXHIBIT C

## SUMMARY OF COMPENSATION DURING FEE PERIOD
## BY PROJECT CATEGORY AND BY MATTER

Case Name and Number: Commonwealth of Puerto Rico
PROMESA Title III
Case no. 17-BK 3283 LTS

Applicant's Name: O'Neill & Gilmore Law Office LLC

Date of Application: 12/15/2017

Interim or Final: Final

## EXHIBIT C

## SUMMARY OF COMPENSATION DURING FEE PERIOD BY PROJECT CATEGORY AND BY MATTER

| Commonwealth of Puerto Rico | | | | |
|---|---|---|---|---|
| Project category | Hours budgeted [1] | Fees budgeted [1] | Hours billed | Fees sought |
| Asset Analysis and Recovery | | | | |
| Asset Disposition | | | | |
| Assumption and Rejection of Leases and Contracts | | | 76.00 | $9,171.00 |
| Avoidance Action Analysis | | | 43.90 | 8,695.50 |
| Budgeting (Case) | | | | |
| Business Operations | | | | |
| Case Administration | | | 50.30 | 9,665.00 |
| Claims Administration and Objections | | | | |
| Corporate Governance and Board Matters | | | | |
| Court Hearings | | | 10.00 | 2,300.00 |
| Employee Benefits and Pensions | | | | |
| Employment and Fee Applications | | | 24.90 | 4,438.50 |
| Employment and Fee Application Objections | | | | |
| Financing and Cash Collateral | | | | |
| Litigation: | | | | |
| Meetings and Communications with Creditors | | | 18.00 | 3,995.00 |
| Non-Working Travel | | | | |
| Plan and Disclosure Statement | | | | |
| Pleading Review | | | 6.50 | 1,200.00 |
| Other Contested Matters | | | 16.90 | 3,558.00 |
| Real Estate | | | | |
| Relief from Stay and Adequate Protection | | | 2.20 | 550.00 |
| Reporting | | | | |
| Tax | | | | |
| Valuation | | | | |
| **TOTAL** | | | **248.70** | **$43,573.00** |

1. If applicable.

Case Name and Number: <u>Commonwealth of Puerto Rico</u>
<u>PROMESA Title III</u>
<u>Case no. 17-BK 3283 LTS</u>

Applicant's Name: <u>O'Neill & Gilmore Law Office LLC</u>

Date of Application: <u>12/15/2017</u>

Interim or Final: <u>Final</u>

## EXHIBIT C

### SUMMARY OF COMPENSATION DURING FEE PERIOD BY PROJECT CATEGORY AND BY MATTER

| P.R. Electric Power Authority (PREPA) | | | | |
|---|---|---|---|---|
| Project category | Hours budgeted [1] | Fees budgeted [1] | Hours billed | Fees sought |
| Asset Analysis and Recovery | | | | |
| Asset Disposition | | | | |
| Assumption and Rejection of Leases and Contracts | | | 0.60 | $145.00 |
| Avoidance Action Analysis | | | | |
| Budgeting (Case) | | | | |
| Business Operations | | | | |
| Case Administration | | | 2.60 | 548.50 |
| Claims Administration and Objections | | | | |
| Corporate Governance and Board Matters | | | | |
| Court Hearings | | | | |
| Employee Benefits and Pensions | | | | |
| Employment and Fee Applications | | | | |
| Employment and Fee Application Objections | | | | |
| Financing and Cash Collateral | | | | |
| Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category)—identify each separately by caption and adversary number, or title of motion or application and docket number. | | | | |
| Meetings and Communications with Creditors | | | | |
| Non-Working Travel | | | | |
| Plan and Disclosure Statement | | | | |
| Pleading Review | | | | |
| Other Contested Matters | | | | |
| Real Estate | | | | |
| Relief from Stay and Adequate Protection | | | | |
| Reporting | | | | |
| Tax | | | | |
| Valuation | | | | |
| **TOTAL** | | | **3.20** | **$693.50** |

1. If applicable.

Case Name and Number: Commonwealth of Puerto Rico
PROMESA Title III
Case no. 17-BK 3283 LTS

Applicant's Name: O'Neill & Gilmore Law Office LLC

Date of Application: 12/15/2017

Interim or Final: Final

## EXHIBIT C

### SUMMARY OF COMPENSATION DURING FEE PERIOD BY PROJECT CATEGORY AND BY MATTER

| PR Highway and Transportation Authority (HTA) | | | | |
|---|---|---|---|---|
| Project category | Hours budgeted [1] | Fees budgeted [1] | Hours billed | Fees sought |
| Asset Analysis and Recovery | | | | |
| Asset Disposition | | | | |
| Assumption and Rejection of Leases and Contracts | | | 0.60 | $119.00 |
| Avoidance Action Analysis | | | | |
| Budgeting (Case) | | | | |
| Business Operations | | | | |
| Case Administration | | | | |
| Claims Administration and Objections | | | | |
| Corporate Governance and Board Matters | | | | |
| Court Hearings | | | | |
| Employee Benefits and Pensions | | | | |
| Employment and Fee Applications | | | | |
| Employment and Fee Application Objections | | | | |
| Financing and Cash Collateral | | | | |
| Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category)—identify each separately by caption and adversary number, or title of motion or application and docket number. | | | | |
| Meetings and Communications with Creditors | | | | |
| Non-Working Travel | | | | |
| Plan and Disclosure Statement | | | | |
| Pleading Review | | | | |
| Other Contested Matters | | | | |
| Real Estate | | | | |
| Relief from Stay and Adequate Protection | | | | |
| Reporting | | | | |
| Tax | | | | |
| Valuation | | | | |
| **TOTAL** | | | **0.60** | **$119.00** |

1. If applicable.

Case Name and Number: Commonwealth of Puerto Rico
PROMESA Title III
Case no. 17-BK 3283 LTS

Applicant's Name: O'Neill & Gilmore Law Office LLC

Date of Application: 12/15/2017

Interim or Final: Final

## EXHIBIT C

## SUMMARY OF COMPENSATION DURING FEE PERIOD BY PROJECT CATEGORY AND BY MATTER

| Employees Retirement Systems (ERS) | | | | |
|---|---|---|---|---|
| Project category | Hours budgeted [1] | Fees budgeted [1] | Hours billed | Fees sought |
| Asset Analysis and Recovery | | | | |
| Asset Disposition | | | | |
| Assumption and Rejection of Leases and Contracts | | | | |
| Avoidance Action Analysis | | | | |
| Budgeting (Case) | | | | |
| Business Operations | | | | |
| Case Administration | | | 0.50 | $125.00 |
| Claims Administration and Objections | | | | |
| Corporate Governance and Board Matters | | | | |
| Court Hearings | | | | |
| Employee Benefits and Pensions | | | | |
| Employment and Fee Applications | | | | |
| Employment and Fee Application Objections | | | | |
| Financing and Cash Collateral | | | | |
| Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category)—identify each separately by caption and adversary number, or title of motion or application and docket number. | | | | |
| Meetings and Communications with Creditors | | | | |
| Non-Working Travel | | | | |
| Plan and Disclosure Statement | | | | |
| Pleading Review | | | | |
| Other Contested Matters | | | | |
| Real Estate | | | | |
| Relief from Stay and Adequate Protection | | | | |
| Reporting | | | | |
| Tax | | | | |
| Valuation | | | | |
| **TOTAL** | | | 0.50 | $125.00 |

1. If applicable.