# EXHIBIT D

## SUMMARY OF EXPENSES BY CATEGORY

Case Name and Number: <u>Commonwealth of Puerto Rico</u>
<u>PROMESA Title III</u>
<u>Case no. 17-BK 3283 LTS</u>

Applicant's Name: <u>O'Neill & Gilmore Law Office LLC</u>

Date of Application: <u>12/15/2017</u>

Interim or Final: <u>Final</u>

## EXHIBIT D

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Copies | $1,578.90 |
| Local Travel | 4.74 |
| Meals | 28.99 |
| Court Fees | 2,400.00 |
| Online Research | 99.84 |
| Delivery Services / Couriers | 303.99 |
| Postage | 295.68 |
| Other: Hearings Transcripts | 257.40 |
| **Total** | **$4,969.54** |