# EXHIBIT E

## LIST OF PROFESSIONALS BY MATTER

Case Name and Number: <u>Commonwealth of Puerto Rico</u>
<u>PROMESA Title III</u>
<u>Case no. 17-BK 3283 LTS</u>

Applicant's Name: <u>O'Neill & Gilmore Law Office LLC</u>

Date of Application: <u>12/15/2017</u>

Interim or Final: <u>Final</u>

## EXHIBIT E

## LIST OF PROFESSIONALS BY MATTER

| Name | Position | Hours | Fees Earned |
|---|---|---|---|
| **Commonwealth of Puerto Rico** | | | |
| Alfonseca Reyes, Yadira | Paralegal | 8.40 | $798.00 |
| Gilmore, Charles P. | Partner | 80.30 | $16,060.00 |
| González Toledo, Joel | Associate | 40.80 | $7,548.00 |
| López, María de Lourdes | Paralegal | 39.60 | $3,762.00 |
| Medina Betancourt, Barbara | Paralegal | 26.50 | $2,517.50 |
| O'Neill, Patrick D. | Partner | 50.60 | $12,650.00 |
| Padial Doble, Luis | Paralegal | 2.50 | $237.50 |
| Total | | **248.70** | **$43,573.00** |

| Name | Position | Hours | Fees Earned |
|---|---|---|---|
| **P.R. Electric Power Authority (PREPA)** | | | |
| Alfonseca Reyes, Yadira | Paralegal | 0.30 | $28.50 |
| Gilmore, Charles P. | Partner | 1.70 | $425.00 |
| O'Neill, Patrick D. | Partner | 1.20 | $240.00 |
| Total | | **3.20** | **$693.50** |

| Name | Position | Hours | Fees Earned |
|---|---|---|---|
| **P.R. Highway and Transportation Authority (HTA)** | | | |
| Alfonseca Reyes, Yadira | Paralegal | 0.20 | $19.00 |
| O'Neill, Patrick D. | Partner | 0.40 | $100.00 |
| Total | | **0.60** | **$119.00** |

| Name | Position | Hours | Fees Earned |
|---|---|---|---|
| **Employees Retirement Systems (ERS)** | | | |
| O'Neill, Patrick D. | Partner | 0.50 | $125.00 |
| Total | | **0.50** | **$125.00** |