# EXHIBIT F

## FEES AND EXPENSES BY TITLE III CASE

Case Name and Number:  Commonwealth of Puerto Rico
PROMESA Title III
Case no. 17-BK 3283 LTS

Applicant's Name:  O'Neill & Gilmore Law Office LLC

Date of Application:  12/15/2017

Interim or Final:  Final

## EXHIBIT F

### FEES AND EXPENSES BY TITLE III CASE

Commonwealth of Puerto Rico     Case no. 17-bk-3285 (LTS)
- Fees:     $ 43,573.00
- Expenses:     $ 4,969.54
- Total:     $48,542.54

Employers' Retirement System     Case no. 17-bk-3566 (LTS)
- Fees:     $ 125.00
- Expenses:     $ 0.00
- Total:     $ 125.00

P.R. Highway and Transportation Authority     Case no. 17-bk-3567 (LTS)
- Fees:     $ 119.00
- Expenses:     $ 0.00
- Total:     $ 119.00

P.R. Electric Energy Authority     Case no. 17-bk-4780 (LTS)
- Fees:     $ 693.50
- Expenses:     $ 0.00
- Total:     $ 693.50

Total
- Fees:     $ 44,510.50
- Expenses:     $ 4,969.54
- Courtesy Discount:     $ 1,000.00
- Total:     $ 48,480.04