# EXHIBIT G

## MONTHLY STATEMENTS

# O'NEILL & GILMORE
## L A W   O F F I C E ,   L L C

Patrick D. O'Neill†
Charles P. Gilmore†
Joel González Toledo

†also admitted in Florida

CITY TOWERS, SUITE 1701
252 PONCE DE LEON AVENUE
SAN JUAN, PUERTO RICO 00918
TELEPHONE (787) 620-0670
FACSIMILE  (787) 620-0671
ONEILLANDGILMORE.COM

The Commonwealth of Puerto Rico
Puerto Rico Financial Agency and
Financial Advisory Authority
c/o O'Melveny & Myers LLP
Time Square Tower
7 Times Square
New York, NY 10036

September 12, 2017

Please Refer to
Invoice Number 29,518.

Tax ID. No. 66-0849239.

Attn.: John J. Rapisardi, Esq.

## SUMMARY SHEET

### OFFICIAL UNSECURED CREDITORS' COMMITTEE REPRESENTATION

Including sub matters, Case Administration, Pleadings Review, Relief from Stay Adequate Protection Proceedings, Meetings of and Communications with Creditors, Court Hearings, Fee/Employment Applications, Avoidance Action Analysis, Assumption/Rejection of leases and Contracts, Other Contested Matters.

| | |
|---|---:|
| Legal Fees for professional services For the period ending July 31, 2017 | $44,510.50 |
| Costs incurred and advanced | 4,969.54 |
| **Subtotal Fees and Costs** | **$49,480.04** |
| Courtesy Discount | -$1,000.00 |
| **Total Balance Due** | **$48,480.04** |

### Wiring and ACH Instructions
Banco Popular de Puerto Rico
209 Muñoz Rivera, Ave.
Hato Rey, PR 00918
Account Number: 030040949
Account Name: O'Neill & Gilmore

### Remittance Address:
O'Neill & Gilmore Law Office, LLC
252 Ponce de León, Ave. Suite 1701
San Juan, PR 00918

Comment:  Please refer to the client, matter and invoice number listed above.
Refer all questions to Patrick D. O'Neill, Esq.

## ONeill & Gilmore

252 Avenue Ponce de Leon
Citibank Towers, Suite 1701
San Juan, PR 00918
Telephone: 787/620-0670

Fax: 787/620-0671

8/17/2017

Invoice No. 29518

The Commonwealth of Puerto Rico
Puerto Rico Financial Agency and
Financial Advisory Authority c/o
O'Melveny & Myers LLP
Time Square Tower
7 Time Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.

| | | | |
|---|---|---|---|
| Client Number: | 420 | | |
| Matter Number: | 420-005 | Official Committee of Unsecured Creditors Title II I | |

**For Services Rendered Through 8/17/2017.**

### Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| B110 | Case Administration | | | |
| 6/27/2017 | PDO | Revised Urgent Motion of Creditors' Committee to Be Heard at June 28 and June 29 hearing. | 0.50 | $125.00 |
| 6/27/2017 | PDO | Revised various Applications and Orders for Admission Pro Hac Vice. Re: Attys. Despins, Comerford, Bongartz & Tenzer. | 0.70 | $175.00 |
| 6/27/2017 | LPD | Assist representatives from Paul Hastings with various administrative tasks, presented checks for filing fees on Pro Hac Vice at Federal Court. | 2.50 | $237.50 |
| 6/27/2017 | JGT | Review of local bankruptcy rules and local district court rules in connection with local requirements for filing motion to shorten time. Re: initial committee filings. | 1.00 | $185.00 |
| 6/27/2017 | MLR | Assist A. Bongartz and M. Comerford, on various motions in the preparation for filing in the Bankrutpcy Case of PROMESA. | 2.00 | $190.00 |
| 6/27/2017 | PDO | Review, edit and clear for filing Notice of appearance for P. O'Neill. | 0.30 | $75.00 |
| 6/27/2017 | YAR | Prepare emails with pdf stamp copies of the Motion to inform and Urgent Motion for the servicing of the same by email. | 0.30 | $28.50 |
| 6/27/2017 | YAR | Prepare 2 hard copies of motions to be sent by FedEx the District Court Southern of NY | 0.20 | $19.00 |
| 6/27/2017 | YAR | Prepare Motion for Pro Hac Vice for: Atty. Despins, Atty. Comerford, Atty. Bongartz and Atty. Tenzer to deliver payment to the District Court | 0.40 | $38.00 |

Client Number:   420                                                                                      8/17/2017
Matter Number:   420-005                                                                                  Page:   2

**B110**        Case Administration

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/27/2017 | YAR | Prepare and print motion to inform and Urgent Motion to be served by regular mail to the Master List. | 2.00 | $190.00 |
| 6/27/2017 | YAR | Prepare Certificate of Service Related to Motion to Inform and Urgent motion in relation therewith. | 0.30 | $28.50 |
| 6/28/2017 | PDO | Review of draft proposed By-Laws for the Committee. | 1.00 | $250.00 |
| 6/28/2017 | CPG | Review of possible conflicts. re: Committee representation. | 1.50 | $300.00 |
| 6/29/2017 | PDO | Revised draft by-laws (cont'd.) | 0.50 | $125.00 |
| 6/30/2017 | PDO | Consideration of email memo from A. Bongartz relative to summary of recent case activity. | 0.50 | $125.00 |
| 6/30/2017 | PDO | Consideration of email memo from A. Bongartz relative to filing of informative motion and Notices of Appearances; revised motions and notes; prepared reply email;  finalize and authorize filing of motions. | 0.70 | $175.00 |
| 7/1/2017 | CPG | Review of Mediation order as forwarded by Judge Houser re:  GO-Cofina. | 0.40 | $80.00 |
| 7/3/2017 | PDO | Consideration of various email memos from A. Bongartz relative to informative Motion and related docs. to be filed in conf. today; revised informative motion. | 0.50 | $125.00 |
| 7/3/2017 | PDO | Consideration of various email memos from A. Bongartz relative to recent case developments; review of Orders and Motions attached thereto. | 0.50 | $125.00 |
| 7/3/2017 | PDO | Consideration of email memos from A. Bongartz and Atty. C. Gilmore relative to Title III filing by PREPA and possible reconstitution of Creditors' Committee; prepared reply email. | 0.50 | $125.00 |
| 7/3/2017 | YAR | Prepare emails with pdf stamp copies of the Notice of Appearance and the Informative motion to be sent by email to Atty. Bongartz to confirm the filing of said motions. | 0.20 | $19.00 |
| 7/5/2017 | PDO | Consideration of email memo from A. Bongartz relative to re-cap of daily developments. | 0.10 | $25.00 |
| 7/5/2017 | CPG | Pro Hac Vice motions for J. Worthington, J. Bliss and A. Buscarino. | 1.50 | $300.00 |
| 7/5/2017 | CPG | Memorandum of A. Bongartz re:  PRASA and further background on PREPA RSAs. | 0.40 | $80.00 |
| 7/5/2017 | YAR | Exchange email with A. Bongartz in relation of the motion to be filed on today's date. | 0.10 | $9.50 |

