# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

     Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

---------------------------------------------------------------x

## COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA") FOR THE PERIOD OF MAY 5, 2017 THROUGH SEPTEMBER 30, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 5, 2017 through September 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary (100%): | $19,481.40 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,174.74 |
| Total compensation (90%) and expenses requested to be paid: | $19,708.00 |

This is a: _X_ monthly (consolidated) ___ interim ___ final application

00500449; 1

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:     Professor Arthur J. González
               FOMB Board Member
                      and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:     Martin J. Bienenstock, Esq.
               Ehud Barak, Esq.,
                      and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:     Paul V. Possinger, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
               Suzzanne Uhland, Esq.
               Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:     Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:     Luc. A. Despins, Esq.
               Andrew V. Tenzer, Esq.
               Michael E. Comerford, Esq.
               G. Alexander Bongartz, Esq.
                      and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

San Juan, PR  00901-2419
Attn:      Juan J. Casillas Ayala, Esq.
           Diana M. Batlle-Barasorda, Esq.
           Alberto J.E. Añeses Negrón, Esq.
           Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:      Robert Gordon, Esq.
           Richard Levin, Esq.
                        And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:      A.J. Bennazar-Zequeira, Esq.

## Consolidated Fee Statement

| Period | Fees requested to be paid (100%) | Fees requested to be paid (90%) | Expenses requested to be paid (100%) | Total Fees and Expenses requested to be paid |
|---|---|---|---|---|
| May 5, 2017 through May 31, 2017 | 5,067.45 | 4,560.71 | 19.75 | $ 4,580.46 |
| June 1, 2017 through June 30, 2017 | 5,385.15 | 4,846.64 | 1,648.85 | $ 6,495.49 |
| July 1, 2017 through July 31, 2017 | 2,483.55 | 2,235.20 | 25.50 | $ 2,260.70 |
| August 1, 2017 through August 31, 2017 | 4,306.50 | 3,875.85 | 480.64 | $ 4,356.49 |
| September 1, 2017 through September 30, 2017 | 2,238.75 | 2,014.88 | - | $ 2,014.88 |
| **TOTALS** | 19,481.40 | 17,533.26 | 2,174.74 | $ 19,708.00 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $17,533.26, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $2,174.74) in the total amount of $19,708.00.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

        Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

---------------------------------------------------------------x

## COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA") FOR THE PERIOD OF MAY 5, 2017 THROUGH MAY 31, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 5, 2017 through May 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $5,067.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $19.75 |
| Total amount for this invoice: | $5,087.20 |

This is a: <u>X</u> monthly ____ interim ____ final application

This is O&B's first monthly fee application in these cases.

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
              FOMB Board Member
                      and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
              Ehud Barak, Esq.,
                      and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
              Suzzanne Uhland, Esq.
              Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
              Andrew V. Tenzer, Esq.
              Michael E. Comerford, Esq.
              G. Alexander Bongartz, Esq.
                      and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Diana M. Batlle-Barasorda, Esq.
         Alberto J.E. Añeses Negrón, Esq.
         Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.
           And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:    A.J. Bennazar-Zequeira, Esq.

## Summary of Legal Fees for the Period May 5, 2017 through May 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Alfredo Alvarez Ibanez | Member | Corporate | $ 295.00 | 4.90 | $ 1,445.50 |
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 5.50 | $ 1,540.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 2.80 | $ 546.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 3.70 | $ 610.50 |
| Maria E. Santos Roca | Associate | Litigation | $ 155.00 | 3.10 | $ 480.50 |
| Emiliano Trigo Fritz | Associate | Corporate | $ 180.00 | 5.60 | $ 1,008.00 |

|  |  |  |
|---|---|---|
| **Totals** | 25.60 | $ 5,630.50 |
| **Less: 10% Courtesy discount** |  | $ (563.05) |

| | |
|---|---|
| **SUMMARY OF LEGAL FEES** | $ 5,067.45 |

## Summary of Disbursements for the Period May 5, 2017 through May 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Clerk US District Court, Fee for Application for Admission Pro Hac Vice for Martin J. Bienenstock-UMF | $ 300.00 |
| Clerk US District Court, Fee for Application for Admission Pro Hac Vice for Timothy E. Mungovan-UMF | $ 300.00 |
| Clerk US District Court, Fee for Application of Admission Pro Hac Vice for Stephen L. Ratner-UMF | $ 300.00 |
| Duplicating | $ 4.75 |
| Messenger Delivery | $ 15.00 |

| | |
|---|---|
| **Totals** | $ 919.75 |
| **Less: Payment Received from Proskauer Rose LLP. to cover Admission Pro Hac Vice for named attorneys** | $ (900.00) |

| | |
|---|---|
| **SUMMARY OF DISBURSEMENTS** | $ 19.75 |

## Summary of Legal Fees for the Period May 5, 2017 through May 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and other non-filed communications with the Court | 0.40 | $ 78.00 |
| 206 | Documents Filed on Behalf fo the Board | 8.90 | $ 1,509.50 |
| 209 | Adversary Proceeding | 1.20 | $ 336.00 |
| 210 | Analysis and Strategy | 13.10 | $ 3,247.00 |
| 212 | General Administration | 2.00 | $ 460.00 |
| | | | $ 5,630.50 |

| | | |
|---|---|---|
| **Less: 10% Courtesy Discount** | $ | (563.05) |

| **TOTALS** | 25.60 | $ 5,067.45 |
|---|---|---|

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,560.71, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $19.75) in the total amount of $4,580.46.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

FOMB IN RE COFINA TITLE III

August 28, 2017
Bill #:   307705
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,154.00 |
| Less Discount | $ -215.40 |
| Net Professional Services | $ 1,938.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,938.60** |

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/11/17 | AAI | 210 | Continue analyzing cofina vs. GOs issues.(1.40) Prepared for conf. call regarding COFINA structure.(.30) participate in Conf. with Proskauer team. (1.10) | 2.80 | 295.00 | 826.00 |
| 5/11/17 | ETF | 210 | Call with Proskauer regarding COFINA structure.(1.10) Reviewing Nixon Peabody 2009 COFINA opinion.(1.90) Reviewing flow of pledged sales tax per COFINA resolution.(1.20) | 4.20 | 180.00 | 756.00 |
| 5/22/17 | ETF | 212 | Reviewing OMM and Dentons memo regarding COFINA. | 1.00 | 180.00 | 180.00 |
| 5/26/17 | HDB | 210 | Consultation regarding COFINA legislative history.(.20) Draft e-mails and review issues regarding same.(.20) | .40 | 280.00 | 112.00 |
| 5/27/17 | HDB | 212 | Review and analyze COFINA Legislative history. | 1.00 | 280.00 | 280.00 |

TOTAL PROFESSIONAL SERVICES $ 2,154.00

Less Discount $ -215.40

NET PROFESSIONAL SERVICES: $ 1,938.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ALFREDO ALVAREZ IBANEZ | 2.80 | 295.00 | 826.00 |
| HERMANN BAUER | 1.40 | 280.00 | 392.00 |
| EMILIANO TRIGO FRITZ | 5.20 | 180.00 | 936.00 |
| **Total** | **9.40** | | **$ 2,154.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  307705                                                    August 28, 2017

**TOTAL THIS INVOICE**                              **$ 1,938.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

FOMB IN RE COFINA TITLE III

October 17, 2017
Bill #:   311106
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 3,476.50 |
| Less Discount | $ -347.65 |
| | |
| Net Professional Services | $ 3,128.85 |
| Total Reimbursable Expenses | $ 919.75 |
| | |
| **TOTAL THIS INVOICE** | **$ 4,048.60** |
| | |
| Credits Applied | $ -900.00 |
| | |
| **BALANCE DUE THIS INVOICE** | **$ 3,148.60** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH
... PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

