# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

----------------------------------------------------------------x

### CONSOLIDATED FEE STATEMENT OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF JULY 2, 2017 THROUGH SEPTEMBER 30, 2017

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 2, 2017 through September 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary (100%): | $33,719.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary (100%): | $1,311.30 |
| Total compensation (90%) and expenses (100%) requested to be paid: | $31,659.17 |

This is a: _X_ monthly (consolidated) ___ interim ___ final application

00500479; 1

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
        FOMB Board Member
        and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
        Ehud Barak, Esq.,
        and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Pérez, Esq.
        and
Greenberg Taurig LLP
200 Park Avenue
New York, NY 10166
Attn:    Nancy A. Mitchell, Esq.
        Nathan A. Haynes, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

00500479; 1

Attn:    Luc. A. Despins, Esq.
         Andrew V. Tenzer, Esq.
         Michael E. Comerford, Esq.
         G. Alexander Bongartz, Esq.
            and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Diana M. Batlle-Barasorda, Esq.
         Alberto J.E. Añeses Negrón, Esq.
         Ericka C. Montull-Novoa, Esq.

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn:    Clark T. Whitmore, Esq.,
         William Z. Pentelovitch, Esq.,
         John T. Duffey, Esq.,
         Jason M. Reed, Esq.,
            and
Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn:    Eric A. Tulla, Esq.
         Iris J. Cabrera-Gómez, Esq.

## Consolidated Fee Statement

| Period | Fees requested to be paid (100%) | Fees requested to be paid (90%) | Expenses requested to be paid (100%) | Total Fees and Expenses requested to be paid |
|---|---|---|---|---|
| July 2, 2017 through July 31, 2017 | 12,814.65 | 11,533.19 | 1,008.50 | $       12,541.69 |
| August 1, 2017 through August 31, 2017 | 14,765.85 | 13,289.27 | 259.53 | $       13,548.80 |
| September 1, 2017 through September 30, 2017 | 6,139.35 | 5,525.42 | 43.27 | $        5,568.69 |
| **TOTALS** | 33,719.85 | 30,347.87 | 1,311.30 | $       31,659.17 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $30,347.87, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,311.30) in the total amount of $31,659.17.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF JULY 2, 2017 THROUGH JULY 31, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | July 2, 2017 through July 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,814.65 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,008.50 |
| Total amount for this invoice: | $13,823.15 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's first monthly fee application in these cases.

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
         FOMB Board Member
                   and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
         Ehud Barak, Esq.,
                   and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Diana M. Pérez, Esq.
                   and
Greenberg Taurig LLP
200 Park Avenue
New York, NY 10166
Attn:    Nancy A. Mitchell, Esq.
         Nathan A. Haynes, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR 00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166

00499611; 1

Attn:    Luc. A. Despins, Esq.
        Andrew V. Tenzer, Esq.
        Michael E. Comerford, Esq.
        G. Alexander Bongartz, Esq.
              and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
        Diana M. Batlle-Barasorda, Esq.
        Alberto J.E. Añeses Negrón, Esq.
        Ericka C. Montull-Novoa, Esq.

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn:    Clark T. Whitmore, Esq.,
        William Z. Pentelovitch, Esq.,
        John T. Duffey, Esq.,
        Jason M. Reed, Esq.,
              and
Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn:    Eric A. Tulla, Esq.
        Iris J. Cabrera-Gómez, Esq.

## Summary of Legal Fees for the Period July 2, 2017 through July 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Carla Garcia Benitez | Member | Litigation | $ 325.00 | 1.00 | $ 325.00 |
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 20.60 | $ 5,768.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 20.10 | $ 3,919.50 |
| Arturo Hernandez | Associate | Litigation | $ 160.00 | 6.20 | $ 992.00 |
| Maria E. Santos Roca | Associate | Litigation | $ 155.00 | 13.00 | $ 2,015.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $ 180.00 | 3.50 | $ 630.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 1.80 | $ 225.00 |
| Claritza De Leon Marrero | Paralegal | Litigation | $ 130.00 | 2.80 | $ 364.00 |

| | | | | |
|---|---|---|---|---|
| **Totals** | | | 69.00 | $ 14,238.50 |
| **Less: 10% Courtesy discount** | | | | $ (1,423.85) |
| **SUMMARY OF LEGAL FEES** | | | | $ 12,814.65 |

## Summary of Disbursements for the Period July 2, 2017 through July 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Clerk US District Court, Admission Pro Hac Vice for Jonathan E. Rickman-HDB | $ 300.00 |
| Clerk US District Court, Admission Pro Hac Vice for Ann M. Ashton-HDB | $ 300.00 |
| Clerk US District Court, Admission Pro Hac Vice for Ralph C. Ferrara-HDB | $ 300.00 |
| Duplicating | $ 16.50 |
| Duplicating-Color | $ 92.00 |

| | |
|---|---|
| **Totals** | $ 1,008.50 |
| **SUMMARY OF DISBURSEMENTS** | $ 1,008.50 |

## Summary of Legal Fees for the Period July 2, 2017 through July 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 2.80 | $ 504.00 |
| 204 | Communications with Claim Holders | 0.30 | $ 84.00 |
| 205 | Communications with Commonwealth Representativ | 0.30 | $ 54.00 |
| 206 | Documents filed on behalf of the Board | 16.80 | $ 3,119.00 |
| 207 | Non-Board Court Filings | 15.80 | $ 3,157.50 |
| 208 | Stay Matters | 5.10 | $ 1,428.00 |
| 209 | Adversary Proceeding | 8.90 | $ 1,740.50 |
| 210 | Analysis and Strategy | 2.70 | $ 741.50 |
| 212 | General Administration | 14.50 | $ 3,185.00 |
| 219 | Docketing | 1.80 | $ 225.00 |
| | | | $ 14,238.50 |

| | | | |
|---|---|---|---|
| | **Less: 10% Courtesy Discount** | | $ (1,423.85) |

| | **TOTALS** | 69.00 | $ 12,814.65 |
|---|---|---|---|

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $11,533.19, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $1,008.50) in the total amount of $12,541.69.

## **Exhibit A**

00499611; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

---

July 31, 2017
Bill #:   310005
Billing Attorney:  AAI

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2017:

**Client.Matter: P1705 - 1**

**RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS
REPRESENTATIVE
      OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III
NO. 17 BK
      4780-LTS**

| | |
|---|---|
| Total Professional Services | $ 3,061.50 |
| Less Discount | $ -306.15 |
| Net Professional Services | $ 2,755.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,755.35** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

---

**Client.Matter: P1705 . 1**
**RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS**
**REPRESENTATIVE**
     **OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III**
**NO. 17 BK**
     **4780-LTS**

## PROFESSIONAL SERVICES

| Date | Atty | T* | Task | Description | Hours | Rate | Amount |
|------|------|----|------|-------------|-------|------|--------|
| 7/06/17 | UMF | 1 | 10 | Attend conference call with B. Karpuk and E. Barak regarding services of Epiq and coordination of service of documents in case. | .70 | 195.00 | 136.50 |
| 7/06/17 | UMF | 1 | 06 | Review applications for admission pro hac vice prepared by M. Santos. | .60 | 195.00 | 117.00 |
| 7/11/17 | UMF | 1 | 07 | Review master service list and filing of the same. | .90 | 195.00 | 175.50 |
| 7/13/17 | UMF | 1 | 07 | Review and finalize for filing notice of withdrawal of Epiq Motion. | .80 | 195.00 | 156.00 |
| 7/13/17 | UMF | 1 | 07 | Draft email to Judge Swain on filing of motion to withdraw Epiq Application. | .40 | 195.00 | 78.00 |
| 7/17/17 | UMF | 1 | 07 | Review master service list and motion to submitting same list for filing in case. | .80 | 195.00 | 156.00 |
| 7/17/17 | UMF | 1 | 07 | Review and finalize motion for stipulated extension of time to object to Freepoint application. | .80 | 195.00 | 156.00 |
| 7/19/17 | UMF | 1 | 07 | Review inquiry on filing notice of hearing and CMO application in the PREPA case. | .70 | 195.00 | 136.50 |
| 7/20/17 | UMF | 1 | 07 | Review and finalize PREPA's Notice of Commencement, Motion for Entry of Order on Creditor Matrix, Application of PREPA for Entry of Order Authorizing Employment and Payment of Epiq Bankruptcy Solutions and the Notice of Hearing on First Day Motions. | 3.40 | 195.00 | 663.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310005                                                            July 31, 2017

| 7/21/17 | UMF | 1 | 07 | Review and finalize for filing Interim Compensation Motion. | .70 | 195.00 | 136.50 |
| 7/27/17 | UMF | 1 | 09 | Draft and review analysis of Enabling Act and Trust Agreement regarding powers of Court appointed trustee.(1.80) Draft email to E. Barak and M. Zerjal regarding same matter.(.90) | 2.70 | 195.00 | 526.50 |
| 7/27/17 | UMF | 1 | 09 | Prepare for and attend tel. conf. on presentation to mediation group. | 1.20 | 195.00 | 234.00 |
| 7/31/17 | UMF | 1 | 07 | Review and finalize for filing opposition to the lift of stay motion. | 2.00 | 195.00 | 390.00 |

*Note: transactions above with a T code other than 1 are taxable services

| TOTAL PROFESSIONAL SERVICES | $ 3,061.50 |
|---|---|
| Less Discount | $ -306.15 |
| NET PROFESSIONAL SERVICES: | $ 2,755.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | 15.70 | 195.00 | 3,061.50 |
| Total | 15.70 | | $ 3,061.50 |

**TOTAL THIS INVOICE**                                    $ 2,755.35

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

August 4, 2017
Bill #:   507151
Billing Attorney:  AAI

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2017:

**Client.Matter: P1705 - 1**

**RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS
REPRESENTATIVE
     OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III
NO. 17 BK
     4780-LTS**



| | |
|---|---|
| Total Professional Services | $ 11,065.00 |
| Less Discount | $ -1,106.50 |
| Net Professional Services | $ 9,958.50 |
| Total Reimbursable Expenses | $ 1,008.50 |
| **TOTAL THIS INVOICE** | **$ 10,967.00** |

In account with

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

Client.Matter: P1705 . 1
RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS
REPRESENTATIVE
     OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III
NO. 17 BK
     4780-LTS

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/02/17 | HDB | 212 | Review press release for PREPA Title III filing. | .30 | 280.00 | 84.00 |
| 7/02/17 | HDB | 212 | Tel. conf with clerk of the Court regarding Title III PREPA filing. | .40 | 280.00 | 112.00 |
| 7/02/17 | HDB | 212 | Edit Civil and Category coversheets for PREPA filing. | .30 | 280.00 | 84.00 |
| 7/02/17 | HDB | 212 | Multiple calls with Clerk of Court regarding filing procedures and protocols (1.3). Multiple e-mails with Proskauer regarding filing of Title III Petitions (.80). Review, edit and finalize draft PREPA Petition (.80) and revise draft motion to assume Fuel Line Agreement (.70). Revise Statement of Filing and issues regarding Pro Hac Vice Motions (.80). | 4.40 | 280.00 | 1,232.00 |
| 7/02/17 | UMF | 207 | Draft Title III petition (2.4) and analyze filing requirements (.30). | 2.70 | 195.00 | 526.50 |
| 7/02/17 | MSR | 212 | Review both USDC and USBC cm/ecf system to determine where and how to file PREPA's Title III petition. | .40 | 155.00 | 62.00 |
| 7/02/17 | MSR | 212 | Prepare Category Sheet and Cover Sheet to be filed along with PREPA's Title III petition as required by Local Rules. | 1.00 | 155.00 | 155.00 |
| 7/02/17 | MSR | 212 | Revise date for the signature page of PREPA's Assumption Motion that will be filed after Title III petition by altering pdf. | .40 | 155.00 | 62.00 |

O'Neill & Borges LLC

Bill #:  307151

August 4, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/02/17 | MSR | 212 | Draft and prepare for filing PHVs application for Paul V Possinger, Martin Bienenstock, Ehud Barak and Maja Zerjal to filed along with PREPA's Title III petition. | 2.50 | 155.00 | 387.50 |
| 7/02/17 | MSR | 206 | Draft Notice of Filing for Assumption Motion, specifying deadlines contained in Case Management Order. | .30 | 155.00 | 46.50 |
| 7/02/17 | MSR | 206 | File PHVs applications in PREPA"s Title III case for Paul V Possinger, Martin Bienenstock, Ehud Barak and Maja Zerjal. | .40 | 155.00 | 62.00 |
| 7/04/17 | HDB | 206 | Review Epiq Retention Motion. | .30 | 280.00 | 84.00 |
| 7/04/17 | HDB | 210 | Participate in call with Greenberg and Proskauer regarding PREPA litigation issues. | .40 | 280.00 | 112.00 |
| 7/05/17 | UMF | 207 | Review motion for appointment of Epiq for filing through CM/ECF. | 1.70 | 195.00 | 331.50 |
| 7/05/17 | MSR | 212 | Attend call with Proskauer and Greenberg to discuss PREPA Title III proceeding. | .70 | 155.00 | 108.50 |
| 7/05/17 | MSR | 212 | Review Case Management Order, and notified motions filed in PREPA's title III case. | .80 | 155.00 | 124.00 |
| 7/06/17 | HDB | 212 | Review issues with US Trustee regarding joint administration (.10). Draft various e-mails to Proskauer and US Trustee regarding same (.30). | .40 | 280.00 | 112.00 |
| 7/06/17 | HDB | 212 | Review issues regarding service protocol and issues regarding administration of PREPA Title III (.20). Review e-mail and participate in conference call with Epiq (.40). | .60 | 280.00 | 168.00 |
| 7/06/17 | HDB | 212 | Confer with Proskauer and meet with process server in the National Adversary Proceeding. | .50 | 280.00 | 140.00 |
| 7/06/17 | HDB | 209 | Review Order on issues relative to Order setting deadline to oppose assumption of contact. | .20 | 280.00 | 56.00 |
| 7/06/17 | MSR | 212 | Review case management order for PREPA filings in preparation for call with Epiq Systems today. | .10 | 155.00 | 15.50 |
| 7/06/17 | MSR | 206 | Prepare Pro Hac Vice applications in the PREPA Title III case for: Ralph C. Ferrara, Jonathan Richman and Ann M. Ashton. | 1.70 | 155.00 | 263.50 |
| 7/06/17 | MSR | 206 | File pro hac vice applications in PREPA Title III case for: Ralph C. Ferrara, Jonathan Richman and Ann M. Ashton. | .90 | 155.00 | 139.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 307151                                                                    August 4, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/07/17 | MSR | 212 | Review case management order procedures to assure compliance with order in all PREPA filings. | 1.10 | 155.00 | 170.50 |
| 7/07/17 | MMB | 219 | Docket court notice received by mail dated July 6, 2017. Regarding PREPA's assumption of fuel supply contract - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/07/17 | MMB | 219 | Docket court notice received by mail dated July 7, 2017, regarding supplemental affidavit - H. Bauer, U. Fernandez, D. Pérez | .30 | 125.00 | 37.50 |
| 7/11/17 | HDB | 212 | Review issues regarding master service list. | .30 | 280.00 | 84.00 |
| 7/11/17 | HDB | 210 | Review e-mail and respond regarding suggestions in the National litigation. | .30 | 280.00 | 84.00 |
| 7/13/17 | HDB | 209 | Review issues regarding National's refusal to transfer litigation to Judge Swain and issues regarding arguments to stay litigation. | .30 | 280.00 | 84.00 |
| 7/13/17 | HDB | 206 | Review Motion to Withdraw Epiq Motion. | .30 | 280.00 | 84.00 |
| 7/14/17 | HDB | 206 | Revise and review issues regarding service and filing of Master Service List. | .30 | 280.00 | 84.00 |
| 7/14/17 | MSR | 206 | File Master Service List of creditors as of July 10, 2017 prepared by Epiq. | .40 | 155.00 | 62.00 |
| 7/17/17 | HDB | 209 | Review Amended Complaint by National and Assured (.80). Draft e-mail regarding Terradata case as foundation for dismissal of complaint (.50). | 1.30 | 280.00 | 364.00 |
| 7/17/17 | HDB | 206 | Review Motion to Extend Committee's deadline to respond to Fuel Assumption Motion. | .30 | 280.00 | 84.00 |
| 7/17/17 | MSR | 206 | File master service list as of July 17, 2017. | .20 | 155.00 | 31.00 |
| 7/17/17 | MSR | 206 | File urgent motion to extend the Committee's deadline to object to the Freepoint motion. | 1.00 | 155.00 | 155.00 |
| 7/18/17 | HDB | 208 | Review Motion to Lift Stay by Ad Hoc Group of Bondholders. | .50 | 280.00 | 140.00 |
| 7/18/17 | MSR | 206 | Print two courtesy copies of motion filed 7/17/2017 and arrange for delivery to USDC of two courtesy copies as per the Case management Order. | .30 | 155.00 | 46.50 |
| 7/19/17 | MMB | 219 | Docket court notice received by mail dated July 17,2 017, regarding opposition to motion for relief from stay, reply thereto, omnibus hearing - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |

O'Neill & Borges LLC

Bill #:  307151                                                        August 4, 2017

| Date | Init. | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|------|------|--------|
| 7/20/17 | HDB | 204 | Receive and review Bondholder's adequate protection letter to PREPA and FOMB. | .30 | 280.00 | 84.00 |
| 7/20/17 | HDB | 207 | Receive, review and draft e-mail regarding Reservation of Rights on Account of PREPA's Urgent Motion to Extend Statutory Creditors' Committee Objection Deadline Regarding PREPA's Motion to Assume Fuel Supply Contract with Freepoint Commodities, LLC. | .30 | 280.00 | 84.00 |
| 7/20/17 | HDB | 206 | Revise for filing (i) Notice of Commencement Motion; (ii) Creditor Matrix Motion; (ii) Epiq Retention Application; and (iv) Notice of Hearing. | .80 | 280.00 | 224.00 |
| 7/20/17 | HDB | 208 | Revise draft Notice of Stay of Proceedings for the National et al. litigation (.30). Draft e-mails regarding same (.10). | .40 | 280.00 | 112.00 |
| 7/20/17 | HDB | 208 | Receive and review Motion for Relief From Stay Under filed on behalf of Marcia Gil-Caraballo (.20). Draft e-mail regarding same (.10). | .30 | 280.00 | 84.00 |
| 7/20/17 | AHG | 206 | Review (i) Notice of Commencement Motion; (ii) Creditor Matrix Motion; (ii) Epiq Retention Application; and (iv) Notice of Hearing documents and file said documents at the United States Bankruptcy Court for the District of Puerto Rico (3.3). Notify parties pursuant to Case Management Order (.60). | 3.90 | 160.00 | 624.00 |
| 7/21/17 | CGB | 210 | Review factual background on National's tortious-interference claim on PREPA matters (.40); Brief overview and legal research regarding pertinent choice of law principles (.50); Draft short response to query from J.E. Richman (.10). | 1.00 | 325.00 | 325.00 |
| 7/21/17 | HDB | 212 | Correspond regarding committee issues. | .30 | 280.00 | 84.00 |
| 7/21/17 | HDB | 206 | Review Notice of Stay. | .40 | 280.00 | 112.00 |
| 7/21/17 | HDB | 206 | Review issues regarding interim compensation motion, notice of hearing and filing (.30). Draft e-mails regarding same (.10). | .40 | 280.00 | 112.00 |
| 7/21/17 | AHG | 206 | Review and file PREPA's Urgent Motion to Further Extend Statutory Creditors' Committee's Objection Deadline Regarding PREPA's Motion to Assume Fuel Supply Contract with Freepoint Commodities, LLC (.60), and complete filing protocol by drafting and sending email to designated judge's chambers, and notifying clerk (.20). | .80 | 160.00 | 128.00 |

O'Neill & Borges LLC

Bill #:  307151

August 4, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/17 | AHG | 206 | Review and file Motion of PREPA Pursuant to PROMESA Section 317 and Bankruptcy Code Section 105(a) for Entry of Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (.80), and complete filing protocol by drafting and sending email to designated judge's chambers, and notifying clerk (.20). | 1.00 | 160.00 | 160.00 |
| 7/21/17 | AHG | 206 | Review and file Notice of Hearing, and complete filing protocol by drafting (.40) and sending email to designated judge's chambers, and notifying clerk (.10). | .50 | 160.00 | 80.00 |
| 7/21/17 | MMB | 219 | Review email from U. Fernandez regarding docket entry. Docket entries for H. Bauer, U. Fernandez, D. Pérez, regarding Tyler Duvall deposition. | .30 | 125.00 | 37.50 |
| 7/21/17 | CDM | 209 | As requested by attorney U. M. Fernandez, assist in the preparation of adversary complaint. Prepare cover sheets and summons. | 2.80 | 130.00 | 364.00 |
| 7/24/17 | HDB | 206 | Review issues concerning extension of time and queries regarding National litigation (.20). Review multiple e-mails regarding consent to extension (.30). Revise draft motion (.30). | .80 | 280.00 | 224.00 |
| 7/24/17 | MSR | 206 | Prepare notice of filing Master Service List as of 7/24/2017, and proceeded to file in PREPA title III. | .40 | 155.00 | 62.00 |
| 7/24/17 | ETF | 205 | Prepare email regarding PREPA UCC filings. | .30 | 180.00 | 54.00 |
| 7/26/17 | HDB | 208 | Receive and review Joinder of US Bank National Association in its Capacity as PREPA Bond Trustee to the Motion for Relief from the Automatic Stay to Appoint Receiver and Reservation of Rights. | .30 | 280.00 | 84.00 |
| 7/26/17 | ETF | 201 | Participate in call with Greenberg Trauring, Ankura, McK, Proskauer regarding PREPA reforms. | 1.50 | 180.00 | 270.00 |
| 7/26/17 | MMB | 219 | Docket court notice received by mail dated July 24, 2017, regarding order on motion for relief from stay 362 by Nat'l Public Finance Guarantee Corp., translation - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/27/17 | HDB | 208 | Tel. conf. counsel for Instituto de Competividad, Fernando Agrait (.20); draft e-mail regarding same, regarding Motion for Lift of Stay (.10). | .30 | 280.00 | 84.00 |
| 7/27/17 | HDB | 207 | Receive and review Notice of Removal regarding PREPA v. Vitol Litigation. | .30 | 280.00 | 84.00 |

O'Neill & Borges LLC

Bill #:  307151

August 4, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/27/17 | HDB | 210 | Edit draft receivership note. | .30 | 280.00 | 84.00 |
| 7/27/17 | ETF | 206 | Reviewing opposition to lift stay motion and CILT provisions. | .40 | 180.00 | 72.00 |
| 7/27/17 | MMB | 219 | Docket court notice received by mail dated July 26, 2017, regarding order on applicability of FRBP 2019 to Title III cases - H. Bauer. U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 7/28/17 | HDB | 208 | Receive and review Motion for Relief From Stay filed on behalf of RESUN (Barceloneta) LLC. | .30 | 280.00 | 84.00 |
| 7/28/17 | HDB | 207 | Receive and review Assured's Objection to and Reservation of Rights Motion for Continuation of Utility Service and Approval of Adequate Assurance of Payment to Utility Company Under Section 366(b) and 105(b). | .30 | 280.00 | 84.00 |
| 7/28/17 | MSR | 206 | File Defendants' Unopposed Motion to Extend all Defendants' Time to Answer or Otherwise Respond to Amended Complaint in Civ. Case No. 17-1882(FAB). | .40 | 155.00 | 62.00 |
| 7/28/17 | ETF | 201 | Review PREPA's enabling act provisions regarding CILT. | 1.30 | 180.00 | 234.00 |
| 7/31/17 | HDB | 208 | Review queries and issues regarding Opposition to Motion to Lift Stay. | .30 | 280.00 | 84.00 |
| 7/31/17 | HDB | 208 | Receive and review Scotiabank, as Fuel Line Lender Administrative Agents, relative to Motion for Relief from Stay. | .30 | 280.00 | 84.00 |
| 7/31/17 | HDB | 208 | Revise draft opposition to Lift stay Motion and supporting declarations. | 1.80 | 280.00 | 504.00 |
| 7/31/17 | HDB | 208 | Review Objection to stay relief filed by Instituto de Competitividad. | .30 | 280.00 | 84.00 |
| 7/31/17 | HDB | 208 | Receive and review AAFAF's joinder to Opposition to Motion for Relief from Stay. | .30 | 280.00 | 84.00 |

TOTAL PROFESSIONAL SERVICES                                 $ 11,065.00

Less Discount                                                              $ -1,106.50

NET PROFESSIONAL SERVICES:                                   $ 9,958.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  307151

August 4, 2017

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 1.00 | 325.00 | 325.00 |
| HERMANN BAUER | 20.20 | 280.00 | 5,656.00 |
| UBALDO M. FERNANDEZ BARRERA | 4.40 | 195.00 | 858.00 |
| ARTURO HERNANDEZ | 6.20 | 160.00 | 992.00 |
| MARIA E. SANTOS ROCA | 13.00 | 155.00 | 2,015.00 |
| EMILIANO TRIGO FRITZ | 3.50 | 180.00 | 630.00 |
| MILAGROS MARCANO BAEZ | 1.80 | 125.00 | 225.00 |
| CLARITZA DE LEON MARRERO | 2.80 | 130.00 | 364.00 |
| **Total** | **52.90** | | **$ 11,065.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 7/06/17 | CLERK US DISTRICT COURT, ADMISSION PRO HAC VICE FOR JONATHAN E. RICKMAN-HDB | 300.00 |
| 7/06/17 | CLERK US DISTRICT COURT, ADMISSION PRO HAC VICE FOR ANN M. ASHTON-HDB | 300.00 |
| 7/06/17 | CLERK US DISTRICT COURT, ADMISSION PRO HAC VICE FOR RALPH C. FERRARA-HDB | 300.00 |
| 7/20/17 | DUPLICATING - AS OF 7/20/17 (66 Copies @ $.25) | 16.50 |
| 7/20/17 | DUPLICATING-COLOR- AS OF 7/20/17 (230 Copies @ $.40) | 92.00 |

TOTAL REIMBURSABLE EXPENSES          $ 1,008.50

**TOTAL THIS INVOICE**          **$ 10,967.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

October 13, 2017
Bill #:   311099
Billing Attorney:  HDB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
July 31, 2017:

**Client.Matter: P1705 - 1**

**RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS REPRESENTATIVE**
**OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III NO. 17 BK**
**4780-LTS**

| | |
|---|---|
| Total Professional Services | $ 112.00 |
| Less Discount | $ -11.20 |
| Net Professional Services | $ 100.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 100.80** |

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 1**

**RE: THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS REPRESENTATIVE**
**OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III NO. 17 BK**
**4780-LTS**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 7/07/17 | HDB | 209 | Tel. conf. with Ann Ashton regarding National/PREPA Litigation. | .40 | 280.00 | 112.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 112.00 |
| Less Discount | | $ -11.20 |
| NET PROFESSIONAL SERVICES: | | $ 100.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .40 | 280.00 | 112.00 |
| **Total** | **.40** | | **$ 112.00** |

**TOTAL THIS INVOICE**      **$ 100.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SECOND MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF AUGUST 1, 2017 THROUGH AUGUST 31, 2017

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00499703; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | August 1, 2017 through August 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $14,765.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $259.53 |
| Total amount for this invoice: | $15,025.38 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's second monthly fee application in these cases.

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
         FOMB Board Member
              and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
         Ehud Barak, Esq.,
              and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Diana M. Pérez, Esq.
              and
Greenberg Taurig LLP
200 Park Avenue
New York, NY 10166
Attn:    Nancy A. Mitchell, Esq.
         Nathan A. Haynes, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
         Andrew V. Tenzer, Esq.
         Michael E. Comerford, Esq.

00499703; 1

G. Alexander Bongartz, Esq.
and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Diana M. Batlle-Barasorda, Esq.
          Alberto J.E. Añeses Negrón, Esq.
          Ericka C. Montull-Novoa, Esq.

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn:     Clark T. Whitmore, Esq.,
          William Z. Pentelovitch, Esq.,
          John T. Duffey, Esq.,
          Jason M. Reed, Esq.,
and
Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn:     Eric A. Tulla, Esq.
          Iris J. Cabrera-Gómez, Esq.

### Summary of Legal Fees for the Period August 1, 2017 through August 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 14.30 | $ 4,004.00 |
| Carlos E. George | Member | Labor | $ 245.00 | 4.10 | $ 1,004.50 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 15.10 | $ 2,944.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 2.30 | $ 379.50 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 5.70 | $ 997.50 |
| Maria E. Santos Roca | Associate | Litigation | $ 155.00 | 1.00 | $ 155.00 |
| Christopher T. Rivera | Associate | Corporate | $ 155.00 | 2.40 | $ 372.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 135.00 | 46.10 | $ 6,223.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 2.40 | $ 300.00 |
| Claritza De Leon Marrero | Paralegal | Litigation | $ 130.00 | 0.20 | $ 26.00 |

**Totals**      93.60    $   16,406.50

**Less: 10% Courtesy discount**      $   (1,640.65)

| SUMMARY OF LEGAL FEES | $ 14,765.85 |
|---|---|

### Summary of Disbursements for the Period August 1, 2017 through August 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 186.25 |
| Duplicating-Color | $ 0.80 |
| Secretarial Overtime | $ 72.48 |

**Totals**      $   259.53

| SUMMARY OF DISBURSEMENTS | $ 259.53 |
|---|---|

## Summary of Legal Fees for the Period August 1, 2017 through August 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.10 | $ 28.00 |
| 202 | Legal Research | 4.10 | $ 680.00 |
| 204 | Communications with Claim Holders | 0.50 | $ 97.50 |
| 205 | Communications with Commonwealth Representativ | 0.80 | $ 224.00 |
| 206 | Documents filed on behalf of the Board | 5.90 | $ 1,112.50 |
| 207 | Non-Board Court Filings | 12.00 | $ 2,357.00 |
| 208 | Stay Matters | 5.50 | $ 1,427.00 |
| 209 | Adversary Proceeding | 10.50 | $ 2,491.50 |
| 210 | Analysis and Strategy | 6.50 | $ 1,457.00 |
| 212 | General Administration | 0.70 | $ 196.00 |
| 219 | Docketing | 0.90 | $ 112.50 |
| 220 | Translations | 46.10 | $ 6,223.50 |
| | | | $ 16,406.50 |
| | **Less: 10% Courtesy Discount** | | $ (1,640.65) |
| | **TOTALS** | 93.60 | $ 14,765.85 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $13,289.27, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $259.53) in the total amount of $13,548.80.

# **Exhibit A**

IN ACCOUNT WITH

256 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

. O'NEILL & BORGES LLC

October 16, 2017
FOMB IN RE PREPA TITLE III                                    Bill #:   311100
Billing Attorney:  HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
August 31, 2017:

**Client.Matter: P1705 - 1**

**RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS
REPRESENTATIVE
        OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III
NO. 17 BK
        4780-LTS**

| | |
|---|---|
| Total Professional Services | $ 16,406.50 |
| Less Discount | $ -1,640.65 |
| | |
| Net Professional Services | $ 14,765.85 |
| Total Reimbursable Expenses | $ 259.53 |
| | |
| **TOTAL THIS INVOICE** | **$ 15,025.38** |

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS REPRESENTATIVE**
    **OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III NO. 17 BK**
    **4780-LTS**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 8/01/17 | HDB | 206 | Review issues regarding Master Service List. | .30 | 280.00 | 84.00 |
| 8/01/17 | MSR | 206 | Draft Notice and file Master Service List as of 8/1/2017. Also compiled list of emails of parties in master service list to notify future filings, | .60 | 155.00 | 93.00 |
| 8/02/17 | HDB | 208 | Receive and review Notice of Intent to Seek Relief from Automatic Stay filed by PV Properties, Inc. | .30 | 280.00 | 84.00 |
| 8/03/17 | HDB | 208 | Receive and review opposition to Motion to Lift Stay by Gil Caraballo. | .30 | 280.00 | 84.00 |
| 8/03/17 | MMB | 208 | Review email from I. Pérez regarding documents to be obtained for the Energy Commission. Review the Energy Commission's website to obtain pleadings, other documents, in case CEPRQR20170001, as requested by I. Pérez. Email to I. Pérez with documents obtained from Energy Commission's website. | .40 | 125.00 | 50.00 |
| 8/04/17 | HDB | 208 | Receive and review Order, granting in part, Motion for Relief From Stay filed by Luis Montes-Valentin. | .20 | 280.00 | 56.00 |
| 8/04/17 | UMF | 207 | Reply to the objections/reservations of rights to the Interim Fee Procedures in PREPA case. | 1.00 | 195.00 | 195.00 |
| 8/04/17 | GOD | 210 | Review and edit the Reply of PREPA to (A) U.S. Bank's Reservation of Rights to PREPA's Motion to Establish Procedures for Interim Compensation and (B) National's Joinder Thereto. | .70 | 175.00 | 122.50 |

O'Neill & Borges LLC

Bill #: 311100                                                                October 16, 2017

| 8/04/17 | GOD | 206 | File the Reply of PREPA to (A) U.S. Bank's Reservation of Rights to PREPA's Motion to Establish Procedures for Interim Compensation and (B) National's Joinder Thereto, ensure that it complies with the case management order, and send out the relevant notifications. | .40 | 175.00 | 70.00 |
|---|---|---|---|---|---|---|
| 8/04/17 | MMB | 210 | Review email from I. Pérez regarding status of documents requested to Energy Commission. Telephone conference with clerk from Energy Commission regarding status of documents; reply to I. Pérez regarding status. Review emails from Energy Commission with documents. Review documents to confirm accuracy, as requested by I. Pérez. | .40 | 125.00 | 50.00 |
| 8/06/17 | HDB | 208 | Review Reply Brief to Opposition to Motion to Lift Stay. | .60 | 280.00 | 168.00 |
| 8/07/17 | HDB | 209 | Receive and review Adversary Proceeding 17-228 filed by the UTIER against, among others, the FOMB and its members.(.70) Draft e-mails regarding same.(.10) | .80 | 280.00 | 224.00 |
| 8/07/17 | HDB | 209 | Receive and review Adversary Proceeding 17-229, filed by the UTIER against the Commonwealth, PREPA, N. Jaresko and certain government officials.(.80)  Draft e-mail regarding the same.(.10) | .90 | 280.00 | 252.00 |
| 8/07/17 | HDB | 208 | Receive and review Court Order staying National Complaint.(.10) Review supplemental order.(.20) | .30 | 280.00 | 84.00 |
| 8/07/17 | UMF | 207 | Reviewing and finalizing notice of filing and amended and revised version of order on notice of commencement. | 1.20 | 195.00 | 234.00 |
| 8/07/17 | DJP | 206 | Review and finalize Notice of Filing of Revised Proposed Order Regarding PREPA's Motion for Entry of an Order (A) Approving Form of Notice of Commencement of Title III Case and (B) Manner of Service and Publication Thereof, file same through the court's electronic filing system and complete filing protocol by notifying Prime Clerk LLC and drafting and sending email to presiding judge attaching the filing and the proposed order in Microsoft Word format. | .80 | 165.00 | 132.00 |
| 8/07/17 | GOD | 206 | File the Informative Motion of Financial Oversight and Management Board Regarding August 9-10, 2017 Hearing, and follow the case management order protocol by noticing all of the relevant parties. | .40 | 175.00 | 70.00 |

O'Neill & Borges LLC

Bill #: 311100                                                                October 16, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/08/17 | MSR | 206 | File Master Service List as of August 8th, 2017 in PREPA's Title III. | .20 | 155.00 | 31.00 |
| 8/09/17 | HDB | 212 | Confer with Proskauer regarding service of process in PREPA litigation. | .30 | 280.00 | 84.00 |
| 8/10/17 | HDB | 209 | Further review UTIER v. PREPA CAB impairment complaint in anticipation of call with Proskauer.(.50) Review legal issues with C. George.(.20) Participate in conference call with Proskauer.(.4) Locate official translations of certain acts for Proskauer's review. (.10) | 1.20 | 280.00 | 336.00 |
| 8/11/17 | HDB | 208 | Receive and review the Commonwealth's Opposition to Resun Motion to Dismiss. | .30 | 280.00 | 84.00 |
| 8/11/17 | UMF | 209 | Draft and review notice of appearance for UTIER and Assured Adv. Proc. | .60 | 195.00 | 117.00 |
| 8/11/17 | UMF | 207 | Review and analysis of Phoenix Application. | 1.80 | 195.00 | 351.00 |
| 8/11/17 | MMB | 219 | Docket court notice received by mail dated August 10, 2017, regarding transcript of hearing on 8/9/2017 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/11/17 | MMB | 209 | Review email from U. Fernandez regarding preparation of draft notices of appearance. Prepared draft notices of appearance as requested by U. Fernandez. | .70 | 125.00 | 87.50 |
| 8/12/17 | HDB | 210 | Revise draft PREPA Plan of Adjustment Memorandum. | .50 | 280.00 | 140.00 |
| 8/12/17 | UMF | 207 | Review and analysis of Phoenix Application as financial advisor for mediation team. | .70 | 195.00 | 136.50 |
| 8/13/17 | HDB | 206 | File and deliver to Chambers Application of Oversight Board for Entry of Order Authorizing Employment and Payment of Phoenix Management Services, LLC as Financial Advisor For Mediation Team and Notice of Presentment thereof. | .20 | 280.00 | 56.00 |
| 8/13/17 | HDB | 209 | Review Assured/Ad Hoc GO Complaint in the Adversary Proceeding against PREPA. | 1.00 | 280.00 | 280.00 |
| 8/14/17 | UMF | 204 | Receive and review various emails from J. Rua, counsel for PV Properties, and drafting response thereto on relief from stay. | .50 | 195.00 | 97.50 |
| 8/15/17 | HDB | 208 | Receive and review Motion Confirming Waiver of 30 day Period to Adjudicate PREPA Lift Stay Motion. | .20 | 280.00 | 56.00 |
| 8/15/17 | HDB | 208 | Review Order regarding additional briefing Sections 305 and 306 of PROMESA. | .20 | 280.00 | 56.00 |

O'Neill & Borges LLC

Bill #: 311100                                                                    October 16, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/15/17 | HDB | 208 | Tel. conf J. El Koury.  Exchange multiple e-mails with Proskauer regarding acceptance of service of process and briefing schedule regarding 17-AP-288. | .30 | 280.00 | 84.00 |
| 8/16/17 | HDB | 209 | Receive and review Notice of Constitutional Challenge filed in 17-AP-00228. | .30 | 280.00 | 84.00 |
| 8/16/17 | UMF | 207 | Receive and review order entered by the Court on motion for relief from stay filed by National Public Finance Guarantee and briefing schedule. | .40 | 195.00 | 78.00 |
| 8/16/17 | MSR | 206 | File updated master service list as of August 16, 2017 | .20 | 155.00 | 31.00 |
| 8/16/17 | MMB | 219 | Docket court notice received by mail dated August 15, 2017, regarding motion for relief from stay Ad Hoc Group of PREPA bondholders supplemental brief, debtor's supplemental brief - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 8/17/17 | HDB | 209 | Receive summons in Assured v. PREPA, draft e-mails regarding same. | .30 | 280.00 | 84.00 |
| 8/17/17 | HDB | 208 | Receive and review Motion for Relief From Stay filed on behalf of Samuel Rodriguez Claudio. | .30 | 280.00 | 84.00 |
| 8/17/17 | UMF | 208 | Receive and respond to various emails on relief from stay notice as to PV Properties. | .60 | 195.00 | 117.00 |
| 8/17/17 | UMF | 207 | Reviewing and finalizing for filing notice of presentment and revised order on interim compensation. | 1.90 | 195.00 | 370.50 |
| 8/17/17 | UMF | 207 | Reviewing and finalizing notice of presentment of Fourth Revised order on interim compensation and revised order attached thereto. | 1.50 | 195.00 | 292.50 |
| 8/17/17 | CDM | 206 | As requested by attorney U. M. Fernandez, assist in the preparation of PREPA's revised interim compensation order.  Review and organize documents to be filed. | .20 | 130.00 | 26.00 |
| 8/18/17 | HDB | 209 | Coordinate briefing schedule for 17-AP-229 with counsel.(.20) Draft e-mails regarding same.(.10) Coordinate receipt of summons and other issues with counsel for UTIER.(.30)  Review proposed Stipulation for Briefing Schedule and communicate to counsel for UTIER.(.20) | .80 | 280.00 | 224.00 |
| 8/18/17 | UMF | 207 | Reviewing notice of presentment of notice commencement and second revised order. | .80 | 195.00 | 156.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: · 311100                                                                    October 16, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/18/17 | DJP | 209 | Coordinate receipt and receive service of summons for adversary proceedings 17-228 and 17-229 on behalf of the Board, its members, and Natalie Jaresko. | .30 | 165.00 | 49.50 |
| 8/18/17 | DJP | 206 | Review and finalize Notice of Presentment of Second Revised Proposed Order Regarding PREPA's Motion for Entry of an Order (A) Approving Form of Notice of Commencement of Title III Case and (b) Manner of Service and Publication Thereof; Organize and finalize all the relevant exhibits to be attached thereto; File all documents through the court's electronic filing system; Complete filing protocol by notifying Epiq and sending courtesy copies to the judge's chambers. | .90 | 165.00 | 148.50 |
| 8/20/17 | HDB | 209 | Review issues, coordinate with counsel and draft e-mails regarding briefing schedule for 17-AP-229. | .30 | 280.00 | 84.00 |
| 8/20/17 | UMF | 209 | Reviewing stipulation on briefing schedule in UTIER adversary proceeding 17-229. | .70 | 195.00 | 136.50 |
| 8/21/17 | HDB | 212 | Receive and review Order granting Application to employ Phoenix Management Services, LLC, as Financial Advisor for the Mediation Team. | .20 | 280.00 | 56.00 |
| 8/21/17 | UMF | 209 | Continue review and drafting of scheduling stipulation on adversary proceeding filed by UTIER in AP 17-229. | .90 | 195.00 | 175.50 |
| 8/21/17 | GOD | 209 | Review and file the Stipulation and Proposed Order in the UTIER adversary proceeding. | .40 | 175.00 | 70.00 |
| 8/21/17 | GOD | 209 | Ensure compliance with local rules and notify the filing of the Stipulation and Proposed Order in the UTIER adversary proceeding in compliance with the case management order. | .40 | 175.00 | 70.00 |
| 8/21/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 1.20 | 135.00 | 162.00 |
| 8/22/17 | GOD | 202 | Research on the effect and validity of a collective bargaining agreement post-petition and pre-assumption/rejection in a Title III matter. | 1.60 | 175.00 | 280.00 |
| 8/22/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 6.50 | 135.00 | 877.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 311100                                                              October 16, 2017

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/23/17 | HDB | 208 | Review Supplemental Brief in Support of Movants' Motion for Relief from the Automatic Stay filed on behalf of Ad Hoc Group of PREPA Bondholders. | .50 | 280.00 | 140.00 |
| 8/23/17 | HDB | 205 | Participate in PREPA working group call. | .80 | 280.00 | 224.00 |
| 8/23/17 | HDB | 206 | Review PREPA Joint Administration Motion(.20). Draft e-mail.(.10) Coordinate for filing.(.10) | .40 | 280.00 | 112.00 |
| 8/23/17 | HDB | 208 | Review Order denying RESUN Motion for Lift Stay. | .20 | 280.00 | 56.00 |
| 8/23/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 7.00 | 135.00 | 945.00 |
| 8/24/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 6.90 | 135.00 | 931.50 |
| 8/25/17 | HDB | 207 | Review Amended Notice Appointing Creditors Committee of Unsecured Creditors | .20 | 280.00 | 56.00 |
| 8/25/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 4 of February 2017. | 6.00 | 135.00 | 810.00 |
| 8/28/17 | HDB | 208 | Receive and review Notice to Lift Stay by Jonathan Guzman Rodriguez (regarding PREPA Action).(.20) Draft e-mail regarding same.(.10) | .30 | 280.00 | 84.00 |
| 8/28/17 | DJP | 209 | Review and analyze case management order to determine the deadline for any party to file an opposition to the FOMB's motion to dismiss to be filed in the UTIER adversary proceeding and draft and send email to counsel at Proskauer Rose LLP containing such deadlines. | .30 | 165.00 | 49.50 |
| 8/28/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 6.00 | 135.00 | 810.00 |
| 8/29/17 | HDB | 206 | Review Notice and Creditor Matrix for PREPA.(.20) Coordinate filing.(.10) | .30 | 280.00 | 84.00 |
| 8/29/17 | HDB | 208 | Receive and review draft supplemental brief to the Opposition to Motion to Lift the Automatic Stay filed by the Ad Hoc Group, addressing PROMESA Sections 305 and 306.(.40)  Draft e-mails regarding same.(.10) | .50 | 280.00 | 140.00 |

O'Neill & Borges LLC

Bill #: 311100                                                                October 16, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/29/17 | HDB | 209 | Revise and comment draft Outline of Motion to Dismiss UTIER, Collective Bargaining Agreement Adversary Proceeding (17-AP-229). | .60 | 280.00 | 168.00 |
| 8/29/17 | CEG | 210 | Review outline of motion to dismiss Adv. Proc. 17-229 UTIER v. PREPA.(1.90) Consider several issues under local law.(.40) | 2.30 | 245.00 | 563.50 |
| 8/29/17 | UMF | 207 | Drafting notice of filing of creditor matrix and attachments thereto for filing with the Court in PREPA Title III case. | 1.20 | 195.00 | 234.00 |
| 8/29/17 | UMF | 207 | Reviewing and finalizing supplemental brief on opposition to motion for relief from stay as to UTIER motion filed in PREPA Title III case. | 1.30 | 195.00 | 253.50 |
| 8/29/17 | GOD | 210 | Review and edit the Supplemental Brief of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guaranty Municipal Corp., Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay. | .50 | 175.00 | 87.50 |
| 8/29/17 | GOD | 206 | File the Supplemental Brief of Financial Oversight and Management Board for Puerto Rico in Opposition to Motion of Ad Hoc Group of PREPA Bondholders, National Public Finance Guaranty Municipal Corp., Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. for Relief from Automatic Stay, ensure compliance the case management order, and follow the notification protocol. | .50 | 175.00 | 87.50 |
| 8/29/17 | GOD | 210 | Review and edit the Notice of Filing of Creditor Matrix for Puerto Rico Electric Power Authority. | .30 | 175.00 | 52.50 |
| 8/29/17 | GOD | 206 | File the Notice of Filing of Creditor Matrix for Puerto Rico Electric Power Authority, ensure compliance the case management order, and follow the notification protocol. | .50 | 175.00 | 87.50 |
| 8/29/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 6.50 | 135.00 | 877.50 |
| 8/30/17 | OMA | 220 | As requested by attorneys H. D. Bauer and C. E. George, prepare certified translations of Law 3 of January 2017, and Law 8 of February 2017. | 6.00 | 135.00 | 810.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 311100                                                                October 16, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/31/17 | HDB | 212 | Review Order requiring supplemental affidavit in support of motion for joint administration. | .10 | 280.00 | 28.00 |
| 8/31/17 | HDB | 201 | Tel. conf P. Possinger regarding National Letter to PREPA. | .10 | 280.00 | 28.00 |
| 8/31/17 | HDB | 212 | Review National Letter to PREPA in preparation for call with P. Possinger. | .10 | 280.00 | 28.00 |
| 8/31/17 | HDB | 202 | Coordinate legal research regarding potential claims regarding GDB deposits. | .10 | 280.00 | 28.00 |
| 8/31/17 | CEG | 210 | Tel. conference with R. Sivitz and L. Douthitt regarding several issues on UTIER v. PREPA complaint and related issues.(.50) Legal research related to defense on standing.(1.30) | 1.80 | 245.00 | 441.00 |
| 8/31/17 | CTR | 202 | Analysis of Act No. 18-2014 regarding its purpose and its amendments (1.40). Analysis of Act 19-2014 regarding its purpose and COFIM's governance structure under the said act (1.00). | 2.40 | 155.00 | 372.00 |
| 8/31/17 | MMB | 219 | Docket court notice received by mail dated August 31, 2017, regarding order requiring additional support 272 - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |

TOTAL PROFESSIONAL SERVICES                          $ 16,406.50

Less Discount                                        $ -1,640.65

NET PROFESSIONAL SERVICES:                           $ 14,765.85

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 14.30 | 280.00 | 4,004.00 |
| CARLOS E. GEORGE | 4.10 | 245.00 | 1,004.50 |
| UBALDO M. FERNANDEZ BARRERA | 15.10 | 195.00 | 2,944.50 |
| DANIEL J. PEREZ REFOJOS | 2.30 | 165.00 | 379.50 |
| GABRIEL L. OLIVERA DUBON | 5.70 | 175.00 | 997.50 |
| MARIA E. SANTOS ROCA | 1.00 | 155.00 | 155.00 |
| CHRISTOPHER T. RIVERA | 2.40 | 155.00 | 372.00 |
| OLGA M. ALICEA | 46.10 | 135.00 | 6,223.50 |
| MILAGROS MARCANO BAEZ | 2.40 | 125.00 | 300.00 |
| CLARITZA DE LEON MARRERO | .20 | 130.00 | 26.00 |
| **Total** | **93.60** | | **$ 16,406.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 311100

October 16, 2017

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 8/03/17 | DUPLICATING - AS OF 8/03/17 (1 Copies @ $.25) | .25 |
| 8/03/17 | DUPLICATING-COLOR- AS OF 8/03/17 (2 Copies @ $.40) | .80 |
| 8/17/17 | DUPLICATING - AS OF 8/17/17 (2 Copies @ $.25) | .50 |
| 8/17/17 | DUPLICATING - AS OF 8/17/17 (210 Copies @ $.25) | 52.50 |
| 8/17/17 | DUPLICATING - AS OF 8/17/17 (200 Copies @ $.25) | 50.00 |
| 8/17/17 | DUPLICATING - AS OF 8/17/17 (222 Copies @ $.25) | 55.50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (28 Copies @ $.25) | 7.00 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (64 Copies @ $.25) | 16.00 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (4 Copies @ $.25) | 1.00 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/21/17 | DUPLICATING - AS OF 8/21/17 (2 Copies @ $.25) | .50 |
| 8/31/17 | SECRETARIAL OVERTIME as of 07-31-2017 | 72.48 |

TOTAL REIMBURSABLE EXPENSES          $ 259.53

**TOTAL THIS INVOICE**          **$ 15,025.38**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO THIRD MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD OF SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | September 1, 2017 through September 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $6,139.35 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $43.27 |
| Total amount for this invoice: | $6,128.62 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's third monthly fee application in these cases.

00499711; 1

On October 20, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
          FOMB Board Member
              and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
          Ehud Barak, Esq.,
              and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Pérez, Esq.
              and
Greenberg Taurig LLP
200 Park Avenue
New York, NY 10166
Attn:    Nancy A. Mitchell, Esq.
          Nathan A. Haynes, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
          Andrew V. Tenzer, Esq.
          Michael E. Comerford, Esq.

00499711; 1

G. Alexander Bongartz, Esq.
and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
        Diana M. Batlle-Barasorda, Esq.
        Alberto J.E. Añeses Negrón, Esq.
        Ericka C. Montull-Novoa, Esq.

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn:    Clark T. Whitmore, Esq.,
        William Z. Pentelovitch, Esq.,
        John T. Duffey, Esq.,
        Jason M. Reed, Esq.,
        and
Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn:    Eric A. Tulla, Esq.
        Iris J. Cabrera-Gómez, Esq.

## Summary of Legal Fees for the Period September 1, 2017 through September 30, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Rosa M. Lazaro | Member | Corporate | $ 335.00 | 0.40 | $ 134.00 |
| Pedro R. Pierluisi | Member | Litigation | $ 390.00 | 0.40 | $ 156.00 |
| Carla Garcia Benitez | Member | Litigation | $ 325.00 | 0.70 | $ 227.50 |
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 14.40 | $ 4,032.00 |
| Isis L. Perez Velez | Jr. Member | Corporate | $ 240.00 | 3.20 | $ 768.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 4.80 | $ 936.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 1.90 | $ 313.50 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 0.30 | $ 52.50 |
| Jorge A. Candelaria | Associate | Corporate | $ 155.00 | 0.90 | $ 139.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 0.50 | $ 62.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Totals** | | | | **27.50** | **$ 6,821.50** |
| **Less: 10% Courtesy discount** | | | | | **$ (682.15)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 6,139.35** |

## Summary of Disbursements for the Period September 1, 2017 through September 30, 2017

| Description - Expenses | Amounts |
|---|---|
| Westlaw- Legal Research | $ 43.27 |

| | |
|---|---|
| **Totals** | **$ 43.27** |
| **SUMMARY OF DISBURSEMENTS** | **$ 43.27** |

## Summary of Legal Fees for the Period September 1, 2017 through September 30, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 1.70 | $ 476.00 |
| 206 | Documents filed on behalf of the Board | 5.20 | $ 1,027.50 |
| 207 | Non-Board Court Filings | 0.50 | $ 140.00 |
| 208 | Stay Matters | 2.50 | $ 598.00 |
| 209 | Adversary Proceeding | 8.40 | $ 2,256.00 |
| 210 | Analysis and Strategy | 7.50 | $ 1,925.50 |
| 212 | General Administration | 1.20 | $ 336.00 |
| 219 | Docketing | 0.50 | $ 62.50 |
| | | | $ **6,821.50** |

| | | | |
|---|---|---|---|
| | **Less: 10% Courtesy Discount** | | $ (682.15) |

| | | | |
|---|---|---|---|
| | **TOTALS** | **27.50** | $ **6,139.35** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,525.42, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $43.27) in the total amount of $5,568.69.

# **Exhibit A**

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

October 12, 2017
Bill #: 310249
Billing Attorney: HDB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
September 30, 2017:

**Client.Matter: P1705 - 1**

**RE: THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS
REPRESENTATIVE**
   **OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III
NO. 17 BK**
      **4780-LTS**

| | |
|---|---|
| Total Professional Services | $ 6,821.50 |
| Less Discount | $ -682.15 |
| | |
| Net Professional Services | $ 6,139.35 |
| Total Reimbursable Expenses | $ 43.27 |
| | |
| **TOTAL THIS INVOICE** | **$ 6,182.62** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

---

**Client.Matter: P1705 . 1**
**RE:  THE FINANCIAL OVERSIGHT AND MANAGMENT BOARD OF PUERTO RICO, AS REPRESENTATIVE**
**OF THE PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA) PROMESA TITLE III NO. 17 BK**
**4780-LTS**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 9/01/17 | HDB | 209 | Review and analyze comments to PR Labor law issues regarding Adv. Proc. No. 17-229. | .30 | 280.00 | 84.00 |
| 9/01/17 | HDB | 209 | Draft e-mail regarding comments to Motion to Dismiss 17-AP-229. | .10 | 280.00 | 28.00 |
| 9/01/17 | HDB | 209 | Draft several e-mails regarding briefing schedule de 17-AP-228. | .20 | 280.00 | 56.00 |
| 9/01/17 | HDB | 209 | Review draft motion regarding briefing schedule for 17-AP-228. | .20 | 280.00 | 56.00 |
| 9/01/17 | HDB | 208 | Receive and review Lift of Stay Notice PREPA v Manuel Gonzalez Joy. | .10 | 280.00 | 28.00 |
| 9/01/17 | HDB | 210 | Review and analyze draft notice of removal of certain actions challenging regulatory determinations by the PR Energy Commission. | .40 | 280.00 | 112.00 |
| 9/01/17 | HDB | 210 | Correspond with P. Possinger regarding queries concerning Review and analyze draft notice of removal of certain actions challenging regulatory determinations by the PR Energy Commission and issues regarding filing logistics. | .20 | 280.00 | 56.00 |
| 9/01/17 | HDB | 210 | Review issues and draft e-mail to P. Possinger regarding potential jurisdictional issues, | .10 | 280.00 | 28.00 |
| 9/04/17 | HDB | 212 | Receive and review PREPA Mediator's memorandum. | .10 | 280.00 | 28.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310249                                                                    October 12, 2017

| 9/05/17 | CGB | 209 | Review, revise and comment Draft notice of removal of PREPA claim against Comisión de Energía de Puerto Rico. | .40 | 325.00 | 130.00 |
|---|---|---|---|---|---|---|
| 9/05/17 | CGB | 209 | Email exchanges with PREPA counsel A. J. Valencia-Gatell and K. Bolanos-Lugo to coordinate filing of notice of removal of PREPA claim against PREC. | .30 | 325.00 | 97.50 |
| 9/05/17 | HDB | 209 | Tel. conf. Emmanuelli regarding appointments clause litigation briefing schedule. | .10 | 280.00 | 28.00 |
| 9/05/17 | HDB | 209 | Draft e-mail regarding coordination for filing Notice of Removal of PREC litigations. | .10 | 280.00 | 28.00 |
| 9/05/17 | HDB | 208 | Review Notice of Commencement of PREPA Title III to be filed in the PREC Judicial Review. | .10 | 280.00 | 28.00 |
| 9/05/17 | HDB | 209 | Tel. conf with E. Barak regarding Notice of Commencement and Notice of Removal. | .20 | 280.00 | 56.00 |
| 9/05/17 | HDB | 209 | Review revised draft of Notice of Removal. | .40 | 280.00 | 112.00 |
| 9/05/17 | HDB | 209 | Revise draft Motion for Leave to File Spanish Language Documents and for Extension of Time to File Certified English Translations in connection with removal. | .20 | 280.00 | 56.00 |
| 9/05/17 | HDB | 208 | Receive and review e-mail regarding PV Properties, Inc. v. Autoridad de Energía Eléctrica request for stay waiver. | .10 | 280.00 | 28.00 |
| 9/05/17 | HDB | 209 | Review and file Motion for a briefing schedule. | .20 | 280.00 | 56.00 |
| 9/08/17 | HDB | 210 | Consultation by J. Marrero regarding PREPA Modernization under PROMESA. | .50 | 280.00 | 140.00 |
| 9/08/17 | HDB | 206 | Revise supplemental affidavit in support of joint administration Motion. | .20 | 280.00 | 56.00 |
| 9/08/17 | HDB | 210 | Review e-mail analysis regarding PREPA modernization. | .10 | 280.00 | 28.00 |
| 9/08/17 | UMF | 206 | Review motion submitting affidavit and affidavit in support of joint administration motion filed in the PREPA case in compliance with Court's order and finalize for filing with the Court. | 1.40 | 195.00 | 273.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310249                                                                October 12, 2017

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/08/17 | DJP | 206 | Review and finalize the Supplemental Affidavit of Nathan A. Haynes in Support of the Motion for Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Case and Additional Title III Case, (B) Pursuant to Section 105(A) of the Bankruptcy Code, Making Certain Orders Entered in the Initial Title III Cases Applicable to the Additional Title III Case, and (C) Pursuant to Section 105(A) of the Bankruptcy Code, Maintaining the Effect of Certain Pleadings Filed in the Additional Title III Case, file same through the court's electronic filing system for the case of caption, and complete filing protocol by notifying Epiq LLC, and sending stamped copy via email to Judge's chambers, and coordinating delivery to her New York chambers. | .50 | 165.00 | 82.50 |
| 9/11/17 | HDB | 209 | Review e-mail by J. Richman concerning PREPA implementation of measures affecting certain non-financial conditions of employment. | .10 | 280.00 | 28.00 |
| 9/11/17 | HDB | 206 | Review draft Motion to Extend Removal Deadline. | .20 | 280.00 | 56.00 |
| 9/11/17 | HDB | 209 | Review UTIER's Opposition to UCC's Motion to Intervene in 17-AP-228. | .20 | 280.00 | 56.00 |
| 9/11/17 | HDB | 209 | Review Urgent Motion for Extension of Time in 17-AP-232 and coordinate filing. | .20 | 280.00 | 56.00 |
| 9/11/17 | HDB | 210 | Receive, review and respond to M. Bienenstock's e-mails regarding PREPA modernization issues. | .30 | 280.00 | 84.00 |
| 9/11/17 | HDB | 206 | Receive and review draft motion to reject Canóvanas PRIDCO Lease. | .20 | 280.00 | 56.00 |
| 9/11/17 | HDB | 210 | Call with Proskauer regarding legal issues concerning implementation of PREPA modernization strategy. | .50 | 280.00 | 140.00 |
| 9/11/17 | UMF | 209 | Review and finalize urgent motion, proposed order and exhibit requesting an extension of the deadline to answer or otherwise respond to the PREPA complaint in Adversary Proceeding 17-232. | .80 | 195.00 | 156.00 |
| 9/11/17 | UMF | 206 | Review and finalize for filing motion on extension of time for removal of cases. | .70 | 195.00 | 136.50 |
| 9/11/17 | DJP | 206 | Review and finalize Defendants' Urgent Motion for an Order Extending their Time to Respond to Plaintiffs' Adversary Complaint. | .30 | 165.00 | 49.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310249

October 12, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/11/17 | DJP | 206 | File Defendants' Urgent Motion for an Order Extending their Time to Respond to Plaintiffs' Adversary Complaint through court's electronic filing system and complete filing protocol by notifying Epiq Solutions LLC, and sending stamped copy via email to Judge's chambers, and coordinating delivery to her New York chambers. | .30 | 165.00 | 49.50 |
| 9/11/17 | DJP | 206 | Review and finalize PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time within which to File Notice of Removal Pursuant to Bankruptcy Rule 9027. | .20 | 165.00 | 33.00 |
| 9/11/17 | DJP | 206 | File through the court's electronic filing system PREPA's Motion for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Enlarging the Time within which to File Notice of Removal Pursuant to Bankruptcy Rule 9027, and complete filing protocol by notifying Epiq Solutions LLC, and sending stamped copy via email to Judge's chambers, and coordinating delivery to her New York chambers. | .30 | 165.00 | 49.50 |
| 9/12/17 | HDB | 207 | Receive and review Motion requesting entry of order (A) Authorizing and Approving Procedures to Reject Power Purchase and Operating Agreements and Fuel Supply and Other Commodity Contracts, and (B) Granting Related Relief. | .20 | 280.00 | 56.00 |
| 9/12/17 | HDB | 206 | Review additional edits to draft Bar Date Motion and coordinate filing and service. | .20 | 280.00 | 56.00 |
| 9/12/17 | HDB | 209 | Review Notice to Correct Deficiencies in filing of PREC Removal as Adversary Proceeding. | .20 | 280.00 | 56.00 |
| 9/12/17 | UMF | 209 | Draft notice of filing of Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof. | .70 | 195.00 | 136.50 |
| 9/12/17 | GOD | 206 | File Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof in the PREPA matter. | .30 | 175.00 | 52.50 |
| 9/13/17 | RML | 210 | Review email form P. Possinger on ERS creditors list and global note. Review list and respond to inquiries. | .40 | 335.00 | 134.00 |

O'Neill & Borges LLC

Bill #: 310249                                                                    October 12, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/13/17 | HDB | 212 | Tel. conf with Fernando Agrait (counsel for ICSE) regarding follow-up meeting with Board and issues regarding intent to move to remand removed PREC appeals.(.20) Draft e-mail to Jaime El Koury, Martin Bienenstock and others regarding call.(.10) | .30 | 280.00 | 84.00 |
| 9/13/17 | HDB | 212 | Review and respond to P. Possinger's e-mail regarding ICSE - PR's issues. | .20 | 280.00 | 56.00 |
| 9/13/17 | HDB | 209 | Receive and review order regarding extension of time to answer on 17-AP-232. | .10 | 280.00 | 28.00 |
| 9/13/17 | HDB | 210 | Review PREC Resolution regarding PV Properties complaint and denial of Notice of Stay. | .30 | 280.00 | 84.00 |
| 9/14/17 | HDB | 209 | Review Notice of Removal in PREPA v. Vitol 17-AP-221. | .30 | 280.00 | 84.00 |
| 9/14/17 | HDB | 202 | Review Legal Research Memorandum by Proskauer regarding PREPA Modernization and Governance Issues. | 1.70 | 280.00 | 476.00 |
| 9/14/17 | HDB | 210 | Draft e-mail to J.El Koury and K.Rifkind regarding comments to PREPA Modernization Memo. | .20 | 280.00 | 56.00 |
| 9/14/17 | HDB | 208 | Review Judge Swain's Opinion and Order denying Motion for Relief from the Automatic Stay for the appointment of a receiver. | .60 | 280.00 | 168.00 |
| 9/14/17 | UMF | 208 | Review and analyze opinion and order on stay relief for appointment of receiver. | 1.20 | 195.00 | 234.00 |
| 9/14/17 | JAC | 210 | Review draft "Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Creditor List for the Employees Retirement System of the Government of the Commonwealth of Puerto Rico," prepared by O'Melveny & Myers LLP, regarding PROMESA Title III (No. 17 BK 3283 - LTS; BK 3566-LTS). | .90 | 155.00 | 139.50 |
| 9/15/17 | PRP | 210 | Reviewed Judge Taylor's ruling denying PREPA creditors' motion for relief from stay and appointment of receiver. | .40 | 390.00 | 156.00 |

O'Neill & Borges LLC

Bill #:  310249                                                                October 12, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 9/15/17 | ILP | 210 | Review Notice of Removal filed by Vitol Inc. (VIC) and Vitol S.A.to remove the following civil action Autoridad de Energía Eléctrica de Puerto Rico v. Vitol Inc. and Vitol S.A. d/b/a Vitol S.A., Inc., Civil No. K AC2012-1174 (905) from the Commonwealth of Puerto Rico Court of First Instance. | .80 | 240.00 | 192.00 |
| 9/15/17 | ILP | 210 | Analyze legal strategy in connection with claims filed by Vitol Inc. (VIC) and Vitol S.A.to remove Civil No. K AC2012-1174 (905) from the Commonwealth of Puerto Rico Court of First Instance to the District Court. | 2.40 | 240.00 | 576.00 |
| 9/17/17 | HDB | 209 | Review analysis by I. Perez regarding PREPA v. VITOL, SA petition for removal. Draft e-mails regarding the same. | .20 | 280.00 | 56.00 |
| 9/18/17 | HDB | 209 | Review reservation of rights relative to deadlines filed by Plaintiffs in 17-AP-197 and draft e-mail regarding same. | .20 | 280.00 | 56.00 |
| 9/18/17 | HDB | 209 | Review informative Motion by Plaintiff in 17-AP-228. | .10 | 280.00 | 28.00 |
| 9/18/17 | HDB | 209 | Receive and review reservation of rights Motion in 17-AP-229. | .10 | 280.00 | 28.00 |
| 9/18/17 | HDB | 212 | Consultation on notice regarding Motion for Procedures to Assume or Reject PPAs. Draft e-mails regarding same. | .20 | 280.00 | 56.00 |
| 9/18/17 | HDB | 209 | Review draft opposition to Scotiabank intervention in 17-AP-232. | .40 | 280.00 | 112.00 |
| 9/19/17 | HDB | 209 | Revise draft Stipulation to resolve fuel line lenders Motion for Intervention in 17-AP-232. | .20 | 280.00 | 56.00 |
| 9/19/17 | HDB | 207 | Review Creditor's Committee Limited Objection to Fuel Line Lenders Motion to Intervene. | .10 | 280.00 | 28.00 |
| 9/19/17 | HDB | 212 | Review and respond to queries regarding review of PREPA CBAs. | .10 | 280.00 | 28.00 |
| 9/19/17 | HDB | 209 | Receive and review Opposition of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, Syncora Guarantee Inc., and the Ad Hoc Group of PREPA Bondholders to the Committee of Unsecured Creditors' Motion for Leave to Intervene, which was filed as Docket No. 36 in Adversary Proceeding  No. 17-232-LTS. | .10 | 280.00 | 28.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310249                                                                  October 12, 2017

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/25/17 | HDB | 209 | Correspond with Emmanuelli regarding extension of deadlines in 17-AP-228 and 229. | .20 | 280.00 | 56.00 |
| 9/25/17 | HDB | 209 | Review and revise draft Joint Motion to Extend deadlines in UTIER v. PREPA (CAB). | .20 | 280.00 | 56.00 |
| 9/25/17 | HDB | 209 | Review Draft Motion to Dismiss 17-AP-299. | 1.10 | 280.00 | 308.00 |
| 9/25/17 | HDB | 207 | Receive and review first Supplemental Declaration of Luc A. Despins Regarding Retention of Paul Hastings LLP as Counsel to Official Committee of Unsecured Creditors. | .20 | 280.00 | 56.00 |
| 9/25/17 | HDB | 209 | Receive and review Order approving Scotiabank Stipulation. | .10 | 280.00 | 28.00 |
| 9/26/17 | HDB | 212 | Tel. conf F.Agrait, counsel for ICSE, regarding Omnibus hearing and other matters.(.10) Draft e-mail report of call.(.20) | .30 | 280.00 | 84.00 |
| 9/27/17 | HDB | 206 | Review issues regarding filing of Master Service List for PREPA. | .10 | 280.00 | 28.00 |
| 9/27/17 | HDB | 209 | Receive and review Order on briefing schedule for 17-AP-229. | .10 | 280.00 | 28.00 |
| 9/27/17 | DJP | 206 | Review and file the updated Master Service List through the Court's electronic filing system. | .30 | 165.00 | 49.50 |
| 9/28/17 | HDB | 208 | Review Notice of Appeal by Assured, Syncora, National and Bondholders regarding denial of Motion to Lift Stay. | .30 | 280.00 | 84.00 |
| 9/29/17 | HDB | 209 | Receive and review Order relative to briefing schedule in 17-AP-228. | .10 | 280.00 | 28.00 |
| 9/29/17 | HDB | 208 | Receive and review Order for partial modification for the stay relative to KDC Solar PRC LLC | .10 | 280.00 | 28.00 |
| 9/29/17 | MMB | 219 | Docket court notices received by mail dated September 29, 2017, regarding deadlines to file oppositions and replies (Dkts. 1381 and 327 - H. Bauer, U. Fernandez, D. Pérez. Update docket review, case no. 17-00257.(.20) Email to H. Bauer with downloaded pleadings in case 17-00257.(.30) | .50 | 125.00 | 62.50 |

TOTAL PROFESSIONAL SERVICES                          $ 6,821.50

Less Discount                                                     $ -682.15

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  310249                                                          October 12, 2017

NET PROFESSIONAL SERVICES:                                    $ 6,139.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | .40 | 335.00 | 134.00 |
| PIERLUISI, PEDRO R. | .40 | 390.00 | 156.00 |
| CARLA GARCIA BENITEZ | .70 | 325.00 | 227.50 |
| HERMANN BAUER | 14.40 | 280.00 | 4,032.00 |
| ISIS L. PEREZ VELEZ | 3.20 | 240.00 | 768.00 |
| UBALDO M. FERNANDEZ BARRERA | 4.80 | 195.00 | 936.00 |
| DANIEL J. PEREZ REFOJOS | 1.90 | 165.00 | 313.50 |
| GABRIEL L. OLIVERA DUBON | .30 | 175.00 | 52.50 |
| JORGE A. CANDELARIA | .90 | 155.00 | 139.50 |
| MILAGROS MARCANO BAEZ | .50 | 125.00 | 62.50 |
| **Total** | **27.50** | | **$ 6,821.50** |

### EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 9/30/17 | WESTLAW -Legal Research as of 09-30-2017 | 43.27 |

TOTAL REIMBURSABLE EXPENSES                          $ 43.27

**TOTAL THIS INVOICE**                                      **$ 6,182.62**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE