## EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Timekeeper | Initials | Title | Department | Date of First Admission | Fees Billed | Hours Billed |
|---|---|---|---|---|---|---|
| Juan J Casillas Ayala | JJC | Partner | Litigation and Labor | 1997 | 39,055.50 | 145.10 |
| Luis L Torres Marrero | LLTM | Partner | Corporate and Tax | 1997 | 19170 | 71 |
| Miguel A Santiago Rivera | MAS | Partner | Corporate and Tax | 1998 | 11,164.50 | 41.35 |
| Luis L Llach Zuñíga | LLL | Partner | Litigation and Labor | 2004 | 81 | .30 |
| Diana M. Batlle Barasorda | DB | Special Counsel | Litigation and Labor | 1996 | 5,784 | 27.80 |
| Israel Fernández | IF | Junior Partner | Litigation and Labor | 2006 | 1,728 | 7.20 |
| Luis R. Ramos Cartagena | LRC | Junior Partner | Litigation and Labor | 2002 | 5,040 | 21 |
| Diana M. Alcaraz Irizarry | DI | Senior Associate | Corporate and Tax | 2005 | 4,440 | 22.20 |
| Lorimar Barreto Vincenty | LB | Senior Associate | Litigation and Labor | 2005 | 40 | .20 |
| Viviana Sierra | VS | Senior Associate | Litigation and Labor | 2011 | 640 | 3.20 |
| Janice Seda Irizarry | JSI | Senior Associate | Corporate and Tax | 2010 | 5,340 | 26.70 |
| Ericka Montull Novoa | EM | Senior Associate | Litigation and Labor | 2011 | 4,120 | 20.60 |
| Myrna Medina Massanet | MMM | Senior Associate | Corporate and Tax | 2012 | 10,480 | 52.40 |
| Alexandra de San Román Casasnovas | ADRS | Associate | Litigation and Labor | 2013 | 18,963.50 | 116 |
| Alberto J E Añeses Negrón | AAN | Associate | Corporate and Tax | 2014 | 40,290 | 238.20 |
| Cristina Fernández Niggeman | CF | Associate | Litigation and Labor | 2015 | 6324 | 37.20 |
| Paralegal Services | PL | Paralegal | Litigation and Labor | | 997.50 | 10.50 |