## EXHIBIT C

### SUMMARY OF COMPENSATION DURING FEE PERIOD
### BY PROJECT CATEGORY AND BY MATTER

| Matter Number | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 396-00002 | General | $52,411.00 | $2,506.13 | $54,917.13 |
| 396-00003 | COFINA Dispute Analysis / Litigation | $102,323.00 | $553.15 | $102,785.15 |
| 396-00004 | Communications w/ Creditors/ Website (other than Committee Members) | $3,895.00 | $0.00 | $3,895.00 |
| 396-00005 | Fiscal Plan Analysis | $1,269.00 | $0.00 | $1,269.00 |
| 396-00006 | PREPA | $1,855.50 | $2,247.82 | $4,103.32 |
| 396-00007 | HTA | $1,053.00 | $0.00 | $1,053.00 |
| 396-00009 | Other Adversary Proceedings | $6,159.50 | $1,013.52 | $7,173.02 |
| 396-00010 | Mediation | $648.00 | $0.00 | $648.00 |
| **TOTAL** | | **$169,523.00** | **$6,320.62** | **$175,843.62** |