**EXHIBIT D**

**SUMMARY OF EXPENSES BY CATEGORY**

| Category | Amount |
|---|---|
| Delivery Expense | $30.00 |
| Filling Fees | $3,929.88 |
| Translation | $487.55 |
| Legal Stamp | $214.75 |
| Photocopies | $1,659.50 |
| Postage Expense | $1.34 |
| Total: | |
| | **$6,323.02** |