## **EXHIBIT E**

## **LIST OF PROFESSIONALS BY MATTER**

| Matter Number | Matter Name | Timekeeper | Initial | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Luis Llach | LLL | Partner |
| | | Diana Batlle | DB | Special Counsel |
| | | Israel Fernández | IF | Junior Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Alberto J.E. Añeses Negron | AAN | Associate |
| | | Alexandra De San Román | ADSR | Associate |
| | | Cristina Fernández | CF | Associate |
| | | Paralegal | PL | Paralegal |
| 396-00003 | COFINA Dispute Analysis / Litigation | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Luis Ramos Cartagena | LRC | Junior Partner |
| | | Diana Alcaraz | DA | Senior Associate |
| | | Ericka Montull | EM | Senior Associate |
| | | Janice Seda | JS | Senior Associate |
| | | Myrna Medina Massanet | MMM | Senior Associate |
| | | Viviana Sierra | VS | Senior Associate |
| | | Lorimar Barreto Vicenty | LR | Senior Associate |
| | | Alberto J.E. Añeses | AAN | Associate |
| | | Alexandra De San Román | ADSR | Associate |
| | | Cristina Fernández | CF | Associate |
| | | Paralegal | PL | Paralegal |
| 396-00004 | Communications w/ Creditors/ Website (other than Committee Members) | Juan J. Casillas Ayala | JJC | Partner |
| | | Miguel A. Santiago Rivera | MAS | Partner |
| | | Alberto J.E. Añeses | AA | Associate |
| | | Alexandra De San Román | ADSR | Associate |
| | | Cristina Fernández | CF | Associate |
| | | Paralegal | PL | Paralegal |
| 396-00005 | Fiscal Plan Analysis | Juan J. Casillas Ayala | JJC | Partner |
| | | Ericka Montull | EM | Senior Associate |
| 396-00006 | PREPA | Juan A. Casillas Ayala | JJC | Partner |
| | | Israel Fernández | IF | Junior Partner |
| | | Diana Alcaraz | DA | Senior Associate |
| | | Alberto J.E. Añeses | AAN | Associate |
| | | Paralegal | PL | Paralegal |
| 396-00007 | HTA | Juan J. Casillas Ayala | JJC | Partner |
| 396-00009 | Other Adversary Proceedings | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J.E. Añeses | AAN | Associate |
| | | Alexandra De San Román | ADSR | Associate |

-3-

|  |  | Paralegal | PL | Paralegal |
|---|---|---|---|---|
| 396-00010 | Mediation | Juan J. Casillas Ayala | JJC | Partner |