# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtor. [1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2017, the "**THE BANK OF NEW YORK MELLON'S INFORMATIVE MOTION REGARDING DECEMBER 20, 2017 OMNIBUS HEARING**" [Doc. No. 2014] (the "Motion") was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that on that same date, two copies of the Motion was sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

    **United States District Court**
    **Daniel Patrick Moynihan Courthouse**
    **500 Pearl St., Suite 3212**
    **New York, NY 10007-1312**

And a copy of the Motion by U.S. mail to U.S. Trustee for the District of Puerto Rico at:

    **Monsita Lecaroz Arribas**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474).

**US Trustee for the District of Puerto Rico**
**Edificio Ocoha**
**500 Tanca Street, Suite 301**
**San Juan, P.R. 00901-1922**

Dated: December 18, 2017                    SEPULVADO & MALDONADO, PSC

By:  /s/ *José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207
AON Center, Suite 990
304 Ponce de León Ave.
Telephone: (787) 765-5656
Facsimile: (787) 294-0073
Email: jsantos@smlawpr.com