# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 15, 2017, I caused true and correct copies of the

1. *Informative Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico regarding Participation in the December 20-21, 2017 Hearing as* Dkt. No. 2017 (the "**motion**");

2. the *Joinder of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to ERS's Opposition to the Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of the ERS Bondholder Protections* as Dkt. No. 2028 (the

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

"**joinder**");

3. *the Notice of Hearing on First Interim Application of Marchand ICS Group for Allowance of Compensation and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 16, 2017 through September 30, 2017* as Dkt. No. 2054, (the "**Marchand hearing notice**");

4. *the Notice of Hearing on First Interim Application of Segal Consulting Group for Allowance of Compensation and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 16, 2017 through September 30, 2017* as Dkt. No. 2055, (the "**Segal hearing notice**");

5. *the Notice of Hearing on First Interim Application of Jenner & Block LLP for Allowance of Compensation and Reimbursement of Expenses Incurred as Attorneys to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 16, 2017 through September 30, 2017* as Dkt. No. 2057, (the "**Jenner & Block hearing notice**");

6. *the Notice of Hearing on First Interim Application of FTI Consulting for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 16, 2017 through September 30, 2017* as Dkt. No. 2058, (the "**FTI hearing notice**"); and

7. *the Notice of Hearing on First Interim Application of Members of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Reimbursement of Expenses Incurred from June 15, 2017 through September 30, 2017* as Dkt. No. 2059, (the "**Committee hearing notice**") to be served in the following manner:

Two copies of the motion, joinder, Marchand hearing notice, Segal hearing notice, Jenner & Block hearing notice, FTI hearing notice, and Committee hearing notice were sent by UPS overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

Two copies of the motion, joinder, Marchand hearing notice, Segal hearing notice, Jenner & Block hearing notice, FTI hearing notice, and Committee hearing notice were sent by UPS overnight delivery to the chambers of the Honorable Judith G. Dein, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210.

One copy of the motion, joinder, Marchand hearing notice, Segal hearing notice, Jenner & Block hearing notice, FTI hearing notice, and Committee hearing notice was sent by UPS overnight delivery to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922.

One copy of the motion, joinder, Marchand hearing notice, Segal hearing notice, Jenner & Block hearing notice, FTI hearing notice, and Committee hearing notice was sent via email to each of the parties listed in Exhibit A attached hereto.

One copy of the motion, joinder, Marchand hearing notice, Segal hearing notice, Jenner & Block hearing notice, FTI hearing notice, and Committee hearing notice was sent via U.S. mail to each of the parties listed in Exhibit B attached hereto.

| | |
|---|---|
| December 18, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone) | *Proposed Counsel for The Official Committee of Retired Employees of Puerto Rico* |

4