# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused true and correct copies of the

1. *The First Interim Application of Marchand ICS Group for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Information Agent to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from July 21, 2017 through September 30, 2017 as* Dkt. No. 2048 (the "**Marchand Application**");

2. *The First Interim Application of Segal Consulting for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Actuaries and Consultants to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from*

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

*June 27, 2017 through September 30, 2017* as Dkt. No. 2049 (the "**Segal Application**");

3. *The First Interim Application of Jenner & Block LLP as Counsel to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred from June 16, 2017 through September 30, 2017* as Dkt. No. 2050, (the "**Jenner Application**");

4. *The First Interim Application of FTI Consulting, Inc. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Retired Employees of the Commonwealth of Puerto Rico from June 27, 2017 through September 30, 2017* as Dkt. No. 2051, (the "**FTI Application**"); and

5. *The First Interim Application of Members of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Reimbursement of Expenses Incurred from June 15, 2017 through September 30, 2017* as Dkt. No. 2052, (the "**Retiree Committee Application**," and together with the Marchand Application, Segal Application, Jenner Application, and FTI Application, the "**Applications**"), to be served in the following manner:

Two copies of each Application were sent on December 15, 2017 by UPS overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

One copy of each Application was sent on December 16, 2017 by UPS overnight delivery to the following:

- Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock, Esq. and Ehud Barak, Esq.

- Proskauer Rose LLP, 70 West Madison Street, Chicago, IL 60602, Attn: Paul V. Possinger, Esq.

- O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918, Attn: Hermann D. Bauer, Esq.

- O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Diana M. Perez, Esq.

- The Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico).

- Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc. A Despins, Esq.

- Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. and Alberto J.E. Aenses Negron, Esq.

One copy of each Application was sent December 15, 2017 via email to bwilliam@gklaw.com, KStadler@gklaw.com, and adalton@gklaw.com.

| | |
|---|---|
| December 18, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone) | *Proposed Counsel for The Official Committee of Retired Employees of Puerto Rico* |

4