IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST TO
BE HEARD AT DECEMBER 20-21, 2017 OMNIBUS HEARING**

PLEASE TAKE NOTICE that the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby submits this amended informative motion in response to this Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the December 20-21, 2017 Omnibus Hearing* [ECF No. 1893], and respectfully states as follows:

1. On December 15, 2017, the GO Group submitted its *Informative Motion and Notice of Request to be Heard at December 20-21, 2017 Omnibus Hearing* [ECF No. 2008]. That same day, the Court entered the *Order in Connection with Scope Motion Practice in the Commonwealth-COFINA Dispute* [Adv. Proc. 17-00257; ECF No. 162] (the "Scope Motion Order") confirming that oral argument will not be held in connection with the Scope Motions (as defined in the Scope Motion Order) at the upcoming Omnibus Hearing. Accordingly, the GO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

2

Group submits this amended informative motion.

2. Andrew N. Rosenberg, Kyle J. Kimpler, and Karen R. Zeituni will appear on behalf of the GO Group at the December 20-21, 2017 Omnibus Hearing in Courtroom 17C of the United States District Court for the District of New York, Daniel Patrick Moynihan Courthouse. They will be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceeding currently pending in the above-captioned Title III proceedings.

[*Remainder of page left intentionally blank*]

Dated: December 18, 2017

Respectfully submitted.

**JIMÉNEZ, GRAFFAM & LAUSELL**

By: /s/ J. Ramón Rivera Morales

J. Ramón Rivera Morales
   (USDC-PR No. 200701)
Andrés F. Picó Ramírez
   (USDC-PR No. 302114)
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Email: rrivera@jgl.com
        apico@jgl.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

By: /s/ Andrew N. Rosenberg
Andrew N. Rosenberg**
Kyle J. Kimpler**
Karen R. Zeituni**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Email: arosenberg@paulweiss.com
       kkimpler@paulweiss.com
       kzeituni@paulweiss.com

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

By: /s/ Mark T. Stancil
Lawrence S. Robbins**
Mark T. Stancil**
Gary A. Orseck**
Kathryn S. Zecca**
Ariel N. Lavinbuk**
Donald Burke**
1801 K Street, NW
Washington, D.C. 20006
Telephone: (202) 775-4500
Email: lrobbins@robbinsrussell.com
       mstancil@robbinsrussell.com
       gorseck@robbinsrussell.com
       kzecca@robbinsrussell.com
       alavinbuk@robbinsrussell.com
       dburke@robbinsrussell.com

*\*\* admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*