Estimated Hearing Date: March 7, 2018 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: January 4, 2018 at 4:00 p.m. (Atlantic Standard Time)

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 1063, 1150, 1715**<br><br>(Jointly Administered) |

### SUMMARY OF FIRST INTERIM APPLICATION OF THE LAW OFFICES OF ANDRES W. LOPEZ, PSC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY FOR THE PERIOD FROM MAY 3, 2017 THROUGH SEPTEMBER 30, 2017

| | |
|---|---|
| Name of Applicant: | The Law Offices of Andrés W. López, P.S.C. ("AWLLAW") |
| Authorized to Provide Professional Services to: | Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity authorized to act on behalf of the Commonwealth of Puerto Rico |
| Period for which compensation and reimbursement are sought: | May 3, 2017 through September 30, 2017 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $59,360.00 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Amount of Expense Reimbursement sought as    $200.00
actual, reasonable, and necessary:

This is a(n): __ monthly  _X_ interim __final application[2]

- Blended Rate in this application for attorneys: $350/hr
- Blended Rate in this application for all timekeepers: $350/hr

**Prior Monthly Fee Statements:**

| Compensation Period | Fees Requested | Expenses Requested |
|---|---|---|
| August 1, 2017 - August 30, 2017 | $31,990.00 | $200.00 |
| September 1, 2017 - September 30, 2017 | $27,370.00 | $0.00 |

**Payments Made to Date:**

| Compensation Period | Fees Paid | Expenses Paid |
|---|---|---|
| August 1, 2017 - August 30, 2017 | $0.00 | $0 |
| September 1, 2017 - September 30, 2017 | $0.00 | $0 |
| **TOTAL PAID:** | **$0.00** | **$0.00** |
| **TOTAL AMOUNT OWED:** | **$59,360.00** | **$200.00** |

---

[2]    AWLLAW's fee and expense totals in this interim application do not differ from the sum of previously-served monthly statements

## TABLE OF SCHEDULES AND EXHIBITS[3]

<u>Schedule A</u> - List and Summary of Hours by Professional
<u>Schedule B</u> - Summary of Hours and Compensation by Matter Code
<u>Schedule C</u> - Expense Summary
<u>Schedule D</u> - Customary and Comparable Disclosures
<u>Exhibit A</u> - Attorney Certification
<u>Exhibit B</u> - Detailed Time and Expense Records

---

[3] Under the Fee Examiner Guidelines, the first budget required to be submitted to the Fee Examiner is for January 2018. Accordingly, AWLLAW will provide a comparison of actual fees against budgeted fees in all future interim fee applications for compensation periods starting with January 2018.

## Schedule A

## LIST AND SUMMARY OF HOURS AND COMPENSATION BY PROFESSIONAL

| Name | Title or Position | Hourly Rate Billed in this Application | Hours Billed in this Application | Total Compensation |
|---|---|---|---|---|
| Andrés W. López | Partner | $350.00 | 169.6 | $59,360.00 |
| | | **TOTAL** | **169.6** | **$59,360.00** |

## Schedule B

## SUMMARY OF HOURS AND COMPENSATION BY MATTER CODE

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| *Commonwealth Title III Case* | | | |
| **Litigation** | This category includes analysis, preparation, and prosecution of adversary proceedings or other litigation. | 42.6 | $14,910.00 |
| **Relief From Stay and Adequate Protection** | This category includes all matters relating to creditor requests for relief from the automatic stay or for adequate protection, including assisting the Commonwealth respond, defend, and settle such requests. | 96.8 | $33,880.00 |
| **Vendor and Other Creditor Issues** | This category includes all meetings and communications with vendors and other trade creditors and utility providers. | 30.2 | $10,570.00 |
| | **Total** | 169.6 | $59,360.00 |

## Schedule C

## EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Other Professional Services | $200.00 |
| **TOTAL** | **$200.00** |

## Schedule D

## CUSTOMARY AND COMPARABLE DISCLOSURES

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed for FY2017 | Billed This Case During the Compensation Period |
| Partner | N/A | $350 |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 1063, 1150, 1715**<br><br>(Jointly Administered) |

**FIRST INTERIM APPLICATION OF THE LAW OFFICES OF ANDRES W. LOPEZ, PSC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY FOR THE PERIOD FROM MAY 3, 2017 THROUGH SEPTEMBER 30, 2017**

The Law Offices of Andrés W. López, P.S.C. ("AWLLAW"), as counsel to the Puerto Rico

Fiscal Agency and Financial Advisory Authority ("AAFAF") as the entity authorized to act on

behalf of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation,

the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the

Government of the Commonwealth of Puerto Rico, the Puerto Rico Electric Power Authority

(collectively, the "Debtors"), and certain other public corporations and instrumentalities of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Government of Puerto Rico, pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority, Act 2-2017*, makes its first interim application (this "Application") for allowance of compensation, under sections 316 and 317 of PROMESA, of $59,360.00 and reimbursement of expenses of $200.00 for the period from May 3, 2017 through September 30, 2017 (the "Compensation Period") in accordance with (i) the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated November 8, 2017 [ECF No. 1715] (the "Interim Compensation Order") and (ii) the *Memorandum Regarding Fee Review – Timeline and Process*, dated November 10, 2017 (the "Fee Examiner Guidelines").  In support of this Application, AWLLAW respectfully states as follows:

## BACKGROUND

1.      On May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of PROMESA, filed a petition with the Court under title III of PROMESA.

2.      On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

3.      On May 21, 2017, the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Oversight Board, as HTA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

4.      On May 21, 2017, the Employees Retirement System for the Commonwealth of Puerto Rico ("ERS"), by and through the Oversight Board, as ERS's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

5.      On July 3, 2017, the Puerto Rico Electric Power Authority ("PREPA"), by and through the Oversight Board, as PREPA's representative pursuant to PROMESA section 315(b), filed a petition with the Court under title III of PROMESA.

6.      Through Orders of this Court, the Commonwealth, COFINA, HTA, ERS, and PREPA Title III Cases (together, the "Title III Cases") are jointly administered for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015 [ECF Nos. 242, 537, 1417].

7.      This application seeks allowance of compensation and reimbursement of expenses incurred by AWLLAW solely in connection with the Commonwealth Title III matters described below.

## COMPENSATION REQUESTED BY OMM

8.      AAFAF has retained AWLLAW pursuant to an engagement letter dated July 31, 2017 (the "Engagement Letter").[2] Pursuant to the Engagement Letter, payment of all fees and expenses detailed in this Application will be made exclusively by AAFAF,

9.      AWLLAW's hourly rates are set at a level designed to compensate AWLLAW fairly for the work of its attorneys and are disclosed in detail in the Engagement Letter.

10.     AWLLAW's rates are appropriate for complex corporate, securities, litigation, and restructuring matters, whether in court or otherwise. The rates and rate structure reflect that such complex matters typically involve great complexity, high stakes, and intense time pressures. Further, there have not been any rate increases during the Compensation Period.  AWLLAW submits that the compensation requested is reasonable in light of the nature, extent, and value of such services provided to AAFAF.

---

[2] A copy of the Engagement Letter will be provided to the Fee Examiner.

11.     During the Compensation Period, AWLLAW did not receive any payments or promises of payment from any other source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between AWLLAW and any other person for sharing of compensation to be received for services rendered in these cases.

## SUMMARY OF SERVICES

12.     During the Interim Period, AWLLAW provided important professional services to the Debtors in connection with the Title III Cases. Detailed descriptions of the specific services provided and the time expended performing such services are attached as **Exhibit B**, and a summary of the services AWLLAW provided to the Debtors during the Compensation Period is set forth below.

13.     In its fee applications, AWLLAW will use the subject matter categories (each, a "Matter Category") used by its co-counsel law firm, O'Melveny & Myers LLP ("OMM"), for keeping time records of the work performed for the Debtors. The following is a summary, by Matter Category, of the professional services provided by AWLLAW during the Compensation Period.

a) **Litigation – 42.6 hours – $14,910.00**

13.     This category includes analysis, preparation, and prosecution of adversary proceedings or other litigation.  During the Compensation Period, AWLLAW worked with OMM on the following litigation matters: *Assured Guaranty Corp., et al. v. Commonwealth of Puerto Rico, et al.,* Adv. Proc. No. 17-125-LTS; *ACP Master LTD., et al.,* Adv. Proc. No. 17-189; *Asociación de Profesores del Recinto Universitario de Mayagüez v. Commonwealth of Puerto Rico, et al.,* Adv. Proc. No. 17-197; *Ambac Assurance Corp. v. Commonwealth of Puerto Rico, et*

*al.,* Adv Proc. No. 17-159; *Altair Global Credit Opportunities Fund, LLC v. Commonwealth of Puerto Rico, et al.*, Adv. Proc. No. 17-219; *Asociación de Salud Primaria de Puerto Rico et al v. Commonwealth of Puerto Rico, et al.*, Adv Proc. No. 17-227; and on motions filed pursuant to Rule 2004 seeking to conduct discovery of various issues relating to Puerto Rico's fiscal matters.

    **b)**    **Relief from Stay and Adequate Protection – 96.8 hours – $33,880.00**

14.    This category includes all matters relating to requests for relief from the automatic stay or for adequate protection, including assisting the Commonwealth to respond, defend, and settle such requests. During the Compensation Period, AWLLAW worked with OMM in analyzing and responding to over 75 requests to lift the Title III stay (either by motion or lift stay notice), and in drafting and implementing a lift stay protocol to streamline the process for seeking relief from the Title III stay.

    **c)**    **Vendors and Other Creditor Issues – 30.2 hours -- $10,570.00**

16.    This category includes all meetings and communications with vendors and other trade creditors and utility providers. During the Compensation Period, AWLLAW worked with OMM in helping to analyze issues and payment disputes with various government vendors, and to resolve the issues and disputes as appropriate.

## ATTORNEY CERTIFICATION

15.    In accordance with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4), the undersigned has reviewed the requirements of Puerto Rico Local Bankruptcy Rule 2016-1(a)(4) and certifies to the best of his information, knowledge, and belief that this Application complies with Puerto Rico Local Bankruptcy Rule 2016-1(a)(4) In this regard, and incorporated herein by

reference, the *Certification of Andrés W. López* in accordance with the U.S. Trustee Guidelines is attached hereto as **Exhibit A**.

## NO PRIOR APPLICATION

16.     No prior application for the relief requested by this Application has been made to this or any other court.

**WHEREFORE,** AWLLAW respectfully requests that the Court enter an order: (a) awarding AWLLAW compensation for professional services provided during the Compensation Period in the amount of $59,360.00; (b) reimbursement of actual, reasonable and necessary expenses incurred in the Compensation Period in the amount of $200.00; and (c) granting such other relief as is appropriate under the circumstances.

Dated: December 18, 2017
San Juan, Puerto Rico

Respectfully submitted,

/s/Andrés W. López
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF
ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel:    (787) 294-9508
Fax:    (787) 294-9519

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

## Exhibit A

### ATTORNEY CERTIFICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 1063, 1150, 1715**<br><br>(Jointly Administered) |

**CERTIFICATION OF ANDRES W. LOPEZ PURSUANT TO PUERTO RICO LOCAL**
**BANKRUPTCY RULE 2016-1(a)(4)**

Andrés W. López, under penalty of perjury, certifies as follows:

1.      I am a partner with the law firm of The Law Offices of Andrés W. López, P.S.C. ("AWLLAW").  I make this certification in accordance with Rule 2016-1(a)(4) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules") regarding the contents of applications for compensation and expenses.

2.      I am familiar with the work performed by AWLLAW for Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), acting for or on behalf of the Debtors.

---

[3]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3.      I have read the *First Interim Application of The Law Offices of Andrés W. López, P.S.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses As Counsel to the Debtors for the Period From May 3, 2017 through September 30, 2017* (the "Application"), and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

4.      To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application are permissible under PROMESA, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Interim Compensation Order, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (the "Guidelines"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico.


Dated:  December 18, 2017                   */s/Andrés W. López*
                                            Andrés W. López

## Exhibit B

**DETAILED TIME AND EXPENSE RECORDS**

I.        **<u>Litigation</u>**

| <u>Date</u> | <u>Services</u> | <u>Hours</u> |
|---|---|---|
| 8/1/17 | Review Court Order re procedures for upcoming August 9, 2017 omnibus hearing and background documents in preparation for omnibus hearing. | 4.00 |
| 8/2/17 | Review memos and documents re UPR's adversary proceeding, complaint, and potential motion to dismiss. | 1.00 |
| 8/3/17 | Review draft objection to UCC's motion under Rule 2004 for order authorizing discovery. | 0.30 |
| 8/4/17 | Correspond w/P. Friedman re potential dispute re government furloughs. | 0.20 |
| 8/7/17 | Review memo from C. Yamin (AAFAF's counsel) re Puerto Rico Supreme Court's recent decision in *Lacourt* case and implications in Title III matters (0.2); review PRSCT decision in *Lacourt* and cases cited therein (2.5). | 2.70 |
| 8/7/17 | Correspond w/B. Neve re informative motion re attendance at upcoming omnibus hearing; review informative motion re same. | 0.40 |
| 8/7/17 | Review memo from A. Pavel re telephone conference re omnibus upcoming hearing; telephone conference w/ A. Pavel re same. | 0.40 |
| 8/7/17 | Correspond w/B. Neve re draft informative motion re appearances at August 9, 2017 omnibus hearing; review draft motion re same. | 0.50 |
| 8/7/17 | Correspond w/A. Pavel re requesting transcripts after the upcoming omnibus hearing. | 0.20 |
| 8/7/17 | Correspond w/A. Pavel, G. Hoplamazian re filing notices of appearance and attendance at upcoming omnibus hearing (0.20); prepare notices of appearance re same (0.50). | 0.70 |
| 8/8/17 | Review case-related documents and pleadings in preparation for omnibus hearing. | 4.00 |

| | | |
|---|---|---|
| 8/9/17 | Attend August 9, 2017 omnibus hearing. | 6.00 |
| 8/9/17 | Correspond w/A. Walker, P. Friedman re transcript requests for recent Court hearings. | 0.40 |
| 8/14/17 | Correspond w/P. Friedman re draft motion to dismiss APRUM complaint in 17-AP-197 (0.2); review draft motion and related documents re same (2.0). | 2.20 |
| 8/15/17 | Correspond w/P. Friedman, A. Pavel re decision to file a joinder motion in APRUM matter (0.2); review and revise draft joinder re same (0.5). | 0.70 |
| 8/15/17 | Review memo from Judge Houser re: mediation. | 0.20 |
| 8/16/17 | Correspond w/A. Pavel, P. Friedman re motion to dismiss the complaint in APRUM matter (0.4); review draft re same (0.8). | 1.20 |
| 8/16/17 | Review and revise draft motion re intent to appear at Rule 2004 hearing; correspond w/ B. Neve re same. | 0.50 |
| 8/18/17 | Correspond w/B. Neve re *pro hac vice* application for M. Pocha. | 0.20 |
| 8/18/17 | Correspond w/D. Perez re service of motions filed in Court. | 0.20 |
| 8/21/17 | Correspond w/D. Perez, J. Spina re filing of informative motion for upcoming hearing; review draft motion re same. | 0.50 |
| 8/22/17 | Correspond w/P. Friedman re preparing a transcript request for hearing; prepare transcript request re same. | 0.50 |
| 8/23/17 | Prepare transcript request for hearing held today. | 0.30 |
| 8/23/17 | Correspond w/P. Friedman re follow up on hearing. | 0.20 |
| 8/23/17 | Correspond w/B. Neve re hearing transcript status and availability. | 0.20 |
| 8/24/17 | Correspond w/D. Perez, P. Friedman re hearing transcript. | 0.30 |

| | | |
|---|---|---|
| 8/28/17 | Review memo from Judge Houser re disclosure by the government parties of material non-public information. | 0.20 |
| 9/5/17 | Correspond w/W. Sushon re draft motion to extend time on appointment clause cases; review draft motion re same. | 0.40 |
| 9/5/17 | Review memo from E. McKeen re draft brief and proposed joinder from AAFAF re denial of UCC's motion to intervene; review draft brief. | 0.50 |
| 9/5/17 | Correspond with B. Neve, P. Friedman re filing a reservation of rights (0.4); review draft reservation of rights (0.3). | 0.70 |
| 9/6/17 | Correspond w/D. Perez re informative motion re passage of Hurricane Irma and reservation of rights. | 0.20 |
| 9/8/17 | Review memo from C. Yamin Rivera (AAFAF's associate counsel) re procuring translation of P.R. House Bill 1124 (0.1); review bill re same (0.7); conference w/translator re same (0.4). | 1.20 |
| 9/9/17 | Correspond w/B. Neve re *pro hac vice* application for W. Sushon. | 0.20 |
| 9/11/17 | Correspond w/A. Shapiro re *pro hac vice* application for W. Sushon; review draft PHV application. | 0.50 |
| 9/11/17 | Correspond with Viceversa Translation Services re translation of Spanish-language document; correspond w/C. Yamin re translation of recently-enacted Puerto Rico law. | 0.50 |
| 9/14/17 | Correspond w/B. Neve re status of transcript of omnibus hearing. | 0.20 |
| 9/14/17 | Telephone conference w/H. Bauer (counsel for FOMB) re proposed revised briefing schedule in APRUM adversary matter (0.2); correspond with P. Friedman, H. Bauer, R. Emanuelli (counsel for APRUM) re same (0.3); review proposed draft motion and background documents re same (0.7). | 1.20 |

| | | |
|---|---|---|
| 9/15/17 | Review standing orders in PROMESA cases, as recently published by the Court. | 0.20 |
| 9/15/17 | Correspond w/J. Spina, J. Beiswenger re draft urgent motion to approve a restructuring negotiation agreement; review draft motion re same. | 0.50 |
| 9/15/17 | Correspond w/P. Friedman, C. Garcia re potential new adversary complaint (0.5); review draft complaint re same (1.5); telephone conference w/C. Garcia re same (0.3); correspond w/H. Bauer re telephone conference to discuss the matter (0.2). | 2.50 |
| 9/16/17 | Correspond with H. Bauer re following up on meeting request re potential complaint against the government; review memo from M. Yassin re same. | 0.30 |
| 9/16/17 | Correspond w/I. Garau re obtaining translation of a document for an upcoming mediation (0.2); review document re same (1.0); correspond w/translator re same (0.5). | 1.70 |
| 9/18/17 | Correspond w/H. Bauer, P. Friedman re potential new adversary complaint and meeting to discuss potential resolution prior to the filing of the complaint; correspond with counsel for plaintiffs re conference call today and subsequent adjournment of the call. | 0.50 |
| 9/18/17 | Correspond w/D. Perez, J. Spina re draft motion re deadlines and pending matters in anticipation of the passage of Hurricane Maria; review draft re same. | 0.50 |
| 9/18/17 | Telephone conference w/I. Garau re Hurricane Maria preparations and upcoming deadlines. | 0.40 |
| 9/18/17 | Telephone conference with counsel for plaintiffs re potential new adversary proceeding. | 0.20 |
| 9/18/17 | Review memo from Judge Houser re updated mediation calendar. | 0.10 |
| 9/19/17 | Correspond with J. Spina re revised draft motion requesting adjournment and/or extension of certain deadlines in light of incoming storm; review draft | 0.40 |

re same.

| 9/19/17 | Correspond w/B. Neve re filing an opposition to extend time to oppose motions to intervene; review draft motion re same. | 0.40 |
| 9/27/17 | Correspond w/A. Shapiro re draft motion to extend time to respond to FOMB's complaint against Puerto Rico Governor; review draft motion re same. | 0.40 |
| 9/28/17 | Correspond w/D. Perez, W. Burgos re status of conversations and proposed motion to extend deadlines in *Asociación de Salud Primaria* matter; review draft motion re same. | 0.50 |
| 9/30/17 | Correspond w/B. Neve re June 2017 omnibus hearing transcript. | 0.20 |

**Total Hours:**  **42.6**

**Total Fees:**  **$14,910.00**

II.  **Relief From Stay and Adequate Protection**

| 8/4/17 | Review draft amended proposed order setting forth procedure and revised protocol for stay relief motions and background documents re same (2.0); review recent Court Orders denying and/or partially lifting automatic stay (0.5); correspond w/D. Perez re same (0.2). | 2.70 |
| 8/8/17 | Research re motion seeking relief from automatic stay (Marrero-Mendez) and review of oppositions and objections re same. | 1.00 |
| 8/14/17 | Correspond w/H. Bauer re oppositions to motions to lift stay due today, Bula's withdrawal of its motion; review Bula's withdrawal motion re same. | 0.40 |
| 8/17/17 | Review lift stay notice memo from counsel H. Rivera (Iturregui Brothers) and attached document re same; review memo from D. Perez re same. | 0.50 |
| 8/17/17 | Review memo from R. Garcia-Fontan (counsel for Aquasur) and supporting documents re lift stay notice. | 1.00 |

| 8/18/17 | Review memo and attached documentation from D. Carrion (PFZ Properties) re lift of stay notice under new procedures established by the Court. | 1.00 |
|---|---|---|
| 8/18/17 | Review memoranda from D. Perez re lift stay notices received thus far and documents setting forth details re same. | 4.50 |
| 8/18/17 | Review memorandum from R. García-Fontán and attached documents re lift of stay notice as per Court Order (Puerto Rico Land and Fruit, S.E. v. Aquasur Corporation). | 1.00 |
| 8/18/17 | Review Court Order setting forth new procedures for lift stay notices; correspond w/D. Perez re internal procedure for handling lift stay notices. | 0.50 |
| 8/21/17 | Review memo from D. Perez re additional lift stay notice and conference call to discuss same; review documents re lift stay notice. | 0.40 |
| 8/21/17 | Review memo from L. Murray Soto re lift stay notice and attached supporting documentation re same. | 0.80 |
| 8/22/17 | Review memo from D. Perez and attached chart summarizing lift stay notices received to date. | 1.00 |
| 8/23/17 | Review lift stay notice from H. Valdés (Cooperativa de Seguros Multiples) and attached document re same. | 0.50 |
| 8/23/17 | Correspond w/D. Perez re conference call re lift stay notices and next steps re same. | 0.20 |
| 8/23/17 | Review memo from counsel H. Lozada re notice to lift stay. | 0.10 |
| 8/24/17 | Review memo from J. Mudd (counsel for Asociación de Salud Primaria) re notice to lift stay (0.2); review notice and documents re same (0.8). | 1.00 |
| 8/24/17 | Review memo from L. Carrion Tavarez (counsel for Real Legacy Assurance Co.) re notice to lift stay (0.2); review documents re same (2.3). | 2.50 |
| 8/24/17 | Correspond w/D. Perez re draft stipulation form to | 0.70 |

|  |  |  |
|---|---|---|
|  | be used in lift stay notice matters (0.20); review draft stipulation re same (0.50). |  |
| 8/24/17 | Review memo and attached chart from D. Perez showing all lift stay notices received to date and review supporting documentation re same. | 2.50 |
| 8/24/17 | Correspond w/P. Friedman re handling of lift stay matters. | 0.20 |
| 8/25/17 | Review memo and attached documents from D. Carrion (counsel for PFZ Properties) re scheduling a conference call re lift stay notice. | 0.40 |
| 8/25/17 | Review memo re lift stay notice (Leandry-Hernandez) and attached document re same. | 0.50 |
| 8/25/17 | Review memo from M. Vicens (counsel for Esteva-Marqués) and attached supporting documents re lift stay notice. | 1.50 |
| 8/25/17 | Review memos from R. Garcia-Fontan (counsel for Aquasur), D. Perez re scheduling a conference call to discuss lift stay notice. | 0.20 |
| 8/25/17 | Review memo from D. Perez and most recent chart re lift stay notices received and suggested course of action re same. | 1.00 |
| 8/25/17 | Review memo from C. Juan and attached draft response to Bonilla lift of stay. | 0.40 |
| 8/26/17 | Review memo from L. Murray-Soto and attached documents re agreement to prepare stipulation re notice to lift stay. | 0.30 |
| 8/28/17 | Review memo from C. Molina (counsel to Reyes-Feikert) and supporting documentation re lift stay notice. | 1.20 |
| 8/28/17 | Conference call w/D. Perez, AAFAF and PR-DOJ teams re lift stay notices. | 0.50 |
| 8/28/17 | Review memo from V. Rivera-Rios (counsel to Colon-Gonzalez) and supporting documentation re lift stay notice. | 0.50 |

| 8/28/17 | Review memos from J. Spina, C. Juan re draft joint motion allowing a partial lift of stay; review draft joint motion re same. | 0.50 |
|---|---|---|
| 8/29/17 | Conference call w/L. Murray Soto re draft stipulation in lift stay notice matter. | 0.30 |
| 8/29/17 | Telephone conference w/D. Perez re procedure for lift stay notices, specific queries re same. | 0.40 |
| 8/29/17 | Review memo from H. Rivera (counsel to Iturregui Brothers) re scheduling meet and confer re lift stay notice; review background documents re same. | 0.50 |
| 8/29/17 | Review memo from L. Rodriguez Munoz and supporting documentation re various lift stay notices. | 1.50 |
| 8/29/17 | Review memo from O. Aponte del Valle (counsel to Velez-Rivera) re and supporting documents re lift stay notice. | 1.00 |
| 8/29/17 | Review memo from R. Garcia-Fontan and proposed stipulation re Aquasur lift stay notice matter. | 0.40 |
| 8/30/17 | Review memo from J. Davila (counsel to Arnaldo Ortiz) and supporting documents re lift stay notice. | 1.00 |
| 8/30/17 | Review memo from J. Nieves (counsel to Cano-Angeles) and supporting documents re lift stay notice. | 1.50 |
| 8/31/17 | Review memo from E. Rivera-Cruz (counsel to Estate of Onelia Alicea) and attached document re lift stay notice. | 0.40 |
| 8/31/17 | Review memos from C. Juan, D. Perez re new lift stay notices chart (0.2); review updated chart and related documents re same (1.5). | 1.70 |
| 8/31/17 | Review memo from J. Nieves-Gonzalez (counsel to Rivera-Quinones) and supporting documents re lift stay notice. | 1.00 |
| 8/31/17 | Correspond w/G. Santiago-Puig (counsel to | 0.80 |

|  |  |  |
|---|---|---|
|  | Vega-Fernandez) and review supporting material re lift stay notice. |  |
| 9/1/17 | Review memo from D. Perez and updated lift stay notice chart with latest notices and related documents. | 1.00 |
| 9/1/17 | Telephone conference w/D. Perez, AAFAF team and PR-DOJ team re lift stay notices and pending motion for reconsideration re Court Order denying movant's request to lift automatic stay. | 0.50 |
| 9/1/17 | Correspond w/T. Serrano (counsel to various lift stay notice claimants) re lift stay notice formats (0.2); telephone conference w/T. Serrano re same (0.3); review documents re lift stay notices (1.0). | 1.50 |
| 9/1/17 | Review memo from P. Friedman re motion for reconsideration (Marchand-Sanchez) in lift stay matter. | 0.10 |
| 9/1/17 | Review memo from L. Murray-Soto and supporting documents re lift stay notice. | 0.20 |
| 9/1/17 | Review memo from F. Gonzalez-Magaz (counsel to Lopez-Nieves) and supporting documents re lift stay notice (0.5); correspond w/H. Bauer re same (0.2). | 0.70 |
| 9/1/17 | Review memo from V. Rivera-Rios (counsel to Alvarado-Solivan) and attached document re lift stay notice; review memo from C. Juan re same. | 0.40 |
| 9/1/17 | Review memo from I. Garau re attending to a lift stay notice request received directly at AAFAF; memo to attorney A. Cabrera-Marte re same. | 0.40 |
| 9/1/17 | Review updated chart of lift stay notices. | 0.50 |
| 9/1/17 | Telephone conference w/I. Garau re lift of stay notice process and going forward strategy (0.4); telephone conference w/D. Perez re lift of stay notice process and going forward strategy (0.3). | 0.70 |
| 9/2/17 | Review memos from T. Serrano (counsel to Fournier-Zayas, Simo-Ríos, Mercado, Fernández-Rosario, Abreu-Lopez) and supporting documentation re lift stay notices. | 1.40 |

| | | |
|---|---|---|
| 9/5/17 | Review memo from attorney A. Cabrera-Marte re lift stay notice; telephone conference w/attorney A. Cabrera-Marte re same. | 0.50 |
| 9/7/17 | Review memo from D. Carrion (counsel to PFZ Properties) re lift stay notice and arranging a meet and confer. | 0.10 |
| 9/9/17 | Correspond w/D. Perez re draft motion to amend lift stay protocol to provide the ability to amend or lift the automatic stay; review draft re same. | 0.50 |
| 9/9/17 | Review memo from D. Carrion re meet and confer on motion to lift stay (PFZ Properties). | 0.10 |
| 9/11/17 | Correspond w/L. Murray-Soto re lift stay notice (0.2); telephone conference re status of negotiations and meet and confer re same (0.3); review memo from C. Juan and draft stipulation re L. Murray-Soto lift stay notice (0.5). | 1.00 |
| 9/11/17 | Review memo from D. Perez and latest updated chart re lift stay notices. | 1.00 |
| 9/11/17 | Telephone conference call w/D. Perez, C. Juan, W. Burgos re lift stay notices and next steps re same. | 0.50 |
| 9/11/17 | Review memos from D. Perez, I. Garau, M. Yassin re draft motion to amend lift stay protocol (0.4); memo to D. Perez re same (0.2); review draft motion re same (0.4). | 1.00 |
| 9/12/17 | Review memos from D. Perez, C. Juan re draft objection to motion for reconsideration re Court Order partially modifying automatic stay; review draft objection re same. | 0.50 |
| 9/12/17 | Correspond w/D. Carrion (counsel to PFZ Properties) re meet and confer on lift of stay matter (0.2); review background materials re same (0.5). | 0.70 |
| 9/12/17 | Review memos from C. Juan re lift stay notices (Abreu-Lopez, Mercado, Simo-Rios) and related documents re same. | 0.50 |

| | | |
|---|---|---|
| 9/12/17 | Review memo from H. Valdes (counsel to Cooperativa de Seguros Multiples) re motion to lift automatic stay (0.2); review background documents re same (1.0); correspond w/D. Perez, I. Garau, C. Juan, W. Burgos re same (0.4); conference call w/I. Garau re same (0.4). | 2.00 |
| 9/12/17 | Review memo and attached documents from J. Mudd (counsel to Asociacion de Salud Primaria de Puerto Rico) re lift stay notice; correspond w/D. Perez re same. | 0.50 |
| 9/12/17 | Review memo from L. Murray-Soto and attached document re proposed notice to lift stay. | 0.20 |
| 9/12/17 | Review memo from C. Juan re updated charts re pending notices to lift automatic stay (0.1); review charts and related documents re same (1.6); review memo from C. Juan re rescheduling meeting to discuss pending lift stay notices and requests to lift automatic stay (0.1); correspond w/C. Juan re same (0.2). | 2.00 |
| 9/13/17 | Correspond w/D. Perez re PFZ Properties lift stay notice and proposed course of action, and internal procedures for handling lift stay notices (0.3); review background documents re same (1.2). | 1.50 |
| 9/13/17 | Telephone conference w/C. Juan, W. Burgos re lift stay notices (review matters and discuss next steps) (0.7); correspond w/D. Perez re priorities and new procedure for internal handling of notices (0.3); correspond w/C. Juan re certain lift stay notices and status update re conversations with counsel (0.4); review lift stay notices and documents in support to follow up re same (3.0). | 4.40 |
| 9/13/17 | Correspond w/J. Mudd re lift stay notice and removal to federal court (0.2); review related documents re same (0.4); correspond w/C. Juan, D. Perez re same (0.2). | 0.80 |
| 9/13/17 | Review memos from C. Juan re updates on status of meet and confer on pending lift stay notices. | 0.40 |

| | | |
|---|---|---|
| 9/13/17 | Correspond w/D. Perez, C. Juan re Cooperativa de Seguros Multiples lift stay notice, counsel's proposals, and AAFAF's position on the matter (0.4); review lift stay notice documents and proposals re same (1.2). | 1.60 |
| 9/13/17 | Correspond w/C. Juan, D. Perez re L. Murray-Soto lift stay notice and proposed edits to the draft stipulation; review proposed changes re same. | 0.40 |
| 9/13/17 | Correspond with D. Perez, J. Spina re draft urgent motion for extension of deadline and draft motion to amend lift stay notice protocols (0.5); review drafts of motions re same (1.0). | 1.50 |
| 9/13/17 | Draft memo to AAFAF and PR-DOJ teams re lift stay notices update and next steps. | 1.00 |
| 9/13/17 | Correspond w/C. Juan re latest status on communications with opposing counsel (H. Valdes) in Cooperativa matter. | 0.20 |
| 9/13/17 | Correspond w/D. Carrion re PFZ Properties pending lift stay notice and meet and confer; correspond w/ D. Perez re same; review memo from C. Juan re same. | 0.50 |
| 9/13/17 | Review memo from F. Charles re notice re lift stay and request for meet and confer (0.1); review attachments re same (0.7); correspond w/ F. Charles re same (0.2). | 1.00 |
| 9/14/17 | Review memo from R. Perez-Pietri (counsel to Popular Auto) re lift stay notice; review attachments re same; memo to R. Perez-Pietri re same. | 0.50 |
| 9/14/17 | Telephone conference w/L. Murray-Soto re second notice to lift stay; review memo and document re same; memo to C. Juan, W. Burgos re same. | 0.50 |
| 9/14/17 | Review memo from C. Juan re lift stay notice in IDEA matter; review background documents re same; memo to D. Perez re same. | 0.50 |
| 9/14/17 | Correspond w/C. Juan re L. Murray-Soto lift stay notice stipulation status, deadline for filing; telephone conference w/L. Murray-Soto re same. | 0.40 |
| 9/14/17 | Review updated lift stay notices chart, including | 3.00 |

new filings and background documents re same.

| | | |
|---|---|---|
| 9/14/17 | Correspond w/D. Perez, C. Juan re comments and feedback to memo on lift stay notice matters and next steps (0.3); memo to AAFAF and PR-DOJ teams re further updates on L. Murray-Soto and *Salud Primaria* matters (0.4). | 0.70 |
| 9/14/17 | Correspond w/C. Juan re internal process to be followed in lift stay notice matters. | 0.20 |
| 9/14/17 | Review memos from C. Juan, W. Burgos re follow up and next steps on various lift stay notice matters (0.3); review documents re same (2.0). | 2.30 |
| 9/14/17 | Review proposed stipulations in Real Legacy and One Alliance lift stay notice matters (1.2); correspond w/D. Perez, J. Spina, C. Juan re same (0.3). | 1.50 |
| 9/14/17 | Review memos from D. Perez re *Aquasur* proposed stipulation; correspond w/C. Juan re same. | 0.40 |
| 9/15/17 | Telephone conference w/D. Carrion (counsel for PFZ Properties) re lift of stay notice. | 0.30 |
| 9/15/17 | Review memo from C. Juan and proposed draft stipulation in L. Murray-Soto lift stay notice matter; review draft re same. | 0.40 |
| 9/15/17 | Telephone conference call w/C. Juan, W. Burgos re lift stay notices status and discussion of next steps re same (0.5); review updated chart of lift stay notices and background documents re same (1.0). | 1.50 |
| 9/15/17 | Correspond w/W. Burgos re Perez-Otero lift stay notice matter and proposed course of action; review documents re same. | 0.50 |
| 9/15/17 | Review memo from C. Juan re Court Order in Caribbean Airport Facilities motion to lift stay; review Court Order re same. | 0.30 |
| 9/15/17 | Correspond with C. Juan and review draft stipulation re lift stay notice matter (*Orbi*). | 0.40 |
| 9/15/17 | Correspond w/J. Spina, C. Juan re procedures | 0.40 |

| | | |
|---|---|---|
| | to follow re stipulations to modify stay that are filed with the Court. | |
| 9/15/17 | Correspond w/M. Vicens (counsel to Esteva-Marquez) re lift stay notice and follow up on meet and confer request (0.2); review background documents re same (0.5); correspond w/C. Juan re same and communication protocols going forward (0.3). | 1.00 |
| 9/15/17 | Correspond with C. Juan re response to counsel in *Leandry-Hernandez* re lift stay notice; review response re same. | 0.40 |
| 9/15/17 | Correspond w/J. Spina, C. Juan re draft stipulation in *Aquasur* lift stay notice matter (0.4); review various drafts re same (0.8). | 1.20 |
| 9/15/17 | Review memo from R. Otero-Ortega (counsel to Gonzalez-Ricano) and supporting documents re lift stay notice (0.5); memo to AAFAF and PR-DOJ teams re same (0.2). | 0.70 |
| 9/15/17 | Telephone conference w/D. Carrion re PFZ Properties lift stay notice. | 0.30 |
| 9/17/17 | Prepare memo of next steps in lift stay notice matters (2.0); correspond w/C. Juan, W. Burgos, D. Perez re same (0.3). | 2.30 |
| 9/18/17 | Review memos from W. Burgos re making adequate safeguards and reservations of rights in *Salud Primaria* matter (0.2); review memos from D. Perez, P. Friedman re same (0.3); telephone conference w/AAFAF and Proskauer teams re same (0.3). | 0.80 |
| 9/18/17 | Correspond w/C. Juan re lift stay notice matters and review notes and revisions to memo outlining next steps (0.5); prepare memo re status of meet and confer process. | 1.50 |
| 9/18/17 | Telephone conference w/W. Burgos, C. Juan, D. Perez, Proskauer team re 330 Centers lift stay notice, upcoming deadlines, and strategy. | 0.50 |
| 9/18/17 | Correspond w/C. Juan re motion to lift stay filed by L. Murray-Soto and next steps re same. | 0.30 |

| | | |
|---|---|---|
| 9/18/17 | Correspond w/D. Carrion (attorney for PFZ Properties) re agreement with proposal to resolve lift stay notice; correspond with C. Juan re drafting stipulation re same. | 0.50 |
| 9/18/17 | Correspond w/J. Spina, C. Juan, H. Bauer re *Aquasur* lift stay matter and revisions to draft stipulation re same; review draft re same. | 0.50 |
| 9/18/17 | Correspond w/ F. Vizcarrondo re lift stay notice (Rivera-Marcucci). | 0.20 |
| 9/19/17 | Correspond w/D. Perez re revisions to pending lift stay notice matters (0.2); review drafts re same (0.5). | 0.70 |
| 9/19/17 | Review memo from P.J. Porrata (counsel to M. Melendez) and supporting documents re lift stay notice. | 0.30 |

**Total Hours:**                                    **96.8**

**Total Fees:**                                      **$33,880.00**

III.        **Vendor and Other Creditor Issues**

| | | |
|---|---|---|
| 8/2/17 | Review memo from J. Klein (Ankura) re follow up on call re post-petition issues with government vendors; memo to J. Klein, D. Perez re status of communications with counsel for vendors re post-petition matters; correspond w/ L. Lopez (Ankura) re government contacts re follow up on vendor issues. | 0.50 |
| 8/3/17 | Correspond w/D. Perez re following up on vendor matter and upcoming Court deadline to respond to motion to lift stay. | 0.20 |
| 8/3/17 | Telephone conference w/H. Martinez at Puerto Rico Department of Labor re pending dispute with government vendor; memo to D. Perez, J. Klein, L. Lopez, R. Guerra, I. Garau, S. Rinaldi, J. Spina re conference call with PR-DOL and expected forthcoming information re pending vendor dispute. | 0.50 |

| | | |
|---|---|---|
| 8/4/17 | Review memo from J. Klein re weekly call and unresolved call log (0.1); review unresolved government issues call log (0.3); review background documents re government vendor unresolved issues (2.5); telephone conference w/D. Perez, Ankura, I. Garau, R. Guerra re unresolved government vendor issues (0.5). | 3.40 |
| 8/4/17 | Correspond w/H. Martinez at Puerto Rico Department of Labor re requested documents re payments to vendor. | 0.20 |
| 8/4/17 | Review memos from D. Chicón at Puerto Rico's Department of Labor re payments made to vendor since 2015 (0.2); review documents re same (0.5); correspond w/J. Klein, S. Rinaldi, L. Lopez, D. Perez re information provided by Puerto Rico Department of Labor re payments and pending response to motion (0.3). | 1.00 |
| 8/4/17 | Correspond w/D. Perez, J. Klein re reconcile Bula's counsel's numbers with the Puerto Rico Department of Labor's numbers (0.4); telephone conference w/H. Figueroa-Vincenty re same (0.3); memo to D. Perez, J. Klein, L. Lopez re same (0.2); review memo from H. Figueroa-Vincenty (counsel for Bula) re client received payment (0.1); correspond w/ J. Klein, D. Perez, L. Lopez re same; review documents re same (0.5). | 1.50 |
| 8/4/17 | Review draft utilities motion (prohibiting utilities from altering, refusing, or discontinuing service) (0.8); correspond w/D. Perez re same (0.2). | 1.00 |
| 8/5/17 | Correspond w/ H. Figueroa-Vincenty (counsel to Bula) re decision to withdraw motion. | 0.20 |
| 8/7/17 | Correspond w/H. Figueroa-Vincenty (counsel for Bula) re draft motion to withdraw; review draft motion re same. | 0.40 |
| 8/8/17 | Correspond w/D. Perez, J. Klein, R. Guerra-Goderich re Stericycle's objection to utilities order (0.4); telephone conference w/A. Linares (Stricycle's counsel) re same (0.4); memo to D. Perez, J. Klein, R. Guerra-Goderich re same (0.2); review objection to utilities motion filed by Stericycle of Puerto Rico, Inc. and related documents re same (0.8); | 2.20 |

|          | correspond w/J. Klein re vendor claim and contact at Puerto Rico Department of Health who can help resolve the Stericycle matter (0.4). |      |
|----------|-----------------------------------------------------------------------------------|------|
| 8/9/17   | Conference w/M. Nazario (Trinity's counsel/gov't vendor) re outstanding payments (0.3); correspond with D. Perez, I. Garau re same (0.2); correspond w/ M. Nazario re invoices evidencing payments (0.2); review memo from M. Nazario containing overdue invoices and review invoices re same (1.0); correspond w/D. Perez re invoices (0.1). | 1.80 |
| 8/10/17  | Review memo from J. Klein to E. Perez at Puerto Rico Department of Health and attached documentation re Stericycle vendor claim and next steps in attempting to resolve the matter (0.3); correspond with Stericycle's counsel re unpaid post-petition invoices and review same (0.7); correspond with J. Klein, R. Guerra, D. Perez re same (0.4). | 1.40 |
| 8/11/17  | Telephone conference with Ankura team, AAFAF team re vendor claims (0.50); review vendor call log re same (0.2). | 0.70 |
| 8/15/17  | Review memo from A. Linares (Stericycle's counsel) re consolidated list of invoices from different agencies pending payment and review invoices re same (0.5); correspond with J. Klein re same, next steps (0.2). | 0.70 |
| 8/17/17  | Telephone conference w/A. Linares (Stericycle's counsel) re outstanding invoices from various government agencies (0.4); review memo from A. Linares and accompanying documents re same (0.6). | 1.00 |
| 8/18/17  | Correspond w/J. Klein, R. Guerra re Stericycle's claim as to payment on outstanding invoices in various agencies. | 0.30 |
| 8/18/17  | Telephone conference with Ankura team, AAFAF team re vendor claims (0.5); review vendor claim log re same (0.2). | 0.70 |
| 8/18/17  | Review memorandum from A. Linares and attached document re pending invoices and Title III filing and covered entities (0.7); correspond w/D. Perez, R. Guerra, J. Klein re documents sent by Stericycle's counsel (0.4). | 1.10 |

| | | |
|---|---|---|
| 8/22/17 | Review memo from D. Perez re letters sent by FOMB requesting information re government creditors and attached letters re same. | 0.50 |
| 8/22/17 | Correspond w/J. Klein re contact at Puerto Rico's Department of Health for follow-up on Stericycle's vendor matter. | 0.20 |
| 8/23/17 | Correspond with J. Klein re Puerto Rico Department of Education vendor payment matter. | 0.30 |
| 8/23/17 | Review memo from J. Klein to A. De Jesus Santos at Puerto Rico Department of Health re vendor issue (Stericycle); review attached documents re same; correspond with A. De Jesus Santos re conference call to discuss matter. | 0.50 |
| 8/25/17 | Review memo from D. Perez re request for additional assurance from WorldNet (government vendor); review documents in support of request. | 0.50 |
| 8/28/17 | Review memo from H. Figueroa-Vincenty re path to resolving certain matters filed as proofs of claim. | 0.10 |
| 8/30/17 | Telephone conference w/A. de Jesus Santos at Puerto Rico Department of Health re Stericycle (gov't vendor) (0.4); correspond with A. de Jesus Santos re Stericycle account statement and status of pending invoices (0.2); review documents re same (0.8). | 1.40 |
| 8/31/17 | Correspond with A. de Jesus Santos at Puerto Rico Department of Health re Stericycle (gov't vendor); telephone conference w/A. de Jesus re information provided about vendor. | 0.50 |
| 8/31/17 | Memo to H. Figueroa-Vincenty in response to his recent query about proofs of claim and resolving same. | 0.20 |
| 8/31/17 | Correspond w/O. Fernandez (counsel to Liberty Cable) re bar date for filing proofs of claim, upcoming conference call re same. | 0.20 |
| 9/1/17 | Review memo from D. Perez re WorldNet and BDO vendor issues and attached documents re same. | 0.80 |

| 9/1/17 | Telephone conference with Ankura team, AAFAF team re vendor claims (0.5); review vendor claims log (0.2). | 0.70 |
|--------|------|------|
| 9/5/17 | Review memo from R. Guerra re WorldNet (government vendor) request for adequate assurance and review documents re same. | 0.50 |
| 9/5/17 | Telephone conference with Ankura team, AAFAF team re vendor claims (0.5); review log of pending items (0.2). | 0.70 |
| 9/8/17 | Review memo from J. Klein re updated government vendor issues log and schedule for next call. | 0.20 |
| 9/11/17 | Review memo from J. Klein re WorldNet contract and request for review (0.2); review WorldNet contract (1.0). | 1.20 |
| 9/12/17 | Review memo from O. Fernandez re request for a conference call re post-petition payments. | 0.10 |
| 9/13/17 | Telephone conference w/Ankura, AAFAF team re vendor issues log (0.5); review weekly log re same (0.2). | 0.70 |
| 9/13/17 | Review memo from I. Garau re unresolved issues with government vendor (Cesar Castillo), scheduling call to discuss same. | 0.10 |
| 9/13/17 | Review memos from J. Klein, L. Lopez re update on matters re vendor issues and next steps re same. | 0.20 |
| 9/14/17 | Review memo from I. Garau re dispute with government vendor (Cesar Castillo). | 0.10 |
| 9/15/17 | Correspond w/J. Klein re request for advice on contractual issue with government vendor (WorldNet) (0.3); review contract with WorldNet (0.7). | 1.00 |
| 9/15/17 | Correspond w/V. Sepulveda (counsel to Puerto Rico Department of Health) re scheduling conference call to discuss Cesar Castillo vendor issue. | 0.20 |

| 9/16/17 | Telephone conference w/V. Sepulveda (counsel to Puerto Rico Department of Health) to discuss Cesar Castillo matter. | 0.30 |
|---------|---|------|
| 9/18/17 | Correspond w/O. Fernandez (counsel to Liberty Cable) re vendor payment issues, conference call to discuss same. | 0.20 |

**Total Hours:**                                      **30.2**

**Total Fees:**                                     **$10,570.00**

*For Professional Services rendered*:

|  | Hours | Amount |
|---|-------|--------|
| Andrés W. López, Esq. | **169.6** | **$59,360.00** |

*Internal Disbursements*

| Certified Translation (receipt attached) | **$200.00** |
|---|---|

# VICEVERSA TRANSLATION SERVICES, INC.

PO Box 194959
San Juan, PR 00919
TIN# 66-0672219

| Date | Invoice # |
|---|---|
| 8/06/2017 | López 001 |

**INVOICE**

Bill To:
Andres W. Lopez
Camelia Garrido
camelia@awllaw.com
andres@awllaw.com

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| For certified translation services:<br><br>**Document:** Exhibit 2<br><br>Document is billed per approved quote of $200.00 | |
| **TOTAL AMOUNT BILL**……………………………………… | **$200.00** |

Billing Terms: Translation and/or interpretation fees are due upon receipt of invoice. Upon 60 days of delinquency of invoice a fee of 10% will be added to the invoice. Fees are not contingent upon payment of third parties. The instant invoice is the sole responsibility of the above captioned party. Payment is expected of the full amount. Upon 90 days of delinquency collections proceedings will begin and the above captioned party will be responsible for the costs and attorney fees in the collection proceedings. Delinquency will be reported to the corresponding credit agencies. Interpreting fees are $100.00 per hour, two hours minimum. Travel time is billed at the same rate. A minimum of $200 per day scheduled for interpreting per day. Cancellations occurring within 48 hours (work days) before scheduled interpreting job will be collected at the minimum established above. In order for minimum cancelation fee not to be applied, cancellations need to be done prior to 48 hours (work days). Expel: If assignment is set to begin on Monday cancellation need to take place on Wednesday of prior week. Minimum applies to all days of scheduled interpreting jobs.