# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON DECEMBER 20–21, 2017 AT 9:30 A.M. (AST), 8:30 A.M. (EST)

**Time and Date of Hearing:**

**Wednesday, December 20, 2017**,
from 9:30 a.m. to 12:00 p.m.,
from 1:00 p.m. to 5:00 p.m.,
and, if necessary,
**Thursday, December 21, 2017**,
from 9:30 a.m. to 12:00 p.m.,
from 1:00 p.m. to 2:30 p.m.
(Atlantic Standard Time)

**Location of Hearing:**

Honorable Laura Taylor Swain, United States District Court Judge
**Courtroom 17C**[2]
United States District Court for the Southern District of New York
**Daniel Patrick Moynihan Courthouse**
500 Pearl Street, New York, NY 10007

The hearing will be broadcast by video **teleconference in a Courtroom to be determined** of the United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

**Courthouse**, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767

The hearing will also be available by telephone through Court Solutions at (800) 397-1898.  Attorneys must register no later than **December 18, 2017** at www.court-solutions.com.

**Copies of Documents:**   Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.  STATUS REPORTS:

### 1.  Report from the Mediation Team Leader.

Description:  Status report on ongoing mediations from mediation team leader Judge Barbara Houser.

Estimated Time Required:  10 minutes.

### 2.  Report from the Oversight Board.

Description:  Status report on case developments from the Oversight Board and/or its representatives.

Estimated Time Required:  10 minutes.

## II.  UNCONTESTED MATTERS:

### 1.  GAM Realty Lift Stay Motion.  Motion by GAM Realty, LLC for Relief from Automatic Stay **[Case No. 17-3283, ECF No. 1856]**

Description:  Motion by GAM Realty for relief form the stay of the action decreed by the United States District Court for Puerto Rico in *GAM Realty LLC v. Nelson J. Santiago Marrero, et al.*, Civil Action No. 16-2910 (PAD).

Objection Deadline:  Wednesday, December 13, 2017 at 4:00 p.m. (Atlantic Standard Time)

Responses:  None.

Reply, Joinder & Statement Deadlines:  To be determined.

2

<u>Reply</u>:  None.

<u>Related Documents</u>:
    A. Notice of Presentment of Stipulation Modifying the Automatic Stay Between the Commonwealth of Puerto Rico and GAM Realty, LLC. **[Case No. 17-3283, ECF No. 1986]**

<u>Status</u>:  This matter is going forward.

<u>Estimated Time Required</u>:  5 minutes

## III. <u>CONTESTED MATTERS:</u>

1. **<u>Ambac's Rule 2004 Motion.</u>**  Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1873]**

   <u>Description</u>:  Motion by Ambac Assurance Corporation to take discovery of the FOMB, AAFAF, and the Commonwealth of Puerto Rico.

   <u>Objection Deadline</u>:  Tuesday, December 5, 2017 at 4:00 p.m. (Atlantic Standard Time)

   <u>Responses</u>:
       A. The Puerto Rico Fiscal Agency and Financial Advisory Authority Objection to Ambac Assurance Corporation Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 1908]**

       B. Limited Response of the Mutual Fund Group to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1950]**

   <u>Reply, Joinder & Statement Deadlines</u>:  Tuesday, December 12, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, December 13, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   <u>Replies and Joinders</u>:
       A. Limited Joinder of Official Committee of Unsecured Creditors to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1897]**

       B. Statement in Support of, and Joinder to, Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1905]**

3

C. Joinder of Financial Guaranty Insurance Company to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1907]**

D. Joinder of the Financial Oversight And Management Board for Puerto Rico, the Commonwealth of Puerto Rico and COFINA in the Puerto Rico Fiscal Agency and Financial Advisory Authority's Objection to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1909]**

E. Limited Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 **[Case No. 17-3283, ECF No. 1946]**

Related Documents:  None.

Status:  This matter is going forward.

Estimated Time Required:  20 minutes


2. **Puerto Rico Funds Stipulation Enforcement Motion.**  The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order **[Case No. 17-3283, ECF No. 1866]**

Description:  Motion by the Puerto Rico Funds to condition the automatic stay on the continuation of the status quo in the July 17, 2017 Stipulation, or, in the alternative, to require ERS to continue making monthly interest payments to ERS Bondholders.

Objection Deadline:  Friday, December 15, 2017 at 4:00 p.m. (Atlantic Standard Time) for the "Extension Parties" (as defined in [Case No. 17-3283, ECF No. 1974]); Tuesday, December 12, 2017 at 4:00 p.m. (Atlantic Standard Time) for all other parties.

Responses:

A. ERS's Opposition to the Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order **[Case No. 17-3283, ECF No. 1978]**

B. Limited Response Of The Bank Of New York Mellon, As Fiscal Agent, To The Puerto Rico Funds' Motion Conditioning The Automatic Stay On The Continuation Of ERS Bondholder Protections Or, Alternatively, To Enforce The Court's July 17, 2017 Order **[Case No. 17-3283, ECF No. 2024]**

Reply, Joinder & Statement Deadlines:  Sunday, December 17, 2017 at 12:00 p.m. (Atlantic Standard Time)

Replies and Joinders:

4

A. Joinder of Official Committee of Unsecured Creditors in ERS's Opposition to The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order **[Case No. 17-3283, ECF No. 1983]**

B. Joinder of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to ERS's Opposition to the Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections **[Case No. 17-3283, ECF No. 2028]**

Related Documents:
A. Order Setting Deadlines in Connection with the Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections, or, Alternatively, to Enforce the Court's July 17, 2017 Order **[Case No. 17-3283, ECF No. 1974]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

3. **FOMB and AAFAF's Joint Insurance Proceeds Motion.**  Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds **[Case No. 17-4780, ECF No. 491]**

Description:  Joint Motion by the FOMB and AAFAF to provide that PREPA's insurance proceeds will not be used to satisfy creditor claims.

Objection Deadline:  Saturday, December 16, 2017 at 4:00 p.m. for the "PREPA Bond Parties" (as defined in [Case No. 17-4780, ECF No. 497]); Friday, December 15, 2017 at 5:00 p.m. (Atlantic Standard Time) for all other parties.

Responses:
A. Joint Objection of the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., and U.S. Bank National Association as PREPA Bond Trustee to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds **[Case No. 17-4780, ECF No. 503]**

Reply, Joinder & Statement Deadlines:  Monday, December 18, 2017 at 12:00 p.m. (Atlantic Standard Time)

Replies and Joinders:

5

A. Joinder of Official Committee of Unsecured Creditors to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds **[Case No. 17-4780, ECF No. 496]**

B. Reply of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority in Support of the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds **[Case No. 17-4780, ECF No. 505]**

Related Documents:

A. Order Setting Briefing Deadlines and Scheduling Hearing on Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico and, the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds **[Case No. 17-4780, ECF No. 492]**

B. Notice of Filing of Declaration of Sammy L. Rodriguez Ortega **[Case No. 17-4780, ECF No. 493]**

C. Informative Motion Regarding Consensual Extension of Deadline for the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., and U.S. Bank National Association as PREPA Bond Trustee, to File Objections or Responses to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds **[Case No. 17-4780, ECF No. 497]**

Status:  This matter is going forward.

Estimated Time Required:  30 minutes.

## IV. **ADJOURNED MATTERS:**

1. **Tamrio Motion to Compel.**  Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614]**.

   Description:  Tamrio's motion to compel HTA to assume or reject its contract.

   Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

6

Responses:
- A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 816**].

- B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 839**].

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
- A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 862**].

Related Documents:
- A. Scheduling Order Regarding Certain Motions to Compel [**Case No. 17-3283, ECF No. 697**].

Status:  This matter has been adjourned until the February 7, 2018 omnibus hearing.

Estimated Time Required:  10 minutes.

2. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 627**].

Description:  Constructora Santiago's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
- A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 816**].

- B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 839**].

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico
      Highways and Transportation Authority to Assume or Reject Executory Contracts
      **[Case No. 17-3283, ECF No. 863]**.

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF
      No. 697]**.

Status:  This matter has been adjourned until the February 7, 2018 omnibus hearing.

Estimated Time Required:  10 minutes.

3. **Ferrovial SA Motion to Compel.**  Motion to Compel the Puerto Rico Highways and
   Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283,
   ECF No. 685]**.

   Description:  Ferrovial SA's motion to compel HTA to assume or reject its contract.

   Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways
         and Transportation Authority to Assume or Reject Executory Contracts **[Case No.
         17-3283, ECF No. 816]**.

      B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico
         Highways and Transportation Authority to Assume or Reject Executory Contracts
         **[Case No. 17-3283, ECF No. 839]**.

   Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic
   Standard Time) for all parties other than the Debtors or Statutory Committees and
   Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory
   Committees.

   Reply:
      A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico
         Highways and Transportation Authority to Assume or Reject Executory Contracts
         **[Case No. 17-3283, ECF No. 866]**.

   Related Documents:
      A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF
         No. 697]**.

   Status:  This matter has been adjourned until the February 7, 2018 omnibus hearing.

   Estimated Time Required:  10 minutes.

8

4.  **Ferrovial Agroman LLC Motion to Compel.**  Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 686]**.

Description:  Ferrovial LLC's motion to compel HTA to assume or reject its contract.

Objection Deadline:  Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A.  Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**.

Reply, Joinder & Statement Deadlines:  Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:
   A.  Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 865]**.

Related Documents:
   A.  Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**.

Status:  This matter has been adjourned until the February 7, 2018 omnibus hearing.

Estimated Time Required:  10 minutes.

5.  **Commonwealth's Lease Assumption Motion.**  Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 1881]**

Description:  Motion by the Commonwealth to authorize the Commonwealth to assume that certain Assignment of Usufruct Agreement dated August 11, 2016 by and between Eduardo José Mandry Mercado and Lucía Casas Casal and the Puerto Rico Police Department.

Objection Deadline:  Wednesday, December 6, 2017 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A.  Motion in Opposition to Petition (Docket 1881) and in Response to Order (Docket 1885) **[Case No. 17-3283, ECF No. 1933]**

<u>Reply, Joinder & Statement Deadlines</u>:  Tuesday, December 12, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, December 13, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

<u>Reply</u>:
  A.  Commonwealth of Puerto Rico's Response to Opposition Filed by Javier Mandry Mercado to Motion for an Order Authorizing Assumption of Agreement with Eduardo Mandry Mercado And Lucía Casa Casal Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 1991]**

<u>Related Documents</u>:
  A.  Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case Management and Administrative Procedure **[Case No. 17-3283, ECF No. 1880]**

  B.  Order Granting Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 1885]**

<u>Status</u>:  This matter has been adjourned until the February 7, 2018 omnibus hearing.

<u>Estimated Time Required</u>:  15 minutes

Dated: December 18, 2017
San Juan, Puerto Rico

Respectfully submitted,

*/s/  Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800

10

San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*