## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | **PROMESA** |
| **THE FINANCIAL OVERSIGHT AND** | * | **Title III** |
| **MANAGEMENT BOARD OF** | * | |
| **PUERTO RICO,** | * | |
| as representative of | * | **No. 17 BK 3283-LTS** |
| **THE COMMONWEALTH OF PUERTO** | * | |
| **RICO,** *et al.* | * | |
| | * | |
| **Debtors.** | * | **(Jointly Administered)** |
| ************************************ | | |

### Notice of Appearance

**TO THE HONORABLE COURT:**

    **COMES NOW** the Office of Government Ethics of Puerto Rico (hereinafter "OGE") through its undersigned counsels, and very respectfully states, alleges and prays:

1. On July 17, 2017, OGE received *Notice of Commencement of Cases Under Title III of PROMESA, entry of Order for Relief and Related Matters.*

2. Among other things, the *Notice* stated that "the Debtors request the Court to enter an order limiting notice of filings in the Debtors' Titles III Cases to certain creditors and interested parties".

3. OGE, in order to receive notices in these Title III Cases, is filing this written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b).

4. OGE is a governmental entity of the Commonwealth of Puerto Rico with both physical and postal address in Urb. Industrial El Paraíso, 108 Calle Ganges, San Juan, P.R.

1

00926. Telephone number 787.999.0246 and fax number 787.999.7905. Email ldelacruz@oeg.pr.gov. OGE is an interested party in the above caption case.

5. Therefore, OGE hereby respectfully requests the Court to forward to its attention, notices under this Case.

**WHEREFORE,** OGE respectfully requests that this Honorable Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 19th day of December, 2017.

**I HEREBY CERTIFY:** I hereby certify that on December 19th., 2017, I electronically filed a copy of the foregoing motion with the Clerk of the Honorable Court, using the CM/ECF system, which will send electronic notice of the motion to all CM/ECF interested participants.

Respectfully submitted,

Lillian T. de la Cruz Torres
USDC 129809
Office of Government Ethics of Puerto Rico
Urb. Industrial El Paraíso
108 Calle Ganges
San Juan, P.R. 00926
Tel. 999-0246 ext. 2502, 2503
Fax. (787) 999-7905
ldelacruz@oeg.pr.gov

Nino F. Rivera Hernández
USDC 302812
Office of Government Ethics of Puerto Rico
Urb. Industrial El Paraíso
108 Calle Ganges
San Juan, Puerto Rico 00926
Tel. 999-0246 ext. 2502, 2503
Fax. (787) 999-7905
nrivera@oeg.pr.gov