# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | Case No. 17-BK-3283 LTS |
| THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO<br>Debtor | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned legal counsel and respectfully SETS FORTH and PRAYS:

Creditor Emmanuel Rodríguez Collazo has retained the service of the undersigned to represent him in the case of caption as a creditor and/or party in interest.

**WHEREFORE**, it is respectfully requested from this Honorable Court that it enter an order for all notices and documents filed in this case to be sent to the undersigned.

**I HEREBY CERTIFY** that, on this day, I electronically filed the foregoing with the Clerk of the Court the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

**RESPECTFULLY SUBMITTED**

In Guayama, Puerto Rico, this 20th day of December, 2017.

/s/ **Miguel Ángel Serrano-Urdaz**
USDC No. 223608
P. O. Box 1915
Guayama, Puerto Rico 00785

*In re Pedro L. Colón Martínez,* Case No. 13-928 ESL13

Tel./Fax: 787.864.5454
serrano.urdaz.law@hotmail.com