# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended:  11:15 PM (AST)

**MINUTES OF PROCEEDINGS BEFORE**                DATE:  December 20, 2017
**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**
U.S. MAGISTRATE JUDGE JUDITH G. DEIN
COURTROOM DEPUTY: Lisa Ng and Carmen Tacoronte
COURT REPORTERS: Andrew Walker and Jerry Harrison

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br><br>(Jointly Administrated) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Power Authority<br>Debtor | 3:17-BK-4780 (LTS)<br><br><br>(Jointly Administrated) |

**Omnibus Hearing held.**

Report on mediation delivered by U.S. Chief Bankruptcy Judge Houser.

Report from The Financial Oversight & Management Board for Puerto Rico heard.

**Motions:**

- Motion by GAM Realty, LLC for Relief from Automatic Stay [Case No. 17-3283, ECF No. 1856]

Omnibus Hearing
December 20, 2017

- o  Motion taken under submission. Order to follow.
- Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Order Concerning Receipt and Use of Puerto Rico Electric Power Authority Insurance Proceeds [Case No. 17-4780, ECF No. 491]
  - o  Motion taken under submission. Order to follow.
- Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004 [Case No. 17-3283, ECF No. 1873]
  - o  **Magistrate Judge Dein granted the parties until January 5, 2018 to submit a status report on this issue.**
- The Puerto Rico Funds' Motion Conditioning the Automatic Stay on the Continuation of ERS Bondholder Protections or, Alternatively, to Enforce the Court's July 17, 2017 Order [Case No. 17-3283, ECF No. 1866]
  - o  Granted in part and denied in part.
  - o  **An agreed form of order to be submitted to the Court on presentment by December 27, 2017.**

**Adjourned Matters:**

1. Tamrio Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 614].
2. Constructora Santiago II, Corp. Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 627].
3. Ferrovial SA Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 685].
4. Ferrovial Agroman LLC Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 686].
5. Commonwealth's Lease Assumption Motion. Commonwealth of Puerto Rico's Motion for an Order Authorizing Agreement with Eduardo José Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365 [Case No. 17-3283, ECF No. 1881].

s/Carmen Tacoronte

Carmen Tacoronte
Courtroom Deputy Clerk