Michael Luskin (admitted *pro hac vice*)
Lucia T. Chapman (admitted *pro hac vice*)
Stephan E. Hornung (admitted *pro hac vice*)
LUSKIN, STERN & EISLER LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 597-8200
Facsimile: (212) 974-3205

*Special Counsel to the Financial Oversight
and Management Board for Puerto Rico*

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Stephan E. Hornung, hereby certify that on December 15, 2017, I caused true and correct copies of the *First Interim Application of Luskin, Stern & Eisler LLP, as Special Conflicts Counsel to the Financial Oversight and Management Board for Puerto Rico for*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

*Professional Compensation and Reimbursement of Expenses, for the Period from May 3, 2017 through September 30, 2017* [Docket No. 2077] to be served in the following manner:

i. through ECF notification upon all parties who receive notice in this case pursuant to the Court's ECF filing system;

ii. by Federal Express overnight mail on the parties listed on Exhibit A attached hereto; and

iii. by e-mail on the parties listed on Exhibit B attached hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of December 2017 in New York, New York.

                                                     Respectfully submitted,

                                                     */s/ Stephan E. Hornung*
                                                     Stephan E. Hornung (admitted *pro hac vice*)

# **EXHIBIT A**

Federal Express Overnight Mail Service List

| **Chambers of the Honorable Laura Taylor Swain** |
|---|
| United States District Court<br>District of Puerto Rico<br>150 Carlos Chandón Street<br>Federal Building, Office 150<br>San Juan, Puerto Rico 00918-1767 |
| **The U.S. Trustee** |
| Office of the United States Trustee<br>for the District of Puerto Rico<br>Edificio Ochoa, 500 Tanca Street, Suite 301<br>San Juan, Puerto Rico 00901-1922<br>(re: *In re*: *Commonwealth of Puerto Rico, et al.*) |
| **The Debtors** |
| Office of the Governor<br>La Fortaleza,<br>63 Calle Fortalezaa<br>San Juan, Puerto Rico 00901 |

**EXHIBIT B**

Email Service List

| **The Oversight Board** | **The U.S. Trustee** |
|---|---|
| Financial Oversight and Management Board<br>268 Muñoz Rivera Avenue<br>World Plaza Building, Suite 1107<br>San Juan, Puerto Rico 00918<br>Attn: Arthur J. Gonzalez, Board Member<br>       Rosemarie Vizcarrondo, Chief of Staff<br>       arthur.gonzalez@nyu.edu<br>       vizcarrondo@promesa.gov | Office of the United States Trustee<br>for the District of Puerto Rico<br>Edificio Ochoa, 500 Tanca Street, Suite 301<br>San Juan, Puerto Rico 00901-1922<br>Attn: Guy G. Gebhardt, Esq.<br>       USTP.Region21@usdoj.gov<br>       guy.gebhardt@usdoj.gov |
| **Counsel for the Oversight Board** | **Counsel for the<br>Official Committee of Retired Employees** |
| Proskauer Rose, LLP<br>Eleven Times Square<br>New York, New York 10036<br>Attn: Martin J. Bienenstock, Esq.,<br>       Ehud Barak, Esq.<br>mbienenstock@proskauer.com<br>ebarak@proskauer.com<br><br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, Illinois 60602<br>Attn: Paul V. Possinger, Esq.<br>       ppossinger@proskauer.com<br><br>O'Neill & Borges LLC<br>250 Muñoz Rivera Avenue, Suite 800<br>San Juan, Puerto Rico 00918<br>Attn: Hermann D. Bauer, Esq.<br>       hermann.bauer@oneillborges.com | Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Robert Gordon, Esq.<br>       Richard Levin, Esq.<br>rgordon@jenner.com<br>rlevin@jenner.com<br><br>Jenner Block LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Attn: Katherine Steege, Esq.<br>       Melissa Root, Esq.<br>csteege@jenner.com<br>mroot@jenner.com<br><br>Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza, PH-A, Piso 18<br>416 Avenida Ponce de León<br>Hato Rey, San Juan, Puerto Rico 00918<br>Attn: A. J. Bennazar-Zequeira, Esq.<br>       ajb@bennazar.org |
| **Puerto Rico Fiscal Agency<br>and Advisory Authority** | **Counsel for the Puerto Rico Fiscal Agency and<br>Financial Advisory Authority** |
| Puerto Rico Fiscal Agency and Advisory Authority<br>Roberto Sánchez Vilella Government Center<br>De Diego Avenue, Stop 22<br>San Juan, Puerto Rico 00907<br>Attn: Gerardo J. Portela Franco<br>       Mohammad Yassin, Esq.<br>       gerardo.portela@aafaf.pr.gov<br>       mohammad.yassin@aafaf.pr.gov | O'Melveny & Meyers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Attn: John J. Rapisardi, Esq.,<br>       Suzzanne Uhland, Esq., and<br>       Diana M. Perez, Esq.<br>jrapisardi@omm.com<br>suhland@omm.com<br>dperez@omm.com |

| **Counsel for the Official Committee of Unsecured Creditors** | **Counsel to the Fee Examiner** |
|---|---|
| Paul Hastings LLP<br>200 Park Avenue<br>New York, New York  10166<br>Attn:  Luc. A. Despins, Esq.<br>lucdespins@paulhastings.com<br><br>Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, Puerto Rico  00901<br>Attn:  Juan J. Casillas Ayala, Esq.,<br>         Alberto J. E. Aneses Negron, Esq<br>         jcasillas@cstlawpr.com<br>         aaneses@cstlawpr.com | Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>Madison, Wisconsin  53703<br>Attn: Brady C. Williamson         , Esq.<br>        Katherine Stadler, Esq.<br>        W. Andrew Dalton, Esq.<br>        bwilliamson@gklaw.com<br>        kstadler@gklaw.com<br>        adalton@gklaw.com<br><br>Edge Legal Strategies, PSC<br>252 Ponce de León Avenue<br>Citibank Tower, 12th Floor<br>San Juan, Puerto Rico 00918<br> Attn:  Eyck O. Lugo<br>           elugo@edgelegalpr.com |
| **The Oversight Board Fee Examiner** | |
| Bernstein, Shur, Sawyer & Nelson, P.A.<br>100 Middle Street, P.O. Box 9729<br>Portland, Maine  04104<br>Attn: Robert J. Keach, Esq.<br>rkeach@bernsteinshur.com | |