| AO 435 (Rev. 12/03) Please Read Instructions above | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME J. Mitchell Carrington for Financial Guaranty Ins. | 2. PHONE NUMBER (601) 985-4403 | 3. DATE 12/20/2017 | |
| 4. MAILING ADDRESS P. O. Box 6010   Email: mitch.carrington@butlersnow.com | 5. CITY Ridgeland | 6. STATE MS | 7. ZIP CODE 39158 |
| 8. CASE NUMBER 17 BK 3283-LTS | 9. JUDGE Swain | DATES OF PROCEEDINGS 10. FROM 12/20/2017 | 11. 12/20/2017 |
| 12. CASE NAME Commonwealth of Puerto Rico | | LOCATION OF PROCEEDINGS 13. NY | 14. NY |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [x] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 12/20/2017 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☒ | NO. OF COPIES 1 | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE | | PROCESSED BY | |
| 19. DATE 12/14/2017 | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY