# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors. | |
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

---

### NOTICE OF FILING OF AMENDED FIRST INTERIM FEE APPLICATION OF ANKURA CONSULTING GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISORS TO PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA") FOR THE PERIOD JULY 2, 2017 THROUGH SEPTEMBER 30, 2017

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is the *Amended First Interim Fee Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to Puerto Rico Electric Power Authority ("PREPA") for the Period July 2, 2017 through September 30, 2017*;

**PLEASE TAKE FURTHER NOTICE** that copies of the above-referenced document and all documents filed in these title III cases are available (a) free of charge by visiting

- 1 -

https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

| | |
|---|---|
| Dated: December 20, 2017<br>New York, New York | Respectfully submitted,<br>/s/ *Nathan A. Haynes*<br>Nancy A. Mitchell<br>David D. Cleary<br>Nathan A. Haynes<br>(Admitted *Pro Hac Vice*)<br>**GREENBERG TRAURIG, LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 801.9200<br>Fax: (212) 801.6400<br><br>*Attorneys for PREPA* |
| Dated: December 20, 2017<br>San Juan, PR | /s/ *Katiuska Bolaños Lugo*<br>Arturo Diaz-Angueira (USDC No. 117907)<br>Katiuska Bolaños Lugo (USDC No. 231812)<br>**CANCIO, NADAL, RIVERA & DIAZ, PSC**<br>403 Muñoz Rivera Ave.<br>San Juan, PR 00918-3345<br>Tel: (787) 767.9625<br>Fax: (787) 622.2230<br><br>*Co-Attorney for PREPA* |