# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor(s) | CASE NO. 17-03283 LTS<br><br>PROMESA TITLE III |
| PR HIGHWAYS AND TRANSPORTATION AUTHORITY | CASE NO. 17-03567 LTS<br><br>PROMESA TITLE III |

## *NOTICE OF APPEARANCE AND REQUEST FOR NOTICE*

TO THE HONORABLE COURT:

**NOW COMES** creditor herein, **KANOSO AUTO SALES INC**, *pro se* and very respectfully ALLEGES AND PRAYS:

That pursuant to the provisions of Federal Bankruptcy Procedure Rule 9010 (b), the appearing party notifies that all matters and proceedings in the above-captioned case, be notified to the following address:

KANOSO AUTO SALES INC
PO Box 1446
San German, PR 00683
Tel. 787-538-3468

**WHEREFORE** the appearing party requests that the Clerk of the Court take notice of the appearance and to notify the appearing party of all proceedings in this case, including but not limited to with copies of the petition, schedules, all plans and disclosure statements filed or to be filed in the above captioned case and further prays that his name and address be included in the debtor's Master Address List.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document

*Notice of Appearance*
*Page 2*

with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: USTrustee; debtor's attorney, and all parties in interest.

In San Juan, Puerto Rico this 27th day of November, 2017.

/s/ Jose A. Crespo Gonzalez
JOSE A CRESPO GONZALEZ, President
KANOSO AUTO SALES INC
PO Box 1446
San German, PR 00683
Tel. 787-538-3468