## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>No. 17 BK 4780-LTS<br><br><br>**This Notice relates only to PREPA and shall be filed in Case Nos. 17 BK 3283-LTS and 17 BK 4780-LTS** |

## NOTICE OF FILING OF CREDITOR LIST FOR
## THE PUERTO RICO ELECTRIC POWER AUTHORITY

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**TO ALL CREDITORS OF THE PUERTO RICO ELECTRIC POWER AUTHORITY
AND OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE
FOLLOWING:**

1.      On July 2, 2017, the Puerto Rico Electric Power Authority ("PREPA"), by and

through the Financial Oversight and Management Board for Puerto Rico, as PREPA's

representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and

Economic Stability Act* ("PROMESA"), filed a petition with the United States District Court for

the District of Puerto Rico under Title III of PROMESA (the "Title III Case").

2.      On October 6, 2017, the Court entered an order (a) granting the joint

administration of the Title III Case with the Title III cases of the Commonwealth of Puerto Rico

(the "Commonwealth"), the Employees Retirement System of the Government of the

Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the

Puerto Rico Sales Tax Financing Corporation ("COFINA") for procedural purposes only and (b)

making certain pleadings filed, and the orders entered respectively therewith, in the Title III

cases of the Commonwealth and COFINA applicable as though filed or entered in the Title III

Case [ECF No. 1417] (the "Additional Debtors Joint Administration Order").

3.      By order dated October 26, 2017, the deadline by which PREPA must file its

Creditor List is December 22, 2017.  [ECF No. 1541].

4.      **PLEASE TAKE NOTICE** that the Creditor List attached hereto as Exhibit A is

filed on the Court's docket herewith.

5.      **PLEASE TAKE FURTHER NOTICE** that as part of PREPA's ordinary course

business, PREPA collects and holds a deposit ("Deposit") for each of its customers as security

for missed payments.  Substantially all of PREPA's customers choose to have their Deposits

applied to their last utility bill, which almost always results in a zero balance on such customers'

Deposits.  During the Title III Case, PREPA will continue its historical practices relating to the

application or return of Deposits.  As a result, the Creditor List does not include any customer's claim for a return of the Deposit.

6.        **PLEASE TAKE FURTHER NOTICE** that copies of the Creditor List, as filed in this Title III Case, are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: December 22, 2017
        Dan Juan, Puerto Rico

Respectfully submitted,

/s/ *Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission Pro Hac Vice)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight
and Management Board as representative
for the Debtors*

/s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight
and Management Board as representative
for the Debtors*