IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA")<br><br>Debtor | PROMESA<br>Title III<br>No. 17 BK 3284<br><br>(Joint Administration Requested) |

## MOTION TO WITHDRAW MOTION FOR DECLARATION THAT STAY IS NOT APPLICABLE OR IN THE ALTERNATIVE, LIFTING OF THE STAY

**TO THE HONORABLE COURT:**

COMES NOW the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis (Coporación de Servicios Integrales) and very respectfully states, alleges and prays:

On December 9, 2017, movant file a Motion for Declaration that Stay is not Applicable or in the Alternative, Lifting of the stay, docket 1952. After it was filed, the Commonwealth approached movant and the parties entered into a stipulation to lift the stay. As part of the stipulation, movant was to withdraw said request for lifting of the stay. Hence, movant is withdrawing said request for lifting of the stay.

WHEREFORE: the Corporación de Servicios Integrales respectfully request from the Honorable Court that it take notice of this motion and allow the withdrawing of said motion for lifting of the stay.

Respectfully submitted on this 22nd day of December, 2017.

CERTIFY: That on this same day, the ECF system sent a copy of this motion to all parties in this litigation.

/s John E. Mudd
John E. Mudd
Bar Number: 201102
Attorney for Plaintiffs
LAW OFFICES JOHN E. MUDD
P. O. BOX 194134
SAN JUAN, P.R. 00919
(787) 413-1673
Fax. (787) 753-2202
jemudd@yahoo.com