## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 22, 2017, I caused true and correct copies of the *Urgent Motion to Compel the Commonwealth to Comply with the First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* as Dkt. No. 2155, (the "**motion to compel**") and the *Urgent Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico for Expedited Hearing* as Dkt. No. 2156, (the "**motion for expedited hearing**") to be served in the following manner:

Two copies of the motion to compel and motion for expedited hearing were sent by hand delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street,

Suite 3212, New York, NY 10007.

One copy of the motion to compel and motion for expedited hearing were sent by UPS

overnight delivery to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500

Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922.

One copy of the motion to compel and motion for expedited hearing were was sent via

email to each of the parties listed in Exhibit A attached hereto.

One copy of the motion to compel and motion for expedited hearing were sent via U.S.

mail to each of the parties listed in Exhibit B attached hereto.

| | |
|---|---|
| December 22, 2017 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Edificio Union Plaza |
| 919 Third Ave | PH-A piso 18 |
| New York, NY 10022-3908 | Avenida Ponce de León #416 |
| rgordon@jenner.com | Hato Rey, San Juan |
| rlevin@jenner.com | Puerto Rico 00918 |
| 212-891-1600 (telephone) | ajb@bennazar.org |
| 212-891-1699 (facsimile) | 787-754-9191 (telephone) |
| | 787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*) | |
| Melissa Root (admitted *pro hac vice*) | *Proposed Counsel for The Official Committee* |
| 353 N. Clark Street | *of Retired Employees of Puerto Rico* |
| Chicago, IL 60654 | |
| csteege@jenner.com | |
| mroot@jenner.com | |
| 312-222-9350 (telephone) | |

2