**Schedule A - Long Term Debt Obligations**

| Creditor/Claimant | Contact | Nature of Claim | Insured Amount | Secured | Original Bond Amount | Principal Balance (A) | Accrued Interest (B) | Total Claim Amount A+B | Disputed | Unliquidated | Contingent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of New York Mellon Corp. - Trustee | TBD | $188,395,000 Highway Revenue Refunding Term Bonds Series AA1 | NA | Secured | $188,395,000.00 | $ 110,775,000.00 | $ 2,284,734.38 | $ 113,059,734.38 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $65,275,000 Highway Revenue Refunding Term Bonds Series AA2 | NA | Secured | $65,275,000.00 | $ 65,275,000.00 | $ 1,441,489.58 | $ 66,716,489.58 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $44,275,000 Transportation Revenue Refunding Term Bonds Series H | NA | Secured | $44,275,000.00 | $ 12,720,000.00 | $ 275,242.38 | $ 12,995,242.38 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $1,502,944,944 Transportation Revenue Refunding Term/Serial/Capital Appreciation/CPI/LIBOR Bonds Series N | NA | Secured | $1,502,904,943.95 | $ 1,031,782,096.00 | $ 20,938,708.33 | $ 1,052,720,804.33 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $250,000,000 Transportation Revenue Term/Serial Bonds Series M | NA | Secured | $250,000,000.00 | $ 224,530,000.00 | $ 4,633,152.50 | $ 229,163,152.50 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $431,955,609 Highway Revenue Refunding Term/Serial/Capital Appreciation Bonds Series CC | NA | Secured | $431,955,609.05 | $ 414,425,824.00 | $ 8,636,093.33 | $ 423,061,917.33 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $800,000,000 Transportation Revenue Term Bonds Series K | NA | Secured | $800,000,000.00 | $ 224,940,000.00 | $ 4,678,735.00 | $ 229,618,735.00 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $598,285,000 Transportation Revenue Refunding Term Bonds Series L | NA | Secured | $598,285,000.00 | $ 541,235,000.00 | $ 11,788,185.00 | $ 553,023,185.00 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $101,625,000 Highway Revenue Refunding Term Bonds Series BB | NA | Secured | $101,625,000.00 | $63,070,000.00 | $ 1,379,656.67 | $ 64,449,656.67 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $82,340,000 Transportation Revenue Refunding Bonds Series I | NA | Secured | $82,340,000.00 | $76,470,000.00 | $ 1,584,181.67 | $ 78,054,181.67 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $405,895,000 Transportation Revenue Bonds Series J | NA | Secured | $405,895,000.00 | $73,685,000.00 | $ 1,531,770.00 | $ 75,216,770.00 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $320,545,000 Subordinated Transportation Revenue Bonds Series 2003 | NA | Secured | $320,545,000.00 | $215,960,000.00 | $ 4,713,417.50 | $ 220,673,417.50 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $711,465,000 Highway Revenue Refunding Bonds AA | NA | Secured | $711,465,000.00 | $74,695,000.00 | $ 1,641,980.73 | $ 76,336,980.73 | | Unliquidated | Contingent |

**Schedule A - Long Term Debt Obligations**

| Creditor/Claimant | Contact | Nature of Claim | Insured Amount | Secured | Original Bond Amount | Principal Balance (A) | Accrued Interest (B) | Total Claim Amount A+B | Disputed | Unliquidated | Contingent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of New York Mellon Corp. - Trustee | TBD | $272,880,000 Transportation Revenue Bonds G | NA | Secured | $272,880,000.00 | $159,070,000.00 | $ 3,320,213.33 | $ 162,390,213.33 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $62,130,000 Transportation Revenue Refunding Bonds H | NA | Secured | $62,130,000.00 | $9,205,000.00 | $ 199,313.45 | $ 9,404,313.45 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $571,825,000 Transportation Revenue Bonds D | NA | Secured | $571,825,000.00 | $141,315,000.00 | $ 2,944,062.50 | $ 144,259,062.50 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $284,405,000 Transportation Revenue Refunding Bonds E | NA | Secured | $284,405,000.00 | $133,475,000.00 | $ 3,067,588.33 | $ 136,542,588.33 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $657,960,000 Transportation Revenue Bonds A | NA | Secured | $657,960,000.00 | $415,500,000.00 | $ 18,939,675.83 | $ 434,439,675.83 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $75,050,000 Subordinated Transportation Revenue Bonds 1998 | NA | Secured | $75,050,000.00 | $51,985,000.00 | $ 1,083,020.83 | $ 53,068,020.83 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $73,238,065 Revenue Bonds CAPS | NA | Secured | $73,238,065.00 | $49,265,528.12 | $ - | $ 49,265,528.12 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $1,061,775,000 Revenue Bonds Y | NA | Secured | $1,061,775,000.00 | $87,075,000.00 | $ 2,246,979.17 | $ 89,321,979.17 | | Unliquidated | Contingent |
| Bank of New York Mellon Corp. - Trustee | TBD | $4,510,000 Revenue Bonds FMHA | NA | Secured | $4,510,000.00 | $945,000.00 | $ 19,687.50 | $ 964,687.50 | | Unliquidated | Contingent |