**Schedule B - Trade Vendor Obligations**

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| ACIHERZOG A JOINT VENTUR | 24 ROAD 21 MARTINEZ NADAL AVE | | | GUAYNABO | PR | 00966 | $ 12,150,493 | Contingent | | Unliquidated |
| ADIELCO CONTRACTOR CORP | HC 03 BOX 16888 | | | COROZAL | PR | 00783 | $ 84,231 | Contingent | | Unliquidated |
| ALCO CORP | PO BOX 1623 | | | CANOVANAS | PR | 00629 | $ 41,461 | Contingent | | Unliquidated |
| ALFA Y OMEGA | PO BOX 1788 | | | BAYAMON | PR | 00960-1788 | $ 275,135 | Contingent | | Unliquidated |
| ALUMA CONSTRUCTION CORP | SUITE 112 MSC 240 | 100 GRAN | | SAN JUAN | PR | 00926-5955 | $ 17,901 | Contingent | | Unliquidated |
| AMERICAN NATIONAL INSURAN | URB MONTE BRISAS N60 CALLE ROUND | | | FAJARDO | PR | 00738-3309 | $ 287 | Contingent | | Unliquidated |
| ANIBAL DIAZ CONSTRUCTION | RR9 BOX 1766 | | | SAN JUAN | PR | 00926-9801 | $ 74,015 | Contingent | | Unliquidated |
| AP INDUSTRIAL CORP | HC03 BOX 41267 | | | CAGUAS | PR | 00725 | $ 1,007 | Contingent | | Unliquidated |
| ATKINS CARIBE LLP | METRO OFFICE PARK | 8 CALLE 1 STE | | GUAYNABO | PR | 00968-1705 | $ 29,587 | Contingent | | Unliquidated |
| BARRETT HALE ALAMO | AM TOWER 1605 CALLE PUMARADA FL 6 | | | SAN JUAN | PR | 00912-3218 | $ 108,779 | Contingent | | Unliquidated |
| BBA CONSULTING GROUP PSC | CONDOMINIO IBERIA I | 554 CALLE | | SAN JUAN | PR | 00920-4202 | $ 5,011 | Contingent | | Unliquidated |
| BCO GUBERNAMENTAL DE FOME | CENTRO GUB MINILLAS AVEDEDIEGO | | | SANTURCE | PR | 00940 | $ 662,682 | Contingent | | Unliquidated |
| BEHAR YBARRA ASSOCIATES LLP | PARA MARIA DEL PILAR SOTO | COND IBERIA J3 CALLE PERSEO | | SAN JUAN | PR | 00920 | $ 31,761 | Contingent | | Unliquidated |
| BERMUDEZ LONGO DIAZMAS | PO BOX 191213 | | | SAN JUAN | PR | 00919-1213 | $ 538,072 | Contingent | | Unliquidated |
| BEST WORK CONST SE | HC20 BOX 23014 | | | SAN LORENZO | PR | 00754-9610 | $ 955 | Contingent | | Unliquidated |
| BETTERECYCLING CORP | MARG 65 DE INF CALLE ANDES | URB MC | | SAN JUAN | PR | 00928 | $ 405,248 | Contingent | | Unliquidated |
| BETTEROADS ASPHALT CORP | PO BOX 21420 | | | SAN JUAN | PR | 00928 | $ 382,349 | Contingent | | Unliquidated |
| BIM CONTRACTORS LLC | PO BOX 906 | | | GUAYNABO | PR | 00970 | $ 2,973 | Contingent | | Unliquidated |
| BONNEVILLE CONTRACTING AN | PO BOX 193476 | | | SAN JUAN | PR | 00919-3476 | $ 288,034 | Contingent | | Unliquidated |
| CARIBBEAN PROJECT MANAGEM | PO BOX 9024051 | | | SAN JUAN | PR | 00902-4051 | $ 58,516 | Contingent | | Unliquidated |
| CARIBBEAN SIGN SUPPLY | PO BOX 363901 | | | SAN JUAN | PR | 00936 | $ 241,721 | Contingent | | Unliquidated |
| CARRO CARRO SE | PO BOX 1475 | | | CIALES | PR | 00638 | $ 213,584 | Contingent | | Unliquidated |
| CC CONSTRUCTION CORP | PO BOX 21392 | | | SAN JUAN | PR | 00928 | $ 3,783 | Contingent | | Unliquidated |
| CD BUILDERS INC | PO BOX 1333 | | | GURABO | PR | 00778-1333 | $ 565,714 | Contingent | | Unliquidated |
| CHM INGENIEROS ARQUITECTO | PO BOX 8230 | | | SAN JUAN | PR | 00910-0230 | $ 19,437 | Contingent | | Unliquidated |
| CJO CONSTRUCTION CORP | PO BOX 844 | | | NARANJITO | PR | 00719 | $ 168,427 | Contingent | | Unliquidated |
| CLARO TELEPHONE COMPANY | 1515 FRANKLIN D, ROOSEVELT AVE., | | | GUAYNABO | PR | 00936 | $ 516,916 | Contingent | | Unliquidated |
| CMA ARCHITECTS ENGINEER | PO BOX 11490 | | | SAN JUAN | PR | 00922-1490 | $ 298,744 | Contingent | | Unliquidated |
| CONSTRUCTORA AMR INC | PO BOX 372888 | | | CAYEY | PR | 00737 | $ 19,917 | Contingent | | Unliquidated |
| CONSTRUCTORA FORTIS CORP | PO BOX 2125 | | | OROCOVIS | PR | 00720-2125 | $ 130,211 | Contingent | | Unliquidated |
| CONSTRUCTORA HARTMANN S | CALLE PARANA 1660 EL CEREZAL | | | SAN JUAN | PR | 00926 | $ 106,530 | Contingent | | Unliquidated |
| CONSTRUCTORA I MELENDEZ | 15 BETANCES SUITE 3 | | | SANTA ISABEL | PR | 00926 | $ 593,680 | Contingent | | Unliquidated |
| CONSTRUCTORA JOSE CARRO | PO BOX 508 | | | COTTO LAUREL | PR | 00780-0508 | $ 757,994 | Contingent | | |
| CONSTRUCTORA RODRIGUEZ SEVILLA IN | PARA ANTONIO RODRIGUEZ | URB OASIS GARDENS L2 | | GUAYNABO | PR | 00969 | $ 162,658 | Contingent | | Unliquidated |
| CONSTRUCTORA SANTIAGO II | CARR 850 KM 02 BO LAS CUEVAS | | | TRUJILLO ALTO | PR | 00936 | $ 200,596 | Contingent | | Unliquidated |
| COOP AHORRO Y CRED VEGA B | PO BOX 4622 | | | VEGA BAJA | PR | 00691 | $ 552 | Contingent | | Unliquidated |
| COOP AHORRO Y CREDITO DE | PO BOX 30562 | | | MANATI | PR | 00674 | $ 132 | Contingent | | Unliquidated |
| COOP DE SEGUROS DE VIDA C | PO BOX 363428 | | | SAN JUAN | PR | 00936 | $ 7,504 | Contingent | | Unliquidated |
| COOP DEPTO AGRICULTURA | APARTADO 13583 | | | SAN JUAN | PR | 00908 | $ 682 | Contingent | | Unliquidated |
| COOPERATIVA DEL TRABAJO | PO BOX 21346 | | | SAN JUAN | PR | 00928 | $ 1,217 | Contingent | | Unliquidated |
| CORDOVA CONDE ASSOC | CALLE LOIZA 1760 | EDIF MADRID | | SANTURCE | PR | 00911 | $ 18,069 | Contingent | | Unliquidated |
| CS ITS CARIBE INC | CALLE RAFAEL CORDERO 63 ALTOS | | | CAGUAS | PR | 00726 | $ 351,212 | Contingent | | Unliquidated |
| CSA ARCHITECTS ENGINEER | EDIF MERCANTIL PLAZA MEZZANINE | | | SAN JUAN | PR | 00918 | $ 352,948 | Contingent | | Unliquidated |
| DEL VALLE GROUP SP | PO BOX 2319 | | | TOA BAJA | PR | 00951-2319 | $ 4,921,848 | Contingent | | Unliquidated |
| DELTA CONSULTING ENGINEER | PMB 494 PO BOX 7891 | | | GUAYNABO | PR | 00990-7891 | $ 318 | Contingent | | Unliquidated |
| DESARROLLADORA J A INC | POBOX 343 | | | ISABELA | PR | 00662 | $ 641,959 | Contingent | | Unliquidated |
| DG3A DESIGN GROUP PSC | 400 KALAF PMB 122 | | | SAN JUAN | PR | 00918 | $ 61,471 | Contingent | | Unliquidated |
| DMJM HARRIS INC | 500 AVE JESUS T PIERO APT 398 | | | SAN JUAN | PR | 00918-4051 | $ 1,489,089 | Contingent | | Unliquidated |
| EBP DESIGN GROUP CONSULT | CALLE DEL PARQUE 207 4TO PISO | | | SAN JUAN | PR | 00912-3204 | $ 1,574 | Contingent | | Unliquidated |

**Schedule B - Trade Vendor Obligations**

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| EMPRESAS FORTIS INC | PO BOX 2278 | | | MOROVIS | PR | 00687 | $ 83,642 | Contingent | | Unliquidated |
| EMPRESAS JBR | CARR 143 KM 550 BO HELECHAR | | | BARRANQUITAS | PR | 00794 | $ 24,454 | Contingent | | Unliquidated |
| ENDIX GROUP INC | PO BOX 2205 | | | VEGA BAJA | PR | 00693 | $ 19,320 | Contingent | | Unliquidated |
| FEDERAL HIGHWAY ADMINISTR | PO BOX 100147 | | | ATLANTA | GA | 30384-0147 | $ 11,998 | Contingent | | Unliquidated |
| FERDINAND CRUZ VELAZQUEZ | URB JARDINES DEL CARIBE | CALLE WEST | | PONCE | PR | 00728 | $ 31,000 | Contingent | | Unliquidated |
| FERROVIAL AGROMAN | 1250 PONCE DE LEON AVE | SAN JOSE | | SAN JUAN | PR | 00907 | $ 5,121,533 | Contingent | | Unliquidated |
| FIRST TRANSIT INC | 22192 NETWORK PLACE | | | CHICAGO | IL | 00679-1221 | $ 6,698,226 | Contingent | | Unliquidated |
| GENESIS INSURANCE COMPANY | 15 PUEDMONT CENTER, SUITE 1400 | 2575 PIEDMONT | | ATLANTA | GA | 30305 | $ 29,159 | Contingent | | Unliquidated |
| GEOGRAPHIC MAPPING TECHNO | COND FRENCH PLAZA 81 | CALLE | | SAN JUAN | PR | 00917-5137 | $ 55,980 | Contingent | | Unliquidated |
| GERMAN TORRES BERRIOS Y A | PR152 KM 17 | BARRIO | | BARRANQUITAS | PR | 00974 | $ 13,991 | Contingent | | Unliquidated |
| GILA LLC | METRO OFFICE PARK | CALLE 1 | | GUAYNABO | PR | 00968 | $ 5,507,957 | Contingent | | Unliquidated |
| GILL ENGINEERING GROUP | 823 SANTANA | | | ARECIBO | PR | 00612 | $ 233,174 | Contingent | | Unliquidated |
| GLOBAL INSURANCE AGENCY INC | PO BOX 9023918 | | | SAN JUAN | PR | 00902-3918 | $ 182,205 | Contingent | | Unliquidated |
| HERNANDEZALAYON ING Y | BOX 362192 | | | SAN JUAN | PR | 00936 | $ 8,451 | Contingent | | Unliquidated |
| IGLESIAS VAZQUEZ ASSOCI | PO BOX 9024070 | | | SAN JUAN | PR | 00902-4070 | $ 1,186 | Contingent | | Unliquidated |
| IGNACIO SKERRET | BARRIO GUZMAN ABAJO | CARR956 KM 10 | | RIO GRANDE | PR | 00745 | $ 66,350 | Contingent | | Unliquidated |
| ING JOSE MENDEZ RODRIGUE | URB SABANERA 298 CAMINO DEL SOL | | | CIDRA | PR | 00739-9447 | $ 15,521 | Contingent | | Unliquidated |
| ING JUAN O VIRELLA SANCHE | PO BOX 865 | | | COROZAL | PR | 00783 | $ 63,826 | Contingent | | Unliquidated |
| ING MIGUEL A MENAR FIGU | LAS HACIENDAS NUM 15080 | CAMINO LARGO | | CANOVANAS | PR | 00729 | $ 720 | Contingent | | Unliquidated |
| INGENIAR ENGINEERING SOLUTIONS | ALTURAS DE FLAMBOYAN GG 13 CALLE 19 | | | BAYAMON | PR | 00959 | $ 60,371 | Contingent | | Unliquidated |
| INTEGRA DESIGN GROUP ARCH | PO BOX 195488 | | | SAN JUAN | PR | 00918 | $ 1,621 | Contingent | | Unliquidated |
| ISLAND WIDE INSURANCE AGE | CALLE TABONUCO B7 | TORRE SANTANDER | SAN PATRICIO | GUAYNABO | PR | 00968 | $ 353 | Contingent | | Unliquidated |
| IVAN VELAZQUEZ Y ASOCIADO | PA 15 PARQUE PUNTA SALINAS | | | LEVITTOWN | PR | 00940 | $ 28,657 | Contingent | | Unliquidated |
| JAMAR SANTOS ELECTRICAL INC | PO BOX 1379 | | | GURABO | PR | 00778-1379 | $ 65,324 | Contingent | | Unliquidated |
| JC ASSOCIATES PROPERTY | 405 AVE ESMERALDA SUITE 102 PMB 398 | | | GUAYNABO | PR | 00969 | $ 56,466 | Contingent | | Unliquidated |
| JC BARRIER SOLUTIONS COR | URB ESTANCIAS DEL PARQUE | E9 CALLE A | | GUAYNABO | PR | 00969 | $ 169,934 | Contingent | | Unliquidated |
| JO VIRELLA ASSOC | PO BOX 865 | | | COROZAL | PR | 00783 | $ 5,361 | Contingent | | Unliquidated |
| JOSE A BATLLE Y ASSOCIADO | PO BOX 194260 | | | SAN JUAN | PR | 00919-4260 | $ 120,187 | Contingent | | Unliquidated |
| JRJD STRUCTURAL ENGINEER | 1797 CALLE COMPOSTELLA | URB COLLEGE | | SAN JUAN | PR | 00921 | $ 735 | Contingent | | Unliquidated |
| KAISEN UTILITY CONSTRUCTI | CARR 779 KM 76 BARRIO PALOMAS | | | COMERIO | PR | 00782 | $ 5,582 | Contingent | | Unliquidated |
| KIMLEY HORN PUERTO RICO | MILLENNIUM PARK PLAZA SUITE 435 | METRO OFFICE PARK 15 | | GUAYNABO | PR | 00968 | $ 28,734 | Contingent | | Unliquidated |
| KLEIN ENGINEERING PSC | PO BOX 12009 | | | SAN JUAN | PR | 00922-2009 | $ 6,274 | Contingent | | Unliquidated |
| LADISLAO ORTIZ Y ASOC | PO BOX 270122 | | | SAN JUAN | PR | 00928-2922 | $ 3,706 | Contingent | | Unliquidated |
| LEASEWAY OF PR | PO BOX 11311 | | | SAN JUAN PR | PR | 00922 | $ 31,490 | Contingent | | Unliquidated |
| LOGISTIC ENGINEERING CONS | CONDOMINIO SAN MARTIN 1605 | SUITE 202 | AVE PONCE DE LEON PARADA 23 | SAN JUAN | PR | 00909 | $ 1,148 | Contingent | | Unliquidated |
| LOPEZ BROTHER CONST INC | HC 1 BOX 5324 | | | BARRANQUITA | PR | 00794-9688 | $ 94,902 | Contingent | | Unliquidated |
| LPC D INC | PO BOX 2025 | | | LAS PIEDRAS | PR | 00771 | $ 3,357,858 | Contingent | | Unliquidated |
| MAGLEZ ENGINEERINGS AND C | BOX 1174 | | | FLORIDA | PR | 00650 | $ 41,968 | Contingent | | Unliquidated |
| MANGUALS OFFICE CLEANING | CALLE ACUARELA 1 | URB MUNOZ | | GUAYNABO | PR | 00969 | $ 145,157 | Contingent | | Unliquidated |
| MANHATTAN INSURANCE GROUP | CALLE MAYAGUEZ 48 | | | HATO REY | PR | 00919 | $ 52 | Contingent | | Unliquidated |
| MASTER PAVEMENT LINE CORP | 108 LIGHT HOUSE PLAZA | | | CABO ROJO | PR | 00623 | $ 3,413 | Contingent | | Unliquidated |
| MEGA POWER CORP | PMB 302 PO BOX 2020 | | | BARCELONETA | PR | 00617-2020 | $ 2,161 | Contingent | | Unliquidated |
| METRIC ENGINEERING INC | 13940 SW 136TH ST | | | MIAMI | FL | 33186 | $ 315,058 | Contingent | | Unliquidated |
| METROPISTAS DE PUERTO RICO | CITY VIEW PLAZA 500, TOWER 1 | HIGHWAY # 165 | | GUAYNABO | PR | 968 | $ 307,092 | Contingent | | Unliquidated |
| MIGUELITO ASPHALT | CALLE 825 KM 31 BARRIO ACHIOTE | | | NARANJITO | PR | 00719 | $ 269,772 | Contingent | | Unliquidated |

Schedule B - Trade Vendor Obligations

| Creditor Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|---|
| NATIONAL INSURANCE CO | PO BOX 366107 | | | SAN JUAN | PR | 00936-6107 | $ 40,398 | Contingent | | Unliquidated |
| NEW STAR ADQUISITION | CAPARRA TERRACE CALLE 30 SO 1305 | | | SAN JUAN | PR | 00921 | $ 616,797 | Contingent | | Unliquidated |
| OBRATEC CONTRATISTA GENER | CAMINO ALEJANDRINO KM 30 | SECTOR MELIA | | GUAYNABO | PR | | $ 244,193 | Contingent | | Unliquidated |
| PEERLESS OIL CHEMICALS | 671 ROAD 337 FIRM DELIVERY | | | PENUELAS | PR | 00624-7513 | $ 171,590 | Contingent | | Unliquidated |
| PG ENGINEERING SOLUTIONS | AVE PONCE DE LEON 1122 | | | SAN JUAN | PR | 00925 | $ 6,674 | Contingent | | Unliquidated |
| PRIME ELECTRIC CORP | BOX 11979 | | | SAN JUAN | PR | 00922 | $ 215,304 | Contingent | | Unliquidated |
| PUERTO RICO TELEPHONE CO | PO BOX 71220 | | | SAN JUAN | PR | 00936-8502 | $ 469,715 | Contingent | | Unliquidated |
| PUERTO RICO WIRE PRODUCTS | PO BOX 363167 | | | SAN JUAN | PR | 00936-3167 | $ 20,064 | Contingent | | Unliquidated |
| PVH MOTORS CORP | 65 INF ESQ JUAN PEA REYES | | | RIO PIEDRAS | PR | 00751-1785 | $ 688,860 | Contingent | | Unliquidated |
| QUINONES ARBONA LAW OFF | DORAL BANK PLAZA | 33 CALLE | | SAN JUAN | PR | 00920 | $ 26,463 | Contingent | | Unliquidated |
| QUIONES DIEZ SILVA Y A | PO BOX 191743 | | | SAN JUAN | PR | 00919-1743 | $ 25,502 | Contingent | | Unliquidated |
| R F ASPHALT UNLIMITED | PO BOX 1028 COTO LAUREL | | | PONCE | PR | 00780 | $ 637 | Contingent | | Unliquidated |
| RAFAEL J NIDO INC | PO BOX 11978 | | | SAN JUAN | PR | 00922-1978 | $ 21,171 | Contingent | | Unliquidated |
| RBC CONSTRUCTION CORP | PO BOX 363511 | | | SAN JUAN | PR | 00936-3511 | $ 27,152 | Contingent | | Unliquidated |
| RBR CONSTRUCTION LLC | PASEO SAN JUAN CALLE CATEDRAL C13 | | | SAN JUAN | PR | 00902 | $ 65,743 | Contingent | | Unliquidated |
| RO RENTAL EQUIPMENT | PO BOX 847 | | | NARANJITO | PR | 00719 | $ 36,462 | Contingent | | Unliquidated |
| ROBERTO REXACH CINTRON | C8 2 STREET SANTA PAULA | | | GUAYNABO | PR | 00969 | $ 10,501 | Contingent | | Unliquidated |
| ROBLES ASPHALT INC | 2601 CARR 14 COTO LAUREL | | | PONCE | PR | 00780-2170 | $ 268,354 | Contingent | | Unliquidated |
| S H V P MOTOR CORP | AVE KENNEDY KM 39 SECTOR BECHARA | | | SAN JUAN | PR | 00929 | $ 32,061 | Contingent | | Unliquidated |
| SAFETY ROUTE CORPORATION | HC 02 BOX 25520 | | | SAN SEBASTIAN | PR | 00685 | $ 77,367 | Contingent | | Unliquidated |
| SIERRA CARDONA Y FERRER | METRO OFFICE PARK | | | GUAYNABO | PR | 00965 | $ 12,573 | Contingent | | Unliquidated |
| SKANSKA USA BUILDING INC | CENTRO EUROPA BLDG | SUITE 700 | | SAN JUAN | PR | 00907 | $ 83,399 | Contingent | | Unliquidated |
| SM ELECTRICAL CONTRACTO | AVE SAN CRISTOBAL 3006 | COTTO LAUREL | | PONCE | PR | 00731 | $ 26,099 | Contingent | | Unliquidated |
| SR ENGINEERING SE | PO BOX 29406 65 TH INF STATION | | | SAN JUAN | PR | 00929 | $ 116,747 | Contingent | | Unliquidated |
| STANLEY CONSULTANTS ENGIN | METRO OFFICE 3 SUITE 306 | METRO OFFICE | | GUAYNABO | PR | 00968 | $ 12,857 | Contingent | | Unliquidated |
| SUPER ASPHALT PAVEMENT CO | CARR 1 KM 185 BO CAIMITO | | | RIO PIEDRAS | PR | 00926 | $ 1,573,363 | Contingent | | Unliquidated |
| TAMRIO INC | BOX 455 | | | MAYAGUEZ | PR | 00681 | $ 1,046,718 | Contingent | | Unliquidated |
| TIERRA LINDA LANDSCAPING | PO BOX 1796 | | | CAROLINA | PR | 00984 | $ 6,048 | Contingent | | Unliquidated |
| TORRES COLON INC | PO BOX 682 | | | OROCOVIS | PR | 00720 | $ 14,366 | Contingent | | Unliquidated |
| TORRESROSA CONSULTING EN | PO BOX 9023763 | | | SAN JUAN | PR | 00902-3763 | $ 8,871 | Contingent | | Unliquidated |
| TRANS OCEANIC LIFE INS CO | GPO BOX 3467 | | | SAN JUAN | PR | 00936 | $ 70,762 | Contingent | | Unliquidated |
| TRANSCORE ATLANTIC INC | ATTN TAX DEPT 8158 ADAMS DRIVE | | | HUMMELSTOWN | PA | 17036 | $ 2,624,870 | Contingent | | Unliquidated |
| TRIPLE S INSURANCE | 1510 AVE. F D ROOSEVELT | | | GUAYNABO | PR | 965 | $ 189,719 | Contingent | | Unliquidated |
| UNIQUE BUILDERS INC | CALLE CONFIANZA NUM 718 | | | RIO PIEDRAS | PR | 00925 | $ 381,749 | Contingent | | Unliquidated |
| URS CARIBE, LLP | 954 AVE PONCE DE LN 304 | | | SAN JUAN | PR | 00907 | $ 463,933 | Contingent | | Unliquidated |
| VJ CONTRACTORS AND MAINTE | AVE JESUS T PINEIRO 305 | | | CAYEY | PR | 00736 | $ 3,260 | Contingent | | Unliquidated |
| WASHINGTON NATIONAL INSUR | PO BOX 113 | | | SAN LORENZO | PR | 00754 | $ 327 | Contingent | | Unliquidated |
| WEST CORPORATION | PO BOX 3006 | | | MAYAGUEZ | PR | 00681 | $ 293,220 | Contingent | | Unliquidated |