**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| ACEVEDO MÉNDEZ, LEONARDO | ADDRESS REDACTED | $ 342,179.53 | Contingent | | Unliquidated |
| ACOSTA CLAUDIO, IVELISSE | ADDRESS REDACTED | $ 15,285.44 | Contingent | | Unliquidated |
| ADORNO MONTALVO, JOSÉ LUIS | ADDRESS REDACTED | $ 153,387.49 | Contingent | | Unliquidated |
| ÁLAMO AGUAYO, RAMONITA | ADDRESS REDACTED | $ 51,322.82 | Contingent | | Unliquidated |
| ÁLAMO FEBRES PABLO H. | ADDRESS REDACTED | $ 333,056.78 | Contingent | | Unliquidated |
| ALVAREZ CANEL, MARÍA DEL PILAR | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| ALVERIO MORALES, ANGEL | ADDRESS REDACTED | $ 89,296.50 | Contingent | | Unliquidated |
| ANAZAGASTY GUTIERREZ, HAYDEÉ | ADDRESS REDACTED | $ 405,270.32 | Contingent | | Unliquidated |
| APONTE COTTO, JOSÉ R. | ADDRESS REDACTED | $ 325,537.80 | Contingent | | Unliquidated |
| AVILÉS TRAVERSO, MAYDA E. | ADDRESS REDACTED | $ 537,897.55 | Contingent | | Unliquidated |
| BARRAL FERNÁNDEZ, LUIS H. | ADDRESS REDACTED | $ 43,331.83 | Contingent | | Unliquidated |
| BATISTA OQUENDO, ABERZAIN | ADDRESS REDACTED | $ 92,519.10 | Contingent | | Unliquidated |
| BENGOCHEA VÁZQUEZ, ODETTE | ADDRESS REDACTED | $ 616,689.45 | Contingent | | Unliquidated |
| BENÍTEZ DELGADO, EDNA | ADDRESS REDACTED | $ 245,252.98 | Contingent | | Unliquidated |
| BERMÚDEZ GASCOT, MARÍA N. | ADDRESS REDACTED | $ 146,469.90 | Contingent | | Unliquidated |
| BERRÍOS RIVERA, RUPERTO | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| BOGDEL FIGUEROA, WANDA | ADDRESS REDACTED | $ 281,235.77 | Contingent | | Unliquidated |
| BORGES MARTÍNEZ, NANCY | ADDRESS REDACTED | $ 616,340.91 | Contingent | | Unliquidated |
| BURGOS HERNÁNDEZ, YOLANDA | ADDRESS REDACTED | $ 353,075.11 | Contingent | | Unliquidated |
| BURGOS OCAÑA, NÉLIDA | ADDRESS REDACTED | $ 67,435.80 | Contingent | | Unliquidated |
| BURGOS ROLÓN, SANTIAGO L. | ADDRESS REDACTED | $ 754,805.70 | Contingent | | Unliquidated |
| CABRERA RODRIGUEZ, JOSE | ADDRESS REDACTED | $ 1,088.31 | Contingent | | Unliquidated |
| CAMARENO ROSARIO, JOSÉ E. | ADDRESS REDACTED | $ 276,645.09 | Contingent | | Unliquidated |
| CARRERAS CRUZ, LUIS H. | ADDRESS REDACTED | $ 55,864.15 | Contingent | | Unliquidated |
| CASILLAS RIVERA, JOSÉ M. | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| CASTILLO ORTIZ, ESTRELLA | ADDRESS REDACTED | $ 395,871.19 | Contingent | | Unliquidated |
| CASTRO HERNÁNDEZ, WILFREDO | ADDRESS REDACTED | $ 532,468.20 | Contingent | | Unliquidated |
| CENTENO NAVARRO, ERICK | ADDRESS REDACTED | $ 490,019.83 | Contingent | | Unliquidated |
| CENTENO PÉREZ, YOLANDA | ADDRESS REDACTED | $ 306,456.60 | Contingent | | Unliquidated |
| CHEVERE ORTIZ, JOSÉ M. | ADDRESS REDACTED | $ 122,850.96 | Contingent | | Unliquidated |
| CLASS DELGADO, MARIBEL | ADDRESS REDACTED | $ 515,044.52 | Contingent | | Unliquidated |
| CLASS RODRÍGUEZ, JOAQUÍN | ADDRESS REDACTED | $ 28,964.63 | Contingent | | Unliquidated |
| COLLAZO VÁZQUEZ, WANDA I. | ADDRESS REDACTED | $ 522,981.81 | Contingent | | Unliquidated |
| COLÓN BERLINGERI, EVELYN S. | ADDRESS REDACTED | $ 850,933.11 | Contingent | | Unliquidated |
| COLÓN CARTAGENA, JULIO | ADDRESS REDACTED | $ 85,995.35 | Contingent | | Unliquidated |
| COLÓN TORRES, ORLANDO | ADDRESS REDACTED | $ 70,405.13 | Contingent | | Unliquidated |
| COLÓN VEGA, JUAN | ADDRESS REDACTED | $ 8,656.07 | Contingent | | Unliquidated |
| CORREA GARCÍA, IRIVELISSE | ADDRESS REDACTED | $ 205,003.54 | Contingent | | Unliquidated |
| CRESPO SAAVEDRA, WANDA A. | ADDRESS REDACTED | $ 375,799.18 | Contingent | | Unliquidated |
| CRUZ CANDELARIA, MARITZA | ADDRESS REDACTED | $ 8,745.47 | Contingent | | Unliquidated |
| CUEVAS AROCHO, REYNALDO | ADDRESS REDACTED | $ 52,005.66 | Contingent | | Unliquidated |

**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| CUEVAS MARRERO, ADOLFO | ADDRESS REDACTED | $ 674,480.39 | Contingent | | Unliquidated |
| CUEVAS MATOS, ÁNGEL L. | ADDRESS REDACTED | $ 177,067.82 | Contingent | | Unliquidated |
| DA SILVA AROCHO, HUGO E. | ADDRESS REDACTED | $ 647,820.75 | Contingent | | Unliquidated |
| DÁVILA SOTO, JOSÉ R. | ADDRESS REDACTED | $ 662,882.21 | Contingent | | Unliquidated |
| DE JESÚS LOZADA, REINALDO | ADDRESS REDACTED | $ 49,908.46 | Contingent | | Unliquidated |
| DE JESUS TORRES, JOSÉ A. | ADDRESS REDACTED | $ 51,795.42 | Contingent | | Unliquidated |
| DE LA CRUZ MONTAÑEZ, MARILÚ | ADDRESS REDACTED | $ 729,284.37 | Contingent | | Unliquidated |
| DE LEÓN DE JESÚS, FABIO A. | ADDRESS REDACTED | $ 504,231.15 | Contingent | | Unliquidated |
| DEL RÍO VÉLEZ, MIGUEL | ADDRESS REDACTED | $ 219,363.90 | Contingent | | Unliquidated |
| DEL VALLE RIVERA, HERIBERTO | ADDRESS REDACTED | $ 502,259.02 | Contingent | | Unliquidated |
| DELGADO CLAUDIO, REYNALDO | ADDRESS REDACTED | $ 79,469.00 | Contingent | | Unliquidated |
| DELGADO ESPINO, JOSÉ J. | ADDRESS REDACTED | $ 66,600.40 | Contingent | | Unliquidated |
| DELGADO PÉREZ, JOSÉ L. | ADDRESS REDACTED | $ 181,716.86 | Contingent | | Unliquidated |
| DÍAZ CRUZ, EDNA N. | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| DÍAZ MENDOZA, EFRAÍN G. | ADDRESS REDACTED | $ 249,304.26 | Contingent | | Unliquidated |
| DÍAZ ROSARIO, ORLANDO | ADDRESS REDACTED | $ 2,182.95 | Contingent | | Unliquidated |
| ESTELA LORENZO, JULIO I. | ADDRESS REDACTED | $ 166,541.14 | Contingent | | Unliquidated |
| ESTEVES PÉREZ, MARISOL | ADDRESS REDACTED | $ 135,800.99 | Contingent | | Unliquidated |
| FELICIANO FELICIANO, ISAAC E. | ADDRESS REDACTED | $ 28,485.36 | Contingent | | Unliquidated |
| FERNÁNDEZ COLÓN, RAMONA | ADDRESS REDACTED | $ 1,076.71 | Contingent | | Unliquidated |
| FERNÁNDEZ RIVERA, FRANCISCO | ADDRESS REDACTED | $ 449,919.85 | Contingent | | Unliquidated |
| FERNÁNDEZ VALLADARES, IGNACIO | ADDRESS REDACTED | $ 101,097.25 | Contingent | | Unliquidated |
| FLORES VÁZQUEZ, MARIBEL | ADDRESS REDACTED | $ 81,208.11 | Contingent | | Unliquidated |
| GARCÍA ANDINO, MARÍA | ADDRESS REDACTED | $ 131,660.28 | Contingent | | Unliquidated |
| GIOL TORRES, MARITZA | ADDRESS REDACTED | $ 120,420.11 | Contingent | | Unliquidated |
| GODINEAUX NIEVES, IDALIA | ADDRESS REDACTED | $ 125,129.43 | Contingent | | Unliquidated |
| GÓMEZ RAMOS, EUGENIO | ADDRESS REDACTED | $ 150,368.72 | Contingent | | Unliquidated |
| GONZÁLEZ DÍAZ, FRANCISCO J. | ADDRESS REDACTED | $ 238,998.33 | Contingent | | Unliquidated |
| GONZÁLEZ GALLOZA, BEVERLY | ADDRESS REDACTED | $ 205,379.00 | Contingent | | Unliquidated |
| GONZÁLEZ RIVERA, IVONNE M. | ADDRESS REDACTED | $ 641,912.51 | Contingent | | Unliquidated |
| GRACIA MOLINA, JOHNNY | ADDRESS REDACTED | $ 396,802.67 | Contingent | | Unliquidated |
| GRANADO VELÁZQUEZ, JOSÉ W. | ADDRESS REDACTED | $ 625,533.37 | Contingent | | Unliquidated |
| GUADALUPE COLÓN, CARLOS E. | ADDRESS REDACTED | $ 4,447.53 | Contingent | | Unliquidated |
| GUERRERO RÍOS, OBDULIA | ADDRESS REDACTED | $ 278,532.52 | Contingent | | Unliquidated |
| GUILLERMETY PÉREZ, GABRIEL J. | ADDRESS REDACTED | $ 421,197.06 | Contingent | | Unliquidated |
| GUMBE SANTANA, KAREN L. | ADDRESS REDACTED | $ 68,134.46 | Contingent | | Unliquidated |
| GUZMÁN ADORNO, CRUZ | ADDRESS REDACTED | $ 113,727.10 | Contingent | | Unliquidated |
| GUZMÁN CRUZ, JOSÉ B. | ADDRESS REDACTED | $ 137,941.07 | Contingent | | Unliquidated |
| HERNÁNDEZ RIVERA, MARTA I. | ADDRESS REDACTED | $ 100,772.75 | Contingent | | Unliquidated |
| HERNÁNDEZ RUIZ, JUAN M. | ADDRESS REDACTED | $ 402,293.66 | Contingent | | Unliquidated |
| HERNÁNDEZ SANTIAGO, FÉLIX D. | ADDRESS REDACTED | $ 98,075.20 | Contingent | | Unliquidated |

**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| HERNÁNDEZ VÁZQUEZ, WILLIAM | ADDRESS REDACTED | $ 395,676.67 | Contingent | | Unliquidated |
| HERRERA JIMÉNEZ, LUISA | ADDRESS REDACTED | $ 203,773.22 | Contingent | | Unliquidated |
| JUAN LÓPEZ, LUIS ÁNGEL | ADDRESS REDACTED | $ 260,619.27 | Contingent | | Unliquidated |
| JUARBE TOLEDO, DAISY I. | ADDRESS REDACTED | $ 525,647.94 | Contingent | | Unliquidated |
| LATALLADI DISDIER, JOSÉ JUAN | ADDRESS REDACTED | $ 86,285.22 | Contingent | | Unliquidated |
| LEDAIN GENTILLON, REGINALD | ADDRESS REDACTED | $ 502,210.97 | Contingent | | Unliquidated |
| LÓPES MURIENTE, DANESKA | ADDRESS REDACTED | $ 427,500.31 | Contingent | | Unliquidated |
| LÓPEZ PADILLA, MARTA A. | ADDRESS REDACTED | $ 1,521.38 | Contingent | | Unliquidated |
| LÓPEZ RIVERA, SEVERO | ADDRESS REDACTED | $ 49,881.82 | Contingent | | Unliquidated |
| LÓPEZ VIRELLA, RAFAEL A. | ADDRESS REDACTED | $ 66,242.25 | Contingent | | Unliquidated |
| LÓPEZ ZAYAS, LISSETTE | ADDRESS REDACTED | $ 228,363.39 | Contingent | | Unliquidated |
| LUGO BALLESTER, JOSÉ LUIS | ADDRESS REDACTED | $ 487,736.61 | Contingent | | Unliquidated |
| MACHADO RODRÍGUEZ, ÁNGEL M. | ADDRESS REDACTED | $ 105,891.51 | Contingent | | Unliquidated |
| MALDONADO MALDONADO, ELENA | ADDRESS REDACTED | $ 51,491.61 | Contingent | | Unliquidated |
| MALDONADO SUÁREZ, IRIS M. | ADDRESS REDACTED | $ 74,241.09 | Contingent | | Unliquidated |
| MARICHAL LLOVERAS RAFAEL A. | ADDRESS REDACTED | $ 294,971.56 | Contingent | | Unliquidated |
| MARRERO ARCE, JOSÉ LUIS | ADDRESS REDACTED | $ 81,313.89 | Contingent | | Unliquidated |
| MARRERO OLMEDA, JOSÉ M. | ADDRESS REDACTED | $ 361,695.71 | Contingent | | Unliquidated |
| MARTÍNEZ CABRERA, BENJAMÍN | ADDRESS REDACTED | $ 420,777.46 | Contingent | | Unliquidated |
| MARTÍNEZ GARCÍA, FLORENTINO | ADDRESS REDACTED | $ 85,767.33 | Contingent | | Unliquidated |
| MARTÍNEZ SUÁREZ, NANCY I. | ADDRESS REDACTED | $ 3,031.10 | Contingent | | Unliquidated |
| MÁS RAMÍREZ, JORGE | ADDRESS REDACTED | $ 123,826.04 | Contingent | | Unliquidated |
| MATOS OLIVERA, HONORIO | ADDRESS REDACTED | $ 113,294.82 | Contingent | | Unliquidated |
| MATOS PACHECO, GISELA | ADDRESS REDACTED | $ 425,293.34 | Contingent | | Unliquidated |
| MEDINA PRUNA, OSCAR | ADDRESS REDACTED | $ 226,675.95 | Contingent | | Unliquidated |
| MEDINA ROJAS, ENID S. | ADDRESS REDACTED | $ 279,397.08 | Contingent | | Unliquidated |
| MELÉNDEZ MANGUAL, EDWIN | ADDRESS REDACTED | $ 97,694.53 | Contingent | | Unliquidated |
| MELÉNDEZ ROSARIO, VICTOR M | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| MÉNDEZ CUADRADO, WALTER | ADDRESS REDACTED | $ 42,371.17 | Contingent | | Unliquidated |
| MERCED ACEVEDO, BRISEIDA | ADDRESS REDACTED | $ 58,527.81 | Contingent | | Unliquidated |
| MIRÓ GÓMEZ, MARÍA DEL C. | ADDRESS REDACTED | $ 51,546.95 | Contingent | | Unliquidated |
| MOLINA MARTÍNEZ, NELSON F. | ADDRESS REDACTED | $ 19,978.29 | Contingent | | Unliquidated |
| MONTALVO JULIÁ, LIZABETH | ADDRESS REDACTED | $ 308,886.39 | Contingent | | Unliquidated |
| MONTERO NEGRÓN, NANCY | ADDRESS REDACTED | $ 154,925.50 | Contingent | | Unliquidated |
| MORALES DÍAZ, LIZZETTE M. | ADDRESS REDACTED | $ 160,236.44 | Contingent | | Unliquidated |
| MORALES GONZÁLEZ, ÁNGEL | ADDRESS REDACTED | $ 515,072.72 | Contingent | | Unliquidated |
| MORALES SANTIAGO, EVELYN | ADDRESS REDACTED | $ 67,592.18 | Contingent | | Unliquidated |
| MUÑOZ MUÑOZ, NILSA | ADDRESS REDACTED | $ 103,679.35 | Contingent | | Unliquidated |
| NEGRÓN NEGRÓN, JOSÉ L. | ADDRESS REDACTED | $ 101,949.58 | Contingent | | Unliquidated |
| NEGRÓN PADILLA, JORGE A. | ADDRESS REDACTED | $ 722,014.34 | Contingent | | Unliquidated |
| NEGRÓN SANTOS, DAVID | ADDRESS REDACTED | $ 130,037.99 | Contingent | | Unliquidated |

**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| NIEVES SAURI, WILFREDO | ADDRESS REDACTED | $ 455,246.13 | Contingent | | Unliquidated |
| NÚÑEZ TORRES, ÁNGEL L. | ADDRESS REDACTED | $ 122,312.83 | Contingent | | Unliquidated |
| OCASIO LAUREANO, JOSÉ E. | ADDRESS REDACTED | $ 87,852.07 | Contingent | | Unliquidated |
| OCASIO SANTIAGO, LINETTE | ADDRESS REDACTED | $ 239,347.72 | Contingent | | Unliquidated |
| OLIVARI PÉREZ, ANTONIO | ADDRESS REDACTED | $ 115,912.61 | Contingent | | Unliquidated |
| ORTEGA CABRERA, CARMEN M. | ADDRESS REDACTED | $ 46,260.16 | Contingent | | Unliquidated |
| ORTIZ DÁVILA, JULIO A. | ADDRESS REDACTED | $ 359,877.28 | Contingent | | Unliquidated |
| ORTIZ GARAY, JUAN CARLOS | ADDRESS REDACTED | $ 16,174.44 | Contingent | | Unliquidated |
| ORTIZ GUZMÁN, CARMEN I. | ADDRESS REDACTED | $ 162,423.48 | Contingent | | Unliquidated |
| ORTIZ LEÓN, IRAIDA | ADDRESS REDACTED | $ 268,886.67 | Contingent | | Unliquidated |
| ORTIZ MALAVÉ, MARÍA P. | ADDRESS REDACTED | $ 2,169.35 | Contingent | | Unliquidated |
| ORTIZ ORTIZ, JOSÉ LUIS | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| ORTIZ RIVAS, ANGELA E. | ADDRESS REDACTED | $ 88,651.88 | Contingent | | Unliquidated |
| ORTIZ RODRÍGUEZ, NEREIDA | ADDRESS REDACTED | $ 539,219.36 | Contingent | | Unliquidated |
| PAGÁN VÁZQUEZ, JOSÉ L. | ADDRESS REDACTED | $ 287,585.16 | Contingent | | Unliquidated |
| PARRILLA CARRASQUILLO, JUAN C. | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| PEDROZA FLORES, IDA MARY | ADDRESS REDACTED | $ 520,914.67 | Contingent | | Unliquidated |
| PEÑA VÉLEZ, JOSÉ A. | ADDRESS REDACTED | $ 200,186.35 | Contingent | | Unliquidated |
| PÉREZ PIÑEIRO, ISVAN A. | ADDRESS REDACTED | $ 585,408.17 | Contingent | | Unliquidated |
| PÉREZ SOLÍS, SANTIAGO | ADDRESS REDACTED | $ 1,304.48 | Contingent | | Unliquidated |
| QUESADA RODRÍGUEZ, CELESTE | ADDRESS REDACTED | $ 109,969.81 | Contingent | | Unliquidated |
| QUIÑONES VICENTE, IRIS N. | ADDRESS REDACTED | $ 404,628.41 | Contingent | | Unliquidated |
| RAMIRO GARCÍA, ROSALINDA | ADDRESS REDACTED | $ 41,643.39 | Contingent | | Unliquidated |
| RAMOS DELGADO, MERALYS | ADDRESS REDACTED | $ 110,393.27 | Contingent | | Unliquidated |
| RAMOS MOJICA, DELIRIS | ADDRESS REDACTED | $ 611,442.21 | Contingent | | Unliquidated |
| RELEZ LEÓN, DAMIL | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| RESTO MARTÍNEZ, ROBERTO | ADDRESS REDACTED | $ 97,749.61 | Contingent | | Unliquidated |
| REY GARCÍA, DIANA | ADDRESS REDACTED | $ 442,862.21 | Contingent | | Unliquidated |
| REY SANTOS, RAMÓN | ADDRESS REDACTED | $ 523,132.97 | Contingent | | Unliquidated |
| REYES ARZUAGA, RAYMOND | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| RÍOS MATOS, NORBERTO | ADDRESS REDACTED | $ 118,038.58 | Contingent | | Unliquidated |
| RIVERA AYALA, OLGA N. | ADDRESS REDACTED | $ 75,227.59 | Contingent | | Unliquidated |
| RIVERA GALLOZA, ISAURA | ADDRESS REDACTED | $ 142,836.60 | Contingent | | Unliquidated |
| RIVERA MALDONADO, ALBERTO | ADDRESS REDACTED | $ 87,852.07 | Contingent | | Unliquidated |
| RIVERA MARRERO, SANDRA | ADDRESS REDACTED | $ 81,739.00 | Contingent | | Unliquidated |
| RIVERA MELÉNDEZ, ÁNGEL A. | ADDRESS REDACTED | $ 144,161.71 | Contingent | | Unliquidated |
| RIVERA MONTALVO, FÉLIX | ADDRESS REDACTED | $ 471,057.19 | Contingent | | Unliquidated |
| RIVERA MORALES, FERDINAND | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| RIVERA QUINTANA, JUAN | ADDRESS REDACTED | $ 127,398.61 | Contingent | | Unliquidated |
| RIVERA RIVERA, JOSÉ A. | ADDRESS REDACTED | $ 41,410.50 | Contingent | | Unliquidated |
| RIVERA ROSARIO, FRANCISCO | ADDRESS REDACTED | $ 565,123.20 | Contingent | | Unliquidated |

**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| RIVERA SANTANA CARMEN J. | ADDRESS REDACTED | $ 172,668.11 | Contingent | | Unliquidated |
| RODRÍGUEZ BOYET, JOSÉ I. | ADDRESS REDACTED | $ 36,394.07 | Contingent | | Unliquidated |
| RODRÍGUEZ CEDEÑO, JOSÉ E. | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| RODRÍGUEZ DÍAZ, TOMÁS | ADDRESS REDACTED | $ 100,626.06 | Contingent | | Unliquidated |
| RODRÍGUEZ MARTÍNEZ, VÍCTOR M. | ADDRESS REDACTED | $ 134,088.32 | Contingent | | Unliquidated |
| RODRÍGUEZ PÉREZ, INOCENCIO | ADDRESS REDACTED | $ 46,702.39 | Contingent | | Unliquidated |
| RODRÍGUEZ POMALES, JULIO M. | ADDRESS REDACTED | $ 356,000.37 | Contingent | | Unliquidated |
| ROMÁN MIRÓ, GLADYS ANA | ADDRESS REDACTED | $ 242,129.79 | Contingent | | Unliquidated |
| ROMÁN SOTO, RAFAEL A. | ADDRESS REDACTED | $ 181,716.86 | Contingent | | Unliquidated |
| ROSA ROSA, JUSTINO | ADDRESS REDACTED | $ 86,321.09 | Contingent | | Unliquidated |
| ROSADO FIGUEROA, DENIS | ADDRESS REDACTED | $ 485,680.66 | Contingent | | Unliquidated |
| ROSSY SAN MIGUEL, ENRIQUE F. | ADDRESS REDACTED | $ 93,926.47 | Contingent | | Unliquidated |
| RUBIÑAN RIVERA, FRANK | ADDRESS REDACTED | $ 27,695.49 | Contingent | | Unliquidated |
| RUIZ MERCADO, MARICELLI | ADDRESS REDACTED | $ 55,560.62 | Contingent | | Unliquidated |
| SALAS HERNÁNDEZ, LUZ HAYDEÉ | ADDRESS REDACTED | $ 172,424.04 | Contingent | | Unliquidated |
| SAN MIGUEL OLIVER, EDGARDO | ADDRESS REDACTED | $ 559,631.31 | Contingent | | Unliquidated |
| SÁNCHEZ CASANOVA, LUIS M. | ADDRESS REDACTED | $ 331,596.56 | Contingent | | Unliquidated |
| SANCHEZ HERNÁNDEZ, JOSÉ E. | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| SANCHEZ ROSA, WILLIAM | ADDRESS REDACTED | $ 14,870.57 | Contingent | | Unliquidated |
| SANDOVAL ALVAREZ, CARLOS | ADDRESS REDACTED | $ 2,192.28 | Contingent | | Unliquidated |
| SANTA RODRÍGUEZ, RAFAEL L. | ADDRESS REDACTED | $ 412,891.21 | Contingent | | Unliquidated |
| SANTAELLA DÍAZ, PRIMITIVA | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| SANTIAGO MIRABAL, WANDA R. | ADDRESS REDACTED | $ 237,841.99 | Contingent | | Unliquidated |
| SANTIAGO MIRANDA, EDUARDO | ADDRESS REDACTED | $ 170,799.33 | Contingent | | Unliquidated |
| SANTIAGO MONSERRATE, ISAÍAS | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| SANTIAGO TORRES, VIRGINIA | ADDRESS REDACTED | $ 94,686.07 | Contingent | | Unliquidated |
| SANTOS BERRÍOS, ROBERTO | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| SEDA CINTRÓN, WILMER | ADDRESS REDACTED | $ 87,852.07 | Contingent | | Unliquidated |
| SOLÁ PÉREZ, TEODORO | ADDRESS REDACTED | $ 1,211.20 | Contingent | | Unliquidated |
| SOLIVÁN ALMEDINA, DOMINGO | ADDRESS REDACTED | $ 599.96 | Contingent | | Unliquidated |
| SOSA BRITO, JESÚS M. | ADDRESS REDACTED | $ 33,414.56 | Contingent | | Unliquidated |
| SOSA RODRÍGUEZ, SHEIDA | ADDRESS REDACTED | $ 107,481.71 | Contingent | | Unliquidated |
| SOTO HEYLIGER, DIANA | ADDRESS REDACTED | $ 1,336.75 | Contingent | | Unliquidated |
| SOTO PEÑA, BENJAMÍN | ADDRESS REDACTED | $ 365,225.58 | Contingent | | Unliquidated |
| SOTO RODRÍGUEZ, CÉSAR | ADDRESS REDACTED | $ 428,451.53 | Contingent | | Unliquidated |
| SUÁREZ CRUZ, LUIS | ADDRESS REDACTED | $ 141,382.94 | Contingent | | Unliquidated |
| TORRES COLÓN, NEYDA | ADDRESS REDACTED | $ 164,383.31 | Contingent | | Unliquidated |
| TORRES RIVERA, JOSÉ M. | ADDRESS REDACTED | $ 486,897.05 | Contingent | | Unliquidated |
| TORRES RODRÍGUEZ, JESÚS R. | ADDRESS REDACTED | $ 250,598.39 | Contingent | | Unliquidated |
| TORRES SOTO, LUIS | ADDRESS REDACTED | $ 313,524.04 | Contingent | | Unliquidated |
| TORRUELLAS IGLESIA, CARLOS M. | ADDRESS REDACTED | $ 170,416.99 | Contingent | | Unliquidated |

**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| TOSADO SANTIAGO EVELYN | ADDRESS REDACTED | $ 194,063.65 | Contingent | | Unliquidated |
| TRINIDAD CAÑUELAS, JOSÉ R. | ADDRESS REDACTED | $ 228,611.47 | Contingent | | Unliquidated |
| VALCÁRCEL NOGUERAS, BRENDA E. | ADDRESS REDACTED | $ 472,600.90 | Contingent | | Unliquidated |
| VALDÉS MARTÍNEZ, JAVIER | ADDRESS REDACTED | $ 347,533.87 | Contingent | | Unliquidated |
| VALENZUELA SÁNCHEZ, THELMA V. | ADDRESS REDACTED | $ 372,675.21 | Contingent | | Unliquidated |
| VAN SANT SANTINI, SHERRY LEE | ADDRESS REDACTED | $ 569,429.47 | Contingent | | Unliquidated |
| VARGAS LÓPEZ, CARMEN I. | ADDRESS REDACTED | $ 485,406.67 | Contingent | | Unliquidated |
| VÁZQUEZ DÍAZ, JOSÉ R. | ADDRESS REDACTED | $ 204,508.56 | Contingent | | Unliquidated |
| VÁZQUEZ MIRANDA, ADALBERTO | ADDRESS REDACTED | $ 375,614.08 | Contingent | | Unliquidated |
| VÁZQUEZ ROBLES, DIANA LUZ | ADDRESS REDACTED | $ 466,297.11 | Contingent | | Unliquidated |
| VÁZQUEZ ROSARIO, NANCY | ADDRESS REDACTED | $ 722,985.91 | Contingent | | Unliquidated |
| VEGA MAYSONET, RENÉ | ADDRESS REDACTED | $ 200,944.63 | Contingent | | Unliquidated |
| VEGA ZAYAS, ROSA MARÍA | ADDRESS REDACTED | $ 210,082.75 | Contingent | | Unliquidated |
| VÉLEZ BENÍTEZ, ROBERTO | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| VÉLEZ GONZÁLEZ, ALFREDO | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| VÉLEZ QUIÑONES, JUAN ANTONIO | ADDRESS REDACTED | $ 16,411.51 | Contingent | | Unliquidated |
| ALVAREZ IBAÑEZ, ANDRÉS | ADDRESS REDACTED | $ 419,689.13 | Contingent | | Unliquidated |
| ARCHEVAL VÁZQUEZ, ROSA M. | ADDRESS REDACTED | $ 127,818.20 | Contingent | | Unliquidated |
| BAYALA PÉREZ, ERIC J. | ADDRESS REDACTED | $ 95,139.05 | Contingent | | Unliquidated |
| CAMACHO VELÁZQUEZ, ISIDORO | ADDRESS REDACTED | $ 124,545.16 | Contingent | | Unliquidated |
| COLÓN TORRES, NOEL | ADDRESS REDACTED | $ 218,693.17 | Contingent | | Unliquidated |
| CUBERO SOTO, BETZAIDA | ADDRESS REDACTED | $ 214,395.06 | Contingent | | Unliquidated |
| DE JESÚS VEGA, EDWIN J. | ADDRESS REDACTED | Undetermined | Contingent | | Unliquidated |
| GARCÍA GONZÁLEZ, RUTH N. | ADDRESS REDACTED | $ 127,745.67 | Contingent | | Unliquidated |
| GONZÁLEZ IBARRA, NEIDY A. | ADDRESS REDACTED | $ 23,328.59 | Contingent | | Unliquidated |
| JACA FLORES, LEIDA M. | ADDRESS REDACTED | $ 150,282.83 | Contingent | | Unliquidated |
| MALDONADO FIGUEROA, MARIBEL | ADDRESS REDACTED | $ 194,874.50 | Contingent | | Unliquidated |
| MALDONADO ROBLES, JOSÉ A. | ADDRESS REDACTED | $ 1,007.94 | Contingent | | Unliquidated |
| MORALES ORTIZ, JOVAN | ADDRESS REDACTED | $ 174,368.98 | Contingent | | Unliquidated |
| NOGUERAS ADORNOS, JUAN R. | ADDRESS REDACTED | $ 107,020.32 | Contingent | | Unliquidated |
| RODRÍGUEZ REYES, ANTONIO L. | ADDRESS REDACTED | $ 221,920.23 | Contingent | | Unliquidated |
| ROSSY CLEMENTE, AIDA | ADDRESS REDACTED | $ 233,284.45 | Contingent | | Unliquidated |
| VÉLEZ PÉREZ, DAVID | ADDRESS REDACTED | $ 101,430.18 | Contingent | | Unliquidated |
| BRENDA I. GOMILA SANTIAGO | ADDRESS REDACTED | $ 753,108.58 | Contingent | | Unliquidated |
| DENNIS ECHEVARRIA ABREU | ADDRESS REDACTED | $ 222,543.61 | Contingent | | Unliquidated |
| JAIME TORRRES ROMÁN | ADDRESS REDACTED | $ 256,331.57 | Contingent | | Unliquidated |
| JOSÉ L. ALICEA RIVERA | ADDRESS REDACTED | $ 238,047.22 | Contingent | | Unliquidated |
| JUAN LORENZO MERCADO | ADDRESS REDACTED | $ 448,301.65 | Contingent | | Unliquidated |
| NYDIA E. ORTEGA LÓPEZ | ADDRESS REDACTED | $ 314,703.89 | Contingent | | Unliquidated |
| PEDRO J. TORRES RODRÍGUEZ | ADDRESS REDACTED | $ 378,687.88 | Contingent | | Unliquidated |
| XAVIER GUERRERO FONTANEZ | ADDRESS REDACTED | $ 248,612.18 | Contingent | | Unliquidated |

**Schedule D - Act 70 Obligations**

| Creditor Name | Address | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| BENGY O. GONZÁLEZ RIVERA | ADDRESS REDACTED | $ 841,940.55 | Contingent | | Unliquidated |
| MARÍA FRED AMILL | ADDRESS REDACTED | $ 368,433.91 | Contingent | | Unliquidated |
| MARCO TORRES ROSARIO | ADDRESS REDACTED | $ 225,795.91 | Contingent | | Unliquidated |
| NANCY MATOS SÁNCHEZ | ADDRESS REDACTED | $ 54,219.08 | Contingent | | Unliquidated |
| ZAIDA FLORES SÁNCHEZ | ADDRESS REDACTED | $ 256,669.50 | Contingent | | Unliquidated |
| RAQUEL OSORIO AYALA | ADDRESS REDACTED | $ 232,493.36 | Contingent | | Unliquidated |
| JOSÉ M. SÚAREZ LÓPEZ | ADDRESS REDACTED | $ 334,895.47 | Contingent | | Unliquidated |
| JOSÉ M. OROZCO RODRÍGUEZ | ADDRESS REDACTED | $ 585,432.30 | Contingent | | Unliquidated |
| JOSÉ HERNÁNDEZ HERNÁDEZ | ADDRESS REDACTED | $ 328,344.06 | Contingent | | Unliquidated |
| ALVAREZ BÁEZ, JOHANNA | ADDRESS REDACTED | $ 437,201.88 | Contingent | | Unliquidated |
| ADA L. BENITEZ FERNÁNDEZ, | ADDRESS REDACTED | $ 326,098.02 | Contingent | | Unliquidated |
| GUZMÁN PACHECO, ALBERTO | ADDRESS REDACTED | $ 331,041.05 | Contingent | | Unliquidated |
| MYRNA SANTIAGO RODRIGUEZ | ADDRESS REDACTED | $ 95,127.33 | Contingent | | Unliquidated |
| LESLIE LASANTA RIVERA | ADDRESS REDACTED | $ 408,468.78 | Contingent | | Unliquidated |
| NORBERTO SANTOS JURADO | ADDRESS REDACTED | $ 132,113.94 | Contingent | | Unliquidated |
| JORGE FUENTES CARRASQUILLO | ADDRESS REDACTED | $ 208,444.20 | Contingent | | Unliquidated |
| RICHARD NEGRON VÉLEZ | ADDRESS REDACTED | $ 401,272.38 | Contingent | | Unliquidated |
| JOSÉ ALICEA RIVERA | ADDRESS REDACTED | $ 238,239.21 | Contingent | | Unliquidated |
| GRISELLE RODRÍGUEZ ORTIZ | ADDRESS REDACTED | $ 448,181.58 | Contingent | | Unliquidated |
| MIGUEL PEREA SÚAREZ | ADDRESS REDACTED | $ 183,387.65 | Contingent | | Unliquidated |
| LUIS ZAYAS BAEZ | ADDRESS REDACTED | $ 539,723.06 | Contingent | | Unliquidated |
| LUIS SANTOS FIGUEREA | ADDRESS REDACTED | $ 727,212.35 | Contingent | | Unliquidated |
| ABIGAIL SOTO GARCIA | ADDRESS REDACTED | $ 410,044.35 | Contingent | | Unliquidated |
| JOSÉ ROMÁN VÁZQUEZ | ADDRESS REDACTED | $ 82,233.99 | Contingent | | Unliquidated |
| PEDRO RODRÍGUEZ SANTOS | ADDRESS REDACTED | $ 101,561.67 | Contingent | | Unliquidated |