**Schedule E - ACT 211-2015 Obligations**

| Creditor Name | Address 1 | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| ABNER BURGOS PEREZ | ADDRESS REDACTED | $ 229,014 | Contingent | | Unliquidated |
| AHMED NANASI COSTA | ADDRESS REDACTED | $ 264,761 | Contingent | | Unliquidated |
| AIDA AROCHO NIEVES | ADDRESS REDACTED | $ 327,256 | Contingent | | Unliquidated |
| ALBERT ALBINO ACOSTA | ADDRESS REDACTED | $ 343,999 | Contingent | | Unliquidated |
| ALDIO ALVARADO TORRES | ADDRESS REDACTED | $ 785,751 | Contingent | | Unliquidated |
| ALFONSO ALMODOVAR ADORNO | ADDRESS REDACTED | $ 640,722 | Contingent | | Unliquidated |
| ANAYDA I ROSARIO MEDINA | ADDRESS REDACTED | $ 471,555 | Contingent | | Unliquidated |
| ANGEL AYALA SIERRA | ADDRESS REDACTED | $ 455,341 | Contingent | | Unliquidated |
| ANGEL CABRERA GONZALEZ | ADDRESS REDACTED | $ 918,046 | Contingent | | Unliquidated |
| ANGEL CARABALLO IRIZARRY | ADDRESS REDACTED | $ 414,319 | Contingent | | Unliquidated |
| ANGEL M REYES AYALA | ADDRESS REDACTED | $ 315,378 | Contingent | | Unliquidated |
| ANGEL MALAVE RIVERA | ADDRESS REDACTED | $ 215,805 | Contingent | | Unliquidated |
| ANGEL MARTINEZ RIVERA | ADDRESS REDACTED | $ 180,620 | Contingent | | Unliquidated |
| ANGEL RIVERA ROSARIO | ADDRESS REDACTED | $ 369,608 | Contingent | | Unliquidated |
| ANGEL T LOPEZ TORRES | ADDRESS REDACTED | $ 341,303 | Contingent | | Unliquidated |
| ANSELMO SANTIAGO MALDONADO | ADDRESS REDACTED | $ 571,016 | Contingent | | Unliquidated |
| ANTHONY MARTINEZ FRATICELLI | ADDRESS REDACTED | $ 362,174 | Contingent | | Unliquidated |
| ARNALDO RUIZ RUIZ | ADDRESS REDACTED | $ 621,795 | Contingent | | Unliquidated |
| CALEB SANTIAGO VAZQUEZ | ADDRESS REDACTED | $ 506,272 | Contingent | | Unliquidated |
| CARLOS ACOSTA RIVERA | ADDRESS REDACTED | $ 401,331 | Contingent | | Unliquidated |
| CARLOS COLON ROSADO | ADDRESS REDACTED | $ 382,502 | Contingent | | Unliquidated |
| CARLOS M VARELA MENDOZA | ADDRESS REDACTED | $ 252,922 | Contingent | | Unliquidated |
| CARLOS VAZQUEZ RIVERA | ADDRESS REDACTED | $ 226,808 | Contingent | | Unliquidated |
| CARMELO CONCEPCION MOJICA | ADDRESS REDACTED | $ 165,215 | Contingent | | Unliquidated |
| CARMELO ORTEGA ANDALUZ | ADDRESS REDACTED | $ 303,636 | Contingent | | Unliquidated |
| CARMEN A BON NAZARIO | ADDRESS REDACTED | $ 280,569 | Contingent | | Unliquidated |
| CARMEN DIAZ SOTO | ADDRESS REDACTED | $ 339,764 | Contingent | | Unliquidated |
| CARMEN L VELEZ COLONDRES | ADDRESS REDACTED | $ 278,076 | Contingent | | Unliquidated |
| CARMEN MORALES MATEO | ADDRESS REDACTED | $ 465,658 | Contingent | | Unliquidated |
| CIPRIANO MUÑIZ TORRES | ADDRESS REDACTED | $ 405,653 | Contingent | | Unliquidated |
| DAMARIS SEBASTIAN LOPEZ | ADDRESS REDACTED | $ 516,051 | Contingent | | Unliquidated |
| DANIEL ILDEFONSO RIVERA | ADDRESS REDACTED | $ 145,088 | Contingent | | Unliquidated |
| DAVID A OCANDO OSSA | ADDRESS REDACTED | $ 270,013 | Contingent | | Unliquidated |
| DAVID AVILÉS GONZÁLEZ | ADDRESS REDACTED | $ 384,187 | Contingent | | Unliquidated |
| DELMA MONTALVO COLON | ADDRESS REDACTED | $ 204,694 | Contingent | | Unliquidated |
| EDUARDO LAMBOY MOMBILLE | ADDRESS REDACTED | $ 298,886 | Contingent | | Unliquidated |
| EDWARD J. SANTOS RODRIGUEZ | ADDRESS REDACTED | $ 317,868 | Contingent | | Unliquidated |

**Schedule E - ACT 211-2015 Obligations**

| Creditor Name | Address 1 | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| EDWIN MORALES MARTINEZ | ADDRESS REDACTED | $ 394,992 | Contingent | | Unliquidated |
| EDWIN PABON PACHECO | ADDRESS REDACTED | $ 360,018 | Contingent | | Unliquidated |
| EFRAIN VEGA MONTESINO | ADDRESS REDACTED | $ 383,336 | Contingent | | Unliquidated |
| ELBA IRIS HERNANDEZ RODRIGUEZ | ADDRESS REDACTED | $ 125,722 | Contingent | | Unliquidated |
| ENRIQUE CRUZ TORRES | ADDRESS REDACTED | $ 262,387 | Contingent | | Unliquidated |
| EUGENIO ROJAS FLORES | ADDRESS REDACTED | $ 286,562 | Contingent | | Unliquidated |
| EVELYN CRUZ RIVERA | ADDRESS REDACTED | $ 342,081 | Contingent | | Unliquidated |
| FELIX CRUZ CASTRO | ADDRESS REDACTED | $ 455,453 | Contingent | | Unliquidated |
| FERNANDO RIVERA MARTINEZ | ADDRESS REDACTED | $ 325,702 | Contingent | | Unliquidated |
| FERNANDO VAZQUEZ RIVERA | ADDRESS REDACTED | $ 360,324 | Contingent | | Unliquidated |
| FRANCISCO PEREZ DAVILA | ADDRESS REDACTED | $ 469,602 | Contingent | | Unliquidated |
| FREDDIE PACHECO NEGRON | ADDRESS REDACTED | $ 494,477 | Contingent | | Unliquidated |
| GABRIEL ROSADO DE JESUS | ADDRESS REDACTED | $ 473,850 | Contingent | | Unliquidated |
| GRISELLE ROLON CORTES | ADDRESS REDACTED | $ 603,626 | Contingent | | Unliquidated |
| GUILLERMO DELGADO CINTRON | ADDRESS REDACTED | $ 165,660 | Contingent | | Unliquidated |
| HAYDEE RIVERA COLLAZO | ADDRESS REDACTED | $ 419,855 | Contingent | | Unliquidated |
| HECTOR MIRANDA LEON | ADDRESS REDACTED | $ 723,332 | Contingent | | Unliquidated |
| HERIBERTO GONZALEZ MEDINA | ADDRESS REDACTED | $ 204,146 | Contingent | | Unliquidated |
| HIRAM MELENDEZ MARTINEZ | ADDRESS REDACTED | $ 606,702 | Contingent | | Unliquidated |
| IRMA RODRIGUEZ ORTIZ | ADDRESS REDACTED | $ 253,146 | Contingent | | Unliquidated |
| ISAAC COLON CORREA | ADDRESS REDACTED | $ 446,082 | Contingent | | Unliquidated |
| IVAN DIAZ PEREZ | ADDRESS REDACTED | $ 300,163 | Contingent | | Unliquidated |
| IVETTE CANCEL ORSINI | ADDRESS REDACTED | $ 418,488 | Contingent | | Unliquidated |
| IVETTE M SANTIAGO SANCHEZ | ADDRESS REDACTED | $ 182,254 | Contingent | | Unliquidated |
| IVETTE NAZARIO VINAS | ADDRESS REDACTED | $ 473,190 | Contingent | | Unliquidated |
| JACQUELINE CRUZ ACEVEDO | ADDRESS REDACTED | $ 346,191 | Contingent | | Unliquidated |
| JESSICA MOLINA CRUZ | ADDRESS REDACTED | $ 226,939 | Contingent | | Unliquidated |
| JORGE SANTIAGO VAZQUEZ | ADDRESS REDACTED | $ 266,222 | Contingent | | Unliquidated |
| JOSE A NEGRON PADILLA | ADDRESS REDACTED | $ 389,966 | Contingent | | Unliquidated |
| JOSE A OYOLA PADILLA | ADDRESS REDACTED | $ 491,023 | Contingent | | Unliquidated |
| JOSE CARTAGENA RODRIGUEZ | ADDRESS REDACTED | $ 374,883 | Contingent | | Unliquidated |
| JOSE FEBRES WEEKS | ADDRESS REDACTED | $ 395,239 | Contingent | | Unliquidated |
| JOSE LIZARDI O'NEILL | ADDRESS REDACTED | $ 387,198 | Contingent | | Unliquidated |
| JOSE MORALES BAEZ | ADDRESS REDACTED | $ 324,159 | Contingent | | Unliquidated |
| JOSE MORALES RODRIGUEZ | ADDRESS REDACTED | $ 342,322 | Contingent | | Unliquidated |
| JOSE R PEREZ TORRELLAS | ADDRESS REDACTED | $ 241,367 | Contingent | | Unliquidated |
| JUAN CASTRO SANTANA | ADDRESS REDACTED | $ 355,061 | Contingent | | Unliquidated |

**Schedule E - ACT 211-2015 Obligations**

| Creditor Name | Address 1 | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| JUAN DAVILA MORALES | ADDRESS REDACTED | $ 438,905 | Contingent | | Unliquidated |
| JUAN VELEZ COLONDRES | ADDRESS REDACTED | $ 307,462 | Contingent | | Unliquidated |
| JUSTINO FELICIANO PIZARRO | ADDRESS REDACTED | $ 362,371 | Contingent | | Unliquidated |
| KARIME MORALES CORDOVA | ADDRESS REDACTED | $ 182,309 | Contingent | | Unliquidated |
| LICY FLORES VELEZ | ADDRESS REDACTED | $ 515,766 | Contingent | | Unliquidated |
| LOURDES ORTIZ ORTIZ | ADDRESS REDACTED | $ 176,373 | Contingent | | Unliquidated |
| LOURDES PEREZ CARRION | ADDRESS REDACTED | $ 754,664 | Contingent | | Unliquidated |
| LUCIA DE LEON SANTELL | ADDRESS REDACTED | $ 305,059 | Contingent | | Unliquidated |
| LUIS CORDERO ROSADO | ADDRESS REDACTED | $ 289,535 | Contingent | | Unliquidated |
| LUIS DAVILA RODRIGUEZ | ADDRESS REDACTED | $ 345,740 | Contingent | | Unliquidated |
| LUIS F. RIVERA COLLAZO | ADDRESS REDACTED | $ 571,694 | Contingent | | Unliquidated |
| LUIS GONZALEZ PLAZA | ADDRESS REDACTED | $ 409,458 | Contingent | | Unliquidated |
| LUIS LOPEZ RODRIGUEZ | ADDRESS REDACTED | $ 441,614 | Contingent | | Unliquidated |
| LUIS ORTIZ SANTIAGO | ADDRESS REDACTED | $ 417,586 | Contingent | | Unliquidated |
| LYDIA TORRES SANTIAGO | ADDRESS REDACTED | $ 440,641 | Contingent | | Unliquidated |
| MAGDALENA RIVERA MELENDEZ | ADDRESS REDACTED | $ 358,853 | Contingent | | Unliquidated |
| MANUEL BAEZ GUZMAN | ADDRESS REDACTED | $ 268,352 | Contingent | | Unliquidated |
| MARGARITA LOPEZ ROBLES | ADDRESS REDACTED | $ 336,463 | Contingent | | Unliquidated |
| MARIA DE LA TORRE MORALES | ADDRESS REDACTED | $ 325,343 | Contingent | | Unliquidated |
| MARIA DEL R LUGO IRIZARRY | ADDRESS REDACTED | $ 361,212 | Contingent | | Unliquidated |
| MARIA RIVERA BELLO | ADDRESS REDACTED | $ 195,644 | Contingent | | Unliquidated |
| MARIA S RAMOS RODRIGUEZ | ADDRESS REDACTED | $ 256,170 | Contingent | | Unliquidated |
| MELISSA VARGAS DIAZ | ADDRESS REDACTED | $ 483,847 | Contingent | | Unliquidated |
| MERIDO GONZALEZ MARTE | ADDRESS REDACTED | $ 401,087 | Contingent | | Unliquidated |
| MIGNA MÉNDEZ PÉREZ | ADDRESS REDACTED | $ 432,610 | Contingent | | Unliquidated |
| MIGUEL GARCIA GARCIA | ADDRESS REDACTED | $ 320,784 | Contingent | | Unliquidated |
| NELSON J TORRES HERNANDEZ | ADDRESS REDACTED | $ 269,904 | Contingent | | Unliquidated |
| NEYDIS TAVAREZ CARVAJAL | ADDRESS REDACTED | $ 456,390 | Contingent | | Unliquidated |
| NORY BERRIOS DAVID | ADDRESS REDACTED | $ 374,431 | Contingent | | Unliquidated |
| NYRMA SANTOS SANTOS | ADDRESS REDACTED | $ 288,545 | Contingent | | Unliquidated |
| OLGA RODRIGUEZ COLON | ADDRESS REDACTED | $ 180,689 | Contingent | | Unliquidated |
| ORLANDO ALEJANDRO CHEVERE | ADDRESS REDACTED | $ 214,861 | Contingent | | Unliquidated |
| ORLANDO ROLON CASTILLO | ADDRESS REDACTED | $ 280,651 | Contingent | | Unliquidated |
| PEDRO CRESPO DIAZ | ADDRESS REDACTED | $ 203,999 | Contingent | | Unliquidated |
| PEDRO MATOS MARIN | ADDRESS REDACTED | $ 241,933 | Contingent | | Unliquidated |
| PETER PEREZ PHILLIPS | ADDRESS REDACTED | $ 557,776 | Contingent | | Unliquidated |
| PIA BENITEZ SANCHEZ | ADDRESS REDACTED | $ 319,762 | Contingent | | Unliquidated |

**Schedule E - ACT 211-2015 Obligations**

| Creditor Name | Address 1 | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|
| PRISCILLA E QUILES DIAZ | ADDRESS REDACTED | $ 537,691 | Contingent | | Unliquidated |
| RAFAEL COLON HERNANDEZ | ADDRESS REDACTED | $ 270,561 | Contingent | | Unliquidated |
| RAFAEL CONCEPCION BARBOSA | ADDRESS REDACTED | $ 391,968 | Contingent | | Unliquidated |
| RAFAEL DELGADO NAVARRO | ADDRESS REDACTED | $ 438,016 | Contingent | | Unliquidated |
| RAMON MATEO SANTOS | ADDRESS REDACTED | $ 348,102 | Contingent | | Unliquidated |
| REINALDO PAGAN FIGUEROA | ADDRESS REDACTED | $ 317,808 | Contingent | | Unliquidated |
| RENE BAEZ MARIN | ADDRESS REDACTED | $ 355,994 | Contingent | | Unliquidated |
| REYNALDO DELGADO RAMOS | ADDRESS REDACTED | $ 390,969 | Contingent | | Unliquidated |
| ROBERTO RODRIGUEZ MERCADO | ADDRESS REDACTED | $ 140,202 | Contingent | | Unliquidated |
| ROSANA MIRANDA GUTIERREZ | ADDRESS REDACTED | $ 335,510 | Contingent | | Unliquidated |
| SAMUEL FORESTIER CASTILLO | ADDRESS REDACTED | $ 321,865 | Contingent | | Unliquidated |
| SILVIA LABOY SANTIAGO | ADDRESS REDACTED | $ 368,967 | Contingent | | Unliquidated |
| SONIA TORRES DIAZ | ADDRESS REDACTED | $ 332,169 | Contingent | | Unliquidated |
| SONIA VELEZ VELEZ | ADDRESS REDACTED | $ 396,405 | Contingent | | Unliquidated |
| TOMAS COTTO MEDINA | ADDRESS REDACTED | $ 273,332 | Contingent | | Unliquidated |
| VIRGEN M BASABE SERRANO | ADDRESS REDACTED | $ 497,877 | Contingent | | Unliquidated |
| WILFREDO SANTIAGO RIVAS | ADDRESS REDACTED | $ 140,060 | Contingent | | Unliquidated |
| WILLIAM ORTIZ DE JESUS | ADDRESS REDACTED | $ 274,514 | Contingent | | Unliquidated |
| WILLIAM SAMALOT RUIZ | ADDRESS REDACTED | $ 340,295 | Contingent | | Unliquidated |
| WILMA JUARBE PEREZ | ADDRESS REDACTED | $ 372,163 | Contingent | | Unliquidated |