**Schedule G - Liabilities to Banks and other Agreement Obligations**

| Creditor Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO | PARA CHRISTIAN SOBRINOVEGA ESQ | PO BOX 42001 | SAN JUAN | PR | 00940-2001 | $ 2,156,950,761 | Contingent | | Unliquidated |
| AUTOPISTAS METROPOLITANAS | CITY VIEW PLAZA TORRE 1 SUITE 500 | | GUAYNABO | PR | 00968 | $ 1,176,798,497 | Contingent | | Unliquidated |
| BANCO POPULAR | PO BOX 362708 | | SAN JUAN | PR | 00936-2708 | $ 8,333 | Contingent | | Unliquidated |