**Schedule H - Tax-related Obligations**

| Creditor Name | Address 1 | City | State | Zip | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | DEP OF TREASURY | PHILADELPHIA | PA | 19255 | $ 56,061 | Contingent | | Unliquidated |