**Schedule I - Intragovernmental Obligations**

| Creditor Name | Address 1 | Address 2 | City | State | Zip | Claim Amount | Contingent | Disputed | Unliquidated |
|---|---|---|---|---|---|---|---|---|---|
| ADMINISTRADOR ASUME | PO BOX 71442 | | SAN JUAN | PR | 00936-8542 | $ 28,110 | Contingent | | Unliquidated |
| ASOC EMPLEADOS DEL ELA DE PR | AVE PONCE DE LEON 463 PDA 35 | | SAN JUAN | PR | 00936 | $ 406,183 | Contingent | | Unliquidated |
| AUT EDIFICIOS PUBLICOS | PO BOX 41029 MINILLAS STA | | SAN JUAN | PR | 00940 | $ 1,582,338 | Contingent | | Unliquidated |
| AUTORIDAD DE ACUEDUCTOS Y | PO BOX 7066 | | SAN JUAN | PR | 00916-7066 | $ 807,974 | Contingent | | Unliquidated |
| AUTORIDAD DE ENERGIA ELEC | APARTADO 364267 | | SAN JUAN | PR | 00936-4267 | $ 46,886,245 | Contingent | | Unliquidated |
| PR ASSOC EMPLEADOS PROF Y GERENCIA | OFFICE OF MANAGEMENT AND BUDGET | PO BOX 9023228 | SAN JUAN | PR | 00902-3228 | $ 1,217 | Contingent | | Unliquidated |
| PUERTO RICO AUTORIDAD DE TRANSPORTE MARITIMO (ATM) | PO BOX 41118 | | SAN JUAN | PR | 00940 | $ 761,591 | Contingent | | Unliquidated |
| PUERTO RICO DEPT OF LABOR | 505 PRUDENCIO RIVERA MARTINEZ BUILDING | AVE. MUNOZ RIVERA | HATO REY | PR | 918 | $ 44,029 | Contingent | | Unliquidated |
| PUERTO RICO PORT AUTHORITY | PO BOX 362829 | | SAN JUAN | PR | 00936 | $ 5,583,351 | Contingent | | Unliquidated |
| PUERTO RICO PUBLIC BUILDING AUTHORITY | EXECUTIVE DIRECTOR | SECTION 41029 | SAN JUAN | PR | 00940-1029 | $ 128,841 | Contingent | | Unliquidated |
| SEC HACIENDA FDO PENS Y R | PO BOX 42003 | | SAN JUAN | PR | 00940-2003 | $ 257,458 | Contingent | | Unliquidated |
| SECRETARIO DE HACIENDA | EDIFICIO INTENDENTE RAMIREZ | APARTADO S4515 PDA 1 | SAN JUAN | PR | 00905-4515 | $ 705,944 | Contingent | | Unliquidated |
| SECRETARIO TRIBUNAL DE SA | | | | | | $ 2,835,448 | Contingent | | Unliquidated |