**Schedules of Assets and Liabilities**

Case Name: Puerto Rico Highways and Transportation Authority
Case Number: 17 BK 3567-LTS

| Schedule | Classification | Amount of Claim | Percent of Total |
|---|---|---:|---:|
| A | Long Term Debt Obligations | $ 4,428,128,307 | 55.26% |
| B | Trade Vendor Obligations | $ 60,292,947 | 0.75% |
| C | Employee Obligations | $ 20,781,929 | 0.26% |
| D | Act 70 Obligations | $ 62,244,893 | 0.78% |
| E | ACT 211-2015 Obligations | $ 47,578,328 | 0.59% |
| F | Litigation and Similar Claims * | - | 0.00% |
| G | Liabilities to Banks and other Agreement Obligations | $ 3,333,757,591 | 41.61% |
| H | Tax-related Obligations | $ 56,061 | 0.00% |
| I | Intragovernmental Obligations | $ 60,028,730 | 0.75% |
| | Subtotal | $ 8,012,868,787 | 100.00% |

* Schedule F to be filed at a later date.