IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

     Debtors.[1]

-----------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER

This matter is before the Court on the *Joint Report of Movants Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation and Respondents Federal Oversight and Management Board for Puerto Rico and Puerto Rico Fiscal Agency and Financial Advisory Authority with Respect to Order Authorizing Rule 2004 Examination* (Dkt. No. 2154) (the "Joint Report").  Pursuant to the proposed process in Section I (b) of the Joint Report, the Court hereby sets the following briefing schedule for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

arguments related to the production of Fiscal Plan Development Materials:[2]

1.  Movants shall file a brief of no more than 10 pages in support of their position by **January 5, 2018**.

2.  Respondents shall file a brief of no more than 10 pages in support of their position by **January 19, 2018**.

3.  Movants shall file a reply by **January 26, 2018**.

4.  The Court will thereafter determine whether a hearing on the matter is necessary.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: December 22, 2017

---

[2] Capitalized terms not defined herein shall have the meaning assigned to them in the Joint Report.