Federal Bankruptcy Court
District of Puerto Rico

Eliezer Santana Báez _____ | Civil No.: 17-03283
___ Plaintiff _____ |
___ v. _____|
Commonwealth of P.R. _____|
___ Defendants _____|

RECEIVED AND FILED - MAIL

USBC '17 DEC 21 AM10:08

RECEIVED & FILED
2017 DEC 21 PM 5:13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

The plaintiff appears in his own right and requests:

1- I have written several motions to this court and none of them answer them, and the problem is that you are the ones who have to say something for being the forum with jurisdiction over the matter of the bankruptcy of Puerto Rico it is no one else, it is this forum and they never answer and while they do not, the collective uncertainty at the island level will continue to grow because there is no expression of this forum. The problem of this forum in not answering that I have had to go to the local forums in Puerto Rico, and these are declared without jurisdiction sending me exclusively where this complex court, see annex.

2- I request the lifting of the stay in civil cases before the court of Bayamón Number: DDP2013-3166; DDP2014-0673; DDP2014-0364; DDP2016-0773; DDP2016-0758; DDP2014-0337; DDP2015-0218; DDP2015-0215; DDP2014-0049; DPE2016-0399; DDP2014-0750; DDP2016-0541; DDP2016-0480; DDP2016-0652, and before the court of appeals cases numbers: KLRA2017-00519; KLAN2017-00834; KLCE2017-01368; KLCE2017-00727; KLCE2017-01136; therefore, being the debt of P.R. with the bondholders and not with the local citizens in the legal-civil, I request the reopening of the cases, for which the local forums have said that who can order it is this forum.

For all of which, it is requested to be aware of the above and to declare this petition in place ordering the local forum to assume jurisdiction in each of these cases and continue with the civil proceedings _____

Eliezer Santana Báez _____
50 Cong. S Unit A-50 Edif 3-J Ind.
Luchetti, Bay P.R. 00961-7403 ___