| Pro Rata Adequate Protection ($US millions) Bond | CUSIP | Face Amount At Maturity | Interest / YTM | Accreted Value 1/1/2018 Per $5,000 Face Value ($US) | Annual Cash Pay Interest | Total Annual Payment Amount | % of Total Adequate Protection | Total Monthly Payment | Monthly Payment Per $1,000 Face Value ($US) |
|---|---|---|---|---|---|---|---|---|---|
| **Series A (Issued January 29, 2008)** | | | | | | | | | |
| CAB 2028 A | 29216MAA8 | $42.67 | 6.20% | $2,633.50 | $– | $1.39 | 83.08% | $0.096 | $2.26 |
| CAB 2028 B | 29216MAB6 | 114.02 | 6.20% | 2,633.50 | – | 3.72 | 83.08% | 0.258 | 2.26 |
| Term Bond 2023 | 29216MAF7 | 200.00 | 5.85% | 5,000.00 | 11.70 | 11.70 | 83.08% | 0.810 | 4.05 |
| Term Bond 2031 | 29216MAG5 | 3.00 | 6.15% | 5,000.00 | 0.18 | 0.18 | 83.08% | 0.013 | 4.26 |
| Term Bond 2032 | 29216MAH3 | 4.50 | 6.15% | 5,000.00 | 0.28 | 0.28 | 83.08% | 0.019 | 4.26 |
| Term Bond 2033 | 29216MAJ9 | 4.00 | 6.15% | 5,000.00 | 0.25 | 0.25 | 83.08% | 0.017 | 4.26 |
| Term Bond 2038 | 29216MAC4 | 667.50 | 6.15% | 5,000.00 | 41.05 | 41.05 | 83.08% | 2.842 | 4.26 |
| Term Bond 2039 | 29216MAK6 | 167.92 | 6.20% | 5,000.00 | 10.41 | 10.41 | 83.08% | 0.721 | 4.29 |
| Term Bond 2040 | 29216MAL4 | 89.75 | 6.20% | 5,000.00 | 5.56 | 5.56 | 83.08% | 0.385 | 4.29 |
| Term Bond 2041 | 29216MAD2 | 37.55 | 6.20% | 5,000.00 | 2.33 | 2.33 | 83.08% | 0.161 | 4.29 |
| Term Bond 2042 | 29216MAM2 | 37.55 | 6.20% | 5,000.00 | 2.33 | 2.33 | 83.08% | 0.161 | 4.29 |
| Term Bond 2055 | 29216MAN0 | 86.95 | 6.45% | 5,000.00 | 5.61 | 5.61 | 83.08% | 0.388 | 4.47 |
| Term Bond 2056 | 29216MAP5 | 83.35 | 6.45% | 5,000.00 | 5.38 | 5.38 | 83.08% | 0.372 | 4.47 |
| Term Bond 2057 | 29216MAQ3 | 80.85 | 6.45% | 5,000.00 | 5.21 | 5.21 | 83.08% | 0.361 | 4.47 |
| Term Bond 2058 | 29216MAE0 | 80.85 | 6.45% | 5,000.00 | 5.21 | 5.21 | 83.08% | 0.361 | 4.47 |
| **Series B (Issued June 2, 2008)** | | | | | | | | | |
| CAB 2028 | 29216MAT7 | 120.57 | 6.40% | 2,580.45 | – | 3.98 | 83.08% | 0.276 | 2.29 |
| CAB 2029 | 29216MAU4 | 279.41 | 6.40% | 2,422.90 | – | 8.67 | 83.08% | 0.600 | 2.15 |
| CAB 2030 | 29216MAV2 | 132.63 | 6.40% | 2,274.95 | – | 3.86 | 83.08% | 0.267 | 2.02 |
| CAB 2031 | 29216MAW0 | 108.22 | 6.45% | 2,122.15 | – | 2.96 | 83.08% | 0.205 | 1.90 |
| CAB 2032 | 29216MAX8 | 115.30 | 6.45% | 1,991.60 | – | 2.96 | 83.08% | 0.205 | 1.78 |
| CAB 2033 | 29216MAY6 | 122.87 | 6.45% | 1,869.10 | – | 2.96 | 83.08% | 0.205 | 1.67 |
| CAB 2034 | 29216MAZ3 | 138.58 | 6.45% | 1,754.15 | – | 3.14 | 83.08% | 0.217 | 1.57 |
| Term Bond 2031 | 29216MBA7 | 117.10 | 6.25% | 5,000.00 | 7.32 | 7.32 | 83.08% | 0.507 | 4.33 |
| Term Bond 2036 | 29216MBB5 | 67.50 | 6.30% | 5,000.00 | 4.25 | 4.25 | 83.08% | 0.294 | 4.36 |
| Term Bond 2037 | 29216MBC3 | 67.50 | 6.30% | 5,000.00 | 4.25 | 4.25 | 83.08% | 0.294 | 4.36 |
| Term Bond 2038 | 29216MBD1 | 67.50 | 6.30% | 5,000.00 | 4.25 | 4.25 | 83.08% | 0.294 | 4.36 |
| Term Bond 2039 | 29216MBE9 | 67.50 | 6.30% | 5,000.00 | 4.25 | 4.25 | 83.08% | 0.294 | 4.36 |
| Term Bond 2055 | 29216MBF6 | 96.25 | 6.55% | 5,000.00 | 6.30 | 6.30 | 83.08% | 0.436 | 4.53 |
| Term Bond 2056 | 29216MBG4 | 96.25 | 6.55% | 5,000.00 | 6.30 | 6.30 | 83.08% | 0.436 | 4.53 |
| Term Bond 2057 | 29216MBH2 | 96.25 | 6.55% | 5,000.00 | 6.30 | 6.30 | 83.08% | 0.436 | 4.53 |
| Term Bond 2058 | 29216MBJ8 | 140.25 | 6.55% | 5,000.00 | 9.19 | 9.19 | 83.08% | 0.636 | 4.53 |
| **Series C (Issued June 26, 2008)** | | | | | | | | | |
| CAB 2030 | 29216MBM1 | 9.00 | 6.50% | 2,247.55 | – | 0.26 | 83.08% | 0.018 | 2.02 |
| Term Bond 2028 | 29216MBL3 | 110.00 | 6.15% | 5,000.00 | 6.77 | 6.77 | 83.08% | 0.468 | 4.26 |
| Term Bond 2038 | 29216MBN9 | 45.00 | 6.25% | 5,000.00 | 2.81 | 2.81 | 83.08% | 0.195 | 4.33 |
| Term Bond 2043 | 29216MBP4 | 143.00 | 6.30% | 5,000.00 | 9.01 | 9.01 | 83.08% | 0.624 | 4.36 |
| **Total** | | | | | | | | | |
| Annual Total | | | | | 166.52 | 200.43 | | | |
| Daily Total | | | | | 0.46 | 0.56 | | | |
| Monthly Total | | | | | $13.88 | $16.70 | | $13.88 | |

Exhibit A