UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.

Debtors[1]

PROMESA
TITLE III

No. 17 BK 3283-LTS
(Jointly Administered)

## MOTION WITHDRAWING MOTIONS FOR RELIEF FROM STAY

**TO THE HONORABLE COURT:**

**COMES NOW,** Luisa Murray Soto ("Ms. Murray" or "Movant"), *pro se*, and respectfully moves to the Court for an Order pursuant to 11 U.S.C. §362 for relief the Automatic Stay and, in support of this motion, states and pray as follows:

1. On August 17, 2017, Movant filed a motion requesting lift of stay with the Dkt 1078.

2. Inadvertently, the Movant did not comply with this court standing order Dkt 1065, whereby movant is to communicate with Counsel for the Oversight Board and

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID"3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

AAFAF, advising the intention of filing said motion in order to attempt to resolve the matter in whole or in part.

3. On November 22, 2017, the Movant filed motion consolidating request relief from automatic stay and joint stipulation with the Dkt 1860.

4. Due to the above, Movant moves the court to withdraw its motions without prejudice, so that it may comply with this Court Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on this same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF Filing System which will send a notification of such to the parties of record and to all interested subscribed users.

RESPECTFULLY SUBMITTED at San Juan, Puerto Rico, this 28th day of December 2017.

s/Luisa Murray-Soto
**Luisa Murray Soto, *Pro Se***
Cond River Glance
3 Carr 784 Apt 3201
Caguas, PR 00727
Phone number: 239.986.1793
lumurr@gmail.com