JAVIER MANDRY
1326 CALLE SALUD APT 1101
PONCE, PR 00717

SAN JUAN PR 009

23 DEC 2017 PM 1 T



OFFICE OF THE CLERK
FEDERAL BUILDING ROOM 150
150 AVE CARLOS CHARDON
SAN JUAN, PR 00918

0091881705