EXHIBIT 1

# TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM OCTOBER 24, 2017 THROUGH DECEMBER 22, 2017

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 1. | Capellán-Rosa, et al. v. PR-DOE, et al., Case No. 16-cv-2075 (CCC), District Court of Puerto Rico<br><br>Case under the Individuals with Disabilities Education Act ("IDEA") | Adelina Capellán-Rosa and her minor son, DRC | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment and to determine the amount of attorneys' fees owed to movants and allow movants to enforce against the Commonwealth any judgment entered by the District Court to collect such attorney's fees; provided, however, the stay shall continue to apply in all other respects to the prepetition action. | October 27, 2017 |
| 2. | Elena Rivera Marcucci, et al. vs. Department of Education of Puerto Rico, et al., Case No. 2017-cv-1422 (PAD), District Court of Puerto Rico<br><br>IDEA case | Mrs. Elena Rivera-Marcucci and her minor special needs' son, ARR | Commonwealth | Modification of the stay to the limited extent necessary to let the prepetition action proceed to judgment to determine the amount of attorneys' fees owed to movants and allow movants to enforce against the Commonwealth any judgment entered by the District Court to collect such attorney's fees; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | November 10, 2017 |
| 3. | Rafael Rentas Martínez, Magaly Cosme Santiago, Case No: JDP2012-0290, Puerto Rico Court of First Instance<br><br>Personal injury case | Rafael Rentas Martínez and Magaly Cosme Santiago | Commonwealth | Modification of the stay to the limited extent necessary to enable movants to prosecute the prepetition action against insurance coverage, if any, available under any insurance policies issued to the Commonwealth; provided, however, the stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the entry, execution, and enforcement of any judgment in excess of the available coverage and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | November 14, 2017 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 4. | Autoridad de Carreteras y Transportación de P.R. v. Corporación Rexach Hermanos, Inc. y Citizens Reonovation & Dev. Corp., Civil Num. K EF2001-0272, Puerto Rico Court of First Instance, Superior Court of San Juan<br><br>Eminent domain case | Rexach Hermanos Inc. | HTA | Modification of the stay to the limited extent necessary to enable the prepetition action to proceed to judgment before the State Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to further supplement the deposit. | November 14, 2017 |
| 5. | BMW Financial Services NA, LLC v. ELA, et al., KAC-2016-0801 (908)<br><br>BMW Financial Services, NA, LLC v. ELA, et al., DAC-2017-0068 (401)<br><br>BMW Financial Services NA, LLC v. ELA, et al., EAC-2017-0213 (705)<br><br>BMW Financial Services NA, LLC v. ELA, et al., EAC-2017-0181 (705)<br><br>BMW Financial Services NA, LLC v. ELA, et al., ISCI-2017-0767 (204A)<br><br>PENFED v. ELA, et al., HSCI-2017-0348 (206)<br><br>PENFED v. ELA, et al., HSCI-2017-0599 (208)<br><br>PENFED v. ELA, et al., EAC-2017-0282 (705) | Pentagon Federal Credit Union and BMW Financial Services NA, LLC | Commonwealth | Modification of the stay to the limited extent necessary to allow the forfeiture actions to proceed to judgment in the ordinary course in accordance with the UFA and, if judgment is entered in movants' favor, to allow movants to pursue remedies against the Commonwealth under section 19 of the UFA. | November 16, 2017 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | Forfeiture actions under the Uniform Forfeiture Act (the "UFA") | | | | |
| 6. | Jose Enrique Ortiz Rivera v. Estado Libre Asociado de Puerto Rico, B Civil Case No. BAC2015-0045, Puerto Rico Court of First Instance, Municipality of Aibonito<br><br>Forfeiture action under the UFA | Jose Enrique Ortiz Rivera | Commonwealth | Modification of the stay to the limited extent necessary to enable movant to pursue remedies against the Commonwealth under section 19 of the UFA with respect to the prepetition action. | November 16, 2017 |
| 7. | Popular Auto v. the Commonwealth, Case No. KAC2017-0489, Puerto Rico Court of First Instance, Municipality of San Juan<br><br>Forfeiture action under the UFA | Popular Auto | Commonwealth | Modification of the stay to the limited extent necessary to allow the forfeiture action to proceed to judgment in the ordinary course in accordance with the UFA and, if judgment is entered in movant's favor, to allow movant to pursue remedies against the Commonwealth under section 19 of the UFA. | November 27, 2017 |
| 8. | Colón-Rosario, et al v. PR-DOE, et al., Case No. 16-cv-2169 (PAD), O/F 212-002, District Court of Puerto Rico<br><br>IDEA case | Mrs. Glorymar Colón-Rosario and her minor special needs' son, DRC | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment to determine the amount of attorney's fees owed to movants and allow movants to enforce against the Commonwealth any judgment entered by the District Court to collect such attorneys' fees; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | November 28, 2017 |

3

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 9. | Juan Melendez Perez v. Departamento de Educación, Case No TA: KLRA2017-00525, Puerto Rico Appellate Court<br><br>Employment discrimination case | Juan A. Meléndez Pérez | Commonwealth | Modification of the stay only to allow determination of the matters pending before the Appellate Court and enable movant to prosecute the prepetition action against insurance coverage, if any, available under any insurance policies issued to the Commonwealth; provided, however, the stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the entry, execution, and enforcement of any judgment in excess of the available coverage and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | December 1, 2017 |
| 10. | Commonwealth of Puerto Rico vs. Acquisition of Rights on a Contract and Amendments for the Lease of Certain Portions of Property Located in the Cangrejeros Neighborhood Above the Municipality of Carolina, Puerto Rico; Caribbean Airport Facilities, Inc., Case No. KEP2011-0456, Puerto Rico Court of First Instance<br><br>Expropriation case | Caribbean Airport Facilities, Inc. | Commonwealth | Modification of the stay to the limited extent necessary to enable the prepetition action to proceed to judgment before the State Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | December 4, 2017 |
| 11. | Luisa Murray Soto v. Oficina de Gerencia y Presupuesto, Case Nos. 2008-11-0496, 2016-04-1108, and 2016-04-1109 pending before CASP, and Case Nos. 2016-GV-1119 and 2016-GV-1398 pending before the Treasury Department<br><br>Employment related | Luisa Murray Soto | Commonwealth | Modification of the stay to the limited extent necessary to allow (a) CASP to issue an administrative judgment only for Case No. 2008-11-0496 and Case No. 2016-04-1108, and (b) the Treasury Department to issue an administrative judgment only for Case No. 2016-GV-1119 and Case No. 2016-GV-1398; provided, however, that the Title III Stay shall continue to apply (a) in full with respect to Case No. 2016-04-1109 and (b) in all other | December 18, 2017 |

4

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | administrative actions | | | respects to Case No. 2008-11-0496, Case No. 2016-04-1108, Case No. 2016-GV-1119, and Case No. 2016-GV-1398 including, but not limited to, (i) the job classification and back-pay actions and (ii) the execution and enforcement of any judgment for monetary claims, damages, and/or provisional remedies. | |
| 12. | Emmanuel Fernandez-Jorge, et al. v. Police Department of the Commonwealth of Puerto Rico, et al., Civil Case No. 11-02268 (JAC-SCC) and Emmanuel Fernandez-Jorge, et al. v. Julio Galarza-Soto et al., Civil Case No. 14-1590 (JAG-BJM) (D.P.R.) (consolidated with the first case)<br><br>Civil rights case | Emmanuel Fernandez-Jorge and Lidia Jorge | Commonwealth | Modification of the stay to the limited extent necessary to let the prepetition action proceed to judgment before the District Court and for judgment to be rendered by the District Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies against the Commonwealth or any of the other Title III Debtors. | December 19, 2017 |
| 13. | Marianne Torres et al. v. ELA et al., Civil Case No. KDP-2012-1526, Court of First Instance, Superior Court of San Juan<br><br>Workplace harassment case | Marianne Torres, Juan Laurido, and their legal conjugal partnership | Commonwealth | Modification of the stay to the limited extent necessary to let the prepetition action proceed to judgment before the prepetition Court and for judgment to be rendered by the prepetition Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies against the Commonwealth or any of the other Title III Debtors. | December 19, 2017 |
| 14. | Vilmarie Caraballo-Caraballo v. Corrections Department of the Commonwealth of Puerto Rico et al., Appeal No. 16-1597 (1st Cir.)<br><br>Employment discrimination case | Vilmarie Caraballo-Caraballo | Commonwealth | Modification of the stay to the limited extent necessary to enable the First Circuit to enter a judgment on the pending appeal, which has been fully briefed and argued; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, (a) the continuance of litigation in the District Court in the event the First Circuit | December 19, 2017 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | | | | overrules the District Court's grant of summary judgment in favor of the defendants and (b) the execution and enforcement of any judgment for damages and provisional remedies against the Commonwealth or any of the other Title III Debtors. | |
| 15. | Melba Rivera-Delgado, et al. v. Carlos Chardon, et al., Case No. 12-1450 (D.P.R.)<br><br>Employment discrimination case | Melba Rivera-Delgado | Commonwealth | Modification of the stay to the limited extent necessary to let the prepetition action proceed to judgment before the District Court and for judgment to be rendered by the District Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies against the Commonwealth or any of the other Title III Debtors. | December 19, 2017 |
| 16. | Christopher Cruz-Rodríguez, et al. v. Carlos Molina-Rodriguez, et al., Civil Case No. 12-1189 (PG) (D.P.R.)<br><br>Civil rights case | Christopher Cruz-Rodríquez, Maria de Lourdes Rodriguez Ruiz, and Natalia Cruz-Rodriguez | Commonwealth | Modification of the stay to the limited extent necessary to let the prepetition action proceed to judgment before the District Court and for judgment to be rendered by the District Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies against the Commonwealth or any of the other Title III Debtors. | December 19, 2017 |
| 17. | Corporación de Servicios Integrales de Salud del Área de Barranquitas, Comerío, Corozal, Naranjito y Orocovis<br><br>Constitutional challenge | Corporación de Servicios Integrales de Salud del Área de Barranquitas, Comerío, Corozal, Naranjito y Orocovis | Commonwealth | Modification of the stay to the limited extent necessary to allow movant to file an action for declaratory judgment in connection with a constitutional challenge of Law 66-2014; provided, however, the stay shall continue to apply with respect to the execution and enforcement of any judgment in the action for money damages and/or provisional remedies against the Commonwealth or any other Title III Debtor. | December 21, 2017 |