JAVIER MANDRY
1326 CALLE SALUD APT 1101
PONCE, PR 00717





OFFICE OF THE CLERK
FEDERAL BUILDING ROOM 150
150 AVE CARLOS CHARDON
SAN JUAN, PR 00918