# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** January 2, 2018

**BK #:** 17-3283 (LTS)

**USCA #:** 16-1597

**CASE CAPTION in USCA:** Caraballo-Caraballo v. Administracion de Correccion, et al

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entry 2191 | I |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Marian Ramirez-Rivera
Marian Ramirez-Rivera
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk