IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | NO. 17 BK 3283 (LTS)<br><br>RE:<br>Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),<br>Tittle III Petition for Adjustment of Debts |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**TO THE HONORABLE COURT**:

**COMES NOW**, the undersigned attorney, who appeared in representation of the Asociación Puertorriqueña de la Judicatura, Inc., creditor and party in interest hereto, and hereby requests that this Honorable Court allow her to withdraw as counsel of record for the aforementioned creditor and party in interest, pursuant to the Federal Rules of Bankruptcy Procedure, made applicable to these proceedings by Section 310 of the Puerto Rico Oversight and Economic Stability Act, 48 U.S.C. § 2170. As such, the undersigned very respectfully requests that the Court cease to notify her of motions, pleadings, papers, and orders in this matter, and that the following email addresses be removed from the master list: leticia.casalduc@indianowilliams.com; and leticiahome@gmail.com.

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify case participants.

**RESPECTFULLY SUBMITTED**.

1

In San Juan, Puerto Rico, this 3rd day of January, 2018.

*Counsel for*
*Asociación Puertorriqueña de la Judicatura*

**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
leticia.casalduc@indianowilliams.com

s/ Leticia Casalduc Rabell
LETICIA CASALDUC RABELL
USDC PR BAR No. 213513

2