IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                      Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record, please take notice of the appearance of the following counsel for the United States:

THOMAS G. WARD
Deputy Assistant Attorney General
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW, Rm 3131
Washington, D.C. 20530
(202) 514-7835 (office)
(202) 514-8071 (fax)
Thomas.g.ward@usdoj.gov

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: January 4, 2018

Respectfully submitted,

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

/s/ *Thomas Ward*
THOMAS G. WARD (USDC-PR No. G02717)
Deputy Assistant Attorney General
JENNIFER D. RICKETTS
Director, Federal Programs Branch
CHRISTOPHER R. HALL
Assistant Director
JEAN LIN (USDC-PR No. G02514)
Special Counsel
CESAR A. LOPEZ-MORALES (USDC-PR No. G02704)
Trial Attorney
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW, Rm 3131
Washington, D.C. 20530
(202) 514-7835 (office)
(202) 514-8071 (fax)
Thomas.g.ward@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2018, I caused a true and correct copy of the foregoing Motion to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

<u>/s/ Thomas G. Ward</u>
Thomas G. Ward