IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| UNION DE TRABAJADORES DE LA INDUSTRIA ELECTRICA Y RIEGO (UTIER),<br>             Plaintiff,<br>    v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSE B. CARRION III; ANDREW G. BIGGS; CARLOS M. GARCIA; ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR.; and JOHN DOES 1-7.<br>            Defendants. | Adv. Proc. No. 17-228-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**INFORMATIVE MOTION OF THE UNITED STATES OF AMERICA
REGARDING ATTENDANCE, PARTICIPATION AND OBSERVATION
OF THE JANUARY 10, 2018 AURELIUS/UTIER HEARING**

The United States submits this informative motion in response to the Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation at the January 10, 2018 Aurelius/UTIER Hearing* [No. 17 BK 3283-LTS, Dkt No. 2202], and respectfully states as follows:

Thomas G. Ward of the U.S. Department of Justice will appear in person and present oral argument on behalf of the United States at the January 10, 2018 hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

Jean Lin, Cesar A. Lopez-Morales, and Matthew J. Troy of the U.S. Department of Justice will appear in person in Courtroom 17C on behalf of the United States and request to be seated at Counsel's table.

WHEREFOR, the United States respectfully requests that the Court take notice of the foregoing.

Dated: January 4, 2018

                        Respectfully submitted,

                        ROSA E. RODRIGUEZ-VELEZ
                        United States Attorney

                        /s/ *Thomas G. Ward*
                        THOMAS G. WARD (USDC-PR No. G02717)
                        Deputy Assistant Attorney General
                        JENNIFER D. RICKETTS
                        Director, Federal Programs Branch
                        CHRISTOPHER R. HALL
                        Assistant Director
                        JEAN LIN (USDC-PR No. G02514)
                        Special Counsel

CESAR A. LOPEZ-MORALES (USDC-PR
No. G02704)
Trial Attorney
U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., NW, Rm 3131
Washington, D.C. 20530
(202) 514-7835 (office)
(202) 514-8071 (fax)
Thomas.g.ward@usdoj.gov

*Attorneys for the United States of America*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2018, I caused a true and correct copy of the foregoing Motion to be filed with the Clerk of the Court using the CM/ECF system which will generate electronic notification to all CM/ECF participants in these cases.

/s/ *Thomas G. Ward*
THOMAS G. WARD