# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),<br><br>                    Plaintiffs,<br><br>            v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR. AND JOHN DOES 1-7,<br><br>                    Defendants. | Adv. Proc. No. 17-228-LTS |

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF THE
OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
OF THE COMMONWEALTH OF PUERTO RICO REGARDING
ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE
JANUARY 10, 2018 AURELIUS/UTIER HEARING**

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informational motion in response to this Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the January 10, 2018 Aurelius/UTIER Hearing* [Dkt. No. 2202], and respectfully states as follows:

Ian Heath Gershengorn will appear and present oral argument on behalf of the Retiree Committee at the January 10, 2018 hearing (the "Hearing") in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 in connection with (i) the *Objection and Motion of Aurelius to Dismiss Title III Petition*, Dkt. No. 913; (ii) the *Motion of Aurelius for Relief from the Automatic Stay*, Dkt. No. 914; and (iii) the motion to dismiss filed in the above-captioned adversary proceeding, Adv. Proc. Dkt. No. 60. Mr. Gershengorn will also appear to respond to any statements made by any party in connection with the above-captioned Title III case or above-captioned adversary proceeding.

Lindsay C. Harrison and William Dreher plan to attend the Hearing on behalf of the Retiree Committee and request to be seated at Counsel's table.

Catherine Steege and Melissa Root plan to attend the Hearing on behalf of the Retiree Committee and do not request to be seated at Counsel's table.

2

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| January 4, 2018 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Edificio Union Plaza<br>PH-A piso 18<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |
| Ian Heath Gershengorn (admitted *pro hac vice*)<br>Lindsay C. Harrison (admitted *pro hac vice*)<br>William Dreher (admitted *pro hac vice*)<br>1099 New York Ave NW<br>Washington, DC 20001<br>igershengorn@jenner.com<br>lharrison@jenner.com<br>wdreher@jenner.com<br>202-639-6000 (telephone)<br>202-639-6066 (facsimile) | |