**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO,
et al.,

            Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

---------------------------------------------------------------x

UNIÓN DE TRABAJADORES DE LA
INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),

            Plaintiff,

   v.

PUERTO RICO ELECTRIC POWER
AUTHORITY; THE FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO
RICO; JOSÉ B. CARRIÓN III; ANDREW G.
BIGGS; CARLOS M. GARCÍA; ARTHUR J.
GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J.
MATOSANTOS; DAVID A. SKEEL, JR. AND
JOHN DOES 1-7.,

            Defendants.

Adv. Proc. No. 17-228-LTS
Filed in Case No.
17 BK 4780-LTS

---------------------------------------------------------------x

**INFORMATIVE MOTION OF AMERICAN FEDERATION OF STATE, COUNTY AND
MUNICIPAL EMPLOYEES WITH RESPECT TO ORDER REGARDING THE
LOCATION AND PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
OBSERVATION OF THE JANUARY 10, 2018 AURELIUS/UTIER HEARING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

American Federation of State, County & Municipal Employees, AFL-CIO ("AFSCME") hereby submits this informative motion in response to this Court's *Order Regarding The Location And Procedures For Attendance, Participation And Observation Of The January 10, 2018 Aurelius/UTIER Hearing* (Docket No. 2202 and Adv. Pro. No. 17-228-LTS, Docket No. 111), and respectfully state as follows:

1. Sharon L. Levine, Matthew S. Blumin, and Dipesh Patel will appear on behalf of AFSCME in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

2. Manuel A. Rodriguez Banchs will appear on behalf of AFSCME by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. Sharon L. Levine and Matthew S. Blumin intend to be seated at Counsel's table and will present argument with respect to and respond to any issues raised with respect to: (1) the *Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket No. 913) ("the Aurelius Motion") and AFSCME's related opposition to the Aurelius Motion (Docket Nos. 1610 and 2164); and (2) the *Motion to Dismiss* filed in the above-captioned adversary proceeding (Adv. Proc. No. 17-228-LTS, Docket No. 88) and AFSCME's related partial joinder in support of dismissal pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 95), opposition to dismissal pursuant to Federal Rule of Civil Procedure 12(b)(1) (Docket No. 99), and reply in support thereof (Docket No. 106).

4. Other than the above-referenced attorneys, AFSCME does not intend for any additional persons to attend and/or present argument at the January 10, 2018 Aurelius/UTIER hearing on its behalf.

5. AFSCME also appears and reserves the right to respond to any statements made by any party in connection with the above-captioned Title III Proceedings or any adversary proceedings currently pending in the above-captioned Title III Proceedings.

**WHEREFORE**, AFSCME respectfully requests that the Court take notice of the foregoing.

Dated: January 5, 2018  **SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/Sharon L. Levine*
Sharon L. Levine *(pro hac vice)*
Dipesh Patel *(pro hac vice)*
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)
sharon.levine@saul.com; dipesh.patel@saul.com

-and-

*/s/Judith E. Rivlin*
**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES**
Judith E. Rivlin *(pro hac vice)*
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)
jrivlin@afscme.org; tpaterson@afscme.org; mblumin@afscme.org

-and-

*/s/Manuel A. Rodriguez Banchs*
Manuel A. Rodriguez Banchs
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)
manuel@rodriguezbanchs.com

*Attorneys for the American Federation of State, County and Municipal Employees*

4