# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),<br><br>Plaintiff,<br><br>v.<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR. AND JOHN DOES 1-7.,<br><br>Defendants. | Adv. Proc. No. 17-00228-LTS<br>Filed in Case No.<br>17 BK 4780-LTS |

---

* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**INFORMATIVE MOTION OF THE COFINA SENIOR BONDHOLDERS'
COALITION REGARDING ITS REQUEST TO BE HEARD
AT THE JANUARY 10, 2018 AURELIUS/UTIER HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

The COFINA Senior Bondholders' Coalition submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of January 10, 2018 Aurelius/UTIER Hearing* (Dkt. No. 2202) (the "Order"), and respectfully states as follows:

2.      Charles J. Cooper of Cooper & Kirk, PLLC, co-counsel for the COFINA Senior Bondholders' Coalition, requests to be heard at the January 10, 2018 Aurelius/UTIER Hearing (the "Hearing").  Mr. Cooper will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York.

3.      John Ohlendorf of Cooper & Kirk, PLLC will also attend the Hearing on behalf of the COFINA Senior Bondholders' Coalition.  Mr. Ohlendorf will attend in person in Courtroom 17C of the United States District Court for the Southern District of New York and requests to be seated at Counsel's table, but does not intend to speak at the Hearing.

DATED: January 5, 2018

Respectfully submitted,

| REICHARD & ESCALERA | COOPER & KIRK, PLLC |
|---|---|
| By : */s/ Rafael Escalera*<br>**Rafael Escalera**<br>USDC No. 122609<br>escalera@reichardescalera.com | **Charles Cooper** (*pro hac vice*)<br>ccooper@cooperkirk.com<br>**Howard Nielson** (*pro hac vice*)<br>hnielson@cooperkirk.com<br>**Haley Proctor** (*pro hac vice*)<br>hproctor@cooperkirk.com |
| */s/ Sylvia M. Arizmendi*<br>**Sylvia M. Arizmendi**<br>USDC-PR 210714<br>arizmendis@reichardescalera.com | 1523 New Hampshire Ave., NW<br>Washington D.C., 20036 |
| */s/ Fernando Van Derdys*<br>**Fernando Van Derdys**<br>USDC-PR 201913<br>fvander@reichardescalera.com | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>**Susheel Kirpalani** (*pro hac vice*)<br>susheelkirpalani@quinnemanuel.com<br>**Eric Winston** (*pro hac vice*)<br>ericwinston@quinnemanuel.com |
| */s/ Carlos R. Rivera-Ortiz*<br>**Carlos R. Rivera-Ortiz**<br>USDC-PR 303409<br>riverac@reichardescalera.com | **Daniel Salinas**<br>USDC-PR 224006<br>danielsalinas@quinnemanuel.com<br>**David Cooper** (*pro hac vice*)<br>davidcooper@quinnemanuel.com |
| */s/ Gustavo A. Pabón-Rico*<br>**Gustavo A. Pabón-Rico**<br>USDC-PR 231207<br>pabong@reichardescalera.com | **Eric Kay** (*pro hac vice*)<br>erickay@quinnemanuel.com<br>**Kate Scherling** (*pro hac vice*)<br>katescherling@quinnemanuel.com<br>**Darren M. Goldman** (*pro hac vice*)<br>darrengoldman@quinnemanuel.com |
| 255 Ponce de León Avenue<br>MCS Plaza, 10th Floor<br>San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1603 |

Co-Counsel to the COFINA Senior Bondholders' Coalition

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

           /s/ *Carlos R. Rivera-Ortiz*
            USDC-PR 303409