# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>COMMONWEALTH OF PUERTO RICO, *et al.*,[1]<br><br>Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS' INFORMATIVE MOTION REGARDING ATTENDANCE AND PARTICIPATION AT JANUARY 10, 2018 AURELIUS/UTIER HEARING

TO THE HONORABLE COURT:

The Ad Hoc Group of General Obligation Bondholders (the "GO Group") respectfully submits this informative motion in compliance with Dkt. No. 2202, the Court's *Order Regarding*

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS). (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*The Location And Procedures For Attendance, Participation And Observation Of The January 10, 2018 Aurelius/UTIER Hearing* (the "Order"), and respectfully states as follows:[2]

1. Mark T. Stancil of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear on behalf of the GO Group at the January 10, 2018 Aurelius/UTIER hearing. Mr. Stancil will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York and will be prepared to discuss the Aurelius Motions (as defined in the Order); the *Statement Of The Ad Hoc Group Of General Obligation Bondholders In Support Of Objection And Motion Of Aurelius To Dismiss Title III Petition* (Dkt. No. 2202); and any other matters raised by other arguing counsel or the Court.

2. Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will also appear in person in Courtroom 17C. Mr. Burke requests to be seated with Mr. Stancil at counsel's table.

WHEREFORE, Plaintiffs respectfully request that the Court take notice of the foregoing.

[*The remainder of this page is intentionally left blank.*]

---

[2] "Dkt. No." refers to docket entries in this action. Plaintiffs file this Informative Motion exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

| | |
|---|---|
| Dated: January 5, 2018 | Respectfully submitted, |
| /s/ Ramón Rivera Morales | /s/ Mark T. Stancil |
| J. Ramón Rivera Morales | Lawrence S. Robbins (admitted *pro hac vice*) |
| USDC-PR Bar No. 200701 | Gary A. Orseck (admitted *pro hac vice*) |
| Andrés F. Picó Ramírez | Kathryn S. Zecca (admitted *pro hac vice*) |
| USDC-PR Bar No. 302114 | Mark T. Stancil (admitted *pro hac vice*) |
| JIMÉNEZ, GRAFFAM & LAUSELL | Ariel N. Lavinbuk (admitted *pro hac vice*) |
| P.O. Box 366104 | Donald Burke (admitted *pro hac vice*) |
| San Juan, PR 00936 | ROBBINS, RUSSELL, ENGLERT, ORSECK, |
| Telephone: (787) 767-1030 | UNTEREINER & SAUBER LLP |
| Facsimile: (787) 751-4068 | 1801 K Street, N.W., Suite 411-L |
| Email: rrivera@jgl.com | Washington, DC 20006 |
| | Telephone: (202) 775-4500 |
| | Facsimile: (202) 775-4510 |
| | Email: mstancil@robbinsrussell.com |
| | |
| | /s/ Andrew N. Rosenberg |
| | Andrew N. Rosenberg (admitted *pro hac vice*) |
| | Kyle J. Kimpler (admitted *pro hac vice*) |
| | Karen R. Zeituni (admitted *pro hac vice*) |
| | PAUL, WEISS, RIFKIND, WHARTON |
| | & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | Email: arosenberg@paulweiss.com |

*Counsel to Plaintiffs*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ Mark T. Stancil<br>
Mark T. Stancil