## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGE-MENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.* | |
| Debtors.[1] | |

## AURELIUS'S INFORMATIVE MOTION REGARDING JANUARY 10 HEARING

In response to the Court's order of January 4, 2018, Dkt. 2202, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius"), respectfully inform the Court as follows:

1. Theodore B. Olson will present argument on behalf of Aurelius at the January 10, 2018, hearing at the New York location, as it concerns Aurelius's *Objection and Motion to Dismiss the Title III Petition*, Dkt. 913.

2. Matthew D. McGill will present argument on behalf of Aurelius at the January 10, 2018, hearing at the New York location, as it concerns Aurelius's *Motion for Relief from the Automatic Stay*, Dkt. 914.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3.  Helgi C. Walker will be present at the New York location and wishes to be seated at counsel table.

4.  Lochlan F. Shelfer and Jeremy M. Christiansen will be present at the New York location but will not be seated at counsel table.

Dated:  January 5, 2018                              Respectfully submitted,

 */s/ Luis A. Oliver-Fraticelli*                          */s/ Theodore B. Olson*

Luis A. Oliver-Fraticelli                    Theodore B. Olson  (Admitted *pro hac vice*)
Katarina Stipec-Rubio                      Matthew D. McGill  (Admitted *pro hac vice*)
USDC-PR Bar Nos. 209204, 206611        Helgi C. Walker  (Admitted *pro hac vice*)
ADSUAR MUÑIZ GOYCO SEDA &             Lochlan F. Shelfer  (Admitted *pro hac vice*)
    PÉREZ-OCHOA PSC                      Jeremy M. Christiansen  (Admitted *pro hac vice*)
208 Ponce de Leon Ave., Suite 1600      GIBSON, DUNN & CRUTCHER LLP
San Juan, P.R.  00918                    1050 Connecticut Avenue, N.W.
Phone:  (787) 756-9000                   Washington, D.C.  20036
Fax:  (787) 756-9010                     Phone:  (202) 955-8500
Email: loliver@amgprlaw.com             Fax:  (202) 467-0539
kstipec@amgprlaw.com                    Email:  tolson@gibsondunn.com
                                        mmcgill@gibsondunn.com
                                        hwalker@gibsondunn.com
                                        lshelfer@gibsondunn.com
                                        jchristiansen@gibsondunn.com

2