# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MUTUAL FUND GROUP'S INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT JANUARY 10, 2018 HEARING

**PLEASE TAKE NOTICE** that David E. Blabey, Jr. of Kramer Levin Naftalis & Frankel, LLP will appear on behalf of the Mutual Fund Group[2] at the January 10, 2018 hearing on the *Objection and Motion of Aurelius to Dismiss Title III Petition* [Docket No. 913] and the *Motion of Aurelius for Relief from the Automatic Stay* [Docket No. 914]. Mr. Blabey will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Mr. Blabey expects to be accompanied by one other attorney from Kramer Levin Naftalis & Frankel, LLP.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Mutual Fund Group consists of funds and accounts managed or advised by OppenheimerFunds, Inc., Franklin Advisers, Inc., and the First Puerto Rico Family of Funds.

- 2 -

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today January 5, 2018.

| | |
|---|---|
| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| *s/ Manuel Fernández-Bared* | *s/ Douglas Buckley* |
| MANUEL FERNÁNDEZ-BARED | AMY CATON* |
| USDC-PR No. 204,204 | THOMAS MOERS MAYER* |
| E-mail: mfb@tcmrslaw.com | PHILIP BENTLEY* |
| | DAVID E. BLABEY, JR.* |
| *s/ Linette Figueroa-Torres* | DOUGLAS BUCKLEY* |
| LINETTE FIGUEROA-TORRES | 1177 Avenue of the Americas |
| USDC-PR No. 227,104 | New York, New York 10036 |
| E-mail: lft@tcmrslaw.com | Tel.: (212) 715-9100 |
| | Fax: (212) 715-8000 |
| *s/ Nayda Perez-Roman* | Email: tmayer@kramerlevin.com |
| NAYDA PEREZ-ROMAN | acaton@kramerlevin.com |
| USDC–PR No. 300,208 | pbentley@kramerlevin.com |
| E-mail: nperez@tcmrslaw.com | dblabey@kramerlevin.com |
| | dbuckley@kramerlevin.com |
| P.O. Box 195383 | |
| San Juan, PR 00919-5383 | *(admitted *pro hac vice*) |
| Tel.: (787) 751-8999 | |
| Fax: (787) 763-7760 | *Counsel to the Mutual Fund Group* |
| | |
| *Counsel to the Mutual Fund Group* | |