# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------------- x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
      as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et al.*, : (Jointly Administered)
:
      Debtors.[1] :
-------------------------------------------------------------------------- x
:
UNION DE TRABAJADORES DE LA INDUSTRIA :
ELECTRICA Y RIEGO (UTIER), :
:
      Plaintiff, : Adv. Proc. No. 17-228 (LTS)
    v. : in 17-BK-4780 (LTS)
:
PUERTO RICO ELECTRIC POWER AUTHORITY, *et al.* :
:
      Defendants, :
:
    v. :
:
THE OFFICIAL COMMITTEE OF UNSECURED :
CREDITORS OF ALL TITLE III DEBTORS (OTHER :
THAN COFINA) :
:
      Intervenor. :
:
-------------------------------------------------------------------------- x

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

### AMENDED INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING JANUARY 10, 2018 HEARING AT 11:00 A.M. (AST)

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee") hereby submits this informative motion in response to the Court's order, dated January 3, 2018 [Docket No. 2202] (the "Scheduling Order"), and respectfully states as follows:

1. Neal D. Mollen of Paul Hastings LLP will appear in person on behalf of the Committee at the Hearing on January 10, 2018 at 11:00 a.m. (AST) / 10:00 a.m. (ET) in Courtroom 17C of the United States District Court for the Southern District of New York, and address, as necessary, the following matters:

    (a) The Aurelius Motions and the UTIER Motion (each as defined in the Scheduling Order);

    (b) Any memoranda, objections, responses, or joinders related to the Aurelius Motions or the UTIER Motion, including the *Objection of Official Committee of Unsecured Creditors to Objection and Motion of Aurelius to Dismiss Title III Petition* [Docket No. 1631], the *Joinder of Intervenor Official Committee of Unsecured Creditors in Relief Sought by Financial Oversight and Management Board in Its Motion to Dismiss Amended Complaint* [Docket No. 89 in Adv. Proc. No. 17-228 (LTS)], and the *Reply of Intervenor Official Committee of Unsecured Creditors In Support of Oversight Board's Motion to Dismiss Plaintiff's Amended Adversary Complaint* [Docket No. 103 in Adv. Proc. No. 17-228]; and

    (c) Any statements made by any party in connection with the title III cases or any adversary proceeding pending therein.

2. In addition, Luc A. Despins of Paul Hastings LLP wishes to attend the Hearing and be seated at Counsel's table.

3. Furthermore, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC will attend, on behalf of the Committee, the January 10 hearing at the United States District Court for the District of Puerto Rico.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: January 5, 2018  /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Neal D. Mollen, Esq. (*Pro Hac Vice Admission Pending*)
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Michael E. Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone:  (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*