UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

**COMES NOW** Pattern Santa Isabel LLC ("Pattern"), creditor and party-in-interest hereto, and hereby enters its appearance through the law firm of McConnell Valdés, LLC and the undersigned counsel, Nayuan Zouairabani, Esq., pursuant to Rule 83(d) of the Local District Court Rules for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), as made applicable to these proceedings by virtue of section 310 of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), 48 U.S.C. § 2170. Pursuant to sections 102(1) and 1109(b) of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, as well as this Court's *Third Amended Notice, Case Management and Administrative Procedures* Order entered on October 24, 2017 (the "CMP Order") (Docket No. 1512-1 of Case No. 17-03283 (LTS)), as applicable to these proceedings pursuant to the Court's July 3, 2017 Order (Docket No. 11), the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the addresses and telephone numbers set forth below:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**To Pattern:**

PATTERN SANTA ISABEL LLC
c/o Pattern Energy Group Inc.
Pier 1, Bay 3
San Francisco, CA 94111
Attention: General Counsel
Telephone: (415) 283-4000
Facsimile: (415) 362-7900
daniel.elkort@patternenergy.com

**To Pattern's Counsel:**

Nayuan Zouairabani, Esq.
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
                    -or-
PO Box 364225
San Juan, Puerto Rico 00936-4225

Telephone: 787-250-5619
Facsimile: 787-759-9225
E-mail: nzt@mcvpr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of Pattern with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 5th day of January, 2018.

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Pattern Santa Isabel LLC*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225

- 2 -

- 3 -

      San Juan, Puerto Rico 00936-4225
      Telephone: 787-250-5604
      Facsimile: 787-759-9225

      By: *s/Nayuan Zouairabani*
      Nayuan Zouairabani
      USDC No. 226411
      Email: nzt@mcvpr.com

- 3 -