# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEATH OF PUERTO RICO,

           Debtors.[1]

PROMESA
Title III

No. 17 BK 03283-LTS
(Jointly Administered)

---------------------------------------------------------------x
UNION DE TRABAJADORES DE LA INDUSTRIA
ELECTRIC Y RIEGO (UTIER),
           Plaintiffs,
        v.
PUERTO RICO ELECTRIC POWER AUTHORITY;
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO;
JOSÉ B. CARRIÓN III; ANDREW G. BIGGS;
CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ;
JOSÉ R. GONZÁLEZ; ANA J. MATOSANTOS;
DAVID A. SKEEL, JR.; and JOHN DOES 1-7,
           Defendants.

Adv. Proc. No. 17-228-LTS
Filed in Case No. 17 BK 4780-LTS

---------------------------------------------------------------x

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**AMENDED INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING JANUARY 10, 2018 AURELIUS/UTIER HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's Order and Notice of Hearing (Dkt. No. 2202) in connection with the (i) *Objection and Motion of Aurelius to Dismiss Title III Petition* (Dkt. No. 913, the "Motion to Dismiss"), (ii) the *Motion of Aurelius for Relief from the Automatic Stay* (Dkt. No. 914, the "Stay Relief Motion" and, together with the Motion to Dismiss, the "Aurelius Motions"), and (iii) the motion to dismiss filed in the above-captioned adversary proceeding (Adv. Proc. No. 17-228-LTS, Dkt. No. 88, the "UTIER Motion"), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as representative of the Commonwealth of Puerto Rico ("Commonwealth"), and the Puerto Rico Electric Power Authority ("PREPA"), by and through the FOMB, as the Debtors' representative, pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101-2241 ("PROMESA"), respectfully states as follows:

1. The FOMB intends to present oral argument at the hearing to be held by the Court on January 10, 2018 **at 11:00 a.m. (Atlantic Standard Time)**

2. Counsel to present argument in connection with the Aurelius Motion to Dismiss: Donald B. Verrilli, Jr.

3. Counsel to present argument in connection with the Aurelius Stay Relief Motion: Mark D. Harris

4. Counsel to present argument in connection with the UTIER Motion: Mark D. Harris

5. Counsel to be present at counsel table:
Mark D. Harris, Martin Bienenstock, Chantel L. Febus, Chad Golder, Ginger D. Anders, Donald B. Verrilli, Jr.

6. Party for which counsel will appear: The FOMB

7. <u>Location at which counsel will appear</u>: New York, New York

Dated: January 5, 2018

San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
Ubaldo M. Fernández
USDC No. 224807
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com
 ubaldo.fernandez@oneillborges.com


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Mark D. Harris (*pro hac vice*)
Chantel L. Febus (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
 sratner@proskauer.com
 tmungovan@proskauer.com
 mharris@proskauer.com
 cfebus@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico and the Puerto Rico Electric Power Authority, and Defendants José B. Carrión III, Andrew G. Biggs, Carlos M. García, Arthur J. González, José R. González, Ana J. Matosantos, David A. Skeel, Jr., and John Does 1-7*

/s/ Donald B. Verrilli
Donald B. Verrilli, Jr. (*pro hac vice* )
Ginger T. Anders (*pro hac vice*)
Chad D. Golder (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**
1155 F Street N.W., Seventh Floor
Washington, D.C. 20004-1357
Tel: (202) 220-1100
Fax: (202) 220-2300
Email: Donald.Verrilli@mto.com
      Ginger.Anders@mto.com
      Chad.Golder@mto.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico*

## CERTIFICATE OF SERVICE

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer