# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 2, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Extension of Deadline for the Commonwealth of Puerto Rico to Assume or Reject Unexpired Nonresidential Leases Under Title III Proceeding, a copy of which is attached hereto as **Exhibit B**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: January 5, 2018

_____
Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 5, 2018, by
Hassan Alli-Balogun, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

**ROBERT J. RUBEL JR.**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 50070782**
**My Commission Expires 10/25/2022**

SRF 21418

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 3 | Address 4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|---|
| 837870 | 800 PONCE DE LEON CORP. | CESTERO, MARIA DEL CARMEN | 27 Gonzalez Guisti Ave | | | | Guaynabo | PR | 00968-3036 |
| 837829 | ACOBA REALTY DEVELOPMENT,CORP. | | PONCE DE LEON AVE 56 | BO SABANA | | | GUAYNABO | PR | 00963 |
| 837536 | AGROFRESCO, INC. | LOYOLA MADAONADO, RITA M. | Carr 695 Km 4 Solar 2 Fin | LA GARITA | | | Dorado | PR | 00646 |
| 837538 | AGROFRESCO, INC. | LOYOLA MADAONADO, RITA M. | CARR. 102 KMCARR 695 KM 4 SOLAR 2 FIN | | | | DORADO | PR | 00646 |
| 837539 | AGROFRESCO, INC. | | CARR 695 KM SOLAR 2 FIN | | | | DORADO | PR | 00646 |
| 837823 | ARRIVEA, INC. | | 19-22 AVE RAMIREZ DE ARELLANO | | | | GUAYNABO | PR | 00966-3133 |
| 837788 | BIANCA CONVENTION CENTER INC | VALENTIN BALAGUER, BLANCA | 2 Km 143.0 Bo Caracoles | | | | Añasco | PR | 00610 |
| 838664 | BUENAVENTURA MORALES SANTIAGO | BUENAVENTURA MORALES SANTIAGO | 41 1st Cll | | | | Bayamon | PR | 00961 |
| 837588 | CAFE DON RUIZ COFFEE SHOP, LLC | RUIZ FELICIANO, ABIMAEL | Cuartel de Ballaja | Calle Norzagaray Esq. Beneficiencia | | | San Juan | PR | 00901 |
| 837826 | CARIBBEAN CITY BUILDERS, INC. | TAUBENFELD, JIM | 517 CARR #5 STE. 5 | | | | CATAÑO | PR | 00962 |
| 838261 | CENTRO DE PIEZAS PATILLAS INCORPORADO | PABON GARCIA, SANTOS | CARR 3 KM 122.1 | | | | PATILLAS | PR | 00723 |
| 837876 | CENTRO FALU INC | GUTIERREZ, MICHELLE | CALLE 8 333 PARCELAS FALU, | | | | SAN JUAN | PR | 00736 |
| 838319 | COMPANIA DE FOMENTO INDUSTRIAL DE PR | CIA DE FOMENTO INDUSTRIAL | 301 Cll Soldado Rafael Lamar Guerra | | | | SAN JUAN | PR | 00918 |
| 837564 | COOPERATIVA DE PRODUCTORES DE CARNE DE RES | COOPERATIVA DE PRODUCTORES DE CARNE DE RES | PO Box 2222222 | | | | San Juan | PR | 00936-3048 |
| 837499 | CORPORACION PARA EL FONDO DEL SEGURO DEL ESTADO | | PO BOX 365028 | | | | SAN JUAN | PR | 00936-5028 |
| 837946 | DELMAR INVESTMENT, S.E. | DELMAR INVESTMENT SE/ SCOTIABANK DE PR | 606 Tito Castro Ave Ste 601 | | | | PONCE | PR | 00716 |
| 837616 | EDUCON MANAGEMENT, CORP. | JAVIER VAZQUEZ | Carr 189 Km 9 Bo Mamey Street Ca | | | | GURABO Q | PR | 00778 |
| 837630 | EGIDA DE LA ASOCIACION DE MIEMBROS DE LA POLICIA, | JOSÉ J. TABOADA | 3723 Carr 1 STE ADM | | | | San Juan | PR | 00926 |
| 837631 | EGIDA DE LA ASOCIACION DE MIEMBROS DE LA POLICIA, | | P.O. Box 9932 | | | | San Juan | PR | 00908-9932 |
| 838271 | EL CONSEJO RENAL DE PUERTO RICO | CONSEJO RENAL DE PUERTO RICO INC | Renal Council | Bo. Monacillo, Calle Maga | Edif. 3, Ramón Fernández | | SAN JUAN | PR | 00936 |
| 837580 | ELITE EDUCATIONAL GROUP CORP (NEMA) | RIVERA RIVERA, ELIAS | Urb. Hermanas Davila Calle Ave. Betance | 400 Buzon 31098 | | | BAYAMON | PR | 00959 |
| 838003 | FASAA CORPORATION | DAWAHARA, NOFAL | 908 Km 1.4 Bo Tejas | | | | Humacao | PR | 00791 |
| 837602 | FCB ACADEMIA DE FUTBOL "SOCCER", INC. | CASTILLO, FAUSTO | PMB 658 AVE. WINSTON CHURCHILL 138 | | | | SAN JUAN | PR | 00926-6013 |
| 837672 | FEDERACION PUERTORRIQUENA DE FUTBOL, INC. | LABRADOR, ERIC M | PO BOX 367567 | | | | SAN JUAN | PR | 00936 |
| 838025 | FIGNA | FIDEICOMISO INSTITUCIONAL GUARD NACIONAL | BASE AEREA MUNIZ EDIF. #27 | | | | CAROLINA | PR | 00972 |
| 838269 | FRANCARMICH, INC. | FRANCES OLIVER | PO Box 1178 | | | | Arecibo | PR | 00612 |
| 837816 | FROILAN REAL ESTATES HOLDING, INC | IRIZARRY SILE, FROILAN | P.O. Box 187 | | | | Mercedita Ponce | PR | 00715 |
| 837874 | FUNDACION FRANCISCO LOPEZ CRUZ, INC. | FRANCISCO MARRERO OCASIO | CLL DEL MORRO | | | | SAN JUAN | PR | 00926 |
| 837692 | GALERIA 100,ESTATE,CORP | COMAS DIAZ, CARLOS J | Road #100, Km. 6.6 | | | | Cabo Rojo | PR | 00623 |
| 837544 | GE ORGANICS PR, LLC | GEORGANICS P.R. , LLC | Carretera 174 km 9.8, Sector Silva Barrio Guaraguao | | | | Bayamon | PR | 00956 |
| 837726 | GUANICA 1929 INC | LOPEZ MOLINA, JUAN | Km 2.5 Los Veterano Avenue, PR-3116 | | | | Guanica | PR | 00647 |
| 838315 | HOGAR CREA INC | FIGUEROA RODRIGUEZ, HECTOR | Carr 848 Km 1,0 | | | | Trujillo Alto | PR | 00976 |
| 837740 | INMOBILIARIA RODMOR, INC. | RODRIGUEZ ZAMORA, ANTONIO | PO Box 28 | | | | YAUCO | PR | 00698 |
| 837842 | INMOBILIARIA WITOCHE INC. | SUAREZ RAMOS, ANGEL L. | IGUALDAD FINAL STREET | | | | SAN JUAN | PR | 00938 |
| 837762 | J.CH. REALTY CORPORATION | OTERO CHAVES, JOSE L | P.O. BOX 848 | | | | MANATI | PR | 00674-0848 |

Exhibit A

Notice Parties Service List
Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | Address 3 | Address 3 | Address 4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|---|
| 837908 | JENNYMAR CORPORATION | GONZALEZ CARO, EFRAIN | Carr 344 Km 01 | | | | HORMIGUEROS | PR | 00660 |
| 837914 | JENNYMAR CORPORATION | GONZALEZ CARO, EFRAIN | PLAZA MONSERRATE CARR. #2 KM 164 INT. | | | | HORMIGUEROS | PR | 00660 |
| 837832 | JF BUILDING LEASE AND MAINTENANCE CORP | CASTRODAD QUILES, JORGE | P.O. Box 91804 | | | | Cidra | PR | 00739-1804 |
| 838068 | JUNCOS AL. & CONSTRUCTION CORP. | GARCIA PATRON, JUAN R. | Carr 172 Km 0.2 Bo Turabo | | | | Caguas | PR | 00725 |
| 837676 | LAS PIEDRAS ELDERLY, L.P. | EMILIO L. FAGUNDO BOOTHBY | Ila Building Suite 603 Marginal #10 Kennedy Avenue | | | | San Juan | PR | 00920-3175 |
| 837677 | LAS PIEDRAS ELDERLY, L.P. | | ILA BUILDING SUITE 603 | MARGINAL #10 KENNEDY AVENUE | | | SAN JUAN | PR | 00920-3175 |
| 838493 | LORENZO G. LLERANDI BEAUCHAMP | LORENZO G LLERANDI / NANCY FLORES CARO | 360 AVE ROTARIOS | | | | ARECIBO | PR | 00612 |
| 837546 | LOS JIBAROS LLC | LÓPEZ RODRÍGUEZ, ANGEL M. | HC-71 Box 2125 | | | | NARANJITO | PR | 00719 |
| 837594 | METROPOLIS APARTMENTS | GARCÍA MUÑIZ, CARLOS L | c/o SP Management | 419 Ponce de León, Suite 112 | Metropolis Commercial, Urb. Floral Park | | SAN JUAN | PR | 00917 |
| 838205 | MUNICIPIO AUTONOMO DE SAN LORENZO | SILVA, ANASTACIO | PO Box 1289 | | | | San Lorenzo | PR | 00754 |
| 838206 | MUNICIPIO AUTONOMO DE SAN LORENZO | | PO BOX 1289 | | | | SAN LORENZO | PR | 00754-9721 |
| 838225 | MUNICIPIO DE GUAYNABO | DE LEÓN, NELSON | Apartado 7885 | | | | GUAYNABO | PR | 00970 |
| 838235 | MUNICIPIO DE LAJAS | MUNICIPIO DE LAJAS | Calle Victoria #5 | | | | LAJAS | PR | 00667 |
| 838738 | NATURAL RETREAT AFFORDABLE HOSUING, LLC | | 445 Street KM 6.5 | Saltos II Agapito Sector | | | San Sebastian | PR | 00685 |
| 838766 | ORIANA ENERGY ,LLC. JOSE LUIS CAPO MATOS | | 954 Ave Ponce De Leon # 203 | | | | San Juan | PR | 00907-3646 |
| 837604 | PESCADORES DE PARGOS DE PROFUNDIDAD, INC. | PIÑEIRO SOLER, MARÍA S | PO BOX 616 | | | | RINCON | PR | 00677 |
| 837718 | PGY, INC | NOVAS DUEÑO, JOSE | PO BOX 801206 | PR-3 KM 134.7 | | | COTO LAUREL | PR | 00780 |
| 837927 | PLAZA SAN MIGUEL INC | | EXPRESO MANUEL RIVERA MORALES PR 181 KM 4.4 | PLAZA SAN MIGUEL SUITE 202 | | | TRUJILLO ALTO | PR | 00976 |
| 838341 | PONCE REAL ESTATE CORP. | VILARIÑO RODRIGUEZ, FRANCISCO | 49 Calle Mendez Vigo | | | | PONCE | PR | 00730 |
| 837610 | PRODUCTOS TIO DANNY, INC. | RIVERA ESCOBAR, EDNA I | Carr 765 Km 3 3 Interio | | | | CAGUAS | PR | 00725 |
| 838243 | PRYMED MEDICAL CARE INC | OTERO CORTES, ROQUE | PR-2 KM 39 8 ALGAROBO WARD | | | | VEGA BAJA | PR | 00693 |
| 838259 | PUNTA BORINQUEN GOLF AND COUNTRY CLUB, INC. | NOGUERAS, JORGE | : Golf Road, Ramey Base | | | | Aguadilla Pueblo | PR | 00603 |
| 838076 | PUNTA BORINQUEN SHOPPING CENTER, INC. | MEDINA RUIZ, EDWIN | RAMEY SHPG CENTER CAL BLT703 | | | | AGUADILLA | PR | 00604 |
| 838078 | PUNTA BORINQUEN SHOPPING CENTER, INC. | MEDINA RUIZ, EDWIN | E Parade, Maleza Baja | | | | AGUADILLA | PR | 00604 |
| 837628 | RAMOS & RAMOS REALTY, INC. | RAMOS LUIÑA, RCARDO N | CALLE DR VEVE # 41 | | | | BAYAMON | PR | 00960 |
| 837970 | RICOH PUERTO RICO, INC. | CT CORPORATION SYSTEM | 431 AVE PONCE DE LEON # 1700 | OLD SAN JUAN | | | SAN JUAN | PR | 00917 |
| 837866 | RIO DEL PLATA MALL INC | TALAVERA, LUIS R | RR#2, BOX 5389 | | | | TOA ALTA | PR | 00953 |
| 837868 | RIO DEL PLATA MALL INC | TALAVERA, LUIS R | Río Lajas | | | | Dorado | PR | 00953 |
| 837627 | SAN JUAN SURF CLUB & INFORMATION CENTER INC. | | Calle Naim | La Punta Beach | | | San Juan | PR | 00907 |
| 837745 | SYLPAWN, INC. | | CALLE PASARELL 18 | | | | YAUCO | PR | 00698 |
| 837968 | TELEPRO CARIBE, INC. | MORA NAZARIO, JOSÉ R | c/o Teletrak | PO Box 270-397 | | | SAN JUAN | PR | 00927 |
| 837969 | TELEPRO CARIBE, INC. | | 521 CALLE VALCARCEL | | | | SAN JUAN | PR | 00923 |
| 837548 | TERRANOVA, CORP. | RIVERA MARRERO, LUIS A. | 561 Hillside Street | Summit Hills | | | San Juan | PR | 00920 |
| 837606 | THE FRANCIS VILLAGE ELDERLY, SE | RIVERA, FRANCISCO | BOX 163 | | | | ANASCO | PR | 00610 |
| 837512 | TLG MANAGEMENT CORP | TLG MANAGEMENT CORP | 1479 AVENUE ASHFORD | | | | SAN JUAN | PR | 00907 |
| 837920 | VIEQUES OFFICE PARK INC | SIMONS, VICTOR M | Calle 65 Infntria Ste 171 | | | | VIEQUES | PR | 00765 |

In re:  The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 2

**<u>Exhibit B</u>**

# GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

October 30, 2017

**BY REGULAR MAIL**
*POR CORREO REGULAR*

Re:    **Extension of Deadline for the Commonwealth of Puerto Rico**
       **to Assume or Reject Unexpired Nonresidential Leases under Title III Proceeding**
       *Extensión de Fecha para el Gobierno de Puerto Rico Asumir o Rechazar Contratos No*
       *Residenciales que No Hayan Expirado conforme al Procedimiento bajo Título III*

Dear Landlord:
*Estimado Arrendador:*

You are receiving this letter because our records show that the landlord named in Exhibit A hereto currently leases certain nonresidential real property to the Commonwealth of Puerto Rico, including its agencies (the "Commonwealth"), pursuant to the lease(s) listed in Exhibit A hereto. *Usted ha recibido esta carta porque nuestros records indican que el arrendador identificado en el Anejo A que acompaña esta carta arrienda ciertos bienes inmuebles no residenciales al Gobierno de Puerto Rico, incluyendo sus agencias (el "Gobierno"), conforme a los contratos de arrendamiento listados en dicho Anejo A.*

On May 3, 2017, the Commonwealth, represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed for relief under Title III of PROMESA (the "Title III Proceeding"). Pursuant to Section 365(d) of the Bankruptcy Code, made applicable to the Title III Proceeding pursuant to Section 301 of PROMESA, the Oversight Board has until November 29, 2017 to assume or reject all nonresidential real property leases, unless the corresponding landlords provide their consent to extend such deadline. Any nonresidential real property lease for which the landlord does not provide its consent to extend such deadline will be deemed rejected on November 29, 2017.
*El 3 de mayo de 2017, el Gobierno, representado por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), radicó una petición para acogerse al Título III de PROMESA (el "Procedimiento de Título III"). Conforme a la Sección 365(d) del Código de Quiebras, que es aplicable al Procedimiento de Título III conforme a la Sección 301 de PROMESA, la Junta de Supervisión tiene hasta el 29 de noviembre de 2017 para asumir o*

*rechazar los contratos de arrendamiento para bienes inmuebles no residenciales, a menos que los arrendadores correspondientes provean su consentimiento para extender dicha fecha. Cualquier arrendamiento de bien inmueble no residencial para el cual el arrendador no provea su consentimiento para extender dicha fecha se considerará rechazado efectivo el 29 de noviembre de 2017.*

In order to avoid the rejection of the leases listed in Exhibit A hereto by the November 29, 2017 deadline, we hereby request your consent to extend the deadline to assume or reject said lease(s), and any other leases between the landlord named in Exhibit A, as landlord, and the Commonwealth, as tenant, until the earlier of (i) January 1, 2019, (ii) the date of expiration or termination of such lease(s) pursuant to its(their) own terms, or (iii) the date on which a plan of adjustment is confirmed under the Title III Proceeding. Such extension is not intended to affect any of the parties' respective rights or remedies under said lease(s) or the Title III Proceeding.
*Para evitar que los arrendamientos listados en el Anejo A sean rechazados en la fecha límite del 29 de noviembre de 2017, solicitamos su consentimiento para extender la fecha límite para asumir o rechazar dichos arrendamientos, y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y el Gobierno, como arrendatario, hasta lo primero que ocurra entre: (i) el 1 de enero de 2019, (ii) la fecha de expiración o terminación de dicho(s) arrendamiento(s) conforme a sus propios términos, o (iii) la fecha en que un plan de ajuste sea confirmado bajo el Procedimiento de Título III. Dicha extensión no pretende afectar ninguno de los derechos o remedios respectivos de las partes bajo dicho(s) arrendamiento(s) o el Procedimiento de Título III.*

If you do not wish to extend the date for the assumption or rejection of the lease(s) listed in Exhibit A hereto, and any other leases between the landlord named in Exhibit A, as landlord, and the Commonwealth, as tenant, as provided above, please contact the following counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("FAFAA") by mail, telephone, or email **on or before November 14, 2017**:
*Si usted no desea extender la fecha límite para que se asuman o rechacen los arrendamientos listados en el Anejo A y cualquier otro arrendamiento entre el arrendador identificado en el Anejo A, como arrendador, y el Gobierno, como arrendatario, favor de comunicarse con los siguientes representantes legales de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") por correo, teléfono o correo electrónico en o antes del **14 de noviembre de 2017**:*

> Lcdo. Ricardo O. Meléndez
> Lcda. Maria C. Santos
> Pietrantoni Méndez & Alvarez LLC
> Popular Center – 19th Floor
> 208 Ponce de León Avenue
> San Juan, Puerto Rico 00918
> Tel.: (787) 773-6005
> Email: msantos@pmalaw.com; rmelendez@pmalaw.com

If you do not respond to this letter by mail, telephone, or email on or before **November 14, 2017,** at the address, number, or email provided above, it will be understood that the landlord named in Exhibit A has granted its consent to extend the deadline for the assumption or rejection of all the

lease(s) listed in Exhibit A, and any other leases between the same landlord, as landlord, and the Commonwealth, as tenant, without waiving any rights and remedies that the landlord may have under said leases.

*Si no responde a esta carta en o antes del **14 de noviembre de 2017** por correo, teléfono o correo electrónico mediante la dirección, número o correo electrónico provisto arriba, se considerará que el arrendador identificado en el Anejo A ha provisto su consentimiento para extender la fecha para asumir o rechazar todos los arrendamientos listados en el Anejo A, y cualquier otro arrendamiento entre el mismo arrendador, como arrendador, y el Gobierno, como arrendatario, sin perjuicio de los derechos y remedios que el arrendador pudiese tener bajo dicho(s) arrendamiento(s).*

If you have any questions regarding the foregoing, you or your counsel (if you are represented by counsel) may contact FAFAA's counsel at the address, number, or email provided above.

*Si tiene cualquier pregunta con respecto a lo anterior, usted o su representante legal (en la medida que tenga representación legal) puede comunicarse con los representantes legales de AAFAF a la dirección, número o correo electrónico indicados arriba.*

Very truly yours,
*Cordialmente,*

**Gerardo J. Portela Franco**
Executive Director
*Director Ejecutivo*

**Exhibit A**
*Anejo A*

| Lease ID<br>*Número de Control* | Office of the Controller Registration Number<br>*Número de Registro de la Oficina del Contralor* | Landlord<br>*Arrendador* | Tenant<br>*Arrendatario* |
|---|---|---|---|
| | | | |