Hearing Date: January 10, 2018 at 11:00 a.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>     as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),<br>     Plaintiff,<br>          v.<br>PUERTO RICO ELECTRIC POWER AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; JOSÉ B. CARRIÓN III; ANDREW G. BIGGS; CARLOS M. GARCÍA; ARTHUR J. GONZÁLEZ; JOSÉ R. GONZÁLEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR. AND JOHN DOES 1-7<br>     Defendants. | No. 17 BK 4780-LTS<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 17-00228-LTS |

**AMENDED INFORMATIVE MOTION REGARDING ATTENDANCE AT THE JANUARY 10, 2018 HEARING ON THE AURELIUS MOTIONS AND UTIER ADVERSARY PROCEEDING**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this motion in response to the Court's order entered on January 3, 2018 regarding the location and procedures for attendance, participation and observation of the January 10, 2018 Hearing on the Aurelius Motions and UTIER Adversary Proceeding (the "January 10 Hearing") (ECF Doc. No. 111 in Adv. Proc. No. 17-228-LTS; ECF Doc. No. 2202 in Case No. 17-03283).

2. On January 5, 2018, AAFAF filed an *Informative Motion Regarding Attendance at the January 10, 2018 Hearing on the Aurelius Motions and UTIER Adversary Proceeding* (ECF Doc. No. 122 in Adv. Proc. No. 17-228-LTS; ECF Doc. No. 2208 in Case No. 17-03283) (the "Initial Informative Motion") informing the Court that at the January 10 Hearing, Walter Dellinger will be arguing on behalf of AAFAF, and John J. Rapisardi and William Sushon of O'Melveny & Myers, LLP, and Mark Bloom of Greenberg Traurig, LLP will be attending in New York and sitting at counsel table.

3. In addition to the attorneys listed on the Initial Informative Motion, Mohammad Yassin, Chief Legal Officer of AAFAF, and Peter Friedman of O'Melveny & Myers, LLP will also be attending the January 10 Hearing in New York but do not seek to be heard or sit at counsel table.

Dated: January 9, 2018
San Juan, Puerto Rico

/s/ Andres W. Lopez
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF ANDRÉS W. LÓPEZ, P.S.C.**
902 Fernández Juncos Ave.
San Juan, PR 00907
Tel: (787) 294-9508
Fax: (787) 294-9519

*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ Peter Friedman
John Rapisardi (*Pro Hac Vice*)
Suzzanne Uhland (*Pro Hac Vice*)
William J. Sushon (*Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, New York 10036
Tel: (212) 326-2000; Fax: (212) 326-2061

-and-

Walter Dellinger (*Pro Hac Vice*)
Peter Friedman (*Pro Hac Vice*)
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300; Fax: (202) 383-5414

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*