# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Set: 10:00 AM (EST)
Started: 10:13 AM (EST)
Ended: 1:33 PM (EST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE: January 10, 2018

COURTROOM DEPUTY: Lisa Ng

COURT REPORTER: Lisa Ferris and Kelly Surina (SDNY)

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors. | 3:17-BK-3283 (LTS)<br><br><br><br>(Jointly Administered) |
| Unión de Trabajadores de la Industria Eléctrica y Riego (UTIER)<br>Plaintiff,<br><br>v.<br><br>Puerto Rico Electric Power Authority (PREPA), *et al.*<br>Defendants. | 3:17-AP-228 (LTS)<br><br>*in 17-BK-4780 (LTS)* |

**Motion hearing held** re: 17 BK 3283 (LTS)/ 17-AP-228 (LTS)**.**

   Arguments heard in connection with the (i) *Objection and Motion of Aurelius to Dismiss Title III Petition* (Docket Entry No. 913, the "Motion to Dismiss"), (ii) the *Motion of Aurelius for Relief from the Automatic Stay* (Docket Entry No. 914, the "Stay Relief Motion" and, together with the Motion to Dismiss, the "Aurelius Motions"), and (iii) the motion to dismiss filed in the above-captioned adversary proceeding (Adv. Proc. No. 17-228- LTS, Dkt. No. 88, the "UTIER Motion") . **Matter taken under advisement.**

s/Marian Ramirez Rivera
Marian Ramirez Rivera
Deputy Clerk