# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Hassan Alli-Balogun, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 5, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Supplemental Order Granting Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 1875]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: January 10, 2018

Hassan Alli-Balogun

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on January 10, 2018, by Hassan Alli-Balogun,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

JESSICA G. BERMAN
NOTARY PUBLIC, STATE OF NEW YORK
No. 02BE6333194
Qualified in Nassau County
Commission Expires 11/16/2019

SRF 21506

**<u>Exhibit A</u>**

Exhibit A

Notice Parties Service List

Served via First Class Mail

| MMLID | Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|
| 838854 | ASOC DE RETIRADOS GUARDIA NACIONAL DE PR | GP-11 Altos Ave. | Campo Rico | Carolina | PR | 00984 |
| 838889 | CONSORCIO DEL SURESTE | ALSURESTE | Calle Antonio Lopez #7 | Humacao | PR | 00791 |
| 838894 | D WATERPROOFING CORP | #291 CARR. 864 KM. 1.6 INT. BO. HATO TEJAS | | BAYAMÓN | PR | 00959 |
| 855633 | FIGNA | Base Aerea Muniz | Edif 27 | Carolina | PR | 00972 |
| 838918 | FLASH BACK GROUP INC | Sector Los Torres Carr. 861, Km. 5.0 | | Toa Alta | PR | 00953 |
| 838919 | FLOWER & WEDDING DESIGNER BY TIFFANY | 2 PLAZA SUCHVILLE SUITE 104 | | GUAYNABO | PR | 00966 |
| 838926 | GINGER FILMS & TV INC | san jose 555 calle cuevillas apt 6a | | SAN JUAN | PR | 00907 |
| 839478 | HOGAR JESUS INC. | Carretera 406 Km 2.2 | Barrio Casey | Añasco | PR | 00610 |
| 838941 | JAMALU RENTAL | Urb Levittown, HS-33 Ave. | Gregorio Ledesma | Toa Baja | PR | 00949 |
| 838966 | NEOPOST | 120 NORTH LASALLE STREET #800 | | CHICAGO | IL | 60602 |
| 839479 | Sucesión Díaz Bonet compuesta por sus herederos: J | c/o Rafael Nadal-Arcelay, Esq. | P.O. Box 364966 | San Juan | PR | 00936-4966 |