UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                          PROMESA
                                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                      (Jointly Administered)
et al.,

     Debtors.[1]
-------------------------------------------------------------x

ORDERING DENYING THE MOTION TO FILE
LEGAL BRIEF AS AMICUS CURIAE (DOCKET ENTRY NO. 2216)

     The Court has received the *Motion to File Legal Brief as Amicus Curiae* (the "Motion," Docket Entry No. 2216) filed by Gregorio Igartua (the "Movant"). In the First Circuit, the acceptance of amicus briefs is within the sound discretion of the court. Strasser v. Doorley, 432 F.2d 567, 569 (1st Cir. 1970). Absent joint consent of the parties, a district court "should go slow in accepting, and even slower in inviting, an amicus brief unless, as a party . . . has a special interest that justifies his having a say, or unless the court feels that existing counsel may need supplementing assistance." Id. The Movant has not established that he has a special interest in this case that justifies the filing of an amicus brief. Furthermore, the Court finds that the parties in this case are well represented by counsel and additional assistance is not necessary. Accordingly, the Motion is denied. This Order resolves docket entry no. 2216.

     SO ORDERED.

Dated: January 11, 2018

                            /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).