IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | ) ) ) | PROMESA |
|  | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) | Case No. 3:17-cv-3283 (LTS) |
| as representative of | ) ) |  |
| COMMONWEALTH OF PUERTO RICO, *et al.,* | ) ) |  |
| Debtor. | ) ) |  |

APPLICATION FOR ADMISSION PRO HAC VICE

COMES NOW, Richard Hunter Engman, applicant herein and respectfully states:

1. Applicant is an attorney of Mason Capital Master Fund LP, with an office at:

   Address: 110 East 59th Street, New York, NY 10022
   E-mail: rengman@masoncap.com
   Telephone No.: (212) 771-1244
   Fax No.: (212) 644-4264

2. Applicant will sign all pleadings with the name Richard Engman.

3. Since 1997, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York. Applicant's bar registration number is 2814671.

4. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| New York State | 03/10/1997 |
| United States District Court for the E.D. New York | 03/11/1997 |
| United States District Court for the S.D. New York | 03/11/1997 |
| United States Court of Appeals for the Second Circuit | 2004 |

5. Applicant is a member in good standing of the bars of the courts listed in paragraph 4.

6. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

7. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

8. Applicant has not previously filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

9. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name: | Alfredo Fernández-Martínez |
| USDC-PR Bar No.: | 210511 |
| Address: | PO Box 11750, Fernandez Juncos Station, San Juan, Puerto Rico 00910-1750 |
| Email: | afernandez@delgadofernandez.com |
| Telephone No.: | (787) 274-1414 |
| Fax No.: | (787) 764-8241 |

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 perappearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 1/4/2018

Richard Hunter Engman
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: 1/4/2018.

Alfredo Fernández Martínez
Printed Name of Local Counsel

/S Alfredo Fernández Martínez
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Signature of Applicant

4

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

The application be GRANTED. The Clerk of the Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

The application be DENIED. The Clerk of the Court shall return the admission fee to the Applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____,_____.

_____
U.S. District Judge