# EXHIBIT K

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2000 Pennsylvania Avenue, NW
Washington, DC 20006-1801
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW
ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

MARK LEDDY
GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MICHAEL H. KRIMMINGER
MATTHEW D. SLATER
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
ROBERT W. COOK
MARK W. NELSON
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
PAUL R. ST. LAWRENCE
ELAINE EWING
RESIDENT PARTNERS

KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN S. MAGNEY
JANET L. WELLER
LINDA J. SOLDO
SENIOR COUNSEL

W. RICHARD BIDSTRUP
STEVEN J. KAISER
JOYCE E. MCCARTY
COUNSEL

KAREN A. KERR
JOHN P. MCGILL, JR.
MATTHEW I. BACHRACK
THOMAS L. HALL
LARRY WORK-DEMBOWSKI
MEGHAN A. IRMLER
ALEXIS COLLINS
SENIOR ATTORNEYS

BRANDON ADKINS
JONATHAN AMGOTT*
CARLOS A. ARDILA*
KELLY BAHLKE
NOWELL BAMBERGER
TAYLOR H. BATES*
ELSBETH BENNETT
GRANT A. BERMANN
PRIYA BHANU*
KEVIN BIRNEY*
JACOB BOYARS
NATHAN S. BROWNBACK
LAURA K. CONLEY*
SARAH CRANDALL
DANIEL CULLEY
LISA M. DANZIG
RYAN M. DAVIS
TABITHA EDGENS
WILLIAM EVANS
JUN FENG*
BRANDON J. FIGG
KATHERINE FISCHL*
ERIN FRAKE
PATRICK FULLER
MICHAEL D. GENDALL
EILEEN HO
JAMES HUNSBERGER
PHILLIP L. HURST
BRADLEY JUSTUS
ANNA KARASS
THOMAS KELLY
BUDDY KHAN*
ANDREW L. KLINE
ZUZANNA KNYPINSKI
GRACE KURLAND*
ALBERT LAI
ALEXIS R.B. LAZDA
CHINYELU K. LEE
MACEY LEVINGTON
NICOLE S. LIM*

CARL L. MALM
MEREDITH LEIGH MANN
TANNER WORKS MATHISON*
ROBERT A. MCNAMEE
KARI E. MILLIGAN
GYPSY MOORE*
MORGAN L. MULVENON
CHRISTINE MUNDIA
SAMUEL PARK
JENNIFER E. PAUL
DANIEL PEREZ
AMBER V. PHILLIPS
ROBIN RABINOWITZ*
KENNETH S. REINKER
AARON S. ROSS
MICHAEL RUTHENBERG-
  MARSHALL*
ANDRES SAENZ*
ALYSSA C. SCRUGGS
WILLIAM SEGAL*
OMAR SERAGELDIN
SAIF SHAH MOHAMMED
T. ESTHER SILBERSTEIN*
ZACK SMITH
SARAH SRADERS*
CAROLINE STANTON
C. NICHOLAS STEER*
CHARLES STERLING
RYAN SUGG*
TARA LYNN TAVERNIA
WILLIAM R. THOMAS
TEALE TOWEILL
ASHLEY WALKER
CHRISTOPHER A. WETZEL*
ERIK WITTMAN
ASSOCIATES

CUNZHEN HUANG
SPECIAL LEGAL CONSULTANT
IN THE DISTRICT OF COLUMBIA

* Admitted only to a bar other than that of the District of Columbia.
Working under the supervision of principals of the Washington office.

D: +1 202 974 1720
mkrimminger@cgsh.com

July 27, 2016

**VIA EMAIL**

Salvatore A. Romanello
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
salvatore.romanello@weil.com

Re: July 13, 2016 Letter to Richard J. Cooper

Dear Salvatore:

We received your letter (the "Letter") dated July 13, 2016, which contains various allegations concerning certain funds (the "SIB Funds") held in an account at the Government Development Bank for Puerto Rico ("GDB"). We also make reference to our prior correspondence, dated June 30, 2016, responding to your letter to Ms. Melba Acosta Febo, President of GDB, dated June 29, 2016.

We respectfully disagree with the assertions made in your Letter. GDB is a public corporation of the Commonwealth of Puerto Rico (the "Commonwealth") that serves as the depositary of Commonwealth funds and lender to public and private entities of the Commonwealth. As noted in Mr. Cooper's letter of June 30th, the SIB Funds were in fact held in a deposit account at GDB, and therefore we understand that they are subject to the restrictions on disbursements from GDB imposed under Act 21-2016, the Puerto Rico Emergency Moratorium and Financial Rehabilitation Act (the "Act"). The requirements of the Act are not incompatible with the requirement that the SIB Funds be used in connection with assistance to highway construction and capital projects. National Highway System Designation Act of 1995 (the "NHS

Salvatore A. Romanello, p. 2

Act") § 350(d).  The funds are merely subject to a moratorium and are not being diverted contrary to the NHS Act.

Finally, we respectfully remind you that both the Act and the recently enacted federal law known as Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") implement a stay on the enforcement of rights with respect to the Commonwealth's financial debt, including GDB obligations.

Please note that GDB and the Commonwealth reserve all rights and remedies under the governing bond documents and applicable law with respect to this matter, and GDB and the Commonwealth intend to hold such parties liable for any expenses or losses caused by their actions in relation thereto.

Sincerely,

Michael H. Krimminger

cc: Richard J. Cooper, Esq.