Objection Deadline: January 23, 2018
Hearing Date: February 7, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor. | |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | |
| Debtor. | |

**DECLARATION OF SALVATORE A. ROMANELLO IN SUPPORT OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION'S MOTION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY RULE 2004 AUTHORIZING LIMITED DISCOVERY OF THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO**

Salvatore A. Romanello, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1. I am a member of the bar of the State of New York, I am admitted to practice before this Court pro hac vice and I am a partner with the firm of Weil, Gotshal & Manges LLP, attorneys for National Public Finance Guarantee Corporation ("National").

2. I submit this declaration in support of National's Motion for Entry of an Order under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank for Puerto Rico.

3. Attached hereto as Exhibit A is National's Proposed Order.

4. Attached hereto as Exhibit B is a true and correct copy of the Puerto Rico Infrastructure Bank Agreement ("Bank Agreement") establishing the PR SIB Trust Fund, dated June 12, 1998.

5. Attached hereto as Exhibit C is a true and correct copy of the Puerto Rico Highway and Transportation Authority ("PRHTA") Subordinated Transportation Revenue Bonds (Series 1998) Offering Statement, dated July 15, 1998.

6. Attached hereto as Exhibit D is a true and correct copy of PRHTA Resolution No. 98 - 06 ("1998 Resolution"), adopted February 26, 1998, authorizing and securing Transportation and Revenue Bonds, and establishing a 1998 Subordinated Bond Reserve Fund.

7. Attached hereto as Exhibit E is a true and correct copy of the Cooperative Agreement entered among the Federal Highway Administration (the "FHWA"), the Federal Transit Administration (the "FTA"), the Puerto Rico Department of Transportation and Public Works ("the Department"), and PRHTA on December 22, 1997.

8. Attached hereto as Exhibit F is a true and correct copy of the audited financial statements of PRHTA for the years ended June 30, 2014 and 2013.

9. Attached hereto as Exhibit G is a true and correct copy of the June 22, 2016 letter sent by GDB President Melba Acosta-Febo to Diana Torres at Bank of New York Mellon ("BNY") in response to the Demand for Payment from the PR SIB Trust Fund made by BNY as Fiscal Agent under the 1998 Subordinated Bonds in anticipation of a potential July 1, 2016 PRHTA default.

10. Attached hereto as Exhibit H is a true and correct copy of a June 29, 2016 letter from National's counsel, Salvatore A. Romanello, to Ms. Acosta-Febo, President of GDB.

11. Attached hereto as Exhibit I is a true and correct copy of a June 30, 2016 letter from GDB's counsel, Richard J. Cooper, responding to National's June 29, 2016l letter.

12. Attached hereto as Exhibit J is a true and correct copy of a July 13, 2016 letter from National's counsel, Salvatore A. Romanello, responding to GDB's June 30, 2016 letter.

13. Attached hereto as Exhibit K is a true and correct copy of a July 27, 2016 letter from GDB Counsel, Michael H. Krimminger, replying to National's July 13, 2016 letter.

I declare under penalty of perjury that the foregoing facts are true and correct.

Date: New York, New York
January 16, 2018

*/s/ Salvatore A. Romanello*
Salvatore A. Romanello