**Objection Deadline: January 23, 2018**
**Hearing Date: February 7, 2018**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY,<br><br>      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |

### NOTICE OF HEARING ON MOTION OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION FOR ENTRY OF AN ORDER UNDER BANKRUPTCY RULE 2004 AUTHORIZING LIMITED DISCOVERY OF THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

**PLEASE TAKE NOTICE** that a hearing on the *Motion of National Public Finance Guarantee Corporation For Entry of an Order Under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank For Puerto Rico* (filed January 16, 2018) (the "**Motion**") will be held before the Honorable Judith Gail Dein, United States Magistrate Judge, at the United States District Court for the District of Puerto Rico in a courtroom to be determined, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and in Courtroom #8 of the United States District Court for the District of Massachusetts, One

Courthouse Way, Boston, Massachusetts 02210, as part of the next Omnibus Hearing, which is currently scheduled on February 7, 2017 at 9:30 am (Atlantic Standard Time).

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("**Objections**") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with rule 5 of the Local Civil Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Second Amended Case Management Procedures (Docket No. 1065), so as to be so filed and received no later than January 23, 2018 at 4:00 p.m. (Atlantic Standard Time) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a hearing pursuant to the Second Amended Case Management Procedures.

Dated: January 16, 2018
      San Juan, Puerto Rico

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email: epo@amgprlaw.com<br>    acasellas@amgprlaw.com<br>    larroyo@amgprlaw.com<br><br>By:  */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010<br><br>*/s/ Lourdes Arroyo Portela*<br>Lourdes Arroyo Portela<br>USDC-PR No. 226501 | **WEIL, GOTSHAL & MANGES LLP**<br>Marcia Goldstein (admitted *pro hac vice*)<br>Salvatore A. Romanello (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Jared Friedmann (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br><br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: marcia.goldstein@weil.com<br>    salvatore.romanello@weil.com<br>    kelly.diblasi@weil.com<br>    gabriel.morgan@weil.com |