# Exhibit A

**Certification under Local Rule 2016-1**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

------------------------------------------------------------------x

**ANDREW WOLFE'S CERTIFICATION UNDER
LOCAL RULE 2016-1 IN RESPECT OF HIS FIRST INTERIM
FEE APPLICATION FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
AN INDEPENDENT CONTRACTOR TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE
DEBTORS, FOR THE PERIOD AUGUST 1, 2017 THROUGH SEPTEMBER 30, 2017**

        Pursuant to the Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Rules"), the undersigned, an independent contractor to the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), *et al.* (together with the Commonwealth, the "Debtors"), pursuant to section

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] hereby certifies with respect to his first interim application for the allowance of compensation for services rendered and reimbursement of expenses incurred with respect to the Debtors' Title III Cases (the "Application"),[3] for the period from August 1, 2017 through and including September 30, 2017 (the "Compensation Period"), as follows:

1. I am an independent contractor to the Oversight Board for Puerto Rico in the Debtors' Title III Cases.

2. I make this certification in support of my Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in accordance with the Local Rule 2016-1.

3. In respect of the Local Rule 2016-1, I certify that:

   a. I have read the Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Local Bankruptcy Rules; and

   c. the compensation and disbursements sought are billed at or below the rates and in accordance with practices customarily employed by me and generally accepted by my clients.

4. I certify that I have previously provided one monthly statement of fees and disbursements by filing and serving said monthly statement in accordance with the Interim

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2

Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have precluded filing said fee statement within the time period specified in the Order.

Dated: January 17, 2018  
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Andrew Wolfe*  
Andrew Wolfe

*Independent Contractor to*  
*The Financial Oversight and Management*  
*Board as Representative of the Debtors*