## **Exhibit B**

**Monthly Statement**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**COVER SHEET TO FIRST MONTHLY FEE APPLICATION OF ANDREW WOLFE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS INDEPENDENT CONTRACTOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTORS, THE COMMONWEALTH OF PUERTO RICO FOR THE PERIOD AUGUST 1, 2017 THROUGH SEPTEMBER 30, 2017**

| | |
|---|---|
| Name of Applicant: | Andrew Wolfe |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtors Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement is sought: | August 1, 2017 through September 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | **$50,000.00** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$7,526.14** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Total Amount for this Invoice: **$57,526.14**

This is a: _X_ monthly __ interim __ final application.

This is Mr. Wolfe's first monthly fee application in these cases.

On December 22, 2017, Mr. Wolfe's first monthly fee application was served on:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
　　　FOMB Board Member

**Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.,
　　　Suzzanne Uhland, Esq.,
　　　Diana M. Perez, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of Puerto Rico,
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

**Office of United States Trustee**
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
　　　Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.
　　　Andrew V. Tenzer, Esq.
　　　Michael E. Comerford, Esq.
　　　G. Alexander Bongartz, Esq.
Attn: Luc. A. Despins, Esq.
　　　　　and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
　　　Diana M. Batlle-Barasorda, Esq.
　　　Alberto J. E. Añeses Negrón, Esq.
　　　Ericka C. Montull-Novoa, Esq.

**Fee Examiner (email service only per request):**
Godfrey & Kahn S.C.
Attn: Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Ave.
New York, NY 1022-3908
Attn.: Robert Gordon, Esq.
　　　Richard Levin, Esq.
　　　　　and
Bennazar, Garcia & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
Avenida Ponce de Leon #416
Halto Rey, San Juan
Puerto Rico 00918
Attn.: A.J. Bennazar-Zequeira

**Summary of Legal Fees for the Period August 1, 2017 through September 30, 2017**

Mr. Wolfe's fee is set at $25,000 per month, so long as he devotes at least half of the month's normal business hours to services for the Financial Oversight and Management Board for Puerto Rico ("FOMB").

| Month | Hours of Services Performed | Fee per Month | Notes |
|---|---|---|---|
| August 2017 | 144 | $25,000 | Includes two days spent in San Juan |
| September 2017 | 165 | $25,000 | |
| **TOTAL** | **309** | **$50,000** | |

**Summary of Expenses for the Period August 1, 2017 through September 30, 2017**

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| Taxicab / Car Services Related to Travel | $552.56 |
| Meals Related to Travel | $109.20 |
| Airplane | $4,943.40 |
| Lodging | $1,920.98 |
| **Total** | **$7,526.14** |

5

Mr. Wolfe requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order [ECF No. 1715] (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $45,000.00, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $7,526.14) in the total amount of $52,526.14.

# **Exhibit A**

| Date | Service Description | Hours |
|---|---|---|
| 8/1/2017 | Advisory work on HTA | 2.0 |
| 8/3/2017 | Budget call | 2.0 |
| 8/4/2017 | Budget call | 2.0 |
| 8/6/2017 | Advisory work on PREPA | 2.0 |
| 8/7/2017 | Travel to San Juan and work for hearing on HTA | 8.0 |
| 8/8/2017 | Travel to San Juan and work for hearing on HTA | 8.0 |
| 8/9/2017 | Travel to San Juan and work for hearing on HTA; Budget work | 8.0 |
| 8/10/2017 | Work on pensions, PREPA, and UPR | 4.0 |
| 8/12/2017 | Travel to New York for meetings and preparation | 4.0 |
| 8/13/2017 | Meeting with mediators | 4.0 |
| 8/14/2017 | Meeting on fiscal plan projections | 4.0 |
| 8/16/2017 | Advisory work on mediation plan | 4.0 |
| 8/17/2017 | Advisory work on mediation plan | 4.0 |
| 8/18/2017 | Advisory work on mediation plan | 4.0 |
| 8/19/2017 | Advisory work on mediation plan | 4.0 |
| 8/20/2017 | Advisory work on mediation plan | 4.0 |
| 8/21/2017 | Advisory work on mediation plan | 6.0 |
| 8/22/2017 | Advisory work on mediation plan | 6.0 |
| 8/23/2017 | Advisory work on mediation plan | 6.0 |
| 8/24/2017 | Advisory work on mediation plan | 8.0 |
| 8/25/2017 | Advisory work on mediation plan | 8.0 |
| 8/26/2017 | Advisory work on mediation plan | 4.0 |
| 8/27/2017 | Advisory work on mediation plan | 6.0 |
| 8/28/2017 | Advisory work on mediation plan | 8.0 |
| 8/29/2017 | Mediation session call-in | 8.0 |
| 8/30/2017 | Mediation session call-in | 8.0 |
| 8/31/2017 | Mediation session call-in | 8.0 |
| | **Subtotal** | **144.0** |
| 9/5/2017 | Mediation meeting preparation and advisors call | 8.0 |
| 9/6/2017 | Mediation meeting preparation | 8.0 |
| 9/7/2017 | Mediation meeting preparation | 8.0 |
| 9/8/2017 | Mediation meeting preparation | 5.0 |
| 9/9/2017 | Mediaton meeting preparation | 2.0 |

| Date | Service Description | Hours |
|---|---|---|
| 9/11/2017 | Mediation meeting preparation | 12.0 |
| 9/12/2017 | Mediation meeting preparation | 10.0 |
| 9/13/2017 | Mediation meeting | 8.0 |
| 9/15/2017 | Debt sustainability analysis | 4.0 |
| 9/16/2017 | Debt sustainability analysis | 4.0 |
| 9/17/2017 | Debt sustainability analysis | 4.0 |
| 9/18/2017 | Debt sustainability analysis | 4.0 |
| 9/19/2017 | Debt sustainability analysis | 4.0 |
| 9/20/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/21/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/22/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/23/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/24/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/25/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/26/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/27/2017 | Revision of work to Hurricane Maria | 8.0 |
| 9/28/2017 | Revision of work to Hurricane Maria; Analyze mediation questions | 8.0 |
| 9/29/2017 | Meeting in Washington DC regarding Hurricane Maria | 8.0 |
| 9/30/2017 | Revision of work to Hurricane Maria | 4.0 |
| | **Subtotal** | **165.0** |
| | **TOTAL** | **309.0** |

| Date | Expenses | Amount |
|---|---|---|
| 7/24/2017 | United airfare for travel to San Juan (August 7-9, 2017) | $1088.20 |
| 8/7/2017 | Uber from home to Houston airport | $37.21 |
| 8/7/2017 | Breakfast at Houston airport (Cal Cora's Kitchen) | $19.38 |
| 8/7/2017 | Taxi from San Juan airport to Hilton | $23.00 |
| 8/8/2017 | Taxi from Borges Law Offices to Hilton | $18.00 |
| 8/8/2017 | Palmeras Restaurant in Hilton hotel in San Juan | $20.00 |
| 8/8/2017 | United airfare for travel to New York (August 13-15, 2017) – Original return flight on 14th changed to 15th without additional fee | $1,322.40 |
| 8/9/2017 | Lodging at Hilton in San Juan (August 7-9, 2017) | $671.14 |

| Date | Expenses | Amount |
|---|---|---|
| 8/9/2017 | Taxi from Hilton to San Juan airport | $25.00 |
| 8/9/2017 | Uber from Houston airport to home | $50.68 |
| 8/13/2017 | Uber from home to Houston airport | $33.81 |
| 8/13/2017 | Taxi from New York airport to Manhattan for Monday meeting at Proskauer | $42.67 |
| 8/14/2017 | Lodging at Hampton Inn (August 13-14, 2017) | $289.23 |
| 8/15/2017 | Lodging at Hampton Inn (August 14-15, 2017) | $373.47 |
| 8/15/2017 | Taxi from meeting at Rothschild office to New York airport | $45.67 |
| 8/15/2017 | Lunch at New York airport (Au Bon Pain) | $13.80 |
| 9/5/2017 | United airfare for travel to New York (September 12-13, 2017) | $1,022.40 |
| 9/12/2017 | Uber from home to Houston airport | $39.67 |
| 9/12/2017 | Taxi from New York airport for meeting at Proskauer | $53.47 |
| 9/12/2017 | Lunch at Maoz Falafel & Grill (New York) | $10.76 |
| 9/13/2017 | Lodging at Hilton Garden Inn (September 12-13, 2017) | $587.14 |
| 9/13/2017 | Taxi from Proskauer office to New York airport | $51.06 |
| 9/13/2017 | Lunch at New York airport (Au Bon Pain) | $5.30 |
| 9/26/2017 | United airfare for travel to Washington DC (September 27-29, 2017) | $1,510.40 |
| 9/27/2017 | Uber from home to Houston airport | $50.47 |
| 9/27/2017 | Lunch at Houston airport (American Craft Tavern) | $4.28 |
| 9/27/2017 | Taxi from Washington DC airport to Proskauer | $45.93 |
| 9/29/2017 | Uber from Bethesda to Proskauer office in Washington DC | $22.42 |
| 9/29/2017 | Breakfast in Washington DC (Cosi) | $10.07 |
| 9/29/2017 | Uber from Proskauer office to Washington DC airport | $13.50 |
| 9/29/2017 | Dinner at Washington DC airport (Bracket Room & Green Beans Coffee) | $25.61 |
| | **TOTAL** | **$7,526.14** |