## Exhibit C

**Proposed Order**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ORDER APPROVING FIRST**
**INTERIM FEE APPLICATION OF ANDREW WOLFE FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS AN**
**INDEPENDENT CONTRACTOR TO THE FINANCIAL OVERSIGHT AND**
**MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE**
**DEBTORS, FOR THE PERIOD AUGUST 1, 2017 THROUGH SEPTEMBER 30, 2017**

Upon the application (the "Application")[2] of Andrew Wolfe ("Mr. Wolfe") as an

independent contractor to the Financial Oversight and Management Board for Puerto Rico (the

"Oversight Board"), as representative of the Commonwealth of Puerto Rico (the

"Commonwealth"), *et al.* (together with the Commonwealth, the "Debtors"), pursuant to section

315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number
and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are
the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four
Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case
No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement
System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case
No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico
Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four
Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers
due to software limitations).

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the
Application.

[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, and (d) this Court's *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 1715], an allowance of interim compensation for professional services rendered for the period commencing August 1, 2017 through and including September 30, 2017 in the amount of **$50,000.00**, and for reimbursement of actual and necessary expenses in the amount of **$7,526.14** incurred during the Compensation Period; and, this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1.      The Application is APPROVED as set forth herein.

2.      Compensation to Mr. Wolfe for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$50,000.00**.

3.      Reimbursement to Mr. Wolfe for expenses incurred during the Compensation Period is allowed on an interim basis in the amount of **$7,526.14**.

4.      The Debtors are authorized and directed to pay Mr. Wolfe all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.


Dated: _____, 2018          _____
          San Juan, Puerto Rico                        Honorable Laura Taylor Swain
                                                       United States District Judge