IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
|     as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, et al., | No. 17 BK 3283-LTS<br>(Jointly Administered) |
|     Debtors.[1] | |

---------------------------------------------------------------------x

## ORDER

This matter is before the Court on *Ambac Assurance Corporation's Motion for Entry of Order Authorizing Discovery Under Bankruptcy Rule 2004* (Dkt. No. 1873) (the "Motion"). On January 5, 2018, the parties to the Motion filed a joint report (Dkt. No. 2222) ("Joint Report"). Therein, the parties stated that they would "provide an update to the Court prior to or at the February 7 Omnibus Hearing." Joint Report at 3. This Court hereby ORDERS that the parties submit such a report on or before **January 31, 2018**.

/ s / Judith Gail Dein
Judith Gail Dein
DATED: January 17, 2018                                United States Magistrate Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).