| | | |
|---|---|---|
| IN RE: | * | CASE NO.: **17-03283-LTS** |
| | * | |
| THE COMMONWEALTH OF PUERTO RICO | * | CHAPTER: **9** |
| | * | |
| Debtor(s) | * | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

COMES NOW, COOPERATIVA DE AHORRO Y CREDITO SAN JOSE, represented by the undersigned attorney and respectfully shows and prays as follows:

1. That the above named DEBTOR(S) file a Petition for relief under a Chapter **9** of the Bankruptcy Code.

2. That COOPERATIVA DE AHORRO Y CREDITO SAN JOSE is a creditor in the instant case.

3. That the hearing appearing party has retained the undersigned attorney to represent it as counsel.

WHEREFORE, it is respectfully prayed that the undersigned attorney be served directly with copy of all notices, orders, and other pleadings related with this case, and that their names and addresses be entered in to the MASTER ADDRESS LIST.

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE:** I hereby certify that on this date copy of this Notice has been electronically filed with the Clerk of the Court using the CM/ECF system which will sent notification of such filing to debtor(s) attorney and to **MONSITA LECAROZ ARRIBAS,** US Trustee, and also certify that I have mailed by United State Postal Service copy of this Notice to the following non CM/ECF participant to debtor(s) at their address of record in this case.

In Aibonito, Puerto Rico this January 18, 2018.

/s/ JOSE ANGEL SANTINI BONILLA
**JOSE ANGEL SANTINI BONILLA
ATTORNEY FOR CREDITORS
COOPERATIVA AHORRO Y CREDITO
SAN JOSE
PO BOX 552
AIBONITO, PUERTO RICO 00705
TEL. 735-0063
E-mail: santilawoffice@yahoo.com
USDPR#: 127204**