UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x
In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
    Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

------------------------------------------------------------x
In re:
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO,
    Debtor.
------------------------------------------------------------x

PROMESA
Title III
No. 17 BK 3283-LTS

**This filing relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Third Amended Case Management Procedures, I caused a true and correct copy of the *Joinder of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO, and American Federation of Teachers, AFL-CIO, for an*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

00923035.2

*Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings*, Docket No. 2249, to be served in the following manner:

- A true and correct copy by e-mail on the parties listed on Exhibit A;

- A true and correct copy by first class mail on the parties listed on Exhibit B;

- Two courtesy copies by overnight mail to the Chambers of the Honorable United States District Court Judge Laura T. Swain at 500 Pearl St., Suite No. 3212, New York, NY 10007-1312.

Dated: January 19, 2018

                                              Respectfully submitted,

                                              /s/ Hiram M. Arnaud
                                              Hiram M. Arnaud

## **EXHIBIT A**

epo@amgprlaw.com
larroyo@amgprlaw.com
acasellas@amgprlaw.com
loliver@amgprlaw.com
asantiago@amgprlaw.com
smalave@amgprlaw.com
kstipec@amgprlaw.com
pjime@icepr.com
andreslopecordova@gmail.com
acordova@juris.inter.edu
Angelica.Toro@popular.com
Jramirez@amrclaw.com
Kellyrivero@hotmail.com
mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com
Marieli.Paradizo@ponce.pr.gov
xavier.carol@abertis.com
julian.fernandez@metropistas.com
julian.fernandez@metropistas.com
rbonilla@bspr.com
david.powlen@btlaw.com
belkgrovas@gmail.com
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
Adiaz@cnrd.com
Kbolanos@cnrd.com
avalencia@cnrd.com
jf@cardonalaw.com
delapena.sylvia@gmail.com
calsina@prquiebra.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com
jcasillas@cstlawpr.com
jlopez@constructorasantiago.com
ra@calopsc.com
scriado@calopsc.com

smalave@amgprlaw.com
kstipec@amgprlaw.com
pjime@icepr.com
epo@amgprlaw.com
daniel.bustos@excelerateenergy.com
alexandra.bigas@gmail.com
jrivlin@afscme.org
tpaterson@afscme.org
mblumin@afscme.org
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
kurt.mayr@bracewell.com
daniel.connolly@bracewell.com
david.lawton@bracewell.com
schristianson@buchalter.com
vbantnerpeo@buchalter.com
colonyasmin@hotmail.com
remmanuelli@me.com
jessica@bufete-emmanuelli.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
jason.callen@butlersnow.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
stan.ladner@butlersnow.com
condecarmen@condelaw.com
ls.valle@condelaw.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
NATHAN.BULL@CWT.COM
mark.ellenberg@cwt.com
aaneses@cstlawpr.com
ltorres@cstlawpr.com
AAneses@cstlawpr.com
ccuprill@cuprill.com
eduardo@cobianroig.com
harnaud@cwsny.com
pdechiara@cwsny.com
loomislegal@gmail.com

carlosfernandez@cfnlaw.com
cuprislaw@yahoo.com
davidcarrionb@aol.com
wssbankruptcy@gmail.com
mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com
allan.brilliant@dechert.com
robert.jossen@dechert.com
andrew.harmeyer@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
afernandez@delgadofernandez.com
wburgos@justicia.pr.gov
rcastellanos@devconlaw.com
diazsotolaw@gmail.com
jose.sosa@dlapiper.com
richard.chesley@dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com
mark.gallagher@usdoj.gov
agestrella@estrellallc.com
phammer@estrellallc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
robert.schnell@faegrebd.com
pjime@icepr.com
jfeldesman@FTLF.com
jcc@fclawpr.com
vperez@globalinsagency.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
n.tantuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
auetz@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
gacarlo@carlo-altierilaw.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com

fernando@cszlawpr.com
juans@prtc.net
wmq@wmarrerolaw.com
tolson@gibsondunn.com
mmcgill@gibsondunn.com
hwalker@gibsondunn.com
lshelfer@gibsondunn.com
jchristiansen@gibsondunn.com dg@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com
Jnieves@gonzalezmunozlaw.com
Mitchelln@gtlaw.com
Clearyd@gtlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
beth@hbsslaw.com
steve@hbsslaw.com
hernandezrodriguezlaw@gmail.com
robin.keller@hoganlovells.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
mvega@senado.pr.gov
claudia.quinones@indianowilliams.com
david.indiano@indianowilliams.com
leticia.casalduc@indianowilliams.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
janebeckerwhitaker@gmail.com
mroot@jenner.com
csteege@jenner.com
rgordon@jenner.com
rlevin@jenner.com
rrivera@jgl.com
apico@jgl.com
bbennett@jonesday.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
lawlugo1@gmail.com

4

| | |
|---|---|
| juan@jahrlaw.com | mmercado@mercado-echegaray-law.com |
| jsoto@jbsblaw.com | margaritalmercado@gmail.com |
| lourdes@riverafont.com | mevicens@yahoo.com |
| juan@riverafont.com | mfvelezquiebras@gmail.com |
| ileanaortix@outlook.com | mfvelezquiebras@gmail.com |
| dkaron@karonllc.com | Clark.whitmore@maslon.com |
| Kdavid@kasowitz.com | Brian.klein@maslon.com |
| Dfliman@kasowitz.com | Jason.reed@maslon.com |
| Isasson@kasowitz.com | Ana.chilingarishvili@maslon.com |
| kklee@ktbslaw.com | maxtruj@gmail.com |
| dbussel@ktbslaw.com | nzt@mcvpr.com |
| jweiss@ktbslaw.com | aaa@mcvpr.com |
| aperez@kpmg.com | rgf@mcvpr.com |
| Lnegron@kpmg.com | ezm@mcvpr.com |
| acaton@kramerlevin.com | nzt@mcvpr.com |
| tmayer@kramerlevin.com | aaa@mcvpr.com |
| pbentley@kramerlevin.com | rgf@mcvpr.com |
| dblabey@kramerlevin.com | ezm@mcvpr.com |
| dbuckley@kramerlevin.com | harlawpr@gmail.com |
| nhamerman@kramerlevin.com | wsmith@mwe.com |
| abyowitz@kramerlevin.com | jkapp@mwe.com |
| ghorowitz@kramerlevin.com | mthibert-ind@mwe.com |
| agraitfe@agraitlawpr.com | ksheehan@mwe.com |
| pola@frankpolajr.com | serrano.urdaz.law@hotmail.com |
| andres@awllaw.com | serrano.urdaz.law@hotmail.com |
| gls@lopezsolerlaw.com | ddunne@milbank.com |
| jemudd@yahoo.com | aleblanc@milbank.com |
| craigmcc@me.com | amiller@milbank.com |
| rrodriguez@juris.inter.edu | gmainland@milbank.com |
| suarezcobo@gmail.com | dmonserrate@msglawpr.com |
| dvelawoffices@gmail.com | rlozada@msglawpr.com |
| dvelawoffices@gmail.com | fgierbolini@msglawpr.com |
| thomas.hommel@lehmanholdings.com | msimonet@msglawpr.com |
| pamela.simons@lehmanholdings.com | ramon.dapena@mbcdlaw.com |
| abhishek.kalra@lehmanholdings.com | victor.quinones@mbcdlaw.com |
| lemuel.law@gmail.com | ivan.llado@mbcdlaw.com |
| Alexandra.verdiales@libertypr.com | ramon.dapena@mbcdlaw.com |
| alinares2020@yahoo.com | ivan.llado@mbcdlaw.com |
| alavergne@lsplawpr.com | victor.quinones@mbcdlaw.com |
| jsanchez@lsplawpr.com | JPeck@mofo.com |
| alavergne@lsplawpr.com | GLee@mofo.com |
| mvazquez@lsplawpr.com | jbrugue@mbbclawyers.com |
| wlugo@lugomender.com | navarro@navarrolawpr.com |
| daniel.perez@oneillborges.com | man@nblawpr.com |
| ubaldo.fernandez@oneillborges.com | hermann.bauer@oneillborges.com |
| Carla.garcia@oneillborges.com | mbienenstock@proskauer.com |

5

ldelacruz@oeg.pr.gov
nrivera@oeg.pr.gov
lawrog@gmail.com
emckeen@omm.com
apavel@omm.com
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
roppenheimer@omm.com
mpocha@omm.com
pfriedman@omm.com
ofernandez@oflawoffice.com
orlando1701@gmail.com
gonzalezbadillo@gmail.com
Otero_and_assoc@hotmail.com
daniel.elkort@patternenergy.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
leslieplaskon@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com
arosenberg@paulweiss.com
gpavia@pavialazaro.com
gerardopavialaw@msn.com
peajeinfo@dechert.com
pevarfon@gmail.com
luis.vazquez@peerlessoil.com
adtoro@pico-blanco.com
oramos@pmalaw.com
mtrelles@pmalaw.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com
pabong@reichardescalera.com
zsoto@reichardescalera.com
mpico@rexachpico.com
victorriverarios@rcrtrblaw.com
etulla@riveratulla.com
icabrera@riveratulla.com

ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
cfebus@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
ctheodoridis@proskauer.com
JLevitan@proskauer.com
JZajac@proskauer.com
BRosen@proskauer.com
wdalsen@proskauer.com
MHackett@proskauer.com
sweise@proskauer.com
prodriguez@prvlaw.com
tnegron@energia.pr.gov
afigueroa@energia.pr.gov
Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
fsilva@claropr.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
brantkuehn@quinnemanuel.com
darrengoldman@quinnemanuel.com
erb@rodriguezbinetlaw.com
cgray@reedsmith.com
dschlecker@reedsmith.com
eschaffer@reedsmith.com
lsizemore@reedsmith.com
kgwynne@reedsmith.com
cspringer@reedsmith.com
jknox@reedsmith.com
prcr@mcvpr.com
filippetti_r@hotmail.com
castilloricardo977@gmail.com
ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com
Jay.goffman@skadden.com

6

| | |
|---|---|
| lrobbins@robbinsrussell.com | mark.mcdermott@skadden.com |
| mstancil@robbinsrussell.com | pglassman@sycr.com |
| gorseck@robbinsrussell.com | cmechling@stroock.com |
| kzecca@robbinsrussell.com | smillman@stroock.com |
| alavinbuk@robbinsrussell.com | nmanne@susmangodfrey.com |
| dburke@robbinsrussell.com | mkelso@susmangodfrey.com |
| lpettit@robbinsrussell.com | jlopez@constructorasantiago.com |
| jbolian@robbinsrussell.com | Saultoledo22@yahoo.com |
| estudiolegalrivera2@gmail.com | andres@awllaw.com |
| buzz.rochelle@romclaw.com | Mfb@tcmrslaw.com |
| kdm@romclaw.com | Lft@tcmrslaw.com |
| manuel@rodriguezbanchs.com | nperez@tcmrslaw.com |
| rosasegui@yahoo.com | jvankirk@tcmrslaw.com |
| mrm@rmlawpr.com | dml@trdlaw.com |
| r.miranda@rmirandalex.net | Cesar.a.lopez-morales@usdoj.gov |
| rprats@rpplaw.com | Jean.lin@usdoj.gov |
| carlos.lugo@saldanalaw.com | Thomas.g.ward@usdoj.gov |
| hector.saldana@saldanalaw.com | velez.hector@epa.gov |
| jsalichs@splawpr.com | mark.gallagher@usdoj.gov |
| etejeda@splawpr.com | wardlow.w.benson@usdoj.gov |
| fserra@sampr.com | USTP.Region21@usdoj.gov |
| jvannah@santandersecurities.com | hvaldes@v-olaw.com |
| slevine@saul.com | ramonvinas@vinasllc.com |
| dpatel@saul.com | Rgmason@wlrk.com |
| Roy.purcell@scotiabank.com | Arwolf@wlrk.com |
| Rgf@mcvpr.com | Eakleinhaus@wlrk.com |
| secbankruptcy@sec.gov | Bbolin@wlrk.com |
| NYROBankruptcy@sec.gov | KBGoldberg@wlrk.com |
| bankruptcynoticeschr@sec.gov | AKHerring@wlrk.com |
| epo@amgprlaw.com | marcia.goldstein@weil.com |
| adeliz@smlawpr.com | kelly.diblasi@weil.com |
| jsantos@smlawpr.com | gabriel.morgan@weil.com |
| anunez@smlawpr.com | jonathan.polkes@weil.com |
| emaldonado@smlawpr.com | salvatore.romanello@weil.com |
| acouret@smlawpr.com | gregory.silbert@weil.com |
| FSosnick@Shearman.com | swb@wbmvlaw.com |
| Kelly.McDonald@Shearman.com | sawbacal@aol.com |
| jbgoplerud@sagwlaw.net | pwm@wbmvlaw.com |
| ahowie@sagwlaw.net | prwolverine@gmail.com |
| squsba@stblaw.com | jvv@wbmvlaw.com |
| bfriedman@stblaw.com | javier.a.vega@gmail.com |
| nbaker@stblaw.com | brian.pfeiffer@whitecase.com |
| edward.linden@stblaw.com | michele.meises@whitecase.com |
| jzakia@whitecase.com | gkurtz@whitecase.com |
| csloane@whitecase.com | jcunningham@whitecase.com |
| wssbankruptcy@gmail.com | pshalhoub@willkie.com |

7

mfeldman@willkie.com
jminias@willkie.com
mseidel@willkie.com
jdugan@willkie.com
jkorn@willkie.com

ayanez@willkie.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
jdorsey@ycst.com
tmundiya@willkie.com

## EXHIBIT B

Quinones Vargas Law Offices
Attn: Damaris Quiñones Vargas, Esq.
Calle Rafael Cordero 154
Edificio González Padín, Oficina 506
San Juan, PR 00901

Departamento de Justicia de Puerto Rico
Apartado 9020192
San Juan, PR 00902-192

Department of Defense (DOD)
Attn: Jim Mattis
1400 Defense Pentagon
Washington, DC 20301-1400

Department of Energy (DOE)
Attn: Rick Perry
1000 Independence Ave., SW
Washington, DC 20585

Department of Homeland Security (DHS)
Attn: John F. Kelly
245 Murray Lane., SW
Washington, DC 20528-0075

Department of Housing and Urban
Development (HUD)
Attn: Ben Carson
451 7th Street., SW
Washington, DC 20410

Department of Human and Health Services
Attn: Thomas E. Price
200 Independence Ave, SW
Washington, DC 20201

Department of the Interior (DOI)
Attn: Ryan Zinke
1849 C St., NW
Washington, DC 20240

Department of Transportation (DOT)
Attn: Elaine L. Chao
1200 New Jersey Ave., SE
Washington, DC 20590

Department of Veterans Affairs (VA)
Attn: David J Shulkin
810 Vermont Ave., NW
Washington, DC 20420

Federal Communications Commission (FCC)
Attn: Ajit Pai
445 12th St., SW
Washington, DC 20554

Federal Emergency Management Agency
(FEMA)
Attn: Bob Fenton
500 C St., SW
Washington, DC 20472

Integrand Assurance Company
PO Box 70128
San Juan, PR 00936-8128

Jaime Rodríguez Avilés
P.O. Box 347
Yauco, PR 00698

Kanoso Auto Sales Inc.
Attn: Jose A. Crespo Gonzalez, President
PO Box 1446
San German, PR 00683

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn: Rafael M. Santiago-Rosa & Vanessa
Medina-Romero
PO Box 190095
San Juan, PR 00919-0095

Puerto Rico Hospital Supply
Call Box 158
Carolina, PR 00986-0158

Ricardo Rosello Nevares
Through the Secretary of Justice
Calle Olimpo Esquina Axtmeyer PDA. 11
San Juan, PR 00911

Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
Attn: Martin J. Bienenstock

Unitech Engineering
Attn: Ramón Ortiz Carro
Urb Sabanera
40 Camino de la Cascada
Cidra, PR 00739

United States Department of Justice
Civil Division
Attn: Matthew J. Troy
PO Box 875, Ben Franklin Station
Washington, DC 20044-0875

United States District Court, District of MA
Attn: Magistrate Judge Judith G. Dein
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

US Department of Agriculture
Attn: Sonny Perdue
1400 Independence Ave., SW
Washington, DC 20250

US Department of Education (ED)
Attn: Betsy DeVos
400 Maryland Ave., SW
Washington, DC 20202

Small Business Administration (SBA)
Attn: Linda McMahon
409 3rd St., SW
Washington, DC 20416

The American Federation of Teachers (AFT)
Attn: Mark Richard
555 New Jersey Ave., NW, 11th Floor
Washington, DC 20001

The Commonwealth of Puerto Rico
Office of the Governor
La Fortaleza
63 Calle Fortaleza
San Juan, PR 00901

United States Department of Justice
Civil Division
Attn: Matthew J. Troy
1100 L Street, N.W., Room 10030
Washington, DC 20530

United States Department of Justice
Civil Division
Attn: Jonathan E. Jacobson
PO Box 875. Ben Franklin Station
Washington, DC 20044-0875

US Army Corps of Engineers
Attn: Todd T. Semonite
441 G St., NW
Washington, DC 20548

US Department of Commerce
Attn: Wilbur Ross
1401 Constitution Ave., NW
Washington, DC 20230

US Department of Health and Services
Attn: Amanda Barlow
330 C St., SW
Washington, DC 20201

10

US Department of Justice (DOJ)
Attn: Jeff Sessions
950 Pennsylvania Ave., NW
Washington, DC 20530

US Department of Labor (DOL)
Attn: Alexander R. Acosta
Office of the Solicitor, N-2700
Washington, DC 20210

A&S Legal Studio, PSC
Attn: Legal Department
434 Avenida Hostos
San Juan, PR 00918

AmeriCorps
Attn: Kim Mansaray
1201 New York Ave., NW
Washington, DC 20525

Antilles Power Depot, Inc.
Attn: Raymond Texidor
PO Box 810190
Carolina, PR 00981-0190

APRUM
Apartado Postal 2227
Mayagüez, PR 00681

Del Valle Group, SP
Attn. Humberto Reynolds, President, Del Valle Group, S.P.,
PO Box 2319
Toa Baja, PR 00951-2319

Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street
Suite 301
San Juan, PR 00901-1922

Puerto Rico Fiscal Agency and Financial Advisory Authority
Roberto Sanchez Vilella (Minillas)
Government Center
De Diego Ave. Stop 22
San Juan, Puerto Ric
Attn: Gerardo J. Portela Franco
   Mohammad Yassin, Esq. 00907

O'Melveny & Myers LLP
7 Times Square
New York, New York 10036
Attn: John J. Rapisardi, Esq.

Law Offices of Andres W. Lopez, Esq.
902 Fernandez Juncos Ave.
San Juan, PR 00907
Attn: Andres W. Lopez, Esq.

Cancio, Nadal, Rivera & Diaz, P.S.C.
PO Box 364966
San Juan, PR 00936-4966
Attn: Arturo Diaz-Angueira, Esq.
   Katiuska Bolanos-Lugo, Esq.

O'Neill & Borges LLC
250 Munoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Attn: Hermann D. Bauer, Esq.

Bennazar, Garcia & Mili6n, C.S.P.
Edificio Union Plaza PH-A piso 18 Avenida
Ponce de Leon #416
Hato Rey, San Juan, Puerto Rico 00918
Attn: A.J. Bennazar-Zequeira

| | |
|---|---|
| Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166<br>Attn: Luc. A. Despins<br>　　 James Bliss<br>　　 James Worthington<br>　　 G. Alexander Bongartz | Casillas, Santiago & Torres, LLC<br>El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419<br>Attn: Juan J. Casillas Ayala<br>　　 Diana M. Batlle-Barasorda<br>　　 Alberto J. E. Afieses-Negron<br>　　 Ericka C. Montull-Novoa |
| Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022<br>Attn: Robert Gordon<br>　　 Richard Lewin<br>　　 Catherine Steege | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR 00901 |
| Greenberg Traurig LLP<br>MetLife Building<br>200 Park Avenue<br>New York, New York 10166<br>Attn: Nancy A. Mitchell, Esq. | |