IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF:<br><br>COMMONWEALTH OF PUERTO RICO<br><br><br>DEBTORS | Civil No. 15-01578 (LTS)<br><br>CAUSE: BANKRUPTCY<br><br>RELIEF UNDER PROMESA<br>PUB. LAW 114-187<br>(130 STAT. 549) |
|---|---|

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

TO THE HONORABLE COURT:

Please take notice that the undersigned attorney hereby files his appearance as counsel representing creditors and interest party Lauren De Pablo by her, Rolando Martínez by him and as inheritor of Ondina Finale, Conjugal Partnership of Rolando Martínez and Lauren de Pablo, Deianeira Martínez De Pablo by her, Pedro Rolando Martínez Torres by him and as in heritor of Ondina Finale, and Olga Martínez Finale as inheritor of Ondina Finale; and respectfully request this Honorable Court that every document filed in the caption case be notified to the undersigned attorney.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** the appearing parties very respectfully request from the Honorable Court to accept the appearance; and that the undersign attorney be notified of every document docketed in this case.

**I HEREBY CERTIFY:** I hereby certify that on 19 day of January, 2018, I electronically filed the foregoing with the Clerk of the Court, using CM/ECF system which will send notification of such filing to the attorneys of record.

In San Juan, Puerto Rico, this 19 day of January, 2018.

```
JAMES LAW OFFICES
Counsel for Plaintiffs
PMB 501
1353 Rd. 19
Guaynabo, P.R. 00966-2700
Tel. (787)763-2888
s/Glenn Carl James
USDC-PR 207706
E-mail:
glenncarljameslawoffices@gmail.com
```