# EXHIBIT A

## Real Property Leases Under Affirmative Consent[1]

|     | LANDLORD | PROPERTY ADDRESS | CONTRACT NUMBER |
|-----|----------|------------------|-----------------|
| 1.  | A LA ORDEN SHOPPING CENTER, SE | AVE. COMERÍO #600, TOA BAJA | |
| 2.  | ADMINISTRACIÓN DE TERRENOS* | AVE. JUAN HERNÁNDEZ ORTIZ, ISABELA | |
| 3.  | ADMINISTRACIÓN DE TERRENOS* | BO. SAN ANTÓN, PONCE | |
| 4.  | ÁNGEL OLIVERO BUDET | CALLE MUÑOZ RIVERA, FAJARDO | 2016-P00067 |
| 5.  | CENTRO DEL SUR MALL, LLC. | CENTRO DEL SUR MALL, AVE. MIGUEL POU, PONCE | |
| 6.  | DELMAR INVESTMENTS, SE | AVE. FAGOT #2971, PONCE | 2018-P00005 |
| 7.  | EDIFICIOS PÚBLICOS[2] | CENTRO GUBERNAMENTAL DE GUAYANILLA | |
| 8.  | EDIFICIOS PÚBLICOS[3] | CENTRO GUBERNAMENTAL DE JUNCOS, CALLE MUÑOZ RIVERA, JUNCOS | |
| 9.  | FIDEICOMISO INSTITUCIONAL DE LA GUARDIA NACIONAL (FIGNA) | PR-1 KM 57.2 CAYEY | 2017-P00038 |
| 10. | FOMENTO INDUSTRIAL* | PARQUE INDUSTIRAL, CABO ROJO | |
| 11. | FOMENTO INDUSTRIAL* | CALLE SAN IDELFONSO, COAMO | |
| 12. | FOMENTO INDUSTRIAL* | OPERACIONES TÉCNICAS JUANA DÍAZ | |
| 13. | FOMENTO INDUSTRIAL* | BO. ISLOTE, MANATÍ | |
| 14. | FOMENTO INDUSTRIAL* | PR-102 SAN GERMÁN | |
| 15. | FOMENTO INDUSTRIAL* | ÁREA INDUSTRIAL CAÍN ALTO PR-362 SAN GERMÁN | |
| 16. | FOMENTO INDUSTRIAL* | PR-181 SAN LORENZO | |
| 17. | FOMENTO INDUSTRIAL* | BO. MARTINO, VIEQUES | |
| 18. | GEREN COOP | COND. SAN ALBERTO CALLE CONDADO, SANTURCE | 2017-P00079 |
| 19. | HAYDEE E. REICHARD, JUAN C Y PABLO G CANCIO REICHARD | CARR. #2 BO. CAIMITAL ALTO, AGUADILLA | 2017-P00007 |
| 20. | JOSÉ RUIZ VÁZQUEZ | CARR. 385 BO TALLABOA SECTOR SEBORUCO, PEÑUELAS | 2017-P00077 |
| 21. | JUAN JOSÉ RIVERA BERRÍOS | CALLE BALDORIOTY #42, COAMO | 2017-P00010 |
| 22. | KELLER HOLDINGS, LLC | CALLE MCKINLEY #108 ESQUINA DOCTOR VADÍ, BARRIO CRISTY, MAYAGÜEZ | 2017-P00006 |

---

[1] Landlords marked with an asterisk provided consent via telephone conversation with representatives of Pietrantoni Mendez & Alvarez.
[2] Deadline to assume / reject lease is May 28, 2018 [Case No. 17-4780, ECF No. 1800].
[3] Deadline to assume / reject lease is May 28, 2018 [Case No. 17-4780, ECF No. 1800].

## EXHIBIT A

## Real Property Leases Under Affirmative Consent

|  | LANDLORD | PROPERTY ADDRESS | CONTRACT NUMBER |
|---|---|---|---|
| 23. | M. OTERO Y CIA, SE | PLAZA PUERTO DEL SOL, CARR. #2 KM49.7, MANATÍ | 2017-P00042 |
| 24. | NIVIA Y CARMEN FERNÁNDEZ TORRES | CALLE LUIS MUÑOZ RIVERA, BARRANQUITAS | 2017-P00043 |
| 25. | OFFICE PARK, INC.* | PR-2 BO. SÁBALOS, MAYAGÜEZ | 2017-P00062 |
| 26. | SONUVAC, INC. | CONSOLIDATED MALL, CAGUAS | 2017-P00013 |

## EXHIBIT B

## Real Property Leases Under Deemed Consent

|  | LANDLORD | PROPERTY ADDRESS | CONTRACT NUMBER |
|---|---|---|---|
| 1. | AAA MINI ALMACENES PÚBLICOS | 245 CALLE ROSA URB. FERRY BARRANA, PONCE | |
| 2. | BANCO POPULAR DE PR | CALLE ARZUAGA, SAN JUAN | 2017-P00064 |
| 3. | CAROLINA SHOPPING COURT, INC. | PR #3, BO. HOYO MULAS, CAROLINA | 2014-P00058 |
| 4. | DESARROLLADORA LCP, CORP. | LINCOLN CENTER PLAZA, CALLE MUÑOZ RIVERA, CAGUAS | 2017-P00084 |
| 5. | ESTANCIAS DE JUANA DÍAZ, INC. | CALLE TOMÁS CARRIÓN #35, JUANA DÍAZ | 2017-P00045 |
| 6. | F.D.R. 1500 CORP. | AVE. ROOSEVELT #1500, SAN JUAN | |
| 7. | FANOVIDAL , SE | CANTON MALL, CALLE BETANCES #40, BAYAMÓN | |
| 8. | ISMAEL MELÉNDEZ RIVERA E HIJOS | BO. FELICIA, SANTA ISABEL | |
| 9. | JORGE A. MUNDO | CALLE PALMER #103, CANÓVANAS | |
| 10. | LA QUINTA SHOPPING CENTER, CORP. | CALLE LUNA #175, LA QUINTA SHOPPING CENTER, SAN GERMÁN | 2016-P00014 |
| 11. | MAO AND ASSOCIATES INVESTMENT, INC. | PR #14, BO. MONTELLANO, CAYEY | 2017-P00044 |
| 12. | MUNICIPIO DE CULEBRA | CALLE PEDRO MÁRQUEZ, CULEBRA | |
| 13. | MUNICIPIO DE DORADO | PABELLÓN RAFAEL HERNÁNDEZ COLÓN, CALLE MÉNDEZ VIGO, DORADO | 2017-P00081 |
| 14. | MUNICIPIO DE UTUADO | CALLE ESTEVES, UTUADO | 2017-P00082 |
| 15. | RIV, INC. | CONSOLIDATED MALL, CAGUAS | |
| 16. | SAN JOSÉ BUILDING ASSOCIATES | EDIF. SAN JOSÉ BUILDING, AVE. PONCE DE LEÓN, SANTURCE | 2017-P00083 |