# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT<br>AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO. *et. al.*,[1]<br><br>    Debtors. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br>(Jointly Administered)<br>Re: ECF No. 888 |

## NOTICE OF WITHDRAWAL OF ATTORNEY

NOW COMES counsel Hector R. Cuprill, Esq. and Carlos Fernandez-Nadal, Esq., partner and off counsel, respectively of CUPRILL LAW OFFICES, PSC the undersigned attorney, and respectfully informs this Honorable Court of his withdrawal as an attorney of the Autonomous Municipality of Ponce (hereafter, "AMP") in the instant case as the AMP still got representation by Estrella LLC as local counsel and another atorney from the Continental US.

**RESPECTFULLY SUBMITTED.**

In Ponce, Puerto Rico, on January 25, 2018.

| | |
|---|---|
| **/s/ Hector R. Curpill, Esq.**<br>USDC No. 221109<br>Torre de Oro, Suite 204<br>2175 Ferre Blvd.<br>Ponce, PR 00717<br>Telephone: (787) 843-8048<br>E-mail: cuprislaw@yahoo.com | **/s/ Carlos Fernández-Nadal, Esq.**<br>USDC No. 209208<br>818 Hostos Ave., Suite B<br>Ponce, PR 00716<br>Telephone: (787) 848-4612<br>Facsimile: (787) 395-7906<br>E-mail: cfernandez@cfnlaw.com |