IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]
---------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

---------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY,

    Debtor.
---------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3567-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# **ORDER**

This matter is before the Court on the Government Development Bank for Puerto Rico's ("GDB's") *Urgent Motion for Extension of Time to Oppose Rule 2004 Motion and Notice of Hearing by National Public Finance Guarantee Corporation* (Dkt. No. 2276) (the "Urgent Motion"). After consideration of the Urgent Motion and National Public Finance Guarantee Corporation's ("National's") opposition thereto (Dkt. No. 2281), the Court hereby ALLOWS the Urgent Motion in part pursuant to the following:

1. National's Rule 2004 Motion (Dkt. No. 371 in 17-BK-3567) will be heard at the Omnibus Hearing on **February 7, 2018**.

2. GDB shall file an objection, if any, to the Rule 2004 Motion by **Tuesday, January 30, 2018 at 1:00 p.m. AST (12:00 p.m. EST)**.

3. National shall file a reply by **Monday, February 5, 2018 at 1:00 p.m. AST (12:00 p.m. EST)**.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: January 25, 2018