**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al[1]<br>Debtor | PROMESA<br>TITLE III<br><br>CASE NO. 17 BK 3283-LTS<br>(Jointly Administered) |
| IN RE: THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br>Debtor | PROMESA<br>TITLE III<br><br>CASE NO. 17 BK 3283-LTS<br><br>**This Document Relates Only To:2 17 BK 3283-LTS[2]** |

**MODIFIED NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

The undersigned attorney respectfully requests that our Notice of Appearance, filed on May 11, 2017, (Dkt.#47) be modified for the following reasons:

1.- The undersigned counsel has ceased to represent creditor Cesar Castillo, Inc., entity that is now represented by Counsel Hernando A. Rivera (Dkt.#1900).

2.- The undersigned counsel continues to represent Roche Diagnostics Corporation, and continues to serve as Local Counsel for David Powlen, Esq. and Kevin Collins, Esq., as per Dkts. #893, #894 and #947.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

[2] Pursuant to Paragraph 5 of the Joint Administration Order entered in lead Case No. 17 BK 3283-LTS [Dkt. No.242], as heretofore amended, this pleading will be filed only in Case No. 17 BK 3283-LTS.

3.- The undersigned attorney request that the Master Address List be updated, and that all notices given or required to be given, and all papers served or required to be served, in connection with the captioned case, be given and served upon the undersigned attorney, at the address set forth below:

> Daniel Molina-Lopez
> USDC-PR 211813
> P.O. Box 223
> Las Piedras, PR 00771
> Email: dmolinalaw@gmail.com
> Tel. (787) 426-3268

**WHEREFORE,** it is respectfully requested from the Honorable Court, the Clerk of the Court, and all parties in interest to this case, to take notice of the above.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, on January 26, 2018.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

> **DANIEL MOLINA LOPEZ**
> P.O. Box 223
> Las Piedras, PR 00771
> Tel. (787) 426-3268
>
> s/ *Daniel Molina López*
> Daniel Molina López, Esq.
> USDC-PR 211813
> Email: dmolinalaw@gmail.com