**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
FOR APPEARANCE AT FEBRUARY 7-8, 2018 OMNIBUS HEARING**

To the Honorable United States Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at February 7-8, 2018, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and María E. Picó intend to appear and speak on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 on the following items:

- *Motion of National Public Finance Guarantee Corporation for Entry of an Order Under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank for Puerto Rico* [Case No. 17-3283, Dkt. # 2247; Case No. 17-3567, Dkt. #371].

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of February 7-8, 2018, Omnibus Hearing* [Dkt. # 2258] (the "***Order***").

- *Joinder of Financial Guaranty Insurance Company to Motion of National Public Finance Guarantee Corporation for Entry of an Order Under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank for Puerto Rico* [Case No. 17-3283, Dkt. # 2277; Case No. 17-3567, Dkt. #375].

2. Further, Martin A. Sosland and María E. Picó also intend to appear to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

Dated: January 26, 2018.   Respectfully submitted,

REXACH & PICÓ, CSP

By: /s/ *María E. Picó*
   María E. Picó, USDC-PR 123214
   802 Ave. Fernández Juncos
   San Juan PR 00907-4315
   Telephone: (787) 723-8520
   Facsimile: (787) 724-7844
   E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: /s/ *Martin A. Sosland*
   Martin A. Sosland (*pro hac vice*)
   5430 LBJ Freeway, Suite 1200
   Dallas, TX 75240
   Telephone: (469) 680-5502
   Facsimile: (469) 680-5501
   E-mail: martin.sosland@butlersnow.com

   Stanford G. Ladner (*pro hac vice*)
   1700 Broadway, 41st Floor
   New York, NY 10019
   Telephone: (646) 606-3996
   Facsimile: (646) 606-3995
   E-mail: stan.ladner@butlersnow.com

        Christopher R. Maddux (*pro hac vice*)
J. Mitchell Carrington (*pro hac vice*)
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-2200
Facsimile: (601) 985-4500
E-mail: chris.maddux@butlersnow.com
 mitch.carrington@butlersnow.com

Jason W. Callen (*pro hac vice*)
150 3rd Avenue, South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6774
Facsimile: (615) 651-6701
E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: January 26, 2018.

Respectfully submitted,

By: */s/ Martin A. Sosland*
     Martin A. Sosland

*Attorney for Financial Guaranty Insurance Company*

40235147.v1