# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1512-1 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br><br>This Order relates only to PREPA and shall only be filed in the lead Case No. 17 BK-3283-LTS and Case No. 17-BK-4780-LTS. |

**ORDER GRANTING URGENT MOTION
FOR EXTENSION OF DEADLINES AND LEAVE
TO FILE EXCESS PAGES IN CONNECTION WITH THIRD AMENDED
<u>NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES</u>**

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon consideration of PREPA's *Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case management and Administrative Procedures* (ECF No. 547), it is hereby ordered that:

1. The deadline for PREPA to file the *Urgent Motion of Debtor Puerto Rico Electric Power Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* (the "Postpetition Financing Motion") so as to be heard at the February 7, 2018 omnibus hearing shall be 11:59 p.m. (EST) on January 27, 2018.

2. Any objections to the Postpetition Financing Motion shall be filed on or before **February 1, 2018 at 5:00 p.m. (EST)**.

3. Any reply to any objections to the Postpetition Financing Motion must be filed on or before **February 3, 2018 at 5:00 p.m. (EST)**.

4. The page limitation with respect to the Postpetition Financing Motion shall be increased to fifty (50) pages, exclusive of the cover page, table of contents, table of authorities, signature page, and certificate of service.

     SO ORDERED.

Dated: January 26, 2018

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge