## Exhibit E

**Initial 13-Week Budget**

## Puerto Rico Electric Power Authority ("PREPA")

**13 Week Cash Flow Model**

| | ($ in millions) / Week ending | Actual 12/22 | Actual 12/29 | Actual 01/05 | Actual 01/12 | Actual 01/19 | 1 01/26 | 2 02/02 | 3 02/09 | 4 02/16 | 5 02/23 | 6 03/02 | 7 03/09 | 8 03/16 | 9 03/23 | 10 03/30 | 11 04/06 | 12 04/13 | 13 04/20 | 14 04/27 | 15 05/04 | 15 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Receipts** | | | | | | | | | | | | | | | | | | | | | |
| | Customer collections | 35.9 | 14.3 | 16.5 | 24.6 | 23.5 | 24.9 | 14.8 | 15.0 | 19.8 | 21.7 | 22.3 | 14.1 | 15.2 | 20.6 | 20.8 | 22.8 | 22.8 | 29.9 | 30.0 | 33.2 | 327.8 |
| | Transfers from Emergency Account | – | – | 47.8 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | Insurance Proceeds | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | Other | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | **Total Receipts** | 35.9 | 14.3 | 64.2 | 24.6 | 23.5 | 24.9 | 14.8 | 15.0 | 19.8 | 21.7 | 22.3 | 14.1 | 15.2 | 20.6 | 20.8 | 22.8 | 22.8 | 29.9 | 30.0 | 33.2 | 327.8 |
| | **Disbursements** | | | | | | | | | | | | | | | | | | | | | |
| | **Energy Purchases** | | | | | | | | | | | | | | | | | | | | | |
| Eligible | Power purchase - AES | – | 13.7 | – | – | 13.7 | – | 12.3 | – | 24.1 | 12.4 | 12.1 | – | 20.9 | – | – | 9.4 | 7.0 | 7.0 | – | 10.2 | 115.4 |
| Eligible | Power purchase - EcoElectrica | 31.0 | – | – | – | – | – | 24.1 | – | 26.5 | – | 27.1 | – | – | 29.0 | – | 7.8 | 7.8 | 7.8 | 7.8 | 4.8 | 142.6 |
| Eligible | Power purchase - Renewable sources | – | – | – | – | – | – | – | 10.4 | – | – | – | – | – | – | – | – | – | – | – | – | 10.4 |
| Eligible | Fuel purchase - Fleet and storage | 0.5 | – | – | 0.4 | 0.1 | – | 1.5 | – | 1.5 | – | 1.5 | – | 1.5 | – | 1.5 | – | 1.5 | – | 1.5 | – | 10.5 |
| Eligible | Fuel purchase - Freepoint | – | – | 4.6 | 4.4 | 4.4 | 9.0 | 9.5 | – | – | 4.2 | 9.2 | 4.6 | 28.8 | – | 1.5 | – | 12.8 | 14.4 | 9.4 | 5.1 | 142.0 |
| Eligible | Fuel purchase - Puma | 15.9 | 9.6 | 5.6 | 12.0 | 9.8 | 11.0 | 9.5 | 7.0 | 6.7 | 7.9 | 8.2 | 9.3 | 7.4 | 8.4 | 8.5 | 7.1 | – | 9.4 | – | 16.4 | 97.1 |
| Eligible | LNG purchase - Fenosa | 11.1 | – | – | 13.9 | – | – | – | 16.0 | – | – | 11.1 | 15.1 | 3.8 | 3.8 | – | 3.8 | 3.8 | 6.3 | 6.3 | 6.3 | 76.0 |
| | **Subtotal Energy Purchases** | 58.4 | 23.3 | 10.2 | 35.5 | 28.0 | 20.0 | 56.3 | 31.9 | 73.6 | 29.4 | 63.0 | 38.1 | 44.9 | 54.0 | 26.7 | 37.4 | 25.2 | 30.5 | 19.2 | 43.7 | 594.0 |
| | **Other Disbursements** | | | | | | | | | | | | | | | | | | | | | |
| Eligible | Estimated Payroll | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | – | 7.8 | 62.4 |
| Eligible | Social security | – | 2.8 | – | 2.5 | – | 2.0 | – | 2.0 | – | 2.0 | – | 2.0 | – | 2.0 | – | 2.0 | – | 2.0 | – | 2.0 | 16.2 |
| Eligible | Payroll taxes | – | 0.6 | – | 0.6 | – | 1.1 | – | 1.1 | – | 1.1 | – | 1.1 | – | 1.1 | – | 1.1 | – | 1.1 | – | 1.1 | 8.8 |
| Eligible | Contributions to employee benefit programs | – | 5.0 | – | 5.3 | – | 5.5 | – | 5.5 | – | 5.5 | – | 5.5 | – | 5.5 | – | 5.5 | – | 5.5 | – | 5.5 | 44.0 |
| Eligible | Medical benefit costs | – | 1.0 | 3.8 | 9.0 | – | 3.5 | 5.4 | 1.8 | 5.8 | – | – | 5.8 | – | – | – | 5.8 | – | – | – | 5.8 | 34.0 |
| Eligible | Workers compensation / disability funding | – | – | – | 3.4 | – | – | – | – | – | – | 6.0 | – | – | – | – | – | – | – | – | – | 6.0 |
| Ineligible | Estimated Gross Overtime | – | 5.6 | – | 4.8 | – | 3.5 | – | 3.5 | – | 3.5 | – | 3.5 | – | 3.5 | – | 3.5 | – | 3.5 | – | 3.5 | 28.0 |
| Ineligible | Contract Labor - Title III | – | – | – | 2.0 | – | 4.9 | 1.4 | 1.4 | 1.4 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 | 3.5 | 26.8 |
| Eligible | Contract Labor - Other | – | – | – | 0.0 | – | 1.6 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 7.1 |
| | **Employee Disbursements & Contract Labor** | – | 22.8 | 3.8 | 35.4 | – | 29.9 | 7.1 | 23.4 | 7.5 | 27.6 | 1.7 | 27.8 | 2.1 | 22.0 | 2.1 | 27.8 | 2.1 | 22.0 | 2.1 | 27.8 | 233.2 |
| | **Other Disbursements** | | | | | | | | | | | | | | | | | | | | | |
| Eligible | Insurance premiums | – | – | – | 0.9 | – | – | – | – | 0.1 | – | – | – | 1.5 | – | – | – | 0.3 | – | – | – | 2.0 |
| Eligible | Maintenance Disbursements | – | – | – | 0.6 | 1.0 | – | – | 3.2 | 3.2 | 3.2 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 3.9 | 3.9 | 3.9 | 3.9 | 4.3 | 52.0 |
| Eligible | Employee expense reimbursements | – | – | – | – | – | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 12.0 |
| Eligible | Additional accounts payable | 2.4 | – | – | 2.6 | 5.1 | 2.0 | 2.0 | 4.8 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 32.8 |
| Eligible | Other | 8.1 | 2.3 | (1.5) | (10.3) | (1.1) | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | **Subtotal Other Disbursements** | 10.5 | 2.3 | (1.5) | (6.3) | 5.1 | 2.8 | 2.8 | 8.8 | 6.2 | 6.0 | 7.3 | 7.3 | 8.8 | 7.3 | 7.3 | 6.7 | 7.0 | 6.7 | 6.7 | 7.1 | 98.8 |
| | **Total Disbursements** | 68.9 | 48.4 | 12.4 | 64.6 | 33.1 | 52.7 | 66.2 | 64.2 | 87.3 | 63.0 | 72.0 | 73.2 | 55.8 | 83.3 | 36.1 | 71.9 | 34.3 | 59.2 | 28.0 | 78.6 | 926.0 |
| | **Net Cash Flow** | (32.9) | (34.0) | 51.8 | (40.0) | (9.6) | (27.8) | (51.4) | (49.2) | (67.4) | (41.4) | (49.8) | (59.1) | (40.6) | (62.8) | (15.3) | (49.2) | (11.5) | (29.3) | 2.0 | (45.5) | (598.3) |
| | **Opening Balance** | 275.1 | 242.2 | 208.1 | 259.9 | 219.9 | 187.0 | 182.5 | 131.1 | 81.9 | 14.5 | (26.9) | (76.7) | (135.8) | (176.5) | (239.3) | (254.6) | (303.7) | (315.2) | (344.5) | (342.5) | 187.0 |
| | Net Operating Cash Flows | (32.9) | (34.0) | 51.8 | (40.0) | (9.6) | (27.8) | (51.4) | (49.2) | (67.4) | (41.4) | (49.8) | (59.1) | (40.6) | (62.8) | (15.3) | (49.2) | (11.5) | (29.3) | 2.0 | (45.5) | (598.3) |
| | Emergency Spend, net from General Fund | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – |
| | **Ending Balance, before Emergency Related** | 242.2 | 208.1 | 259.9 | 219.9 | 210.3 | 159.2 | 131.1 | 81.9 | 14.5 | (26.9) | (76.7) | (135.8) | (176.5) | (239.3) | (254.6) | (303.7) | (315.2) | (344.5) | (342.5) | (387.9) | (411.3) |
| | **Emergency Related** | | | | | | | | | | | | | | | | | | | | | |
| Ineligible | Emergency Spend | – | – | (15.4) | (9.7) | (50.3) | – | (51.8) | (25.0) | (12.5) | (44.5) | (44.5) | (44.5) | (44.5) | (12.5) | (12.5) | (137.5) | (32.0) | (32.0) | – | (21.0) | (514.8) |
| Eligible | FEMA Reimbursements | – | – | 15.4 | 9.7 | 27.0 | 23.3 | 51.8 | 25.0 | 12.5 | 44.5 | 44.5 | 44.5 | 44.5 | 12.5 | 12.5 | 44.5 | 32.0 | 32.0 | – | 21.0 | 445.1 |
| | **Subtotal Other Disbursements** | – | – | – | – | (23.3) | 23.3 | – | – | – | – | – | – | – | – | – | (93.0) | – | – | – | – | (69.7) |
| | **Ending Balance** | 242.2 | 208.1 | 259.9 | 219.9 | 187.0 | 182.5 | 131.1 | 81.9 | 14.5 | (26.9) | (76.7) | (135.8) | (176.5) | (239.3) | (254.6) | (396.7) | (408.2) | (437.5) | (435.5) | (480.9) | (480.9) |

DRAFT - Subject to Change