UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER CORPORATION ("PREPA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Relates to Debtor PREPA Only |

### NOTICE OF DEPOSITION OF ANDREW WOLFE

TO:   **Andrew Wolfe**
**Through counsel of record for the Financial Oversight and Management Board for of Puerto Rico**
**Proskauer Rose LLP**
**Eleven Times Square**
**New York, NY 10036**

    **PLEASE TAKE NOTICE** that, pursuant to Rule 26 of the Federal Rules of Civil

Procedure, made applicable to this matter by Rules 9014 and 7026 of the Federal Rules of

Bankruptcy Procedure, Ambac Assurance Corporation ("Ambac"), by its counsel, will take the deposition upon oral examination of Andrew Wolfe, commencing at 11 a.m. ET on January 31, 2018, at Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, or at such other time and place as may be agreed to among counsel for the parties.

The deposition will be recorded stenographically, by videotape (sound and visual), and through instant visual display via "real time" software, which provides instantaneous electronic transcripts on a laptop computer. The deposing party reserves the right to use the videotape recording at any proceeding in lieu of live testimony from the deponent in accordance with applicable law. The deposition will take place before an officer authorized to administer oaths. Unless otherwise agreed to by the parties, the deposition shall proceed in accordance with the applicable rules.

| | |
|---|---|
| Dated: San Juan, Puerto Rico<br>January 29, 2018 | **FERRAIUOLI LLC**<br><br>By: /s/ *Roberto Cámara Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com<br><br>**MILBANK, TWEED, HADLEY & McCLOY LLP**<br><br>By: /s/ *Atara Miller*<br>Dennis F. Dunne (*admitted pro hac vice*)<br>Andrew M. Leblanc (*admitted pro hac vice*)<br>Atara Miller (*admitted pro hac vice*)<br>Grant R. Mainland (*admitted pro hac vice*)<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 530-5770<br>Facsimile: (212) 822-5770<br>Email: ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br><br>*Attorneys for Ambac Assurance Corporation* |