## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | CASE NO. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, ET AL. | |
| Debtors | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE COURT:**

**COMES NOW** the creditor, the Puerto Rico Land Administration, and very respectfully informs that attorney Carlos E. Cardona Fernández appears in the case of reference as its counsel. Accordingly, it is hereby requested that copies of all future notices, pleadings and any filings in the case be served upon the undersigned counsel.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the aforementioned and that copies of all future notices, pleadings and any filings in the case be served upon the undersigned counsel.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 30th day of January, 2018.

I HEREBY CERTIFY: that on this same date, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants and attorneys of record.

**S/ CARLOS E. CARDONA-FERNÁNDEZ**
Carlos E. Cardona-Fernández
USDC-PR No. 217806
PO Box 810412
Carolina, PR  00981-0412
Ph. (787) 550-9280 ▪ Fax: (787) 768-1132
**e-mail:** **carloscardonafe@hotmail.com**