Court Name: District Court
Division: 1
Receipt Number: PRX100053755
Cashier ID: arodrigu
Transaction Date: 01/30/2018
Payer Name: NAVARRO-CABRER, NILDA M.

PRO HOC VICE
For: NAVARRO-CABRER, NILDA M.
Case/Party: D-PRX-1-97-NA-000003-002
Amount:          $300.00

PAPER CHECK CONVERSION
Remitter: NAVARRO-CABRER, NILDA M.
Check/Money Order Num: 13010
Amt Tendered:    $300.00

Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF ROBERT
J. PFISTER

THRU: NAVARRO-CABRER, NILDA M.