# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Nos. 2245, 2249** |

### JOINT INFORMATIVE MOTION REGARDING THE CONSENSUAL ADJOURNMENT OF THE CBA COUNTERPARTIES' MOTION FOR AN ORDER TO PERMIT THE PROCESSING THROUGH RESOLUTION OF EMPLOYMENT ARBITRATION AND GRIEVANCE PROCEEDINGS

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Commonwealth of Puerto Rico (the "Commonwealth"), and the American Federation of State, County and Municipal Employees International Union, AFL-CIO ("AFSCME") and the American Federation of Teachers, AFL-CIO ("AFT" and together with AFSCME, the "Movants"), through their undersigned counsel, hereby state and pray as follows. [2]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*, has authorized AAFAF to file this Informative Motion on behalf of the Commonwealth.

1. On January 16, 2018, Movants filed the *Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings* [ECF No. 2245] (the "Joint Motion").

2. On January 16, 2018, the Service Employees International Union ("SEIU") and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (the "UAW" and together with SEIU and the Movants, the "Unions") filed the *Joinder of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings* [ECF No. 2249] (the "Joinder" and together with the Joint Motion, the "Motion").

3. The Motion was set for hearing at the February omnibus hearing on February 7, 2018. After Movants filed the Motion, AAFAF, on behalf of the Commonwealth, reached out to the Unions to discuss a consensual resolution of the Motion. AAFAF and the Unions have since continued negotiations to consensually resolve the Motion and have agreed to (a) adjourn the hearing on the Motion to the March omnibus hearing on March 7, 2018 at 9:30 a.m. (Atlantic Standard Time), and (b) extend the deadline (i) to file an objection to the Motion to February 20, 2018, and (ii) for the Unions to file a reply to any objections to February 27, 2018.

Dated: January 30, 2018
New York, New York

Respectfully submitted,

/s/ Peter Friedman
John J. Rapisardi
Suzzanne Uhland
Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel:  (212) 326-2000
Fax:  (212) 326-2061

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ Mohammad S. Yassin
Mohammad S. Yassin
USDC-PR Bar No. 302909
**PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY**
Robert Sánchez Vilella (Minillas)
Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907
Telephone: (787) 722-2525
Facsimile: (787) 721-1443

*Chief Legal and Regulatory Officer*

/s/ Sherry J. Miliman
Curtis C. Mechling (USDC CM5957)
Sherry J. Millman (USDC CM6105)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane, New York, NY 10038
(212) 806-5434
cmechling@stroock.com
smillman@stroock.com

and

/s/ José Luis Barrios-Ramos
José Luis Barrios-Ramos (USDC 223611)
McLeary Ave., Suite #303
San Juan, Puerto Rico 00936-8006
(787) 593-6641
Barrios.jl@outlook.com

*For American Federation of Teachers, AFL-CIO, as authorized agent for the Asociación de Maestros de Puerto Rico-Local Sindical*

/s/ Sharon L. Levine
Sharon L. Levine
Dipesh Patel
**SAUL EWING LLP**
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6713
slevine@saul.com

and

Judith Rivlin
Teague P. Paterson
Matthew S. Blumin
**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES**
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900

*For the American Federation of State, County and Municipal Employees*

3

*/s/ Peter D. DeChiara*
Richard M. Seltzer
Peter D. DeChiara
Hiram M. Arnaud
**COHEN, WEISS AND SIMON LLP**
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 356-0216
rseltzer@cwsny.com
pdechiara@cwsny.com
harnaud@cwsny.com

and

*/s/ Miguel Simonet Sierrra*
Miguel Simonet Sierra
USDC # 210101
**MONSERRATE SIMONET & GIERBOLINI**
101 San Patricio Ave.
Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
msimonet@msglawpr.com

*Attorneys for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union*

4