# EXHIBIT B

**Medina Declaration**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ x

In re:                                                          :

THE FINANCIAL OVERSIGHT AND                                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                               :   Title III

     as representative of                                       :   Case No. 17-BK-3283 (LTS)
                                                                :
THE COMMONWEALTH OF PUERTO RICO, *et al.*,                      :   (Jointly Administered)
                                                                :
     Debtors.[1]                                                :

------------------------------------------------------------------ x

## DECLARATION OF BERNARDO MEDINA COLÓN IN SUPPORT OF APPLICATION FOR ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 1103(a) AND LOCAL BANKRUPTCY RULE 2014-1, AUTHORIZING EMPLOYMENT AND RETENTION OF KROMA ADVERTISING, INC. AS ITS COMMUNICATIONS ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF JANUARY [ ], 2018

Under 28 U.S.C. § 1746, I, BERNARDO MEDINA COLÓN, declare as follows under the penalty of perjury:

1.     I am the President of the firm Kroma Advertising, Inc. ("Kroma" or the "Firm"), a Puerto Rico corporation. The information included in this Declaration concerning Kroma is based upon my personal knowledge.

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

2.      This Declaration is being submitted in support of the application (the "Application")[2] filed in connection with the proposed retention of Kroma as communications advisor for the Committee.

3.      The Committee requires the services of Kroma to provide communications advisory services. The Committee is familiar with the professional standing and reputation of Kroma. The Committee understands and recognizes that Kroma has a wealth of experience in providing communications advisory services and has exemplary qualifications to perform the services required by the Committee in the Title III Cases.

4.      Kroma will serve the Committee in accordance with the terms and conditions set forth herein, in the Committee's Application to employ Kroma and in the Engagement Letter which is appended to the Application as Exhibit C and incorporated herein by reference. Accordingly, I make this Declaration in support of an entry of order authorizing such retention.

5.      It is presently anticipated that Kroma will provide the following services:

(a)     develop and implement a comprehensive communications strategy through various media to generate awareness of the Committee's efforts to provide assistance (including tutorial sessions) to Puerto Rico-based creditors in connection with the claims bar date process to be established in the Title III cases;

(b)     design and implement a comprehensive strategy, including a re-designed Committee website, to raise awareness of, among other things, the Committee's efforts to provide assistance to Puerto Rico-based creditors in connection with the claims bar date process;

(c)     establish and maintain an active social media page for educational and informative purposes, including with respect to the claims bar date process; and

(d)     provide other communications-related services as requested by the Committee.

---

[2]     Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

## QUALIFICATIONS

6.      Kroma is well qualified to serve as a communications advisor to the Committee. Kroma is a multicity firm, specializing in marketing communications, with offices in San Juan, Madrid, Washington D.C., and New York.  Since it was founded in 2000, it has represented clients such as Hershey's, Chili's, P.F. Chang's, and the Sheraton Hotel Puerto Rico & Casino, among others.

7.      Kroma is a full service communications firm, offering public relations & crisis management, media outreach & publicity, and social media management & digital content created related services, among others with a goal toward tailoring strategic and innovative ideas to fulfill their customers' communication needs.

8.      I, Bernardo Medina Colón, will be responsible for the overall design of Kroma's services and direction of the engagement team.

9.      As required by Rule 2014-1(a) of the Local Bankruptcy Rules, I attached hereto, as Exhibit 1, my *curriculum vitae*.

## STAFFING AND APPROACH

10.      The Kroma personnel involved in this engagement will include: President, Project Manager, Senior Account, Digital Manager, Digital Account Executive, and Media Director. Kroma provides high value for its fees, efficiently leveraging its experienced professionals by directing Debtors personnel regarding the informational requirements of the Committee.

## BILLING PRACTICES

11.      Kroma will charge a monthly flat fee of $30,000 for recurring services.  Kroma charges for reasonably incurred, out-of-pocket expenses such as  production costs for invitations and signage material, among others, and media space in traditional and digital media, but will

present an estimate for the Committee's approval before incurring any such out-of-pocket expense.

12.     Kroma will submit monthly fee statements in accordance with the Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

13.     Kroma negotiated the terms and conditions of the Engagement Letter at arm's length and in good faith.

14.     The hours worked, the results achieved and the ultimate benefit to the parties represented by the Committee of the work performed in connection with this retention may be variable, and the Committee and Kroma have taken this into account in setting the fees hereunder.  No fee payable to any other person or entity by the Debtors, the Committee or any other party shall affect any fee payable to Kroma under Kroma's retention.

15.     Neither the Committee nor any of its members, agents, attorneys or advisors are or shall be responsible for the payment of Kroma's fees and costs arising out of the engagement described and referenced herein, regardless of whether or not Kroma is paid in full by the Debtors.

16.     I have reviewed the provisions of Local Bankruptcy Rule 2016-1 and other applicable guidance, and Marchand will seek payment of our fees and expenses in the Title III Cases pursuant to any procedures established and required by PROMESA, the Local Bankruptcy Rules, the Court, and the U.S. Trustee.

17.     I have not agreed to share with any person, except members of my firm, the compensation to be paid for the services rendered in these Title III Cases.

## **DISINTERESTEDNESS**

18.     To the best of my knowledge and belief, insofar as I have been able to ascertain after due inquiry, none of the shareholders or employees of Kroma (a) is related to the Debtors, their creditors, other parties in interest herein, or the United States Trustee (the "U.S. Trustee") or anyone employed in the Office of the U.S. Trustee, or any of the Judges of this court, or (b) holds or represents any interest adverse to any such party, except that Kroma is connected with the Committee by virtue of this engagement.

19.     Kroma may represent or have represented certain of the Debtor's creditors or other parties in interest herein, or interests adverse to such creditors or other parties in interest herein, in matters unrelated to these Title III Cases.  Further, Kroma may have engaged, been engaged by or had mutual clients with, may currently be engaging, be engaged by or have mutual clients with, and may in the future engage, be engaged by or have mutual clients with certain law firms, financial advisors, accounting firms and other professionals that are potential parties-in-interest or may become parties-in-interest, in matters unrelated to these Title III Cases.

20.     In connection with the preparation of this Declaration, Kroma conducted a review of its professional contacts for connections with the Debtor, their affiliates, the members of the Committee and other interested parties identified in pleadings filed on the docket in the Title III Cases ("Interested Party List"), attached to this Declaration as Schedule 1.  Kroma ran the Interested Party List through Kroma's relationship database ("Database"), which contain names of individuals and entities that are present or recent former clients of Kroma.  Kroma then reviewed those results, which review was completed under the supervision of the in-house accountant from Kroma.  A summary of the results of this search showing any relationships Kroma has with entities on the Interested Party List is set forth in Schedule 2 to this Declaration.

21.     It should be understood that Kroma's former clients and their affiliates, officers, directors, principal shareholders and their respective affiliates may have had relationships with parties in interest in the Title III Cases of which Kroma was not informed or, subsequent to the performance of Kroma's services for such former clients, may have developed relationships with such parties of which Kroma is unaware.

22.     To the best of Kroma's knowledge and belief, except as set forth in Schedule 2 to this Declaration, none of Kroma's current or former clients (including their affiliates, officers, directors, principal shareholders and their respective affiliates) are connected to the entities listed on the Interested Party List, other parties in interest herein or interests adverse to such parties.

23.     Kroma will promptly supplement this Declaration by disclosing any material developments regarding the Debtor or any other pertinent relationships that require disclosure in the Title III Cases, if and when any such developments or relationships come to Kroma's attention.

*[Remainder of page intentionally left blank.]*

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2018

Bernardo Medina Colón
Title: President

## **Exhibit 1**

***Curriculum Vitae* of Bernardo Medina Colón**

# Bernardo Medina Colón, MBA

**Corporate Communications & Marketing Strategist**

- Entrepreneur & business leader with over 20 years of experience.
- Excellent negotiation and communications skills
- Supervisor of 20 executives responsible for 6M P&L
- Proficiency as an executive coach for public speaking and presentations for senior management

## Management skills and achievements

**PUBLIC RELATIONS**

- Founder and President of **Kroma**, one of the leading most creative PR Agencies in the local market
- Successfully design and manage the exposure, publicity and media efforts for **COSVI** and **COSVIMed Care**, **Plaza Las Américas**, **Grupo Ferré Rangel**, **La Concha Hotel** and **Museum of Art of Ponce**, among others

**CRISIS MANAGEMENT**

- Design and managed crisis events for **RJ Reynolds Tobacco Co**. Re: New tax for the tobacco industry. Goal: To decreases the amount on tax. Result: Cut in half
- Design strategy for crisis at **San Miguel Four Seasons**. Re: Environment sensitive lands. Goals: To get permission to build. Result: Land offered for reserve and other land to build.
- Manage crisis for **First Bank**. Re: Acquisition of Mortgage Loans. Goal: decrease negative coverage. Result: Balance coverage

**RETAIL AND PRODUCTS**

- Design advertising, promotions and PR efforts for **Blockbuster**. Create two products used by **Blockbuster Corporation**, *International Film Festival & Relax*
- Managed the publicity for **Winston Offshore Cup**. Developed sense of urgency creating Media Tour in 4 weeks, producing over 250K in exposure

**CORPORATE**

- Created the 50th Anniversary Celebration for **Pueblo's Supermarkets**. This effort included coordination of the event in a key store, invitations and publicity plan in social, business, retail and community sections
- Create the award winning Campaign *Huellas* for the *Oficina de Ayuda a Víctimas de Delito* from the **Department of Justice of PR**. Ran on TV, Radio and Print

**NON-PROFIT**

- Develop the Institutional Campaign *Gracias a ti* for the **Niños de la Nueva Esperanza**. Re: Awareness and fund raising. Ran on Print
- Created for **El Nuevo Día** and *PARA* Organization, the Campaign *Cabestro, guiar borracho no brega*, for drunk and driving awareness. Ran on Print and Radio
- Advertising Agency for **Sapientis**, organization that promotes quality in public education

**GOVERNMENT**

- Created a strategic plan to introduce the new Secretary of Hacienda (2004), Juan Carlos Méndez, and successfully manage his executions in the public eye. Result: Ranked 15 on popularity among agency secretaries
- Participated as one of the lead strategists for the 2000 **PDP** Campaign
- Maintained excellent relations with the San Juan mayor and Municipality

**INTERNATIONAL**

- Worked on **Cedel Bank**, Luxembourg as Marketing Officer; **Gale Hayman Cosmetics**, New York City, **Pitney Bowes Credit Corporation** in Connecticut and BBDO Miami, Florida
- Part of the management team for **VISA** and **FedEx** account for Latam

## Bernardo Medina Colón, MBA

**POSITIONS**

| | |
|---|---|
| Kroma  Advertising and Public Relations<br>San Juan, PR | *Founder and President* |
| Marketing Consultants<br>Communications Strategists<br>San Juan, PR | *Founder and President* |
| Cedel International Bank<br>Luxembourg, Luxembourg | *Marketing Communications Officer* |
| Gale Hayman Enterprises<br>New York, New York | *Marketing & New Product Development* |
| Pitney Bowes Corporation<br>Shelton, Connecticut | *Marketing Officer* |
| Corporate Communications<br>San Juan, PR | *Group Accounts Director* |
| PR Chamber of Commerce<br>San Juan, PR | *VP of Marketing and Communications* |
| Musical Arts Corporation<br>Casals Festival<br>PR Symphony Orchestra<br>Santurce, PR | *Communications Director* |

**EDUCATION**

| | |
|---|---|
| **Master in Business Administration,** MBA<br>Sacred Heart University • Connecticut • Luxembourg | *Marketing / Business* |
| **Master in Arts, MA Communications**<br>University of Sacred Heart, Santurce, PR | *Public Relations* |
| **Bachelor in Arts**, BA<br>University of Puerto Rico, Río Piedras, P. R. | *Humanities / Education* |

**ORGANIZATIONS**

**Sapientis**, Collaborator | **Niños de la Nueva Esperanza**, Collaborator | **Museo de Arte de Ponce**, **MAPR**, **Museo del Barrio, MOMA**, Member | **Galería Petrus**, Artist | **Public Relations Professionals Association**, Member | **PRMA**, Collaborator | **MBA Council, Sacred Heart University**, Member | **Habitat for Humanity, Connecticut**, Volunteer | **International Film Festival**, Member | **School of Plastic Arts of PR**, Collaborator

THIS RESUME IS SUBMITTED BY: MSSS, INC. Your Human Resources Specialists
Alma Iris Acosta, 787-691-7700, 787-250-6217,787-758-7700, October 29, 2008.

## <u>Schedule 1</u>

## <u>Interested Party List</u>

**Representative of Debtors**
The Financial Oversight and Management Board for
    Puerto Rico

**Debtors**
Commonwealth of Puerto Rico (Primary Government)
Employees' Retirement System (ERS) of the
    Government of the Commonwealth of Puerto Rico
PR Highways and Transportation Authority (HTA)
PR Sales Tax Financing Corporation (COFINA)
PR Electric Power Authority (PREPA)

**Committee Members**
The American Federation of Teachers (AFT)
Drivetrain, LLC, as Creditors' Trustee of DFC
Genesis Security Services, Inc.
Peerless Oil & Chemicals
Puerto Rico Hospital Supply
Service Employees International Union
Total Petroleum Puerto Rico Corp.
The Unitech Engineering Group, S.E.
Vitol Inc.

**Official Committee of Unsecured Creditors-Related
    Professionals**
Cancio, Nadal, Rivera & Diaz, P.S.C. (Attorneys for
    AFT)
Casillas Santiago & Torres, LLC (Attorneys for
    Genesis Security)
Cohen, Weiss and Simon LLP (Attorneys for Service
    Employees International Union)
Monserrate Simonet & Gierbolini, LLC (Attorneys for
    Service Employees International Union)
O'Neill & Gilmore Attorneys at Law (Local Counsel to
    Committee)
O'Neill & Gilmore PSC (Attorneys for PR Hospital
    Supply)
Salichs Pou & Associates PSC (Attorneys for
    Drivetrain)
Schulte Roth & Zabel LLP (Attorneys for Drivetrain)
Sepulvado & Maldonado (Attorneys for Total
    Petroleum PC Corp.)
Zolfo Cooper LLP (Financial Advisor to Committee)

**Official Committee of Retirees**
Blanca Paniagua
Carmen Nunez
Jose Marin
Juan Ortiz
Lydia Pellot
Marcos A Lopez

Miguel Fabre
Milagros Acevedo
Rosario Pacheco

**Parties Identified in the PrimeClerk and Epiq
    Retention Applications**

**Oversight Board Members and Professionals**
9-1-1 Service Governing Board
Andrew G. Biggs, Member of the Board
Jose B. Carrión III, Member of the Board
Jaime A. El Koury, General Counsel of the Board
Carlos M. Garcia, Member of the Board
Gov. Alejandro García Padilla, Ex-Officio Member of
    the Board
Arthur J. Gonzalez, Member of the Board
José R. González, Member of the Board
Ana J. Matosantos, Member of the Board
Richard Ravitch, *Ex Officio* Member of the Board
Ramón M. Ruiz, Interim Executive Director of the
    Board
David A. Skeel Jr., Member of the Board

**Other Parties Identified in the PrimeClerk and Epiq
    Retention Applications**
Additional (Electronic) Lottery
Agricultural Enterprises Development Administration
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and
    the Caribbean
Commonwealth of Puerto Rico Regional Center
    Corporation
Company for the Integral Development of the
    "Península de Cantera"
Corporation for the "Caño Martin Peña" Project
    (ENLACE)
Corporation of Industries for the Blind and Mentally
    Retarded and Incapacitated Persons of
    Puerto Rico
Culebra Conservation and Development Authority
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Fiscal Agency and Financial Advisory Authority
    (AAFAF)
Governmental Development Bank for PR (GDB)
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Judiciary Retirement System (JRS)
Land Authority of Puerto Rico

Local Redevelopment Authority of the Lands and
    Facilities of Naval Station Roosevelt Roads
Model Forest
Municipal Revenue Collection Center (CRIM)
Musical Arts Corporation
Port of the Americas Authority
PR Aqueduct and Sewer Authority (PRASA)
PR Infrastructure Finance Authority (PRIFA)
PR Maritime Shipping Authority
PR Medical Services Administration (ASEM)
Public Building Authority (PBA)
Public Corporation for the Supervision and Deposit
    Insurance of Puerto Rico Cooperatives
        (COSSEC)
Puerto Rico and Municipal Islands Transport Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority
    (PRCCDA)
Puerto Rico Council on Education
Puerto Rico Health Insurance Administration (HIA /
    ASES)
Puerto Rico Industrial Development Company
    (PRIDCO)
Puerto Rico Industrial, Tourist, Educational, Medical,
    and Environmental Control Facilities
        Financing Authority (AFICA)
Puerto Rico Integrated Transit Authority (PRITA)
Puerto Rico Land Administration
Puerto Rico Metropolitan Bus Authority (AMA)
Puerto Rico Municipal Finance Agency (MFA)
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnerships Authority
    (PPP)
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Tourism Company
Puerto Rico Trade and Export Company
Solid Waste Authority
Special Communities Perpetual Trust
State Insurance Fund Corporation (SIF)
Teachers' Retirement System (TRS)
The Children's Trust Fund (CTF)
Traditional Lottery
Unemployment Insurance Fund
University of Puerto Rico (UPR)
University of Puerto Rico Comprehensive Cancer
    Center

**Additional Parties Identified by Paul Hastings**

**Puerto Rico Officials**
Rafael Rovira Arbona
Alberto Baco Bague
Luis F. Cruz Batista
Miguel A. Torres Diaz

Melba Acosta Febo
Gerardo José Portela Franco
Juan Flores Galarza
Juan C. Zaragoza Gomez
Celeste Freytes Gonzalez
Gabriel Olivera Magraner
Raúl Maldonado Gautier
Víctor A. Suárez Meléndez
Jose A. Sierra Morales
Ricardo Antonio Rosello Nevares
Alejandro Garcia Padilla
Alberto C. Rodriguez Perez
Carmen Villar Prados
Jose Santiago Ramos
Ingrid Rivera Rocafort
César A. Miranda Rodríguez
José Iván Marrero Rosado
Hector Ivan Santos
Elias Sanchez Sifonte
Christian Sobrino-Vega
Juan Vaquer

**U.S. Officials**
Regina McCarthy
Steven Mnuchin

**20 Largest Unsecured Creditors**
Baxter Sales & Distribution PR Corp.
Braxton School of Puerto Rico
Cardinal Health PR
Cesar Castillo Inc.
Corporacion de Servicios Educativos de Yabucoa
COSALL
Ediciones Santillana, Inc.
Ediciones SM
EVERTEC Inc.
IKON Solutions, Inc.
Institucion Educativa NETS, LLC
Kirkland & Ellis LLP
Manpower
MC&CS
Microsoft
Puerto Rico Telephone Company (dba Claro)
Total Petroleum Corps.
U.S. Army Corps of Engineers
Workforce Training and Employment Center, Inc.

**Litigation Parties**
322 De Diego Holdings, LLC
419 Ponce de Leon, Inc.
Aaron C. Bielenberg
Adriel Longo-Ravelo
Adrienne Muentes-Ortiz
ACP Master, Ltd.
AG Financial Solutions
AG Financial Solutions Funds

Altair Global Credit Opportunities Fund (A), LLC
Andalusian Global Designated Activity Company
Ambac Assurance Corporation
Ambac Financial Group
Aristeia Horizons, L.P.
Artau Feliciano Conjugal Property Partnership
Asociación Puertorriqueña De La Judicatura, Inc.
Asociacion de Salud Primaria de Puerto Rico
Assured Guaranty Corp/Assured Guaranty Municipal
    Corp. f/k/a Financial Security Assurance
    Corporation
Atlantic Medical Center, Inc.
Aurelius Capital Management LP
Aurelius Capital Master, Ltd.
Aurelius Convergence Master, Ltd.
Aurelius Investment, LLC
Aurelius Opportunities Fund, LLC
Autonomy Master Fund Limited
Adelina Capellán-Rosa and her minor son
BMW Financial Services NA, LLC
Corbin Opportunity Fund, L.P.
FCO Special Opportunities (A1) LP
FCO Special Opportunities (D1) LP
FCO Special Opportunities (E1) LLC – Master Series 1
Fundamental Credit Opportunities Master Fund LP
WILLIAM GONZALEZ
Government Development Bank for Puerto Rico
Jacana Holdings I LLC
Jacana Holdings II LLC
Jacana Holdings III LLC
Jacana Holdings IV LLC
Jacana Holdings V LLC
MCP Holdings Master LP
Monarch Alternative Solutions Master Fund Ltd
Monarch Capital Master Partners II LP
Monarch Capital Master Partners III LP
Monarch Capital Master Partners IV LP
Monarch Debt Recovery Master Fund Ltd
Monarch Special Opportunities Master Fund Ltd
MPR Investors LLC
Municipality of San Juan
P Monarch Recovery Ltd
P Stone Lion IE
Pentagon Federal Credit Union
A Fund of Permal Managed Account Platform ICAV
Permal Stone Lion Fund Ltd.
Pinehurst Partners, L.P.
Popular Auto
Prisma SPC Holdings Ltd.— Segregated Portfolio Ag
Puerto Rico Energy Commission
RRW I LLC
Senator Global Opportunity Master Fund LP
SL Liquidation Fund L.P.
SL Puerto Rico Fund II L.P.
SL Puerto Rico Fund L.P.
Autonomy Capital (Jersey) LP

Baldr Mason Fund
Banco Popular de Puerto Rico
Banco Santander Puerto Rico
Bank of New York Mellon
Bank of Nova Scotia
Benigno Trigo-Gonzalez
Bertita Martinez-Martinez
Blue Mountain Capital Management LLC
Bonistas de Patio
Brigade Capital Management
Buckeye Partners
Camino Cipres LLC
Camino Roble LLC
Camuy Health Center, Inc.
Canary SC Master Fund, L.P
Canyon Balanced Master Fund, Ltd.
Canyon Funds
Canyon Value Realization Fund, L.P.
Vilmarie Caraballo-Caraballo
Carlos Reyes Castro
Carmen Feliciano Vargas
Carmen Regina Suarez-Sein
Ceci Montilla-Rojo
Centerbridge Partners
Centro de Medicina Familiar Julio Palmieri Ferri, Inc.
Centro de Salud de Lares, Inc.
Centro de Servicios Primarios de Salud de Patillas, Inc.
Ciales Primary Health Center, Inc.
Claren Road and Avenue
Claren Road Asset Management
Glorymar Colón-Rosario and her minor special
    needs'son
Conjugal Partnership Gonzalez-Simounet
Conjugal Partnership Hermida-Colon
Conjugal Partnership Hess-Trigo
Conjugal Partnership Martinez-Martinez
Conjugal Partnership Smith-Smith
Conjugal Partnership Trigo-Suarez
Conjugal Partnership Trigo-Zapata
Conjugal Partnership Valdes-Muentes
Concilio de Salud Integral de Loiza, Inc.
Corbin Opportunity Fund L.P.
Corporacion de Servicios Medicos Primarios y
    Prevencion de Hatillo, Inc.
Corporacion de Servicios Integrales de Salud Area de
    Barranquitas, Comerio, Corozal Naranjito y
    Orocovis, Inc.
Consejo de Salud de la Comunidad de la Playa de
    Ponce, Inc.
COSSMA
Covalent Partners LLC
Crescent 1, L.P.
CRS Master Fund, L.P.
Christopher Cruz-Rodríquez
Natalia Cruz-Rodriguez
Cyrus Funds

Davidson Kempner
Davidson Kempner Capital Management LP
Decagon Holdings
Dionisio Trigo-Gonzalez
Eduardo Artau Gomez
EJF
Elías Sánchez
Ernesto A. Smith
Excelerate Energy
FCO Advisors LP
Federico M. Stubbe Arzuaga
Federico Stubbe Gonzalez
Emmanuel Fernandez-Jorge
Financial Guaranty Insurance Co.
First Medical Health Plan, Inc.
Fore Research & Management
Fore Solus Alternative Asset Management
Franklin Advisors Inc.
Franklin Templeton Inc.
FSA Investments, LLC
FT Opportunistic Distressed Fund
Fundamental
Wanda Vázquez Garced
Glendon Opportunities Fund, L.P.
Gloria Colon
GoldenTree
GoldenTree Asset Management LP
Goldman Sachs
Goldman Sachs Asset Management, L.P.
Lidia Jorge
Guillermo L. Martinez
Gustavo Hermida-Ceda
Heirs of The Estate of Rosario Ferre Ramirez De
    Arellano Comp by BTF-RLTF-LATF
Hospital General Castaner, Inc.
Jacana Holdings
Jorge Hess
Jorge Irizarry
Jose A. Valdes-Mazaurieta
José F. Rodríguez Perelló
Junta del Centro de Salud Comunal Dr. Jose S. Belaval,
    Inc.
Ketty SIimounet de Gonzalez
King Street
Knighthead
KTRS Credit Fund LP
Juan Laurido
Lex Claims, LLC
Hon. Rossana Lopez Leon
LMA SPC
LMAP 903 Limited
Long En-Tech Puerto Rico, Inc.
Marathon
Rafael Rentas Martínez
MassMutual
Master SIF SICAV SIF

MBIA
MC Holdings Master LP
Merced Capital LP
Migrant Health Center, Inc.
Miguel Angel Ortiz Ramos
Monarch
Monarch Alternative Capital LP
Morovis Community Health Center, Inc.
MPR Investors, LLC
Municipio Autonomo de Ponce
Natalie Jaresko
National Public Finance Guarantee Corp.
Beatriz Nieves-López et al v. Bhatia-Gautier et al, Civil
    No. 14-1220 (JAG-BJM)
Nokota Capital Master Fund, L.P.
Northshore Management, Corp.
Nutmeg Partners
Ocher Rose LLC
Old Bellows Partners LP
Oppenheimer Funds Inc.
Oriental Bank
Pandora Select Partners, L.P.
Peaje Investments LLC
Penteli Master Fund
Juan A. Meléndez Pérez
Pinehurst Partners, L.P.
Popular Inc.
Popular Securities LLC
Prisma SPC Holdings Ltd. – Segregated Portfolio AG
Puerto Rico Funds and Portfolios
Puerto Rico GNMA & U.S. Government Target
    Maturity Fund
Rafael Rojo
Ramon Gonzalez-Cordero
Regina Trigo de Hess
Rincon Health Center, Inc.
Rio Grande Community Health Center, Inc.
Melba Rivera-Delgado
Elena Rivera-Marcucci and her minor special needs'
    son
Jose Enrique Ortiz Rivera
ROLSG LLC
RRW I LLC
Maria de Lourdes Rodriguez Ruiz
Johnny Rullan
San Rafael Holdings, LLC
Sandra Pacheco Santiago
Santander Asset Management Corporation
Santander Asset Management LLC
Santander BanCorp
Santander Financial Services, Island Insurance
    Corporation
Santander Insurance Agency, Inc.
Santander International Bank of Puerto Rico, Inc.
Santander PR Capital Trust I
Santander Securities Corporation

Santander Securities, LLC
Magaly Cosme Santiago
Saress E. Smith
SB Special Situation Master Fund SPC, Segregated
　　Portfolio D
Scoggin Funds
Scotiabank de Puerto Rico
Senator Global Opportunity Master Fund L.P.
Servidores Publicos Unidos Council 95 of The
　　American Federation of State, County and
　　Municipal Employees
SL Funds
SL Puerto Rico Fund II LP
Sola Ltd.
Stone Lion Capital Partners LP
Stugo, LLC
SV Credit LP
Syncora
Taconic Master Fund 1.5 LP / Taconic Opportunity
　　Master Fund
Tasman Fund LP
Teresa Zapata-Bird
The Canyon Value Realization Master Fund, L.P.
Tilden Park Capital Management
Marianne Torres
Trigo Corp.
Trimar Investments Corp.
U.S. Bank Trust National Association
UBS IRA Select Growth and Income Puerto Rico Fund
Ultra Master Ltd.
Union De Trabajadores De La Industria Electrica y
　　Riego, Inc. (UTIER)
Valmu Trust 2015, LLC
Varde Partners
Vitol, Inc.
Vitol, S.A.
Voya Institutional Trust Company
Whitebox Advisors LLC
Wilmington Trust

**Federal Agencies**
AmeriCorps
Department of Defense (DOD)
Department of Energy (DOE)
Department of Homeland Security (DHS)
Department of Housing and Urban Development
　　(HUD)
Department of Human and Health Services
Department of the Interior (DOI)
Department of Transportation (DOT)
Department of Veterans Affairs (VA)
Economic and Statistics Administrations
Environmental Protection Agency (EPA)
Federal Communications Commission (FCC)
Federal Emergency Management Agency (FEMA)
Small Business Administration (SBA)

US Department of Agriculture
US Department of Commerce
US Department of Education (ED)
US Department of Health and Services
US Department of Justice (DOJ)
US Department of Labor (DOL)

**Parties Filing Notice of Appearance**
65 Infanteria Shopping Center, LLC
Abengoa, S.A.
Vicente Perez-Acevedo
Ad Hoc Committee for the Protection of Accrued
　　Retirement Benefits of Puerto Rico's Public
　　Employees and Retirees
Ad Hoc Group of General Obligation Bondholders:
Franklin Mutual Advisers LLC
Senator Investment Group LP
Stone Lion L.P.
Ad Hoc Group of PREPA Bondholders:
AG Capital Recovery Partners VIII, L.P.
AG Centre Street Partnership, L.P.
AG Eleven Partners, L.P.
AG MM, L.P.
AG Princess, LP
AG Super Fund International Partners, L.P.
AG Super Fund, L.P.
Angelo, Gordon & Co., L.P.
AS Marathon Credit
BlueMountain Capital Management, LLC
BlueMountain Credit Alternatives Master Fund L.P.
BlueMountain Credit Opportunities Master Fund I L.P.
BlueMountain Distressed Master Fund L.P.
BlueMountain Foinaven Master Fund L.P.
BlueMountain Guadalupe Peak Fund L.P.
BlueMountain Kicking Horse Fund L.P.
BlueMountain Logan Opportunities Master Fund L.P.
BlueMountain Montenvers Master Fund SCA SICAV-
　　SIF
BlueMountain Strategic Credit Master Fund L.P.
BlueMountain Timberline Ltd.
BSF Multi-Manager Alternative Strategies Fund
California High Yield Municipal Bond Fund
California Intermediate Term Tax Free Income Fund
California Tax Free Income Fund
Colorado Tax Free Income Fund
Double Tax Free Income Fund
FDP Series FT Total Return FDP Fund
Federación Central de Trabajadores, U.F.C.W., Local
　　481
Federal Tax Free Income Fund
Fist-Franklin Total Return Fund
Florida Tax Free Income Fund
Franklin Strategic Income Fund
Franklin Strategic Income Fund Canada
Franklin Strategic Income Fund United States
Franklin Strategic Income VIP Fund

5

Franklin US Total Return Fund
Georgia Tax Free Income Fund
Goldman Sachs Dynamic Municipal Income Fund, a
    Series of the Goldman Sachs Trust
Goldman Sachs High Yield Municipal Fund, a Series of
    the Goldman Sachs Trust
Goldman Sachs Short Duration Tax Free Fund, a Series
    of the Goldman Sachs Trust
High Yield Tax Free Income Fund
Knighthead (NY) Fund, L.P.
Knighthead Annuity & Life Assurance Company
Knighthead Capital Management, LLC
Knighthead Master Fund, L.P.
LMA SPC for and on Behalf of the MAP 84 Segregated
    Portfolio
Louisiana Tax Free Income Fund
Marathon Asset Management, LP
Marathon Blue Grass Credit Fund LP
Marathon Centre Street Partnership, L.P.
Marathon Court Square, LP
Marathon Credit Dislocation Fund, LP
Marathon Credit Opportunity Fund, Ltd.
Marathon Currituck Fund, LP, Series C
Marathon Currituck Fund, LP, Series D
Marathon Les Grandes Jorasses Master Fund
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Fund, Ltd
Marathon Strategic Opportunities Program, LP
Maryland Tax Free Income Fund
MassMutual International Holding MSC
MassMutual Unified Traditional Separate Account
Missouri Tax Free Income Fund
New Jersey Tax Free Income Fund
New York Tax Free Income Fund
North Carolina Tax Free Income Fund
Oppenheimer Multi-State Municipal Trust)
Oppenheimer Rochester AMT-Free Municipal Fund
Oppenheimer Rochester AMT-Free New York
    Municipal Fund
Oppenheimer Rochester Arizona Municipal Fund
Oppenheimer Rochester California Municipal Fund
Oppenheimer Rochester Fund Municipals
Oppenheimer Rochester High Yield Municipal Fund (A
    Series of Oppenheimer Multi-State Municipal
    Trust)
Oppenheimer Rochester Limited Term California
    Municipal Fund
Oppenheimer Rochester Limited Term Municipal Fund
    (a Series of Oppenheimer Municipal Fund)
Oppenheimer Rochester Limited Term New York
    Municipal Fund (a Series of Rochester Portfolio
    Series)
Oppenheimer Rochester Maryland Municipal Fund
Oppenheimer Rochester Massachusetts Municipal Fund
Oppenheimer Rochester Michigan Municipal Fund
Oppenheimer Rochester Minnesota Municipal Fund

Oppenheimer Rochester New Jersey Municipal Fund (a
    Series of Oppenheimer Multi-State Municipal
    Trust)
Oppenheimer Rochester North Carolina Municipal
    Fund
Oppenheimer Rochester Ohio Municipal Fund
Oppenheimer Rochester Pennsylvania Municipal Fund
    (a Series of Oppenheimer Multi-State Municipal
    Trust)
Oppenheimer Rochester Virginia Municipal Fund
Oregon Tax Free Income Fund
Pennsylvania Tax Free Income Fund
Silver Point Capital, L.P.
Tennessee Municipal Bond Fund
Virginia Tax Free Income Fund
Ad Hoc Municipalities Committee:
Mayagüez
Isabela
Quebradillas
Añasco
Guayama
Cabo Rojo
San Germán
Adjuntas
Guayanilla
Barceloneta
Guanica
Aguirre Offshore Gasport, LLC
Alcohol and Tobacco Tax and Trade Bureau
Antilles Power Depot, Inc
Appaloosa Management LP
Asociación de Profesores y Profesoras del Recinto
    Universitario de Mayagüez, Inc.
Asociacion Puertorriquena de la Judicatura, Inc.
Asociacion de Empleados del Estado Libre Asociado de
    Puerto Rico
American Federation of State, County and Municipal
    Employees
American Federation of Teachers as Agent of
    Asociacion de Maestros de Puerto Rico Local
    Sindical
Javier Andino-Gaudín, Plaintiff in the Civil Case No. K
    AC2002-5558
Angely M. Aponte-Pagán, Plaintiff in the Civil Case
    No. CC-2016-1153
Hon. Carlos Contreras Aponte
Milagros Méndez Arvelo
Autopistas de PR, LLC
Autopistas Metropolitanas de Puerto Rico, LLC
Backyard Bondholders
Pedro L. Casasnovas Balado
Raúl E. Casasnovas Balado
Germán Torres Berrios
Juan Alberto Torres Berrios
Orlando Torres Berrios
Sonia Ivette Carrasquillo Calderón

Canyon Capital Advisors, LLC
Marcia Gil-Caraballo
Cardinal Health PR 120, Inc.
Caribbean Airport Facilities, Inc.
Caribbean Hospital Corporation
Hilda O. Cartagena
Jose W. Cartagena
Lolita Gandarilla de Casasnovas
Fideicomiso Hernandez Castrodad
Centro del Sur Mall LLC
Samuel Rodriguez Claudio
Aida Rossy Clemente
CMA Architects & Engineers LLC
Juan M Suarez-Cobo
COFINA Senior Bondholders' Coalition:
José F. Rodríguez Perelló
Aristeia Capital, L.L.C.
Aristeia Horizons, L.P.
Camino Cipres LLC; Camino Roble LLC
Canary SC Master Fund, L.P.
Canyon Capital Advisors LLC (on behalf of its
    participating clients)
River Canyon Fund Management LLC (on behalf of its
    participating clients)
Crescent 1, L.P.
CRS Master Fund, L.P.
Cyrus Capital Partners, L.P.
Cyrus Opportunities Master Fund II, Ltd.
Cyrus Select Opportunities Master Fund, Ltd.
Cyrus Special Strategies Master Fund, L.P.
Decagon Holdings 1, L.L.C.
Decagon Holdings 2, L.L.C.
Decagon Holdings 3, L.L.C.
Decagon Holdings 4, L.L.C.
Decagon Holdings 5, L.L.C.
Decagon Holdings 6, L.L.C.
Decagon Holdings 7, L.L.C.
Decagon Holdings 8, L.L.C.
Decagon Holdings 9, L.L.C.
Decagon Holdings 10, L.L.C.
Fideicomiso Plaza
Merced Partners Limited Partnership;
Merced Partners IV, L.P.;
Merced Partners V, L.P.;
SB Special Situation Master Fund SPC, Segregated
    Portfolio D;
Scoggin International Fund Ltd.;
Scoggin Management LP
Scoggin Worldwide Fund Ltd.;
Taconic Capital Advisors L.P.
Taconic Master Fund 1.5 L.P.;
Taconic Opportunity Master Fund L.P.;
Tilden Park Investment Master Fund LP;
Värde Credit Partners Master, L.P.;
Värde Investment Partners, L.P.;
Värde Investment Partners (Offshore) Master, L.P.; and

The Värde Skyway Master Fund, L.P.
Carmen Rodriguez-Colon
Emmanuel Rodriguez Collazo
Constructora Santiago II, Corp.
Cooperativa A/C
Cooperativa de Ahorro y Crédito de Aguada
Cooperativa de Ahorro y Crédito de Vega Alta
Cooperativa de Ahorro Y Crédito de Isabela
Cooperativa de Ahorro y Crédito de Lares y Región
    Central
Cooperativa De Ahorro Y Credito De Juana Diaz
Cooperativa de Ahorro y Crédito de Manuel Zeno
    Gandía
Cooperativa de Ahorro y Crédito de Rincón
Cooperativa de Ahorro y Crédito Abraham Rosa
Cooperativa de Ahorro y Crédito Jayucoop
Cooperativa de Ahorro y Crédito del Valenciano
Cooperativa A/C De Cabo Rojo
Cooperativa A/C De Caguas Coopaca
Cooperativa A/C De La Asociacion De Maestros
    (EDUCOOP)
Cooperativa A/C De La Federacion De Maestros De PR
Cooperativa A/C Gerenciales Autoridad De Energia
    Electrica,
Cooperativa A/C Aguas Buenas
Cooperativa A/C Saulo D. Rodriguez
Cooperativa A/C Jesus Obrero
Cooperativa A/C Las Piedras
Cooperativa A/C Lomas Verdes
Cooperativa A/C San Jose
Cooperativa A/C Los Hermanos
Cooperativa A/C Yauco
Cooperativa de Seguros Múltiples de Puerto Rico
Corporacion Marcaribe Investment
Corporacion de Servicios Integrales de Salud del Area
    de Barranquitas, Comero, Corozal, Naranjito y
    Orocovis
Joel Isander Cuadrado Delgado
Cuerpo Organizado De La Policia, Inc.
Depository Trust Company
Doral Financial Corporation
Ricardo Levy Echeandia
Julie I. Escudero
Mercedes Irizarry Ferrer
Ferrovial Agroman, S.A.
Ferrovial Agroman, LLC
First Transit of Puerto Rico, Inc.
Ondina Finale
Fondo de Inversión y Desarrollo Cooperativo, Inc.
Pedro A. Vargas-Fontánez
Francisco Levy Hijo, Inc.
Eduardo Bhatia Gautier
Freddie Perez Gonzalez
Rexach Hermanos, Inc
Hermanos Torres Torres, Inc.
Julio E. Leandry-Hernández

Inmobiliaria Levy, Inc.
Iron Mountain Information Management, LLC
Instituto De Competitividad Y Sostenibilidad
    Economica De Puerto Rico
Insurance Commissioner of Puerto Rico as Liquidator
    of National Insurance Company & Preferred
    Health, Inc.  & Agro Industrias del Este, Corp
Integrand Assurance Company
Interamerican Turnkey Development Co. Inc.
Interamericas Turnkey, Inc.
International Union, United Automobile, Aerospace
    and Agricultural Implement Workers of America
Internal Revenue Service
IRS Insolvency Section
Anne Catesby Jones
Kanoso Auto Sales Inc.
KDC Solar LLC
Legal Partners, PSC
Lehman Brothers Holdings Inc.
The Honorable Rosanna López León
Laura Levy
Levy Echeandia Trust
Liberty Cablevision of Puerto Rico LLC
Jorge Valdes Llauger
Vilma Teresa Torres López
Lumar Development Corp
Management Consultants & Computer Services Inc.
Rolando Martínez
Ramon A. Bonilla Martinez
Mason Capital Management, LLC
Mason Capital Master Fund LP
MCS Health Management Options, Inc.
MCS Advantage, Inc.
Medical Card System, Inc.
Javier Mandry Mercado
Viviana Ortiz Mercado
Mitsubishi Motor Sales of Caribbean Inc
Nydia M. Morales
Municipality of San Sebastian
Mutual Fund Group
Juan E. Noguera
Oaktree-Forrest Multi-Strategy, LLC (Series B)
Oaktree Opportunities Fund IX (Parallel 2), L.P.
Oaktree Opportunities Fund IX, L.P.
Oaktree Opportunities Fund IX Delaware, L.P.
Oaktree Opportunities Fund X Holdings (Delaware),
    L.P.
Oaktree Opps X Holdo Ltd.
Oaktree Value Opportunities Fund, L.P.
Oaktree Value Opportunities Fund Holdings, L.P.
Olga I. Trinidad Nieves
Oficina de Etica Gubernamental (Office of Government
    Ethics of Puerto Rico)
Official Committee of Retired Employees of Puerto
    Rico
Opps Culebra Holdings, L.P.

Oracle America, Inc.
Oracle Caribbean, Inc.
Ileana Ortiz-Santiago
OZ Management LP
OZ Management II LP
PBA Funds:
Candlewood Investment Group
Fir Tree Partners
Carmen Gloria Acevedo Pagan
Hector Acevedo Pagan
Deianeira Martínez de Pablo
Lauren De Pablo
Pattern Santa Isabel LLC
PFZ Properties, Inc.
Puerto Rico Department of Justice
Puerto Rico Legal Advocates PSC
PV Properties, Inc
César Caminero Ramos
Reparto Metropolitano Shopping Center LLC
Jose Angel Rey
Angel Ruiz Rivera
River Canyon Fund Management, LLC
Lourdes Arce Rivera
Jaime Rodriguez-Alviles
Luis Modesto Rodríguez Rivera
Virgilio Fernando Acevedo Rivera
Roche Diagnostics Corporation
Salvador Rovira Rodriguez
Jorge Sala
Juan Alberto Santiago Meléndez
William Santiago Sastre
Securities & Exchange Commission
Luis A. Rivera Siaca
Sistema de Retiro de la Universidad de Puerto Rico
Solus Alternative Asset Management LP
Solus Opportunities Fund 5 LP
South Parcel of Puerto Rico, S.E.
Stericycle of Puerto Rico, Inc.
Sucesión Pastor Mandry Nones
Syncora Guarantee Inc.
Syncora Capital Assurance Inc.
Maritza Nieves Torres
TEC General Contractors, Corp.
Rolando Martínez Torres
Trinity Services I, LLC
UBS Family of Funds and Puerto Rico Family of
    Funds:
Puerto Rico AAA Portfolio Bond Fund II, Inc.
Puerto Rico AAA Portfolio Bond Fund, Inc.
Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
Puerto Rico Fixed Income Fund, Inc.
Puerto Rico Fixed Income Fund II, Inc.
Puerto Rico Fixed Income Fund III, Inc.
Puerto Rico Fixed Income Fund IV, Inc.
Puerto Rico Fixed Income Fund V, Inc.
Puerto Rico Fixed Income Fund VI, Inc.

Puerto Rico GNMA & U.S. Government Target
  Maturity Fund, Inc.
Puerto Rico Investors Bond Fund I
Puerto Rico Investors Tax-Free Fund, Inc.
Puerto Rico Investors Tax-Free Fund, Inc. II
Puerto Rico Investors Tax-Free Fund III, Inc.
Puerto Rico Investors Tax-Free Fund IV, Inc.
Puerto Rico Investors Tax-Free Fund V, Inc.
Puerto Rico Investors Tax-Free Fund VI, Inc.
Puerto Rico Mortgage-Backed & U.S. Government
  Securities Fund, Inc.
Tax-Free Puerto Rico Fund, Inc.
Tax-Free Puerto Rico Fund II, Inc.
Tax-Free Puerto Rico Target Maturity Fund, Inc.
UBS IRA Select Growth & Income Puerto Rico Fund
United Auto Workers International Union
United Surety & Indemnity Company
Universidad Central del Caribe, Inc
Universidad Interamericana, Inc.
U.S. Bank, National Association, as trustee for various
  bond issues
Voz Activa, Inc.
Whitebox Asymmetric Partners, L.P.
Whitebox Institutional Partners, L.P.
Whitebox Multi-Strategy Partners, L.P.
Whitebox Term Credit Fund I L.P.
Whitefish Energy Holdings, LLC
Bettina Whyte
WorldNet Telecommunications Inc.

**Professionals**
Adsuar Muniz Goyco Seda & Perez-Ochoa, P.S.C.
Ankura Consulting Group, LLC
Bennazar, García & Milián, C.S.P.
Bracewell LLP
Butler Snow LLP
Cadwalader, Wickersham & Taft LLP
Casellas Alcover & Burgos P.S.C.
Debevoise & Plimpton LLP
Dechert LLP
Development & Construction Law Group, LLC
DLA Piper LLP
EDGE Legal Strategies, PSC
Ferraiuoli LLC
Todd W. Filsinger
Fortuño Law
Francisco González Law Office
FTI Consulting, Inc.
Garffer & Jusino Attorneys at Law
Godfrey & Kahn, S.C.
Goldman Antonetti & Cordova, LLC
Greenber Traurig, LLP
Hogan Lovells US LLP
Holland & Knight LLP
Indiano & Williams, P.S.C.
Jenner & Block LLP

Jiménez, Graffam & Lausell
Kasowitz Benson Torres LLP
Klee, Tuchin, Bogdanoff & Stern LLP
Kramer Levin Naftalis & Frankel LLP
Law Offices of Andrés W. López, Esq.
López Sánchez & Pirillo LLC
Luskin, Stern & Eisler LLP
Marchand ICS Group
McDermott Will and Emery
McKinsey & Company, Inc.
Milbank, Tweed, Hadley & McCloy LLP
Monserrate Simonet & Gierbolini, LLC
Morell, Bauzá, Cartagena & Dapena
Nilda M. Navarro-Cabrer
Nixon Peabody
O'Melveny & Myers LLP
O'Neill & Borges LLC
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Phoenix Management Services, LLC
Proskauer Rose LLP
Quinn Emanuel Urquhart & Sullivan, LLP
Reed Smith LLP
Reichard & Escalera
Rexach & Picó, CSP
Rivera Tulla & Ferrer, LLC
Robbins, Russell, Englert, Orseck, Untereiner & Sauber
  LLP
Saldaña, Carvajal & Vélez-Rivé, PSC
Diana Perez Seda
Seda & Perez Ochoa PSC
Segal Consulting
Toro, Colon, Mullet, Rivera & Sifre, P.S.C.
Weil, Gotshal & Manges LLP
Brady C. Williamson
Willkie Farr & Gallagher LLP
White & Case LLP
Andrew Wolfe
A.J. Bennazar Zequeria

**Top 20 Unsecured Creditors, Commonwealth of
  Puerto Rico**
Cede & Co., as nominee of the Depositary Trust
  Company
KPMG, LLC

**Top 20 Unsecured Creditors, Employee Retirement
  System**
Air Chiller Mechanical Const.Inc.
Alpha Guards Mgt Inc.
Arroyo Flores Consulting Group Inc.
Autoridad Financiamiento Vivienda
Banco Popular De PR
Beltran Beltran and Assoc PSC
Chicago Equity Partners
Database Marketing Services
Hernandez Gutierrez Law

Mainline Information Systems
Mesirow Financial Investment Mgt Inc.
Netwave Equipment Corp.
Ol Maintenance
Popular Asset Management
Puerto Rico Attorneys and Counselors at Law PSC
State Street Global Advisors
Taplin, Canida and Habacht

**Top 20 Unsecured Creditors, Highways and
    Transportation Authority**
Aci-Herzog a Joint Venture
Administracion Sistema De Retiro Del Gobierno
Aut Edificios Públicos
Autoridad De Energia Electrica
Bermudez, Longo, Diaz- Masso, S.E.
Betterrecycling Corp.
CD Builders, Inc.
Constructora I. Meléndez
Del Valle Group, S.P.
Ferrovial Agroman
First Transit, Inc.
Gila LLC
Global Insurance Agency Inc.
L.P.C.& D., Inc.
Peerless Oil & Chemicals, Inc.
Secretario Tribunal De San Juan
Super Asphalt Pavement Corp.
Tamrio Inc.
The Eniac Corporation

**Top 20 Unsecured Creditors, PREPA**
Abengoa Puerto Rico, S.E.
AES Puerto Rico
Aguas Puros
Carmona Resto, Hector
EcoEléctrica, LP
Freepoint Commodities LLC
JP Morgan Libor Fixed/Floating
KDC Solar PRSI LLC
Lawes, Grandville T.
Marrero, Ismael
PBJL Energy Corporation
Puma Energy Caribe, LLC
Rivera, Ana Teresa
Rodriguez Ramirez, Myrna
Santiago Méndez, Pedro J.
Sistema Retiro Empleados AEE Aportación Patronal
Tradewinds Energy Barcelona LLC

**Other**
A&S Legal Studio, PSC
Administración De Seguros De Salud De Puerto Rico
Jose E. Bird
Buchalter, A Professional Corporation
Claudio Putnam Calderon

Centro Educativo Para Ciegos E Impedidos, Inc.
Juan Carlos Vega Cidraz
Paul Cherry
Dr. Gerald Colvin
Compliance and Research, Inc.
Thomas Cook
Coto Laurel Solar Farm, Inc.
Donald Davret
Judith Gail Dein
Mark Daniel Elliot
Albert Ferrandi
Jerome E. Firsty
Jose R. Font
Maria Freedman
Evelyn E. Gonzalez Garcia
Luis Geigel
Gestamp Wind North America
Gestamp Asetym Solar North America, Inc.
Hagens Berman Sobol Shapiro LLP
William Hart
Adrian Mercado Jimenez
Karon LLC
Roxana Lopez-Leon
Heraclio A. Amadeo Lopategui
Angel M. Pineiro Lopez
Teodoro Machado
Lila Marantz
Felipe A. Morales Nieves
Eduardo A. Nin
Jose Mercado Nunez
Chris Odasso
Onda Virtual LLC
Office of the United States Attorney for the District of
    Puerto Rico
Christopher R. Hall
Jean Lin
Cesar A. Lopez-Morales
Jennifer D. Ricketts
Rosa E. Rodriguez-Velez
Thomas G. Ward
Office of the United States Trustee for the District of
    Puerto Rico:
Guy G. Gebhardt
Monsita Lecaroz-Arribas
Honorable Jorge L. Marquez Perez
Georgiana Persichilli
Prime Clerk LLC
Siemens Transportation Partnership Puerto Rico, S.E.
Siemens Corporation
Sonnedix Solar L.P.
Carlos Sumpter
The Honorable Laura Taylor Swain
U.S. District Court for the District of Puerto Rico
Michael Rakouskas
John Lugo Ruiz
Glenn Ryhanyc

Eva Stern
Villegas y Asociados-Ingenieros, C.S.P.
Anibal Acevedo Vila
David Weinstein
Windmar Renewable Energy, Inc
Ellen Ziegler

**Mediation Team**
Honorable Barbara Houser
Honorable Thomas Ambro
Honorable Nancy Atlas
Honorable Victor Marrero
Honorable Christopher Klein
Honorable Roberta A. Colton

**Parties that filed Lift Stay Motions**
Consuelo Ramos Aguiar
Estate of Onelia Alicea
Angel L Martinez-Alvarez
Yolanda Cano-Angeles
Aquasur Corporation
Bahia Park S.E.
Eliezer Santana Baez
Perfecto Crespo Bermudez
B.P. S.E.
Josue Aquino-Colon
Centro de Periodismo Investigativo, Inc.
Conjugal Partnership Crespo-Colon
Antonio Cosme-Calderon
Josue Aquino-Colon
Emmanuel Aponte-Colon
Luis F. Gonzalez-Colon
Luz Pizarro-Correa
Carmen Iris Rivera Cosme
Maria Judith Diaz
Edificio Bula Inc
Antonio Vega-Fernandez
Glenda Colon-Figueroa
Keila Robles Figueroa
Sammy Baez-Figueroa
GAM Realty LLC
Amado Ravelo Guerrero
Hospital San Juan Capestrano, Inc
Henessy Ravelo Jaquez
La Quinta Shopping Center, Corp.
Managerial HTA Employees:
Osvaldo Acevedo Acevedo, et al.
Ángel Morales et al
Edgar A. Quiñones De Luis
Juan A. Valdés Cortés
José A. Negrón Padilla, et al.
William Rosado Santiago, et al.
William Rosado Santiago et al.
Haydée Rivera Collazo
Hiram A. Stella Díaz
Carlos I. Vázquez Rivera

Edwin Flores Miranda
Irma Pérez Guillermety
Aarón L. Hernández Martínez
Miguel A. Siberón Maldonado
Ramón Ramos Camacho
Héctor Alvarado Cartagena
William Vega López
Jorge A. Ruiz Alvarez
Javier Arroyo Rosario
Janet Vázquez Velázquez
José R. Arzón Méndez
Gustavo Román Tejera
Isaac Colón Correa
Eduardo Da Silva Oliveros
Carlos Céspedes Gómez
Andrés Nazario Fabré
Héctor Velázquez Muñoz
Luis A. Cordero Quiñonez
Iván Maldonado Soto
Ramón Colón Irizarry
Hariel Travieso Figueroa
Denis M. Rivera Marrero
Higinio Calderón Rivera
Sonia I. Vélez Vélez
Nemesio Irizarry
Carmelo Hernández Morales Ricardo C. Valentín
    Torres
Celia Tamariz Vargas et al.
Rafael Morales Martínez
Regis Deglans Rodríguez
Héctor Alvarado Cartagena
Gonzalo Aponte Rivera
Gonzalo Aponte Rivera
Jorge A. Ruiz Álvarez
Nancy Borges Martínez Héctor Alvarado Cartagena
Janet Vázquez Velázquez Et al
Ramón Colón Irizarry et al.
Juan Hernández Rivera
Lisbeth Miranda Pérez
Félix Hernández Correa
José A. Colón Cruz
Orlando Díaz Quirindongo
Juan A. Sánchez Álamo
Myrna L. Santiago Rodríguez Et al
Ricardo Romero Ramírez
Victor H. Morales Peterson
Luz I. Pérez Ramirez
José Malavé Durant, et al
María J. Haddock López
Carmen E. Serrano Robles
Edwin Ramos Quiles
Merari Santiago Guzmán
Heriberto Cosme Rivera
Javier E. Domínguez Pérez
Coraly M. Ortiz Sánchez
José Colón Cruz

Edgardo B. Marrero Colón
Evelyn Marrero Figueroa
Carlos M. Santana Vázquez
Gisela Collazo Oropeza
Lilliam Miranda Cristóbal
Ángel L. Caraballo Irizarry
Milisa Adorno Esquilín
Giovanna Ferreira Merced
Carmen I. González Class
Gloria S. Fernández Rivera
Bernice Núñez Rivera
Ivonne M. Seda Rivera
Daisy Ramos Pitre
Blanca I. Santiago Adorno
Brenda Torres Carrero
Josué Cruz Martínez
Cecilia Barbosa Vélez
Wanda I. Ortiz Ortiz
Rafael A. López Abril
Alba Iris Rivera Miranda
Carlos Santana Vázquez
Noelis Villegas Levis
Mildred Andino Vera
Richard Negrón Vélez
Janet Vázquez Velázquez
Micky Santiago Gelabert
José Márquez Ruiz
Miguel E. Torres Cruz
Sonia I. Morales Olmo
José M. Arocho Nieves
María del M. Santiago López
Lourdes I. Pérez Carrión
María del C. Rolón Castillo Magdalene Baranda
Samuel Sostre Serrano
Nurys A. Molina Pérez
Aleria M. Villegas Estrada
William Cintrón Cintrón
Janet  Vázquez Velázquez
Pamela Ortiz Olmo
Carlos M. Santana Vázquez
Gloria M. Esteva Marques
Alvin Marrero-Mendez
Orlando Arroyo-Morales
Carlos Guzman-Nieves
One Alliance Insurance Corporation
Arnaldo Ortiz-Ortiz
Pan American Grain Co., Inc.
Rose Marie Flores-Perez
Lourdes Perdigon
Real Legacy Assurance Company, Inc.
RESUN (Barceloneta) LLC
Gerson Gonzalez-Ricano
Karen Odalys Fuentes Rivera
Javier Perez-Rivera
Maria Judith Marchand-Sanchez
Leslie Jay Bonilla Sauder

Luisa Murray Soto
Marlene Jaquez Urea
Luis Montes-Valentin
Ivan Fuentes Vazquez
Bernice Beauchamp-Velazquez
Janice Vanessa Colon-Velez
Josue Ismael Saavedra Vera

**Additional Parties in Interest from the
    Commonwealth's List of Creditors**
Adm De Asuntos Energeticos
Adm De Servicios Medicos De PR
Administracion Servicios Y Desarrollo Ag
Administracion Sistemas De Retiro
Aut Para Financiamiento Infraestructura
Autoridad De Acueducto Y Alcantarillado
Autoridad De Edificios Publicos
Autoridad De Energia Electrica
Banco Gub De Fomento
Baxter Sales & Distrib. PR Corp
Berkshire Hathaway Assurance Corporation
Braxton School Of Puerto Rico Inc
Cardinal Health PR 120 Inc
Caribe Techno
Centro De Patologia Del Habla Y Audicion
Cesar Castillo Inc
Ciudad Educativa Dr Roque Diaz/Cosey
Clinica De Terapias Pediatrica
Computer Learning Center dba Eurobank
Corp Servicios Ama De Llaves Inc
Damexco Inc.
Departamento De Justicia
Departamento Del Trabajo Y Recursos Humanos
Division Caribe Grolier Inc
Ediciones SM
Edwin Cardona & Asoc
Ernst & Young LLP
Finca Matilde, Inc.
Firstbank
Hospital UPR Sistema De Salud De Upr
Institucion Educativa Nets Inc
InterVoice Communications PR, Inc.
Invoice_Cosey
Management Consultant & Computer Serv Inc
Manpower
Maruz Real Estate
Netxar Technologies
Northwest Security Management Inc
Puerto Rico Hospital
Salud Integral En La Montana Inc
Scotiabank
Sistema Universidad Ana G Mendez
United States Geological Survey
Universidad De PR
Universidad Interamericana
UPR Recinto De Ciencias Medicas

US Army Corps of Engineers
US Bank Global Corporate Trust Services

**Additional Interested Parties from ERS's List of Creditors**

Aida Garcia Rivas
Arroyo Flores Consulting Group Inc
Brenda Vargas Mendez
Carmen Alvarado Morales
Carmen Cortijo Goyena
Carmen Figueroa Rivera
Caselin Ramos Rodriguez
Cooperativa Centro Gubernamental
Cooperativa De Ahorro y Credito
Cooperativa de Ahorro y Credito
Cooperativa De Ahorro y Credito Yabucoena
Courage Credit Opportunities Offshore Fund III LP
Cyntia Martinez Rivera
Danixia Ramos Quintana
Dennise Paris Andino
Elena Garcia Montes
Elymar Aviles Soler
Gerardo Rivera Martinez
Guayacan Fund of Funds LP-II
Guayacan Private Fund of Funds LP-I
Guayacan Private Fund of Funds LP-II
Hector Perez Rivera
Hiram Jimenez Barreto
Ivette Torres Rivera
Javier Selles Morales
Joanel Lugo Cima De Villa
Jose Lopez Ortiz
Jose Pizarro Boria
Juan Nieves Hernandez
Luis Leon Morales
Magaly Cruz Caballero
Magaly Ruiz Rivera
Maria Rodriguez Morales
Maritza Jimenez Mercado
Marta Vazquez Rodriguez
Medley Credit Opportunity Cayman Fund LP
Melvin Lopez Rosa
Nancy Morales Fontan
Neida Ramirez Ventura
Norma Pedraza Cruz
Pedro Balestier Martinez
Puerto Rico Department of Treasury
Teresa Meaux Pereda
Vilma Morales De Diego

**Assumption of Agreements/Leases**

Luca Casas Casal
Eduardo Jose Mandry Mercado
Carolina Shopping Court, Inc.
Municipality of Dorado

**Additional Interested Parties from PREPA's List of Creditors**

Municipio De Adjuntas
AES Puerto Rico
Municipio De Aguada
Municipio De Aguadilla
Municipio De Aguas Buenas
Municipio De Aibonito
Municipio De Añasco
Antares Solutions Group Inc.
Municipio De Arecibo
Municipio De Arroyo
Municipio De Barceloneta
Municipio De Barranquitas
Municipio De Bayamon
Municipio De Cabo Rojo
Municipio De Caguas
Municipio De Camuy
Municipio De Canovanas
Municipio De Carolina
Municipio De Catano
Municipio De Cayey
Municipio De Ceiba
Municipio De Ciales
Municipio De Cidra
Municipio De Coamo
Municipio De Comerio
Municipio De Corozal
Municipio De Culebra
Municipio De Dorado
Ecoelectrica LP
Municipio De Fajardo
Municipio De Florida
Freepoint Commodities LLC
Gas Natural Aprovisionamientos SDG S.A.
Government Development Bank Of Puerto Rico
Municipio De Guanica
Municipio De Guayama
Municipio De Guayanilla
Municipio De Guaynabo
Municipio De Gurabo
Municipio De Hatillo
Municipio De Hormigueros
Municipio De Humacao
Municipio De Isabela
Municipio De Jayuya
Municipio De Juana Diaz
Municipio De Juncos
Municipio De Lajas
Municipio De Lares
Municipio De Las Marias
Municipio De Las Piedras
Municipio De Loiza
Municipio De Luquillo
Municipio De Manati
Municipio De Maricao

Municipio De Maunabo
Municipio De Mayaguez
MHPS Puerto Rico LLC
Municipio De Moca
Municipio De Morovis
Municipio De Naguabo
Municipio De Naranjito
Municipio De Orocovis
Municipio De Patillas
Municipio De Penuelas
Municipio De Ponce
Puerto Rico Infrastructure Financing Authority
Puma Energy Caribe LLC
Municipio De Quebradillas
Municipio De Rincon
Municipio De Rio Grande
Municipio De Sabana Grande
Municipio De Salinas
Municipio De San German
Municipio De San Juan
Municipio De San Lorenzo
Municipio De San Sebastian
Municipio De Santa Isabel
Scotiabank De Puerto Rico
Solus Alternative Asset Management LP
Municipio De Toa Alta
Municipio De Toa Baja
Total Petroleum Puerto Rico Corp
Treasury Department Of Puerto Rico
Municipio De Trujillo Alto
U.S. Bank National Association
Municipio De Utuado
Municipio De Vega Alta
Municipio De Vega Baja
Municipio De Vieques
Municipio De Villalba
Municipio De Yabucoa
Municipio De Yauco

**Additional Interested Parties from HTA's List of Creditors**

Aciherzog A Joint Venture
Adolfo Cuevas Marrero
Aldio Alvarado Torres
Alfonso Almodovar Adorno
Angel Cabrera Gonzalez
Ángel Morales González
Anselmo Santiago Maldonado
Arnaldo Ruiz Ruiz
Aut Edificios Publicos
Autopistas Metropolitanas
Autoridad De Acueductos Y
Autoridad De Energia Electrica
Bank of New York Mellon Corp.
BCO Gubernamental De Fomento
Bengy O. González Rivera

Bermudez, Longo, Diaz-Masso, LLC
Brenda I. Gomila Santiago
Caleb Santiago Vazquez
CD Builders Inc
Claro Telephone Company
Constructora I Melendez
Constructora Jose Carro
Daisy I. Juarbe Toledo
Damaris Sebastian Lopez
Del Valle Group SP
Deliris Ramos Mojica
Desarrolladora J.A. Inc
DMJM Harris Inc.
Edgardo San Miguel Oliver
Evelyn S. Colón Berlingeri
Fabio A. De León De Jesús
Ferrovial Agroman
First Transit Inc.
Francisco Rivera Rosario
Gila LLC
Government Development Bank For Puerto Rico
Griselle Rolon Cortes
Hector Miranda Leon
Heriberto  Del Valle Rivera
Hiram Melendez Martinez
Hugo E. Da Silva Arocho
Ida Mary Pedroza Flores
Isvan A. Pérez Piñeiro
Ivonne M. González Rivera
Jorge A.Negrón Padilla
José M. Orozco Rodríguez
José R. Dávila Soto
José W. Granado Velázquez
L.P.C. & D. Inc.
Licy Flores Velez
Lourdes Perez Carrion
Luis F. Rivera Collazo
Luis Santos Figueroa
Luis Zayas Baez
Maribel Class Delgado
Marilú De La Cruz Montañez
Mayda E. Avilés Traverso
Nancy Borges Martínez
Nancy Vázquez Rosario
Nereida Ortiz Rodríguez
New Star Acquisition
Odette Bengochea Vázquez
Peter Perez Phillips
Priscilla E Quiles Diaz
Puerto Rico Autoridad De Transporte Maritimo (Atm)
Puerto Rico Port Authority
PVH Motors Corp
Ramón Rey Santos
Reginald Ledain Gentillon
Santiago L. Burgos Rolón
Secretario De Hacienda

14

Secretario Tribunal De Sa

Sherry Lee Van Sant Santini

Super Asphalt Pavement Co

Tamrio Inc.

Transcore Atlantic Inc.

Wanda I. Collazo Vázquez

Wilfredo Castro Hernández

## Schedule 2

### Connections with Interested Parties List

#### Current Clients

As of the date of the Medina Declaration, none of the entities on the Interested Party List are
current clients of Kroma.

#### Former Clients (within the last five years):

Puerto Rico Hospital
Gov. Alejandro García Padilla
Liberty Cablevision
University of Puerto Rico
O'Neill & Borges
DLA Piper

#### Former Clients (more than five years but less than ten year ago)

Casillas Santiago & Torres
Puerto Rico Ports Authority
Banco Popular
Aníbal Acevedo Vilá
Departamento del Trabajo y Recursos Humanos