# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE
### OFFICIAL COMMITTEE OF RETIRED EMPLOYEES
### OF THE COMMONWEALTH OF PUERTO RICO REGARDING
### PARTICIPATION IN THE FEBRUARY 7-8 OMNIBUS HEARING

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of the February 7-8, 2018 Omnibus Hearing* [Dkt. No. 2258], and respectfully states as follows:

Robert Gordon, Catherine Steege, Melissa Root, A.J. Bennazar-Zequeira, and Héctor Mayol Kauffman will appear on behalf of the Retiree Committee at the February 7-8, 2018 omnibus hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico,

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918. Counsel do not intend to speak in connection with any agenda items but will appear to respond as necessary to any statements made by any party in connection with the above-captioned Title III case or above-captioned adversary proceeding.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| February 1, 2018 | Respectfully submitted, |
|---|---|
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: <br> */s/ Robert Gordon* <br> Robert Gordon (admitted *pro hac vice*) <br> Richard Levin (admitted *pro hac vice*) <br> 919 Third Ave <br> New York, NY 10022-3908 <br> rgordon@jenner.com <br> rlevin@jenner.com <br> 212-891-1600 (telephone) <br> 212-891-1699 (facsimile) | By: <br> */s/ A.J. Bennazar-Zequeira* <br> A.J. Bennazar-Zequeira <br> Edificio Union Plaza <br> PH-A piso 18 <br> Avenida Ponce de León #416 <br> Hato Rey, San Juan <br> Puerto Rico 00918 <br> ajb@bennazar.org <br> 787-754-9191 (telephone) <br> 787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*) <br> Melissa Root (admitted *pro hac vice*) <br> 353 N. Clark Street <br> Chicago, IL 60654 <br> csteege@jenner.com <br> mroot@jenner.com <br> 312-222-9350 (telephone) <br> 312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |

2