# EXHIBIT B



350 Fifth Avenue
The Empire State Building
New York, New York 10118

T   212.593.2255
F   212.888.2841

www.goldinassociates.com


January 18, 2018

Todd W. Filsinger
Puerto Rico Electric Power Authority
Chief Financial Advisor

Mr. Filsinger:

I write on behalf of the Ad Hoc Group of General Obligation Bondholders (the "GO Group").[1] Based on public statements by the Governor and Commonwealth of Puerto Rico (the "Commonwealth") officials as well as various press reports, we understand that the Puerto Rico Electric Power Authority ("PREPA") may soon face a liquidity shortfall.

As an initial matter, we have been surprised that PREPA does not appear to be engaging in any type of process (as is customary) to obtain true third-party financing for itself. Nevertheless, we assume that PREPA would be open to such third-party financing and the GO Group is interested in offering a "debtor in possession" financing loan ("DIP Loan") to PREPA on agreed upon market terms. Recognizing that PREPA believes the need for funds is imminent, the GO Group is committed to working very quickly with PREPA to diligence such financing and reach mutually acceptable terms. We look forward to the opportunity to discuss both the sizing and structure of any such DIP Loan and the information we would need to make such loan at your earliest convenience. While we realize PREPA is attempting to obtain financing from the federal government on more favorable terms, we think PREPA should concurrently pursue DIP Loan financing through institutional investors such as members of the GO Group to address the possibility that the federal loans will not be forthcoming or to bridge PREPA's needs until the federal loans are funded.

Sincerely,

Robert S. Kost
Managing Director

cc: Gerardo Portela Franco, Executive Director of AAFAF
    Natalie Jaresko, Executive Director of FOMB

---

[1] Members of the GO Group submit this letter exclusively on their own behalves. Neither they nor Goldin Associates (Financial Advisor to the GO Group) assume any fiduciary or other duties to any other creditor or person.