# **Exhibit A**

R.C. del S. 196

GOBIERNO DE PUERTO RICO

18<sup>va.</sup> Asamblea  3<sup>ra.</sup> Sesión
Legislativa  Ordinaria

## SENADO DE PUERTO RICO

# R. C. del S. 196

25 de enero de 2018

Presentada por el señor *Rivera Schatz*

*Referida a la Comisión de Hacienda*

# RESOLUCIÓN CONJUNTA

Para autorizar al Secretario de Hacienda de Puerto Rico, a nombre del Gobierno de Puerto Rico, a proveer Asistencia de Emergencia en calidad de uno o más préstamos o la extensión de una o más facilidades de crédito o desembolsos, a la Autoridad de Energía Eléctrica y a la Autoridad de Acueductos y Alcantarillados de Puerto Rico, para atender los desafíos causados por el paso de los huracanes Irma y María, bajo los términos, condiciones y garantías acordadas al amparo de esta resolución; autorizar a la a la Autoridad de Energía Eléctrica y a la Autoridad de Acueductos y Alcantarillados a recibir la Asistencia de Emergencia; disponer sobre requisitos, términos y condiciones; y para otros fines relacionados.

## EXPOSICIÓN DE MOTIVOS

Puerto Rico ha sufrido una catástrofe sin precedentes. En cuestión de semanas, la Isla fue azotada por los huracanes Irma y María (el peor en la historia de Puerto Rico), destruyendo miles de hogares, arruinando la infraestructura del territorio, afectando adversamente los recaudos del Gobierno de Puerto Rico, sus agencias, instrumentalidades y corporaciones públicas y limitando significativamente la capacidad del gobierno de brindar servicios esenciales, tales como agua y electricidad, a los residentes de Puerto Rico.

El embate devastador de estos huracanes ha sometido al gobierno y sus instrumentalidades a tener que incurrir en gastos extraordinarios sustanciales, a la vez que experimentan una merma significativa en sus ingresos. Todo ello, en medio de una crisis fiscal y económica sin precedentes, provocada por la implantación de políticas fiscales irresponsables de administraciones anteriores. Como resultado, el Gobierno de Puerto Rico al borde de una crisis de liquidez que amenaza la continuidad de los servicios esenciales.

Ante lo expuesto, esta Asamblea Legislativa entiende prudente y razonable autorizar al Secretario de Hacienda de Puerto Rico, a nombre del Gobierno de Puerto Rico, a proveer Asistencia de Emergencia en calidad de uno o más préstamos o la extensión de una o más facilidades de crédito o desembolsos, a la Autoridad de Energía Eléctrica y a la Autoridad de Acueductos y Alcantarillados de Puerto Rico, para atender los desafíos causados por el paso de los huracanes Irma y María, bajo ciertos términos, condiciones y garantías. Con dicha autorización, aseguramos la continuidad de la operación del gobierno y sus corporaciones durante este período de emergencia.

**RESUÉLVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

1 Sección 1.- Autorizar al Secretario de Hacienda de Puerto Rico (en adelante, el
2 "Secretario"), a nombre del Gobierno de Puerto Rico, a proveer uno o más préstamos
3 o extender una o más facilidades de crédito o desembolsos (en adelante, la
4 "Asistencia de Emergencia"), a la Autoridad de Energía Eléctrica (AEE) y a la
5 Autoridad de Acueductos y Alcantarillados (AAA), bajo los términos, condiciones y
6 garantías acordadas al amparo de esta resolución, para solventar sus gastos
7 operacionales, según definidos en la misma, hasta un máximo de quinientos
8 cincuenta (550) millones de dólares, en el caso de la AEE y de ochenta (80) millones
9 de dólares en el caso de la AAA. Esta autorización será hasta el 30 de junio de 2018.

La Asamblea Legislativa será notificada sobre la cantidad y monto específico de cualquier préstamo, crédito o desembolso otorgado o realizado al amparo de esta resolución.

Además, por la presente se autoriza a la AEE y la AAA a recibir la Asistencia de Emergencia. Las disposiciones de esta sección se considerarán como una asignación presupuestaria autorizando al Secretario a proveer la Asistencia de Emergencia en calidad de préstamo, que deberá ser repagado según los términos y condiciones acordados con el Secretario. Disponiéndose que se podrá utilizarse la figura de compensación para el monto de los pagos, así como el rembolso proveniente de fondos asignados para esos fines.

La Oficina de Gerencia y Presupuesto determinará las partidas presupuestarias de las cuales provendrá el capital para proveer la Asistencia de Emergencia.

El término "gastos operacionales" para fines de esta pieza legislativa significa: gastos de nómina de los empleados de la corporación pública pertinente; compra de combustible y energía, materiales, equipo y bienes necesario para la operación de la corporación pertinente; pago por los servicios de entidades contratadas para los trabajos de mantenimiento, reparación y recuperación del sistema eléctrico tras los eventos atmosféricos María e Irma.

Sección 2.– En caso de que el Gobierno de Puerto Rico provea Asistencia de Emergencia a la AEE y/o a la AAA, dichas corporaciones públicas podrán suscribir cualquier acuerdo para recibirla y podrán usar los fondos de la Asistencia de

Emergencia sin necesidad de cumplir con los procesos, requerimientos o revisiones de cualquier comisión reguladora de Puerto Rico que tenga jurisdicción sobre dicha corporación pública y su utilización que sea conforme a la presente medida legislativa, irrespectivo de lo que disponga cualquier otra ley o reglamentación estatal aplicable. Al utilizar el producto de cualquier Asistencia de Emergencia, la AEE y la AAA cumplirán con todas las leyes, reglamentos y órdenes ejecutivas sobre contratación y compras gubernamentales que sean aplicables, incluyendo, sin limitación, obtener cualquier consentimiento o aprobación necesario (excepto por cualquier consentimiento, aprobación, orden o decreto de alguna comisión reguladora) y estará sujeto a la revisión de, incluyendo pero sin limitarse, cualquier comisión legislativa, de la Oficina de la Contralora de Puerto Rico y de la Oficina del Inspector General.

Sección 3.– Cada una de las corporaciones públicas que reciba Asistencia de Emergencia mantendrá los fondos recibidos en una cuenta separada y los mismos se utilizarán únicamente para los propósitos establecidos en esta medida legislativa y definido como "gastos operacionales. No obstante cualquier disposición de ley que sea aplicable, ningún acreedor del Gobierno de Puerto Rico o sus corporaciones públicas tendrá un gravamen o prioridad sobre, o tendrá derecho a ejercer cualquier remedio contra los fondos de la Asistencia de Emergencia o con respecto a cualquier cuenta en la que se depositen dichos fondos, ni tendrá derecho a tomar cualquier medida de ejecución contra dichos fondos o las cuentas en los que dichos fondos se depositen ni podrá intervenir de cualquier manera con el uso de dichos fondos.

1   Sección 4.- Bajo ninguna circunstancia se interpretará que se autoriza en esta
2   Resolución Conjunta, cualquier desembolso en menoscabo del pago de nómina u
3   horas extras de los miembros de la Policía de Puerto Rico.

4   Sección 5.- Esta Resolución Conjunta será traducida al idioma inglés.

5   Sección 6.– Esta Resolución Conjunta comenzará a regir inmediatamente
6   luego de su aprobación, disponiéndose, sin embargo, que el Gobierno de Puerto Rico
7   no estará autorizado a proveer Asistencia de Emergencia adicional bajo esta
8   Resolución después del 30 de junio de 2018. No obstante, ese término podrá ser
9   prorrogado mediante Resolución Conjunta adoptada a esos fines.