**Hearing Date:** February 7, 2018 at 9:30 a.m. (AST)
**Informative Motion Deadline:** February 2, 2018 at 12:00 p.m. (AST)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
                                                             :      PROMESA
THE FINANCIAL OVERSIGHT AND                                  :      Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
    as representative of                                     :      Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :      (Jointly Administered)
et al.,                                                      :
                                                             :
                                                             :
        Debtors.¹                                            :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :      PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :      Title III
                                                             :
    as representative of                                     :
                                                             :      Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                 :
AUTHORITY (PREPA),                                           :      Court Filing Relates Only to PREPA
                                                             :
        Debtor.                                              :
-------------------------------------------------------------x
```

**INFORMATIVE MOTION OF SCOTIABANK DE PUERTO RICO,**
**AS ADMINISTRATIVE AGENT, REGARDING**
<u>**FEBRUARY 7-8, 2018 HEARING AT 9:30 A.M. (AST)**</u>

---

[1]     The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States District Judge Laura Taylor Swain:

Scotiabank de Puerto Rico ("Scotiabank"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of February 7-8, 2018, Omnibus Hearing* [Case No. 17-BK-3283-LTS, Dkt. No. 2258] (the "Scheduling Order"), and respectfully states as follows:

1.      Richard G. Mason and Emil A. Kleinhaus will appear in person on behalf of Scotiabank at the Hearing (as defined in the Scheduling Order) in Courtroom 3 of the United States District Court for the District of Puerto Rico and will respond to the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling A Final Hearing, and (E) Granting Related Relief* [Case No. 17-BK-04780-LTS, Dkt. No. 549] and to the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17-BK-04780-LTS, Dkt. No. 557].

2.      Scotiabank reserves its right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III cases.

-3-

Dated:  February 1, 2018

Respectfully submitted,

/s/ Antonio A. Arias

Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico  00918
P.O. Box 364225
San Juan, PR  00936-4225
Telephone:  (787) 250-5604
Facsimile:  (787) 759-9225

/s/ Richard G. Mason

Richard G. Mason (admitted *pro hac vice*)
Emil A. Kleinhaus (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  rgmason@wlrk.com
         eakleinhaus@wlrk.com
         kbgoldberg@wlrk.com
         akherring@wlrk.com

*Attorneys for Scotiabank de Puerto Rico, as
Administrative Agent*