**Exhibit A**

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## OF VELMALISA IRIZARRY

I, Velmalisa Irizarry, do declare:

1. I am married, of legal age, and resident of Trujillo Alto, Puerto Rico.

2. That I work for the law office of Rivera, Tulla & Ferrer,

3. That the forgoing is a true and exact transcription of a portion of the audio from the Senate Session held on January 25, 2018, regarding Senate Joint Resolution No. 196.

I do declare under penalty of perjury that the foregoing is true and correct and personally known to me.

Executed on the 1st day of February 2018, in San Juan, Puerto Rico.

_____
Velmalisa Irizarry

**Trascripción Parcial de la Sesión del Senado de Puerto Rico celebrada el 25 de enero de 2018.**

**Las siguientes son expresiones del Presidente del Senado, Thomas Rivera-Schatz, durante la discusión en le piso de la Resolución Conjunta 196.**

Hay que examinar las causas de por que la Autoridad ha caído en una crisis financiera. Y yo le requerí la información de como anda el pago a la Autoridad con las agencia de gobierno de Puerto Rico las cuales comanda nuestro Gobernador. Y yo le voy a pedir al Gobernador en el mismo animo que nos pedido a nosotros que lo atendiéramos que le diga a sus jefes de agencia que paguen la facturas de energía eléctrica. Esta asamblea legislativa le aprobó un presupuesto que contenía recursos para cubrí el costo energético y del agua potable y algunos jefes de agencia no quieren pagar o no están pagando con la frecuencia y la diligencia que corresponde; y eso esta en manos de nuestro gobernador. Le toca a el asegurarse que los jefes de agencia, los secretarios, las secretarias, los directores ejecutivos y los miembros del gabinete paguen, que no lo están haciendo. Le toca a los alcaldes y alcaldesas también cumplir con su responsabilidad de pagar el servicio energético. Para que tengan una idea al 31 de diciembre las corporaciones publicar del gobierno de Puerto Rico, por ejemplo Acueductos le debe casi $63 millones de dólares a Energía Eléctrica; la Administración de Servicios Médicos casi 32 millones; la Autoridad de los Puertos 29 millones; la Administración del Tren Urbano 30 millones; la Autoridad de Carreteras y Transportación 16 millones; Hospital Cardiovascular de Puerto Rico 13; servicios médicos universitarios 9 millones; la AMA le debe 7 millones; la Administración de Vivienda Publica 7.7; y la Autoridad de Desperdicios Sólidos 4.4 millones. En esas 10 corporaciones solamente las facturas no pagadas a la Autoridad de Energía Eléctrica suman 212 millones de dólares. Le toca al ejecutivo decirle a la gente que comanda a esas corporaciones que pague y le toca a los directivos de la Autoridad de Energía Eléctrica exigir el pago. En el caso de las agencias del ejecutivo, Departamento de Recreación y Deportes 4 millones; Instituto de Cultura 2.4 millones; el Departamento de Salud del Hospital Universitario 1.8 millones; la Administración de los Tribunales 2.6 millones; Departamento de Salud Servicios Administrativos 2.6; AMSCA 1.6. Pero no solamente las corporaciones y las agencias del gobierno de puerto rico y los municipios, instrumentalidades del gobierno federal tan bien adeudan, el General Service Administration le debe sobre 2 millones, el Army reserve le debe 1.3, el Servicio Postal 1 millón, el centro de veteranos casi 3 millones. Eso esta en manos del gobernador, eso esta en manos de la Autoridad de Energía Eléctrica exigir que sus acreedores, perdón, que sus deudores le paguen.

**Partial Transcript of the Session of the Senate of Puerto Rico, held on January 25, 2017**

**Following are statements by President of the Senate, Thomas Rivera-Schatz, during floor discussions of Senate Joint Resolution 196.**

We must examine what caused the Authority's financial crisis.  I requested the information on the status of payments to the Authority by the agencies of the government of Puerto Rico, which are commanded by the governor.  I am asking the governor, with the same eagerness he has asked from us, to request his heads of agencies to pay their bills to PREPA.  This Legislative Assembly approved a budget which included the resources needed to pay the costs of energy and potable water, and some heads of agencies do not want to pay or are not paying with the corresponding frequency and diligence, and that is in the hands of our governor.  It is his duty to ensure that the heads of the agencies, the secretaries, the executive directors and the members of his cabinet, pay, which they are not doing.  It is also the duty of the mayors to fulfill their responsibility to pay for the electric service.  So that you have an idea of what is owed as of December 31 by the corporations of the government of Puerto Rico, Aqueducts [PRASA] owes $63 million to PREPA; the Medical Services Administration [ASES] owes $32 million; the Port Authority owes $29 million; the Urban Train Administration  owes $30 million; The Highway and Transportation Authority owes $16 million; the Cardiovascular Hospital of Puerto Rico owes $13 million; University Medical Services owes $9 million; AMA owes $7 million; Housing Authority owes $7.7 million; and the Solid Waste Authority owes $4.4 million.  Just these 10 agencies owe $212 million to PREPA.  It is the duty of the Executive to tell the persons who command these corporations to pay, and it is the duty of PREPA's directors to demand payment.  In the case of the executive agencies, the Sports and Recreation Department owes $4 million; the Cultural Institute owes $2.4 million; the Health Department University Hospital owes $1.8 million; Courts Administration owes $2.6 million; Health Department Administrative Services owes $2.6 million; AMSCA owes $1.6 million.  But the agencies and corporations of the government of Puerto Rico and the municipalities are not the only ones owing.  Federal government instrumentalities also owe: the General Services Administration owes more than $2 million; the Army Reserve owes $1.3; the Postal Service owes $1 million; the Veterans Center owes almost $3 million.  This is in the hands of the governor.  It is in the hands of PREPA to demand that its creditors, excuse me, that its debtors pay.