## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## OF VELMALISA IRIZARRY

I, Velmalisa Irizarry, do declare:

1. I am married, of legal age, and resident of Trujillo Alto, Puerto Rico.

2. That I work for the law office of Rivera, Tulla & Ferrer,

3. That the forgoing is a true and exact transcription of a portion of the audio from the Senate Session held on January 25, 2018, regarding Senate Joint Resolution No. 196.

I do declare under penalty of perjury that the foregoing is true and correct and personally known to me.

Executed on the 1st day of February 2018, in San Juan, Puerto Rico.

_____
Velmalisa Irizarry

**Trascripción Parcial de la Sesión del Senado de Puerto Rico celebrada el 25 de enero de 2018.**

**Las siguientes son expresiones del Presidente del Senado, Thomas Rivera-Schatz, durante la discusión en le piso de la Resolución Conjunta 196.**

Hay que examinar las causas de por que la Autoridad ha caído en una crisis financiera. Y yo le requerí la información de como anda el pago a la Autoridad con las agencia de gobierno de Puerto Rico las cuales comanda nuestro Gobernador. Y yo le voy a pedir al Gobernador en el mismo animo que nos pedido a nosotros que lo atendiéramos que le diga a sus jefes de agencia que paguen la facturas de energía eléctrica. Esta asamblea legislativa le aprobó un presupuesto que contenía recursos para cubrí el costo energético y del agua potable y algunos jefes de agencia no quieren pagar o no están pagando con la frecuencia y la diligencia que corresponde; y eso esta en manos de nuestro gobernador. Le toca a el asegurarse que los jefes de agencia, los secretarios, las secretarias, los directores ejecutivos y los miembros del gabinete paguen, que no lo están haciendo. Le toca a los alcaldes y alcaldesas también cumplir con su responsabilidad de pagar el servicio energético. Para que tengan una idea al 31 de diciembre las corporaciones publicar del gobierno de Puerto Rico, por ejemplo Acueductos le debe casi $63 millones de dólares a Energía Eléctrica; la Administración de Servicios Médicos casi 32 millones; la Autoridad de los Puertos 29 millones; la Administración del Tren Urbano 30 millones; la Autoridad de Carreteras y Transportación 16 millones; Hospital Cardiovascular de Puerto Rico 13; servicios médicos universitarios 9 millones; la AMA le debe 7 millones; la Administración de Vivienda Publica 7.7; y la Autoridad de Desperdicios Sólidos 4.4 millones. En esas 10 corporaciones solamente las facturas no pagadas a la Autoridad de Energía Eléctrica suman 212 millones de dólares. Le toca al ejecutivo decirle a la gente que comanda a esas corporaciones que pague y le toca a los directivos de la Autoridad de Energía Eléctrica exigir el pago. En el caso de las agencias del ejecutivo, Departamento de Recreación y Deportes 4 millones; Instituto de Cultura 2.4 millones; el Departamento de Salud del Hospital Universitario 1.8 millones; la Administración de los Tribunales 2.6 millones; Departamento de Salud Servicios Administrativos 2.6; AMSCA 1.6. Pero no solamente las corporaciones y las agencias del gobierno de puerto rico y los municipios, instrumentalidades del gobierno federal tan bien adeudan, el General Service Administration le debe sobre 2 millones, el Army reserve le debe 1.3, el Servicio Postal 1 millón, el centro de veteranos casi 3 millones. Eso esta en manos del gobernador, eso esta en manos de la Autoridad de Energía Eléctrica exigir que sus acreedores, perdón, que sus deudores le paguen.