# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br>No. 17 BK 4780-LTS<br>**Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

### U.S. BANK NATIONAL ASSOCIATION MOTION FOR LEAVE TO FILE SPANISH DOCUMENT AND A TERM TO FILE CERTIFIED TRANSLATION BY FEBRUARY 2, 2017

TO THE HONORABLE COURT:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**PREPA Bond Trustee**") under the Trust Agreement dated as of January 1, 1974 , between it and the Puerto Rico Electric Power Authority ("**PREPA**"), filed a Motion at Docket 568 which includes a Spanish document, Exhibit A, being Joint Senate Resolution 196 of 2018, and hereby moves for leave to file it and for 24 hours to file a certified translation.

**RESPECTFULLY SUBMITTED**,

In San Juan, Puerto Rico, today February 1, 2018.

I hereby certify that, on this same date, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RIVERA, TULLA AND FERRER, LLC**

/s *Eric A. Tulla*
Eric A. Tulla
USDC-DPR No. 118313
Email: etulla@ riveratulla.com

/s *Iris J. Cabrera-Gómez*
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409

AND

2

**MASLON LLP**

By: /s/ Clark T. Whitmore
    Clark T. Whitmore (admitted *pro hac vice*)
    Jason M. Reed (admitted *pro hac vice*)

90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-672-8397
E-Mail:    clark.whitmore@maslon.com
            jason.reed@maslon.com

**ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE**