# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br>No. 17 BK 4780-LTS<br>**Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS)** |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF U.S. BANK NATIONAL
ASSOCIATION AS PREPA BOND TRUSTEE REGARDING
<u>APPEARANCE AT FEBRUARY 7-8, 2018 OMNIBUS HEARING</u>.**

To the Honorable United States District Court Judge Laura Taylor Swain:

U.S. Bank National Association, solely in its capacity as successor trustee (the "**<u>Trustee</u>**") under the Trust Agreement dated as of January 1, 1974 (as amended and supplemented from time to time, the "**<u>Trust Agreement</u>**"), between the Puerto Rico Electric Power Authority and the Trustee, by its undersigned attorneys, hereby submits this informative motion in response to the Court's order entered on January 17, 2018 [Case No. 17-BK-3283, ECF No. 2258] regarding the attendance and participation at the February 7-8, 2018 Omnibus Hearing (the "<u>Omnibus Hearing</u>").

1. Clark T. Whitmore and Jason M. Reed will appear on behalf of the Trustee in person at the Omnibus Hearing in the San Juan courtroom.

2. Clark T. Whitmore will present argument on behalf of the Trustee with respect to the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and The Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17-BK-3283, ECF No. 2298]; and the Trustee and its counsel reserve the right to speak and respond to arguments raised in connection with other matters heard at the Omnibus Hearing.

| | |
|---|---|
| Respectfully submitted,<br>**RIVERA, TULLA AND FERRER, LLC**<br><br>/s Eric A. Tulla<br>Eric A. Tulla<br>USDC-DPR No. 118313 | Respectfully submitted,<br>**MASLON LLP**<br><br>By: /s Clark T. Whitmore<br>Clark T. Whitmore (admitted *pro hac vice*)<br>Jason M. Reed (admitted *pro hac vice*) |

2

| | |
|---|---|
| Email: etulla@ riveratulla.com | 90 South Seventh Street, Suite 3300 |
| | Minneapolis, MN 55402 |
| /s *Iris J. Cabrera-Gómez* | Telephone: 612-672-8200 |
| Iris J. Cabrera-Gómez | Facsimile: 612-672-8397 |
| USDC-DPR No. 221101 | E-Mail: clark.whitmore@maslon.com |
| Email: icabrera@riveratulla.com | jason.reed@maslon.com |
| | |
| Rivera Tulla & Ferrer Building | **ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE** |
| 50 Quisqueya Street | |
| San Juan, PR 00917-1212 | |
| Tel: (787)753-0438 | |
| Fax: (787)767-5784 (787)766-0409 | |