UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER ESTABLISHING PROCEDURE FOR
FILINGS DUE ON FEBRUARY 3-4 IN LIGHT OF CM/ECF MAINTENANCE

The Court has been notified that the CM/ECF system will be shut down for system maintenance beginning on February 3, 2018 at 7:30 a.m. (Atlantic Standard Time) until Sunday February 4, 2018 at 8:00 p.m. (Atlantic Standard Time) (the "CM/ECF Maintenance Period").  Parties are directed to email any pleadings that are due during the CM/ECF Maintenance Period to SwainDPRCorresp@nysd.uscourts.gov.  Such email must copy all opposing parties.  Parties are further instructed to file any such pleadings on the CM/ECF system as soon as practicable following the conclusion of the CM/ECF Maintenance Period.

SO ORDERED.

Dated: February 1, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).