# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This document relates to PREPA Title III case only |

**ORDER GRANTING THE
URGENT MOTION OF THE AD HOC GROUP OF GENERAL
OBLIGATION BONDHOLDERS TO EXPEDITE CONSIDERATION
OF THE AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS'
<u>URGENT CROSS-MOTION, IN THE ALTERNATIVE, TO INTERVENE</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

Upon consideration of the *Urgent Motion of the Ad Hoc Group of General Obligation Bondholders To Expedite Consideration of the Ad Hoc Group of General Obligation Bondholders' Urgent Cross-Motion, in the Alternative, To Intervene* (the "Motion to Expedite"), the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion to Expedite and the relief requested therein pursuant to PROMESA section 306(a);[2] (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) cause exists to shorten briefing deadlines as requested in the Motion to Expedite; and (iv) proper notice of the Motion to Expedite has been provided under the circumstances and no other or further notice need be provided. Accordingly,

IT IS HEREBY ORDERED:

1. The Motion to Expedite is GRANTED as set forth herein.

2. Objections or responses, if any, to *The Ad Hoc Group of General Obligation Bondholders' Urgent Cross-Motion, in the Alternative, To Intervene* (the "Intervention Motion") must be filed and served by **February 3, 2018, at 7:00 p.m. (Atlantic Standard Time)**.

3. Any reply in support of the Intervention Motion must be filed and served by **February 5, 2018, at 7:00 p.m. (Atlantic Standard Time)**.

4. The Court will thereafter take the Intervention Motion on submission.

SO ORDERED.

Dated: February 1, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The Puerto Rico Oversight, Management, and Economic Stability Act, Pub. L. No. 114-187, 130 Stat. 549 (2016) (codified at 48 U.S.C. §§ 2101-2241).

2