**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT
FEBRUARY 7-8 2018 OMNIBUS HEARING**

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding The Location And Procedures For Attendance Participation And Observation Of The February 7-8, 2018 Omnibus Hearing* (Dkt. No. 2258), the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the February 7-8, 2018 omnibus hearing (the "Omnibus Hearing"). The GO Group respectfully states as follows:

1. Mark T. Stancil of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP and Andrew Rosenberg of Paul, Weiss, Rifkind, Wharton & Garrison LLP will appear on behalf of the GO Group in Courtroom 3 of the United States District Court for the District of Puerto

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "San Juan District Courthouse").

2. Messrs. Stancil and Rosenberg intend to present argument on behalf of the GO Group in connection with (i) the *Urgent Motion of the Financial Oversight And Management Board For Puerto Rico and the Puerto Rico Fiscal Agency And Financial Advisory Authority For Entry of Interim And Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens And Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, (D) Scheduling A Final Hearing, And (E) Granting Related Relief*, *In re Financial Oversight and Management Board for Puerto Rico as Representative of PREPA*, 17-4780, Dkt. 549; and (ii) any responses or objections thereto. The GO Group also reserves the right to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

3. The GO Group anticipates that Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP; Karen Zeituni of Paul, Weiss, Rifkind, Wharton & Garrison LLP; and J. Ramón Rivera Morales of Jiménez, Graffam & Lausell will attend the Omnibus Hearing at the San Juan District Courthouse.

[*The remainder of this page is intentionally left blank.*]

| | |
|---|---|
| Dated: February 2, 2018 | Respectfully submitted. |
| | **JIMÉNEZ, GRAFFAM & LAUSELL** |
| | By: /s/ J. Ramón Rivera Morales |
| | J. Ramón Rivera Morales<br>(USDC-PR No. 200701)<br>Andrés F. Picó Ramírez<br>(USDC-PR No. 302114)<br>PO Box 366104<br>San Juan, PR 00936-6104<br>Telephone: (787) 767-1030<br>Email: rrivera@jgl.com<br>apico@jgl.com |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| By: /s/ Andrew N. Rosenberg<br>Andrew N. Rosenberg*<br>Kyle J. Kimpler*<br>Karen R. Zeituni*<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Email: arosenberg@paulweiss.com<br>kkimpler@paulweiss.com<br>kzeituni@paulweiss.com | By: /s/ Mark T. Stancil<br>Lawrence S. Robbins*<br>Mark T. Stancil*<br>Gary A. Orseck*<br>Kathryn S. Zecca*<br>Ariel N. Lavinbuk*<br>Donald Burke*<br>1801 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 775-4500<br>Email: lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com |

** admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*