# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et. al.*,<br><br>DEBTORS.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP PURSUANT TO ORDER REGARDING FEBRUARY 7-8, 2018 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Solus Alternative Asset Management LP, on behalf of certain funds advised by it ("Solus") that are fuel line lenders to the Puerto Rico Electric Power Authority ("PREPA"), through the undersigned counsel, hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Attendance, Participation and Observation of February 7-8, 2018, Omnibus Hearing* (the "Hearing")" [Docket No. 2258] (the "Scheduling Order"), and respectfully states as follows:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**Error! Unknown document property name.**

1.      The undersigned, Nicholas Baker of Simpson Thacher & Bartlett LLP, intends to appear in person at the Hearing in Courtroom 3 of the United States District Court for the District of Puerto Rico on behalf of Solus regarding the following matter:

   a.  *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17 BK 04780-LTS; Docket No. 549];

2.      The undersigned also intends to appear to respond to any arguments raised in connection with the above-referenced motion, any issues raised with respect to PREPA that implicate Solus as a fuel line lender or any other statements made by any party in connection with the above-captioned jointly administered Title III cases.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on February 2, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| **ANTONETTI MONTALVO & RAMIREZ COLL**<br>P.O. Box 13128<br>San Juan, PR 00908<br>Tel: (787) 977-0303<br>Fax: (787) 977-0323<br><br>**s/ Jose L. Ramirez-Coll**<br>JOSE L. RAMIREZ-COLL<br>USDC-PR No. 221702<br>jramirez@amrclaw.com | **SIMPSON THACHER & BARTLETT LLP**<br>425 Lexington Avenue<br>New York, New York 10017-3954<br>Tel: (212) 455-2000<br>Fax: (212) 455-2502<br><br>**s/ Nichols Baker**<br>NICHOLS BAKER*<br>nbaker@tblaw.com<br><br>*admited *pro hac vice* in No. 17-04780-LTS |