# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-04780-LTS<br><br>Court Filing Relates Only to PREPA and Shall Only be Filed In Case No. 17-BK-04780-LTS and Main Case 17-BK-3283-LTS |

### ARC AMERICAN, INC.'S MOTION TO INFORM REGARDING ATTENDANCE AND PARTICIPATION AT FEBRUARY 7, 2018 HEARING AND ANY SUBSEQUENTLY SCHEDULED HEARING DATES

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. I7-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. I7-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. I7-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation "COFINA") (Bankruptcy Case No. I7-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

7295432.1

Arc American, Inc. ("**Arc**"), by and through its undersigned counsel, hereby submits this Informative Motion in response to this Court's *Order Regarding Procedures For Attendance, Participation And Observation Of February 7-8, 2018, Omnibus Hearing* [Docket No. 2258, Main Case 17-BK-3283-LTS] (the "**Order**"), and respectfully states as follows:

1. Robert E. Nies, on behalf of Arc, will appear in person by video teleconference at the Hearing (as defined in the Order) in Courtroom 17C of the United States District Court for the Southern District of New York to present argument on the *Limited Objection By And Reservation Of Rights Of Arc American, Inc. To The Urgent Joint Motion Of The Financial Oversight And Management Board For Puerto Rico And The Puerto Rico Fiscal Agency And Financial Advisory Authority For Entry Of Interim And Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens And Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, (D) Scheduling A Final Hearing, And (E) Granting Related Relief*, filed February 1, 2018.

2. Jose L. Ramirez-Coll, co-counsel on behalf of Arc, will also attend the Hearing in the San Juan Courtroom, though he does not intend to present argument at the Hearing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on February 2, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

                                    CHIESA SHAHINIAN & GIANTOMASI PC

By:   */s/ Robert E. Nies*
       Robert E. Nies (*pro hac vice* applicant)
       George A. Spadoro (*pro hac vice* applicant)
       Marc R. Lepelstat (*pro hac vice* applicant)
       Michael R. Caruso (*pro hac vice* applicant)
       One Boland Drive
       West Orange, New Jersey 07052
       Telephone: (973) 530-2012
       Facsimile: (973) 530-2022
       Email: rnies@csglaw.com

-and-

ANTONETTI MONTALVO & RAMIREZ COLL

By:   */s/Jose L. Ramirez-Coll*
       Jose L. Ramirez-Coll
       P.O. Box 13128
       Telephone: (787) 977-0303
       Facsimile: (787) 977-0323
       Email: jramirez@amrclaw.com

*Attorneys for Arc American, Inc.*

7295432.1