# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION
## REGARDING NATIONAL PUBLIC FINANCE GUARANTEE
## CORPORATION'S APPEARANCE AT FEBRUARY 7, 2018 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that Marcia Goldstein and Robert Berezin from the New York, New York office and Edward McCarthy[2] from the Miami, Florida office of Weil, Gotshal & Manges LLP will appear and present argument on behalf of National Public Finance Guarantee Corporation ("National") at the February 7, 2018 omnibus hearing in connection with the *Objection of National Public Finance Guarantee Corporation to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The application for admission Pro Hac Vice, for attorneys Robert Berezin and Edward McCarthy will be filed with the court later today.

*& Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Docket No. 2340] and any other statements made or issues raised by the Court or other parties. National's legal representatives will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 2nd day of February, 2018.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email:  epo@amgprlaw.com<br>           loliver@amgprlaw.com<br>           acasellas@amgprlaw.com<br>           larroyo@amgprlaw.com<br><br>By:   */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010<br><br>*/s/ Lourdes Arroyo Portela*<br>Lourdes Arroyo Portela<br>USDC-PR No. 226501 | **WEIL, GOTSHAL & MANGES LLP**<br>Marcia Goldstein (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Jared R. Friedmann (admitted *pro hac vice*)<br>Edward McCarthy (pro hac vice forthcoming)<br>Robert Berezin (pro hac vice forthcoming)<br><br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: marcia.goldstein@weil.com<br>           kelly.diblasi@weil.com<br>           gabriel.morgan@weil.com<br>           jonathan.polkes@weil.com<br>           gregory.silbert@weil.com<br>           jared.friedmann@weil.com |