IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>("PREPA"),<br><br>　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This document relates to PREPA Title III case only |

## <u>CERTIFICATE OF SERVICE</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

The undersigned hereby certifies that, on February 1, 2018, the SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.'S LIMITED OBJECTION WITH RESPECT TO THE URGENT MOTION FOR POSTPETITION SECURED FINANCING, PRIMING LIENS, AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS [17-Bk-3283, Dkt. No. 2335] (the "Limited Objection") was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that, on February 2, 2018, two (2) copies of the Motion was sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

**United States District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Suite 3212
New York, NY 10007-1312**

and one (1) copy to the U.S. Trustee for the District of Puerto Rico at:

**US Trustee for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, P.R. 00901-1922**


Dated: February 2, 2018

SEPULVADO, MALDONADO & COURET

By:   *s/José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No.   208207
304 Ponce de León - Suite 990
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: jsantos@smlawpr.com

*Counsel for Siemens Transportation
Partnership Puerto Rico, SE*