# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------x
                                                                  )
In re:                                                            )   PROMESA
                                                                  )   Title III
THE FINANCIAL OVERSIGHT AND                                       )
MANAGEMENT BOARD FOR PUERTO RICO                                  )   Case No. 3:17-cv-03283 (LTS)
                                                                  )
        as representative of                                      )   (Jointly Administered)
                                                                  )
THE COMMONWEALTH OF PUERTO RICO, et al.,                          )
                                                                  )
        Debtors.¹                                                 )
                                                                  )
------------------------------------------------------------------X
```

## CORRECTED INFORMATIVE MOTION OF THE ERS SECURED CREDITORS WITH RESPECT TO ORDER REGARDING THE LOCATION AND PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF FEBRUARY 7-8, 2018, OMNIBUS HEARING

Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P. (collectively the "ERS Secured Creditors"), by and through their attorneys, hereby submit this corrected informative motion in response to this Court's

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID: 3808).

*Order Regarding The Location And Procedures For Attendance, Participation And Observation Of February 7-8, 2018, Omnibus Hearing* (Docket No. 2258), and respectfully state as follows:

1. The ERS Secured Creditors hereby inform the Court that Benjamin Rosenblum of Jones Day will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 to present argument with respect to and respond to any issues raised with respect to 1) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and 2) the Debtors' *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* (the "Bar Date Motion") (Docket No. 2255). Other than Benjamin Rosenblum, the ERS Secured Creditors do not intend for any additional persons to attend the February Omnibus Hearing on their behalf.

2. The ERS Secured Creditors also reserve their right to respond to any statements made by any party in connection with the above-captioned jointly administered Title III cases or any adversary proceeding currently pending in the jointly administered Title III cases.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today February 2, 2018.
By:

*/s/ Alfredo Fernández-Martínez*

Alfredo Fernández-Martínez
DELGADO & FERNÁNDEZ, LLC
PO Box 11750
Fernández Juncos Station
San Juan, Puerto Rico 00910-1750
Tel. (787) 274-1414
Fax: (787) 764-8241
afernandez@delgadofernandez.com
USDC-PR 210511

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Limited, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.*

*/s/ Bruce Bennett*

Bruce Bennett (*pro hac vice*)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071
Tel. (213) 489-3939
Fax: (213) 243-2539
bbennett@jonesday.com

Benjamin Rosenblum (*pro hac vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Tel. (212) 326-3939
Fax: (212) 755-7306
brosenblum@jonesday.com

Geoffrey S. Stewart (*pro hac vice*)
Beth Heifetz (*pro hac vice*)
Christopher DiPompeo (*pro hac vice*)
Sparkle L. Sooknanan (*pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Tel. (202) 879-3939
Fax: (202) 626-1700
gstewart@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
ssooknanan@jonesday.com

*Counsel for Altair Global Credit Opportunities Fund (A), LLC, Andalusian Global Designated Activity Company, Glendon Opportunities Fund, L.P., Mason Capital Master Fund LP, Nokota Capital Master Fund, L.P., Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX, L.P., Oaktree Opportunities Fund IX (Parallel 2), L.P., Oaktree Value Opportunities Fund, L.P., Ocher Rose, L.L.C., and SV Credit, L.P.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2018, I caused a copy of the foregoing *Corrected Informative Motion Of The ERS Secured Creditors With Respect To Order Regarding The Location And Procedures For Attendance, Participation And Observation Of The February 7-8, 2018, Omnibus Hearing*, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 2, 2018, at New York, New York.

           /s/ Benjamin Rosenblum
           Benjamin Rosenblum