IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS AND TRANSPORTATION
AUTHORITY,

    Debtor.

------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3567-LTS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER

This matter is before the Court on the *Joinder of Financial Guaranty Insurance Company to Motion of National Public Finance Guarantee Corporation for Entry of an Order Under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank for Puerto Rico* (Dkt. No. 375[2]) (the "Joinder Motion"). On January 30, 2018, this Court entered an order holding National Public Finance Guarantee Corporation's Rule 2004 motion in abeyance pursuant to an agreement made by the original parties thereto outside of court (Dkt. No. 381). Accordingly, this Court hereby DENIES the Joinder Motion without prejudice. The Court acknowledges that Financial Guaranty Insurance Company is not prohibited from entering a similar agreement with the parties to the original motion, or from filing its own motion for discovery with this Court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: February 2, 2018

---

[2] All docket references herein refer to case 17-BK-3567.