UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x
:
*In re* :
: PROMESA
THE FINANCIAL OVERSIGHT AND : Title III
MANAGEMENT BOARD FOR PUERTO RICO, :
:
as representative of : Case No. 3:17-cv-03283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO, *et* : (Jointly Administered)
*al.* :
:
Debtors.[1] :
------------------------------------------------------------x

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

    **COMES NOW** Joseph C. Celentino, Esq. (hereafter, the "Applicant") and, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, as incorporated by Rule 1001-1(b) of the Local Bankruptcy Rules as well as this Court's *Third Amended Notice, Case Management and Administrative Procedures Order* (Docket No. 1512 of Case No. 17-03283 (LTS)) (the "CMP Order"), hereby requests to be permitted to appear and participate in this particular case, in association with the law firm of McConnell Valdés, LLC, and the undersigned members of the bar of this Court, in representation of creditor and party-in-interest

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Scotiabank de Puerto Rico ("Scotiabank") in its capacity as Agent Bank. Applicant respectfully shows:

1. Applicant is an attorney and member of the law firm of Wachtell, Lipton, Rosen & Katz, with offices at:

| Address | WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019 |
|---|---|
| Email | JCCelentino@wlrk.com |
| Telephone No. | (212) 403-1076 |
| Fax No. | (212) 403-2076 |

2. Applicant will sign all pleadings with the name Joseph C. Celentino.

3. Applicant has been retained personally or as a member of the above-named firm by Scotiabank to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 2017, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, New York State Bar No. 5508809, where Applicant regularly practices law.

5. Applicant has also been admitted to practice before the following courts:

| **Court:** | **Admission Date:** |
|---|---|
| United States Court of Appeals for the Tenth Circuit | May 10, 2017 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

2

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction. Applicant has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before any court or jurisdiction, while facing a disciplinary complaint.

10. Applicant has not previously filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with Applicant in this matter are:

> Antonio A. Arias, Esq.
> MCCONNELL VALDÉS LLC
> 270 Muñoz Rivera Avenue, Suite 7
> Hato Rey, Puerto Rico 00918
> Telephone: 787-250-5604
> Facsimile: 787-759-9225
> E-mail: aaa@mcvpr.com

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: January 31, 2018.

                                Joseph C. Celentino
                                Printed Name of Applicant

                                /s/ Joseph C. Celentino
                                Signature of Applicant

**I HEREBY CERTIFY THAT**, pursuant to L. Dist. Ct. R. 83A(f) of the Local Rules of the United States District Court for the District of Puerto Rico, that I consent to the designation of local counsel for all purposes.

Date: February 1, 2018.

                                Antonio A. Arias Larcada
                                Printed Name of Local Counsel

                                Signature of Local Counsel

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of February, 2018.

**I HEREBY CERTIFY** that on this same date, we electronically filed the document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants.

                                **MCCONNELL VALDÉS LLC**
                                *Attorneys for Scotiabank de Puerto Rico*
                                270 Muñoz Rivera Avenue, Suite 7
                                Hato Rey, Puerto Rico 00918
                                PO Box 364225
                                San Juan, Puerto Rico 00936-4225
                                Telephone: 787-250-5604

Facsimile: 787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

**WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES**

**MCV** McConnell Valdes LLC
PO BOX 364225, SAN JUAN, PUERTO RICO 00936-4225
I.D. # 66-0226027

DATE: 02/02/2018
101-204/215
CHECK NO.: 114729
CHECK AMOUNT: $300.00

CONTROL NO. 114729

ORIENTAL BANK & TRUST
HATO REY, PUERTO RICO

THREE HUNDRED AND 00/100 DOLLAR

PAY TO THE ORDER OF: CLERK, U.S. DISTRICT COURT

VOID AFTER ONE YEAR

⑆114729⑆ ⑆221571415⑆ 0815004171⑆

---

McConnell Valdes LLC

Vendor ID: CUSDPR
NO: 114729

| INVOICE DATE | INVOICE NUMBER | ACCOUNT DIST. | IN PAYMENT OF | INVOICE AMOUNT |
|---|---|---|---|---|
| 02/02/2018 | 020218/32420-007 | 1401000000000000 | FILING FEES PAID ON FEBRUARY 2,2018 FOR APPLICATION FOR ADMISSION PRO HAC VICE RE: 32420-0007 02/02/18 NZT/ND | 300.00 |
| | | | TOTAL: | 300.00 |

```
Court Name: District Court
Division: 1
Receipt Number: PRX100053839
Cashier ID: arodriqu
Transaction Date: 02/02/2018
Payer Name: MCCONNELL VALDES LLC
------------------------------------
PRO HOC VICE
 For: MCCONNELL VALDES LLC
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: MCCONNELL VALDES LLC
 Check/Money Order Num: 114729
 Amt Tendered:  $300.00
------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:      $0.00

17-CV-3283(LTS) PRO HAC VICE OF
JOSEPH C. CELENTINO

THRU: ANTONIO A. ARIAS
```