IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY

Case No. 17-BK-04780-LTS

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Robert E. Nies, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of) Chiesa Shahinian & Giantomasi PC, with offices at:

| Address | One Boland Drive |
| --- | --- |
|  | West Orange, NJ 07052 |
| Email | rnies@csglaw.com |
| Telephone No. | 973-530-2012 |
| Fax No. | 973-530-2212 |

2. Applicant will sign all pleadings with the name Robert E. Nies.

3. Applicant has been retained personally or as a member of the above-named firm by ARC American, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since December 20, 1979, applicant has been and presently is a member in good standing of the bar of the highest court of the State of New Jersey, where applicant regularly practices law. Applicant's bar license number is 017461979.

Application and Order for Admission Pro Hac Vice (05/2017)

7295141.1

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals, Third Circuit | 5/26/1988 |
| U.S. Court of Appeals, Second Circuit | 4/22/2010 |
| U.S. District Court, District of New Jersey | 12/20/1979 |
| U.S. District Court, Eastern Dist. of NY | 7/23/2002 |
| U.S. District Court, Southern Dist. of NY | 7/23/2002 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| NONE | |

Application and Order for Admission Pro Hac Vice (05/2017)

7295141.1

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Jose L. Ramirez-Coll, Esq. |
| USDC-PR Bar No. | 221702 |
| Address | Antonetti Montalvo & Ramirez-Coll<br>P.O. Box 13128, San Juan, PR 00908 |
| Email | jramirez@amrclaw.com |
| Telephone No. | 787-977-0303 |
| Fax No. | 787-977-0323 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: 2/1/18

Robert E. Nies
Printed Name of Applicant

_____
Signature of Applicant

Application and Order for Admission Pro Hac Vice (05/2017)

7295141.1

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation as local counsel of record for all purposes.

Date: February 2, 2018.



Jose L. Ramirez-Coll
Printed Name of Local Counsel

Signature of Local Counsel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 2nd day of February, 2018.

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ José L. Ramírez-Coll**
JOSÉ L. RAMÍREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____

_____
U.S. DISTRICT JUDGE

Application and Order for Admission Pro Hac Vice (05/2017)

7295141.1