UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CORRECTED INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING REQUEST TO BE HEARD AT THE FEBRUARY 7-8, 2018 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's Order and Notice of Hearing (D.I. 2258), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The FOMB intends to present oral argument at the Omnibus hearing to be held by the Court on **February 7-8, 2018 at 9:30 a.m. (AST)**

2. Paul V. Possinger requests to be heard on *the Commonwealth's Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof*
**[Case No. 17-3283, ECF No. 2255]**

3. Martin J. Bienenstock[1] requests to be heard on the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administration Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief*
**[Case No. 17-3283, ECF No. 2298]**

4. Counsel observing hearing in San Juan: Michael A. Firestein, Timothy W. Mungovan, Ehud Barak, Hermann D. Bauer, Ann M. Ashton, and Ubaldo M. Fernández Barrera

5. Party for which counsel will appear: The FOMB

---

[1] If the Court hears testimony from witnesses, Michael A. Firestein, Timothy W. Mungovan, and Paul V. Possinger also request to be heard.

Dated: February 2, 2018
New York, NY

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Michael A. Firestein (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: mfirestein@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico*