# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS<br><br>Re: ECF No. 617<br><br>**Reply Relates Only to PREPA and Shall Only Be Filed in Case No. 17 BK 4780-LTS** |

*[Caption continued on next page]*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**NOTICE OF FILING OF
EXHIBITS TO OMNIBUS OVERSIGHT BOARD REPLY TO
RESPONSES TO URGENT JOINT MOTION OF FINANCIAL OVERSIGHT
AND MANAGEMENT BOARD FOR PUERTO RICO, AS TITLE III PREPA
REPRESENTATIVE, AND PUERTO RICO FISCAL AGENCY AND
FINANCIAL ADVISORY AUTHORITY FOR ENTRY OF INTERIM AND
FINAL ORDERS (A) AUTHORIZING POSTPETITION SECURED FINANCING,
(B) GRANTING PRIMING LIENS AND PROVIDING SUPERPRIORITY
ADMINISTRATIVE EXPENSE CLAIMS, (C) MODIFYING THE AUTOMATIC STAY,
(D) SCHEDULING A FINAL HEARING, AND (E) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that on February 3, 2018, the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*,[2] filed the *Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (a) Authorizing Postpetition Secured Financing, (b) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief* [ECF No. 617] (the "Omnibus Reply").

PLEASE TAKE FURTHER NOTICE that (i) the Supplemental Declaration of Dustin Mondell is Exhibit A to the Omnibus Reply and is annexed hereto as Exhibit A; (ii) a revised concise statement of the terms of the revised Credit Agreement (as defined in the Omnibus Reply) is Exhibit B to the Omnibus Reply and is annexed hereto as Exhibit B; (iii) the Declaration of Gerardo Portela Franco is Exhibit C to the Omnibus Reply and is annexed hereto as Exhibit C; and (iv) the Supplemental Declaration of Todd Filsinger is Exhibit D to the Omnibus Reply and is annexed hereto as Exhibit D;

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

Dated: February 3, 2018
       San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Maja Zerjal (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as Representative for PREPA*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for PREPA*

## **Exhibit A**

Supplemental Mondell Declaration

# **Exhibit B**

Concise Statement of Terms of Revised Credit Agreement

## **Exhibit C**

Portela Declaration

## **Exhibit D**

Supplemental Filsinger Declaration