### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF Nos. 2258, 2365** |

### REVISED INFORMATIVE MOTION REGARDING ATTENDANCE AT THE FEBRUARY 7–8, 2018 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this Revised Informative Motion in response to the Court's order entered on January 17, 2018 [ECF No. 2258], altering the attendants initially detailed in the Informative Motion filed on February 2, 2018 [ECF No. 2365].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Diana Perez of O'Melveny & Myers, LLP intends to appear in person in the San Juan courtroom and be heard at the February 7–8, 2018 omnibus hearing (the "February Omnibus Hearing") on behalf of AAFAF, to present the perspective of the Government of Puerto Rico, on the following matters:

> a. *Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof* [Case No. 17-3283, ECF No. 2255].
>
> b. *Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365* [Case No. 17-3283, ECF No. 1881].

3. Suzzanne Uhland, Peter Friedman and John J. Rapisardi will not be attending as initially provided in the Informative Motion filed on February 2, 2018 [ECF No. 2365].

4. Counsel in San Juan, Andrés W. López, will make every effort to appear at the February Omnibus Hearing in the San Juan courtroom but does not seek to be heard.

Dated: February 5, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Diana Perez* | */s/ Andrés W. López* |
| John J. Rapisardi | Andrés W. López |
| Suzzanne Uhland | USDC No. 215311 |
| Peter Friedman | **THE LAW OFFICES OF** |
| Diana Perez | **ANDRÉS W. LÓPEZ, P.S.C.** |
| (Admitted *Pro Hac Vice*) | 902 Fernández Juncos Ave. |
| **O'MELVENY & MYERS LLP** | San Juan, PR 00907 |
| 7 Times Square | Tel: (787) 294-9508 |
| New York, NY 10036 | Fax: (787) 294-9519 |
| Tel: (212) 326-2000 | |
| Fax: (212) 326-2061 | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

3