UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.<br>    Debtors.[1] | PROMESA<br>Title III<br><br>NO. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>The Puerto Rico Electric Power Authority ("PREPA"), *et al*.<br>Debtors. | PROMESA<br>Title III<br><br>NO. 17-BK-4780 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 1, 2018, Solus Asset Management, LP ("Solus"), served copies of its *Statement of Solus Alternative Asset Management LP in Response to the Urgent Joint Motion for Postpetition Secured Financing* (the "Statement"), filed at Docket No. 2337 (Case No. 17-3283) and Docket No. 576 (Case No. 17-4780), on all interested parties in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

the above-captioned case that have appeared through the Court's CM/ECF system, including but not limited to the Standard Parties, as defined in the *Third Amended Case Management Procedures* adopted in this case (Docket No. 1512-1, Case No. 17-03283) (the "Procedures"), on which service is allowed in this manner.

In addition, and pursuant to the Procedures, the Solus served two copies of the Statement to the Court's Chambers in New York and the United States Trustee via U.S. mail:

- United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
  500 Pearl St., Suite No. 3212
  New York, New York 10007-1312
- Office of the United States Trustee for Region 21
  Edificio Ochoa, 500 Tanca Street, Suite 301
  San Juan, PR 00901-1922

Solus served copies of the Statement via U.S. mail on all parties listed on the Master Service List (as defined in the Procedures) for which an e-mail address has not been provided. See Docket No. 2179, Case No. 17-03283. Solus served copies of the Statement via e-mail on all parties listed on the Master Service List (as defined in the Procedures) for which an e-mail address has been provided. Id.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 5th day of February, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

2

**ANTONETTI MONTALVO & RAMIREZ COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Jose L. Ramirez-Coll**
JOSE L. RAMIREZ-COLL
USDC-PR No. 221702
jramirez@amrclaw.com

3