# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>      Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-04780-LTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on February 1, 2018, Arc American, Inc. ("ARC"),

served copies of its *Limited Objection by and Reservation of Rights of Arc American, Inc. to the*

*Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. I7-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. I7-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. I7-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation "COFINA") (Bankruptcy Case No. I7-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizung Pospetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims; (c) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Relate Relief* (the "Limited Objection"), filed at Docket No. 2328 (Case No. 17-3283) and Docket No. 563 (Case No. 17-4780) and its *Objection of Arc American, Inc. to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E)Granting Related Relief* (the "Scope Objection"), filed at Docket No. 2330 (Case No. 17-3283) and Docket No. 565 (Case No. 17-4780) on all interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, including but not limited to the Standard Parties, as defined in the *Third Amended Case Management Procedures* adopted in this case (Docket No. 1512-1, Case No. 17-03283) (the "Procedures"), on which service is allowed in this manner.

In addition, and pursuant to the Procedures, the ARC served two copies of the Limited Objection and the Scope Objection to the Court's Chambers in New York and the United States Trustee via U.S. mail:

- United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
  500 Pearl St., Suite No. 3212
  New York, New York 10007-1312
- Office of the United States Trustee for Region 21
  Edificio Ochoa, 500 Tanca Street, Suite 301

San Juan, PR 00901-1922

ARC served copies of the Limited Objection and Scope Objection via U.S. mail on all parties listed on the Master Service List (as defined in the Procedures) for which an e-mail address has not been provided. <u>See</u> Docket No. 2179-1, Case No. 17-03283. ARC served copies of the Limited Objection and the Scope Objection via e-mail on all parties listed on the Master Service List (as defined in the Procedures) for which an e-mail address has been provided. <u>Id</u>.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 5th day of February, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

CHIESA SHAHINIAN & GIANTOMASI PC


By:     *s/ Robert E. Nies*
        Robert E. Nies (*pro hac vice*)
        George A. Spadoro (*pro hac vice*)
        Marc R. Lepelstat (*pro hac vice*)
        Michael R. Caruso (*pro hac vice*)
        One Boland Drive
        West Orange, New Jersey 07052
        Telephone: (973) 530-2012
        Facsimile: (973) 530-2022
Email:  rnies@csglaw.com

ANTONETTI MONTALVO & RAMIREZ COLL


By:     *s/Jose L. Ramirez-Coll*
        Jose L. Ramirez-Coll
        P.O. Box 13128
        Telephone: (787) 977-0303
        Facsimile: (787) 977-0323
        Email: jramirez@amrclaw.com

*Attorneys for Arc American, Inc.*