# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 31, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

- Fourth Monthly Fee Statement of Ankura Consulting Group, LLC October 1, 2017 to October 31, 2017

- Fifth Monthly Fee Statement of Ankura Consulting Group, LLC November 1, 2017 to November 30, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: February 5, 2018

_____
Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on February 5, 2018, by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

# **Exhibit A**

**Exhibit A**
Fee Statement Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Edificio Union Plaza PH-A Piso 18 | Avenida Ponce de León #416 | Hato Rey, San Juan | PR | 00918 | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org | Overnight Mail and Email |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Overnight Mail and Email |
| Financial Oversight and Management Board | Attn: Professor Arthur J. Gonzalez, FOMB Board Member | 40 Washington Square South | Office 314A | New York | NY | 10012 | | Overnight Mail |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | bwilliam@gklaw.com | Email |
| Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | | | | | | Mitchelln@gtlaw.com; Clearyd@gtlaw.com; Huttonj@gtlaw.com; Haynesn@gtlaw.com; fingerk@gtlaw.com; haynesn@gtlaw.com | Overnight Mail and Email |
| Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail and Email |
| Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege | 353 N. Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Overnight Mail and Email |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com | Overnight Mail and Email |
| Office of United States Trustee | Attn: Guy G. Gebhardt | 75 Spring Street SW | Room 362 | Atlanta | GA | 30303 | | Overnight Mail |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight Mail and Email |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; michaelcomerford@paulhastings.com; alexbongartz@paulhastings.com | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman & Chirs Theodoridis | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; ctheodoridis@proskauer.com | Overnight Mail and Email |
| The Commonwealth of Puerto Rico | Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan PR 00901 | Office of the Governor | La Fortaleza<br>63 Calle Fortaleza | San Juan | PR | 00901 | | Overnight Mail |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov | Overnight Mail and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1