# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :   PROMESA
THE FINANCIAL OVERSIGHT AND                                :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                          :
                                                           :
    as representative of                                   :   Case No. 17-BK-3283 (LTS)
                                                           :
THE COMMONWEALTH OF PUERTO RICO,                           :   (Jointly Administered)
et al.,                                                    :
                                                           :
    Debtors.¹                                              :
                                                           :
-----------------------------------------------------------x
                                                           :
In re                                                      :
                                                           :
THE FINANCIAL OVERSIGHT AND                                :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                          :   Title III
                                                           :
    as representative of                                   :
                                                           :   Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                               :
AUTHORITY (PREPA),                                         :   Court Filing Relates Only to PREPA
                                                           :
    Debtor.                                                :
-----------------------------------------------------------x
```

## SCOTIABANK DE PUERTO RICO, AS ADMINISTRATIVE AGENT, NOTICE OF FILING OF CERTIFIED ENGLISH TRANSLATION

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

To the Honorable United States District Judge Laura Taylor Swain:

1. Scotiabank de Puerto Rico ("Scotiabank"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("PREPA"), by and through its attorneys, filed a Response and Limited Objection at PREPA Docket No. 572 and Commonwealth Docket No. 2333, which appended a Spanish document, Joint Senate Resolution 196 of 2018, as Exhibit A. Scotiabank moved for leave to file the Spanish document and for leave to file an English translation by February 5, 2018 at PREPA Docket No. 590 and Commonwealth Docket No. 2347 (the "Translation Motions"). The Court granted the Translation Motions at PREPA Docket No. 593 and Commonwealth Docket No. 2350. Scotiabank hereby files a certified translation of Joint Senate Resolution 196.

Dated: February 5, 2018　　　　　　　　　　Respectfully submitted,

/s/ Antonio A. Arias
Antonio A. Arias　　　　　　　　　　　　　WACHTELL, LIPTON, ROSEN & KATZ
USDC-PR No. 204906　　　　　　　　　　　Richard G. Mason (admitted *pro hac vice*)
aaa@mcvpr.com　　　　　　　　　　　　　Emil A. Kleinhaus (admitted *pro hac vice*)
MCCONNELL VALDÉS LLC　　　　　　　　51 West 52nd Street
270 Muñoz Rivera Avenue, Suite 7　　　　　New York, New York 10019
Hato Rey, Puerto Rico 00918　　　　　　　Telephone: (212) 403-1000
P.O. Box 364225　　　　　　　　　　　　Facsimile: (212) 403-2000
San Juan, PR 00936-4225　　　　　　　　Email: rgmason@wlrk.com
Telephone: (787) 250-5604　　　　　　　　　　　　eakleinhaus@wlrk.com
Facsimile: (787) 759-9225

　　　　　　　　　　　　　　　　　　　　*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*