# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### AMENDED INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT FEBRUARY 7-8 2018 OMNIBUS HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding The Location And Procedures For Attendance Participation And Observation Of The February 7-8, 2018 Omnibus Hearing* (Dkt. No. 2258), the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the February 7-8, 2018 omnibus hearing (the "Omnibus Hearing").[2] The GO Group respectfully states as follows:

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

[2] This Amended Informative Motion and Notice shall supersede the GO Group's *Informative Motion and Notice of Request to be Heard at February 7-8, 2018 Omnibus Hearing*, filed on February 2, 2018. See Dkt. No. 2352. The members of the GO Group file this Amended Informative Motion and Notice exclusively on their own behalves and do not assume any fiduciary or other duties to any other creditor or person.

1. Karen R. Zeituni of Paul, Weiss, Rifkind, Wharton & Garrison LLP will appear on behalf of the GO Group in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. Ms. Zeituni does not intend to present argument on any of the matters listed on the Debtors' *Notice of Agenda of Matters Scheduled for the Hearing on February 7-8 at 9:30 A.M. (AST), 8:30 A.M. (EST)*, Dkt. No. 2407. The GO Group reserves the right, however, to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

[*The remainder of this page is intentionally left blank.*]

Dated: February 6, 2018                                   Respectfully submitted.

                                                          **JIMÉNEZ, GRAFFAM & LAUSELL**

By: /s/ J. Ramón Rivera Morales

J. Ramón Rivera Morales
   (USDC-PR No. 200701)
Andrés F. Picó Ramírez
   (USDC-PR No. 302114)
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Email: rrivera@jgl.com
        apico@jgl.com

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
|---|---|
| By: /s/ Andrew N. Rosenberg | By: /s/ Mark T. Stancil |
| Andrew N. Rosenberg* | Lawrence S. Robbins* |
| Kyle J. Kimpler* | Mark T. Stancil* |
| Karen R. Zeituni* | Gary A. Orseck* |
| 1285 Avenue of the Americas | Kathryn S. Zecca* |
| New York, NY 10019 | Ariel N. Lavinbuk* |
| Telephone: (212) 373-3000 | Donald Burke* |
| Email: arosenberg@paulweiss.com | 1801 K Street, NW |
|        kkimpler@paulweiss.com | Washington, D.C. 20006 |
|        kzeituni@paulweiss.com | Telephone: (202) 775-4500 |
| | Email: lrobbins@robbinsrussell.com |
| |        mstancil@robbinsrussell.com |
| |        gorseck@robbinsrussell.com |
| |        kzecca@robbinsrussell.com |
| |        alavinbuk@robbinsrussell.com |
| |        dburke@robbinsrussell.com |

*admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*