IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as a representative of <br><br> PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 3567-LTS |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of Jennifer P. Knox, Esquire of the law firm of Reed Smith LLP in the above-captioned proceeding as counsel on behalf of Siemens Transportation Partnership Puerto Rico, S.E. Claudia Springer and Andrew Soven of Reed Smith LLP and Albéniz Couret Fuentes and José Javier Santos Mimoso of Sepulvado, Maldonado & Couret will remain as counsel of record for Siemens Transportation Partnership Puerto Rico, S.E.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

Dated: February 6, 2018

Respectfully submitted,

SEPULVADO, MALDONADO & COURET

By: *s/Albéniz Couret Fuentes*  
    Albéniz Couret Fuentes  
    USDC-PR Bar No. 222207

    *s/José Javier Santos Mimoso*  
    José Javier Santos Mimoso  
    USDC-PR Bar No. 208207  
    304 Ponce de León - Suite 990  
    San Juan, PR 00918  
    Telephone: 787-765-5656  
    Facsimile: 787-294-0073  
    Email: acouret@smlawpr.com  
          jsantos@smlawpr.com

By: *s/Jennifer P. Knox*  
    Jennifer P. Knox (Pro Hac Vice)