# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-04780-LTS<br><br>Court Filing Relates Only to PREPA and Shall Only be Filed In Case No. 17-BK-04780-LTS and Main Case 17-BK-3283-LTS |

### ARC AMERICAN, INC.'S MOTION TO INFORM REGARDING ATTENDANCE AND PARTICIPATION AT FEBRUARY 7 AND 8, 2018 HEARING DATES

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. I7-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. I7-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. I7-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation "COFINA") (Bankruptcy Case No. I7-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

7305920.1

Arc American, Inc. ("**Arc**"), by and through its undersigned counsel, hereby submits this Second Amended Informative Motion in response to this Court's *Order Regarding Procedures For Attendance, Participation And Observation Of February 7-8, 2018, Omnibus Hearing* [Docket No. 2258, Main Case 17-BK-3283-LTS] (the "**Order**"), and respectfully states as follows:

1. Jose L. Ramirez-Coll, Esq., co-counsel to Arc, on behalf of Arc, will appear in person at the Hearing (as defined in the Order) in Courtroom 3 of the United States District Court for the District of Puerto Rico to monitor and observe the proceedings scheduled for hearing pursuant to Notice of Agenda of Matters Scheduled For The Hearing On February 7-8, 2018 At 9:30 A..M. (AST) and 8:30 A.M. (EST) (Docket # 2407 of Case No. 17-03283 LTS).

2. Arc reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above captioned Title III case.

Dated: February 6, 2018

    Respectfully submitted,

    CHIESA SHAHINIAN & GIANTOMASI PC

    By:   */s/ Robert E. Nies*
         Robert E. Nies (*pro hac vice* applicant)
         George A. Spadoro (*pro hac vice* applicant)
         Marc R. Lepelstat (*pro hac vice* applicant)
         Michael R. Caruso (*pro hac vice* applicant)
         One Boland Drive
         West Orange, New Jersey 07052
         Telephone: (973) 530-2012
         Facsimile: (973) 530-2022
         Email: rnies@csglaw.com

    -and-

    ANTONETTI MONTALVO & RAMIREZ COLL

7305920.1

        By:    */s/Jose L. Ramirez-Coll*
                  Jose L. Ramirez-Coll
                  P.O. Box 13128
                  Telephone: (787) 977-0303
                  Facsimile: (787) 977-0323
                  Email: jramirez@amrclaw.com

*Attorneys for Arc American, Inc.*

7305920.1