**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON FEBRUARY 7–8, 2018 AT 9:30 A.M. (AST), 8:30 A.M. (EST)**

**Time and Date of Hearing:**

**Wednesday, February 7, 2018**,
from 9:30 a.m. to 12:00 p.m.,
from 1:00 p.m. to 5:00 p.m.,
and, if necessary,
**Thursday, February 8, 2018**,
from 9:30 a.m. to 12:00 p.m.
(Atlantic Standard Time)

**Location of Hearing:**

Honorable Laura Taylor Swain, United States District Court Judge
**Courtroom 3**
United States District Court for the District of Puerto Rico
**Clemente Ruiz Nazario United States Courthouse**
**150 Carlos Chardón Avenue**
San Juan, P.R. 00918-1767

**Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[3] of the United States District Court for the Southern District of New York, **Daniel Patrick**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] New documents added since the previous agenda have been marked with an asterisk ("*").

[3] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

**Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**I. STATUS REPORTS:**

1. ***[Reserved].**

**II. UNCONTESTED MATTERS:**

1. **Commonwealth's Bar Date Motion.** Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof [**Case No. 17-3283, ECF No. 2255]**

   Description: Motion of the Commonwealth for entry of an order establishing deadlines and procedures for filing proofs of claim and approving the form and manner of notice thereof.

   Objection Deadline: Tuesday, January 23, 2018 at 4:00 p.m. (Atlantic Standard Time)

   Responses: None.

   Reply, Joinder & Statement Deadlines: Tuesday, January 30, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, January 31, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:

   A. Statement of Official Committee of Unsecured Creditors in Response to Debtors Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claims and (B) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 2289]**

Related Documents:

A. Reservation of Rights of the Ad Hoc Group of General Obligation Bondholders as to the Debtors' Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 2284]**

B. Notice of Filing of Revised Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 2286]**

C. ERS Secured Creditors' Reservation of Rights with Respect to the Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof **[Case No. 17-3283, ECF No. 2287]**

Status: This matter is going forward.

Estimated Time Required: 15 minutes

## III. CONTESTED MATTERS:

1. **Abengoa's Motion for Relief from the Automatic Stay.** Abengoa, S.A. and Abengoa Puerto Rico, S.E.'s Motion and Memorandum for a Modified Lift of Stay to Require PREPA to Coordinate the Conclusion of Trial **[Case No. 17-4780, ECF No. 528]**

Description: Motion by Abengoa for a modified lift of stay of the San Juan Power Plant Litigation.

Objection Deadline: Tuesday, January 23, 2018 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Objection of Puerto Rico Electric Power Authority to Abengoa, S.A. and Abengoa Puerto Rico, S.E.'s Motion for a Modified Lift of Stay **[Case No. 17-4780, ECF No. 541]**

Reply, Joinder & Statement Deadlines: Tuesday, January 30, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, January 31, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:

A. Abengoa's Reply Memorandum to PREPA'S Objection to Motion and Memorandum for a Modified Lift-Of-Stay to Require PREPA to Coordinate Conclusion Of Trial **[Case No. 17-4780, ECF No. 554]**

Related Documents:

A. Order Scheduling Briefing of Abengoa, S.A. and Abengoa Puerto Rico, S.E.'s Motion and Memorandum for a Modified Lift of Stay to Require PREPA to Coordinate the Conclusion of Trial **[Case No. 17-4780, ECF No. 530]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes

## IV. ADJOURNED MATTERS:

1. **Tamrio Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614]**

Description: Tamrio's motion to compel HTA to assume or reject its contract.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [**Case No. 17-3283, ECF No. 816]**

B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:

A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 862]**

Related Documents:

A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

Status: This matter has been adjourned until the March 7, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

2. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 627]**

   Description: Constructora Santiago's motion to compel HTA to assume or reject its contract.

   Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:

   A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**

   B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

   Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Reply:

   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 863]**

   Related Documents:

   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

   Status: This matter has been adjourned until the March 7, 2018 omnibus hearing.

   Estimated Time Required: 5 minutes.

3. **Ferrovial SA Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 685]**

   Description: Ferrovial SA's motion to compel HTA to assume or reject its contract.

   Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:

   A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**

B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:

A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 866]**

Related Documents:

A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

Status: This matter has been adjourned until the March 7, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

4. **Ferrovial Agroman LLC Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 686]**

Description: Ferrovial LLC's motion to compel HTA to assume or reject its contract.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:

A. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:

A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 865]**

Related Documents:

A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

Status: This matter has been adjourned until the March 7, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

5. **Unions' Employment Arbitration and Grievance Proceedings Motion.** Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2245]**

   Description: Motion by AFSCME and AFT with respect to the processing through resolution of employment arbitration and grievance proceedings.

   Objection Deadline: Tuesday, January 23, 2018 at 4:00 p.m. (Atlantic Standard Time)

   Responses: None.

   Reply, Joinder & Statement Deadlines: Tuesday, January 30, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, January 31, 2018 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
   A. Joinder Of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO, and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration And Grievance Proceedings **[Case No. 17-3283, ECF No. 2249]**

   Related Documents:
   A. Joint Informative Motion Regarding the Consensual Adjournment of the CBA Counterparties' Motion for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2315]**

   Status: This matter has been adjourned until the March 7, 2018 omnibus hearing.

   Estimated Time Required: 5 minutes

6. **Commonwealth's Lease Assumption Motion.** Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 1881]**

Description: Motion by the Commonwealth to authorize the Commonwealth to assume that certain Assignment of Usufruct Agreement dated August 11, 2016 by and between Eduardo José Mandry Mercado and Lucía Casas Casal and the Puerto Rico Police Department.

Objection Deadline: Wednesday, December 6, 2017 at 4:00 p.m. (Atlantic Standard Time)

Responses:

A. Motion in Opposition to Petition (Docket 1881) and in Response to Order (Docket 1885) **[Case No. 17-3283, ECF No. 1933]**

Reply, Joinder & Statement Deadlines: Tuesday, December 12, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, December 13, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Reply:

A. Commonwealth of Puerto Rico's Response to Opposition Filed by Javier Mandry Mercado to Motion for an Order Authorizing Assumption of Agreement with Eduardo Mandry Mercado And Lucía Casa Casal Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 1991]**

Related Documents:

A. Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case Management and Administrative Procedure **[Case No. 17-3283, ECF No. 1880]**

B. Order Granting Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 1885]**

C. Reply to 'Response to Commonwealth of Puerto Rico's Response to Opposition filed by Javier Mandry Mercado to Motion for an Order Authorizing Assumption of Agreement with Eduardo Mandry Mercado and Lucia Casa Casal Pursuant to Bankruptcy Code Section [365]' **[Case No. 17-3283, ECF No. 2196]**

D. Informative Motion Regarding the Consensual Adjournment of Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casa Casal Pursuant to Bankruptcy Code Section 365 to the March 7, 2018 Omnibus Hearing **[Case No. 17-3283, ECF No. 2404]**

Status: This matter has been adjourned until the March 7, 2018 omnibus hearing.

Estimated Time Required: 5 minutes

7. **PREPA's Urgent Post-Petition Financing Motion.** Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administration Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2298]**

   Description: Joint motion of the Financial Oversight and Management Board and Fiscal Agency and Financial Advisory Authority for entry of orders authorizing postpetition secured financing, granting priming liens and providing superpriority administration expense claims, modifying the automatic stay, scheduling a final hearing, and granting related relief.

   Objection Deadline: Thursday, February 1, 2018 at 6:00 p.m. (Atlantic Standard Time)

   Responses:

   A. Limited Objection By and Reservation of Rights of Arc American, Inc. to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2328]**

   B. The Ad Hoc Group of General Obligation Bondholders' (I) Objection to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief, and (II) Urgent Cross-Motion, in the Alternative, to Intervene [**Case No. 17-3283, ECF No. 2329]**

   C. Response and Limited Objection of Scotiabank de Puerto Rico, as Administrative Agent, to Urgent Motion for Entry of an Interim Order Authorizing Postpetition Secured Financing [**Case No. 17-3283, ECF No. 2333]**

   D. Siemens Transportation Partnership Puerto Rico, S.E.'s Limited Objection with Respect to the Urgent Motion for Postpetition Secured Financing, Priming Liens, and Providing Superpriority Administrative Expense Claims [**Case No. 17-3283, ECF No. 2335]**

   E. Objection of National Public Finance Guarantee Corporation to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and The Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2340]**

F. Objection and Reservation of Rights of PREPA Bond Trustee to Urgent Motion Of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2341]**

G. Objection of Ad Hoc Group of PREPA Bondholders to Urgent Joint Motion of The Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 570]**

H. Limited Objection of Whitefish Energy Holdings, LLC to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing; and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 571]**

I. Ambac Assurance Corporation's (I) Objection to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Interim and Final Financing Orders, and (II) Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-4780, ECF No. 583]**

J. Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 585]**

Reply, Joinder & Statement Deadlines: Saturday, February 3, 2018, at 6:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:

A. Statement of Solus Alternative Asset Management LP in Response to the Urgent Joint Motion for Postpetition Secured Financing [**Case No. 17-3283, ECF No. 2337]**

B. Statement of Official Committee of Unsecured Creditors in Response to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of

Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2359]**

C. Joinder of U.S. Bank National Association in its Capacity as PREPA Bond Trustee to Objections to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, And (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2377]**

<u>Related Documents</u>:

A. Order Granting Urgent Motion for Extension of Deadlines and Leave to File Excess Pages in Connection with Third Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 2297]**

B. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2320]**

C. Order Scheduling Briefing in Connection with the Urgent Motion Seeking Clarification of the Scope of the Interim Financing Hearing **[Case No. 17-3283, ECF No. 2321]**

D. Objection of Arc American, Inc. to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2330]**

E. Urgent Motion of the Ad Hoc Group of General Obligation Bondholders to Expedite Consideration of the Ad Hoc Group of General Obligation Bondholders' Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 2331]**

F. Objection of the Ad Hoc Group of General Obligation Bondholders to the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the

Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2332]**

G. Objection of Scotiabank De Puerto Rico, as Administrative Agent, to Oversight Board's Urgent Motion to Clarify the Scope of the Interim Hearing on the Financing Motion **[Case No. 17-3283, ECF No. 2334]**

H. Joinder of U.S. Bank National Association in its Capacity as PREPA Bond Trustee to the Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2343]**

I. Notice of Filing Secured Superpriority Post-Petition Revolving Credit Loan and Security Agreement in Connection with Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2344]**

J. Order Granting the Urgent Motion of the Ad Hoc Group of General Obligation Bondholders to Expedite Consideration of the Ad Hoc Group of General Obligation Bondholders' Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 2349]**

K. Reply Brief in Support of Urgent Motion of the Financial Oversight And Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of The Financial Oversight And Management Board For Puerto Rico And The Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2367]**

L. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to Exceed Page Limit in its Reply Brief in Support of Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial

Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2369]**

M. Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 558]**

N. Joinder of National Public Finance Guarantee Corporation to the Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 561]**

O. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 564]**

P. Declaration of Stephen J. Spencer in Support of the Ad Hoc Group of PREPA Bondholders' Objection to the Oversight Board's Motion Seeking Debtor in Possession Financing **[Case No. 17-4780, ECF No. 577]**

Q. Motion to File Under Seal **[Case No. 17-4780, ECF No. 579]**

R. Joinder of Syncora Guarantee Inc. to Urgent Objection of Ad Hoc Group of PREPA Bondholders to the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory

Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 581]**

S. Supplement to Joinder of National Public Finance Guarantee Corporation to the Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 582]**

T. Ambac Assurance Corporation's Objection to the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing **[Case No. 17-4780, ECF No. 584]**

U. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to Exceed Page Limit in its Reply Brief in Support of Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and The Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 601]**

V. Order Granting Motion to File Declaration Under Seal **[17-4780, ECF No. 613]**

W. Order Denying the Urgent Motion of the Oversight Board to Clarify the Scope of the Interim Financing Hearing **[17-3283, ECF No. 2394]**

X. Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board For Puerto Rico, As Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-3283, ECF No. 2395]**

Y. PREPA Opposition to Cross-Motions to Intervene Filed by Ad Hoc Group of General Obligation Bondholders and Ambac Assurance Corporation **[17-3283, ECF No. 2396]**

Z. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to Exceed Page Limit in its Omnibus Reply to Responses to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-3283, ECF No. 2397]**

AA. Notice of Filing of Exhibits to Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, And (E) Granting Related Relief **[17-3283, ECF No. 2398]**

BB. Urgent Informative Motion of the Financial Oversight and Management Board for Puerto Rico Withdrawing Request for Interim Financing with Respect to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-3283, ECF No. 2399]**

CC. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-4780, ECF No. 623]**

DD. *Reply of the Ad Hoc Group of General Obligation Bondholders in Support of Urgent Cross-Motion, in The Alternative, to Intervene **[17-3283, ECF No. 2405]**

EE. *Urgent Motion of Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee, Inc., and PREPA Bond Trustee to Set Briefing Schedule Relating to Final Relief Requested in Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying

the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-04780, ECF No. 627]**

FF. *Scotiabank De Puerto Rico, as Administrative Agent, Notice of Filing of Certified English Translation **[17-3283, ECF No. 2411]**

GG. *Ambac Assurance Corporation's Reply in Further Support of its Urgent Cross-Motion, in the Alternative, to Intervene **[17-04780, ECF No. 630]**

HH. *Joint Objection of Oversight Board and Puerto Rico Fiscal Agency and Financial Advisory Authority to Urgent Motion of Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee, Inc., and PREPA Bond Trustee to Set Briefing Schedule Relating to Final Relief Requested in Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-3283, ECF No. 2412]**

II. *Order Granting Urgent Motion of Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee, Inc., and PREPA Bond Trustee to Set Briefing Schedule Relating to Final Relief Requested in Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[17-3283, ECF No. 2415]**

Status: The Oversight Board has agreed to continue this Motion to a hearing scheduled for February 15, 2018, time to be set by the Court.

Estimated Time Required: To Be Determined.

Dated: February 6, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square

New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*<u>/s/ Hermann D. Bauer</u>*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*