## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*,

        Debtors.

PROMESA
Title III

Case No. 17-BK-3283 (LTS)

(Jointly Administered)

---

*In re*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA)

        Debtor.

PROMESA
Title III

Case No. 17-BK-04780 (LTS)

**Court Filing Relates Only to PREPA**

---

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

    I hereby certify that Scotiabank de Puerto Rico, as administrative agent for certain lenders (hereafter "Scotiabank"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Third Amended Notice, Case Management and Administrative Procedures* Order (Docket No. 1512 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the document titled: *Scotiabank de Puerto Rico, as Administrative Agent, Notice of Filing of Certified English Translation* (Docket No. 631 of Case No. 17-04780 (LTS)), **by electronic mail upon all the parties listed in the Master Service List on FEBRUARY 5th, 2018, and was sent by U.S. mail on FEBRUARY 6th, 2018 upon all the Standard Parties listed in the CMP Order**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of February, 2018.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com

- 2 -