**<u>Exhibit 2</u>**

**Budget**

**Puerto Rico Electric Power Authority ("PREPA")**
13 Week Cash Flow Model

| ($ in millions) | | Actual | Actual | Actual | Actual | Actual | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 14 Weeks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Week ending | 12/29 | 01/05 | 01/12 | 01/19 | 01/26 | 02/02 | 02/09 | 02/16 | 02/23 | 03/02 | 03/09 | 03/16 | 03/23 | 03/30 | 04/06 | 04/13 | 04/20 | 04/27 | 05/04 | |
| | **Receipts** | | | | | | | | | | | | | | | | | | | | |
| | Customer collections | $ 14.3 | $ 16.5 | $ 24.6 | $ 23.5 | $ 28.5 | $ 99.2 | $ 18.1 | $ 17.9 | $ 17.2 | $ 17.8 | $ 17.6 | $ 17.7 | $ 18.6 | $ 18.8 | $ 20.8 | $ 20.9 | $ 28.0 | $ 28.0 | $ 31.2 | $ 371.8 |
| | Transfers from Emergency Account | - | 47.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Insurance Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **Total Receipts** | $ 14.3 | $ 64.2 | $ 24.6 | $ 23.5 | $ 28.5 | $ 99.2 | $ 18.1 | $ 17.9 | $ 17.2 | $ 17.8 | $ 17.6 | $ 17.7 | $ 18.6 | $ 18.8 | $ 20.8 | $ 20.9 | $ 28.0 | $ 28.0 | $ 31.2 | $ 371.8 |
| | **Disbursements** | | | | | | | | | | | | | | | | | | | | |
| Eligible | **Energy Purchases** | | | | | | | | | | | | | | | | | | | | |
| Eligible | Power purchase - AES | $ 13.7 | $ - | $ - | $ 13.7 | $ - | $ 13.9 | - | 22.6 | 12.5 | 12.5 | - | 12.5 | - | - | 4.8 | 3.6 | 3.6 | - | 7.6 | $ 93.6 |
| Eligible | Power purchase - EcoElectrica | - | - | - | - | - | - | 24.1 | - | 26.5 | - | 28.4 | - | 28.8 | - | 7.2 | 7.2 | 7.2 | 7.2 | 6.2 | 142.9 |
| Eligible | Power purchase - Renewable sources | - | - | - | - | - | - | - | 11.3 | - | - | - | - | - | - | - | - | - | - | - | 11.3 |
| Eligible | Fuel purchase - Fleet and storage | - | - | 0.4 | 0.1 | - | - | 3.4 | 1.5 | - | - | - | 1.5 | - | - | - | 1.5 | - | - | - | 7.9 |
| Eligible | Fuel purchase - Freepoint | - | 4.6 | 9.2 | 4.4 | 9.0 | 4.4 | 9.0 | 4.4 | 9.2 | 4.6 | 9.6 | 10.0 | 23.1 | 9.6 | 4.9 | 22.7 | 29.0 | 9.7 | 16.4 | 166.4 |
| Eligible | Fuel purchase - Puma | 9.6 | 5.6 | 12.0 | 9.8 | 15.9 | 14.2 | 6.4 | 9.1 | 7.6 | 8.7 | 6.6 | 9.5 | 6.8 | 9.1 | 2.3 | 2.3 | 2.3 | 2.3 | 4.6 | 91.6 |
| Eligible | LNG purchase - Fenosa | - | - | 13.9 | - | - | - | 16.0 | - | - | 11.1 | - | 15.1 | 4.6 | 4.6 | 4.6 | 4.6 | 6.3 | 6.3 | 6.3 | 79.4 |
| | **Subtotal Energy Purchases** | $ 23.3 | $ 10.2 | $ 35.5 | $ 28.0 | $ 24.9 | $ 32.5 | $ 58.9 | $ 48.9 | $ 55.7 | $ 36.9 | $ 44.6 | $ 48.6 | $ 63.4 | $ 23.3 | $ 23.8 | $ 41.9 | $ 48.3 | $ 25.4 | $ 41.0 | $ 593.1 |
| | **Other Disbursements** | | | | | | | | | | | | | | | | | | | | |
| Eligible | Estimated Payroll | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | - | 7.8 | 54.6 |
| Eligible | Social security | 2.8 | - | 2.5 | - | 2.4 | - | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | - | 2.0 | 14.2 |
| Eligible | Payroll taxes | 0.6 | - | 0.6 | - | 1.8 | - | 1.1 | - | 1.1 | - | 1.1 | - | 1.1 | - | 1.1 | - | 1.1 | - | 1.1 | 7.7 |
| Eligible | Contributions to employee benefit programs | 5.0 | - | 5.3 | - | 5.3 | - | 5.5 | - | 5.5 | - | 5.5 | - | 5.5 | - | 5.5 | - | 5.5 | - | 5.5 | 38.5 |
| Eligible | Medical benefit costs | 1.0 | 3.8 | 9.0 | - | - | 1.8 | 7.2 | - | 1.8 | - | 5.8 | - | - | - | 5.8 | - | - | - | 5.8 | 28.2 |
| Eligible | Workers compensation / disability funding | - | - | 3.4 | - | - | - | - | - | - | - | 6.0 | - | - | - | - | - | - | - | - | 6.0 |
| Ineligible | Estimated Gross Overtime | 5.6 | - | 4.8 | - | 3.0 | - | 3.5 | - | 3.5 | - | 3.5 | - | 3.5 | - | 3.5 | - | 3.5 | - | 3.5 | 24.5 |
| Ineligible | Contract Labor - Title III | - | - | 2.0 | - | 0.3 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 1.9 | 24.7 |
| Eligible | Contract Labor - Other | - | - | 0.0 | - | - | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 6.8 |
| | **Employee Disbursements & Contract Labor** | $ 22.8 | $ 3.8 | $ 35.4 | $ - | $ 20.6 | $ 3.7 | $ 29.1 | $ 1.9 | $ 29.6 | $ 1.9 | $ 28.1 | $ 2.4 | $ 22.3 | $ 2.4 | $ 28.1 | $ 2.4 | $ 22.3 | $ 2.4 | $ 28.1 | $ 205.1 |
| | **Other Disbursements** | | | | | | | | | | | | | | | | | | | | |
| Eligible | Insurance premiums | - | - | 0.9 | - | - | - | - | 0.1 | - | - | 1.5 | - | - | - | 0.3 | - | - | - | - | 2.0 |
| Eligible | Maintenance Disbursements | - | - | 0.6 | 1.0 | 1.5 | - | 3.2 | 3.2 | 3.2 | 4.5 | 4.5 | 4.5 | 4.5 | 4.5 | 3.9 | 3.9 | 3.9 | 3.9 | 4.3 | 52.0 |
| Eligible | Employee expense reimbursements | - | - | - | - | - | - | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 5.2 |
| Eligible | Additional accounts payable | - | - | 2.6 | 5.1 | 3.0 | 2.8 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 | 34.0 |
| Eligible | Other | 2.3 | 4.2 | (5.3) | (1.1) | 1.2 | 3.2 | - | - | - | - | - | - | - | - | - | - | - | - | - | 3.2 |
| | **Subtotal Other Disbursements** | $ 2.3 | $ 4.2 | $ (1.3) | $ 5.1 | $ 5.7 | $ 6.0 | $ 6.0 | $ 6.2 | $ 6.0 | $ 7.3 | $ 7.3 | $ 8.8 | $ 7.3 | $ 7.3 | $ 6.7 | $ 7.0 | $ 6.7 | $ 6.7 | $ 7.1 | $ 96.4 |
| | **Total Disbursements** | $ 48.4 | $ 18.2 | $ 69.6 | $ 33.1 | $ 51.1 | $ 42.2 | $ 94.0 | $ 57.0 | $ 91.4 | $ 46.1 | $ 80.0 | $ 59.8 | $ 93.0 | $ 33.0 | $ 58.6 | $ 51.4 | $ 77.3 | $ 34.5 | $ 76.3 | $ 894.6 |
| | **Net Cash Flow** | $ (34.0) | $ 46.0 | $ (45.0) | $ (9.6) | $ (22.7) | $ 57.0 | $ (75.9) | $ (39.1) | $ (74.2) | $ (28.3) | $ (62.4) | $ (42.1) | $ (74.4) | $ (14.2) | $ (37.8) | $ (30.5) | $ (49.4) | $ (6.5) | $ (45.0) | $ (522.8) |
| | **Opening Balance** | $ 242.2 | 208.1 | 259.9 | 219.9 | $ 187.0 | $ 187.5 | 233.8 | 157.9 | 118.8 | 44.6 | 16.3 | (46.1) | (88.2) | (162.6) | (176.9) | (214.7) | (245.1) | (294.5) | (301.0) | $ 187.5 |
| | Net Operating Cash Flows | (34.0) | 46.0 | (45.0) | (9.6) | (22.7) | 57.0 | (75.9) | (39.1) | (74.2) | (28.3) | (62.4) | (42.1) | (74.4) | (14.2) | (37.8) | (30.5) | (49.4) | (6.5) | (45.0) | (522.8) |
| | Proceeds Transferred to Restricted Accounts | - | 5.8 | 5.0 | - | - | (10.8) | - | - | - | - | - | - | - | - | - | - | - | - | - | (10.8) |
| | **Ending Balance, before Emergency Related** | $ 208.1 | 259.9 | 219.9 | 210.3 | 164.3 | 233.8 | 157.9 | 118.8 | 44.6 | 16.3 | (46.1) | (88.2) | (162.6) | (176.9) | (214.7) | (245.1) | (294.5) | (301.0) | (346.1) | $ (346.1) |
| | **Emergency Related** | | | | | | | | | | | | | | | | | | | | |
| Ineligible | Emergency Spend | $ - | $ (15.4) | $ (9.7) | $ (50.3) | $ - | $ (51.8) | $ (25.0) | $ (12.5) | $ (44.5) | $ (44.5) | $ (44.5) | $ (44.5) | $ (12.5) | $ (12.5) | $ (44.5) | $ (32.0) | $ (32.0) | $ - | $ (114.0) | $ (514.8) |
| | FEMA Reimbursements | - | 15.4 | 9.7 | 27.0 | 23.2 | 51.8 | 25.0 | 12.5 | 44.5 | 44.5 | 44.5 | 44.5 | 12.5 | 12.5 | 44.5 | 32.0 | 32.0 | - | 21.0 | 421.8 |
| | **Subtotal Other Disbursements** | $ - | $ - | $ - | $ (23.3) | $ 23.2 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (93.0) | $ (93.0) |
| | **Ending Balance** | $ 208.1 | 259.9 | 219.9 | 187.0 | 187.5 | 233.8 | 157.9 | 118.8 | 44.6 | 16.3 | (46.1) | (88.2) | (162.6) | (176.9) | (214.7) | (245.1) | (294.5) | (301.0) | (439.0) | $ (439.0) |