# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

## PEAJE INVESTMENTS LLC'S AMENDED INFORMATIVE MOTION
## REGARDING THE FEBRUARY 7-8, 2018 OMNIBUS HEARING

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc. Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title III cases, hereby submits this Amended Informative Motion in response to the Court's January 17 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 2258]) (the "Order") concerning attendance at the February 7-8 Omnibus Hearing (the "Hearing").[1]

---

[1] This Amended Informative Motion shall supersede Peaje's *Informative Motion and Notice of Request to be Heard at the February 7-8, 2018 Omnibus Hearing*, filed on February 2, 2018. *See* Dkt. No. 2353.

Pursuant to the Order, the undersigned counsel hereby informs the Court that Dora L. Monserrate Peñagarícano and Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom. Counsel will not attend the hearing in the New York courtroom.

**RESPECTFULLY SUBMITTED**, this 6th day of February, 2018.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| |   /s/ Allan S. Brilliant   _ |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | Andrew C. Harmeyer (*pro hac vice*) |
| Guaynabo, Puerto Rico 00968 | 1095 Avenue of the Americas |
| Phone:   (787) 620-5300 | New York, New York 10036 |
| Fax:     (787) 620-5305 | |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of February 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: February 6, 2018

                                                */s/ Brett Stone*
                                                By: Brett Stone
                                                Title: Paralegal, Dechert LLP