# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 9:30 AM (AST)
Started: 9:43 AM (AST)
Ended: 10:36 AM (AST)

**MINUTES OF PROCEEDINGS BEFORE**  DATE:  February 7, 2018
**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors | 3:17-BK-3283 (LTS)<br><br>(Jointly Administrated) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Power Authority<br>Debtor | 3:17-BK-4780 (LTS)<br><br>(Jointly Administrated) |

**Omnibus Hearing held.**

**Uncontested Matters:**

- Motion for Order (A) Establishing Deadlines and Procedures for Filing Proofs of Claim and (B) Approving Form and Manner of Notice Thereof filed by Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, Puerto Rico Highways and Transportation Authority, Puerto Rico

Omnibus Hearing
February 7, 2018

Sales Tax Financing Corporation (COFINA), the Employees Retirement System of the Government of Commonwealth of Puerto Rico [Case No. 17-3283, ECF No. 2255].

- o  Granted subject to the additional changes discussed in court.
- o  The debtors shall submit to the Court a proposed revised order.

**Contested Matters:**

- Motion for Relief from Stay under 362 [e] filed by Abengoa, S.A., Abengoa Puerto Rico, S.E. [Case No. 17-4780, ECF No. 528].
    - o  Parties reached an agreement on the limited modification of the automatic stay.
    - o  Parties will submit to the Court a proposed stipulated order.

**Adjourned Matters:**

1. **Tamrio Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 614].

2. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 627].

3. **Ferrovial SA Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 685].

4. **Ferrovial Agroman LLC Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 686].

5. **Unions' Employment Arbitration and Grievance Proceedings Motion.** Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings [Case No. 17-3283, ECF No. 2245].

6. **Commonwealth's Lease Assumption Motion.** Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365 [Case No. 17-3283, ECF No. 1881].

7. **PREPA's Urgent Post-Petition Financing Motion.** Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial

Omnibus Hearing
February 7, 2018

Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administration Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [Case No. 17-3283, ECF No. 2298].

s/Carmen Tacoronte

Carmen Tacoronte
Courtroom Deputy Clerk
