UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This document relates to PREPA Title III case only |

ORDER REGARDING THE LOCATION AND PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF THE FEBRUARY 15, 2018, FINAL HEARING ON PREPA FINANCING MOTION

    An evidentiary hearing on the Financing Motion filed in the above-captioned Title III proceeding (Case No. 17-4780-LTS, Dkt. Entry No. 549) will take place on February 15,

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

2018, beginning at 10:30 a.m. (Atlantic Standard Time) in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.  The hearing will be conducted from 10:30 a.m. (Atlantic Standard Time) to 2:00 p.m. (Atlantic Standard Time), and resume from 3:00 p.m. (Atlantic Standard Time) to 6:00 p.m. (Atlantic Standard Time).

Proponents of the Financing Motion (collectively) and Opponents of the Financing Motion (collectively) will each be allocated **three hours** to present their arguments and conduct witness examinations.  Counsel are expected to avoid duplicative argumentation.  The declarations submitted by the parties will constitute direct testimony of any witness.  In advance of the hearing, the parties shall confer regarding the (i) division among themselves of the allocated time and (ii) handling of any confidential information that has been filed under seal that may arise in the course of witness testimony.

The parties must file a joint statement by **February 13, 2018, at 5:00 p.m.** (Atlantic Standard Time) that (i) identifies each witness that will be examined and (ii) details the order of presentations and witness testimony, including time allocations for each presentation or examination.

Counsel are directed to review, mark, and designate exhibits in advance of the hearing.  Three courtesy copies of the designated exhibits must be delivered to the New York chambers of the undersigned by **February 14, 2018, at 12:00 p.m.** (Atlantic Standard Time).  The exhibits must be enclosed in binders, or spiral-bound, with tabs.

**Counsel who intend to present argument at the hearing must file an Informative Motion** stating their name, the party for which they intend to appear, and the location (New York or San Juan) at which they intend to appear, **no later than February 12, 2018 at 12:00 p.m.** (Atlantic Standard Time).  In addition to identifying Counsel who intend to present argument or examine witnesses at the Hearing, **such Informative Motion must also include the name(s) of Counsel who wish to attend the Hearing and be seated at Counsel's table**.  Such information is necessary in order to ensure appropriate courtroom allocations in New York and San Juan.

Other attorneys, members of the press and the general public may attend and observe the hearing in either of the courtrooms.  There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse.  Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone.  Such attorneys must register with CourtSolutions by **February 12, 2018 at 12:00 p.m.** (Atlantic Standard Time) at www.court-solutions.com and pay the fee established by CourtSolutions.  No recording or retransmission of the hearing is permitted by any person, including, but not limited

to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press.

Counsel seeking to bring electronic devices into the courtroom for the hearing must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **5:00 p.m. (Atlantic Standard Time) on February 12, 2018**.  Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")).  Counsel's attention is directed to the technical and device usage restrictions detailed in the Standing Order, and counsel are reminded that devices may not be used for communications purposes in the courtroom.

SO ORDERED.

Dated: February 9, 2018

 /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge