UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This document relates to PREPA Title III case only |

<u>ORDER GRANTING LIMITED INTERVENTION IN CONNECTION WITH THE FINANCING MOTION</u>

The Court has received and reviewed motions seeking leave to intervene (collectively, the "Intervention Motions") and be heard in connection with the Financing Motion (Docket Entry No. 549)[2] filed by (i) the Ad Hoc Group of General Obligation Bondholders

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

[2]  All docket entries refer to 17 BK 4780, unless otherwise specified.

(Docket Entry No. 566) and (ii) Ambac Assurance Corporation (Docket Entry No. 583).  The Court has considered all of the submissions carefully.  In light of preclusive nature of certain relief sought in the proposed order submitted in connection with the Financing Motion, the Court hereby finds that the Movants constitute interested entities and grants the Intervention Motions, to the extent provided herein, pursuant to Federal Rule of Bankruptcy Procedure 2018(a).  The Court hereby accepts the substantive briefs submitted by the Movants in response to the Financing Motion, and authorizes the Movants to participate as Opponents in the February 15, 2018, evidentiary hearing on the Financing Motion, subject to the time limitations and consultation requirements established in the Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the February 15, 2018, Final Hearing on PREPA Financing Motion* (Docket Entry No. 658).  The Order resolves Docket Entry Nos. 566 and 583 in 17 BK 4780.

       SO ORDERED.

Dated: February 9, 2018

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge