# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17-BK-3283-LTS <br><br> (Jointly Administered) |
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"), <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17-BK-4780-LTS |

**INFORMATIVE MOTION OF
FINANCIAL GUARANTY INSURANCE COMPANY FOR APPEARANCE
AT FEBRUARY 15, 2018, FINAL HEARING ON PREPA FINANCING MOTION**

To the Honorable United States Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("***FGIC***"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) the Commonwealth of Puerto Rico ( "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("PRHTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Insurance Company for Appearance at February 15, 2018, Final Hearing on PREPA Financing Motion*.[2] In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland intends to appear on behalf of FGIC at the final hearing on the Financing Motion on February 15, 2018, in courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. María E. Picó intends to appear by video teleconference on behalf of FGIC at the final hearing on the Financing Motion on February 15, 2018, in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. Further, Martin A. Sosland and María E. Picó do not intend to present argument at the final hearing on the Financing Motion. FGIC reserves the right to respond to, as appropriate, any statements made by any party in connection with the Financing Motion, the above-captioned Title III cases or any adversary proceedings currently pending in the above-captioned Title III cases.

Dated: February 9, 2018.

                                    Respectfully submitted,

                                    REXACH & PICÓ, CSP

                                    By: /s/ *María E. Picó*
                                        María E. Picó, USDC-PR 123214
                                        802 Ave. Fernández Juncos
                                        San Juan PR 00907-4315
                                        Telephone: (787) 723-8520
                                        Facsimile: (787) 724-7844

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in the *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the February 15, 2018, Final Hearing on PREPA Financing Motion* [Dkt. # 2448].

    E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*
    Martin A. Sosland (*pro hac vice*)
    5430 LBJ Freeway, Suite 1200
    Dallas, TX 75240
    Telephone: (469) 680-5502
    Facsimile: (469) 680-5501
    E-mail: martin.sosland@butlersnow.com

    Stanford G. Ladner (*pro hac vice*)
    1700 Broadway, 41st Floor
    New York, NY 10019
    Telephone: (646) 606-3996
    Facsimile: (646) 606-3995
    E-mail: stan.ladner@butlersnow.com

    Christopher R. Maddux (*pro hac vice*)
    J. Mitchell Carrington (*pro hac vice*)
    1020 Highland Colony Parkway, Suite 1400
    Ridgeland, MS 39157
    Telephone: (601) 985-2200
    Facsimile: (601) 985-4500
    E-mail: chris.maddux@butlersnow.com
     mitch.carrington@butlersnow.com

    Jason W. Callen (*pro hac vice*)
    150 3rd Avenue, South, Suite 1600
    Nashville, TN 37201
    Telephone: (615) 651-6774
    Facsimile: (615) 651-6701
    E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: February 9, 2018.

          Respectfully submitted,

          By: */s/ Martin A. Sosland*
            Martin A. Sosland

          *Attorney for Financial Guaranty Insurance Company*

40599168.v1