UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF AAFAF, ON BEHALF OF PREPA, FOR APPEARANCE AT FEBRUARY 15, 2018 DIP HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent for the Puerto Rico Electric Power Authority ("PREPA"), through undersigned counsel, respectfully submits this Informative Motion in response to the Court's order entered on February 9, 2018 [Case No. 17-BK-3283, ECF No. 2448] regarding the attendance and participation at the February 15, 2018 Hearing (the "Hearing") on the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and The Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

*Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17-BK-3283, ECF No. 2298] (as amended, the "DIP Motion").

1. Nancy A. Mitchell, Maria J. DiConza, David D. Cleary, Kevin D. Finger, Joseph P. Davis III, Mian R. Wang, and Thomas O. Lemon of Greenberg Traurig, LLP intend to appear in person at the Hearing in the New York courtroom.

2. Kevin D. Finger and Joseph P. Davis III will present argument on behalf of AAFAF with respect to the DIP Motion.

WHEREFORE, AAFAF respectfully requests that the Court take notice of the above.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 10, 2018
      San Juan, Puerto Rico

Respectfully submitted,

/s/   Nathan A. Haynes

Nancy A. Mitchell
David D. Cleary
Nathan A. Haynes
Kevin D. Finger
(Admitted *Pro Hac Vice*)
**GREENBERG TRAURIG LLP**
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA*

/s/   Katiuska Bolaños Lugo

Arturo Diaz-Angueira (USDC No. 117907)
Katiuska Bolaños Lugo (USDC No. 231812)
**CANCIO, NADAL, RIVERA & DIAZ, PSC**
403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Tel: (787) 767-9625
Fax: (787) 622-2230

*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA*