# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.<br><br>           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE COFINA SENIOR BONDHOLDERS' COALITION REGARDING ITS REQUEST TO BE HEARD AT THE FEBRUARY 15, 2018 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The COFINA Senior Bondholders' Coalition[2] hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of the February 15, 2018 Final Hearing on PREPA Financing Motion* (Dkt. No. 2448) (the "Order") with respect to the *Urgent Joint Motion of the Financial Oversight and*

---

[1]  The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  The members of the COFINA Senior Bondholders' Coalition are Fideicomiso Plaza and the following entities, either as beneficial holders or on behalf of managed funds and accounts: Aristeia Horizons, L.P.; Canyon Capital Advisors LLC (on behalf of its participating clients); River Canyon Fund Management LLC (on behalf of its participating clients); Decagon Holdings 1, L.L.C.; Decagon Holdings 2, L.L.C.; Decagon Holdings 3, L.L.C.; Decagon Holdings 4, L.L.C.; Decagon Holdings 5, L.L.C.; Decagon Holdings 6, L.L.C.; Decagon Holdings 7, L.L.C.; Decagon Holdings 8, L.L.C.; Decagon Holdings 9, L.L.C.; Decagon Holdings 10, L.L.C.; GoldenTree Asset Management LP; Old Bellows Partners LP; Scoggin Management LP; Taconic Master Fund 1.5 L.P.; Taconic Opportunity Master Fund L.P.; Tilden Park Capital Management LP.; and Whitebox Advisors, LLC.

*Management Board for Puerto Rico and The Puerto Rico Fiscal Agency and Financial Advisory*

*Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing,*

*(B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C)*

*Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief*

(Dkt. No. 2298] (as amended, the "DIP Motion"), and respectfully states as follows:

1.      Susheel Kirpalani and Eric Kay of Quinn Emanuel Urquhart & Sullivan, LLP, co-
counsel for the COFINA Senior Bondholders' Coalition, intend to appear in person at the hearing
on the DIP Motion in Courtroom 17C of the United States District Court for the Southern District
of New York.

2.      The COFINA Senior Bondholders' Coalition does not intend to present argument
on the DIP Motion but it reserves its right to be heard on the DIP Motion or any matter presented
to the Court and to respond to any statements made by any party in connection with the above-
captioned Title III cases to the extent it impacts COFINA or the interests of the COFINA Senior
Bondholders' Coalition.

DATED:  February 12, 2018

Respectfully submitted,

REICHARD & ESCALERA

**By :**  */s/ Rafael Escalera*_____
    **Rafael Escalera**
    USDC No. 122609
    escalera@reichardescalera.com

    */s/ Sylvia M. Arizmendi*_____
    **Sylvia M. Arizmendi**
    USDC-PR 210714
    arizmendis@reichardescalera.com

    */s/ Fernando Van Derdys*_____
    **Fernando Van Derdys**
    USDC-PR 201913
    fvander@reichardescalera.com

    */s/ Carlos R. Rivera-Ortiz*_____
    **Carlos R. Rivera-Ortiz**
    USDC-PR 303409
    riverac@reichardescalera.com

    */s/ Gustavo A. Pabón-Rico*_____
    **Gustavo A. Pabón-Rico**
    USDC-PR 231207
    pabong@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

**Susheel Kirpalani** (*pro hac vice*)
susheelkirpalani@quinnemanuel.com

**Eric Winston** (*pro hac vice*)
ericwinston@quinnemanuel.com

**Daniel Salinas**
USDC-PR 224006
danielsalinas@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
erickay@quinnemanuel.com

**Kate Scherling** (*pro hac vice*)
katescherling@quinnemanuel.com

**Darren M. Goldman** (*pro hac vice*)
brantkuehn@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel to the COFINA Senior Bondholders' Coalition*

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

/s/ *Carlos R. Rivera-Ortiz*
USDC-PR 303409