# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>     Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-4780-LTS<br><br><br>Court Filing Relates Only to PREPA  and Shall Only be Filed In Case No. 17-BK-4780-LTS and Main Case 17-BK-3283-LTS |

## INFORMATION MOTION OF ARC AMERICAN, INC. FOR ATTENDANCE AND PARTICIPATION AT FEBRUARY 15, 2018 FINAL HEARING ON PREPA FINANCING MOTION

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. I7-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. I7-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. I7-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation "COFINA") (Bankruptcy Case No. I7-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

7317344.1

Arc American, Inc. ("**Arc**"), by and through its undersigned counsel, hereby submits this Informative Motion in response to this Court's *Order Regarding the Location and Procedures For Attendance, Participation and Observation of the February 15, 2018, Final Hearing on PREPA Financing Motion* [Docket No. 2448, Main Case 17-BK-3283-LTS; Docket No. 658, Case 17-4780-LTS], and respectfully states as follows:

1.      Robert E. Nies, on behalf of Arc, will appear in person at the hearing on the Financing Motion on February 15, 2018 (the "**Hearing**") in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 to present argument on the *Limited Objection by and Reservation of Rights of Arc American, Inc. to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling A Final Hearing, and (E) Granting Related Relief*, filed February 1, 2018 [Docket 563 of Case No. 17-4780 LTS).

2.      George Spadoro, co-counsel on behalf of Arc, will also attend the Hearing in the New York Courtroom and be seated at counsel's table, though he does not intend to present argument at the Hearing.

3.      Arc reserves the right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above captioned Title III case.

Dated: February 12, 2018

Respectfully submitted,

CHIESA SHAHINIAN & GIANTOMASI PC

By:     */s/ Robert E. Nies*
        Robert E. Nies (admitted *pro hac vice*)

2

7317344.1

George A. Spadoro (admitted *pro hac vice*)
Marc R. Lepelstat (admitted *pro hac vice*)
Michael R. Caruso (admitted *pro hac vice*)
One Boland Drive
West Orange, New Jersey 07052
Telephone: (973) 530-2012
Facsimile: (973) 530-2022
Email: rnies@csglaw.com

-and-

ANTONETTI MONTALVO & RAMIREZ COLL

By:     */s/Jose L. Ramirez-Coll*
        Jose L. Ramirez-Coll
        P.O. Box 13128
        Telephone: (787) 977-0303
        Facsimile: (787) 977-0323
        Email: jramirez@amrclaw.com

*Attorneys for Arc American, Inc.*

3