# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>        as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>        as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This document relates to PREPA Title III case only |

**INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT FEBRUARY 15, 2018 HEARING ON PREPA FINANCING MOTION**

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Regarding The Location And Procedures For Attendance Participation And Observation Of The February 15, 2018,*

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

*Final Hearing On PREPA Financing Motion* (Dkt. No. 2448), the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the February 15, 2018 hearing regarding PREPA's request for post-petition financing (the "Financing Hearing"). The GO Group respectfully states as follows:

1. Lawrence S. Robbins, Donald Burke, and Lanora C. Pettit of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP and Andrew N. Rosenberg and Karen R. Zeituni of Paul, Weiss, Rifkind, Wharton & Garrison LLP will appear on behalf of the GO Group in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. Mr. Robbins intends to present argument and examine witnesses on behalf of the GO Group in connection with Financing Motion. In addition, the GO Group respectfully requests that Mr. Rosenberg and Mr. Burke be seated with Mr. Robbins at counsel's table.

[*The remainder of this page is intentionally left blank.*]

Dated: February 12, 2018  Respectfully submitted.

**JIMÉNEZ, GRAFFAM & LAUSELL**

By: /s/ J. Ramón Rivera Morales

J. Ramón Rivera Morales
   (USDC-PR No. 200701)
Andrés F. Picó Ramírez
   (USDC-PR No. 302114)
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Email: rrivera@jgl.com
        apico@jgl.com

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
|---|---|
| By: /s/ Andrew N. Rosenberg | By: /s/ Mark T. Stancil |
| Andrew N. Rosenberg* | Lawrence S. Robbins* |
| Kyle J. Kimpler* | Mark T. Stancil* |
| Karen R. Zeituni* | Gary A. Orseck* |
| 1285 Avenue of the Americas | Kathryn S. Zecca* |
| New York, NY 10019 | Ariel N. Lavinbuk* |
| Telephone: (212) 373-3000 | Donald Burke* |
| Email: arosenberg@paulweiss.com | 1801 K Street, NW |
|        kkimpler@paulweiss.com | Washington, D.C. 20006 |
|        kzeituni@paulweiss.com | Telephone: (202) 775-4500 |
| | Email: lrobbins@robbinsrussell.com |
| |        mstancil@robbinsrussell.com |
| |        gorseck@robbinsrussell.com |
| |        kzecca@robbinsrussell.com |
| |        alavinbuk@robbinsrussell.com |
| |        dburke@robbinsrussell.com |

*admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*