**Hearing Date:** February 15, 2018 at 10:30 a.m. (AST)
**Informative Motion Deadline:** February 12, 2018 at 12:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :   PROMESA
THE FINANCIAL OVERSIGHT AND                                  :   Title III
MANAGEMENT BOARD FOR PUERTO RICO,                            :
                                                             :
      as representative of                                   :   Case No. 17-BK-3283 (LTS)
                                                             :
THE COMMONWEALTH OF PUERTO RICO,                             :   (Jointly Administered)
et al.,                                                      :
                                                             :
      Debtors.¹                                              :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :
                                                             :
THE FINANCIAL OVERSIGHT AND                                  :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                            :   Title III
                                                             :
      as representative of                                   :
                                                             :   Case No. 17-BK-04780-LTS
PUERTO RICO ELECTRICAL POWER                                 :
AUTHORITY (PREPA),                                           :   Court Filing Relates Only to PREPA
                                                             :
      Debtor.                                                :
-------------------------------------------------------------x
```

*[Caption continued on next page]*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

**INFORMATIVE MOTION OF SCOTIABANK DE PUERTO RICO,
AS ADMINISTRATIVE AGENT, REGARDING
<u>FEBRUARY 15, 2018 HEARING ON FINANCING MOTION</u>**

To the Honorable United States District Judge Laura Taylor Swain:

Scotiabank de Puerto Rico ("<u>Scotiabank</u>"), as administrative agent for lenders to the Puerto Rico Electric Power Authority ("<u>PREPA</u>"), by and through its attorneys, hereby submits this informative motion in response to this Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of February 15, 2018, Final Hearing on PREPA Financing Motion* [Case No. 17-BK-04780-LTS, Dkt. No. 658] (the "<u>Scheduling Order</u>"), and respectfully states as follows:

1. Richard G. Mason and Amy R. Wolf will appear in person on behalf of Scotiabank at the Hearing (as defined in the Scheduling Order) in Courtroom 17C of the United States District Court for the Southern District of New York and will respond to the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17-BK-04780-LTS, Dkt. No. 549] and to the *Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17-BK-04780-LTS,

Dkt. No. 617].

2. Scotiabank reserves its right to respond, as necessary, to any statements made at the Hearing or otherwise by any party in connection with the above-captioned Title III cases.

Dated: February 12, 2018

Respectfully submitted,

/s/ Antonio A. Arias
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5604
Facsimile: (787) 759-9225

/s/ Richard G. Mason
Richard G. Mason (admitted *pro hac vice*)
Amy R. Wolf (admitted *pro hac vice*)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Email: rgmason@wlrk.com
       arwolf@wlrk.com

*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*