```
Court Name: District Court
Division: 1
Receipt Number: PRX100053971
Cashier ID: arodrigu
Transaction Date: 02/12/2018
Payer Name: FERNANDEZ-BARED, MANUEL
------------------------------------------
PRO HAC VICE
  For: FERNANDEZ-BARED, MANUEL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:        $300.00
PRO HAC VICE
  For: FERNANDEZ-BARED, MANUEL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:        $300.00
PRO HAC VICE
  For: FERNANDEZ-BARED, MANUEL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:        $300.00
------------------------------------------
CASH
  Amt Tendered:  $900.00
------------------------------------------
Total Due:       $900.00
Total Tendered:  $900.00
Change Amt:      $0.00

17-BK-3283(LTS) PRO HAC VICE OF
KEITH H. WOFFORD, DANIEL G. EGAN &
DOUGLAS HALLWARD-DRIEMEIER

THRU: FERNANDEZ-BARED, MANUEL
```