# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | |
| Debtors.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
| as representative of | |
| PUERTO RICO POWER ELECTRIC AUTHORITY, | |
| Debtor. | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**COMES NOW**, for Douglas Hallward-Driemeier, applicant herein, and respectfully states:

1. Applicant is an attorney with the law firm Ropes & Gray LLP, with offices at 2099 Pennsylvania Avenue, N.W. Washington, DC 20006-6807, telephone no. (202)-508-4600, fax no. (202)-508-4650, and e-mail: Douglas.Hallward-Driemeier@ropesgray.com.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Applicant will sign all pleadings with the name of Douglas Hallward-Driemeier.

3. Applicant has been retained personally or as a member of the above-named firm by Knighthead Capital Management, LLC (and certain funds and accounts managed or advised by it) to provide legal representation in connection with the above-styled cases now pending before the United States District Court, District of Puerto Rico.

4. Since April 27, 1995, applicant has been and presently is a member in good standing of the bar of the State of Massachusetts. Applicant's bar license number in Massachusetts is 627643. Since April 12, 2010, applicant has been and presently is a member in good standing of the bar of the District of Columbia. Applicant's bar license number in the District of Columbia is 994052.

5. Applicant has been admitted to practice before the following courts: U.S. Supreme Court (2000); U.S. Court of Appeals for the First Circuit (1999); U.S. Court of Appeals for the Second Circuit (2001); U.S. Court of Appeals for the Third Circuit (1998); U.S. Court of Appeals for the Fourth Circuit (1999); U.S. Court of Appeals for the Fifth Circuit (2000); U.S. Court of Appeals for the Sixth Circuit (2003); U.S. Court of Appeals for the Seventh Circuit (2000); U.S. Court of Appeals for the Eighth Circuit (2001); U.S. Court of Appeals for the Ninth Circuit (2001); U.S. Court of Appeals for the Tenth Circuit (2000); U.S. Court of Appeals for the Eleventh Circuit (2010); U.S. Court of Appeals for the District of Columbia (2001); U.S. Court of Appeals for the Federal Circuit (2010); U.S. District Court for the District of Massachusetts (1996); U.S. District Court for the District of Columbia (2011).

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

67307109_1

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are Manuel Fernandez-Bared, Linette Figueroa-Torres, and Nayda Perez-Roman, all of Toro, Colón, Mullet, Rivera & Sifre, P.S.C., P.O. Box 195383, San Juan, Puerto Rico 00919-5383, telephone no. (787) 751-8999, fax no. (787) 763-7760, and emails mfb@tcm.law, lft@tcm.law, and nperez@tcm.law.

11. Applicant has read the Local Rules of this Court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is being made herewith.

67307109_1

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today February 12, 2018

        ROPES & GRAY LLP

        By: /s/ *Douglas Hallward-Driemeier*
           Douglas Hallward-Driemeier
           2099 Pennsylvania Avenue,
           N.W. Washington, DC 20006-6807
           Telephone: (202)-508-4600
           Facsimile: (202)-508-4650
           Email: Douglas.Hallward-Driemeier@ropesgray.com

**I HEREBY CERTIFIED**, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today February 12, 2018

                                      **TORO COLÓN MULLET P.S.C.**

                                      *s/ Manuel Fernández-Bared*
                                      MANUEL FERNÁNDEZ-BARED
                                      Email: mfb@tcm.law

                                      *s/ Linette Figueroa-Torres*
                                      LINETTE FIGUEROA-TORRES
                                      Email: lft@tcm.law

                                      *s/ Nayda Pérez-Román*
                                      NAYDA PEREZ-ROMAN
                                      Email: nperez@tcm.law

                                      P.O. Box 195383
                                      San Juan, PR 00919-5383
                                      Tel.: (787) 751-8999
                                      Fax: (787) 763-7760

67307109_1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed this document electronically with the Clerk of the Court using the CM/ECF System, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today February 12, 2018

**TORO COLÓN MULLET P.S.C.**

*s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
Email: mfb@tcm.law

*s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
Email: lft@tcm.law

*s/ Nayda Pérez-Román*
NAYDA PEREZ-ROMAN
Email: nperez@tcm.law

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Attorneys for Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it*

67307109_1