**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>           Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>           Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

**INFORMATIVE MOTION REGARDING NATIONAL
PUBLIC FINANCE GUARANTEE CORPORATION'S APPEARANCE
<u>AT FEBRUARY 15, 2018 FINAL HEARING ON PREPA FINANCING MOTION</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE** that Robert Berezin from the New York, New York office and Edward McCarthy from the Miami, Florida office of Weil, Gotshal & Manges LLP will appear, present argument, and examine witnesses on behalf of National Public Finance Guarantee Corporation ("National") at the February 15, 2018 final hearing on the PREPA Financing motion in connection with the *Objection of National Public Finance Guarantee Corporation to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Docket No. 2340], and the *Supplemental Objection of National Public Finance Guarantee Corporation to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Docket No. 2446], and any other statements made or issues raised by the Court or other parties. Marcia Goldstein and Debora Hoehne from the New York, New York office of Weil, Gotshal & Manges LLP will also attend the hearing on behalf of National and wish to be seated at counsel's table with Mr. Berezin and Mr. McCarthy. National's legal representatives will appear in person in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 12th day of February, 2018.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, copy of this document will be notified via electronic mail to all case participants.

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** | **WEIL, GOTSHAL & MANGES LLP** |
| 208 Ponce de León Avenue, Suite 1600 San Juan, PR 00936 Telephone: 787.756.9000 Facsimile: 787.756.9010 Email: epo@amgprlaw.com acasellas@amgprlaw.com larroyo@amgprlaw.com | */s/ Marcia Goldstein* Marcia Goldstein* Jonathan Polkes* Gregory Silbert* Robert Berezin* 767 Fifth Avenue New York, New York 10153 Tel.: (212) 310-8000 Fax: (212) 310-8007 |
| By: */s/ Eric Pérez-Ochoa* Eric Pérez-Ochoa USDC-PR No. 206314 | Stephen A. Youngman* 200 Crescent Court, Suite 300 Dallas, Texas 75201-6950 Tel.: (214) 746-7700 Fax: (214) 746-7777 |
| */s/ Alexandra Casellas-Cabrera* Alexandra Casellas-Cabrera USDC-PR No. 301010 | Email: marcia.goldstein@weil.com jonathan.polkes@weil.com gregory.silbert@weil.com robert.berezin@weil.com stephen.youngman@weil.com |
| */s/ Lourdes Arroyo Portela* Lourdes Arroyo Portela USDC-PR No. 226501 | *admitted *pro hac vice* *Counsel for National Public Finance Guarantee Corp.* |