```
Court Name: District Court
Division: 1
Receipt Number: PRX100053971
Cashier ID: arodrigu
Transaction Date: 02/12/2018
Payer Name: FERNANDEZ-BARED, MANUEL
--------------------------------------
PRO HOC VICE
  For: FERNANDEZ-BARED, MANUEL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:         $300.00
PRO HOC VICE
  For: FERNANDEZ-BARED, MANUEL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:         $300.00
PRO HOC VICE
  For: FERNANDEZ-BARED, MANUEL
  Case/Party: D-PRX-1-97-NA-000003-002
  Amount:         $300.00
--------------------------------------
CASH
  Amt Tendered:   $900.00
--------------------------------------
Total Due:        $900.00
Total Tendered:   $900.00
Change Amt:       $0.00

17-BK-3283(LTS) PRO HAC VICE OF
KEITH H. WOFFORD, DANIEL G. EGAN &
DOUGLAS HALLWARD-DRIEMEIER

THRU: FERNANDEZ-BARED, MANUEL
```