# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF Nos. 549, 658** |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT THE FEBRUARY 15, 2018 EVIDENTIARY HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this Informative Motion in response to the Court's order entered on February 9, 2018 [ECF No. 658] scheduling an evidentiary hearing on the *Urgent Joint Motion Of The Financial Oversight And Management Board For Puerto Rico And The Puerto Rico Fiscal Agency And Financial Advisory Authority For Entry Of Interim And Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens And Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, (D) Scheduling A Final Hearing, And (E) Granting Related Relief* [ECF No. 549] (the "Financing Motion").

2. Peter Friedman and John J. Rapisardi of O'Melveny & Myers, LLP intend to appear in person in the New York courtroom and may seek to be heard at the February 15, 2018 evidentiary hearing (the "Evidentiary Hearing") on behalf of AAFAF, to present the perspective of the Government of Puerto Rico. Mr. Friedman and Mr. Rapisardi will coordinate the allocation of time with the proponents of the Financing Motion.

3. Suzzanne Uhland and Madhu Pocha of O'Melveny & Myers, LLP will be attending in the New York courtroom and seated at counsel table, but do not seek to be heard. Mohammad Yassin will also be attending in New York but will not be seated at counsel table and does not seek to be heard.

Dated: February 12, 2018
      New York, New York

Respectfully submitted,

| */s/ Peter Friedman* | */s/ Mohammad S. Yassin* |
|---|---|
| John J. Rapisardi | Mohammad S. Yassin |
| Suzzanne Uhland | USDC-PR Bar No. 302909 |
| Peter Friedman | **PUERTO RICO FISCAL** |
| Diana Perez | **AGENCY AND FINANCIAL** |
| (Admitted *Pro Hac Vice*) | **ADVISORY AUTHORITY** |
| **O'MELVENY & MYERS LLP** | Robert Sánchez Vilella (Minillas) |
| 7 Times Square | Government Center |
| New York, NY 10036 | De Diego Avenue, Stop 22 |
| Tel: (212) 326-2000 | San Juan, Puerto Rico 00907 |
| Fax: (212) 326-2061 | Tel: (787) 722-2525 |
| | Fax: (787) 721-1443 |

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

*Co-Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

3