# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------x
In re:                                              :
                                                    :   PROMESA
The Financial Oversight and Management Board for    :   Title III
Puerto Rico,                                        :
                                                    :   Case No. 17 BK 3283-LTS
    as representative of                            :
                                                    :   (Jointly Administered)
The Commonwealth of Puerto Rico, et al.             :
                                                    :
         Debtors.[1]                                :
-------------------------------------------------------------x
In re:                                              :
                                                    :   PROMESA
The Financial Oversight and Management Board for    :   Title III
Puerto Rico,                                        :
                                                    :   Case No. 17 BK 4780-LTS
    as representative of                            :
                                                    :   Court Filing Relates to PREPA Only
The Puerto Rico Electric Power Authority            :
("PREPA"), et al.                                   :
                                                    :
         Debtor.                                    :
-------------------------------------------------------------x
```

**INFORMATIVE MOTION OF SOLUS ALTERNATIVE ASSET MANAGEMENT LP
PURSUANT TO ORDER REGARDING
FEBRUARY 15, 2018 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Solus Alternative Asset Management LP, on behalf of certain funds advised by it ("Solus") that are fuel line lenders to the Puerto Rico Electric Power Authority ("PREPA"), through the

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

undersigned counsel, hereby submits this informative motion in response to this Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of February 15, 2018, final Hearing on PREPA Financing Motion* (the "Hearing") [Case No. 17 BK 4780-LTS, Docket No. 658] dated February 9, 2018 (the "Scheduling Order"), and respectfully states as follows:

1. The undersigned, Sandy Qusba and Nicholas Baker of Simpson Thacher & Bartlett LLP, intend to appear in person at the Hearing in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10017 on behalf of Solus regarding the following matter:

   a. *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief* [Case No. 17 BK 4780-LTS; Docket No. 549]; and

   b. *Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic*

*Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief*

[Case No. 17 BK 4780-LTS; Docket No. 617].

2. The undersigned also intends to appear to respond to any arguments raised in connection with the above-referenced motion, any issues raised with respect to PREPA that implicate Solus as a fuel line lender or any other statements made by any party in connection with the above-captioned jointly administered Title III cases.

Dated: February 12, 2018                                Respectfully submitted,

| | |
|---|---|
| **ANTONETTI MONTALVO & RAMIREZ COLL** <br> P.O. Box 13128 <br> San Juan, PR 00908 <br> Tel: (787) 977-0303 <br> Fax: (787) 977-0323 <br><br> **s/ Jose L. Ramirez-Coll** <br> Jose L. Ramirez-Coll <br> USDC-PR No. 221702 <br> jramirez@amrclaw.com | **SIMPSON THACHER & BARTLETT LLP** <br> 425 Lexington Avenue <br> New York, New York 10017-3954 <br> Tel: (212) 455-2000 <br> Fax: (212) 455-2502 <br><br> **s/ Sandy Qusba** <br> Sandy Qusba (admitted *pro hac vice*) <br> Nicholas Baker (admitted *pro hac vice*) <br> squsba@stblaw.com <br> nbaker@stblaw.com |