IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS** |

**INFORMATIVE MOTION OF SYNCORA GUARANTEE INC. REGARDING THE
<u>FEBRUARY 15, 2018 HEARING</u>**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Judge Laura Taylor Swain:

Syncora Guarantee Inc. ("Syncora"), by and through its attorneys, Goldman Antonetti & Cordova, LLC and Debevoise & Plimpton LLP, hereby files this informative motion and request to be heard in compliance with the *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the February 15, 2018, Final Hearing on PREPA Financing Motion* [Dkt. No. 658], regarding the hearing on February 15, 2018, and respectfully states as follows.

1. My Chi To of Debevoise & Plimpton LLP will appear on behalf of Syncora at the final hearing on the *Urgent Joint Motion Of Financial Oversight And Management Board For Puerto Rico, And The Puerto Rico Fiscal Agency And Financial Advisory Authority For Entry Of Interim And Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens And Providing Superpriority Administrative Expense Claims, (C) Modifying The Automatic Stay, (D) Scheduling A Final Hearing, And (E) Granting Related Relief* [Dkt. No. 549] (the "DIP Motion") on February 15, 2018, in courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

2. My Chi To intends to present argument in connection with the DIP Motion and reserves the right to respond to, as appropriate, any statements made by any party in connection with the above-captioned Title III cases or any adversary proceeding currently pending in the above-captioned Title III cases.

Dated: San Juan, Puerto Rico
February 12, 2018

-2-

| | |
|---|---|
| **GOLDMAN ANTONETTI & CORDOVA, LLC**<br><br>*s/ Carlos A. Rodríguez-Vidal*<br>CARLOS A. RODRÍGUEZ-VIDAL<br>USDC-PR No. 201213<br>E-mail: crodriguez-vidal@gaclaw.com<br><br>*s/ Solymar Castillo-Morales*<br>SOLYMAR CASTILLO-MORALES<br>USDC-PR NO. 218310<br>E-mail: scastillo@gaclaw.com<br><br>P.O. Box 70364<br>San Juan, PR 00936-8364<br>Tel.: (787) 759-4117<br>Fax: (787) 767-9177<br><br>*Counsel for Syncora Guarantee Inc.* | **DEBEVOISE & PLIMPTON LLP**<br><br>*s/ My Chi To*<br>MY CHI TO*<br>CRAIG A. BRUENS*<br>ELIE J. WORENKLEIN*<br>919 Third Avenue<br>New York, New York 10022<br>Tel.: (212) 909-6000<br>Fax: (212) 909-6836<br>Email: mcto@debevoise.com<br>       cabruens@debevoise.com<br>       eworenklein@debevoise.com<br><br>*admitted pro hac vice<br><br>*Counsel for Syncora Guarantee Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record to be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Gerardo J. Portela Franco
Puerto Rico Fiscal Agency and Financial
Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

John J. Rapisardi, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Andrés W. López, Esq.
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Jan, PR 00907

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Nancy A. Mitchell
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

At San Juan, Puerto Rico, this 12th day of February, 2018.

By: _/s/ Solymar Castillo Morales_