# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-----------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.

                Debtors.[1]
-----------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY
("PREPA"),

                Debtors.[1]
-----------------------------------------------------------------x
```

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PROMESA
Title III

No. 17 BK 4780-LTS

This document relates to
PREPA Title III case only

### INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND
### MANAGEMENT BOARD REGARDING FEBRUARY 15, 2018
### PREPA FINANCING MOTION FINAL HEARING

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's Order and Notice of Hearing (Dkt. No. 2448), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth"), and the Puerto Rico Electric Power

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations)

Authority ("PREPA"), by and through the FOMB, as the Debtors' representative, pursuant to § 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, codified at 48 U.S.C. §§ 2101-2241 ("PROMESA"), respectfully states as follows:

1. The FOMB intends to present oral argument at the final hearing on the PREPA Financing Motion to be held by the Court on **February 15, 2018 at 10:30 a.m. (AST)**

2. Counsel to present argument and/or examine witnesses: Martin J. Bienenstock, Michael A. Firestein, Timothy W. Mungovan

3. Counsel to appear at counsel table: Martin J. Bienenstock, Ehud Barak, Timothy W. Mungovan, Paul V. Possinger,

4. Counsel observing hearing in New York: Ann M. Ashton, Hermann D. Bauer, , Michael A. Firestein, Stephen L. Ratner

5. Party for which counsel will appear**:** The FOMB

Dated: February 12, 2018
New York, NY

Respectfully submitted,

 */s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Michael A. Firestein (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: mfirestein@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico*