## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :  PROMESA
THE FINANCIAL OVERSIGHT AND                                 :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                           :
                                                            :
    as representative of                                    :  Case No. 17-BK-3283 (LTS)
                                                            :
THE COMMONWEALTH OF PUERTO RICO,                            :  (Jointly Administered)
et al.,                                                     :
                                                            :
        Debtors.                                            :
                                                            :
------------------------------------------------------------x
                                                            :
In re                                                       :
                                                            :
                                                            :  PROMESA
THE FINANCIAL OVERSIGHT AND                                 :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                           :
                                                            :
    as representative of                                    :  Case No. 17-BK-04780 (LTS)
                                                            :
PUERTO RICO ELECTRIC POWER                                  :  Court Filing Relates Only to PREPA
AUTHORITY (PREPA)                                           :
                                                            :
        Debtor.                                             :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

**TO THE HONORABLE COURT:**

     I hereby certify that Scotiabank de Puerto Rico, as administrative agent for certain lenders (hereafter "Scotiabank"), in accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Third Amended Notice, Case Management and Administrative Procedures* Order (Docket No. 1512 of Case No. 17-03283 (LTS)) (the "CMP Order"), sent a true and exact copy of the documents titled (i) *Informative Motion of Scotiabank de Puerto Rico, as Administrative Agent, Regarding February 15, 2018 Hearing on Financing Motion*; and (ii) *Limited Reply of Scotiabank de Puerto Rico, as Administrative Agent, and Solus Alternative Asset Management LP in Support of Urgent Motion for Entry of an Order Authorizing Postpetition Secured Financing*, all filed on February 12, 2018 (Dockets No. 675 and 687 of Case No. 17-04780 (LTS)), **by electronic mail upon all the parties listed in the Master Service List, and by U.S. mail upon all the Standard Parties listed in the CMP Order, on FEBRUARY 12th, 2018,**.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 12th day of February, 2018.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**MCCONNELL VALDÉS LLC**
*Attorneys for Scotiabank de Puerto Rico, as Administrative Agent*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5604
Facsimile: 787-759-9225

By: *s/Antonio A. Arias*
Antonio A. Arias
USDC-PR No. 204906
aaa@mcvpr.com