# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.¹ | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO POWER ELECTRIC AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**COMES NOW**, for Adam M Harris, applicant herein, and respectfully states:

1. Applicant is an attorney with the law firm Ropes & Gray LLP, with offices at 1211 Avenue of Americas, New York, NY 10036-8704, telephone no. (212) 596-9000, fax no. (212) 596-9090, and e-mail: Adam.Harris@ropesgray.com.

2. Applicant will sign all pleadings with the name Adam M. Harris.

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

67319336_1

3. Applicant has been retained as an associate of the above-named firm by Knighthead Capital Management, LLC (and certain funds and accounts managed or advised by it) to provide legal representation in connection with the above-styled cases now pending before the United States District Court, District of Puerto Rico.

4. Since January 14, 2008, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's bar license number is 4569398.

5. Applicant has been admitted to practice before the following courts: U.S. Court of Appeals for the Ninth Circuit (2013); U.S. Court of Appeals for the Second Circuit (2015); U.S. District Court for the Southern District of New York (2008); U.S. District Court for the Eastern District of New York (2012).

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court of Puerto Rico.

10. Local counsel of record associated with applicant in this matter are Manuel Fernandez-Bared, Linette Figueroa-Torres, and Nayda Perez-Roman, all of Toro, Colón, Mullet, Rivera & Sifre, P.S.C., P.O. Box 195383, San Juan, Puerto Rico 00919-5383, telephone no. (787) 751-8999, fax no. (787) 763-7760, and emails mfb@tcm.law, lft@tcm.law, and nperez@tcm.law.

11. Applicant has read the Local Rules of this Court and will comply with same.

67319336_1

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is being made herewith.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today February 12, 2018

        ROPES & GRAY LLP

        By: /s/ *Adam M. Harris*
          Adam M. Harris
          1211 Avenue of the Americas
          New York, NY 10036-8704
          Telephone:  (212) 596-9000
          Facsimile:  (212) 596-9090
          Email:       Adam.Harris@ropesgray.com

**I HEREBY CERTIFIED**, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today February 12, 2018

                                              **TORO COLÓN MULLET P.S.C.**

                                              *s/ Manuel Fernández-Bared*
                                              MANUEL FERNÁNDEZ-BARED
                                              Email: mfb@tcm.law

                                              *s/ Linette Figueroa-Torres*
                                              LINETTE FIGUEROA-TORRES
                                              Email: lft@tcm.law

                                              *s/ Nayda Pérez-Román*
                                              NAYDA PEREZ-ROMAN
                                              Email: nperez@tcm.law

                                              P.O. Box 195383
                                              San Juan, PR 00919-5383
                                              Tel.: (787) 751-8999
                                              Fax: (787) 763-7760

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I filed this document electronically with the Clerk of the Court using the CM/ECF System, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today February 12, 2018

                                              **TORO COLÓN MULLET P.S.C.**

                                       *s/ Manuel Fernández-Bared*
                                       MANUEL FERNÁNDEZ-BARED
                                       Email: mfb@tcm.law

                                       *s/ Linette Figueroa-Torres*
                                       LINETTE FIGUEROA-TORRES
                                       Email: lft@tcm.law

                                       *s/ Nayda Pérez-Román*
                                       NAYDA PEREZ-ROMAN
                                       Email: nperez@tcm.law

                                       P.O. Box 195383
                                       San Juan, PR 00919-5383
                                       Tel.: (787) 751-8999
                                       Fax: (787) 763-7760

                                       *Attorneys for Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it*

67319336_1