```
Court Name: District Court
Division: 1
Receipt Number: PRX100053985
Cashier ID: arodrigu
Transaction Date: 02/12/2018
Payer Name: FERNANDEZ-BARED, MANUEL
------------------------------------
PRO HOC VICE
 For: FERNANDEZ-BARED, MANUEL
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE FROM ADAM
M HARRIS

THRU: FERNANDEZ-BARED, MANUEL
```