# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

To the Honorable United States District Judge Laura Taylor Swain:

1. The undersigned attorney, who appeared in this case on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), hereby requests that the Court enter an Order allowing him to withdraw as counsel of record for AAFAF.

2. By like token, the undersigned attorney very respectfully requests that the Honorable Court cease to notify him of motions, pleadings, papers, and orders in this matter.

3. The law firm of O'Melveny & Myers LLP will continue to serve as counsel of record for AAFAF.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**WHEREFORE**, the undersigned attorney respectfully requests that the Court enter an Order granting his request to withdraw as counsel of record for AAFAF.

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: February 12, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Andrés W. López*
Andrés W. López
USDC No. 215311
**THE LAW OFFICES OF**
**ANDRÉS W. LÓPEZ, P.S.C.**
P.O. Box 13909
San Juan, PR 00918
Tel: (787) 294-9508
Fax: (787) 294-9519

*Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

2