IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO<br>Debtor | CASE NO. 17 BK 3283-LTS<br>TITLE III, PROMESA<br><br>Re: ECF 1065-1, 1512-1, 1913, 1918 |

**MOTION FOR LIFT OF STAY AS PER STIPULATION**

TO THE HONORABLE COURT:

**NOW COME** Luis F. Colon-Gonzalez through the undersigned attorney, and very respectfully states and prays as follows:

On December 6, 2017 we filed a motion for the lift of the automatic stay (Dckt. 1913) in a habeas petition in *Gonzalez v. ELA*, 15-cv-1560 (PAD). This Court immediately or automatically terminated our motion for lack of compliance with the Case Management Order, which directs parties in a lift of stay issue to confer and negotiate previous to the filing of such a motion (Dckt. 1918). In compliance with the Case Management Order the parties did meet and confer and agreed to the lift of the stay as per the attached stipulation.

Thus, we respectfully request that the Court issues an order granting this motion and allowing the movant to continue litigating his habeas petition in 15-CV-1560-PAD as per the attached stipulation.

**WHEREFORE**, we respectfully request that the Court issues an order granting this motion and allowing the movant to continue litigating his habeas petition in 15-CV-1560-PAD as per the attached stipulation.

RESPECTFULLY SUBMITTED

I HEREBY CERTIFY THAT on this same date we have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will distribute copies of the foregoing document to all pertinent CM/ECF participants.

In Guaynabo, Puerto Rico, this February 12, 2018.

S/ ARTEMIO RIVERA RIVERA
Artemio Rivera Rivera
USDC-PR 210114
90 Carr. 165, Ste. 309
Guaynabo, P.R.  00968-8058
Tel. 787-299-3959; Fax 787-774-0605
e-mail: art@sjlaw.com