```
Court Name: District Court
Division: 1
Receipt Number: PRX100054001
Cashier ID: arodrigu
Transaction Date: 02/12/2018
Payer Name: ONEILL AND BORGES
----------------------------------------
PRO HAC VICE
 For: ONEILL AND BORGES
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
----------------------------------------
PAPER CHECK CONVERSION
 Remitter: ONEILL AND BORGES
 Check/Money Order Num: 62627
 Amt Tendered: $300.00
----------------------------------------
Total Due:       $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283(LTS) PRO HAC VICE OF
MARGARET A. DALE

THRU: HERMANN D. BAUER
```

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF MARGARET A. DALE.

COMES NOW, Margaret A. Dale, applicant herein, pursuant to Local Civil Rule 83A(f), which applies to this proceeding pursuant to Local Rule of Bankruptcy Procedure 2090-1(c), which in turn applies to this proceeding pursuant to Federal Bankruptcy Rule 9029, which in turn applies to this proceeding pursuant to Section 3010 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states:

1.     Applicant is an attorney and a member of the law firm of Proskauer Rose LLP, with offices at: Eleven Times Square, New York, NY 10036.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

RECEIVED & FILED
INTAKE DROP BOX