# EXHIBIT A

## Additional Interested Parties

**Additional Interested Parties from HTA's List of Creditors**
Aciherzog A Joint Venture
Alfonso Almodovar Adorno
Hugo E. Da Silva Arocho
Aut Edificios Publicos
Autopistas Metropolitanas
Autoridad De Acueductos Y
Autoridad De Energia Electrica
Luis Zayas Baez
Bank of New York Mellon Corp.
BCO Gubernamental De Fomento
Evelyn S. Colón Berlingeri
Bermudez, Longo, Diaz-Masso, LLC
Lourdes Perez Carrion
Constructora Jose Carro
CD Builders Inc.
Claro Telephone Company
Luis F. Rivera Collazo
Griselle Rolon Cortes
Fabio A. De León De Jesús
Maribel Class Delgado
Del Valle Group SP
Desarrolladora J.A. Inc.
Priscilla E Quiles Diaz
DMJM Harris Inc.
Ferrovial Agroman
Luis Santos Figuerea
First Transit Inc.
Ida Mary Pedroza Flores
Reginald Ledain Gentillon
Gila LLC
Angel Cabrera Gonzalez
Ángel Morales González
Government Development Bank For Puerto Rico
Wilfredo Castro Hernández
Hector Miranda Leon
Damaris Sebastian Lopez
L.P.C. & D. Inc.
Anselmo Santiago Maldonado
Adolfo Cuevas Marrero
Nancy Borges Martínez
Hiram Melendez Martinez

Constructora I. Melendez
Deliris Ramos Mojica
Marilú De La Cruz Montañez
New Star Acquisition
Edgardo San Miguel Oliver
Jorge A.Negrón Padilla
Peter Perez Phillips
Isvan A. Pérez Piñeiro
Puerto Rico Autoridad De Transporte Maritimo (Atm)
Puerto Rico Port Authority
PVH Motors Corp.
Heriberto Del Valle Rivera
Ivonne M. González Rivera
Bengy O. González Rivera
José M. Orozco Rodríguez
Nereida Ortiz Rodríguez
Santiago L. Burgos Rolón
Francisco Rivera Rosario
Nancy Vázquez Rosario
Arnaldo Ruiz Ruiz
Brenda I. Gomila Santiago
Sherry Lee Van Sant Santini
Ramón Rey Santos
Secretario De Hacienda
Secretario Tribunal De Sa
José R. Dávila Soto
Super Asphalt Pavement Co
Tamrio Inc.
Daisy I. Juarbe Toledo
Aldio Alvarado Torres
Transcore Atlantic Inc.
Mayda E. Avilés Traverso
Odette Bengochea Vázquez
Wanda I. Collazo Vázquez
Caleb Santiago Vazquez
José W. Granado Velázquez
Licy Flores Velez

**Additional Interested Parties from PREPA's List of Creditors**
AES Puerto Rico
Antares Solutions Group Inc.
Freepoint Commodities LLC
Gas Natural Aprovisionamientos SDG S.A.
Government Development Bank of Puerto Rico
Municipio De Adjuntas
Municipio De Aguada

Municipio De Aguadilla
Municipio De Aguas Buenas
Municipio De Aibonito
Municipio De Añasco
Municipio De Arecibo
Municipio De Arroyo
Municipio De Barceloneta
Municipio De Barranquitas
Municipio De Bayamon
Municipio De Cabo Rojo
Municipio De Caguas
Municipio De Camuy
Municipio De Canovanas
Municipio De Carolina
Municipio De Catano
Municipio De Cayey
Municipio De Ceiba
Municipio De Ciales
Municipio De Cidra
Municipio De Coamo
Municipio De Comerio
Municipio De Corozal
Municipio De Culebra
Municipio De Dorado
Ecoelectrica LP
Municipio De Fajardo
Municipio De Florida
Municipio De Guanica
Municipio De Guayama
Municipio De Guayanilla
Municipio De Guaynabo
Municipio De Gurabo
Municipio De Hatillo
Municipio De Hormigueros
Municipio De Humacao
Municipio De Isabela
Municipio De Jayuya
Municipio De Juana Diaz
Municipio De Juncos
Municipio De Lajas
Municipio De Lares
Municipio De Las Marias
Municipio De Las Piedras
Municipio De Loiza
Municipio De Luquillo
Municipio De Manati

Municipio De Maricao
Municipio De Maunabo
Municipio De Mayaguez
MHPS Puerto Rico LLC
Municipio De Moca
Municipio De Morovis
Municipio De Naguabo
Municipio De Naranjito
Municipio De Orocovis
Municipio De Patillas
Municipio De Penuelas
Municipio De Ponce
Municipio De Quebradillas
Municipio De Rincon
Municipio De Rio Grande
Municipio De Sabana Grande
Municipio De Salinas
Municipio De San German
Municipio De San Juan
Municipio De San Lorenzo
Municipio De San Sebastian
Municipio De Santa Isabel
Municipio De Toa Alta
Municipio De Toa Baja
Municipio De Trujillo Alto
Municipio De Utuado
Municipio De Vega Alta
Municipio De Vega Baja
Municipio De Vieques
Municipio De Villalba
Municipio De Yabucoa
Municipio De Yauco
Puerto Rico Infrastructure Financing Authority
Puma Energy Caribe LLC
Scotiabank De Puerto Rico
Solus Alternative Asset Management LP
Total Petroleum Puerto Rico Corp
Treasury Department Of Puerto Rico
U.S. Bank National Association

**Assumption of Agreements/Leases**
Luca Casas Casal
Carolina Shopping Court, Inc.
Eduardo Jose Mandry Mercado
Municipality of Dorado

**Litigation Parties**
BMW Financial Services NA, LLC
Adelina Capellan-Rosa and her minor son
Vilmarie Caraballo-Caraballo
Glorymar Colon-Rosario and her minor special needs son
Magaly Cosme Santiago
Christopher Cruz-Rodriguez
Natalia Cruz-Rodriguez
Emmanuel Fernandez-Jorge
Lidia Jorge
Juan Laurido
Juan A. Melendez Perez
Beatriz Nieves-López et al v. Bhatia-Gautier et al, Civil No. 14-1220 (JAG-BJM)
Jose Enrique Ortiz Rivera
Pentagon Federal Credit Union
Popular Auto
Puerto Rico Energy Commission
Rafael Rentas Martinez
Melba Rivera-Delgado
Elena Rivera-Marcucci and her minor special needs son
Maria de Lourdes Rodriguez Ruiz
Marianne Torres

**Mediation Team**
Honorable Roberta A. Colton

**Parties Filing Lift Stay Motions**
Consuelo Ramos Aguiar
Aquasur Corporation
Yolanda Cano-Angeles
Eliezer Santana Baez
Estate of Onelia Alicea
Rose Marie Flores-Perez
GAM Realty LLC
Luis F. Gonzalez-Colon
La Quinta Shopping Center, Corp.
Gloria M. Esteva Marques
One Alliance Insurance Corporation
Pan American Grain Co., Inc.
Real Legacy Assurance Company, Inc.
Antonio Vega-Fernandez

**Parties Filing Notice of Appearance**
Abengoa, S.A.
Ad Hoc Group of PREPA Bondholders:
    Silver Point Capital, L.P.
Fideicomiso Hernandez Castrodad

5

COFINA Senior Bondholders' Coalition:
   Aristeia Capital, L.L.C.
   Cyrus Capital Partners, L.P.
   Scoggin Management LP
   Taconic Capital Advisors L.P.
Emmanuel Rodriguez Collazo
Cooperativa de Ahorro y Crédito Jayucoop
Cooperativa de Seguros Múltiples de Puerto Rico
Ondina Finale
Lauren De Pablo
Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company &
   Preferred Health, Inc. & Agro Industrias del Este, Corp.
Kanoso Auto Sales Inc.
KDC Solar LLC
Rolando Martinez
Deianeira Martinez De Pablo
Rolando Martinez Torres
Oaktree Opportunities Fund IX Delaware, L.P.
Oaktree Opportunities Fund X Holdings (Delaware), L.P.
Oaktree Opps X Holdo Ltd.
Oaktree Value Opportunities Fund Holdings, L.P.
Oficina de Etica Gubernamental (Office of Government Ethics of Puerto Rico)
Opps Culebra Holdings, L.P.
Pattern Santa Isabel LLC
PBA Funds:
   Candlewood Investment Group
Puerto Rico Legal Advocates PSC
Salvador Rovira Rodriguez
Jaime Rodriguez-Alviles
Solus Opportunities Fund 5 LP
United Surety & Indemnity Company
Universidad Central del Caribe, Inc.
Whitefish Energy Holdings, LLC

**Professionals**
Ankura Consulting Group, LLC
EDGE Legal Strategies, PSC
Todd W. Filsinger
FTI Consulting, Inc.
Godfrey & Kahn, S.C.
Greenberg Traurig, LLP
Klee, Tuchin, Bogdanoff & Stern LLP
Luskin, Stern & Eisler LLP
Marchand ICS Group
McKinsey & Company, Inc.
Nilda M. Navarro-Cabrer

Segal Consulting
Brady C. Williamson
Willkie Farr & Gallagher LLP
Andrew Wolfe

**Other**
Paul Cherry
Juan Carlos Vega Cidraz
Coto Laurel Solar Farm, Inc.
Donald Davret
Mark Daniel Elliot
Jose R. Font
Maria Freedman
Gestamp Asetym Solar North America, Inc.
Gestamp Wind North America
William Hart
John Lugo Ruiz
Adrian Mercado Jimenez
Jose Mercado Nunez
Chris Odasso
Office of the United States Attorney for the District of Puerto Rico:
    Christopher R. Hall
    Jean Lin
    Cesar A. Lopez-Morales
    Jennifer D. Ricketts
    Rosa E. Rodriguez-Velez
    Thomas G. Ward
Georgiana Persichilli
Claudio Putnam Calderon
Glenn Ryhanyc
Siemens Corporation
Sonnedix Solar L.P.
Eva Stern
David Weinstein
Windmar Renewable Energy, Inc.
Ellen Ziegler