# EXHIBIT B

### Additional Interested Parties or Their Affiliates Which Paul Hastings Represents or Has Represented in the Past in Matters *Unrelated* to the Title III Cases

| Additional Interested Parties | Relationship to Debtors | Clients & Their Affiliates |
|---|---|---|
| Bank of New York Mellon Corp. | Additional Interested Parties from HTA's List of Creditors | Related entities are current clients. |
| Claro Telephone Company | Additional Interested Parties from HTA's List of Creditors | Not a client. Entities related to parent are former clients. |
| DMJM Harris Inc. | Additional Interested Parties from HTA's List of Creditors | Not a client. Entities related to parent are current clients. |
| Freepoint Commodities LLC | Additional Interested Parties from PREPA's List of Creditors | Not a client. Parent and related entities are current clients. |
| Gas Natural Aprovisionamientos SDG S.A. | Additional Interested Parties from PREPA's List of Creditors | Not a client. Entity related to parent is a current client. |
| MHPS Puerto Rico LLC | Additional Interested Parties from PREPA's List of Creditors | Not a client. Parent and related entities are former clients. |
| Scotiabank De Puerto Rico | Additional Interested Parties from PREPA's List of Creditors | Not a client. Entity related to parent is a current client. |
| KDC Solar LLC | Parties Filing Notice of Appearance | Former client. |
| Silver Point Capital, L.P. | Parties Filing Notice of Appearance | Current client. Related entities are current clients. |
| FTI Consulting, Inc. | Professionals | Former client. Related entities are former clients. |
| McKinsey & Company, Inc. | Professionals | Current client. |
| Willkie Farr & Gallagher LLP | Professionals | Current client. |
| Siemens Corporation | Other | Not a client. Entities related to parent are former clients. |
| Sonnedix Solar L.P. | Other | Current client. Related entity is also a current client. |