Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
NEGOCIADO DE IMPUESTO AL CONSUMO

MEMORANDO

IMPOSICIÓN DE ARBITRIO EN CASO DE VEHÍCULOS NUEVOS PARA LA VENTA

Re-establecimiento de las disposiciones del Artículo 2011(c)(2)-1 del Reglamento
Núm. 7437 del 14 de diciembre de 2007

1. Base Legal

La Sección 3010.01(a)(2) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código"), establece la base para determinar el "Costo en Puerto Rico" en el caso de importadores y Fabricantes de vehículos de motor. No obstante, en su inciso (C) establece que el Secretario podrá determinar el "precio contributivo en Puerto Rico", de acuerdo al método que refleje el valor o precio de los artículos sujetos a tributación cuando entienda que los documentos necesarios para establecer el "costo en Puerto Rico" no son auténticos, o que son insuficientes o inadecuados para tal propósito; o cuando a base de los documentos que le someta el contribuyente para establecer el "costo en Puerto Rico", éste difiera considerablemente del costo en Puerto Rico para artículos similares, o cuando no se establezca en el Código regla alguna para determinar el "costo en Puerto Rico" de los artículos.

Como regla general, conforme a la Sección 3010.01(10) del Código, el "Precio contributivo en Puerto Rico" significará el "costo en Puerto Rico" más veinte (20) por ciento sobre dicho costo, excepto en el caso de ómnibus, propulsores, camiones y vehículos. En el caso particular de vehículos de motor, esta Sección dispone que el precio contributivo en Puerto Rico será el *precio sugerido de venta al consumidor*. En el caso de *automóviles nuevos* introducidos del exterior por distribuidores y traficantes autorizados, el "precio sugerido de venta al consumidor" significará el costo básico del modelo del automóvil incluyendo el equipo opcional instalado de fábrica, más el seguro y flete de importación, el margen de ganancia estimada para la venta, y los costos asociados con la preparación y entrega del vehículo, y se determinará conforme lo dispone en la Sección 3020.08(c) antes de introducir el vehículo a Puerto Rico.

Por otro lado, el Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 ("Reglamento"), dispone que en aquellos casos en que el precio sugerido de venta al consumidor informado por determinado importador no refleje razonablemente el precio sugerido de venta al consumidor de modelos similares al momento de la introducción del vehículo a Puerto Rico, el Secretario determinará y cobrará a ese importador el impuesto respectivo, determinado, utilizando como referencia cualquier otra fuente de información que sea debidamente reconocida en la industria automotriz.

A los efectos de este Artículo, un vehículo no reflejará razonablemente el precio sugerido de venta al consumidor cuando dicho precio sea sustancialmente menor al precio sugerido de venta al consumidor para modelos similares. Además, podrá considerarse irrazonable cuando, a la fecha de introducción, el precio sugerido de venta al consumidor se aleje en más de un *5 por ciento (5%) del precio sugerido de venta que aparece para ese mismo vehículo en la edición correspondiente del "Black Book"*.



Scanned by CamScanner



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
NEGOCIADO DE IMPUESTO AL CONSUMO

No obstante, en ningún caso se entenderá que esta facultad autoriza al Secretario a sustituir, como norma de aplicación general, la base del precio sugerido de venta al consumidor por cualquier otra base fiscal alterna, excepto para corregir el precio sugerido de venta al consumidor determinado irrazonablemente por el importador en cada caso particular.

II. Aplicación de las disposiciones del Artículo 2011(c)(2)-1 del Reglamento en el proceso de otorgación de levantes

El Negociado de Impuesto al Consumo, a través de su División de Imposición, es responsable de desarrollar, administrar y evaluar los procedimientos, funciones y actividades necesarias para llevar a cabo la imposición apropiada de arbitrios. Tras haberse realizado una evaluación sobre los procesos actuales para la imposición de arbitrios en el caso de vehículos de motor, se identificó que la División de Imposición no está aplicando de manera consistente las disposiciones del Artículo 2011(c)(2)-1 del Reglamento y las correspondientes Secciones del Código, discutidas en este Memorando.

Dado que la base legal para la determinación del precio contributivo en Puerto Rico de vehículos nuevos para la venta es clara y no da margen a interpretación, es menester que se cumpla con las disposiciones de ley aplicables. A tales efectos, se instruye a todo el personal de la División de Imposición del Negociado de Impuesto al Consumo a aplicar las disposiciones del Artículo 2011(c)(2)-1, en aquellos casos en que el precio sugerido de venta al consumidor informado por determinado importador se aleje en más de un 5 por ciento (5%) del precio sugerido de venta que aparece para ese mismo vehículo en la edición correspondiente del "Black Book".

Esta Instrucción deberá ser aplicada de manera inmediata.

Cordialmente,

Lcdo. Myrna Medina Massanet
Directora

Scanned by CamScanner