**EXHIBIT B**



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 20 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2017 | JA4JZ4AX3HZ002887 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AXXHZ003101 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX9HZ003509 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX9HZ002828 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX8HZ003484 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX7HZ003444 | $634.19 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007, y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna A. Medina Massanet
Directora
Negociado de Impuesto al Consumo



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra reevaluación de su reclamación de reintegro de arbitrios pagados recibida el 20 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2016 | JA4JZ4AX1GZ012560 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX0GZ000920 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX4GZ001522 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AXXGZ043838 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX0GZ016132 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX0GZ016292 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX8GZ042753 | $658.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AXXGZ012301 | $658.23 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Y. Medina Massanet
Directora
Negociado de Impuesto al Consumo

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 20 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU001242 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU001032 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU001051 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU001463 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU001480 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU000739 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU000753 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU001059 | $179.47 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU000918 | $179.47 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU001107 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU001439 | $120.77 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.



Lcda. Yomari X. Medina Massanet
Directora
Negociado de Impuesto al Consumo



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 20 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ000915 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002734 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ001937 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ000727 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ003473 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ002932 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ000834 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ002481 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ003367 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ003211 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ002022 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ002976 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ003481 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ003217 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ002782 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ001191 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ002315 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ003277 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ001335 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ000442 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ001793 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ002618 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002409 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002197 | $211.93 |



Case:17-03283-LTS Doc#:2488-3 Filed:02/13/18 Entered:02/13/18 17:14:22 Desc: Exhibit Page 4 of 9

Sra. Nancy Díaz
29 de noviembre de 2016
Página 2

| | | | | |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ002518 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ002409 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ002197 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ003086 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ001476 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ003072 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ001737 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ001137 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ001028 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ003074 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ002791 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ000441 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ001884 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AL6HZ001308 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ001571 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ000570 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ003376 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ002242 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ000794 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ000823 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ001429 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ002827 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ000349 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ002512 | $211.93 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Y. Meléndez-Massanet
Directora
Negociado de Impuesto al Consumo

Case:17-03283-LTS   Doc#:2488-3   Filed:02/13/18   Entered:02/13/18 17:14:22   Desc:
Exhibit    Page 6 of 9



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 20 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH008862 | $181.09 |
| Mitsubishi | Mirage | 2017 | ML32A3HJ3HH009084 | $314.85 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437, del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Y. Medina Massanet
Directora
Negociado de Impuesto al Consumo



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nandy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria/Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 25 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012530 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH011677 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012843 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012466 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012851 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012497 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012680 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012318 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH011675 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012424 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012423 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012854 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012826 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH012755 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012463 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012810 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH011681 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH011398 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012534 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012778 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH011677 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012567 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012856 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012808 | $25.61 |



Sra. Nancy Díaz
29 de noviembre de 2016
Página 2

| | | | | |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012856 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012808 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012488 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012445 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012703 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH011885 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012844 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJX HH012702 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH011803 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH011687 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012533 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012315 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012838 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012640 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH011223 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012532 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012734 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012485 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH011861 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012382 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012458 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012573 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJX HH012781 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012513 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012520 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012811 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012432 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH011305 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012460 | $25.61 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrbelí J. Medina Massahet.
Directora
Negociado de Impuesto al Consumo



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

29 de noviembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2, Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 25 de octubre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ001631 | $19.64 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(a)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna V. Medina Massanet
Directora
Negociado de Impuesto al Consumo