EXHIBIT C



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado del Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 3 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ002013 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ003000 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ002295 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ002604 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AUXHZ000649 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AUXHZ001287 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ001703 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU8HZ001031 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU8HZ001773 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ003194 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ003429 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ003483 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ003275 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ000730 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ001454 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ001582 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ003077 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ000485 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ000565 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU4HZ001169 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ002500 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU5HZ000449 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ001833 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ002191 | $108.37 |



| | | | | |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU5HZ002797 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ002915 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ002398 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU6HZ002730 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ002845 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ002893 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ003291 | $108.37 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna L. Medina Massanet
Directora
Negociado de Impuesto al Consumo



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

CERTIFIED MAIL®

7015 0640 0006 9356 5834

U.S. POSTAGE PITNEY BOWES
ZIP 00902
02 1W
0001368855 DEC [illegible] 2016

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados
recibida el 3 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|-------|--------|-----|-----------------|--------------------|
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ000257 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ000245 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ000851 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ000928 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ001687 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ002102 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ002607 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000418 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ001427 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ001622 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002291 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ003076 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ003129 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000323 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ000918 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ001113 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001450 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ002462 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ002812 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ000992 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ001664 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001920 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ002034 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ002186 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ003298 | $77.48 |



| | | | | |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000631 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000869 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ001047 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ001753 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ002220 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ000434 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ002285 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002386 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ003269 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ003533 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ001005 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ001091 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001240 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ001364 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001877 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ000524 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ000604 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001224 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ001690 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000267 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000737 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ000741 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ001316 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ002748 | $77.48 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Aurora I. Medina Massanet
Directora
Negociado de Impuesto al Consumo



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED



**CERTIFIED MAIL**

U.S. POSTAGE PITNEY BOWES

ZIP CODE $009.41
02 10
000-02335370  30 2016

7015 0640 0006 9356 5827



Estado Libre Asociado de Puerto Rico
**Departamento de Hacienda**
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados
recibida el 11 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|-------|--------|-----|-----------------|--------------------|
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012438 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012758 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012816 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012830 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH011535 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012394 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXH012456 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012511 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012730 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012458 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXH012814 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH011318 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012437 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012729 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012824 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012512 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012149 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012457 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012489 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012785 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012735 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012434 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH012819 | $25.61 |



| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012568 | $25.61 |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012429 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012761 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH011856 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH011857 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012847 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012385 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH011794 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH011878 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012391 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012780 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012425 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012589 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012784 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012589 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012845 | $25.61 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Leslie Aguilar I. Medina Massanet
Directora
Negociado de Impuesto al Consumo

ELECTRONIC SERVICE REQUESTED

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

CERTIFIED MAIL

7015 0640 0008 9356 7885

U.S POSTAGE>>PITNEY BOWES



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 29 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|-------|--------|-----|-----------------|--------------------|
| Mitsubishi | Lancer | 2017 | JA32U2FUXHU002456 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002574 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FUXHU002702 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002657 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002757 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002961 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002719 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002606 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU002583 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002431 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002590 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002627 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU002597 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002724 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002547 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002737 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FUXHU002487 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU002701 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002590 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002690 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002887 | $46.31 |



| Mitsubishi | Lancer | 2017 | JA32U2FU4HU002582 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002514 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002838 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002720 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU0HU002515 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002464 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002544 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002443 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002628 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU002485 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002674 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002541 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002704 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002416 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002718 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002645 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002493 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002660 | $46.31 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Loeda Mayda Y. Medina Massanet
Directora
Negociado de Impuesto al Consumo



ESTADO LIBRE ASOCIADO DE PUERTO RICO • HACIENDA •

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

CERTIFIED MAIL®

7015 0640 0006 9356 5858

U.S. POSTAGE
ZIP 00902
02 1R
0001386855 DEC 30 2016

Estado Libre Asociado de Puerto Rico
**Departamento de Hacienda**
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 29 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ006421 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AUXHZ006473 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ006749 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU6HZ006891 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ007407 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU8HZ007959 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU4HZ007134 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ007611 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ007732 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ007261 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ007223 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ007875 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ007440 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ007007 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ005422 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ005763 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ006021 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ006870 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ005812 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ006568 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ007787 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ007383 | $19.64 |



| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ005064 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ006446 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ004755 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ006206 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ006329 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ005961 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ004942 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ006139 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ007844 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ004739 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ007164 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ005591 | $19.64 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(1)(0) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Y. Medina Massanet
Directora
Negociado de Impuesto al Consumo



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

CERTIFIED MAIL

7015 0640 0006 9356 5957

U.S. POSTAGE PITNEY BOWES
ZIP 00902 $ 006.45
02 1W
0001773155 DEC 30 2016

Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 29 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012992 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH013105 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH013222 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012978 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH013312 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012871 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH013320 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012947 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012922 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012991 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH013315 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012898 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012875 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH013317 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012981 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH013104 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012869 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH013232 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012931 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012883 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH013075 | $25.61 |



| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012900 | $25.61 |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012993 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012498 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012935 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012908 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH013229 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH013342 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012849 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012937 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH013226 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012886 | $25.61 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Medina Massanet
Directora
Negociado de Impuesto al Consumo



ELECTRONIC SERVICE REQUESTED

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

7025 0640 0005 9356 5496

CERTIFIED MAIL



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 29 de noviembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ000280 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001524 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000348 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ001496 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ000279 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000558 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002081 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000306 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ001292 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002632 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001531 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ001862 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ002981 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ002726 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ003615 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX1HZ004329 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX1HZ003939 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX9HZ002889 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX2HZ002881 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX3HZ003067 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX2HZ008065 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AXXHZ003728 | $634.19 |



Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(o)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(1(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmencado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Y. Medina Massanet
Directora
Negociado de Impuesto al Consumo



ELECTRONIC SERVICE REQUESTED

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

7015 0640 0006 9356 5902

CERTIFIED MAIL

U.S. POSTAGE PAID FCM LG ENV
000138988 5 DEC 30 20
02 1M
$6.36



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Área de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 2 de diciembre de 2016, para los siguientes vehículos de motor:

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ000260 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001524 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000348 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ001496 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ000279 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000558 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ003885 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ005748 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ005877 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ006315 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ007024 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ007561 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ008009 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ007515 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ007308 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ008061 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ005411 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ006203 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ008093 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ008171 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ005368 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ008625 | $77.48 |



| | | | | |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ004143 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ004262 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ006063 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ008113 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ008156 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ006141 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ008071 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ008102 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ006094 | $77.48 |

Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Myrna Y. Medina Massanet
Directora
Negociado de Impuesto al Consumo



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

7015 0640 0006 9356 5747



CERTIFIED MAIL

U.S. POSTAGE ») PITNEY BOWES

$
ZIP 00902 $ 001.902
02 4W
0001395596 DEC 30 2016



Estado Libre Asociado de Puerto Rico
Departamento de Hacienda
Area de Rentas Internas
Negociado de Impuesto al Consumo

12 de diciembre de 2016

Sra. Nancy Díaz
Gerente de Contabilidad
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENEGATORIA DE REINTEGRO DE ARBITRIOS

Hemos completado nuestra evaluación de su reclamación de reintegro de arbitrios pagados recibida el 2 de diciembre de 2016, para los siguientes vehículos de motor.

| Marca | Modelo | Año | Número de Serie | Cantidad Reclamada |
|---|---|---|---|---|
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ4HHF12923 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ3HHF13013 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ4HHF12985 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ6HHF12891 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ3HHF12959 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF13435 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF12964 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ1HHF13009 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJXHHF13509 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJXHHF13526 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJXHHF12909 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ9HHF12965 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ4HHF13005 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ2HHF13435 | $25.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ0HHF13485 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ2HHF12886 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF12897 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ6HHF13524 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF12981 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ2HHF12970 | $26.22 |



Su solicitud ha sido denegada. El valor declarado al momento de la introducción de los vehículos no refleja razonablemente el Precio Contributivo en Puerto Rico, conforme al Artículo 2011(c)(2)-1 del Reglamento 7437 del 14 de diciembre de 2007 y las correspondientes Secciones 3010.01(10) y (11) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado ("Código").

No obstante, de no estar conforme con esta determinación puede recurrir al Tribunal de Primera Instancia en la forma requerida por ley dentro de los treinta (30) días siguientes a la fecha del depósito en el correo de dicha notificación, según lo establece la Sección 6025.01 del Código.

Lcda. Marina Yoviadya Massanet
Directora
Negociado de Impuesto al Consumo

ELECTRONIC SERVICE REQUESTED



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

7015 0640 0000 9356 5475



CERTIFIED MAIL