**Hearing Date**: March 7th, 2018, at 9:30 a.m.
**Objection Deadline**: February 28, 2018.

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | **PROMESA, Title III** |
| **AS REPRESENTATIVE OF** | **Case No. 17-BK-3283 (LTS)** |
| **THE COMMONWEALTH OF PUERTO RICO** | |
| **Debtor** | |

**MOTION REQUESTING LEAVE TO FILE DOCUMENTS IN SPANISH LANGUAGE AND REQUEST FOR TERM TO FILE CERTIFIED TRANSLATIONS**

**TO THE HONORABLE COURT:**

**COMES NOW**, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. On this same date, MMSC is filing before this Honorable Court a "Motion Requesting Relief from Automatic Stay", a "Memorandum in Support of Mitsubishi Motor Sales of Caribbean Inc.'s Motion Requesting Relief from Automatic Stay" and other required motions in connection thereto.

2. MMSC hereby informs this Honorable Court that the documents included as exhibits to the "Memorandum in Support of Mitsubishi Motor Sales of Caribbean Inc.'s Motion Requesting Relief from Automatic Stay" were submitted in Spanish language.

3. MMSC respectfully requests this Honorable Court leave to file the documents included as exhibits to the "Memorandum in Support of Mitsubishi Motor Sales of Caribbean Inc.'s Motion Requesting Relief from Automatic Stay" in Spanish language and that it be

Case No. 17-BK-3283 (LTS)            **Hearing Date**: March 7th, 2018, at 9:30 a.m.
Motion Requesting Leave…            **Objection Deadline**: February 27, 2018.
Page 2

granted a twenty (20) day term to submit the corresponding certified/official translations of said documents included as exhibits to the "Memorandum in Support of Mitsubishi Motor Sales of Caribbean Inc.'s Motion Requesting Relief from Automatic Stay".

**WHEREFORE**, MMSC respectfully requests this Honorable Court to take notice of the aforementioned, grant the foregoing motion in all its parts and, consequently, that it be allowed to file the documents included as exhibits to the "Memorandum in Support of Mitsubishi Motor Sales of Caribbean Inc.'s Motion Requesting Relief from Automatic Stay" in Spanish language and that it be granted a twenty (20) day term to submit the corresponding certified/official translations of said documents.

**RESPECTFULLY SUBMITTED.**

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on his same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to al CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the PR USDC's CMP Order, as amended on October 24, 2017 (Docket No. 1512 of Case No. 17-03283) "Third Amended Notice, Case Management and Administrative Procedures".

In San Juan, Puerto Rico, this 13th day of February 2018.

    **BELK & GROVAS LAW OFFICES**
    PO Box 194927
    San Juan, PR 00919-4927
    Tel. (787) 754-2424/Fax (787) 754-2454
    E-mail: belkgrovas@gmail.com

BY:    *S/James Belk-Arce*          BY:    *S/Carlos J. Grovas-Porrata*
        **JAMES BELK-ARCE**             **CARLOS J. GROVAS-PORRATA**
        USDC-PR No. 130506              USDC-PR No. 209714