**Hearing Date**: March 7th, 2018, at 9:30 a.m.
**Objection Deadline**: February 28, 2018.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA, Title III |
| AS REPRESENTATIVE OF | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO | |
| Debtor | |

**NOTICE OF HEARING ON MOTION REQUESTING RELIEF FROM AUTOMATIC STAY**

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that on May 3, 2017, the Commonwealth of Puerto Rico (hereinafter, the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico ("FOMB"), as the Commonwealth's representative filed a petition under Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") in the United States Bankruptcy Court for the District of Puerto Rico ("USBC").

**PLEASE TAKE FURTHER NOTICE** that on this same date, February 13, 2018, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), plaintiff in a civil action filed before the Puerto Rico Court of First Instance, San Juan Section, civil action styled *Mitsubishi Motor Sales of Caribbean, Inc. v. Hon. Raul Maldonado Gautier, as Secretary of the Puerto Rico Treasury Department, et al.*, Civil No. KCO 2016-0026 (903), requesting declaratory judgment and refund of excise taxes paid in excess by MMSC, which has been stayed pursuant to Title III of PROMESA, filed before this Honorable Bankruptcy Court a Motion Requesting Relief from the

**Hearing Date**: March 7th, 2018, at 9:30 a.m.
**Objection Deadline**: February 28, 2018.

Automatic Stay pursuant to Section 362 of the United States Bankruptcy Code (USBC), 11 U.S.C.S. §362 (hereinafter, the "Stay Relief Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held before the Honorable Laura Taylor Swain, United States District Court Judge, in Room 3 of the United States Distrcit Court for the District of Puerto Rico, Federal Building, Office 150, 150 Carlos Chardón Street, San Juan, P.R. 00918-1767, on **March 7th, 2018, at 9:30 a.m.** (Atlantic Standard Time), or as soon thereafter as counsel may be heard to consider the relief sought by MMSC on its Stay Relief Motion.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise ordered by this Honorable Bankruptcy Court, any objections to MMSC's Stay Relief Motion shall be the later to occur of (1) fifteen (15) calendar days after the date of filing and service of the Stay Relief Motion and (ii) eight (8) calendar days prior to the hearing scheduled with respect thereto.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE STAY RELIEF MOTION ARE TIMELY FILED, SERVED AND RECEIVED BY THE OBJECTION DEADLINE IN ACCORDANCE WITH THIS NOTICE AND THE CASE MANAGEMENT PROCEDURES, THE HONORABLE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE STAY RELIEF MOTION WITHOUT FURTHER NOTICE OR HEARING.

**WE HEREBY CERTIFY** that on his same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the CMP

**Hearing Date**: March 7th, 2018, at 9:30 a.m.
**Objection Deadline**: February 28, 2018.

Order, as amended on October 24, 2017 (Docket No. 1512 of Case No. 17-03283) "Third Amended Notice, Case Management and Administrative Procedures".

In San Juan, Puerto Rico, this 13th day of February 2018.

        **BELK & GROVAS LAW OFFICES**
        PO Box 194927
        San Juan, PR 00919-4927
        Tel. (787) 754-2424/Fax (787) 754-2454
        E-mail: belkgrovas@gmail.com

BY:    *S/James Belk-Arce*
        **JAMES BELK-ARCE**
        USDC-PR No. 130506

BY:    *S/Carlos J. Grovas-Porrata*
        **CARLOS J. GROVAS-PORRATA**
        USDC-PR No. 209714