UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY, | |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

        Movant,

v.

AD HOC GROUP OF GENERAL OBLIGATION BONDHOLDERS, *et al.*[2]

        Respondents,

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE TESTIMONY OF ANDREW WOLFE

WHEREAS, the Puerto Rico Electric Power Authority ("**PREPA**" or the "**Debtor**"), by and through the Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as the Debtor's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act, and the Puerto Rico Fiscal Agency and Financial Authority ("**AAFAF**"), (together with PREPA and the Oversight Board, the "**Movants**"), filed a joint urgent motion for entry of an order approving post-petition financing [Docket No. 2298, Case No. 17 BK 3283-LTS] (the "**Motion**");

WHEREAS, the Movants submitted a declaration of Andrew Wolfe in support of the Motion [Docket No. 2298, Exhibit B] (the "**Wolfe Declaration**");

WHEREAS, the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corporation and Assured Guaranty Municipal Corporation, Syncora Guarantee Incorporated, U.S. Bank National Association, the Ad Hoc

---

[2] The Respondents include: the Ad Hoc Group of General Obligation Bondholders, U.S. Bank National Association in its Capacity as PREPA Bond Trustee, the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc. Other Respondents not a party to this stipulation include: Arc American, Inc., Whitefish Energy Holdings, LLC, Scotiabank de Puerto Rico, Solus Alternative Asset Management LP, the Official Committee of Unsecured Creditors, and Siemens Transportation Partnership Puerto Rico, S.E.

Group of General Obligation Bondholders, and Ambac Assurance Corporation (together, the "**Objecting Parties**") object to the Motion;

WHEREAS, the Court scheduled an evidentiary hearing ("**Hearing**") regarding the Motion on February 15, 2018, in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 [Docket No. 658, Case No. 17 BK 4780-LTS]; and

WHEREAS, the Movants and Objecting Parties enter this Joint Stipulation in an effort to streamline the presentation of argument and evidence at the Hearing and avoid the costs and burden of deposing Andrew Wolfe and requiring Andrew Wolfe to attend the Hearing.

NOW THEREFORE, IT IS HEREBY STIPULATED, subject to the approval of the Court, as follows:

1. If Andrew Wolfe were called upon to testify at the Hearing, he would testify as follows (the "**Wolfe Testimony**"):

   a) If PREPA were to cease operating Puerto Rico's electrical grid for any material period of time, the potential consequences to Puerto Rico's economy would be significantly adverse and potentially irreversible.

   b) The Government of Puerto Rico's ability to provide basic services would be adversely affected by PREPA ceasing operations.

   c) It is my opinion that the cessation of PREPA's operations for any material period of time would lead to further outmigration beyond that which was already created by Hurricanes Irma and Maria, and that this further outmigration would result in additional reduction of (a) PREPA's customer base and (b) Government of Puerto Rico taxpayers.

   d) The Commonwealth and all stakeholders would fare better if PREPA remains operable and completes bringing back power for all customers as soon as possible.

2. The Objecting Parties will not object to the admission of the Wolfe Testimony into evidence solely for purposes of the Motion, and will not introduce evidence or make argument at the Hearing in an attempt to contradict the Wolfe Testimony.

3. The Objecting Parties do not admit the truth of the Wolfe Testimony and shall not be precluded from contesting the Wolfe Testimony in any proceedings other than in connection with the Motion.

4. The Objecting Parties will not depose Andrew Wolfe in connection with the Motion.

5. The Movants will not submit the Wolfe Declaration into evidence, as direct examination or otherwise.

6. To avoid inconvenience, and if the Court is amenable, the Parties agree to ask the Court to excuse Dr. Wolfe from attending the Hearing.

7. This Joint Stipulation is agreed to and submitted solely for the purposes of this Motion and Hearing and shall have not be filed or relied upon by any party in any other proceeding, whether in these Title III proceedings or otherwise.

**RESPECTFULLY SUBMITTED,**

| | |
|---|---|
| **PROSKAUER ROSE LLP** | **THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, as Fiscal agent for PREPA** |
| */s/ Martin J. Bienenstock* | |
| Martin J. Bienenstock (*pro hac vice*) | By its attorneys, |
| Paul V. Possinger (*pro hac vice*) | |
| Ehud Barak (*pro hac vice*) | */s/ Nancy A. Mitchell* |
| Maja Zerjal (*pro hac vice*) | Nancy A. Mitchell (*admitted pro hac vice*) |
| Eleven Times Square | Greenberg Traurig, LLP |
| New York, NY 10036 | 200 Park Avenue |
| Tel: (212) 969-3000 | New York, NY 10166 |
| Fax: (212) 969-2900 | Phone: 212.801.9200 |
| | Fax : 212.801.6400 |
| *Attorneys for the Financial Oversight and Management Board as representative for the Debtor* | Email: mitchelln@gtlaw.com |

David D. Cleary (*admitted pro hac vice*)
Kevin D. Finger (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax : 312.456.8435
Email: clearyd@gtlaw.com
fingerk@gtlaw.com

**O'NEILL & BORGES LLC**

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtor*

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| Heriberto Burgos Pérez<br>USDC-PR 204809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR 203114<br>Diana Pérez-Seda<br>USDC-PR 232014<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Telephone: (787) 756-1400<br>Facsimile: (787) 756-1401<br>Email: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | By: /s/ *Howard R. Hawkins, Jr.*<br>Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>Ellen M. Halstead*<br>Thomas J. Curtin*<br>Casey J. Servais*<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6000<br>Facsimile: (212) 406-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com |

\* Admitted pro hac vice

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

| | |
|---|---|
| **GOLDMAN ANTONETTI & CORDOVA, LLC** | **DEBEVOISE & PLIMPTON LLP** |
| | /s/ *My Chi To* |
| CARLOS A. RODRÍGUEZ-VIDAL | MY CHI TO* |
| USDC-PR No. 201213 | CRAIG A. BRUENS* |
| E-mail: crodriguez-vidal@gaclaw.com | ELIE J. WORENKLEIN* |
| | 919 Third Avenue |
| SOLYMAR CASTILLO-MORALES | New York, New York 10022 |
| USDC-PR NO. 218310 | Tel.: (212) 909-6000 |
| E-mail: scastillo@gaclaw.com | Fax: (212) 909-6836 |
| | Email: mcto@debevoise.com |
| P.O. Box 70364 | cabruens@debevoise.com |
| San Juan, PR 00936-8364 | eworenklein@debevoise.com |
| Tel.: (787) 759-4117 | |
| Fax: (787) 767-9177 | *admitted *pro hac vice* |

*Counsel for Syncora Guarantee Inc.*

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA, P.S.C.** | **WEIL, GOTSHAL & MANGES LLP** |

208 Ponce de León Avenue, Suite 1600
San Juan, PR 00936
Telephone: 787.756.9000
Facsimile: 787.756.9010
Email  epo@amgprlaw.com
           loliver@amgprlaw.com
           acasellas@amgprlaw.com
           larroyo@amgprlaw.com

Eric Pérez-Ochoa
USDC-PR No. 206314

Luis Oliver-Fraticelli
USDC-PR No. 209204

Alexandra Casellas-Cabrera
USDC-PR No. 301010

Lourdes Arroyo Portela
USDC-PR No. 226501

/s/ *Marcia Goldstein*
MARCIA GOLDSTEIN*
JONATHAN POLKES*
GREGORY SILBERT*
ROBERT BEREZIN**
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007

STEPHEN A. YOUNGMAN*
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700
Fax: (214) 746-7777
Email:  marcia.goldstein@weil.com
            jonathan.polkes@weil.com
            gregory.silbert@weil.com
            robert.berezin@weil.com
            stephen.youngman@weil.com

*admitted *pro hac vice*
**pro hac vice* admission pending

*Counsel for National Public Finance Guarantee Corp.*

| | |
|---|---|
| **FERRAIUOLI LLC** | **MILBANK, TWEED, HADLEY & McCLOY LLP** |
| Roberto Cámara-Fuertes (USDC-PR No. 219002) <br> Sonia Colón (USDC-PR No. 213809) <br> 221 Ponce de León Avenue, 5th Floor <br> San Juan, PR 00917 <br> Telephone: (787) 766-7000 <br> Facsimile: (787) 766-7001 <br> Email: rcamara@ferraiuoli.com <br> scolon@ferraiuoli.com | /s/ *Grant R. Mainland* <br> Dennis F. Dunne <br> Andrew M. Leblanc <br> Atara Miller <br> Grant R. Mainland <br> (admitted *pro hac vice*) <br> 28 Liberty Street <br> New York, NY 10005 <br> Telephone: (212) 530-5770 <br> Facsimile: (212) 822-5770 <br> Email: ddunne@milbank.com <br> aleblanc@milbank.com <br> amiller@milbank.com <br> gmainland@milbank.com |

*Attorneys for Ambac Assurance Corporation*

**JIMÉNEZ, GRAFFAM & LAUSELL**

J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
P.O. Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

/s/ *Mark T. Stancil*

Lawrence S. Robbins (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Kathryn S. Zecca (admitted *pro hac vice*)
Mark T. Stancil (admitted *pro hac vice*)
Ariel N. Lavinbuk (admitted *pro hac vice*)
Donald Burke (admitted *pro hac vice*)
1801 K Street, N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: mstancil@robbinsrussell.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Andrew N. Rosenberg (admitted *pro hac vice*)
Richard A. Rosen (admitted *pro hac vice*)
Walter Rieman (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com

*Counsel to the Ad Hoc Group of General Obligation Bondholders*

| | |
|---|---|
| **RIVERA, TULLA AND FERRER, LLC** | **MASLON LLP** |
| Eric A. Tulla<br>USDC-DPR No. 118313<br>Email: etulla@ riveratulla.com | /s/ *Clark T. Whitmore*<br>Clark T. Whitmore (admitted *pro hac vice*)<br>Jason M. Reed (admitted *pro hac vice*)<br>90 South Seventh Street, Suite 3300 |
| Iris J. Cabrera-Gómez<br>USDC-DPR No. 221101<br>Email: icabrera@riveratulla.com | Minneapolis, MN 55402<br>Telephone: 612-672-8200<br>Facsimile: 612-672-8397<br>E-Mail: clark.whitmore@maslon.com |
| Rivera Tulla & Ferrer Building<br>San Juan, PR 00917-1212<br>Tel: (787)753-0438<br>Fax: (787)767-5784 | jason.reed@maslon.com |

*ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE*

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
| /s/ *Manuel Fernández-Bared* | /s/ *Gregory A. Horowitz* |
| MANUEL FERNÁNDEZ-BARED | AMY CATON* |
| Email: mfb@tcm.law | GREGORY A. HOROWITZ* |
| | THOMAS MOERS MAYER* |
| /s/ *Linette Figueroa-Torres* | ALICE J. BYOWITZ* |
| LINETTE FIGUEROA-TORRES | DOUGLAS BUCKLEY* |
| Email: lft@tcm.law | 1177 Avenue of the Americas |
| | New York, New York 10036 |
| /s/ *Nayda Pérez-Román* | Tel.: (212) 715-9100 |
| NAYDA PÉREZ-ROMÁN | Fax: (212) 715-8000 |
| Email: nperez@tcm.law | Email: acaton@kramerlevin.com |
| | ghorowitz@kramerlevin.com |
| P.O. Box 195383 | tmayer@kramerlevin.com |
| San Juan, PR 00919-5383 | abyowitz@kramerlevin.com |
| Tel.: (787) 751-8999 | dbuckley@kramerlevin.com |
| Fax: (787) 763-7760 | |
| | *admitted *pro hac vice* |

*Counsel to the Ad Hoc Group of PREPA Bondholders*

SO ORDERED, this __ day of _____, 2018

_____<br>
HONORABLE LAURA TAYLOR SWAIN<br>
UNITED STATES DISTRICT JUDGE