# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>　　　　as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>　　　　　　　　　　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>　　　　as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>　　　　　　　　　　　　　　Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS<br><br>Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS |

## MOTION TO FILE UNDER SEAL

To the Honorable United States District Judge Laura Taylor Swain:

　　　　Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "<u>Assured</u>") and Syncora Guarantee Inc. ("<u>Syncora</u>") respectfully submit this motion to file under seal ("<u>Motion to Seal</u>") and hereby state as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

USActive 41947666.4

1. On February 1, 2018, Assured and Syncora filed a public redacted version of *Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (a) Authorizing Postpetition Secured Financing, (b) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief* (the "Objection") (Case No. 17 BK 04780-LTS, ECF No. 585). The Objection contained redactions and Exhibit C to the Objection (ECF No. 585-3) was filed under seal.

2. It is necessary to seal and restrict access to the unredacted version of the Objection and Exhibit C because they contain information provided to Assured and Syncora by the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority (the "Movants") on a confidential basis. As such, Assured and Syncora respectfully request that the unredacted version of the Objection and Exhibit C be sealed.

3. To prevent the unredacted version of the Objection and Exhibit C from being made part of the public record, Assured and Syncora respectfully request that this Court grant this Motion to Seal permitting the parties to make a restrictive filing of the Objection and Exhibit C. Assured and Syncora request that only this Court and the Movants have access to the Objection and Exhibit C unless and until Assured, Syncora, or the Movants inform the Court otherwise.

4. For these reasons, Assured and Syncora respectfully request that this Honorable Court take notice of the above and enter an order, substantially in the form attached hereto as Exhibit A, granting leave to file the Objection and Exhibit C under seal.

Dated:   San Juan, Puerto Rico
         February 13, 2018

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ *Heriberto Burgos Pérez* <br>    Heriberto Burgos Pérez <br>    USDC-PR 204809 <br>    Ricardo F. Casellas-Sánchez <br>    USDC-PR 203114 <br>    Diana Pérez-Seda <br>    USDC-PR 232014 <br>    P.O. Box 364924 <br>    San Juan, PR 00936-4924 <br>    Telephone: (787) 756-1400 <br>    Facsimile: (787) 756-1401 <br>    Email:   hburgos@cabprlaw.com <br>                rcasellas@cabprlaw.com <br>                dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br>    Howard R. Hawkins, Jr.* <br>    Mark C. Ellenberg* <br>    Ellen M. Halstead* <br>    Thomas J. Curtin* <br>    Casey J. Servais* <br>    200 Liberty Street <br>    New York, NY 10281 <br>    Telephone: (212) 504-6000 <br>    Facsimile: (212) 406-6666 <br>    Email:   howard.hawkins@cwt.com <br>                mark.ellenberg@cwt.com <br>                ellen.halstead@cwt.com <br>                thomas.curtin@cwt.com <br>                casey.servais@cwt.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |
| **GOLDMAN ANTONETTI & CORDOVA, LLC** | **DEBEVOISE & PLIMPTON LLP** |
| s/ *Carlos A. Rodríguez-Vidal* <br> CARLOS A. RODRÍGUEZ-VIDAL <br> USDC-PR No. 201213 <br> E-mail: crodriguez-vidal@gaclaw.com <br><br> s/ *Solymar Castillo-Morales* <br> SOLYMAR CASTILLO-MORALES <br> USDC-PR NO. 218310 <br> E-mail: scastillo@gaclaw.com <br><br> P.O. Box 70364 <br> San Juan, PR 00936-8364 <br> Tel.: (787) 759-4117 <br> Fax: (787) 767-9177 <br><br> *Counsel for Syncora Guarantee Inc.* | s/ *My Chi To* <br> MY CHI TO* <br> CRAIG A. BRUENS* <br> ELIE J. WORENKLEIN* <br> 919 Third Avenue <br> New York, New York 10022 <br> Tel.: (212) 909-6000 <br> Fax: (212) 909-6836 <br> Email: mcto@debevoise.com <br>         cabruens@debevoise.com <br>         eworenklein@debevoise.com <br><br> *admitted *pro hac vice* <br><br> *Counsel for Syncora Guarantee Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

| | |
|---|---|
| Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Gerardo J. Portela Franco<br>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 |
| John J. Rapisardi, Esq.<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 | Andrés W. López, Esq.<br>Law Offices of Andrés W. López<br>902 Fernández Juncos Ave.<br>San Juan, PR 00907 |
| Martin J. Bienenstock, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, New York 10166 | Arturo Diaz-Angueira, Esq.<br>Cancio, Nadal, Rivera & Diaz, P.S.C.<br>403 Muñoz Rivera Ave.<br>San Juan (Hato Rey), PR 00918-3345 |
| Luc A. Despins, Esq.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Juan. J. Casillas Ayala<br>Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, PR 00901-2419 |
| Robert Gordon, Esq.<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022 | A.J. Bennazar-Zequeira<br>Bennazar, Garcia & Milian, C.S.P.<br>Edificio Union Plaza PH-A piso 18 Avenida Ponce de Leon #416<br>Hato Rey, PR 00918 |

At San Juan, Puerto Rico, this 13th day of February, 2018.

/s/ Heriberto J. Burgos Pérez
Heriberto J. Burgos Pérez
USDC-PR 204806