# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>                      Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

## [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

The Court has received and reviewed the motion to file under seal (the "Motion") of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured"), and Syncora Guarantee Inc. ("Syncora"). Assured and Syncora seek to file under seal an unreacted version of the *Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. to the Urgent Joint Motion of Financial Oversight and Management*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

USActive 41947932.3

-2-

*Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (a) Authorizing Postpetition Secured Financing, (b) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief* (Case No. No. 17 BK 04780-LTS, ECF No. 585) and Exhibit C thereto (ECF No. 585-3). Based on the representations made in the Motion, the Motion is granted pending further order of the Court.

The Clerk of Court will provide Assured, Syncora and the following parties who have appeared in these Title III proceedings access to the sealed materials, through their counsel of record:

1. The Financial Oversight and Management Board for Puerto Rico; and

2. The Puerto Rico Fiscal Agency and Financial Advisory Authority.

This order resolves docket entry no. ____ in Case No. 17-4780.

SO ORDERED.

Dated: February ____, 2018

                                        LAURA TAYLOR SWAIN
                                        United States District Judge