UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON FEBRUARY 15, 2018 AT 10:30 A.M. (AST), 9:30 A.M. (EST)

| | |
|---|---|
| **Time and Date of Hearing:** | **Thursday, February 15, 2018**, from 10:30 a.m. to 2:00 p.m., from 3:00 p.m. to 6:00 p.m., (Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge Courtroom 17C[2] United States District Court for the Southern District of New York **Daniel Patrick Moynihan Courthouse** 500 Pearl Street, New York, NY 10007 |
| | **Video Teleconference**:  The hearing will be broadcast by **video teleconference in a Courtroom to be determined** of the United States District Court for the District of Puerto Rico, **Clemente Ruiz Nazario United States Courthouse**, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **CONTESTED MATTERS:**

1. **PREPA's Urgent Post-Petition Financing Motion.** Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administration Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2298**]

    Description: Joint motion of the Financial Oversight and Management Board and Fiscal Agency and Financial Advisory Authority for entry of orders authorizing postpetition secured financing, granting priming liens and providing superpriority administration expense claims, modifying the automatic stay, scheduling a final hearing, and granting related relief.

    Objection Deadline: Thursday, February 1, 2018 at 6:00 p.m. (Atlantic Standard Time)

    Responses:
    A. Limited Objection By and Reservation of Rights of Arc American, Inc. to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2328**]

    B. The Ad Hoc Group of General Obligation Bondholders' (I) Objection to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief, and (II) Urgent Cross-Motion, in the Alternative, to Intervene [**Case No. 17-3283, ECF No. 2329**]

    C. Response and Limited Objection of Scotiabank de Puerto Rico, as Administrative Agent, to Urgent Motion for Entry of an Interim Order Authorizing Postpetition Secured Financing [**Case No. 17-3283, ECF No. 2333**]

D. Siemens Transportation Partnership Puerto Rico, S.E.'s Limited Objection with Respect to the Urgent Motion for Postpetition Secured Financing, Priming Liens, and Providing Superpriority Administrative Expense Claims [**Case No. 17-3283, ECF No. 2335**]

E. Objection of National Public Finance Guarantee Corporation to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and The Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2340**]

F. Objection and Reservation of Rights of PREPA Bond Trustee to Urgent Motion Of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-3283, ECF No. 2341**]

G. Objection of Ad Hoc Group of PREPA Bondholders to Urgent Joint Motion of The Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 570]**

H. Limited Objection of Whitefish Energy Holdings, LLC to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing; and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 571]**

I. Ambac Assurance Corporation's (I) Objection to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Interim and Final Financing Orders, and (II) Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-4780, ECF No. 583]**

J. Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 585]**

Reply, Joinder & Statement Deadlines: Saturday, February 3, 2018, at 6:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
  A. Statement of Solus Alternative Asset Management LP in Response to the Urgent Joint Motion for Postpetition Secured Financing **[Case No. 17-3283, ECF No. 2337]**

  B. Statement of Official Committee of Unsecured Creditors in Response to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2359]**

  C. Joinder of U.S. Bank National Association in its Capacity as PREPA Bond Trustee to Objections to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, And (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2377]**

Related Documents:
  A. Order Granting Urgent Motion for Extension of Deadlines and Leave to File Excess Pages in Connection with Third Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 2297]**

  B. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2320]**

C. Order Scheduling Briefing in Connection with the Urgent Motion Seeking Clarification of the Scope of the Interim Financing Hearing **[Case No. 17-3283, ECF No. 2321]**

D. Objection of Arc American, Inc. to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2330]**

E. Urgent Motion of the Ad Hoc Group of General Obligation Bondholders to Expedite Consideration of the Ad Hoc Group of General Obligation Bondholders' Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 2331]**

F. Objection of the Ad Hoc Group of General Obligation Bondholders to the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2332]**

G. Objection of Scotiabank De Puerto Rico, as Administrative Agent, to Oversight Board's Urgent Motion to Clarify the Scope of the Interim Hearing on the Financing Motion **[Case No. 17-3283, ECF No. 2334]**

H. Joinder of U.S. Bank National Association in its Capacity as PREPA Bond Trustee to the Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2343]**

I. Notice of Filing Secured Superpriority Post-Petition Revolving Credit Loan and Security Agreement in Connection with Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2344]**

J. Order Granting the Urgent Motion of the Ad Hoc Group of General Obligation Bondholders to Expedite Consideration of the Ad Hoc Group of General Obligation Bondholders' Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-3283, ECF No. 2349]**

K. Reply Brief in Support of Urgent Motion of the Financial Oversight And Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of The Financial Oversight And Management Board For Puerto Rico And The Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2367]**

L. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to Exceed Page Limit in its Reply Brief in Support of Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2369]**

M. Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 558]**

N. Joinder of National Public Finance Guarantee Corporation to the Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 561]**

O. Joinder of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 564]**

P. Declaration of Stephen J. Spencer in Support of the Ad Hoc Group of PREPA Bondholders' Objection to the Oversight Board's Motion Seeking Debtor in Possession Financing **[Case No. 17-4780, ECF No. 577]**

Q. Motion to File Under Seal **[Case No. 17-4780, ECF No. 579]**

R. Joinder of Syncora Guarantee Inc. to Urgent Objection of Ad Hoc Group of PREPA Bondholders to the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 581]**

S. Supplement to Joinder of National Public Finance Guarantee Corporation to the Urgent Objection of Ad Hoc Group of PREPA Bondholders to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 582]**

T. Ambac Assurance Corporation's Objection to the Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing **[Case No. 17-4780, ECF No. 584]**

U. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to Exceed Page Limit in its Reply Brief in Support of Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Clarifying Scope of Interim Hearing on Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and The Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 601]**

V. Order Granting Motion to File Declaration Under Seal **[Case No. 17-4780, ECF No. 613]**

W. Order Denying the Urgent Motion of the Oversight Board to Clarify the Scope of the Interim Financing Hearing **[Case No. 17-3283, ECF No. 2394]**

X. Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board For Puerto Rico, As Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2395]**

Y. PREPA Opposition to Cross-Motions to Intervene Filed by Ad Hoc Group of General Obligation Bondholders and Ambac Assurance Corporation **[Case No. 17-3283, ECF No. 2396]**

Z. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Leave to Exceed Page Limit in its Omnibus Reply to Responses to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2397]**

AA. Notice of Filing of Exhibits to Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, And (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2398]**

BB. Urgent Informative Motion of the Financial Oversight and Management Board for Puerto Rico Withdrawing Request for Interim Financing with Respect to the Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2399]**

CC. The Puerto Rico Fiscal Agency and Financial Advisory Authority's Joinder to Omnibus Oversight Board Reply to Responses to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 623]**

DD. Reply of the Ad Hoc Group of General Obligation Bondholders in Support of Urgent Cross-Motion, in The Alternative, to Intervene **[Case No. 17-3283, ECF No. 2405]**

EE. Urgent Motion of Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee, Inc., and PREPA Bond Trustee to Set Briefing Schedule Relating to Final Relief Requested in Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief [**Case No. 17-4780, ECF No. 627**]

FF. Scotiabank De Puerto Rico, as Administrative Agent, Notice of Filing of Certified English Translation **[Case No. 17-3283, ECF No. 2411]**

GG. Ambac Assurance Corporation's Reply in Further Support of its Urgent Cross-Motion, in the Alternative, to Intervene **[Case No. 17-4780, ECF No. 630]**

HH. Joint Objection of Oversight Board and Puerto Rico Fiscal Agency and Financial Advisory Authority to Urgent Motion of Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee, Inc., and PREPA Bond Trustee to Set Briefing Schedule Relating to Final Relief Requested in Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2412]**

II. Order Granting Urgent Motion of Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corp., Syncora Guarantee, Inc., and PREPA Bond Trustee to Set Briefing Schedule Relating to Final Relief Requested in Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2415]**

JJ. Notice of Filing of (I) Proposed Order (A) Authorizing Debtor Puerto Rico Electric Power Authority to Obtain Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Granting Related Relief; and (II) Related Exhibits **[Case No. 17-3283, ECF No. 2422]**

KK. Supplemental Objection of the PREPA Bond Trustee to Urgent Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2444]**

LL. Supplemental Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2445]**

MM. Supplemental Objection of National Public Finance Guarantee Corporation to Urgent Joint Motion of the Financial Oversight and Management Board of Puerto Rico and the Puerto Rico Fiscal Agency & Financial Advisory Board for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2446]**

NN. Supplemental Objection of Syncora Guarantee Inc. to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-3283, ECF No. 2447]**

OO. Supplemental Limited Objection of Whitefish Energy Holdings, LLC to Urgent Joint Motion of The Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing; and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 648]**

PP. Supplemental Objection of Ad Hoc Group of PREPA Bondholders to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 650]**

QQ. Motion to File Under Seal **[Case No. 17-4780, ECF No. 651]**

RR. Joinder Of Knighthead Capital Management, LLC to Supplemental Objections to the Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief **[Case No. 17-4780, ECF No. 653]**

SS. Order Granting Motion to File Supplemental Objection and Exhibit Under Seal **[Case No. 17-4780, ECF No. 657]**

TT. Order Regarding the Location and Procedures for Attendance, Participation and Observation of the February 15, 2018, Final Hearing on PREPA Financing Motion **[Case No. 17-3283, ECF No. 2448]**

UU. Order Granting Limited Intervention in Connection with the Financing Motion **[Case No. 17-3283, ECF No. 2449]**

VV. Urgent Motion of the Financial Oversight and Management Board for Puerto Rico For Leave to Exceed Page Limit for Oversight Board and AAFAF Omnibus Reply to Supplemental Objections to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 2458]**

WW. Limited Reply of Scotiabank De Puerto Rico, as Administrative Agent, and Solus Alternative Asset Management LP in Support of Urgent Motion for Entry of an Order Authorizing Postpetition Secured Financing **[Case No. 17-3283, ECF No. 2472]**

XX. Oversight Board and AAFAF Omnibus Reply to Supplemental Objections to Urgent Joint Motion of Financial Oversight and Management Board for Puerto Rico, as Title III PREPA Representative, and Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, and (D) Granting Related Relief **[Case No. 17-3283, ECF No. 2473]**

YY. Trial Declaration of Stephen J. Spencer in Support of the Ad Hoc Group Of PREPA Bondholders' Objections to the Oversight Board's Motion Seeking Debtor in Possession Financing **[Case No. 17-4780, ECF No. 691]**

ZZ. Motion To File Under Seal **[Case No. 17-4780, ECF No. 692]**

AAA. Order Granting Motion to File Trial Declaration Under Seal **[Case No. 17-4780, ECF No. 693]**

BBB. Unopposed Urgent Informative Motion of the Financial Oversight and Management Board for Puerto Rico Requesting Court Approval of the Attached Joint Stipulation and the Excusal of Attendance of Expert Dr. Andrew Wolfe at the February 15, 2018 Hearing Regarding Request for PREPA Post-Petition Financing **[Case No. 17-3283, ECF No. 2491]**

Status:  This matter is going forward.

Estimated Time Required:  390 minutes

Dated: February 13, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/   Martin J. Bienenstock*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/   Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*