Hearing Date: February 15, 2018 at 10:30 a.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS<br><br>Re: ECF No. 658<br><br>**Relates Only to PREPA and Shall Only Be Filed in Case No. 17 BK 4780-LTS** |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY, | |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|  |
|---|
| Movant, <br> v. <br> WHITEFISH ENERGY HOLDINGS, LLC, *et al.*[2] <br> Respondents, |

**JOINT STATEMENT REGARDING HEARING ON PREPA FINANCING**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Puerto Rico Electric Power Authority in this Title III case pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), (AAFAF, PREPA, and the Oversight Board, collectively, the "Movants") and the Ad Hoc Group of General Obligation Bondholders, U.S. Bank National Association in its Capacity as PREPA Bond Trustee, the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Ambac Assurance Corporation, Assured Guaranty Municipal Corp., Knighthead Capital Management LLC and Certain Funds Managed or Advised by It, and Syncora Guarantee Inc. (collectively, the "Objecting Parties") respectfully submit the following joint statement pursuant to the Court's Order (Dkt. 658 in 17-04780) directing the parties to identify for purposes of the February 15, 2018 hearing (i) each witness that will be examined, and (ii) the

---

[2] The Respondents include: Arc American, Inc., the Ad Hoc Group of General Obligation Bondholders, U.S. Bank National Association in its Capacity as PREPA Bond Trustee, the Ad Hoc Group of PREPA Bondholders, Whitefish Energy Holdings, LLC, Scotiabank de Puerto Rico, Solus Alternative Asset Management LP, National Public Finance Guarantee Corporation, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., the Official Committee of Unsecured Creditors, and Siemens Transportation Partnership Puerto Rico, S.E.

[3] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

order of presentations and witness testimony, including time allocations for each presentation or examination.

I. **Witnesses to be Examined**

The parties presently intend to call the following witnesses in the order set forth below:

Movants:

- Todd W. Filsinger
- Gerardo Jose Portela Franco
- Dustin Mondell
- Andrew Wolfe (if necessary)

Objecting Parties:

- Stephen J. Spencer

II. **Order of Presentations and Witness Testimony, Including Time Allocations**

A. **Opening Statements**

Movants:

Movants (collectively) expect to present opening statements for a total of up to 15 minutes, reserving any unused time for witness examinations and/or closing argument. Opening statements will be made by Martin J. Bienenstock and Joseph P. Davis on behalf of the Movants.

Objecting Parties:

The Objecting Parties respectfully state that the scheduled hearing time should be allocated toward the presentation of evidence and closing arguments rather than opening statements, because any such opening statements have been adequately previewed by the numerous briefs, supplemental briefs, declarations, and supplemental declarations already on file with the Court. Further, given the number of Objecting Parties—as well as the fact that certain

of those parties assert positions adverse to other of those parties[4]—the Objecting Parties are challenged to fully present their respective positions within the scheduled hearing time. The Objecting Parties thus respectfully request that the Court proceed directly to the presentation of evidence, without opening statements.[5]

B. **Presentation of Evidence:**

As directed by the Court, the parties will submit direct examination testimony by written declaration, all of which have already been filed with the Court as part of the record of this contested matter. Cross-examination (if intended) and redirect examination shall be presented live to the extent permitted by the Court. The Movants reserve the right to present rebuttal testimony. Movants (collectively) and Objecting Parties (collectively) each intend to present cross-examination and redirect testimony within the time limits permitted by the Court's Order dated February 9, 2018 [ECF 658]. The parties currently intend to call the following witnesses in the order set forth below:

Movants:

- Todd W. Filsinger - direct by written declaration; cross-examination expected to take 25 minutes for the PREPA Creditors; redirect examination expected to take 25 minutes.

---

[4] Specifically, certain of the Objecting Parties represent the interests of PREPA's creditors (U.S. Bank, the Ad Hoc Group of PREPA Bondholders, National, Assured, Syncora, and Knighthead [collectively, the "PREPA Creditors"]), while other of the Objecting Parties represent different interests (the Ad Hoc Group of General Obligation Bondholders and Ambac [the "Other Creditors"]).

[5] To the extent the Court allows opening arguments, the Objecting Parties reserve the right to allocate a portion of the time dedicated to closing arguments to opening arguments.

- Gerardo Jose Portela Franco[6] - direct by written declaration; cross-examination expected to take 25 minutes for the PREPA Creditors; redirect examination expected to take 10 minutes.

- Dustin Mondell - direct by written declaration; cross-examination expected to take 25 minutes for the PREPA Creditors; redirect examination expected to take 30 minutes.

- Andrew Wolfe – the Movants and Objecting Parties have reached a stipulation concerning Dr. Wolfe's testimony, subject to the Court's approval and order. If the Court declines to enter the stipulation and order, Movants and the Objecting Parties will reach agreement regarding the treatment of Dr. Wolfe.

- The Other Creditors will allocate 30 minutes of cross-examination between Mr. Filsinger, Mr. Portela Franco, and Mr. Mondell, subject to the same reservation regarding Dr. Wolfe.

Objecting Parties:

- Stephen J. Spencer - direct by written declaration; cross-examination expected to take 45 minutes; redirect examination expected to take 15 minutes for the PREPA Creditors.

Movants:

- Movants reserve the right to present rebuttal testimony expected to take 10 minutes, following the redirect testimony of Stephen J. Spencer.

C. **Closing Statements**

---

[6] Due to a scheduling conflict, Movants reserve the right to right to call Dustin Mondell prior to Gerardo Jose Portela Franco.

In addition to the examination of witnesses, the parties believe it would be helpful to the Court to hear closing arguments from each side at the conclusion of the evidence. Subject to the Court's approval, Movants (collectively) intend to present closing arguments of 30 minutes plus or minus any time not used or over-used for opening arguments and witness examinations. Subject to the Court's approval, the PREPA Creditors (collectively) intend to present closing arguments of 40 minutes plus or minus any time not used or over-used for witness examinations, while the Other Creditors intend to present closing arguments of 20 minutes plus or minus any time not used or over-used for witness examinations.

Two Objecting Parties have requested additional time allocations for closing arguments only: Arc American (5 minutes) and Whitefish (5 minutes). Given that the PREPA Creditors are already challenged to fully present their arguments in the allocated time, the PREPA Creditors respectfully request that the Court allow additional time to accommodate these two parties, without reducing the time allocated to any of the other parties for argument.[7]

Closing arguments will be made by Martin J. Bienenstock and Kevin D. Finger on behalf of the Movants. The Objecting Parties will identify counsel who will present closing arguments at the hearing.

[*Remainder of Page Intentionally Left Blank*]

---

[7] In the event that this request is denied, the PREPA Creditors respectfully request that the Court reduce the time allocated to the PREPA Creditors and Other Creditors equally.

Dated: February 13, 2018
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Stephen L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Ehud Barak (*pro hac vice*)

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as Representative for PREPA*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for PREPA*

THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, as fiscal agent for PREPA

By its attorneys,
*/s/ Joseph P. Davis*

Nancy A. Mitchell (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
200 Park Avenue
New York, NY 10166

Tel: (212) 801-9200
Fax: (212) 801-6400

David D. Cleary (*pro hac vice*)
Kevin D. Finger (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
77 West Wacker Drive
Suite 1300
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435

Joseph P. Davis III (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
One International Place, Suite 2000
Boston, MA 02110
Tel.: (617) 310-6000
Fax: (617) 310-6001

**TORO COLÓN MULLET P.S.C.**

*s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
E-mail: mfb@tcm.law

*s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
E-mail: lft@tcm.law

*s/ Nayda Pérez-Román*
NAYDA PEREZ-ROMAN
E-mail: nperez@tcm.law

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*s/ Gregory A. Horowitz*
AMY CATON*
THOMAS MOERS MAYER*
GREGORY A. HOROWITZ*
ALICE J. BYOWITZ*
DOUGLAS BUCKLEY**
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
　　　　acaton@kramerlevin.com
　　　　ghorowitz@kramerlevin.com
　　　　abyowitz@kramerlevin.com
　　　　dbuckley@kramerlevin.com

*admitted pro hac vice
**admitted *pro hac vice* in No. 17-03283-LTS

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**CASELLAS ALCOVER & BURGOS P.S.C.**

*s/ Heriberto Burgos Pérez*
HERIBERTO BURGOS PÉREZ
USDC-PR No. 204,809
E-mail: hburgos@cabprlaw.com

*s/ Ricardo F. Casellas-Sánchez*
RICARDO F. CASELLAS-SÁNCHEZ
USDC-PR No. 203,114
E-mail: rcasellas@cabprlaw.com

*s/ Diana Pérez-Seda*
DIANA PÉREZ-SEDA
USDC–PR No. 232,014
E-mail: dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

*s/ Howard R. Hawkins, Jr.*
HOWARD R. HAWKINS, JR.*
MARK C. ELLENBERG*
ELLEN HALSTEAD*
THOMAS J. CURTIN*
CASEY J. SERVAIS*
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 406-6666
Email: howard.hawkins@cwt.com
　　　　mark.ellenberg@cwt.com
　　　　ellen.halstead@cwt.com

P.O. Box 364924
San Juan, PR 00936-4924
Tel.: (787) 756-1400
Fax: (787) 756-1401

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

thomas.curtin@cwt.com
casey.servais@cwt.com

\* admitted *pro hac vice*

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

*s/ Eric Pérez-Ochoa*  _____
ERIC PÉREZ-OCHOA
USDC-PR No. 206,314
E-mail: epo@amgprlaw.com

*s/ Luis A. Oliver-Fraticelli*_____
LUIS A. OLIVER-FRATICELLI
USDC-PR NO. 209,204
E-mail: loliver@amgprlaw.com

208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010

*Counsel for National Public Finance Guarantee Corp.*

**WEIL, GOTSHAL & MANGES LLP**

*s/ Marcia Goldstein*_____
MARCIA GOLDSTEIN\*
JONATHAN POLKES\*
SALVATORE A. ROMANELLO\*
GREGORY SILBERT\*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000
Fax: (212) 310-8007
STEPHEN A. YOUNGMAN\*\*
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700
Fax: (214) 746-7777
Email: marcia.goldstein@weil.com
 jonathan.polkes@weil.com
 salvatore.romanello@weil.com
 gregory.silbert@weil.com
 stephen.youngman@weil.com

\*admitted *pro hac vice* in No. 17-03283-LTS
\*\* P*ro hac vice* application pending

*Counsel for National Public Finance Guarantee Corp.*

10

| | |
|---|---|
| **GOLDMAN ANTONETTI & CORDOVA, LLC** | **DEBEVOISE & PLIMPTON LLP** |

*s/ Carlos A. Rodríguez-Vidal*
CARLOS A. RODRÍGUEZ-VIDAL
USDC-PR No. 201213
E-mail: crodriguez-vidal@gaclaw.com

*s/ Solymar Castillo-Morales*
SOLYMAR CASTILLO-MORALES
USDC-PR NO. 218310
E-mail: scastillo@gaclaw.com

P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177

*Counsel for Syncora Guarantee Inc.*

*s/ My Chi To*
MY CHI TO*
CRAIG A. BRUENS*
ELIE J. WORENKLEIN*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com

*admitted *pro hac vice* in No. 17-03283-LTS

*Counsel for Syncora Guarantee Inc.*

---

**MASLON LLP**

By: */s/ Clark T. Whitmore*
Clark T. Whitmore (admitted *pro hac vice*)
Jason M. Reed (admitted *pro hac vice*)

90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Telephone: 612-672-8200
Facsimile: 612-672-8397
E-Mail: clark.whitmore@maslon.com
jason.reed@maslon.com

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE

**RIVERA, TULLA AND FERRER, LLC**

*/s/ Eric A. Tulla*
Eric A. Tulla
USDC-DPR No. 118313
Email: etulla@ riveratulla.com

*/s/ Iris J. Cabrera-Gómez*
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com

Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409

ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS PREPA BOND TRUSTEE

11

| | |
|---|---|
| **TORO COLÓN MULLET P.S.C.** | **ROPES & GRAY LLP** |
| *s/ Manuel Fernández-Bared*<br>MANUEL FERNÁNDEZ-BARED<br>E-mail: mfb@tcm.law | Keith H. Wofford (admitted pro hac vice)<br>Daniel G. Egan (admitted pro hac vice)<br>Adam M. Harris (admitted pro hac vice)<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Keith.Wofford@ropesgray.com<br>   Daniel.Egan@ ropesgray.com<br>   Adam.Harris@ropesgray.com |
| *s/ Linette Figueroa-Torres*<br>LINETTE FIGUEROA-TORRES<br>E-mail: lft@tcm.law | |
| *s/ Nayda Pérez-Román*<br>NAYDA PEREZ-ROMAN<br>E-mail: nperez@tcm.law | |
| P.O. Box 195383<br>San Juan, PR 00919-5383<br>Tel.: (787) 751-8999<br>Fax: (787) 763-7760 | -and-<br><br>Douglas H. Hallward-Driemeier (admitted pro hac vice)<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006-6807<br>Telephone: (202) 508-4600<br>Facsimile: (202) 508-4650<br>Email: Douglas.Hallward-Driemeier@ropesgray.com |
| *Attorneys for Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it* | |
| | *Attorneys for Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it* |
| */s/ Ramón Rivera Morales*<br>J. Ramón Rivera Morales<br>USDC-PR Bar No. 200701<br>Andrés F. Picó Ramírez<br>USDC-PR Bar No. 302114<br>**JIMÉNEZ, GRAFFAM & LAUSELL**<br>P.O. Box 366104<br>San Juan, PR 00936<br>Telephone: (787) 767-1030<br>Facsimile: (787) 751-4068<br>Email: rrivera@jgl.com | */s/ Mark T. Stancil*<br>Lawrence S. Robbins (admitted *pro hac vice*)<br>Gary A. Orseck (admitted *pro hac vice*)<br>Kathryn S. Zecca (admitted *pro hac vice*)<br>Mark T. Stancil (admitted *pro hac vice*)<br>Ariel N. Lavinbuk (admitted *pro hac vice*)<br>Donald Burke (admitted *pro hac vice*)<br>**ROBBINS, RUSSELL, ENGLERT, ORSECK,<br>UNTEREINER & SAUBER LLP**<br>1801 K Street, N.W., Suite 411-L<br>Washington, DC 20006 |

12

| | |
|---|---|
| *Counsel to the Ad Hoc Group of General Obligation Bondholders* | Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>Email: mstancil@robbinsrussell.com<br><br>*Counsel to the Ad Hoc Group of General Obligation Bondholders* |
| /s/ *Roberto Cámara-Fuertes*<br>Roberto Cámara-Fuertes (USDC-PR No. 219002)<br>Sonia Colón (USDC-PR No. 213809)<br>**Ferraiuoli LLC**<br>221 Ponce de León Avenue, 5th Floor<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br>Email: rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com<br><br>*Attorneys for Ambac Assurance Corporation* | /s/ *Andrew M. Leblanc*<br>Dennis F. Dunne<br>Andrew M. Leblanc<br>Atara Miller<br>Grant R. Mainland<br>(admitted *pro hac vice*)<br>**MILBANK, TWEED, HADLEY & McCLOY LLP**<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 530-5770<br>Facsimile: (212) 822-5770<br>Email: ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com<br><br>*Attorneys for Ambac Assurance Corporation* |