IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE COMMONWEALTH OF PUERTO RICO<br>Debtor | CASE NO. 17 BK 3283-LTS<br>TITLE III, PROMESA<br><br>Re: ECF 2482 |

**MOTION TO WITHDRAW "MOTION FOR LIFT OF STAY AS PER STIPULATION"**

TO THE HONORABLE COURT:

**NOW COME** Luis F. Colon-Gonzalez through the undersigned attorney, and very respectfully states and prays as follows:

On February 12, 2018 we filed Motion for Lift of Stay as per Stipulation (Dckt. 2482). In the same we request the lifting of the stay as per a stipulation with the Commonwealth of Puerto Rico. After filing said motion, we received an email from Commonwealth of Puerto Rico explaining that on October 24, 2017, the Court issued Third Amended Case Management Procedures (Dkt. No. 1512) which includes a process for the retroactive approval of any automatic stay modifications. We were informed by Commonwealth of Puerto Rico that the now-approved procedure, incorporated into the Third Amended Case Management Procedures,

permits the Title III debtors to enter into stipulations modifying the automatic stay without the courts immediate approval. Accordingly, we were promised by the debtors that they are filing omnibus motions every sixty (60) days identifying each automatic stay modification they have agreed to during that period and seeking the courts retroactive approval. According to Commonwealth of Puerto Rico, the Next Omnibus Motion will be filed on February 20, 2018.

Resting on such assurances by the Commonwealth of Puerto Rico, we withdraw our motion for lift of stay (Dckt. 2482) to avoid unnecessary complications.

**WHEREFORE**, we respectfully withdraw our motion for lift of stay at Dckt. 2482.

RESPECTFULLY SUBMITTED

I HEREBY CERTIFY THAT on this same date we have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will distribute copies of the foregoing document to all pertinent CM/ECF participants.

In Guaynabo, Puerto Rico, this February 14, 2018.

S/ ARTEMIO RIVERA RIVERA
Artemio Rivera Rivera
USDC-PR 210114
90 Carr. 165, Ste. 309
Guaynabo, P.R. 00968-8058
Tel. 787-299-3959; Fax 787-774-0605
e-mail: art@sjlaw.com