```
Court Name: District Court
Division: 1
Receipt Number: PRX100054040
Cashier ID: arodrigu
Transaction Date: 02/14/2018
Payer Name: NAVARRO-CABRER, NILDA M.
------------------------------------
PRO HOC VICE
 For: NAVARRO-CABRER, NILDA M.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:        $300.00
------------------------------------
PAPER CHECK CONVERSION
 Remitter: NAVARRO-CABRER, NILDA M.
 Check/Money Order Num: 13048
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:     $0.00

17-BK-3283(LTS) PRO HAC VICE OF
ALEXANDER L. CHENEY

THRU: NAVARRO-CABRER, NILDA M.
```