UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                                    PROMESA
                                                                              Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,          (Jointly Administered)
et al.,

                Debtors.[1]

---------------------------------------------------------x

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

        The *Urgent Joint Motion of the Financial Oversight and Management Board for
Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of
Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming
Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic
Stay, (D) Scheduling A Final Hearing, and (E) Granting Related Relief* filed on January 27, 2018
(Case No. 17-3283, docket entry no. 2298; Case No. 17-4780; docket entry no. 549) is referred
to Magistrate Judge Judith Dein pursuant to 28 U.S.C. § 636(b) for discovery purposes only.

                SO ORDERED.

Dated: February 14, 2018

                                                     /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as applicable,
are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four
Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA")
(Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto
Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III
case numbers are listed as Bankruptcy Case numbers due to software limitations).