## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>as representative of<br><br>The Puerto Rico Electric Power Authority,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 04780-LTS |

## ORDER GRANTING MOTION TO FILE OBJECTION UNDER SEAL

The Court has received and reviewed the motion to file under seal (the "Motion") of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured"), and Syncora Guarantee Inc. ("Syncora"). Assured and Syncora seek to file under seal an unredacted version of the *Objection of Assured Guaranty Corp., Assured Guaranty Municipal Corp., and Syncora Guarantee Inc. to the Urgent Joint Motion of Financial Oversight and Management*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Board for Puerto Rico, and the Puerto Rico Fiscal Agency and Financial Advisory Authority for
Entry of Interim and Final Orders (a) Authorizing Postpetition Secured Financing, (b) Granting
Priming Liens and Providing Superpriority Administrative Expense Claims, (c) Modifying the
Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief* (Case No. 17 BK
4780-LTS, ECF No. 585) and Exhibit C thereto (ECF No. 585-3).  Based on the representations
made in the Motion, the Motion is granted pending further order of the Court.

The Clerk of Court will provide Assured, Syncora and the following parties who
have appeared in these Title III proceedings access to the sealed materials, through their counsel
of record:

1. The Financial Oversight and Management Board for Puerto Rico; and

2. The Puerto Rico Fiscal Agency and Financial Advisory Authority.

This order resolves docket entry no. 2495 in Case No. 17-3283 and docket entry
no. 697 in Case No. 17-4780.

SO ORDERED.

Dated: February 14, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge