UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

            as representative of                                          No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                          (Jointly Administered)
et al.,

            Debtors.[1]

---------------------------------------------------------x

ORDER IN CONNECTION WITH JOINT
STATEMENT REGARDING HEARING ON PREPA FINANCING

            On February 13, 2018, the Court received and reviewed the *Joint Statement
Regarding Hearing on PREPA Financing* (the "Stipulation").  (Case No. 17-3283, docket entry
no. 2498; Case No. 17-4780, docket entry no. 700.)  Based on the representations in the
Stipulation, any party may, but none is required to, make an opening statement, provided that
Movants (as defined in the Stipulation) must state prior to the commencement of the presentation
of evidence:

            (a)  their position as to the urgency associated with accessing the loan proceeds;

            (b)  whether there are any material changes to the most recently filed proposed
                  financing order (Case No. 17-3283, docket entry no. 2422; Case No. 17-4780,
                  docket entry no. 640) in connection with the relief sought by the Movants.

---

[1]       The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as applicable,
are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four
Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA")
(Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto
Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government
of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last
Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA")
(Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III
case numbers are listed as Bankruptcy Case numbers due to software limitations).

In addition, Whitefish Energy Holdings, LLC and ARC American, Inc. each will receive an additional 5 minutes for closing arguments.

SO ORDERED.

Dated: February 14, 2018

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
United States District Judge