# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | NO. 17-BK-3283 (LTS)<br><br><br>PROMESA TITLE III |

## MOTION IN COMPLIANCE WITH ORDER SUBMITTING DOCUMENTS TRANSLATED TO THE ENGLISH LANGUAGE

To the Honorable United States District Court Judge Laura Taylor Swain:

NOW COME plaintiffs' certified class in cases 02-1179 (GAG) <u>Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al</u>; and <u>Gladys García Rubiera, et al, v. Asociación de Suscripción Conjunta, et al</u>, Civil Number K DP2001-1441 (801) and respectfully submit a certified English translation of the documents: Joint Motion on Partial Agreement and Stipulation (*Moción Conjunta Sobre Acuerdo y Estipulación Parcial*) and Partial Judgment (*Sentencia Parcial*) in the local case K DP2001-1441 (801). We hereby acted in compliance with Order of the Honorable Court of February 8th, 2018 (Docket No. 2439).

RESPECTFULLY SUBMITTED

### CERTIFICATE OF SERVICE

I hereby certify that, on February 15th, 2018, I electronically filed the foregoing with the

1

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

The foregoing is also being e-mailed separately to Claudia A. Juan García at cjuan@justicia.pr.gov; Hermman Bauer at hermann.bauer@oneillborges.com; Ubaldo Fernández at ubaldo.fernandez@oneillborges.com and Andres W. López at andres@awllaw.com.

In San Juan, Puerto Rico, February 15th, 2018.

*s/ Antonio J. Amadeo Murga*
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
1225 Ponce de León, Ave.
Ste. 904
San Juan, PR 00907
Tel. (787)764-0893
ajaamadeo@gmail.com

*s/ Mario M. Oronoz Rodríguez*
USDC-PR No. 120606
ORONOZ & ORONOZ
Urb. Torrimar, K-4 Bambú St.
Guaynabo, PR 00966-3109
Tel. (787)294-5255
mmo@oronozlaw.com