# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>        Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 4780-LTS<br><br>**Court Filing Relates Only to PREPA and Shall Only be Filed in Case No. 17 BK 4780-LTS** |

## JOINT STIPULATION TO AUTHENTICITY, ADMISSIBILITY AND CONFIDENTIAL TREATMENT OF EXHIBITS FOR THE FEBRUARY 15, 2018 HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

    WHEREAS, (i) Puerto Rico Electric Power Authority ("PREPA"), the Commonwealth of

Puerto Rico (the "Commonwealth"), the Financial Oversight and Management Board for Puerto

---

[1]    The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico (the "Oversight Board"), and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") (collectively, "Movants") and (ii) The Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., Ambac Assurance Corporation, Knighthead Capital Management, LLC, and U.S. Bank National Association, solely in its capacity as successor trustee under the Trust Agreement between U.S. Bank and PREPA, dated as of January 1, 1974, the Ad Hoc Group of General Obligation Bondholders, and Ambac Assurance Corporation (collectively, "Objecting Parties" and with the Movants, the "Parties"), enter in this stipulation (the "Joint Stipulation") regarding the authenticity, admissibility and confidential treatment of the exhibits submitted by Movants and Objecting Parties for purposes of the evidentiary hearing on February 15, 2018 ("Hearing") on *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and The Puerto Rico Fiscal Agency And Financial Advisory Authority for Entry Of Interim and Final Orders (a) Authorizing Postpetition Secured Financing, (b) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (c) Modifying the Automatic Stay, (d) Scheduling a Final Hearing, and (e) Granting Related Relief*, filed on January 27, 2018 (Case No. 17 BK 3283-LTS, ECF No. 2298; Case No. 17 BK 4780-LTS, ECF No. 549) (the "Motion");

WHEREAS, the Movants and Objecting Parties enter this Joint Stipulation in an effort to streamline the presentation of argument and evidence at the Hearing;

NOW THEREFORE, IT IS HEREBY STIPULATED, as follows:

1.       The Parties stipulate to the authenticity of the exhibits listed on Exhibits A and B, attached hereto, as specifically set forth in the charts.

2.       The Parties stipulate to the admissibility of the exhibits listed on Exhibits A and B, attached hereto, as specifically set forth in the charts.

3.      The Parties stipulate to waive confidential treatment of the exhibits listed on Exhibits A and B, attached hereto, as specifically set forth in the charts.

4.      This Joint Stipulation is agreed to and submitted solely for the purposes of this Motion and Hearing and shall have not be filed or relied upon by any party in any other proceeding, whether in these Title III proceedings or otherwise.

**IT IS HEREBY STIPULATED:**

**TORO COLÓN MULLET, P.S.C.**

By: */s/ Manuel Fernández-Bared*
Manuel Fernández-Bared
USDC-PR No. 204,204
E-mail: mfb@tcm.law

By: */s/ Linette Figueroa-Torres*
Linette Figueroa-Torres
USDC-PR No. 227,104
E-mail: lft@tcm.law

By: */s/ Nayda Perez-Roman*
Nayda Perez-Roman
USDC–PR No. 300,208
 Email: nperez@tcm.law

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: */s/ Gregory A. Horowitz*
Amy Caton*
Thomas Moers Mayer*
Gregory A. Horowitz*
Alice J. Byowitz*
Douglas Buckley*
1177 Avenue Of The Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email:  acaton@kramerlevin.com
        tmayer@kramerlevin.com
        ghorowitz@kramerlevin.com
        abyowitz@kramerlevin.com
        dbuckley@kramerlevin.com

* admitted *pro hac vice*

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**ADSUDAR MUÑOZ GOYCO SEDA & PEREZ-OCHOA, PSC, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206,314
Email:  epo@amgprlaw.com
Luis A. Oliver-Fraticelli
USDC-PR NO. 209,204
Email:  loliver@amgprlaw.com
208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000 | Fax: (787) 756-9010

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Edward R. McCarthy*
Marcia Goldstein*
Jonathan Polkes*
Jared Friedmann*
Gregory Silbert*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000 | Fax: (212) 310-8007

Stephen A. Youngman**
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700 | Fax: (214) 746-7777

Edward R. McCarthy*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Tel. (305) 577-3240

Email:  marcia.goldstein@weil.com
        jonathan.polkes@weil.com
        jared.friedmann@weil.com
        gregory.silbert@weil.com
        stephen.youngman@weil.com
        edward.mccarthy@weil.com

  *admitted *pro hac vice* in No. 17-03283-LTS
**pro hac vice* application pending

*Counsel for National Public Finance Guarantee Corporation*

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
Heriberto Burgos Pérez
USDC-PR 204809
Ricardo F. Casellas-Sánchez
USDC-PR 203114
Diana Pérez-Seda
USDC-PR 232014
P.O. Box 364924
San Juan, PR 00936-4924
Telephone:  (787) 756-1400
Facsimile:  (787) 756-1401
Email:  hburgos@cabprlaw.com
           rcasellas@cabprlaw.com
           dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
Ellen Halstead*
Thomas J. Curtin*
Casey J. Servais*
200 Liberty Street
New York, NY 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 406-6666
Email:  howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           ellen.halstead@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

*admitted *pro hac vice*

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

**GOLDMAN ANTONETTI & CORDOVA, LLC**

By:*/s/ Carlos A. Rodríguez-Vidal*
Carlos A. Rodríguez-Vidal
USDC-PR No. 201213
Email: crodriguez-vidal@gaclaw.com

By:*/s/ Solymar Castillo-Morales*
Solymar Castillo-Morales
USDC-PR NO. 218310
Email: scastillo@gaclaw.com

P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177

**DEBEVOISE & PLIMPTON LLP**

By:*/s/ Mi Chi To*
My Chi To*
Craig A. Bruens*
Elie J. Worenklein*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email:  mcto@debevoise.com
         cabruens@debevoise.com
         eworenklein@debevoise.com

*admitted pro hac vice in No. 17-03283-LTS

*Counsel for Syncora Guarantee Inc.*

**RIVERA, TULLA AND FERRER, LLC**

By:*/s/ Eric A. Tulla*
Eric A. Tulla
USDC-DPR No. 118313
Email: etulla@riveratulla.com

Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Email: icabrera@riveratulla.com

Rivera, Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787) 767-5784
(787) 766-0409

**MASLON LLP**

By:*/s/ Clark T. Whitmore*
Clark T. Whitmore*
Jason M. Reed*
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Tel.: (612) 672-8200
Fax: (612) 672-8397
Email: clark.whitmore@maslon.com
        jason.reed@maslon.com

*Counsel for U.S. Bank National Association, in its capacity as PREPA Bond Trustee*

JIMÉNEZ, GRAFFAM & LAUSELL


By: /s/ Ramón Rivera Morales
J. Ramón Rivera Morales
USDC-PR Bar No. 200701
Andrés F. Picó Ramírez
USDC-PR Bar No. 302114
JIMÉNEZ, GRAFFAM & LAUSELL
P.O. Box 366104
San Juan, PR 00936
Telephone: (787) 767-1030
Facsimile: (787) 751-4068
Email: rrivera@jgl.com

ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP


By: /s/ Kathryn S. Zecca
Kathryn S. Zecca (admitted *pro hac vice*)
Lawrence S. Robbins (admitted *pro hac vice*)
Gary A. Orseck (admitted *pro hac vice*)
Mark T. Stancil (admitted *pro hac vice*)
Ariel N. Lavinbuk (admitted *pro hac vice*)
Donald Burke (admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
1801 K Street, N.W., Suite 411-L
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
Email: mstancil@robbinsrussell.com

-and-

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP


By: /s/ Andrew N. Rosenberg
Andrew N. Rosenberg (admitted *pro hac vice*)
Richard A. Rosen (admitted *pro hac vice*)
Walter Rieman (admitted *pro hac vice*)
Kyle J. Kimpler (admitted *pro hac vice*)
Karen R. Zeituni (admitted *pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: arosenberg@paulweiss.com

*Counsel to the Ad Hoc Group of General Obligation Bondholders*

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
 Roberto Cámara-Fuertes (USDC-PR No. 219002)
 Sonia Colón (USDC-PR No. 213809)
 221 Ponce de León Avenue, 5th Floor
 San Juan, PR 00917
 Telephone: (787) 766-7000
 Facsimile:  (787) 766-7001
 Email:  rcamara@ferraiuoli.com
       scolon@ferraiuoli.com

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ *Grant R. Mainland*
 Dennis F. Dunne
 Andrew M. Leblanc
 Atara Miller
 Grant R. Mainland
 (admitted *pro hac vice*)
 28 Liberty Street
 New York, NY 10005
 Telephone: (212) 530-5000
 Facsimile:  (212) 530-5219
 Email: ddunne@milbank.com
       aleblanc@milbank.com
       amiller@milbank.com
       gmainland@milbank.com

*Counsel for Ambac Assurance Corporation*

**TORO COLÓN MULLET, P.S.C.**

By: */s/ Manuel Fernández-Bared*
Manuel Fernández-Bared
USDC-PR No. 204,204
E-mail: mfb@tcm.law

By: */s/ Linette Figueroa-Torres*
Linette Figueroa-Torres
USDC-PR No. 227,104
E-mail: lft@tcm.law

By: */s/ Nayda Perez-Roman*
Nayda Perez-Roman
USDC–PR No. 300,208
Email: nperez@tcm.law

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

**ROPES & GRAY LLP**

*/s/ Keith H. Wofford*
Keith H. Wofford (admitted pro hac vice)
Daniel G. Egan (admitted pro hac vice)
Adam M. Harris (admission pro hac vice pending)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Keith.Wofford@ropesgray.com
        Daniel.Egan@ ropesgray.com
        Adam.Harris@ropesgray.com

Douglas H. Hallward-Driemeier (admitted pro hac vice)
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Telephone: (202) 508-4600
Facsimile: (202) 508-4650
Email: Douglas.Hallward-Driemeier@ropesgray.com

*Counsel for Knighthead Capital Management, LLC*

**GREENBERG TRAURIG, LLP**

By:*/s/ Kevin D. Finger*
Nancy A. Mitchell (admitted *pro hac vice*)
Nathan A. Haynes (admitted *pro hac vice*)
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
Email:  mitchelln@gtlaw.com
         haynesn@gtlaw.com

Kevin D. Finger (admitted *pro hac vice*)
David D. Cleary (admitted *pro hac vice*)
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Phone: (312) 456-8400
Fax: (312) 456-8435
Email: clearyd@gtlaw.com
         fingerk@gtlaw.com

Joseph P. Davis III (admitted *pro hac vice*)
One International Place, Suite 2000
Boston, MA 01929
Phone: (617) 310-6000
Fax: (617) 310-6001
Email: davisjo@gtlaw.com


*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority as fiscal agent for
PREPA*

**O'NEILL & BORGES LLC**

By:*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
250 Mufioz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

--and--

**PROSKAUER ROSE LLP**

By:*/s/ Timothy W. Mungovan*
Martin J. Bienenstock *(pro hac vice)*
Stephen L. Ratner *(pro hac vice)*
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900
Email: mbienenstock@proskauer.com
        sratner@proskauer.com

Timothy W. Mungovan *(pro hac vice)*
One International Place
Boston, MA 02110
Tel: (617) 526-9600
Fax: (617) 526-9899
Email: tmungovan@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico*

**O'MELVENY & MYERS LLP**

By:_/s/ Peter Friedman_
John J. Rapisardi
Suzzanne Uhland
Peter Friedman
(Admitted _Pro Hac Vice_)
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Elizabeth L. McKeen
(Admitted _Pro Hac Vice_)
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1-949-823-6900
Fax: +1-949-823-6994

_Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority_

By: _/s/ Mohammad S. Yassin_
Mohammad S. Yassin, Esq.
Puerto Rico Fiscal Agency and
Financial Advisory Authority
Roberto Sanchez Vilella (Minillas) Government Center
De Diego Avenue, Stop 22
San Juan, Puerto Rico 00907
Telephone: (787) 722-2525
Facsimile: (787) 721-1443

SO ORDERED.

Dated: February 15, 2018

_/s/ Laura Taylor Swain_
LAURA TAYLOR SWAIN
United States District Judge

## EXHIBIT A

| Ex. | Movants' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|---|---|---|---|---|
| 1 | Declaration of Todd W. Filsinger (Dkt. 549-3)P2 | 1/27/2018 | Yes | No |
| 2 | Declaration of Gerardo Portela Franco (Dkt. 620-3) | 2/3/2018 | Yes, except for paragraph 11. | No |
| 3 | Declaration of Dustin Mondell (Dkt. 549-4) | 1/27/2018 | Yes | No |
| 4 | Removed | N/A | N/A | N/A |
| 5 | Removed | N/A | N/A | N/A |
| 6 | Initial 13-Week Budget – Exhibit "A" to Declaration of Todd W. Filsinger (Dkt. 549-5) | 1/27/2018 | Yes | No |
| 7 | FEMA letter to AAFAF (Dkt. 549-6) | 1/9/2018 | Yes | No |
| 8 | Supplemental Declaration of Dustin Mondell (Dkt. 620-1) | 2/3/2018 | Yes | No |
| 9 | Indicative Terms Overview – Exhibit "A" to Supplemental Declaration of Dustin Mondell (Dkt. 620-1) | 2/3/2018 | Yes | No |
| 10 | Credit Agreement (Dkt. 640-2) | 2/6/2018 | Yes | No |
| 11 | Supplemental Declaration of Todd Filsinger (Dkt. 620-4) | 2/3/2018 | Yes | No |
| 12 | Updated 13-Week Budget – Exhibit "A" to Supplemental Declaration of Todd Filsinger (Dkt. 620-4) | 2/3/2018 | Yes | No |
| 13 | Insurer letter to PREPA – Exhibit "B" to Supplemental Declaration of Todd Filsinger (Dkt. 620-4) | 1/23/2018 | Yes | No |
| 14 | Updated 13-Week Budget (Dkt. 640-3) | 2/6/2018 | Yes | No |
| 15 | Second Supplemental Declaration of Todd Filsinger (Dkt. 688) | 2/12/18 | Yes | No |

| Ex. | Movants' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|---|---|---|---|---|
| 16 | Revised Updated Budget – Exhibit "A" to Second Supplemental Declaration of Todd Filsinger (Dkt. 688) | 2/12/18 | Yes | No |
| 17 | Trust Agreement between U.S. Bank and PREPA, dated January 1, 1974, inclusive of all amendments thereto – Exhibit "B" to Second Supplemental Declaration of Todd Filsinger (Dkt. 688) | 2/12/18 | Yes | No |
| 18 | AAFAF letter to Secretary of Dept. of Treasury of the Commonwealth (Portela Deposition Exhibit 2) | 12/18/17 | Yes | No |
| 19 | Compendium of AAFAF letters to public corporations (Portela Deposition Exhibit 3) | 12/21/17 | Yes | No |
| 20 | Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief (Filsinger Deposition Exhibit 1) | 1/27/18 | Yes | No |
| 21 | Accounts Receivable (Filsinger Deposition Exhibit 3) | 12/17 | Yes | No |
| 22 | Aging (Filsinger Deposition Exhibit 4) | | Yes | No |
| 23 | Autoridad De Energia Eléctrica (Filsinger Deposition Exhibit 5) | | Yes | No |
| 24 | Gobierno de Puerto Rico Area de Tesoro (Filsinger Deposition Exhibit 6) | 1/29/18 | Yes | No |
| 25 | Memorandum of Understanding Between the Puerto Rico Electric Power authority and the Puerto Rico Treasury Department and the Office of Management and Budget (Filsinger Deposition Exhibit 7) | 1/25/18 | Yes | No |
| 26 | Puerto Rico Electric Power Authority Revenue and Collection (Filsinger Deposition Exhibit 8) | | Yes | No |

| Ex. | Movants' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|---|---|---|---|---|
| 27 | Puerto Rico Electric Power Authority Amended & Restated Fiscal Plan (Filsinger Deposition Exhibit 9) | 1/24/18 | Yes | No |
| 28 | Puerto Rico Electric Power Authority Monthly Liquidity Model (Filsinger Deposition Exhibit 10) | | Yes | No |
| 29 | Puerto Rico Electric Power Authority Debtor-In-Possession Loan Summary of Terms and Conditions (Mondell Deposition Exhibit 1) | 9/26/17 | Yes | No |
| 30 | PREPA DIP Financing Contact Log (Mondell Deposition Exhibit 2) | 1/29/18 | Yes | No |
| 31 | DIP Financing Presentation Company Overview and Requirements (Mondell Deposition Exhibit 5) | 1/25/18 | Yes | No |
| 32 | Joint Resolution 16-2018 (Mondell Deposition Exhibit 10) | 1/26/18 | Yes | No |
| 33 | Puerto Rico Financial Emergency and Fiscal Responsibility Act (Portela Deposition Exhibit 6) | 12/29/17 | Yes | No |
| 34 | Email from M. Polanco (Portela Deposition Exhibit 7) | 12/11/17 | Yes | No |
| 35 | Email from G. Portela (Portela Deposition Exhibit 8) | 12/22/17 | Yes | No |
| 36 | Bankruptcy Rule 4001 Concise Statement (Portela Deposition Exhibit 9) | 2/3/18 | Yes | No |
| 37 | Puerto Rico Electric Power Authority Fiscal Plan (Portela Deposition Exhibit 12) | 4/28/17 | Yes | No |
| 38 | Supplemental Objection of Ad Hoc Group of PREPA Bondholders to Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administrative Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief (Case No. 17-04780, Dkt. No. 650) | 2/9/18 | Yes | No |
| 39 | August 2017 Monthly Operation Report (PREPA-AHBHG0000945–972) | 8/17 | Yes | No |

| Ex. | Movants' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|---|---|---|---|---|
| 40 | PREPA Trust Agreement, dated as of January 1, 1974, as amended and supplemental through August 1, 2011 (Case No. 17-04780, Dkt. Nos. 74-8, 74-9, and 74-10) | as of 8/1/11 | Yes | No |
| 41 | Sixteenth through Nineteenth Supplemental PREPA Trust Agreement (Case No. 17-03283, Dkt. No. 2473) | 8/1/14<br><br>7/1/15<br><br>3/1/16<br><br>4/1/17 | Yes | No |
| 42 | The Ad Hoc Group of PREPA Bondholders' Corrected Informative Motion and Notice of Competing Non-Priming Postpetition Financing Proposal | 2/14/18 | Yes | No |
| 43 | Debtor-In-Possession Loan Summary of Terms and Conditions draft | 9/26/2017 | Yes | No |

**EXHIBIT B**

| Ex. | Objecting Parties' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|---|---|---|---|---|
| A | Trial Declaration of Stephen J. Spencer (Dkt. 694) | 2/13/18 | Yes | No |
| B | Accounts Receivable and CILT Report (Filsinger Deposition Exhibit 2) | 11/15/14 | Yes | No |
| C | Accounts Receivable, December 2017 (Filsinger Deposition Exhibit 3, Mondell Deposition Exhibit 11) | 12/2017 | Yes | No |
| D | Aging – RCV0004 Active – RVCM (Filsinger Deposition Exhibit 4, Spencer Deposition Exhibit 4) | Unknown | Yes | No |
| E | Balances de 0 a 120 Dias o mas (Filsinger Deposition Exhibit 5) | Unknown | Yes | No |
| F | Gobierno de Puerto Rico Area de Tesoro (Filsinger Deposition Exhibit 6) | 1/29/18 | Yes | No |
| G | Memorandum of Understanding (Filsinger Deposition Exhibit 7) | 1/25/18 | Yes | No |
| H | Revenue and Collections (Filsinger Deposition Exhibit 8) | Unknown | Yes | No |
| I | Revised PREPA Fiscal Plan (Filsinger Deposition Exhibit 9) | 1/24/18 | Yes | No |
| J | Monthly Liquidity Model (Filsinger Deposition Exhibit 10) | Unknown | Yes | No |
| K | Collection Letters (Portela Deposition Exhibit 3, Mondell Deposition Exhibit 7) | 12/21/17 | Yes | No |
| L | Act No. 22-2016 (Portela Deposition Exhibit 4) | 4/7/16 | Yes | No |
| M | Accounts Payable Report (Portela Deposition Exhibit 5) | 1/2/18 | Yes | No |
| N | Act 5-2017 (Portela Deposition Exhibit 6) | 1/29/17 | Yes | No |
| O | E-mail re PR Terms for Public Corporations (Portela Deposition Exhibit 7) | 12/11/017 | Yes | No |
| P | E-mail re: CDL Program (Portela Deposition Exhibit 8) | 12/22/17 | Yes | No |

| Ex. | Objecting Parties' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|---|---|---|---|---|
| Q | Bankruptcy Rule 4001 Concise Statement – Exhibit "B" to Supplemental Declaration of Dustin Mondell (Dkt. 620-2) (Portela Deposition Exhibit 9) | 2/3/18 | Yes | No |
| R | Certified Translation of Joint Resolution 196 (Portela Deposition Exhibit 10, Mondell Deposition Exhibit 10) | 1/26/18 | Yes | No |
| S | TSA FY 2018 Cash Flow (Portela Deposition Exhibit 11, Mondell Deposition Exhibit 9) | 1/26/18 | Yes | No |
| T | TSA FY 2018 Cash Flow | 2/2/18 | Yes | No |
| U | PREPA Fiscal Plan (Portela Deposition Exhibit 12) | 4/28/17 | Yes | No |
| V | Draft DIP Loan Terms (Mondell Deposition Exhibit 1, Spencer Deposition Exhibit 9) | 9/26/17 | Yes | No |
| W | PREPA DIP Financing Contact Log (Mondell Deposition Exhibit 2) | 1/29/18 | Yes | No |
| X | Rothschild PREPA DIP Letters (Mondell Deposition Exhibit 3) | 1/25/18-1/29/18 | Yes | No |
| Y | E-mail to Stephen Spencer (Mondell Deposition Exhibit 4) | 2/7/18 | Yes | No |
| Z | DIP Financing Presentation (Mondell Deposition Exhibit 5) | 1/25/18 | Yes | No |
| AA | Letter from Carval to Mr. Mondell (Mondell Deposition Exhibit 12) | 2/2/18 | Yes | No |
| BB | Act No. 3-2018 (Spencer Declaration Exhibit 5) | 1/17/18 | Yes | No |
| CC | PRASA Revised Fiscal Plan | 1/24/18 | Yes | No |
| DD | PREPA Monthly Liquidity Model (PREPA- AHBHG0011873) | 2/13/18 | Yes | No |
| EE | Oversight Board Resolution #5 on PREPA Fiscal Plan | 4/28/17 | Yes | No |
| FF | Letter re: PREPA's Proposed Fiscal Plan | 2/5/2018 | Yes | No |
| GG | Accounts Receivable (PREPA-AHBHG0007866) | 8/2017 | Yes | No |

| Ex. | Objecting Parties' Exhibits – Description | Date | Stipulation to Authenticity and Admissibility? | Confidential Treatment Requested? |
|-----|------------------------------------------|------|-----------------------------------------------|-----------------------------------|
| HH | Spanish Original of Joint Resolution 196 (PREPA- AHBHG0010148 – PREPA- AHBHG0010155) | 1/26/18 | Yes | No |
| II | AHG Informative Motion and Attached Exhibit (Dkt. 707) | 2/14/18 | Yes | No |