# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY<br><br>    Debtor | PROMESA<br>Ttile III<br><br>No. 17 BK 3567 (LTS) |

## NOTICE OF APPEARANCE

**To the Honorable United States District Court Judge Laura Taylor Swain:**

COMES NOW the Puerto Rico Highways & Transportation Authority (hereinafter "PRHTA"), through the undersigned attorneys, and very respectfully states and prays as follows:

The appearing party has requested the undersigned law firm to join its legal representation in the above case. Hence, it is requested that this Honorable Court notes the appearance of undersigned counsel on behalf of the appearing party in the instant case. It is petitioned that the

Court orders that any future pleadings and notices related to the proceedings of the above case be notified to the undersigned counsel.

WHEREFORE the appearing party respectfully requests that this Honorable Court takes notice of the above and order that any future pleadings and notice related to the proceedings in this case be notified to the undersigned counsel.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, on February 15, 2018.

I hereby Certify, that on this date we have electronically filed copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record.

>Development & Construction Law Group, LLC
>Attorneys for the Puerto Rico
>Highways & Transportation Authority
>PMB 443, Suite 112
>100 Grand Paseos Blvd.
>San Juan, PR 00926-5902
>T. 787. 403.2757
>F. 888.500.1827
>e-mail: rcastellanos@devconlaw.com
>
>*s/Raúl Castellanos*
>Raúl Castellanos-Malavé
>PR USDC No. 214611

137-171//NOA