**Puerto Rico Electric Power Authority**
Weekly Cash Flow Forecast - Week ended 2/9 - 5/18/18
($USD millions, unless otherwise noted)

| ($ in millions) Week ending | Actual 12/22 | Actual 12/29 | Actual 01/05 | Actual 01/12 | Actual 01/19 | Actual 01/26 | Actual 02/02 | 1 02/09 | 2 02/16 | 3 02/23 | 4 03/02 | 5 03/09 | 6 03/16 | 7 03/23 | 8 03/30 | 9 04/06 | 10 04/13 | 11 04/20 | 12 04/27 | 13 05/04 | 14 05/11 | 15 05/18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | | | | | | | | | | | | | | | | |
| Customer collections | $35.9 | $14.3 | $16.5 | $24.6 | $23.5 | $28.5 | $112.5 | $25.0 | $19.4 | $19.7 | $20.3 | $20.1 | $20.2 | $20.1 | $20.8 | $20.8 | $20.9 | $28.0 | $28.0 | $31.2 | $41.4 | 48.0 |
| FEMA Reimbursements (A) | - | - | 63.2 | 9.7 | 27.0 | 23.2 | 22.0 | 33.0 | 22.0 | 67.7 | 38.4 | 68.3 | 45.0 | 57.3 | 40.1 | 31.9 | 289.8 | 47.6 | 112.5 | 39.9 | 31.4 | 32.0 |
| Transfer from PREPA Insurance Account | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 12.5 | 12.5 | 12.5 | 12.5 | - | - |
| Other | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Receipts | $35.9 | $14.3 | $79.6 | $34.4 | $50.4 | $51.7 | $134.5 | $57.9 | $41.4 | $87.5 | $58.7 | $88.4 | $65.2 | $77.3 | $60.9 | $52.7 | $323.2 | $88.0 | $153.0 | $83.6 | $72.8 | 80.1 |
| **INELIGIBLE USES** | | | | | | | | | | | | | | | | | | | | | | |
| Estimated Gross Overtime | - | (5.6) | - | (4.8) | - | (3.0) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) | - | (3.5) |
| Contract Labor - Title III | - | - | - | (2.0) | - | (0.3) | - | - | (3.0) | (3.0) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) | (1.9) |
| Emergency Spend (A) | - | - | (15.4) | (9.7) | (50.3) | - | (40.0) | (20.8) | (22.0) | (67.7) | (38.4) | (68.3) | (45.0) | (57.3) | (40.1) | (31.9) | (292.8) | (50.6) | (144.5) | (43.9) | (34.6) | (35.4) |
| Substation Repairs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (12.5) | (12.5) | (12.5) | (12.5) | - | - |
| Ineligible Uses | $- | $(5.6) | $(15.4) | $(16.5) | $(50.3) | $(3.3) | $(40.0) | $(24.3) | $(25.0) | $(74.2) | $(40.3) | $(73.7) | $(46.9) | $(62.7) | $(42.0) | $(37.3) | $(307.2) | $(68.5) | $(158.9) | $(61.8) | $(36.5) | $(40.8) |
| Receipts Excess (Shortfall) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $13.2 | $18.4 | $14.7 | $18.3 | $14.7 | $18.9 | $15.4 | $16.0 | $19.6 | $(5.9) | $21.8 | $36.3 | 39.3 |
| **OPERATING RESERVE FUND / OPERATING ACCOUNT** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | 158.0 | 176.4 | 191.1 | 209.4 | 168.8 | 156.6 | 113.7 | 78.1 | 25.7 | (12.8) | (68.0) | (77.8) |
| Operating Account Balance | - | - | - | - | - | - | - | - | - | 144.8 | - | - | - | - | - | - | - | - | - | - | - | - |
| Receipts | - | - | - | - | - | - | - | - | - | 87.5 | 58.7 | 88.4 | 65.2 | 77.3 | 60.9 | 52.7 | 323.2 | 88.0 | 153.0 | 83.6 | 72.8 | 80.1 |
| Ineligible Uses | - | - | - | - | - | - | - | - | - | (74.2) | (40.3) | (73.7) | (46.9) | (62.7) | (42.0) | (37.3) | (307.2) | (68.5) | (158.9) | (61.8) | (36.5) | (40.8) |
| Eligible Use (Shortfall) | - | - | - | - | - | - | - | - | - | - | - | - | - | (55.3) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| Loan Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | 158.0 | 176.4 | 191.1 | 209.4 | 168.8 | 156.6 | 113.7 | 78.1 | 25.7 | (12.8) | (68.0) | (77.8) | (98.0) |
| **OPERATING ACCOUNT (PRE-CLOSING)** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $275.1 | 242.2 | 208.1 | 259.9 | 219.9 | 187.0 | 187.5 | 233.2 | 190.4 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Pre-Closing | | | | | | | | | | | | | | | | | | | | | | |
| Receipts | 35.9 | 14.3 | 79.6 | 34.4 | 50.4 | 51.7 | 134.5 | 57.9 | 41.4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ineligible Uses | - | (5.6) | (15.4) | (16.5) | (50.3) | (3.3) | (40.0) | (24.3) | (25.0) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Eligible Uses (see below) | (68.9) | (42.8) | (18.2) | (62.8) | (33.1) | (47.8) | (38.1) | (76.5) | (62.0) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Proceeds Transferred to Restricted Accounts | - | - | 5.8 | 5.0 | - | - | (10.8) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Closing | | | | | | | | | | | | | | | | | | | | | | |
| Residual Cash Flow | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance (B) | $242.2 | $208.1 | $259.9 | $219.9 | $187.0 | $187.5 | $233.2 | $190.4 | $144.8 | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| **OPERATING ACCOUNT + OPERATING RESERVE FUND** | 242.2 | 208.1 | 259.9 | 219.9 | 187.0 | 187.5 | 233.2 | 190.4 | 144.8 | 158.0 | 176.4 | 191.1 | 209.4 | 168.8 | 156.6 | 113.7 | 78.1 | 25.7 | (12.8) | (68.0) | (77.8) | (98.0) |
| **ELIGIBLE USES** | | | | | | | | | | | | | | | | | | | | | | |
| Power purchase - AES | $- | $(13.7) | $- | $- | $(13.7) | $- | $(13.9) | $- | $(22.6) | $(12.5) | $(12.5) | $- | $(12.5) | $- | $- | $(4.8) | $(3.6) | $(3.6) | $- | $(7.6) | $(5.7) | (5.7) |
| Power purchase - EcoElectrica | (31.0) | - | - | - | - | - | - | (24.1) | - | (26.5) | - | (28.4) | - | (28.8) | - | (7.2) | (7.2) | (7.2) | (7.2) | (6.2) | (6.2) | (6.2) |
| Power purchase - Renewable sources | - | - | - | - | - | - | - | - | (11.4) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fuel purchase - Fleet and storage | (0.5) | - | - | (0.4) | (0.1) | - | - | - | (3.2) | (1.5) | - | - | (1.5) | - | - | - | (1.5) | - | - | - | (1.5) | - |
| Fuel purchase - Freepoint | - | - | (4.6) | (9.2) | (4.4) | (9.0) | (4.4) | (9.0) | (4.4) | (9.2) | (4.6) | (9.6) | (10.0) | (23.1) | (9.6) | (4.9) | (22.7) | (29.0) | (9.7) | (16.4) | (12.0) | (10.3) |
| Fuel purchase - Puma | (15.9) | (9.6) | (5.6) | (12.0) | (9.8) | (15.9) | (10.8) | (7.3) | (9.8) | (6.4) | (11.2) | (4.5) | (9.1) | (6.9) | (9.2) | (7.3) | (4.8) | (2.3) | (2.3) | (10.9) | (6.8) | (6.8) |
| LNG purchase - Fenosa | (11.1) | - | - | (13.9) | - | - | - | (16.0) | - | - | (11.1) | - | (15.1) | (4.6) | (4.6) | (4.6) | (4.6) | (6.3) | (6.3) | (6.3) | (6.3) | (6.3) |
| Estimated Payroll | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) | - | (7.8) |
| Social security | - | (2.8) | - | (2.5) | - | (2.4) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) | - | (2.0) |
| Payroll taxes | - | (0.6) | - | (0.6) | - | (0.6) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) | - | (1.1) |
| Contributions to employee benefit programs | - | (5.0) | - | (5.3) | - | (5.3) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) | - | (5.5) |
| Medical benefit costs | - | (1.0) | (3.8) | (9.0) | - | - | (1.8) | - | (3.6) | (1.8) | (3.6) | (5.8) | - | - | - | (5.8) | - | - | - | (5.8) | - | - |
| Workers compensation / disability funding | - | - | - | (3.4) | - | - | - | - | - | (6.0) | - | - | - | - | - | - | - | - | - | - | - | - |
| Contract Labor - Other | - | - | (0.0) | - | - | - | - | - | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) | (0.5) |
| Insurance premiums | - | - | (0.9) | - | - | - | - | - | (0.4) | - | - | - | (1.5) | - | - | - | - | - | - | - | - | (0.3) |
| Maintenance Disbursements | - | - | (0.6) | (1.0) | (1.5) | - | - | - | (3.2) | (3.2) | (4.5) | (4.5) | (4.5) | (4.5) | (4.5) | (3.9) | (3.9) | (3.9) | (3.9) | (4.2) | (4.2) | (4.2) |
| Employee expense reimbursements | - | - | - | - | - | - | - | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) |
| Additional accounts payable | (2.4) | - | (2.6) | (3.0) | (5.1) | (3.0) | (4.0) | (3.3) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) | (2.4) |
| Other | (8.1) | (2.3) | (4.2) | 5.3 | 1.1 | (1.2) | (3.2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Eligible Uses | $(68.9) | $(42.8) | $(18.2) | $(62.8) | $(33.1) | $(47.8) | $(38.1) | $(76.5) | $(62.0) | $(86.8) | $(50.8) | $(72.5) | $(57.5) | $(87.7) | $(31.2) | $(58.3) | $(51.6) | $(71.9) | $(32.6) | $(77.1) | $(46.0) | $(59.5) |
| **SEGREGATED ACCOUNT** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | 213.2 | 162.4 | 89.9 | 32.4 | $- | $- | $- | $- | $- | $- | $- | $- |
| Borrowings | - | - | - | - | - | - | - | - | - | 300.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Eligible Disbursements | - | - | - | - | - | - | - | - | - | (86.8) | (50.8) | (72.5) | (57.5) | (87.7) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| Ending Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | 213.2 | 162.4 | 89.9 | 32.4 | $- | $- | $- | $- | $- | $- | $- | $- | $- |
| Eligible Use (Shortfall) | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | (55.3) | (31.2) | (58.3) | (51.6) | (71.9) | (32.6) | (77.1) | (46.0) | (59.5) |
| **LOANS OUTSTANDING** | | | | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 |
| Initial Draw | - | - | - | - | - | - | - | - | - | 300.0 | - | - | - | - | - | - | - | - | - | - | - | - |
| Periodic Loan 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Periodic Loan 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repayments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending Balance | $- | $- | $- | $- | $- | $- | $- | $- | $- | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 | 300.0 |
| Residual Cash Flow | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- | $- |

**LOAN DRAW ASSUMPTIONS**

| | | | |
|---|---|---|---|
| Eligible Uses Subsequent Consecutive Four Weeks | $267.6 | $228.7 | $227.7 |
| Eligible Use Variance % | 15% | 15% | 15% |
| Allowed Draw Amount | $307.7 | $263.0 | $261.8 |
| Less: Segregated Account Unrestricted and Uncommitted Cash | - | (32.4) | - |
| Draw Amount | $307.7 | $230.6 | $261.8 |
| Commitment | $300.0 | $300.0 | $300.0 |

(A) Federal funding may be available to defray approximately $28.6 million of state match assumed in this forecast based on the latest budget bill.

(B) As of February 2, 2018 PREPA's General Fund operating cash balance was $233.2 million, which excludes $59.2 million in FEMA Emergency Accounts, $32.6 million in Construction and Other Restricted Funds and $18.3 million in the PREPA Insurance Account. The remaining $31.8 million of Insurance Proceeds are anticipated to be received in the PREPA Insurance Account during the week of February 9, 2018.