**<u>Exhibit A</u>**

Proposed Order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>   Debtors.[5] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS<br><br>Re: ECF Nos. 549, 722.<br><br>**Urgent Application Relates Only to PREPA and Shall Only Be Filed in Case No. 17 BK 4780-LTS** |
| The Financial Oversight and Management Board for Puerto Rico,<br><br>   as representative of<br><br>Puerto Rico Electric Power Authority,<br><br>   Movant, | |

---

[5] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

v.

WHITEFISH ENERGY HOLDINGS, LLC, *et al.*[6]

Respondents,

**ORDER GRANTING URGENT MOTION OF
OVERSIGHT BOARD AND AAFAF TO SCHEDULE RESOLUTION OF
OVERSIGHT BOARD AND AAFAF'S URGENT APPLICATION AND NOTICE OF
REVISED PROPOSED $300 MILLION LOAN FROM COMMONWEALTH TO PREPA**

Upon the *Urgent Motion of Oversight Board and AAFAF to Schedule Resolution of the Oversight Board and AAFAF's Urgent Application and Notice of Revised Proposed $300 Million Loan From Commonwealth to PREPA* (the "Scheduling Motion");[7] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found the Debtor provided adequate and appropriate notice of the Scheduling Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED THAT**:

1. The Scheduling Motion is GRANTED as set forth herein.

2. The parties shall comply with the following briefing schedule and procedure in relation to the Urgent Joint Application:

---

[6] The Respondents include: Arc American, Inc., the Ad Hoc Group of General Obligation Bondholders, U.S. Bank National Association in its Capacity as PREPA Bond Trustee, the Ad Hoc Group of PREPA Bondholders, Whitefish Energy Holdings, LLC, Scotiabank de Puerto Rico, Solus Alternative Asset Management LP, National Public Finance Guarantee Corporation, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., the Official Committee of Unsecured Creditors, Siemens Transportation Partnership Puerto Rico, S.E, and Knighthead Capital Management, LLC (collectively, the "Respondents").

[7] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Scheduling Motion.

a. **Saturday, February 17, 2018, by 6 p.m. (EST):** Parties must file any responses or objections ("Objections") to the Revised Financing Documents;

b. **Sunday, February 18, 2018, by 2 p.m. (EST):** Movants and any other party must file any replies to the Objections and any further revisions to the Financing Documents.

c. **Determination on Submissions:** The Court shall determine the Urgent Joint Application on the submissions, without further hearing, unless one or more parties request a hearing and the Court schedules a hearing.

d. **Hearing Date (if needed):** If the Court determines to hold a hearing on the submissions, the hearing shall be held on **Tuesday February 20, 2018 at 9:30 a.m. (Eastern Standard Time) (10:30 a.m. Atlantic Standard Time)** in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

Dated: February 16, 2018

                                     THE HONORABLE LAURA TAYLOR SWAIN
                                     United States District Judge