# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1512-1 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Motion relates only to PREPA and shall only be filed in the lead Case No. 17 BK-4780-LTS and Case No. 17-BK-3283-LTS. |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**AMENDED URGENT MOTION FOR LEAVE TO FILE OMNIBUS REPLY TO RESPONSES TO THE URGENT APPLICATION AND NOTICE OF REVISED $300 MILLION LOAN FROM THE COMMONWEALTH TO PREPA IN EXCESS PAGES IN CONNECTION WITH THIRD AMENDED NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Electric Power Authority ("PREPA"), as a Title III debtor, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as PREPA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this urgent motion for leave to file its omnibus reply in excess of the page limit set forth in Paragraph I.E. of the *Third Amended Notice, Case Management and Administrative Procedures* [ECF No. 1512-1].

**Jurisdiction and Venue**

1. The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this matter pursuant to PROMESA § 306(a).

2. Venue is proper pursuant to PROMESA § 307(a).

**Relief Requested**

3. Paragraph I.E. of the Case Management Procedures provides that "[u]nless prior permission has been granted ... memoranda of law in support of Replies are limited to fifteen (15) pages...." Case Management Procedures ¶ I.E.

4. On February 16, 2018, the Oversight Board filed the Urgent Application and Notice of Revised $300 Million Loan from the Commonwealth to PREPA [ECF No. 722].

5. On February 17, 2018, six (6) separate Responses and Joinders with numerous markups of the proposed order and credit agreement [ECF Nos. 730, 731, 732, 734, 735 and 736]

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

were filed in connection with the Postpetition Financing Motion [ECF Nos. 722] in Case No. 17-04780-LTS and [ECF No. 2531] in Case No. 17-03283-LTS.

6. Rather than filing six (6) separate Replies to the aforementioned Responses, in the interest of efficiency and for the convenience of the Court, the Oversight Board will file a single omnibus reply jointly addressing all six (6) Responses which total hundreds of pages in which the Respondents have proposed material changes to both the proposed order and the Credit Agreement (the "Omnibus Reply").

7. In the interest of providing the court with clarity as to how the Debtor has treated the material changes proposed the Respondents, the Omnibus Reply is intended to include a comprehensive 14-page chart reflecting the same.

8. Given the number and length of the Responses that are addressed in the Omnibus Reply, the material changes proposed to the proposed order and the Credit Agreement, and the Oversight Board was unable to meet the fifteen-page limit set forth in the *Third Amended Notice, Case Management and Administrative Procedures* [Case No. 17-03283- LTS; ECF No.1512-1].

9. Accordingly, the Oversight Board respectfully requests leave to file a Reply not to exceed twenty-five (25) pages, exclusive of the cover page, the table of contents, the table of authorities, caption page, signature pages, exhibits, and the certificate of service.

10. This Court has acknowledged the serious and urgent nature of the relief sought in the Urgent Application and Notice of Revised $300 Million Loan from the Commonwealth to PREPA, for which reason this request is intended to provide the Court with sufficient pertinent information for the Court to make its determination and is reasonable in light of the circumstances described above.

11. Moreover, the Oversight Board hereby certifies that there is a true need for urgent relief and that such urgency was not created through any lack of due diligence.

12. Finally, no prior request for the relief sought in this Urgent Motion has been made to this or any other court.

WHEREFORE the Oversight Board respectfully requests the Court to enter the Amended Proposed Order attached as **Exhibit A**, granting the relief requested herein and all other relief as is just and proper.

Dated: February 18, 2018
       San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Maja Zerjal (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as Representative for PREPA*

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as Representative for PREPA*