# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. _____ |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>                    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Motion relates only to PREPA and shall only be filed in the lead Case No. 17 BK-4780-LTS and Case No. 17-BK-3283-LTS. |

**AMENDED ORDER GRANTING URGENT MOTION
FOR LEAVE TO FILE OMNIBUS REPLY TO RESPONSES
TO THE URGENT APPLICATION AND NOTICE OF REVISED
$300 MILLION LOAN FROM THE COMMONWEALTH TO PREPA
IN EXCESS PAGES IN CONNECTION WITH THIRD AMENDED
<u>NOTICE, CASE MANAGEMENT AND ADMINISTRATIVE PROCEDURES</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Upon the *Urgent Motion for Leave to File Omnibus Reply to Responses to the Urgent Application and Notice of Revised $300 Million Loan From the Commonwealth to PREPA in Excess Pages in Connection With Third Amended Notice, Case Management and Administrative Procedures* (the "<u>Urgent Motion</u>");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that PREPA provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and upon the record herein, after due deliberation thereon, the Court having found that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED THAT:**

1. The Urgent Motion is GRANTED as set forth herein.

2. The Oversight Board may file one Omnibus Reply addressing all objections and responses (the "<u>Responses</u>") to its Urgent Motion, not to exceed twenty-five (25) pages, exclusive of the cover page, the table of contents, the table of authorities, the caption page, the signature page, exhibits, and the certificate of service.

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:_____, 2018         _____
                              HONORABLE LAURA TAYLOR SWAIN
                              United States District Court Judge

---

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.