UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA<br>Title III<br><br><br>Case No. 17 BK 4780-LTS |

ORDER REGARDING OVERSIGHT BOARD'S
AND AAFAF'S URGENT APPLICATION AND NOTICE OF REVISED
PROPOSED $300 MILLION LOAN FROM COMMONWEALTH TO PREPA

The Court has received and reviewed the *Oversight Board's and AAFAF's Urgent*

*Application and Notice of Revised Proposed $300 Million Loan from Commonwealth to PREPA*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(the "Urgent Joint Application," Docket Entry No. 727), as well as the oppositions and replies filed in connection with the Urgent Joint Application. The Court has determined that a hearing on the Urgent Joint Application is not necessary and will take the matter on submission.

For the sake of clarity, the Movants are directed to review the language in paragraph 11 of the proposed order (Docket Entry No. 740-1) for grammatical and typographical errors. The Movants shall file an informative motion, no later than February 19, 2018 at 11:00 a.m. (prevailing Eastern Standard Time), setting forth their final proposed version of paragraph 11.

SO ORDERED.

Dated: February 18, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge