In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

# Exhibit B

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Alejandro A. Santiago Martinez, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Sharlene M. Malavé-Vallines, Katarina Stipec Rubio, & Pedro Jimenez-Rodriguez | smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com |
| Counsel to National Public Finance Guarantee Corporation | Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa | epo@amgprlaw.com |
| Aguirre Offshore Gasport, LLC | Aguirre Offshore Gasport, LLC | c/o Excelerate Energy Limited Partnership | daniel.bustos@excelerateenergy.com |
| Counsel to Salvador Rovira Rodriguez, Salvador Rovira Rodriguez Attorneys at Law and Puerto Rico Legal Advocates, PSC | Alexandra Bigas Valedon | | alexandra.bigas@gmail.com |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 | American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Matthew S. Blumin | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | Andrés L. Córdova | | andreslopecordova@gmail.com<br>acordova@juris.inter.edu |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Angélica Toro-Lavergne | | Angelica.Toro@popular.com |
| Counsel to Marathon Asset Management, LP, Solus Alternative Asset Management LP, SOLA Ltd, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Arc American, Inc. | Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen & Jose L. Ramirez-Coll | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Autonomous Municipality of Ponce | | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas de PR, LLC | Autopistas de PR, LLC | Attn: Xavier Carol | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |

In re: **The Commonwealth of Puerto Rico,** *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Autopistas Metropolitanas de Puerto Rico, LLC | Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Banco Santander Puerto Rico | Attn: Rafael Bonilla Rodriguez | rbonilla@bspr.com |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. | david.powlen@btlaw.com kevin.collins@btlaw.com |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | belkgrovas@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | Bennazar, García & Milián, CSP | Attn: A.J. Bennazar-Zequeira | ajb@bennazar.org bgm.csp@bennazar.org hector.mayol@bennazar.org francisco.delcastillo@bennazar.org |
| Counsel to the QTCB Noteholder Group | Bracewell, LLP | Attn: Kurt Mayr, Daniel Connolly and David Lawton | kurt.mayr@bracewell.com daniel.connolly@bracewell.com david.lawton@bracewell.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc., Plaintiff in Adversary Proceeding 17-00197 | Bufete Emmanuelli, CSP | Attn: Yasmin Colon Colon & Rolando Emmanuelli Jiménez | colonyasmin@hotmail.com remmanuelli@me.com |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. | Bufete Emmanuelli, CSP | Attn: Jessica E. Méndez Colberg, Esq. | jessica@bufete-emmanuelli.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | chris.maddux@butlersnow.com mitch.carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Jason W. Callen | jason.callen@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Martin Sosland, Esq. | martin.sosland@butlersnow.com Chris.Maddux@butlersnow.com Mitch.Carrington@butlersnow.com |
| Counsel to Financial Guaranty Insurance Company | Butler Snow, LLP | Attn: Stanford G. Ladner | stan.ladner@butlersnow.com |
| Counsel to Whitefish Energy Holdings, LLC | C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | condecarmen@condelaw.com ls.valle@condelaw.com |
| Counsel to Pattern Santa Isabel LLC | c/o Pattern Energy Group Inc. | Attn: General Counsel | daniel.elkort@patternenergy.com |

In re: **The Commonwealth of Puerto Rico,** *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Ellen M. Halstead, Thomas J. Curtin, Casey J. Servais & Nathan Bull | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br>NATHAN.BULL@CWT.COM |
| Counsel to Assured Guaranty Corp. | Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | mark.ellenberg@cwt.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia | Adiaz@cnrd.com<br>Kbolanos@cnrd.com<br>avalencia@cnrd.com |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC) | Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Caronda Jimenez | jf@cardonalaw.com |
| Caribbean Hospital Corporation | Caribbean Hospital Corporation | c/o Dr. Sylvia Lourdes de la Peña | delapena.sylvia@gmail.com |
| Counsel to Aida Rossy Clemente | Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | calsina@prquiebra.com |
| Counsel to Puerto Rico Land Administration | Carlos E. Cardona-Fernández | | carloscardonafe@hotmail.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Carlos Fernandez-Nadal, Esq. | | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa De Ahorro Y Crédito De Isabela | Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, & Diana Pérez-Seda | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas-Ayala, Esq. & Alberto J. E. Añeses-Negrón, Esq., Ericka C. Montull-Novoa, Esq. | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | Casillas, Santiago & Torres, LLC | Attn: Luis Torres & Alberto J. E. Añeses-Negrón, Esq. | ltorres@cstlawpr.com<br>AAneses@cstlawpr.com |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade Puerto Rico | Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | ccuprill@cuprill.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Arc American, Inc. | Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com gspadoro@csglaw.com mlepelstat@csglaw.com mcaruso@csglaw.com |
| Counsel to Integrand Assurance Company | Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | eduardo@cobianroig.com |
| Intervenor in Adversary Proceeding 17-00250 | Cohen, Weiss and Simon LLP | Attn: Hiram M. Arnaud | harnaud@cwsny.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara, Thomas N. Ciantra & Hiram M. Arnaud | pdechiara@cwsny.com tciantra@cwsny.com Harnaud@cwsny.com |
| Constructora Santiago II, Corp. | Constructora Santiago II, Corp. | Attn: Eng. José López | jlopez@constructorasantiago.com |
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management, LP, OZ Management LP, OZ Management II, LP, and QTCB Noteholder Gorup | Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet and Sergio E. Criado | ra@calopsc.com scriado@calopsc.com |
| Counsel to Roche Diagnostics Corporation | Daniel Molina López, Esq. | | dmolinalaw@gmail.com |
| Counsel to PFZ Properties, Inc. | David Carrion Baralt | | davidcarrionb@aol.com |
| Counsel to Administración De Seguros De Salud De Puerto Rico | De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Debevoise & Plimpton, LLP | Attn: My Chi To, Esq., Craig A. Bruens, Esq., & Elie J. Worenklein, Esq. | mcto@debevoise.com cabruens@debevoise.com eworenklein@debevoise.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn: Allan S. Brilliant, Robert J. Jossen & Andrew C. Harmeyer | allan.brilliant@dechert.com robert.jossen@dechert.com andrew.harmeyer@dechert.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn: G. Eric Brunstad, Jr. | eric.brunstad@dechert.com |
| Counsel to Peaje Investments, LLC | Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com michael.doluisio@dechert.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority | Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | rcastellanos@devconlaw.com |
| Counsel to Voz Activa, Inc. | Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | diazsotolaw@gmail.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and and to The University of Puerto Rico | DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | jose.sosa@dlapiper.com |
| Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper, LLP (US) | Attn: Richard A. Chesley | richard.chesley@dlapiper.com |
| Counsel to The University of Puerto Rico and to The Employees Retirement System of the Government of the Commonwealth of Puerto Rico | DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com rachel.albanese@dlapiper.com |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan | edgardo_barreto@yahoo.com |
| Counsel to Cooperativa De Ahorro Y Credito De Isabela | Edgardo Muñoz, PSC | Attn: Edgardo Muñoz | emunozPSC@gmail.com |
| Federal Agency | Environmental Protection Agency (EPA) | Attn: Mark Gallagher | mark.gallagher@usdoj.gov |
| Counsel to Autonomous Municipality of Ponce | Estrella, LLC | Attn: Alberto G. Estrella & Paul Hammer | agestrella@estrellallc.com phammer@estrellallc.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com clarisasola@hotmail.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | Faegre Baker Daniels, LLP | Attn: Robert L. Schnell & Michael B. Fisco | robert.schnell@faegrebd.com pjime@icepr.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman | jfeldesman@FTLF.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | Fernández, Collins, Cuyar & Plá | Attn: Juan A. Cuyar Cobb, Esq. | jcc@fclawpr.com vperez@globalinsagency.com |
| Counsel to Ambac Assurance Corporation | Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com scolon@ferraiuoli.com |
| Interested Party | Ferrovial Agroman, SA | Attn: Eng. Nassin E. Tactuk Diná | n.tantuk@ferrovial.com |
| Counsel to Pan American Grain Co., Inc. | Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | figueroaymorgadelaw@yahoo.com |
| Counsel to Whitefish Energy Holdings, LLC | Foley & Lardner LLP | Attn: Ann Marie Uetz Esq. | auetz@foley.com |
| Counsel to Santander Asset Management, LLC | Fortuño Law | Attn: Juan C. Fortuño Fas | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | Francisco González Law Office | Attn: Francisco R. González-Colón | bufetefrgonzalez@gmail.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis, & Fernando O. Zambrana Aviles, Esq. | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>fernando@cszlawpr.com |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | Garay Massey Law Office | Attn: Juan Carlos Garay Massey | juans@prtc.net |
| Counsel to Puerto Rico Public Buildings Authority | Garffer & Jusino Attorneys at Law | Attn: William Marrero Quiñones | wmq@wmarrerolaw.com |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | Gibson, Dunn & Crutcher, LLP | Attn: Theodore B. Olson, Matthew D. McGill, Helgi C. Walker, Lochlan F. Shelfer & Jeremy M. Christiansen | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Godreau & Gonzalez | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |
| Counsel to Cooperativa de Ahorro y Crédito de Santa Isabel | González López & López Adames LLC | Attn: Marie Elsie López Adames | marielopad@gmail.com |
| Counsel to Ms. Marcia Gil Caraballo | Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | Jnieves@gonzalezmunozlaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Greenberg Traurig, LLP | Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | Mitchelln@gtlaw.com<br>Clearyd@gtlaw.com<br>Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Hagens Berman Sobol Shapiro LLP | Attn: Elizabeth A. Fegan & Mark T. Vazquez | beth@hbsslaw.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | hernandezrodriguezlaw@gmail.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Hogan Lovells US, LLP | Attn: Robin E. Keller, Esq. | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: Jesús E. Cuza | jesus.cuza@hklaw.com |
| Counsel to First Transit of Puerto Rico, Inc. | Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | Honorable Rosanna López León | | mvega@senado.pr.gov |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | Indiano & Williams, PSC | Attn: David C. Indiano, Leticia Casalduc-Rabell, & Claudia Quiñones-Vila | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS Insolvency Section | Internal Revenue Service | Insolvency Unit | Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Ismael Marrero Rolon | Attn: Jane Becker Whitaker | janebeckerwhitaker@gmail.com |
| Counsel to Lauren De Pablo by her, Rolando Martínez by him and as inheritor of Ondina Finale, Conjugal Partnership of Rolando Martínez and Lauren de Pablo, Deianeira Martínez De Pablo by her, Pedro Rolando Martínez Torres by him and as in heritor of Ondina Finale, and Olga Martínez Finale as inheritor of Ondina Finale | James Law Offices | Attn: Glenn Carl James | glenncarljameslawoffices@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege | mroot@jenner.com<br>csteege@jenner.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin | rgordon@jenner.com<br>rlevin@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales | rrivera@jgl.com<br>apico@jgl.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | Jones Day | Attn: Bruce Bennett | bbennett@jonesday.com |
| Counsel to Nydia M. Morales | Jorge P. Sala Colon | | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Counsel to Del Valle Group, SP | Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | Jose Luis Barrios-Ramos | | barrios.jl@outlook.com |
| Counsel to WorldNet Telecommunications, Inc. | José Luis Barrios-Ramos | | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | Jose W. Cartagena | | jwc@jwcartagena.com |
| Counsel to the Municipality of Guayanilla | JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman | riveraroman@hotmail.com |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | JRJ Consultants & Legal Advisors, LLLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | Juan A. Hernández Rivera, Esq. | | juan@jahrlaw.com |
| Counsel to Adrian Mercado Jimenez | Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás | jsoto@jbsblaw.com |
| Counsel to Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Juan Ramón Rivera Font, Esq. | Attn: Juan Ramón Rivera Font, Esq. & Ramón A. Cestero, Jr., Esq. | lourdes@riverafont.com<br>juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | Kasowitz Benson Torres, LLP | Attn: Kenneth R. David, Esq., Daniel A. Fliman, Esq., & Isaac S. Sasson, Esq. | Kdavid@kasowitz.com<br>Dfliman@kasowitz.com<br>Isasson@kasowitz.com |
| Counsel to Bettina Whyte, the COFINA Agent | Klee, Tuchin, Bogdanoff & Stern, LLP | Attn: Kenneth N. Klee, Daniel J. Bussel, & Jonathan M. Weiss | kklee@ktbslaw.com<br>dbussel@ktbslaw.com<br>jweiss@ktbslaw.com |
| Top 20 Unsecured Creditor, COFINA | KPMG, LLC | Attn: Angel Perez & Luisette Negron | aperez@kpmg.com<br>Lnegron@kpmg.com |
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, Philip Bentley, David E. Blabey, Jr., Douglas Buckley, Gregory A. Horowitz, Natan Hamerman & Alice J. Byowitz | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com |
| Counsel to Instituto De Competitividad Y Sostenibilidad Economica De Puerto Rico (ICSE) | Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com |
| Counsel to Depository Trust Company | Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | Law Offices of Andrés W. López, Esq. | Attn: Andrés W. López, Esq. | andres@awllaw.com |
| Counsel to the Government Development Bank for Puerto Rico | Law Offices of Giselle López Soler | Attn: Giselle López Soler | gls@lopezsolerlaw.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Area de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporacion de Servicios Integrales de Salud del Area de Barranquitas, Comero, Corozal, Naranjito Y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com |
| Counsel to Del Valle Group, SP | Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Interested Party | Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | rrodriguez@juris.inter.edu |
| Interested Party | Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and A&S Legal Studio, PSC | Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com |
| Top 20 Unsecured Creidtor, COFINA | Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | thomas.hommel@lehmanholdings.com<br>pamela.simons@lehmanholdings.com<br>abhishek.kalra@lehmanholdings.com |
| Counsel to Cooperativa de Ahorro y Crédito Jayucoop | Lemuel Negrón Colón | | lemuel.law@gmail.com |
| Interested Party | Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | alinares2020@yahoo.com |
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | wlugo@lugomender.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | lawlugo1@gmail.com |
| Counsel to Eduardo Bhatia Gautier | Margarita Mercado-Echegaray | | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Counsel to the members of Sucesión Pastor Mandry Nones | María E. Vicéns Rivera | | mevicens@yahoo.com |
| Counsel to Finca Matilde, Inc. | María E. Vicéns Rivera | | mevicens@yahoo.com |
| Counsel to Centro Del Sur Mall, LLC | María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Counsel to 65 Infanteria Shopping Center, LLC | María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com |
| Counsel to US Bank National Association as Indenture Trustee | Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq. | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com |

In re: The Commonwealth of Puerto Rico, *et al.*

Master Service List

Case No. 17-03283 (LTS)

Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC | McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., & Eduardo A. Zayas-Marxuach | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com |
| Counsel to Cesar Castillo, Inc. | MCD Law, LLC | Attn: Hernando A. Rivera | harlawpr@gmail.com |
| Counsel to Goldman Sachs Asset Management, LP | McDermott Will and Emery | Attn: William P. Smith Esq., James W. Kapp, III, Esq, Megan Thibert-Ind, Esq & Kaitlin P. Sheehan, Esq. | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| Counsel to Emmanuel Rodríguez Collazo | Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com |
| Counsel to Luis Modesto Rodríguez Rivera, Juan Alberto Santiago Meléndez, César Caminero Ramos | Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com |
| Counsel to Ambac Assurance Corporation | Milbank, Tweed, Hadley & McCloy LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, and Grant R. Mainland | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |
| Counsel to Peaje Investments, LLC and Service Employees International Union and United Auto Workers International Union | Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Ricardo R. Lozada - Franco, Miguel Simonet-Sierra & Fernando J. Gierbolini-González | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to Goldman Sachs Asset Management, LP | Morell, Bauzá, Cartagena & Dapena | Attn: Ramón E. Dapena & Víctor J. Quiñones Martínez | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee | JPeck@mofo.com<br>GLee@mofo.com |
| Counsel to Universidad Interamericana, Inc. | Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | jbrugue@mbbclawyers.com |
| Counsel to Bettina Whyte, the COFINA Agent | Navarro-Cabrer Law Offices | Attn: Nilda M. Navarro-Cabrer | navarro@navarrolawpr.com |
| Counsel to Trinity Services I, LLC | Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | man@nblawpr.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor and to the Oversight Board | O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com |
| Counsel to the Office of Government Ethics of Puerto Rico | Office of Government Ethics of Puerto Rico | Attn: Lillian T. de la Cruz Torres, Nino F. Rivera Hernandez | ldelacruz@oeg.pr.gov<br>nrivera@oeg.pr.gov |
| Counsel to Antilles Power Depot, Inc. | Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | lawrog@gmail.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com<br>apavel@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., & Daniel L. Cantor | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Madhu Pocha | mpocha@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | O'Melveny & Myers, LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | Orlando Fernández Law Offices | Attn: Orlando Fernández | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | Orlando Ortiz-Cintron, Esq. | | orlando1701@gmail.com |
| Counsel to Universidad Central del Caribe, Inc. | Oscar Gonzalez Badillo | | gonzalezbadillo@gmail.com |
| Counsel to Samuel Rodriguez Claudio | Otero and Associates | Attn: George Otero Calero | Otero_and_assoc@hotmail.com |
| Counsel to the Official Committee of Unsecured Creditors | Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., Michael E. Comerford, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Super Asphalt Pavement Corporation | Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | Peaje Investments, LLC | c/o National Corporate Research, Ltd. | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez, Interested Party | Pedro A. Vargas-Fontánez | | pevarfon@gmail.com |
| Peerless Oil & Chemicals, Inc. | Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com |
| Counsel to Backyard Bondholders | Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | adtoro@pico-blanco.com |
| Counsel to the Government Development Bank for Puerto Rico | Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Claims Agent | Prime Clerk, LLC | Attn: Christopher Schepper | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Jared Zajac, Brian S. Rosen, Kevin J. Perra | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>JZajac@proskauer.com<br>BRosen@proskauer.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen | wdalsen@proskauer.com<br>MHackett@proskauer.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | Proskauer Rose, LLP | Attn: Steven O. Weise | sweise@proskauer.com |
| Counsel to EcoEléctrica, L.P. | PRV Law Office | Attn: Paúl A. Rodríguez Vélez | prodriguez@prvlaw.com |
| Counsel to Commowealth of Puerto Rico in Adversary Proceeding 17-00292 | Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown | penagaricanobrownusdc@gmail.com |
| Consel to the Puerto Rico Energy Commission | Puerto Rico Energy Commission | Attn: Tania M. Negrón Vélez & Alejandro J. Figueroa Ramírez | tnegron@energia.pr.gov<br>afigueroa@energia.pr.gov |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq. | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | fsilva@claropr.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to the COFINA Senior Bondholders | Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Darren M. Goldman | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com<br>darrengoldman@quinnemanuel.com |
| Counsel to Carmen Rodriguez Colon | RB Law Offices | Attn: Enid S. Rodriguez-Binet | erb@rodriguezbinetlaw.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: C. Neil Gray, David M. Schlecker | cgray@reedsmith.com<br>dschlecker@reedsmith.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Eric A. Schaffer & Luke A. Sizemore | eschaffer@reedsmith.com<br>lsizemore@reedsmith.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | Reed Smith, LLP | Attn: Claudia Springer, Andrew Soven | cspringer@reedsmith.com<br>asoven@reedsmith.com |
| Counsel to the COFINA Senior Bondholders | Reichard & Escalera | Attn: Rafael Escalera, Sylvia M. Arizmendi, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Zarel J. Soto Acaba, and Gustavo A. Pabón Rico | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com<br>zsoto@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | Rexach & Picó, CSP | Attn: Maria E. Picó | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach | prcr@mcvpr.com |
| Counsel to Milagros Méndez Arvelo and Maritza Nieves Torres | Ricardo L. Castillo Filippetti, Esq. | | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Counsel to Management Consultants & Computer Services. Inc. | Ricardo L. Ortiz-Colón, Esq. | | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla & Iris J. Cabrera-Gómez | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Mark T. Stancil, Gary A. Orseck, Kathryn S. Zecca, Ariel N. Lavinbuk, Donald Burke, Lanora C. Pettit & Joshua S. Bolian | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Interested Party | Roberto Quiles | | estudiolegalrivera2@gmail.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | buzz.rochelle@romclaw.com<br>kdm@romclaw.com |
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481 | Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach | mrm@rmlawpr.com |
| Counsel to Fideicomiso Hernandez Castrodad | Rosendo E. Miranda López, Esq. | | r.miranda@rmirandalex.net |
| Counsel to Gila, LLC | RPP Law, PSC | Attn: Roberto L. Prats, Esq. | rprats@rpplaw.com |
| Counsel to United Surety & Indemnity Company | Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. | carlos.lugo@saldanalaw.com<br>hector.saldana@saldanalaw.com |
| Counsel to Doral Financial Corporation | Salichs Pou & Associates, PSC | Attn: Juan C. Salichs and Edna M. Tejeda-Oyola | jsalichs@splawpr.com<br>etejeda@splawpr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Asset Management, LLC | Attn: Frank Serra | fserra@sampr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | Santander Securities, LLC | Attn: James Vannah | jvannah@santandersecurities.com |
| Counsel to Cooperativa de Ahorro Y Credito San Jose | Santi Law Office | Attn: Jose Angel Santini Bonilla | santilawoffice@yahoo.com |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | Saul Ewing, LLP | Attn: Sharon L. Levine & Dipesh Patel | slevine@saul.com<br>dpatel@saul.com |
| Scotiabank de Puerto Rico | Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque | Roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Scotiabank De Puerto Rico | Scotiabank Plaza | Rgf@mcvpr.com |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com |
| Counsel to Total Petroleum Puerto Rico Corp. | Sepulvado & Maldonado, PSC | Attn: Aurivette Deliz Delgado | adeliz@smlawpr.com |
| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | Sepulvado & Maldonado, PSC | Attn: José Javier Santos Mimoso, Elaine Maldonado Matias, Aníbal J. Núñez González, & Albéniz Couret Fuentes | jsantos@smlawpr.com<br>anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com |
| Counsel to EcoEléctrica, L.P. | Shearman & Sterling LLP | Attn: Fredric Sosnick & Kelly McDonald | FSosnick@Shearman.com<br>Kelly.McDonald@Shearman.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | Shindler Anderson & Goplerud, P.C. | Attn: J. Barton Goplerud & Andrew Howie | jbgoplerud@sagwlaw.net<br>ahowie@sagwlaw.net |

In re: The Commonwealth of Puerto Rico, *et al.*
Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | Simpson Thacher & Bartlett LLP | Attn: Sandy Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden | squsba@stblaw.com<br>bfriedman@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com |
| Counsel to Vitol Inc. and Vitol S.A. | Skadden, Arps, Slate, Meagher & Floam LLP | Attn: Jay M. Goffman, Mark A. McDermott | Jay.goffman@skadden.com<br>mark.mcdermott@skadden.com |
| Counsel to Autonomous Municipality of Ponce | Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | pglassman@sycr.com |
| Counsel to American Federation of Teachers, AFL-CIO | Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling & Sherry Millman | cmechling@stroock.com<br>smillman@stroock.com |
| Counsel to Vitol Inc. | Susman Godfrey LLP | Attn: Neal S. Manne, Michael C. Kelso | nmanne@susmangodfrey.com<br>mkelso@susmangodfrey.com |
| Counsel to Tamrio, Inc. | Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com |
| TEC General Contractors, Corp. | TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Saultoledo22@yahoo.com |
| Counsel to Vitol S.A. | The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | andres@awllaw.com |
| Counsel to Mutual Fund Group and Oppenheimer Funds and the Ad Hoc Group of PREPA Bondholders | Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Cesar A. Lopez-Morales & Jean Lin | Cesar.a.lopez-morales@usdoj.gov<br>Jean.lin@usdoj.gov |
| Counsel to the United States | U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | Thomas.g.ward@usdoj.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | velez.hector@epa.gov |
| Counsel to the Environmental Protection Agency | United States Department of Justice | Attn: Mark A. Gallagher | mark.gallagher@usdoj.gov |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov |
| Office of the United States Trustee for the District of Puerto Rico | US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott | USTP.Region21@usdoj.gov |
| Counsel to Cooperativa de Seguros Múltiples de Puerto Rico | Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz | hvaldes@v-olaw.com |
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com |

In re: **The Commonwealth of Puerto Rico,** *et al.*

Master Service List
Case No. 17-03283 (LTS)
Sent by Email on February 12, 2018

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Scotiabank De Puerto Rico | Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Brian Bolin, Esq., Kim B. Goldberg, Esq., Angela K. Herring, Esq. | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>Bbolin@wlrk.com<br>KBGoldberg@wlrk.com<br>AKHerring@wlrk.com |
| Counsel to National Public Finance Guarantee Corporation | Weil, Gotshal & Manges, LLP | Attn: Marcia L. Goldstein, Esq., Kelly Diblasi, Gabriel Morgan, Jonathan D. Polkes, & Gregory Silbert | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com |
| Counsel to Elias Sánchez-Sifonte | Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |
| Counsel to Doral Financial Corporation | White & Case, LLP | Attn: Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Glenn M. Kurtz & John K. Cunningham | gkurtz@whitecase.com<br>jcunningham@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | White & Case, LLP | Attn: Jason N. Zakia & Cheryl Tedeschi Sloane | jzakia@whitecase.com<br>csloane@whitecase.com |
| Interested Party | William Santiago-Sastre, Esq. | William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com |
| Counsel to Bettina Whyte, the COFINA Agent | Willkie Farr & Gallagher, LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Martin L. Seidel, James C. Dugan, Jeffrey B. Korn, Tariq Mundiya, Paul V. Shalhoub, & Antonio Yanez, Jr. | mfeldman@willkie.com<br>jminias@willkie.com<br>mseidel@willkie.com<br>jdugan@willkie.com<br>jkorn@willkie.com<br>tmundiya@willkie.com<br>pshalhoub@willkie.com<br>ayanez@willkie.com |
| Counsel to KDC Solar, LLC | Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | JLawlor@wmd-law.com |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, & John T. Dorsey | jpatton@ycst.com<br>rbrady@ycst.com<br>jdorsey@ycst.com |