UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**ORDER GRANTING JOINT URGENT MOTION SEEKING EXTENSION OF DEADLINES TO (I) RESPOND TO MOTION OF THE PBA FUNDS FOR PAYMENT OF RENT, AND (II) REPLY IN SUPPORT OF MOTION OF THE PBA FUNDS FOR PAYMENT OF RENT**

Upon the *Joint Urgent Motion Seeking Extension of Deadlines to (I) Respond to Motion of the PBA Funds for Payment of Rent, and (II) Reply in Support of Motion of the PBA Funds for Payment of Rent* (the "Joint Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Joint Motion.

in the Joint Motion is in the best interests of the Debtors, their creditors, and other parties in interest, it is **HEREBY ORDERED THAT**:

1. The Joint Motion is granted as set forth herein.

2. The deadline to file responses to the PBA Funds Motion shall be extended to **February 23, 2018** for (a) the Debtors, (b) the Committee, and (c) AAFAF.

3. The deadline for the PBA Funds to file a reply to any responses shall be extended to **March 2, 2018** at **4:00 p.m. (Atlantic Standard Time)**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5.      This Order resolves docket entry no. 2550 in Case No. 17-3283.

      SO ORDERED.

Dated: February 20, 2018

                                                  /s/ Laura Taylor Swain  
                                                LAURA TAYLOR SWAIN  
                                                United States District Judge