UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING DEFECTIVE MOTION TO WITHDRAW AS COUNSEL

       The Court has received and reviewed the *Motion to Withdraw as Attorney of Record* (the "Motion to Withdraw") filed by Andrés W. López ("Counsel"). (Case No. 17-3283, Docket Entry No. 2481; Case No. 17-3284, Docket Entry No. 254; Case No. 17-3566, Docket Entry No. 249; Case No. 17-3567, Docket Entry No. 390.) Pursuant to Local Bankruptcy Rule 9010-1(3)(A), an attorney may withdraw from a case or proceeding without leave of court by filing a notice of withdrawal with the Court, provided that:

    i. the notice of withdrawal is accompanied by a notice of appearance of other counsel;

    ii. the attorney seeking to withdraw certifies that his client has been advised regarding the procedures and responsibilities related to appearing pro se, and that after conferring with the attorney, the client has stated his intention to proceed pro se;

    iii. there are no motions pending before the court; and

    iv. no trial or hearing date has been scheduled.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Motion to Withdraw is defective because it is not accompanied by a notice of appearance of other local counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority. Counsel is hereby directed to file an amended Motion to Withdraw or a notice of withdrawal by **February 27, 2018**. Failure to comply with this order will result in the Motion to Withdraw being stricken from the docket.

SO ORDERED.

Dated: February 20, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge