# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**TO THE HONORABLE COURT:**

     1.     Please take notice, that Héctor M. Mayol Kauffmann (District Court Bar Number 305804) and Francisco del Castillo Orozco (District Court Bar Number 220605) of Bennazar, García & Milián, C.S.P. and Carl N. Wedoff of Jenner & Block LLP hereby enter their appearances in the cases jointly administered under No. 17 BK 3283-LTS (the "**Title III Cases**") on behalf of the Official Committee of Retired Employees of Puerto Rico, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, and Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, made applicable to these

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("**PROMESA**"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States, made applicable to these proceedings by section 301 of PROMESA, 48 U.S.C. § 2161, and such counsel hereby requests that the name of the undersigned be added to the mailing list maintained by the Clerk of the Court in the Title III Cases and that the Clerk and all parties-in-interest in the Title III Cases provide all notices and all papers given or required to be given and all notices and all papers served on any party, filed with the Court in the Title III Cases or in any case consolidated or administered herewith, or delivered to the Office of the United States Trustee in the Title III Cases, be delivered to and served upon:

> Héctor M. Mayol Kauffmann
> Francisco del Castillo Orozco
> BENNAZAR, GARCÍA & MILIÁN, C.S.P.
> Edificio Union Plaza, 1701
> Avenida Ponce de León #416
> Hato Rey, San Juan
> Puerto Rico 00918
> hector.mayol@bennazar.org
> francisco.delcastillo@bennazar.org
>
> and
>
> Carl N. Wedoff*
> JENNER & BLOCK LLP
> 919 Third Ave
> New York, NY 10022-3908
> (212) 891-1600
> cwedoff@jenner.com

*Application for admission *pro hac vice* will be filed under a separate cover.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| February 20, 2018 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Ave<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Edificio Union Plaza, 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |