# United States Court of Appeals
## For the First Circuit

No. 17-1743

IN RE: COMMONWEALTH OF PUERTO RICO; PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina

Debtors

---

COMMONWEALTH OF PUERTO RICO; PUERTO RICO SALES TAX FINANCING CORPORATION, a/k/a Cofina

Debtors - Appellees

MONSITA LECAROZ-ARRIBAS

Trustee - Appellee

v.

ANGEL RUIZ-RIVERA

Movant - Appellant

---

**MANDATE**

Entered: February 8, 2018

In accordance with the judgment of September 7, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk

cc:
Alberto Juan Enrique Aneses-Negron
Ehud Barak
Diana M. Batlle-Barasorda
Hermann D. Bauer-Alvarez
Antonio Juan Bennazar-Zequeira
Martin J. Bienenstock
Wandymar Burgos-Vargas
Juan J. Casillas-Ayala
Luc A. Despins
Ubaldo M. Fernandez
Financial Oversight and Management Board
Stephan E. Hornung
Monsita Lecaroz-Arribas
Michael Luskin
Timothy William Mungovan
Daniel J. Perez Refojos
Stephen L. Ratner
Angel Ruiz-Rivera
US Trustee