# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

------------------------------------------------------------------x

**ORDER EXTENDING DEADLINES TO (I) RESPOND TO DEBTORS' THIRD 365(D)(4) EXTENSION MOTION, AND (II) REPLY IN SUPPORT OF DEBTORS' THIRD 365(D)(4) EXTENSION MOTION**

Upon the *Urgent Motion Seeking Extension of Deadlines to (I) Respond to Debtors' Third 365(d)(4) Extension Motion, and (II) Reply in Support of Debtors' Third 365(d)(4) Extension Motion* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

in the best interests of the Debtors, their creditors, and other parties in interest, it is **HEREBY**

**ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The deadline for the QTCB Noteholder Group to file responses to the Debtors' Third 365(d)(4) Extension Motion shall be extended to **February 26, 2018, at noon (AST)**.

3. The deadline for the Debtors to file a reply to any responses shall be extended to **March 2, 2018, at noon (AST)**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves docket entry no. 2559 in Case No. 17-3283.

SO ORDERED.

Dated: February 20, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge