# TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM DECEMBER 22, 2017 THROUGH FEBRUARY 20, 2018

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 1. | *Felix Rodríguez vs. ELA*, Case No. F AC2017-1324, Puerto Rico Court of First Instance<br><br>Forfeiture action under the Uniform Forfeiture Act (the "UFA") | Felix Rodríguez | Commonwealth | Modification of the stay to the limited extent necessary to allow the forfeiture action to proceed to judgment in the ordinary course in accordance with the UFA and, if judgment is entered in movant's favor, to allow movant to pursue remedies against the Commonwealth under section 19 of the UFA. | December 19, 2017[1] |
| 2. | (i) *Evelyn Cintrón-Marzán and her minor daughter, KRC, vs. Department of Education*, Administrative Case No. 2016-011-018;<br><br>(ii) *Leslianne Vega-Díaz, and her minor son, DEV vs. Department of Education*, Administrative Case No. 2017-095-002;<br><br>(iii) *Aida Díaz-Cambier and her minor daughter, VSD vs. Department of Education*, Administrative Case No. 2016-064-147;<br><br>(iv) *Luisa Briales-Verdejo and her minor son, SLB vs. Department of Education*, Administrative Case No. 2016-111-032;<br><br>(v) *Glorymar Colón and her minor son, DRC vs. Department of Education,* | (i) Evelyn Cintrón-Marzán and her minor daughter, KRC;<br><br>(ii) Leslianne Vega-Díaz, and her minor son, DEV;<br><br>(iii) Aida Díaz-Cambier and her minor daughter, VSD;<br><br>(iv) Glorymar Colón and her minor son, DRC;<br><br>(v) Adelina Capellán-Rosa, and her minor son, | Commonwealth | In the interest of justice and without conceding or admitting liability, the parties have agreed to settle all matters related to movants' claims under section 1415(i)(3)(B) of IDEA for the recovery of attorney's fees and taxable costs spent in the litigation of the prepetition actions.<br><br>Modification of the stay to the limited extent necessary to allow movants to enforce the stipulation and seek payment of the settlement amount from the Commonwealth; provided, however, the stay shall continue to apply in all other respects to the prepetition actions including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | December 29, 2017 |

---

[1] While the Felix Rodriguez stipulation was executed on December 19, 2017, the Commonwealth received the fully executed stipulation after the Debtors had already filed the *Debtors' First Omnibus Motion Seeking Approval of Stipulations Modifying the Automatic Stay* on December 22, 2017 [ECF No. 2162].

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | Administrative Case No. 2016-011-020; | DRC; | | | |
| | (vi) *Adelina Capellán-Rosa, and her minor son, DRC vs. Department of Education*, Administrative Case No. 2016-011-019; | (vi) Carmen Bonilla-Rivera and her minor daughter, FTB; | | | |
| | (vii) *Carmen Bonilla-Rivera and her minor daughter, FTB vs. Department of Education*, Administrative Case No. 2016-095-056; | (vii) Lymarie Olivera-Meléndez and her minor daughter, MAO; | | | |
| | (viii) *Lymarie Olivera-Meléndez and her minor daughter, MAO vs. Department of Education*, Administrative Case No. 2016-011-028; and | (viii) María Chiappardi-Berríos and her minor daughter, BRC; and | | | |
| | (ix) *María Chiappardi-Berríos and her minor daughter, BRC vs. Department of Education*, Administrative Case No. 2016-069-033 | (ix) Luisa Briales-Verdejo and her minor son, SLB | | | |
| | Cases under the Individuals with Disabilities Education Act ("IDEA") | | | | |
| 3. | *Alexis Alvarez Del Valle v. OSAJ*, Case No. KLRA2017-00136, Puerto Rico Appellate Court<br><br>Employee discharge action | Alexis Alvarez Del Valle | Commonwealth | Modification of the stay to the limited extent necessary to allow determination of the matters pending in the prepetition action before the Puerto Rico Appellate Court and to allow any appeals therefrom up to and including entry of a final judgment; provided, however, the stay shall apply to the execution and enforcement of any monetary judgment and for any claims for money damages against the | January 11, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | | | | Commonwealth or any other Title III Debtor, including, but not limited to any back pay-action. | |
| 4. | *Raúl Zambrana García, v. ELA, et al.*, Case No. CC-2016-0694, Puerto Rico Supreme Court<br><br>Employee discharge action | Raúl Zambrana García | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment before the Puerto Rico Supreme Court; provided, however, that the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | January 17, 2018 |
| 5. | *Yasmin Vega v. Administración de Corrección*, Case No. AQ15-0366, CASP proceeding<br><br>Employee discharge action | Yasmin Vega | Commonwealth | Modification of the stay to the limited extent necessary to allow determination of the matters pending in the prepetition action before CASP and to allow any appeals therefrom up to and including entry of a final judgment; provided, however, that the stay shall continue to apply in all other respects to Case No. AQ15-0366, including, but not limited to, (i) the back-pay action and (ii) the execution and enforcement of any judgment for monetary claims, damages, and provisional remedies against the Commonwealth or any other Title III Debtor. | January 18, 2018 |
| 6. | *Rose Marie Flores-Perez vs. Commonwealth of Puerto Rico*, Case No. ISCI 2012-00496, Puerto Rico Court of First Instance<br><br>Forfeiture action under the UFA | Rose Marie Flores-Perez | Commonwealth | Modification of the stay to the limited extent necessary to allow the forfeiture action to proceed to judgment in the ordinary course in accordance with the UFA and, if judgment is entered in movant's favor, to allow movant to pursue remedies against the Commonwealth under section 19 of the UFA. | January 22, 2018 |
| 7. | *Gonzalez v. Cesar Miranda, et al.*, Case No. 15-cv-1560-PAD, District Court of Puerto Rico | Luis F. González | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment before the District Court only on the habeas corpus cause of action; provided, | January 24, 2018 |

3

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | Habeas corpus action | | | however, that movant will assume the cost of the certified translation of all Spanish documents that he may proffer in support of his claim. The Commonwealth will assume the cost of translation of all documents it may want translated for the litigation of the habeas corpus cause of action in the prepetition action. | |
| 8. | *Yazaris Rosado Roldan v. ELA et al.*, Case No. HSCI2016-01077, Puerto Rico Court of First Instance<br><br>Personal injury action | Yazaris Rosado Roldan | Commonwealth | Modification of the stay to the limited extent necessary to allow for a determination of the matters pending before the prepetition Court and enable movant to prosecute the prepetition action against insurance coverage, if any, available under any insurance policies issued to the Commonwealth; provided, however, the stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the entry, execution, and enforcement of any judgment in excess of the available coverage and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | January 26, 2018 |
| 9. | *Castro Business Enterprise v. ELA*, Case No. KAC2009-1153, Puerto Rico Court of First Instance<br><br>Inverse condemnation action | Castro Business Enterprises, Inc. | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment before the prepetition Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | January 30, 2018 |
| 10. | *Roberto Quiles v. ELA*, Case No. ISCI 2017-00375, Puerto Rico Court of First Instance<br><br>Forfeiture action under the UFA | Roberto Quiles | Commonwealth | Modification of the stay to limited extent necessary to allow the forfeiture action to proceed to judgment in the ordinary course in accordance with the UFA and, if judgment is entered in movant's favor, to allow movant to pursue remedies against the | February 2, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | | | | Commonwealth under section 19 of the UFA. | |
| 11. | *Myrna Torres Rosario, personally and on behalf of her daughter, AOT v. Commonwealth of Puerto Rico, et al.*, Case No. 17-1141, District Court of Puerto Rico<br><br>IDEA case | Myrna Torres Rosario, and her minor daughter, AOT | Commonwealth | Modification of the stay to the limited extent necessary to permit the prepetition action to proceed to judgment to determine the amount of attorney's fees owed to movants and allow movants to enforce against the Commonwealth any judgment entered by the District Court to collect such attorney's fees; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | February 2, 2018 |
| 12. | *Autoridad de Carreteras y Transportacion de Puerto Rico vs. Luis Alberto Mercado Jiminez y Otros*, Case No. KEF-2011-0240, Puerto Rico Court of First Instance, San Juan<br><br>Expropriation action | Adrían Mercado Jimenez | HTA | Modification of the stay to the limited extent necessary to allow HTA to pay movant the settlement amount due under the prepetition stipulation within 14 days of execution of the stay stipulation; provided, however, the stay shall continue to apply in all other respects to the prepetition stipulation. | February 5, 2018 |
| 13. | *Commonwealth of Puerto Rico vs. Acquisition of Rights on a Contract and Amendments for the Lease of Certain Portions of Property Located in the Cangrejeros Neighborhood Above the Municipality of Carolina, Puerto Rico; Caribbean Airport Facilities, Inc.*, Case No. KEF2011-0453, Puerto Rico Court of First Instance<br><br>Expropriation action | Caribbean Airport Facilities, Inc. | Commonwealth | Modification of the stay to the limited extent necessary to enable the prepetition action to proceed to judgment before the State Court; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor.[2] | February 6, 2018 |

---

[2]   This stipulation supersedes an earlier stipulation entered into between the parties on December 4, 2017, to correct an error with respect to the case number of the prepetition action.

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 14. | *Myrna Torres Rosario, personally and on behalf of her daughter, AOT v. Commonwealth of PR, et al.* Case No. 17-1141<br><br>IDEA case | Myrna Torres Rosario, personally and on behalf of her daughter, AOT | Commonwealth | Modification of the stay to the limited extent necessary to permit the prepetition action to proceed to judgment to determine the amount of attorney's fees owed to movants and allow movants to enforce against the Commonwealth any judgment entered by the District Court to collect such attorney's fees; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | February 2, 2018 |
| 15. | *Deisha Rodriguez Vega v. ELA*, Case No. GDP2014-0139, Puerto Rico Court of First Instance<br><br>Personal injury action | Deisha Rodriguez Vega | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment in the prepetition Court, including movant's motion to reconsider the withdrawal of the Commonwealth as a party; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | February 6, 2018 |
| 16. | *Lisa Marie Rodriguez v. Commonwealth of Puerto Rico*, Case No. 17-1143, District Court of Puerto Rico<br><br>Declaratory action against the Department of Health's birth certificate policy | Lisa Marie Rodriguez | Commonwealth | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment before the District Court only on the declaratory judgment cause of action, and if judgment is entered in Movant's favor, its execution and enforcement; provided, however, the stay shall continue to apply in all other respects to the prepetition action including, but not limited to, the execution and enforcement of any judgment (other than with respect to the declaratory judgment cause of action) and for any claims for money damages and claims for provisional remedies (other than with respect to the declaratory | February 7, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | | | | judgment cause of action) against the Commonwealth or any other Title III Debtor. | |