# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REQUESTING ENTRY, WITHOUT A HEARING, OF ORDER GRANTING APPLICATION FOR ORDER, PURSUANT TO BANKRUPTCY CODE SECTION 1103(a) AND LOCAL BANKRUPTCY RULE 2014-1, AUTHORIZING EMPLOYMENT AND RETENTION OF KROMA ADVERTISING, INC. AS COMMUNICATIONS ADVISOR TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, EFFECTIVE AS OF FEBRUARY 1, 2018**

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On February 1, 2018, the Committee filed the *Application for Order, Pursuant to Bankruptcy Code Section 1103(a) and Local Bankruptcy Rule 2014-1, Authorizing Employment and Retention of Kroma Advertising, Inc. as Communications Advisor to Official Committee of Unsecured Creditors, Effective as of February 1, 2018* [Docket No. 2325] (the "Application").

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

2.  In accordance with the *Third Amended Case Management Procedures* (the "Case Management Procedures") [Docket No. 1512-1], the deadline to object to the Application was February 20, 2018 at 3:00 p.m. (ET) / 4:00 p.m. (AST). Moreover, in accordance with the Case Management Procedures, the notice of hearing with respect to the Application contained a statement that the relief requested may be granted without a hearing if no objection is timely filed and served in accordance with the Case Management Procedures.

3.  The Objection Deadline has now passed and, to the best of my knowledge, no objection or other responsive pleading to the Application have been filed with the Court on the docket of the above-referenced case in accordance with the procedures set forth in the Case Management Order, nor has any objection or other responsive pleading thereto been served on counsel to the Committee to date. Moreover, to the best of my knowledge, no party in interest has made any informal requests for changes to the form of proposed Order.

4.  Accordingly, for the reasons set forth in the Application, the Committee respectfully requests that the proposed Order attached hereto as Exhibit 1 be entered in accordance with the procedures described in the Case Management Order.

I declare that the foregoing is true and correct.

Dated: February 21, 2018                /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer *(Pro Hac Vice)*
Michael E. Comerford *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*