# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtor.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

## <u>NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTIFICATIONS</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

The undersigned is admitted and authorized to practice in this Court, and hereby appears in these Title III cases as counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority and requests that the Court take note of the foregoing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 21st day of February, 2018.

**I HEREBY CERTIFY**: That on this same date, the foregoing has been electronically

filed with the Clerk of the Court using the CM/ECF system, which will notify all counsel of

record of such filing.

> */s/ Mohammad S. Yassin*
> Mohammad S. Yassin, Esq.
> USDC-PR Bar No. 302909
> Mohammad.Yassin@aafaf.pr.gov
>
> **PUERTO RICO FISCAL AGENCY AND**
> **FINANCIAL ADVISORY AUTHORITY**
> Robert Sánchez Vilella (Minillas) Government Center
> De Diego Avenue, Stop 22
> San Juan, Puerto Rico 00907
> Telephone: (787) 722-2525
> Facsimile: (787) 721-1443