Hearing Date and Time: March 7, 2018 at 9:30 a.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17-bk-3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, et al., | |
| Debtors. | |

**NOTICE OF PENSION TRUSTEE ADVISORS, INC.'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS PENSION CONSULTANT TO FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AS REPRESENTATIVE OF THE DEBTORS, FROM JULY 29, 2017 THROUGH SEPTEMBER 30, 2017, AND MOTION TO SHORTEN NOTICE**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Laura Taylor Swain in Room 3 of the United States District Court for the District of Puerto Rico, Federal Building, Office 150, 150 Carlos Chardón Street, San Juan, Puerto Rico 00918-1767, on March 7, 2018 at 9:30 a.m. (AST), or as soon thereafter as counsel may be heard, to consider Pension Trustee Advisors, Inc.'s first interim application for allowance of compensation for services rendered from July 29, 2017 through September 30, 2017 in the amount of $28,901.25 and reimbursement of actual and necessary expenses incurred in the amount of $4,214.88, pursuant to PROMESA sections 316-17, Rule 2016, and Local Rule 2016-1, and motion to shorten the applicable notice period with respect to the application, pursuant to Rule 9006(c).

PLEASE TAKE FURTHER NOTICE that responses and objections to the application or motion to shorten notice must be in writing, and filed with the Court and served on the applicant's undersigned counsel so as to be received prior to the hearing.

Dated: February 22, 2018

Respectfully submitted,

/s/ William Fornia
William Fornia
Pension Trustee Advisors, Inc.

*Pension Consultant to Financial Oversight and Management Board*

By: /s/ Jeffrey Chubak
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 497-8247
jchubak@storchamini.com

*Attorneys for Pension Trustee Advisors, Inc.*