**Pension Trustee Advisors, Inc. Time Detail  July 29, 2017-August 31, 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 9/7/2017 | Title III | 7/29/2017 | Fornia, William | President | $465 | 1.00 | Employee Benefits/Pensions | $ 465.00 | Prep for discussions with retiree committee |
| 9/7/2017 | Title III | 7/31/2017 | Fornia, William | President | $465 | 1.00 | Employee Benefits/Pensions | $ 465.00 | Prep for discussions with retiree committee |
| 9/7/2017 | Title III | 8/1/2017 | Fornia, William | President | $465 | 1.75 | Employee Benefits/Pensions | $ 813.75 | Prep for discussions with retiree committee |
| 9/7/2017 | Title III | 8/2/2017 | Fornia, William | President | $465 | 3.00 | Employee Benefits/Pensions | $ 1,395.00 | Discussions with Retiree Committee -NYC |
| 9/7/2017 | Title III | 8/2/2017 | Fornia, William | President | $465 | 5.00 | Nonworking Travel | $ 1,162.50 | Discussions with Retiree Committee -Travel |
| 9/7/2017 | Title III | 8/3/2017 | Fornia, William | President | $465 | 7.50 | Nonworking Travel | $ 1,743.75 | Discussions with Retiree Committee -Travel |
| 9/7/2017 | Title III | 8/3/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $ 116.25 | Discussions concerning Retiree Committee |
| 9/7/2017 | Title III | 8/4/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $ 232.50 | Discussions concerning Retiree Committee |
| 9/7/2017 | Title III | 8/8/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $ 116.25 | Discussions concerning Retiree Committee |
| 9/7/2017 | Title III | 8/11/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $ 232.50 | Review of Draft Mediation Materials |
| 9/7/2017 | Title III | 8/13/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $ 116.25 | Review of Draft Mediation Materials |
| 9/7/2017 | Title III | 8/14/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $ 116.25 | Mediation Materials Preparation |
| 9/7/2017 | Title III | 8/18/2017 | Fornia, William | President | $465 | 1.25 | Employee Benefits/Pensions | $ 581.25 | Mediation Materials Preparation |
| 9/7/2017 | Title III | 8/21/2017 | Fornia, William | President | $465 | 0.75 | Employee Benefits/Pensions | $ 348.75 | Mediation Preparation of Deck/Presentation |
| 9/7/2017 | Title III | 8/22/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $ 116.25 | Mediation Preparation of Deck/Presentation |
| 9/7/2017 | Title III | 8/23/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $ 116.25 | Mediation Preparation of Deck/Presentation |
| 9/7/2017 | Title III | 8/24/2017 | Fornia, William | President | $465 | 1.25 | Employee Benefits/Pensions | $ 581.25 | Mediation Preparation of Deck/Presentation |
| 9/7/2017 | Title III | 8/24/2017 | Tulla, Miguel | Financial Analyst | $225 | 1.00 | Employee Benefits/Pensions | $ 225.00 | Mediation Preparation of Deck/Presentation |
| 9/7/2017 | Title III | 8/25/2017 | Fornia, William | President | $465 | 1.00 | Employee Benefits/Pensions | $ 465.00 | Mediation Prep |
| 9/7/2017 | Title III | 8/25/2017 | Tulla, Miguel | Financial Analyst | $225 | 1.00 | Employee Benefits/Pensions | $ 225.00 | Mediation Prep |
| 9/7/2017 | Title III | 8/26/2017 | Fornia, William | President | $465 | 2.00 | Employee Benefits/Pensions | $ 930.00 | Mediation Prep |
| 9/7/2017 | Title III | 8/27/2017 | Fornia, William | President | $465 | 0.75 | Employee Benefits/Pensions | $ 348.75 | Mediation Prep |
| 9/7/2017 | Title III | 8/28/2017 | Tulla, Miguel | Financial Analyst | $225 | 4.00 | Employee Benefits/Pensions | $ 900.00 | Mediation Materials Preparation |
| 9/7/2017 | Title III | 8/28/2017 | Fornia, William | President | $465 | 5.00 | Employee Benefits/Pensions | $ 2,325.00 | Mediation Prep NYC |
| 9/7/2017 | Title III | 8/28/2017 | Fornia, William | President | $465 | 6.50 | Nonworking Travel | $ 1,511.25 | Mediation Travel |
| 9/7/2017 | Title III | 8/29/2017 | Fornia, William | President | $465 | 10.50 | Employee Benefits/Pensions | $ 4,882.50 | Mediation Participation NYC |
| 9/7/2017 | Title III | 8/30/2017 | Fornia, William | President | $465 | 6.25 | Employee Benefits/Pensions | $ 2,906.25 | Mediation Participation NYC |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | President | $465 | 7.00 | Nonworking Travel | $ 1,627.50 | Mediation Return Travel |
| | | | | | | **70.00** | | **$ 25,065.00** | |

**Pension Trustee Advisors, Inc. Time Detail  September 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 10/6/2017 | Title III | 9/1/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $116.25 | Mediation Debrief & Organize |
| 10/6/2017 | Title III | 9/5/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Mediation Debrief |
| 10/6/2017 | Title III | 9/6/2017 | Fornia, William | President | $465 | 2.50 | Employee Benefits/Pensions | $1,162.50 | Mediation Questions |
| 10/6/2017 | Title III | 9/7/2017 | Fornia, William | President | $465 | 2.25 | Employee Benefits/Pensions | $1,046.25 | Mediation Review including Questions |
| 10/6/2017 | Title III | 9/8/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Mediation Review including Questions |
| 10/6/2017 | Title III | 9/9/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $116.25 | Mediation Response Calculations |
| 10/6/2017 | Title III | 9/11/2017 | Fornia, William | President | $465 | 0.25 | Employee Benefits/Pensions | $116.25 | Mediation Review including Questions |
| 10/6/2017 | Title III | 9/13/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Mediation Discussion with Counsel |
| 10/6/2017 | Title III | 9/26/2017 | Fornia, William | President | $465 | 0.75 | Employee Benefits/Pensions | $348.75 | Mediation Discussion Clarification with Retirees Actuary |
| 10/6/2017 | Title III | 9/29/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Mediation Discussion Clarification with Retirees Actuary & |
| | | | | | | **8.25** | | **$3,836.25** | |