**Pension Trustee Advisors, Inc. Expenses July 29, 2017-August 31, 2017**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 9/7/2017 | Title III | 7/31/2017 | Fornia, William | Airfare | $ 752.20 | 1 | $752.20 | Airfare: Roundtrip Denver-Newark to attend meeting wit |
| 9/7/2017 | Title III | 8/1/2017 | Fornia, William | Mileage charge | $ 37.45 | 1 | $37.45 | Mileage-70 miles |
| 9/7/2017 | Title III | 8/2/2017 | Fornia, William | Taxi | $ 60.17 | 1 | $60.17 | Lyft: Newark to NYC to attend meeting with retirees com |
| 9/7/2017 | Title III | 8/2/2017 | Fornia, William | Hotel | $ 5.00 | 1 | $5 | Hotel Tips |
| 9/7/2017 | Title III | 8/3/2017 | Fornia, William | Taxi | $ 17.00 | 1 | $17.00 | Airport bus: NYC to Newark |
| 9/7/2017 | Title III | 8/4/2017 | Fornia, William | Hotel | $ 343.30 | 1 | $343.30 | Hotel charge to attend meeting with retiree committee |
| 9/7/2017 | Title III | 8/25/2017 | Fornia, William | Airfare | $ 1,168.40 | 1 | $1,168.40 | Airfare: Roundtrip Denver-NYC to attend mediation |
| 9/7/2017 | Title III | 8/28/2017 | Fornia, William | Taxi | $ 51.00 | 1 | $51.00 | Lyft: Home to airport to attend mediation |
| 9/7/2017 | Title III | 8/28/2017 | Fornia, William | Airfare | $ 11.99 | 1 | $11.99 | Internet access on airplaine |
| 9/7/2017 | Title III | 8/30/2017 | Fornia, William | Taxi | $ 78.38 | 1 | $78.38 | Taxi: Mediation hotel to LaGuardia |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | Airfare | $ 15.99 | 1 | $15.99 | Internet access on airplaine |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | Airfare | $ 9.99 | 1 | $9.99 | Internet access on airplaine |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | Hotel | $ 1,395.94 | 1 | $1,395.94 | Hotel charge to attend mediation |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | Airfare | $ 180.00 | 1 | $180.00 | Flight change fee |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | Taxi | $ 42.07 | 1 | $42.07 | Taxi: Airport to home following mediation |
| 9/7/2017 | Title III | 8/31/2017 | Fornia, William | Taxi | $ 46.00 | 1 | $46.00 | Lyft: LaGuardia to mediation hotel |
| | | | | | | | **$4,214.88** | |

h retirees committee

mittee