# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>      Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING PENSION TRUSTEE ADVISORS, INC.'S FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS PENSION CONSULTANT TO FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AS REPRESENTATIVE OF THE DEBTORS, FROM JULY 29, 2017 THROUGH SEPTEMBER 30, 2017, AND MOTION TO SHORTEN NOTICE**

Upon the first interim application of Pension Trustee Advisors, Inc. ("PTA") for allowance of compensation for services rendered from July 29, 2017 through September 30, 2017 ("Compensation Period") in the amount of $28,901.25, and reimbursement of expenses incurred in the amount of $4,394.88, pursuant to PROMESA sections 316-17, Rule 2016, and Local Rule 2016-1; and upon PTA's motion to shorten the applicable notice period with respect to the application, pursuant to Rule 9006(c); now therefore, it is hereby ORDERED:

    1.    The application is APPROVED as set forth herein.

    2.    Compensation to PTA for professional services rendered during the Compensation Period is hereby allowed on an interim basis in the amount of $28,901.25.

---

[1] The Debtors in these Title III Cases, along with the last four digits of their respective Federal Tax ID number, are: (i) Commonwealth of Puerto Rico (3481); (ii) Puerto Rico Sales Tax Financing Corporation (8474); (iii) Puerto Rico Highways and Transportation Authority (3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (9686); and (v) Puerto Rico Electric Power Authority (3747).

3. Reimbursement of PTA for expenses incurred during the Compensation Period is hereby allowed on an interim basis in the amount of $4,394.88.

4. The Debtors are authorized and directed to pay PTA all compensation and expenses allowed hereunder, including compensation held back pursuant to the First Amended Interim Compensation Order, less amounts previously paid to PTA pursuant to the terms of such order.

5. The motion to shorten the applicable notice period with respect to PTA's application is hereby granted.

Dated: _____, 2018

                                                          Honorable Laura Taylor Swain
                                                          United States District Judge