UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                 Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING THE SCHEDULING ASPECT OF PENSION TRUSTEE ADVISORS, INC.'S FIRST
INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
INCURRED AS PENSION CONSULTANT TO FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AS
REPRESENTATIVE OF THE DEBTORS, FROM JULY 29, 2017 THROUGH SEPTEMBER 30, 2017

      On February 22, 2018, the Court received and reviewed the *Pension Trustee Advisors, Inc.'s First Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred as Pension Consultant to Financial Oversight and Management Board, as Representative of the Debtors, from July 29, 2017 Through September 30, 2017* filed by Pension Trustee Advisors, Inc. ("PTA") (the "Application"). (Case No. 17-3283; Docket Entry No. 2574.) In the Application, PTA requests that PTA's Application be heard on shortened notice. In the Application, PTA represents that the fee examiner suggested that PTA have its Application heard on shortened notice. Based on the representations in the Application, the Application will be heard at the Omnibus Hearing, which will begin at **9:30 a.m. (Atlantic Standard Time) on March 7, 2017**, in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767, and by video

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007. Opposition and reply papers must be filed in accordance with the deadlines set forth in the operative Case Management Order.

      SO ORDERED.

Dated: February 22, 2018

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge