# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

To the Honorable United States District Judge Laura Taylor Swain:

1. The undersigned attorney, who has appeared in this case on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), respectfully notifies the Court that he is withdrawing as counsel of record for AAFAF.

2. AAFAF's Chief Legal Counsel, attorney Mohammad Yassin, who has entered an appearance in this matter [DE 2567], will serve as AAFAF's local counsel. Mr. Yassin's notice of appearance is attached as Exhibit A.

3. The law firm of O'Melveny & Myers LLP will continue to serve as co-counsel of record for AAFAF.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

4. The undersigned attorney respectfully requests that the Honorable Court cease to notify him of motions, pleadings, papers, and orders in this matter.

**WHEREFORE**, the undersigned attorney respectfully notifies the Honorable Court of his withdrawal as counsel for AAFAF, and requests that the Court cease to notify him of motions, pleadings, papers, and orders in this matter.

**I HEREBY CERTIFY** that I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 23rd day of February 2018.

>*/s/ Andrés W. López*
>Andrés W. López
>USDC No. 215311
>**THE LAW OFFICES OF**
>**ANDRÉS W. LÓPEZ, P.S.C.**
>P.O. Box 13909
>San Juan, PR 00918
>Tel: (787) 294-9508
>Fax: (787) 294-9519
>
>*Attorney for the Puerto Rico Fiscal Agency and Financial Advisory Authority*