UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF No. 1215**<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**This Notice relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.** |

**NOTICE OF FILING OF AMENDMENTS TO CREDITOR LIST
FOR THE COMMONWEALTH OF PUERTO RICO**

**TO ALL CREDITORS OF THE COMMONWEALTH OF PUERTO RICO AND OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**PLEASE TAKE NOTICE** on May 3, 2017, the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Puerto Rico, as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition with the United States District Court for the District of Puerto Rico (the "District Court") under title III of PROMESA.

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2017, the Commonwealth filed its list of creditors pursuant to Bankruptcy Code section 924 (the "Creditor List") and *Global Notes and Statement of Limitations, Methods, and Disclaimers Regarding the Creditor List* (the "Global Notes"). *See* ECF No. 1215.

**PLEASE TAKE FURTHER NOTICE** that the Commonwealth and its advisors have continued to review the Commonwealth's books and records and have identified additional potential claimants that should be included in the Creditor List. Accordingly, the Commonwealth and its advisors have prepared a supplemental Schedule D (Trade Vendor Obligations), Schedule E (Employee Obligations), Schedule H (Litigation Related Obligations), and Schedule J (Labor Union Obligations) (collectively, the "Creditor List Amendments"), which identify the additions to the respective schedules of the Creditor List.

**PLEASE TAKE FURTHER NOTICE** that the Creditor List Amendments attached hereto as Exhibit A are filed on the Court's docket herewith and incorporate by reference and must be considered in connection with the Creditor List and the Global Notes.

**PLEASE TAKE FURTHER NOTICE** that on February 15, 2018, the District Court entered an order [ECF No. 2521] (the "Bar Date Order") in accordance with Bankruptcy Rule 3003(c) establishing **May 29, 2018 at 4:00 p.m. (Atlantic Standard Time)** as the deadline for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

dates for their Title III cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27)) (the "Bar Date"). Pursuant to the Bar Date Order, if any of the claimants listed in the Creditor List Amendments disagree with the nature, amount, or classification of their claim(s), then such claimant may be required to file a proof of claim with respect to such claim(s) on or before the Bar Date.

**PLEASE TAKE FURTHER NOTICE** copies of the Creditor List, the Creditor List Amendments, and the Bar Date Order are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

*Remainder of Page Intentionally Left Blank*

Dated: February 23, 2018
San Juan, Puerto Rico

          Respectfully submitted,

          */s/ Martin J. Bienenstock*
          Martin J. Bienenstock (*pro hac vice*)
          Paul V. Possinger (*pro hac vice*)
          Ehud Barak (*pro hac vice*)
          Maja Zerjal (*pro hac vice*)
          **PROSKAUER ROSE LLP**
          Eleven Times Square
          New York, NY 10036
          Tel: (212) 969-3000
          Fax: (212) 969-2900

          *Attorneys for the Financial Oversight and Management Board as Representative for the Commonwealth of Puerto Rico*

          */s/ Hermann D. Bauer*
          Hermann D. Bauer
          USDC No. 215205
          **O'NEILL & BORGES LLC**
          250 Muñoz Rivera Ave., Suite 800
          San Juan, PR 00918-1813
          Tel: (787) 764-8181
          Fax: (787) 753-8944

          *Co-Attorneys for the Financial Oversight and Management Board as Representative for the Commonwealth of Puerto Rico*