**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUPPLEMENTAL SCHEDULE H - LITIGATION RELATED OBLIGATIONS**

| CREDITOR | CASE NUMBER | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| ABREU RIVERA, DANNY J. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| ACEVEDO ESTRADA, PEDRO A. | NO CASE NUMBER ASSIGNED | | PO BOX 9079 | BAYAMON | PR | 00960-9079 | C | U | D | UNDETERMINED |
| AGUAYO CINTRON, VICTOR M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| ALICEA GUZMAN, CARLOS R. | NO CASE NUMBER ASSIGNED | | BO. DOMINGUITO BOX G28 CALLE J | ARECIBO | PR | 00612 | C | U | D | UNDETERMINED |
| AUTORIDAD DE EDIFICIOS PUBLICOS | NO CASE NUMBER ASSIGNED | | PO BOX 41029 | SAN JUAN | PR | 00940-1029 | C | U | D | UNDETERMINED |
| AVILA ALICEA, LUCIA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| AYALA MORALES, RUBEN D. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| AYALA, DORIS | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| BENITEZ DE JESUS, MARITZA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CAEZ ALONSO, JOSE H. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CALDERON BERRIOS, REINA M. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| CALDERON RODRIGUEZ, PETRA | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| CANALES IBANEZ, JORGE T. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CANALES MONTANEZ, CARMEN I. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CANDELARIO LOPEZ, CRISTINA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CARRASQUILLO BETANCOURT, MARY D. | NO CASE NUMBER ASSIGNED | | URB. RIVER GARDEN 186 CALLE FLOR DE DIEGO | CANOVANAS | PR | 00729 | C | U | D | UNDETERMINED |
| CARTAGENA RIVERA, RICARDO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CASTRO NIEVES, VICTOR A. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CEDENO VAZQUEZ, ORLANDO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CHAMORRO CHAMORRO, JAVIER | NO CASE NUMBER ASSIGNED | | HC 08 BOX 215 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| COFAN HERNANDEZ, MELISSA | KLRA-2013-0268 | | PO BOX 944 | DORADO | PR | 00646 | C | U | D | UNDETERMINED |
| COFAN HERNANDEZ, MELISSA | KAC-2017-0152 | | PO BOX 944 | DORADO | PR | 00646 | C | U | D | UNDETERMINED |
| COFAN HERNANDEZ, MELISSA | KDP-2012-389 | | PO BOX 944 | DORADO | PR | 00646 | C | U | D | 25,000.00 |
| COLON FALCON, CARMEN L. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| COLON HERNANDEZ, ANGELA N. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| COLON ORTIZ, EVELYN | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| CONTRERAS LASALLE, JUAN J. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| CORCHADO COLON, LUIS | NO CASE NUMBER ASSIGNED | | URB. LAMELA 107 CALLE 5 | ISABELA | PR | 00662 | C | U | D | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUPPLEMENTAL SCHEDULE H - LITIGATION RELATED OBLIGATIONS**

| CREDITOR | CASE NUMBER | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CRUZ RIVERA, MAYRA I. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| DE JESUS OJEDA, MERALIS | NO CASE NUMBER ASSIGNED | | RR 8 BOX 9157 | BAYAMON | PR | 00956 | C | U | D | UNDETERMINED |
| DE LA TORRE VELEZ, SUCESION EMILIO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| DEL VALLE TIRADO, VICENTE | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| DELERME FRANCO, IRIS M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS | NO CASE NUMBER ASSIGNED | | NEGOCIADO DE SEGURIDAD DE EMPLEO PO BOX 1020 | SAN JUAN | PR | 00919-1020 | C | U | D | UNDETERMINED |
| EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO AND ITS INSTRUMENTALITIES (ERS) | NO CASE NUMBER ASSIGNED | | PO BOX 42003 | SAN JUAN | PR | 00940-2203 | C | U | D | UNDETERMINED |
| FIGUEROA ANDINO, CARMEN M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| FONTAN OLIVO, LUIS A. | NO CASE NUMBER ASSIGNED | | URB. LAS LOMAS 795 CALLE 21SW | SAN JUAN | PR | 00921-1407 | C | U | D | UNDETERMINED |
| FUENTES RUIZ, CARMEN L. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| GARCIA FIGUEROA, CARMEN E. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| GARCIA REYES, VICTOR M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| GONZALEZ AYALA, MARIA I. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| HERNANDEZ GONZALEZ, ABED | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| HERNANDEZ RIVERA, HERNAN | NO CASE NUMBER ASSIGNED | | VILLA CAROLINA D44 CALLE 2 | CAROLINA | PR | 00985 | C | U | D | UNDETERMINED |
| HIEYE GONZALEZ, PEDRO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| HIRALDO GONZALEZ, CARLOS | NO CASE NUMBER ASSIGNED | | 154 CALLE DR CLEMENTE FDEZ | CAROLINA | PR | 00985 | C | U | D | UNDETERMINED |
| LAFONTAINE SERRANO, ISABEL | NO CASE NUMBER ASSIGNED | | PO BOX 928 | UTUADO | PR | 00641 | C | U | D | UNDETERMINED |
| LAROY RODRIGUEZ, JUAN A. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| LOPEZ LOPEZ, MAGDA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| LOPEZ MARTINEZ, JORGE I. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| LOPEZ MULERO, EDWIN DELGADO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| LOPEZ RODRIGUEZ, CARLOS | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| LOPEZ, MARIA DEL C. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| LUCIANO SANCHEZ, DIANA M. | NO CASE NUMBER ASSIGNED | | URB. BRISAS DE CANOVANAS 14 CALLE REINITA | CANOVANAS | PR | 00729 | C | U | D | UNDETERMINED |
| MALDONADO RAMOS, MIGUEL A. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUPPLEMENTAL SCHEDULE H - LITIGATION RELATED OBLIGATIONS**

| CREDITOR | CASE NUMBER | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| MANTILLA VARGAS, ANGEL L. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| MARRERO LEDESMA, BLANCA | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| MARRERO SIERRA, ROSA M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| MARTINEZ ACOSTA, MILDRED | NO CASE NUMBER ASSIGNED | | PMB 473 35 CALLE JUAN C. BORBON STE. 67 | GUAYNABO | PR | 00969-5375 | C | U | D | UNDETERMINED |
| MARTINEZ SANTANA, ILEANA | NO CASE NUMBER ASSIGNED | | URB. ALTOS DE FLORIDA 297 CALLE TITO RODRIGUEZ | FLORIDA | PR | 00650 | C | U | D | UNDETERMINED |
| MATOS MONTES, MEI-LYNG | KLRA-2013-0237 | | COND. LOS CEDROS 1687 CALLE AMARILLO APARTAMENTO 5401 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| MEDRANO ARIAS, KHILSY | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| MELENDEZ FONTANEZ, ISIDORO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| MOJICA ROSA, GREGORIO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| MOJICA VELAZQUEZ, LUZ C. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| NEGRON RIVERA, ANGEL R. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| NEGRON VAZQUEZ, ANGEL | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| NIEVES GARAY, ABE | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| NIEVES RIVERA, JUAN L. | NO CASE NUMBER ASSIGNED | | VILLA CAROLINA C417 BLQ. 146 #14 | CAROLINA | PR | 00985 | C | U | D | UNDETERMINED |
| OCASIO RIVERA, ELBA | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| O'FARRIL MARIN, SONIA M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| O'FARRILL O'FARRILL, CARLOS M. | NO CASE NUMBER ASSIGNED | | CALLE 442 BLQ. 178 #4 | CAROLINA | PR | 00985 | C | U | D | UNDETERMINED |
| ORTIZ PESANTE, CARMEN M. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| OSORIO ORTIZ, HOLVIN L. | NO CASE NUMBER ASSIGNED | | ALTURAS DE SAN PEDRO U-6 CALLE SAN GABRIEL | FAJARDO | PR | 00738 | C | U | D | UNDETERMINED |
| OSORIO ROSARIO, MIRIAM | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| OYOLA PEREZ, ALEJANDRO | NO CASE NUMBER ASSIGNED | | RIVER GARDEN 23 | CANOVANAS | PR | 00729 | C | U | D | UNDETERMINED |
| PABON ORTEGA, RAFAEL | NO CASE NUMBER ASSIGNED | | URB. LA CUMBRE, 285 CALLE LOS ROBLES | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| PEREZ MARTINEZ, MIGUEL | NO CASE NUMBER ASSIGNED | | COND. JARDINES DE SAN IGNACIO APT. 502-B | SAN JUAN | PR | 00927 | C | U | D | UNDETERMINED |
| PEREZ OCASIO, SOCORRITO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| PEREZ VALENTIN, MARGARITA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RAMOS LOPEZ, PEDRO | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUPPLEMENTAL SCHEDULE H - LITIGATION RELATED OBLIGATIONS**

| CREDITOR | CASE NUMBER | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| RAMOS ROSA, EDWIN J. | NO CASE NUMBER ASSIGNED | | RR #6 BOX 9840 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| REYES FELIX, VIRGINIA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIOS LOPEZ, MARIA I. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIVAS SANCHEZ, NYDIA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIVERA DIAZ, OLGA J. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIVERA GAMBARO, SONIA I. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIVERA LOPEZ, CARMEN M. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| RIVERA LUNA, ANA C. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIVERA RIVERA, ANA E. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| RIVERA RODRIGUEZ, MINERVA | NO CASE NUMBER ASSIGNED | | PO BOX 10000, SUITE 63 | CAYEY | PR | 00737 | C | U | D | UNDETERMINED |
| RIVERA TORRES, ANGEL L. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RIVERA TORRES, MIGUEL | NO CASE NUMBER ASSIGNED | | HC 2 BOX 13979 | ARECIBO | PR | 00612 | C | U | D | UNDETERMINED |
| RODRIGUEZ ANGULO, RAFAEL | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RODRIGUEZ COLON, BRUNILDA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| RODRIGUEZ GUZMAN, DAMARIS | NO CASE NUMBER ASSIGNED | | PO BOX 121 | CIDRA | PR | 00739-0121 | C | U | D | UNDETERMINED |
| RODRIGUEZ MELENDEZ, CARLOS E. | NO CASE NUMBER ASSIGNED | | BDA LA VEGA 3 CALLE LAS FLORES | BARRANQUITAS | PR | 00794 | C | U | D | UNDETERMINED |
| RODRIGUEZ RIVERA, ROSA A. | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| ROSARIO JORGE, MILAGROS | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| ROSARIO RIVERA, CARMEN M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SANABRIA FLORES, CARMEN A. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SANCHEZ RIVERA, JOSE R. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SANTANA AVILES, MINERVA | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| SANTANA DUBERRY, MARIA | NO CASE NUMBER ASSIGNED | | PO BOX 159 | PUERTO REAL | PR | 00740 | C | U | D | UNDETERMINED |
| SANTIAGO NIEVES, ALEXIS | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SANTOS RIVERA, BLANCA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SOLIS ROBLEDO, NITZA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SONERA SANTIAGO, MANUEL R. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |

**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO
AS REPRESENTATIVE OF
THE COMMONWEALTH OF PUERTO RICO, DEBTOR.
PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUPPLEMENTAL SCHEDULE H - LITIGATION RELATED OBLIGATIONS**

| CREDITOR | CASE NUMBER | CREDITOR NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| SORIANO DOMINGUEZ, SONIA M. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| SOSA PENA, LUZ | NO CASE NUMBER ASSIGNED | | 88A CALLE ESTEBAN PADILLA | BAYAMON | PR | 00959 | C | U | D | UNDETERMINED |
| TORRES BERRIOS, JOSE R. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| TORRES CATALA, LILLIA E. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| TORRES FIGUEROA, EVELYN | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| TORRUELLAS COSME, PEDRO J. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| TRINIDAD MORALES, ANA | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| VAZQUEZ ORTEGA, YEMIMA | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| VAZQUEZ RUIZ, ANIBAL | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| VEGA RODRIGUEZ, RAMON | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| VELAZQUEZ MORALES, LUIS A. | NO CASE NUMBER ASSIGNED | | PO BOX 80 | PUNTA SANTIAGO | PR | 00741 | C | U | D | UNDETERMINED |
| VELEZ GARCIA, MARITZA | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |
| VELILLA VALEDON, JUAN E. | NO CASE NUMBER ASSIGNED | COLON BERMUDEZ, RAUL | EDIF DARLINGTON, SUITE 1007, AVE MUNOZ RIVERA 1007 | SAN JUAN | PR | 00925 | C | U | D | UNDETERMINED |
| VILLA TORRES, MIRIAM | NO CASE NUMBER ASSIGNED | BERMUDEZ PEREZ, VICTOR M. | URB VILLA ANDALUCIA CALLE RONDA #A-22 | SAN JUAN | PR | 00926 | C | U | D | UNDETERMINED |

**TOTAL SUPPLEMENTAL SCHEDULE H - LITIGATION RELATED OBLIGATIONS**                                                                                                        **$         25,000.00**