**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**
**AS REPRESENTATIVE OF**
**THE COMMONWEALTH OF PUERTO RICO, DEBTOR.**
**PROMESA TITLE III; CASE NO. 17 BK 3283-LTS**

**SUPPLEMENTAL SCHEDULE J - LABOR UNION OBLIGATIONS**

| CREDITOR | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| UNIÓN DE PILOTOS DE LA AUTORIDAD ENERGIA ELECTRICA | CHARLES VEGA MALDONADO | PO BOX 4557 | | CAROLINA | PR | 00984 | C | U | | UNDETERMINED |

**TOTAL SUPPLEMENTAL SCHEDULE J - LABOR UNION OBLIGATIONS**                                                                                           **UNDERTERMINED**