# **EXHIBIT A**

**Bassett Declaration**

Hearing Date: March 7, 2018 at 9:30 a.m. (AST)
Reply Deadline: March 2, 2018 at 4:00 p.m. (AST)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------------- x

**DECLARATION OF NICHOLAS A. BASSETT IN SUPPORT OF PRELIMINARY OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF PBA FUNDS FOR PAYMENT OF RENT DATED FEBRUARY 13, 2018**

    I, NICHOLAS A. BASSETT, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am Of Counsel with the law firm Paul Hastings LLP, co-counsel to the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA), in the title III proceedings of the Commonwealth of Puerto Rico and its instrumentalities in the above-captioned matters.

    2.    I submit this declaration in support of the *Preliminary Objection of Official Committee of Unsecured Creditors to Motion of PBA Funds for Payment of Rent Dated February 13, 2018* (the "Motion"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

1

3. Attached to this declaration as Exhibit 1 is a true and correct copy of the Lease Contract, dated as of October 1, 1992, between the PBA, as lessor, and the Municipal Revenue Collection Center, as lessee (the "CRIM Lease").

4. Attached to this declaration as Exhibit 2 is a true and correct copy of the Lease Contract, dated as of August 1, 2009, between the PBA, as lessor, and the South Central Area of Investment in Labor Force, as lessee (the "ASIFAL Lease").

5. Attached to this declaration as Exhibit 3 is a true and correct copy of the Master Sublease Contract, dated as of August 24, 2011, between the PBA, as sublessor, and the Commonwealth Department of Education, as sublessee (the "DOE Series R Lease").

6. Attached to this declaration as Exhibit 4 is a true and correct copy, together with a certified partial translation, of the Master Sublease Contract, dated as of December 22, 2011, between the PBA, as sublessor, and the Commonwealth Department of Education, as sublessee (the "DOE Series T Lease").

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: February 23, 2018　　　　/s/ Nicholas A. Bassett
　　　　San Juan, Puerto Rico

　　　　　　　　　　　　　　　　PAUL HASTINGS LLP
　　　　　　　　　　　　　　　　Nicholas A. Bassett, Esq. (*Pro Hac Vice*)

　　　　　　　　　　　　　　　　875 15th St., N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　Telephone: (202) 551-1700
　　　　　　　　　　　　　　　　nicholasbassett@paulhastings.com

2