**Hearing Date:** April 25, 2018, 9:30 a.m. (Atlantic Standard Time)
**Objection Deadline:** April 10, 2018, 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

-------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that a hearing on the annexed Motion of the American Federation of State, County and Municipal Employees International Union, AFL-CIO, American Federation of Teachers, AFL-CIO, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW), and Service Employees International Union, on behalf of themselves, their local affiliates in Puerto Rico and their members (collectively, the "Unions") captioned *Joint Motion by the American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME), American Federation of Teachers, AFL-CIO (AFT), International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW), and Service Employees International Union (SEIU) for an Order Authorizing Discovery Under Bankruptcy Rule 2004* (the "Motion"), will be

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

held in the above-captioned proceedings before the Honorable Laura Taylor Swain, United States District Court Judge, at the United States District Court for the District of Puerto Rico (the "District Court"), in Room 3, 150 Carlos Chardón Street, Federal Building, Office 150, San Juan, Puerto Rico 00918-1767 on April 25, 2018 at 9:30 a.m. (Atlantic Standard Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the District Court (a) by attorneys practicing in the District Court, including attorneys admitted pro hac vice, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico, and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the Third Amended Notice, Case Management and Administrative Procedures [ECF No. 1512], so as to be so filed and received no later than April 10, 2018 at 4:00 p.m. (Atlantic Standard Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the District Court may enter an order granting the relief sought without a Hearing.

Dated: February 27, 2018             **SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Sharon L. Levine*
      Sharon L. Levine *(pro hac vice)*
      Dipesh Patel *(pro hac vice)*
      1037 Raymond Blvd.
      Suite 1520
      Newark, NJ 07102
      (973) 286-6713 (Telephone)
      (973) 286-6821 (Facsimile)

2

-and-

*/s/ Judith E. Rivlin*
**AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES**
Judith E. Rivlin (*pro hac vice*)
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)

-and-

*/s/ Manuel A. Rodriguez Banchs*
Manuel A. Rodriguez Banchs
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)

*Attorneys for the American Federation of State,
County and Municipal Employees*

**STROOCK & STROOCK & LAVAN LLP**

By: */s/Curtis C. Mechling*
Curtis C. Mechling *(pro hac vice)*
Sherry Millman *(pro hac vice)*
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (Telephone)

-and-

José Luis Barrios-Ramos, Esq.
McLeary Ave., Suite #303
San Juan, Puerto Rico 00936-8006
(787) 593-6641

*Co-counsel to the American Federation of
Teachers, AFL-CIO*

3

**COHEN, WEISS AND SIMON LLP**

By: */s/ Richard M. Seltzer*
Richard M. Seltzer *(pro hac vice)*
Peter D. DeChiara *(pro hac vice)*
Hiram M. Arnaud *(pro hac vice)*
900 Third Avenue
New York, New York 10022-4869
(212) 563-4100 (Telephone)

*Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union*

24318020.16 02/26/2018