# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ------------------------------------------------- x | | |
| In re: | ) ) ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) ) | Title III |
| as representative of | ) ) | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) ) ) | (Jointly Administered) |
| Debtors.[1] | ) ) ) | |
| ------------------------------------------------- x | | |
| In re: | ) ) ) | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) ) | PROMESA Title III |
| as representative of | ) ) ) | No. 17 BK 03566-LTS |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO | ) ) ) ) ) | |
| Debtor. | ) ) | |
| ------------------------------------------------- x | | |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**AND NOW**, this ____ day of _____, 2018, upon consideration of the *Motion for Leave to Withdraw as Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico* (the "Motion to Withdraw"), it is **HEREBY ORDERED** as follows:

1. The Motion to Withdraw is GRANTED;

2. Effective immediately, it is hereby ORDERED that DLA Piper LLP (US) and DLA (Puerto Rico) LLC shall be deemed to have withdrawn as counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and shall be removed from the Electronic Case Filing notification list in the above-referenced Title III cases.

**SO ORDERED.**

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE