# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------x
                                                )
In re:                                          )    PROMESA
                                                )    Title III
THE FINANCIAL OVERSIGHT AND                     )
MANAGEMENT BOARD FOR PUERTO RICO,               )
                                                )
    as representative of                        )    No. 17 BK 3283-LTS
                                                )
THE COMMONWEALTH OF PUERTO RICO, et al.,        )    (Jointly Administered)
                                                )
                     Debtors.¹                  )
                                                )
------------------------------------------------x
                                                )
In re:                                          )
                                                )    PROMESA
THE FINANCIAL OVERSIGHT AND                     )    Title III
MANAGEMENT BOARD FOR PUERTO RICO,               )
                                                )    No. 17 BK 03566-LTS
    as representative of                        )
                                                )
THE EMPLOYEES RETIREMENT SYSTEM OF              )
THE GOVERNMENT OF THE                           )
COMMONWEALTH OF PUERTO RICO                     )
                                                )
                     Debtor.                    )
------------------------------------------------x
```

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I caused the *Motion for Leave to Withdraw as Counsel to the Employees Retirement System of the Government of the Commonwealth of Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

EAST\151773655.1

*Rico* [Dkt. No. 2599] to be filed with the Clerk of the Court using the CM/ECF system, thereby effecting service on all parties registered to receive CM/ECF notifications in this matter, and that I have further caused this Motion to be served via U.S. Mail on the United States Trustee.

    *s/ José A. Sosa-Lloréns*
    José A. Sosa-Lloréns
    USDC-PR No. 208602
    DLA Piper (Puerto Rico) LLC
    Edificio Ochoa, Suite 401
    500 Calle de la Tanca
    San Juan, Puerto Rico 00901-1969
    Telephone No. (787) 945-9116
    Fax No. (787) 945-5182
    jose.sosa@dlapiper.com