**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

------------------------------------------------------------------ x
                                                                   :
*In re*                                                            :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :
MANAGEMENT BOARD FOR PUERTO RICO,                                  :   PROMESA
            as representative of                                   :   Title III
                                                                   :   Case No. 17-BK-3283 (LTS)
THE COMMONWEALTH OF PUERTO RICO *et al.,*                          :   (Jointly Administered)
                                                                   :
            Debtors.[1]                                            .
------------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

WE HEREBY certify that on February 27, 2018, the undersigned's office, on behalf of the

QTCB Noteholder Group,[2] served a true and correct, stamped copy of  the *Reservation of Rights*

*of the QTBC Noteholder Group to Motion for Entry of Third Order Extending Time to Assume or*

*Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section*

*365(d)(4)* (Docket # 2602) on the following parties:

A) The Chambers of the Honorable Laura Taylor Swain, by email and U.S. mail at the
   following address: United States District Court for the Southern District of New York,
   Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New
   York, New York 10007-1312;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto  Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico  Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of  Federal Tax
ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case  No. 17 BK 3567-
LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of  the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last
Four Digits of Federal Tax ID: 3747).  (Title III case numbers listed as Bankruptcy Case numbers due to software
limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for
Notice [ECF No. 134] and Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019
[ECF No. 1053].

B) Office of the United States Trustee for Region 21, by U.S. mail at the following address: Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922;

C) All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including, but not limited to, the Standard Parties as defined in the Third Amended Case Management Procedures (Docket # 1512-1; Case No. 17-03283), for whom service is allowed in this manner; and

D) All parties listed in the Master Service List as of February 19, 2018 (Docket # 2549, case Number 17-03283) for which an E-Mail address has not been provided, by U.S. Mail. All other parties in the aforesaid Master Service List were served by E-Mail, for those for whom an E-Mail address was provided.

**RESPECTFULLY SUBMITTED.**

WE HEREBY CERTIFY that on February 28, 2018, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all counsel of record.

In San Juan, Puerto Rico, this 28th day of February, 2018.

**CORREA ACEVEDO & ABESADA LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379

 */s/  Roberto Abesada- Agüet*
Roberto Abesada-Agüet
USDC-PR No. 216706
E-Mail: ra@calopsc.com

 */s/ Sergio E. Criado*
Sergio E. Criado
USDC-PR No. 226307
E-Mail: scriado@calopsc.com