**COMMONWEALTH OF PUERTO RICO**
**PUBLIC SERVICE APPEALS COMMISSION**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **LUISA MURRAY SOTO**<br><br>**Appellant**<br><br>vs.<br><br>**OFFICE OF MANAGEMENT AND BUDGET**<br>**Appellee** | **CASE NO. 2016-04-1109**<br><br>**COMPENSATION - THREE YEAR RAISE**<br><br>Subject |

## ORDER

**TO THE APPELLANT:**

Associate Commissioner Carmen T. Lugo Somolinos had the captioned appeal before her consideration and determined:

To the *Reply to Motion Opposing Dismissal in Compliance with Order and Request for Summary Resolution* filed on September 12, 2016 by the Appellant: **NOTED.**

**TO THE APPELLEE:**

To the *Motion to Dismiss* filed on July 16, 2016 by the Appellee: **DENIED.**

**NOTIFY AND FILE.**

In San Juan, Puerto Rico, on September 16, 2016.

*[signed]*
**CARMEN T. LUGO SOMOLINOS**
Associate Commissioner

**I CERTIFY** that on this day of September *[hw: 19]*, 2016, I filed the original of this **Order** in the appeal docket and that I sent a true and exact copy of same to the Parties, to their addresses on record.

*[signed]*
**REYNALDO GONZÁLEZ RODRÍGUEZ**
Clerk

[round stamp of the PUBLIC SERVICE APPEALS COMMISSION]

**COUNSEL FOR THE APPELLEE:**
ATTY. LUIS VILLANUEVA NIEVES
**DEPARTMENT OF JUSTICE**
PO BOX 9020192

**APPELLANT:**
LUISA MURRAY SOTO
3 CARR 784 APT 3201
CAGUAS, PR 00727-6214

CTSL/mpa

**CERTIFICATE OF TRANSLATION**
**SPANISH TO ENGLISH**

DOCUMENT: Exhibit VII Order by Examiner Case No. 2016-04-1109 to Movant and Partial Resolution to Debtor

The undersigned, Margot A. Acevedo Chabert, USCCI, hereby certifies that she has been actively engaged as a professional translator (English <> Spanish) certified by the Administrative Office of the United States Courts since 2006 (Certificate No. 06-001), that she has an MA in Translation from the University of Puerto Rico, and that to the best of her knowledge and understanding, the attached document is a true and correct translation of the original text provided for translation.

In Milwaukee, WI, on February 9, 2018

**Margot A. Acevedo Chabert, USCCI**