# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION PRO HAC VICE

**TO THE HONORABLE COURT:**

**COMES NOW**, Carl N Wedoff (hereinafter the "Applicant"), and states and requests as follows:

1. Applicant is an attorney and member of the law firm of Jenner & Block LLP, with an office at 919 Third Avenue, New York, New York 10022.

2. Applicant makes the instant request to appear pro hac vice on behalf of the Official Committee of Retire Employees of the Commonwealth of Puerto Rico.

3. The Applicant will sign all pleadings with the name Carl N. Wedoff.

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

4. Applicant's contact information is as follows:

**Name**: Carl N. Wedoff

**Email**: cwedoff@jenner.com

**Telephone**: (212) 891-1653

**Fax**: (212) 891-1699

5. Since 2010 Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where his attorney registration number is 4819728.

6. Applicant has been admitted to practice before the following courts:

| Courts | Date of Admission |
| --- | --- |
| U.S. District Court for the Southern District of New York | 2011 |
| U.S. District Court for the Eastern District of New York | 2011 |
| U.S. Court of Appeals for the Second Circuit | 2012 |
| U.S. Court of Appeals for the Eleventh Circuit | 2016 |

7. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court of jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

10. During the past three years, applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

11. Local counsel of record associated with the applicant in this matter is:

BENNAZAR, GARCÍA & MILIÁN, C.S.P.
Edificio Union Plaza, 1701

Avenida Ponce de León #416
Hato Rey, San Juan
Puerto Rico 00918

12. Applicant has read the local rules of this court and will comply with the same.

13. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admissions fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: February 20, 2018

Carl N. Wedoff

_____
Signature of Applicant

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

Carl N. Wedoff

_____
Signature of Applicant

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 20th day of February 2018

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case..

BENNAZAR, GARCÍA & MILIÁN, C.S.P.
Counsel to Official Committee of Retirees

/s/ A.J. Bennazar-Zequeira
A.J. Bennazar-Zequeira
Edificio Union Plaza, 1701
Avenida Ponce de Leon #416
Hato Rey, San Juan
Puerto Rico 00918
ajb@bennazar.org
787-754-9191 (telephone)
787-764-3101 (facsimile)

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this ___ day of _____, 2018.

HON. LAURA TAYLOR SWAIN
U.S. DISTRICT JUDGE

```
Court Name: District Court
Division: 1
Receipt Number: PRX100054196
Cashier ID: arodrigu
Transaction Date: 02/26/2018
Payer Name: JENNER AND BLOCK LLP

PRO HAC VICE
 For: JENNER AND BLOCK LLP
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:         $300.00

PAPER CHECK CONVERSION
 Remitter: JENNER & BLOCK LLP
 Check/Money Order Num: 4994
 Amt Tendered:  $300.00

Total Due:      $300.00
Total Tendered: $300.00
Change Amt:       $0.00

17-3283 PRO HAC VICE OF CARL N.
WEDOFF

THRU: BENNAZAR GARCIA & MILLAN, CSP
```