# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

    * The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## NOTICE OF COUNSEL'S CHANGE OF LAW FIRM AND ADDRESS

TO THE HONORABLE COURT:

Notice is hereby given that Daniel A. Fliman, counsel to Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. (collectively, the "Whitebox Funds"), who has been authorized to appear *pro hac vice* on their behalf, ceased his association with Kasowitz Benson Torres LLP and will continue representing the Whitebox Funds through Stroock & Stroock & Lavan LLP. Daniel A. Fliman's new notification information is the following:

> Daniel A. Fliman
> Postal address: 180 Maiden Lane, New York, NY 10038
> E-mail address: dfliman@stroock.com
> Telephone: 212-806-5400
> Fax: 212-806-6006

**WHEREFORE** the Whitebox Funds respectfully request the Court to take notice of Daniel A. Fliman's change of law firms and address, substitute his prior notification information with the information contained herein and continue notifying him with copies of all filings and notices.

**RESPECTFULLY SUBMITTED**.

In Guaynabo, Puerto Rico, this 1st day of March, 2018.

We hereby certify that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice electronically to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's October 24, 2017 Third Amended Case Management Order. (*See* [Docket No. 1521-1] § 2.A.)

**ARROYO & RIOS LAW OFFICES, P.S.C.**
*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., and Whitebox Term Credit Fund I L.P.*

PMB 688
1353 Ave. Luis Vigoreaux
Guaynabo, P.R. 00966
Tel.: (787) 522-8080
Fax: (787) 523-5696
E-mail: mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com

*s/ Moraima S. Ríos Robles*
Moraima S. Ríos Robles
USDC-PR No. 224912

*s/ Jessica A. Figueroa-Arce*
Jessica A. Figueroa Arce
USDC-PR No. 225206

**STROOCK & STROOCK & LAVAN LLP**
*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., and Whitebox Term Credit Fund I L.P.*

180 Maiden Lane
New York, NY 10038-4982
Tel.: (212) 806-5400
Fax: (212) 806-6006

Daniel A. Fliman (*pro hac vice*)
E-mail: dfliman@stroock.com