**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.* | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3284-LTS<br><br>Related to Debtor COFINA Only |

---

\* The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## NOTICE OF WITHDRAWAL

TO THE HONORABLE COURT:

1. Kenneth R. David, who has appeared in this case on behalf of Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P. (collectively, the "Whitebox Funds"), and Kasowitz Benson Torres LLP ("Kasowitz") respectfully notify the Court that he and Kasowitz are withdrawing as counsel of record for the Whitebox Funds.

2. Daniel A. Fliman, who filed a Notice of Counsel's Change of Law Firm and Address (Dkt. No. 2613), and is now practicing at Stroock & Stroock & Lavan LLP, will continue to serve as counsel of record for the Whitebox Funds and Moraima S. Ríos-Robles will continue to serve as local counsel for the Whitebox Funds.

3. Kenneth R. David respectfully requests that the Honorable Court cease to notify him and Kasowitz of motions, pleadings, papers, and orders in this matter.

WHEREFORE Kenneth R. David respectfully notifies the Honorable Court of his and Kasowitz's withdrawal as counsel for the Whitebox Funds and requests the Court to cease notifying him of motions, pleadings, papers, and orders in this matter.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of March, 2018.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as

practical after the filing of the foregoing, consistent with the Court's *Third Amended Notice, Case Management and Administrative Procedures*. (*See* [Docket No. 1512-1] § 2.A.)

| | |
|---|---|
| **ARROYO & RIOS LAW OFFICES, P.S.C.**<br>PMB 688<br>1353 Ave. Luis Vigoreaux<br>Guaynabo, P.R. 00966<br>Tel.: (787) 522-8080<br>Fax: (787) 523-5696<br><br>*s/ Moraima S. Ríos Robles*<br>Moraima S. Ríos Robles<br>USDC-PR No. 224912<br>E-mail: mrios@arroyorioslaw.com<br>*s/ Jessica A. Figueroa-Arce*<br>Jessica A. Figueroa Arce<br>USDC-PR No. 225206<br>E-mail: jfigueroa@arroyorioslaw.com<br><br>*Attorneys for Whitebox Asymmetric Partners, L.P., Whitebox Institutional Partners, L.P., Whitebox Multi-Strategy Partners, L.P., Pandora Select Partners, L.P., and Whitebox Term Credit Fund I L.P.* | **KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, NY 10019<br>Tel.: 212-506-1700<br>Fax: 212-506-1800<br><br>Kenneth R. David (*pro hac vice*)<br>E-mail: kdavid@kasowitz.com |