**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

              Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**INFORMATIVE MOTION OF INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) AND SERVICE EMPLOYEES INTERNATIONAL UNION IN RESPONSE TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF MARCH 7-8 2018, OMNIBUS HEARING [DKT. ENTRY NO. 2591]**

        The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union, (together, the "Unions") submit this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation, and Observation of March 7-8, 2018, Omnibus Hearing* [Docket Entry No. 2591] and respectfully state as follows:

        1.    Peter D. DeChiara, counsel for the Unions, will speak and present argument on behalf of the Unions at the March 7-8, 2018, hearing in connection with the following:

        (a)    Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO, and American Federation of Teachers, AFL-CIO, For an Order to Permit the Processing Through

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

00934376.1

Resolution of Employment Arbitration and Grievance Proceedings [Docket Entry No. 2245];

(b) Joinder of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America to Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO, and American Federation of Teachers, AFL-CIO, For an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings [Docket Entry No. 2249].

2. Mr. DeChiara will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. Mr. Miguel Simonet Sierra will also attend the March 7-8, hearing, but does not seek to be heard.

4. The Unions also appear to respond to any statements made by any party in connection with either the above-captioned Title III cases and any adversary proceedings currently pending in the above-captioned Title III cases.

**WHEREFORE,** the Unions respectfully request that the Court take notice of the foregoing.

Dated: March 1, 2018

Respectfully submitted,

/s/ *Peter D. DeChiara*

Richard M. Seltzer
Peter D. DeChiara
Hiram M. Arnaud
COHEN, WEISS AND SIMON LLP
900 Third Avenue
New York, New York 10022-4869
Tel.: (212) 563-4100
Fax: (646) 473-8216
rseltzer@cwsny.com
pdechiara@cwsny.com
harnaud@cwsny.com

/s/ *Miguel Simonet Sierra*

Miguel Simonet Sierra
USDC # 210101
MONSERRATE SIMONET & GIERBOLINI
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
msimonet@msglawpr.com

Attorneys for International Union, United
Automobile, Aerospace and Agricultural Implement
Workers of America (UAW) and Service
Employees International Union

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: March 1, 2018 /s/ *Peter D. DeChiara*
PETER D. DECHIARA