**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

**PEAJE INVESTMENTS LLC'S INFORMATIVE MOTION AND NOTICE OF
REQUEST TO BE HEARD AT THE MARCH 7-8, 2018 OMNIBUS HEARING**

The undersigned, counsel to Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc. Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title III cases, hereby submits this Informative Motion in response to the Court's February 26 Order (*see* Case No. 17 BK 3283-LTS, [Dkt. No. 2591]) (the "Order") concerning attendance at the March 7-8 Omnibus Hearing (the "Hearing").

Pursuant to the Order, the undersigned counsel hereby informs the Court that Dora L. Monserrate Peñagarícano and Richard J. Schell of the firm Monserrate Simonet & Gierbolini, LLC will attend the Hearing in the San Juan courtroom and reserve the right to present argument with respect to any agenda item and respond as necessary to any statements made by any party

24383267.BUSINESS

which implicate Peaje's interests. In addition, Allan S. Brilliant and/or G. Eric Brunstad, Jr. and/or Robert J. Jossen of Dechert LLP reserve the right to attend the Hearing in the New York courtroom and present argument with respect to any agenda item and respond as necessary to any statements made by any party which implicate Peaje's interests.

**RESPECTFULLY SUBMITTED**, this 1st day of March, 2018.

| | |
|---|---|
| **MONSERRATE SIMONET & GIERBOLINI, LLC** | **DECHERT LLP** |
| |   /s/ Allan S. Brilliant              _ |
| Dora L. Monserrate Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Robert J. Jossen (*pro hac vice*) |
| 101 San Patricio Avenue | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Maramar Plaza, Suite 1120 | Andrew C. Harmeyer (*pro hac vice*) |
| Guaynabo, Puerto Rico 00968 | 1095 Avenue of the Americas |
| Phone: (787) 620-5300 | New York, New York 10036 |
| Fax: (787) 620-5305 | |
| | -and- |
| | Michael S. Doluisio (*pro hac vice*) |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |

*Attorneys for Peaje Investments LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification to all counsel of record of such filing.

Dated: March 1, 2018

                                                   */s/ Brett Stone*
                                                 By: Brett Stone
                                               Title: Paralegal, Dechert LLP