**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**INFORMATIVE MOTION
OF FINANCIAL GUARANTY INSURANCE COMPANY
FOR APPEARANCE AT MARCH 7-8, 2018, OMNIBUS HEARING**

To the Honorable United States Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("**FGIC**"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at March 7-8, 2018, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and María E. Picó intend to appear on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2. Further, Martin A. Sosland and María E. Picó also reserve the right to present argument or respond to any agenda item, matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order Regarding Procedures for Attendance, Participation and Observation of March 7-8, 2018, Omnibus Hearing* [Dkt. # 2591] (the "***Order***").

40959656.v1

Dated: March 1, 2018.

        Respectfully submitted,

        REXACH & PICÓ, CSP

        By: /s/ *María E. Picó*
           María E. Picó, USDC-PR 123214
           802 Ave. Fernández Juncos
           San Juan PR 00907-4315
           Telephone: (787) 723-8520
           Facsimile: (787) 724-7844
           E-mail: mpico@rexachpico.com

        BUTLER SNOW LLP

        By: /s/ *Martin A. Sosland*
           Martin A. Sosland (*pro hac vice*)
           5430 LBJ Freeway, Suite 1200
           Dallas, TX 75240
           Telephone: (469) 680-5502
           Facsimile: (469) 680-5501
           E-mail: martin.sosland@butlersnow.com

           Stanford G. Ladner (*pro hac vice*)
           1700 Broadway, 41st Floor
           New York, NY 10019
           Telephone: (646) 606-3996
           Facsimile: (646) 606-3995
           E-mail: stan.ladner@butlersnow.com

           Christopher R. Maddux (*pro hac vice*)
           J. Mitchell Carrington (*pro hac vice*)
           1020 Highland Colony Parkway, Suite 1400
           Ridgeland, MS 39157
           Telephone: (601) 985-2200
           Facsimile: (601) 985-4500
           E-mail: chris.maddux@butlersnow.com
            mitch.carrington@butlersnow.com

>Jason W. Callen (*pro hac vice*)
>150 3rd Avenue, South, Suite 1600
>Nashville, TN 37201
>Telephone: (615) 651-6774
>Facsimile: (615) 651-6701
>E-mail: jason.callen@butlersnow.com
>
>*Attorneys for Financial Guaranty Insurance Company*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: March 1, 2018.

>Respectfully submitted,
>
>By: */s/ Martin A. Sosland*
>     Martin A. Sosland
>
>*Attorney for Financial Guaranty Insurance Company*

3

40959656.v1