**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et
al*.,[1]

                Debtors.

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

**THE QTCB NOTEHOLDER GROUP'S INFORMATIVE MOTION
REGARDING ATTENDANCE AND REQUESTING TO
BE HEARD AT THE MARCH 7-8, 2018 OMNIBUS HEARING**

The QTCB Noteholder Group,[2] hereby submits this informative motion pursuant to the

Court's *Order Regarding Location and Procedures for Attendance, Participation and

Observation of March 7-8, 2018 Omnibus Hearing* (17-BK-3283, ECF No. 2591), and

respectfully states as follows:

    1.     Kurt A. Mayr of Bracewell LLP will appear in person on behalf of the QTCB

Noteholder Group at the March 7-8, 2018, omnibus hearing in Courtroom 3 of the United States

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last
four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of
Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No.
17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four
Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17
BK 4780-LTS) (Last  Four Digits of Federal Tax ID: 3747).  (Title III case numbers listed as Bankruptcy Case
numbers due to software limitations).

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and
Request for Notice [ECF No. 134] and Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy
Rule 2019 [ECF No. 1053].

District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and intends to address, as necessary, the following matters:

(a)  *Motion for Entry of Third Order Extending Time to Assume or Reject Leases of Nonresidential Real Property Under Which the Puerto Rico Public Building Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4)* (ECF No. 2494);

(b)  *Motion of the PBA Funds for Payment of Rent* (ECF No. 2501); and

(c)  Any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

2.  In addition, Mr. Sergio E. Criado of Correa Acevedo & Abesada Law Offices, PSC will also be attending, on behalf of the QTCB Noteholder Group, the March omnibus hearing at the United States District Court for the District of Puerto Rico.

WHEREFORE, the QTCB Noteholder Group respectfully requests that the Court take notice of the foregoing.

*[Remainder of page intentionally left blank.]*

**RESPECTFULLY SUBMITTED,**

Dated:  March 1, 2018
San Juan, Puerto Rico

**BRACEWELL LLP**

*/s/ Kurt A. Mayr*
Kurt A. Mayr (*pro hac vice*)
David L. Lawton (*pro hac vice*)
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: (860) 256-8534
Email: kurt.mayr@bracewell.com

*Counsel for the QTCB Noteholder Group*

**CORREA ACEVEDO & ABESADA
LAW OFFICES, P.S.C.**
Centro Internacional de Mercadeo, Torre II
# 90 Carr. 165, Suite 407
Guaynabo, P.R.  00968
Tel. (787) 273-8300; Fax (787) 273-8379

*/s/ Roberto Abesada-Agüet*
USDC-PR No. 216706
E-Mail: ra@calopsc.com

/s/ *Sergio E. Criado*
USDC-PR No. 226307

E-Mail: scriado@calopsc.com

*Co-Counsel for the QTCB Noteholder
Group*

**I HEREBY CERTIFY** that on March 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record.

*/s/ Kurt A. Mayr*

Kurt A. Mayr (*pro hac vice*)
Bracewell LLP
City Place I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Tel: (860) 254-8534
Email: kurt.mayr@bracewell.com

*/s/ Roberto Abesada-A*güet

Roberto Abesada-Agüet
USDC-PR No. 216706

/s/ *Sergio E. Criado*
USDC-PR No. 226307

Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
ra@calopsc.com
(787) 273- 8300
