# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO, | PROMESA Title III |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors. | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

COMES NOW Rachel B. Goldman, applicant herein and pursuant to L. Civ. R. 83.1(f) of the United States District Court of the District of Puerto Rico, states as follows:

1. Applicant is an attorney and member of the law firm of Bracewell, LLP with offices at

    Address:    1251 Avenue of the Americas
                           New York, NY 10020

    Email:       rachel.goldman@bracewell.com

    Telephone:  (212) 508-6135

    Facsimile:   (800) 404-3970

2. Applicant will sign all pleadings with the name Rachel B. Goldman.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers listed as Bankruptcy Case numbers due to software limitations).

#5650495

3. Applicant has been retained as a member of the above-named firm to appear by Canyon Capital Advisors LLC on behalf of the QTCB Noteholder Group[2] to provide legal representation in connection with Case No. 17-BK-3283-LTS now pending before the United States District Court for the District of Puerto Rico.

4. Since 1998, applicant has been and presently is a member in good standing of the bar of the State of New York. Applicant's New York bar number is 2896272.

5. Applicant has been admitted to practice before the following courts:

U.S. Supreme Court since 2007
U.S. Court of Appeals for the Second Circuit since 2001
U.S. Court of Appeals for the Seventh Circuit since 2012
U.S. Court of Appeals for the Eighth Circuit since 2012
U.S. Court of Appeals for the Ninth Circuit since 2013
U.S. District Court for the Eastern District of New York since 1998
U.S. District Court for the Northern District of New York since 2010
U.S. District Court for the Southern District of New York since 1998
U.S. District Court for the Eastern District of Arkansas since 2011
U.S. District Court for the Western District of Arkansas since 2011
U.S. District Court for the Eastern District of Texas since 2013
U.S. Bankruptcy Court for the Southern District of New York since 2014
U.S. Bankruptcy Court for the Eastern District of Arkansas since 2011
U.S. Bankruptcy Court for the Western District of Arkansas since 2011
U.S. Bankruptcy Court for the District of Delaware since 2014
New York Bar since 1998

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct,

---

[2] The QTCB Noteholder Group shall have the same meaning as set forth in Notice of Appearance and Request for Notice [Dkt. No. 134] and Verified Statement of the QTCB Noteholder Group Pursuant to Bankruptcy Rule 2019 [Dkt. No. 1053].

#5650495

disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Name: Sergio E. Criado
Correa-Acevedo & Abesada Law Offices, P.S.C.

USDC-PR Bar No. 226307

Address: Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064

E-mail: scriado@calopsc.com

Telephone: (787) 273- 8300

Facsimile: (787) 273- 8371

10. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission of $300.00 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: March 1, 2018

*/s/ Rachel B. Goldman*
Rachel B. Goldman
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
Tele: (212) 508-6104
Email: rachel.goldman@bracewell.com

-3-

#5650495

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f) that I consent to the designation of local counsel of record for all purposes.

Dated: March 1, 2018

Sergio E. Criado

/s/ *Sergio E. Criado*

#5650495

**I HEREBY CERTIFY** that on March 1, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send automatic notifications of such filing to all attorneys of record and the original upon the Clerk of the Court accompanied by a $300 *pro hac vice* admission fee.

*/s/ Rachel B. Goldman*
Rachel B. Goldman
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
Tele: (212) 508-6135
Email: rachel.goldman@bracewell.com

*/s/ Sergio E. Criado*
Sergio E. Criado
Centro Internacional de Mercadeo II
#90 Carr. 165 Suite 407
Guaynabo, Puerto Rico 00968-8064
scriado@calopsc.com
(787) 273- 8300

-5-

#5650495

**ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ The application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ The application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2018

_____
U.S. DISTRICT JUDGE

#5650495