## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------- x
In re                                                          :
                                                              :
THE FINANCIAL OVERSIGHT AND                                    :
MANAGEMENT BOARD FOR PUERTO RICO,                              :   PROMESA
                                                              :   Title III
           as representative of                               :   Case No. 17-BK-3283 (LTS)
                                                              :   (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO et al.,                        :
                                                              :
                                                              :
           Debtors.¹                                          :
-------------------------------------------------------------- x
```

### INFORMATIVE MOTION OF BETTINA M. WHYTE, IN HER CAPACITY AS AGENT FOR THE PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA), REGARDING APPEARANCE AT THE MARCH 7, 2018 HEARING

Pursuant to the Court's *Order Regarding Procedures for Attendance, Participation and Observation of March 7-8, 2018, Omnibus Hearing* [Docket No. 2591], Bettina M. Whyte, in her capacity as the Court-appointed representative ("COFINA Agent") for COFINA in the Commonwealth-COFINA Dispute, respectfully notifies the Court of her intent to attend the omnibus hearing on March 7, 2018.  Joseph G. Minias of Willkie Farr & Gallagher LLP ("WF&G") will appear at the United States District Court for the Southern District of New York and will be available to the extent the Court has any questions regarding the first interim fee application filed by WF&G.  In compliance with Local Civil Rule for the U.S. District Court for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

the District of Puerto Rico 83-A(f), local counsel for the COFINA Agent, Nilda M. Navarro-Cabrer, will attend the hearing at the United States District Court for the District of Puerto Rico.

Dated:  March 1, 2018
    New York, New York

Respectfully submitted,                    Respectfully submitted,

By:  /s/ Nilda M. Navarro-Cabrer           By:  /s/ Joseph G. Minias
    Nilda M. Navarro-Cabrer                    Matthew A. Feldman (*pro hac vice*)
    (USDC – PR No. 201212)                     Joseph G. Minias (*pro hac vice*)
    **NAVARRO-CABRER LAW**                     Antonio Yanez, Jr. (*pro hac vice*)
    **OFFICES**                                Martin L. Seidel (*pro hac vice*)
    El Centro I, Suite 206                     James C. Dugan (*pro hac vice*)
    500 Muñoz Rivera Avenue                    Paul V. Shalhoub (*pro hac vice*)
    San Juan, Puerto Rico 00918                **WILLKIE FARR & GALLAGHER LLP**
    Telephone:  (787) 764-9595                 787 Seventh Avenue
    Facsimile:  (787) 765-7575                 New York, New York 10019
    Email:  navarro@navarrolawpr.com           Telephone:  (212) 728-8000
                                               Facsimile:  (212) 728-8111
    *Local Counsel to the COFINA Agent*        Email:  mfeldman@willkie.com
                                                       jminias@willkie.com
                                                       ayanez@willkie.com
                                                       mseidel@willkie.com
                                                       jdugan@willkie.com
                                                       pshalhoub@willkie.com

                                               *Counsel to the COFINA Agent*

    Kenneth N. Klee (*pro hac vice*)
    Daniel J. Bussel (*pro hac vice*)
    Jonathan M. Weiss (*pro hac vice*)
    **KLEE, TUCHIN, BOGDANOFF &**
    **STERN LLP**
    1999 Avenue of the Stars, 39th Floor
    Los Angeles, California 90067
    Telephone:  (310) 407-4000
    Facsimile:  (310) 407-9090
    Email:  kklee@ktbslaw.com
    dbussel@ktbslaw.com
    jweiss@ktbslaw.com

    *Special Municipal Bankruptcy*
    *Counsel to the COFINA Agent*