# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS) |

## CERTIFICATE OF SERVICE
[Dkt. # 2619]

I HEREBY certify that, on March 1, 2018, on behalf of Financial Guaranty Insurance Company ("**FGIC**"), I served copies of the *Informative Motion of Financial Guaranty Insurance Company for Appearance at March 7-8, 2018 Omnibus Hearing at 9:30 A.M. (A.S.T.)* [Dkt. # 2619] (the "***Motion***")[2] on the following parties:

- The Chambers of the Honorable Laura Taylor Swain, by e-mail addressed to: swaindprcorresp@nysd.uscourts.gov.

- Office of the United States Trustee for Region 21, by U.S. mail at the following address:  Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR  00901-1922.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in the Motion.

40964815.v1

- All interested parties in the above-captioned case that have appeared through the Court's CM/ECF system, through said system, including but not limited to the Standard Parties, as defined in the *Third Amended Case Management Procedures* [Dkt. # 1512-1, Case No. 17-03283], for whom service is allowed in this matter.

- All parties listed in the *Master Service List as of February 19, 2018* [Dkt. # 2549, Case No. 17-03283], for which an e-mail address has not been provided, by U.S. mail.

RESPECTFULLY SUBMITTED,

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

Dated: March 1, 2018.

BUTLER SNOW LLP

By: *Martin A. Sosland*
Martin A. Sosland (*pro hac vice*)
5430 LBJ Freeway, Suite 1200
Dallas, TX 75240
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

*Attorney for Financial Guaranty Insurance Company*