*Hearing Date*: March 7, 2018 at 9:30 (EST)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | PROMESA |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | Title III |
| **As representative of** | Case No. 17-CV-01578-LTS |
| **THE COMMONWEALTH OF PUERTO RICO,** *et al*. | Case No. 17-03283 |
| Debtors[1]. | **(Joint Administration Requested)** |

## UNITED STATES TRUSTEE'S NOTICE
## OF REQUEST TO BE HEARD AT MARCH 7, 2018 HEARING

Daniel M. McDermott, the United States Trustee for Region 21, through undersigned counsel, hereby states and prays as follows:

Daniel M. McDermott, the United States Trustee for Region 21, requests to be heard at the status conference in these cases to be held by the Court on March 7, 2018. The United States

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). Case Nos. 17 BK 3283-LTS and 17 BK 3284-LTS are jointly administered by order of the court.

*Hearing Date*: March 7, 2018 at 9:30 (EST)

Trustee will be represented at the hearing by Monsita Lecároz-Arribas, Assistant United States Trustee for the District of Puerto Rico. Ms. Lecároz will address the United States Trustee's review of the fee applications filed by professionals in this case and his interaction with the fee examiner in his review of the same.

Ms. Lecároz-Arribas will appear in person at Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, PR 00918-1767.

WHEREFORE, the United States Trustee requests that the Court take note of the United States Trustee's appearance at the March 7, 2018 hearing.

DATED: March 1, 2018

DANIEL M. MCDERMOTT
United States Trustee for Region 21

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Tel.: (787) 729-7444
Fax: (787) 729-7449

(Electronically Filed)

By: s/ Monsita Lecaroz-Arribas
Monsita Lecaroz-Arribas
Assistant U.S. Trustee
USDC-PR No. 207707