UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
|     as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
|     Debtors.[1] | |

---------------------------------------------------------------x

**INFORMATIVE MOTION OF
AMERICAN FEDERATION OF TEACHERS, AFL-CIO IN RESPONSE TO
ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND
OBSERVATION OF MARCH 7-8 2018, OMNIBUS HEARING [DKT. ENTRY NO. 2591]**

The American Federation of Teachers, AFL-CIO ("AFT"), as authorized agent for the Asociación de Maestros de Puerto Rico-Local Sindical, submits this informative motion in response to the Court's *Order Regarding Procedures for Attendance, Participation, and Observation of March 7-8, 2018, Omnibus Hearing* [Docket Entry No. 2591] and respectfully states as follows:

      1.    Curtis C. Mechling and José Luis Barrios-Ramos, counsels for AFT, will speak and present argument on behalf of AFT at the March 7-8, 2018, hearing in connection with the Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO, and American Federation of Teachers, AFL-CIO, For an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings [Docket Entry No. 2245].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Mr. Mechling and Mr. Barrios-Ramos will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

3. AFT also appears to respond to any statements made by any party in connection with either the above-captioned Title III cases and any adversary proceedings currently pending in the above-captioned Title III cases.

**WHEREFORE,** the AFT respectfully requests that the Court take notice of the foregoing.

Dated: March 1, 2018

    Respectfully submitted,

    */s/ Curtis C. Mechling*
    Curtis C. Mechling (USDC CM5957)
    Sherry J. Millman (USDC CM6105)
    Stroock & Stroock & Lavan LLP
    180 Maiden Lane, New York, NY 10038
    (212) 806-5434
    cmechling@stroock.com
    smillman@stroock.com

    and

    */s/ José Luis Barrios-Ramos*
    José Luis Barrios-Ramos (USDC 223611)
    McLeary Ave., Suite #303
    San Juan, Puerto Rico 00936-8006
    (787) 593-6641
    barrios.jl@outlook.com

    *For American Federation of Teachers, AFL-CIO, as authorized agent for the Asociación de Maestros de Puerto Rico-Local Sindical*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of March, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: March 1, 2018

                                                         */s/José Luis Barrios-Ramos*
                                                         José Luis Barrios-Ramos