# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>       as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                          Debtors. | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos.  2492, 2494, 2557, 2586, 2587 & 2589 |

## INFORMATIVE MOTION OF THE PBA FUNDS PURSUANT TO ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF MARCH 7-8, 2018, OMNIBUS HEARING

The PBA Funds,[1] who hold Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds issued by the Puerto Rico Public Buildings Authority, hereby file this Informative Motion pursuant to the *Order Regarding Procedures for Attendance, Participation and Observation of the March 7-8, 2018, Omnibus Hearing* [Dkt. No. 2591].

James M. Peck of Morrison & Foerster LLP ("Morrison & Foerster") intends to appear and present argument at the March 7-8, 2018 omnibus hearing on behalf of the PBA Funds in connection with th*e Motion of the PBA Funds for the Payment of Rent* [Dkt. No. 2492] and the *Limited Objection of the PBA Funds to the Motion to Extend Time to Assume or Reject Unexpired Leases* [D.I. 2557], should those submissions be addressed at the omnibus hearing, in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street,

---

[1] *See Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 1614] and *Supplemental Verified Statement of the PBA Funds Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Dkt. No. 2522].  The PBA Funds currently consist of (a) Fir Tree Partners (b) Candlewood Investment Group and (c) Inglesea Capital LLC, each of which holds PBA Bonds (defined herein) or acts as investment manager or advisor (or is an affiliate of entities which act as investment managers or advisors) to funds and/or accounts that hold PBA Bonds.

ny-1316951

Federal Building, San Juan, Puerto Rico 00918-1767. Gerardo A. Carlo of G. Carlo-Altieri Law Offices, LLC ("G. Carlo-Altieri") intends to attend and observe the omnibus hearing on behalf of the PBA Funds in San Juan on March 7, 2018 and, should the omnibus hearing continue to March 8, 2018, Kendra Loomis of G. Carlo-Altieri will attend and observe the omnibus hearing on behalf of the PBA Funds. Morrison & Foerster also expects that one other person will attend and observe the omnibus hearing on behalf of the PBA Funds in San Juan.

Date: March 1, 2018

By: /s/ Gerardo A. Carlo
Gerardo A. Carlo
USDC PR No. 112009
gacarlo@carlo-altierilaw.com

By: /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
loomislegal@gmail.com

**G. CARLO-ALTIERI LAW OFFICES, LLC**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Telephone: (787) 247-6680
Fax: (787) 919-0527

-and-

By: /s/ James M. Peck
James M. Peck (admitted *pro hac vice*)
Gary S. Lee (admitted *pro hac vice*)

**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com
GLee@mofo.com

*Counsel for the PBA Funds*

ny-1316951