# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>**(Jointly Administered)** |
| As a representative of | Re: ECF Dkt. No. 2591 |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | **Hearing date:** March 7, 2018 at 9:30 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] | |

## FEE EXAMINER'S INFORMATIVE MOTION REGARDING APPEARANCE AT MARCH 7, 2018 OMNIBUS HEARING

TO: HON. LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE

The Fee Examiner appointed in the above-captioned Title II Cases (the "Fee Examiner") [Dkt. No. 1416], by and through his undersigned counsel, respectfully submits this Informative Motion in response to the Court's order entered on February 26, 2018 [Dkt. No. 2591] regarding the attendance and participation at the March 7, 2018 omnibus hearing (the "**Hearing**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1.      Brady Williamson, Katherine Stadler, and Eyck Lugo will appear in person in the San Juan courtroom.

2.      Brady Williamson and Katherine Stadler request the opportunity to speak regarding first interim professional fee applications pursuant to the Fee Examiner's report, which is being filed today.

Dated:  March 1, 2018.

**WE HEREBY CERTIFY** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE LEGAL STRATEGIES, PSC

  s/Eyck O. Lugo
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010

*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Brady Williamson (*Pro Hac Vice*)
*Fee Examiner*

Katherine Stadler (*Pro Hac Vice*)
*Counsel for the Fee Examiner*

18578826.1

2