# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | **PROMESA, Title III** |
| **AS REPRESENTATIVE OF** | **Case No. 17-BK-3283 (LTS)** |
| **THE COMMONWEALTH OF PUERTO RICO** | |
| **Debtor** | |

### INFORMATIVE MOTION REGARDING APPEARANCE AT
### THE MARCH 7-8, 2018, OMNIBUS HEARING

**TO THE HONORABLE COURT:**

**COMES NOW**, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. On February 13, 2018, MMSC filed a Motion Requesting Relief from the Automatic Stay (hereinafter, the "Stay Relief Motion").

2. In consideration of MMSC's Stay Relief Motion, on February 14, 2018, this Court entered an <u>Order Scheduling Briefing of Motion Requesting Relief from Automatic Stay</u>, setting the deadlines for the corresponding opposition and reply thereto, and expressly stating that "*[t]he Court will take the Motion on submission, **<u>unless a party thereto requests a hearing</u>***". [Emphasis and underline ours].

3. Therefore, in compliance with the above, MMSC herein respectfully gives notice to this Honorable Court of its intention to appear, through the undersigned counsel, at the San Juan courtroom on the March 7-8, 2018's Omnibus Hearing to argue and be heard on its Stay Relief Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of March 2018.

        **BELK & GROVAS LAW OFFICES**
        PO Box 194927
        San Juan, PR 00919-4927
        Tel. (787) 754-2424/Fax (787) 754-2454
        E-mail: belkgrovas@gmail.com

BY:    *S/James Belk-Arce*
        **JAMES BELK-ARCE**
        USDC-PR No. 130506

BY:    *S/Carlos J. Grovas-Porrata*
        **CARLOS J. GROVAS-PORRATA**
        USDC-PR No. 209714