## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** <br><br> **AS REPRESENTATIVE OF** <br><br> **THE COMMONWEALTH OF PUERTO RICO** <br><br> **Debtor** | **PROMESA, Title III** <br><br><br> **Case No. 17-BK-3283 (LTS)** |

### AMENDED INFORMATIVE MOTION REGARDING ATTENDANCE AT THE MARCH 7-8, 2018, OMNIBUS HEARING

**TO THE HONORABLE COURT:**

 **COMES NOW**, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

 1. On February 13, 2018, MMSC filed a Motion Requesting Relief from the Automatic Stay (hereinafter, the "Stay Relief Motion").

 2. In consideration of MMSC's Stay Relief Motion, on February 14, 2018, this Court entered an <u>Order Scheduling Briefing of Motion Requesting Relief from Automatic Stay</u>, setting the deadlines for the corresponding opposition and reply thereto, and expressly stating that "*[t]he Court will take the Motion on submission, **<u>unless a party thereto requests a hearing</u>***". [Emphasis and underline ours].

 3. Therefore, in compliance with the above, MMSC herein respectfully gives notice to this Honorable Court of its intention to appear, through the undersigned counsel, at the San Juan courtroom on the March 7-8, 2018's Omnibus Hearing to argue and be heard on its Stay Relief Motion.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY** that on his same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the CMP Order, as amended on October 24, 2017 (Docket No. 1512 of Case No. 17-03283) "Third Amended Notice, Case Management and Administrative Procedures".

In San Juan, Puerto Rico, this 1st day of March 2018.

**BELK & GROVAS LAW OFFICES**
PO Box 194927
San Juan, PR 00919-4927
Tel. (787) 754-2424/Fax (787) 754-2454
E-mail: belkgrovas@gmail.com

BY: *S/James Belk-Arce*
**JAMES BELK-ARCE**
USDC-PR No. 130506

BY: *S/Carlos J. Grovas-Porrata*
**CARLOS J. GROVAS-PORRATA**
USDC-PR No. 209714