# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
---------------------------------------------------------------X
In re:                                          )
                                                )    PROMESA
                                                )    Title III
THE FINANCIAL OVERSIGHT AND MANAGEMENT          )
BOARD FOR PUERTO RICO,                          )
                                                )    Case No. 17 BK 3283-LTS
       as representative of                     )
                                                )    (Jointly Administered)
THE COMMONWEALTH OF PUERTO RICO, et al.,        )
                                                )
       Debtors.¹                                )
                                                )
---------------------------------------------------------------X
```

### JOINDER OF NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION TO (I) MOTION OF PBA FUNDS FOR PAYMENT OF RENT AND (II) LIMITED OBJECTION OF PBA FUNDS TO MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES

National Public Finance Guarantee Corporation hereby joins in the *Motion of PBA Funds for Payment of Rent* [Dkt. No. 2501] and *Limited Objection of PBA Funds to Motion to Extend Time to Assume or Reject Unexpired Leases* [Dkt. No. 2557].

**RESPECTFULLY SUBMITED**, in San Juan, Puerto Rico, this 1st day of March, 2018.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this joinder was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record. Also, a copy of this document will be notified via electronic mail to all case participants.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| **ADSUAR MUÑIZ GOYCO**<br>**SEDA & PÉREZ-OCHOA, P.S.C.**<br>208 Ponce de León Avenue, Suite 1600<br>San Juan, PR 00936<br>Telephone: 787.756.9000<br>Facsimile: 787.756.9010<br>Email:  epo@amgprlaw.com<br>            loliver@amgprlaw.com<br>            acasellas@amgprlaw.com<br>            larroyo@amgprlaw.com<br><br>By:   */s/ Eric Pérez-Ochoa*<br>Eric Pérez-Ochoa<br>USDC-PR No. 206314<br><br>*/s/ Luis Oliver-Fraticelli*<br>Luis Oliver-Fraticelli<br>USDC-PR No. 209204<br><br>*/s/ Alexandra Casellas-Cabrera*<br>Alexandra Casellas-Cabrera<br>USDC-PR No. 301010<br><br>*/s/ Lourdes Arroyo-Portela*<br>Lourdes Arroyo Portela<br>USDC-PR No. 226501 | **WEIL, GOTSHAL & MANGES LLP**<br>Marcia Goldstein (admitted *pro hac vice*)<br>Jonathan Polkes (admitted *pro hac vice*)<br>Gregory Silbert (admitted *pro hac vice*)<br>Kelly DiBlasi (admitted *pro hac vice*)<br>Jared R. Friedmann (admitted *pro hac vice*)<br>Gabriel A. Morgan (admitted *pro hac vice*)<br>Attorneys for National Public Finance Guarantee Corporation<br><br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: marcia.goldstein@weil.com<br>           jonathan.polkes@weil.com<br>           gregory.silbert@weil.com<br>           kelly.diblasi@weil.com<br>           jared.friedmann@weil.com<br>           gabriel.morgan@weil.com |