UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | |
| Debtors.[1] | |
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Case No. 17 BK 4780-LTS |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

**NOTICE OF SUBMISSION OF CERTIFIED TRANSLATIONS**

To the Honorable United States District Court Judge Laura Taylor Swain:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

-2-

The Ad Hoc Group of PREPA Bondholders ~~and~~, Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") and National Public Finance Guarantee Corporation ("National") respectfully submit this Notice of Submission of Certified Translations in response to the direction given by the Court at the February 15, 2018 hearing (the "Hearing") on the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administration Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief.* (Case No. 17 BK 3283-LTS, ECF No. 2298; Case No. 17 BK 4780-LTS, ECF No. 549).

At the Hearing, the Court directed the parties to file certified translations of any exhibits that were in Spanish. In response to this direction, the Ad Hoc Group of PREPA Bondholders ~~and~~, Assured ~~hereby~~ and National submit certified translations of Respondents' Exhibits D,[2] E and F. See Exhibits 1, 2 and 3 attached hereto. ~~the~~ The Ad Hoc Group of PREPA Bondholders ~~and~~, Assured and National respectfully request that the Court take notice of the certified translations submitted hereto.

---

[2] Respondents' Exhibit D was also attached to Respondents' Exhibit A as Exhibit B to the Trial Declaration of Stephen J. Spencer in Support of the Ad Hoc Group of PREPA Bondholders' Objections to the Oversight Board's Motion Seeking Debtor in Possession Financing.

-2-

Dated: San Juan, Puerto Rico
March 3, 2018

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* | By: /s/ *Howard R. Hawkins, Jr.* |
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr.* |
| USDC-PR 204809 | Mark C. Ellenberg* |
| Ricardo F. Casellas-Sánchez | Ellen V. Holloman* |
| USDC-PR 203114 | Ellen M. Halstead* |
| Diana Pérez-Seda | Thomas J. Curtin* |
| USDC-PR 232014 | Casey J. Servais* |
| P.O. Box 364924 | 200 Liberty Street |
| San Juan, PR 00936-4924 | New York, NY 10281 |
| Telephone: (787) 756-1400 | Telephone: (212) 504-6000 |
| Facsimile: (787) 756-1401 | Facsimile: (212) 406-6666 |
| Email: hburgos@cabprlaw.com | Email: howard.hawkins@cwt.com |
| rcasellas@cabprlaw.com | mark.ellenberg@cwt.com |
| dperez@cabprlaw.com | ellen.holloman@cwt.com |
| | ellen.halstead@cwt.com |
| *Attorneys for Assured Guaranty Corp. and* | thomas.curtin@cwt.com |
| *Assured Guaranty Municipal Corp.* | casey.servais@cwt.com |

\* Admitted *pro hac vice*

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

-3-

| | |
|---|---|
| TORO COLÓN MULLET, P.S.C. | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: /s/ *Manuel Fernández-Bared* | By: /s/ *Gregory A. Horowitz* |
| Manuel Fernández-Bared | Amy Caton* |
| USDC-PR No. 204,204 | Thomas Moers Mayer* |
| Linette Figueroa-Torres | Gregory A. Horowitz* |
| USDC-PR No. 227,104 | Alice J. Byowitz* |
| Nayda Perez-Roman | Douglas Buckley* |
| USDC–PR No. 300,208 | 1177 Avenue Of The Americas |
| P.O. Box 195383 | New York, New York 10036 |
| San Juan, PR 00919-5383 | Tel.: (212) 715-9100 |
| Tel.: (787) 751-8999 | Fax: (212) 715-8000 |
| Fax: (787) 763-7760 | Email: acaton@kramerlevin.com |
| Email: mfb@tcm.law | tmayer@kramerlevin.com |
| lft@tcm.law | ghorowitz@kramerlevin.com |
| nperez@tcm.law | abyowitz@kramerlevin.com |
| | dbuckley@kramerlevin.com |

*Counsel to the Ad Hoc Group of PREPA Bondholders*

\* Admitted *pro hac vice*

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**ADSUDAR MUÑOZ GOYCO SEDA & PÉREZ-OCHOA, PSC, P.S.C.**

By: /s/ Eric Pérez-Ochoa
Eric Pérez-Ochoa
USDC-PR No. 206,314
Email:  epo@amgprlaw.com
Luis A. Oliver-Fraticelli
USDC-PR NO. 209,204
Email:  loliver@amgprlaw.com
208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000 | Fax: (787) 756-9010

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ Edward R. McCarthy
Marcia Goldstein*
Jonathan Polkes*
Jared Friedmann*
Gregory Silbert*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000 | Fax: (212) 310-8007

Stephen A. Youngman**
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700 | Fax: (214) 746-7777

Edward R. McCarthy*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Tel. (305) 577-3240

Email:  marcia.goldstein@weil.com
             jonathan.polkes@weil.com
             jared.friedmann@weil.com
             gregory.silbert@weil.com
             stephen.youngman@weil.com
             edward.mccarthy@weil.com

 *admitted *pro hac vice* in No. 17-03283-LTS
***pro hac vice* application pending

*Counsel for National Public Finance Guarantee Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

John J. Rapisardi, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Nancy A. Mitchell, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Luc A. Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Robert Gordon, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Gerardo J. Portela Franco
Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Andrés W. López, Esq.
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Arturo Diaz-Angueira, Esq.
Cancio, Nadal, Rivera & Diaz, P.S.C.
403 Muñoz Rivera Ave.
San Juan (Hato Rey), PR 00918-3345

Juan. J. Casillas Ayala
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419

A.J. Bennazar-Zequeira
Bennazar, Garcia & Milian, C.S.P.
Edificio Union Plaza PH-A piso 18 Avenida Ponce de Leon #416
Hato Rey, PR 00918

At San Juan, Puerto Rico, this 3rd day of March, 2018.

/s/ Heriberto Burgos Pérez

-6-

Heriberto Burgos Pérez
USDC-PR 204809

Document comparison by Workshare 9.5 on Saturday, March 3, 2018 9:08:19 AM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://USDMS10/USActive/41992271/2 |
| Description | #41992271v2<USActive> - PREPA - DIP Hearing - Notice submitting certified translations |
| Document 2 ID | interwovenSite://USDMS10/USActive/41992271/3 |
| Description | #41992271v3<USActive> - PREPA - DIP Hearing - Notice submitting certified translations |
| Rendering set | Standard + show moves |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 47 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 56 |