# EXHIBIT 2

CERTIFIED TRANSLATION

Case:17-03283-LTS   Doc#:2657-2   Filed:03/03/18   Entered:03/03/18 12:11:26   Desc:
Exhibit 2- Certified Translation of Exhibit E   Page 2 of 9

## PUERTO RICO ELECTRIC POWER AUTHORITY
## MONTHLY UNPAID BALANCES REPORT SUMMARY
## BALANCES FROM 0 TO 120 DAYS OR OVER

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120-days or over Balance |
|---|---|---|---|---|---|---|---|
| Corporations | PRASA | $ 62,891,943.28 | $ 15,209,501.26 | $ - | $ 11,238,697.47 | $ 10,518,768.67 | $ 25,924,975.88 |
| Corporations | MEDICAL SERVICES ADMINISTRATION | $ 31,699,159.86 | $ 454,226.95 | $ 484,674.17 | $ 443,828.20 | $ 401,934.90 | $ 29,914,495.64 |
| Corporations | PORT AUTHORITY | $ 29,117,108.75 | $ 89,135.95 | $ - | $ 360,456.68 | $ 291,752.21 | $ 28,375,763.91 |
| Corporations | URBAN TRAIN ADMINISTRATION | $ 28,490,152.11 | $ 83,178.83 | $ - | $ 697,614.23 | $ 656,223.62 | $ 27,053,135.43 |
| Corporations | HIGHWAY AND TRANSPORTATION AUTHORITY | $ 16,537,207.83 | $ 616,199.00 | $ 470,909.22 | $ 223,585.16 | $ 208,027.82 | $ 15,018,486.63 |
| Corporations | PP.R. CARDIVASCULAR CENTER CORPORATION. | $ 12,636,160.13 | $ 243,841.82 | $ 258,611.75 | $ 237,814.14 | $ 214,474.03 | $ 11,681,418.39 |
| Corporations | UNIVERSITY MEDICAL SERVICES | $ 8,915,797.78 | $ 150,630.22 | $ 61,370.10 | $ 175,084.23 | $ 180,539.47 | $ 8,348,173.76 |
| State | DEPARTAMENT OF EDUCATION | $ 7,414,290.41 | $ 4,972,836.86 | $ 2,441,453.55 | $ - | $ - | $ - |
| Corporations | PUBLIC HOUSING ADMINISTRATION | $ 7,117,231.11 | $ 830,127.30 | $ 594,059.95 | $ 972,402.13 | $ 1,036,351.40 | $ 3,684,290.33 |
| Corporations | METROPOLITAN BUS AUTHORITY | $ 6,916,498.84 | $ 118,148.35 | $ 124,097.53 | $ 109,666.31 | $ 107,556.61 | $ 6,457,030.04 |
| Corporations | SOLID WASTE AUTHORITY | $ 4,341,547.68 | $ 31,509.62 | $ - | $ 107,745.22 | $ 96,437.31 | $ 4,105,855.53 |
| State | SPORTS AND RECREATION DEPARTMENT | $ 3,559,482.25 | $ 400,315.14 | $ 305,198.02 | $ 297,268.90 | $ 283,766.14 | $ 2,272,934.05 |
| Federal | U.S. VETERANS ADM. CENTER | $ 2,896,822.77 | $ 2,633,241.21 | $ - | $ 263,581.56 | $ - | $ - |
| Corporations | NATIONAL PARKS TRUST/Recreation | $ 2,787,683.89 | $ - | $ - | $ - | $ - | $ 2,787,683.89 |
| Corporations | LAND AUTHORITY | $ 2,631,148.87 | $ 12,027.03 | $ 27,084.21 | $ 28,247.23 | $ 30,175.11 | $ 2,533,615.29 |
| State | HEALTH DEPARTMENT - ADMINISTRATIVE SERVICES | $ 2,606,368.14 | $ 468,317.80 | $ 994,548.85 | $ 681,663.63 | $ 461,837.86 | $ - |
| State | COURTS ADMINISTRATION | $ 2,602,166.03 | $ 466,373.07 | $ 752,374.55 | $ 716,470.39 | $ 661,077.91 | $ 5,870.11 |
| Corporations | STATE INSURANCE FUND CORPORATION | $ 2,242,689.79 | $ 368,244.66 | $ 589,628.45 | $ 578,910.63 | $ 560,781.61 | $ 145,124.44 |
| State | INSTITUTE OF CULTURE | $ 2,172,223.63 | $ 157,151.30 | $ 154,935.81 | $ 145,030.47 | $ 137,023.53 | $ 1,578,082.52 |
| Federal | GENERAL SERVICES ADMINISTRATION | $ 2,167,353.44 | $ 545,844.16 | $ 233,445.58 | $ 203,445.59 | $ 295,381.34 | $ 889,236.77 |
| Corporations | U.P.R. MEDICAL SCIENCES CAMPUS | $ 2,140,328.86 | $ 830,919.70 | $ 685,340.50 | $ 624,068.66 | $ - | $ - |
| Corporations | PUBLIC BUILDINGS AUTHORITY | $ 2,010,498.64 | $ 210,175.36 | $ - | $ 1,213,987.24 | $ 586,336.04 | $ - |
| Corporations | UNIVERSITY OF PUERTO RICO | $ 1,869,439.63 | $ - | $ 982,424.05 | $ 887,015.58 | $ - | $ - |
| State | HEALTH DEPARTMENT - UNIVERSITY HOSPITAL | $ 1,856,211.11 | $ - | $ 251,272.47 | $ 470,725.03 | $ - | $ 1,134,213.61 |
| State | Administration of Mental Health and Anti-Addiction Services | $ 1,439,452.05 | $ 298,688.52 | $ 310,547.85 | $ 288,251.81 | $ 271,698.97 | $ 270,264.90 |
| Corporations | CONVENTION CENTER DISTRICT AUTHORITY | $ 1,428,232.05 | $ 264,517.66 | $ 637,831.60 | $ 345,399.96 | $ 180,482.83 | $ - |
| Federal | U.S. ARMY GARRISON | $ 1,395,761.75 | $ 537,098.81 | $ 300,669.90 | $ 557,993.04 | $ - | $ - |
| Federal | U.S. ARMY RESERVE | $ 1,327,536.91 | $ 43,339.36 | $ - | $ 152,420.84 | $ 152,339.55 | $ 979,437.16 |
| State | CAPITOL SUPERINTENDENCE | $ 1,242,284.64 | $ 764,846.42 | $ - | $ 259,692.41 | $ 217,745.81 | $ - |

DRAFT - Subject to Change
Confidential




Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.



Page 1 of 8

PREPA-AHBHG0007888

CERTIFIED TRANSLATION

Case:17-03283-LTS Doc#:2657-2 Filed:03/03/18 Entered:03/03/18 12:11:26 Desc:
Exhibit 2- Certified Translation of Exhibit E    Page 3 of 9

Confidential
Mason Kim
Houlihan Lokey
Jan 30, 2018 1_0

## PUERTO RICO ELECTRIC POWER AUTHORITY
## MONTHLY UNPAID BALANCES REPORT SUMMARY
## BALANCES FROM 0 TO 120 DAYS OR OVER

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120 days or over Balance |
|---|---|---|---|---|---|---|---|
| Corporations | ISLAND MARITIME TRANSPORTATION AUTHORITY | $ 1,160,247.44 | $ 7,959.90 | $ - | $ 25,220.62 | $ 20,425.97 | $ 1,106,640.95 |
| Federal | US POSTAL SERVICE | $ 942,738.48 | $ 191,281.11 | $ 249,304.76 | $ 249,204.67 | $ 252,947.94 | $ - |
| State | HEALTH DEPARTMENT - ASSISTANCE PROGRAM | $ 929,253.39 | $ 45,554.30 | $ 48,913.12 | $ 55,340.75 | $ 55,688.79 | $ 723,756.43 |
| State | STATE ELECTIONS COMMISSION | $ 911,348.32 | $ 179,438.28 | $ 189,458.83 | $ 203,058.35 | $ 175,089.36 | $ 164,303.50 |
| Corporations | INFRASTRUCTURE FINANCING AUTHORITY | $ 852,436.20 | $ 124,137.56 | $ 123,350.17 | $ 123,241.69 | $ 109,088.80 | $ 372,617.98 |
| State | DEPARTMENT OF NATURAL RESOURCES | $ 703,597.92 | $ 67,305.95 | $ 69,081.71 | $ 73,998.54 | $ 71,504.10 | $ 421,707.62 |
| Corporations | HUMACAO UNIVERSITY COLLEGE | $ 669,587.14 | $ 181,237.04 | $ 175,619.39 | $ 156,110.12 | $ 156,609.52 | $ 11.07 |
| Corporations | LOCAL REDEVELOPMENT AUTHORITY | $ 657,970.86 | $ 15,288.12 | $ - | $ 14,193.81 | $ 60,210.59 | $ 568,278.34 |
| Corporations | COMPREHENSIVE CANCER CENTER | $ 567,076.13 | $ 193,352.30 | $ 66,629.20 | $ 307,094.63 | $ 0.00 | $ - |
| Corporations | CAYEY UNIVERSITY COLLEGE | $ 496,315.18 | $ 114,160.88 | $ 101,278.02 | $ 98,970.59 | $ 93,743.41 | $ 88,162.28 |
| Corporations | FORENSIC SCIENCES INSTITUTE | $ 460,382.14 | $ 110,672.96 | $ 23,339.69 | $ 110,911.85 | $ 100,631.93 | $ 114,825.71 |
| State | SCHOOL OF VISUAL ARTS | $ 446,165.36 | $ 21,490.61 | $ 21,748.74 | $ 25,871.62 | $ 21,949.04 | $ 355,105.35 |
| Federal | US COAST GUARD | $ 444,179.02 | $ 32,888.03 | $ 171,167.27 | $ 192,123.98 | $ 47,999.74 | $ - |
| Corporations | PR MUSIC CONSERVATORY CORPORATION | $ 431,006.33 | $ - | $ 65,597.97 | $ 67,623.54 | $ 65,710.00 | $ 232,074.82 |
| State | PR NATIONAL GUARD | $ 430,149.30 | $ 192,438.20 | $ 237,711.10 | $ - | $ - | $ - |
| State | PR FIRE DEPARTMENT | $ 418,340.25 | $ 71,832.05 | $ 90,444.85 | $ 107,000.95 | $ 103,093.95 | $ 45,968.45 |
| Corporations | INDUSTRIAL DEVELOPMENT COMPANY | $ 402,849.86 | $ 152,013.11 | $ 143,880.43 | $ 106,956.32 | $ - | $ - |
| State | DEPARTMENT OF LABOR AND HUMAN RESOURCES | $ 390,981.63 | $ 204,896.97 | $ 186,084.66 | $ - | $ - | $ - |
| State | VOCATIONAL REHABILITATION ADMINISTRATION | $ 390,628.37 | $ 65,347.88 | $ 91,079.38 | $ 88,475.08 | $ 83,421.78 | $ 62,304.25 |
| Corporations | PR EXPORT DEVELOPMENT CORP. | $ 384,936.67 | $ 16,261.30 | $ - | $ 65,757.64 | $ 58,360.09 | $ 244,557.64 |
| Corporations | PR PUBLIC BROADCASTING CORPORATION | $ 384,670.24 | $ 99,807.12 | $ 98,133.11 | $ 93,943.88 | $ 92,786.13 | $ - |
| Corporations | BAYAMÓN REGIONAL COLLEGE | $ 313,985.38 | $ - | $ - | $ 187,407.82 | $ 126,577.56 | $ - |
| Corporations | CAROLINA REGIONAL COLLEGE | $ 303,180.52 | $ 44,367.48 | $ - | $ 111,727.31 | $ 101,705.82 | $ 45,379.91 |
| Federal | US CUSTOMS SERVICE - CMC | $ 294,758.92 | $ 54,222.43 | $ 13,028.03 | $ 56,411.97 | $ 60,150.09 | $ 110,946.40 |
| State | JOB CORPS | $ 291,828.39 | $ 46,861.66 | $ 65,054.70 | $ 61,456.33 | $ 58,055.85 | $ 60,399.85 |
| State | CRIM | $ 271,487.31 | $ 52,814.00 | $ 55,390.03 | $ 60,020.14 | $ 52,308.18 | $ 50,954.96 |
| Federal | FDIC (EUROBANK) | $ 259,587.76 | $ - | $ - | $ - | $ - | $ 259,587.76 |
| Federal | SURVEILLANCE SUPPORT FORCE | $ 249,707.24 | $ 79,925.12 | $ 107,417.44 | $ 62,364.68 | $ - | $ - |

DRAFT - Subject to Change

Confidential

**Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)**

confidential
Mason Kim
Houlihan Lokey

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case:17-03283-LTS   Doc#:2657-2   Filed:03/03/18   Entered:03/03/18 12:11:26   Desc:
Exhibit 2- Certified Translation of Exhibit E   Page 4 of 9

**PUERTO RICO ELECTRIC POWER AUTHORITY**
**MONTHLY UNPAID BALANCES REPORT SUMMARY**
**BALANCES FROM 0 TO 120 DAYS OR OVER**

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120 days or over Balance |
|---|---|---|---|---|---|---|---|
| Corporations | REGIONAL COLLEGES ADMINISTRATION | $ 249,442.07 | $ 80,846.92 | $ 83,439.12 | $ 85,156.03 | $ 0.00 | $ - |
| State | STATE EMERGENCY MANAGEMENT AGENCY | $ 244,773.41 | $ 34,778.46 | $ 35,632.02 | $ 34,674.58 | $ 35,209.08 | $ 104,479.27 |
| Corporations | WORKERS' COMP. | $ 235,503.21 | $ 11,466.77 | $ 57,307.53 | $ 56,489.74 | $ 55,526.22 | $ 54,712.95 |
| State | RETIREMENT SYSTEM ADMINISTRATION | $ 222,429.83 | $ 73,588.70 | $ 74,198.71 | $ 74,642.42 | $ - | $ - |
| State | ENVIRONMENTAL QUALITY BOARD | $ 210,713.75 | $ 17,903.96 | $ 19,175.05 | $ 23,338.60 | $ 21,780.03 | $ 128,516.11 |
| State | TREASURY DEPARTMENT | $ 209,660.75 | $ 209,660.45 | $ 0.30 | $ - | $ - | $ - |
| State | PUERTO RICO LOTTERY | $ 204,097.43 | $ 65,242.25 | $ 67,132.30 | $ 71,722.88 | $ (0.00) | $ - |
| Corporations | ARECIBO REGIONAL COLLEGE | $ 195,843.40 | $ 17,197.44 | $ - | $ 148,587.98 | $ 17,255.25 | $ 12,802.73 |
| State | TRANSPORTATION AND PUBLIC WORKS DEPARTMENT | $ 182,399.02 | $ 182,399.02 | $ - | $ - | $ - | $ - |
| Corporations | AGRICULTURAL DEVELOPMENT AND SERVICES ADMINISTRATION | $ 180,550.29 | $ 27,017.21 | $ 38,498.73 | $ 40,607.96 | $ 37,679.22 | $ 36,747.17 |
| State | HEALTH DEPARTMENT - VITAL STATISTICS BUREAU | $ 177,056.27 | $ 5,899.93 | $ 7,978.76 | $ 10,514.17 | $ 9,269.99 | $ 143,393.42 |
| Federal | IONOSPHERIC (CORNELL UNIVERSITY) | $ 170,455.23 | $ 60,323.98 | $ 59,601.03 | $ 50,530.22 | $ - | $ - |
| State | GENERAL SERVICES ADMINISTRATION | $ 164,150.00 | $ - | $ 74,198.71 | $ 21,926.94 | $ 18,806.41 | $ 49,217.94 |
| Federal | FEDERAL BUREAU PRISONS | $ 161,079.75 | $ - | $ 161,079.75 | $ - | $ - | $ - |
| Federal | DEPARTMENT AIR FORCE | $ 159,400.17 | $ - | $ - | $ - | $ - | $ 159,400.17 |
| Corporations | AGUADILLA REGIONAL COLLEGE | $ 147,454.65 | $ 53,181.56 | $ 37,801.99 | $ 56,471.10 | $ - | $ - |
| Corporations | UPR - C.A.A.M. | $ 141,992.33 | $ - | $ 141,992.33 | $ - | $ - | $ - |
| Corporations | UPR CENTRAL ADMINISTRATION | $ 135,031.42 | $ 135,031.42 | $ - | $ - | $ - | $ - |
| State | INDUSTRIAL COMMISSION | $ 132,565.32 | $ 5,054.60 | $ 26,045.05 | $ 27,618.52 | $ 25,646.11 | $ 48,201.04 |
| Federal | US FOOD & DRUG ADMINISTRATION | $ 130,717.51 | $ 41,657.71 | $ 38,215.78 | $ 36,176.01 | $ 14,668.01 | $ - |
| Federal | U.S. NAVAL SEC. GROUP | $ 123,065.98 | $ - | $ - | $ - | $ - | $ 123,065.98 |
| State | HISTORIC PRESERVATION OFFICE | $ 119,106.28 | $ 27,683.27 | $ 29,828.43 | $ 32,632.61 | $ 24,841.97 | $ 4,120.00 |
| Corporations | CARIBBEAN PRIMATE RESEARCH | $ 118,739.27 | $ 43,321.01 | $ 652.11 | $ 36,863.07 | $ 35,868.61 | $ 2,034.47 |
| State | TEACHER RETIREMENT SYSTEM | $ 118,424.46 | $ - | $ 33,600.41 | $ 34,089.12 | $ 33,992.24 | $ 16,742.69 |
| State | HEALTH DEPARTMENT - WIC PROGRAM | $ 117,092.22 | $ - | $ 49,913.96 | $ 34,990.57 | $ 32,187.69 | $ - |
| Federal | FEDERAL AVIATION AGENCY | $ 116,268.45 | $ - | $ 23,050.38 | $ 93,218.07 | $ - | $ - |
| Federal | HIGH SCHOOL CROWN/ RAMEY SCHOOL | $ 115,701.56 | $ - | $ 26,565.19 | $ 27,322.10 | $ 24,806.87 | $ 37,007.40 |
| Corporations | ECONOMIC DEVELOPMENT BANK | $ 106,884.81 | $ 37,658.72 | $ 3,323.38 | $ 34,714.36 | $ 31,188.35 | $ - |
| Corporations | PONCE REGIONAL COLLEGE | $ 92,920.65 | $ 92,920.65 | $ 0.00 | $ - | $ - | $ - |
| Corporations | LANDS ADMINISTRATION | $ 75,073.73 | $ 25,666.67 | $ 24,941.45 | $ 24,465.61 | $ (0.00) | $ - |
| Corporations | MOUNTAIN REGIONAL COLLEGE | $ 74,290.21 | $ 28,401.90 | $ - | $ 18,907.84 | $ 26,980.47 | $ - |

DRAFT - Subject to Change
Confidential

Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PREPA-AHBHG0007890

Case:17-03283-LTS Doc#:2657-2 Filed:03/03/18 Entered:03/03/18 12:11:26 Desc:
Exhibit 2- Certified Translation of Exhibit E   Page 5 of 9

CERTIFIED TRANSLATION

**PUERTO RICO ELECTRIC POWER AUTHORITY**
**MONTHLY UNPAID BALANCES REPORT SUMMARY**
**BALANCES FROM 0 TO 120 DAYS OR OVER**

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120 days or over Balance |
|---|---|---|---|---|---|---|---|
| Federal | U.S. FOREST SERVICE | $ 66,883.30 | $ 17,546.38 | $ 17,559.88 | $ 16,424.21 | $ 15,352.83 | $ - |
| State | SOCIOECONOMIC DEVELOPMENT ADM. | $ 65,877.43 | $ 9,667.66 | $ 10,178.03 | $ 9,779.32 | $ 13,199.59 | $ 23,052.83 |
| State | TELECOMMUNICATIONS REGULATORY BOARD | $ 65,263.96 | $ 23,643.81 | $ 21,692.13 | $ 19,928.02 | $ 0.00 | $ - |
| Federal | EL YUNQUE NATIONAL FOREST | $ 63,801.90 | $ 11,510.37 | $ 11,316.28 | $ 11,186.81 | $ 10,338.81 | $ 19,449.63 |
| Federal | TROPICAL AGRICULTURAL RESEARCH ST | $ 63,216.21 | $ 11,466.35 | $ 10,769.76 | $ 10,555.11 | $ 10,325.06 | $ 20,099.93 |
| Federal | U.S. NAVY SALINAS ENG. AREA | $ 63,131.28 | $ 4,520.00 | $ - | $ 48,398.42 | $ 10,212.86 | $ - |
| State | 911 SERVICE GOVERNING BOARD | $ 56,281.94 | $ 18,696.77 | $ 17,414.23 | $ 20,170.94 | $ - | $ - |
| Federal | US CUSTOMS – CARIBBEAN/DHS ICE HSI SAN JUAN | $ 54,494.15 | $ - | $ 17,768.43 | $ 17,395.40 | $ 16,033.10 | $ 3,297.22 |
| Federal | HIDTA | $ 54,461.96 | $ - | $ 31,492.50 | $ 22,969.46 | $ - | $ - |
| State | NATIONAL GUARD TRUST | $ 54,415.42 | $ 9,965.47 | $ 9,943.57 | $ 9,215.95 | $ 8,841.09 | $ 16,449.34 |
| Federal | SAN JUAN NATIONAL HISTORIC SITE | $ 49,347.46 | $ 14,132.01 | $ 16,989.67 | $ 18,225.78 | $ - | $ - |
| Corporations | AGRICULTURAL EXTENSION SERVICE | $ 48,964.48 | $ 13,236.18 | $ 16,876.51 | $ 18,851.78 | $ 0.01 | $ - |
| Federal | DEVELOPMENT | $ 46,708.03 | $ 18,991.69 | $ 17,605.48 | $ 10,110.86 | $ - | $ - |
| State | EMERGENCY MEDICAL CORPS | $ 45,536.00 | $ 15,290.91 | $ 15,959.36 | $ 14,285.73 | $ - | $ - |
| State | TRAINING AND DEVELOPMENT OFC. LABOR AFFAIRS & HR ADMIN | $ 43,413.14 | $ 16,266.13 | $ 16,359.91 | $ 10,787.10 | $ - | $ - |
| Federal | SAN JUAN LABORATORIES (CENTER FOR DISEASE CONTROL DENGUE BRANCH) | $ 43,048.32 | $ 43,048.32 | $ - | $ - | $ - | $ - |
| Corporations | UPR RETIREMENT BOARD | $ 41,385.81 | $ 6,926.69 | $ 7,452.24 | $ 6,939.34 | $ 6,771.73 | $ 13,295.81 |
| State | COMMUNITY SERVICES INSTITUTE | $ 39,634.17 | $ 10,333.49 | $ 10,459.97 | $ 9,890.03 | $ 8,950.68 | $ - |
| Corporations | FINE ARTS CENTER CORP. | $ 37,970.68 | $ 37,970.68 | $ - | $ 0.00 | $ - | $ - |
| Federal | US DEPARTMENT INT/FISH, WILDLIFE SVC | $ 37,940.28 | $ 7,283.08 | $ 2,217.37 | $ 14,205.87 | $ 12,687.74 | $ 1,546.22 |
| State | PERMITS MANAGEMENT OFFICE | $ 32,556.74 | $ 4,218.43 | $ 4,812.00 | $ 6,641.34 | $ 6,126.95 | $ 10,758.02 |
| State | OFFICE OF THE COMPTROLLER | $ 31,883.73 | $ 14,056.32 | $ 16,842.76 | $ 984.65 | $ - | $ - |
| Federal | US DEPT OF AGRICULTURE | $ 31,606.71 | $ 9,911.78 | $ - | $ 12,888.47 | $ 8,806.46 | $ - |
| Corporations | AGRICULTURAL RESEARCH STATION | $ 31,443.98 | $ 22,709.70 | $ - | $ 8,734.28 | $ - | $ - |
| Federal | USAF TARS | $ 29,797.59 | $ 7,898.24 | $ 7,602.73 | $ 7,052.98 | $ 7,243.64 | $ - |
| Federal | US ARMY CORPS OF ENG. Inactive | $ 25,106.95 | $ - | $ - | $ - | $ - | $ 25,106.95 |
| State | HEALTH DEPARTMENT – ENVIRONMENTAL HEALTH | $ 23,044.08 | $ 2,587.28 | $ 2,879.56 | $ 3,268.76 | $ 3,317.19 | $ 10,991.29 |
| Federal | DHS, USCPB, NLC – LAGUNA | $ 21,962.61 | $ - | $ 16,150.67 | $ 5,811.94 | $ - | $ - |
| Federal | US IMMIGR. & NATUR. SVC/DHS/ICE | $ 21,944.69 | $ - | $ 21,944.69 | $ - | $ - | $ - |
| Federal | U.S. ARMY NAT'L CEMETERY (DEPARTMENT OF VETERANS AFFAIRS) | $ 21,743.29 | $ 1,936.07 | $ 5,419.56 | $ 5,086.24 | $ 5,336.84 | $ 3,964.58 |

DRAFT - Subject to Change
Confidential

Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

confidential
Mason Kim
Houlihan Lokey
Jan 30, 2018 19:03

**PUERTO RICO ELECTRIC POWER AUTHORITY**
**MONTHLY UNPAID BALANCES REPORT SUMMARY**
**BALANCES FROM 0 TO 120 DAYS OR OVER**

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120 days or over Balance |
|---|---|---|---|---|---|---|---|
| State | OFFICE OF THE ELECTORAL CONTROLLER | $ 19,538.68 | $ 4,922.63 | $ 6,483.71 | $ 8,132.34 | $ (0.00) | $ - |
| Corporations | UPR BOTANIC GARDEN | $ 18,870.73 | $ 2,764.27 | $ 3,647.36 | $ 4,574.87 | $ 3,624.47 | $ 4,259.76 |
| Federal | US ARMY CORPS OF ENGINEERS | $ 17,687.14 | $ 6,262.91 | $ 5,909.52 | $ 5,514.71 | $ (0.00) | $ - |
| Federal | FEDERAL HOUSING ADMIN. | $ 16,862.90 | $ - | $ - | $ - | $ - | $ 16,862.90 |
| State | GOVERNMENT ETHICS OFFICE | $ 16,411.06 | $ - | $ 5,486.10 | $ - | $ 5,011.58 | $ 5,913.38 |
| Federal | US CORPS OF ENGINEERS | $ 15,638.77 | $ - | $ 10,015.93 | $ 5,622.84 | $ - | $ - |
| State | MUNICIPAL AFFAIRS COMMISSIONER'S OFFICE OCAM | $ 13,199.68 | $ 4,076.26 | $ - | $ 1,287.43 | $ 2,181.78 | $ 5,654.21 |
| Corporations | PONCE PORT AUTHORITY | $ 12,904.07 | $ 2,535.17 | $ 2,755.99 | $ 2,791.40 | $ 2,777.82 | $ 2,043.69 |
| Federal | US WEATHER BUREAU | $ 12,023.53 | $ 5,125.12 | $ - | $ 6,898.41 | $ - | $ - |
| Corporations | MARTIN PEÑA CANAL ENLACE PROJECT CORPORATION | $ 10,526.92 | $ 1,771.62 | $ 1,979.30 | $ 2,166.62 | $ 2,390.31 | $ 2,219.07 |
| Corporations | THE DEVELOPMENT CORPORATION | $ 10,474.00 | $ 10,474.00 | $ (0.00) | $ - | $ - | $ - |
| Corporations | ISABELA AGRICULTURAL RESEARCH STATION | $ 10,293.55 | $ 2,984.40 | $ 3,544.29 | $ 3,764.86 | $ - | $ - |
| Corporations | CANTERA PENINSULA DEVELOPMENT CORPORATION | $ 10,196.81 | $ 2,558.62 | $ 2,587.70 | $ 1,699.46 | $ 3,351.03 | $ - |
| State | FINANCIAL INSTITUTIONS COMMISSIONER'S OFFICE | $ 9,707.59 | $ - | $ 5,180.64 | $ 4,526.95 | $ - | $ - |
| State | LABOR RELATIONS BOARD | $ 9,022.58 | $ 3,104.47 | $ 2,996.36 | $ 2,921.75 | $ 0.00 | $ - |
| Federal | US MARSHALS SERVICE inactive | $ 7,501.52 | $ - | $ - | $ - | $ - | $ 7,501.52 |
| Federal | SOIL CONSERVATION OFFICE | $ 7,003.02 | $ 1,204.05 | $ 1,841.88 | $ 1,976.13 | $ 1,980.96 | $ - |
| Corporations | CULEBRA CONSERVATION AND DEVELOPMENT AUTHORITY | $ 6,989.22 | $ 1,260.07 | $ 1,451.57 | $ 1,488.31 | $ 1,568.90 | $ 1,220.37 |
| State | OFFICE OF THE ADVOCATE FOR THE ELDERLY | $ 6,714.45 | $ 1,066.48 | $ 1,162.22 | $ 1,425.88 | $ 1,368.44 | $ 1,691.43 |
| Federal | FBI | $ 6,526.42 | $ - | $ - | $ - | $ - | $ 6,526.42 |
| State | PUBLIC SERVICE COMMISSION | $ 6,435.49 | $ 1,429.95 | $ - | $ 2,973.59 | $ 2,031.95 | $ - |
| Federal | US DEPT OF COMM (BC) | $ 6,246.00 | $ - | $ - | $ - | $ - | $ 6,246.00 |
| Corporations | GURABO AGRICULTURAL RESEARCH STATION | $ 6,135.92 | $ 1,310.11 | $ 1,439.04 | $ 1,558.50 | $ 1,610.13 | $ 218.14 |
| State | COUNSEL ON DEFICIENCY | $ 5,815.00 | $ - | $ 386.92 | $ 420.85 | $ 434.65 | $ 4,572.58 |
| Federal | SAN JUAN OBSERVATORY | $ 5,500.18 | $ 962.37 | $ 1,102.94 | $ 1,148.98 | $ 1,187.76 | $ 1,098.13 |
| State | STATISTICS INSTITUTE | $ 5,371.55 | $ 1,455.29 | $ 1,990.12 | $ 1,926.14 | $ 0.00 | $ - |
| State | PUERTO RICO SENATE | $ 4,547.62 | $ - | $ - | $ - | $ - | $ 4,547.62 |
| Federal | SELECTIVE SERVICE SYSTEM | $ 4,187.36 | $ - | $ - | $ - | $ - | $ 4,187.36 |

DRAFT - Subject to Change
Confidential

Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)

confidential
Mason Kim
Houlihan Lokey


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

PREPA-AHBHG0007892

Case:17-03283-LTS Doc#:2657-2 Filed:03/03/18 Entered:03/03/18 12:11:26 Desc: Exhibit 2- Certified Translation of Exhibit E Page 7 of 9

CERTIFIED TRANSLATION

**PUERTO RICO ELECTRIC POWER AUTHORITY**
**MONTHLY UNPAID BALANCES REPORT SUMMARY**
**BALANCES FROM 0 TO 120 DAYS OR OVER**

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120 days or over Balance |
|---|---|---|---|---|---|---|---|
| Corporations | JUANA DÍAZ AGRICULTURAL RESEARCH STATION | $ 4,069.01 | $ 1,107.53 | $ 1,249.73 | $ 1,528.99 | $ 182.76 | $ - |
| Corporations | COROZAL AGRICULTURAL RESEARCH STATION | $ 3,929.44 | $ 1,032.40 | $ 1,395.22 | $ 1,501.82 | $ (0.00) | $ - |
| State | RURAL DEVELOPMENT CORPORATION | $ 3,774.01 | $ - | $ 756.62 | $ 888.85 | $ 781.10 | $ 1,347.44 |
| State | OFFICE OF THE PUBLIC DEFENDER | $ 3,747.78 | $ - | $ 1,208.89 | $ 1,303.42 | $ 1,235.47 | $ - |
| State | CIPA | $ 3,628.09 | $ 1,214.25 | $ 1,348.26 | $ 1,065.58 | $ - | $ - |
| Federal | RURAL DEVELOPMENT | $ 3,617.23 | $ 700.74 | $ 876.69 | $ 987.19 | $ 1,052.61 | $ - |
| Corporations | ADJUNTAS AGRICULTURAL RESEARCH STATION | $ 3,571.68 | $ 1,244.41 | $ 1,180.40 | $ 1,146.87 | $ 0.00 | $ - |
| Federal | PONCE VETERANS' CENTER | $ 3,555.29 | $ 569.53 | $ 928.21 | $ 1,040.64 | $ 1,016.91 | $ - |
| Federal | FEDERAL COMMUNICATIONS COMM | $ 3,350.38 | $ 255.09 | $ 281.02 | $ 304.77 | $ 314.70 | $ 2,194.80 |
| Federal | ARECIBO VET CENTER | $ 3,187.18 | $ 572.08 | $ 1,279.68 | $ 1,335.42 | $ (0.00) | $ - |
| State | HOUSE OF REPRESENTATIVES | $ 2,914.24 | $ 243.94 | $ 282.23 | $ 226.25 | $ 226.25 | $ 1,935.57 |
| Federal | USDA FARM SERV. AGENCY | $ 1,785.32 | $ - | $ - | $ - | $ - | $ 1,785.32 |
| State | OFFICE OF EX-GOVERNORS | $ 1,178.20 | $ - | $ 848.34 | $ 329.86 | $ - | $ - |
| Federal | MARINE CORP. RESERVE UNIT | $ 1,136.60 | $ - | $ - | $ - | $ - | $ 1,136.60 |
| State | WOMEN'S ADVOCATE OFFICE | $ 532.01 | $ 532.01 | $ - | $ - | $ - | $ - |
| State | RIGHT TO WORK ADM. | $ 472.01 | $ - | $ - | $ - | $ - | $ 472.01 |
| Federal | DEPARTMENT OF THE ARMY | $ 233.94 | $ - | $ - | $ - | $ - | $ 233.94 |
| Federal | RESIDENT COMMISSIONER'S OFFICE | $ 212.29 | $ - | $ - | $ - | $ - | $ 212.29 |
| State | RESIDENT COMMISSIONER'S OFFICE | $ 212.29 | $ - | $ - | $ - | $ - | $ 212.29 |
| State | PRE-TRIAL SERVICES OFFICE | $ 185.36 | $ - | $ - | $ - | $ - | $ 185.36 |
| Corporations | PUBLIC CORP FOR SUSP AND INSURANCE FOR P.R. / COSSEC COOPERATIVES | $ 183.03 | $ - | $ - | $ 39.66 | $ 36.50 | $ 106.87 |
| Federal | U.S. GEOLOGICAL SURVEY | $ 149.03 | $ - | $ - | $ - | $ - | $ 149.03 |
| Federal | U.S. NAVY WATER PUMP STATION | $ 147.59 | $ - | $ - | $ - | $ - | $ 147.59 |
| State | LEGISLATIVE SERVICES OFFICE | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |
| State | CORRECTIONAL HEALTH PROGRAM | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |
| Corporations | MOUNTAIN INTEGRAL HEALTH | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |
| Corporations | HOUSING FINANCE BANK AND AGENCY | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |
| Corporations | ULTRACOM (OVERSEAS TELECOMMUNICATIONS) | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |

DRAFT - Subject to Change
Confidential

Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

confidential
Mason Kim
Houlihan Lokey
Jan 30, 2018 19:03

Page 6 of 8

PREPA-AHBHG0007893

Case:17-03283-LTS Doc#:2657-2 Filed:03/03/18 Entered:03/03/18 12:11:26 Desc:
Exhibit 2- Certified Translation of Exhibit E Page 8 of 9

CERTIFIED TRANSLATION

**PUERTO RICO ELECTRIC POWER AUTHORITY**
**MONTHLY UNPAID BALANCES REPORT SUMMARY**
**BALANCES FROM 0 TO 120 DAYS OR OVER**

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30-day Balance | 60-day Balance | 90-day Balance | 120 days or over o mas |
|---|---|---|---|---|---|---|---|
| Corporations | CRUV [Urban Renewal and Housing Corp.] | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |
| State | PAROLE BOARD | $ 0.00 | $ - | $ - | $ - | $ - | $ 0.00 |
| Corporations | MAYAGUEZ PORT COMMISSION | $ - | $ - | $ - | $ - | $ - | $ - |
| Corporations | MUSICAL PERFORMING ARTS CORPORATION | $ - | $ - | $ - | $ - | $ - | $ - |
| Corporations | CRIMINAL JUSTICE UNIVERSITY COLLEGE | $ - | $ - | $ - | $ - | $ - | $ - |
| Corporations | PORT BORINQUEN DEVEL. AND ADMIN AUTH | $ - | $ - | $ - | $ - | $ - | $ - |
| State | FUTURE ENTREPRENEURS TRAINING ADMINISTRATION | $ - | $ - | $ - | $ - | $ - | $ - |
| State | PATIENT ADVOCATE'S OFFICE | $ - | $ - | $ - | $ - | $ - | $ - |
| State | JUVENILE INSTITUTIONS ADMIN. | $ - | $ - | $ - | $ - | $ - | $ - |
| State | JOB SECURITY BUREAU | $ - | $ - | $ - | $ - | $ - | $ - |
| Federal | COSSMA | $ - | $ - | $ - | $ - | $ - | $ - |
| Federal | US POSTAL INSPECTION SERVICE | $ - | $ - | $ - | $ - | $ - | $ - |
| Federal | ROOSEVELT ROADS CEIBA | $ - | $ - | $ - | $ - | $ - | $ - |
| Federal | COAST GUARD STA. FAJARDO | $ - | $ - | $ - | $ - | $ - | $ - |
| Federal | U.S. MARSHAL SERVICES | $ - | $ - | $ - | $ - | $ - | $ - |
| State | JOINT COMMISSION ON CIVIL CODE REVIEW | $ (0.01) | $ (0.01) | $ - | $ - | $ - | $ - |
| Corporations | GOVERNMENT DEVELOPMENT BANK | $ (9.41) | $ (9.41) | $ - | $ - | $ - | $ - |
| State | APPELLATE COMMISSION HUMAN RESOURCES ADMIN. | $ (39.53) | $ (39.53) | $ - | $ - | $ - | $ - |
| Corporations | CRUV ACCOUNT LIQUIDATION OFFICE | $ (43.59) | $ (43.59) | $ - | $ - | $ - | $ - |
| Corporations | LAJAS AGRICULTURAL RESEARCH STATION | $ (528.57) | $ (528.57) | $ - | $ - | $ - | $ - |
| State | VETERANS' ADVOCATE OFFICE | $ (1,000.00) | $ (1,000.00) | $ - | $ - | $ - | $ - |
| State | COUNCIL ON OCCUPATIONAL DEVELOPMENT AND $ | (2,285.51) | $ (2,285.51) | $ - | $ - | $ - | $ - |
| Federal | FEDERAL EMERGENCY MANAGEMENT | $ (11,341.98) | $ (11,341.98) | $ - | $ - | $ - | $ - |
| Corporations | TOURISM COMPANY | $ (12,028.73) | $ (12,028.73) | $ - | $ - | $ - | $ - |
| State | HORSE RACING INDUSTRY AND SPORT ADMIN | $ (12,912.21) | $ (12,912.21) | $ - | $ - | $ - | $ - |
| State | FAMILIES AND CHILDREN ADMIN. | $ (21,394.86) | $ (21,394.86) | $ - | $ - | $ - | $ - |
| State | SPECIAL COMMUNITIES OFFICE | $ (36,172.42) | $ (36,172.42) | $ - | $ - | $ - | $ - |
| State | OFFICE OF MANAGEMENT AND BUDGET | $ (39,921.66) | $ (39,921.66) | $ - | $ - | $ - | $ - |
| State | COOPERATIVE DEVELOPMENT COMMISSION | $ (39,957.11) | $ (39,957.11) | $ - | $ - | $ - | $ - |
| State | CHILD SUPPORT ADMIN. | $ (42,993.85) | $ (42,993.85) | $ - | $ - | $ - | $ - |

DRAFT - Subject to Change
Confidential

**Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)**

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Case:17-03283-LTS   Doc#:2657-2   Filed:03/03/18   Entered:03/03/18 12:11:26   Desc:
Exhibit 2- Certified Translation of Exhibit E   Page 9 of 9

confidential
Mason Kim
Houlihan Lokey
Jan 30, 2018 19:03

**PUERTO RICO ELECTRIC POWER AUTHORITY**
**MONTHLY UNPAID BALANCES REPORT SUMMARY**
**BALANCES FROM 0 TO 120 DAYS OR OVER**

| Entity | Government Agency | TOTAL UNPAID BALANCE | 0 days Balance | 30_day Balance | 60_day Balance | 60_day Balance | 120 days or over o mas |
|---|---|---|---|---|---|---|---|
| State | D.A.C.O. | $ (43,941.11) | $ (43,941.11) | $ - | $ - | $ - | $ - |
| State | OFFICE OF YOUTH AFFAIRS | $ (52,602.58) | $ (52,602.58) | $ - | $ - | $ - | $ - |
| State | DEPARTMENT OF AGRICULTURE | $ (137,520.15) | $ (137,520.15) | $ - | $ - | $ - | $ - |
| State | ACUDEM | $ (203,275.27) | $ (203,275.27) | $ - | $ - | $ - | $ - |
| State | STATE DEPARTMENT | $ (273,809.38) | $ (273,809.38) | $ - | $ - | $ - | $ - |
| State | DEPARTMENT OF HOUSING | $ (448,402.05) | $ (448,402.05) | $ - | $ - | $ - | $ - |
| State | GOVERNOR'S OFFICE | $ (595,332.87) | $ (595,332.87) | $ - | $ - | $ - | $ - |
| State | CORRECTIONS ADMIN. | $ (1,424,031.95) | $ (1,424,031.95) | $ - | $ - | $ - | $ - |
| State | SECRETARIAT DEPARTMENT OF THE FAMILY | $ (1,892,929.41) | $ (1,892,929.41) | $ - | $ - | $ - | $ - |
| State | DEPARTMENT OF JUSTICE | $ (3,027,814.57) | $ (3,027,814.57) | $ - | $ - | $ - | $ - |
| State | PUERTO RICO POLICE DEPARTMENT | $ (9,173,373.72) | $ (9,173,373.72) | $ - | $ - | $ - | $ - |
| **TOTAL** | | **$ 257,892,369** | **$ 17,365,784** | **$ 14,567,667** | **$ 26,475,522** | **$ 20,142,389** | **$ 179,341,006** |
| | | | | | | | |
| Corporations | | $ 232,856,498 | $ 21,221,627 | $ 6,147,376 | $ 20,272,733 | $ 16,282,503 | $ 168,932,259 |
| State | | 13,280,331 | (8,228,219) | 6,837,674 | 4,032,856 | 2,909,702 | 7,728,319 |
| Federal | | 11,755,539 | 4,372,376 | 1,582,618 | 2,169,933 | 950,184 | 2,680,428 |
| **TOTAL** | | **$ 257,892,369** | **$ 17,365,784** | **$ 14,567,667** | **$ 26,475,522** | **$ 20,142,389** | **$ 179,341,006** |

DRAFT - Subject to Change
Confidential

**Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)**

confidential
Mason Kim
Houlihan Lokey
Jan 10 2018

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.