# EXHIBIT 3

CERTIFIED TRANSLATION

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15



# Government of Puerto Rico
## Treasury Department

GOVERNMENT OF PUERTO RICO
TREASURY

### PREPA EDUCATION PAYMENTS

| Payment Reference ID | Amount | Payment Date | Vendor Name | Vendor ID |
|---|---|---|---|---|
| 160479 | 46,585,375.31 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 160480 | - | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 160481 | - | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| TOTAL | $ 46,585,375.31 | | | |

### PREPA PRIFAS 7.5 PAYMENTS

| Payment Reference ID | Amount | Payment Date | Vendor Name | Vendor ID |
|---|---|---|---|---|
| 189755 | 520,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189754 | 109,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189753 | 15,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189752 | 63,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189751 | 1,678,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189748 | 6,061,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189750 | 142,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189749 | 500,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189735 | 946,500.00 | 1/29/2018 | PUERTO RICO EELCTRIC POWER AUTHORITY | 660433747 |
| 189747 | 195,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189746 | 811,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189745 | 480,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189744 | 671,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189743 | 23,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189742 | 18,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189739 | 1,983,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189741 | 37,000.00 | 1/29/2018 | PUERTO RICO EELCTRIC POWER AUTHORITY | 660433747 |
| 189740 | 88,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189738 | 7,747,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189737 | 145,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189736 | 138,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| TOTAL | $ 22,376,000.00 | | | |

### PREPA HEALTH PAYMENTS

| Payment Reference ID | Amount | Payment Date | Vendor Name | Vendor ID |
|---|---|---|---|---|
| 68897 | 5,443,608.65 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| TOTAL | $ 5,443,608.65 | | | |

Signature: _____

Date: _____January 29, 2018_____

EXHIBIT
FLISINGER 6
2.1.18 C9

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

Highly Confidential—Advisor's Eyes Only/Consent to No Cleansing Disclosure (Med. Ag. VI.B)    PREPA-AHBHG0010242

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.JAN.2018

Check No. 00160479

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| ADVANCE SEP 17- PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807267 | 100,000.00 | 0.00 | 100,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807301 | 263,086.00 | 0.00 | 263,086.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807302 | 86,000.00 | 0.00 | 86,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807271 | 49,601.50 | 0.00 | 49,601.50 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807275 | 34,000.00 | 0.00 | 34,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807279 | 7,000.00 | 0.00 | 7,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807285 | 34,000.00 | 0.00 | 34,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807292 | 100,000.00 | 0.00 | 100,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807299 | 371,827.00 | 0.00 | 371,827.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807281 | 7,000.00 | 0.00 | 7,000.00 |
| ADVANCE SEPT 17 PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807263 | 263,086.00 | 0.00 | 263,086.00 |
| ADVANCE Sept 17 PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807221 | 1,134,847.00 | 0.00 | 1,134,847.00 |
| ADVANCE Sept 17 PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807206 | 1,037,394.17 | 0.00 | 1,037,394.17 |
| ADVANCE Sept 17 PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807215 | 1,043,275.39 | 0.00 | 1,043,275.39 |
| ADVANCE Sept 17 PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807216 | 816,730.76 | 0.00 | 816,730.76 |

| Vendor Number | Vendor Name | | Total Discounts |
|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $5,000,000.00 |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00160479 | 29.JAN.2018 | 00081 | | $46,585,375.31 |

Model SC 764
AUGUST 2005

TREASURY DEPARTMENT
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO

10-2118/215
00160479

DATE   29.JAN.2018

AMOUNT   $46,585,375.31***

PAY   ***FORTY-SIX MILLION FIVE HUNDRED EIGHTY-FIVE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 31/100 DOLLARS

TO THE ORDER OF
PUERTO RICO ELECTRIC POWER AUTHORITY
PO BOX 363508
SAN JUAN, PR 00936
United States

BANCO POPULAR   Void after six months

SECRETARY OF THE TREASURY

Highly Confidential   PREPA-AHBHG0010243



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date: 29.Jan.2018**                                                                 **Check No. 00189755**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000105 | 520,500.00 | 0.00 | 520,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189755 | 29.Jan.2018 | 00015 | | $520,500.00 |



☼ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**DEPARTMENT OF TREASURY**                    **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10                                                                    **00189755**
SAN JUAN, PR 00902

**DATE**   **29. Jan.2018**                              **AMOUNT**   **$520,500.00***
**PAY**

\*\*\*   FIVE HUNDRED TWENTY THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
**TO THE**   **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**   PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months                    **SECRETARY OF THE TREASURY**

Highly Confidential                                                          (LB)          PREPA-AHBHG0010244

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date: 29.Jan.2018**

Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

**Check No. 00189754**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000273 | 109,500.00 | 0.00 | 109,500.00 |

| Vendor Number | Vendor Name | | Total Discounts |
|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189754 | 29.Jan.2018 | 00016 | | $109,500.00 |



⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

Model SC 734
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

GOVERNMENT OF PUERTO RICO

**BANCO POPULAR DE PUERTO RICO**

**00189754**

**DATE**     **29. Jan.2018**                                    **AMOUNT**     **$109,500.00***

**PAY**
*** *** ***ONE HUNDRED NINE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

**TO THE**     **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**   PO BOX 364267
               SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

confidential

Highly Confident                    Cadwalader Wickersham and Taft LLP
                                    Jan 31, 2018 16:15        . VI.B)        PREPA-AHBHG0010245

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date: 29.Jan.2018**          Thomas Curtin
                                    Cadwalader Wickersham and Taft LLP          **Check No. 00189753**
                                    Jan 31, 2018 16:15

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000262 | 15,500.00 | 0.00 | 15,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189753 | 29.Jan.2018 | 00023 | | $15,500.00 |



DEPARTMENT OF TREASURY          **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10
SAN JUAN, PR 00902                                                    **00189753**

**DATE**   **29. Jan.2018**                         **AMOUNT**   **$15,500.00***
**PAY**
* **          FIFTEEN THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
**TO THE**   **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**   GOVERNMENT ACCOUNTS DEPT
             PO BOX 364267
             SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months                          **SECRETARY OF THE TREASURY**

Highly Confide...                                    VI.B)          PREPA-AHBHG0010246

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189752

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000002 | 63,500.00 | 0.00 | 63,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189752 | 29.Jan.2018 | 00030 | | $63,500.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189752

**DATE** 29. Jan.2018    **AMOUNT** $63,500.00***
**PAY**

\*\*\* SIXTY-THREE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
**TO THE**
**ORDER OF** PUERTO RICO ELECTRIC POWER AUTHORITY **SECRETARY OF THE TREASURY**
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential      VI.B)      PREPA-AHBHG0010247

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Check Date: 29.Jan.2018                                                                Check No. 00189751

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun18 | 21.Dec.2017 | 00000476 | 1,678,500.00 | 0.00 | 1,678,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189751 | 29.Jan.2018 | 00038 | | $1,678,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC-734
AUGUST 2005

DEPARTMENT OF TREASURY                    BANCO POPULAR DE PUERTO RICO
PASEO COVADONGA 10
SAN JUAN, PR 00902

GOVERNMENT OF PUERTO RICO

00189751

DATE        29. Jan.2018                              AMOUNT        $1,678,500.00***

PAY

*** ONE MILLION SIX HUNDRED SEVENTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE        PUERTO RICO ELECTRIC POWER AUTHORITY
ORDER OF        PO BOX 364267
              SAN JUAN, PR 00936-4267

BANCO
POPULAR.   Void after six months

                                                              SECRETARY OF THE TREASURY

Highly Confident[████████████████████]VI.B)                    PREPA-AHBHG0010248



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date:** 29.Jan.2018

**Check No.** 00189748

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00001033 | 6,061,000.00 | 0.00 | 6,061,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189748 | 29.Jan.2018 | 00040 | | $6,061,000.00 |



DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

GOVERNMENT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO

00189748

DATE   29. Jan.2018          AMOUNT   $6,061,000.00***

PAY
*** SIX MILLION SIXTY-ONE THOUSAND AND NO/100 DOLLARS***

TO THE      PUERTO RICO ELECTRIC POWER AUTHORITY
ORDER OF    PO BOX 364267
            SAN JUAN, PR 00936-4267

**BANCO POPULAR.**  Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential                                        , VI.B)        PREPA-AHBHG0010249

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Check Date: 29.Jan.2018

Check No. 00189750

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000247 | 142,000.00 | 0.00 | 142,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189750 | 29.Jan.2018 | 00042 | | $142,000.00 |



⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189750

DATE   29. Jan.2018      AMOUNT   $142,000.00***

PAY

*** ONE HUNDRED FORTY-TWO THOUSAND AND NO/100 DOLLARS***

TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF   PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidenti                                    VLB)      PREPA-AHBHG0010250

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.Jan.2018

Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

Check No. 00189749

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 17 | 21.Dec.2017 | 00000874 | 500,000.00 | 0.00 | 500,000.00 |

| Vendor Number | Vendor Name | Total Discounts | |
|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189749 | 29.Jan.2018 | 00043 | | $500,000.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

VOID   VOID   VOID

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

**00189749**

DATE
PAY        29. Jan.2018

AMOUNT        $500,000.00***

*** FIVE HUNDRED THOUSAND AND NO/100 DOLLARS***

TO THE        **PUERTO RICO ELECTRIC POWER AUTHORITY**

ORDER OF        GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months.

**SECRETARY OF THE TREASURY**

confidential
Cadwalader Wickersham and Taft LLP

Highly Confident[ ]        , VI.B)        PREPA-AHBHG0010251



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**                                                      **Check No.  00189735**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000193 | 946,500.00 | 0.00 | 946,500.00 |

| Vendor Number | | Vendor Name | | Total Discounts | |
|---|---|---|---|---|---|
| 660433747 | | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | | Total Paid Amount |
|---|---|---|---|---|---|
| 00189735 | 29.Jan.2018 | 00049 | | | $946,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

DEPARTMENT OF TREASURY   VOID   BANCO POPULAR DE PUERTO RICO   VOID

PASEO COVADONGA 10
SAN JUAN, PR 00902                                          **00189735**

DATE   **29. Jan.2018**                        AMOUNT   **$946,500.00***
PAY

***   NINE HUNDRED FORTY-SIX THOUSAND AND NO/100 DOLLARS***
TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF   GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months                **SECRETARY OF THE TREASURY**

Highly Confidenti⬛⬛⬛⬛⬛⬛⬛⬛⬛VLB)          PREPA-AHRHG001/b52


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189747

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000338 | 195,500.00 | 0.00 | 195,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189747 | 29.Jan.2018 | 00055 | | $195,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

GOVERNMENT OF PUERTO RICO

00189747

**DATE** 29. Jan.2018

**AMOUNT** $195,500.00***

**PAY**

\*** ONE HUNDRED NINETY-FIVE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

**TO THE** **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF** PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential ████████ VLB) PREPA-AHBHG0010253

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189746

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000236 | 811,500.00 | 0.00 | 811,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189746 | 29.Jan.2018 | 00067 | | $811,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189746

DATE   **29. Jan.2018**

AMOUNT   **$811,500.00***

PAY

*** EIGHT HUNDRED ELEVEN THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE
ORDER OF

**PUERTO RICO ELECTRIC POWER AUTHORITY**
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidenti █████████████████████ VI.B)   PREPA-AHBHG0010254

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189745

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000067 | 480,500.00 | 0.00 | 480,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189745 | 29.Jan.2018 | 00078 | | $480,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

GOVERNMENT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO

00189745

**DATE** 29. Jan.2018

**PAY** **AMOUNT** $480,500.00***

*** FOUR HUNDRED EIGHTY THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

**TO THE** **PUERTO RICO ELECTRIC POWER AUTHORITY**

**ORDER OF** GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential                     M.B)                PREPA-AHBHG0010255

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.Jan.2018

Check No. 00189744

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00001103 | 671,500.00 | 0.00 | 671,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189744 | 29.Jan.2018 | 00087 | | $671,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189744

DATE    29. Jan.2018          AMOUNT    $671,500.00***

PAY
*** SIX HUNDRED SEVENTY-ONE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE    PUERTO RICO ELECTRIC POWER AUTHORITY

ORDER OF    GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

BANCO POPULAR.    Void after six months

SECRETARY OF THE TREASURY

Highly Confidential                                  .B)              PREPA-AHBHG0010256

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**                                                                 **Check No.** 00189743

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun18 | 21.Dec.2017 | 00000125 | 23,500.00 | 0.00 | 23,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189743 | 29.Jan.2018 | 00089 | | $23,500.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189743

DATE        29. Jan.2018                    AMOUNT        $23,500.00***
PAY

***          TWENTY-THREE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
TO THE       **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF     GOVERNMENT ACCOUNTS DEPT
             PO BOX 364267
             SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months                    **SECRETARY OF THE TREASURY**

Highly Confidenti[   ]                          LB)              PREPA-AHBHG0010257

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189742

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000199 | 18,000.00 | 0.00 | 18,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660 433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189742 | 29.Jan.2018 | 00096 | | $18,000.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189742

**DATE** 29. Jan.2018
**PAY**

**AMOUNT** $18,000.00***

*** EIGHTEEN THOUSAND AND NO/100 DOLLARS***

**TO THE**
**ORDER OF**

**PUERTO RICO ELECTRIC POWER AUTHORITY**
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidenti[black redaction] VI.B)  PREPA-AHBHG0010258

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31  2018 16:15

**Check Date:** 29.Jan.2018

**Check No.** 00189739

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000188 | 1,983,000.00 | 0.00 | 1,983,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189739 | 29.Jan.2018 | 00122 | | $1,983,000.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

Model SC-754
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

**BANCO POPULAR DE PUERTO RICO**

**00189739**

**DATE**    29. Jan.2018        **AMOUNT**    $1,983,000.00***

**PAY**

***    ONE MILLION NINE HUNDRED EIGHTY-THREE THOUSAND AND NO/100 DOLLARS***

**TO THE**    **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**    PO BOX 364267
       SAN JUAN, PR 00936-4267

**BANCO POPULAR.**    Void after six months    confidential

**SECRETARY OF THE TREASURY**

Highly Confidential      (LB)      PREPA-AHBHG0010259



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**                                                                 **Check No.  00189741**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000223 | 37,000.00 | 0.00 | 37,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189741 | 29.Jan.2018 | 00124 | | $37,000.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

**00189741**

DATE   **29. Jan.2018**                                AMOUNT   **$37,000.00***

PAY

* ***   THIRTY-SEVEN THOUSAND AND NO/100 DOLLARS***
TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**

ORDER OF   GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential-                                     , VI.B)                  PREPA-AHBHG0010260

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15

**Check Date:** 29.Jan.2018

**Check No.** 00189740

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 2018 | 21.Dec.2017 | 00000840 | 88,000.00 | 0.00 | 88,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189740 | 29.Jan.2018 | 00126 | | $88,000.00 |

---

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189740

**DATE** 29. Jan.2018   **AMOUNT** $88,000.00***

**PAY**

*** EIGHTY-EIGHT THOUSAND AND NO/100 DOLLARS***

**TO THE**
**ORDER OF**
PUERTO RICO ELECTRIC POWER AUTHORITY
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

confidential
Cadwalader Wickersham and Taft LLP

**SECRETARY OF THE TREASURY**

Highly Confidential ▇▇▇▇▇▇▇▇▇▇, VI.B)       PREPA-AHBHG0010261

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

**Check Date:** 29.Jan.2018                                           **Check No.** 00189738

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000130 | 7,747,000.00 | 0.00 | 7,747,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189738 | 29.Jan.2018 | 00137 | | $7,747,000.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

Model SC 754
AUGUST 2005

**DEPARTMENT OF TREASURY**          **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10
SAN JUAN, PR 00902                                                      **00189738**

**DATE**      29. Jan.2018                          **AMOUNT**      $7,747,000.00***
**PAY**

***        SEVEN MILLION SEVEN HUNDRED FORTY-SEVEN THOUSAND AND NO/100 DOLLARS***
**TO THE**   **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**
            GOVERNMENT ACCOUNTS DEPT
            PO BOX 364267
            SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months
                                                              **SECRETARY OF THE TREASURY**

confidential
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

Highly Confidential                                          PREPA-AHBHG0010262


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

**Check No.** 00189737

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000480 | 145,500.00 | 0.00 | 145,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189737 | 29.Jan.2018 | 00155 | | $145,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model EC-704
AUGUST 2005
DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO

VOID  VOID  VOID

00189737

DATE  29. Jan.2018          AMOUNT  $145,500.00***

PAY

**\*** ONE HUNDRED FORTY-FIVE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE
ORDER OF
**PUERTO RICO ELECTRIC POWER AUTHORITY**
PO BOX 364267
SAN JUAN, PR 00936-4267

BANCO POPULAR.  Void after six months

confidential

VOID

**SECRETARY OF THE TREASURY**

Highly Confidential  ▓▓▓▓▓▓▓▓▓▓▓▓▓ VLB)  PREPA-AHBHG0010263

Cadwalader Wickersham and Taft LLP

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16.15

**Check Date: 29.Jan.2018**

siglo
**Check No. 00189736**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000104 | 138,000.00 | 0.00 | 138,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189736 | 29.Jan.2018 | 00241 | | $138,000.00 |



Model BC 784
AUGUST 2005

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189736

DATE   29. Jan.2018

AMOUNT   $138,000.00***

PAY

*** ONE HUNDRED THIRTY-EIGHT THOUSAND AND NO/100 DOLLARS***

TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**

ORDER OF   GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267
United States

**BANCO POPULAR.**  Void after six months

**SECRETARY OF THE TREASURY**

confidential
Cadwalader Wickersham and Taft LLP

Highly Confidential                                    /LB)                PREPA-AHBHG0010264

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan.31, 2018 16:15

**Check Date:** 29.JAN.2018

**Check No. 00068897**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| 00005092908 0920 | 04.SEP.2017 | 00234547-OP | 295.81 | 0.00 | 295.81 |
| 17792375 092017 | 18.SEP.2017 | 00234510-OP | 20,014.14 | 0.00 | 20,014.14 |
| 2476432 092017 | 18.SEP.2017 | 00234541-OP | 188.67 | 0.00 | 188.67 |
| 5094539 092017 | 08.SEP.2017 | 00234544-OP | 1,277.27 | 0.00 | 1,277.27 |
| ADMINISTRATIVE | 01.SEP.2017 | 00234504-OP | 124,008.64 | 0.00 | 124,008.64 |
| CULEBRA 092017 | 01.SEP.2017 | 00234526-OP | 6,275.48 | 0.00 | 6,275.48 |
| EM230055 092017 | 18.SEP.2017 | 00234502-OP | 176,391.92 | 0.00 | 176,391.92 |
| MONTEBRISAS 0920 | 01.SEP.2017 | 00234543-OP | 1,818.44 | 0.00 | 1,818.44 |
| RM 092017 | 01.SEP.2017 | 00234521-OP | 9,169.14 | 0.00 | 9,169.14 |
| RX0072466 092017 | 05.SEP.2017 | 00234512-OP | 18,911.09 | 0.00 | 18,911.09 |
| RX0083050 092017 | 01.SEP.2017 | 00234537-OP | 2,675.89 | 0.00 | 2,675.89 |
| RX008309E 092017 | 01.SEP.2017 | 00234528-OP | 6,141.83 | 0.00 | 6,141.83 |
| RX114974 092017 | 12.SEP.2017 | 00234516-OP | 11,193.27 | 0.00 | 11,193.27 |
| RX137234 092017 | 04.SEP.2017 | 00234501-OP | 222,302.86 | 0.00 | 222,302.86 |
| RX137572 092017 | 12.SEP.2017 | 00234531-OP | 4,886.75 | 0.00 | 4,886.75 |
| RX137905 092017 | 01.SEP.2017 | 00234534-OP | 3,668.18 | 0.00 | 3,668.18 |
| RX13801 7 092017 | 13.SEP.2017 | 00234515-OP | 12,917.89 | 0.00 | 12,917.89 |
| RX138701 092017 | 08.SEP.2017 | 00234513-OP | 14,108.45 | 0.00 | 14,108.45 |
| RX139581 092017 | 13.SEP.2017 | 00234539-OP | 2,828.79 | 0.00 | 2,828.79 |
| RX145712 092017 | 15.SEP.2017 | 00234505-OP | 25,467.78 | 0.00 | 25,467.78 |
| RX146952 092017 | 11.SEP.2017 | 00234518-OP | 10,472.60 | 0.00 | 10,472.60 |
| RX85452 092017 | 18.DEC.2017 | 00234524-OP | 7,956.51 | 0.00 | 7,956.51 |
| RX85689 092017 | 13.SEP.2017 | 00234517-OP | 10,870.76 | 0.00 | 10,870.76 |
| RX88263 092017 | 01.SEP.2017 | 00234511-OP | 19,202.01 | 0.00 | 19,202.01 |
| RXOM23589 092017 | 05.SEP.2017 | 00234506-OP | 7,648.64 | 0.00 | 7,648.64 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00068897 | 29.JAN.2018 | 00071 | | $5,443,608.65 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

Model SC-784
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

**00068897**

**DATE** 29. Jan.2018

**AMOUNT** $5,443,608.65***

**PAY**

*** FIVE MILLION FOUR HUNDRED FORTY-THREE THOUSAND SIX HUNDRED-EIGHT AND 65/100 DOLLARS***

**TO THE**
**ORDER OF**

**PUERTO RICO ELECTRIC POWER AUTHORITY**
PO BOX 70395
SAN JUAN, PR 00936
United States

**BANCO POPULAR.** Void after six months

confidential
Cadwalader Wickersham and Taft LLP

**SECRETARY OF THE TREASURY**


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.