UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>   Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS |

**CORRECTED NOTICE OF SUBMISSION OF CERTIFIED TRANSLATIONS**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Ad Hoc Group of PREPA Bondholders, Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (together, "Assured") and National Public Finance Guarantee Corporation ("National") respectfully submit this Notice of Submission of Certified Translations in response to the direction given by the Court at the February 15, 2018 hearing (the "Hearing") on

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the *Urgent Joint Motion of the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority for Entry of Interim and Final Orders (A) Authorizing Postpetition Secured Financing, (B) Granting Priming Liens and Providing Superpriority Administration Expense Claims, (C) Modifying the Automatic Stay, (D) Scheduling a Final Hearing, and (E) Granting Related Relief*. (Case No. 17 BK 3283-LTS, ECF No. 2298; Case No. 17 BK 4780-LTS, ECF No. 549).

At the Hearing, the Court directed the parties to file certified translations of any exhibits that were in Spanish. In response to this direction, the Ad Hoc Group of PREPA Bondholders, Assured and National submit certified translations of Respondents' Exhibits D,[2] E and F. See Exhibits 1, 2 and 3 attached hereto. The Ad Hoc Group of PREPA Bondholders, Assured and National respectfully request that the Court take notice of the certified translations submitted hereto.

---

[2] Respondents' Exhibit D was also attached to Respondents' Exhibit A as Exhibit B to the Trial Declaration of Stephen J. Spencer in Support of the Ad Hoc Group of PREPA Bondholders' Objections to the Oversight Board's Motion Seeking Debtor in Possession Financing.

Dated: San Juan, Puerto Rico
March 3, 2018

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Ellen V. Holloman* <br> Ellen M. Halstead* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> ellen.holloman@cwt.com <br> ellen.halstead@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

USActive 41992271.3

| | |
|---|---|
| TORO COLÓN MULLET, P.S.C. | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| By: /s/ *Manuel Fernández-Bared*<br>   Manuel Fernández-Bared<br>   USDC-PR No. 204,204<br>   Linette Figueroa-Torres<br>   USDC-PR No. 227,104<br>   Nayda Perez-Roman<br>   USDC–PR No. 300,208<br>   P.O. Box 195383<br>   San Juan, PR 00919-5383<br>   Tel.: (787) 751-8999<br>   Fax: (787) 763-7760<br>   Email:   mfb@tcm.law<br>               lft@tcm.law<br>               nperez@tcm.law<br><br>*Counsel to the Ad Hoc Group of PREPA Bondholders* | By: /s/ *Gregory A. Horowitz*<br>   Amy Caton*<br>   Thomas Moers Mayer*<br>   Gregory A. Horowitz*<br>   Alice J. Byowitz*<br>   Douglas Buckley*<br>   1177 Avenue Of The Americas<br>   New York, New York 10036<br>   Tel.: (212) 715-9100<br>   Fax: (212) 715-8000<br>   Email:   acaton@kramerlevin.com<br>               tmayer@kramerlevin.com<br>               ghorowitz@kramerlevin.com<br>               abyowitz@kramerlevin.com<br>               dbuckley@kramerlevin.com<br><br>* Admitted *pro hac vice*<br><br>*Counsel to the Ad Hoc Group of PREPA Bondholders* |

-4-

**ADSUDAR MUÑOZ GOYCO SEDA & PEREZ-OCHOA, PSC, P.S.C.**

By: */s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206,314
Email: epo@amgprlaw.com
Luis A. Oliver-Fraticelli
USDC-PR NO. 209,204
Email: loliver@amgprlaw.com
208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000 | Fax: (787) 756-9010

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Edward R. McCarthy*
Marcia Goldstein*
Jonathan Polkes*
Jared Friedmann*
Gregory Silbert*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000 | Fax: (212) 310-8007

Stephen A. Youngman**
200 Crescent Court, Suite 300
Dallas, Texas 75201-6950
Tel.: (214) 746-7700 | Fax: (214) 746-7777

Edward R. McCarthy*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Tel. (305) 577-3240

Email: marcia.goldstein@weil.com
jonathan.polkes@weil.com
jared.friedmann@weil.com
gregory.silbert@weil.com
stephen.youngman@weil.com
edward.mccarthy@weil.com

*admitted *pro hac vice* in No. 17-03283-LTS
**pro hac vice* application pending

*Counsel for National Public Finance Guarantee Corporation*

USActive 41992271.3

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

Gerardo J. Portela Franco
Puerto Rico Fiscal Agency and Financial
Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

John J. Rapisardi, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Andrés W. López, Esq.
Law Offices of Andrés W. López
902 Fernández Juncos Ave.
San Juan, PR 00907

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Nancy A. Mitchell, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Arturo Diaz-Angueira, Esq.
Cancio, Nadal, Rivera & Diaz, P.S.C.
403 Muñoz Rivera Ave.
San Juan (Hato Rey), PR 00918-3345

Luc A. Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Juan. J. Casillas Ayala
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419

Robert Gordon, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

A.J. Bennazar-Zequeira
Bennazar, Garcia & Milian, C.S.P.
Edificio Union Plaza PH-A piso 18 Avenida
Ponce de Leon #416
Hato Rey, PR 00918

At San Juan, Puerto Rico, this 3rd day of March, 2018.

                                                        */s/ Heriberto Burgos Pérez*
                                                         Heriberto Burgos Pérez
                                                            USDC-PR 204809

USActive 41992271.3