# EXHIBIT 3

CERTIFIED TRANSLATION

confidential
Thomas Curin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15



# Government of Puerto Rico
## Treasury Department

GOVERNMENT OF PUERTO RICO

**PREPA EDUCATION PAYMENTS**

| Payment Reference ID | Amount | Payment Date | Vendor Name | Vendor ID |
|---|---|---|---|---|
| 160479 | 46,585,375.31 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 160480 | - | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 160481 | - | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| TOTAL | $ 46,585,375.31 | | | |

**PREPA PRIFAS 7.5 PAYMENTS**

| Payment Reference ID | Amount | Payment Date | Vendor Name | Vendor ID |
|---|---|---|---|---|
| 189755 | 520,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189754 | 109,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189753 | 15,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189752 | 63,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189751 | 1,678,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189748 | 6,061,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189750 | 142,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189749 | 500,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189735 | 946,500.00 | 1/29/2018 | PUERTO RICO EELCTRIC POWER AUTHORITY | 660433747 |
| 189747 | 195,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189746 | 811,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189745 | 480,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189744 | 671,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189743 | 23,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189742 | 18,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189739 | 1,983,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189741 | 37,000.00 | 1/29/2018 | PUERTO RICO EELCTRIC ROWER AUTHORITY | 660433747 |
| 189740 | 88,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189738 | 7,747,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189737 | 145,500.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| 189736 | 138,000.00 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| TOTAL | $ 22,376,000.00 | | | |

**PREPA HEALTH PAYMENTS**

| Payment Reference ID | Amount | Payment Date | Vendor Name | Vendor ID |
|---|---|---|---|---|
| 68897 | 5,443,608.65 | 1/29/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY | 660433747 |
| TOTAL | $ 5,443,608.65 | | | |

Signature: _____

Date: _____January 29, 2018_____

**EXHIBIT**
FILSINGER 6
2.1.18 L9

confidential
Thomas Curin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.JAN.2018

Check No. 00160479

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| ADVANCE SEP 17-<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807267 | 100,000.00 | 0.00 | 100,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807301 | 263,086.00 | 0.00 | 263,086.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807302 | 86,000.00 | 0.00 | 86,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807271 | 49,601.50 | 0.00 | 49,601.50 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807275 | 34,000.00 | 0.00 | 34,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807279 | 7,000.00 | 0.00 | 7,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807285 | 34,000.00 | 0.00 | 34,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807292 | 100,000.00 | 0.00 | 100,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807299 | 371,827.00 | 0.00 | 371,827.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807281 | 7,000.00 | 0.00 | 7,000.00 |
| ADVANCE SEPT 17<br>PAYMENT OF ADVANCE PER INST. O | 04.JAN.2018 | 00807263 | 263,086.00 | 0.00 | 263,086.00 |
| ADVANCE Sept 17<br>PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807221 | 1,134,847.00 | 0.00 | 1,134,847.00 |
| ADVANCE Sept 17<br>PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807206 | 1,037,394.17 | 0.00 | 1,037,394.17 |
| ADVANCE Sept 17<br>PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807215 | 1,043,275.39 | 0.00 | 1,043,275.39 |
| ADVANCE Sept 17<br>PAYMENT OF ADVANCE PER INSTRUC | 04.JAN.2018 | 00807216 | 816,730.76 | 0.00 | 816,730.76 |

| Vendor Number | Vendor Name | Total Discounts |
|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | $5,000,000.00 |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00160479 | 29.JAN.2018 | 00081 | | $46,585,375.31 |

TREASURY DEPARTMENT
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO

101-2118/215

00160479

DATE   29.JAN.2018

AMOUNT   $46,585,375.31***

PAY   ***FORTY-SIX MILLION FIVE HUNDRED EIGHTY-FIVE THOUSAND THREE HUNDRED SEVENTY-FIVE AND 31/100 DOLLARS

TO THE
ORDER OF
PUERTO RICO ELECTRIC POWER AUTHORITY
PO BOX 363508
SAN JUAN, PR 00936
United States

BANCO POPULAR   Void after six months

SECRETARY OF THE TREASURY

Highly Confidential   PREPA-AHBHG0010243



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date: 29.Jan.2018**

**Check No. 00189755**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000105 | 520,500.00 | 0.00 | 520,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189755 | 29.Jan.2018 | 00015 | | $520,500.00 |



Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189755

DATE   29. Jan.2018

AMOUNT   $520,500.00***

PAY

*** FIVE HUNDRED TWENTY THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE
ORDER OF

PUERTO RICO ELECTRIC POWER AUTHORITY
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

SECRETARY OF THE TREASURY

Highly Confidential   (LB)   PREPA-AHBHG0010244


I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date: 29.Jan.2018**

**Check No. 00189754**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000273 | 109,500.00 | 0.00 | 109,500.00 |

| Vendor Number | Vendor Name | | Total Discounts |
|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189754 | 29.Jan.2018 | 00016 | | $109,500.00 |



DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189754

DATE   29. Jan.2018

AMOUNT   $109,500.00***

PAY

*** ONE HUNDRED NINE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF   PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

PREPA-AHBHG0010245



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**   Thomas Curtin   Cadwalader Wickersham and Taft LLP   Jan 31, 2018 16:15   **Check No. 00189753**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000262 | 15,500.00 | 0.00 | 15,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189753 | 29.Jan.2018 | 00023 | | $15,500.00 |

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189753

DATE   **29. Jan.2018**   AMOUNT   **$15,500.00***
PAY
*** FIFTEEN THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF   GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential   PREPA-AHBHG0010246



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date:** 29.Jan.2018

**Check No.** 00189752

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000002 | 63,500.00 | 0.00 | 63,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189752 | 29.Jan.2018 | 00030 | | $63,500.00 |



⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189752

DATE
PAY     29. Jan.2018

AMOUNT   $63,500.00***

***     SIXTY-THREE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE
ORDER OF

PUERTO RICO ELECTRIC POWER AUTHORITY   SECRETARY OF THE TREASURY
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

SECRETARY OF THE TREASURY

Highly Confidential                                      VI.B)          PREPA-AHBHG0010247

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.Jan.2018

Check No. 00189751

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun18 | 21.Dec.2017 | 00000476 | 1,678,500.00 | 0.00 | 1,678,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189751 | 29.Jan.2018 | 00038 | | $1,678,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189751

DATE   29. Jan.2018
PAY

AMOUNT   $1,678,500.00***

*** ONE MILLION SIX HUNDRED SEVENTY-EIGHT THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE
ORDER OF
**PUERTO RICO ELECTRIC POWER AUTHORITY**
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confident [REDACTED] (V.B)   PREPA-AHBHG0010248

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

**Check Date:** 29.Jan.2018                                                                 **Check No.** 00189748

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00001033 | 6,061,000.00 | 0.00 | 6,061,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189748 | 29.Jan.2018 | 00040 | | $6,061,000.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

Model SC 784
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

**BANCO POPULAR DE PUERTO RICO**

00189748

**DATE**   29. Jan.2018               **AMOUNT**   $6,061,000.00***

**PAY**

*** SIX MILLION SIXTY-ONE THOUSAND AND NO/100 DOLLARS***

**TO THE**   **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**   PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

confidential

**SECRETARY OF THE TREASURY**

Cadwalader Wickersham and Taft LLP

Highly Confidential                                                                 VI.B)       PREPA-AHBHG0010249



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate
translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

Check Date: 29.Jan.2018

Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15

Check No. 00189750

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000247 | 142,000.00 | 0.00 | 142,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189750 | 29.Jan.2018 | 00042 | | $142,000.00 |



⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

VOID   VOID

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189750

GOVERNMENT OF PUERTO RICO

DATE
PAY          29. Jan.2018                          AMOUNT          $142,000.00***

*** ONE HUNDRED FORTY-TWO THOUSAND AND NO/100 DOLLARS***

TO THE          **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF        PO BOX 364267
                SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

confidential                                              **SECRETARY OF THE TREASURY**

Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15

| Highly Confidenti | ... VLB) | PREPA-AHBHG0010250 |
|---|---|---|



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.Jan.2018

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15

Check No. 00189749

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 17 | 21.Dec.2017 | 00000874 | 500,000.00 | 0.00 | 500,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189749 | 29.Jan.2018 | 00043 | | $500,000.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

VOID VOID VOID

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189749

GOVERNMENT OF PUERTO RICO

DATE
PAY   29. Jan.2018

AMOUNT   $500,000.00***

***
TO THE
ORDER OF

FIVE HUNDRED THOUSAND AND NO/100 DOLLARS***
**PUERTO RICO ELECTRIC POWER AUTHORITY**
GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

confidential

**SECRETARY OF THE TREASURY**

Cadwalader Wickersham and Taft LLP
Jan 31 2018 16:15

Highly Confident▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, VI.B)   PREPA-AHBHG0010251



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

**Check Date: 29.Jan.2018**                                                                      **Check No. 00189735**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000193 | 946,500.00 | 0.00 | 946,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189735 | 29.Jan.2018 | 00049 | | $946,500.00 |



DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189735

DATE   29. Jan.2018                          AMOUNT   $946,500.00***
PAY

*** NINE HUNDRED FORTY-SIX THOUSAND AND NO/100 DOLLARS***
TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF   GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential                                           VLB)          PREPA-AHRHG001/p52

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189747

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000338 | 195,500.00 | 0.00 | 195,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189747 | 29.Jan.2018 | 00055 | | $195,500.00 |

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC-794
AUGUST 2005
GOVERNMENT OF PUERTO RICO
TREASURY

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

**00189747**

**DATE** 29. Jan.2018          **AMOUNT** $195,500.00***

**PAY**

*** ONE HUNDRED NINETY-FIVE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

**TO THE**    **PUERTO RICO ELECTRIC POWER AUTHORITY**

**ORDER OF**   PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**    Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential          VLB)          PREPA-AHBHG0010253

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189746

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000236 | 811,500.00 | 0.00 | 811,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189746 | 29.Jan.2018 | 00067 | | $811,500.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC 734
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

**00189746**

DATE    **29. Jan.2018**                         **AMOUNT**    **$811,500.00***
PAY

* * *    EIGHT HUNDRED ELEVEN THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
TO THE   **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF  PO BOX 364267
         SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidenti[       ] VI.B)    PREPA-AHBHG0010254

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189745

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000067 | 480,500.00 | 0.00 | 480,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189745 | 29.Jan.2018 | 00078 | | $480,500.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189745

**DATE** 29. Jan.2018

**AMOUNT** $480,500.00***

**PAY**

*** FOUR HUNDRED EIGHTY THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

**TO THE** **PUERTO RICO ELECTRIC POWER AUTHORITY**

**ORDER OF** GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

**Highly Confidential** ████████████ M.B)    PREPA-AHBHG0010255

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date:** 29.Jan.2018

**Check No.** 00189744

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00001103 | 671,500.00 | 0.00 | 671,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189744 | 29.Jan.2018 | 00087 | | $671,500.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902

BANCO POPULAR DE PUERTO RICO

00189744

DATE   29. Jan.2018

AMOUNT   $671,500.00***

PAY

***SIX HUNDRED SEVENTY-ONE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

TO THE   PUERTO RICO ELECTRIC POWER AUTHORITY

ORDER OF   GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

SECRETARY OF THE TREASURY

Highly Confidential ██████████████████████████████ .B)   PREPA-AHBHG0010256



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**

**Check No.** 00189743

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun18 | 21.Dec.2017 | 00000125 | 23,500.00 | 0.00 | 23,500.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189743 | 29.Jan.2018 | 00089 | | $23,500.00 |

---

Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189743

**DATE** 29. Jan.2018   **AMOUNT** $23,500.00***
**PAY**

*** TWENTY-THREE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***

**TO THE** **PUERTO RICO ELECTRIC POWER AUTHORITY**

**ORDER OF** GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidenti████████████████████LB)   PREPA-AHBHG0010257

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16:15

**Check Date:** 29.Jan.2018                                             **Check No.** 00189742

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|----------------|--------------|------------|--------------|--------------------|-------------|
| Jan-Jun 18 | 21.Dec.2017 | 00000199 | 18,000.00 | 0.00 | 18,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---------------|-------------|---|-----------------|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|--------------|------|--------|---|-------------------|
| 00189742 | 29.Jan.2018 | 00096 | | $18,000.00 |

Model SC-794
AUGUST 2005

⚜ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189742

DATE        29. Jan.2018
PAY

AMOUNT        $18,000.00***

*** EIGHTEEN THOUSAND AND NO/100 DOLLARS***

TO THE
ORDER OF

**PUERTO RICO ELECTRIC POWER AUTHORITY**
PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months

**SECRETARY OF THE TREASURY**

confidential
Cadwalader Wickersham and Taft LLP

Highly Confidenti ██████████        VI.B)        PREPA-AHBHG0010258

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**

**Check No. 00189739**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000188 | 1,983,000.00 | 0.00 | 1,983,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189739 | 29.Jan.2018 | 00122 | | $1,983,000.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC 784
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

**BANCO POPULAR DE PUERTO RICO**

00189739

DATE    29. Jan.2018

AMOUNT    $1,983,000.00***

PAY

*** ONE MILLION NINE HUNDRED EIGHTY-THREE THOUSAND AND NO/100 DOLLARS***

TO THE    **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF    PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**    Void after six months

**SECRETARY OF THE TREASURY**

Highly Confidential

PREPA-AHBHG0010259

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



**Check Date: 29.Jan.2018**                                               **Check No. 00189741**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000223 | 37,000.00 | 0.00 | 37,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189741 | 29.Jan.2018 | 00124 | | $37,000.00 |

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902                BANCO POPULAR DE PUERTO RICO            **00189741**

GOVERNMENT OF PUERTO RICO

DATE      **29. Jan.2018**                                    AMOUNT        **$37,000.00***
PAY

*** THIRTY-SEVEN THOUSAND AND NO/100 DOLLARS***
TO THE     **PUERTO RICO ELECTRIC POWER AUTHORITY**
ORDER OF   GOVERNMENT ACCOUNTS DEPT
           PO BOX 364267
           SAN JUAN, PR 00936-4267

**BANCO POPULAR.**  Void after six months                    **SECRETARY OF THE TREASURY**

Highly Confidential                                      , VI.B)        PREPA-AHBHG0010260

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

**Check Date: 29.Jan.2018**                                        **Check No. 00189740**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 2018 | 21.Dec.2017 | 00000840 | 88,000.00 | 0.00 | 88,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189740 | 29.Jan.2018 | 00126 | | $88,000.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC-784
AUGUST 2005

**DEPARTMENT OF TREASURY**          **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10
SAN JUAN, PR 00902                                        **00189740**

GOVERNMENT OF PUERTO RICO

**DATE**    29. Jan.2018                          **AMOUNT**    $88,000.00***
**PAY**

\*\*\*    EIGHTY-EIGHT THOUSAND AND NO/100 DOLLARS\*\*\*
**TO THE**    **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**    PO BOX 364267
SAN JUAN, PR 00936-4267

**BANCO POPULAR.**   Void after six months          confidential
                                                     **SECRETARY OF THE TREASURY**
                              Cadwalader Wickersham and Taft LLP
                              Jan 31, 2018 16:15

Highly Confidential ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, VI.B)                PREPA-AHBHG0010261

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

**Check Date:** 29.Jan.2018                                                                         **Check No.** 00189738

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000130 | 7,747,000.00 | 0.00 | 7,747,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189738 | 29.Jan.2018 | 00137 | | $7,747,000.00 |

⚓ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

00189738

**DATE**       29. Jan.2018                                    **AMOUNT**        $7,747,000.00***
**PAY**

*** SEVEN MILLION SEVEN HUNDRED FORTY-SEVEN THOUSAND AND NO/100 DOLLARS***

**TO THE**     **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**
             GOVERNMENT ACCOUNTS DEPT
             PO BOX 364267
             SAN JUAN, PR 00936-4267

**BANCO POPULAR.**  Void after six months

**SECRETARY OF THE TREASURY**

confidential
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

Highly Confidential                                              R)         PREPA-AHBHG0010262

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



Check Date: 29.Jan.2018

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31, 2018 16:15

Check No. 00189737

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000480 | 145,500.00 | 0.00 | 145,500.00 |

| Vendor Number | Vendor Name | Total Discounts |
|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | $0.00 |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189737 | 29.Jan.2018 | 00155 | | $145,500.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC 784
AUGUST 2005

DEPARTMENT OF TREASURY
PASEO COVADONGA 10
SAN JUAN, PR 00902
GOVERNMENT OF PUERTO RICO

BANCO POPULAR DE PUERTO RICO

VOID   VOID   VOID

00189737

DATE   29. Jan.2018   AMOUNT   $145,500.00***
PAY

***   ONE HUNDRED FORTY-FIVE THOUSAND FIVE HUNDRED AND NO/100 DOLLARS***
TO THE   PUERTO RICO ELECTRIC POWER AUTHORITY
ORDER OF   PO BOX 364267
SAN JUAN, PR 00936-4267

BANCO POPULAR.   Void after six months

VOID

SECRETARY OF THE TREASURY

confidential
Cadwalader Wickersham and Taft LLP

Highly Confidential ▇▇▇▇▇▇▇▇▇▇▇▇▇▇VLB)   PREPA-AHBHG0010263

 I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION



confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan 31. 2018 16.15

**Check Date: 29.Jan.2018**                                                                                    **Check No.** 00189736

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| Jan-Jun 18 | 21.Dec.2017 | 00000104 | 138,000.00 | 0.00 | 138,000.00 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 | |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00189736 | 29.Jan.2018 | 00241 | | $138,000.00 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Model SC-734
AUGUST 2005

**DEPARTMENT OF TREASURY**          **BANCO POPULAR DE PUERTO RICO**
PASEO COVADONGA 10
SAN JUAN, PR 00902                                                                          00189736

GOVERNMENT OF PUERTO RICO

**DATE**        29. Jan.2018                              **AMOUNT**        $138,000.00***
**PAY**

*** ONE HUNDRED THIRTY-EIGHT THOUSAND AND NO/100 DOLLARS***
**TO THE**        **PUERTO RICO ELECTRIC POWER AUTHORITY**
**ORDER OF**        GOVERNMENT ACCOUNTS DEPT
PO BOX 364267
SAN JUAN, PR 00936-4267
United States

**BANCO POPULAR.**   Void after six months                              **SECRETARY OF THE TREASURY**

confidential
Cadwalader Wickersham and Taft LLP

Highly Confidential ████████████████████████ /LB)                              PREPA-AHBHG0010264

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

confidential
Thomas Curtin
Cadwalader Wickersham and Taft LLP
Jan.31, 2018 16:15

**Check Date:** 29.JAN.2018

**Check No. 00068897**

| Invoice Number | Invoice Date | Voucher ID | Gross Amount | Discount Available | Paid Amount |
|---|---|---|---|---|---|
| 00005092908 0920 | 04.SEP.2017 | 00234547-OP | 295.81 | 0.00 | 295.81 |
| 17792375 092017 | 18.SEP.2017 | 00234510-OP | 20,014.14 | 0.00 | 20,014.14 |
| 2476432 092017 | 18.SEP.2017 | 00234541-OP | 188.67 | 0.00 | 188.67 |
| 5094539 092017 | 08.SEP.2017 | 00234544-OP | 1,277.27 | 0.00 | 1,277.27 |
| ADMINISTRATIVE | 01.SEP.2017 | 00234504-OP | 124,008.64 | 0.00 | 124,008.64 |
| CULEBRA 092017 | 01.SEP.2017 | 00234526-OP | 6,275.48 | 0.00 | 6,275.48 |
| EM230055 092017 | 18.SEP.2017 | 00234502-OP | 176,391.92 | 0.00 | 176,391.92 |
| MONTEBRISAS 0920 | 01.SEP.2017 | 00234543-OP | 1,818.44 | 0.00 | 1,818.44 |
| RM 092017 | 01.SEP.2017 | 00234521-OP | 9,169.14 | 0.00 | 9,169.14 |
| RX0072466 092017 | 05.SEP.2017 | 00234512-OP | 18,911.09 | 0.00 | 18,911.09 |
| RX0083050 092017 | 01.SEP.2017 | 00234537-OP | 2,675.89 | 0.00 | 2,675.89 |
| RX008309E 092017 | 01.SEP.2017 | 00234528-OP | 6,141.83 | 0.00 | 6,141.83 |
| RX114974 092017 | 12.SEP.2017 | 00234516-OP | 11,193.27 | 0.00 | 11,193.27 |
| RX137234 092017 | 04.SEP.2017 | 00234501-OP | 222,302.86 | 0.00 | 222,302.86 |
| RX137572 092017 | 12.SEP.2017 | 00234531-OP | 4,886.75 | 0.00 | 4,886.75 |
| RX137905 092017 | 01.SEP.2017 | 00234534-OP | 3,668.18 | 0.00 | 3,668.18 |
| RX138017 092017 | 13.SEP.2017 | 00234515-OP | 12,917.89 | 0.00 | 12,917.89 |
| RX138701 092017 | 08.SEP.2017 | 00234513-OP | 14,108.45 | 0.00 | 14,108.45 |
| RX139581 092017 | 13.SEP.2017 | 00234539-OP | 2,828.79 | 0.00 | 2,828.79 |
| RX145712 092017 | 15.SEP.2017 | 00234505-OP | 25,467.78 | 0.00 | 25,467.78 |
| RX146952 092017 | 11.SEP.2017 | 00234518-OP | 10,472.60 | 0.00 | 10,472.60 |
| RX85452 092017 | 18.DEC.2017 | 00234524-OP | 7,956.51 | 0.00 | 7,956.51 |
| RX85689 092017 | 13.SEP.2017 | 00234517-OP | 10,870.76 | 0.00 | 10,870.76 |
| RX88263 092017 | 01.SEP.2017 | 00234511-OP | 19,202.01 | 0.00 | 19,202.01 |
| RXOM23589 092017 | 05.SEP.2017 | 00234506-OP | 7,648.64 | 0.00 | 7,648.64 |

| Vendor Number | Vendor Name | | Total Discounts |
|---|---|---|---|
| 660433747 | PUERTO RICO ELECTRIC POWER AUTHORITY | | $0.00 |

| Check Number | Date | Agency | | Total Paid Amount |
|---|---|---|---|---|
| 00068897 | 29.JAN.2018 | 00071 | | $5,443,608.65 |

⚠ Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features

Model SC-784
AUGUST 2005

**DEPARTMENT OF TREASURY**
PASEO COVADONGA 10
SAN JUAN, PR 00902

**BANCO POPULAR DE PUERTO RICO**

VOID

**00068897**

**DATE** 29. Jan.2018     **AMOUNT** $5,443,608.65***

PAY

*** FIVE MILLION FOUR HUNDRED FORTY-THREE THOUSAND SIX HUNDRED-EIGHT AND 65/100 DOLLARS***

TO THE     **PUERTO RICO ELECTRIC POWER AUTHORITY**

ORDER OF     PO BOX 70395
SAN JUAN, PR 00936
United States

**BANCO POPULAR.** Void after six months

**SECRETARY OF THE TREASURY**

Highly Conf █████████████████     Ag. VI.B)     PREPA-AHBHG0010265



I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.