UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SCHEDULING ADDITIONAL OMNIBUS HEARINGS DATES

       The Court previously scheduled a series of Omnibus Hearing dates. (See Docket Entry No. 1512.) The Court hereby schedules an additional five Omnibus Hearings to take place in late 2018 and early 2019. For the purposes of completeness, the following list includes all of the Omnibus Hearing dates that are currently scheduled:[2]

- 9:30 a.m.[3] on the 7th day of March, 2018
- 9:30 a.m. on the 25th day of April, 2018

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     All Omnibus Hearings may be scheduled for two consecutive days, if needed.

[3]     All hearings times are in Atlantic Standard Time.

- 9:30 a.m. on the 6th day of June, 2018
- 9:30 a.m. on the 25th day of July, 2018
- 9:30 a.m. on the 12th day of September, 2018
- 9:30 a.m. on the 7th day of November, 2018[4]
- 9:30 a.m. on the 19th day of December, 2018
- 9:30 a.m. on the 30th day of January, 2019
- 9:30 a.m. on the 13th day of March, 2019
- 9:30 a.m. on the 24th day of April, 2019

All Omnibus Hearings will be held before the Honorable Laura Taylor Swain in the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 5, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[4] Omnibus Hearings scheduled on or after November 7, 2018 are new dates.