UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtors.[1] | (Jointly Administered) |

-------------------------------------------------------------------x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON MARCH 7–8, 2018 AT 9:30 A.M. (AST), 8:30 A.M. (EST)

**Time and Date of Hearing:** **Wednesday, March 7, 2018**, from 9:30 a.m. to 12:00 p.m., from 1:00 p.m. to 5:00 p.m., and, if necessary, **Thursday, March 8, 2018**, from 9:30 a.m. to 11:30 a.m., (Atlantic Standard Time)

**Location of Hearing:** Honorable Laura Taylor Swain, United States District Court Judge
**Courtroom 3**
United States District Court for the District of Puerto Rico
**Clemente Ruiz Nazario United States Courthouse**
**150 Carlos Chardón Avenue**
San Juan, P.R. 00918-1767

**Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[2] of the United States District Court for the Southern District of New York, **Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) for the actions jointly administered under The Commonwealth of Puerto Rico Title III Action No. 17 BK 3283-LTS by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I. STATUS REPORTS:

1. **Report from the Oversight Board.**

   Description: Status report from professionals for the Oversight Board.

   Estimated Time Required: 10 minutes.

## II. FEE APPLICATIONS:

1. **Report from the Fee Examiner regarding First Interim Applications for Compensation.**

   Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the first interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

|     | Applicant | Docket No. | Period |
| --- | --- | --- | --- |
| 1. | Bettina M. Whyte (COFINA Agent) | 2097 | 8/3/17 – 9/30/17 |
| 2. | Cancio, Nadal, Rivera & Diaz, P.S.C. (Attorneys for PREPA) | 2135 | 7/1/17 – 9/30/17 |
| 3. | Casillas, Santiago & Torres, LLC (Local Counsel to the Official Committee of Unsecured Creditors) | 2079 | 7/21/17 – 8/31/17 |
| 4. | Deloitte Financial Advisory Services LLP (Advisor) | 2061 & 2149 | 5/3/17 – 9/30/17 |
| 5. | Drivetrain, LLC (Member of the Official Committee of Unsecured Creditors) | 2042 | 6/15/17 – 9/30/17 |
| 6. | Ernst & Young LLP (Financial Advisor to FOMB) | 2036 | 5/3/17 – 9/30/17 |
| 7. | FTI Consulting, Inc. (Financial Advisor to the Official Committee of Retired Employees) | 2051 | 6/27/17 – 9/30/17 |
| 8. | Greenberg Traurig, LLC (counsel for AAFAF, as Fiscal Agent for PREPA) | 2112 | 7/2/17 – 9/30/17 |
| 9. | Greenberg Traurig, LLC (counsel for PREPA) | 2111 | 7/2/17 – 9/30/17 |
| 10. | Jenner & Block LLP (Counsel to the Official Committee of Retired Employees) | 2050 | 6/16/17 – 9/30/17 |
| 11. | Klee, Tuchin, Bogdanoff & Stern LLP (Special Municipal Bankruptcy Counsel to Bettina M. Whyte) | 2099 | 7/31/17 – 9/30/17 |
| 12. | Law Office of Andrew W. Lopez, PSC (Counsel to AAFAF) | 2096 | 5/3/17 – 9/30/17 |

2

|     | Applicant | Docket No. | Period |
| --- | --- | --- | --- |
| 13. | Law Office of Andrew W. Lopez, PSC (Counsel to AAFAF – COFINA Docket) | 246 (17-3284) | 5/3/17 – 9/30/17 |
| 14. | Law Office of Andrew W. Lopez, PSC (Counsel to AAFAF – ERS Docket) | 241 (17-3566) | 5/3/17 – 9/30/17 |
| 15. | Law Office of Andrew W. Lopez, PSC (Counsel to AAFAF – HTA Docket) | 356 (17-3567) | 5/3/17 – 9/30/17 |
| 16. | Luskin, Stern & Eisler LLP (Special Counsel to FOMB) | 2077 | 5/3/17 – 9/30/17 |
| 17. | Marchand ICS Group (Information Agent to the Official Committee of Retired Employees) | 2048 | 7/21/17 – 9/30/17 |
| 18. | Members of the Official Committee of Retired Employees | 2052 | 6/15/17 – 9/30/17 |
| 19. | Nilda M. Navarro-Cabrer (Local Counsel to Bettina M. Whyte) | 2038 | 8/16/17 – 9/30/17 |
| 20. | O'Melveny & Myers LLP (Counsel to AAFAF regarding COFINA) | 2063 | 5/3/17 – 9/30/17 |
| 21. | O'Melveny & Myers LLP (Counsel to AAFAF regarding ERS) | 2064 | 5/5/17 – 9/30/17 |
| 22. | O'Melveny & Myers LLP (Counsel to AAFAF regarding HTA) | 2065 | 5/5/17 – 9/30/17 |
| 23. | O'Melveny & Myers LLP (Counsel to AAFAF) | 2062 | 5/3/17 – 9/30/17 |
| 24. | O'Neill & Gilmore Law Office LLC (Local Counsel to the Official Committee of Unsecured Creditors) | 2070 | 5/3/17 – 9/30/17 |
| 25. | Paul Hastings LLP (Counsel to the Official Committee of Unsecured Creditors) | 2040 | 6/26/17 – 9/30/17 |
| 26. | Pension Trustee Advisors, Inc. (Pension Consultant to FOMB) | 2574 | 7/29/17 – 9/30/17 |
| 27. | Phoenix Management Services, LLC (Financial Advisor to the Mediation Team) | 2071 | 8/4/17 – 10/1/17 |
| 28. | Segal Consulting (Actuaries and Consultants to the Official Committee of Retired Employees) | 2049 | 6/27/17 – 9/30/17 |
| 29. | Willkie, Farr and Gallagher, LLP (Counsel to Bettina M. Whyte) | 2031 | 8/3/17 – 9/30/17 |
| 30. | Zolfo Cooper (Financial Advisor to the Official Committee of Unsecured Creditors) | 2041 | 6/27/17 – 9/30/17 |

Presentation of recommendations regarding the first interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals has been adjourned until the April 25, 2018 omnibus hearing:

|  | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | Andrew Wolfe (Independent Contractor to FOMB) | 2259 | 8/1/17 – 9/30/17 |
| 2. | Ankura Consulting Group, LLC (Financial Advisors to Commonwealth) | 2148 | 6/1/17 – 9/30/17 |
| 3. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2142 | 7/2/17 – 9/30/17 |
| 4. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |
| 5. | O'Neill & Borges LLC (Attorneys to FOMB) | 2075 | 5/3/17 – 9/30/17 |
| 6. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2043 | 5/5/17 – 9/30/17 |
| 7. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2045 | 5/21/17 – 9/30/17 |
| 8. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2053 | 7/2/17 – 9/30/17 |
| 9. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2066 | 5/21/17 – 9/30/17 |
| 10. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2068 | 5/3/17 – 9/30/17 |

Related Documents:
    A. Fee Examiner's Initial Report **[Case No. 17-3283, ECF No. 2645]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

### III. CONTESTED MATTERS:

1. **Mitsubishi's Relief from Stay Motion.** Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 2488]**

   Description: Mitsubishi's Motor Sales of Caribbean, Inc.'s motion requesting relief from the automatic stay.

   Objection Deadline: Tuesday, February 27, 2018.

   Responses:
       A. Objection of the Commonwealth to Motion Requesting Relief from Automatic Stay Filed by Mitsubishi Motors Sales of Caribbean, Inc. **[Case No. 17-3283, ECF No. 2600]**

Reply, Joinder & Statement Deadlines: Tuesday, March 6, 2018.

Replies, Joinders & Statements:
A. [tbd].

Related Documents:
A. Motion Requesting Leave to File Documents in Spanish Language and Request for Term to File Certified Translations **[Case No. 17-3283, ECF No. 2489]**

B. Notice of Hearing on Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 2490]**

C. Order Scheduling Briefing of Motion Requesting Relief from Automatic Stay **[Case No. 17-3283, ECF No. 2502]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

2. **Motion of the PBA Funds for Payment of Rent.** Notice of Hearing on Motion and Motion of the PBA Funds for the Payment of Rent **[Case No. 17-3283, ECF No. 2501]**

Description: PBA Funds seek the entry of an order directing Debtors to satisfy their postpetition rental obligations under a number of unexpired leases.

Objection Deadline: Tuesday, February 20, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors, the Committee and AAFAF, and Friday, February 23, 2018 for Debtors, the Committee and AAFAF.

Responses:
A. Preliminary Objection of Official Committee of Unsecured Creditors to Motion of PBA Funds for Payment of Rent Dated February 13, 2018 **[Case No. 17-3283, ECF No. 2586]**

B. Objection of Financial Oversight and Management Board to Motion of PBA Funds for the Payment of Rent **[Case No. 17-3283, ECF No. 2587]**

C. Reservation of Rights of the Ad Hoc Group of General Obligation Bondholders as to Motion of PBA Funds for the Payment of Rent **[Case No. 17-3283, ECF No. 2651]**

Reply, Joinder & Statement Deadlines: Friday, March 2, 2018 at 4:00 p.m. (Atlantic Standard Time)

Replies, Joinders & Statements:
    A. Ambac Assurance Corporation's Joinder to the Motion of the PBA Funds for the Payment of Rent **[Case No. 17-3283, ECF No. 2555]**

    B. Joinder of the Puerto Rico Fiscal Agency and Financial Advisory Authority to Objection of Financial Oversight and Management Board to Motion of PBA Funds for the Payment of Rent [Case No. 17-3283, ECF No. 2589]

    C. Joinder of National Public Finance Guarantee Corporation to (I) Motion of PBA Funds for Payment of Rent and (II) Limited Objection of PBA Funds to Motion to Extend Time to Assume or Reject Unexpired Leases **[Case No. 17-3283, ECF No. 2646]**

    D. Omnibus Reply of the PBA Funds in Support of the Motion for Payment of Rent **[Case No. 17-3283, ECF No. 2649]**

Related Documents:
    A. Notice of Hearing on Motion and Motion of the PBA Funds for the Payment of Rent **[Case No. 17-3283, ECF No. 2492]**

    B. Joint Urgent Motion Seeking Extension of Deadlines to (I) Respond to Motion of the PBA Funds for Payment of Rent, and (II) Reply in Support of Motion of the PBA Funds for Payment of Rent **[Case No. 17-3283, ECF No. 2550]**

    C. Order Granting Joint Urgent Motion Seeking Extension of Deadlines to (I) Respond to Motion of the PBA Funds for Payment of Rent, and (II) Reply in Support of Motion of the PBA Funds for Payment of Rent **[Case No. 17-3283, ECF No. 2553]**

Status: This matter is going forward.

Estimated Time Required: 60 minutes.

3. **Motion For Entry of Third Order Extending Time to Assume or Reject Unexpired Leases.** Notice of Motion and Motion for Entry of Third Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public Building Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4) **[Case No. 17-3283, ECF No. 2494]**

Description: Debtors' Motion for entry of third order extending time to assume or reject unexpired leases of nonresidential real property under which the Puerto Rico Public Building Authority is the lessor pursuant to Bankruptcy Code Section 365(d)(4).

Objection Deadline: Tuesday, February 20, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the QTCB Noteholder Group, and Tuesday, February 27, 2018 at 6:00 p.m. (Atlantic Standard Time) for the QTCB Noteholders Group.

Responses:
    A. Limited Objection of the PBA Funds to the Motion to Extend Time to Assume or Reject Unexpired Leases **[Case No. 17-3283, ECF No. 2557]**

6

    B.  Reservation of Rights of the QTCB Noteholder Group to Motion for Entry of Third Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4) **[Case No. 17-3283, ECF No. 2602]**

Reply, Joinder & Statement Deadlines: Friday, March 2, 2018 at Noon (Atlantic Standard Time)

Replies, Joinders & Statements:
    A.  Ambac Assurance Corporation's Joinder to the Limited Objection of the PBA Funds to the Motion to Extend Time to Assume or Reject Unexpired Leases **[Case No. 17-3283, ECF No. 2598]**

    B.  Statement of Official Committee of Unsecured Creditors in Response to Limited Objection of PBA Funds, Dated February 20, 2018, to Motion to Extend Time to Assume or Reject Unexpired Leases, Dated February 13, 2018 **[Case No. 17-3283, ECF No. 2605]**

    C.  Joinder of National Public Finance Guarantee Corporation to (I) Motion of PBA Funds for Payment of Rent and (II) Limited Objection of PBA Funds to Motion to Extend Time to Assume or Reject Unexpired Leases **[Case No. 17-3283, ECF No. 2646]**

    D.  Omnibus Reply of Financial Oversight and Management Board Pursuant to Bankruptcy Code Section 365(d)(4) to Responses to Motion for Entry of Third Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property with Puerto Rico Public Building Authority as Lessor **[Case No. 17-3283, ECF No. 2647]**

Related Documents:
    A.  Urgent Motion Seeking Extension of Deadlines to (I) Respond to Debtors' Third 365(d)(4) Extension Motion, and (II) Reply in Support of Debtors' Third 365(d)(4) Extension Motion **[Case No. 17-3283, ECF No. 2559]**

    B.  Order Extending Deadlines to (I) Respond to Debtors' Third 365(d)(4) Extension Motion, and (II) Reply in Support of Debtors' Third 365(d)(4) Extension Motion **[Case No. 17-3283, ECF No. 2560]**

    C.  Notice of Filing of Revised Proposed Order Granting Motion for Entry of a Third Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Under Which the Puerto Rico Public Building Authority is the Lessor Pursuant to Bankruptcy Code Section 365(d)(4) **[Case No. 17-3283, ECF No. 2571]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes.

4. **Unions' Employment Arbitration and Grievance Proceedings Motion.** Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2245]**

   Description: Motion by AFSCME and AFT with respect to the processing through resolution of employment arbitration and grievance proceedings.

   Objection Deadline: Tuesday, January 23, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors and AAFAF, February 23, 2018 for the Debtors and AAFAF.

   Responses:
   A. Response of the Commonwealth of Puerto Rico to the CBA Counterparties' Motion for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2585]**

   Reply, Joinder & Statement Deadlines: Tuesday, January 30, 2018 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Unions, March 2, 2018 at 12:00 p.m. (Atlantic Standard Time) for the Unions.

   Replies, Joinders & Statements:
   A. Joinder of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO, and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration And Grievance Proceedings **[Case No. 17-3283, ECF No. 2249]**

   B. Reply Memorandum of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) in Support of Motion for an Order to Permit the Processing through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2650]**

   C. Reply in Further Support of Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO for an Order to Permit the Processing through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2652]**

   Related Documents:
   A. Joint Informative Motion Regarding the Consensual Adjournment of the CBA Counterparties' Motion for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2315]**

   B. Joint Urgent Motion Seeking Extension of Deadlines to Respond and Reply in support to the CBA Counterparties' Motion for an Order to Permit the Processing

    through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2562]**

   C. Order Granting Joint Urgent Motion Seeking Extension of Deadlines to Respond and Reply in Support to the CBA Counterparties' Motion for an Order to Permit the Processing through Resolution of Employment Arbitration and Grievance Proceedings **[Case No. 17-3283, ECF No. 2564]**

Status: This matter is going forward.

Estimated Time Required: 20 minutes

5. **Commonwealth's Lease Assumption Motion.** Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 1881]**

Description: Motion by the Commonwealth to authorize the Commonwealth to assume that certain Assignment of Usufruct Agreement dated August 11, 2016 by and between Eduardo José Mandry Mercado and Lucía Casas Casal and the Puerto Rico Police Department.

Objection Deadline: Wednesday, December 6, 2017 at 4:00 p.m. (Atlantic Standard Time)

Responses:
   A. Motion in Opposition to Petition (Docket 1881) and in Response to Order (Docket 1885) **[Case No. 17-3283, ECF No. 1933]**

Reply, Joinder & Statement Deadlines: Tuesday, December 12, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Wednesday, December 13, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Commonwealth of Puerto Rico's Response to Opposition Filed by Javier Mandry Mercado to Motion for an Order Authorizing Assumption of Agreement with Eduardo Mandry Mercado And Lucía Casa Casal Pursuant to Bankruptcy Code Section 365 **[Case No. 17-3283, ECF No. 1991]**

   B. Commonwealth of Puerto Rico's Motion to Dismiss Objection filed by Javier Mandry Mercado to Motion for an Order Authorizing Assumption of Agreement with Eduardo Mandry Mercado and Lucía Casas Casal Pursuant to Bankruptcy Code Section 365 (Docket 1881) **[Case No. 17-3283, ECF No. 2601]**

Related Documents:
  A. Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case Management and Administrative Procedure **[Case No. 17-3283, ECF No. 1880]**
  B. Order Granting Urgent Motion for Extension of Deadlines in Connection with the Third Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 1885]**
  C. Reply to 'Response to Commonwealth of Puerto Rico's Response to Opposition filed by Javier Mandry Mercado to Motion for an Order Authorizing Assumption of Agreement with Eduardo Mandry Mercado and Lucia Casa Casal Pursuant to Bankruptcy Code Section [365]' **[Case No. 17-3283, ECF No. 2196]**
  D. Informative Motion Regarding the Consensual Adjournment of Commonwealth of Puerto Rico's Motion for an Order Authorizing Assumption of Agreement with Eduardo José Mandry Mercado and Lucía Casa Casal Pursuant to Bankruptcy Code Section 365 to the March 7, 2018 Omnibus Hearing **[Case No. 17-3283, ECF No. 2404]**

Status: This matter is going forward

Estimated Time Required: 20 minutes

IV. **ADJOURNED MATTERS:**

1. **Tamrio Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614]**

   Description: Tamrio's motion to compel HTA to assume or reject its contract.

   Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
     A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**
     B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

   Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply to Omnibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 862]**

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

Status: This matter has been adjourned until the April 25, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

2. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 627]**

Description: Constructora Santiago's motion to compel HTA to assume or reject its contract.

Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**

   B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 863]**

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

Status: This matter has been adjourned until the April 25, 2018 omnibus hearing.

Estimated Time Required: 5 minutes.

3. **Ferrovial SA Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 685]**

   Description: Ferrovial SA's motion to compel HTA to assume or reject its contract.

   Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**
   B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

   Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

   Replies, Joinders & Statements:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 866]**

   Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

   Status: This matter has been adjourned until the April 25, 2018 omnibus hearing.

   Estimated Time Required: 5 minutes.

4. **Ferrovial Agroman LLC Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 686]**

   Description: Ferrovial LLC's motion to compel HTA to assume or reject its contract.

   Objection Deadline: Friday, July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
   A. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

   Reply, Joinder & Statement Deadlines: Friday, August 4, 2017 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and

Saturday, August 5, 2017 at 4:00 p.m. (Atlantic Standard Time) for Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. Reply to Onmibus [sic] Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 865]**

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

Status:  This matter has been adjourned until the April 25, 2018 omnibus hearing.

Estimated Time Required:  5 minutes.

Dated: March 5, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/  Martin J. Bienenstock*
Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*