UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF Nos. 2591, 2630** |

**REVISED INFORMATIVE MOTION REGARDING
ATTENDANCE AT THE MARCH 7–8, 2018 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

    1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this revised informative motion in response to the Court's order entered on February 26, 2018 [ECF No. 2591], adding a matter (highlighted in bold) to be addressed in addition to those initially detailed in the informative motion filed on March 1, 2018 [ECF No. 2630].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Peter Friedman and Diana Perez of O'Melveny & Myers, LLP intend to appear in person in the San Juan courtroom and be heard at the March 7–8, 2018 omnibus hearing (the "March Omnibus Hearing") on behalf of AAFAF, to present the perspective of the Government of Puerto Rico on the following matters:

    a. *Joint Motion of American Federation of State, County and Municipal Employees, AFL-CIO and American Federation of Teachers, AFL-CIO, for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceedings* [Case No. 17-3283, ECF No. 2245].

    b. *First Interim Application of O'Melveny & Myers LLP For Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses As Counsel To The Puerto Rico Fiscal Agency And Financial Advisory Authority For The Period From May 21, 2017 Through September 30, 2017*

        i. Counsel to AAFAF [Case No. 17-3283, ECF No. 2062].

        ii. Counsel to AAFAF regarding COFINA [Case No. 17-3283, ECF No. 2063].

        iii. Counsel to AAFAF regarding ERS [Case No. 17-3283, ECF No. 2064].

        iv. Counsel to AAFAF regarding HTA [Case No. 17-3283, ECF No. 2065].

    c. **Motion Requesting Relief from Automatic Stay Filed by Mitsubishi Motors Sales of Caribbean, Inc.** [Case No. 17-3283, ECF No. 2600].

3. Counsel in San Juan, Mohammad Yassin, will make every effort to appear at the March Omnibus Hearing in the San Juan courtroom but does not seek to be heard.

Dated: March 5, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Mohammad S. Yassin* |
| John J. Rapisardi | Mohammad S. Yassin |
| Suzzanne Uhland | USDC-PR Bar No. 302909 |
| Peter Friedman | **PUERTO RICO FISCAL AGENCY AND** |
| Diana Perez | **FINANCIAL ADVISORY AUTHORITY** |
| (Admitted *Pro Hac Vice*) | Robert Sánchez Vilella (Minillas) |
| **O'MELVENY & MYERS LLP** | Government Center |
| 7 Times Square | De Diego Avenue, Stop 22 |
| New York, NY 10036 | San Juan, Puerto Rico 00907 |
| Tel: (212) 326-2000 | Tel: (787) 722-2525 |
| Fax: (212) 326-2061 | Fax: (787) 721-1443 |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Chief Legal and Regulatory Officer* |