# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO** | **PROMESA, Title III** |
| **AS REPRESENTATIVE OF** | Case No. 17-BK-3283 (LTS) |
| **THE COMMONWEALTH OF PUERTO RICO** | |
| **Debtor** | |

### MOTION SUBMIITING CERTIFIED TRANSLATIONS OF DOCUMENTS

**TO THE HONORABLE COURT:**

**COMES NOW**, Mitsubishi Motor Sales of Caribbean, Inc. ("MMSC"), by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. On February 13, 2018, MMSC filed a Motion Requesting Relief from the Automatic Stay and a Memorandum in support thereof (hereinafter, the "Stay Relief Motion"). With the Stay Relief Motion, MMSC included several documents as exhibits in Spanish language.

2. Due to the above-mentioned, on that same date, February 13, 2018, MMSC filed the document entitled "Motion Requesting Leave to File Documents in Spanish Language and Request for Term to File Certified Translations", in which it requested this Honorable Court to grant MMSC a twenty (20) day term to file certified translation of the documents it included as exhibits in Spanish language.

3. On February 14, 2018, this Honorable Court issue an "Order Scheduling Briefing of Motion Requesting Relief from Automatic Stay" ("Order") in which, among other things, it

granted MMSC until March 6, 2018, to file the corresponding certified translations of such documents.

4. In compliance with the above-mentioned, MMSC hereby includes certified translations of Exhibits A, B and C of its Stay Relief Motion.

**WHEREFORE**, MMSC respectfully requests this Honorable Court to take notice of all of the aforementioned and, consequently, determined that MMSC has complied with the Order by submitting the certified translations of Exhibits A, B and C of its Stay Relief Motion.

**RESPECTFULLY SUBMITTED.**

**WE HEREBY CERTIFY** that on his same date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined at ¶ II of the CMP Order, as amended on October 24, 2017 (Docket No. 1512 of Case No. 17-03283) "Third Amended Notice, Case Management and Administrative Procedures".

In San Juan, Puerto Rico, this 1st day of March 2018.

        **BELK & GROVAS LAW OFFICES**
        PO Box 194927
        San Juan, PR 00919-4927
        Tel. (787) 754-2424/Fax (787) 754-2454
        E-mail: belkgrovas@gmail.com

BY:   *S/James Belk-Arce*
       **JAMES BELK-ARCE**
       USDC-PR No. 130506

BY:   *S/Carlos J. Grovas-Porrata*
       **CARLOS J. GROVAS-PORRATA**
       USDC-PR No. 209714