**EXHIBIT B**

_____

[coat of arms of the Commonwealth of Puerto Rico Department of the Treasury]

**Commonwealth of Puerto Rico**
**Treasury Department**
**Internal Revenue Area**
**Consumption Tax Bureau**

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

## DENIAL OF EXCISE TAX REFUND

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Outlander | 2017 | JA4JZ4AX3HZ002887 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AXXHZ003101 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX9HZ003509 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX9HZ002828 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX8HZ003484 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX7HZ003444 | $634.19 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

[signed]
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

[signature]

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[coat of arms of the Commonwealth of Puerto Rico Department of the Treasury]

**Commonwealth of Puerto Rico**
**Treasury Department**
**Internal Revenue Area**
**Consumption Tax Bureau**

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2016 | JA4JZ4AX1GZ012660 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX0GZ000920 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX4GZ001522 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AXXGZ043838 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX0GZ016132 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX0GZ016292 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AX8GZ042753 | $668.23 |
| Mitsubishi | Outlander | 2016 | JA4JZ4AXXGZ012301 | $668.23 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

[signed]
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

[signature]

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| [coat of arms of the Commonwealth of Puerto Rico Department of the Treasury] | **Commonwealth of Puerto Rico**<br>**Treasury Department**<br>**Internal Revenue Area**<br>**Consumption Tax Bureau** |
|---|---|

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

### DENIAL OF EXCISE TAX REFUND

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU001242 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU001032 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU001051 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU001463 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU001480 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU000739 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU000753 | $15.59 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU001059 | $179.47 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU000918 | $179.47 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU001107 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU001439 | $120.77 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| [coat of arms of the Commonwealth of Puerto Rico Department of the Treasury] | **Commonwealth of Puerto Rico** **Treasury Department** **Internal Revenue Area** **Consumption Tax Bureau** |
|---|---|

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

### DENIAL OF EXCISE TAX REFUND

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ000915 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002734 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ001937 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ000727 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ003473 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ002932 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ000834 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ002481 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ003367 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ003211 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ002022 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ002976 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ003481 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ003217 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002782 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ001191 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ002315 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ003277 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ001335 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ000442 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ001793 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ002618 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002409 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002197 | $211.93 |

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

Ms. Nancy Díaz
November 29, 2016
Page 2

| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ002618 | $211.93 |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002409 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ002197 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ003086 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ001476 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ003072 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ001737 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ001137 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ001028 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ003074 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ002791 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ000441 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ001884 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ001308 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ001571 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ000570 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ003376 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ002242 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ000794 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU9HZ000823 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU7HZ001429 | $412.94 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ002827 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ000349 | $211.93 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ002512 | $211.93 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

[signed]
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| [coat of arms of the Commonwealth of Puerto Rico Department of the Treasury] | **Commonwealth of Puerto Rico**<br>**Treasury Department**<br>**Internal Revenue Area**<br>**Consumption Tax Bureau** |
|---|---|

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

### DENIAL OF EXCISE TAX REFUND

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH008862 | $181.09 |
| Mitsubishi | Mirage | 2017 | ML32A3HJ3HH009084 | $314.65 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

[signed]
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

[coat of arms of the Commonwealth of Puerto Rico Department of the Treasury]

**Commonwealth of Puerto Rico
Treasury Department
Internal Revenue Area
Consumption Tax Bureau**

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012530 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH011877 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012843 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012466 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012851 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012497 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012680 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012316 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH011675 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012424 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012423 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012854 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012826 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH012755 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012463 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012810 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH011681 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH011398 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012534 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012776 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH011677 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012567 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012856 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012808 | $25.61 |

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.



Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

Ms. Nancy Díaz
November 29, 2016
Page 2

| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012856 | $25.61 |
|---|---|---|---|---|
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012808 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012468 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012446 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012703 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH011885 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012644 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012702 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH011803 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH011887 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012533 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012315 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012838 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012640 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH011228 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012532 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012734 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012485 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH011861 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012382 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012459 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012573 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012781 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012513 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012520 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012811 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012432 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH011306 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012460 | $25.61 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

[signed]
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| [coat of arms of the Commonwealth of Puerto Rico Department of the Treasury] | **Commonwealth of Puerto Rico**<br>**Treasury Department**<br>**Internal Revenue Area**<br>**Consumption Tax Bureau** |
|---|---|

November 29, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid received on October 20, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ001631 | $19.64 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]