**EXHIBIT C**

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 3, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ002013 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ003000 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ002295 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ002604 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AUXHZ000849 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AUXHZ001287 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ001703 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU8HZ001031 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU8HZ001773 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ003194 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ003429 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ003483 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ003275 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ000730 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ001454 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ001582 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ003077 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU9HZ000485 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ000565 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU4HZ001169 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ002500 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU5HZ000449 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ001833 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ002191 | $108.37 |



[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.



Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU5HZ002797 | $108.37 |
|---|---|---|---|---|
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU7HZ002915 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ002398 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU6HZ002730 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ002845 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ002893 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ003291 | $108.37 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



CERTIFIED MAIL

7015 0640 0006 9356 5634

U.S. POSTAGE)) PITNEY BOWES

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 3, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ000257 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ000245 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ000851 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ000928 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ001687 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ002102 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ002607 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000418 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ001427 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001622 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002291 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ003076 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ003129 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000323 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ000918 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ001113 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001450 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ002462 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ002812 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ000992 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ001664 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001920 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ002034 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ002166 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ003298 | $77.48 |



[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000631 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000869 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ001047 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ001753 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ002220 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ000434 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ002265 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002386 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ003269 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ003533 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ001005 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ001091 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001240 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ001364 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001877 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ000524 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ000604 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ001224 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ001690 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000267 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000737 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ000741 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ001316 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ002748 | $77.48 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

CERTIFIED MAIL

7015 0640 0001 9356 5827

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 11, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012438 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012758 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012816 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012830 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH011535 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012394 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012456 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012511 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012730 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012458 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012814 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH011318 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ6HH012437 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012729 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012824 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ5HH012512 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012149 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012457 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012489 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012785 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012735 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012434 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH012819 | $25.61 |



[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012568 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012429 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012761 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH011856 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH011857 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012847 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012385 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH011794 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH011878 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012391 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012780 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012425 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012589 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012764 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012569 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012845 | $25.61 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



U.S. POSTAGE >> PITNEY BOWES

CERTIFIED MAIL

7015 0640 0006 9356 5889



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 29, 2016, for the following motor vehicles:



| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Lancer | 2017 | JA32U2FUXHU002456 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002574 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FUXHU002702 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002657 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002757 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002961 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002719 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002606 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU002583 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002431 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002530 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002527 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU002597 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002724 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002547 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002737 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FUXHU002487 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU8HU002701 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002590 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002590 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002687 | $46.31 |

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Lancer | 2017 | JA32U2FU4HU002582 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002514 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002638 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002720 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU0HU002515 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002464 | $23.99 |
| Mitsubishi | Lancer | 2017 | JA32U2FU7HU002544 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002443 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002628 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU6HU002485 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002674 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU1HU002541 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002704 | $120.77 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002416 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU3HU002718 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU2HU002645 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU5HU002493 | $46.31 |
| Mitsubishi | Lancer | 2017 | JA32U2FU9HU002660 | $46.31 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



CERTIFIED MAIL

7015 0640 0006 9356 5856

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 29, 2016, for the following motor vehicles:



| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ006421 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AUXHZ006473 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU3HZ006749 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU6HZ006891 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ007407 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU8HZ007959 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU4HZ007134 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU1HZ007611 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU2HZ007732 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP3AU0HZ007261 | $108.37 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ007223 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ007875 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ007440 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ007007 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ005422 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ005763 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU0HZ006021 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ006670 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ005812 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ006568 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ007787 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ007383 | $19.64 |

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ005084 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ006446 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU2HZ004755 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ006206 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU6HZ006329 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AUXHZ005961 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ004942 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU1HZ006139 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU8HZ007644 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU4HZ004739 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU5HZ007164 | $19.64 |
| Mitsubishi | Outlander Sport | 2017 | JA4AP4AU3HZ005591 | $19.64 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



U.S. POSTAGE, PAID, ZIP 0090...
ZIP 0090 $ DEC 30 2016

**CERTIFIED MAIL**

7015 0640 0006 9356 5757

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 29, 2016, for the following motor vehicles:

| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH012992 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH013105 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH013222 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012978 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH013312 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012871 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH013320 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012947 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012922 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJXHH012991 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH013315 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012899 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012875 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ1HH013317 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012981 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH013104 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012869 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH013232 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012931 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012883 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH013075 | $25.61 |



[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012900 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ3HH012993 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012498 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH012935 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ8HH012908 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH013229 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ0HH013342 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ7HH012849 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ4HH012937 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ9HH013226 | $25.61 |
| Mitsubishi | Mirage | 2017 | ML32A4HJ2HH012886 | $25.61 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



U.S. POSTAGE >> PITNEY BOWES

ZIP 00902
02 1W
0001388884 MAR 30 2218

CERTIFIED MAIL

7015 0140 0006 4356 5696

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED



[coat of arms of the Commonwealth of Puerto Rico Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on November 29, 2016, for the following motor vehicles:



| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ000260 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001524 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000348 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ001496 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ000279 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000558 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002081 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ000306 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ001292 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ002632 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ001531 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ001862 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ002981 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ002726 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ003615 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX1HZ004329 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX1HZ003939 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX9HZ002859 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX2HZ002881 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX3HZ003067 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AX2HZ008065 | $634.19 |
| Mitsubishi | Outlander | 2017 | JA4JZ4AXXHZ003728 | $634.19 |

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



CERTIFIED MAIL®

7015 0640 0006 9356 5902

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on December 2, 2016, for the following motor vehicles:



| Make | Model | Year | Serial Number | Amount Claimed |
|---|---|---|---|---|
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ000260 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ001524 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000348 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ001496 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ000279 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ000558 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ003865 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ005748 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ005877 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ006315 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ007024 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ007561 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A33HZ008009 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ007515 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ007308 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ008061 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A32HZ005411 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A30HZ006203 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A37HZ008093 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A31HZ008171 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ005368 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ006625 | $77.48 |

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ004143 | $77.48 |
|------------|-----------|------|-------------------|--------|
| Mitsubishi | Outlander | 2017 | JA4AD2A36HZ004262 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ006063 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A39HZ008113 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A35HZ008156 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ006141 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A38HZ008071 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A34HZ008102 | $77.48 |
| Mitsubishi | Outlander | 2017 | JA4AD2A3XHZ006094 | $77.48 |

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



U.S. POSTAGE ≫ PITNEY BOWES

CERTIFIED MAIL

7015 0640 0006 9356 5919



DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

[coat of arms of the
Commonwealth of Puerto Rico
Department of the Treasury]

Commonwealth of Puerto Rico
**Treasury Department**
Internal Revenue Area
Consumption Tax Bureau

December 12, 2016

Ms. Nancy Díaz
Accounting Manager
Mitsubishi Motors Sales of Caribbean, Inc.
Road 2 Km. 20.1 Candelaria Ward
Toa Baja, PR 00949

**DENIAL OF EXCISE TAX REFUND**

We have completed our evaluation of your claim for refund of excise taxes paid, received on December 2, 2016, for the following motor vehicles:



| Make | Model | Year | Serial Number | Amount Claimed |
|------|-------|------|---------------|----------------|
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ4HHF12923 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ3HHF13013 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ4HHF12985 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ6HHF12891 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ3HHF12959 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF13435 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF12964 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ1HHF13009 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJXHHF13509 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJXHHF13526 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJXHHF12909 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ9HHF12965 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ4HHF13005 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ2HHF13435 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ0HHF13485 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ2HHF12886 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF12897 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ6HHF13524 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ7HHF12981 | $26.22 |
| Mitsubishi | Mirage G4 | 2017 | ML32F3FJ2HHF12970 | $26.22 |

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]

Your request has been denied. The value declared at the time of introducing the vehicles does not reasonably reflect the Taxable Price in Puerto Rico, in accordance with Article 2011(c)(2)-1 of Regulation 7437 of December 14, 2007 and the corresponding Sections 3010.01(10) and (11) of the 2011 Puerto Rico Internal Revenue Code, as amended (the "Code").

However, if you do not agree with this decision, you may appeal before the Court of First Instance in the manner required by law within thirty (30) days following the date in which such notice was mailed, as established by Section 6025.01 of the Code.

*[signed]*
Myrna Y. Medina Massanet, Esq.
Director
Consumption Tax Bureau

[I hereby certify that I am fluent in both Spanish and English and
that this is a true and accurate translation to the best of my abilities.

Margot A. Acevedo Chabert
FCICE Certificate No. 06-001]



CERTIFIED MAIL

7015 0640 0006 9356 5872

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN PR 00902-4140

ELECTRONIC SERVICE REQUESTED

