UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

NOTICE TO COUNSEL AND MEMBERS OF THE PRESS
REGARDING INCLEMENT WEATHER AND THE MARCH 7, 2018 OMNIBUS HEARING

      Beginning on **March 7, 2018 at 9:30 a.m. (Atlantic Standard Time)**, the Court will conduct an omnibus hearing in the above-captioned cases (the "Hearing") in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.

      Due to the impending inclement weather in the New York area, the United States District Court for the Southern District of New York may be closed tomorrow.  If a determination is made that the court will be closed to the public due to inclement weather or other emergency situation, that information will be available by 6:00 a.m. (prevailing Eastern Standard Time tomorrow) as follows:

1. By recorded telephone message on the following information line:  212-805-0515

2. On the Court's website: www.nysd.uscourts.gov

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

In the event that the United States District Court for the Southern District of New York is closed tomorrow, attorneys who previously requested to appear from the New York location may register to participate "live" by telephone.  Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than March 7, 2018 at 7:30 a.m.** and pay the fee established by CourtSolutions.  Because of the unusual circumstances, members of the press who register with CourtSolutions by the above deadline will be granted permission to listen by telephone if the courthouse is closed.  Such members of the press must identify the name of the relevant publication or media outlet on the "client" field of the registration form.  No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

Dated:  March 6, 2018