UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Assured Guaranty Corp. and Assured Guaranty Municipal Corp.

Respectfully submitted.

At San Juan, Puerto Rico, March 6, 2018.

/s/Mariano A. Mier Romeu
Bar No. 217203
Casellas Alcover & Burgos, P.S.C.
PO Box 364924
San Juan, PR 00936-4924
Email: mmier@cabprlaw.com
Tel. (787) 756-1400
Fax (787) 756-1401

*Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

At San Juan, Puerto Rico, March 6, 2018.

/s/Mariano A. Mier Romeu
Bar No. 217203
Casellas Alcover & Burgos, P.S.C.
PO Box 364924
San Juan PR 00936-4924
Email: mmier@cabprlaw.com
Tel. (787) 756-1400
Fax (787) 756-1401