# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 9:30 AM (AST)
Started: 9:49 AM (AST)
Ended: 11:22 AM (AST)

Afternoon session:
Set: 12:30 PM (AST)
Started: 12:52 PM (AST)
Ended: 1:39 PM (AST)

**MINUTES OF PROCEEDINGS BEFORE**    DATE:  March 7, 2018
**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**
U.S. MAGISTRATE JUDGE JUDITH G. DEIN
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**Omnibus Hearing held.**

- Status Report from the Oversight Board.

**Fee Applications:**

1. Fee Examiner's Initial Report [Case No. 17-3283, ECF No. 2645].
    - Granted. Order to be issued.

**Contested Matters:**

1. Mitsubishi's Relief from Stay Motion. [Case No. 17-3283, ECF No. 2488]
    a. Parties informed that they have reached a stipulation. Order terminating the motion will be entered.

Omnibus Hearing
March 7, 2018

2. Motion of the PBA Funds for Payment of Rent. [Case No. 17-3283, ECF No. 2501]
    a. Parties reached an agreement. Order to be issued.
3. Motion For Entry of Third Order Extending Time to Assume or Reject Unexpired Leases. [Case No. 17-3283, ECF No. 2494]
    a. Parties reached an agreement. Order to be issued.
4. Unions' Employment Arbitration and Grievance Proceedings Motion. [Case No. 17-3283, ECF No. 2245]
    a. Certain parties reached a stipulation. Order to be issued.
5. Commonwealth's Lease Assumption Motion. [Case No. 17-3283, ECF No. 1881]
    a. Javier Mandry heard via CourtSolutions.
    b. Objection overruled. Opponent's other requests denied.
    c. Commonwealth's motion granted. Order to be issued.

**Adjourned Matters:**

1. Tamrio Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 614].
2. Constructora Santiago II, Corp. Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 627].
3. Ferrovial SA Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 685].
4. Ferrovial Agroman LLC Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 686].
5. First interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

|   | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | Andrew Wolfe (Independent Contractor to FOMB) | 2259 | 8/1/17 – 9/30/17 |
| 2. | Ankura Consulting Group, LLC (Financial Advisors to Commonwealth) | 2148 | 6/1/17 – 9/30/17 |
| 3. | Ankura Consulting Group, LLC (Financial Advisors to | 2142 | 7/2/17 – 9/30/17 |

Omnibus Hearing
March 7, 2018

|  | Applicant | Docket No. | Period |
|---|---|---|---|
|  | PREPA) |  |  |
| 4. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |
| 5. | O'Neill & Borges LLC (Attorneys to FOMB) | 2075 | 5/3/17 – 9/30/17 |
| 6. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2043 | 5/5/17 – 9/30/17 |
| 7. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2045 | 5/21/17 – 9/30/17 |
| 8. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2053 | 7/2/17 – 9/30/17 |
| 9. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2066 | 5/21/17 – 9/30/17 |
| 10. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2068 | 5/3/17 – 9/30/17 |

s/Carmen Tacoronte

Carmen Tacoronte
Courtroom Deputy Clerk