# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## **SUPPLELEMTAL CERTIFICATE OF SERVICE**

    I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On March 2, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Emily Krasinski Colon [MMLID 646733], PMB 236, HC-01, Box 29030, Caguas, PR, 00725-8900:

- Notice of Commencement of Cases Under Title III of PROMESA, Entry of Order for Relief and Related Matters, a copy of which is attached hereto as **Exhibit A**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: March 7, 2018

_____
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 7, 2018, by Asir U. Ashraf, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Liz Santodmgo_

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

SRF 22875

2

**Exhibit A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF COMMENCEMENT OF CASES UNDER TITLE III OF PROMESA, ENTRY OF ORDER FOR RELIEF AND RELATED MATTERS

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Commencement of Title III Cases and Orders for Relief**

On May 3, 2017 (the "Commonwealth's Petition Date"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] filed a petition (the "Commonwealth's Petition") with the United States District Court for the District of Puerto Rico (the "Court") under title III of PROMESA.

On May 5, 2017, the Puerto Rico Sales Tax Financing Corporation ("COFINA," and together with the Commonwealth, the "Debtors"), by and through the Oversight Board, as COFINA's representative pursuant to PROMESA section 315(b), filed a petition ("COFINA's

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

Petition," and together with the Commonwealth's Petition, the "Petitions") with the Court under title III or PROMESA. The filings of the Petitions constitute orders for relief under title III of PROMESA.

On May 9, 2017, the Debtors filed a motion seeking the joint administration of the title III cases (the "Title III Cases"), for procedural purposes only, pursuant to PROMESA section 304(g) and Bankruptcy Rule 1015, made applicable to these Title III Cases by PROMESA section 310.

These Title III Cases are pending before the Honorable Laura Taylor Swain, United States District Judge.

**General Case Information**

All documents filed in the above-captioned Title III Cases are available free of charge by accessing the website maintained by Prime Clerk LLC (the "Claims and Noticing Agent") at https://cases.primeclerk.com/puertorico (the "Case Website") or by contacting the proposed Claims and Noticing Agent directly at (844)-822-9231 (toll free for U.S. and Puerto Rico) or (646)-486-7944 (for international callers). You may also obtain copies of any documents by visiting the Court's website at www.prd.uscourts.gov in accordance with the procedures and fees set forth therein.

**Purpose of the Title III Cases**

Title III of PROMESA provides a means for a covered territory (such as the Commonwealth) or a covered instrumentality (such as COFINA) that has encountered financial difficulty to work with its creditors to adjust its debts. To that end, certain sections of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (hereinafter, the "Bankruptcy Code") are incorporated in and made applicable to cases under title III of PROMESA.

2

During these Title III Cases, the Debtors will remain in possession and control of its property, and will continue to maintain its functions and provide services for the benefit of the citizens of Puerto Rico. Under PROMESA, however, the Oversight Board is the representative of the Debtors (as debtors in these Title III Cases) and may take any action necessary on behalf of the Debtors to prosecute these Title III Cases. Under PROMESA, only the Oversight Board may file a plan of adjustment for the Debtors. In that regard, the Oversight Board (as representative of the Debtors) intends to propose a plan for the adjustment of the Debtors' debts. Future notice concerning any such plan will be provided pursuant to the form and manner of notice ordered by the Court. The Title III filings for the Debtors should not preclude efforts to continue voluntary debt restructuring negotiations and to seek consensual agreements with creditors.

Background information regarding the Commonwealth and its instrumentalities, and the commencement of these Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [D.I. 1], attached to the Commonwealth's Petition, which is available, free of charge, by accessing the Case Website.

**Automatic Stay**

Pursuant to Bankruptcy Code sections 362 and 922, which are made applicable in these Title III Cases, the filing of the Debtors' Petitions operates as an automatic stay of actions against the Debtors, including, among other things: the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors or against an officer or inhabitant of the Debtors that was or could have been commenced before the commencement of these Title III Cases, or to recover a claim against the Debtors or against an officer or inhabitant of the Debtors that arose before the commencement of the Title III Cases.

**Motion to Limit Notice**

The Debtors also requested the Court to enter an order limiting notice of filings in the Debtors' Title III Cases to certain creditors and interested parties. If you wish to receive notices in these Title III Cases, you are encouraged to file with the Clerk of Court a written request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b), which are applicable in these Title III Cases. The request should include the following: (a) the requesting party's name, address, and telephone number; (b) the name and address of the requesting party's counsel, if any; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery, and/or overnight delivery; (e) a facsimile number for the requesting party, if applicable; and (f) the requesting party's relationship to the Debtors' case (*e.g.*, trade creditor, interested party, etc.).

**Inquiries**

Inquiries about the matters described herein may be directed to: (a) the Claims and Noticing Agent, at the contact information listed above, (b) the Oversight Board's counsel, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Attn: Martin J. Bienenstock, Esq., Paul V. Possinger, Esq., Ehud Barak, Esq., and Maja Zerjal, Esq.), or (c) counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., and Peter Friedman, Esq.).

---

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international), email PuertoRicoInfo@PrimeClerk.com, or visit https://cases.primeclerk.com/PuertoRico

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| In re:<br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br>    Como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO, *et al.*<br>    Deudores.[1] | PROMESA<br>Título III<br>No. 17-3823-LTS<br>(Administración Conjunta) |

**NOTIFICACIÓN DE COMIENZO DE PROCESOS BAJO EL TÍTULO III
DE PROMESA, EMISIÓN DE ORDEN CONCEDIENDO REMEDIOS Y OTROS
ASUNTOS RELACIONADOS**

**A TODOS LOS ACREEDROES DE LOS DEUDORES, Y OTRAS PARTES INTERESADAS, FAVOR TOMAR NOTA DE LO SIGUIENTE:**

**Comienzo de Procesos bajo el Título III y Orden de Remedios**

El 3 de mayo de 2017 (la "Fecha de la Petición del Estado Libre Asociado"), el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado"), por y a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado a tenor con el artículo 315 de la Ley de Supervisión, Manejo y Estabilidad Económica de Puerto Rico (*Puerto Rico Oversight, Management, and Economic Stability Act)* ("PROMESA"),[2] presentó una petición (la "Petición del Estado Libre

---

[1] Los Deudores en estos casos bajo el Título III, junto con el número del caso de quiebra y los últimos cuatro dígitos de su identificación contributiva federal, según aplique, correspondiente a cada Deudor, son: (i) Estado Libre Asociado de Puerto Rico (Caso de Quiebra No. 17 BK 3283-LTS) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 3481); and (ii) y la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17 BK 3284) (Últimos Cuatro Dígitos de su ID Contributiva Federal: 8474).

[2] PROMESA ha sido codificada bajo 48 U.S.C. §§ 2101-2241.

Asociado") bajo el título III de PROMESA (el "Caso de Titulo III") ante el Tribunal de Distrito Federal para el Distrito de Puerto Rico (el "Tribunal").

El 5 de mayo de 2017, la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA", y conjuntamente con el Estado Libre Asociado, los "Deudores"), por y a través de la Junta de Supervisión, como representante de COFINA a tenor con el artículo 315(b) de PROMESA, presentó ante el Tribunal una petición (la "Petición de COFINA", y conjuntamente con la Petición del Estado Libre Asociado, la "Peticiones") bajo el título III de PROMESA.

El 9 de mayo de 2017, los Deudores presentaron una moción solicitando la administración conjunta de los casos bajo el título III (los "Casos Título III"), para propósitos procesales solamente, a tenor con la sección 304(g) de PROMESA y la Regla 1010 de las Reglas de Procedimiento de Quiebras (*Bankruptcy Rules*), extensiva a estos Casos Título III bajo la sección 310 de PROMESA.

Estos Casos Título III penden ante la Honorable Laura Taylor Swain, Juez de Distrito de los Estados Unidos.

**Información General del Caso**

Todos los documentos radicados en los Casos Título III de epígrafe están disponibles sin costo alguno accediendo a la página web de Prime Clerk LLC (el "Agente de Reclamaciones y Notificaciones") a través del siguiente enlace: https://cases.primeclerk.com/puertorico, (la "Página Web del Caso") o contactando directamente al propuesto Agente de Reclamaciones y Notificaciones al (844)-822-9231 (llamadas gratuitas para EE.UU. y Puerto Rico) o (646)-486-7944 (llamadas internacionales). Además, se pueden obtener copias de los documentos a través de la página web del Tribunal, www.prd.uscourts.gov, sujeto a los requisitos y tarifas que allí se desglosan.

**Propósito del Caso de Título III**

El Título III de PROMESA provee un mecanismo que le permite a un territorio cubierto por la ley (como lo es el Estado Libre Asociado) o una instrumentalidad cubierta (como COFINA) que enfrenta dificultades financieras trabajar con sus acreedores para ajustar sus deudas. Con este

2

fin, ciertas disposiciones del Código de Quiebras de los Estados Unidos, 11 U.S.C. § 101 *et seq.* (en adelante, el "Código de Quiebras") se han incorporado y son aplicables a los casos radicados bajo el título III de PROMESA.

Durante estos Casos Título III, los Deudores mantendrán posesión y control de su propiedad, y continuarán manteniendo sus funciones y proveyendo servicios para el beneficio de los ciudadanos de Puerto Rico. Sin embargo, bajo PROMESA, la Junta de Supervisión será la representante de los Deudores (como deudores en los Casos Título III) y podrá tomar cualquier acción necesaria en representación de los Deudores para ejercer sus funciones en estos Casos Título III. Bajo las disposiciones de PROMESA, únicamente la Junta de Supervisión puede presentar planes de ajuste de deuda para los Deudores. La Junta de Supervisión (como representante de los Deudores) planifica proponer un plan de ajuste de las deudas delos Deudores. Cualquier notificación futura respecto al plan mencionado será provista en la forma y manera de notificación que sea ordenada por el Tribunal. Las radicaciones de los Casos Título III a nombre de los Deudores no deben impedir los esfuerzos de continuar negociaciones voluntarias para la reestructuración de deuda y el llegar a un acuerdo consensual con los acreedores.

La información de trasfondo relacionada con el Estado Libre Asociado y sus instrumentalidades, y con la radicación de estos Casos Título III se encuentra en la Notificación de la Declaración de la Junta de Supervisión en Relación con la Petición bajo el Título III de PROMESA (*Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition*) [D.I. 1], anejada a la Petición del Estado Libre Asociado, la cual está disponible, sin costo alguno, accediendo a la Página Web del Caso.

**La Paralización Automática**

De conformidad con las secciones 362 y 922 del Código de Quiebras, las cuales son aplicables a los Casos Título III, la radicación de las Peticiones de los Deudores opera como una paralización automática que impide acciones en contra de los Deudores, incluyendo, entre otras cosas: el comienzo o la continuación de cualquier acción o proceso judicial, administrativo o de otra índole que fue o pudo haber sido interpuesto en contra de los Deudores, de sus oficiales o

3

habitantes de los Deudores que fue o pudo haberse iniciado antes del comienzo de los Caso Título III, o para ejercer cualquier reclamo en contra de los Deudores, sus oficiales o habitantes cuyo derecho surgió antes de que se iniciara el Caso de Título III.

**Moción Solicitando Limitar Notificaciones**

Los Deudores también han solicitado al Tribunal que emita una orden limitando las notificaciones de los escritos radicados en los Casos Título III de los Deudores a ciertos acreedores y partes interesadas. Si a usted le interesa recibir las notificaciones que se emitirán en los Casos Título III, se le exhorta radicar ante el Secretario(a) del Tribunal una solicitud de notificación de documentos conforme a los términos establecidos en las Reglas de Procedimiento de Quiebras 2002 y 9010(b), aplicables a estos Casos Título III. La solicitud debe incluir lo siguiente: (a) el nombre, dirección y número de teléfono del peticionario; (b) el nombre y dirección de los abogados del peticionario, de ser aplicable; (c) el correo electrónico donde el peticionario puede recibir notificaciones; (d) una dirección donde el peticionario pueda ser notificado mediante correo de los EE.UU., entregado en sus manos y/o por correo expreso; (e) un número de facsímil para el peticionario, de ser aplicable; y (f) una descripción de la relación del peticionario con los Casos Título III de los Deudores (*e.g.*, acreedor, parte interesada, etc.).

**Consultas**

Cualquier consulta sobre los asuntos aquí descritos podrá dirigirse a: (a) el Agente de Reclamaciones y Notificaciones, usando la información de contactos provista anteriormente, (b) los abogados de la Junta de Supervisión, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, (212) 969-3000 (Atención a: Lcdo. Martin J. Bienenstock, Lcdo. Paul V. Possinger, Lcdo. Ehud Barak, y Lcda. Maja Zerjal), o (c) a los abogados para la Agencia Fiscal y Autoridad de Asesoría Financiera de Puerto, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, (212) 326-2000 (Atención a: Lcdo. John J. Rapisardi, Lcda. Suzzanne Uhland, y Lcdo. Peter Friedman).

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com / Puerto Rico