UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO, *et al.*,
    Debtors.[1]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,
    as representative of
THE COMMONWEALTH OF PUERTO RICO,
    Debtor.

PROMESA
Title III
No. 17 BK 3283-LTS

**This filing relates only to the Commonwealth and shall only be filed in the lead Case No. 17 BK 3283-LTS.**

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, pursuant to the Third Amended Case Management Procedures, I caused a true and correct copy of the *Reply Memorandum of Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) in Support of Motion for an Order to Permit the Processing Through Resolution of Employment Arbitration and Grievance Proceeding*, Docket No. 2650, to be served in the following manner:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- A true and correct copy by e-mail on the parties listed on Exhibit A;

- A true and correct copy by first class mail on the parties listed on Exhibit B;

- Two courtesy copies by overnight mail to the Chambers of the Honorable United States District Court Judge Laura T. Swain at 500 Pearl St., Suite No. 3212, New York, NY 10007-1312.

Dated: March 8, 2018

                                                Respectfully submitted,


                                                /s/ Hiram M. Arnaud
                                                Hiram M. Arnaud

**EXHIBIT A**

epo@amgprlaw.com
larroyo@amgprlaw.com
acasellas@amgprlaw.com
loliver@amgprlaw.com
asantiago@amgprlaw.com
smalave@amgprlaw.com
kstipec@amgprlaw.com
pjime@icepr.com
smalave@amgprlaw.com
kstipec@amgprlaw.com
pjime@icepr.com
pjime@lawfirm-pr.com
epo@amgprlaw.com
daniel.bustos@excelerateenergy.com
alexandra.bigas@gmail.com
jrivlin@afscme.org
tpaterson@afscme.org
mblumin@afscme.org
andreslopecordova@gmail.com
acordova@juris.inter.edu
Angelica.Toro@popular.com
Jramirez@amrclaw.com
Kellyrivero@hotmail.com
mrios@arroyorioslaw.com
jfigueroa@arroyorioslaw.com
Marieli.Paradizo@ponce.pr.gov
xavier.carol@abertis.com
xavier.carol@abertis.com
julian.fernandez@metropistas.com
julian.fernandez@metropistas.com
rbonilla@bspr.com
david.powlen@btlaw.com
kevin.collins@btlaw.com
belkgrovas@gmail.com
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
ajb@bennazar.org
bgm.csp@bennazar.org
hector.mayol@bennazar.org
francisco.delcastillo@bennazar.org
kurt.mayr@bracewell.com
daniel.connolly@bracewell.com
david.lawton@bracewell.com
schristianson@buchalter.com
vbantnerpeo@buchalter.com
colonyasmin@hotmail.com
remmanuelli@me.com
jessica@bufete-emmanuelli.com
chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
jason.callen@butlersnow.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
stan.ladner@butlersnow.com
condecarmen@condelaw.com
ls.valle@condelaw.com
daniel.elkort@patternenergy.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
nathan.bull@cwt.com
mark.ellenberg@cwt.com
Adiaz@cnrd.com
Kbolanos@cnrd.com
avalencia@cnrd.com
jf@cardonalaw.com
delapena.sylvia@gmail.com
calsina@prquiebra.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com
jcasillas@cstlawpr.com
aaneses@cstlawpr.com
ltorres@cstlawpr.com
AAneses@cstlawpr.com
ccuprill@cuprill.com
rnies@csglaw.com
gspadoro@csglaw.com

3

mlepelstat@csglaw.com
mcaruso@csglaw.com
eduardo@cobianroig.com
harnaud@cwsny.com
pdechiara@cwsny.com
Harnaud@cwsny.com
jlopez@constructorasantiago.com
bmd@bmdcounselors.com
bmd@bmdcounselors.com
ra@calopsc.com
scriado@calopsc.com
dmolinalaw@gmail.com
davidcarrionb@aol.com
wssbankruptcy@gmail.com
mcto@debevoise.com
cabruens@debevoise.com
eworenklein@debevoise.com
allan.brilliant@dechert.com
robert.jossen@dechert.com
andrew.harmeyer@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
afernandez@delgadofernandez.com
wburgos@justicia.pr.gov
rcastellanos@devconlaw.com
diazsotolaw@gmail.com
jose.sosa@dlapiper.com
richard.chesley@dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com
mark.gallagher@usdoj.gov
agestrella@estrellallc.com
phammer@estrellallc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
robert.schnell@faegrebd.com
pjime@icepr.com
jfeldesman@FTLF.com
jcc@fclawpr.com
vperez@globalinsagency.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
n.tantuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
auetz@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
fernando@cszlawpr.com
juans@prtc.net
wmq@wmarrerolaw.com
tolson@gibsondunn.com
mmcgill@gibsondunn.com
hwalker@gibsondunn.com
lshelfer@gibsondunn.com
jchristiansen@gibsondunn.com
dg@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com
Jnieves@gonzalezmunozlaw.com
Mitchelln@gtlaw.com
Clearyd@gtlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
beth@hbsslaw.com
steve@hbsslaw.com
hernandezrodriguezlaw@gmail.com
robin.keller@hoganlovells.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
mvega@senado.pr.gov
claudia.quinones@indianowilliams.com
david.indiano@indianowilliams.com
leticia.casalduc@indianowilliams.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Thomas.M.Rath@irscounsel.treas.gov
janebeckerwhitaker@gmail.com
glenncarljameslawoffices@gmail.com
mroot@jenner.com
csteege@jenner.com
rgordon@jenner.com

4

rlevin@jenner.com
rrivera@jgl.com
apico@jgl.com
bbennett@jonesday.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com
javrua@gmail.com
juan@jahrlaw.com
jsoto@jbsblaw.com
lourdes@riverafont.com
juan@riverafont.com
ileanaortix@outlook.com
dkaron@karonllc.com
Kdavid@kasowitz.com
Dfliman@kasowitz.com
Isasson@kasowitz.com
kklee@ktbslaw.com
dbussel@ktbslaw.com
jweiss@ktbslaw.com
aperez@kpmg.com
Lnegron@kpmg.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
pbentley@kramerlevin.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com
ghorowitz@kramerlevin.com
agraitfe@agraitlawpr.com
pola@frankpolajr.com
andres@awllaw.com
gls@lopezsolerlaw.com
jemudd@yahoo.com
craigmcc@me.com
rrodriguez@juris.inter.edu
suarezcobo@gmail.com
dvelawoffices@gmail.com
dvelawoffices@gmail.com
thomas.hommel@lehmanholdings.com
pamela.simons@lehmanholdings.com

abhishek.kalra@lehmanholdings.com
lemuel.law@gmail.com
Alexandra.verdiales@libertypr.com
alinares2020@yahoo.com
alavergne@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
mvazquez@lsplawpr.com
wlugo@lugomender.com
lawlugo1@gmail.com
mmercado@mercado-echegaray-law.com
margaritalmercado@gmail.com
mevicens@yahoo.com
mevicens@yahoo.com
mfvelezquiebras@gmail.com
mfvelezquiebras@gmail.com
Clark.whitmore@maslon.com
Brian.klein@maslon.com
Jason.reed@maslon.com
Ana.chilingarishvili@maslon.com
maxtruj@gmail.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
harlawpr@gmail.com
wsmith@mwe.com
jkapp@mwe.com
mthibert-ind@mwe.com
ksheehan@mwe.com
serrano.urdaz.law@hotmail.com
serrano.urdaz.law@hotmail.com
ddunne@milbank.com
aleblanc@milbank.com
amiller@milbank.com
gmainland@milbank.com
dmonserrate@msglawpr.com
rlozada@msglawpr.com
fgierbolini@msglawpr.com
msimonet@msglawpr.com
rschell@msglawpr.com
ramon.dapena@mbcdlaw.com

victor.quinones@mbcdlaw.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
JPeck@mofo.com
GLee@mofo.com
jbrugue@mbbclawyers.com
navarro@navarrolawpr.com
man@nblawpr.com
hermann.bauer@oneillborges.com
daniel.perez@oneillborges.com
ubaldo.fernandez@oneillborges.com
Carla.garcia@oneillborges.com
ldelacruz@oeg.pr.gov
nrivera@oeg.pr.gov
lawrog@gmail.com
emckeen@omm.com
apavel@omm.com
jrapisardi@omm.com
suhland@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
roppenheimer@omm.com
mpocha@omm.com
pfriedman@omm.com
ofernandez@oflawoffice.com
orlando1701@gmail.com
gonzalezbadillo@gmail.com
Otero_and_assoc@hotmail.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
leslieplaskon@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com
arosenberg@paulweiss.com
gpavia@pavialazaro.com
gerardopavialaw@msn.com
peajeinfo@dechert.com
pevarfon@gmail.com
luis.vazquez@peerlessoil.com
adtoro@pico-blanco.com
oramos@pmalaw.com
mtrelles@pmalaw.com

puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
mzerjal@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
cfebus@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
JLevitan@proskauer.com
JZajac@proskauer.com
BRosen@proskauer.com
wdalsen@proskauer.com
MHackett@proskauer.com
sweise@proskauer.com
prodriguez@prvlaw.com
penagaricanobrownusdc@gmail.com
tnegron@energia.pr.gov
afigueroa@energia.pr.gov
Gerardo.Portela@aafaf.pr.gov
Mohammad.Yassin@aafaf.pr.gov
fsilva@claropr.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
brantkuehn@quinnemanuel.com
darrengoldman@quinnemanuel.com
erb@rodriguezbinetlaw.com
cgray@reedsmith.com
dschlecker@reedsmith.com
eschaffer@reedsmith.com
lsizemore@reedsmith.com
kgwynne@reedsmith.com
cspringer@reedsmith.com
asoven@reedsmith.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
riverac@reichardescalera.com

pabong@reichardescalera.com
zsoto@reichardescalera.com
mpico@rexachpico.com
prcr@mcvpr.com
filippetti_r@hotmail.com
castilloricardo977@gmail.com
ortizcolonricardo@gmail.com
rortiz@rloclaw.onmicrosoft.com
victorriverarios@rcrtrblaw.com
etulla@riveratulla.com
icabrera@riveratulla.com
lrobbins@robbinsrussell.com
mstancil@robbinsrussell.com
gorseck@robbinsrussell.com
kzecca@robbinsrussell.com
alavinbuk@robbinsrussell.com
dburke@robbinsrussell.com
lpettit@robbinsrussell.com
jbolian@robbinsrussell.com
estudiolegalrivera2@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
manuel@rodriguezbanchs.com
rosasegui@yahoo.com
mrm@rmlawpr.com
Douglas.Hallward-Driemeier@ropesgray.com
Keith.Wofford@ropesgray.com
Daniel.Egan@ropesgray.com
r.miranda@rmirandalex.net
rprats@rpplaw.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
jsalichs@splawpr.com
etejeda@splawpr.com
fserra@sampr.com
jvannah@santandersecurities.com
santilawoffice@yahoo.com
slevine@saul.com
dpatel@saul.com
Roy.purcell@scotiabank.com
Rgf@mcvpr.com
secbankruptcy@sec.gov
NYROBankruptcy@sec.gov
bankruptcynoticeschr@sec.gov
epo@amgprlaw.com

adeliz@smlawpr.com
jsantos@smlawpr.com
anunez@smlawpr.com
emaldonado@smlawpr.com
acouret@smlawpr.com
FSosnick@Shearman.com
Kelly.McDonald@Shearman.com
jbgoplerud@sagwlaw.net
ahowie@sagwlaw.net
squsba@stblaw.com
bfriedman@stblaw.com
nbaker@stblaw.com
edward.linden@stblaw.com
Jay.goffman@skadden.com
mark.mcdermott@skadden.com
pglassman@sycr.com
cmechling@stroock.com
smillman@stroock.com
khansen@stroock.com
jcanfield@stroock.com
nmanne@susmangodfrey.com
mkelso@susmangodfrey.com
jlopez@constructorasantiago.com
Saultoledo22@yahoo.com
andres@awllaw.com
Mfb@tcmrslaw.com
Lft@tcmrslaw.com
nperez@tcmrslaw.com
jvankirk@tcmrslaw.com
Cesar.a.lopez-morales@usdoj.gov
Jean.lin@usdoj.gov
Thomas.g.ward@usdoj.gov
velez.hector@epa.gov
mark.gallagher@usdoj.gov
wardlow.w.benson@usdoj.gov
USTP.Region21@usdoj.gov
hvaldes@v-olaw.com
ramonvinas@vinasllc.com
Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
Bbolin@wlrk.com
KBGoldberg@wlrk.com
AKHerring@wlrk.com
marcia.goldstein@weil.com
kelly.diblasi@weil.com

Case:17-03283-LTS Doc#:2694 Filed:03/08/18 Entered:03/08/18 11:26:04 Desc: Main
Document Page 8 of 12

gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
gkurtz@whitecase.com
jcunningham@whitecase.com
jzakia@whitecase.com
csloane@whitecase.com
wssbankruptcy@gmail.com
mfeldman@willkie.com
jminias@willkie.com
mseidel@willkie.com
jdugan@willkie.com
jkorn@willkie.com
tmundiya@willkie.com
pshalhoub@willkie.com
ayanez@willkie.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
jdorsey@ycst.com

Case:17-03283-LTS Doc#:2694 Filed:03/08/18 Entered:03/08/18 11:26:04 Desc: Main
Document Page 9 of 12

## EXHIBIT B

Bennazar, García & Milián, C.S.P.
Attn: A.J. Bennazar-Zequeira
Edificio Union Plaza PH-A Piso 18
Avenida Ponce de León #416
Hato Rey, San Juan, PR 00918

Casillas, Santiago & Torres, LLC
Attn: Juan J. Casillas Ayala, Esq., et al.
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901-2419

Greenberg Traurig, LLP
Attn: Nancy Mitchell, David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes
200 Park Avenue
New York, NY 10016

Jenner & Block, LLP
Attn: Robert Gordon & Richard Levin
919 Third Ave
New York, NY 10022-3908

O'Melveny & Myers, LLP
Attn: John J. Rapisardi, Esq.
7 Times Square
New York, NY 10036

Cancio, Nadal, Rivera & Diaz, PSC
Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Angel J. Valencia
P.O. Box 364966
San Juan, PR 00936-4966

Constructora Santiago II, Corp.
Attn: Eng. José López
PO Box 364925
San Juan, PR 00936-4925

Jenner & Block, LLP
Attn: Melissa Root & Catherine Steege
353 N. Clark Street
Chicago, IL 60654

O'Neill & Borges, LLC
Attn: Hermann Bauer, Esq., et al.
American International Plaza
250 Munoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Paul Hastings, LLP
Attn: Luc A. Despins, Esq.
200 Park Avenue
New York, NY 10166

Proskauer Rose, LLP
Attn: Martin J. Bienenstock
Eleven Times Square
New York, NY 10036

US Trustee for the District of Puerto Rico
Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Daniel M. McDermott
Edificio Ochoa
500 Tanca Street Suite 301
San Juan, PR 00901-1922

AmeriCorps
Attn: Kim Mansaray
1201 New York Ave., NW
Washington, DC 20525

APRUM
Apartado Postal 2227
Mayagüez, PR 00681

Departamento de Justicia de Puerto Rico
Apartado 9020192
San Juan, PR 00902-0192

Puerto Rico Fiscal Agency and Financial Advisory Authority
Attn: Gerardo J. Portela & Franco Mohammad Yassin, Esq.
Roberto Sánchez Vilella Government Center
De Diego Ave. Stop 22
San Juan, PR 00907

Case:17-03283-LTS Doc#:2694 Filed:03/08/18 Entered:03/08/18 11:26:04 Desc: Main
Document Page 10 of 12

A&S Legal Studio, PSC
Attn: Legal Department
434 Avenida Hostos
San Juan, PR 00918

Antilles Power Depot, Inc.
Attn: Raymond Texidor
PO Box 810190
Carolina, PR 00981-0190

Del Valle Group, SP
Attn. Humberto Reynolds, President, Del Valle Group, S.P.,
PO Box 2319
Toa Baja, PR 00951-2319

Department of Defense (DOD)
Attn: Jim Mattis
1400 Defense Pentagon
Washington, DC 20301-1400

Department of Energy (DOE)
Attn: Rick Perry
1000 Independence Ave., SW
Washington, DC 20585

Dept. of Housing and Urban Development
Attn: Ben Carson
451 7th Street., SW
Washington, DC 20410

Department of the Interior (DOI)
Attn: Ryan Zinke
1849 C St., NW
Washington, DC 20240

Department of Veterans Affairs (VA)
Attn: David J Shulkin
810 Vermont Ave., NW
Washington, DC 20420

Federal Communications Commission
Attn: Ajit Pai
445 12th St., SW
Washington, DC 20554

Federal Emergency Management Agency
Attn: Bob Fenton
500 C St., SW
Washington, DC 20472

Integrand Assurance Company
PO Box 70128
San Juan, PR 00936-8128

Jaime Rodríguez Avilés
P.O. Box 347
Yauco, PR 00698

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero
PO Box 190095
San Juan, PR 00919-0095

Puerto Rico Electric Power Authority
Attention: Office Of The General Counsel
P.O. Box 364267
San Juan, PR 00936-4267

Quinones Vargas Law Offices
Attn: Damaris Quiñones Vargas, Esq.
Calle Rafael Cordero 154
Edificio González Padín, Oficina 506
San Juan, PR 00901

Small Business Administration (SBA)
Attn: Linda McMahon
409 3rd St., SW
Washington, DC 20416

The Commonwealth of Puerto Rico
Office of the Governor
La Fortaleza
63 Calle Fortaleza
San Juan, PR 00901

U.S. Department of Justice Civil Division
Attn: Matthew J. Troy
1100 L Street, N.W., Room 10030
Washington, DC 20530

10

U.S. Department of Justice, Civil Division
Attn: Jonathan E. Jacobson
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

US Army Corps of Engineers
Attn: Todd T. Semonite
441 G St., NW
Washington, DC 20548

US Department of Agriculture
Attn: Sonny Perdue
1400 Independence Ave., SW
Washington, DC 20250

US Department of Education (ED)
Attn: Betsy DeVos
400 Maryland Ave., SW
Washington, DC 20202

Department of Homeland Security (DHS)
Attn: John F. Kelly
245 Murray Lane., SW
Washington, DC 20528-0075

Department of Human and Health Services
Attn: Thomas E. Price
200 Independence Ave, SW
Washington, DC 20201

Department of Transportation (DOT)
Attn: Elaine L. Chao
1200 New Jersey Ave., SE
Washington, DC 20590

Economic and Statistics Administrations
Attn: Brad Burke
1401 Constitution Ave., NW
Washington, DC 20230

US Department of Labor (DOL)
Attn: Alexander R. Acosta
Office of the Solicitor, N-2700
Frances Perkins Bldg, 200 Constitution Ave
Washington, DC 20210

Financial Oversight and Management Board
Attn: Professor Arthur J. Gonzalez, FOMB Board Member
40 Washington Square South, Office 314A
New York, NY 10012

Jack Katz
ESJ Towers
6165 Isla Verde Ave
Carolina, PR 00979-5729

Kanoso Auto Sales Inc.
Attn: Jose A. Crespo Gonzalez, President
PO Box 1446
San German, PR 00683

Marichal, Hernandez, Santiago & Juarbe, LLC
Attn: R. M. Santiago-Rosa & V. Medina-Romero
Triple S Plaza, 1510 F.D. Roosevelt Ave.
9th Floor, Suite 9 B1
Guaynabo, PR 00968

Quinones Vargas Law Offices
Attn: Damaris Quiñones Vargas, Esq.
Box 429
Cabo Rojo, PR 00623

Ricardo Rosello Nevares
Through the Secretary of Justice
Calle Olimpo Esquina Axtmeyer PDA. 11
Miramar
San Juan, PR 00911

The American Federation of Teachers (AFT)
Attn: Mark Richard
555 New Jersey Ave., NW, 11th Floor
Washington, DC 20001

Unitech Engineering
Attn: Ramón Ortiz Carro
Urb Sabanera
40 Camino de la Cascada
Cidra, PR 00739

U.S. Department of Justice Civil Division
Attn: Matthew J. Troy
PO Box 875
Ben Franklin Station
Washington, DC 20044-0875

U.S.D.C., District of Massachusetts
Attn: Magistrate Judge Judith G. Dein
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

US Attorney for the District of Puerto Rico
Attn: Rosa E. Rodriguez-Velez, U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, PR 00918

US Department of Commerce
Attn: Wilbur Ross
1401 Constitution Ave., NW
Washington, DC 20230

US Department of Health and Services
Attn: Amanda Barlow
330 C St., SW
Washington, DC 20201