UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al., <br><br> DEBTORS | PROMESA <br> TITLE III <br><br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| IN RE: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"), <br><br> DEBTOR | PROMESA <br> TITLE III <br><br><br> No. 17 BK 4780-LTS |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and very respectfully states and prays:

1. Creditor, Isla del Río, Inc., has contracted with the undersigned to represent it in the instant case.

2. The undersigned requests that all notices and documents be forwarded to the undersigned's address.

WHEREFORE, it is respectfully prayed that this Court takes notice of the above and that the undersigned be included in the Electronic Mail Notice List.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 9th of March, 2018.

/s/María E. Vicéns Rivera
MARÍA E. VICÉNS RIVERA
USDC- PR 226711
9140 MARINA ST., SUITE 801
PONCE, PUERTO RICO 00717
TEL. / FAX: (787) 259-1999
E-mail: mevicens@yahoo.com