# AMERICAN EXPRESS TRAVEL

*Document generated Thu, 08 March 2018 11:38:15*
*Any changes made after this time are not reflected below*

## Travel Arrangements for AMADEO/ANTONIO J
## AMADEO/EDNA FORNARIS

**American Express Travel Record Locator** MKQHWK

**Agent Details**
Platinum Travel Service
2401 W. Behrend Dr Ste.55 M/C 08-03-69
Phoenix Arizona 85027
Toll Free 1-800-443-7672
When Overseas Call Collect 602-537-4000

### E-Ticket Number(s)

AMADE/A — Ticket B6 2797049976496-21FEB
AMADE/E — Ticket B6 2797049976497-21FEB

## Travel Details — Tuesday 13 Mar 18

### Flight Information

| | |
|---|---|
| Airline Record Locator | ULKAAJ |
| Airline | Jetblue Airways |
| Flight | B6 2152 |
| Origin | San Juan, Luis Munoz Marin Intl |
| Destination | Tampa, Tampa International |
| Departing | 10:36 AM |
| Arriving | 01:46 PM |
| Departure Terminal | Terminal A |
| Class | Z Economy Class |
| Seats | 21B, 21C |

**Confirmed**
Estimated Time: 3 Hrs 10 Mins
Equipment: Airbus Industrie A320-100/200
Number of Stops: Non-stop
Baggage: NIL

## Travel Details — Sunday 18 Mar 18

### Flight Information

| | |
|---|---|
| Airline Record Locator | ULKAAJ |
| Airline | Jetblue Airways |
| Flight | B6 1151 |
| Origin | Tampa, Tampa International |
| Destination | San Juan, Luis Munoz Marin Intl |
| Departing | 02:27 PM |
| Arriving | 05:14 PM |
| Arrival Terminal | Terminal A |
| Class | Z Economy Class |
| Seats | 22B, 22C |

**Confirmed**
Estimated Time: 2 Hrs 47 Mins
Equipment: Airbus Industrie A320-100/200
Number of Stops: Non-stop
Baggage: NIL

Thank You For Choosing American Express Travel Services

