# EXHIBIT F

# GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**



# FISCAL PLAN

San Juan, Puerto Rico
February 28th, 2017



DEBT SUSTAINABILITY

# Debt sustainability

The table below summarizes the annual cash flow available for debt service, and calculates implied debt capacity based on a range of interest rates and coverage ratios assuming an illustrative 35 year term

- Cash flow available for debt service incorporates (i) the payment of essential services, (ii) benefit of clawback revenues and (iii) a prudent contingency reserve
- Due to the substantial financial impact, the sensitivity analysis is shown both (i) assuming loss of ACA funding and (ii) assuming ACA funding restored

## Debt sustainability sensitivity analysis ($MM)

| Fiscal year ending June 30, | | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | '17 - '26 total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Baseline Projections** | | | | | | | | | | | | |
| Revenues | | $18,952 | $17,596 | $16,514 | $16,623 | $16,799 | $17,013 | $17,255 | $17,502 | $17,746 | $18,042 | $174,040 |
| Expenses | | (17,542) | (18,496) | (18,671) | (18,875) | (19,255) | (19,705) | (20,017) | (20,358) | (20,935) | (21,209) | (195,063) |
| **Cash Flow Excl. Debt Service & Measures** | | 1,410 | (901) | (2,157) | (2,252) | (2,456) | (2,692) | (2,762) | (2,856) | (3,189) | (3,167) | (21,022) |
| **Impact of Measures** | | | | | | | | | | | | |
| Revenue Measures | | — | 834 | 1,468 | 1,490 | 1,495 | 1,504 | 1,514 | 1,525 | 1,536 | 1,549 | 12,914 |
| Expense Measures | | — | 643 | 1,848 | 2,160 | 2,357 | 2,468 | 2,503 | 2,540 | 2,728 | 2,766 | 19,751 |
| **Total Measures** | | (262) | 1,477 | 3,315 | 3,650 | 3,852 | 3,972 | 4,017 | 4,066 | 4,264 | 4,315 | 32,666 |
| **Cash Flow Available for Debt Service** | | $1,148 | $576 | $1,158 | $1,398 | $1,396 | $1,280 | $1,255 | $1,209 | $1,075 | $1,148 | $11,643 |
| Plus: ACA Funding Restored | | — | 864 | 1,515 | 1,580 | 1,677 | 1,831 | 1,950 | 2,066 | 2,248 | 2,379 | 16,112 |
| **Cash Flow Available with ACA Restored** | | $1,148 | $1,441 | $2,673 | $2,977 | $3,073 | $3,111 | $3,206 | $3,275 | $3,323 | $3,527 | $27,755 |

### Scenario: Assumes Loss of ACA Funding

| Illustrative Cash Flow Available | | | $175 | $300 | $425 | $550 | $675 | $800 | $925 | $1,050 | $1,175 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sensitivity Analysis: Implied Debt Capacity at 1.25x Interest Coverage | | | | | | | | | | | | |
| Interest Rate Sensitivity Analysis | 3.75% | | 3,219 | 5,518 | 7,817 | 10,116 | 12,415 | 14,714 | 17,013 | 19,312 | 21,611 | |
| | 4.00% | | 3,057 | 5,240 | 7,423 | 9,606 | 11,789 | 13,973 | 16,156 | 18,339 | 20,522 | |
| | 4.25% | | 2,910 | 4,989 | 7,068 | 9,147 | 11,226 | 13,305 | 15,383 | 17,462 | 19,541 | |

| Illustrative Cash Flow Available | | | $175 | $300 | $425 | $550 | $675 | $800 | $925 | $1,050 | $1,175 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sensitivity Analysis: Implied Debt Capacity at 4.00% Interest Rate | | | | | | | | | | | | |
| Interest Coverage Sensitivity Analysis | 1.10x | | 3,473 | 5,954 | 8,435 | 10,916 | 13,397 | 15,878 | 18,359 | 20,840 | 23,321 | |
| | 1.25x | | 3,057 | 5,240 | 7,423 | 9,606 | 11,789 | 13,973 | 16,156 | 18,339 | 20,522 | |
| | 1.40x | | 2,729 | 4,678 | 6,628 | 8,577 | 10,526 | 12,476 | 14,425 | 16,374 | 18,324 | |

### Scenario: ACA Funding Restored

| Illustrative Cash Flow Available | | | $1,200 | $1,450 | $1,700 | $1,950 | $2,200 | $2,450 | $2,700 | $2,950 | $3,200 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sensitivity Analysis: Implied Debt Capacity at 1.25x Interest Coverage | | | | | | | | | | | | |
| Interest Rate Sensitivity Analysis | 3.75% | | 22,071 | 26,669 | 31,268 | 35,866 | 40,464 | 45,062 | 49,660 | 54,258 | 58,857 | |
| | 4.00% | | 20,959 | 25,325 | 29,692 | 34,058 | 38,425 | 42,791 | 47,158 | 51,524 | 55,891 | |
| | 4.25% | | 19,957 | 24,114 | 28,272 | 32,430 | 36,587 | 40,745 | 44,903 | 49,061 | 53,218 | |

| Illustrative Cash Flow Available | | | $1,200 | $1,450 | $1,700 | $1,950 | $2,200 | $2,450 | $2,700 | $2,950 | $3,200 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sensitivity Analysis: Implied Debt Capacity at 4.00% Interest Rate | | | | | | | | | | | | |
| Interest Coverage Sensitivity Analysis | 1.10x | | 23,817 | 28,779 | 33,741 | 38,703 | 43,665 | 48,627 | 53,588 | 58,550 | 63,512 | |
| | 1.25x | | 20,959 | 25,325 | 29,692 | 34,058 | 38,425 | 42,791 | 47,158 | 51,524 | 55,891 | |
| | 1.40x | | 18,713 | 22,612 | 26,511 | 30,409 | 34,308 | 38,207 | 42,105 | 46,004 | 49,902 | |



89