# EXHIBIT G

# GOVERNMENT OF PUERTO RICO

**Puerto Rico Fiscal Agency and Financial Advisory Authority**

# FISCAL PLAN FOR PUERTO RICO

San Juan, Puerto Rico

March 13, 2017



DEBT SUSTAINABILITY

# Debt sustainability

The table below summarizes the annual cash flow available for debt service, and calculates implied debt capacity based on a range of interest rates and coverage ratios assuming an illustrative 35 year term

- Cash flow available for debt service incorporates (i) the payment of essential services, (ii) benefit of clawback revenues and (iii) a prudent contingency reserve
- In the Fiscal Plan summarized below, the cash flow after Measures but before Debt Service averages $787m per year during the period 2017 - 2026

## Debt sustainability sensitivity analysis ($MM)

| | Jun-17 | Jun-18 | Jun-19 | Jun-20 | Jun-21 | Jun-22 | Jun-23 | Jun-24 | Jun-25 | Jun-26 | '17 - '26 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Baseline Projections** | | | | | | | | | | | |
| Revenues | $18,952 | $17,511 | $16,407 | $16,434 | $16,494 | $16,590 | $16,746 | $16,953 | $17,204 | $17,509 | $170,799 |
| Expenses | (17,872) | (18,981) | (19,233) | (19,512) | (19,950) | (20,477) | (20,884) | (21,310) | (21,973) | (22,316) | (202,507) |
| Cash Flow Excl. Debt Service & Measures | 1,080 | (1,470) | (2,826) | (3,077) | (3,456) | (3,886) | (4,139) | (4,357) | (4,769) | (4,807) | (31,708) |
| **Impact of Measures** | | | | | | | | | | | |
| Revenue Measures | -- | 924 | 1,381 | 1,384 | 1,531 | 1,633 | 1,740 | 1,752 | 1,766 | 1,785 | 13,897 |
| Expense Measures | (262) | 951 | 2,012 | 2,415 | 2,983 | 3,156 | 3,255 | 3,619 | 3,724 | 3,830 | 25,683 |
| Total Measures | (262) | 1,875 | 3,393 | 3,799 | 4,515 | 4,789 | 4,995 | 5,370 | 5,491 | 5,615 | 39,580 |
| **Cash Flow Available for Debt Service** | **$818** | **$404** | **$567** | **$722** | **$1,059** | **$903** | **$857** | **$1,013** | **$722** | **$808** | **$7,873** |

## Illustrative Sustainable Debt Capacity Sizing Analysis

### Sensitivity Analysis: Implied Debt Capacity with 10% Contingency

| Illustrative Cash Flow Available | | $700 | $750 | $800 | $850 | $900 | $950 | $1,000 | $1,050 | $1,100 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sensitivity Analysis: PV Rate % | 3.50% | $12,600 | $13,500 | $14,400 | $15,301 | $16,201 | $17,101 | $18,001 | $18,901 | $19,801 |
| | 4.00% | 11,759 | 12,599 | 13,439 | 14,278 | 15,118 | 15,958 | 16,798 | 17,638 | 18,478 |
| | 4.50% | 11,000 | 11,786 | 12,572 | 13,358 | 14,143 | 14,929 | 15,715 | 16,501 | 17,286 |

### Sensitivity Analysis: Implied Debt Capacity at 4.00% PV Rate

| Illustrative Cash Flow Available | | $700 | $750 | $800 | $850 | $900 | $950 | $1,000 | $1,050 | $1,100 |
|---|---|---|---|---|---|---|---|---|---|---|
| Sensitivity Analysis: % Contingency | 5.0% | $12,412 | $13,299 | $14,185 | $15,072 | $15,958 | $16,845 | $17,731 | $18,618 | $19,505 |
| | 10.0% | 11,759 | 12,599 | 13,439 | 14,278 | 15,118 | 15,958 | 16,798 | 17,638 | 18,478 |
| | 15.0% | 11,105 | 11,899 | 12,692 | 13,485 | 14,278 | 15,072 | 15,865 | 16,658 | 17,451 |

28

