**Andrew Wolfe Time Detail October 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| October-17 | Title III | 10/1/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/2/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/3/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/4/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/5/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Review of liquidity work and mediation questions |
| October-17 | Title III | 10/6/2017 | Andrew Wolfe | Advisor to Board | N/A | 6.00 | Business operations | N/A | Review of liquidity work |
| October-17 | Title III | 10/7/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/8/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/9/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/10/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/11/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/12/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/13/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/15/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/16/2017 | Andrew Wolfe | Advisor to Board | N/A | 2.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/17/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Revision of work to Hurricane Maria |
| October-17 | Title III | 10/29/2017 | Andrew Wolfe | Advisor to Board | N/A | 2.00 | Business operations | N/A | Work on estimates of Hurricane Maria |
| October-17 | Title III | 10/30/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Preparation for subcommittee call |
| October-17 | Title III | 10/31/2017 | Andrew Wolfe | Advisor to Board | N/A | 6.00 | Business operations | N/A | Work on fiscal plan projections |

**124.00**

**Andrew Wolfe Time Detail November 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| November-17 | Title III | 11/1/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Work on revised macro framework; work on PREPA declaration |
| November-17 | Title III | 11/2/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/3/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/4/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/5/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro farmework; work on PREPA declaration |
| November-17 | Title III | 11/6/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/7/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/8/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Preparation for upcoming mediation discussion in New York |
| November-17 | Title III | 11/9/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Discussion in New York with mediators |
| November-17 | Title III | 11/11/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/12/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/13/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/14/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/15/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Work on revised macro framework and preparation for meetings |
| November-17 | Title III | 11/16/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Meeting with stakeholders in San Juan |
| November-17 | Title III | 11/17/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Meeting with stakeholders in San Juan |
| November-17 | Title III | 11/18/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Meeting with stakeholders in San Juan |
| November-17 | Title III | 11/20/2017 | Andrew Wolfe | Advisor to Board | N/A | 10.00 | Business operations | N/A | Fiscal plan preparation work; meeting at DevTech |
| November-17 | Title III | 11/21/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Fiscal plan preparation work |
| November-17 | Title III | 11/22/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Fiscal plan preparation work |
| November-17 | Title III | 11/27/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Fiscal plan preparation work |
| November-17 | Title III | 11/28/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Fiscal plan preparation work |
| November-17 | Title III | 11/29/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Fiscal plan preparation work |
| November-17 | Title III | 11/30/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.00 | Business operations | N/A | Fiscal plan preparation work |
| | | | | | | **186.00** | | | |

**Andrew Wolfe Time Detail December 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| December-17 | Title III | 12/1/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| December-17 | Title III | 12/4/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Meeting in NYC with Stakeholders at Customs House |
| December-17 | Title III | 12/5/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep at McKinsey DC |
| December-17 | Title III | 12/6/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Meeting in NYC with creditors at Proskauer |
| December-17 | Title III | 12/7/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/8/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/9/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/10/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/11/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/12/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/13/2017 | Andrew Wolfe | Advisor to Board | N/A | 12.0 | Business operations | N/A | Meeting with creditors at Paul Weiss NYC |
| December-17 | Title III | 12/14/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/15/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/16/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/17/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/18/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/19/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/20/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/21/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/22/2017 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/26/2017 | Andrew Wolfe | Advisor to Board | N/A | 4.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/27/2017 | Andrew Wolfe | Advisor to Board | N/A | 2.0 | Business operations | N/A | Fiscal Plan Prep |
| December-17 | Title III | 12/28/2017 | Andrew Wolfe | Advisor to Board | N/A | 2.0 | Business operations | N/A | Fiscal Plan Prep |

**Andrew Wolfe Time Detail January 2018**

| Invoice No. | Matter Na | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| January-18 | Title III | 1/2/2018 | Andrew Wolfe | Advisor to Board | N/A | 4.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/3/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/4/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/5/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/8/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/9/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/10/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/11/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/12/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep/Meeting at DevTec |
| January-18 | Title III | 1/14/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/15/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/16/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/17/2018 | Andrew Wolfe | Advisor to Board | N/A | 12.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/18/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/19/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Meetings in San Juan |
| January-18 | Title III | 1/20/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Meetings in San Juan |
| January-18 | Title III | 1/21/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Meetings in San Juan |
| January-18 | Title III | 1/22/2018 | Andrew Wolfe | Advisor to Board | N/A | 4.0 | Business operations | N/A | Fiscal plan prep |
| January-18 | Title III | 1/23/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/24/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/25/2018 | Andrew Wolfe | Advisor to Board | N/A | 4.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/26/2018 | Andrew Wolfe | Advisor to Board | N/A | 14.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/27/2018 | Andrew Wolfe | Advisor to Board | N/A | 4.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/28/2018 | Andrew Wolfe | Advisor to Board | N/A | 4.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/29/2018 | Andrew Wolfe | Advisor to Board | N/A | 10.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/30/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| January-18 | Title III | 1/31/2018 | Andrew Wolfe | Advisor to Board | N/A | 8.0 | Business operations | N/A | Fiscal plan prep/Prepa Analysis |
| | | | | | | 208.0 | | | |