**Andrew Wolfe Expenses October 2017**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| October-17 | Title III | 10/6/2017 | Andrew Wolfe | Airfare | $1,746.40 | 1 | $1,746.40 | United airfare for travel to San Francisco for meeting w |
| October-17 | Title III | 10/10/2017 | Andrew Wolfe | Taxi | $51 | 1 | $51.00 | Uber from home to Houston airport |
| October-17 | Title III | 10/10/2017 | Andrew Wolfe | Meals | $5.68 | 1 | $5.68 | Breakfast at Houston airport (Ember) |
| October-17 | Title III | 10/10/2017 | Andrew Wolfe | Taxi | $96.72 | 1 | $96.72 | Taxi from San Francisco airport to Rhodium Group |
| October-17 | Title III | 10/10/2017 | Andrew Wolfe | Meals | $30.13 | 1 | $30.13 | Dinner in San Francisco (Forge Pizza) |
| October-17 | Title III | 10/11/2017 | Andrew Wolfe | Hotels | $434.30 | 1 | $434.30 | Lodging at Waterfront Hotel in San Francisco, Oct. 10-1 |
| October-17 | Title III | 10/11/2017 | Andrew Wolfe | Taxi | $38.18 | 1 | $38.18 | Uber to San Francisco airport |
| October-17 | Title III | 10/13/2017 | Andrew Wolfe | Train fare | $289 | 1 | $289.00 | Amtrak from Washington, D.C. to New York for meeting |
| October-17 | Title III | 10/13/2017 | Andrew Wolfe | Train fare | $227 | 1 | $227.00 | Amtrak return trip from New York to Washington, D.C. |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Taxi | $25.17 | 1 | $25.17 | Uber from Washington, D.C. lodging (personal home) to |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Train fare | $13.80 | 1 | $13.80 | Amtrak from Washington, D.C. to New York for meeting |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Meals | $8.29 | 1 | $8.29 | Breakfast at Washington, D.C. Union Station (Einstein B |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Meals | $3.50 | 1 | $3.50 | Coffee on Amtrak from Washington, D.C. to New York |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Meals | $3.54 | 1 | $3.54 | Breakfast in New York (Dean & Delucca) |
| October-17 | Title III | 10/18/2017 | Andrew Wolfe | Meals | $5.50 | 1 | $5.50 | Lunch on Amtrak from New York to Washington, D.C. |
| | | | | | | | **$2,978.21** | |

ith Rhodium Group, Oct. 10-11, 2017

1, 2017

g at Proskauer

Union Station for Amtrak
g at Proskauer
ros. Bagel)

**Andrew Wolfe Expenses November 2017**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| November-17 | Title III | 11/2/2017 | Andrew Wolfe | Airfare | 1351.40 | 1 | $1,351.40 | Airfare for travel to New Jersey for meeting with mediators in New |
| November-17 | Title III | 11/2/2017 | Andrew Wolfe | Airfare | 687.10 | 1 | $687.10 | Airfare for travel to San Juan for meeting with stakeholders (Nov. |
| November-17 | Title III | 11/2/2017 | Andrew Wolfe | Airfare | 788.20 | 1 | $788.20 | Airfare for travel from Washington, D.C. to home in Houston after |
| November-17 | Title III | 11/9/2017 | Andrew Wolfe | Train | 13.00 | 1 | $13.00 | NJ Transit train from New Jersey to New York for meeting with me |
| November-17 | Title III | 11/9/2017 | Andrew Wolfe | Train | 13.00 | 1 | $13.00 | NJ Transit train from New York to New Jersey from meeting with n |
| November-17 | Title III | 11/9/2017 | Andrew Wolfe | Meals | 19.46 | 1 | $19.46 | Dinner at New Jersey (Newark) airport (C1) |
| November-17 | Title III | 11/9/2017 | Andrew Wolfe | Parking | 22.00 | 1 | $22.00 | Parking fee at Houston airport |
| November-17 | Title III | 11/15/2017 | Andrew Wolfe | Taxi | 54.11 | 1 | $54.11 | Uber from home to Houston airport |
| November-17 | Title III | 11/15/2017 | Andrew Wolfe | Meals | 6.83 | 1 | $6.83 | Breakfast at Houston airport (Cubo Express) |
| November-17 | Title III | 11/15/2017 | Andrew Wolfe | Taxi | 23.00 | 1 | $23.00 | Taxi from San Juan airport to Casa Sol Bed & Breakfast |
| November-17 | Title III | 11/15/2017 | Andrew Wolfe | Taxi | 9.54 | 1 | $9.54 | Uber while in San Juan to FOMB Office |
| November-17 | Title III | 11/15/2017 | Andrew Wolfe | Meals | 28.05 | 1 | $28.05 | Dinner while in San Juan (Morenos Sports Bar) |
| November-17 | Title III | 11/16/2017 | Andrew Wolfe | Taxi | 13.63 | 1 | $13.63 | Uber while in San Juan from Casa Sol hotel to Public Meeting venue |
| November-17 | Title III | 11/16/2017 | Andrew Wolfe | Meals | 31.75 | 1 | $31.75 | Dinner while in San Juan (Restaurante Raices) |
| November-17 | Title III | 11/17/2017 | Andrew Wolfe | Hotels | 370.76 | 1 | $370.76 | Lodging in San Juan at Casa Sol Bed & Breakfast (Nov. 15-17, 2017) |
| November-17 | Title III | 11/17/2017 | Andrew Wolfe | Taxi | 10.03 | 1 | $10.03 | Uber from Casa Sol hotel to San Juan airport |
| November-17 | Title III | 11/17/2017 | Andrew Wolfe | Meals | 10.00 | 1 | $10.00 | Lunch at San Juan airport (Gustos Café) |
| November-17 | Title III | 11/20/2017 | Andrew Wolfe | Parking | 10.00 | 1 | $10.00 | Parking fee at DevTech office (Arlington, Virginia) |
| November-17 | Title III | 11/21/2017 | Andrew Wolfe | Airfare | 1151.40 | 1 | $1,151.40 | Airfare for travel to Houston from meeting at Rothschild's office |
| November-17 | Title III | 11/21/2017 | Andrew Wolfe | Train | 366.00 | 1 | $366.00 | Amtrak fare for roundtrip travel on Nov. 21, 2017 to New York for |
| November-17 | Title III | 11/21/2017 | Andrew Wolfe | Meals | 10.54 | 1 | $10.54 | Breakfast at Washington, D.C. Union Station (Einstein Bros. Bagel) |
| November-17 | Title III | 11/21/2017 | Andrew Wolfe | Meals | 11.25 | 1 | $11.25 | Lunch at New York Penn Station (Don Pepi Pizza) |
| November-17 | Title III | 11/28/2017 | Andrew Wolfe | Hotel | 379.78 | 1 | $379.78 | Dreamcatcher Hotel in San Juan (100% cancellation fee)--meeting |
| | | | | | | | **$5,380.83** | |

York (Nov. 9, 2017 same day roundtrip, includes $200 change
15, 2017, one wa
meetings in New york and Washington, D.C. around Nov. 19-21, 2017 (Nov. 25, 2017 one
diators in New Y
nediators in New Y

meeting at Rothschild's of

with stakeholders cancelled (hotel was booked for Nov. 27-29, 20

**Andrew Wolfe Expenses December 2017**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| December-17 | Title II | 12/3/2017 | Andrew Wolfe | Train fare | $425.00 | 1 | $425.00 | Amtrak Roundtrip to NY |
| December-17 | Title II | 12/4/2017 | Andrew Wolfe | Hotels | $177.68 | 1 | $177.68 | LaQuinta Hotel in NYC |
| December-17 | Title II | 12/4/2017 | Andrew Wolfe | Train fare | $10.00 | 1 | $10.00 | NYC Subway Card |
| December-17 | Title II | 12/5/2017 | Andrew Wolfe | Parking | $19.00 | 1 | $19.00 | Parking for Meeting at McKinsey DC |
| December-17 | Title II | 12/6/2017 | Andrew Wolfe | Train fare | $546.00 | 1 | $546.00 | Amtrak Roundtrip to NYC |
| December-17 | Title II | 12/6/2017 | Andrew Wolfe | Parking | $24.00 | 1 | $24.00 | Parking for Day at Union Station |
| December-17 | Title II | 12/13/2017 | Andrew Wolfe | Train fare | $590.00 | 1 | $590.00 | Amtrak Roundtrip to NYC |
| December-17 | Title II | 12/13/2017 | Andrew Wolfe | Parking | $24.00 | 1 | $24.00 | Parking at Union Station |
| | | | | | | | **$1,815.68** | |

**Andrew Wolfe Expenses January 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| January-18 | Title III | 1/12/2018 | Andrew Wolfe | Taxi | $34.54 | 1 | $34.54 | Uber roundtrip to meeting at DevTec in Virginia |
| January-18 | Title III | 1/18/2018 | Andrew Wolfe | Flight | $830.00 | 1 | $830.80 | Flight to San Juan for meetings with ppBoard and Governor |
| January-18 | Title III | 1/18-20/2018 | Andrew Wolfe | Hotel | $1,207.42 | 1 | $1,207.42 | Hotel in San Juan |
| January-18 | Title III | 1/18-20/2018 | Andrew Wolfe | Taxi | $75.82 | 1 | $75.82 | Uber trips for rides to and from airport and to and from FOMB office in San Juan |
| January-18 | Title III | 1/18/2018 | Andrew Wolfe | Parking | $68.00 | 1 | $68.00 | Parking at Dulles airport for San Juan trip |
| January-18 | Title III | 1/21/2018 | Andrew Wolfe | Taxi | $20.85 | 1 | $20.85 | Uber from Proskauer's Washington, D.C. office |
| January-18 | Title III | 1/21/2018 | Andrew Wolfe | Taxi | $23.07 | 1 | $23.07 | Uber to Proskauer's Washington, D.C. office |
| | | | | | | | **$2,216.58** | |