**Pension Trustee Advisors, Inc. Fees  October 1, 2017-October 31, 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2018 | Title III | 10/2/2017 | Fornia, William | President | $465 | 1.00 | Employee Benefits/Pensions | $465.00 | Response to Questions from Mediation and prepar |
| 3/14/2018 | Title III | 10/3/2017 | Fornia, William | President | $465 | 1.50 | Employee Benefits/Pensions | $697.50 | Response to Questions from Mediation and prepar |
| 3/14/2018 | Title III | 10/6/2017 | Fornia, William | President | $465 | 0.80 | Employee Benefits/Pensions | $372.00 | Review Outstanding Work |
| 3/14/2018 | Title III | 10/23/2017 | Fornia, William | President | $465 | 1.20 | Employee Benefits/Pensions | $558.00 | Pension Bridge Calculations Development |
| 3/14/2018 | Title III | 10/24/2017 | Fornia, William | President | $465 | 1.10 | Employee Benefits/Pensions | $511.50 | Pension Bridge Calculations Development |
| 3/14/2018 | Title III | 10/26/2017 | Fornia, William | President | $465 | 1.90 | Employee Benefits/Pensions | $883.50 | Pension Bridge Calculations Development |
| 3/14/2018 | Title III | 10/27/2017 | Fornia, William | President | $465 | 0.80 | Employee Benefits/Pensions | $372.00 | Pension Bridge Calculations Development |
| 3/14/2018 | Title III | 10/28/2017 | Fornia, William | President | $465 | 1.00 | Employee Benefits/Pensions | $465.00 | Pension Calculations |
| | | | | | | **9.30** | | **$4,324.50** | |

**Pension Trustee Advisors, Inc. Fees  November 1, 2017-November 30, 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2018 | Title III | 11/2/2017 | Fornia, William | President | $465 | 1.10 | Employee Benefits/Pensions | $511.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/3/2017 | Fornia, William | President | $465 | 1.30 | Employee Benefits/Pensions | $604.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/10/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/16/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/20/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/21/2017 | Fornia, William | President | $465 | 0.20 | Employee Benefits/Pensions | $93.00 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/22/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/27/2017 | Fornia, William | President | $465 | 0.70 | Employee Benefits/Pensions | $325.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 11/30/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Discussion with Retirees Committee reps |
|  |  |  |  |  |  | **5.80** |  | **$2,697.00** |  |

**Pension Trustee Advisors, Inc. Fees  December 1, 2017-December 31, 2017**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2018 | Title III | 12/4/2017 | Fornia, William | President | $465 | 0.20 | Employee Benefits/Pensions | $93.00 | Discussion with Retirees Committee reps |
| 3/14/2018 | Title III | 12/8/2017 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Review Communications |
| 3/14/2018 | Title III | 12/11/2017 | Fornia, William | President | $465 | 0.80 | Employee Benefits/Pensions | $372.00 | Review. Discuss AFSCME |
| 3/14/2018 | Title III | 12/14/2017 | Fornia, William | President | $465 | 0.30 | Employee Benefits/Pensions | $139.50 | Prep for AFSCME call |
| 3/14/2018 | Title III | 12/15/2017 | Fornia, William | President | $465 | 2.30 | Employee Benefits/Pensions | $1,069.50 | AFSCME call |
| 3/14/2018 | Title III | 12/18/2017 | Fornia, William | President | $465 | 1.40 | Employee Benefits/Pensions | $651.00 | AFSCME call |
| 3/14/2018 | Title III | 12/19/2017 | Fornia, William | President | $465 | 0.30 | Employee Benefits/Pensions | $139.50 | AFSCME request |
| 3/14/2018 | Title III | 12/21/2017 | Fornia, William | President | $465 | 0.30 | Employee Benefits/Pensions | $139.50 | Review Calculations |
| 3/14/2018 | Title III | 12/28/2017 | Fornia, William | President | $465 | 0.20 | Employee Benefits/Pensions | $93.00 | Review Calculations |
|  |  |  |  |  |  | **6.30** |  | **$2,929.50** |  |

**Pension Trustee Advisors, Inc. Fees  January 1, 2018-January 31, 2018**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2018 | Title III | 12/4/2017 | Fornia, William | President | $465 | 0.30 | Employee Benefits/Pensions | $139.50 | Review Communications |
| 3/14/2018 | Title III | 12/8/2017 | Fornia, William | President | $465 | 1.40 | Employee Benefits/Pensions | $651.00 | Review & update calculations |
| 3/14/2018 | Title III | 12/11/2017 | Fornia, William | President | $465 | 0.30 | Employee Benefits/Pensions | $139.50 | Review dataroom |
| 3/14/2018 | Title III | 12/14/2017 | Fornia, William | President | $465 | 0.30 | Employee Benefits/Pensions | $139.50 | Review correspondence |
| | | | | | | **2.30** | | **$1,069.50** | |