UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                           PROMESA
                                                                 Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of                                 No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                 (Jointly Administered)
et al.,

   Debtors.[1]

-----------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF MOTION FOR RELIEF FROM STAY

   The Court has received and reviewed the Motion for Relief from Stay (the
"Motion") filed by Thamari Gonzalez Martinez, (the "Movant").  (Docket Entry No. 2720.)
Opposition papers to the Motion must be filed by **March 30, 2018**.  Movant's reply papers must
be filed by **April 6, 2018**.  The Court will thereafter take the Motion on submission, unless a
party thereto requests a hearing.

   SO ORDERED.

Dated: March 19, 2018

          /s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
         United States District Judge

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS)
(Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation
("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No.
17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System
of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK
3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17
BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Last Four Digits of Federal Tax ID:
9686).  (Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).