# EXHIBIT A

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

Name: Blanca Paniagua

Period Covered: From November 21, 2017 to January 19, 2018

Address: ███████████████████████████████████

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 21, 2017 | San Juan | Committee Meeting | | 13 $6.95 | | | | | | |
| December 14, 2017 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| January 19, 2018 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| Totals | | | | $20.85 | | | | | | |

Additional Information:

Total: $20.85

Note: Attach all receipts

**Official Committee of Retired Employees**
**Of the Commonwealth of Puerto Rico**

**Name:** Carmen Núñez

**Period Covered:** From November 21, 2017 to January 19, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| January 19, 2018 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| Totals | | | | $6.42 | $1.10 | | | | | |

**Additional Information:**

**Total: $7.52**

**Note: Attach all receipts**

**Official Committee of Retired Employees**
**Of the Commonwealth of Puerto Rico**

Name: Mr. José Marín

Period Covered: From November 21, 2017 to January 19, 2018

Address:

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 21, 2017 | San Juan | Committee Meeting | | 75 miles $40.12 | $6.75 | | | | | |
| December 14, 2017 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| January 19, 2018 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| Totals | | | | $120.36 | $20.25 | | | | | |

Additional Information:                                                                                       Total: $140.61

**Note: Attach all receipts**

**Official Committee of Retired Employees**
**Of the Commonwealth of Puerto Rico**

**Name:** Juan Ortiz

**Period Covered:** From November 21, 2017 to January 19, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| December 14, 2017 | San Juan | Committee Meeting | | 78 miles $41.73 | $6.75 | | | | | |
| January 19, 2018 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| Totals | | | | $83.46 | $13.50 | | | | | |

**Additional Information:**

**Total: $96.96**

**Note: Attach all receipts**

**Official Committee of Retired Employees**
**Of the Commonwealth of Puerto Rico**

**Name:** Lydia Pellot

**Period Covered:** From November 21, 2017 to January 19, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 21, 2017 | San Juan | Committee Meeting | | 5.4 miles $2.89 | | | | | | |
| January 19, 2018 | San Juan | Committee meeting | | 5.4 miles $2.89 | | | | | | |
| Totals | | | | $5.78 | | | | | | |

**Additional Information:**                                                                                     **Total: $5.78**

**Note: Attach all receipts**

**Official Committee of Retired Employees**
**Of the Commonwealth of Puerto Rico**

Name: Marcos López

Period Covered: From November 21, 2017 to January 19, 2018

Address:

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 21, 2017 | San Juan | Committee Meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| December 14, 2017 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| January 19, 2018 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| Totals | | | | $26.79 | $6.90 | | | | | |

Additional Information:                                                      Total: $33.69

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Mr. Miguel Fabre

**Period Covered:** From November 21, 2017 16 to January 19, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| Excused from all Committee meetings | | | | | | | | | | |
| Totals | | | | $ | $ | | | | | |

**Additional Information:**                                                                 **Total:**

**Note: Attach all receipts**

**Official Committee of Retired Employees**
**Of the Commonwealth of Puerto Rico**

**Name:** Milagros Acevedo

**Period Covered:** From November 21, 2017 to January 19, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 21, 2017 | San Juan | Committee Meeting | | 16 miles $8.56 | $1.10 | | | | | |
| December 14, 2017 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| January 19, 2018 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| Totals | | | | $25.68 | $3.30 | | | | | |

**Additional Information:**

**Total: $28.98**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco

**Period Covered:** From November 21, 2017 to January 19, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| November 21, 2017 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | $0 | | |
| December 14, 2017 | San Juan | Committee meeting | | 5 miles $2.68 | | | | $0 | | |
| Totals | | | | $5.36 | | | | | | |

**Additional Information:**

**Total: $5.36**

**Note: Attach all receipts**