# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION[1]

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Airey, Simon | Partner | Litigation | 1989 | $612.50 | 0.50 | $1,225 | $1,225 | 0 |
| Bliss, James R. | Partner | Litigation | 1995 | $861,235.00 | 748.90 | $1,150 | $1,150 | 0 |
| Cane, Paul W. | Partner | Employment | 1981 | $205.00 | 0.20 | $1,025 | $1,025 | 0 |
| Cooper, Samuel W. | Partner | Litigation | 1995 | $243,562.50 | 216.50 | $1,125 | $1,125 | 0 |
| Despins, Luc A. | Partner | Restructuring | 1986 | $544,310.00 | 418.70 | $1,300 | $1,300 | 0 |
| Despins, Luc A. | Partner | Restructuring | 1986 | $8,125.00 | 12.50 | $650 (non-working travel) | $650 (non-working travel) | |
| Flaum, Douglas H. | Partner | Litigation | 1987 | $1,530.00 | 1.20 | $1,275 | $1,275 | 0 |
| Hansson, Kurt W. | Partner | Litigation | 1986 | $8,280.00 | 6.90 | $1,200 | $1,200 | 0 |
| Kinnaird, Stephen B. | Partner | Appellate Practice | 1995 | $26,565.00 | 23.10 | $1,150 | $1,150 | 0 |
| Mollen, Neal | Partner | Appellate Practice | 1985 | $287,157.00 | 288.60 | $995 | $995 | 0 |
| Mollen, Neal | Partner | Appellate Practice | 1985 | $2,985.00 | 6.00 | $497.50 (non-working travel) | $497.50 (non-working travel) | |
| Plaskon, Leslie A. | Partner | Restructuring | 1992 | $637.50 | 0.50 | $1,275 | $1,275 | 0 |
| Tenzer, Andrew V. | Partner | Restructuring | 1991 | $12,720.00 | $10.60 | $1,200 | $1,200 | 0 |
| Unger, Sean | Partner | Appellate Practice | 2004 | $24,600.00 | 24.00 | $1,025 | $1,025 | 0 |

---

[1] The fees set forth on this Exhibit B do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Whitner, William K. | Partner | Litigation | 1996 | $200.00 | 0.20 | $1,000 | $1,000 | 0 |
| Worthington, James B. | Partner | Litigation | 2004 | $402,675.00 | 383.50 | $1,050 | $1,050 | 0 |
| | | **Total Partner:** | | **$2,425,399.50** | **2,141.90** | | | |
| Bassett, Nicholas A. | Counsel | Corporate | 2008 | $155,250.00 | 138.00 | $1,125 | $1,125 | 0 |
| Bongartz, Alex | Counsel | Restructuring | 2007 | $642,777.50 | 627.10 | $1,025 | $1,025 | 0 |
| Bongartz, Alex | Counsel | Restructuring | 2007 | $5,893.75 | 11.50 | $512.50 (non-working travel) | $512.50 (non-working travel) | |
| Comerford, Michael E. | Counsel | Restructuring | 2003 | $278,980.00 | 240.50 | $1,160 | $1,160 | 0 |
| Ellis Rochkind, Dina | Counsel | Corporate | 1994 | $3,797.50 | 3.50 | $1,085 | $1,085 | 0 |
| Grogan, James T. | Counsel | Restructuring | 2000 | $75,516.00 | 65.10 | $1,160 | $1,160 | 0 |
| Hilson, John Francis | Counsel | Restructuring | 1977 | $72,280.00 | 55.60 | $1,300 | $1,300 | 0 |
| Kahn, Marguerite R. | Counsel | Municipal Finance | 1979 | $343,677.50 | 319.70 | $1,075 | $1,075 | 0 |
| Strickon, Harvey A. | Counsel | Corporate | 1972 | $524.00 | 0.40 | $1,310 | $1,310 | 0 |
| Traxler, Katherine A. | Counsel | Corporate | 1990 | $27,181.00 | 35.30 | $770 | $770 | 0 |
| | | **Total Counsel:** | | **$1,605,877.25** | **1,496.70** | | | |
| Baker, Jessica | Associate | Litigation | N/A | $79,092.00 | 152.10 | $520 | $520 | 0 |
| Barron, Douglass E. | Associate | Restructuring | 2012 | $237,809.00 | 332.60 | $715 | $715 | 0 |
| Batt, Emily | Associate | Litigation | 2015 | $14,430.00 | 22.20 | $650 | $650 | 0 |
| Besnoff, Sarah G. | Associate | Employment | 2014 | $28,671.50 | 40.10 | $715 | $715 | 0 |
| Browning, Jenna E. | Associate | Litigation | 2012 | $441,150.00 | 510.00 | $865 | $865 | 0 |
| Buscarino, Anthony F. | Associate | Litigation | 2017 | $179,244.00 | 306.40 | $585 | $585 | 0 |
| Drooyan, Katherine J. | Associate | Litigation | 2015 | $3,360.50 | 4.70 | $715 | $715 | 0 |
| Gage, Brendan | Associate | Restructuring | 2011 | $51,480.00 | 62.40 | $825 | $825 | 0 |
| Gardea, Eduardo | Associate | Litigation | 2013 | $495.00 | 0.60 | $825 | $825 | 0 |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Gray, Bradley R. | Associate | Litigation | 2012 | $249,551.50 | 317.90 | $785 | $785 | 0 |
| Hegel, Peter | Associate | Corporate | 2017 | $9,412.00 | 18.10 | $520 | $520 | 0 |
| Hennigan, Andrew S. | Associate | Corporate | N/A | $113,152.00 | 217.60 | $520 | $520 | 0 |
| Kilpatrick, Ryan N. | Associate | Litigation | 2017 | $243,769.50 | 416.70 | $585 | $585 | 0 |
| Lu, Run Bo | Associate | Restructuring | N/A | $6,727.50 | 11.50 | $585 | $585 | 0 |
| Maza, Shlomo | Associate | Restructuring | 2012 | $295,945.00 | 377.00 | $785 | $785 | 0 |
| Miller, Casey L. | Associate | Corporate | 2016 | $3,770.00 | 5.80 | $650 | $650 | 0 |
| Newman, Daniel F. | Associate | Restructuring | 2014 | $5,934.50 | 8.30 | $715 | $715 | 0 |
| Rodriguez, Camila | Associate | Litigation | N/A | $122,044.00 | 234.70 | $520 | $520 | 0 |
| Stolze, Eric D. | Associate | Litigation | 2010 | $15,475.50 | 17.10 | $905 | $905 | 0 |
| Vohra, Ravi | Associate | Restructuring | 2014 | $191,360.00 | 294.40 | $650 | $650 | 0 |
| Whalen, Michael C. | Associate | Litigation | 2015 | $5,785.00 | 8.90 | $650 | $650 | 0 |
| Williams, Jahmila | Associate | Litigation | 2012 | $3,460.00 | 4.00 | $865 | $865 | 0 |
| Zwillinger, Zachary S. | Associate | Litigation | 2013 | $445,561.50 | 515.10 | $865 | $865 | 0 |
| | | **Total Associate:** | | **$2,747,680.00** | **3,878.20** | | | |
| Austin, Javii D. | Librarian | | | $1,617.00 | 6.60 | $245 | $245 | 0 |
| Checo, Miguel L. | Project Manager | | | $26,660.50 | 75.10 | $355 | $355 | 0 |
| Doherty, Allison | Paralegal | | | $3,780.00 | 13.50 | $280 | $280 | 0 |
| Elliott, Elizabeth | Librarian | | | $1,770.00 | 6.00 | $295 | $295 | 0 |
| Giannotti, Ludovico | Trainee Solicitor | | | $720.00 | 1.80 | $400 | $400 | 0 |
| Hopkovitz, Yael | Librarian | | | $294.00 | 1.20 | $245 | $245 | 0 |
| Kromer, Rosetta S. | Paralegal | | | $3,029.50 | 7.30 | $415 | $415 | 0 |
| Kuo, Jocelyn | Paralegal | | | $78,546.00 | 201.40 | $390 | $390 | 0 |

| Name | Title or Position | Department, Group, or Section | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Lopez, Mayra O. | Technical Operations | | | $47.00 | 0.20 | $235 | $235 | 0 |
| Lyons, Sarah | Paralegal | | | $1,058.50 | 7.30 | $145 | $145 | 0 |
| O'Dea, Heather R. | Research Services | | | $784.00 | 4.90 | $160 | $160 | 0 |
| Paredes, Xavier | Project Specialist | | | $26,508.00 | 112.80 | $235 | $235 | 0 |
| Semago, Jason T. | Librarian | | | $540.50 | 2.30 | $235 | $235 | 0 |
| Suffern, Anne C. | Paralegal | | | $149,292.00 | 382.80 | $390 | $390 | 0 |
| Weaver, Randi | Project Manager | | | $5,715.50 | 16.10 | $355 | $355 | 0 |
| Wrench, Patricia | Paralegal | | | $1,015.00 | 2.90 | $350 | $350 | 0 |
| | | **Total Paraprofessional:** | | **$301,377.50** | **842.20** | | | |
| | **Subtotal:** | | | **$7,080,334.25** | **8,359.00** | | | |
| | **Credit for Fee Reductions Pursuant to First Interim Fee Order** | | | **($13,507.00)** | | | | |
| | **Credit for Net Billing Errors on October, November and December 2017 Fee Statements** | | | **($809.50)** | | | | |
| | **Grand Total:** | | | **$7,066,017.75** | **8,359.00** | | | |
| | **Blended Rate:** | | | | | | $847.03[2] | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | | $901.84[3] | |

---

[2]   The blended rate reflects the voluntarily reduced fees divided by the total hours billed.

Case Name:  In re The Financial Oversight and Management Board for Puerto Rico, as representative of The Commonwealth of Puerto Rico, *et al*.

Case Number:  17-BK-3283 (LTS)

Applicant's Name:  Paul Hastings LLP

Date of Application:  March 19, 2018

Interim or Final:  Second Interim