# **EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

# EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET FOR JANUARY 2018

| U.S. Trustee Task Code and Project Category | | Hours Budgeted for January 2018 | Hours Billed in January 2018 |
|---|---|---|---|
| B110 | Case Administration | 350 | 191 |
| B112 | General Creditor Inquiries | 5 | 1 |
| B113 | Pleadings Review | 130 | 66 |
| B120 | Asset Analysis and Recovery | 5 | 1 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 12 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 125 | 196 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 50 | 66 |
| B160 | Employment / Fee Applications (Paul Hastings) | 40 | 80 |
| B161 | Budgeting (Case) | 5 | 2 |
| B165 | Employment / Fee Applications (Other Professionals) | 0 | 4 |
| B180 | Avoidance Action Analysis | 25 | 0 |
| B185 | Assumption / Rejection of Leases and Contracts | 10 | 0 |
| B190 | Other Contested Matters | 135 | 4 |
| B191 | General Litigation | 1,250 | 1,777 |
| B195 | Non-Working Travel[1] | 10 | 26 |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 50 | 7 |
| B220 | Employee Benefits / Pensions | 5 | 0 |
| B230 | Financing / Cash Collections | 10 | 63 |
| B231 | Security Document Analysis | 40 | 0 |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

-2-

| | | | |
|---|---|---|---|
| B260 | Meetings of and Communications with Debtors/Oversight Board | 25 | 45 |
| B261 | Investigations | 125 | 55 |
| B310 | Claims Administration and Objections | 25 | 86 |
| B320 | Plan and Disclosure Statement | 50 | 39 |
| **TOTAL HOURS** | | **2,470** | **2,721** |
| **TOTAL FEES** | | **$2,237,820[2]** | **$2,294,367** |
| *MINUS 20% DISCOUNT*[3] | | **($447,564)** | **($458,873)** |
| **TOTAL FEES (NET OF DISCOUNT)** | | **$1,790,256** | **$1,835,493** |

---

[2] The Total Estimated Fees are calculated based on a $906 blended hourly rate for the Paul Hastings attorneys who are expected to work on this matter during the period from January 1, 2018 through January 31, 2018. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% discount, would be approximately $725.

[3] For illustrative purposes only. Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process. In other words, Paul Hastings may designate its entire final fee application as the source of this reduction or a combination of reductions across other fee application.

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED
BY PROJECT CATEGORY AND BY MATTER[4]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 465.90 | $280,368.00 |
| B113   Pleadings Review | 102.70 | $68,209.00 |
| B120   Asset Analysis and Recovery | 6.20 | $7,558.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 12.20 | $10,074.00 |
| B150   Meetings of and Communications with Creditors | 154.20 | $148,661.50 |
| B155   Court Hearings | 72.20 | $59,944.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 347.30 | $276,040.00 |
| B161   Budgeting (Case) | 9.60 | $9,535.50 |
| B165   Employment / Fee Applications (Other Professionals) | 4.30 | $4,407.50 |
| B190   Other Contested Matters | 80.60 | $80,056.00 |
| B195   Non-Working Travel | 4.30 | $2,795.00 |
| B210   Debtor's Financial Information and Operations/Fiscal Plan | 1.80 | $1,845.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 22.50 | $26,162.00 |
| B261   Investigations | 6.30 | $7,406.00 |
| B310   Claims Administration and Objections | 149.40 | $135,553.50 |
| B320   Plan and Disclosure Statement (including Business Plan) | 164.40 | $98,803.50 |
| **TOTAL** | **1,603.90** | **$1,217,419.00** |

*COFINA Dispute Analysis (Matter ID 00003)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 266.20 | $99,740.50 |
| B113   Pleadings Review | 64.60 | $47,475.00 |

---

[4] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 11.70 | $13,305.00 |
| B155   Court Hearings | 18.90 | $21,129.50 |
| B190   Other Contested Matters | 12.30 | $13,354.00 |
| B191   General Litigation | 3,618.90 | $3,189,084.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 111.00 | $112,885.50 |
| **SUBTOTAL** | **4,103.60** | **$3,496,973.50** |
| **Credit for Fee Reductions Pursuant to First Interim Fee Order** | | ($13,507.00) |
| **Credit for Net Billing Errors on October, November and December 2017 Fee Statements** | | ($809.50) |
| **TOTAL** | | **$3,482,657.00** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 1.40 | $1,404.00 |
| B112   General Creditor Inquiries | 3.00 | $2,818.50 |
| B150   Meetings of and Communications with Creditors | 21.60 | $16,715.50 |
| B310   Claims Administration and Objections | 10.40 | $7,033.00 |
| **TOTAL** | **36.40** | **$27,971.00** |

*Fiscal Plan Analysis (Matter ID 00005)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 0.30 | $276.50 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 3.40 | $4,282.50 |
| **TOTAL** | **3.70** | **$4,559.00** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110   Case Administration | 20.60 | $16,111.00 |
| B113   Pleadings Review | 49.60 | $32,818.50 |

-4-

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B120 Asset Analysis and Recovery | 9.20 | $10,558.50 |
| B150 Meetings of and Communications with Creditors | 12.30 | $13,623.00 |
| B155 Court Hearings | 25.40 | $22,200.50 |
| B185 Assumption / Rejection of Leases and Contracts | 0.90 | $1,044.00 |
| B190 Other Contested Matters | 10.20 | $10,431.00 |
| B191 General Litigation | 52.30 | $48,022.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 2.10 | $2,422.50 |
| B230 Financing/Cash Collections | 63.40 | $62,231.50 |
| B231 Security Document Analysis | 5.20 | $4,430.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 17.50 | $20,374.50 |
| B261 Investigations | 50.00 | $46,681.50 |
| **TOTAL** | **318.70** | **$290,949.00** |

### HTA (Matter ID 00007)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 11.20 | $4,661.50 |
| B113 Pleadings Review | 21.60 | $15,304.00 |
| B150 Meetings of and Communications with Creditors | 0.40 | $480.00 |
| B155 Court Hearings | 34.80 | $32,552.50 |
| B191 General Litigation | 222.10 | $204,017.50 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 3.10 | $3,019.00 |
| B310 Claims Administration and Objections | 3.90 | $2,788.50 |
| **TOTAL** | **297.10** | **$262,823.00** |

### ERS (Matter ID 00008)

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 11.60 | $9,423.50 |
| B113 Pleadings Review | 27.40 | $17,994.50 |
| B140 Relief from Stay / Adequate Protection Proceedings | 1.90 | $1,699.50 |

-5-

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B155 Court Hearings | 5.50 | $6,710.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.60 | $615.00 |
| **TOTAL** | **47.00** | **$36,442.50** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 16.10 | $6,279.00 |
| B113 Pleadings Review | 38.00 | $25,343.00 |
| B150 Meetings of and Communications with Creditors | 2.20 | $2,444.00 |
| B155 Court Hearings | 46.00 | $41,621.00 |
| B191 General Litigation | 165.30 | $155,249.00 |
| **TOTAL** | **267.60** | **$230,936.00** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 25.10 | $18,545.50 |
| B150 Meetings of and Communications with Creditors | 8.90 | $9,281.00 |
| B191 General Litigation | 431.90 | $388,666.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 17.00 | $20,560.00 |
| B231 Security Document Analysis | 5.80 | $6,125.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 5.70 | $7,123.00 |
| **TOTAL** | **494.40** | **$450,301.00** |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191 General Litigation | 6.90 | $4,979.00 |
| B310 Claims Administration and Objections | 24.40 | $17,677.50 |
| **TOTAL** | **31.30** | **$22,656.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 326.30 | $315,408.00 |
| B195   Non-Working Travel | 19.70 | $11,223.75 |
| **TOTAL** | **346.00** | **$326,631.75** |

*Rule 2004 Investigations (Matter ID 00013)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 0.70 | $273.00 |
| B155   Court Hearings | 16.20 | $13,793.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 1.10 | $1,223.00 |
| B261   Investigations | 90.90 | $87,229.50 |
| **TOTAL** | **108.90** | **$102,519.00** |

*Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B155   Court Hearings | 39.30 | $39,279.00 |
| B190   Other Contested Matters | 53.90 | $49,619.50 |
| B191   General Litigation | 266.10 | $247,546.00 |
| B195   Non-Working Travel | 6.00 | $2,985.00 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 3.10 | $3,177.50 |
| **TOTAL** | **368.40** | **$342,607.00** |

*Rule 2004 (White Fish) (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 25.20 | $8,253.00 |
| B113   Pleadings Review | 2.40 | $2,197.50 |
| B150   Meetings of and Communications with Creditors | 0.10 | $102.50 |
| B155   Court Hearings | 2.40 | $1,294.50 |
| B190   Other Contested Matters | 47.70 | $42,559.50 |
| B260   Meetings of and Communications with | 18.50 | $17,185.00 |

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| Debtors/Oversight Board | | |
| B261  Investigations | 235.70 | $195,954.00 |
| **TOTAL** | **332.00** | **$267,546.00** |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
|---|---|
| Travel Expenses – Airfare | $1,370.00 |
| Travel Expenses – Lodging | $915.68 |
| Travel Expenses - Taxi / Ground Transportation | $6,140.73 |
| Meals (while working on Committee matters) | $935.05 |
| Certified Copies of Documents | $24.40 |
| Conference calls – Domestic | $1,130.93 |
| Courtcall | $770.00 |
| Courier Service | $2,481.61 |
| Messenger | $422.25 |
| Computer Search | $63,068.25 |
| Articles and Publications | $270.06 |
| Attorney Service | $675.00 |
| Banquet Room Rental | $3,187.19 |
| Electronic Document Retrieval | $20.00 |
| In-house Black and White Reproduction Charges (53,531 copies at $0.08 per page) | $4,282.48 |
| In-house Color Reproduction Charges (13,733 copies at $0.25 per page) | $3,433.25 |
| Outside Professional Services | $24,747.77 |
| Postage/Express Mail | $3,513.94 |
| **SUBTOTAL** | **$117,388.59** |
| **Credit for Cost Reductions Pursuant to First Interim Fee Order** | **($21,926.16)** |
| **TOTAL** | **$95,462.43** |