# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ferdinand Díaz | Project Manager | $125.00 | 83.1 | $10,387.5 |
| Jorge Marchand | Principal | $175.00 | 163.25 | $28,568.75 |
| Male Noguera | Media Manager | $95.00 | 157 | $14,915.00 |
| Mari Carmen Schell | Business Editor | $110.00 | 132.1 | $14,531.00 |
| **Total** | | | **535.45** | **$68,402.25** |