# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Website creation and hosting | $2992.75 |
| Social media advertising for retiree outreach | $891.16 |
| Printing | $479.46 |
| Graphics creation, design, and support | $1845.00 |
| Business meals | $325.92 |
| **TOTAL** | **$6,534.29** |