# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 172.3 | $24,097.00 |
| Project Management | 230.65 | $30,856.75 |
| Website Development and Management | 132.5 | $13,448.50 |
| **Total** | **535.45** | **$68,402.25** |