# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

# Invoice

**MARCHAND ICS GROUP**
INTEGRATED COMMUNICATION STRATEGIES

Marchand ICS Group
-Integrated Communication Strategies-
PO Box 8168, San Juan, PR 00910
161 San Jorge St., Suite 402-E, San Juan, PR 00911
Tel. (787) 765-0444

| DATE | INVOICE # |
|---|---|
| 10/31/2017 | ORC1017 |

**BILL TO:**

Official Retiree Commettee
in the Commonwealth of Puerto Rico
Sr. José Marín, President
San Juan, PR

Due on receipt

| DESCRIPTION | AMOUNT |
|---|---|
| Professional Services for the Period from October 1 to October 31, 2017 | |
| Conference Calls and Project Meetings | 5,134.50 |
| Content and Material Development and Project Management | 3,812.50 |
| | |
| Other non-recurring expenses | |
| *YOP Banquets/Services- Lunch Boxes for the Ordinary Meeting of the Official Retiree Commettee on 10/24/2017 | 325.92 |
| | |
| Menta Fresh Content- Website Creation | 985.00 |
| | |
| *Joe Colón Studio- Photo shooting session, of 9 individual portraits and 1 group photo, for the 9 members of the Official Retiree Committee (to be used on the official website of the Official Retiree Committee) | 975.00 |
| | |
| *Marchand ICS Group- 20% Industry-standard commission for subcontracted services | 260.18 |

**TOTAL** $11,493.10



Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
For the Period from November 1 to November 30, 2017

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 11/14/2017 | Weebly | ORC Website Platform (2 Years Subscription) | 194.40 |
| 11/20/2017 | Getty Images (iStock) | iStock Monthly Subscription for the ORC | 100.00 |
| 11/25/2017 | Facebook | Facebook Ads for the ORC Facebook Page Campaign | 25.00 |
| 11/30/2017 | Facebook | Facebook Ads for the ORC Facebook Page Campaign | 49.58 |
| 11/30/2017 | Weebly | Promote- App for Automatic Email Reply Function (1 Year Susciption) | 225.00 |
| | | | 593.98 |

**Marchand ICS Group**
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
For the Period from December 1 to December 31, 2017

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 11/3/2017 | Carlos Delgado | Print of 2,000 copies of the promotional flyer of the ORC | 239.73 |
| 12/4/2017 | Weebly | Promote- App for Automatic Email Reply Upgrade (1 Yr. Subscription) | 603.35 |
| 12/12/2017 | Menta Fresh Content | English Web Page Launch | 985.00 |
| 12/13/2017 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 248.53 |
| 12/13/2017 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 1.47 |
| 12/19/2017 | Getty Images (iStock) | iStock Monthly Subscription for the ORC | 100.00 |
| 12/22/2017 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 109.71 |
| | | *Total:* | 2,287.79 |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From January 1 to January 31, 2018**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 1/19/2018 | Weebly | iStock Monthly Subscription for the ORC | 100.00 |
| 1/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 202.29 |
| 1/26/2018 | Carlos Delgado | Print of 500 copies of the promotional brochure for the ORC | 239.73 |
| 2/8/2018 | Menta Fresh Content | Brochure Design and Pre Press Production (01/2018) | 570.00 |
| 2/8/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign (1/22/18 to 2/7/18) | 254.58 |
| | | *Total:* | 1,366.60 |