# **EXHIBIT A**

**RECEIPTS OF DRIVETRAIN, LLC DURING APPLICATION PERIOD**

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: David Mack
COMPANY: Drivetrain LLC
ADDRESS: 630 Third Ave, New York, NY 10017

PERIOD COVERED FROM: Jan 15 TO: Jan 19

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES ($3.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 1/18/2018 | NY | JFK to Home from meeting | | | | 458.76 | | | |
| 1/17/2018 | NY | Home to JFK for trip | | | | 455.47 | | | |
| 1/17/18/208 | | JFK-SJU-JFK Committee Meeting | | | 477.80 | | 9981.04 | | |
| 1/17/2018 | San Juan | Committee Meeting | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTALS | | | $ | $ | $477.80 | $ 114.22 | $ 981.04 | $ | $ |

ADDITIONAL INFORMATION:

ATTACH ALL RECEIPTS

TOTAL DUE: $ 2073.06

Drivetrain Advisors Ltd Mail - Fwd: Receipt Request  1/24/18, 3:03 PM



David Mack <dmack@drivetrainadvisors.com>

# Fwd: Receipt Request

**dmack** <davidjrmack@zoho.com>  
To: dmack@drivetrainadvisors.com

Wed, Jan 24, 2018 at 3:02 PM

============ Forwarded message ============  
From : JetBlue Airways<donotreply@jetblue.com>  
To : <DAVIDJRMACK@ZOHO.COM>  
Date : Tue, 16 Jan 2018 14:13:29 -0500  
Subject : Receipt Request  
============ Forwarded message ============

JetBlue Receipt

## TRAVEL PURCHASE

**Date:** January 11, 2018             **Record Locator:** LLVRLF

| | |
|---|---|
| Ticket Number(s): | 2792191865183 |
| Traveler(s): | MACK, DAVID JOHN MR |
| Flight Details: | Flight Number     City Pair |
| | 803     JFK-SJU |
| | 1904     SJU-JFK |
| Travel Date: | January 17 |
| Base Fare: | $815.00    USD |
| Taxes: | $56.80    USD |
| Base Fare Total: | **$871.80**    USD |
| Payment(s): | |

Mastercard XXXXXXXXXXXX9978                $871.80    USD

https://mail.google.com/mail/?ui=2&ik=7c47e2e5df&jsver=2WGmGQ4t...iew=pt&msg=16129c3b8a9a5c6e&search=inbox&siml=16129c3b8a9a5c6e     Page 1 of 2

## FEES

**Date:** January 11, 2018

**Ticket Number:** 2790616080079     **Name:** MACK, DAVID JOHN MR

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $53.00 | $0.00 | $53.00 |

**Total:** $53.00     USD

**Payment(s):**

Mastercard 5466********9978     $53.00     USD

**Date:** January 11, 2018

**Ticket Number:** 2790616080081     **Name:** MACK, DAVID JOHN MR

| QTY | FEE TYPE | COST | TAX | TOTAL |
|---|---|---|---|---|
| 1 | Ancillary Seat Fee | $53.00 | $0.00 | $53.00 |

**Total:** $53.00     USD

**Payment(s):**

Mastercard 5466********9978     $53.00     USD

## TOTAL PAID*: $977.80 (USD)

*Includes all fares, taxes, fees and penalties less any amounts refunded

Please call 1-800-JETBLUE (1-800-538-2583) for additional assistance.

Positive identification required for airport check-in.

**Notice:**
Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier. E-ticket Receipt total includes airfare, taxes, and fees applicable to air care, baggage fees, and Even More fees, as may be applicable.

IMPORTANT LEGAL NOTICE



David Mack <dmack@drivetrainadvisors.com>

# Fwd: Your Wednesday morning trip with Uber
1 message

**dmack <davidjrmack@zoho.com>**  Wed, Jan 24, 2018 at 2:58 PM
To: dmack@drivetrainadvisors.com

```
============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Wed, 17 Jan 2018 14:01:16 -0500
Subject : Your Wednesday morning trip with Uber
============ Forwarded message ============
```



Uber logo

## $55.47

Thanks for choosing Uber, David

January 17, 2018 | uberX

11:09am | 190 Bergen St, Brooklyn, NY

https://mail.google.com/mail/?ui=2&ik=7c47e2e5df&jsver=2WGmGQ4t...&view=pt&search=inbox&th=16129c08aca221e6&siml=16129c08aca221e6  Page 1 of 4

11:55am | Terminal 5, Jamaica, NY



You rode with Ramon

| 19.14 miles | 00:45:34 Trip time | uberX Car |

One star  two stars  three stars  four stars  five stars

ADD A TIP

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

| | |
|---|---|
| Trip fare | 55.47 |
| Subtotal | $55.47 |
| Before Taxes | 49.80 |
| Sales Tax (8.875%) | 4.42 |

Black Car Fund (2.5%)  1.25

CHARGED
    Personal •••• 6246  $55.47

Affiliated with FLATIRON TRANSIT LLC (B02800)
Dispatched by Danach (B02764)
License Plate: T710971C
FHV License Number: 5713973
Driver's TLC License Number: 5023523
To submit a complaint to the NYC TLC, please call 311.

uber_card

Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card.

Learn more

Uber logo

Need help?

Tap Help in your app to contact us with questions about your trip.

Leave something behind? Track it down.

Drivetrain Advisors Mail - Fwd: Your Thursday evening trip with Uber  1/24/18, 3:00 PM



David Mack <dmack@drivetrainadvisors.com>

# Fwd: Your Thursday evening trip with Uber
1 message

**dmack** <davidjrmack@zoho.com>  Wed, Jan 24, 2018 at 2:58 PM
To: dmack@drivetrainadvisors.com

============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Fri, 19 Jan 2018 00:25:41 -0500
Subject : Your Thursday evening trip with Uber
============ Forwarded message ============

[map image]

Uber logo

## $58.75

Thanks for choosing Uber, David

January 18, 2018 | uberX

11:50pm | JFK Access Rd, Jamaica, NY



12:25am | 190 Bergen St, Brooklyn, NY



You rode with Vinodkumar

| 21.96 miles | 00:35:05 Trip time | uberX Car |

One star  two stars  three stars  four stars  five stars

ADD A TIP

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

Trip fare — 58.75

Subtotal — $58.75

Before Taxes — 52.75

Sales Tax (8.875%) — 4.68

Drivetrain Advisors Mail - Thursday morning Uber                                    1/24/18, 3:00 PM

Black Car Fund (2.5%)                                                                    1.32

CHARGED

    Personal •••• 6246                                              $58.75

Affiliated with COMMUNICAR INCORPORATED (B00446)
Dispatched by Danach (B02764)
License Plate: T754231C
FHV License Number: 5813731
Driver's TLC License Number: 5582781
To submit a complaint to the NYC TLC, please call 311.

uber_card

Earn 4% back on dining, 3% back on hotel & airfare, 2% back on online purchases, and more with the Uber Visa Card.

Learn more

Uber logo

☐   ☐   ☐

Need help?

Tap Help in your app to contact us with questions about your trip.

Leave something behind? Track it down.

**GUEST FOLIO / ESTADO DE CUENTA**

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR


MARRIOTT

| Room / Habitación | Guest Name / Huésped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 0317 | David Mack | $ 749 | 01-18-18 | 07:11 |
| Type / Tipo | Any street1 Any street2 | | Arrive / Llegada | Time |
| ESOV | Any city MA 98004 | | 01-17-18 | 18:41 |
| | United States | | Marriott Rewards | Acct # |
| | | | XXXXX3584 | 5680201 |
| | | | | Conf # |
| | | | | 87508307 |

Clerk / Usuario
AMCAN528     Address / Dirección

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 01-17-18 | Room charge | 749.00 | | |
| 01-17-18 | Resort Fee | 134.82 | | |
| 01-17-18 | Room Tax | 97.22 | | |
| 01-18-18 | Master Card | | 981.04 | |
| | XXXXXXXXXXXX9978  XX/XX | | | |
| | Total = | 981.04 | 981.04 | 0.00 |

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each.
That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

For billing inquiries call Toll free
1-866-480-2627 Mon / Fri

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

*This was the only room available.*

**CREDITORS COMMITTEE EXPENSE REPORT**

NAME: Ivona Smith

COMPANY: Drivetrain, LLC

ADDRESS: 630 Third Ave, 21st Floor
New York, NY 10017

PERIOD COVERED
FROM: January 17, 2018    TO: January 23, 2018

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/18 – 1/18/18 | Puerto Rico | Unsecured Creditor Committee Meeting | | | 688.80 | 29.76 | 981.04 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | $ | $ | $688.80 | $29.76 | $981.04 | $ | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**

TOTAL DUE: $1,699.60



ivona Smith <ivona.smith1@gmail.com>

---

## Your itinerary for your upcoming trip
2 messages

---

**JetBlue Reservations** <jetblueairways@info.jetblue.com>  Thu, Jan 11, 2018 at 1:50 PM
Reply-To: JetBlue Reservations <reply@info.jetblue.com>
To: ivona.smith1@gmail.com

Your upcoming trip on Wed, Jan 17



| Flight status | Change/cancel | Manage flights | Travel info | Baggage info |

# STRETCHING OUT IS SO IN.

Get ready to enjoy early boarding, early access to overhead bins and all that extra legroom!

LEARN MORE



EVEN MORE SPACE

**IS YOUR ID STILL OKAY TO TRAVEL?**

LEARN MORE

### Your confirmation code is STUFKL
This is not your boarding pass.



YOUR ITINERARY

| DATE | DEPARTS/ARRIVES | ROUTE | FLIGHT/OPERATED BY | TRAVELERS | FREQUENT FLIER[1] | SEATS[2] | TERMINAL |
|---|---|---|---|---|---|---|---|
| Wed, | 01:15 PM | **NEW YORK, NY** | 803 | Ivona Smith | B6 | 5D | 5 |

| | Jan 17 | 06:05 PM | (JFK) to SAN JUAN, PR (SJU) | jetBlue | | | 3255016903 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu, Jan 18 | | 08:59 PM 11:57 PM | SAN JUAN, PR (SJU) to NEW YORK, NY (JFK) | jetBlue | 1904 | Ivona Smith | B6 3255016903 | | 16D | A |

**Trip 1:**

You've purchased a **Blue fare**. This fare option does not include checked bags. You may pay for bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

**Trip 2:**

You've purchased a **Blue fare**. This fare option does not include checked bags. You may pay for bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

For a detailed receipt, select a customer

Ivona Smith

Ticket number(s)

2792191863067

Please click here for details regarding change and cancel policies.
¹ To provide a frequent flier number, please call 1-800-JETBLUE (538-2583).
² Seat requests on other airlines are not guaranteed until confirmed by the operating carrier.

**$ YOUR PAYMENT**

| FORM OF PAYMENT | FARE TYPE | FARE | EXTRAS | TAXES & FEES | TOTAL |
|---|---|---|---|---|---|
| Credit Card: Amex XXXXXXXXXX7001 | NONREF - FEE FOR CHG/CXL | USD569.00 | USD63.00 | USD56.80 | **USD688.80** |

Even More Speed (SJU-JFK) (x1) : USD10.00;Even More Space (JFK-SJU) (x1) : USD53.00



**Don't get carried away.**

You're allowed to bring aboard 1 approved carry-on + 1 item that fits under the seat in

**GUEST FOLIO / ESTADO DE CUENTA**

San Juan Marriott Resort & Stellaris Casino - 1309 Ashford Ave, San Juan, Puerto Rico
(1-787) 722-7000 Marriott.com/SJUPR

**MARRIOTT**

| Room / Habitación | Guest Name / Huésped | Rate / Tarifa | Depart / Salida | Time |
|---|---|---|---|---|
| 2005 | Ivona Smith | $ 749 | 01-18-18 | 07:12 |
| Type / Tipo | Any street1 Any street2 | | Arrive / Llegada | Time |
| ESOV | Any city MA 98004 | | 01-17-18 | 18:38 |
| | United States | | Marriott Rewards | Acct # |
| | | | XXXXX3592 | 5680198 |
| | | | | Conf # |
| | | | | 87492188 |

Clerk / Usuario
MBURG476         Address / Dirección

| DATE / FECHA | REFERENCE / DESCRIPCION | CHARGES / DEBITOS | CREDITS / CREDITOS | BALANCE DUE / SALDO |
|---|---|---|---|---|
| 01-17-18 | Room charge | 749.00 * | | |
| 01-17-18 | Resort Fee | 134.82 | | |
| 01-17-18 | Room Tax | 97.22 | | |
| 01-18-18 | American Express | | 981.04 | |
| | XXXXXXXXXXXX7001    XX/XX | | | |
| | Total = | 981.04 | 981.04 | 0.00 |

Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each.
That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

**For billing inquiries call Toll free**
**1-866-480-2627 Mon / Fri**

This statement is your only receipt. You have agreed to pay in cash, by approved check or to authorize us to charge your credit card for all amounts to you. Your credit card company will bill you in its usual manner. If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after checkout, you will owe us interest from the checkout date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

*\* Cheapest Room Available*



Ivona Smith <ivona.smith1@gmail.com>

---

## Your Curb Ride Receipt
1 message

---

**Curb** <support@gocurb.com>　　　　　　　　　　　　　　　　　　　Tue, Jan 23, 2018 at 4:21 PM
To: ivona.smith1@gmail.com



Confirmation #QMMX12

Hey Ivona, thank you for choosing Curb!

# $29.76

AMEX • • • • 7001

YOUR RIDE　　　　　　　　　　　　　　　　　　　　　　January 18 at 11:45 PM

| | |
|---|---|
| Fare | $23.50 |
| *Rate #1 (STAND. CITY RATE) - 8.1 mi* | *$23.50* |
| Toll | $0.00 |
| Service Fee | $0.00 |
| Improvement Surcharge | $0.30 |
| State Surcharge | $0.50 |
| Extras | $0.50 |

| | |
|---|---|
| Tip | $4.96 |
| Subtotal | $29.76 |
| Total | $29.76 |
| Charged on 01/19/18 | Confirmation #QMMX12 |

*A PDF copy of your receipt is attached below.*

Questions regarding a charge? Email support@gocurb.com.

Pickup    Central Terminal Area, , NY 11430 at 11:45 PM

Dropoff   2-10-2-36 Greenway N, , NY 11375 at 12:01 AM

SERVICED BY

# Curb

Driver: DUNCAN Vehicle #7K35

Trip #1747



Give $5        Get $5

Share your promo code: 37v19x

Tweet it        Email it        Post it

 Lost something?        Need help?