## <u>EXHIBIT B</u>

**RECEIPTS OF THE AMERICAN FEDERATION OF TEACHERS DURING
APPLICATION PERIOD**

**CREDITORS COMMITTEE EXPENSE REPORT**

NAME:  **Mark Richard**

COMPANY:  **Phillips, Richard & Rind, PA**

ADDRESS:  **9360 SW 72 Street, Suite 283, Miami, FL 33173**

PERIOD COVERED FROM:  **5/17/17**   TO:   **7/12/17**

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|------|-------------|-----------------|---------|------------------------------|-----------------|--------------|---------|-------|----------------|
| 5/17/17 | San Juan, PR | Committee Mtg | | | $546.20 | | $279.83 | | |
| 6/25/17 | San Juan, PR | Creditors Mtg | | | $774.40 | $20.00 | $495.10 | | |
| 6/26/17 | San Juan, PR | Creditors Mtg | | | | $30.04 | | $223.00 | |
| 6/27/17 | San Juan, PR | Creditors Mtg | | | | $18.53 | | | |
| 7/11/17 | New York, NY | Committee Mtg | | | | $77.37 | $677.11 | | |
| 7/12/17 | New York, NY | Committee Mtg | | | | $87.60 | | | |
| **TOTALS** | | | $ | $ | $ 1,320.60 | $ 233.54 | $ 1,452.04 | $ 223.00 | $ |

ADDITIONAL INFORMATION:

<u>ATTACH ALL RECEIPTS</u>

TOTAL DUE: $  **3,229.18**

Record locator: **QHQCKV**

View your trip

## Wednesday, May 17, 2017

| | | |
|---|---|---|
| **MIA** | **SJU** | Seats: -- |
| 7:44 PM | 10:20 PM | Class: Economy (Q) |
| Miami | San Juan | Meals: Food For Purchase |
| American Airlines 397 | | |

## Thursday, May 18, 2017

| | | |
|---|---|---|
| **SJU** | **MIA** | Seats: -- |
| 3:30 PM | 6:32 PM | Class: Economy (L) |
| San Juan | Miami | Meals: Food For Purchase |
| American Airlines 2605 | | |

**Mark Richard**        AAdvantage # JVW5148 EXP

Ticket # 0012129010011

# Your trip receipt

 American Express XXXXXXXXXXXXX016

### Mark Richard

| | |
|---|---|
| FARE-USD | $ 490.00 |
| TAXES AND CARRIER-IMPOSED FEES | $ 56.20 |
| **TICKET TOTAL** | **$ 546.20** |

            UBER

Book a hotel »    Book a car »    Buy trip insurance »    Schedule a ride »



Put your card benefits to work
Save 25% on in-flight purchases when you use your AAdvantage credit card

American
Buy miles now
Go even sooner
Buy or gift miles today »



Book now and get $40 back
Booking.com

DISCOVER FREE
ENTERTAINMENT
ON YOUR FLIGHT

Contact us | Privacy policy

### Get the American Airlines app

    

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - MIASJU-No free checked bags/ American Airlines 1STCHECKED BAG FEE-MIASJU-USD25.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-MIASJU-USD35.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR

QHQCKV

# Hilton
**HOTELS & RESORTS**

LOS ROS... S STREET, SAN GERONIMO GROUNDS
SAN JUAN, PR 00901
Puerto Rico
TELEPHONE 787-721-0303 • FAX 787 722 2910
Reservations
www.hilton.com or 1 800 HILTONS

Guest Refunds

| | |
|---|---|
| Room Number | 717/K1RV |
| Arrival Date | 5/17/2017 11:38:00 PM |
| Departure Date | 5/18/2017 1:11:00 PM |
| Adult/Child | 1/0 |
| ID | FARESTI |
| Room Rate | 217.56 |
| AL | AA JVW5148 |
| Hilton Honors # | 885265021 DIAMOND |
| VAT # | |
| Folio No/Che | 1435406 A |

Confirmation Number 3349402181
RICHARD, MARK
CARIBE HILTON 5/26/2017 1:49:00 PM

| DATE | DESCRIPTION | Cashier | REF NO | GUEST CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 5/17/2017 | Advance Deposit AX *6026 | MONIQUE | 13066310 | | ($279.83) | |
| 5/17/2017 | GUEST ROOM | ALI | 13067955 | $217.56 | | |
| 5/17/2017 | ROOM TAX | ALI | 13067955 | $19.58 | | |
| 5/17/2017 | RESORT CHARGE | ALI | 13067955 | $39.16 | | |
| 5/17/2017 | TAX ON THE RESORT CHARGE | ALI | 13067955 | $3.52 | | |
| 5/19/2017 | SMALL DEB/CRE | FARESTI | 13072429 | $0.01 | | |
| | | | AMOUNT | | | $0.00 |

| | Revenue | Tax |
|---|---|---|
| TOTAL INVOICE AMOUNT | $217.57 | $62.26 |

I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE
INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

Credit Card Details

| | | | |
|---|---|---|---|
| APPR. CODE | 100910 | MERCHANT ID | 209684 |
| CARD NUMBER | AX *6026 | EXP DATE | 12/21 |
| TRANSACTION ID | 13066310 | TRANS TYPE | Sale |

Record locator: **RSILLX**

| View your trip |
|:---:|

## Friday, June 23, 2017

**MIA**
**3:32** PM
Miami
American Airlines 1605

**DFW**
**5:39** PM
Dallas/Fort Worth

Seats: 24D
Class: Economy **(M)**
Meals:

## Sunday, June 25, 2017

**DFW**
**2:50** PM
Dallas/Fort Worth
American Airlines 2481

**SJU**
**8:47** PM
San Juan

Seats: 14C
Class: Economy **(M)**
Meals:

## Tuesday, June 27, 2017

**SJU**
**5:15** PM
San Juan
American Airlines 1193

**MIA**
**8:03** PM
Miami

Seats: 14C
Class: Economy **(M)**
Meals:

**Mark Richard**

AAdvantage # JVW5148 EXP

Ticket # 0012134745342

# Your trip receipt



Exchange, Visa XXXXXXXXXXXXXX7206

*Mark Richard*

| | |
|---|---|
| FARE-USD | $ 1201.42 |
| TAXES AND CARRIER IMPOSED FEES | $ 94.38 |
| **TICKET TOTAL** | **$ 1295.80** |
| ADDITIONAL FARE COLLECTION | $ 574.40 |
| TICKET CHANGE | $ 200.00 |

AFT Share  $ 774.40



Book a hotel »



Book a car »



Buy trip insurance »



Schedule a ride »





*Taxi*
TURISTICO

METROPOLITAN AREA
AREA METROPOLITANA
U _0003_

DATE _Jun 25, 2017_

FROM _Airport_
TO _Embassy Suites_
FARE      $ _____
LUGGAGE   $ _____
TOTAL     $ _20.00_

SIGNATURE

"THANK YOU FOR YOUR VISIT TO PUERTO RICO"

E M B A S S Y   S U I T E S
H O T E L S ™

8000 TARTAK ST, ISLA VERDE
CAROLINA, PR  00979
Puerto Rico
TELEPHONE 787-791-0505   • FAX 787-791-7776
Reservations
www.embassysuites.com or 1 800 EMBASSY

RICHARD, MARK

9745 SW 127 ST

MIAMI FL  33176
UNITED STATES OF AMERICA

| | |
|---|---|
| Room Number | 736/KNGN |
| Arrival Date | 6/25/2017  9:23:00 PM |
| Departure Date | 6/27/2017 1:09:00 PM |
| Adult/Child | 1/0 |
| ID | BRG |
| Room Rate | 189.00 |
| AL | |
| Hhonors # | 885265021 DIAMOND |
| VAT # | |
| Folio No/Che | 1004973 A |

Confirmation Number 88273146

EMBASSY SUITES SAN JUAN 6/27/2017 1:08:00 PM

| DATE | REF NO | DESCRIPTION | GUEST CHARGES |
|---|---|---|---|
| 6/25/2017 | 6751619 | GUEST ROOM | $189.00 |
| 6/25/2017 | 6751619 | SUITE TAX | $24.53 |
| 6/25/2017 | 6751619 | HOTEL FEE | $34.02 |
| 6/26/2017 | 6752590 | GUEST ROOM | $189.00 |
| 6/26/2017 | 6752590 | SUITE TAX | $24.53 |
| 6/26/2017 | 6752590 | HOTEL FEE | $34.02 |
| 6/27/2017 | 6752926 | AX *6026 | ($495.10) |
| | | AMOUNT | $0.00 |

You have earned approximately 13230 Hilton Honors points and approximately 378 Miles with American Airlines for this stay. Hilton Honors(R) stays are posted within 72 hours of checkout. To check your

Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.

Credit Card Details

| | | | |
|---|---|---|---|
| APPR. CODE | 142891 | MERCHANT ID | 9380417825 |
| CARD NUMBER | AX *6026 | EXP DATE | 12/21 |
| TRANSACTION ID | 6752926 | TRANS TYPE | Sale |

20 + 10.04 = 30.04

939-640-9561

From. Emb Suits
to: AMPR

Somos los más rápidos

ELADIO    6/26/17

20⁰⁰



AFT – Puerto Rico

UBER                                            ● Mark ▾    FREE RIDES

## YOUR TRIP
5:29 PM on June 26, 2017



Mark

My Trips

Profile

Payment

Free Rides

Drive with Uber    NEW!

Log Out

🔍  Lost something?
     Check out Uber.com/lost

**FARE BREAKDOWN**

| | |
|---|---|
| Base Fare | 0.60 |
| Distance | 2.26 |
| Time | 6.58 |
| **Subtotal** | **$9.44** |
| Booking Fee | 0.60 |
| **Total** | **$10.04** |

CHARGES
💳 Personal •••• 4016                    $10.04

5:29 PM
457-459 PR-25, San Juan, 00917, Puerto Rico

5:57 PM
1008 Tabaio St., Cataño, PR 00979

| CAR | MILES | TRIP TIME |
|---|---|---|
| **UBERX** | **5.15** | **00:21:57** |

You rode with Adalberto    RATE YOUR RIDE    ★ ★ ★ ★ ★

UBER HOME  •  CITIES  •  DRIVERS
ABOUT US   HELP CENTER   CAREERS   BLOG

*ACT: FOOD 6/26*



*6/27*

CAFE MAESTRO
452 AVE DE LEON LOCAL NO.3 HATO REY
SAN JUAN

| DATE | TIME | HOST |
|------|------|------|
| Jun 26.17 | 09:47:30 | ATH |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000075 | 38V13529 | 4549106539380 |

SALE

ACCT.
\*\*\*\*\*\*\*\*\*\*\*\*7206

AUTH. CODE: 04201G      INVOICE: 005718

TRACE   :005813

| AMOUNT. | $ | 200.00 |
|---------|---|--------|
| State TAX: | $ | 21.00 |
| Mun. TAX: | $ | 2.00 |
| TOTAL : | $ | 223.00 |

CONTROL.: 435P8-GKN2P
ET       *CREDITORS*
         *Committe*
SIGNATURE: X_____  *CATERING*

VISA CREDIT
AID: A0000000031010   AC: 55BCF8C7687F7582
UN: 6178946A TVR: 6080000000 TSI: 6800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND AGREES TO PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias por su patrocinio

*see attached list of meeting*

06/26    ASOCIACION DE MAESTR   HATO REY

745490471771001800490046           699.66

# Committee of Unsecured Creditors In Re Commonwealth of Puerto Rico
## Hoja Asistencia
## lunes, 26 de junio de 2017

| Name | Title | Organization | Cellphone | E-mail | Signature |
|------|-------|-------------|-----------|--------|-----------|
| Mark Richard | Counsel to the President | The American Federation of Teachers (AFT | | | |
| Nancy Morales-Benitez | | The American Federation of Teachers (AFT | | | |
| José Luis Barrios-Ramos | | Cancio, Nadal, Rivera & Díaz, P.S.C. | | | |
| Claire Prestel | Associate General Counsel | Service Employees International Union | | | |
| Alvin Velázquez | Associate General Counsel | Service Employees International Union | | | |
| Peter D. DeChiara | | Service Employees International Union | | | |
| Richard M. Seltzer | | Service Employees International Union | | | |
| Thomas N. Ciantra | | Service Employees International Union | | | |

| Name | Title | Organization | Cellphone | E-mail | Signature |
|---|---|---|---|---|---|
| Hiram M. Arnaud | | Service Employees International Union | | | |
| Miguel Simonet-Sierra | | Service Employees International Union | | | |
| Lauren Krueger | | Doral Financial Corporation | | | |
| Brian Pfeiffer | | Doral Financial Corporation | | | |
| Juan Salichs | | Doral Financial Corporation | | | |
| Edna Tejeda | | Doral Financial Corporation | | | |
| Denise Rodríguez | | Total Petroleum Puerto Rico Corp | | | |
| Lee Sepulvado | | Sepulvado & Maldonado | | | |
| Aníbal J. Núñez. | | | | | |
| Ramón Ulises Ortiz Carro | President | Unitech Engineering Group, S.E. | | | |
| Roberto P. Morales | | Genesis Security Services, Inc. | | | |
| Juan J. Casillas Ayala | | Genesis Security Services, Inc. | | | |
| Luis L. Torres Marrero | | Genesis Security Services, Inc. | | | |

| Name | Title | Organization | Cellphone | E-mail | Signature |
|---|---|---|---|---|---|
| Alberto J. E. Añeses Negrón | | Genesis Security Services, Inc. | | | |
| Arístides Castro | | Puerto Rico Hospital Supply | | | |
| Félix Santos | President | Puerto Rico Hospital Supply | | | |
| Patrick O'Neill | | O'Neill & Gilmore PSC | | | |
| Melissa López | | CNRD (local counsel - AMPR) | | | |



# U B E R



Mark

My Trips

Profile

Payment

Free Rides

Drive with Uber    **NEW!**

Log Out

Lost something?
Check out uber.com/lost

## YOUR TRIP
3:14 PM on June 27, 2017

| 🏠 Find Lost Item | ⊕ Get a Fare review | ↪ Resend Receipt | ⬇ Request Invoice |



**3:14 PM**  *meeting of creditors*
452 Avenida Juan Ponce de León #503, San Juan, 00918,
Puerto Rico

**3:39 PM**  *airport*
Av. Aeropuerto, Carolina, 00979, Puerto Rico

| CAR | MILES | TRIP TIME |
|-----|-------|-----------|
| **UBERXL** | **6.12** | **00:16:00** |

### FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.00 |
| Distance | 3.98 |
| Time | 8.80 |
| Subtotal | $13.78 |
| Teodoro Moscoso Peaje | |
| (12:00 AM - 11:59 PM) | 3.40 |
| Peaje | 0.75 |
| Booking Fee | 0.60 |
| **Total** | **$18.53** |

CHARGES

| 💳 Personal •••• 4016 | $18.53 |



You rode with Nelson    RATE YOUR RIDE    ★ ★ ★ ★ ★

UBER HOME  •  CITIES  •
DRIVERS

ABOUT US   HELP CENTER   CAREERS   BLOG



UBER


Mark ▾   FREE RIDES

## YOUR TRIP
9:00 PM on July 11, 2017

Mark

| Find Lost Item | Get a Fare review | Resend Receipt | Request Invoice |

My Trips

Profile

Payment

Free Rides

Drive with Uber   **NEW!**

Log Out

🔍 Lost something?
Check out uber.com/lost



### FARE BREAKDOWN

| | |
|---|---|
| Trip fare | 67.39 |
| Subtotal | $67.39 |
| Wait Time | 9.98 |
| Total | $77.37 |

CHARGES
| | |
|---|---|
| Personal •••• 4016 | $77.37 |

9:00 PM  airport
Terminal B - Car Service Pickup Lot, Car Service Pickup Lot, LaGuardia Airport

9:49 PM  hotel
108 W 24th St, Manhattan, New York 10011, US

| CAR | MILES | TRIP TIME |
|---|---|---|
| UBERBLACK | 9.99 | 00:25:19 |



You rode with Bin Bin   RATE YOUR RIDE   ★ ★ ★ ★ ★

UBER HOME • CITIES • DRIVERS

ABOUT US   HELP CENTER   CAREERS   BLOG



HAMPTON INN MANHATTAN/CHELSEA
108 WEST 24TH STREET
NEW YORK, NY 10011
United States of America
TELEPHONE 212-414-1000 • FAX 212-647-1511
Reservations
www.hamptoninn.com or 1 800 HAMPTON

RICHARD, MARK

9745 SW 127 ST

MIAMI FL 33176
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 2002/SXBV |
| Arrival Date: | 7/11/2017 9:52:00 PM |
| Departure Date: | 7/12/2017 7:50:00 AM |
| Adult/Child: | 1/0 |
| Cashier ID: | KLEWIS24 |
| Room Rate: | 587.02 |
| AL: | AA JVW5148 |
| HH # | 885265021 DIAMOND |
| VAT # | |
| Folio No/Che | 415085 A |

Confirmation Number: 81037123

HAMPTON INN - MANHATTAN/CHELSEA 7/12/2017 7:50:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 7/11/2017 | 1370650 | GUEST ROOM | $587.02 |
| 7/11/2017 | 1370650 | STATE SALES TAX | $52.10 |
| 7/11/2017 | 1370650 | NYC HOTEL SALES TAX | $34.49 |
| 7/11/2017 | 1370650 | NYC HOTEL OCCUPANCY TAX | $3.50 |
| 7/12/2017 | 1370789 | AX *6026 | ($677.11) |
| | | **BALANCE** | $0.00 |

You have earned approximately 20545 Hilton Honors points and approximately 587 Miles with American Airlines for this stay. Hilton Honors(R) stays are posted within 72 hours of checkout. To check your

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

THANK YOU FOR CHOOSING THE HAMPTON INN-MANHATTAN/CHELSEA

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 111558 | MERCHANT ID | 1319924163 |
| CARD NUMBER | AX *6026 | EXP DATE | 12/21 |
| TRANSACTION ID | 1370789 | TRANS TYPE | Sale |

| 07/12/17 | DIAL 7 000000001<br>7183495207 | LONG ISLAND C | NY | $36.00 |
| 07/12/17 | DIAL 7 000000001<br>7183495207 | LONG ISLAND C | NY | $51.60 |

= 87.60

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: **Mark Richard**

COMPANY: **Phillips, Richard & Rind, PA**

ADDRESS: **9360 SW 72 Street, Suite 283, Miami, FL 33173**

PERIOD COVERED FROM: **8/7/17** TO: **10/26/17**

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|------|-------------|----------------|---------|------------------------------|-----------------|-------------|---------|-------|----------------|
| 8/7/17 | San Juan, PR | Committee Mtg | | | | | | | |
| 8/8/17 | San Juan, PR | Committee Mtg | | | $584.20 | $22.00 | $665.13 | | |
| 8/9/17 | San Juan, PR | Hearing | | | | $30.00 | | | |
| 8/30/17 | New York, NY | Mediation | | | | $16.12 | | $207.04 | |
| 10/3/17 | Miami, FL | Bankruptcy Mtg | | | | $78.76 | | | |
| 10/26/17 | New York, NY | Committee Mtg | | | $777.10 | | | $245.43 | |
| **TOTALS** | | | $ | $ | $ 1361.30 | $ 146.88 | $ 665.13 | $ 452.47 | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**

TOTAL DUE: $ **2,625.78**

## American Airlines®

*original*

AA RECORD LOCATOR: PVQRKJ

 

← Get your boarding pass faster!
Scan this barcode at any
American Airlines Self-Service
Machine.

---

**Miami to San Juan**
1 Adult
**Tuesday** August 8, 2017 – **Thursday** August 10, 2017

| AA Record Locator | Reservation Name |
|---|---|
| **PVQRKJ** | **MIA/SJU** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation. | Status: Ticketed Jul 15, 2017 |

**Total Paid:**
**$316.20 USD**

### Flight information

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** **1570** 🛜 | **Miami** (MIA) August 8, 2017 06:34 PM Travel Time : 2 h 39 m Class : Economy Seat : 15D | **San Juan** (SJU) August 8, 2017 09:13 PM Booking Code : N Plane Type : 738 |
| **American Airlines** **1193** 🛜 | **San Juan** (SJU) August 10, 2017 05:15 PM Travel Time : 2 h 48 m Class : Economy Seat : 15C | **Miami** (MIA) August 10, 2017 08:03 PM Booking Code : S Plane Type : 738 |

**Fare Amount**

Adult
1 × $260.00 USD    $260.00 USD

**AAdvantage® Benefits**

Main Cabin Extra    $0.00 USD
Priority Access℠    $0.00 USD
Same-Day Standby    $0.00 USD

**Taxes & Carrier-Imposed Fees**

Taxes    $56.20 USD

Carrier-Imposed Fees    $0.00 USD

**Flight Subtotal**
**$316.20 USD**

---

### Receipt

| PASSENGER | TICKET NUMBER | FREQUENT FLYER NUMBER | FARE | Tax/Fee/Charge | TICKET TOTAL |
|---|---|---|---|---|---|
| RICHARD,MARK MR | 0012138694279 | JVW5148 | $260.00 USD | 56.20 | 316.20 |
| Payment Type: AMERICAN EXPRESS **********6026 | | | | Total | $316.20 USD |

*+ 268.00*
*flight change fee*
*= 584.20*

### Endorsements/Restrictions
NONREF/CHG FEE APPLIES/NO VALUE AFTER FLT TIME

### Terms and conditions:
If you've already begun travel, this receipt may only show portions of your trip not flown.

If your ticket involves travel outside the U.S., Canada, U.S. Virgin Islands or Puerto Rico and has been reissued, your ticket total may not include all taxes. Please contact Reservations for the correct total.

A summary of all the terms and conditions that apply to your travel are available on aa.com/conditionsofcarriage.

PVQRKJ

## Monday, August 7, 2017

**MIA**
**6:34** PM
Miami

American Airlines 1570

**SJU**
**9:13** PM
San Juan

Seats: 14D
Class: Economy (S)
Meals:

## Wednesday, August 9, 2017

**SJU**
**3:35** PM
San Juan

American Airlines 2719

**MIA**
**6:31** PM
Miami

Seats: 14D
Class: Economy (G)
Meals:

**Mark Richard**          AAdvantage # JVW5148 EXP
                          Ticket # 0012140006505

# Your trip receipt

          Exchange, American Express
                              XXXXXXXXXXXXX026

**Mark Richard**

| | |
|---|---|
| FARE-USD | $ 328.00 |
| TAXES AND CARRIER-IMPOSED FEES | $ 56.20 |
| **TICKET TOTAL** | **$ 384.20** |
| ADDITIONAL FARE COLLECTION | $ 68.00 |

= 268.00

TICKET CHANGE                                                    $ 200.00



Book a hotel »



Book a car »



Buy trip insurance »



Put your card benefits to work
Save 25% on inflight purchases when you use your AAdvantage credit card

More hotel deals and more miles
Book your next stay
Booking.com



Up to 35% off base rates plus 500 AAdvantage® bonus miles.
AVIS   Budget

Short on miles?
Buy or gift miles today

Contact us  |  Privacy policy

### Get the American Airlines app

 

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - MIASJU-No free checked bags/ American Airlines 1STCHECKED BAG FEE-MIASJU-USD0.00/ American Airlines /UP TO 70 POUNDS/32 KILOGRA MS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-MIASJU-USD0.00/ American Airlines /UP TO 70 POUNDS/32 KILOGRA MS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS BAG ALLOWANCE -SJUMIA-No free checked bags/ American Airlines 1STCHECKED BAG FEE-SJUMIA-USD0.00/ American Airlines /UP TO 70 POUNDS/32 KILOGRA MS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-SJUMIA-USD0.00/ American Airlines /UP TO 70 POUNDS/32 KILOGRA MS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS

CARRY ON ALLOWANCE MIASJU SJUMIA-02 Pieces/ American Airlines 01/UP TO 40

# FIXED RATES / TARIFAS FIJAS

License plate / Tablilla: _____
Passengers / Personas: _____

**+ APPLICABLE RATES / CARGOS APLICABLES**

|  | Base price Precio base |
|---|---|
| ZONE / ZONA **2** Isla Verde | $10 |
| ZONE / ZONA **3** Ocean Park Condado Miramar Santurce | $15 |
| ZONE / ZONA **4** Old San Juan & Piers | $19 |
| ZONE / ZONA **5** Convention Center Hyatt House Isla Grande Airport Sheraton Convention Center | $15 |

$1 Luggage charge will apply to each additional item.
Aplica cargo por maleta a cada pieza adicional.

$0 Accesories for disabled person are free of charge.
Accesorios de personas impedidas son libre de costo.

$2 Gas surcharge.
Ajuste por combustible.

$2 Extra charge for 6th-7th passenger.
Cargo adicional por 6to-7mo pasajero.

$1 Late night charge (10PM-6AM).
Cargo nocturno (10PM-6AM).

$1 Airport fee
Cargo del Aeropuerto

★ PAY FARE TO DRIVER / PAGUE AL CONDUCTOR

COST PER TRIP, NO PER PERSON / COSTO POR VIAJE, NO POR PASAJERO

**AREAS OF INTEREST / ÁREAS DE INTERÉS**

| $14 | Coliseo José Miguel Agrelot | $18 | Plaza Las Américas |
| $14 | Plaza Carolina | $13 | The Mall of San Juan |

Rates approved by:
Tarifas aprobadas por:

PUERTO RICO TOURISM COMPANY

METERED RATE WILL APPLY FOR AREAS BETWEEN AND BEYOND TOURIST ZONES / TARIFA METRADA APLICARÁ ENTRE Y FUERA DE ZONAS TURÍSTICAS

TOLLS AND TIPS ARE NOT INCLUDED / PEAJES Y PROPINAS NO ESTÁN INCLUIDOS

---

# TAXI RECEIPT

*From Dinner Meeting*
*AF 7 PR BIL*

DATE: 8/8/17

FROM: Vanderbilt
TO: Hilton Caribe

SPECIAL SERVICE CALL
Tel. _____

FARE: $ _____   LUGGAGE: $ _____
TOTAL $ 15.

SIGNATURE

*AF 7 PR BIL*

8/8/17
$30.00

---

# TAXI RECEIPT   *AF 7 PR BIL*

DATE: 8/8/17

FROM: Hilton Caribe
TO: Vanderbilt

SPECIAL SERVICE CALL
Tel. _____

FARE: $ 15 —   LUGGAGE: $ _____
TOTAL $ 15

SIGNATURE

*From hotel to csc D.to/Com mtg AF 7 PR*

# Hilton
**HOTELS & RESORTS**

CARIBE HILTON
LOS ROSAL   TREET, SAN GERONIMO GROUNDS
SAN JUAN, PR  00901
Puerto Rico
TELEPHONE 787-721-0303   • FAX 787 722 2910
Reservations
www.hilton.com or 1 800 HILTONS

RICHARD, MARK

9745 SW 127 ST

MIAMI FL  33176
UNITED STATES OF AMERICA

| | |
|---|---|
| Room Number | 613/K1RV |
| Arrival Date | 8/7/2017  7:06:00 PM |
| Departure Date | 8/9/2017 1:07:00 PM |
| Adult/Child | 1/0 |
| ID | NPINEIROAYALA |
| Room Rate | 249.90 |
| AL | AA JVW5148 |
| Hilton Honors # | 885265021 DIAMOND |
| VAT # | |
| Folio No/Che | 1454588 A |

Confirmation Number 3362623784

CARIBE HILTON 8/9/2017 1:07:00 PM

| DATE | DESCRIPTION | Cashier | REF NO | GUEST CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 7/19/2017 | Advance Deposit AX *6026 | MONIQUE | 13302002 | | ($318.14) | |
| 7/24/2017 | Advance Deposit AX *6026 | LYNNETA | 13322750 | | ($3.28) | |
| 8/7/2017 | GUEST ROOM | ARAMOS | 13378070 | $249.90 | | |
| 8/7/2017 | ROOM TAX | ARAMOS | 13378070 | $22.49 | | |
| 8/7/2017 | RESORT CHARGE | ARAMOS | 13378070 | $44.98 | | |
| 8/7/2017 | TAX ON THE RESORT CHARGE | ARAMOS | 13378070 | $4.05 | | |
| 8/8/2017 | GUEST ROOM | ARAMOS | 13381570 | $249.90 | | |
| 8/8/2017 | ROOM TAX | ARAMOS | 13381570 | $22.49 | | |
| 8/8/2017 | RESORT CHARGE | ARAMOS | 13381570 | $44.98 | | |
| 8/8/2017 | TAX ON THE RESORT CHARGE | ARAMOS | 13381570 | $4.05 | | |
| 8/8/2017 | MOVIE | LINTR | 13382236 | $22.29 | | |
| 8/9/2017 | AX *6026 | NPINEIRO AYALA | 13383180 | | ($343.71) | |
| | | | AMOUNT | | | $0.00 |

= 665.13

| | Revenue | Tax |
|---|---|---|
| TOTAL INVOICE AMOUNT | $522.09 | $143.04 |

You have earned approximately 19270 Hilton Honors points and approximately 522 Miles with American Airlines for this stay. Hilton Honors(R) stays are posted within 72 hours of checkout. To check your

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

FOR BILLING INQUIRIES PLEASE CONTACT: CREDIT DEPARTMENT AT SJNHI.AR.CARIBE@HILTON.COM.  TELEPHONE 787 721 0303, EXT 6232.

**Credit Card Details**

| | | | |
|---|---|---|---|
| APPR. CODE | 117358 | MERCHANT ID | 209684 |
| CARD NUMBER | AX *6026 | EXP DATE | 12/21 |
| TRANSACTION ID | 13302002 | TRANS TYPE | Sale |



# U B E R

  Mark ▾    FREE RIDES

## YOUR TRIP
1:56 PM on August 9, 2017

 Find Lost Item     Get a Fare review     Resend Receipt     Request Invoice

**Mark**

My Trips

Profile

Payment

Free Rides

Drive with Uber    **NEW!**

Log Out

🔍 Lost something?
Check out uber.com/lost

### FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.00 |
| Distance | 3.69 |
| Time | 7.38 |
| **Subtotal** | **$12.07** |
| Peaje Estacion Teodoro Moscoso (12:00 AM - 11:59 PM) | 3.45 |
| Booking Fee | 0.60 |
| **Total** | **$16.12** |

CHARGES

 Personal •••• 4016    $16.12

🔘 **1:56 PM**
107-113 Av. Ing. Manuel Domenech, San Juan, 00918, Puerto Rico

🔘 **2:16 PM**
Av. Aeropuerto, Carolina, 00979, Puerto Rico

| CAR | MILES | TRIP TIME |
|---|---|---|
| **UBERXL** | **5.67** | **00:13:25** |

    You rode with Rafael    RATE YOUR RIDE    ★ ★ ★ ★ ★

UBER HOME  •  CITIES  •  DRIVERS

ABOUT US    HELP CENTER    CAREERS    BLOG



Castellanos Restaurant
787-758-3800



REST CASTELLANOS
112 AVE DOMENECH HATO REY ESQ MUNOZ RI
SAN JUAN

| DATE | TIME | HOST |
|---|---|---|
| Aug 09.17 | 13:48:34 | ATH2 |
| BATCH | TERMINAL ID | MERCHANT ID |
| 000063 | X147R236 | 9381303172 |

AFT    SALE
RECP    ACCT.
xxxxxxxxxx6026

AUTH. CODE: 855830      INVOICE: 002002
                        TRACE  :000704

AMOUNT:     $      154.30
State TAX:  $       16.20
Mun. TAX:   $        1.54

Subtotal :  $      172.04

TIP :                35
TOTAL :           207.04

CONTROL:  3596N-WZWB0
ET

SIGNATURE: X

AMERICAN EXPRESS
AID: A000000025010801 AC: A6B7DC8196D24B29
UN: 8FB50CAC TVR: 0000000000 TSI: F800

CARDHOLDER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICE IN THE AMOUNT OF THE TOTAL
SHOWN HEREON AND  AGREES TO  PERFORM THE
OBLIGATIONS SET FORTH IN THE CARDHOLDER'S
AGREEMENT WITH THE ISSUER

CUSTOMER COPY
Gracias Por su Patrocinio

Guest Check                    Party of 2
Table   15                     Ticket  5000
Server  ; Cesar                REG4
01:44 PM                       Date 08/09/17
  Seat Number 1>> ------------------
 2  Perrier (ea @ 4.00)              8.00
 6  Entremes Surtid (ea @ 7.50)     45.00
 2  Aperitivos del dia
    Numero 1
 2  Aperitivos del dia
    Numero 1
 1  Aperitivos del dia
    Numero 2
 1  Platos del Dia
    Plato 5                         14.90
    VEGETALES
 1  Platos del Dia
    Plato 5                         14.90
    PAPA LIONESA
 1  Platos del Dia
    Plato 5                         14.90
    TOSTONES
 1  Platos del Dia
    Plato 5                         14.90
    TOSTONES
 1  Pechuga
    Plancha                         16.90
    AMARILLOS
 1  Arroces
    Mamposteado                      9.90
    N/A
 1  Platos del Dia
    Plato 4                         14.90
    TOSTONES

Re:
Puerto
Rico
AuN

Sub Total  :  154.30
Muni tax   :    1.54
State tax  :   16.20
Check Total  $ 172.04

Additional Tip  35

Total Charge:  207.0

15% tip is  25.81
18% tip is  30.97
20% tip is  34.41
22% tip is  37.85

Richard
¡Buen Provecho!
Si Desea Aportar Con Propina
Agradeceriamos Que Fuera
En Efectivo
- Ano A Plaz
- Griscula
Plus ③ LEADERS



U B E R

 Mark ▾    FREE RIDES

## YOUR TRIP

3:54 PM on August 30, 2017



Mark

| 🔍 Find Lost Item | 🌐 Get a Fare review | ↪ Resend Receipt | ⬇ Request invoice |

My Trips

Profile

Payment

Free Rides

Drive with Uber    **NEW!**

Log Out

🔍 Lost something?
   Check out uber.com/lost

### FARE BREAKDOWN



| | |
|---|---|
| Trip fare | 76.94 |
| Subtotal | $76.94 |
| Wait Time | 1.82 |
| Total | $78.76 |

CHARGES
💳 Personal •••• 4016          $78.76

ADD A TIP

⦿ 3:54 PM
   540 8th Ave, New York, NY 10036  US    *Meeting*

⦿ 4:39 PM
   Grand Central Pkwy, New York, NY 11371, US    *Airport*

| CAR | MILES | TRIP TIME |
|---|---|---|
| **UBERBLACK** | **10.59** | **00:39:57** |

    You rode with Norbu    RATE YOUR RIDE    ★ ★ ★ ★ ★

UBER HOME  •  CITIES  •
DRIVERS

🐦  f

ABOUT US    HELP CENTER    CAREERS    BLOG

[ ⌄ ]

**FRATELLINO RISTORANTE**
264 MIRACLE MILE
CORAL GABLES, FL 33134
7864520068

Nonna Ale recipes

## ORDER: Table 1
## DINE IN

Cashier: RICARDO
02-Oct-2017 6:55:36P

Transaction 125180

| | |
|---|---|
| **Subtotal** | **$253.00** |
| **Tax** | **$20.24** |
| | |
| **Total** | **$273.24** |
| CREDIT CARD AUTH | $273.24 |
| AMEX 1001 | |
| | |
| Tip | 54.00 |
| | |
| Total | 327.24 |

Retain this copy for statement validation

02-Oct-2017 8:43:29P
$273.24 | Method: SWIPED
AMEX XXXXXXXXXXX1001
Ref #: 727600666180 | Auth #: 586485
MID: ********6889
AthNtwkNm: AMEX
SIGNATURE VERIFIED

Order 1B7MXTHTK2NXT

Gratuity is not included in the receipt
Suggested tip 15%, 18%, 20% Thank you for
for dining with us and comeback soon.

Online: https://clover.com/
p/2NEMBDWC231HM

2NEMBDWC231HM

---

**FRATELLINO RISTORANTE**
264 MIRACLE MILE
CORAL GABLES, FL 33134
7864520068   *1/4 - T+E*

Nonna Ale recipes

## ORDER: Table 1
## DINE IN

Cashier: RICARDO
02-Oct-2017 6:55:36P

| | | |
|---|---|---|
| 1 | Insalata Fratellino | $14.00 |
| | | split x 2 |
| | | |
| 1 | Octopus Carpaccio | $18.00 |
| 2 | 211 - Veramonte | $60.00 |
| | Sauvignon Blanc | |
| 1 | Pappardelle al Porcini | $27.00 |
| | | no aceite due truffas |
| | | |
| 1 | Tagliatelle Special | $29.00 |
| | no pollo no camarones con pollo | |
| | | |
| 1 | Pappardelle verde special | $29.00 |
| 1 | OPEN FOOD | $39.00 |
| | pollo sorrentino con ling fradiablo con | |
| | | camarones |

*Re: Puerto Rico Ale*

| | | |
|---|---|---|
| 1 | Ricotta cheese cake | $8.00 |
| 1 | Apple tart | $12.00 |
| 1 | Chocolate mousse cake | $9.00 |
| 2 | Espresso | $8.00 |

| | | |
|---|---|---|
| **Subtotal** | *Jose Barrios* | **$253.00** |
| **Tax** | | **$20.24** |
| | *Kathleen Philips* | |
| **Total** | *Mark Richter* | **$273.24** |

Order 1B7MXTHTK2NXT

Gratuity is not included in the receipt
Suggested tip 15%, 18%, 20% Thank you for
for dining with us and comeback soon.

*~ Michele Richter*

Online: https://clover.com/
r/1B7MXTHTK2NXT

1B7MXTHTK2NXT

---

*AFT share - $245.43*

CONFIDENTIALITY NOTICE: This e-mail communication contains confidential information. The information in this e-mail is intended only for the use of the addressee(s) named above. If you have received this e-mail and you are not an intended addressee(s) named above, please immediately notify me by telephone at 305-412-8322. Any disclosure, copying, distribution, or other use of any information transmitted in this e-mail is strictly prohibited, except for the use of information regarding how to contact me to advise me of your erroneous receipt of this e-mail. Mark Richard, Phillips, Richard, Rind, P.A.

Begin forwarded message:

**From:** American Airlines <no-reply@notify.email.aa.com>
**Date:** October 22, 2017 at 9:31:56 AM EDT
**To:** "MRICHARD@PHILLIPSRICHARD.COM" <MRICHARD@PHILLIPSRICHARD.COM>
**Subject: Your trip confirmation-DUEMXA 23OCT**



Hello Mark Richard!                                          Issued: Oct 22, 2017

## Your trip confirmation and receipt

Record locator: **DUEMXA**

View your trip

### Monday, October 23, 2017

| ALB | DCA | |
|-----|-----|---|
| **5:10** PM | **6:55** PM | Seats: 8D , 8C |
| Albany | Washington Reagan | Class: Economy (L) |
| | | Meals: |

American Airlines 4169
OPERATED BY AIR WISCONSIN AS AMERICAN EAGLE

### Wednesday, October 25, 2017

| DCA | LGA | |
|-----|-----|---|
| **2:00** PM | **3:28** PM | Seats: 8F , 8D |
| Washington Reagan | New York La Guardia | Class: Economy (K) |
| | | Meals: |

American Airlines 4755
OPERATED BY REPUBLIC AIRLINES AS AMERICAN
EAGLE

### Thursday, October 26, 2017

| LGA | ORD | |
|-----|-----|---|
| | | Seats: 25D , 25E |
| | | Class: Economy (G) |

| | | |
|---|---|---|
| 3:30 PM | 5:19 PM | Meals: |
| New York La Guardia | Chicago O'hare | |
| American Airlines 358 | | |

**Monday, October 30, 2017**

| | | |
|---|---|---|
| ORD | MIA | Seats: 12D , 12C |
| 6:30 PM | 10:36 PM | Class: Economy (G) |
| Chicago O'hare | Mia | Meals: |
| American Airlines 2193 | | |

---

| | | |
|---|---|---|
| Mark Richard | AAdvantage # JVW5148 EXP | |
| | **Ticket # 0012154811332** | |
| Michele Richard | AAdvantage # JVW5226 PLT | |
| | **Ticket # 0012154811333** | |

## Your trip receipt

    Exchange, American Express
XXXXXXXXXXXXXX026

*Mark Richard*

| | |
|---|---|
| FARE-USD | $ 1037.21 |
| TAXES AND CARRIER-IMPOSED FEES | $ 127.49 |
| **TICKET TOTAL** | **$ 1164.70** |
| ADDITIONAL FARE COLLECTION | 577.10 |

 *Change fee + 200 = 777.10*





TICKET CHANGE    467.10


Hotel offers ›    Car rental offers ›     Buy trip insurance ››     SuperShuttle