# **Exhibit A**

# Exhibit A

## Summary of Fees Incurred By Professional

| EHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Position** | **2017 Billing Rate** | **2018 Billing Rate**[1] | **Hours** | **100% of Fees** |
| David MacGreevey | Managing Director | $ 940 | $ 940 | 9.7 | 9,118.00 |
| Carol Flaton | Managing Director | 940 | 940 | 341.0 | 313,772.00 |
| Elizabeth S. Kardos | Counsel | 565 | 565 | 14.7 | 8,305.50 |
| Enrique R. Ubarri | Senior Advisor | 850 | 850 | 379.8 | 322,830.00 |
| Robert Bingham | Senior Director | 850 | 850 | 76.6 | 65,110.00 |
| Mark A. Cervi | Senior Director | 810 | 830 | 38.8 | 31,484.00 |
| Scott Martinez | Senior Director | 685 | 810 | 569.9 | 410,304.00 |
| Eric Deichmann | Director | 540 | 675 | 199.5 | 111,361.50 |
| Michael Westermann | Manager | 440 | 510 | 622.8 | 286,310.00 |
| Rahul Yenumula | Associate | 440 | 460 | 300.7 | 133,922.00 |
| Deborah Praga | Associate | 390 | 460 | 565.6 | 230,118.00 |
| Matthew Delmonte | Analyst | 305 | 305 | 60.4 | 18,422.00 |
| Anthony Perrella | Analyst | 305 | 320 | 11.0 | 3,407.50 |
| Laurie Verry | Paraprofessional | 285 | 300 | 33.6 | 9,633.00 |
| Paul Fabsik | Paraprofessional | 245 | 245 | 44.5 | 10,902.50 |
| Lisa Marie Bonito | Paraprofessional | NA | 250 | 2.8 | 700.00 |
| Sheila Valenti | Paraprofessional | 95 | 95 | 1.9 | 180.50 |
| **Grand Total** | | | | 3,273.3 | $1,965,880.50 |

(1) As stated in Zolfo Cooper's engagement letter, Zolfo Cooper reviews its standard hourly rates semi-annually. Effective January 1, 2018, Zolfo Cooper revised its standard hourly rates. ZC provided notice of the rate change to members of the Unsecured Creditors' Committee.