## **Exhibit B**

# Exhibit B

## Summary of Hours and Fees by Project Category

| Matter Category | Description | Hours | 100% Fees |
|---|---|---|---|
| header | EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | |
| 1 | Planning & Coordination / Case Management | 36.4 | $   28,593.00 |
| 2 | Meetings and Communications with Committee Members and/or Professionals | 436.3 | 315,508.50 |
| 3 | Communication with Interested Parties | 450.4 | 288,494.50 |
| 4 | Liquidity and Cash Management | 69.4 | 41,390.50 |
| 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 578.6 | 319,787.50 |
| 6 | Financial and Other Diligence | 629.8 | 366,237.50 |
| 7 | Sales of Assets | 2.1 | 1,662.00 |
| 8 | Due Diligence of Commonwealth Assets | 2.9 | 1,973.00 |
| 9 | Debt Capacity | 265.6 | 135,145.50 |
| 10 | Investments in Puerto Rico, Including Public-Private Partnerships | 6.1 | 3,028.00 |
| 11 | Plan of Adjustment Review and Negotiations | 37.2 | 17,459.00 |
| 12 | Litigation Support and Claims Analysis | 28.1 | 19,226.00 |
| 13 | Testimony / Court Appearance | 4.1 | 3,201.00 |
| 14 | Expert Reports | 3.0 | 2,514.00 |
| 15 | Pension Matters | - | - |
| 16 | Retention | - | - |
| 17 | Fee Statements and Fee Applications | 269.9 | 111,763.00 |
| 18 | Non-Working Travel Time | 46.4 | 17,973.00 |
| 19 | PREPA Title III | 233.4 | 168,374.50 |
| 20 | HTA Title III | 146.3 | 100,761.00 |
| 21 | ERS Title III | 27.3 | 22,789.00 |
| **Grand Total** | | **3,273.3** | **$ 1,965,880.50** |