# **Exhibit D**

# Exhibit D

## Summary of Expenses

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---|
| Category | Total |
| Travel & Lodging | $ 6,115.42 |
| Direct Charges | 1,445.00 |
| Postage/Courier | 1,153.35 |
| Meals | 791.39 |
| Phone | 141.31 |
| Copy Charges | 79.20 |
| **Grand Total** | **$ 9,725.67** |