## **Exhibit E**

# Exhibit E

# Detail of Expenses by Professional

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| Professional | Date | Category | Description | Amount |
| Payable Accounts | 8/9/2017 | Travel & Lodging | Car Service - D. MacGreevey JFK to ZC NYC Office | $ 100.00 |
| Payable Accounts | 8/22/2017 | Travel & Lodging | Car Service (C. Flaton) Home to JFK | 130.22 |
| Carol Flaton | 10/24/2017 | Travel & Lodging | Amtrak - Train Fare RT NY to DC | 357.00 |
| Carol Flaton | 10/24/2017 | Travel & Lodging | Cab - Union Station to EY office in DC | 20.65 |
| Carol Flaton | 10/24/2017 | Travel & Lodging | Uber - Cancellation fee | 5.00 |
| Michael Westermann | 10/25/2017 | Travel & Lodging | Cab - Home from Office (working late) | 18.75 |
| Deborah Praga | 10/26/2017 | Travel & Lodging | Cab - Home from Office (working late) | 8.15 |
| Deborah Praga | 12/1/2017 | Travel & Lodging | Cab - Home from Office (working late) | 15.18 |
| Eric Deichmann | 12/7/2017 | Travel & Lodging | Airfare - LGA to DCA | 93.20 |
| Eric Deichmann | 12/7/2017 | Travel & Lodging | Airfare - DCA to LGA | 353.20 |
| Eric Deichmann | 12/7/2017 | Travel & Lodging | Airfare - Change Fee (DCA to LGA) | 75.00 |
| Eric Deichmann | 12/7/2017 | Travel & Lodging | Car Service to Home to LGA | 100.00 |
| Eric Deichmann | 12/7/2017 | Travel & Lodging | Train Fare - DC Metrocard (Commute between airport, meetings) | 10.00 |
| Eric Deichmann | 12/7/2017 | Travel & Lodging | Uber - LGA to Home | 91.40 |
| Scott R. Martinez | 1/17/2018 | Travel & Lodging | Economy Airfare - One way - JFK to SJU | 301.40 |
| Carol Flaton | 1/17/2018 | Travel & Lodging | RT Economy Airfare JFK - SJU | 501.80 |
| Eric Deichmann | 1/17/2018 | Travel & Lodging | RT Economy Airfare JFK-SJU | 922.80 |
| Scott R. Martinez | 1/17/2018 | Travel & Lodging | Cab - San Juan Airport to Hotel | 30.00 |
| Scott R. Martinez | 1/17/2018 | Travel & Lodging | Car Service Home to JFK (plus stop to pick up colleague) | 200.00 |
| Scott R. Martinez | 1/17/2018 | Travel & Lodging | Lodging - PR (1/17/18) | 485.94 |
| Carol Flaton | 1/17/2018 | Travel & Lodging | Lodging - PR (1/17/18) | 496.41 |
| Carol Flaton | 1/18/2018 | Travel & Lodging | Cab JFK to Home | 59.11 |
| Eric Deichmann | 1/18/2018 | Travel & Lodging | Cab JFK to Home | 133.95 |
| Scott R. Martinez | 1/18/2018 | Travel & Lodging | Lodging - PR (1/18/18) | 512.13 |
| Eric Deichmann | 1/18/2018 | Travel & Lodging | Lodging - PR (1/17/18) | 645.73 |
| Scott R. Martinez | 1/19/2018 | Travel & Lodging | Economy Airfare - One way - SJU to BDL | 303.40 |
| Scott R. Martinez | 1/19/2018 | Travel & Lodging | Car from Hotel to FOMB Meeting | 20.00 |
| Scott R. Martinez | 1/19/2018 | Travel & Lodging | Cab from FOMB Meeting to San Juan Airport | 25.00 |
| Scott R. Martinez | 1/19/2018 | Travel & Lodging | Car service from BDL to Home | 100.00 |
| **Total Travel & Lodging Expense** | | | | **$ 6,115.42** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Eric Deichmann | 11/2/2017 | Direct Charges | Stata Software (Fiscal Plan Macroeconomic Model) | $ 1,195.00 |
| Anthony Perrella | 12/15/2017 | Direct Charges | Moody's Rating Report | 250.00 |
| **Total Direct Charges** | | | | **$ 1,445.00** |

## EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 597551319 - Fee Statement to Notice Party | $ 27.12 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 597551319 - Fee Statement to Notice Party | 22.18 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 597551319 - Fee Statement to Notice Party | 61.77 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 597551319 - Fee Statement to Notice Party | 22.18 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 597551319 - Fee Statement to Notice Party | 45.97 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 162366753 - Fee Statement to Notice Party | 66.22 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 162366753 - Fee Statement to Notice Party | 66.22 |
| Payable Accounts | 10/20/2017 | Postage/Courier | Fedex Inv.# 162366753 - Fee Statement to Notice Party | 66.22 |
| Payable Accounts | 11/9/2017 | Postage/Courier | Fedex Inv.# 599676482 - No Objection Letter | 18.16 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 163827044 - Fee Statement to Notice Party | 48.97 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 163827044 - Fee Statement to Notice Party | 48.97 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 163827044 - Fee Statement to Notice Party | 48.97 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 21.78 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 21.78 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 45.14 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 22.06 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 21.78 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 45.14 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 45.14 |
| Payable Accounts | 12/5/2017 | Postage/Courier | Fedex Inv.# 601809012 - Fee Statement to Notice Party | 26.63 |
| Payable Accounts | 12/18/2017 | Postage/Courier | Fedex Inv.# 603420689 - No Ojbection Letter | 18.25 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #164974975 - Fee Statement to Notice Party | 51.51 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #164974975 - Fee Statement to Notice Party | 51.51 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #164974975 - Fee Statement to Notice Party | 51.51 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #606236788 - Fee Statement to Notice Party | 22.84 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #606236788 - Fee Statement to Notice Party | 47.70 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #606236788 - Fee Statement to Notice Party | 22.84 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #606236788 - Fee Statement to Notice Party | 22.84 |
| Payable Accounts | 1/10/2018 | Postage/Courier | Fedex Inv. #606236788 - Fee Statement to Notice Party | 49.05 |
| Payable Accounts | 1/23/2018 | Postage/Courier | Fedex Inv. #606920991 - No Objection Letter | 22.90 |
| **Total Postage/Courier Expense** | | | | **$ 1,153.35** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Michael Westermann | 10/25/2017 | Meals | 1 Business meal - Dinner | $ 22.15 |
| Scott R. Martinez | 12/4/2017 | Meals | 3 Business meal - Lunch Public Fiscal Plan Session w/M. Westermann and D. Praga) | 62.26 |
| Eric Deichmann | 12/7/2017 | Meals | 1 Business Meal - Lunch | 32.63 |
| Eric Deichmann | 12/7/2017 | Meals | 1 Business Meal - Breakfast | 11.25 |
| Payable Accounts | 12/8/2017 | Meals | Business Meal - Catered in ZC NYC Office w/Committee Member | 120.72 |
| Scott R. Martinez | 1/17/2018 | Meals | 3 Business meal - Lunch (C. Flaton, E. Deichmann) | 76.41 |
| Scott R. Martinez | 1/17/2018 | Meals | 5 Business meal - Dinner (C. Flaton, E. Deichmann, D. Mack and I. Smith (UCC Members)) | 200.00 |
| Scott R. Martinez | 1/18/2018 | Meals | 1 Business meal - Dinner | 40.00 |
| Carol Flaton | 1/18/2018 | Meals | 5 Business meal - Dinner (S. Martinez, E. Deichmann, D. Mack and I. Smith (UCC Members)) | 200.00 |
| Scott R. Martinez | 1/19/2018 | Meals | 1 Business meal - Breakfast | 5.58 |
| Scott R. Martinez | 1/19/2018 | Meals | 1 Business meal - Lunch | 20.39 |
| **Total Meals Expense** | | | | **$ 791.39** |

## EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Phone Expense | 11/26/2017 | Phone | PGI Conference Serivce Inv. No. 24846738 | | 38.00 |
| Phone Expense | 12/26/2017 | Phone | PGI Conference Service Inv. No. 25028482 | | 95.13 |
| Phone Expense | 1/26/2018 | Phone | PGI Conference Service Inv. #25205009 | | 8.18 |
| **Total Phone Expense** | | | | **$** | **141.31** |

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Payable Accounts | 10/31/2017 | Copy Charges | 6 Copies @ $ .10 | $ | 0.60 |
| Payable Accounts | 11/30/2017 | Copy Charges | 2 Copies @ $ .10 | | 0.20 |
| Payable Accounts | 12/31/2017 | Copy Charges | 756 Copies @ $ .10 | | 75.60 |
| Payable Accounts | 1/31/2018 | Copy Charges | 28 Copies @ $ .10 | | 2.80 |
| **Total Copy Charges** | | | | **$** | **79.20** |
| **Total** | | | | **$** | **9,725.67** |