# EXHIBIT B

## Summary of FTI Consulting, Inc. Hours Worked and Fees Incurred by Professional

| Professional | Position | Average Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Gumbs, Sean [1] | Senior Managing Director | $ 1,057 | 214.0 | $ 226,100.00 |
| Isler, Jeffrey | Senior Managing Director | 395 | 3.8 | 1,501.00 |
| Malloy, Michael | Senior Managing Director | 815 | 47.5 | 38,712.50 |
| Simms, Steven [1] | Senior Managing Director | 1,057 | 25.5 | 26,952.50 |
| Tully, Conor | Senior Managing Director | 995 | 6.5 | 6,467.50 |
| Grunwald Kadar, Andrea | Managing Director | 915 | 122.3 | 111,904.50 |
| Heeren, Ana | Managing Director | 650 | 2.2 | 1,430.00 |
| Leonard, Jeffrey | Managing Director | 685 | 4.2 | 2,877.00 |
| Mulkeen, Tara | Managing Director | 705 | 97.9 | 69,019.50 |
| Park, Ji Yon [1] | Managing Director | 841 | 187.6 | 157,770.00 |
| Robertson, David [1] | Managing Director | 629 | 17.8 | 11,200.00 |
| Whitcomb, John | Senior Director | 600 | 10.0 | 6,000.00 |
| Mossop, Julian [1] | Senior Consultant | 546 | 335.3 | 183,140.00 |
| Williams, Sian | Senior Consultant | 275 | 16.1 | 4,427.50 |
| Cherian, Ritika | Consultant | 300 | 253.4 | 76,020.00 |
| Emerton, Charlie | Consultant | 380 | 138.8 | 52,744.00 |
| Fazal, Kazi | Consultant | 455 | 58.0 | 26,390.00 |
| Miles, Edan | Consultant | 315 | 174.9 | 55,093.50 |
| Sombuntham, Natalie [1] | Consultant | 397 | 179.5 | 71,275.00 |
| Hellmund-Mora, Marili [1] | Associate | 266 | 45.0 | 11,977.00 |
| **SUBTOTAL** | | | 1940.3 | 1,141,001.50 |
| Less: 50% discount for non-working travel time | | | | (13,730.00) |
| **GRAND TOTAL** | | | 1940.3 | $ 1,127,271.50 |

(1): Professionals subject to annual billing rate increase effective January, 2018

# EXHIBIT B

## Summary of FTI Consulting, Inc. Hours Worked and Fees Incurred by Professional

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Baxter, Richard | Senior Managing Director | $990 | 8.8 | $8,712.00 |
| Cannon, Biggs | Senior Managing Director | 675 | 2.9 | 1,957.50 |
| Gibson, Wayne | Senior Managing Director | 695 | 4.6 | 3,197.00 |
| Gumbs, Sean | Senior Managing Director | 1,050 | 158.7 | 166,635.00 |
| Rodrigues, Avelino | Senior Managing Director | 680 | 4.4 | 2,992.00 |
| Simms, Steven | Senior Managing Director | 1,050 | 93.9 | 98,595.00 |
| Tully, Conor | Senior Managing Director | 995 | 0.5 | 497.50 |
| Baldwin, Paul | Managing Director | 845 | 5.5 | 4,647.50 |
| Fish, Mark | Managing Director | 675 | 2.5 | 1,687.50 |
| Grunwald Kadar, Andrea | Managing Director | 915 | 42.6 | 38,979.00 |
| Leonard, Jeffrey | Managing Director | 640 | 26.9 | 17,216.00 |
| Park, Ji Yon | Managing Director | 835 | 191.9 | 160,236.50 |
| Mossop, Julian | Senior Consultant | 520 | 129.6 | 67,392.00 |
| Miles, Edan | Consultant | 315 | 101.8 | 32,067.00 |
| Sombuntham, Natalie | Consultant | 380 | 158.1 | 60,078.00 |
| Hellmund-Mora, Marili | Associate | 265 | 22.6 | 5,989.00 |
| **SUBTOTAL** | | | **955.3** | **670,878.50** |
| | Less: 50% discount for non-working travel time | | | (10,447.50) |
| **GRAND TOTAL** | | | **955.3** | **$660,431.00** |