# EXHIBIT E

## Summary of FTI Consulting, Inc. Expenses

| Expense Type | Amount |
|---|---:|
| Airfare | $ 21,671.17 |
| Lodging | 2,579.53 |
| Transportation | 2,131.19 |
| Working Meals | 1,225.52 |
| Other | 1,540.00 |
| **Subtotal** | **$ 29,147.41** |
| Less: Voluntary Reductions[1] | (7,293.45) |
| **Grand Total** | **$ 21,853.96** |

(1): In-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while airfares and train fares have been reduced to coach-equivalent rates or the least expensive fare to comply with the Fee Examiner Guidelines.