# **EXHIBIT F**

**Detailed Expense Records for FTI Consulting, Inc.**

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2017 TO OCTOBER 31, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 09/12/17 | Grunwald Kadar, Andrea | Airfare | Airfare - roundtrip - LHR - JFK, 09/12/17 - 09/14/17. Airfare Travel to/from London to New York City to attend mediation meeting. | $ 5,940.50 |
| | | **Airfare Total** | | **5,940.50** |
| 08/07/17 | Simms, Steven | Transportation | Taxi from the airport to the hotel while traveling in San Juan, PR for a Committee meeting. | 20.00 |
| 08/08/17 | Simms, Steven | Transportation | Taxi from the hotel to committee meeting in San Juan, PR. | 20.00 |
| | | **Transportation Total** | | **40.00** |
| 08/09/17 | Simms, Steven | Working Meals | Lunch for self while traveling in San Juan, PR for a Committee meeting, | 17.50 |
| 10/23/17 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 18.56 |
| | | **Working Meals Total** | | **36.06** |
| | | **Subtotal** | | **6,016.56** |
| | | Less: Voluntary Reductions[1] | | (2,079.18) |
| | | **Grand Total** | | **$ 3,937.38** |

(1): FTI has taken a 35% voluntary reduction on airfare expenses to adjust to coach-equivalent expenses.

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2017 TO NOVEMBER 30, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/09/17 | Grunwald Kadar, Andrea | Lodging | Hotel - 3 nights - 11/08/17 - 11/11/17. Travel to NY to attend Puerto Rico meetings. | $1,443.57 |
| | | **Lodging Total** | | **$ 1,443.57** |
| 10/02/17 | Miles, Edan | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 22.10 |
| 10/03/17 | Miles, Edan | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 27.02 |
| 10/24/17 | Gumbs, Sean | Transportation | Travel agent fees - Travel round trip New York to Washington DC, to attend FEMA mediation information session. | 30.00 |
| 10/24/17 | Gumbs, Sean | Transportation | Taxi from station to FEMA mediation information session in Washington. | 8.54 |
| 10/24/17 | Gumbs, Sean | Transportation | Taxi from train station to home. Travel to Washington to attend FEMA mediation information session. | 21.00 |
| 10/24/17 | Gumbs, Sean | Transportation | Train fare - round trip business 10/24/17 - 10/24/17 NY Penn - Union Station. Travel from New York to Washington DC, to attend FEMA mediation information session. | 365.00 |
| 11/08/17 | Grunwald Kadar, Andrea | Transportation | Taxi from airport to hotel. Travel to NY to attend Puerto Rico meetings. | 90.38 |
| 11/10/17 | Miles, Edan | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 9.32 |
| 11/11/17 | Grunwald Kadar, Andrea | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 20.04 |
| 11/13/17 | Miles, Edan | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 11.47 |
| 11/20/17 | Grunwald Kadar, Andrea | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 11.89 |
| | | **Transportation Total** | | **$ 616.76** |
| 10/21/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 28.35 |
| 10/24/17 | Gumbs, Sean | Working Meals | Lunch while traveling to Washington to attend FEMA mediation information session. | 8.22 |
| 10/24/17 | Gumbs, Sean | Working Meals | Breakfast for self while traveling to to Washington to attend FEMA mediation information session. | 3.25 |
| 10/24/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling from Washington after attending FEMA mediation information session. | 6.63 |
| 10/30/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 31.77 |
| 10/31/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 28.35 |
| 11/01/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.38 |
| 11/02/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 28.64 |
| 11/04/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 16.12 |
| 11/06/17 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 20.61 |
| 11/06/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 20.61 |
| 11/07/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 28.23 |
| 11/08/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 25.44 |
| 11/09/17 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 21.79 |
| 11/10/17 | Grunwald Kadar, Andrea | Working Meals | Dinner for self while traveling to New York to attend Puerto Rico meetings. | 46.22 |
| | | **Working Meals Total** | | **$ 343.61** |
| | | **Grand Total** | | **$2,403.94** |
| | | Less: Voluntary Reductions[1] | | (181.32) |
| | | **Grand Total** | | **$ 2,222.62** |

(1): In-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while train fare expenses have been reduced to be equivalent to the least expensive fare to comply with the Fee Examiner Guidelines.

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2017 TO DECEMBER 31, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 12/06/17 | Gumbs, Sean | Lodging | Hotel - One night - 12/06/17 - 12/07/17. Hotel stay while traveling to DC to attend Puerto Rico case meetings. | $ 239.93 |
| 12/12/17 | Gumbs, Sean | Lodging | Hotel - Two night - 12/10/17 - 12/12/17. Hotel stay while traveling to DC to attend Puerto Rico case meetings. | 617.62 |
| | | **Lodging Total** | | **$ 857.55** |
| 12/04/17 | Gumbs, Sean | Transportation | Travel agency fee on travel to DC to attend Puerto Rico case meetings. | 30.00 |
| 12/04/17 | Gumbs, Sean | Transportation | Train Fare (Business) NY Penn - Washington, 12/06/17 - 12/07/17. Travel to DC to attend Puerto Rico case meetings. | 578.00 |
| 12/05/17 | Park, Ji Yon | Transportation | Taxi from office to home after working late in the office on the Puerto Rico case. | 31.56 |
| 12/05/17 | Gumbs, Sean | Transportation | Train Fare (Business) NY Penn - Washington, 12/10/17 - 12/12/17. Travel to DC to attend Puerto Rico case meetings. | 487.00 |
| 12/06/17 | Gumbs, Sean | Transportation | Taxi from Union Station to hotel. Travel to DC to attend Puerto Rico case meetings. | 19.23 |
| 12/07/17 | Gumbs, Sean | Transportation | Travel agency fee changed return train time on travel to DC to attend Puerto Rico meetings. | 6.00 |
| 12/07/17 | Gumbs, Sean | Transportation | Travel agency fee changed return train time on travel to DC to attend Puerto Rico meetings. | 30.00 |
| 12/07/17 | Gumbs, Sean | Transportation | Taxi from Capitol Hill meeting to Union Station. Travel to DC to attend Puerto Rico meetings. | 14.99 |
| 12/12/17 | Gumbs, Sean | Transportation | Travel agency fee changed return train time on travel to DC to attend Puerto Rico meetings. | 30.00 |
| 12/12/17 | Gumbs, Sean | Transportation | Travel agency fee changed return train time on travel to DC to attend Puerto Rico meetings. | 20.00 |
| 12/12/17 | Gumbs, Sean | Transportation | Travel agency fee changed return train time on travel to DC to attend Puerto Rico meetings. | 30.00 |
| 12/12/17 | Gumbs, Sean | Transportation | Taxi from DC Capitol Hill to Union Station. Travel to DC to attend Puerto Rico case meetings. | 10.00 |
| 12/12/17 | Gumbs, Sean | Transportation | Taxi from Penn Station to home from DC to attend Puerto Rico case meetings. | 19.75 |
| 12/12/17 | Gumbs, Sean | Transportation | Taxi from FTI DC office to DC Capitol to attend Puerto Rico case meetings. | 10.00 |
| | | **Transportation Total** | | **$ 1,316.53** |
| 12/06/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling to DC to attend Puerto Rico case meetings. | 18.70 |
| 12/07/17 | Gumbs, Sean | Working Meals | Lunch for self while traveling to DC to attend Puerto Rico case meetings. | 16.65 |
| 12/10/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling to DC to attend Puerto Rico case meetings. | 6.42 |
| 12/10/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling to DC to attend Puerto Rico case meetings. | 6.69 |
| 12/11/17 | Gumbs, Sean | Working Meals | Dinner for self, H. Mayor (Bennazar), and R. Gordon (Jenner) while traveling to DC to attend Puerto Rico case meetings. | 267.20 |

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2017 TO DECEMBER 31, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 12/12/17 | Sombuntham, Natalie | Working Meals | Diner while working late in the office on the Puerto Rico case. | 33.90 |
| 12/12/17 | Gumbs, Sean | Working Meals | Lunch for self while traveling to DC to attend Puerto Rico case meetings. | 5.58 |
| 12/12/17 | Gumbs, Sean | Working Meals | Breakfast for self while traveling to DC to attend Puerto Rico case meetings. | 6.82 |
| 12/12/17 | Gumbs, Sean | Working Meals | Coffee purchase for self while traveling to DC to attend Puerto Rico case meetings. | 2.00 |
| 12/12/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling to DC to attend Puerto Rico case meetings. | 109.30 |
| | | **Working Meals Total** | | **$ 473.26** |
| | | **Subtotal** | | **2,647.34** |
| | | Less: Voluntary Reductions[1] | | (695.40) |
| | | **Grand Total** | | **$ 1,951.94** |

(1): In-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while train fare expenses have been reduced to be quivalent to the least expensive fare to comply with the Fee Examiner Guidelines.

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2018 TO JANUARY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 11/30/17 | Grunwald Kadar, Andrea | Airfare | Airfare - Round trip - Coach - UK - New York City 11/08/17 - 11/15/17. Travel to Puerto Rico to attend mediation meetings. | $ 10,104.88 |
| 01/10/18 | Gumbs, Sean | Airfare | Airfare - Round trip - Coach - LGA - ORD, 01/16/18 - 01/17/18 (includes travel agent fee). Travel to Chicago to meet with Committee professionals re: pension issues. | 338.07 |
| 01/31/18 | Grunwald Kadar, Andrea | Airfare | Airfare - Round trip - Coach - UK - Puerto Rico - Budapest 02/06/18 - 02/09/18. Travel from London to Puerto Rico and return to Budapest after case meetings in Puerto Rico. | 5,287.72 |
| | | **Airfare Total** | | **$ 15,730.67** |
| 01/17/18 | Gumbs, Sean | Lodging | Hotel - One night - 01/16/18 - 01/17/18. Travel to Chicago to meet with Committee professionals re: pension issues. | 278.41 |
| | | **Lodging Total** | | **$ 278.41** |
| 12/10/17 | Gumbs, Sean | Transportation | Taxi from home to train station. Travel to DC to attend Puerto Rico case meetings. | 24.49 |
| 12/11/17 | Gumbs, Sean | Transportation | Taxi from train station to home. Travel to DC to attend Puerto Rico case meetings. | 11.90 |
| 01/16/18 | Gumbs, Sean | Transportation | Taxi from home to airport. Travel to Chicago to meet with Committee professionals re: pension issues. | 60.22 |
| 01/17/18 | Gumbs, Sean | Transportation | Taxi from airport to home. Travel to Chicago to meet with Committee professionals re: pension issues. | 48.82 |
| 01/19/18 | Grunwald Kadar, Andrea | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 12.47 |
| | | **Transportation Total** | | **$ 157.90** |
| 11/13/17 | Miles, Edan | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 7.77 |
| 11/16/17 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 23.65 |
| 12/04/17 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 24.79 |
| 12/05/17 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 28.04 |
| 12/10/17 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 18.56 |
| 12/12/17 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 24.74 |
| 12/12/17 | Gumbs, Sean | Working Meals | Dinner for self while traveling to DC to attend Puerto Rico meetings. | 6.80 |
| 12/15/17 | Sombuntham, Natalie | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 28.16 |
| 01/05/18 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 18.56 |
| 01/16/18 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 26.78 |

**EXHIBIT F**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2018 TO JANUARY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/18/18 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 26.78 |
| 01/25/18 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 27.05 |
| 01/29/18 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 18.56 |
| 01/30/18 | Mossop, Julian | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 28.95 |
| 01/30/18 | Park, Ji Yon | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 32.04 |
| 01/30/18 | Sombuntham, Natalie | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 16.67 |
| 01/31/18 | Sombuntham, Natalie | Working Meals | Dinner for self while working late in the office on the Puerto Rico case. | 14.69 |
| | | **Working Meals Total** | | **$ 372.59** |
| 01/19/18 | Gumbs, Sean | Other | TransPerfect Translations International/ TransP Translation Services on Presentation Deck for Project PR matter | 1,540.00 |
| | | **Other Total** | | **$ 1,540.00** |
| | | **Subtotal** | | **$ 18,079.57** |
| | | Less: Voluntary Reductions[1] | | (4,337.55) |
| | | **Grand Total** | | **$ 13,742.02** |

(1): In-office meals over $20.00 have been reduced to $20.00 while airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.