# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates
(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2017 (excluding Restructuring lawyers) | Blended Hourly Rate<br><br>Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$784** | **$1,000.19** |
| | Partner – Sr. (20+ years) | $868 | $1,086.32 |
| | Partner – Mid (13-19 years) | $750 | $856.20 |
| | Partner – Jr. (0-12 years) | $658 | $795.98 |
| **Associate** | | **$505** | **$723.97** |
| | Associate – Sr. (5+ years) | $599 | $800.10 |
| | Associate – Mid (4-5 years) | $553 | $647.78 |
| | Associate – Jr. (0-3 years) | $481 | $477.11 |
| **Paralegal** | N/A | $284 | $354.90 |
| **Project Assistant** | N/A | $174 | $214.80 |
| **Other** | N/A | $291 | $348.92 |
| Blended Rate for all Attorneys in this Fee Application | | | $926.61 |
| **Blended Rate for All Attorneys with 15% Fee Discount** | | | **$787.62** |
| Blended Rate for All Timekeepers in this Fee Application | | | $826.42 |
| **Blended Rate for All Timekeepers with 15% Fee Discount** | | | **$708.17** |

Case Name:              In re Commonwealth of Puerto Rico, et al.

Case Number:         17 BK 3283-LTS

Applicant's Name:    Jenner & Block LLP

Date of Application: March 19, 2018

Interim or Final:       Interim