# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2017) | Total Billed Hours (2017) | Hourly Billing Rate (2018) | Total Billed Hours (2018) | Total Fees Requested |
|---|---|---|---|---|---|---|---|---|
| ELIZABETH A. EDMONDSON | Partner | 2007 | Complex Commercial Litigation | $840 | 0.50 | $890 | 0 | $420.00 |
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,100 | 45.70 | $1,150 | 55.10 | $113,635.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,025 | 361.10 | $1,100 | 85.00 | $463,627.50 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $850 | 47.60 | $890 | 37.90 | $74,191.00 |
| JESSICA R. HERTZ | Partner | 2007 | Complex Commercial Litigation | $785 | 20.20 | $825 | 1.60 | $17,177.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775 | 77.40 | $775 | 0 | $59,985.00 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,250 | 237.30 | $1,300 | 63.90 | $379,695.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $785 | 42.60 | $850 | 11.50 | $43,216.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $840 | 364.40 | $890 | 145.40 | $435,502.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,025 | 199.90 | $1,100 | 51.10 | $261,107.50 |
| NICHOLAS E. BALLEN | Associate | 2015 | Restructuring & Bankruptcy | N/A | 0 | $605 | 3.2 | $1,936.00 |
| WILLIAM K. DREHER | Associate | 2013 | Appellate & Supreme Court Practice | $625 | 47.60 | $725 | 36.80 | $56,430.00 |
| OLIVIA G. HOFFMAN | Associate | 2015 | Litigation | $535 | .90 | $640 | 0 | $481.50 |
| KATHERINE B. JOHNSON | Associate | 2014 | Complex Commercial Litigation | $565 | 10.40 | $675 | 5.40 | $9,521.00 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $470 | 66.90 | $490 | 12.80 | $37,715.00 |
| JOHN D. VANDEVENTER | Associate | 2014 | Restructuring and Bankruptcy | $565 | 12.60 | $675 | 0 | $7,119.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $785 | 339.20 | $845 | 114.10 | $362,686.50 |
| MATTHEW J. WILKINS | Associate | 2016 | Litigation | $470 | 21.20 | $570 | 0 | $9,964.00 |
| LOGAN J. GOWDEY | Law Clerk | 2016 Law School Graduate [12] | Litigation | $350 | 54.40 | N/A | 0 | $19,040.00 |
| AMANDA E. FACTOR | Paralegal | N/A | Litigation | $335 | 42.30 | $340 | 7.6 | $16,754.50 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $365 | 72.80 | $370 | 11.90 | $30,975.00 |
| CHERYL L. OLSON | Paralegal | N/A | Litigation | $365 | 13.40 | $370 | 0.50 | $5,076.00 |
| JON C. SIMS | Paralegal | N/A | Corporate | $335 | 5.20 | $340 | 0 | $1,742.00 |
| STEPHEN S. MELLIN | Library Services | N/A | Information Services | $335 | 1.00 | $340 | 1.00 | $675.00 |

---

[12] Mr. Gowdey graduated from law school in 2016 and joined Jenner & Block after completing a federal clerkship. Mr. Gowdey is currently completing a second federal clerkship and is not yet admitted to practice.

| Name | Role | | Matter | Rate | Hours | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $335 | 0.30 | $340 | 0.60 | $304.50 |
| PAUL S. RAMONAS | Library Services | N/A | Information Services | $335 | 0.50 | $335 | 0 | $167.50 |
| MARY E. RUDDY | Library Services | N/A | Information Services | $335 | 1.40 | $335 | 0 | $469.00 |
| JOCELYN C. CARREON-CRAWFORD | Project Assistant | N/A | Patent Litigation & Counseling | $215 | 4.5 | $220 | 0 | $967.50 |
| ASHLEIGH N. HONESTY | Project Assistant | N/A | Litigation | $205 | 6.50 | $210 | 0 | $1,332.50 |
| KATERINA LAHR-PASTOR | Project Assistant | N/A | Litigation | $205 | 1.0 | N/A | 0 | $205.00 |
| MARC A. PATTERSON | Project Assistant | N/A | Restructuring and Bankruptcy | $215 | 87.10 | $220 | 46.50 | $28,956.50 |
| NICHOLAS T. TURNER | Project Assistant | N/A | Litigation | $205 | 5.5 | $210 | 0 | $1,127.50 |
| ADAM H. WEIDMAN | Project Assistant | N/A | Litigation | N/A | 0 | $210 | 2.5 | $525.00 |
| ANNETTE M. YOUNG | Project Assistant | N/A | Litigation | $215 | 67.70 | $220 | 26.70 | $20,429.50 |
| **Sub-Total*** | | | | | **2259.1** | | **721.1** | **$2,463,156.00** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | | | $2,110,497.84 |
| Less 50% Discount on Non-working Travel Matter | | | | | | | | $56,051.25 |
| **Total** | | | | | | | **2980.20 Hours** | **$2,054,446.59** |

2