# EXHIBIT F

## Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---|
| Audiovisual | $3,088.49 |
| Business Meals | $531.62 |
| Color Copy | $1,412.25 |
| Court Fees | $140.00 |
| In-City Transportation | $246.98 |
| Lexis Research | $1,444.05 |
| Other Professional Services (Marketing Consultant) | $45,335.60 |
| Pacer Charges | $2,600.40 |
| Postage Expense | $45.71 |
| Publications/Books | $100.00 |
| Special Messenger Service | $58.42 |
| Telephone Expense | $727.83 |
| Transcripts - Court Appearance- Deposition | $524.49 |
| UCC Fee | $375.00 |
| UPS | $1,754.91 |
| Westlaw Research | $6,304.56 |
| Witness Fee | $900.00 |
| *Travel* | |
|     Airfare | $9,451.07 |
|     Ground Transportation | $1,338.28 |
|     Hotel | $13,694.27 |
|     Meals | $3,582.93 |
|     Parking | $209.00 |
|     Rail | $791.50 |
| **TOTAL** | **$100,461.26** |