# EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. PROC. 17-189 – ACP MASTER LTD | 87.40 | $72,306.00 |
| ADV. PROC. 17-213 – ERS v. ALTAIR | 225.70 | $201,770.50 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 143.10 | $113,050.50 |
| ADV. PROC. 17-228, 17-229 – UTIER | 14.60 | $11,037.00 |
| ADV. PROC. 17-257 – UCC v. WHYTE | 101.40 | $99,124.50 |
| ADV. PROC. 17-151, 17-152 – PEAJE | 11.90 | $9,153.00 |
| ADV. PROC. 17-155, 17-156, 17-159 – ASSURED; AMBAC | 6.50 | $5,929.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 669.50 | $405,010.50 |
| CHALLENGES TO PROMESA | 352.50 | $311,030.00 |
| CLAIMS ISSUES | 2.90 | $3,070.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 110.20 | $106,483.00 |
| COMMUNICATIONS WITH RETIREES | 48.10 | $43,283.00 |
| COURT HEARINGS | 59.70 | $54,654.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 23.90 | $22,562.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE (JENNER) | 177.90 | $131,038.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE (OTHER PROFESSIONALS) | 61.50 | $44,899.50 |
| ERS BONDS ISSUES | 52.30 | $50,146.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 45.10 | $45,860.50 |
| GO BONDS ISSUES | 84.50 | $61,680.50 |
| GO-COFINA ISSUES | 46.40 | $44,030.00 |
| MEDIATION | 369.70 | $349,974.50 |
| PENSION ANALYSIS | 127.50 | $121,961.00 |
| RULE 2004 INVESTIGATION | 50.50 | $42,999.50 |
| NON-WORKING TRAVEL TIME | 107.40 | $112,102.50 |
| **Sub-Total*** | **2980.20** | **$2,463,156.00** |
| Less 15% Fee Discount on all matters except Non-Working Travel | | $2,110,497.84 |
| Less 50% Discount on Non-Working Travel | | $56,051.25 |
| **Total** | | **$2,054,446.59** |