# EXHIBIT I

**Detailed Expense Records for Jenner & Block**

# OCTOBER 2017

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 9/18/17 | Business Meals; JENNER & BLOCK LLP; 10/09/2017 ;After hours taxi to residence | 13.52 |
| 9/30/17 | Pacer Charges | 95.20 |
| 9/30/17 | Pacer Charges | 66.60 |
| 10/02/17 | Color Copy | .25 |
| 10/02/17 | Color Copy | 12.00 |
| 10/02/17 | B&W Copy | 65.80 |
| 10/02/17 | B&W Copy | 4.00 |
| 10/02/17 | B&W Copy | 4.00 |
| 10/03/17 | In-City Transportation, OLIVIA G. HOFFMAN, 10/03/2 017 | 24.71 |
| 10/03/17 | In-City Transportation, OLIVIA G. HOFFMAN, 10/03/2 017 | 45.96 |
| 10/03/17 | B&W Copy | 36.80 |
| 10/04/17 | Color Copy | 32.75 |
| 10/04/17 | B&W Copy | 7.30 |
| 10/05/17 | B&W Copy | 69.10 |
| 10/06/17 | Color Copy | 15.50 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Period: 07/01/2017 - 09/30/2017. | 373.20 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017 | 24.00 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Pacer Charges 07/01/17 - 09/30/17. | 75.20 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Period: 07/01/2017 - 09/30/2017. | 97.20 |
| 10/06/17 | B&W Copy | 74.60 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A32590113851 | 19.39 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A32594029267 | 19.39 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A3NW91834641 | 6.87 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A3NW92507636 | 6.87 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A3NW93504682 | 6.87 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A3NW94232698 | 6.87 |
| 10/06/17 | 10/06/2017 UPS Delivery Service 1Z05V0A3NW94744877 | 6.87 |
| 10/09/17 | B&W Copy | 10.30 |
| 10/09/17 | 10/09/2017 UPS Delivery Service 1Z6134380199727783 | 7.03 |
| 10/10/17 | Travel, ROBERT D. GORDON, 09/11-14/2017; Washington, D.C.; Attend mediation Sessions. | 1,722.26 |
| 10/10/17 | B&W Copy | 1.80 |
| 10/11/17 | B&W Copy | 86.60 |
| 10/12/17 | Travel; Elan Corp Payment; 8/25/2017; Ultramar 8/17 Strnt; Cathy Steege San Juan PR 08/08/2017-08/09/2017 Lodging at the Sheraton | 5,237.78 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 10/12/17 | Travel; Elan Corp Payment; 8/25/2017; Ultramar 8/17 Stmt; Cathy Steege San Juan PR 08/08/2017-08/09/2017 Lodging at the Sheraton | 119.99 |
| 10/12/17 | Color Copy | 18.00 |
| 10/12/17 | B&W Copy | 12.90 |
| 10/13/17 | B&W Copy | 33.90 |
| 10/16/17 | B&W Copy | 27.00 |
| 10/16/17 | B&W Copy | 15.30 |
| 10/17/17 | Color Copy | 1.25 |
| 10/17/17 | B&W Copy | 167.40 |
| 10/18/17 | B&W Copy | 11.60 |
| 10/19/17 | B&W Copy | 52.90 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NW95119498 | 6.87 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NW96113278 | 6.87 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NW96144833 | 6.87 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NW98278105 | 6.87 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NW99465660 | 6.87 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A30195855050 | 17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NT97381447 | 17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NT98697882 | 17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A30195855050 | 17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NT97381447 | 17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NT98697882 | 17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A30195855050 | -17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NT97381447 | -17.39 |
| 10/19/17 | 10/19/2017 UPS Delivery Service 1Z05V0A3NT98697882 | -17.39 |
| 10/20/17 | 10/20/2017 UPS Delivery Service 1Z6134380190260712 | 7.03 |
| 10/20/17 | 10/20/2017 UPS Delivery Service 1Z6134380192573701 | 17.39 |
| 10/20/17 | 10/20/2017 UPS Delivery Service 1Z6134380190260712 | 7.03 |
| 10/20/17 | 10/20/2017 UPS Delivery Service 1Z6134380192573701 | 17.39 |
| 10/20/17 | 10/20/2017 UPS Delivery Service 1Z6134380190260712 | -7.03 |
| 10/20/17 | 10/20/2017 UPS Delivery Service 1Z6134380192573701 | -17.39 |
| 10/24/17 | B&W Copy | 4.10 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30198883649 | 7.03 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30196447865 | 7.03 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30196097252 | 17.39 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30196097252 | .00 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30196447865 | .00 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30198883649 | .00 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30196097252 | .00 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30196447865 | .00 |
| 10/24/17 | 10/24/2017 UPS Delivery Service 1Z05V0A30198883649 | .00 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 10/25/17 | Color Copy | 11.25 |
| 10/25/17 | B&W Copy | 2.50 |
| 10/26/17 | B&W Copy | 10.10 |
| 10/27/17 | Color Copy | 7.00 |
| 10/29/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 10/29/2017 ;Spanish/English Translation | 995.00 |
| 10/30/17 | Postage Expense | 24.15 |
| 10/30/17 | Color Copy | 29.50 |
| 10/30/17 | Color Copy | 31.50 |
| 10/30/17 | B&W Copy | 387.90 |
| 10/30/17 | B&W Copy | 8.00 |
| 10/30/17 | B&W Copy | 1.60 |
| 10/31/17 | In-City Transportation, TOI D. HOOKER, 10/17/2017; Overtime taxi charges. | 7.00 |
| 10/31/17 | 09/26/2017 Soundpath Teleconfrencing | 10.90 |
| 10/31/17 | 09/18/2017 Soundpath Teleconfrencing | 25.14 |
| 10/31/17 | Lexis Research | 35.73 |
| 10/31/17 | Lexis Research | 167.52 |
| 10/31/17 | Westlaw Research | 350.34 |
| 10/31/17 | Westlaw Research | 16.53 |
| 10/31/17 | Westlaw Research | 140.59 |
| 10/31/17 | Westlaw Research | 483.62 |
| 10/31/17 | Westlaw Research | 4.84 |
| 10/31/17 | Travel, ROBERT D. GORDON, 10/23-24/2017; San Juan, Puerto Rico; Attend Committee Meeting. | 1,958.70 |
| 10/31/17 | Color Copy | 1.75 |
| 10/31/17 | Pacer Charges, ROBERT D. GORDON, 10/13/2017 | 22.80 |
| 10/31/17 | B&W Copy | 9.60 |
| | TOTAL DISBURSEMENTS | $ 13,626.88 |

MATTER 10113 TOTAL $ 13,626.88

# NOVEMBER 2017

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**            **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017 | 534.80 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017 | 52.00 |
| 11/01/17 | Color Copy | 17.50 |
| 11/01/17 | B&W Copy | 204.20 |
| 11/01/17 | B&W Copy | 16.90 |
| 11/02/17 | B&W Copy | 16.00 |
| 11/02/17 | B&W Copy | 13.20 |
| 11/02/17 | 11/02/2017 UPS Delivery Service 1Z05V0A30195185846 | 8.65 |
| 11/02/17 | 11/02/2017 UPS Delivery Service 1Z613438NT91982070 | 17.39 |
| 11/02/17 | 11/02/2017 UPS Delivery Service 1Z05V0A30195185846 | 8.52 |
| 11/03/17 | Color Copy | 50.50 |
| 11/03/17 | B&W Copy | 307.10 |
| 11/03/17 | B&W Copy | 39.30 |
| 11/03/17 | B&W Copy | 14.10 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380190190235 | 17.39 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380191367267 | 17.39 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380192162217 | 7.03 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380192462278 | 7.03 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380192631246 | 17.39 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380193890250 | 7.03 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380194167227 | 7.03 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380194575287 | 7.03 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380195258138 | 17.39 |
| 11/03/17 | 11/03/2017 UPS Delivery Service 1Z6134380195504315 | 7.03 |
| 11/06/17 | Postage Expense | 2.24 |
| 11/06/17 | Travel; ROBERT D. GORDON; 11/06/2017; airfare for local counsel in Puerto Rico to attend conferences in New York. | 1,172.16 |
| 11/06/17 | Color Copy | 1.50 |
| 11/06/17 | B&W Copy | 85.60 |
| 11/06/17 | B&W Copy | 26.20 |
| 11/06/17 | 11/06/2017 UPS Delivery Service 1Z05V0A38496139453 | 16.52 |
| 11/07/17 | B&W Copy | 66.90 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380190750951 | 7.07 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380190842978 | 17.49 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380191247922 | 7.07 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134360191982913 | 7.07 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380192335905 | 7.07 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380192487966 | 17.49 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380192530935 | 17.49 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380193215980 | 7.07 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380193231944 | 17.49 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380195534659 | 17.49 |
| 11/07/17 | 11/07/2017 UPS Delivery Service 1Z6134380197406249 | 7.07 |
| 11/08/17 | B&W Copy | .80 |
| 11/08/17 | 11/08/2017 UPS Delivery Service 1Z6134380196367481 | 7.07 |
| 11/08/17 | 11/08/2017 UPS Delivery Service 1Z6134380198914297 | 7.07 |
| 11/08/17 | 11/08/2017 UPS Delivery Service 1Z6134380199292805 | 17.49 |
| 11/09/17 | Color Copy | 19.00 |
| 11/09/17 | 11/09/2017 UPS Delivery Service 1Z6134380191982913 | 13.40 |
| 11/10/17 | Color Copy | .50 |
| 11/10/17 | B&W Copy | .10 |
| 11/13/17 | B&W Copy | 148.20 |
| 11/13/17 | 11/13/2017 UPS Delivery Service 1Z6134380191543478 | 17.49 |
| 11/13/17 | 11/13/2017 UPS Delivery Service 1Z6134380192288467 | 7.07 |
| 11/13/17 | 11/13/2017 UPS Delivery Service 1Z6134380195511567 | 17.49 |
| 11/13/17 | 11/13/2017 UPS Delivery Service 1Z6134380198858554 | 7.07 |
| 11/14/17 | Color Copy | 433.50 |
| 11/15/17 | Court Fees; Elan Corp Payments; 10/27/2017 Pripusich 10/17 Stmt; CourtSolutions-telephonic hearing; 10/25/2017 | 70.00 |
| 11/15/17 | Court Fees; Elan Corp Payments; 10/27/2017 Pripusich 10/17 Stmt; CourtSolutions-telephonic hearing; 10/25/2017 | 70.00 |
| 11/15/17 | Color Copy | 11.25 |
| 11/15/17 | B&W Copy | 44.00 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380196058716 | 7.07 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380197812756 | 7.07 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380197963585 | 7.07 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380198936399 | 17.49 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380199237768 | 7.07 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380199258530 | 17.49 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380199817328 | 7.07 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380199898349 | 17.49 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z05V0A31391962973 | 19.23 |
| 11/15/17 | 11/15/2017 UPS Delivery Service 1Z6134380196169374 | 17.49 |
| 11/16/17 | Travel, RICHARD LEVIN, 11/06/2017; Chicago, IL; strategy session. | 407.42 |
| 11/16/17 | Travel, ROBERT D. GORDON, 10/23-24/2017; San Juan, Puerto Rico; Committee meeting. | 63.36 |
| 11/16/17 | Travel; ROBERT D. GORDON; 11/16/2017; Courtyard Marriott; Lodging expense for F. del Castillo to attend Omnibus hearing. | 1,498.81 |
| 11/16/17 | Color Copy | 24.50 |
| 11/16/17 | B&W Copy | 6.30 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 11/16/17 | 11/16/2017 UPS Delivery Service 1Z6134380197963585 | 13.40 |
| 11/17/17 | B&W Copy | 7.40 |
| 11/20/17 | Travel, ROBERT D. GORDON, 11/06/2017; Chicago, IL In person meeting with team. | 334.73 |
| 11/20/17 | Color Copy | 17.00 |
| 11/20/17 | B&W Copy | 4.90 |
| 11/20/17 | B&W Copy | 4.50 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NT91283206 | 17.49 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NT94136995 | 17.49 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NT94915036 | 17.49 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NW90737258 | 6.91 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NW91270045 | 6.91 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NW91805619 | 6.91 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NW91882983 | 6.91 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NW92917176 | 6.91 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z05V0A3NW94668227 | 6.91 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z6134380196069464 | 7.07 |
| 11/20/17 | 11/20/2017 UPS Delivery Service 1Z6134380196923076 | 17.49 |
| 11/21/17 | Color Copy | 22.00 |
| 11/21/17 | B&W Copy | 60.40 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380191812338 | 7.07 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134360192492254 | 7.07 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380192633244 | 7.07 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380193057302 | 8.65 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380193108293 | 7.07 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380193977283 | 17.49 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380194033344 | 7.07 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380193569269 | 17.49 |
| 11/22/17 | In-City Transportation, CARL N. WEDOFF, 10/25-11/15/2017; taxi charges. | 74.54 |
| 11/22/17 | Travel, CATHERINE L. STEEGE, 11/14-15/2017; New York, NY; attend cCourt hearing. | 1,191.72 |
| 11/22/17 | Catering; 1881474276; by: Gowdey Logan; Detail: 1 Logan Gowdey | 36.40 |
| 11/22/17 | B&W Copy | 5.80 |
| 11/22/17 | 11/22/2017 UPS Delivery Service 1Z613438NT92652531 | 17.49 |
| 11/23/17 | 11/23/2017 UPS Delivery Service 1Z6134380193057302 | 13.40 |
| 11/24/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 11/24/2017; Spanish/English Translation 11/21/17. | 995.00 |
| 11/27/17 | Color Copy | .25 |
| 11/27/17 | B&W Copy | 610.20 |
| 11/27/17 | B&W Copy | 45.70 |
| 11/28/17 | Color Copy | 3.00 |

**LAW OFFICES**
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 11/28/17 | B&W Copy | 57.30 |
| 11/28/17 | B&W Copy | 5.40 |
| 11/29/17 | 10/16/2017 Soundpath Teleconferencing | 25.76 |
| 11/29/17 | Travel; Elan Corp Payment; 09/27/2017; Ultramar 9/17 Stmt; Bob Gordon; Washington; 09/11/2017-09/14/2017; Lodging at the Hyatt Hotel | 1,387.71 |
| 11/29/17 | Travel; Elan Corp Payment; 09/27/2017; Ultramar 9/17 Stmt; Richard Levin; Washington; 09/11/2017-09/14/2017; Lodging at the Hyatt Hotel | 1,387.17 |
| 11/29/17 | Travel; Elan Corp Payment; 09/27/2017; Ultramar 9/17 Stmt; Hector Mayol; Washington; 09/11/2017-09/15/2017; Lodging at the Hyatt Hotels; | 1,850.28 |
| 11/29/17 | Travel; Elan Corp Payment; 09/27/2017; Ultramar 9/17 Stmt; Melissa Root; Washington; 09/11/2017-09/14/2017; Lodging at the Hyatt Hotel | 1,387.71 |
| 11/29/17 | Travel; Elan Corp Payment; 09/27/2017; Ultramar 9/17 Stmt; Catherine Steege; Washington; 09/11/2017-09/14/2017; Lodging at the Hyatt Hotel | 1,387.71 |
| 11/29/17 | Color Copy | 1.25 |
| 11/29/17 | B&W Copy | 36.30 |
| 11/29/17 | B&W Copy | 26.50 |
| 11/30/17 | Lexis Research | 3.12 |
| 11/30/17 | Lexis Research | 527.92 |
| 11/30/17 | Westlaw Research | 715.37 |
| 11/30/17 | Westlaw Research | 52.45 |
| 11/30/17 | Westlaw Research | 330.91 |
| 11/30/17 | Westlaw Research | 120.68 |
| 11/30/17 | Westlaw Research | 275.86 |
| 11/30/17 | Westlaw Research | 126.15 |
| | TOTAL DISBURSEMENTS | $ 19,292.17 |

MATTER 10113 TOTAL $ 19,292.17

# DECEMBER 2017

**LAW OFFICES**
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                      **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 8/23/17 | Transcripts - Court Appearance; DEBRA D. LAJOIE; 08/23/2017 ;8/22/17 hearing transcript - pm session | 112.80 |
| 11/02/17 | Witness Fee; CLERK, US DISTRICT COURT OF PUERTO RICO; 11/02/2017 | 300.00 |
| 11/02/17 | Witness Fee; CLERK, US DISTRICT COURT OF PUERTO RICO; 11/02/2017 | 300.00 |
| 11/02/17 | Witness Fee; CLERK, US DISTRICT COURT OF PUERTO RICO; 11/02/2017 | 300.00 |
| 11/21/17 | 11/21/2017 UPS Delivery Service 1Z6134380190009324 | 17.49 |
| 11/22/17 | 11/22/2017 UPS Delivery Service 1Z613438NT96860371 | 7.07 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380192409666 | 17.49 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380193108695 | 7.07 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380193272632 | 7.07 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380193664718 | 7.07 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380193777703 | 7.07 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380194033648 | 7.07 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380194257684 | 17.49 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380194612656 | 17.49 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z6134380194824678 | 8.65 |
| 11/27/17 | 11/27/2017 UPS Delivery Service 1Z05V0A38491804788 | 7.45 |
| 11/28/17 | Other Professional Services; SOUTHERN DISTRICT REPORTERS, P.C.; 11/28/2017 | 205.20 |
| 11/29/17 | 11/29/2017 UPS Delivery Service 1Z6134380194824678 | 13.40 |
| 12/01/17 | Travel, MELISSA M. ROOT, 11/14-15/2017; New York, NY; Hearing. | 1,652.50 |
| 12/01/17 | Color Copy | 5.75 |
| 12/01/17 | B&W Copy | 2.50 |
| 12/03/17 | Travel, ROBERT D. GORDON, 11/09-10/2017; Puerto Rico; Expenses. | 1,357.68 |
| 12/03/17 | Business Meals, ROBERT D. GORDON in Puerto Rico with co-counsel H. Mayol, A.J. Bennazar and F. del Castillo. | 160.00 |
| 12/05/17 | B&W Copy | .20 |
| 12/06/17 | 11/14/2017 SDS Special Delivery Service | 9.50 |
| 12/06/17 | B&W Copy | .20 |
| 12/07/17 | Color Copy | 28.25 |
| 12/07/17 | B&W Copy | .30 |
| 12/07/17 | 12/07/2017 UPS Delivery Service 1Z05V0A3NW97166915 | 12.20 |
| 12/10/17 | Travel; ROBERT D. GORDON; 12/10-13/2017; Puerto Rico Hill Visit. | 944.01 |
| 12/11/17 | In-City Transportation, CARL N. WEDOFF, 11/28/2017; Taxi charges. | 34.12 |
| 12/11/17 | Travel, MELISSA M. ROOT, 12/04-07/2017; New York, NY; Hearing. | 2,708.49 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 12/11/17 | Business Meals, NORA M PERALTA, 12/07/2017; working lunch for R. Gordon, R. Levin, F. del Castillo, Liz Park and H. Mayol. | 55.22 |
| 12/11/17 | Color Copy | 22.75 |
| 12/11/17 | B&W Copy | 6.60 |
| 12/12/17 | 11/02/2017; Washington Express Special Delivery Service | 14.96 |
| 12/12/17 | 11/22/2017; Washington Express Special Delivery Service | 14.96 |
| 12/12/17 | Color Copy | 27.75 |
| 12/12/17 | B&W Copy | 43.20 |
| 12/12/17 | B&W Copy | 48.40 |
| 12/12/17 | B&W Copy | 1.10 |
| 12/12/17 | Transcripts - Court Appearance; SOUTHERN DISTRICT REPORTERS, P.C.; 12/12/2017;12/5/17 Hearing transcript | 83.64 |
| 12/13/17 | B&W Copy | 68.50 |
| 12/13/17 | B&W Copy | 1.40 |
| 12/14/17 | Telephone Expense; Elan Corp Payments; 11/27/2017; Pripusich 11/17 Stmt; Court Solutions Telephonic Hearing; 11/13/2017 | 70.00 |
| 12/14/17 | Telephone Expense; Elan Corp Payments; 11/27/2017; Pripusich 11/17 Stmt; Court Solutions Telephonic Hearing; 11/15/2017 | 70.00 |
| 12/14/17 | Telephone Expense; Elan Corp Payments; 11/27/2017; Pripusich 11/17 Stmt; Court Solutions Telephonic Hearing; 11/15/2017 | 70.00 |
| 12/14/17 | Telephone Expense; Elan Corp Payments; 11/27/2017; Pripusich 11/17 Stmt; Court Solutions Telephonic Hearing; 11/17/2017 | 70.00 |
| 12/14/17 | Telephone Expense; Elan Corp Payments; 11/27/2017; Pripusich 11/17 Stmt; Court Solutions Telephonic Hearing; 11/21/2017 | 70.00 |
| 12/14/17 | Telephone Expense; Elan Corp Payments; 11/27/2017; Pripusich 11/17 Stmt; Court Solutions Telephonic Hearing; 11/02/2017 | 70.00 |
| 12/14/17 | B&W Copy | 108.40 |
| 12/15/17 | Color Copy | 9.25 |
| 12/15/17 | B&W Copy | 376.60 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A30190656640 | 8.88 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A30191775859 | 17.43 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A30192289632 | 8.55 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A30193157746 | 19.43 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A30193888733 | 19.43 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A31390207924 | 6.88 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A31390618954 | 8.88 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A3NT93533978 | 17.43 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A3NW90756362 | 6.88 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A3NW94791316 | 6.88 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A3NW94865791 | 6.88 |
| 12/15/17 | 12/15/2017 UPS Delivery Service 1Z05V0A3NW94995785 | 6.88 |
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z6134380190413593 | 16.24 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222 9350

| | | |
|---|---|---:|
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z6134380191637555 | 28.19 |
| 12/18/17 | 12/16/2017 UPS Delivery Service 1Z6134380191934626 | 34.06 |
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z8134380192489571 | 10.90 |
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z6134380193742580 | 34.06 |
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z6134380194254561 | 16.24 |
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z6134380194609615 | 16.24 |
| 12/16/17 | 12/16/2017 UPS Delivery Service 1Z6134380194902600 | 34.06 |
| 12/17/17 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 12/17/2017; Spanish/English Translation 12/14/2017. | 995.00 |
| 12/18/17 | Color Copy | 3.00 |
| 12/18/17 | B&W Copy | 98.10 |
| 12/19/17 | In-City Transportation, JESSICA R. HERTZ, 12/11/2017; taxi to/from meeting with congress. | 22.53 |
| 12/19/17 | Travel, RICHARD LEVIN, 12/14/2017; Boston, MA; Hearing on Rule 2004 Motions. | 436.67 |
| 12/19/17 | Travel, ROBERT D. GORDON, 12/10-13/2017; Washington, DC; Puerto Rico Hill Visit. | 375.40 |
| 12/19/17 | B&W Copy | 100.10 |
| 12/19/17 | B&W Copy | .80 |
| 12/19/17 | Transcripts - Court Appearance; SOUTHERN DISTRICT REPORTERS, P.C.; 12/19/2017; The Financial Oversight and Management-Case No. 17BK03566. | 130.65 |
| 12/20/17 | Color Copy | 20.00 |
| 12/20/17 | B&W Copy | 25.00 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380190238943 | 17.43 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380190357958 | 17.43 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380190622983 | 17.43 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380190649973 | 7.05 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380191937936 | 7.05 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380192013995 | 7.05 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380192223008 | 7.05 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380193054921 | 7.05 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z6134380194694961 | 7.05 |
| 12/20/17 | 12/20/2017 UPS Delivery Service 1Z05V0A3NT92981049 | 36.39 |
| 12/21/17 | Other Professional Services; Elan Corp Payments; 11/27/2017; Docket 11/17 Stmt; Document fee from Boston Process Server; 10/26/2017 | 136.20 |
| 12/21/17 | Other Professional Services; Elan Corp Payments; 11/27/2017; Docket 11/17 Stmt; Document fee from Boston Process Server; 10/26/2017 | 75.00 |
| 12/21/17 | Color Copy | 2.50 |
| 12/21/17 | B&W Copy | 229.70 |
| 12/22/17 | 12/22/2017 UPS Delivery Service 1Z05V0A30196045852 | 17.43 |
| 12/27/17 | 12/01/2017 Soundpath Teleconferencing | .95 |

LAW OFFICES
**JENNER & BLOCK LLP**
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 12/27/17 | 11/15/2017 Soundpath Teleconferencing | 27.62 |
| 12/27/17 | 11/28/2017 Soundpath Teleconferencing | 21.40 |
| 12/28/17 | Color Copy | 5.25 |
| 12/28/17 | B&W Copy | 5.30 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NT97135178 | 17.43 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NT97713347 | 17.43 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NT98246734 | 17.43 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NW95416952 | 6.88 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NW96601393 | 6.88 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NW97424510 | 6.88 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NW99117125 | 6.88 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3NW99257564 | 6.88 |
| 12/28/17 | 12/28/2017 UPS Delivery Service 1Z05V0A3PW96949785 | 14.60 |
| 12/31/17 | Lexis Research | 284.61 |
| 12/31/17 | Westlaw Research | 64.68 |
| 12/31/17 | Westlaw Research | 125.69 |
| 12/31/17 | Westlaw Research | 129.36 |
| | TOTAL DISBURSEMENTS | $ 13,467.94 |

MATTER 10113 TOTAL                                                    $ 13,467.94

# JANUARY 2018

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                        **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 11/06/17 | Other Professional Services; MARKETING CENTER; 11/06/2017; Consulting Firm. | 40,560.00 |
| 11/15/17 | UCC Fee; CT CORPORATION; 11/15/2017; UCC Search. | 375.00 |
| 12/22/17 | Postage Expense | 19.32 |
| 1/02/18 | Color Copy | 4.25 |
| 1/02/18 | B&W Copy | 25.60 |
| 1/02/18 | B&W Copy | 34.10 |
| 1/03/18 | Color Copy | 16.75 |
| 1/03/18 | B&W Copy | 113.50 |
| 1/03/18 | B&W Copy | 197.00 |
| 1/04/18 | Telephone Expense; Elan Corp Payments; 12/27/2017; Pripusich 12/27 Stmt; CourtSolutions-Court Hearing; 12/05/2017 | 70.00 |
| 1/04/18 | Telephone Expense; Elan Corp Payments; 12/27/2017; Pripusich 12/27 Stmt; CourtSolutions-Court Hearing; 12/05/2017 | 70.00 |
| 1/04/18 | B&W Copy | 124.60 |
| 1/04/18 | B&W Copy | 4.40 |
| 1/04/18 | 01/04/2018 UPS Delivery Service 1Z6134380195205120 | 7.34 |
| 1/04/18 | 01/04/2018 UPS Delivery Service 1Z6134380195594335 | 18.17 |
| 1/04/18 | 01/04/2018 UPS Delivery Service 1Z6134380197862149 | 7.34 |
| 1/05/18 | Color Copy | .50 |
| 1/05/18 | B&W Copy | 17.90 |
| 1/07/18 | B&W Copy | 6.10 |
| 1/08/18 | Color Copy | 23.25 |
| 1/08/18 | Pacer Charges; PACER SERVICE CENTER; 01/08/2018 | 22.80 |
| 1/08/18 | Pacer Charges; PACER SERVICE CENTER; 01/08/2018 | 198.50 |
| 1/08/18 | Pacer Charges; PACER SERVICE CENTER; 01/08/2018 | 751.70 |
| 1/08/18 | Pacer Charges; PACER SERVICE CENTER; 01/08/2018 | 17.50 |
| 1/08/18 | Pacer Charges; PACER SERVICE CENTER; 01/08/2018 | 37.10 |
| 1/08/18 | Pacer Charges; PACER SERVICE CENTER; 01/08/2018 | 67.90 |
| 1/08/18 | Pacer Charges 10/01/2017 through 12/31/2017 | 150.60 |
| 1/08/18 | Pacer Charges 10/01/2017 through 12/31/2017 | 13.30 |
| 1/09/18 | Color Copy | .50 |
| 1/09/18 | Color Copy | 90.25 |
| 1/09/18 | B&W Copy | 1,039.30 |
| 1/09/18 | B&W Copy | 2.40 |
| 1/09/18 | B&W Copy | 17.10 |
| 1/09/18 | 01/09/2018 UPS Delivery Service 1Z05V0A30196011987 | 18.17 |
| 1/10/18 | Color Copy | 14.75 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 1/10/18 | B&W Copy | 14.10 |
| 1/11/18 | Travel, MELISSA M. ROOT, 01/09-11/2018; New York, NY; Hearing. | 86.49 |
| 1/11/18 | B&W Copy | 6.00 |
| 1/16/18 | B&W Copy | 6.10 |
| 1/17/18 | Travel, ROBERT D. GORDON, 01/17/2018 ;Traveled to Washington, DC for Puerto Rico meetings on Capitol Hill from 12/10-12/12/2017 ;Lodging on 12/12/17 ;Meals from 12/10-12/12/17 ;Taxi fares on 12/10 & 12/12/2017 | 779.61 |
| 1/17/18 | Color Copy | 30.00 |
| 1/17/18 | B&W Copy | 9.00 |
| 1/18/18 | Color Copy | 3.50 |
| 1/19/18 | Color Copy | 30.50 |
| 1/19/18 | B&W Copy | 7.00 |
| 1/22/18 | Publications/Books; INDEPENDENCE LEGAL SUPPORT, LLC; 01/22/2018; ILL: The Constitution in Congress... 1801-1829(2001); The Constitution in Congress...1829-1861 (2005); borrowed GWUJBLL including expenses and additional time. | 100.00 |
| 1/22/18 | Travel, RICHARD LEVIN, 01/16-17/2018; Chicago, IL; Professionals' strategy meeting. | 820.76 |
| 1/23/18 | Transcripts - Deposition; SOUTHERN DISTRICT REPORTERS, P.C.; 01/23/2018 | 197.40 |
| 1/23/18 | Business Meals, CATHERINE L. STEEGE, 01/16/2018; Meeting with S. Gumbs, L. Park, F. del Casitllo, R. Gordon, M. Root, R. Levin. | 280.00 |
| 1/23/18 | Color Copy | 8.00 |
| 1/23/18 | B&W Copy | 2.60 |
| 1/23/18 | B&W Copy | 2.50 |
| 1/24/18 | Other Professional Services; Elan Corp Payments; 12/27/2017; Simons 12/17 Stmt; Service of Process Fee for C. Wedoff; 12/13/2017 | 75.00 |
| 1/24/18 | Other Professional Services; Elan Corp Payments; 12/27/2017; Simons 12/17 Stmt; Service of Process Fee for C. Wedoff; 12/20/2017 | 75.00 |
| 1/24/18 | Other Professional Services; Elan Corp Payments; 12/27/2017; Simons 12/17 Stmt; Service of Process Fee for C. Wedoff; 12/20/2017 | 229.20 |
| 1/24/18 | Travel, IAN H. GERSHENGORN, 01/09-12/2018; New York, NY; Committee Session. | 760.65 |
| 1/24/18 | Travel, ROBERT D. GORDON, 01/16-17/2018; Chicago, IL; Meeting at Jenner offices with Segal/FTI regarding pension analysis. | 1,093.24 |
| 1/24/18 | B&W Copy | 32.40 |
| 1/24/18 | B&W Copy | 2.70 |
| 1/25/18 | In-City Transportation, ROBERT D. GORDON, 12/20/2017; taxi charges to attend Omnibus hearing in SDNY in Puerto Rico case. | 10.56 |
| 1/25/18 | In-City Transportation, CARL N. WEDOFF, 12/13/2017; taxi to CTO hearing. | 14.04 |
| 1/25/18 | Travel, ROBERT D. GORDON, 12/10-13/2017; Washington, DC; Puerto Rico to attend congressional meetings. | 32.53 |
| 1/25/18 | Color Copy | 98.75 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 1/25/18 | B&W Copy | 4.00 |
| 1/26/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 01/26/2018 ; Spanish/English Translation 1/19/18 | 995.00 |
| 1/29/18 | 01/05/2018; SDS Special Delivery | 9.50 |
| 1/29/18 | 01/09/2018; SDS Special Delivery | 9.50 |
| 1/30/18 | 12/18/2017 Soundpath Teleconferencing | 56.06 |
| 1/30/18 | Color Copy | 7.25 |
| 1/30/18 | B&W Copy | 12.10 |
| 1/31/18 | Lexis Research | 18.79 |
| 1/31/18 | Lexis Research | 406.36 |
| 1/31/18 | Westlaw Research | 1,366.40 |
| 1/31/18 | Westlaw Research | 1,469.28 |
| 1/31/18 | Westlaw Research | 531.81 |
| 1/31/18 | Color Copy | 197.00 |
| 1/31/18 | B&W Copy | 13.20 |
| 1/31/18 | B&W Copy | 33.40 |
| | TOTAL DISBURSEMENTS | $ 54,074.27 |

MATTER 10113 TOTAL $ 54,074.27