# **EXHIBIT D**

**Summary of Segal Consulting Blended Hourly Rates**

# Exhibit D

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $659 |
| **VP & Actuary** | $539 |
| **Actuary** | $422 |
| **Consultant** | $440 |
| **Analyst** | $298 |
| **All Employees** | $464 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Segal Consulting
Date of Application: March 19, 2018
Interim or Final: Interim