# EXHIBIT E

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---:|---:|---:|
| Bohlman, Katherine R. | Actuary Associate | Pension | 320.00 | 2.20 | 704.00 |
| Bridges, Geoffrey W. | Actuary | Pension | 452.68 | 230.80 | 104,479.00 |
| Fuhrer, Charles | Sr Health Consultant | Health | 540.00 | 2.10 | 1,134.00 |
| Janus, Paul J | Actuary | Health | 422.54 | 41.30 | 17,451.00 |
| Kompare, Pamela M. | Senior Consultant | Health | 440.00 | 12.80 | 5,632.00 |
| Kovach, Patricia L. | Analyst | Health | 250.93 | 73.20 | 18,368.00 |
| Libauskas, Jacob | Actuary | Pension | 376.77 | 162.00 | 61,037.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 680.00 | 167.20 | 113,696.00 |
| Noonan, Mark J. | VP & Consulting Actuary | Health | 551.39 | 3.60 | 1,985.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 539.52 | 147.00 | 79,310.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | 321.64 | 148.20 | 47,667.00 |
| Wohl, Stuart | SVP Regional Manager | Health | 600.34 | 59.20 | 35,540.00 |
| Worrell, Mildeen | VP, Compliance | Health | 470.00 | 0.80 | 376.00 |
| Sub-Total | | | | **1,050.40** | **487,379.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (12,670.00) |
| Total Fees for Interim Period | | | | | **474,709.00** |
| Plus Amount Inadvertently Excluded from First Interim Application | | | | | 8,211.00 |
| Total Fees Requested | | | | | **482,920.00** |