# EXHIBIT F

## Summary of Segal Consulting Expenses

| Service Description | Amount |
| --- | --- |
| Business Meals | $263.52 |
| Hotel | $1,920.32 |
| In-City Transportation | $526.10 |
| Other Professional Services | $0.00 |
| Parking | $34.00 |
| Mileage | $16.35 |
| Travel | $1,645.30 |
| **TOTAL** | **$4,405.59** |