# **EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 623.10 | $ 275,724.00 |
| 002 Research | 62.40 | $ 30,239.00 |
| 003 Data Analysis | 68.10 | $ 30,414.00 |
| 004 Calls & Meetings with Other Professionals | 102.70 | $ 55,199.00 |
| 005 Preparation of Reports | 69.80 | $ 22,751.00 |
| 006 Retirement Committee Meetings | 26.30 | $ 15,953.00 |
| 018 Case Administration | 56.00 | $ 31,759.00 |
| Non-Working Travel Time | 42.00 | $ 25,340.00 |
| **Subtotal** | **1,050.40** | **$ 487,379.00** |
| Less 50% Discount on Non-working Travel Matter | | $ (12,670.00) |
| Total | | $ 474,709.00 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | March 19, 2018 |
| Interim or Final: | Interim |