# EXHIBIT I

**Detailed Expense Records for Segal Consulting**

# **Exhibit I**

# ✳ Segal Consulting

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| | | |
|---|---|---:|
| 12/5/2017 | Matt Strom one-way ticket to NY | $103.20 |
| 12/6/2017 | Matt Strom one-way ticket from Newark to St. Louis | $448.98 |
| 12/5/2017 | Kim Nicholl one-way ticket to NY | $155.20 |
| 12/5/2017 | Kim Nicholl additional airfare fees | $70.56 |
| 12/6/2017 | Kim Nicholl one-way ticket from NY to Chicago | $386.20 |
| | **TOTAL FOR: FLIGHTS** | **$1,164.14** |
| 12/5/2017 | Kim Nicholl coffee at airport | $5.35 |
| 12/5/2017 | Kim Nicholl dinner | $49.55 |
| 12/5/2017 | Matt Strom dinner | $52.55 |
| 12/6/2017 | Matt Strom dinner | $12.76 |
| | **TOTAL FOR: MEALS** | **$ 120.21** |
| 12/5/2017 | Kim Nicholl Taxi from home to airport | $52.00 |
| 12/5/2017 | Kim Nicholl Taxi from NY airport to Hotel | $57.00 |
| 12/6/2017 | Kim Nicholl taxi from Hotel to NY Airport | $62.00 |
| 12/6/2017 | Kim Nicholl taxi from airport to home | $55.00 |
| 12/5/2017 | Matt Strom UBER from home to airport | $50.38 |
| 12/5/2017 | Matt Strom UBER from LGA Airport to Hotel | $52.44 |
| 12/6/2017 | Matt Strom UBER from Meeting to EWR Airport | $83.03 |
| | **TOTAL FOR: TAXI** | **$ 411.85** |
| 12/5/2017 | Kim Nicholl Hotel stay in New York to attend meeting | $790.40 |
| 12/5/2017 | Matt Strom Hotel stay in New York to attend meeting | $851.51 |
| | **TOTAL FOR: HOTEL** | **$ 1,641.91** |

**Total Disbursements**  **$ 3,338.11**

# ✈ Segal Consulting

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| | | |
|---|---|---|
| 1/16/2018 | Stu Wohl airfare | $409.30 |
| 1/16/2018 | Additional airfare fees | $71.86 |
| | **TOTAL FOR: FLIGHTS** | **$481.16** |
| 1/17/2018 | Breakfast with Kim, Matt, Patryk, Jake and Geoff | $143.31 |
| | **TOTAL FOR: MEALS** | **$ 143.31** |
| 1/16/2018 | Stu Wohl mileage to airport | $16.35 |
| 1/16/2018 | Stu Wohl parking at airport | $34.00 |
| 1/16/2018 | Stu Wohl taxi from airport to hotel | $60.25 |
| 1/17/2018 | Stu Wohl taxi from hotel to airport | $54.00 |
| | **TOTAL FOR: TAXI/PARKING** | **$164.60** |
| 1/16/2018 | Stu Wohl hotel | $278.41 |
| | **TOTAL FOR: HOTEL** | **$ 278.41** |
| Total Disbursements | | **$ 1,067.48** |