## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. 17-151, 17-152 – PEAJE | 9.7 | $3,197.50 |
| ADV. 17-155, 17-156, 17-159 – ASSURED; AMBAC | 8.1 | $2,015.00 |
| ADV. 17-189 – ACP MASTER LTD | 8.4 | $2,422.50 |
| ADV. 17-213 – ERS v. ALTAIR | 13.8 | $3,732.50 |
| ADV. 17-219, 17-220 – ALTAIR v. ERS | 15.1 | $4,847.50 |
| ADV. 17-228, 17-229 – UTIER | 24.3 | $8,137.50 |
| ADV. 17-257 – UCC v. WHYTE | 65.8 | $22,055.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 129.2 | $33,800.00 |
| CHALLENGES TO PROMESA | 1.3 | $325.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 142.4 | $41,587.50 |
| COMMUNICATIONS WITH RETIREES | 59.2 | $16,937.50 |
| COURT HEARINGS | 21.1 | $7,912.50 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 7.9 | $2,925.00 |
| ERS BONDS ISSUES | 13.9 | $4,100.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 88.5 | $31,067.50 |
| GO BONDS ISSUES | 4.7 | $1,337.50 |
| GO/COFINA ISSUES | 58.8 | $12,812.50 |
| HEALTHCARE/OPEB ANALYSIS | 2.0 | $525.00 |
| MEDIATION | 113.2 | $36,862.50 |
| PENSION ANALYSIS | 52.5 | $15,000.00 |
| RULE 2004 INVESTIGATION | 0.3 | $112.50 |
| NON-WORKING TRAVEL TIME (50% hourly rate) | 111.8 | $18,450.00 |
| **Total** | 952.0 | $270,162.50 |