## EXHIBIT D

## SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, C.S.P. EXPENSES

| Expense Description | Amount |
|---|---|
| Travel | |
|     Airfare | $3,136.59 |
|     Hotel | $4,593.66 |
|     Ground Transportation | $789.30 |
|     Combined Flight and Hotel Charge | $2,720.20 |
| Printing Expense | $356.50 |
| | |
| **TOTAL** | **$11,538.25** |