# **EXHIBIT F**

# **DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

| Date | Timekeeper | Type | Memo | Amount |
|---|---|---|---|---|
| 11/08/17 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (UBER) | 78.10 |
| 11/10/17 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (FROM HOTEL TO AIRPORT) | 74.00 |
| 11/10/17 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (SAN JUAN) | 23.75 |
| 11/10/17 | HMK | HOTEL | HOTEL ACCOMMODATION | 854.08 |
| 11/13/17 | FDC | GROUND TRANSPORT | TAXI AND TOLL COST/HOME TO SAN JUAN AIRPORT | 28.45 |
| 11/13/17 | FDC | AIRFARE | OTHER EXPENSES: CHECK IN BAGS FOR FLIGHT (DELTA AIRLINES) | 25.00 |
| 11/14/17 | AJB | AIRFARE | TRAVEL TO NY (FROM 11/14 TO 11/19/17) | 316.19 |
| 11/14/17 | AJB | HOTEL | HOTEL ACCOMMODATION | 1,613.76 |
| 11/16/17 | FDC | GROUND TRANSPORT | TAXI (JFK AIRPORT TO HOTEL) | 68.76 |
| 11/16/17 | FDC | GROUND TRANSPORT | OTHER EXPENSES: TAXI (HOTEL TO JFK AIRPORT) | 58.56 |
| 11/16/17 | FDC | AIRFARE | OTHER EXPENSES: CHECK IN BAGS FOR FLIGHT (DELTA AIRLINES) | 25.00 |
| 12/04/17 | AJB | AIRFARE | TRAVEL EXPENSES: TRAVEL TO NY (FROM 12/4 TO 12/7/2017) | 996.20 |
| 12/04/17 | AJB | HOTEL | OTHER BILLABLE EXPENSES: HOTEL ACCOMMODATION (FROM 12/4 TO 12/7/2017) | 587.12 |
| 12/04/17 | AJB | GROUND TRANSPORT | OTHER BILLABLE EXPENSES: GROUND TRANSPORT TAXI FROM JFK TO HOTEL | 63.06 |
| 12/05/17 | HMK | AIRFARE | TRAVEL EXPENSES: TRAVEL TO NY | 416.20 |
| 12/05/17 | HMK | GROUND TRANSPORT | OTHER BILLABLE EXPENSES: GROUND TRANSPORT (HOME TO SJU AIRPORT) | 16.37 |
| 12/05/17 | HMK | HOTEL | OTHER BILLABLE EXPENSES: HOTEL ACCOMMODATION (FROM 12/5 TO 12/8/2017) | 1,026.00 |
| 12/07/17 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | 25.00 |
| 12/07/17 | FDC | GROUND TRANSPORT | OTHER BILLABLE EXPENSES: GROUND TRANSPORT NY | 109.30 |
| 12/07/17 | FDC | AIRFARE AND HOTEL | TRAVEL EXPENSES: TRAVEL AND HOTEL ACCOMMODATION | 1,741.34 |
| 12/07/17 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | 25.00 |
| 12/08/17 | HMK | GROUND TRANSPORT | OTHER BILLABLE EXPENSES: GROUND TRANSPORT (NY) (HOTEL TO JFK AIRPORT) | 81.22 |
| 12/10/17 | HMK | AIRFARE | TRAVEL EXPENSES: TRAVEL TO WASHINGTON | 620.20 |

| Date | Timekeeper | Type | Memo | Amount |
|---|---|---|---|---|
| 12/10/17 | HMK | GROUND TRANSPORT | OTHER BILLABLE EXPENSES: GROUND TRANSPORT (AIRPORT TO HOTEL) (WDC) | 16.93 |
| 12/13/17 | FDC | PRINTING | DOCUMENT REPRODUCTION (Sir Speedy invoice) | 36.84 |
| 12/29/17 | FDC | PRINTING | DOCUMENT REPRODUCTION: FOR MEETING OF ORC AT BENNAZAR OFFICES ON NOVEMBER 21 AND DECEMBER 13, 2017. (Office expenses) | 144.80 |
| 1/15/18 | FDC | PRINTING | EXTERNAL DOCUMENT REPRODUCTION (OFFICE DEPOT) | 153.06 |
| 1/16/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (FROM AIRPORT TO HOTEL) | 60.80 |
| 1/16/18 | HMK | HOTEL | HOTEL ACCOMMODATION AT WESTIN HOTELS | 512.70 |
| 1/16/18 | HMK | AIRFARE | FLIGHT TO CHICAGO (1/16 TO 1/18/2018) | 637.80 |
| 1/16/18 | FDC | AIRFARE AND HOTEL | TRAVEL EXPENSES: TRAVEL AND HOTEL ACCOMMODATION | 978.86 |
| 1/16/18 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | 25.00 |
| 1/18/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (FROM HOTEL TO AIRPORT) | 52.00 |
| 1/18/18 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | 25.00 |
| 1/31/18 | Office | PRINTING | DOCUMENT REPRODUCTION FOR MEETING OF THE OCR AT BENNAZAR OFFICE ES (1/19/2018) | 21.80 |