UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | x | |
|---|---|---|
| | ) | |
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | No. 17 BK 3283-LTS |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | |
| | x | |

---

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

Pursuant to Local Rule 83(D)(a), the undersigned counsel, José A. Sosa-Lloréns and Rachel Ehrlich Albanese (admitted *pro hac vice* pursuant to ECF No. 103), hereby notify this Honorable Court and the parties that they will be appearing on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") and the Puerto Rico Treasury Department solely for purposes of filing fee applications in the above-captioned Title III case.[2]  The undersigned counsel respectfully request that copies of all motions, orders or any other documents and/or correspondence in this case be served on the undersigned counsel, as applicable, through the CM/ECF system.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780 LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] AAFAF has requested that DLA Piper submit applications for compensation and reimbursement.  DLA Piper reserves its right to argue that it is not subject to the requirements of the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 1715].

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the appearance of the undersigned counsel, and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned counsel through the CM/ECF System.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. In San Juan, Puerto Rico, this 19th day of March, 2018.

>**DLA Piper (Puerto Rico) LLC**
>Edificio Ochoa, Suite 401
>500 Calle de la Tanca
>San Juan
>00901-1969
>Puerto Rico
>
>*/s/ José A. Sosa-Lloréns*
>José A. Sosa-Lloréns
>USDC-PR No. 208602
>jose.sosa@dlapiper.com
>
>AND
>
>**DLA Piper LLP (US)**
>1251 Avenue of the Americas
>New York, New York 10020
>Phone (212) 335-4500
>Fax (212) 335-4501
>
>*s/ Rachel Ehrlich Albanese*
>Rachel Ehrlich Albanese (*admitted pro hac vice*)
>rachel.albanese@dlapiper.com
>
>*Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Treasury Department*