**Hearing Date**: June 6, 2018 at 9:30 a.m. (ET) / 9:30 a.m. (AST)
**Objection Deadline**: April 9, 2018 at 4:00 p.m. (ET) / 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : PROMESA |
| | : Title III |
| as representative of | : |
| | : Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : |
| | : (Jointly Administered) |
| Debtors.[1] | : |

---

## NOTICE OF HEARING ON SECOND INTERIM FEE APPLICATION OF CASILLAS, SANTIAGO & TORRES, LLC, AS LOCAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2017 THROUGH JANUARY 31, 2018

**PLEASE TAKE NOTICE** that a hearing on the annexed *Second Interim Fee Application of Casillas, Santiago & Torres LLC, as Local Counsel to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2017 through January 31, 2018* ("Application") filed by the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA), pursuant to Section 1103(a)(1) of the Bankruptcy Code, made applicable to these cases by virtue of section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, or "PROMESA", will be held

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

before the Honorable Laura Taylor Swain, United States District Court Judge, at the District of Puerto Rico, in Room 3, 150 Calle Chardon, San Juan, Puerto Rico, 00918, on **June 6, 2018 at 9:30 am** ("Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections that any responses or objections ("Objections") to the Application by any party other than the Fee Examiner, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico; and (b) by all parties in interest, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the *First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1715] ("Interim Compensation Order"), so as to be so filed and received by Casillas, Santiago & Torres, LLC, and the other Notice Parties (as defined in the Interim Compensation Order) no later than **April 9, 2018 at 4:00 pm.** ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Order, if no Objections are timely filed, and if the Fee Examiner issues the Fee Examiner Report (as defined in the Interim Compensation Order) recommending approval of the Application in full or in part, the Court may grant the Application without a hearing.

Date: March 19, 2018  */s/Juan J. Casillas-Ayala*
In San Juan, Puerto Rico  Juan J. Casillas-Ayala, Esq.

CASILLAS, SANTIAGO & TORRES, LLC
Juan J. Casillas-Ayala, Esq., USDC-PR 218312
Diana M. Batlle-Barasorda, Esq., USDC-PR 213103
Alberto J. E. Añeses-Negrón, Esq., USDC-PR 302710
Ericka C. Montull-Novoa, Esq., USDC-PR 230601

El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com