**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD**

| Timekeeper | Initials | Title | Department | Date of First Admission | Fees Billed | Hours Billed |
|---|---|---|---|---|---|---|
| Juan J. Casillas Ayala | JJC | Partner | Litigation and Labor | 1997 | 62,719.50 | 233.40 |
| Miguel A. Santiago Rivera | MAS | Partner | Corporate and Tax | 1998 | 28,971.00 | 107.30 |
| Luis L. Torres Marrero | LLTM | Partner | Corporate and Tax | 1997 | 15,498.00 | 57.40 |
| Israel Fernández | IF | Junior Partner | Litigation and Labor | 2006 | 13,424.00 | 130.60 |
| Luis R. Ramos Cartagena | LRC | Junior Partner | Litigation and Labor | 2002 | 16,438.00 | 158.50 |
| Diana M. Batlle Barasorda | DB | Special Counsel | Litigation and Labor | 1996 | 3,506.00 | 30.30 |
| René Comas | RC | Special Counsel | Litigation and Labor | 1997 | 20,836.00 | 207.80 |
| Diana M. Alcaraz Irizarry | DI | Senior Associate | Corporate and Tax | 2005 | 10,850.00 | 108.50 |
| Lorimar Barreto Vincenty | LB | Senior Associate | Litigation and Labor | 2005 | 8,710.00 | 81.90 |
| Ericka Montull Novoa | EM | Senior Associate | Litigation and Labor | 2011 | 47,520.00 | 344.70 |
| Viviana Sierra | VS | Senior Associate | Litigation and Labor | 2011 | 19,250.00 | 158.70 |
| Alberto J. E. Añeses Negrón | AAN | Associate | Corporate and Tax | 2014 | 109,916.00 | 698.40 |
| Alexandra De San Román Casasnovas | ADSR | Associate | Litigation and Labor | 2013 | 19,482.00 | 114.60 |
| Cristina Fernández Niggeman | CF | Associate | Litigation and Labor | 2015 | 54,560.00 | 407.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Juan R. González | JGM | Associate | Litigation and Labor | 1985 | 2,650.00 | 26.50 |
| Jessica M. Quilichini | JQ | Associate | Litigation and Labor | 2005 | 6,900.00 | 69.00 |
| Paralegal Services | PL | Paralegal | Litigation and Labor | | 3,363.00 | 35.40 |