# EXHIBIT C

## SUMMARY OF COMPENSATION DURING FEE PERIOD BY PROJECT CATEGORY AND BY MATTER

| Matter Number | Matter Name | Fees | Costs | Total |
|---|---|---|---|---|
| 396-00002 | General | $54,391.50 | $17,815.58 | $72,207.08 |
| 396-00003 | COFINA Dispute Analysis | $217,380.50 | $3,067.85 | $220,448.35 |
| 396-00004 | Communications w/ Creditors/ Website (other than Committee Members) | $1,630.00 | $0.00 | $1,630.00 |
| 396-00006 | PREPA | $7,722.50 | $0.10 | $7,722.60 |
| 396-00007 | HTA | $1,032.00 | $0.00 | $1,032.00 |
| 396-00008 | ERS | $433.50 | $0.00 | $433.50 |
| 396-00009 | Other Adversary Proceedings | $13,675.50 | $116.10 | $13,791.60 |
| 396-00010 | Mediation | $1,158.00 | $0.00 | $1,158.00 |
| 396-00012 | Discovery | $146,010.00 | $68.70 | $146,078.70 |
| 396-00013 | GDB | $102.00 | $91.80 | $193.80 |
| 396-00014 | PBAPR | $68.00 | $0.00 | $68.00 |
| 396-00015 | Fee Application | $ 990.00 | $0.00 | $990.00 |
| **TOTAL** | | **$444,593.50** | **$21,160.13** | **$465,753.63** |