# EXHIBIT D

## SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| Certified Translation | $534.08 |
| Delivery Expense | $320.63 |
| Filing Fees | $1,022.20 |
| Lodging Expenses | $13,065.50 |
| Outside Photocopies | $1,396.54 |
| Photocopies | $2,153.70 |
| Postage | $235.38 |
| Ring Binders | $27.00 |
| Service of Subpoena | $1,793.40 |
| Transcription | $611.70 |
| **Total:** | **$21,160.13** |