# EXHIBIT E

# LIST OF PROFESSIONALS BY MATTER

| Matter Number | Matter Name | Timekeeper | Initial | Position |
|---|---|---|---|---|
| 396-00002 | General | Juan J. Casillas Ayala | JJC | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Ericka Montull | EM | Senior Associate |
| | | Viviana Sierra | VS | Senior Associate |
| | | Alberto J.E. Añeses Negron | AAN | Associate |
| | | Alexandra De San Román | ADSR | Associate |
| | | Cristina Fernández | CF | Associate |
| | | Paralegal | PL | Paralegal |
| 396-00003 | COFINA Dispute Analysis / Litigation | Juan J. Casillas Ayala | JJC | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Luis L. Torres Marrero | LLTM | Partner |
| | | Israel Fernández | IF | Junior Partner |
| | | Luis Ramos Cartagena | LRC | Junior Partner |
| | | Diana Batlle | DB | Special Counsel |
| | | René Comas | RC | Special Counsel |
| | | Alberto J.E. Añeses | AAN | Associate |
| | | Alexandra De San Román | ADSR | Associate |
| | | Lorimar Barreto Vicenty | LB | Senior Associate |
| | | Cristina Fernández | CF | Associate |
| | | Ericka Montull | EM | Senior Associate |
| | | Viviana Sierra | VS | Senior Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00004 | Communications w/ Creditors/ Website (other than Committee Members) | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J.E. Añeses | AA | Associate |
| | | Alexandra De San Román | ADSR | Associate |
| | | Viviana Sierra | VS | Senior Associate |
| 396-00006 | PREPA | Juan A. Casillas Ayala | JJC | Partner |
| | | Miguel A. Santiago | MAS | Partner |
| | | Viviana Sierra | VS | Senior Associate |
| | | Alberto J.E. Añeses | AAN | Associate |
| | | Cristina Fernández | CF | Associate |
| | | Paralegal Services | PL | Paralegal |
| 396-00007 | HTA | Juan J. Casillas Ayala | JJC | Partner |
| | | Alberto J.E. Añeses | AAN | Associate |
| | | Cristina Fernández | CF | Associate |
| 396-00008 | ERS | Alberto J.E. Añeses | AAN | Associate |
| | | Cristina Fernández | CF | Associate |
| 396-00009 | Other Adversary Proceedings | Juan J. Casillas Ayala | JJC | Partner |
| | | Ericka Montull | EM | Senior Associate |

|  |  | Alberto J.E. Añeses | AAN | Associate |
|---|---|---|---|---|
|  |  | Alexandra De San Román | ADSR | Associate |
|  |  | Cristina Fernández | CF | Associate |
|  |  | Paralegal Services | PL | Paralegal |
| 396-00010 | Mediation | Juan J. Casillas Ayala | JJC | Partner |
|  |  | Alberto J.E. Añeses | AAN | Associate |
| 396-00012 | Discovery | Israel Fernández | IF | Junior Partner |
|  |  | Juan J. Casillas Ayala | JJC | Partner |
|  |  | Luis Ramos Cartagena | LRC | Junior Partner |
|  |  | Diana Batlle | DB | Special Counsel |
|  |  | René Comas | RC | Special Counsel |
|  |  | Diana Alcaraz | DA | Senior Associate |
|  |  | Lorimar Barreto Vincenty | LB | Senior Associate |
|  |  | Ericka Montull | EM | Senior Associate |
|  |  | Viviana Sierra | VS | Senior Associate |
|  |  | Alberto J.E. Añeses | AAN | Associate |
|  |  | Cristina Fernández | CF | Associate |
|  |  | Juan R. González | JGM | Associate |
|  |  | Jessica M. Quilichini | JQ | Associate |
| 396-00013 | GDB | Alberto J.E. Añeses | AAN | Associate |
| 396-00014 | PBAPR | Cristina Fernández | CF | Associate |
| 396-00015 | Fee Application | Luis L. Torres Marrero | LLTM | Partner |
|  |  | Alberto J.E. Añeses | AAN | Associate |