Bankruptcy Court for the District of Puerto Rico

Eliezer Santana Baez | Case:
  Plaintiff
    V.
Commonwealth of Puerto Rico |
  Defendant

## Motion On Request To Order The lifting of the paralysis

The plaintiff appears in his own right and requests

1- As provided in paragraph III-Q of the promise law, request a conference with the state of Puerto Rico informing the intention that the paralysis be lifted in the cases, we inform that we have done so.

2- I am an inmate and I have great difficulty writing, and I have many pending civil cases, and to send the request to the state, and not having me address of the supervisory board, I did it for the only means valid in promise, which is a gmail. That gmail is from a friend who did me the favor, to send them the requirement, and they responded in the negative, declining to raise the paralisation in all my cases. (see attached).

3- In view of this refusal, I proceed to request this court to, (In view of trying to have a conference with the state so that the paralysis would be lifted in my cases) I request this court to issue an order to lift the paralysis in cases Num.: DDP2013-0166; DDP2014-0673; DDP2014-0664; DDP2015-0218; DDP2015-0215; DDP2016-0652; DDP2016-0258; DDP2016-0722; DPE2016-0399; DDP2016-0591; DDP2014-0337; DDP2014-0249, and ordered to comply with the payment in case DDP2014-0229 which was just paralyzed by promise.

4- Therefore, existing unanimous civil causes and by the same applicant, the state should consider even one for your uprising, not doing so is a clear act of bad faith to abuse at will the benefits of promise, and extend the agony of the damages incurred by avoiding responder for their intentional actions.

5- That nothing prevents the continuation of the proceedings in these civil cases, which were in the transaction stage, and others, in payment transactions.

6- For this reason, we request that the lifting of the paralizations of the aforementioned cases, issued by the court of bayamon P.R., and the continuation of the proceedings in those cases, failing which, it is requested, that this court appoint a hearing to settle this matter before this court.

For all of which it is requested to take cognizance of the foregoing and any pronouncement issued in law is issued

Eliezer Santana Baez
50 Carr. 5 unit A-501 Edif. 3-J
Ind. Luchetti, Bay. P.R. 00961-7403