Counsel to the Court-appointed Fee Examiner:

Dated: January 29, 2018

                                       /s/ *Katherine Stadler*
                                       Katherine Stadler
                                       Godfrey & Kahn, S.C

Counsel to: _____

Dated: _____

                                       By: *Nick A. Blair* (signature)

                                       Firm/Organization: *Deloitte Financial Advisory Services LLP*

IT IS SO ORDERED:

Dated: February _____, 2018.
        New York, New York

                                       _____
                                       UNITED STATES DISTRICT JUDGE

18120932.9