# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>                                     Debtor.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 4780-LTS<br><br>(Jointly Administered) |
| PUERTO RICO ENERGY COMMISSION,<br><br>                               Plaintiff,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>                               Defendants. | Adv. Proc. No. 18-00021 |

## ORDER RESOLVING U.S. BANK NATIONAL ASSOCIATION
## AS TRUSTEE MOTION TO INTERVENE

        This matter is before the Court on the *Unopposed Urgent Motion of U.S. Bank National Association as Trustee to Intervene Under Federal Rule of Bankruptcy Procedure 7024* (Dkt. No. 42 in 18-AP-00021; Dkt. No. 2732 in 17-BK-3283; Dkt. No. 772 in 17-BK-4780) (the "Motion to Intervene"). Taking notice of the agreement among the parties, this Court hereby ALLOWS the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations) (collectively, the "Title III Cases").

Motion. The U.S. Bank National Association as Trustee (the "Trustee") shall be permitted to intervene in the above-captioned adversary proceeding in accordance with the following limitations:

1. The Trustee shall have the right to file briefs stating its positions, restricted to those issues already raised by the parties in connection with the preliminary injunction proceedings. The Trustee may be heard at the preliminary injunction hearing concerning issues raised by the existing parties, subject to any restrictions by the hearing court.

2. The Trustee is not entitled to present evidence either as attachments to its brief or at the hearing on the preliminary injunction motion.

3. Counsel for PREC shall use reasonable and good faith efforts to confer with counsel to the Trustee in advance of the preliminary injunction hearing to discuss any concerns of the Trustee.

This resolves Dkt. No. 42 in 18-AP-00021, Dkt. No. 2732 in 17-BK-3283, and Dkt. No. 772 in 17-BK-4780.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 20, 2018