**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Stephan E. Hornung, hereby certify that on March 19, 2018, I caused true and correct copies of the *Second Interim Application of Luskin, Stern & Eisler LLP, as Special Conflicts Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses, for the Period from October 1, 2017 through January 31, 2018* [Docket No. 2729] to be served in the following manner:

i. through ECF notification upon all parties who receive notice in this case pursuant to the Court's ECF filing system; and

ii. by e-mail on the parties listed on Exhibit A attached hereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March 2018 in New York, New York.

    Respectfully submitted,

    */s/ Stephan E. Hornung*
    Michael Luskin (admitted *pro hac vice*)
    Lucia T. Chapman (admitted *pro hac vice*)
    Stephan E. Hornung (admitted *pro hac vice*)

    **LUSKIN, STERN & EISLER LLP**
    Eleven Times Square
    New York, New York 10036
    Telephone: (212) 597-8200
    Facsimile: (212) 974-3205
    luskin@lsellp.com
    chapman@lsellp.com
    hornung@lsellp.com

    *Special Counsel to the Financial Oversight and Management Board for Puerto Rico*

## EXHIBIT A
Email Service List

| **The Oversight Board** | **The U.S. Trustee** |
|---|---|
| Financial Oversight and Management Board<br>268 Muñoz Rivera Avenue<br>World Plaza Building, Suite 1107<br>San Juan, Puerto Rico  00918<br>Attn: Arthur J. Gonzalez, Board Member<br>       Rosemarie Vizcarrondo, Chief of Staff<br>       arthur.gonzalez@nyu.edu<br>       vizcarrondo@promesa.gov | Office of the United States Trustee<br>for the District of Puerto Rico<br>Edificio Ochoa, 500 Tanca Street, Suite 301<br>San Juan, Puerto Rico  00901-1922<br>Attn:  Guy G. Gebhardt, Esq.<br>        USTP.Region21@usdoj.gov<br>        guy.gebhardt@usdoj.gov |
| **Counsel for the Oversight Board** | **Counsel for the<br>Official Committee of Retired Employees** |
| Proskauer Rose, LLP<br>Eleven Times Square<br>New York, New York  10036<br>Attn: Martin J. Bienenstock, Esq.,<br>       Ehud Barak, Esq.<br>       mbienenstock@proskauer.com<br>       ebarak@proskauer.com<br><br>Proskauer Rose LLP<br>70 West Madison Street<br>Chicago, Illinois  60602<br>Attn: Paul V. Possinger, Esq.<br>        ppossinger@proskauer.com<br><br>O'Neill & Borges LLC<br>250 Muñoz Rivera Avenue, Suite 800<br>San Juan, Puerto Rico  00918<br>Attn: Hermann D. Bauer, Esq.<br>       hermann.bauer@oneillborges.com | Jenner & Block LLP<br>919 Third Avenue<br>New York, New York  10022<br>Attn:  Robert Gordon, Esq.<br>        Richard Levin, Esq.<br>        rgordon@jenner.com<br>        rlevin@jenner.com<br><br>Jenner Block LLP<br>353 N. Clark Street<br>Chicago, Illinois  60654<br>Attn:  Katherine Steege, Esq.<br>        Melissa Root, Esq.<br>        csteege@jenner.com<br>        mroot@jenner.com<br><br>Bennazar, García & Milián, C.S.P.<br>Edificio Union Plaza, PH-A, Piso 18<br>416 Avenida Ponce de León<br>Hato Rey, San Juan, Puerto Rico  00918<br>Attn:  A. J. Bennazar-Zequeira, Esq.<br>        ajb@bennazar.org |
| **Puerto Rico Fiscal Agency<br>and Advisory Authority** | **Counsel for the Official<br>Committee of Unsecured Creditors** |
| Puerto Rico Fiscal Agency and Advisory Authority<br>Roberto Sánchez Vilella Government Center<br>De Diego Avenue, Stop 22<br>San Juan, Puerto Rico  00907<br>Attn: Gerardo J. Portela Franco<br>       Mohammad Yassin, Esq.<br>       gerardo.portela@aafaf.pr.gov<br>       mohammad.yassin@aafaf.pr.gov | Paul Hastings LLP<br>200 Park Avenue<br>New York, New York  10166<br>Attn:  Luc. A. Despins, Esq.<br>        lucdespins@paulhastings.com<br><br>Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, Puerto Rico  00901<br>Attn:  Juan J. Casillas Ayala, Esq.,<br>        Alberto J. E. Aneses Negron, Esq<br>        jcasillas@cstlawpr.com<br>        aaneses@cstlawpr.com |

| **Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority** | **Counsel to the Fee Examiner** |
|---|---|
| O'Melveny & Meyers LLP<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036<br>Attn: John J. Rapisardi, Esq.,<br>Suzzanne Uhland, Esq., and<br>Diana M. Perez, Esq.<br>jrapisardi@omm.com<br>suhland@omm.com<br>dperez@omm.com<br><br>Marini Pietrantoni Muñiz, LLC<br>MCS Plaza, Suite 500<br>255 Avenida Ponce de León<br>San Juan, Puerto Rico 00917<br>Attn: Luis C. Marini-Biaggi, Esq.<br>Carolina Velaz-Rivero, Esq.<br>María T. Álvarez-Santos, Esq.<br>lmarini@mpmlawpr.com<br>cvelaz@mpmlawpr.com<br>malvarez@mpmlawpr.com | Godfrey & Kahn, S.C.<br>One East Main Street, Suite 500<br>Madison, Wisconsin 53703<br>Attn: Brady C. Williamson, Esq.<br>Katherine Stadler, Esq.<br>W. Andrew Dalton, Esq.<br>bwilliamson@gklaw.com<br>kstadler@gklaw.com<br>adalton@gklaw.com<br><br>Edge Legal Strategies, PSC<br>252 Ponce de León Avenue<br>Citibank Tower, 12th Floor<br>San Juan, Puerto Rico 00918<br>Attn: Eyck O. Lugo<br>elugo@edgelegalpr.com |