**Exhibit A**
**Financial Oversight and Management Board for Puerto Rico**
**Summary of Compensation by Professional**
**For the Period October 1, 2017 through January 31, 2018**

| Name | Type of Work | Initials | Title | Time | Hourly Rate [1] | Total Individual Fees |
|---|---|---|---|---|---|---|
| Chepenik,Adam Brandon | Billable | AC | Partner/Principal | 224.50 | $ 845.00 | $ 189,702.50 |
| Chepenik,Adam Brandon | Travel [2] | AC | Partner/Principal | 26.00 | $ 422.50 | $ 10,985.00 |
| Koch,Cathleen M | Billable | CK | Partner/Principal | 20.40 | $ 845.00 | $ 17,238.00 |
| Malhotra,Gaurav | Billable | GM | Partner/Principal | 90.50 | $ 845.00 | $ 76,472.50 |
| Malhotra,Gaurav | Travel [2] | GM | Partner/Principal | 2.00 | $ 422.50 | $ 845.00 |
| Mundaca,Michael | Billable | MM | Partner/Principal | 0.40 | $ 845.00 | $ 338.00 |
| Nichols,Bradley | Billable | BN | Partner/Principal | 12.40 | $ 845.00 | $ 10,478.00 |
| Phillips,Andrew D | Billable | AP | Partner/Principal | 17.50 | $ 845.00 | $ 14,787.50 |
| Hymovitz Cardona,Pablo S | Billable | CH | Executive Director | 39.60 | $ 788.00 | $ 31,204.80 |
| Mackie,James | Billable | JM | Executive Director | 7.00 | $ 788.00 | $ 5,516.00 |
| Mullins,Daniel R | Billable | DM | Executive Director | 53.90 | $ 788.00 | $ 42,473.20 |
| Rodriguez-Ramos,Rosa M. | Billable | RR | Executive Director | 12.90 | $ 788.00 | $ 10,165.20 |
| Santambrogio,Juan | Billable | JS | Executive Director | 197.40 | $ 788.00 | $ 155,551.20 |
| Santambrogio,Juan | Travel [2] | JS | Executive Director | 29.50 | $ 394.00 | $ 11,623.00 |
| Aubourg,Rene Wiener | Billable | RA | Senior Manager | 11.50 | $ 701.00 | $ 8,061.50 |
| Herman,Michael Scott | Billable | MH | Senior Manager | 37.10 | $ 701.00 | $ 26,007.10 |
| Porepa,Jodi | Billable | JP | Senior Manager | 100.10 | $ 701.00 | $ 70,170.10 |
| Whitten III,Robert Holt | Billable | IW | Senior Manager | 8.70 | $ 701.00 | $ 6,098.70 |
| Yano,Brian | Billable | BY | Senior Manager | 78.20 | $ 701.00 | $ 54,818.20 |
| Butz,Aaron Robert | Billable | AB | Manager | 31.30 | $ 578.00 | $ 18,091.40 |
| Lavrov,Eugene | Billable | EL | Manager | 59.00 | $ 578.00 | $ 34,102.00 |
| Panagiotakis,Sofia | Billable | SP | Manager | 182.10 | $ 578.00 | $ 105,253.80 |
| Santiago,Karol I. | Billable | KS | Manager | 3.00 | $ 578.00 | $ 1,734.00 |
| Burr,Jeremy | Billable | JB | Senior | 79.10 | $ 430.00 | $ 34,013.00 |
| Charbonneau,Matthew R. | Billable | MC | Senior | 27.70 | $ 430.00 | $ 11,911.00 |
| Cheema,Mohammad | Billable | MC | Senior | 493.00 | $ 430.00 | $ 211,990.00 |
| Loh,Carmen Chng Wen | Billable | CL | Senior | 83.70 | $ 430.00 | $ 35,991.00 |
| Ramirez,Antonio Miguel | Billable | AR | Senior | 2.00 | $ 430.00 | $ 860.00 |
| Suarez Archilla,Noeliz | Billable | AS | Senior | 3.00 | $ 430.00 | $ 1,290.00 |
| Aldana Herbas,Jose Alberto | Billable | HA | Staff | 84.50 | $ 236.00 | $ 19,942.00 |
| Giordano,Gregory | Billable | GG | Staff | 7.00 | $ 236.00 | $ 1,652.00 |
| Kumar,Shobhit | Billable | SK | Staff | 68.30 | $ 236.00 | $ 16,118.80 |
| Neziroski,David | Billable | DN | Staff | 110.60 | $ 236.00 | $ 26,101.60 |
| **Total** | | | | **2,203.90** | | **$ 1,261,586.10** |

[2] Travel fees are billed out at 50% bill rate