**Exhibit B**
**Financial Oversight and Management Board for Puerto Rico**
**Summary of Compensation by Project**
**For the Period October 1, 2017 through January 31, 2018**
**CHECK**

| Project Category | Project Category Description | Time | Total Individual Fees |
|---|---|---:|---:|
| T3 -Creditor Mediation Support | This category includes time spent collaborating with advisors to support the mediation process, preparing material and advising on strategy. | 211.60 | $ 141,379.90 |
| T3 - Long-Term Projections | This category includes time spent collaborating in the assessment of long term financial projections including analysis of restructuring scenarios, development of long term financial projections, funds available for creditors and analysis of creditor recoveries for the best interest test, feasibility and other matters. | 1,338.20 | $ 857,707.40 |
| T3 – Plan of Adjustment | This category includes time spent collaborating in the development of a Plan of Adjustment, including the treatment of each creditor class, financial analysis related to the best interest test, plan feasibility and other financial and economic analyses. | 486.50 | $ 212,783.20 |
| T3-Working travel (billed at 50% of rates) | This category includes time incurred traveling for billed at 50% rate | 57.50 | $ 23,453.00 |
| T3 -Fee Application | This category includes time incurred preparing monthly and interim fee applications | 110.10 | $ 26,262.60 |
| **Total** | | **2,203.90** | **$ 1,261,586.10** |