**Exhibit C**
**Financial Oversight and Management Board for Puerto Rico**
**Summary of Out-of-Pocket Expenses by Category**
**For the Period October 1, 2017 through January 31, 2018**

| Expense Category | Expense Amount |
|---|---|
| Airfare | $ 5,462.82 |
| Ground | 1,916.96 |
| Lodging | 4,868.69 |
| Meals | 297.74 |
| Subtotal | 12,546.21 |
| **Total Expenses Due** | **$ 12,546.21** |