Case:17-03283-LTS   Doc#:2780-5   Filed:03/21/18   Entered:03/21/18 16:55:31   Desc:
Exhibit E   Page 1 of 2

**Exhibit E**
**Financial Oversight and Management Board for Puerto Rico**
**Out-of-Pocket Expenses**
**For the Period October 1, 2017 through January 31, 2018**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---|
| Santambrogio,Juan | Executive Director | 10/7/17 | Airfare | Air - Travel Round Trip - Atlanta, GA to New York, NY | $ 977.84 |
| Santambrogio,Juan | Executive Director | 10/11/17 | Airfare | Air - Travel Round Trip - Atlanta, GA to New York, NY | 977.84 |
| Malhotra,Gaurav | Partner/Principal | 10/11/17 | Airfare | Air - Travel One Way - Chicago, IL to New York, NY | 223.92 |
| Santambrogio,Juan | Executive Director | 10/15/17 | Airfare | Air - Travel Round Trip - Atlanta, GA to New York, NY | 1,078.25 |
| Chepenik,Adam Brandon | Partner/Principal | 11/3/17 | Airfare | Air - Travel One Way - San Juan, PR to New York, NY | 658.40 |
| Santambrogio,Juan | Executive Director | 11/7/17 | Airfare | Air - Travel Round Trip - Atlanta, GA to New York, NY | 828.20 |
| Chepenik,Adam Brandon | Partner/Principal | 11/18/17 | Airfare | Air - Travel One Way - Washington, DC to New York, NY | 254.13 |
| Santambrogio,Juan | Executive Director | 11/27/17 | Airfare | Air - Travel Round Trip - Atlanta, GA to New York, NY | 464.24 |
| Santambrogio,Juan | Executive Director | 10/9/17 | Ground | Ground - Mileage Round Trip from home to airport | 40.66 |
| Santambrogio,Juan | Executive Director | 10/9/17 | Ground | Ground - Taxi from Office to airport | 47.76 |
| Santambrogio,Juan | Executive Director | 10/9/17 | Ground | Ground - Taxi from airport to hotel | 41.16 |
| Santambrogio,Juan | Executive Director | 10/10/17 | Ground | Parking - Atlanta airport 1 day | 19.00 |
| Santambrogio,Juan | Executive Director | 10/11/17 | Ground | Ground - Mileage Round Trip from home to airport | 40.66 |
| Santambrogio,Juan | Executive Director | 10/11/17 | Ground | Ground - Taxi from airport to hotel | 46.87 |
| Santambrogio,Juan | Executive Director | 10/12/17 | Ground | Ground - Taxi from Office to airport | 76.24 |
| Santambrogio,Juan | Executive Director | 10/12/17 | Ground | Ground - Taxi from Hotel to office | 17.94 |
| Santambrogio,Juan | Executive Director | 10/12/17 | Ground | Parking - Atlanta airport 12 days | 34.00 |
| Santambrogio,Juan | Executive Director | 10/12/17 | Ground | Ground - Taxi from Hotel to client site | 11.35 |
| Chepenik,Adam Brandon | Partner/Principal | 10/12/17 | Ground | Ground - Amtrak Round trip from Washington, DC to New York, NY | 366.00 |
| Chepenik,Adam Brandon | Partner/Principal | 10/12/17 | Ground | Ground - Taxi from home to Train station | 7.84 |
| Chepenik,Adam Brandon | Partner/Principal | 10/12/17 | Ground | Ground - Taxi from Penn station to office | 11.44 |
| Chepenik,Adam Brandon | Partner/Principal | 10/13/17 | Ground | Ground - Taxi from office to Penn station | 8.80 |
| Chepenik,Adam Brandon | Partner/Principal | 10/14/17 | Ground | Ground - Taxi from Train station to home | 29.86 |
| Santambrogio,Juan | Executive Director | 10/17/17 | Ground | Ground - Mileage Round Trip from home to airport | 40.66 |
| Santambrogio,Juan | Executive Director | 10/17/17 | Ground | Ground - Taxi from Airport to client site | 24.89 |
| Santambrogio,Juan | Executive Director | 10/17/17 | Ground | Ground - Taxi from Airport to hotel | 50.46 |
| Santambrogio,Juan | Executive Director | 10/18/17 | Ground | Parking - Atlanta airport 2 days | 38.00 |
| Santambrogio,Juan | Executive Director | 10/18/17 | Ground | Ground - Taxi from Hotel to airport | 81.16 |
| Santambrogio,Juan | Executive Director | 11/8/17 | Ground | Ground - Taxi from Airport to hotel | 51.67 |
| Santambrogio,Juan | Executive Director | 11/8/17 | Ground | Ground - Mileage Round Trip from home to airport | 41.73 |
| Chepenik,Adam Brandon | Partner/Principal | 11/9/17 | Ground | Ground - Taxi from Office to airport | 22.00 |
| Chepenik,Adam Brandon | Partner/Principal | 11/9/17 | Ground | Ground - Taxi from Airport to hotel | 75.46 |
| Chepenik,Adam Brandon | Partner/Principal | 11/9/17 | Ground | Ground - Taxi from Hotel to airport | 53.16 |
| Santambrogio,Juan | Executive Director | 11/10/17 | Ground | Parking - Atlanta airport 2 days | 38.00 |
| Santambrogio,Juan | Executive Director | 11/10/17 | Ground | Ground - Taxi from Office to airport | 73.63 |
| Chepenik,Adam Brandon | Partner/Principal | 11/10/17 | Ground | Ground - Taxi from Airport to home | 31.86 |
| Santambrogio,Juan | Executive Director | 12/4/17 | Ground | Ground - Mileage Round Trip from home to airport | 42.51 |
| Santambrogio,Juan | Executive Director | 12/4/17 | Ground | Ground - Taxi from Airport to office | 60.06 |
| Santambrogio,Juan | Executive Director | 12/4/17 | Ground | Ground - Taxi from Hotel to office | 10.68 |
| Chepenik,Adam Brandon | Partner/Principal | 12/4/17 | Ground | Ground - Taxi from Airport to hotel | 68.98 |
| Chepenik,Adam Brandon | Partner/Principal | 12/4/17 | Ground | Ground - Taxi from Office to client meeting | 12.25 |
| Chepenik,Adam Brandon | Partner/Principal | 12/4/17 | Ground | Ground - Taxi from Home to airport | 23.03 |
| Chepenik,Adam Brandon | Partner/Principal | 12/4/17 | Ground | Ground - Taxi from Hotel to client meeting | 27.25 |
| Chepenik,Adam Brandon | Partner/Principal | 12/4/17 | Ground | Ground - Taxi from Meeting to hotel | 11.00 |
| Santambrogio,Juan | Executive Director | 12/5/17 | Ground | Ground - Taxi from Hotel to client meeting | 42.61 |
| Santambrogio,Juan | Executive Director | 12/6/17 | Ground | Ground - Taxi from Hotel to office | 18.27 |
| Santambrogio,Juan | Executive Director | 12/6/17 | Ground | Ground - Taxi from Office to hotel | 22.97 |
| Chepenik,Adam Brandon | Partner/Principal | 12/6/17 | Ground | Ground - Taxi from Client meeting to train station | 16.44 |
| Santambrogio,Juan | Executive Director | 12/7/17 | Ground | Parking - Atlanta airport 4 days | 76.00 |
| Chepenik,Adam Brandon | Partner/Principal | 1/4/18 | Ground | Ground - Taxi from Train station to office | 11.00 |
| Chepenik,Adam Brandon | Partner/Principal | 1/4/18 | Ground | Ground - Taxi from Office to train station | 17.91 |
| Chepenik,Adam Brandon | Partner/Principal | 1/5/18 | Ground | Ground - Taxi from Train station to home | 28.62 |
| Chepenik,Adam Brandon | Partner/Principal | 1/5/18 | Ground | Ground - Taxi from Office to train station | 5.12 |
| Santambrogio,Juan | Executive Director | 10/2/17 | Lodging | Ground - Amtrak Round trip from New York, NY to Washington, DC | 368.69 |
| Santambrogio,Juan | Executive Director | 10/13/17 | Lodging | Lodging - Hotel in New York, NY - 1 night | 500.00 |

**Exhibit E**
**Financial Oversight and Management Board for Puerto Rico**
**Out-of-Pocket Expenses**
**For the Period October 1, 2017 through January 31, 2018**

| Name | Title | Date of Service | Expense Category | Expense Description | Expense Amount |
|---|---|---|---|---|---:|
| Malhotra,Gaurav | Partner/Principal | 10/13/17 | Lodging | Lodging - Hotel in New York, NY - 1 night | 500.00 |
| Santambrogio,Juan | Executive Director | 10/18/17 | Lodging | Lodging - Hotel in New York, NY - 1 night | 500.00 |
| Santambrogio,Juan | Executive Director | 11/11/17 | Lodging | Lodging - Hotel in New York, NY - 2 nights | 1,000.00 |
| Chepenik,Adam Brandon | Partner/Principal | 12/6/17 | Lodging | Lodging - Hotel in New York, NY - 1 night | 500.00 |
| Santambrogio,Juan | Executive Director | 12/8/17 | Lodging | Lodging - Hotel in New York, NY - 3 nights | 1,500.00 |
| Santambrogio,Juan | Executive Director | 10/12/17 | Meals | Meals - Breakfast while traveling - self | 14.48 |
| Santambrogio,Juan | Executive Director | 10/18/17 | Meals | Meals - Breakfast while traveling - self | 5.44 |
| Santambrogio,Juan | Executive Director | 10/18/17 | Meals | Meals - Breakfast while traveling - self | 4.20 |
| Santambrogio,Juan | Executive Director | 10/18/17 | Meals | Meals - Dinner while traveling - self | 16.33 |
| Chepenik,Adam Brandon | Partner/Principal | 11/8/17 | Meals | Meals - Dinner while traveling - self | 39.28 |
| Santambrogio,Juan | Executive Director | 11/9/17 | Meals | Meals - Breakfast while traveling - self | 10.96 |
| Santambrogio,Juan | Executive Director | 11/10/17 | Meals | Meals - Dinner while traveling - self | 40.00 |
| Santambrogio,Juan | Executive Director | 12/4/17 | Meals | Meals - Breakfast while traveling - self | 10.96 |
| Santambrogio,Juan | Executive Director | 12/5/17 | Meals | Meals - Breakfast while traveling - self | 10.96 |
| Santambrogio,Juan | Executive Director | 12/5/17 | Meals | Meals - Dinner while traveling - self | 37.60 |
| Malhotra,Gaurav | Partner/Principal | 12/5/17 | Meals | Meals - Dinner while traveling - 3 people | 80.50 |
| Santambrogio,Juan | Executive Director | 12/6/17 | Meals | Meals - Breakfast while traveling - self | 13.70 |
| Santambrogio,Juan | Executive Director | 12/7/17 | Meals | Meals - Breakfast while traveling - self | 13.33 |
| **Total** | | | | | **$ 12,546.21** |