**EXHIBIT F**

**BUDGET**

| Project Category | Est. Hours | Est. Fees | Total EY Billed Hours[1] | Total EY Fees Sought |
|---|---|---|---|---|
| **T3 -Creditor Mediation Support** | 237.0 | $158,350.00 | 211.6 | $141,379.90 |
| **T3 - Long-Term Projections** | 1,390.0 | $890,908.00 | 1,338.2 | $857,707.40 |
| **T3 – Plan of Adjustment** | 22.0 | $18,232.00 | 486.5 | $212,783.20 |
| **T3-Working travel (billed at 50% of rates)** | 72.0 | $29,300.00 | 57.5 | $23,453.00 |
| **T3 -Fee Application** | 143.0 | $34,110.00 | 110.1 | $26,262.60 |
| **Total** | **1,989.0** | **$1,220,639.00** | **2,203.9** | **$1,261,586.10** |

---

[1]  This column includes fees Title III Services that were incurred before October 1, 2017.