**EXHIBIT G**

**STAFFING PLAN**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter During the Budget Period | Average Hourly Rate |
|---|---|---|
| Partner/Principal | 2 | $825.00 |
| Executive Director | 1 | $769.00 |
| Senior Manager | 2 | $685.00 |
| Manager | 2 | $564.00 |
| Senior | 3 | $425.00 |
| Staff | 3 | $231.00 |