# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17-BK-3283-LTS<br>(Jointly Administered) |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al*, | |
| Debtors[1] | |

## CERTIFICATE OF SERVICE

I, Joelie M. Pérez-Montañez, hereby certify that I am of legal age, am not a party of the above-caption action, am employed by Casillas, Santiago & Torres, LLC, and that on March 19, 2018, I caused for the following document to be served by sending a true and correct copy by e-mail on the parties listed on Exhibit A; on March 20, 2018 two courtesy copies couriered overnight to the Chambers of Honorable Laura Taylor Swain and Honorable Magistrate Judge Judith G. Dein as listed on Exhibit C; and on March 21, 2018 by First Class or Priority mail on the parties listed on Exhibit B:

> *CST's Second Interim Fee Application, as Local Counsel to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses from Sep. 1, 2017 through Jan. 31, 2018* [Docket No. 2757].

Dated: March 21, 2018

*s/Joelie M. Pérez-Montañez*
Joelie M. Pérez-Montañez

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last four digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-5566 (LTS)) (Last four digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)), (Last four digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last four digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last four digits of Federal Tax ID: 3747).

**EXHIBIT A**
Via E-mail

| Name | Emails |
|------|--------|
| Counsel to National Public Finance Guarantee Corporation, Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, Lex Claims, LLC, and Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | epo@amgprlaw.com<br>larroyo@amgprlaw.com<br>acasellas@amgprlaw.com<br>loliver@amgprlaw.com<br>asantiago@amgprlaw.com<br>smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216, Abengoa S.A. and Abengoa Puerto Rico, S.E. | smalave@amgprlaw.com<br>kstipec@amgprlaw.com<br>pjime@icepr.com<br>pjime@lawfirm-pr.com |
| Counsel to National Public Finance Guarantee Corporation | epo@amgprlaw.com |
| Aguirre Offshore Gasport, LLC | daniel.bustos@excelerateenergy.com |
| Counsel to Salvador Rovira Rodriguez, Salvador Rovira Rodriguez Attorneys at Law and Puerto Rico Legal Advocates, PSC | alexandra.bigas@gmail.com |
| Counsel to American Federation of State, County and Municipal Employees, Intervenor in Adversary Proceeding 17-00250 | jrivlin@afscme.org<br>tpaterson@afscme.org<br>mblumin@afscme.org |
| Counsel to Levy Echeandia Trust, Inmobiliaria Levy, Inc., Francisco Levy Hijo, Inc., Ricardo Levy Echeandia and Lourdes Arce Rivera, abd Laura Levy | andreslopecordova@gmail.com<br>acordova@juris.inter.edu |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | Angelica.Toro@popular.com |
| Counsel to Marathon Asset Management, LP, Solus Alternative Asset Management LP, SOLA Ltd, Solus Opportunities Fund 5 LP, Ultra Master LTD, and Arc American, Inc. | Jramirez@amrclaw.com<br>Kellyrivero@hotmail.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | mrios@arroyorioslaw.com<br>jfigueroa@arroyorioslaw.com |
| Autonomous Municipality of Ponce, creditor and party-in-interest | Marieli.Paradizo@ponce.pr.gov |
| Autopistas de PR, LLC | xavier.carol@abertis.com |
| Autopistas Metropolitanas de Puerto Rico, LLC | julian.fernandez@metropistas.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | rbonilla@bspr.com |

1

| | |
|---|---|
| Counsel to Roche Diagnostics Corporation | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Counsel to Mitsubishi Motor Sales of Caribbean, Inc. | belkgrovas@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico & the Official Committee of Retirees | ajb@bennazar.org<br>bgm.csp@bennazar.org<br>hector.mayol@bennazar.org<br>francisco.delcastillo@bennazar.org |
| Counsel to the QTCB Noteholder Group | kurt.mayr@bracewell.com<br>daniel.connolly@bracewell.com<br>david.lawton@bracewell.com |
| Counsel to Oracle America, Inc. and Oracle Caribbean, Inc. | schristianson@buchalter.com<br>vbantnerpeo@buchalter.com |
| Counsel to Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | rolando@bufete-emmanuelli.com<br>yasmin@bufete-emmanuelli.com<br>jessica@bufete-emmanuelli.com<br>notificaciones@bufete-emmanuelli.com |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc., Plaintiff in Adversary Proceeding 17-00197 | colonyasmin@hotmail.com<br>remmanuelli@me.com |
| Counsel to Unión de Trabajadores de la Industria Eléctrica y Riego & Asociación de Profesoras & Profesores del Recinto Universitario de Mayagüez, Inc. | jessica@bufete-emmanuelli.com |
| Counsel to Financial Guaranty Insurance Company | chris.maddux@butlersnow.com<br>mitch.carrington@butlersnow.com<br>jason.callen@butlersnow.com<br>martin.sosland@butlersnow.com<br>stan.ladner@butlersnow.com |
| Counsel to Whitefish Energy Holdings, LLC | condecarmen@condelaw.com<br>ls.valle@condelaw.com |
| Counsel to Pattern Santa Isabel LLC | daniel.elkort@patternenergy.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>ellen.halstead@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com<br>NATHAN.BULL@CWT.COM |
| Counsel to Assured Guaranty Corp. | mark.ellenberg@cwt.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Adiaz@cnrd.com<br>Kbolanos@cnrd.com<br>avalencia@cnrd.com |
| Counsel to Constructora Santiago II, Corp., Tamrio Inc., Peerless Oil & Chemicals, Inc., Ferrovial Agroman, SA & TEC General Contractors, Corp. (TEC) | jf@cardonalaw.com |

2

| | |
|---|---|
| Caribbean Hospital Corporation | delapena.sylvia@gmail.com |
| Counsel to Cooperativa A/C Vegabajeña & Cooperativa A/C Roosevelt Roads | quilichinipazc@microjuris.com |
| Counsel to Aida Rossy Clemente | calsina@prquiebra.com |
| Counsel to Puerto Rico Land Administration | carloscardonafe@hotmail.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | carlosfernandez@cfnlaw.com |
| Counsel to Cooperativa de Ahorro y Crédito de Isabela | carlosvergne@aol.com |
| Counsel to Assured Guaranty Corp. and Assured Guaranty Municipal Corp. | hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com<br>mmier@cabprlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | jcasillas@cstlawpr.com<br>dbatlle@cstlawpr.com<br>aaneses@cstlawpr.com<br>emontull@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) & Genesis Security Services, Inc. | jcasillas@cstlawpr.com<br>aaneses@cstlawpr.com |
| Counsel to Baxter Sales & Distribution Puerto Rico Corp. (Top 20 Creditor) | ltorres@cstlawpr.com<br>AAneses@cstlawpr.com |
| Counsel to Pedro L. Casasnovas Balado and Olga I. Trinidad Nieves & Raúl E. Casasnovas Balado & Lolita Gandarilla de Casasnovas, Luis A Rivera Siaca, & Asociación de Empleados del Estado Libre Asociade Puerto Rico | ccuprill@cuprill.com |
| Counsel to Arc American, Inc. | rnies@csglaw.com<br>gspadoro@csglaw.com<br>mlepelstat@csglaw.com<br>mcaruso@csglaw.com |
| Counsel to Integrand Assurance Company | eduardo@cobianroig.com |
| Intervenor in Adversary Proceeding 17-00250 | harnaud@cwsny.com |
| Counsel to Service Employees International Union and United Auto Workers International Union | pdechiara@cwsny.com<br>tciantra@cwsny.com<br>Harnaud@cwsny.com |
| Constructora Santiago II, Corp. | jlopez@constructorasantiago.com |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | bmd@bmdcounselors.com |

| | |
|---|---|
| Counsel to Canyon Capital Advisors, LLC, River Canyon Fund Management, LLC, Davidson Kempner Capital Management, LP, OZ Management LP, OZ Management II, LP, and QTCB Noteholder Group | ra@calopsc.com<br>scriado@calopsc.com |
| Counsel to Roche Diagnostics Corporation | dmolinalaw@gmail.com |
| Counsel to PFZ Properties, Inc. | davidcarrionb@aol.com |
| Counsel to Administración de Seguros de Salud de Puerto Rico | wssbankruptcy@gmail.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | mcto@debevoise.com<br>cabruens@debevoise.com<br>eworenklein@debevoise.com |
| Counsel to Peaje Investments, LLC | allan.brilliant@dechert.com<br>robert.jossen@dechert.com<br>andrew.harmeyer@dechert.com<br>eric.brunstad@dechert.com<br>stuart.steinberg@dechert.com<br>michael.doluisio@dechert.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | afernandez@delgadofernandez.com |
| Counsel to Governor Ricardo Rosselló, Hon. Raúl Maldonado Gautier, and Hon. José Iván Marrero Rosado | wburgos@justicia.pr.gov |
| Counsel to Hon. Carlos Contreras Aponte, Executive Director of the Puerto Rico Highways & Transportation Authority and the Puerto Rico Highways & Transportation Authority | rcastellanos@devconlaw.com |
| Counsel to Voz Activa, Inc. | diazsotolaw@gmail.com |
| Counsel to the University of Puerto Rico | jose.sosa@dlapiper.com<br>richard.chesley@dlapiper.com<br>rachel.albanese@dlapiper.com |
| Counsel to the University of Puerto Rico, Plaintiff in Adversary Proceeding 17-00217 | edgardo_barreto@yahoo.com |
| Counsel to Cooperativa de Ahorro y Credito de Isabela | emunozPSC@gmail.com |
| Federal Agency | mark.gallagher@usdoj.gov |
| Counsel to Autonomous Municipality of Ponce | agestrella@estrellallc.com<br>phammer@estrellallc.com |

| | |
|---|---|
| Counsel to Bermudez, Longo, Diaz-Mosso, LLC | lpabonroca@microjuris.com<br>clarisasola@hotmail.com |
| Counsel to Voya Institutional Trust Company, Plaintiff in Adversary Proceeding 17-00216 | robert.schnell@faegrebd.com<br>pjime@icepr.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | jfeldesman@FTLF.com |
| Counsel to Fondo de Inversión y Desarrollo Cooperativo, Inc., Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Lares y Región Central, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito Abraham Rosa, & Cooperativa de Ahorro y Crédito del Valenciano | jcc@fclawpr.com<br>vperez@globalinsagency.com |
| Counsel to Ambac Assurance Corporation | rcamara@ferraiuoli.com<br>scolon@ferraiuoli.com |
| Interested Party | n.tantuk@ferrovial.com |
| Counsel to Pan American Grain Co., Inc. | figueroaymorgadelaw@yahoo.com |
| Counsel to Whitefish Energy Holdings, LLC | auetz@foley.com |
| Counsel to Santander Asset Management, LLC | bkfilings@fortuno-law.com |
| Counsel to Angely M. Aponte-Pagán and other Plaintiffs in the Civil Case No. CC-2016-1153 & Javier Andino-Gaudín and other Plaintiffs in the Civil Case No. K AC2002-5558 | bufetefrgonzalez@gmail.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | gacarlo@carlo-altierilaw.com<br>loomislegal@gmail.com<br>fernando@cszlawpr.com |
| Counsel to the Insurance Commissioner of Puerto Rico as Liquidator of National Insurance Company, Preferred Health, Inc., and Agro Industrias del Este, Corp. | juans@prtc.net |
| Counsel to Puerto Rico Public Buildings Authority | wmq@wmarrerolaw.com |
| Counsel to Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC | tolson@gibsondunn.com<br>mmcgill@gibsondunn.com<br>hwalker@gibsondunn.com<br>lshelfer@gibsondunn.com<br>jchristiansen@gibsondunn.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | dg@g-glawpr.com<br>rgv@g-glawpr.com |
| Counsel to Syncora Guarantee, Inc. and Syncora Capital Assurance, Inc. | crodriguez-vidal@gaclaw.com<br>scastillo@gaclaw.com |

| | |
|---|---|
| Counsel to Cooperativa de Ahorro y Crédito de Santa Isabel | marielopad@gmail.com |
| Counsel to Ms. Marcia Gil Caraballo | Jnieves@gonzalezmunozlaw.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for Puerto Rico Electric Power Authority | Mitchelln@gtlaw.com<br>Clearyd@gtlaw.com<br>Huttonj@gtlaw.com<br>Haynesn@gtlaw.com<br>fingerk@gtlaw.com<br>haynesn@gtlaw.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | beth@hbsslaw.com<br>steve@hbsslaw.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | hernandezrodriguezlaw@gmail.com |
| Counsel to Puerto Rico Energy Commission | mhernandez@mihglaw.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | robin.keller@hoganlovells.com |
| Counsel to First Transit of Puerto Rico, Inc. | jesus.cuza@hklaw.com<br>bos-bankruptcy@hklaw.com |
| Honorable Rosanna López León, Plaintiff in Adv. Case No. 17-00137 | mvega@senado.pr.gov |
| Counsel to Asociación Puertorriqueña de la Judicatura and Depository Trust Company | claudia.quinones@indianowilliams.com<br>david.indiano@indianowilliams.com<br>leticia.casalduc@indianowilliams.com |
| IRS Insolvency Section | Mimi.M.Wong@irscounsel.treas.gov<br>Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | janebeckerwhitaker@gmail.com |
| Counsel to Lauren De Pablo by her, Rolando Martínez by him and as inheritor of Ondina Finale, Conjugal Partnership of Rolando Martínez and Lauren de Pablo, Deianeira Martínez De Pablo by her, Pedro Rolando Martínez Torres by him and as in heritor of Ondina Finale, and Olga Martínez Finale as inheritor of Ondina Finale | glenncarljameslawoffices@gmail.com |
| Counsel to the Official Committee of Retired Employees of Puerto Rico | mroot@jenner.com<br>csteege@jenner.com<br>rgordon@jenner.com<br>rlevin@jenner.com<br>cwedoff@jenner.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | rrivera@jgl.com<br>apico@jgl.com |

| | |
|---|---|
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, Appaloosa Management, LP, Glendon Opportunities Fund, LP, Mason Capital Management, LLC, Nokota Capital Master Fund, LP, Oaktree-Forrest Multi-Strategy, LLC (Series B), Oaktree Opportunities Fund IX (Parallel 2), LP, Oaktree Value Opportunities Fund, LP, Ocher Rose and SV Credit, LP | bbennett@jonesday.com |
| Counsel to Nydia M. Morales | jpsala_pr@yahoo.com<br>salalawyers@yahoo.com |
| Counsel to Del Valle Group, SP | jorgequintanalajara@gmail.com |
| Counsel to Asociación de Maestros de Puerto Rico - Local Sindical and Co-Counsel to the American Federation of Teachers, AFL-CIO | barrios.jl@outlook.com |
| Counsel to WorldNet Telecommunications, Inc. | barrios.jl@outlook.com |
| Counsel to Jose Angel Rey, Julie I. Escudero, and Hilda O. Cartagena | jwc@jwcartagena.com |
| Counsel to the Municipality of Guayanilla | riveraroman@hotmail.com |
| Counsel to PV Properties, Inc., Windmar Renewable Energy, Inc. and Coto Laurel Solar Farm, Inc. | javrua@gmail.com |
| Counsel to Orlando Torres Berrios, Germán Torres Berrios, Viviana Ortiz Mercado, Juan Alberto Torres Berrios, Vilma Teresa Torres López, Ramón A. Bonilla Martínez, and Hermanos Torres Torres, Inc. | juan@jahrlaw.com |
| Counsel to Adrian Mercado Jimenez | jsoto@jbsblaw.com |
| Counsel to Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | lourdes@riverafont.com<br>juan@riverafont.com |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | ileanaortix@outlook.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | dkaron@karonllc.com |
| Counsel to Bettina Whyte, the COFINA Agent | kklee@ktbslaw.com<br>dbussel@ktbslaw.com<br>jweiss@ktbslaw.com |
| Top 20 Unsecured Creditor, COFINA | aperez@kpmg.com<br>Lnegron@kpmg.com |

| | |
|---|---|
| Counsel to Major COFINA Bondholders & Mutual Fund Group, Oppenheimer Funds, and Ad Hoc Group of PREPA Bondholders | acaton@kramerlevin.com<br>tmayer@kramerlevin.com<br>pbentley@kramerlevin.com<br>dblabey@kramerlevin.com<br>dbuckley@kramerlevin.com<br>nhamerman@kramerlevin.com<br>abyowitz@kramerlevin.com<br>ghorowitz@kramerlevin.com |
| Counsel to Instituto de Competitividad y Sostenibilidad Economica de Puerto Rico (ICSE) | agraitfe@agraitlawpr.com |
| Counsel to Depository Trust Company | pola@frankpolajr.com |
| Counsel to the Government Development Bank for Puerto Rico | gls@lopezsolerlaw.com |
| Counsel to CMA Architects & Engineers, LLC, Municipality of San Sebastian, the Corporación de Servicios Integrales de Salud del Área de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227, and Corporación de Servicios Integrales de Salud del Área de Barranquitas, Comerío, Corozal, Naranjito y Orocovis, Plaintiff in Adversary Proceedings 17-00292 and 17-00298 | jemudd@yahoo.com |
| Counsel to Del Valle Group, SP | craigmcc@me.com |
| Counsel to Centro de Periodismo Investigativo Inc., Plaintiff in Adversary Proceeding 17-00167 | rrodriguez@juris.inter.edu |
| Interested Party | suarezcobo@gmail.com |
| Counsel to Employees Retirement System, Plaintiff in Adversary Proceeding 17-00213 | dvelawoffices@gmail.com |
| Counsel to the Financial Oversight and Management Board in Adversary Proceeding 17-00213 and A&S Legal Studio, PSC | dvelawoffices@gmail.com |
| Top 20 Unsecured Creditor, COFINA | thomas.hommel@lehmanholdings.com<br>pamela.simons@lehmanholdings.com<br>abhishek.kalra@lehmanholdings.com |
| Counsel to Cooperativa de Ahorro y Crédito Jayucoop | lemuel.law@gmail.com |
| Interested Party | Alexandra.verdiales@libertypr.com |
| Counsel to Stericycle | alinares2020@yahoo.com |
| Counsel to Altair Global Credit Opportunities Fund (A), LLC, et al., Plaintiff in Adversary Proceedings 17-00219 and 17-00220 | alavergne@lsplawpr.com |

| | |
|---|---|
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | jsanchez@lsplawpr.com<br>alavergne@lsplawpr.com<br>mvazquez@lsplawpr.com |
| Counsel to Cooperativa de Ahorro y Crédito de Aguada, Cooperativa de Ahorro y Crédito de Dr. Manuel Zeno Gandía, Cooperativa de Ahorro y Crédito del Valenciano, Cooperativa de Ahorro y Crédito de Juana Díaz, & Cooperativa de Crédito y Ahorros de Rincón | wlugo@lugomender.com |
| Counsel to Joel Isander Cuadrado Delgado and Sonia Ivette Carrasquillo Calderón | lawlugo1@gmail.com |
| Counsel to Eduardo Bhatia Gautier | mmercado@mercado-echegaray-law.com<br>margaritalmercado@gmail.com |
| Counsel to the Members of Sucesión Pastor Mandry Nones, Sucesión Sastre Wirshing, & Isla del Río, Inc. | mevicens@yahoo.com |
| Counsel to Finca Matilde, Inc. | mevicens@yahoo.com |
| Counsel to Centro Del Sur Mall, LLC | mfvelezquiebras@gmail.com |
| Counsel to 65 Infantería Shopping Center, LLC | mfvelezquiebras@gmail.com |
| Counsel to Puerto Rico Fiscal Agency and Financial Advisory Authority | cvelaz@mpmlawpr.com<br>lmarini@mpmlawpr.com |
| Counsel to US Bank National Association as Indenture Trustee | Clark.whitmore@maslon.com<br>Brian.klein@maslon.com<br>Jason.reed@maslon.com<br>Ana.chilingarishvili@maslon.com |
| Counsel to Interamericas Turnkey, Inc. and Interamerican Turnkey Development Co., Inc. | maxtruj@gmail.com |
| Counsel to Autopistas de PR, LLC, Autopistas Metropolitanas de Puerto Rico, LLC, Puerto Rico Telephone Company d/b/a Claro and Rexach Hermanos, Inc., Aguirre Offshore Gasport, LLC, Scotiabank de Puerto Rico & Vitol Inc., Pattern Santa Isabel LLC | nzt@mcvpr.com<br>aaa@mcvpr.com<br>rgf@mcvpr.com<br>ezm@mcvpr.com |
| Counsel to Cesar Castillo, Inc. | harlawpr@gmail.com |
| Counsel to Goldman Sachs Asset Management, LP | wsmith@mwe.com<br>jkapp@mwe.com<br>mthibert-ind@mwe.com<br>ksheehan@mwe.com |
| Counsel to Emmanuel Rodríguez Collazo | serrano.urdaz.law@hotmail.com |
| Counsel to Luis Modesto Rodríguez Rivera, Juan Alberto Santiago Meléndez, César Caminero Ramos, Rafael Bonilla Rivera | serrano.urdaz.law@hotmail.com |

| | |
|---|---|
| Counsel to Ambac Assurance Corporation | ddunne@milbank.com<br>aleblanc@milbank.com<br>amiller@milbank.com<br>gmainland@milbank.com |
| Counsel to Peaje Investments, LLC and Service Employees International Union and United Auto Workers International Union | dmonserrate@msglawpr.com<br>rlozada@msglawpr.com<br>fgierbolini@msglawpr.com<br>msimonet@msglawpr.com<br>rschell@msglawpr.com |
| Counsel to Goldman Sachs Asset Management, LP | ramon.dapena@mbcdlaw.com<br>victor.quinones@mbcdlaw.com |
| Counsel to an ad hoc group of certain holders of Government Facilities Revenue Bonds and Government Facilities Revenue Refunding Bonds (PBA Funds) | JPeck@mofo.com<br>GLee@mofo.com |
| Counsel to Universidad Interamericana, Inc. | jbrugue@mbbclawyers.com |
| Counsel to Bettina Whyte, the COFINA Agent | navarro@navarrolawpr.com |
| Counsel to Trinity Services I, LLC | man@nblawpr.com |
| Counsel to Debtor and to the Oversight Board | hermann.bauer@oneillborges.com<br>daniel.perez@oneillborges.com<br>ubaldo.fernandez@oneillborges.com<br>Carla.garcia@oneillborges.com |
| Counsel to the Office of Government Ethics of Puerto Rico | ldelacruz@oeg.pr.gov<br>nrivera@oeg.pr.gov |
| Counsel to Antilles Power Depot, Inc. | lawrog@gmail.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority on behalf of the Governor of Puerto Rico & AAFAF | jrapisardi@omm.com<br>suhland@omm.com<br>pfriedman@omm.com<br>dperez@omm.com<br>dcantor@omm.com<br>emckeen@omm.com<br>apavel@omm.com |
| Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority | roppenheimer@omm.com<br>mpocha@omm.com<br>pfriedman@omm.com |
| Counsel to Liberty Cablevision of Puerto Rico, LLC | ofernandez@oflawoffice.com |
| Counsel to Julio E Leandry-Hernández and Ileana Ortiz-Santiago | orlando1701@gmail.com |
| Counsel to Universidad Central del Caribe, Inc. | gonzalezbadillo@gmail.com |
| Counsel to Samuel Rodriguez Claudio | Otero_and_assoc@hotmail.com |

| | |
|---|---|
| Counsel to the Official Committee of Unsecured Creditors | lucdespins@paulhastings.com<br>andrewtenzer@paulhastings.com<br>leslieplaskon@paulhastings.com<br>jamesbliss@paulhastings.com<br>jamesworthington@paulhastings.com<br>anthonybuscarino@paulhastings.com<br>michaelcomerford@paulhastings.com<br>alexbongartz@paulhastings.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | arosenberg@paulweiss.com |
| Counsel to Super Asphalt Pavement Corporation | gpavia@pavialazaro.com<br>gerardopavialaw@msn.com |
| Plaintiff in Adv. Proc. No. 17-00151 & 17-00152 | peajeinfo@dechert.com |
| Pedro A. Vargas-Fontánez, Interested Party | pevarfon@gmail.com |
| Peerless Oil & Chemicals, Inc. | luis.vazquez@peerlessoil.com |
| Counsel to Backyard Bondholders | adtoro@pico-blanco.com |
| Counsel to the Government Development Bank for Puerto Rico | oramos@pmalaw.com<br>mtrelles@pmalaw.com |
| Claims Agent | puertoricoteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Counsel to Debtor (Financial Oversight and Management Board as Representative for the Debtors) | mbienenstock@proskauer.com<br>ppossinger@proskauer.com<br>ebarak@proskauer.com<br>mzerjal@proskauer.com<br>sratner@proskauer.com<br>tmungovan@proskauer.com<br>bbobroff@proskauer.com<br>mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>cfebus@proskauer.com<br>kperra@proskauer.com<br>jerichman@proskauer.com<br>jalonzo@proskauer.com<br>JLevitan@proskauer.com<br>JZajac@proskauer.com<br>BRosen@proskauer.com<br>wdalsen@proskauer.com<br>MHackett@proskauer.com<br>sweise@proskauer.com |
| Counsel to EcoEléctrica, L.P. | prodriguez@prvlaw.com |
| Counsel to Commonwealth of Puerto Rico in Adversary Proceeding 17-00292 | penagaricanobrownusdc@gmail.com |

| | |
|---|---|
| Counsel to the Puerto Rico Energy Commission | afigueroa@energia.pr.gov |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Gerardo.Portela@aafaf.pr.gov<br>Mohammad.Yassin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | fsilva@claropr.com |
| Counsel to the COFINA Senior Bondholders | susheelkirpalani@quinnemanuel.com<br>ericwinston@quinnemanuel.com<br>danielsalinas@quinnemanuel.com<br>erickay@quinnemanuel.com<br>katescherling@quinnemanuel.com<br>brantkuehn@quinnemanuel.com<br>darrengoldman@quinnemanuel.com |
| Counsel to Carmen Rodriguez Colon | erb@rodriguezbinetlaw.com |
| Counsel to the Bank of New York Mellon, as Indenture Trustee for Senior and Subordinated COFINA Bondholders | cgray@reedsmith.com<br>dschlecker@reedsmith.com<br>eschaffer@reedsmith.com<br>lsizemore@reedsmith.com<br>kgwynne@reedsmith.com |
| Counsel to Siemens Transportation Partnership Puerto Rico, S.E. and Siemens Corporation | cspringer@reedsmith.com<br>asoven@reedsmith.com |
| Counsel to the COFINA Senior Bondholders | escalera@reichardescalera.com<br>arizmendis@reichardescalera.com<br>riverac@reichardescalera.com<br>pabong@reichardescalera.com<br>zsoto@reichardescalera.com |
| Counsel to Financial Guaranty Insurance Company | mpico@rexachpico.com |
| Rexach Hermanos, Inc. | prcr@mcvpr.com |
| Counsel to Milagros Méndez Arvelo and Maritza Nieves Torres | filippetti_r@hotmail.com<br>castilloricardo977@gmail.com |
| Counsel to Management Consultants & Computer Services. Inc. | ortizcolonricardo@gmail.com<br>rortiz@rloclaw.onmicrosoft.com |
| Counsel to South Parcel of Puerto Rico, SE and Caribbean Airport Facilities, Inc. | victorriverarios@rcrtrblaw.com |
| Counsel to US Bank, National Association and US Bank Trust, National Association, each as Trustee for Various Bond Issues | etulla@riveratulla.com<br>icabrera@riveratulla.com |
| Counsel to the Ad Hoc Group of General Obligation Bondholders & Aurelius Capital Master, Ltd., Plaintiff in Adversary Proceeding 17-00189 | lrobbins@robbinsrussell.com<br>mstancil@robbinsrussell.com<br>gorseck@robbinsrussell.com<br>kzecca@robbinsrussell.com<br>alavinbuk@robbinsrussell.com<br>dburke@robbinsrussell.com<br>lpettit@robbinsrussell.com<br>jbolian@robbinsrussell.com |

| | |
|---|---|
| Interested Party | estudiolegalrivera2@gmail.com |
| Counsel to the Ad Hoc Puerto Rico Municipalities Committee | buzz.rochelle@romclaw.com<br>kdm@romclaw.com |
| Counsel to American Federation of State, County and Municipal Employees and Federación Central de Trabajadores, U.F.C.W., Local 481 | manuel@rodriguezbanchs.com<br>rosasegui@yahoo.com |
| Counsel to Asociacion de Salud Primaria de Puerto Rico, et al., Plaintiff in Adversary Proceeding 17-00227 | mrm@rmlawpr.com |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Douglas.Hallward-Driemeier@ropesgray.com |
| Counsel to Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Keith.Wofford@ropesgray.com<br>Daniel.Egan@ropesgray.com |
| Counsel to Fideicomiso Hernandez Castrodad | r.miranda@rmirandalex.net |
| Counsel to Gila, LLC | rprats@rpplaw.com |
| Counsel to United Surety & Indemnity Company | carlos.lugo@saldanalaw.com<br>hector.saldana@saldanalaw.com |
| Counsel to Doral Financial Corporation | jsalichs@splawpr.com<br>etejeda@splawpr.com |
| Santander Securities, LLC, Santander Asset Management, LLC and Banco Santander Puerto Rico | fserra@sampr.com<br>jvannah@santandersecurities.com |
| Counsel to Cooperativa de Ahorro y Credito San Jose | santilawoffice@yahoo.com |
| Counsel to American Federation of State, County and Municipal Employees, Plaintiff in Adversary Proceedings 17-00242 & 17-00243, and Intervener in Adversary Proceeding 17-00250 | slevine@saul.com<br>dpatel@saul.com |
| Scotiabank de Puerto Rico | Roy.purcell@scotiabank.com |
| Scotiabank De Puerto Rico | Rgf@mcvpr.com |
| Securities and Exchange Commission - Headquarters | secbankruptcy@sec.gov<br>NYROBankruptcy@sec.gov |
| Securities and Exchange Commission - Regional Office | bankruptcynoticeschr@sec.gov |
| Counsel to National Public Finance Guarantee Corporation | epo@amgprlaw.com |
| Counsel to Total Petroleum Puerto Rico Corp. | adeliz@smlawpr.com |

| Counsel to The Bank of New York Mellon, as trustee, Total Petroleum Puerto Rico Corp., Siemens Transportation Partnership Puerto Rico, S.E., and Siemens Corporation | jsantos@smlawpr.com<br>anunez@smlawpr.com<br>emaldonado@smlawpr.com<br>acouret@smlawpr.com |
|---|---|
| Counsel to EcoEléctrica, L.P. | FSosnick@Shearman.com<br>Kelly.McDonald@Shearman.com |
| Counsel to Anne Catesby Jones and Jorge Valdes Llauger | jbgoplerud@sagwlaw.net<br>ahowie@sagwlaw.net |
| Counsel to Sola Ltd, Solus Opportunities Fund 5 LP, and Ultra Master Ltd. | squsba@stblaw.com<br>bfriedman@stblaw.com<br>nbaker@stblaw.com<br>edward.linden@stblaw.com |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | MARIAE.HERNANDEZ@prepa.com |
| Counsel to Vitol Inc. and Vitol S.A. | Jay.goffman@skadden.com<br>mark.mcdermott@skadden.com |
| Counsel to Autonomous Municipality of Ponce | pglassman@sycr.com |
| Counsel to Whitebox Asymmetric Partners, LP, et al. | dfliman@stroock.com |
| Counsel to American Federation of Teachers, AFL-CIO | cmechling@stroock.com<br>smillman@stroock.com |
| Counsel to Ad Hoc Group of Noteholders of FGIC-Insured Notes | khansen@stroock.com<br>jcanfield@stroock.com |
| Counsel to Vitol Inc. | nmanne@susmangodfrey.com<br>mkelso@susmangodfrey.com |
| Counsel to Tamrio, Inc. | jlopez@constructorasantiago.com |
| TEC General Contractors, Corp. | Saultoledo22@yahoo.com |
| Counsel to Vitol S.A. | andres@awllaw.com |
| Counsel to Mutual Fund Group and Oppenheimer Funds, the Ad Hoc Group of PREPA Bondholders, and Knighthead Capital Management, LLC and certain funds and accounts managed or advised by it | Mfb@tcmrslaw.com<br>Lft@tcmrslaw.com<br>nperez@tcmrslaw.com<br>jvankirk@tcmrslaw.com |
| Counsel to the United States | Cesar.a.lopez-morales@usdoj.gov<br>Jean.lin@usdoj.gov Thomas.g.ward@usdoj.gov |
| Counsel to the Environmental Protection Agency | velez.hector@epa.gov mark.gallagher@usdoj.gov |
| Counsel to the United States of America on behalf of its agencies the Internal Revenue Service and the Alcohol and Tobacco Tax and Trade Bureau | wardlow.w.benson@usdoj.gov |
| Office of the United States Trustee for the District of Puerto Rico | USTP.Region21@usdoj.gov |
| Counsel to Cooperativa de Seguros Múltiples de Puerto Rico | hvaldes@v-olaw.com |

| | |
|---|---|
| Counsel to Medical Card System, Inc., MCS Health Management Options, Inc., and MCS Advantage, Inc. | ramonvinas@vinasllc.com |
| Counsel to Scotiabank De Puerto Rico | Rgmason@wlrk.com<br>Arwolf@wlrk.com<br>Eakleinhaus@wlrk.com<br>Bbolin@wlrk.com<br>KBGoldberg@wlrk.com<br>AKHerring@wlrk.com |
| Counsel to National Public Finance Guarantee Corporation | marcia.goldstein@weil.com<br>kelly.diblasi@weil.com<br>gabriel.morgan@weil.com<br>jonathan.polkes@weil.com<br>gregory.silbert@weil.com |
| Counsel to Elias Sánchez-Sifonte | swb@wbmvlaw.com<br>sawbacal@aol.com<br>pwm@wbmvlaw.com<br>prwolverine@gmail.com<br>jvv@wbmvlaw.com<br>javier.a.vega@gmail.com |
| Counsel to Doral Financial Corporation | brian.pfeiffer@whitecase.com<br>michele.meises@whitecase.com |
| Counsel to UBS Family of Funds and the Puerto Rico Family of Funds, et al. | gkurtz@whitecase.com<br>jcunningham@whitecase.com<br>jzakia@whitecase.com<br>csloane@whitecase.com |
| Interested Party | wssbankruptcy@gmail.com |
| Counsel to Bettina Whyte, the COFINA Agent | mfeldman@willkie.com<br>jminias@willkie.com<br>mseidel@willkie.com<br>jdugan@willkie.com<br>jkorn@willkie.com<br>tmundiya@willkie.com<br>pshalhoub@willkie.com<br>ayanez@willkie.com |
| Counsel to KDC Solar, LLC | JLawlor@wmd-law.com |
| Counsel to Popular, Inc., Popular Securities, LLC and Banco Popular de Puerto Rico | jpatton@ycst.com<br>rbrady@ycst.com<br>jdorsey@ycst.com |

**EXHIBIT B**
Via First Class or Priority Mail

| Description | Name | Notice Name | Address 1 | Address 2 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| A&S Legal Studio, PSC | A&S Legal Studio, PSC | Attn: Legal Department | 434 Avenida Hostos | | San Juan | PR | 00918 |
| Federal Agency | AmeriCorps | Attn: Kim Mansaray | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Counsel to Asociación de Profesores y Profesoras del Recinto Universitario de Mayagüez, Inc. | APRUM | | Apartado Postal 2227 | | Mayagüez | PR | 00681 |
| Del Valle Group, SP | Del Valle Group, SP | Attn. Humberto Reynolds, President, Del Valle Group, S.P., | PO Box 2319 | | Toa Baja | PR | 00951-2319 |
| Puerto Rico Department of Justice | Departamento de Justicia de Puerto Rico | | Apartado 9020192 | | San Juan | PR | 00902-0192 |
| Federal Agency | Department of Defense (DOD) | Attn: Jim Mattis | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Federal Agency | Department of Energy (DOE) | Attn: Rick Perry | 1000 Independence Ave., SW | | Washington | DC | 20585 |

1

| Federal Agency | Department of Homeland Security (DHS) | Attn: John F. Kelly | 245 Murray Lane., SW | | Washington | DC | 20528-0075 |
|---|---|---|---|---|---|---|---|
| Federal Agency | Department of Housing and Urban Development (HUD) | Attn: Ben Carson | 451 7th Street., SW | | Washington | DC | 20410 |
| Federal Agency | Department of Human and Health Services | Attn: Thomas E. Price | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Federal Agency | Department of the Interior (DOI) | Attn: Ryan Zinke | 1849 C St., NW | | Washington | DC | 20240 |
| Federal Agency | Department of Transportation (DOT) | Attn: Elaine L. Chao | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Federal Agency | Department of Veterans Affairs (VA) | Attn: David J Shulkin | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Federal Agency | Economic and Statistics Administrations | Attn: Brad Burke | 1401 Constitution Ave, NW | | Washington | DC | 20230 |
| Edgordo Seda Arroyo, Interested Party | Edgardo Seda Arroyo | | 35299-054, Federal Correctional Complex | UPS 2, P.O. Box 1034 | Coleman | FL | 33521-1034 |
| Federal Agency | Federal Communications Commission (FCC) | Attn: Ajit Pai | 445 12th St., SW | | Washington | DC | 20554 |
| Federal Agency | Federal Emergency | Attn: Bob Fenton | 500 C St., SW | | Washington | DC | 20472 |

2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Management Agency (FEMA) | | | | | | |
| Financial Oversight and Management Board | Financial Oversight and Management Board | Attn: Professor Arthur J. Gonzalez, FOMB Board Member | 40 Washington Square South | Office 314A | New York | NY | 10012 |
| Integrand Assurance Company | Integrand Assurance Company | | PO Box 70128 | | San Juan | PR | 00936-8128 |
| Counsel to PFZ Properties, Inc. | Jack Katz | | ESJ Towers | 6165 Isla Verde Ave | Carolina | PR | 00979-5729 |
| Jaime Rodríguez Avilés, Interested Party | Jaime Rodríguez Avilés | | P.O. Box 347 | | Yauco | PR | 00698 |
| Counsel to Kansos Auto Sales Inc. | Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | PO Box 190095 | | San Juan | PR | 00919-0095 |
| Counsel to Cooperativa A/C, et.al | Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |

3

| Debtors | Puerto Rico Electric Power Authority | Attention: Office Of The General Counsel | P.O. Box 364267 | | San Juan | PR | 00936-4267 |
|---|---|---|---|---|---|---|---|
| Members of Creditor's Committee | Puerto Rico Hospital Supply | | Call Box 158 | | Carolina | PR | 00986-0158 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Box 429 | | Cabo Rojo | PR | 00623 |
| Counsel to IKON Solutions, Inc. | Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | Calle Rafael Cordero 154 | Edificio González Padín, Oficina 506 | San Juan | PR | 00901 |
| Ricardo Rosello Nevares, Defendant in Adversary Proceeding 17-00250 | Ricardo Rosello Nevares | Through the Secretary of Justice | Calle Olimpo Esquina Axtmeyer PDA. 11 | Miramar | San Juan | PR | 00911 |
| Federal Agency | Small Business Administration (SBA) | Attn: Linda McMahon | 409 3rd St., SW | | Washington | DC | 20416 |
| Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | SREAEE | Edif. Juan Ruiz Vélez | Ave. Ponce de León 1110 | | Santurce | PR | 00907 |
| Members of Creditor's Committee | The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| Debtors | The Commonwealth of Puerto | Office of the Governor | La Fortaleza | 63 Calle Fortaleza | San Juan | PR | 00901 |

| | Rico | | | | | |
|---|---|---|---|---|---|---|
| Members of Creditor's Committee | Unitech Engineering | Attn:  Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn:  Matthew J. Troy | 1100 L Street, N.W. | Room 10030 | Washington | DC | 20530 |
| Counsel to United States Department of Justice, Civil Division | United States Department of Justice Civil Division | Attn:  Matthew J. Troy | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Counsel to the United States Of America, U.S. Army Corps Of Engineers, Among Other Agencies And Departments Of The United States | United States Department of Justice, Civil Division | Attn:  Jonathan E. Jacobson | PO Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 |
| Federal Agency | US Army Corps of Engineers | Attn:  Todd T. Semonite | 441 G St., NW | | Washington | DC | 20548 |
| Office of the United States Attorney for the District of Puerto Rico | US Attorney for the District of Puerto Rico | Attn:  Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| Federal Agency | US Department of Agriculture | Attn:  Sonny Perdue | 1400 Independence Ave., SW | | Washington | DC | 20250 |

5

| Federal Agency | US Department of Commerce | Attn:  Wilbur Ross | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
|---|---|---|---|---|---|---|---|
| Federal Agency | US Department of Education (ED) | Attn:  Betsy DeVos | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| Federal Agency | US Department of Health and Services | Attn:  Amanda Barlow | 330 C St., SW | | Washington | DC | 20201 |
| Federal Agency | US Department of Justice (DOJ) | Attn:  Jeff Sessions | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| Federal Agency | US Department of Labor (DOL) | Attn:  Alexander R. Acosta | Office of the Solicitor, N-2700 | Frances Perkins Building, 200 Constitution Ave | Washington | DC | 20210 |

**<u>EXHIBIT C</u>**
Via private courier service

| Description | Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| USDC District of Puerto Rico | Chambers of Honorable Laura Taylor Swain | Daniel Patrick Moynihan Courthouse | 500 Pearl St., Suite 3212 | New York | NY | 10007-1312 |
| USDC District of Massachusetts | Chambers of Mag. Judge Judith G. Dein | John Joseph Moakley U.S. Courthouse | 1 Courthouse Way | Boston | MA | 02210 |