# EXHIBIT A

# TOTAL ASSETS, NUMBER OF MEMBERS AND EMPLOYEES PER COOPERATIVE

(by order of total assets)

December 31, 2017

| Cooperative | Total Assets $ | Number of Members | Number of Full-Time Employees |
|---|---:|---:|---:|
| ABRAHAM ROSA | 88,339,475.30 | 11,793 | 35 |
| CIALES | 58,526,278.17 | 9,071 | 28 |
| JUANA DIAZ | 108,107,120.14 | 15,922 | 31 |
| LARES Y REGION CENTRAL | 147,596,847.24 | 13,667 | 69 |
| RINCON | 564,606,959.93 | 30,091 | 72 |
| VEGA ALTA | 292,912,516.96 | 35,634 | 92 |
| DR. MANUEL ZENO GANDIA | 191,884,633.89 | 23,443 | 57 |
| **Totales** | **1,451,973,831.63** | **139,621** | **384** |

The statistical data to produce this table were taken from annex 9 of the statistical reports as of June 30, 2017 publised by COSSEC in www.cossec.com