# EXHIBIT B

Anejo 9



## TOTAL DE ACTIVOS, NÚMERO DE SOCIOS Y DE EMPLEADOS, POR COOPERATIVA
(por orden de total de activos)
### 31 diciembre 2017

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 283 | ARECIBO (COOPACA) | 609,048,712.66 | 101,022 | 198 |
| 7 | RINCON | 564,606,959.93 | 30,091 | 72 |
| 2 | ISABELA | 309,413,833.57 | 38,179 | 70 |
| 15 | VEGA ALTA | 292,912,516.96 | 35,634 | 92 |
| 148 | LAS PIEDRAS | 287,297,570.71 | 56,178 | 105 |
| 99 | AGUADA | 280,314,488.55 | 29,339 | 70 |
| 38 | ORIENTAL | 259,235,529.69 | 20,850 | 97 |
| 12 | MEDI - COOP | 233,965,331.44 | 7,339 | 28 |
| 144 | BARRANQUITAS (CREDICENTRO) | 213,450,710.79 | 16,070 | 56 |
| 16 | CAMUY | 195,298,814.67 | 13,201 | 66 |
| 98 | DR. MANUEL ZENO GANDIA | 191,884,633.89 | 23,443 | 57 |
| 176 | ROOSEVELT ROADS | 190,014,364.60 | 21,284 | 56 |
| 58 | MAUNABO (MAUNA - COOP) | 183,365,258.63 | 17,478 | 64 |
| 21 | SAN RAFAEL DE QUEBRADILLAS | 178,978,380.65 | 25,755 | 57 |
| 100 | MANATI | 175,179,111.86 | 17,753 | 75 |
| 19 | SAN JOSE | 164,310,089.27 | 24,309 | 60 |
| 23 | CABO ROJO | 151,898,420.40 | 15,656 | 55 |
| 193 | LARES Y REGION CENTRAL | 147,596,847.24 | 13,667 | 69 |
| 35 | LA SAGRADA FAMILIA | 137,560,135.78 | 20,811 | 56 |
| 175 | HATILLO | 120,947,831.91 | 16,480 | 39 |
| 249 | YAUCO | 114,116,550.66 | 9,143 | 33 |
| 40 | JUANA DIAZ | 108,107,120.14 | 15,922 | 31 |
| 104 | ADJUNTAS | 108,084,288.24 | 8,086 | 24 |
| 225 | VILLALBA | 103,382,568.71 | 9,144 | 27 |
| 260 | AGUADILLA | 99,785,316.14 | 14,347 | 43 |
| 17 | AIBONITEÑA | 96,385,917.37 | 15,783 | 36 |
| 91 | PEPINIANA | 94,612,071.29 | 8,526 | 23 |
| 174 | ASOC. DE MAESTRO P.R. | 93,260,191.11 | 11,005 | 47 |
| 156 | VALENCIANO | 92,003,329.03 | 11,664 | 35 |
| 169 | NAGUABEÑA | 90,977,354.30 | 9,166 | 30 |

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 172 | ABRAHAM ROSA | 88,339,475.30 | 11,793 | 35 |
| 183 | MOROVEÑA | 87,794,057.30 | 14,078 | 31 |
| 92 | CAGUAS (CAGUAS COOP) | 86,063,425.36 | 10,801 | 35 |
| 5 | CRISTOBAL RODRIGUEZ HIDALGO | 85,407,035.74 | 6,831 | 28 |
| 229 | AGUAS BUENAS | 84,418,064.84 | 9,986 | 36 |
| 31 | CIDREÑA | 83,990,033.47 | 12,422 | 29 |
| 45 | CARIBE-COOP | 83,898,690.60 | 5,679 | 34 |
| 206 | MAYAGUEZ | 83,438,249.11 | 11,010 | 32 |
| 111 | MOCA | 83,397,386.13 | 15,803 | 38 |
| 112 | NUESTRA SRA. CANDELARIA | 83,356,462.75 | 8,341 | 27 |
| 245 | JESUS OBRERO | 76,184,597.19 | 7,918 | 33 |
| 132 | ENERGIA ELECTRICA DE PR (GERENCOOP) | 75,284,000.37 | 2,650 | 17 |
| 160 | INDUSTRIA BIOFARMACEUTICA | 73,809,766.59 | 4,451 | 25 |
| 197 | AÑASCO | 68,027,890.18 | 6,130 | 22 |
| 78 | HERMANOS UNIDOS | 67,653,597.20 | 4,657 | 29 |
| 170 | RAFAEL CARRION JR. | 66,322,432.85 | 5,743 | 0 |
| 4 | PADRE MAC DONALD | 62,451,127.79 | 6,242 | 25 |
| 11 | SAN BLAS DE ILLESCAS | 61,007,847.65 | 7,166 | 20 |
| 241 | CREDITO LA PUERTORRIQUEÑA | 59,758,086.93 | 8,083 | 27 |
| 1 | JAYUYA (JAYUCOOP) | 59,751,437.40 | 7,029 | 21 |
| 107 | QUEBRADA COOP | 59,744,157.94 | 7,371 | 29 |
| 46 | CIALES | 58,526,278.17 | 9,071 | 28 |
| 6 | PADRE SALVADOR RUFFOLO | 56,462,610.16 | 7,219 | 18 |
| 36 | YABUCOEÑA | 54,464,438.95 | 7,739 | 27 |
| 60 | SAULO D. RODRIGUEZ | 54,262,082.20 | 6,645 | 27 |
| 34 | LAJAS | 54,123,752.37 | 6,184 | 27 |
| 43 | CUPEY ALTO | 54,119,132.10 | 5,038 | 25 |
| 184 | VEGABAJEÑA | 50,546,089.98 | 7,991 | 28 |
| 152 | SANTA ISABEL (CACSI) | 48,580,178.47 | 8,104 | 27 |
| 269 | FLORIDA | 47,806,338.49 | 6,804 | 29 |
| 189 | LOMAS VERDES | 46,462,646.31 | 5,078 | 14 |
| 185 | LA COMERIEÑA | 44,741,427.67 | 4,480 | 22 |
| 252 | UNIVERSI - COOP | 41,099,053.22 | 5,268 | 18 |
| 151 | LA REGLA DE ORO | 40,547,899.32 | 6,484 | 11 |
| 293 | COOPERATIVA SOL | 37,017,336.73 | 136 | 8 |

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 258 | COMUNAL SAN MIGUEL | 35,992,130.04 | 3,815 | 12 |
| 191 | EMP. AUTORIDAD ENERGIA ELECTRICA | 34,954,225.33 | 3,251 | 9 |
| 244 | FEDERACION DE MAESTROS | 32,702,887.92 | 7,956 | 12 |
| 198 | SABANEÑA | 32,527,186.00 | 3,614 | 21 |
| 250 | LOS HERMANOS | 28,440,060.05 | 1,930 | 14 |
| 65 | GUAYNABO | 27,588,779.00 | 5,060 | 17 |
| 47 | OFICIALES DE CUSTODIA | 24,559,132.30 | 2,402 | 11 |
| 10 | PRIMERA COOPERATIVA DE AHORRO Y CREDITO DE PR | 22,950,044.43 | 3,430 | 14 |
| 108 | EMP. CORPORACION FONDO SEGURO DEL ESTADO | 22,192,544.73 | 1,739 | 8 |
| 246 | FAMILIAR PROGRESISTA | 20,103,019.22 | 2,181 | 8 |
| 224 | SALINAS | 18,941,675.12 | 2,430 | 9 |
| 41 | CAPARRA | 18,377,084.17 | 2,936 | 8 |
| 149 | EMP. PEPSI - COLA | 15,969,134.84 | 284 | 3 |
| 82 | HOLSUM DE P.R. | 12,491,182.31 | 593 | 4 |
| 116 | JUDI - COOP | 12,210,162.17 | 1,886 | 8 |
| 143 | DEPARTAMENTO AGRICULTURA | 12,114,944.96 | 1,007 | 5 |
| 68 | EMP. CENTRO MEDICO P.R. | 11,872,812.34 | 1,181 | 5 |
| 204 | EMP. MUNICIPALES GUAYNABO | 11,827,367.61 | 1,756 | 10 |
| 161 | EMP. CERVECERA DE PR | 11,196,802.20 | 558 | 2 |
| 265 | ELECTRO-COOP | 10,450,661.36 | 607 | 2 |
| 231 | INTER METRO | 10,172,642.90 | 822 | 4 |
| 18 | EMP. DEPARTAMENTO EDUCACION | 9,900,943.89 | 1,681 | 8 |
| 182 | CREDITO JOSE CORTES CORDERO | 9,079,080.73 | 703 | 3 |
| 164 | LA CASA DEL TRABAJADOR | 8,869,130.80 | 749 | 6 |
| 129 | ANA G. MENDEZ | 8,219,876.10 | 1,041 | 4 |
| 236 | CENTRO GUBERNAMENTAL MINILLAS | 8,177,134.51 | 1,136 | 4 |
| 14 | ISLACOOP | 8,123,533.97 | 1,178 | 6 |
| 286 | COLEGIO DE INGENIEROS Y AGRIMENSORES | 7,202,939.07 | 685 | 2 |
| 131 | METODISTAS UNIDOS | 6,939,359.99 | 895 | 3 |
| 63 | COOPAC | 5,962,357.07 | 525 | 3 |
| 153 | MIEMBROS UNION DE TRONQUISTAS | 5,612,678.71 | 1,121 | 2 |
| 165 | RICO DAIRY INC | 4,918,317.98 | 987 | 3 |
| 86 | EMP. UNIVERSIDAD INTERAMERICANA | 4,770,561.20 | 405 | 3 |
| 90 | GOYA DE P.R. | 4,631,896.78 | 292 | 2 |
| 290 | COOPERATIVA TUCOOP | 3,871,133.34 | 333 | 4 |

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 264 | EMP. GOBIERNO MUNICIPAL BAYAMON | 3,379,262.22 | 927 | 3 |
| 282 | EDUCADORES PUERTORRIQUEÑOS | 3,220,084.36 | 994 | 4 |
| 211 | EMP. DEPARTAMENTO HACIENDA | 3,167,205.02 | 801 | 3 |
| 292 | GRUPO HIMA - SAN PABLO | 2,748,206.36 | 1,437 | 3 |
| 69 | CREDITO TRES MONJITAS | 2,720,208.25 | 309 | 1 |
| 289 | IGLESIA DE DIOS MISSION BOARD | 2,650,718.51 | 516 | 0 |
| 30 | AGENTES LOTERIA P.R. | 2,624,944.93 | 533 | 6 |
| 142 | EMPLEADOS FIRST BANK | 2,510,173.05 | 741 | 1 |
| 64 | EMP. PLAZA PROVISION CO. | 2,484,800.38 | 334 | 2 |
| 54 | CREDITO BACARDI | 2,093,447.91 | 319 | 2 |
| 220 | JOHNSON & JOHNSON | 1,273,816.62 | 241 | 2 |
| 284 | UNION TRABAJADORES INDUSTRIALES | 1,131,801.35 | 1,387 | 2 |
| 79 | RIM COOP | 917,453.53 | 96 | 0 |
| 75 | PERSONAL BALLESTER HNOS. | 873,092.32 | 181 | 0 |
| 28 | FmHa SAVINGS & CREDIT UNION | 863,635.71 | 228 | 0 |
| 238 | CREDITO EMP. A.E.E.L.A. | 463,600.11 | 123 | 0 |
| 116 | **Totales** | 8,713,887,210.79 | 988,086 | 2,921 |

Los datos estadístico para producir este informe de las cooperativas de ahorro y crédito al 31 de diciembre de 2017, se obtuvieron de los Informes Financieros y Estadísticos tipo Trimestral que radican las cooperativas a COSSEC. El informe Financiero y Estadístico Trimestral es requerido en virtud del Artículo 13 de la Ley núm. 114 de 17 de agosto de 2001 y Capítulo VII, Sección 3 (c) (1) del Reglamento núm. 6758. Esta información está disponible en o antes del 15 de marzo de 2018. El próximo Informe correspondiente al trimestre de marzo de 2018, se publicará en o antes del 15 de junio de 2018. Puede obtener el mismo accediendo a la página de internet www.cossec.com.

Este informe es preparado de forma automática del sistema AITSA, para preguntas sobre este informe puede contactar a:

Sra Maribel Vicente
Analista de Datos Financieros y Estadísticos
Área de Apoyo Técnico y Supervisión
t.787-622-0957 ext. 1408  f.787-622-0974
email: mvicente@cossec.pr.gov .

Dirección postal:
PO Box 195449
San Juan, PR 00919-5449

Dirección física:
Edificio Original de COSVI
400 Avenida Américo Miranda
Urb. Villa Nevares
San Juan, PR 00927



## TOTAL DE ACTIVOS, NÚMERO DE SOCIOS Y DE EMPLEADOS, POR COOPERATIVA
(por orden de total de activos)
### 31 diciembre 2017

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 283 | ARECIBO (COOPACA) | 609,048,712.66 | 101,022 | 198 |
| 7 | RINCON | 564,606,959.93 | 30,091 | 72 |
| 2 | ISABELA | 309,413,833.57 | 38,179 | 70 |
| 15 | VEGA ALTA | 292,912,516.96 | 35,634 | 92 |
| 148 | LAS PIEDRAS | 287,297,570.71 | 56,178 | 105 |
| 99 | AGUADA | 280,314,488.55 | 29,339 | 70 |
| 38 | ORIENTAL | 259,235,529.69 | 20,850 | 97 |
| 12 | MEDI - COOP | 233,965,331.44 | 7,339 | 28 |
| 144 | BARRANQUITAS (CREDICENTRO) | 213,450,710.79 | 16,070 | 56 |
| 16 | CAMUY | 195,298,814.67 | 13,201 | 66 |
| 98 | DR. MANUEL ZENO GANDIA | 191,884,633.89 | 23,443 | 57 |
| 176 | ROOSEVELT ROADS | 190,014,364.60 | 21,284 | 56 |
| 58 | MAUNABO (MAUNA - COOP) | 183,365,258.63 | 17,478 | 64 |
| 21 | SAN RAFAEL DE QUEBRADILLAS | 178,978,380.65 | 25,755 | 57 |
| 100 | MANATI | 175,179,111.86 | 17,753 | 75 |
| 19 | SAN JOSE | 164,310,089.27 | 24,309 | 60 |
| 23 | CABO ROJO | 151,898,420.40 | 15,656 | 55 |
| 193 | LARES Y REGION CENTRAL | 147,596,847.24 | 13,667 | 69 |
| 35 | LA SAGRADA FAMILIA | 137,560,135.78 | 20,811 | 56 |
| 175 | HATILLO | 120,947,831.91 | 16,480 | 39 |
| 249 | YAUCO | 114,116,550.66 | 9,143 | 33 |
| 40 | JUANA DIAZ | 108,107,120.14 | 15,922 | 31 |
| 104 | ADJUNTAS | 108,084,288.24 | 8,086 | 24 |
| 225 | VILLALBA | 103,382,568.71 | 9,144 | 27 |
| 260 | AGUADILLA | 99,785,316.14 | 14,347 | 43 |
| 17 | AIBONITEÑA | 96,385,917.37 | 15,783 | 36 |
| 91 | PEPINIANA | 94,612,071.29 | 8,526 | 23 |
| 174 | ASOC. DE MAESTRO P.R. | 93,260,191.11 | 11,005 | 47 |
| 156 | VALENCIANO | 92,003,329.03 | 11,664 | 35 |
| 169 | NAGUABEÑA | 90,977,354.30 | 9,166 | 30 |

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 172 | ABRAHAM ROSA | 88,339,475.30 | 11,793 | 35 |
| 183 | MOROVEÑA | 87,794,057.30 | 14,078 | 31 |
| 92 | CAGUAS (CAGUAS COOP) | 86,063,425.36 | 10,801 | 35 |
| 5 | CRISTOBAL RODRIGUEZ HIDALGO | 85,407,035.74 | 6,831 | 28 |
| 229 | AGUAS BUENAS | 84,418,064.84 | 9,986 | 36 |
| 31 | CIDREÑA | 83,990,033.47 | 12,422 | 29 |
| 45 | CARIBE-COOP | 83,898,690.60 | 5,679 | 34 |
| 206 | MAYAGUEZ | 83,438,249.11 | 11,010 | 32 |
| 111 | MOCA | 83,397,386.13 | 15,803 | 38 |
| 112 | NUESTRA SRA. CANDELARIA | 83,356,462.75 | 8,341 | 27 |
| 245 | JESUS OBRERO | 76,184,597.19 | 7,918 | 33 |
| 132 | ENERGIA ELECTRICA DE PR (GERENCOOP) | 75,284,000.37 | 2,650 | 17 |
| 160 | INDUSTRIA BIOFARMACEUTICA | 73,809,766.59 | 4,451 | 25 |
| 197 | AÑASCO | 68,027,890.18 | 6,130 | 22 |
| 78 | HERMANOS UNIDOS | 67,653,597.20 | 4,657 | 29 |
| 170 | RAFAEL CARRION JR. | 66,322,432.85 | 5,743 | 0 |
| 4 | PADRE MAC DONALD | 62,451,127.79 | 6,242 | 25 |
| 11 | SAN BLAS DE ILLESCAS | 61,007,847.65 | 7,166 | 20 |
| 241 | CREDITO LA PUERTORRIQUEÑA | 59,758,086.93 | 8,083 | 27 |
| 1 | JAYUYA (JAYUCOOP) | 59,751,437.40 | 7,029 | 21 |
| 107 | QUEBRADA COOP | 59,744,157.94 | 7,371 | 29 |
| 46 | CIALES | 58,526,278.17 | 9,071 | 28 |
| 6 | PADRE SALVADOR RUFFOLO | 56,462,610.16 | 7,219 | 18 |
| 36 | YABUCOEÑA | 54,464,438.95 | 7,739 | 27 |
| 60 | SAULO D. RODRIGUEZ | 54,262,082.20 | 6,645 | 27 |
| 34 | LAJAS | 54,123,752.37 | 6,184 | 27 |
| 43 | CUPEY ALTO | 54,119,132.10 | 5,038 | 25 |
| 184 | VEGABAJEÑA | 50,546,089.98 | 7,991 | 28 |
| 152 | SANTA ISABEL (CACSI) | 48,580,178.47 | 8,104 | 27 |
| 269 | FLORIDA | 47,806,338.49 | 6,804 | 29 |
| 189 | LOMAS VERDES | 46,462,646.31 | 5,078 | 14 |
| 185 | LA COMERIEÑA | 44,741,427.67 | 4,480 | 22 |
| 252 | UNIVERSI - COOP | 41,099,053.22 | 5,268 | 18 |
| 151 | LA REGLA DE ORO | 40,547,899.32 | 6,484 | 11 |
| 293 | COOPERATIVA SOL | 37,017,336.73 | 136 | 8 |

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 258 | COMUNAL SAN MIGUEL | 35,992,130.04 | 3,815 | 12 |
| 191 | EMP. AUTORIDAD ENERGIA ELECTRICA | 34,954,225.33 | 3,251 | 9 |
| 244 | FEDERACION DE MAESTROS | 32,702,887.92 | 7,956 | 12 |
| 198 | SABANEÑA | 32,527,186.00 | 3,614 | 21 |
| 250 | LOS HERMANOS | 28,440,060.05 | 1,930 | 14 |
| 65 | GUAYNABO | 27,588,779.00 | 5,060 | 17 |
| 47 | OFICIALES DE CUSTODIA | 24,559,132.30 | 2,402 | 11 |
| 10 | PRIMERA COOPERATIVA DE AHORRO Y CREDITO DE PR | 22,950,044.43 | 3,430 | 14 |
| 108 | EMP. CORPORACION FONDO SEGURO DEL ESTADO | 22,192,544.73 | 1,739 | 8 |
| 246 | FAMILIAR PROGRESISTA | 20,103,019.22 | 2,181 | 8 |
| 224 | SALINAS | 18,941,675.12 | 2,430 | 9 |
| 41 | CAPARRA | 18,377,084.17 | 2,936 | 8 |
| 149 | EMP. PEPSI - COLA | 15,969,134.84 | 284 | 3 |
| 82 | HOLSUM DE P.R. | 12,491,182.31 | 593 | 4 |
| 116 | JUDI - COOP | 12,210,162.17 | 1,886 | 8 |
| 143 | DEPARTAMENTO AGRICULTURA | 12,114,944.96 | 1,007 | 5 |
| 68 | EMP. CENTRO MEDICO P.R. | 11,872,812.34 | 1,181 | 5 |
| 204 | EMP. MUNICIPALES GUAYNABO | 11,827,367.61 | 1,756 | 10 |
| 161 | EMP. CERVECERA DE PR | 11,196,802.20 | 558 | 2 |
| 265 | ELECTRO-COOP | 10,450,661.36 | 607 | 2 |
| 231 | INTER METRO | 10,172,642.90 | 822 | 4 |
| 18 | EMP. DEPARTAMENTO EDUCACION | 9,900,943.89 | 1,681 | 8 |
| 182 | CREDITO JOSE CORTES CORDERO | 9,079,080.73 | 703 | 3 |
| 164 | LA CASA DEL TRABAJADOR | 8,869,130.80 | 749 | 6 |
| 129 | ANA G. MENDEZ | 8,219,876.10 | 1,041 | 4 |
| 236 | CENTRO GUBERNAMENTAL MINILLAS | 8,177,134.51 | 1,136 | 4 |
| 14 | ISLACOOP | 8,123,533.97 | 1,178 | 6 |
| 286 | COLEGIO DE INGENIEROS Y AGRIMENSORES | 7,202,939.07 | 685 | 2 |
| 131 | METODISTAS UNIDOS | 6,939,359.99 | 895 | 3 |
| 63 | COOPAC | 5,962,357.07 | 525 | 3 |
| 153 | MIEMBROS UNION DE TRONQUISTAS | 5,612,678.71 | 1,121 | 2 |
| 165 | RICO DAIRY INC | 4,918,317.98 | 987 | 3 |
| 86 | EMP. UNIVERSIDAD INTERAMERICANA | 4,770,561.20 | 405 | 3 |
| 90 | GOYA DE P.R. | 4,631,896.78 | 292 | 2 |
| 290 | COOPERATIVA TUCOOP | 3,871,133.34 | 333 | 4 |

| Coop CS | Cooperativa | Total de Activos $ | Número de Socios | Número de empleados a tiempo completo |
|---|---|---|---|---|
| 264 | EMP. GOBIERNO MUNICIPAL BAYAMON | 3,379,262.22 | 927 | 3 |
| 282 | EDUCADORES PUERTORRIQUEÑOS | 3,220,084.36 | 994 | 4 |
| 211 | EMP. DEPARTAMENTO HACIENDA | 3,167,205.02 | 801 | 3 |
| 292 | GRUPO HIMA - SAN PABLO | 2,748,206.36 | 1,437 | 3 |
| 69 | CREDITO TRES MONJITAS | 2,720,208.25 | 309 | 1 |
| 289 | IGLESIA DE DIOS MISSION BOARD | 2,650,718.51 | 516 | 0 |
| 30 | AGENTES LOTERIA P.R. | 2,624,944.93 | 533 | 6 |
| 142 | EMPLEADOS FIRST BANK | 2,510,173.05 | 741 | 1 |
| 64 | EMP. PLAZA PROVISION CO. | 2,484,800.38 | 334 | 2 |
| 54 | CREDITO BACARDI | 2,093,447.91 | 319 | 2 |
| 220 | JOHNSON & JOHNSON | 1,273,816.62 | 241 | 2 |
| 284 | UNION TRABAJADORES INDUSTRIALES | 1,131,801.35 | 1,387 | 2 |
| 79 | RIM COOP | 917,453.53 | 96 | 0 |
| 75 | PERSONAL BALLESTER HNOS. | 873,092.32 | 181 | 0 |
| 28 | FmHa SAVINGS & CREDIT UNION | 863,635.71 | 228 | 0 |
| 238 | CREDITO EMP. A.E.E.L.A. | 463,600.11 | 123 | 0 |
| 116 | Totales | 8,713,887,210.79 | 988,086 | 2,921 |

Los datos estadístico para producir este informe de las cooperativas de ahorro y crédito al 31 de diciembre de 2017, se obtuvieron de los Informes Financieros y Estadísticos tipo Trimestral que radican las cooperativas a COSSEC. El informe Financiero y Estadístico Trimestral es requerido en virtud del Artículo 13 de la Ley núm. 114 de 17 de agosto de 2001 y Capítulo VII, Sección 3 (c) (1) del Reglamento núm. 6758. Esta información está disponible en o antes del 15 de marzo de 2018. El próximo Informe correspondiente al trimestre de marzo de 2018, se publicará en o antes del 15 de junio de 2018. Puede obtener el mismo accediendo a la página de internet www.cossec.com.

Este informe es preparado de forma automática del sistema AITSA, para preguntas sobre este informe puede contactar a:

Sra Maribel Vicente
Analista de Datos Financieros y Estadísticos
Área de Apoyo Técnico y Supervisión
t.787-622-0957 ext. 1408  f.787-622-0974
email: mvicente@cossec.pr.gov .

Dirección postal:
PO Box 195449
San Juan, PR 00919-5449

Dirección física:
Edificio Original de COSVI
400 Avenida Américo Miranda
Urb. Villa Neváres
San Juan, PR 00927