# EXHIBIT E

Case:17-03283-LTS   Doc#:2783-5   Filed:03/22/18   Entered:03/22/18 11:39:35   Desc:
Exhibit E   Page 2 of 7

**Commonwealth of Puerto Rico**

# COSSEC

CORPORACIÓN PARA LA SUPERVISIÓN Y SEGURO DE COOPERATIVAS DE PUERTO RICO

We insure your Shares and Deposits up to $ 100,000.00

June 22, 2009

Circular Letter 09-03

**TO ALL SAVINGS AND LOANS ASSOCIATIONS**

[Signature]
José A. González Torres, CPA, CFE
Executive President

**SPECIAL RULES FOR ACQUISITION AND TREATMENT OF INVESTIMENTS IN STOCKS**

Pursuant to Law Number 255 of October 28, 2002, as amended, known as the Savings and Loans Associations Act of 2002 (henceforth Law No. 255) and its Regulation 7051, known as the Savings and Loans Association Act Regulations (henceforth Regulation No. 7051) provides for the acquisition of stocks and bonds of the Commonwealth of Puerto Rico, as well as the Government of the United States of America.

On the other hand, Chapter II, Section 11(a)(ii)(C) of Regulation No. 7051, provides as follows:

> "The obligations of Puerto Rico must be classified in one of the four highest investment grades by an internationally recognized agency."

By virtue of this provision of the Regulation and so that the associations can participate in the purchase of bonds currently offered by the Commonwealth of Puerto Rico through the Puerto Rico Government Development Bank, the Public Corporation for the Supervision and Insurance of Puerto Rico Cooperatives (henceforth COSSEC) authorizes the purchase of these instruments.[1]

---

[1] For more information about these bonds, you may access the Puerto Rico Government Development Bank website: www.gdbpr.com or call 787-722-2525 x 2063.



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*14/MAR/2018 – Carlos T. Ravelo USCCI # 95-063 & Pura Reyes Gilestro-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*

Circular Letter 09-03
Page 2

The cooperatives that participate in the purchase of these investment products may benefit from the advantages that these bonds offer. These are the following:

1. Payment History: They are backed by the Government, which guarantees 100% of interest and principal payments, as provided in the bonds.
2. Tax Free Benefits: The interests earned by the bonds are exempt from state and federal taxes in the state of municipality in which they were issued for local residents.
3. Fixed Revenue: Recurring revenues are obtained up to the expiration term of the product.
4. Liquidity: The extensive exchange that exits with these bonds in the market give them the opportunity to sell them at market value at any time due to their capital appreciation.
5. Collateral: These bonds are excellent guarantees, which allows investors to apply for loans against their investment.

Based on the benefits that these bonds offer, the cooperatives may purchase them, as long as they ensure that at the time of their purchase, the classification of these investments are between AAA to BBB- (minus) or from Aaa to Baa- (minus), as issued by Standard & Poor (S&P), Fitch, and Moody's, respectively. Below we include a reference table used by the aforementioned Agencies to classify investments:

|  | Standard & Poor's Plus (+) or Minus (-) | Fitch | Moody's |
|---|---|---|---|
| Best Quality | AAA | AAA | Aaa |
| High Quality | AA+ | AA+ | Aa1 |
|  | AA | AA | Aa2 |
|  | AA- | AA- | Aa3 |
| Upper Medium Grade | A+ | A+ | A1* |
|  | A | A | A2 |
|  | A- | A- | A3 |
| Medium Grade | BBB+ | BBB+ | Baa1* |
|  | BBB | BBB | Baa2 |
|  | BBB- | BBB- | Baa3 |

Notes:

*The bonds in the groups that Moody's establishes as Aaa to Baa have the attributes of stronger investments, which are designated by the symbols A-1 and Baa-1 in the categories.

**Classifications from "AA" to "B" may be modified by adding a plus (+) or minus (-) sign to show their relative position within the principal categories.

Information obtained from http://www.munibondadvisor.com/rating.htm.



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*14/MAR/2018 – Carlos T. Ravelo USCCI # 95-063 & Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*

Circular Letter 09-03
Page 3

It is important to clarify that the purchase or acquisition of these bonds by the cooperatives does not exempt them from compliance with the other provisions of **Law No. 255** and **Regulation No. 7051**, regarding the limits of investment, the classification of the investments in stocks pursuant to FASB 115, liquidity requirements, among other aspects. If after the date of acquisition or purchase of the investment, the investment shows a classification lower than the foregoing ones indicated, COSSEC, <u>will not consider</u> these as a violation of the regulation. Therefore, the cooperatives will not have to make adjustments to the classification of the investments for this reason and each cooperative will perform an analysis to determine the course of action to take in the best interest of the institution and in compliance with the Generally Accepted Accounting Principles.

On the other hand, those cooperatives that comply with the requirements of adequate[2] condition and are interested in the purchase or acquisition of stock investments that are outside the limits of **Regulation 7051**, must submit a written request of authorization to COSSEC. With the request, they should submit the following documents, at the least:

1. Description and amount of the investment
2. Certification of the calculation of the ration investments not to exceed 25% of the total assets, based on the financial information submitted with the most recent quarterly report filed with COSSEC
3. Details of the cooperative's Investment Portfolio, classification according to FASB 115 and their possible earnings or losses
4. Details of the impact on the regulatory liquidity
5. Details and analysis of the par value of assets and liabilities (GAAP analysis) and the effects on the Spread
6. Any other information that COSSEC deems necessary

COSSEC will evaluate the request case by case and issue an Administrative Ruling on the matter.

---

[2] Adequate condition cooperative, pursuant to Regulation 7051, Chapter II, Section 1(e)(II).



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*14/MAR/2018 – Carlos T. Ravelo USCCI # 95-063 & Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*



**Estado Libre Asociado de Puerto Rico**

# COSSEC

CORPORACIÓN PARA LA SUPERVISIÓN Y SEGURO DE COOPERATIVAS DE PUERTO RICO

Aseguramos sus Acciones y Depósitos hasta $100,000.00

22 de junio de 2009

Carta Circular  09-03

A TODAS LAS COOPERATIVAS DE AHORRO Y CRÉDITO

José A. González Torres, CPA, CFE
Presidente Ejecutivo

**REGLAS ESPECIALES PARA LA ADQUISICIÓN Y TRATAMIENTO DE INVERSIONES EN VALORES**

Las cooperativas de ahorro y crédito por las disposiciones de la Ley Número 255 de 28 de octubre de 2002, según enmendada, conocida como la "**Ley de Sociedades Cooperativas de Ahorro y Crédito de 2002**" (en adelante Ley Núm. 255) y su Reglamento Número 7051, conocido como "**Reglamento de la Ley de Sociedades Cooperativas de Ahorro y Crédito**" (en adelante Reglamento Núm. 7051) dispone para la adquisición de bonos y valores del Estado Libre Asociado de Puerto Rico, así como el Gobierno de los Estados Unidos de América.

Por otra parte, el **Reglamento Núm. 7051**, en su Capítulo II, Sección 11(a)(ii)(C) dispone lo siguiente:

> "**Las obligaciones de Puerto Rico deberán estar clasificadas en una de las cuatro categorías ("Investment Grade") más altas por una agencia reconocida internacionalmente**".

En virtud de esta disposición del Reglamento y para que las cooperativas puedan participar en la compra de bonos que actualmente ofrece el Estado Libre Asociado de Puerto Rico, a través del Banco Gubernamental de Fomento para Puerto Rico, la Corporación Pública para la Supervisión y Seguro de Cooperativas de Puerto Rico (en adelante COSSEC) autoriza la adquisición de estos instrumentos[1].

---

[1] Para obtener más información sobre estos bonos, pueden acceder a la página de Internet del Banco Gubernamental de Fomento para Puerto Rico: www.gdbpr.com o comunicarse al 787-722-2525 x 2063.

Carta Circular 09-03
Página 2

Las cooperativas que participen en la compra de estos instrumentos de inversión, podrán beneficiarse de las ventajas que ofrecen estos bonos. Estas son las siguientes:

1. Historial de Pago: Cuentan con el respaldo del Gobierno, el cual garantiza el 100% del pago de intereses y principal, según dispuesto en los bonos.
2. Libre de Impuestos (Tax Free Benefits): Los intereses devengados de los bonos están exentos de impuestos estales y federales, en el estado o municipio en el que fueron emitidas para los residentes locales.
3. Ingreso Fijo: La obtención de ingresos recurrentes hasta el término de vencimiento del instrumento.
4. Liquidez: El gran intercambio que existe de estos bonos en el mercado, le dan la oportunidad de venderlos al valor de mercado en cualquier momento, por su apreciación de capital.
5. Colateral: Estos bonos son excelentes garantías, lo que permite a los inversores a pedir prestado en contra de su inversión.

Basado en los beneficios que ofrecen estos bonos, las cooperativas podrán adquirirlos, siempre y cuando se aseguren que al momento de la compra de éstos, las clasificaciones de las inversiones se encuentren entre AAA hasta BBB-(menos) ó de Aaa hasta Baa-(menos), según las emiten Standard & Poor (S&P), Fitch y Moody's, respectivamente. A continuación le incluimos una tabla de referencia que utilizan las Agencias antes mencionadas para clasificar las inversiones:

| | Standard & Poors Más(+) o Menos (-) | Fitch | Moody's |
|---|---|---|---|
| Mejor Calidad (Best Quality) | AAA | AAA | Aaa |
| Alta Calidad (High Quality) | AA+ AA AA- | AA+ AA AA- | Aa1 Aa2 Aa3 |
| Superior de grado medio (Upper Medium Grade) | A+ A A- | A+ A A- | A1* A2 A3 |
| Grado medio (Medium Grade) | BBB+ BBB BBB- | BBB+ BBB BBB- | Baa1* Baa2 Baa3 |

Notas:
* Los bonos en los grupos que establece Moody's de Aaa hasta Baa, poseen los atributos de las inversiones más fuertes, las cuales son designadas por los símbolos A-1 y Baa-1 en las categorías.

Carta Circular 09-03
Página 3

> **\*\*Las calificaciones de "AA" hasta "B" podrán ser modificadas mediante la adición de un signo de más (+) o menos (-) para mostrar su posición relativa dentro de las categorías principales.**
>
> **Información obtenida de http://www.munibondadvisor.com/rating.htm.**

Es importante aclarar, que la compra o adquisición de estos bonos por parte de las cooperativas, no los exime del cumplimiento con las otras disposiciones de la **Ley Núm. 255** y el **Reglamento Núm. 7051**, respecto a los límites de inversión, clasificaciones de las inversiones en valores según el FASB 115, requisitos de liquidez, entre otros aspectos. Si posterior a la fecha de adquisición o compra del instrumento, reflejara una clasificación inferior (menor) a las antes indicadas, COSSEC, no considerará éstas como una violación reglamentaria. Por lo cual, las cooperativas no tendrán que realizar ajustes en la clasificación de la inversiones por este motivo y cada cooperativa realizará un análisis para determinar las acciones a seguir en el mejor interés de la institución y en cumplimiento con los Principios de Contabilidad Generalmente Aceptados.

Por otro lado, aquellas cooperativas que cumplan con los requisitos de condición adecuada[2], que estén interesadas en comprar o adquirir inversiones en valores que estén fuera de las limitaciones del **Reglamento Núm. 7051**, deberán someter una solicitud de autorización escrita a COSSEC. Con la solicitud deberán someter, al menos, los siguientes documentos:

1. Descripción y cantidad de la Inversión.
2. Certificación de cómputo de la relación de inversiones que no excedan el 25% de los activos totales, basado en la información financiera sometida en el último informe trimestral radicado en COSSEC.
3. Detalle de la Cartera de Inversiones de la Cooperativa, clasificaciones según FASB 115 y sus posibles ganancias o pérdidas.
4. Detalle sobre el impacto en la liquidez reglamentaria.
5. Detalle y análisis de su pareo de activos y pasivos (análisis GAAP) y efectos en el Spread.
6. Cualquier otra información que COSSEC entienda necesaria.

COSSEC, evaluará la solicitud caso a caso y emitirá una Determinación Administrativa al respecto.

---

[2] Cooperativa de condición adecuada, según dispone el **Reglamento 7051, Capítulo II, Sección 1(e)(11)**.