# EXHIBIT G



**COSSEC**
CORPORACIÓN PARA LA SUPERVISIÓN Y SEGURO
DE COOPERATIVAS DE PUERTO RICO
GOBIERNO DE PUERTO RICO

March 20, 2012

**Circular Letter 2012-02**

**TO ALL SAVINGS AND LOANS ASSOCIATIONS**

Wilfredo Torres Pinto, CPA, CFE
Executive President

**INCREASE IN THE PERCENT OF INVESTMENTS**

According to numbers published by the Planning Board, Puerto Rico's Gross National Product (GNP)[1] denotes a decrease since the 2007 fiscal year to fiscal year 2011[2]. This pattern is congruent with an economic recession which is characterized by a fall in production and employment. The recession has the indirect effect of increasing the levels of default for financial institutions.

Given this panorama, many of the savings and loans cooperatives have expressed reservations regarding the continuation of granting credit due to the risk of default. This situation has an impact on the financial structure of these institutions because they decrease the proportion of the principal asset (the loans) in relation to their total assets. On another hand, it increases their available liquid resources and consequently generates an excess of regulatory liquidity.

The tendency towards the increase of liquid resources within the cooperatives, combined with the current scenario of low interest rates has had a direct impact on the return of their total assets. Regulation 7051, Chapter II, Section 11(a), subsection (ii-F) establishes that the cooperatives may invest up to a maximum of 25% of their liquid resources in negotiable instruments maximum of 25% of their liquid resources in negotiable instruments [sic] established in the Regulation. Pursuant to this same subsection, the Public Corporation for the Supervision

---

[1] The GNP measures a country's production of goods and services and its tendency indicates the economic cycle in terms of growth or recession.
[2] Planning Board (2011). *Macroeconomic Variables Selected*, San Juan, P.R.

PO Box 195449 San Juan, PR 00919-5449 t787-622-0954 f787-622-0973
Insures your shares and deposits up to $250,000
www.cossec.com    info@cossec.gobierno.pr



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*14/MAR/2018 – Carlos T. Ravelo USCCI # 95-063 & Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*

Circular Letter 2012-02
Increase of investment percentage
Page 2

and Insurance of Puerto Rico Cooperatives (COSSEC) has the power to increase this percent through a circular letter.

Due to the factors presented above and by virtue of the power conferred by law and the regulations, COSSEC authorizes the savings and loan cooperatives to increase the maximum limit of investments to 30% of the total assets. This percentage will be in effect until the Corporation revokes it through the issuance of a new circular letter. This public policy decision aligns the process of financial intermediation of cooperatives to the economic reality from the perspective of credit risk. However, 5% will remain as the maximum that a cooperative in adequate condition may invest in additional instruments. The new base of 30% of the assets should be used to calculate the total sum of maximum investment in additional instruments

Should there be any doubts, please contact Dr. Carlos A. Méndez-David, Vice-President of COSSEC's Investments and Financial Analysis Area at 787-622-0957, who is available to clarify any doubt.



*Certified to be a true and exact translation from the source text in Spanish to the target language English.*
*14/MAR/2018 – Carlos T. Ravelo USCCI # 95-063 & Pura Reyes Gilestra-ATA # 244688/NAJIT # 16171*
*Translations & More: 787-637-4906*



**COSSEC**
CORPORACIÓN PARA LA SUPERVISIÓN Y SEGURO
DE COOPERATIVAS DE PUERTO RICO
GOBIERNO DE PUERTO RICO

20 de marzo de 2012

**CARTA CIRCULAR 2012-02**

**A TODAS LAS COOPERATIVAS DE AHORRO Y CRÉDITO**

Wilfredo Torres Pinto, CPA, CFE
Presidente Ejecutivo

**AUMENTO EN EL POR CIENTO DE INVERSIONES**

De acuerdo a las cifras publicadas por la Junta de Planificación, el Producto Nacional Bruto de Puerto Rico (PNB)[1] denota un decrecimiento desde el año fiscal 2007 hasta el año fiscal 2011[2]. Este patrón es congruente con una recesión económica la cual, se caracteriza por una caída en la producción y el empleo. La recesión tiene el efecto indirecto de aumentar los niveles de morosidad en las instituciones financieras.

Ante este panorama, muchas de las cooperativas de ahorro y crédito han expresado reservas respecto a continuar aumentando la otorgación de crédito debido al riesgo de morosidad. Esta situación tiene un impacto sobre la estructura financiera de éstas, ya que disminuye la proporción de su activo principal (los préstamos) con relación a sus activos totales. Por otro lado, aumenta sus recursos líquidos disponibles y por consiguiente genera un exceso de liquidez reglamentaria.

La tendencia de aumento en los recursos líquidos en las cooperativas, en unión al escenario actual de baja tasas de intereses ha tenido un impacto directo en el rendimiento de sus activos totales. El Reglamento 7051 en su Capítulo II, Sección 11(a), Inciso (ii-F) establece que las cooperativas pueden invertir hasta un máximo de un 25% de sus recursos líquidos en los instrumentos negociables

---

[1] El PNB mide la producción de bienes y servicios de un país y su tendencia indica el ciclo económico en términos de expansión recesión.
[2] Junta de Planificación (2011). *Variables Macroeconómicas Seleccionadas*. San Juan, P.R.

PO Box 195449 San Juan, PR 00919-5449 t. 787-622-0957 f. 787-622-0973
Asegura sus acciones y depósitos hasta $250,000
www.cossec.com info@cossec.gobierno.pr

Carta Circular 2012-02
Aumento en el Por ciento de Inversiones
Página 2

máximo de un 25% de sus recursos líquidos en los instrumentos negociables establecidos en el Reglamento. Por disposición de este mismo Inciso, la Corporación Pública para la Supervisión y Seguros de las Cooperativas de Puerto Rico (COSSEC) tiene la facultad de aumentar dicho por ciento por medio de carta circular.

Debido a los factores, anteriormente, presentados y en virtud de la facultad conferida por la ley y los reglamentos, COSSEC autoriza a las cooperativas de ahorro y crédito a aumentar el límite máximo de inversiones a un 30% de los activos totales. Este por ciento estará en vigor hasta tanto la Corporación lo revoque mediante la emisión de una nueva carta circular. Esta decisión de política pública atempera el proceso de intermediación financiera de las cooperativas a la realidad económica desde la perspectiva de riesgo crediticio. No obstante, se mantendrá el máximo de 5% que una cooperativa de condición adecuada puede invertir en instrumentos adicionales. Para computar el monto de inversión máxima en los instrumentos adicionales deberán utilizar la nueva base de 30% de los activos.

En caso de duda favor de comunicarse con el Dr. Carlos A. Méndez-David, Vicepresidente del Área de Inversiones y Análisis Financiero de COSSEC, al 787-622-0957, quien está disponible para aclarar cualquier duda.