# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>    Debtor[1] | PROMESA<br>Title III<br><br>Case No. 17-04780 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Pursuant to Local Rule 83(D)(a), the undersigned counsel, Gustavo Viviani-Meléndez and Janelle Reyes-Maisonet, hereby notify this Honorable Court and the parties that they will be appearing on behalf of Filsinger Energy Partners, Inc. solely for purposes of filing fee applications in the above-captioned Title III case. The undersigned counsel respectfully request that copies of all motions, orders or any other documents and/or correspondence in this case be served on the undersigned counsel, as applicable, through the CM/ECF system.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the appearance of the undersigned counsel, and that future notifications of any motions, orders or other legal documents be sent, as applicable, to the undersigned counsel through the CM/ECF system.

**RESPECTFULLY SUBMITTED.**

---

[1] The last four (4) digits of PREPA's federal tax identification number are 3747.

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 22nd day of March, 2018.

SANCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico  00918
Tel. 787-522-6776
Fax 787-522-6777

/s/ *Gustavo Viviani-Meléndez*
Gustavo Viviani-Meléndez
USDC-PR 229513
gviviani@sanpir.com


/s/ *Janelle Reyes-Maisonet*
Janelle Reyes-Maisonet
USDC-PR 231102
jreyes@sanpir.com

*Counsel for Filsinger Energy Partners, Inc.*