# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br><br>    Debtor[1] | PROMESA<br>Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT

The undersigned hereby certifies that I caused true and correct copies of the *First Interim Fee Application of Filsinger Energy Partners for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred As Chief Financial Advisor to Puerto Rico Electric Power Authority ("PREPA") for the Period from December 7, 2017 through January 31, 2018* as Dkt. No. 2721 in Case No. 17-03283 (LTS) and as Dkt. No. 777 in Case No. 17-04780 (LTS) (the "Application"), to be served in the following manner:

On March 19, 2018, the Application was sent through the Court's CM/ECF system in Case No. 17-03283 (LTS).

On March 20, 2018, the Application was sent through the Court's CM/ECF system in Case No. 17-04780 (LTS).

---

[1] The last four (4) digits of PREPA's federal tax identification number are 3747.

On March 21, 2018, the Application was sent via email to each of the parties listed in **Exhibit A** attached hereto.

Also on March 21, 2018, two copies of the Application were sent by FedEx overnight delivery to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New York, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007; one copy of the Application was sent by messenger to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, Puerto Rico 00901-1922; and one copy of the Application was sent via U.S. mail to each of the parties listed in **Exhibit B** attached hereto.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of March, 2018.

SANCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel. 787-522-6776
Fax 787-522-6777

/s/ *Gustavo Viviani-Meléndez*
Gustavo Viviani-Meléndez
USDC-PR 229513
gviviani@sanpir.com

/s/ *Janelle Reyes-Maisonet*
Janelle Reyes-Maisonet
USDC-PR 231102
jreyes@sanpir.com

*Counsel for Filsinger Energy Partners, Inc.*