UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

               Debtors.[1]

---------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## SCHEDULING ORDER REGARDING CERTAIN MOTIONS TO COMPEL

In July 2017, the Court received the following motions (each a "Motion" and collectively, the "Motions"):

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Tamrio, Inc. (Case No. 17-B192K-3283, docket entry no. 614; Case No. 17-BK-3566, docket entry no. 167; Case No. 17-BK-3567, docket entry no. 192);

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Constructora Santiago II, Corp. (Case No. 17-BK-3283, docket entry no. 627; Case No. 17-BK-3566, docket entry no. 168; Case No. 17-BK-3567, docket entry no. 194);

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Ferrovial Agroman, S.A. (Case No. 17-BK-

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3283, docket entry no. 685; Case No. 17-BK-3566, docket entry no. 174; Case No. 17-BK-3567, docket entry no. 203); and

- *Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts* filed by Ferrovial Agroman, LLC (Case No. 17-BK-3283, docket entry no. 686; Case No. 17-BK-3566, docket entry no. 175; Case No. 17-bk-3567, docket entry no. 204).

The Motions were originally scheduled to be heard in connection with the August 9, 2017 Omnibus Hearing. However, the Motions have been adjourned on number occasions. As such, each Motion remains pending. For statistical purposes and in light of the inactivity associated with the Motions, the Court will enter an Order on March 28, 2018 denying each Motion without prejudice to renewal. The Movants may file any opposition to the Court's proposal by **Monday, March 26, 2018 at 5:00 p.m.** (Atlantic Standard Time).

SO ORDERED.

Dated: March 23, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge