**BUFETE LANDRAU & DELIZ**
*Abogados-Notarios*

*Lcdo. Pedro Joel Landrau López*
pjlandrau@gmail.com ▪ cel. (787) 636-0135

*Lcda. Luz Cenit Deliz Cruz*
luzcdeliz@gmail.com ▪ (787) 579-7608

Ave. Domenech 207 Oficina 106 ▪ San Juan, PR, 00918
tel./fax (787) 768-6051

January 2, 2018

Mr. Hermann Bauer
Hermann.Bauer@oneillborges.com

Mr. Ubaldo M. Fernández Barrera
ubaldo.fernandez@oneillborges.com

Ms. Diana M. Perez
dperez@omm.com

Mr. Andrés W. López
andres@awllaw.com

Re:  <u>Javier Pérez Rivera v. Estado Libre Asociado de Puerto Rico,</u> C DP2016-0070 (402) Departamento del Trabajo y Recursos Humanos y Javier Pérez Rivera, AQ-16-0740/L-17-118 / SJ2017CV0512

Dear counsels:

The undersigned attorney represents Mr. Javier Pérez-Rivera in the captioned cases. The present is to advise that Mr. Pérez-Rivera is moving to request the lift of stay of the case C DP2016-0070 and the lift of the partial stay of case case AQ-16-0740/L-7-118/SJ2017CV0512.

Mr. Javier Pérez-Rivera was an employee of the Department of Work and Human Resources (DTRH) until his unjust discharge. The case AQ-16-0740/L-7-118/SJ2017CV0512 is an Arbitration proceeding questioning the discharge. This stay of this case was partially lifted on July 12, 2017. [Docket No. 602]. On August 31, 2017 the Arbiter issued ruling in Mr. Pérez-Rivera's favor, ordering his reinstatement in his work and lost wages.At the present, DTRH is objecting the ruling in the state court (case SJ2017CV0512)

In the case C DP2016-0070 (402) is claimed damages for discrimination and the violation of his constitutional rights. It is claimed in the complaint the amount of $300,000.00 in damages, double penalty and costs.

The case C DP2016-0070 should be lifted in order to allow the complete adjudication of Mr. Pérez Rivera's claims. This complaint does not relate to PROMESA and in any way affects the issues before the federal court.

Regarding the arbitration proceedings, the stay should be lifted in order to grant the award (lost wages) and reinstate Mr. Pérez-Rivera in his employment.

Please, be advised of the informed.

Cordially,


Lcdo. Pedro Joel Landrau López


Atttachments: Complaint
              Arbitration Ruling