

Pedro Joel Landrau <pjlandrau@gmail.com>

## Javier Pérez Rivera v. Estado Libre Asociado de Puerto Rico, C DP2016-0070 (402)

2 messages

**Claudia Juan Garcia** <cjuan@justicia.pr.gov>   Tue, Feb 20, 2018 at 6:05 PM
To: "pjlandrau@gmail.com" <pjlandrau@gmail.com>
Cc: Wandymar Burgos Vargas <wburgos@justicia.pr.gov>, "Iván J. Ramírez Camacho" <ivramirez@justicia.pr.gov>

Lcdo. Pedro Joel Landrau López

pjlandrau@gmail.com ▪ cel. (787) 636-0135

Ave. Domenech 207 Oficina 106 ▪ San Juan, PR, 00918

tel./fax (787) 768-6051


Dear Counsel:

As per the new protocol, which requires that all parties seeking to file a motion for relief from the Title III Stay (a "*Stay Relief Motion*") comply with Paragraph III.Q of the Case Management Procedures and provide 15 business days' notice of such motion to the Oversight Board and AAFAF and meet and confer with the Commonwealth before filing a Stay Relief Motion, the Department of Justice/Commonwealth of Puerto Rico acknowledges receipt of movant's notice informing his intention of filing a lift of stay before the Bankruptcy Court that is handling the PROMESA case. After having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in this case is to decline the request to modify stay due to the early procedural stage of the action, which is still in the preliminary phase.

Please, **confirm receipt** of this electronic mail.

If you have any questions, feel free to contact me.

Cordially,

**Lcda. Claudia A. Juan García**

**Fiscal Auxiliar III**

**División de Recursos Extraordinarios y Política Pública**

Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov



**Lcda. Claudia A. Juan García**

**Fiscal Auxiliar III**

División de Recursos Extraordinarios y Política Publica

Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov



**AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Claudia Juan-García al (787) 721-2900, ext. 2196 y elimine este mensaje.

**"Para tener éxito no tienes que hacer cosas extraordinarias, tienes que hacer cosas ordinarias extraordinariamente bien".**

---

**Pedro Joel Landrau** <pjlandrau@gmail.com>  Wed, Feb 21, 2018 at 9:15 AM
To: Claudia Juan Garcia <cjuan@justicia.pr.gov>

> On Feb 20, 2018 6:05 PM, "Claudia Juan Garcia" <cjuan@justicia.pr.gov> wrote:
>
>> Lcdo. Pedro Joel Landrau López
>>
>> pjlandrau@gmail.com ▪ cel. (787) 636-0135
>>
>> Ave. Domenech 207 Oficina 106 ▪ San Juan, PR, 00918
>>
>> tel./fax (787) 768-6051
>>
>> Dear Counsel:
>>
>> As per the new protocol, which requires that all parties seeking to file a motion for relief from the Title III Stay (a "*Stay Relief Motion*") comply with Paragraph III.Q of the Case Management Procedures and provide 15 business days' notice of such motion to the Oversight Board and AAFAF and meet and confer with the Commonwealth before filing a Stay Relief Motion, the Department of Justice/Commonwealth of Puerto Rico acknowledges receipt of movant's notice informing his intention of filing a lift of stay before the Bankruptcy Court that is handling the PROMESA case.  After having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in this case is to decline the request to modify stay due to the early procedural stage of the action, which is still in the preliminary phase.
>>
>> Please, **confirm receipt** of this electronic mail.

If you have any questions, feel free to contact me.

Cordially,

**Lcda. Claudia A. Juan García**

**Fiscal Auxiliar III**

**División de Recursos Extraordinarios y Política Pública**

Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov

**Lcda. Claudia A. Juan García**

**Fiscal Auxiliar III**

**División de Recursos Extraordinarios y Política Pública**

Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov



**AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Claudia Juan-García al (787) 721-2900, ext. 2196 y elimine este mensaje.

> "Para tener éxito no tienes que hacer cosas extraordinarias, tienes que hacer cosas ordinarias extraordinariamente bien".

Regarding your determination, we request a reconsideration.  The case already as an arbitral award in favor of Ms. Javier Pérez ordering his reinstallment in his job and back pay and a lift of stay of Judge Swain os the arbitration.  Therefore the case is in a very advanced stage.  Please clarify if your position is to object Mr. Perez reinstallment under stay grounds.