

Pedro Joel Landrau <pjlandrau@gmail.com>

## Javier Pérez Rivera v. Estado Libre Asociado de Puerto Rico, C DP2016-0070 (402)

**Pedro Joel Landrau** <pjlandrau@gmail.com>  Wed, Feb 21, 2018 at 9:15 AM
To: Claudia Juan Garcia <cjuan@justicia.pr.gov>

[Quoted text hidden]

Regarding your determination, we request a reconsideration.  The case already as an arbitral award in favor of Ms. Javier Pérez ordering his reinstallment in his job and back pay and a lift of stay of Judge Swain os the arbitration.  Therefore the case is in a very advanced stage.  Please clarify if your position is to object Mr. Perez reinstallment under stay grounds.