IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**THE COMMONWEALTH OF PUERTO RICO**<br>  Debtor. | PROMESA<br>TITLE III<br>No. 17 BK 3283-LTS |

**MOTION WITHDRAWING UNOPPOSED MOTION FOR RELIEF FROM AUTOMATIC STAY DOCKET 2769 FILED ON 3/20/2018**

**TO THE HONORABLE COURT:**

COMES NOW Josue Ismael Saavedra Vera y Michael Angelo Rivera Oliveras ("Movants"), through the undersigned counsel and very respectfully move the Court for an Order withdrawing the motion filed on Docket Entry 2769, and in support of this motion, states and prays:

Today, March 26, 2018, movants attorney received a copy of "Memorandum Order Granting In Part Motion For Relief From Automatic Stay Filed By Josue Ismael Saavedra Vera and Michael Angelo Rivera Oliveras (Docket Entry No. 1027)"

This Order disposes of all the matters presented in the Motion (Docket Entry 2769), that being the case there is no need to entertain the matter again, so movants want to withdraw the referred motion.

WHEREFORE, movant Josue Ismael Saavedra Vera y Michael Angelo Rivera Oliveras respectfully request from this Honorable Court orders the

1

clerk to withdraw the motion on Docket Entry 2769, and any other relief within the law.

I HEREBY CERTIFY that the forgoing document was filed with the Clerks of the Court using CM/ECF system, which will send notification of such filing to counsel of record, and on the attorney for the Commonwealth of P.R.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico this 26th day of March, 2018.

**LAW Office of Frank Pola, Jr.**
El Centro II, Suite 260
#500 Muñoz Rivera Avenue
San Juan, Puerto Rico 00918
Tel: (787) 250-6666; Fax: (787) 250-7900
E- Mail: pola@frankpolajr.com

*s/ Frank Pola, Jr.*
Frank Pola, Jr.
USDC-PR No. 201306