## GOBIERNO DE PUERTO RICO

Departamento de Hacienda

March 26, 2018

### CERTIFICATION

As requested by our legal representation in the case *Gladys García Rubiera, et al. v. Hon. Luis G. Fortuño, et al.*, 02-1179 (GAG), we certify that until March 15, 2018, Treasury Department had reimbursed under Procedure 96, the amount of $11,123,671.54 from the premiums transferred by the Joint Underwriters Association.

By: *Victor L. Aparte Muñiz*

Maritza Landrau Rivera
Supervisor
General Accounting Division
Treasury Area

