## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **PROMESA**<br>**Title III** |
| **The Financial Oversight and**<br>**Management Board for Puerto Rico**<br>**as representative of**<br>**The Commonwealth of Puerto Rico, et al** | **CASE NO.  17 BK 3283-LTS** |
| **Debtor(s)** | |

## NOTICE OF APPEARANCE

     **COMES NOW, BEC CO. INC. D/B/A EMPACADORA HILL BROTHERS**, through the undersigned attorney, and most respectfully, STATES AND PRAYS:

     1.    That the appearing party, a Creditor in the above-captioned case, has retained the services of the undersigned counsel to be represented in all proceedings pending before this Honorable Court.

     **WHEREFORE**, it is respectfully requested from this Honorable Court to amend the Master Address List so as to permit future notices addressed to appearing party be served upon the undersigned counsels at their following address:

RAFAEL FERREIRA CINTRON, ESQ.
PMB 274
405 Esmeralda Avenue Suite 2
Guaynabo, Puerto Rico  00969

     We hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

     In San Juan, Puerto Rico, this 28th day of March, 2018.

THE FINANCIAL ATTORNEYS, P.S.C.
PMB 274, 405 Esmeralda Avenue, Suite 2
Guaynabo, Puerto Rico 00969
Tel. 787-635-0172, Fax. 287-3928

_____
/S/RAFAEL FERREIRA CINTRON
USDC-PR 215304