**Exhibit A**

**Proposed Order**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.[4] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>  as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>     Plaintiff,<br><br>v.<br><br>BETTINA WHYTE,<br><br>  as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE PUERTO RICO SALES TAX FINANCING CORPORATION,<br><br>     Defendant. | Adv. Proc. No. 17-00257-LTS |

---

[4] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.

**ORDER ON URGENT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Upon consideration of the motion (the "Motion") of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") for an order authorizing the public filing of the following documents with the bank account numbers stated therein redacted:

- *The COFINA Agent's Reply to the Commonwealth Agent's Counter-Statement of Additional Undisputed Material Facts* [ECF No. 401] ("COFINA Agent's Reply Statement");

- *The Reply Statement of Undisputed Material Facts of the COFINA Senior Bondholders' Coalition* [ECF No. 389] ("Senior Bondholders' Reply Statement");

- *Mutual Fund Group and Puerto Rico Funds' Response to Commonwealth Agent's Counter-Statement of Additional Undisputed Facts* [ECF No. 395] ("Mutual Fund Groups' Reply Statement");

and it appearing that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 48 U.S.C. § 2166(a); (ii) that venue of this proceeding and the Motion is proper under 28 U.S.C. § 1391(b) and 48 U.S.C. § 2167(a); and (iii) that notice of the Motion was adequate and proper under the circumstances and that no further or other notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1. The Motion is GRANTED as set forth herein.

2. The COFINA Agent's Reply Statement [ECF No. 401], the Senior Bondholders' Reply Statement [ECF No. 389], and the Mutual Fund Groups' Reply Statement [ECF No. 395] shall be publicly filed with the bank account numbers redacted. The respective parties shall take actions necessary to file redacted copies of these

documents and replace the existing versions of ECF Nos. 401, 389, and 395 as provided for by this paragraph.

3. The Court, as well as the following counsel for parties in this case who have agreed to be bound by the Stipulation and Order for the Production and Exchange of Confidential Information, entered on October 10, 2017 [ECF No. 56], shall have access to the unredacted versions of all documents filed under seal:

The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico, as agent of The Commonwealth of Puerto Rico
c/o Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6000

Bettina Whyte, as agent of the Puerto Rico Sales Tax Financing Corporation
c/o Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8000

Ad Hoc Group of General Obligation Bondholders
Donald Burke
Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP
1801 K Street, N.W., Suite 41 1L
Washington, DC 20006
202-775-4500
Fax : 202-775-4510
Email: dburke@robbinsrussell.com

Ambac Assurance Corporation
Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005-1413
212-530-5770
Fax : 212-822-5770
Email: ddunne@milbank.com

Assured Guaranty Municipal Corporation
Howard R. Hawkins
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, New York 10281.
New York, NY 10281
212-504-6000
Fax : 212-504-6666
Email: howard.hawkins@cwt.com

COFINA Senior Bondholders' Coalition
Susheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd floor
New York, NY 10010
212-849-7200
Fax : 212-849-7100
Email: susheelkirpalani@quinnemanuel.com

Mutual Fund Group
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036
212-715-9505
Fax : 212-715-8000
Email: pbentley@kramerlevin.com

National Public Finance Guarantee Corporation
Lourdes Arlene Arroyo Portela
Adsuar Muniz Goyco Seda & Perez Ochoa PSC
PO Box 70294
San Juan, PR 00936
(787) 756-9000
Fax : (787) 756-9010
Email: larroyo@amgprlaw.com

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico
Robert Gordon
Richard Levin
Jenner & Block LLP
919 Third Ave New York, NY 10022-3908
212-891-1600 (telephone)
212-891-1699 (facsimile)
rgordon@jenner.com
rlevin@jenner.com

3

        QTCB Noteholder Group
        David L. Lawton
        Bracewell, LLP
        City Place I, 34th Floor
        185 Asylum Street
        Hartford, CT 06103
        860-256-8544
        Fax : 800-404-3970
        Email: david.lawton@bracewell.com

        UBS IRA Select Growth & Income Puerto Rico Fund
        John K. Cunningham
        White & Case LLP
        200 South Biscayne Boulevard, Suite 4900
        Miami, FL 33131
        305-371-2700
        Fax : 305-358-5744
        Email: jcunningham@whitecase.com

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____
       San Juan, Puerto Rico

                                       _____
                                       LAURA T. SWAIN
                                       United States District Judge