Continued On Next Page

Client Number:   420

Matter Number:   420-005

8/17/2017

Page:   3

**B110**          Case Administration

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 7/5/2017 | YAR | Prepare proof and final pdf of Motion for Pro Hac Vice for: J. Worthington, A. Buscarino and J. Bliss to deliver payment to the District Court | 0.30 | $28.50 |
| 7/5/2017 | YAR | Filing of Pro Hac Vice for: J. Worthington, A. Buscarino and J. Bliss | 0.40 | $38.00 |
| 7/6/2017 | PDO | Consideration of email memo from A. Bongartz relative to draft Stipulation relative to the Commonweath of PR and COFINA dispute; study and memo of draft Stipulation. | 0.30 | $75.00 |
| 7/6/2017 | CPG | Proposed Stipulation relative to GO-Cofina mediation. | 1.00 | $200.00 |
| 7/6/2017 | CPG | Draft Amended Notice of Appearance for Committee. | 0.50 | $100.00 |
| 7/6/2017 | YAR | Exchange email with A. Bongartz in relation of the payment for the Pro Hac Vice filed on July 5th, 2017 | 0.20 | $19.00 |
| 7/6/2017 | YAR | Prepare Notice of Appearance for C. Gilmore in the principal case of Promesa. | 0.30 | $28.50 |
| 7/7/2017 | PDO | Consideration of email memo from Atty. A. Bongartz relative to case developments and order issued by Judge Swain denying Motion to intervene filed by General Obligation Bond holders. | 0.30 | $75.00 |
| 7/7/2017 | PDO | Consideration of e-mail memo with inquiries from Atty. Worthington relative to Local Rule 2004; prepared brief reply email; plan next steps on notice. | 1.00 | $250.00 |
| 7/7/2017 | CPG | Prepared and revised report to A. Bongartz on 7/06/2017 hearing in local action Mun. San Juan v. GDB. | 1.70 | $340.00 |
| 7/7/2017 | CPG | Memorandum J. Worthington (PH litigation counsel) on Rule 2004 application and issues. | 0.20 | $40.00 |
| 7/7/2017 | CPG | Brief review PR LBRs on Rule 2004 contents. | 0.50 | $100.00 |
| 7/7/2017 | CPG | Conference call with J. Worthington (PH-NY) and S. Cooper (PH-Houston] on Rule 2004 issues and timing re: 8/09/2017 omnibus hearing. | 0.50 | $100.00 |
| 7/7/2017 | CPG | Finalize amended Notice of Appearance of Committee. | 0.20 | $40.00 |
| 7/7/2017 | YAR | Edit Notice of Appearance for Atty. Gilmore as per suggestion by Atty. Bongartz, in relation of the principal case of Promesa | 0.20 | $19.00 |

Continued On Next Page

Client Number:    420                                                                    8/17/2017
Matter Number:    420-005                                                                Page:    4

**B110**        **Case Administration**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 7/7/2017 | YAR | File Amended Notice of Appearance to add Atty. Gilmore to the principal case of Promesa. | 0.20 | $19.00 |
| 7/7/2017 | YAR | Prepare emails with pdf stamp copies of the amended Notice of Appearance to be sent by email to Atty. Bongartz to confirm the filing of said motion. | 0.20 | $19.00 |
| 7/7/2017 | MLR | Prepare request for Transcript of Notice of Hearing extract. | 0.50 | $47.50 |
| 7/10/2017 | CPG | Research local (PR) and First Circuit cases on possible intervention of Committee as of right under 1109.  As per S. Maza (PH-NY). | 3.00 | $600.00 |
| 7/10/2017 | CPG | Memorandum from C. Tacoronte - USDC. | 0.10 | $20.00 |
| 7/11/2017 | CPG | Memorandum from A. Bongartz and review of Motion of UPR RS Trust on composition of Committee [D.I. 607]. | 0.50 | $100.00 |
| 7/12/2017 | PDO | Telephone conference with US Trustee relative to issuance of Notice with respect to related Title III cases. | 0.20 | $50.00 |
| 7/12/2017 | PDO | Consideration of various e-mail memo from L. Despins relative to case developments today; Study and review documents attached thereto. | 0.50 | $125.00 |
| 7/12/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to daily summary of case developments; review of documents attached thereto. | 0.30 | $75.00 |
| 7/12/2017 | CPG | Finalize and clear for filing Certificates of Service re DI 611 & 612 (.30) and DI 615 (.30). | 0.60 | $120.00 |
| 7/12/2017 | CPG | Reply memorándum to C. Tacoronte (USDC) on filing issues. | 0.10 | $20.00 |
| 7/12/2017 | CPG | Transcript request for 6/28/2017 hearing in lead case. | 0.30 | $60.00 |
| 7/12/2017 | CPG | Transcript request for 6/05/2017 hearing in AP 17-00152. | 0.30 | $60.00 |
| 7/12/2017 | CPG | Tel. conf. W. Asst. U.S. Attorney Agnes Cordero on general notification to creditors.  Review of document forwarded by Atty. Cordero.  Second conference. | 0.50 | $100.00 |
| 7/12/2017 | CPG | Review of proposed Mediation Order as forwarded by Mr. Despins. | 1.00 | $200.00 |
| 7/12/2017 | CPG | Consideration of memorandum of L. Despins on Committee composition. | 0.30 | $60.00 |
| 7/12/2017 | CPG | Consideration of Letter to US Trustee by GO Group (A. Rosenberg). | 0.70 | $140.00 |

Continued On Next Page

Client Number:   420                                                                                8/17/2017
Matter Number:   420-005                                                                            Page:   5

**B110**          Case Administration

| | | | | |
|---|---|---|---|---|
| 7/12/2017 | CPG | Finalize and clear for filing PHV application of L. Plaskon, Esq. | 0.50 | $100.00 |
| 7/12/2017 | CPG | Memorándum of L. Despins on outcome of mediation meeting on even date. Logging of dates on master calendar. | 0.50 | $100.00 |
| 7/12/2017 | CPG | Memorandum to L. Despins on letter to US Trustee and interface with media. Consideration of press reléase of AFT. | 0.50 | $100.00 |
| 7/12/2017 | CPG | Conference report M. Lecaroz (UST) on posible formation of committees in HTA, PREPA, and ERS cases. | 0.30 | $60.00 |
| 7/12/2017 | PDO | Prepared e-mail memo to Atty. Luc Despins relative to same. | 0.20 | $50.00 |
| 7/13/2017 | PDO | Review of proposed Mediation Agreement; Consideration of e-mail memo from L. Despins relative to same. | 0.30 | $75.00 |
| 7/13/2017 | PDO | Prepared e-mail memo to L. Despins relative to draft Mediation Agreement. | 0.20 | $50.00 |
| 7/13/2017 | PDO | Updated legal dockets of the follow civil actions pending before the Commonwealth Courts of Puerto Rico: (a) Centro de Periodismo Investigativo v. Rosello' (b) Rosana Lopez Leon v. Rosello; (c) Bhatia Gautier v. Rosello; and (d) Centro de Periodismo Investigativo v. Rosello before the US District Court for the District of Puerto Rico. | 0.50 | $125.00 |
| 7/13/2017 | PDO | Consideration of e-mail memo from P. DeChiara (SEIU) relative to proposed reply to letter from Atty. Paul Weiss. | 0.20 | $50.00 |
| 7/13/2017 | CPG | Clarification of filing issues re [DI 621] with C. Tacoronte (USDC). | 0.20 | $40.00 |
| 7/13/2017 | CPG | Memorándum from L. Despins re Millstein & Co. with attached exhibit (.30); memorándum to A. Bongartz on same (.20). | 0.50 | $100.00 |
| 7/13/2017 | CPG | Memorándum from P. DeChiara (SEIU) proposing reply letter re: GO Group letter to UST. | 0.20 | $40.00 |
| 7/13/2017 | CPG | Memorándum from A. Bongartz regarding Committee's appearance in PREPA proceedings. | 0.20 | $40.00 |
| 7/13/2017 | CPG | Review of proposed changes to draft Mediation Order. | 0.50 | $100.00 |

**Continued On Next Page**

| Client Number: | 420 | | | | 8/17/2017 |
| Matter Number: | 420-005 | | | | Page:   6 |

**B110**   **Case Administration**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/14/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to preparation of Notice of Appearance for O&G in PREPA Title III case; prepared reply email; Prepared and revised Notice of Appearance. | 0.50 | $125.00 |
| 7/14/2017 | PDO | Study and review legal docket from related PREPA Title III case; in connection with preparation of draft Notice of Appearance and docketing of pending up-coming deadlines. | 0.20 | $50.00 |
| 7/14/2017 | PDO | Consideration of e-mail memo from L. Despins relative to response for Office of US Trustee to letter from Paul Weiss firm (A. Rosemberg) and relative to proposed follow up action; prepared reply email. | 0.20 | $50.00 |
| 7/14/2017 | CPG | Tel. conf. w. L. Despins relative to DI 642. | 0.20 | $40.00 |
| 7/14/2017 | CPG | Memorandum from L. Despins informing on UST's position as to GO Group petition and enclosing draft reply. | 0.20 | $40.00 |
| 7/14/2017 | CPG | Telephonic communication to USDC (C. Tacoronte) concerning Committee's intention to submit limited objection to DI 642. | 0.10 | $20.00 |
| 7/14/2017 | CPG | Memorandum to A. Bongartz relative to DI 642 and reply. | 0.20 | $40.00 |
| 7/14/2017 | CPG | Review of draft limited objection of Committee for filing on even date. | 0.30 | $60.00 |
| 7/14/2017 | CPG | Memorandum from A. Bongartz relative to filing of limited objection re DI 642. | 0.10 | $20.00 |
| 7/14/2017 | CPG | Memorandum from A. Bongartz on Committee's filing deadline on PREPA's motion to assume Freepoint contract. | 0.10 | $20.00 |
| 7/14/2017 | CPG | Memorandum from L. Despins on UST reply letter and exhibit. | 0.20 | $40.00 |
| 7/14/2017 | CPG | Memorandum from L. Despins regarding Rule 2004 examinations. | 0.20 | $40.00 |
| 7/14/2017 | YAR | Draft Notice of Appearance - PREPA case. | 0.30 | $28.50 |
| 7/14/2017 | YAR | Proof read and finalize Limited objection to Carreteras. | 0.20 | $19.00 |
| 7/14/2017 | CPG | Tel. conf. w. L. Despins on FOMB's motion to file documents under seal. | 0.20 | $40.00 |
| 7/14/2017 | CPG | Tel. comm. w. C. Tacoronte (USDC) on upcoming limited objection to DN [ 642 ]. | 0.20 | $40.00 |

**Continued On Next Page**

Client Number:   420

Matter Number:   420-005

8/17/2017
Page:   7

| **B110** | **Case Administration** | | | |
|---|---|---|---|---|
| 7/14/2017 | CPG | Memoranda to/from A. Bongartz on limited objection to DN [ 642 ]. | 0.30 | $60.00 |
| 7/15/2017 | PDO | Consideration of e-mail memo from L. Despins relative to status of proceedings and proposed discovery; review of draft discovery documents. | 0.50 | $125.00 |
| 7/15/2017 | CPG | Memorandum L. Despins on Bco. Santander discovery. | 0.50 | $100.00 |
| 7/15/2017 | PDO | Notice of Filing of Master List. | 0.20 | $50.00 |
| 7/16/2017 | CPG | Memorandum A. Bongartz on GDB RSA. | 0.40 | $80.00 |
| 7/16/2017 | CPG | Memorandum A. Bongartz on most recent filings and possible Committee responses. | 0.40 | $80.00 |
| 7/17/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to the Oversight Board's authorization for GDB to pursue restructuring under title VI of PROMESA; review of relevant documents attached thereto. | 0.50 | $125.00 |
| 7/17/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to disclosure requirements for mediation process. | 0.10 | $25.00 |
| 7/17/2017 | PDO | Study and review of draft letter to office of US Trustee relative to appointment of Creditors Committee in all Title III Cases. | 0.30 | $75.00 |
| 7/17/2017 | CPG | Memorandum B. Gray (PH) on Rule 2004 examinations and attaching letters to be served. | 0.50 | $100.00 |
| 7/18/2017 | CPG | Revised Rule 2004 letters to Bco. Santander et al and Bco. Popular et al.  Supervision and coordination of delivery and proof of service. Memoranda to/from J. Worthington on same. | 1.50 | $300.00 |
| 7/19/2017 | PDO | Study and review of draft Motion to Intervene; prepared e-mail memo to L. Despins relative to same. | 0.40 | $100.00 |
| 7/19/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to proposed Stipulation and Agreed Order Appearing Procedure to Resolve Commonwealth COFINA Dispute; Study and review of proposed Stipulation attached thereto. | 0.30 | $75.00 |
| 7/19/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to recent case developments and relative to agenda for tomorrow's meeting of creditors committee. | 0.20 | $50.00 |
| 7/19/2017 | JGT | Review of proofs of service regarding BPPR. | 0.50 | $92.50 |

**Continued On Next Page**

Client Number:  420                                                    8/17/2017
Matter Number:  420-005                                                 Page:  8

**B110**     **Case Administration**

| Date | | Description | | |
|---|---|---|---|---|
| 7/20/2017 | PDO | Consideration of e-mail memo from Atty. Mark Richard (AFT) relative to Prime Clerk Contract. | 0.10 | $25.00 |
| 7/20/2017 | PDO | Study and review draft Motion Under Rule 2004 Discovery. | 0.70 | $175.00 |
| 7/20/2017 | PDO | Telephone conference with L. Despins relative to draft Motion Under Rule 2004 for Discovery. | 0.20 | $50.00 |
| 7/20/2017 | PDO | Study and review Overview of Commonwealth's Certified Fiscal Plan dated March 31, 2017 as prepared by Zolfo Cooper. | 1.00 | $250.00 |
| 7/20/2017 | PDO | Study and review graphic table and presentation on available alternatives re: on fiscal Plan (in preparation for today's conference call of the Committee). | 0.20 | $50.00 |
| 7/21/2017 | PDO | Telephone conference with L. Despins relative to pending Motions to be filed today. | 0.20 | $50.00 |
| 7/21/2017 | PDO | Prepared e-mail memo to L. Despins and A. Bongartz relative to draft Notice and Certificate of Service. | 0.20 | $50.00 |
| 7/21/2017 | PDO | Revised latest draft of Motion Under Rule 2004. | 0.50 | $125.00 |
| | | **Case Administration** | **53.40** | **$10,338.50** |

**B113**     **Pleadings Review**

| Date | | Description | | |
|---|---|---|---|---|
| 6/27/2017 | CPG | Revised Motions and filings in advance of 6/28 omnibus hearing. | 1.50 | $300.00 |
| 6/28/2017 | MLR | Prepare and index file for the Title III Bankruptcy Case of Promesa. re: 6/29 hearing. | 2.00 | $190.00 |
| 6/30/2017 | PDO | Consideration of Order relative to mediation procedures; consideration of various email memos from A. Bongartz relative to same. | 0.30 | $75.00 |
| 7/14/2017 | PDO | Study and review of Urgent Motion for Leave to File Documents Under Seal; Consideration of various email memos from A. Bongartz relative to same; prepared reply email. | 0.30 | $75.00 |
| 7/14/2017 | PDO | Revised draft Limited Objection to Urgent Motion for Leave to File Documents Under Seal; Consideration of e-mail memo from A. Bongartz relative to same. | 0.20 | $50.00 |
| 7/14/2017 | CPG | Review of Urgent Motion to File Documents Under Seal [DI 642]. | 0.50 | $100.00 |
| 7/14/2017 | CPG | Review of FOMB's motion to file documents under seal.  DN [642]. | 0.30 | $60.00 |

Continued On Next Page

Client Number:    420                                                                    8/17/2017
Matter Number:    420-005                                                                Page:    9

**B113**        **Pleadings Review**

| Date | | Description | | |
|---|---|---|---|---|
| 7/15/2017 | PDO | Order Scheduling Briefing on Robles Figueroa Motion for Relief from Stay. | 0.40 | $100.00 |
| 7/17/2017 | PDO | Consideration of Urgent Motion to File Late Objection as filed by AAFAF. | 0.20 | $50.00 |
| 7/18/2017 | PDO | Consideration of Orders issued by Judge Swain on 7/17/17 relative to approval of Joint Stipulation with certain Secured Claimholders of employees' Retirement System and relative to South Parcel's MOtion of Relief from Stay. | 0.20 | $50.00 |
| 7/20/2017 | PDO | Consideration of Response of Oversight Board to Informative Motion of Hoc Group of GO Claimholders Regarding Briefing and Discovery. | 0.20 | $50.00 |
| 7/20/2017 | PDO | Consideration of Motion to Reschedule Omnibus Hearing and related Notice. | 0.10 | $25.00 |
| 7/21/2017 | PDO | Consideration of Informative Motion Filed by employees Retirement System, Motion to Comply with order Regarding Defection of Notice of Withdrawal. | 0.30 | $75.00 |

|  |  | **Pleadings Review** | **6.50** | **$1,200.00** |
|---|---|---|---|---|

**B140**        **Relief from Stay/Adequate Protection Proceedings**

| Date | | Description | | |
|---|---|---|---|---|
| 6/28/2017 | PDO | Consideration of Motion for Relief from Stay filed by Josue Aquino Colon. | 0.20 | $50.00 |
| 6/29/2017 | PDO | Consideration of Omnibus Objection of the Commonwealth to Motions for Relief from Stay filed by Luz Pizarro and Javier Perez. | 0.30 | $75.00 |
| 7/5/2017 | PDO | Consideration of Motion Requesting Relief from Stay as filed by Mr. Perfecto Bermudez; review of documents attached thereto. | 0.20 | $50.00 |
| 7/10/2017 | PDO | Consideration of Motion for relief from Automatic Stay from Caribbean Airport Facilities. | 0.30 | $75.00 |
| 7/13/2017 | PDO | Consideration of Objection of the Commonwealth to Motion for Relief from Stay filed by Josue Aquino Colon. | 0.20 | $50.00 |
| 7/15/2017 | PDO | Consideration of various motions filed on July 14, 2017; specifically: (a) Motion for Relief from Stay by Keila Robles; (b) Objection of the Commonwealth to Motion for Relief from Stay filed by Antonio Cosme. | 0.40 | $100.00 |
| 7/17/2017 | PDO | Consideration of Objection filed by AAFAF to Motion for Relief from Stay filed by South Parcel of PR. | 0.20 | $50.00 |

Continued On Next Page

Client Number:   420                                                                      8/17/2017
Matter Number:   420-005                                                                  Page:  10

**B140**       Relief from Stay/Adequate Protection Proceedings
7/18/2017      PDO           Motion to Lift of Stay filed by Ad Hoc Group of        0.20      $50.00
                             PREPA Bond Holders.

7/20/2017      PDO           Consideration of the Commonwealth Opposition           0.20      $50.00
                             to Motion Requesting Relief of Stay by Perfecto
                             Crespo Bermudez.

|  |  | Relief from Stay/Adequate Protection Proceedings | 2.20 | $550.00 |
|---|---|---|---|---|

**B150**       Meetings of and Communications with Creditors
6/27/2017      CPG           Attend meeting of Committee for selection of           3.00      $600.00
                             financial advisors.

6/29/2017      PDO           Review of proposed agenda for today's telephone        0.30      $75.00
                             confrence meeting of the Committee; review of
                             recent case docket from the Court in connection
                             therewith.

6/29/2017      PDO           Telephone conference with Atty. A. Velazquez           0.20      $50.00
                             (SEIU) relative to proposed follow up matters
                             for consideration by the Committee.

6/29/2017      PDO           Telephone conference with Atty. J. Salisch             0.20      $50.00
                             (Doral) relative to proposed follow up matters
                             from for consideration by the committee.

6/29/2017      PDO           Participated in Committee Conference Call.             1.60      $400.00
6/29/2017      CPG           Attend telephonic Committee meeting.                   1.60      $320.00
6/29/2017      PDO           Consideration of e-mail memo from Atty. Mark           0.10      $25.00
                             Richard (AFT) relative to same.

7/5/2017       PDO           Tel. conf. w. A. Velazquez (SEIU) relative to          0.20      $50.00
                             recent case filings and mediation process
                             scheduled for July 12, 2017.

7/6/2017       PDO           Consideration of Amended Notice of Agenda for          0.20      $50.00
                             today's conference; prepared email memo to A.
                             Bongartz relative to same.

7/6/2017       PDO           Participated in conference call meeting of the         1.20      $300.00
                             Creditors' Commite.

7/6/2017       PDO           Prepared email memo to L. Despins relative to          0.20      $50.00
                             today conference call and mediation scheduled
                             for 7/12/17; consideration of his reply.

7/6/2017       CPG           Conference call with Committee.                        1.20      $240.00
7/11/2017      CPG           Conference call with Committee.                        0.80      $160.00
7/13/2017      PDO           Consideration of e-mail memo from L. Despins           0.20      $50.00
                             and A. Bongartz relative to agenda for today's
                             telephonic meeting of the Committee; review of
                             documents attached thereto.

Continued On Next Page

Client Number:   420
Matter Number:   420-005

8/17/2017
Page:  11

| B150 | Meetings of and Communications with Creditors | | | |
|---|---|---|---|---|
| 7/13/2017 | PDO | Participated in conference call meeting of Creditor's Committee. | 1.50 | $375.00 |
| 7/13/2017 | CPG | Conference call with Committee. | 1.50 | $300.00 |
| 7/18/2017 | PDO | Participated in telephone conference call meeting of Creditors Committee. | 1.30 | $325.00 |
| 7/18/2017 | CPG | Committee conference call with counsel. | 1.30 | $260.00 |
| 7/20/2017 | PDO | Participated in conference call meeting of Creditors' Committee. | 0.70 | $175.00 |
| 7/20/2017 | CPG | Committee conference call with counsel. | 0.70 | $140.00 |
| | | Meetings of and Communications with Creditors | 18.00 | $3,995.00 |

| B155 | Court Hearings | | | |
|---|---|---|---|---|
| 6/27/2017 | PDO | Preparation for hearing on June 28, 2017. | 1.00 | $250.00 |
| 6/28/2017 | PDO | Attended Omnibus hearing before Judge Swain. | 5.00 | $1,250.00 |
| 7/5/2017 | CPG | Preparation for hearing Re: Mun. San Juan v. GDB - 7/06/2017 hearing. Complaint of MSJ and orders. | 2.00 | $400.00 |
| 7/6/2017 | CPG | Attend hearing in Mun. San Juan v. GDB case (local court). | 2.00 | $400.00 |
| | | Court Hearings | 10.00 | $2,300.00 |

| B160 | Fee/Employment Applications | | | |
|---|---|---|---|---|
| 6/29/2017 | CPG | Engagement letter of O&G as local Puerto Rico counsel for Committee. | 0.70 | $140.00 |
| 7/1/2017 | CPG | Prepared and revised O&G Engagement Letter for the Committee of Unsecured Creditors. (cont'd.) | 1.40 | $280.00 |
| 7/3/2017 | PDO | Revised draft engagement letter for OG; prepared email memo to C. Gilmore relative to same. | 0.30 | $75.00 |
| 7/3/2017 | MLR | Edit draft for Application for appointment for Local Counsel and proposed Order | 0.40 | $38.00 |
| 7/4/2017 | PDO | Consideration of email memo from Atty. Bongartz relative to draft engagement letter from Zolfo Cooper review of draft letter; | 0.40 | $100.00 |
| 7/5/2017 | PDO | Revised Application for Designation as local counsel; prepared memo to Atty. Gilmore relative to same. | 0.40 | $100.00 |
| 7/5/2017 | CPG | Review of Zolfo Cooper engagement letter. | 0.50 | $100.00 |

Continued On Next Page

Client Number:   420
Matter Number:   420-005

8/17/2017
Page:  12

**B160**       **Fee/Employment Applications**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/5/2017 | CPG | Revised Engagment letter to Committee re:  local Puerto Rico counsel. | 1.00 | $200.00 |
| 7/5/2017 | CPG | Investigation re:  engagement requirements as per Oversight Board. | 1.00 | $200.00 |
| 7/5/2017 | CPG | Prepared and revised Local counsel retention agreement. | 1.50 | $300.00 |
| 7/5/2017 | CPG | Prepared Local counsel Certificate of Attorney. | 1.50 | $300.00 |
| 7/6/2017 | PDO | Final review of Motion for Application of Counsel, Certificate of Service and proposal order. | 0.20 | $50.00 |
| 7/6/2017 | PDO | Study and review of proposed engagement letter from Zolfo Cooper. | 0.30 | $75.00 |
| 7/6/2017 | CPG | Local counsel retention agreement - cont'd. | 1.00 | $200.00 |
| 7/6/2017 | CPG | Certificate of Attorney re:  retention agreement -cont'd. | 1.00 | $200.00 |
| 7/6/2017 | CPG | Draft proposed Order for retention of counsel. | 1.50 | $300.00 |
| 7/6/2017 | MLR | Finalize the Engagement Letter for the Committee of Unsecured Creditors. | 0.40 | $38.00 |
| 7/7/2017 | CPG | Draft Notice of Hearing for Application of Committee for Employment of Counsel. | 1.00 | $200.00 |
| 7/7/2017 | CPG | Tel. conf. w. A. Bongartz on filing status on Applications of PH/O&G. | 0.20 | $40.00 |
| 7/7/2017 | YAR | Edit Notice of Hearing on Retention of O'Neill & Gilmore LLC | 0.20 | $19.00 |
| 7/10/2017 | CPG | Finalize Application for Retention.  Authorize filing of same. | 0.50 | $100.00 |
| 7/10/2017 | CPG | Review Application of Paul Hastings LLP. Authorize filing. | 0.50 | $100.00 |
| 7/10/2017 | CPG | Draft Certificate of Service - Paul Hastings LLP. | 0.60 | $120.00 |
| 7/10/2017 | CPG | Draft Certificate of Service- O&G LLC. | 0.40 | $80.00 |
| 7/10/2017 | YAR | Exchange various emails communication with A. Bongartz for the pdf proof for the Notice of Hearing on Retention of O'Neill & Gilmore LLC and its amendments to be file today. | 0.40 | $38.00 |
| 7/10/2017 | YAR | Proof reading and prepare pdf proofs for the Paul Hastings and O'Neill & Gilmore retention applications to be sent to A. Bongartz. | 0.50 | $47.50 |

Continued On Next Page

Client Number:   420
Matter Number:   420-005

8/17/2017
Page:  13

**B160**          **Fee/Employment Applications**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/10/2017 | YAR | Exchange communication with S. Maza (PH) on steps for the processing of service for the Paul Hastings and O'Neill & Gilmore retention applications and Notice of Hearing in connection therewith. | 0.30 | $28.50 |
| 7/10/2017 | YAR | Prepare emails with pdf stamp copies of the Paul Hastings and O'Neill & Gilmore retention applications and Notice of Hearing for the servicing of the same by email. | 0.40 | $38.00 |
| 7/10/2017 | MLR | Prepared copies of retentions applications and Notice of Hearing for O&G and Paul Hastings; prepared and revised master Service List for same. | 3.00 | $285.00 |
| 7/11/2017 | CPG | Memorandum of L. Despins on choice of law re: Zolof Cooper retention agreement. | 0.40 | $80.00 |
| 7/11/2017 | CPG | Review and clear Zolfo Cooper application for employment, with all exhibits. | 1.00 | $200.00 |
| 7/11/2017 | CPG | Certificate of Service - Zolfo Cooper application. | 0.50 | $100.00 |
| 7/11/2017 | MLR | Prepare 2 hard copies of the Paul Hastings and O'Neill & Gilmore retention applications and Notice of Hearing to be send by FedEx the District Court Southern of NY | 0.30 | $28.50 |
| 7/11/2017 | YAR | Prepare 2 hard copies of the Paul Hastings and O'Neill & Gilmore retention applications and Notice of Hearing to serve the District Court of Puerto Rico. | 0.40 | $38.00 |
| 7/19/2017 | PDO | Study and review Prime Clerk LLC Engagement Agreement. | 0.30 | $75.00 |
| 7/19/2017 | PDO | Revised draft Notice of Hearing on Motion of Official Committee of Unsecured Creditors for Order Clarifying Scope of and Establishing Procedures in Connection with Creditor Access to Information and Retaining Prime Clerk LLC; revised proposed Order. | 0.50 | $125.00 |
| | | **Fee/Employment Applications** | **24.90** | **$4,438.50** |

**B180**          **Avoidance Action Analysis**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 6/29/2017 | CPG | Review of report on PREPA RSA and Title III. | 0.50 | $100.00 |
| 7/3/2017 | CPG | Review of certified fiscal plan of Commonwealth. | 1.50 | $300.00 |
| 7/14/2017 | PDO | Consideration of e-mail memo from A. Bongartz with inquiries relative to PR usury laws; prepared brief reply; prepared memo to Atty. Joel Gonzalez relative to same. | 0.20 | $50.00 |

Continued On Next Page

Client Number:   420                                              8/17/2017
Matter Number:   420-005                                         Page:  14

**B180**          **Avoidance Action Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 7/14/2017 | PDO | Legal research relative to PR usury statutes. | 0.50 | $125.00 |
| 7/14/2017 | CPG | Memorandum from Mr. Bongartz concerning research into PR usury rate statute and recent amendments. | 0.30 | $60.00 |
| 7/17/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to additional inquiries regarding Puerto Rico law and regulation on interest rates; proposed brief reply email. | 0.30 | $75.00 |
| 7/17/2017 | PDO | Legal research relative to 2015 Puerto Rico Legislation on Usury and relative to 2014 GO Bonds Act. | 1.00 | $250.00 |
| 7/17/2017 | JGT | Review 7/17 email from  A. Bongartz relative to Usury rate issues. Research legislation removing interest cap from $2BN bond offering. Start drafting response. | 3.50 | $647.50 |
| 7/17/2017 | JGT | Research Usury Law, amendments and exceptions. | 3.00 | $555.00 |
| 7/17/2017 | JGT | Research Office of Commissioner of Financial Institutions law and regulations regarding maximum interest rate in Puerto Rico. | 3.00 | $555.00 |
| 7/17/2017 | JGT | Research law governing sovereign immunity. | 1.50 | $277.50 |
| 7/18/2017 | PDO | Prepared draft memo relative to Puerto Rico usury laws. | 1.00 | $250.00 |
| 7/18/2017 | PDO | Revised draft memo relative to Puerto Rico usury statutes. | 0.90 | $225.00 |
| 7/18/2017 | JGT | Continue reviewing and drafting response on legislation removing cap from $2BN deal. Review 2014 GO Bonds Act. Review Commonwealth's Official statements pertaining to GO bonds. | 5.50 | $1,017.50 |
| 7/18/2017 | JGT | Research Statement of Motives for laws regulating OCIF. | 0.80 | $148.00 |
| 7/18/2017 | JGT | Research 2015 Tax Legislation to cover 2014 GO's and the 2014 GO bond legislation. | 2.00 | $370.00 |
| 7/18/2017 | JGT | Draft memo to client regarding usury law and public policy on usury interest in the island. | 5.00 | $925.00 |
| 7/18/2017 | JGT | Review Act 34-2014. | 1.50 | $277.50 |
| 7/19/2017 | PDO | Revised memo relative to Puerto Rico Usury Laws. | 2.50 | $625.00 |

Continued On Next Page

Client Number:    420
Matter Number:    420-005

8/17/2017
Page: 15

| | | | | |
|---|---|---|---|---|
| **B180** | **Avoidance Action Analysis** | | | |
| 7/19/2017 | PDO | Telephone conference with J. Bliss (Paul Hastings) relative to maximum interest rates allowed by statutes in Puerto Rico. | 0.20 | $50.00 |
| 7/19/2017 | PDO | Telephone conference with L. Despins relative to further research required relative to Puerto Rico usury laws and Puerto Rico public policy. | 0.20 | $50.00 |
| 7/19/2017 | PDO | Legal research to issues of public policy and relative to legislation history of 2014 Puerto Rico bond issue. | 0.80 | $200.00 |
| 7/19/2017 | PDO | Prepared outline of draft memo regarding public policy consideration arising from PR Usury Law. | 0.50 | $125.00 |
| 7/19/2017 | PDO | Study and review proposed Stipulation governing procedures for Advertising Commonwealth - COFINA Dispute. | 0.20 | $50.00 |
| 7/19/2017 | JGT | Review Bond Resolution from PR Treasury Departments. Review Official Statement from PR governments related to 2014 GO Bonds. Review and analyze PR Laws Ann provision related to rates of interest and maximum finance charges. Start drafting memo on NY jurisdiction submission regarding 2014 Bond issuance. | 6.00 | $1,110.00 |
| 7/19/2017 | JGT | Revise research memorandum on Puerto Rico Usury Laws to Paul Hastings pursuant to Atty. O'Neill comments. | 1.50 | $277.50 |
| | | **Avoidance Action Analysis** | **43.90** | **$8,695.50** |
| **B185** | **Assumption/Rejection of Leases and Contracts** | | | |
| 7/7/2017 | CPG | Overview of Banking Services Contract between BPPR, GDB & Treasury, as forwarded by L. Plaskon (PH), including First, Second and Third Amendments. | 2.00 | $400.00 |
| 7/7/2017 | MLR | Commence Spanish to English language translation of Banking Services Contract (8,862 words). | 6.00 | $570.00 |
| 7/7/2017 | BMB | Translation: First Amendment to Banking Services Contract (Spanish to English). (2,025 words) | 5.50 | $522.50 |
| 7/8/2017 | MLR | Translation: Spanish to English Banking Services Contract (cont'd). | 5.50 | $522.50 |
| 7/8/2017 | BMB | Translation: Second Amendment to Banking Services contract (Spanish to English). (8,240 words) | 7.00 | $665.00 |
| 7/9/2017 | CPG | Verify translation: First Amendment to Banking Services Agreement. | 1.50 | $300.00 |

Continued On Next Page

Client Number:   420
Matter Number:   420-005

8/17/2017
Page:  16

**B185**　　　**Assumption/Rejection of Leases and Contracts**

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 7/9/2017 | MLR | Translation: Spanish to English:  Banking Services Contract (cont'd). | 5.00 | $475.00 |
| 7/9/2017 | BMB | Translation: Banking Services Contract (Second Amendment). (Cont'd) | 7.00 | $665.00 |
| 7/10/2017 | BMB | Translation Banking Services Contract (Second Amendment).  (Cont'd) | 7.00 | $665.00 |
| 7/10/2017 | MLR | Translation Spanish to English:  Banking Services Contract. | 6.00 | $570.00 |
| 7/11/2017 | PDO | Revised English language translation of Banking Services Contract. | 1.50 | $375.00 |
| 7/11/2017 | CPG | Verify translation: Second Amendment to Banking Service Contract. | 5.00 | $1,000.00 |
| 7/11/2017 | CPG | Tel. conf. w. A. Bongartz (2 calls) re:  Banking Services Contract. | 0.20 | $40.00 |
| 7/11/2017 | MLR | Translation: Banking Service Contract. Third Amendment. (3,375 words). | 8.50 | $807.50 |
| 7/11/2017 | JGT | Verify Translation: Banking Services Contract. | 4.50 | $832.50 |
| 7/12/2017 | CPG | Verify Translation: Third Amendment to Banking Services Contract. | 2.00 | $400.00 |
| 7/12/2017 | CPG | Verification of complete Banking Services Contract, including First, Second and Third Amendments. | 2.00 | $400.00 |
| 7/13/2017 | CPG | Memorándum to L. Plaskon to remit English translations of Banking Services Contract and various amendments. | 0.50 | $100.00 |
| 7/14/2017 | PDO | Study and review PREPA's Motion for Entry of Order Authorizing PREPA to Assume Full Supply Contract; review of proposed Order attached thereto. | 0.30 | $75.00 |
| 7/20/2017 | PDO | Motions to Compel  PR Highways and Transportation Authority to Asume or Reject Executory Contracts. | 0.20 | $50.00 |

| | Assumption/Rejection of Leases and Contracts | 77.20 | $9,435.00 |
|---|---|---|---|

**B190**　　　**Other Contested Matters**

| Date | Staff | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 6/30/2017 | PDO | Study and review adversary complaint filed by GO bond holders against the Puerto Rico Fiscal Control Board. | 1.50 | $375.00 |
| 7/2/2017 | YAR | Exchange various emails with P. O'Neill, C. Gilmore and A. Bongartz in relation to different motions to be filed in connection with discovery conference in adv. proc. No. 17-00133. | 0.50 | $47.50 |

Continued On Next Page

| Client Number: | 420 | | | | 8/17/2017 |
| Matter Number: | 420-005 | | | | Page: 17 |

**B190**      **Other Contested Matters**

| | | | | |
|---|---|---|---|---|
| 7/3/2017 | CPG | Review of adversary complaint 17-189 (cont'd.) | 0.50 | $100.00 |
| 7/3/2017 | YAR | Proof read, edit and prepare Documents for Filing in BNY Interpleader Adversary Proceeding. | 0.40 | $38.00 |
| 7/3/2017 | PDO | Notice of Appearance and Informative Motion in the Case of Bank of New York of Mellon in the Adv. Case no. 17-00133. | 0.50 | $125.00 |
| 7/5/2017 | PDO | Plan & outline follow up action regarding Bhatia vs. Rosello litigation. | 0.30 | $75.00 |
| 7/6/2017 | CPG | Review of Motion to Dismiss filed by GDB in Mun. San Juan v. GDB.  Overview of exhibits to complaint.  Re:  7/06/2017 hearing. | 2.50 | $500.00 |
| 7/7/2017 | CPG | Memorandum A. Bongartz on GO Bondholder denial of intervention in A/P 17-133. | 0.30 | $60.00 |
| 7/7/2017 | CPG | Memorandum Opinion and Order in A/P 17-133 [DN 276] re:  denial of intervention of GO Group. | 1.00 | $200.00 |
| 7/7/2017 | CPG | Review Memorandum Opinion in A/P 17-136 [ECF 16]. | 1.00 | $200.00 |
| 7/10/2017 | PDO | Study and review Memorandum Opinion and Order rendered in the Rosanna Lopez Leon adversary processing adding by Judge Swain on July 7, 2017. | 0.30 | $75.00 |
| 7/10/2017 | PDO | Study and review of Adversary Complaint filed by Association of University Professors. | 0.30 | $75.00 |
| 7/10/2017 | CPG | Review of Complaint A/P 17-00197 (Asoc. Profesores v. Oversight Board). | 0.50 | $100.00 |
| 7/10/2017 | JGT | Research local bankruptcy court cases in order to find recent case law discussing Section 1109(b) and/or standing to intervene in any adversary proceedings. | 1.50 | $277.50 |
| 7/10/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to Lopez Leon Case remanded to local court; review of Remand Order; prepared reply email; prepared memo to  to suggested follow up action. | 0.30 | $75.00 |
| 7/11/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to Motion of UPR Trust (requesting appointment of additional committee of government employees) and relative to Decision of Judge Swain relative to remand of Lopez Leon adversary proceeding. | 0.20 | $50.00 |

Continued On Next Page

Client Number:    420                                                      8/17/2017
Matter Number:    420-005                                                  Page:  18

**B190**          **Other Contested Matters**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/11/2017 | PDO | Study and review Adversary Proceeding Complaint filed by Association of Professors at UPR in Mayaguez. | 0.50 | $125.00 |
| 7/11/2017 | CPG | Memorandum from A. Bongartz on remand decision in A/P 17-137 (Lopez Leon v. Rossello) [D.I. 14]. | 1.00 | $200.00 |
| 7/11/2017 | CPG | Review of AP 17-00167. | 0.50 | $100.00 |
| 7/11/2017 | CPG | Transcript request - 7/05/2017 hearing (AP 17-00133) | 0.30 | $60.00 |
| 7/12/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to case remanded to Commonwealth Courts; prepared reply email. | 0.20 | $50.00 |
| 7/13/2017 | PDO | Consideration of Motion to Compel HTA to Answer on Reject Executory Contracts. | 0.20 | $50.00 |
| 7/14/2017 | CPG | FOMB's motion to dismiss AP 17-00125 [DI 27]. | 1.00 | $200.00 |
| 7/16/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to Notice of Filing of Stipulation adversary proceeding by Retirement System and PR Highway Transportation Authority; review of documents attached thereto. | 0.50 | $125.00 |
| 7/18/2017 | PDO | Consideration of e-mail memo from A. Bongartz relative to adversary proceedings and other litigation; Study and review of table attached thereto. | 0.30 | $75.00 |
| 7/18/2017 | PDO | US District Court Complaint filed by Municipality of Caguas. | 0.20 | $50.00 |
| 7/18/2017 | PDO | Amended Complaint filed by National Public Finance; review of documents attached thereto. | 0.30 | $75.00 |
| 7/19/2017 | PDO | Study and review draft Motion to Intervene in adversary proceeding brought by Answered Guarantee Corp. against to Commonwealth. | 0.30 | $75.00 |

| | | | | |
|---|---|---|---|---|
| | | Other Contested Matters | 16.90 | $3,558.00 |
| | | **Grand Total:** | 253.00 | $44,510.50 |
| | | Billable Hours / Fees: | 253.00 | $44,510.50 |

Continued On Next Page

## O'Neill & Gilmore

252 Avenue Ponce de Leon
Citibank Towers, Suite 1701
San Juan, PR 00918
Telephone: 787/520-0670

Fax: 787-620-0671

8/17/2017
Invoice No. 29518

The Commonwealth of Puerto Rico
Puerto Rico Financial Agency and
Financial Advisory Authority c/o
O'Melveny & Myers LLP
Time Square Tower
7 Time Square
New York. NY 10036
Attn: John Rapisardi, Esq.

---

| Client Number: | 420 | |
|---|---|---|
| Matter Number: | 420-005 | Official Committee of Unsecured Creditors Title III |

**For Services Rendered Through 8/17/2017.**

---

### Cost Detail

| Date | Description | Amount | Check No. |
|---|---|---|---|
| **E101** | **Copying** | | |
| 6/30/2017 | Photocopies 3,880 @ .10 | $388.00 | |
| 7/11/2017 | Photocopies 63 @ .10 | $6.30 | |
| 7/31/2017 | Photocopies 11,846 @ .10 | $1,184.60 | |
| **E106** | **Online research** | | |
| 7/31/2017 | Pacer Electronic Fees 832 @ .12 | $99.84 | |
| **E107** | **Delivery services/messengers** | | |
| 7/3/2017 | Fed Ex-Certified Mail | $26.93 | 700 |
| | **Payee:  Fed Ex** | | |
| 7/5/2017 | Courier Charges: PRO HAC VICE Check Delivery USDC | $55.00 | |
| 7/11/2017 | Courier Charges - Notifications to U.S. Post Office | $11.00 | |
| 7/12/2017 | Courier Charges - Federal Court Courtesy Copies | $11.00 | |
| 7/12/2017 | Courier Charges - Notifications to U.S. Post Office | $11.00 | |
| 7/12/2017 | Courier Charges: USDC - Courtesy copies | $11.00 | |
| 7/12/2017 | Courier Charges: USDC – PRO HAC VICE Check Delivery | $13.00 | |
| 7/17/2017 | Fed Ex-Certified Mail (US District Court NYC) | $50.06 | 700 |
| | **Payee:  Fed Ex** | | |
| 7/18/2017 | Service of Rule 2004 - Banco Popular | $50.00 | |
| 7/18/2017 | Service of Rule 2004.  Banco Santander | $50.00 | |
| 7/21/2017 | Courier Charges: Federal Court (courtesy copies) | $15.00 | |
| **E108** | **Postage** | | |
| 6/27/2017 | Postage 106 @ .46 | $48.76 | |
| 7/10/2017 | Postage 124 @ .88 | $109.12 | |
| 7/11/2017 | Postage 126 @ 1.09 | $137.34 | |
| 7/13/2017 | Postage 1 @ .46 | $0.46 | |

| | | | |
|---|---|---|---|
| E109 | Local travel | | |
| 7/6/2017 | Parking Expense - Hearing (San Juan Local Court) | $4.74 | 710 |
| | **Payee:** CHARLES P GILMORE | | |
| E111 | Meals | | |
| 6/27/2017 | Expense Report - PDO- Expense Reimbursement (Meal for NY Counsel) | $28.99 | |
| E112 | Court fees | | |
| 6/27/2017 | Filing Fee- U.S. Bankruptcy Court- PRO HACE VICE - ANDREW V. TENZER  [D.I. 507]. | $300.00 | |
| 6/27/2017 | Filing Fee- U.S. Bankruptcy Court- PRO HACE VICE - G. ALEXANDER BONGARTZ  [D.I. 505]. | $300.00 | |
| 6/27/2017 | Filing Fee- U.S. Bankruptcy Court- PRO HACE VICE - LUC A DESPINS [D.I. 500]. | $300.00 | |
| 6/27/2017 | Filing Fee- U.S. Bankruptcy Court- PRO HACE VICE - MICHAEL E. COMERFORD [D.I. 502]. | $300.00 | |
| 7/5/2017 | Filing Fees -PRO HACE VICE - James R. Bliss [D.I. 578] - Anthony Buscarino [D.I. 577]. | $450.00 | 674 |
| | **Payee:** CLERK, US DISTRICT COURT | | |
| 7/5/2017 | Filing Fee- PRO HACE VICE - James B. Worthington [D.I. 576] - Anthony Buscarino [D.I. 577]. | $450.00 | 675 |
| | **Payee:** CLERK, US DISTRICT COURT | | |
| 7/12/2017 | Filing Fee-PRO HAC VICE - Leslie A. Plaskon [D.I. 621]. | $300.00 | 696 |
| | **Payee:** CLERK, US DISTRICT COURT | | |
| E112 | Other professionals | | |
| 7/12/2017 | Transcript [D.I. 279/17-00133]. | $90.00 | 698 |
| | **Payee:** Lee Marzilli, RPR, CRR Federal Official Court Repor | | |
| 7/13/2017 | Transcript copy [D.I. 624] [D.I. 84/17-00156]. | $167.40 | |
| | **Total Costs** | **$4,969.54** | |

## Current Invoice Summary

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $44,510.50 |
| **Advanced Costs:** | $4,969.54 |
| **Courtesy Discount:** | ($1,000.00) |
| **TOTAL AMOUNT DUE:** | $48,480.04 |

PLEASE MAKE PAYMENT: O'NEILL & GILMORE LAW OFFICE, LLC
FOR WIRE TRANSFER: ROUTING # 315592011 ACCT.#030040949
IF YOU HAVE ANY QUESTION REGARDING THESE INSTRUCTION
PLEASE CONTACT US AT (787)620-0670 OR info@go-law.com
THANK YOU.

Client Number:   420
Matter Number:   420-005

8/17/2017
Page:  19

## TIMEKEEPER SUMMARY

| ID | Timekeeper Name | Title | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| PDO | Patrick D. O'Neill | Partner | 53.20 | $ 250.00 | $ 13,300.00 |
| CPG | Charles P. Gilmore | Partner | 81.50 | 200.00 | 16,300.00 |
| JGT | Joel González Toledo | Associate | 40.80 | 185.00 | 7,548.00 |
| LPD | Luis Padial Doble | Paralegal | 2.50 | 95.00 | 237.50 |
| MLR | María de Lourdes López | Paralegal | 39.60 | 95.00 | 3,762.00 |
| YAR | Yadira Alfonseca Reyes | Paralegal | 8.90 | 95.00 | 845.50 |
| BMB | Barbara Medina Betancourt | Paralegal | 26.50 | 95.00 | 2,517.50 |