Client.Matter: P1702 . 0
RE:  GENERAL

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/05/17 | AAI | 210 | Review draft of letter regarding desire to restructure; (1.50) Conf. with H. Bauer and E. Trigo regarding the same; (.30) continue analyzing COFINA funds issues and collateral. (.30) | 2.10 | 295.00 | 619.50 |
| 5/05/17 | HDB | 210 | Review edits to COFINA "desire" letter by AFAAF and draft e-mail regarding same. (.80)  Several calls with Proskauer and OMM regarding draft letter. (.60) Review issues and e-mails, protocols and documents. (.30) Prepare for file COFINA Title III and finalize cover and category sheets. (.40) | 2.10 | 280.00 | 588.00 |
| 5/05/17 | UMF | 206 | Drafting and reviewing petition documents and finalize for filing through CM/ECF system. | 2.40 | 195.00 | 468.00 |
| 5/05/17 | DJP | 206 | Assist and support attorney Hermann D. Bauer in reviewing, analyzing, and finalizing the drafts of all relevant documents and filings needed in order to initiate Title III Case under PROMESA related to COFINA. | 3.40 | 165.00 | 561.00 |
| 5/05/17 | MSR | 206 | Producing and finalizing Title III petition for the Puerto Rico Sales Tax Financing Corporation (COFINA), and file the petition through the federal filing system. | 2.00 | 155.00 | 310.00 |
| 5/05/17 | ETF | 210 | Revising additional comments by OMM regarding letter requesting that COFINA enter Title III. | .40 | 180.00 | 72.00 |
| 5/08/17 | HDB | 210 | Draft e-mails and review issues regarding PHV's for Proskauer. | .40 | 280.00 | 112.00 |
| 5/08/17 | DJP | 210 | Discuss and develop legal strategy pertaining to various filings to be made in the COFINA Title III case. | .30 | 165.00 | 49.50 |
| 5/08/17 | MSR | 206 | Prepare pro hac vice motions for M. Bienenstock and S. Rutsky to be filed in Title III petition for Puerto Rico Sales Tax Financing Corporation (COFINA). | .60 | 155.00 | 93.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311106

October 17, 2017

| Date | Init | No. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/16/17 | UMF | 203 | Reviewing pleadings delivered to Chambers in anticipation of hearing and assign preparation of same documents. | .40 | 195.00 | 78.00 |
| 5/16/17 | MSR | 206 | Prepare notice and file certificate of service sent from Prime Clerk. | .50 | 155.00 | 77.50 |
| 5/23/17 | HDB | 209 | Tel. conf. S. Ratner. (.30) Edit draft motion regarding BONY Adversary Proceeding, and file the same. (.70) Review submissions and memoranda of law and submissions regarding interpleader by Ambac and National. (.20) | 1.20 | 280.00 | 336.00 |
| 5/25/17 | HDB | 210 | Review issues regarding COFINA flow of funds. Draft e-mails regarding same. | .40 | 280.00 | 112.00 |

TOTAL PROFESSIONAL SERVICES                    $ 3,476.50

Less Discount                                              $ -347.65

NET PROFESSIONAL SERVICES:                   $ 3,128.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ALFREDO ALVAREZ IBANEZ | 2.10 | 295.00 | 619.50 |
| HERMANN BAUER | 4.10 | 280.00 | 1,148.00 |
| UBALDO M. FERNANDEZ BARRERA | 2.80 | 195.00 | 546.00 |
| DANIEL J. PEREZ REFOJOS | 3.70 | 165.00 | 610.50 |
| MARIA E. SANTOS ROCA | 3.10 | 155.00 | 480.50 |
| EMILIANO TRIGO FRITZ | .40 | 180.00 | 72.00 |
| **Total** | **16.20** | | **$ 3,476.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/30/17 | CLERK US DISTRICT COURT, FEE FOR APPLICATION FOR ADMISSION PRO HAC VICE FOR MARTIN J. BIENENSTOCK-UMF | 300.00 |
| 5/30/17 | CLERK US DISTRICT COURT, FEE FOR APPLICATION FOR ADMISSION PRO HAC VICE FOR TIMOTHY E. MUNGOVAN-UMF | 300.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311106                                                    October 17, 2017

| | | |
|---|---|---:|
| 5/30/17 | CLERK US DISTRICT COURT, FEE FOR APPLICATION OF ADMISSION PRO HAC VICE FOR STEPHEN L. RATNER-UMF | 300.00 |
| 5/31/17 | DUPLICATING - AS OF 5/31/17 (16 Copies @ $.25) | 4.00 |
| 5/31/17 | DUPLICATING - AS OF 5/31/17 (1 Copies @ $.25) | .25 |
| 5/31/17 | DUPLICATING - AS OF 5/31/17 (1 Copies @ $.25) | .25 |
| 5/31/17 | DUPLICATING - AS OF 5/31/17 (1 Copies @ $.25) | .25 |
| 5/31/17 | MESSENGER DELIVERY - 5/31/17 | 15.00 |

|  |  |
|---|---:|
| TOTAL REIMBURSABLE EXPENSES | $ 919.75 |
| **TOTAL THIS INVOICE** | **$ 4,048.60** |
| Credits Applied | $ -900.00 |
| **BALANCE DUE THIS INVOICE** | **$ 3,148.60** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

        Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA") FOR THE PERIOD OF JUNE 1, 2017 THROUGH JUNE 30, 2017

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | June 1, 2017 through June 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $5,385.15 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,648.85 |
| Total amount for this invoice: | $7,034.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's second monthly fee application in these cases.

00499140; 1

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
              FOMB Board Member
                         and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
              Ehud Barak, Esq.,
                         and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
              Suzzanne Uhland, Esq.
              Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
              Andrew V. Tenzer, Esq.
              Michael E. Comerford, Esq.
              G. Alexander Bongartz, Esq.
                         and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

San Juan, PR  00901-2419
Attn:      Juan J. Casillas Ayala, Esq.
           Diana M. Batlle-Barasorda, Esq.
           Alberto J.E. Añeses Negrón, Esq.
           Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:      Robert Gordon, Esq.
           Richard Levin, Esq.
                    And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:      A.J. Bennazar-Zequeira, Esq.

### Summary of Legal Fees for the Period June 1, 2017 through June 30, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Carla Garcia Benitez | Member | Litigation | $ 325.00 | 2.00 | $ 650.00 |
| Pedro R. Pierluisi | Member | Corporate | $ 390.00 | 0.50 | $ 195.00 |
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 3.00 | $ 840.00 |
| Ubaldo M. Fernandez Barrera | Associate | Litigation | $ 195.00 | 9.60 | $ 1,872.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 1.10 | $ 181.50 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 5.90 | $ 1,032.50 |
| Milagros Marcano Baez | Paralegal | Corporate | $ 125.00 | 9.70 | $ 1,212.50 |

|  |  |  |
|---|---|---|
| **Totals** | **31.80** | **$ 5,983.50** |
| **Less: 10% Courtesy discount** |  | **$ (598.35)** |
| **SUMMARY OF LEGAL FEES** |  | **$ 5,385.15** |

### Summary of Disbursements for the Period June 1, 2017 through June 30, 2017

| Description - Expenses | Amounts |
|---|---|
| Certified Check Fee-CGB | $ 15.00 |
| Clerk US District Court, Application for Admission Pro Hac Vice for A.M. Ashton, C.L. Febus, J.E. Richman, R.C. Ferrara and P.V. Possinger-CGB | $ 1,500.00 |
| Duplicating | $ 113.50 |
| Duplicating-Color | $ 7.60 |
| Postage | $ 12.75 |

|  |  |
|---|---|
| **Totals** | **$ 1,648.85** |
| **SUMMARY OF DISBURSEMENTS** | **$ 1,648.85** |

**Summary of Legal Fees for the Period June 1, 2017 through June 30, 2017**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 2.00 | $ 390.00 |
| 206 | Documents Filed on Behalf fo the Board | 4.30 | $ 794.00 |
| 207 | Non-Board Court Filings | 3.40 | $ 1,042.00 |
| 208 | Stay Matters | 0.30 | $ 84.00 |
| 209 | Adversary Proceeding | 10.80 | $ 2,042.00 |
| 210 | Analysis and Strategy | 1.60 | $ 456.50 |
| 212 | General Administration | 4.00 | $ 500.00 |
| 219 | Docketing | 5.40 | $ 675.00 |
| | | | $ 5,983.50 |
| | Less: 10% Courtesy Discount | | $ (598.35) |
| | **TOTALS** | **31.80** | **$ 5,385.15** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,846.64, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,648.85) in the total amount of $6,495.49.

# **Exhibit A**

00499140; 1

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

FOMB IN RE COFINA TITLE III

July 31, 2017
Bill #:   304833
Billing Attorney:  AAI

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 5,138.50 |
| Less Discount | $ -513.85 |
| Net Professional Services | $ 4,624.65 |
| Total Reimbursable Expenses | $ 1,648.85 |
| **TOTAL THIS INVOICE** | **$ 6,273.50** |

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/01/17 | UMF | 209 | Review memorandum opinion and order entered by the Court as to interpleader action (.60) and drafting email to H. Bauer on same ruling. (.20) | .80 | 195.00 | 156.00 |
| 6/05/17 | HDB | 210 | Review  Adversary Complaints and Exhibits filed on June 3, 2017 by Plaintiffs Assured Guaranty Corp. and Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, and National Public Finance Guarantee Corporation against Defendants Commonwealth of Puerto Rico, COFINA, Financial Oversight and Management Board for Puerto Rico, Puerto Rico Fiscal Agency and Financial Advisory Authority, P Hon. Ricardo Antonio Rosselló Nevares, Gerardo Portela Franco, Carlos Contreras Aponte, José Iván Marrero Rosado, Hon. Raúl Maldonado Gautier, and Natalie A. Jaresko, in the Adversary Proceeding Assured Guaranty Corp. et al. v. Commonwealth of P. R. et al., Case No. 17-00155-LTS (in Case No. 17-03283-LTS), and Case No. 17-00156-LTS (in Case No. 17-03567-LTS). | .80 | 280.00 | 224.00 |
| 6/05/17 | MMB | 219 | Docket court notice received by mail dated May 31, 2017, regarding transcript of hearing of May 30, 2017, on order to show cause - H. Bauer. | .30 | 125.00 | 37.50 |
| 6/05/17 | MMB | 219 | Docket court notice received by mail dated June 2, 2017, regarding omnibus hearings - H. Bauer. | .30 | 125.00 | 37.50 |
| 6/06/17 | UMF | 202 | Reviewing local rules on responses and objections to motions (.50) and drafting email to J. Alonzo on same matter. (.20) | .70 | 195.00 | 136.50 |
| 6/06/17 | MMB | 219 | Docket court notice received by mail dated June 6, 2017, regarding various deadlines - H. Bauer. | .30 | 125.00 | 37.50 |

00497588; 1

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  304833

July 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/08/17 | UMF | 209 | Receive and review urgent motion filed by the Funds for clarification of order. | .60 | 195.00 | 117.00 |
| 6/08/17 | MMB | 219 | Docket court notice received by mail dated June 8, 2017, regarding order granting [165] Motion Requesting Shortened Notice and Expedited Consideration filed by the Puerto Rico Funds and the Mutual Fund Group - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 6/12/17 | UMF | 209 | Receive and review subpoena from AMBAC, Whitebox, National and Senior Bondholders, (.60) and draft email to J. El Koury regarding same subpoena. (.10) | .70 | 195.00 | 136.50 |
| 6/14/17 | MMB | 219 | Docket court notice received by mail dated June 13, 2017, regarding order on docket entries 310, case 17-03283 - H. Bauer, U. Fernandez, D. Pérez. | .60 | 125.00 | 75.00 |
| 6/14/17 | MMB | 212 | Conference with U. Fernandez regarding preparation of binder, documents to be included. Download documents, prepared binder, as requested by U. Fernandez. | 4.00 | 125.00 | 500.00 |
| 6/15/17 | MMB | 219 | Docket court notices received by mail dated June 15, 2017, regarding opposition to MLS, reply to opposition in the cases of Sucesión Mandry and Pizarro   H. Bauer, U. Fernández, D. Pérez. | .30 | 125.00 | 37.50 |
| 6/16/17 | GOD | 209 | Review the answer to complaint and finalize for filing. | .70 | 175.00 | 122.50 |
| 6/16/17 | MMB | 219 | Docket court notice received by mail dated June 16, 2017, regarding opposition to motion for relief from stay dkt. 343   H. Bauer, U. Fernández, D. Pérez. | .30 | 125.00 | 37.50 |
| 6/17/17 | HDB | 207 | Review Answer to complaint , Crossclaim by Pandora Select Partners, L.P., Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi Strategy Partners, L.P., Whitebox Term Credit Fund I L.P. against COFINA. | .30 | 280.00 | 84.00 |
| 6/17/17 | HDB | 207 | Receive and review Mutual Funds Group's Answer and Affirmative Claims to the Disputed Funds [Adv. Proc. Docket No. 192], filed a few minutes ago in connection with the Adversary Proceeding styled The Bank of New York Mellon, as Trustee v. Puerto Rico Sales Tax Financing Corp. ( COFINA ), et al., Adv. Proc. No. 17-00133 (D.P.R.). | .30 | 280.00 | 84.00 |

00497588; 1

O'Neill & Borges LLC

Bill #:  304833                                                                                      July 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/21/17 | HDB | 208 | Receive and review Objection of the COFINA Senior Bondholders' Coalition to the Puerto Rico Funds and Mutual Fund Group's Motion for Relief form the Automatic Stay (docket no. 168), filed today, June 21, 2017 in the bankruptcy case styled In regarding: The Financial Oversight and Management Board for Puerto Rico, as Representative of Puerto Rico Sales Tax Financing Corporation ( COFINA ), Case No. 17-3284-LTS | .30 | 280.00 | 84.00 |
| 6/21/17 | UMF | 209 | Reviewing and analyzing responses and objection to discovery requests in BNYM Adversary Proceeding (17-133). | 1.70 | 195.00 | 331.50 |
| 6/21/17 | DJP | 206 | Incorporate final changes to motion for pro hac admission of Steven O. Weise, and file such document in the case of caption through the court's electronic filing system, and make arrangement so that the admission fee is paid for at the Clerk's Office for the District Court. | .20 | 165.00 | 33.00 |
| 6/21/17 | DJP | 206 | Review Opposition of the Financial Oversight and Management Board for Puerto Rico to the Motion for Relief from the Automatic Stay Filed by the Puerto Rico Funds and Mutual Fund Group; file same in the case of caption through the court's electronic filing system; draft and send email to presiding judge attaching the filed version of the motion; and coordinate so that physical copies of the same are sent to her chambers at the Puerto Rico District Court. | .30 | 165.00 | 49.50 |
| 6/21/17 | MMB | 219 | Continue work on report on MLS's filed and court action thereon, as requested by U. Fernandez. | .80 | 125.00 | 100.00 |
| 6/22/17 | MMB | 219 | Docket court notice received by mail dated June 21, 2017, regarding attendees to Index and circulate Index and circulate first omnibus hearing - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |

00497588; 1

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  304833                                                          July 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 6/23/17 | HDB | 207 | Receive and review COFINA Senior Bondholders' Coalition (i) answers to  Ambac Assurance Corporation's Answer and Counterclaims (Doc. 224); (ii)  Answer to the Answer of Interpleader Defendants Assured Guaranty Corp. and Assured Guaranty Municipal Corp. and Affirmative Claims to the Disputed Funds (Doc. 225); (iii) Answer to the Mutual Fund Group's Answer and Affirmative Claims to the Disputed Funds (Doc. 226); (iv) Answer to National's Answer to Interpleader Complaint and Statement of Claim (Doc. 227); (v) Answer to the Answer and Affirmative Defenses of the Puerto Rico Funds and Affirmative Claim to Interpleader Funds (Doc. 228); and Answer to Whitebox's Answer, Crossclaims, and Claims for Affirmative Relief (Doc. 229) | .60 | 280.00 | 168.00 |
| 6/23/17 | HDB | 206 | Revise (i) COFINA's Answer to Counterclaims and Cross-Claims by the COFINA Senior Bondholders' Coalition and (ii) COFINA's Answer to Crossclaims and Claims for Affirmative Relief by Whitebox. | .50 | 280.00 | 140.00 |
| 6/23/17 | HDB | 207 | Receive and review BNYM's Informative Motions and Stipulations with Ambac Assurance Corporation and COFINA Senior Bondholders'  Coalition [Adv. Proc. Dockets No. 212 and 213], filed in connection with the Adversary Proceeding styled The Bank of New York Mellon, as Trustee v. Puerto Rico Sales Tax Financing Corp. ( COFINA ), et al., Adv. Proc. No. 17-00133 (D.P.R.). | .20 | 280.00 | 56.00 |
| 6/23/17 | GOD | 209 | Draft and edit the motion requesting leave to file reply to certain responses as an omnibus reply and exceeding the page limits required by the case management order. | 1.00 | 175.00 | 175.00 |
| 6/23/17 | GOD | 209 | Draft and edit the proposed order for the motion requesting leave to file reply to certain responses as an omnibus reply and exceeding the page limits required by the case management order. | .50 | 175.00 | 87.50 |
| 6/23/17 | GOD | 209 | Review and file COFINA's Answer to Counterclaims and Cross-Claims by the COFINA Senior Bondholders' Coalition. | .50 | 175.00 | 87.50 |
| 6/23/17 | GOD | 209 | Review and file COFINA's Answer to Crossclaims and Claims for Affirmative Relief by Whitebox. | .50 | 175.00 | 87.50 |

00497588; 1

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  304833

July 31, 2017

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/24/17 | DJP | 206 | Review and assist in the filing of Omnibus Reply of Debtors to Responses to Motion of Debtors for Order Approving Procedure to Resolve the Commonwealth-COFINA Dispute, and follow the corresponding notification protocols requiring that a copy of such motion be sent to the Judge's Chambers via email and regular mail, as well as notifying Prime Clerk of such filing. | .60 | 165.00 | 99.00 |
| 6/24/17 | GOD | 206 | Review and file Omnibus Reply of Debtors to Responses to Motion of Debtors for Order Approving Procedure to Resolve the Commonwealth-COFINA Dispute. Follow filing protocol and email Judge Swain's chambers. | .70 | 175.00 | 122.50 |
| 6/26/17 | MMB | 219 | Review email from H. Bauer regarding MLS of individuals filed. Review case dockets to update report on personal ML Ss. | .40 | 125.00 | 50.00 |
| 6/29/17 | UMF | 209 | Reviewing and analyzing Puerto Rico law based objections and rules on requests for documents and in preparation for hearing on discovery on COFINA adversary proceedings.(1.30) Drafting email to C. Garcia regarding same responses and objections and research matters. (.40) | 1.70 | 195.00 | 331.50 |
| 6/29/17 | MMB | 210 | Review case dockets. Update chart of MLS filed, as requested by H. Bauer, U. Fernandez. | .30 | 125.00 | 37.50 |
| 6/30/17 | UMF | 209 | Receive and review emails from M. Dale and P. Friedman on Responses and Objections to AMBAC, COFINA Senior Bond Holders' Coalition, National and Whitebox's Subpoena. | .70 | 195.00 | 136.50 |
| 6/30/17 | UMF | 209 | Legal research for Puerto Rico provisions on attorney client and financial advisors privileges. | 1.40 | 195.00 | 273.00 |
| 6/30/17 | UMF | 202 | Continue research on attorney-client privilege and drafting email to M. Dale on Responses and Objections to AMBAC, COFINA Senior Bond Holders' Coalition, National and Whitebox's Subpoena. | 1.30 | 195.00 | 253.50 |
| 6/30/17 | GOD | 206 | Draft, edit, and file the Notice of Filing of Creditor Matrix for the Puerto Rico Sales Tax Financing Corporation ( COFINA ) in compliance with the local rules and court management order. Follow the case management protocol for notifying interested parties and Judge Swain's chambers. | 2.00 | 175.00 | 350.00 |

00497588; 1

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 304833                                                              July 31, 2017

| 6/30/17 | MMB | 219 | Review case docket. Update chart of Individual MLS, as requested by H. Bauer, U. Fernandez. | 1.50 | 125.00 | 187.50 |
|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 5,138.50 |
| Less Discount | | $ -513.85 |
| NET PROFESSIONAL SERVICES: | | $ 4,624.65 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 3.00 | 280.00 | 840.00 |
| UBALDO M. FERNANDEZ BARRERA | 9.60 | 195.00 | 1,872.00 |
| DANIEL J. PEREZ REFOJOS | 1.10 | 165.00 | 181.50 |
| GABRIEL L. OLIVERA DUBON | 5.90 | 175.00 | 1,032.50 |
| MILAGROS MARCANO BAEZ | 9.70 | 125.00 | 1,212.50 |
| **Total** | **29.30** | | **$ 5,138.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 6/13/17 | CLERK US DISTRICT COURT, APPLICATION FOR ADMISSION PRO HAC VICE FOR A.M. ASHTON, C.L. FEBUS, J.E. RICHMAN, R.C. FERRARA AND P.V. POSSINGER-CGB | 1,500.00 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (9 Copies @ $.25) | 2.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (3 Copies @ $.25) | .75 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (9 Copies @ $.25) | 2.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (35 Copies @ $.25) | 8.75 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (30 Copies @ $.25) | 7.50 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (24 Copies @ $.25) | 6.00 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (5 Copies @ $.25) | 1.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (53 Copies @ $.25) | 13.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (62 Copies @ $.25) | 15.50 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (77 Copies @ $.25) | 19.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (28 Copies @ $.25) | 7.00 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (29 Copies @ $.25) | 7.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (5 Copies @ $.25) | 1.25 |
| 6/14/17 | DUPLICATING - AS OF 6/14/17 (4 Copies @ $.25) | 1.00 |

00497588; 1

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  304833                                                          July 31, 2017

| | | |
|---|---|---:|
| 6/14/17 | DUPLICATING -  AS OF 6/14/17 (3 Copies @ $.25) | .75 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (11 Copies @ $.25) | 2.75 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (2 Copies @ $.25) | .50 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (1 Copies @ $.25) | .25 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (8 Copies @ $.25) | 2.00 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (20 Copies @ $.25) | 5.00 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (4 Copies @ $.25) | 1.00 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (4 Copies @ $.25) | 1.00 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (1 Copies @ $.25) | .25 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (2 Copies @ $.25) | .50 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (1 Copies @ $.25) | .25 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (1 Copies @ $.25) | .25 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (1 Copies @ $.25) | .25 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (1 Copies @ $.25) | .25 |
| 6/21/17 | DUPLICATING -  AS OF 6/21/17 (8 Copies @ $.25) | 2.00 |
| 6/22/17 | DUPLICATING -  AS OF 6/22/17 (11 Copies @ $.25) | 2.75 |
| 6/27/17 | CERTIFIED CHECK FEE-CGB | 15.00 |
| 6/28/17 | DUPLICATING -  AS OF 6/28/17 (2 Copies @ $.25) | .50 |
| 6/28/17 | DUPLICATING-COLOR-  AS OF 6/28/17 (14 Copies @ $.40) | 5.60 |
| 6/28/17 | DUPLICATING-COLOR-  AS OF 6/28/17 (5 Copies @ $.40) | 2.00 |
| 6/28/17 | POSTAGE - As of 06-30-2017 | 12.75 |

TOTAL REIMBURSABLE EXPENSES          $ 1,648.85

**TOTAL THIS INVOICE**                      **$ 6,273.50**

00497588; 1

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE COFINA TITLE III

August 28, 2017
Bill #:   307731
Billing Attorney:   AAI

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 845.00 |
| Less Discount | $ -84.50 |
| Net Professional Services | $ 760.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 760.50** |

Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 6/03/17 | PRP | 210 | Review and analysis of Denton's memo on the relative rights and claims of the GO and COFINA creditors. | .50 | 390.00 | 195.00 |
| 6/30/17 | CGB | 207 | Review and analyze objection to privilege claims by COFINA Senior Bondholders' Coalition (.70); Review and analyze Puerto Rico R. of Evidence creating attorney-client privilege and other local law resources to ascertain intended scope (.60); Review and revise Draft summary of pertinent analysis.(.70) | 2.00 | 325.00 | 650.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 845.00 |
| Less Discount | | $ -84.50 |
| NET PROFESSIONAL SERVICES: | | $ 760.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| PIERLUISI, PEDRO R. | .50 | 390.00 | 195.00 |
| CARLA GARCIA BENITEZ | 2.00 | 325.00 | 650.00 |
| Total | 2.50 | | $ 845.00 |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 760.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3284-LTS |
| PUERTO RICO SALES TAX FINANCING<br>CORPORATION ("COFINA"), | |
| Debtor. | |

---------------------------------------------------------------------x

## COVER SHEET TO THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA") FOR THE PERIOD OF JULY 1, 2017 THROUGH JULY 31, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 1, 2017 through July 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,483.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $25.50 |
| Total amount for this invoice: | $2,509.05 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's third monthly fee application in these cases.

00499141; 1

On October 20, 2017 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
           FOMB Board Member
                     and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
           Ehud Barak, Esq.,
                     and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
           Suzzanne Uhland, Esq.
           Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
           Andrew V. Tenzer, Esq.
           Michael E. Comerford, Esq.
           G. Alexander Bongartz, Esq.
                     and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

San Juan, PR 00901-2419
Attn:   Juan J. Casillas Ayala, Esq.
        Diana M. Batlle-Barasorda, Esq.
        Alberto J.E. Añeses Negrón, Esq.
        Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:   Robert Gordon, Esq.
        Richard Levin, Esq.
                And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:   A.J. Bennazar-Zequeira, Esq.

00499141; 1

### Summary of Legal Fees for the Period July 1, 2017 through July 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 5.10 | $ 994.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 1.00 | $ 165.00 |
| Milagros Marcano Baez | Paralegal | Corporate | $ 125.00 | 12.80 | $ 1,600.00 |

| | | | | |
|---|---|---|---|---|
| **Totals** | | | 18.90 | $ 2,759.50 |
| **Less: 10% Courtesy discount** | | | | $ (275.95) |

| | |
|---|---|
| **SUMMARY OF LEGAL FEES** | $ 2,483.55 |

### Summary of Disbursements for the Period July 1, 2017 through July 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 25.50 |

| | |
|---|---|
| **Totals** | $ 25.50 |

| | |
|---|---|
| **SUMMARY OF DISBURSEMENTS** | $ 25.50 |

### Summary of Legal Fees for the Period July 1, 2017 through July 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.00 | $ 165.00 |
| 209 | Adversary Proceeding | 2.30 | $ 448.50 |
| 210 | Analysis and Strategy | 2.80 | $ 546.00 |
| 219 | Docketing | 12.80 | $ 1,600.00 |
| | | | $ 2,759.50 |
| | Less: 10% Courtesy Discount | | $ (275.95) |
| | **TOTALS** | **18.90** | **$ 2,483.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,235.20, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $25.50) in the total amount of $2,260.70.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

July 31, 2017
Bill #:   310002
Billing Attorney:  AAI

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 702.00 |
| Less Discount | $ -70.20 |
| Net Professional Services | $ 631.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 631.80** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | T* | Task | Description | Hours | Rate | Amount |
|------|------|----|------|-------------|-------|------|--------|
| 7/07/17 | UMF | 1 | 10 | Receive and review email from W. Dalsen regarding Fiscal Plan and clawback provisions.(.20) Draft response thereto.(.50) Reviewing same issue with E. Trigo.(.10) | .80 | 195.00 | 156.00 |
| 7/08/17 | UMF | 1 | 10 | Attend conf. call with W. Dalsen, H. Bauer and E. Trigo regarding Fiscal Plan and clawback provisions. | 1.40 | 195.00 | 273.00 |
| 7/16/17 | UMF | 1 | 10 | Receive and review email from C. Theodoritis regarding SUT.(.30) Draft response thereto.(.30) | .60 | 195.00 | 117.00 |
| 7/31/17 | UMF | 1 | 09 | Review and finalize opposition to the bondholders motion to modify interpleader order in Adv. Proc. 17-133. | .80 | 195.00 | 156.00 |

*Note: transactions above with a T code other than 1 are taxable services

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 702.00 |
| Less Discount | | $ -70.20 |
| NET PROFESSIONAL SERVICES: | | $ 631.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | 3.60 | 195.00 | 702.00 |
| **Total** | **3.60** | | **$ 702.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:  310002

July 31, 2017

**TOTAL THIS INVOICE**                                    **$ 631.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE COFINA TITLE III

August 3, 2017
Bill #:   305179
Billing Attorney:  AAI

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,057.50 |
| Less Discount | $ -205.75 |
| Net Professional Services | $ 1,851.75 |
| Total Reimbursable Expenses | $ 25.50 |
| **TOTAL THIS INVOICE** | **$ 1,877.25** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/03/17 | UMF | 209 | Reviewing and finalizing for filing informative motion and responses to motion on discovery matters in BNYM adversary proceeding. | 1.50 | 195.00 | 292.50 |
| 7/03/17 | MMB | 219 | Review email from H. Bauer regarding update to MLS chart. Updated MLS chart as requested by H. Bauer. | .20 | 125.00 | 25.00 |
| 7/03/17 | MMB | 219 | Update chart of individuals MLS, as requested by H. Bauer, U. Fernandez. | .70 | 125.00 | 87.50 |
| 7/05/17 | MMB | 219 | Review email from H. Bauer regarding MLS chart update. (.10) Updated chart as requested by H. Bauer. (.50) Docket court notice received by mail dated July 3, 2017, regarding opposition to South Parcel MLS, reply thereto - H. Bauer, U. Fernandez, D. Pérez. (.10) Review email from U. Fernandez regarding update of MLS chart. (.10) | .80 | 125.00 | 100.00 |
| 7/06/17 | MMB | 219 | Review email from U. Fernandez regarding new filing for relief from stay, chart update. Update MLS chart, as requested by U. Fernandez. | .30 | 125.00 | 37.50 |
| 7/07/17 | MMB | 219 | Docket court notice received by mail dated July 6, 2017, regarding deadlines to oppose MLS, movant's reply thereto - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/07/17 | MMB | 219 | Docket court notice received by mail dated July 6, 2017, regarding transcript of 7/5/2017 hearing - H. Bauer, U. Fernandez, D. Pérez. Docket court notice received by mail dated July 7, 2017, regarding order on MLS 584. Update MLS charts. | .80 | 125.00 | 100.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  305179

August 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/10/17 | MMB | 219 | Review email from H. Bauer regarding information to update chart on MLS Update MLS chart, as requested by H. Bauer. | .30 | 125.00 | 37.50 |
| 7/11/17 | MMB | 219 | Docket court notice received by mail dated July 10, 2017, regarding opposition to MLS 362 of Caribbean Airport Facilities, reply thereto - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/12/17 | DJP | 206 | Review draft motion for pro hac vice admission of Michael Firestein and incorporate relevant changes thereto. | .40 | 165.00 | 66.00 |
| 7/12/17 | MMB | 219 | Review email from H. Bauer regarding MLS. Download case docket of 17-03283 to review filings, orders on lift of stays. | .30 | 125.00 | 37.50 |
| 7/13/17 | MMB | 219 | Docket court notice received by mail dated July 13, 2017, regarding amended notice of withdrawal - H. Bauer, U. Fernandez, D. Pérez. Review case dockets. Update MLS chart. | 1.50 | 125.00 | 187.50 |
| 7/14/17 | MMB | 219 | Docket court notice received by mail dated July 13, 2017, regarding order to counsel for Sucesión Mandry Mercado to answer docket 634 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/17/17 | MMB | 219 | Docket court notice received by mail dated July 14, 2017, regarding opposition to motion for relief from stay dkt. 647, movant's reply thereto - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/17/17 | MMB | 219 | Review case dockets. Update MLS chart, as requested by U. Fernandez, H. Bauer. | 1.00 | 125.00 | 125.00 |
| 7/18/17 | DJP | 206 | Review, discuss, incorporate relevant changes to Notice of Errata for Declaration of Jonathan I. Arnold, and file same through the court's electronic filing system for cases 17-ap-151 and 17-ap-152, and follow the corresponding filing protocol by notifying Prime Clerk (.40), and draft and send email to judge's chamber attaching such filings and coordinate delivery of such motion to the judge's chambers in Puerto Rico. (.20) | .60 | 165.00 | 99.00 |
| 7/19/17 | MMB | 219 | Docket court notice received by mail dated July 17, 2017, regarding hearing on 17-03283 MLS Dkt. 26 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |

O'Neill & Borges LLC

Bill #:  305179                                                           August 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/20/17 | MMB | 219 | Review email from H. Bauer regarding update of MLS chart. Updated MLS chart as requested by H. Bauer. | 1.30 | 125.00 | 162.50 |
| 7/21/17 | MMB | 219 | Docket court notice received by mail dated July 21, 2017, regarding scheduling order dkt. 176, 17-03566 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/26/17 | MMB | 219 | Docket court notice received by mail dated July 24, 2017, regarding order on motion for relief from stay by Edificio Bula, Inc. and Hospital San Juan Capestrano - H. Bauer, U. Fernandez, D. Pérez. | .40 | 125.00 | 50.00 |
| 7/26/17 | MMB | 219 | Docket court notice received by mail dated July 26, 2017, regarding motions to dismiss, responses, replies - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/26/17 | MMB | 219 | Review case dockets. Update MLS chart, as requested by H. Bauer, U. Fernandez. | 1.40 | 125.00 | 175.00 |
| 7/27/17 | MMB | 219 | Docket court notice received by mail dated July 26, 2017, regarding order on applicability of FRBP 2019 to Title III cases - H. Bauer. U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/27/17 | MMB | 219 | Docket court notice received by mail dated August 1, 2017, regarding omnibus hearing - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/28/17 | MMB | 219 | Review emails from H. Bauer regarding MLS chart update. Updated MLS chart as requested by H. Bauer. | .80 | 125.00 | 100.00 |
| 7/31/17 | MMB | 219 | Docket court notice received by mail dated July 28, 2017, regarding opposition to motion for relief from stay dkt. 784, reply thereto. H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |

TOTAL PROFESSIONAL SERVICES                          $ 2,057.50

Less Discount                                              $ -205.75

NET PROFESSIONAL SERVICES:                           $ 1,851.75

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | 1.50 | 195.00 | 292.50 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 165.00 | 165.00 |
| MILAGROS MARCANO BAEZ | 12.80 | 125.00 | 1,600.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

3

O'Neill & Borges LLC

Bill #:  305179                                                                    August 3, 2017

| Total | | 15.30 | $ 2,057.50 |
|---|---|---|---|

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 7/12/17 | DUPLICATING -  AS OF 7/12/17 (3 Copies @ $.25) | .75 |
| 7/12/17 | DUPLICATING -  AS OF 7/12/17 (6 Copies @ $.25) | 1.50 |
| 7/12/17 | DUPLICATING -  AS OF 7/12/17 (3 Copies @ $.25) | .75 |
| 7/12/17 | DUPLICATING -  AS OF 7/12/17 (3 Copies @ $.25) | .75 |
| 7/13/17 | DUPLICATING -  AS OF 7/13/17 (5 Copies @ $.25) | 1.25 |
| 7/13/17 | DUPLICATING -  AS OF 7/13/17 (1 Copies @ $.25) | .25 |
| 7/13/17 | DUPLICATING -  AS OF 7/13/17 (5 Copies @ $.25) | 1.25 |
| 7/13/17 | DUPLICATING -  AS OF 7/13/17 (1 Copies @ $.25) | .25 |
| 7/13/17 | DUPLICATING -  AS OF 7/13/17 (11 Copies @ $.25) | 2.75 |
| 7/14/17 | DUPLICATING -  AS OF 7/14/17 (60 Copies @ $.25) | 15.00 |
| 7/14/17 | DUPLICATING -  AS OF 7/14/17 (1 Copies @ $.25) | .25 |
| 7/14/17 | DUPLICATING -  AS OF 7/14/17 (3 Copies @ $.25) | .75 |

TOTAL REIMBURSABLE EXPENSES                          $ 25.50

**TOTAL THIS INVOICE**                                    **$ 1,877.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

          Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

-------------------------------------------------------------x

## COVER SHEET TO FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA") FOR THE PERIOD OF AUGUST 1, 2017 THROUGH AUGUST 31, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00499143; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2017 through August 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $4,306.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $480.64 |
| Total amount for this invoice: | $4,787.14 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fourth monthly fee application in these cases.

00499143; 1

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
             FOMB Board Member
                         and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
             Ehud Barak, Esq.,
                         and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
             Suzzanne Uhland, Esq.
             Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
             Andrew V. Tenzer, Esq.
             Michael E. Comerford, Esq.
             G. Alexander Bongartz, Esq.
                         and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

San Juan, PR  00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Diana M. Batlle-Barasorda, Esq.
          Alberto J.E. Añeses Negrón, Esq.
          Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.
              And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:     A.J. Bennazar-Zequeira, Esq.

## Summary of Legal Fees for the Period August 1, 2017 through August 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo M. Fernandez Barrera | Associate | Litigation | $ 195.00 | 12.40 | $ 2,418.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 2.80 | $ 462.00 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 1.10 | $ 192.50 |
| Milagros Marcano Baez | Paralegal | Corporate | $ 125.00 | 13.70 | $ 1,712.50 |

|  | | | | Totals | 30.00 | $ 4,785.00 |
|---|---|---|---|---|---|---|

**Totals**    30.00    $   4,785.00

**Less: 10% Courtesy discount**    $   (478.50)

| **SUMMARY OF LEGAL FEES** | $ 4,306.50 |
|---|---|

## Summary of Disbursements for the Period August 1, 2017 through August 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Clerk's Office - US District Courts, Filing Fee New Adversary Procedure re: FOMB v. Ricardo Rosello, adv. 17-00250-CGB | $ 400.00 |
| Duplicating | $ 1.25 |
| Secretarial Overtime | $ 79.39 |

**Totals**    $   480.64

| **SUMMARY OF DISBURSEMENTS** | $ 480.64 |
|---|---|

## Summary of Legal Fees for the Period August 1, 2017 through August 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and other non-filed communications with the Court | 0.20 | $ 33.00 |
| 206 | Documents Filed on Behalf fo the Board | 2.60 | $ 397.00 |
| 207 | Non-Board Court Filings | 0.70 | $ 136.50 |
| 209 | Adversary Proceeding | 13.20 | $ 2,529.00 |
| 210 | Analysis and Strategy | 0.60 | $ 102.00 |
| 219 | Docketing | 12.70 | $ 1,587.50 |
| | | | $ 4,785.00 |

|  | | |
|---|---|---|
| **Less: 10% Courtesy Discount** | $ | (478.50) |

| **TOTALS** | **30.00** | **$ 4,306.50** |
|---|---|---|

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $3,875.85, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $480.64) in the total amount of $4,356.49.

# Exhibit A

00499143; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

September 7, 2017
Bill #:   308506
Billing Attorney:  CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 4,785.00 |
| Less Discount | $ -478.50 |
| Net Professional Services | $ 4,306.50 |
| Total Reimbursable Expenses | $ 480.64 |
| **TOTAL THIS INVOICE** | **$ 4,787.14** |



IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/02/17 | MMB | 219 | Review email from H. Bauer regarding new MLS. Update MLS chart as requested by H. Bauer. | .30 | 125.00 | 37.50 |
| 8/03/17 | UMF | 207 | Review and finalize CW/COFINA protocol stipulation and order for filing. | .70 | 195.00 | 136.50 |
| 8/03/17 | MMB | 219 | Review emails from H. Bauer regarding deadline to file motions to dismiss.(.10) Update of MLS chart. (.10) Docket entry for H. Bauer, U. Fernandez, D. Pérez, regarding deadline to file motions to dismiss.(.10) Updated MLS chart, as requested by H. Bauer.(.10) | .40 | 125.00 | 50.00 |
| 8/04/17 | MMB | 219 | Review docket entries. Update MLS chart. | .30 | 125.00 | 37.50 |
| 8/07/17 | MMB | 219 | Docket court notice received by mail dated August 6, 2017, regarding reply to docket 706 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/08/17 | MMB | 219 | Update chart of adversary proceedings. | 2.00 | 125.00 | 250.00 |
| 8/09/17 | MMB | 219 | Docket court notice received by mail dated August 8, 2017, regarding scheduling order for briefing on motion - H. Bauer, U. Fernandez, D. Pérez. Update MLS chart. | 1.30 | 125.00 | 162.50 |
| 8/10/17 | MMB | 219 | Review email from U. Fernandez with instructions to include Proskauer attorneys in calendar of MLS notices. (.20) Conference with Finanxial C. Aviles to set up calendar program.(.20) Review calendar entries, revise calendar entries to include Proskauer attorneys.(.20) | .60 | 125.00 | 75.00 |
| 8/11/17 | MMB | 219 | Docket court notice received by mail dated August 10, 2017, regarding deadline to assume or reject leases - H. Bauer, U. Fernandez, D. Pérez. | .20 | 125.00 | 25.00 |
| 8/14/17 | UMF | 209 | Receive and review response to COFINA Senior's urgent motion on regarding discovery. | .90 | 195.00 | 175.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #:   308506

September 7, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/14/17 | MMB | 219 | Conference with U. Fernandez regarding updated MLS chart. Updated MLS chart as requested by U. Fernandez. | .90 | 125.00 | 112.50 |
| 8/15/17 | MMB | 219 | Docket court notice received by mail dated August 15, 2017, regarding response to MLS of Josué Ismael Saavedra - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/16/17 | UMF | 209 | Continue review and finalize for filing the response to COFINA Senior's urgent motion on discovery dispute. | .80 | 195.00 | 156.00 |
| 8/16/17 | DJP | 209 | Review and finalize Response of the Financial Oversight and Management Board to the COFINA Senior Parties' Urgent Motion Regarding Discovery Disputes;(.40) Declaration of Julia D. Alonzo in Support of the Response of the Financial Oversight and Management Board to the COFINA Senior Parties' Urgent Motion Regarding Discovery Disputes and all related exhibits;(.40) File all such documents through the court's electronic filing system and complete filing protocol by notifying Prime Clerk LLC, downloading stamped versions of such filings and sending them to the presiding judge by email.(.40) | 1.20 | 165.00 | 198.00 |
| 8/16/17 | MMB | 219 | Docket court notice received by mail dated August 16, 2017, regarding deadlines to file response, reply to motion for relief from stay under 362[e] of Leslie Jay Bonilla, dkt. 1048 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/17/17 | DJP | 209 | Review proposed version of notice of appearance to be filed on behalf of Julia D. Alonzo and Jonathan E. Richman, draft and send email to counsel from Proskauer Rose LLP suggesting changes, and file the final version through the court's electronic filing system. | .30 | 165.00 | 49.50 |
| 8/17/17 | MMB | 219 | Docket court notice received by mail dated August 16, 2017, regarding scheduling order and attendance procedures (Related document 741) - H. Bauer, U. Fernandez, D. Pérez. | .40 | 125.00 | 50.00 |
| 8/18/17 | DJP | 206 | Review and finalize Informative Motion of Financial Oversight and Management Board Regarding Appearance at the August 22, 2017, file same through the court's electronic filing system and complete filing protocol by notifying Prime Clerk LLC and drafting and sending email to presiding judge attaching such filing. | .40 | 165.00 | 66.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  308506

September 7, 2017

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/18/17 | MMB | 219 | Docket court notice received by mail dated August 17,2017, regarding scheduling order - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/21/17 | DJP | 210 | Review and analyze certain provisions of the COFINA enabling act and discuss various matters related thereto with counsel from Proskauer Rose LLP. | .30 | 165.00 | 49.50 |
| 8/21/17 | MMB | 219 | Review case dockets.(.60) Update MLS chart as requested by H. Bauer.(.90) | 1.50 | 125.00 | 187.50 |
| 8/22/17 | DJP | 206 | Download and prepare transcript request form in connection with the hearing held before Magistrate Judge Judith Dein in case 17-133 and file same through the court's electronic filing system. | .40 | 165.00 | 66.00 |
| 8/23/17 | MMB | 219 | Update MLS chart.(1.20) Docket entries for H. Bauer, U. Fernandez, D. Pérez, regarding various deadlines.(.80) | 2.00 | 125.00 | 250.00 |
| 8/24/17 | UMF | 209 | Prepare for and attend deposition of M. Rivera in Adv. Proc. 17-133. | 4.30 | 195.00 | 838.50 |
| 8/24/17 | DJP | 203 | Review invoice from transcript of hearing held on August 22 in the adversary proceeding for Bank of New York Mellon, and coordinate payment thereof. | .20 | 165.00 | 33.00 |
| 8/24/17 | MMB | 219 | Docket court notice received by mail dated August 23, 2017 regarding order to file amended notice of withdrawal or motion for leave to withdraw - H. Bauer, U. Fernandez, D. Pérez. | .20 | 125.00 | 25.00 |
| 8/25/17 | UMF | 209 | Prepare for and attend deposition of J. Velez in Adv. Proc. 17-133. | 5.70 | 195.00 | 1,111.50 |
| 8/25/17 | MMB | 219 | Docket court notice received by mail dated August 24, 2017, regarding joint status report - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/25/17 | MMB | 219 | Docket court notice received by mail dated August 25, 2017, regarding Popular Auto's motion for relief from stay - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/29/17 | MMB | 219 | Docket court notice received by mail dated August 29,2 017, regarding deposition, summary judgment motions deadlines - 17-00133 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/30/17 | GOD | 210 | Review and edit the Notice of Filing of Creditor List for COFINA, and the exhibits attached. | .30 | 175.00 | 52.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   308506

September 7, 2017

| Date | Init | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/30/17 | GOD | 206 | Prepare for filing, and file the Notice of Filing of Creditor List for COFINA, and the exhibits attached.(.50) Ensure compliance with the local rules and case management order and follow the notification protocol.(.30) | .80 | 175.00 | 140.00 |
| 8/31/17 | MMB | 219 | Review email from U. Fernandez regarding docket entries.(.10) Docket entries for H. Bauer, U. Fernandez, D. Pérez, regarding depositions. Docket court notice received by mail dated August 30, 2017, regarding expedited hearing on (dkt. 360, case 17-00133).(.20) Docket court notice received by mail dated August 31, 2017, regarding due date of FOMB's supplemental affidavit.(.20) | .50 | 125.00 | 62.50 |
| 8/31/17 | MMB | 206 | Review email from H. Bauer regarding preparation of notices of appearance in appealed cases.(.30) Prepared draft notices of appearance for the court of appeals for the first circuit, as requested by H. Bauer.(.70) | 1.00 | 125.00 | 125.00 |

TOTAL PROFESSIONAL SERVICES             $ 4,785.00

Less Discount                          $ -478.50

NET PROFESSIONAL SERVICES:             $ 4,306.50

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| UBALDO M. FERNANDEZ BARRERA | 12.40 | 195.00 | 2,418.00 |
| DANIEL J. PEREZ REFOJOS | 2.80 | 165.00 | 462.00 |
| GABRIEL L. OLIVERA DUBON | 1.10 | 175.00 | 192.50 |
| MILAGROS MARCANO BAEZ | 13.70 | 125.00 | 1,712.50 |
| **Total** | **30.00** | | **$ 4,785.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 8/28/17 | DUPLICATING -  AS OF 8/28/17 (3 Copies @ $.25) | .75 |
| 8/28/17 | CLERK'S OFFICE - US DISTRICT COURTS, FILING FEE NEW ADVERSARY PROCEDURE RE: FOMB v. RICARDO ROSELLO, ADV. 17-00250-CGB | 400.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  308506                                                    September 7, 2017

| | | |
|---|---|---|
| 8/29/17 | DUPLICATING -  AS OF 8/29/17 (2 Copies @ $.25) | .50 |
| 8/31/17 | SECRETARIAL OVERTIME as of 08-31-2017 | 79.39 |

TOTAL REIMBURSABLE EXPENSES                    $ 480.64

**TOTAL THIS INVOICE**                         **$ 4,787.14**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

     Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

-------------------------------------------------------------x

## COVER SHEET TO FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government· of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2017 through September 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,238.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,238.75 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's fifth monthly fee application in these cases.

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
        FOMB Board Member
          and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
        Ehud Barak, Esq.,
          and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Pérez, Esq.

**Office of United States Trustee**:
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

**Fee Examiner**:
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors**:
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
        Andrew V. Tenzer, Esq.
        Michael E. Comerford, Esq.
        G. Alexander Bongartz, Esq.
          and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

San Juan, PR  00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
           Diana M. Batlle-Barasorda, Esq.
           Alberto J.E. Añeses Negrón, Esq.
           Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:     Robert Gordon, Esq.
           Richard Levin, Esq.
               And
Bennazar, García & Millan, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:     A.J. Bennazar-Zequeira, Esq.

## Summary of Legal Fees for the Period September 1, 2017 through September 30, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 0.40 | $ 112.00 |
| Ubaldo M. Fernandez Barrera | Associate | Litigation | $ 195.00 | 3.80 | $ 741.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 1.80 | $ 297.00 |
| Milagros Marcano Baez | Paralegal | Corporate | $ 125.00 | 10.70 | $ 1,337.50 |

| | | |
|---|---|---|
| **Totals** | **16.70** | **$ 2,487.50** |
| **Less: 10% Courtesy discount** | | **$ (248.75)** |

| | |
|---|---|
| **SUMMARY OF LEGAL FEES** | **$ 2,238.75** |

## Summary of Disbursements for the Period September 1, 2017 through September 30, 2017

| Description - Expenses | Amounts |
|---|---|
| | $ - |

| | |
|---|---|
| **Totals** | **$ -** |

| | |
|---|---|
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

## Summary of Legal Fees for the Period September 1, 2017 through September 30, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and other non-filed communications with the Court | 0.30 | $ 49.50 |
| 206 | Documents Filed on Behalf fo the Board | 2.80 | $ 535.00 |
| 209 | Adversary Proceeding | 2.90 | $ 565.50 |
| 219 | Docketing | 8.50 | $ 1,062.50 |
| 220 | Translations | 2.20 | $ 275.00 |
| | | | $ 2,487.50 |
| | Less: 10% Courtesy Discount | | $ (248.75) |
| | **TOTALS** | **16.70** | **$ 2,238.75** |

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

## O'NEILL & BORGES LLC

FOMB IN RE COFINA TITLE III

October 12, 2017
Bill #:    310246
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 2,487.50 |
| Less Discount | $ -248.75 |
| Net Professional Services | $ 2,238.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,238.75** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:   GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/17 | MMB | 220 | Review email from U. Fernandez regarding translation of Angel Velez Rivera and others notice of intent to file MLS.(.10) Begin preparation of English translation of notice of intent, as requested by U. Fernandez.(.70) | .80 | 125.00 | 100.00 |
| 9/01/17 | MMB | 219 | Update MLS chart, as requested by U. Fernandez.(2.30) Review emails from H. Bauer, regarding notices of intent to file MLS, review letters of intent.(.30) Revised chart to add notices of intent.(1.90) | 4.50 | 125.00 | 562.50 |
| 9/08/17 | UMF | 206 | Review and analyze Response of the FOMB to the Urgent Motion of the UCC for Intervention in BNYM Interpleader 17-133 and assign filing. | .90 | 195.00 | 175.50 |
| 9/08/17 | DJP | 206 | Review and finalize Response of the Financial Oversight and Management Board for Puerto Rico to Urgent Motion of the Official Committee of Unsecured Creditors, in its Capacity as Agent for Commonwealth of Puerto Rico, for Leave to Intervene, file same through the court's electronic filing system for the case caption, and complete filing protocol by notifying Prime Clerk LLC, and sending stamped copy via email to Judge's chambers, and coordinating delivery to her New York chambers. | .50 | 165.00 | 82.50 |
| 9/08/17 | MMB | 219 | Update MLS chart. | 1.10 | 125.00 | 137.50 |
| 9/08/17 | MMB | 220 | Finish translation of Angel Velez Rivera and others notice of intent to file MLS, as requested by U. Fernandez. | 1.40 | 125.00 | 175.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310246                                                                    October 12, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/12/17 | DJP | 206 | File through the court's electronic filing system the Informative Motion of the Financial Oversight and Management Board Regarding Appearance at the September 15, 2017 Hearing, and complete filing protocol by notifying Prime Clerk LLC and sending stamped copy via email to Judge's chambers, and coordinating delivery to her New York chambers. | .30 | 165.00 | 49.50 |
| 9/12/17 | MMB | 219 | Docket court notice received by mail dated September 11, 2017, granting Glenda Colón Figueroa's motion for relief from stay.(.10) Docket court notice received by mail dated September 11, 2017, regarding filing of MLS-Milagros Méndez Arvelo.(.10) Docket court notice received by mail dated September 11, 2017, regarding order terminating MLS 1255.(.10) | .30 | 125.00 | 37.50 |
| 9/14/17 | MMB | 219 | Review notice of intent to file MLS.(.10) Update MLS chart,a s requested by H. Bauer.(.20) Update deposition schedule, docket entries accordingly.(.10) Docket court notice received by mail dated September 14, 2017, regarding deadline to oppose case management order.(.20) | .60 | 125.00 | 75.00 |
| 9/15/17 | UMF | 209 | Appear by telephone at hearing on UCC intervention in Adversary Proceeding 17-133. | 1.20 | 195.00 | 234.00 |
| 9/15/17 | DJP | 206 | Complete transcript request form in connection with the hearing held today in AP 17-133 and file same through the court's electronic filing system. | .30 | 165.00 | 49.50 |
| 9/17/17 | UMF | 209 | Review and finalize for filing Urgent Informative Motion Of The Financial Oversight And Management Board For Puerto Rico Clarifying Statements Made At September 15, 2017 Hearing in Adv. Proc. 17-133. | 1.70 | 195.00 | 331.50 |
| 9/17/17 | DJP | 206 | Assist in the completion of filing protocol with respect to the Urgent Informative Motion Clarifying Statements Made at September 15, 2017 hearing, by obtaining stamped version of same and forwarding it via email to counsel from Proskauer Rose LLP. | .40 | 165.00 | 66.00 |
| 9/18/17 | DJP | 203 | Review invoice pertaining to hearing transcript held on 9/15/2017, and coordinate payment of same. | .30 | 165.00 | 49.50 |
| 9/18/17 | MMB | 219 | Docket court notice received by mail dated September 18, 2017, regarding term to respond to Board's motion 1258 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310246                                          October 12, 2017

| Date | Atty | | Description | Hours | Rate | Amount |
|------|------|---|-------------|-------|------|--------|
| 9/19/17 | HDB | 206 | Revise draft objection to the COFINA Agent's Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 Applies to COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals. | .20 | 280.00 | 56.00 |
| 9/19/17 | HDB | 206 | Review draft objection to the Application of COFINA Agent for Entry of Order Authorizing Retention of Centerview Partners LLC as Financial Advisor and Expert. | .20 | 280.00 | 56.00 |
| 9/27/17 | MMB | 219 | Docket court notice received by mail dated September 18, 2017, regarding deadlines on transcript of 9/15/2017 hearing in case 17-00133.(.30) Docket court notice received by mail dated September 27, 2017, regarding deadline to file first amended complaint, motions to dismiss, other deadlines - H. Bauer, U. Fernandez, D. Pérez.(.30) Update MLS chart.(.40) | 1.00 | 125.00 | 125.00 |
| 9/28/17 | MMB | 219 | Docket court notice received by mail dated September 28, 2017, regarding motions for summary judgment - 17-03284 Adv. 17-00133, oppositions, replies - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 9/29/17 | MMB | 219 | Update MLS chart. | .40 | 125.00 | 50.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 2,487.50 |
| Less Discount | $ -248.75 |
| NET PROFESSIONAL SERVICES: | $ 2,238.75 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 280.00 | 112.00 |
| UBALDO M. FERNANDEZ BARRERA | 3.80 | 195.00 | 741.00 |
| DANIEL J. PEREZ REFOJOS | 1.80 | 165.00 | 297.00 |
| MILAGROS MARCANO BAEZ | 10.70 | 125.00 | 1,337.50 |
| **Total** | **16.70** | | **$ 2,487.50** |

**TOTAL THIS INVOICE**                           $ 2,238.75

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE