UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                        Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 210, 1016**<br><br>(Jointly Administered) |

### NOTICE OF FILING OF AMENDED SCHEDULE OF COVERED GOVERNMENTAL AGENCIES AND INSTRUMENTALITIES IN CONNECTION WITH THE UTILITIES ORDER

**PLEASE TAKE NOTICE** that on May 22, 2017, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of the Debtor entities pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, filed the *Motion of Debtor Entities for Order (A) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* [ECF No. 210] (the "Utilities Motion"). ²

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

² Capitalized terms not otherwise defined herein shall have the meanings given to them in the Utilities Motion.

**PLEASE TAKE FURTHER NOTICE** that on August 11, 2017, the Court entered the *Order (A) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (B) Deeming Utilities Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment* [ECF No. 1016] (the "Utilities Order"), granting the relief requested in the Utilities Motion.

**PLEASE TAKE FURTHER NOTICE** that the Utilities Order provides that the relief granted therein shall only extend to the governmental agencies and instrumentalities listed on Schedule 2 attached thereto, and if the Debtors seek to extend the relief set forth in the Utilities Order to any other governmental agency or instrumentality, the Debtors shall file an amended Schedule 2 (the "Amended Schedule") with the Court and provide notice thereof to the Utility Providers.

**PLEASE TAKE FURTHER NOTICE** that on March 29, 2018, AAFAF filed the *Informative Motion Regarding Entities Constituting the Central Government of the Commonwealth*, which identifies the governmental entities that constitute the central government of the Commonwealth of Puerto Rico (the "Central Government Entities List").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is an Amended Schedule that is consistent with the Central Government Entities List and identifies the governmental agencies and instrumentalities for which the Debtors seek to afford the relief set forth in the Utilities Order.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a comparison of the original Schedule 2 attached to the Utilities Order and the Amended Schedule attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that each Utility Provider shall have until April 19, 2018, to make an Additional Assurance Request with respect to any newly-identified governmental agency or instrumentality listed on the Amended Schedule.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Utilities Order, the Amended Schedule, and all other documents filed in these Title III Cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.[3]

*Remainder of Page Intentionally Left Blank*

---

[3] The Financial Oversight and Management Board for Puerto Rico, as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*, has authorized AAFAF to file this Notice on behalf of the Debtors.

Dated: March 29, 2018
San Juan, Puerto Rico

*s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Email: lmarini@mpmlawpr.com

*s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
E:mail: cvelaz@mpmlawpr.com

MARINI PIETRANTONI MUÑIZ LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico
Fiscal Agency and Financial
Advisory Authority*

*/s/ John Rapisardi*
John Rapisardi
Suzzanne Uhland
(Admitted *Pro Hac Vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

-and-

Peter Friedman
(Admitted *Pro Hac Vice*)
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Attorneys for the Puerto Rico
Fiscal Agency and Financial
Advisory Authority*

**<u>Exhibit A</u>**

**Amended Schedule**

**Schedule 2**

**Covered Governmental Agencies and Instrumentalities**

1. 911 Emergency Systems Bureau (Negociado de Sistemas de Emergencia 9-1-1)

2. Energy Affairs Administration (Dept. of Economic Development) / EAA, or AAE (Spanish acronym)

3. Puerto Rico Federal Affairs Administration (PRFAA)

4. Corrections Administration (CA, or AC (Spanish acronym))

5. Labor Development Administration (LDA, or ADL (Spanish acronym))

6. Administration for Socio-Economic Development of the Family (Dept. of the Family) / ASEDF, or ADSEF (Spanish acronym)

7. Families and Children Administration (Dept. of the Family) / FCA, or ADFAN (Spanish acronym)

8. Juvenile Institutions Administration (Dept. of Corrections) / JIA, or AIJ (Spanish acronym)

9. Horse Racing Industry and Sport Administration (Dept. of Economic Development) (HRISA, or AIDH (Spanish acronym))

10. Vocational Rehabilitation Administration (VRA, or ARV (Spanish acronym))

11. General Services Administration (GSA, or ASG (Spanish acronym))

12. Public Housing Administration (Dept. of Housing) / PHA, or AVP (Spanish acronym)

13. Right to Work Administration (Dept. of Labor) / RWA, or ADT (Spanish acronym)

14. Future Entrepreneurs and Workers Training Administration (Dept. of Labor) / FEWTA, or AAFET (Spanish acronym)

15. Administration for Integral Development of Childhood (Dept. of Family) / AIDC, or ACUDEN (Spanish acronym)

16. Child Support Administration (Dept. of the Family) / CSA, or ASUME (Spanish acronym)

17. Mental Health Services and Addiction Control Administration (ASSMCA (Spanish acronym))

18. State Agency for Emergency and Disaster Management (SAEDM, or AEMEAD (Spanish acronym))

19. Puerto Rico Census (attached to the Planning Board)

20. Public Service Appeals Commission (PSAC, or CASP (Spanish acronym))

21. Cooperative Development Commission (COOPDC, or CDCOOP (Spanish acronym))

22. State Elections Commission (CEEPR (Spanish acronym))

23. Investigation, Prosecution and Appeal Commission (IPAC, or CIPA (Spanish acronym))

24. Public Service Commission (PSC, or CSP (Spanish acronym))

25. Puerto Rico Industrial Commission (PRIC, or CIPR (Spanish acronym))

26. Traffic Safety Commission (TSC, or CST (Spanish acronym))

27. Puerto Rico Firefighters Corps

28. Medical Emergency Corps (MEC, or CEM (Spanish acronym))

29. Department of Justice - Office of the General Solicitor

30. Department of Agriculture (DA)

31. Department of Consumer Affairs (DCA, or DACO (Spanish acronym))

32. Department of Corrections and Rehabilitation (DCR)

33. Department of Economic Development and Commerce (DEDC, or DDEC (Spanish acronym))

34. Department of Education (DE)

35. Department of State

36. Department of the Treasury (DT, or Hacienda (Spanish abbreviation))

37. Department of Justice (DJ)

38. Department of the Family (DF)

39. Department of Housing (DH, or DV (Spanish acronym))

40. Department of Sports and Recreation (DSR, or DRD (Spanish acronym))

41. Department of Natural and Environmental Resources (DNER, or DRNA (Spanish acronym))

42. Department of Health (Health Department, or DS (Spanish acronym))

43. Department of Public Safety (Departamento de Seguridad Pública de Puerto Rico)

44. Department of Transportation and Public Works (DTPW, or DTOP (Spanish acronym))

45. Department of Labor and Human Resources (DLHR, or DTRH (Spanish acronym))

46. Puerto Rico National Guard (PRNG, or GNPR (Spanish acronym))

47. Institute of Forensic Sciences (IFS, or ICF (Spanish acronym))

48. Environmental Quality Board (EQB, or JCA (Spanish acronym))

49. Parole Board (PB, or JLBP (Spanish acronym))

50. Planning Board (PB, or JP (Spanish acronym))

51. Labor Relations Board (LRB, or JRT (Spanish acronym))

52. Telecommunications Regulatory Board (PRTRB, or JRTPR (Spanish acronym))

53. Land Use and Permit Reviewing Board (LUPRB, or JRPUT (Spanish acronym))

54. Bureau of Special Investigations / NIE (Spanish Acronym)

55. Advocate Office Administration (AOA, or OAP (Spanish acronym))

56. Office of Courts Administration (OCA, or OAT (Spanish acronym))

57. Office of Youth Affairs (OYA, or OAJ (Spanish acronym))

58. Central Labor Advisory and Human Resources Administration Office (CLAHRAO, or OCALARH (Spanish acronym), now Office of Administration and Transformation of Human Resources in the Government of Puerto Rico (OATHR, or OATRH (Spanish acronym))

59. Controller's Office (OCPR (Spanish Acronym))

60. Office of Government Ethics (PROGE, or OEGPR (Spanish acronym))

61. Industrial Tax Exemption Office (ITEO, or OECI (Spanish acronym))

62. Office of Management and Budget (OMB, or OGP (Spanish acronym))

63. Office of the Resident Commissioner in Washington

64. Office of the Commissioner of Municipal Affairs (OCMA, or OCAM (Spanish acronym))

65. Office of the Commissioner of Financial Institutions (OCFI, or OCIF (Spanish acronym))

66. Office of the Commissioner of Insurance (OCI, or OCS (Spanish acronym))

67. Office of the Governor (La Fortaleza)

68. Office of the Chief Permit Inspector (OCPI, or OIGPe (Spanish acronym))

69. Office for Community and Socioeconomic Development of Puerto Rico (ODSEC (Spanish acronym))

70. Office of Electoral Comptroller (OCE (Spanish acronym))

71. Office of Legislative Services (OSLPR (Spanish acronym))

72. Office of Municipal Management (Oficina de Gerencia Municipal)

73. Office of the OMBUDSMAN

74. Office of the OMBUDSMAN - Elders and Pensioners

75. Office of the OMBUDSMAN - Patients and Health

76. Office of the OMBUDSMAN - Persons with Disabilities

77. Office of the OMBUDSMAN - Veterans

78. Office of the OMBUDSMAN - Women

79. Office of the Solicitor - Special Independent Prosecutor

80. State Historic Preservation Office (SHPO, or OECH (Spanish acronym))

81. State Office of Energy Public Policy (OPEPPE (Spanish acronym))

82. Permit Management Office (PMO, or OGPe (Spanish acronym))

83. Puerto Rico Police (PRP, or PPR (Spanish acronym))

84. Pretrial Services Program (PSP, or PSAJ (Spanish acronym))

85. Criminal Justice Information System (CJIS, or SIJC (Spanish acronym))

86. Chief of Staff (Secretaria de la Gobernacion)

87. House of Representatives (Camara de Representantes)

88. Human Rights Commission (CDC (Spanish Acronym))

89. Independent Consumer Protection Office (OIPC (Spanish Acronym))

90. Natural Resources Administration

91. Puerto Rico Veterans Advocate's Office

92. Puerto Rico Education Council (CEPR (Spanish acronym))

93. Puerto Rico Energy Commission (PREC (Spanish acronym))

94. Office of the General Coordinator for Socio-Economic Financing and Self-Management

95. Court of Appeals (Tribunal de Apelaciones)

96. Court of First Instance (Tribunal de Primera Instancia)

97. Senate (Senado)

98. Statistics Institute of PR

99. Superintendent of the Capitol

100. Supreme Court (Tribunal Supremo)

# **Exhibit B**

**Comparison**

**Schedule 2**

**Covered Governmental Agencies and Instrumentalities**

1. 911 Emergency Systems Bureau (Negociado de Sistemas de Emergencia 9-1-1)

2. ~~1.~~ Energy Affairs Administration (Dept. of Economic Development) / EAA, or AAE (Spanish acronym)

3. ~~2.~~ Puerto Rico Federal Affairs Administration (PRFAA)

4. ~~3.~~ Corrections Administration (CA, or AC (Spanish acronym))

5. ~~4.~~ Labor Development Administration (LDA, or ADL (Spanish acronym))

6. ~~5.~~ Administration for Socio-Economic Development of the Family (Dept. of the Family) / ASEDF, or ADSEF (Spanish acronym)

7. ~~6.~~ Families and Children Administration (Dept. of the Family) / FCA, or ADFAN (Spanish acronym)

8. ~~7.~~ Juvenile Institutions Administration (Dept. of Corrections) / JIA, or AIJ (Spanish acronym)

9. ~~8.~~ Horse Racing Industry and Sport Administration (Dept. of Economic Development) (HRISA, or AIDH (Spanish acronym))

10. ~~9.~~ Vocational Rehabilitation Administration (VRA, or ARV (Spanish acronym))

11. ~~10.~~ General Services Administration (GSA, or ASG (Spanish acronym))

12. ~~11.~~ Public Housing Administration (Dept. of Housing) / PHA, or AVP (Spanish acronym)

13. ~~12.~~ Right to Work Administration (Dept. of Labor) / RWA, or ADT (Spanish acronym)

14. ~~13.~~ Future Entrepreneurs and Workers Training Administration (Dept. of Labor) / FEWTA, or AAFET (Spanish acronym)

15. ~~14.~~ Administration for Integral Development of Childhood (Dept. of Family) / AIDC, or ACUDEN (Spanish acronym)

16. ~~15.~~ Child Support Administration (Dept. of the Family) / CSA, or ASUME (Spanish acronym)

17. Mental Health Services and Addiction Control Administration (ASSMCA (Spanish acronym))

18. ~~16.~~ State Agency for Emergency and Disaster Management (SAEDM, or AEMEAD (Spanish acronym))

19. ~~17.~~ Puerto Rico Census (attached to the Planning Board)

20. ~~18.~~ Public Service Appeals Commission (PSAC, or CASP (Spanish acronym))

---

1   Workshare 9.5 comparison of PowerDocs://OMM_US/76220747/1 and PowerDocs://OMM_US/76220771/1. Performed on 3/29/2018.

21. ~~19.~~ Cooperative Development Commission (COOPDC, or CDCOOP (Spanish acronym))

22. State Elections Commission (CEEPR (Spanish acronym))

23. ~~20.~~ Investigation, Prosecution and Appeal Commission (IPAC, or CIPA (Spanish acronym))

24. ~~21.~~ Public Service Commission (PSC, or CSP (Spanish acronym))

25. ~~22.~~ Puerto Rico Industrial Commission (PRIC, or CIPR (Spanish acronym))

26. ~~23.~~ Traffic Safety Commission (TSC, or CST (Spanish acronym))

27. ~~24.~~ Puerto Rico Firefighters Corps

28. ~~25.~~ Medical Emergency Corps (MEC, or CEM (Spanish acronym))

29. ~~26.~~ Department of Justice - Office of the General Solicitor

30. ~~27.~~ Department of Agriculture (DA)

31. ~~28.~~ Department of Consumer Affairs (DCA, or DACO (Spanish acronym))

32. ~~29.~~ Department of Corrections and Rehabilitation (DCR)

33. ~~30.~~ Department of Economic Development and Commerce (DEDC, or DDEC (Spanish acronym))

34. ~~31.~~ Department of Education (DE)

35. ~~32.~~ Department of State

36. ~~33.~~ Department of the Treasury (DT, or Hacienda (Spanish abbreviation))

37. ~~34.~~ Department of Justice (DJ)

38. ~~35.~~ Department of the Family (DF)

39. ~~36.~~ Department of Housing (DH, or DV (Spanish acronym))

40. ~~37.~~ Department of Sports and Recreation (DSR, or DRD (Spanish acronym))

41. ~~38.~~ Department of Natural and Environmental Resources (DNER, or DRNA (Spanish acronym))

42. ~~39.~~ Department of Health (Health Department, or DS (Spanish acronym))

43. Department of Public Safety (Departamento de Seguridad Pública de Puerto Rico)

44. ~~40.~~ Department of Transportation and Public Works (DTPW, or DTOP (Spanish acronym))

45. ~~41.~~ Department of Labor and Human Resources (DLHR, or DTRH (Spanish acronym))

2    Workshare 9.5 comparison of PowerDocs://OMM_US/76220747/1 and PowerDocs://OMM_US/76220771/1. Performed on 3/29/2018.

46. ~~42.~~ Puerto Rico National Guard (PRNG, or GNPR (Spanish acronym))

47. ~~43.~~ Institute of Forensic Sciences (IFS, or ICF (Spanish acronym))

48. ~~44.~~ Environmental Quality Board (EQB, or JCA (Spanish acronym))

49. ~~45.~~ Parole Board (PB, or JLBP (Spanish acronym))

50. ~~46.~~ Planning Board (PB, or JP (Spanish acronym))

51. ~~47.~~ Labor Relations Board (LRB, or JRT (Spanish acronym))

52. ~~48.~~ Telecommunications Regulatory Board (PRTRB, or JRTPR (Spanish acronym))

53. ~~49.~~ Land Use and Permit Reviewing Board (LUPRB, or JRPUT (Spanish acronym))

54. Bureau of Special Investigations / NIE (Spanish Acronym)

55. ~~50.~~ Advocate Office Administration (AOA, or OAP (Spanish acronym))

56. ~~51.~~ Office of Courts Administration (OCA, or OAT (Spanish acronym))

57. ~~52.~~ Office of Youth Affairs (OYA, or OAJ (Spanish acronym))

58. ~~53.~~ Central Labor Advisory and Human Resources Administration Office (CLAHRAO, or OCALARH (Spanish acronym), now Office of Administration and Transformation of Human Resources in the Government of Puerto Rico (OATHR, or OATRH (Spanish acronym))

59. Controller's Office (OCPR (Spanish Acronym))

60. ~~54.~~ Office of Government Ethics (PROGE, or OEGPR (Spanish acronym))

61. ~~55.~~ Industrial Tax Exemption Office (ITEO, or OECI (Spanish acronym))

62. ~~56.~~ Office of Management and Budget (OMB, or OGP (Spanish acronym))

63. ~~57.~~ Office of the Resident Commissioner in Washington

64. ~~58.~~ Office of the Commissioner of Municipal Affairs (OCMA, or OCAM (Spanish acronym))

65. ~~59.~~ Office of the Commissioner of Financial Institutions (OCFI, or OCIF (Spanish acronym))

66. ~~60.~~ Office of the Commissioner of Insurance (OCI, or OCS (Spanish acronym))

67. ~~61.~~ Office of the Governor (La Fortaleza)

68. ~~62.~~ Office of the Chief Permit Inspector (OCPI, or OIGPe (Spanish acronym))

69. Office for Community and Socioeconomic Development of Puerto Rico (ODSEC (Spanish acronym))

---

3   Workshare 9.5 comparison of PowerDocs://OMM_US/76220747/1 and PowerDocs://OMM_US/76220771/1. Performed on 3/29/2018.

| | 70. | Office of Electoral Comptroller (OCE (Spanish acronym)) |
| | 71. | Office of Legislative Services (OSLPR (Spanish acronym)) |
| | 72. | Office of Municipal Management (Oficina de Gerencia Municipal) |
| | 73. | Office of the OMBUDSMAN |
| | 74. | Office of the OMBUDSMAN - Elders and Pensioners |
| | 75. | Office of the OMBUDSMAN - Patients and Health |
| | 76. | Office of the OMBUDSMAN - Persons with Disabilities |
| | 77. | Office of the OMBUDSMAN - Veterans |
| | 78. | Office of the OMBUDSMAN - Women |
| | 79. | Office of the Solicitor - Special Independent Prosecutor |
| | 80. | ~~63.~~ State Historic Preservation Office (SHPO, or OECH (Spanish acronym)) |
| | 81. | State Office of Energy Public Policy (OPEPPE (Spanish acronym)) |
| | 82. | ~~64.~~ Permit Management Office (PMO, or OGPe (Spanish acronym)) |
| | 83. | ~~65.~~ Puerto Rico Police (PRP, or PPR (Spanish acronym)) |
| | 84. | ~~66.~~ Pretrial Services Program (PSP, or PSAJ (Spanish acronym)) |
| | 85. | ~~67.~~ Criminal Justice Information System (CJIS, or SIJC (Spanish acronym)) |
| | 86. | Chief of Staff (Secretaria de la Gobernacion) |
| | 87. | House of Representatives (Camara de Representantes) |
| | 88. | Human Rights Commission (CDC (Spanish Acronym)) |
| | 89. | Independent Consumer Protection Office (OIPC (Spanish Acronym)) |
| | 90. | ~~68.~~ Natural Resources Administration |
| | 91. | ~~69.~~ Puerto Rico Veterans Advocate's Office |
| | 92. | Puerto Rico Education Council (CEPR (Spanish acronym)) |
| | 93. | Puerto Rico Energy Commission (PREC (Spanish acronym)) |
| | 94. | ~~70.~~ Office of the General Coordinator for Socio-Economic Financing and Self-Management |
| | 95. | Court of Appeals (Tribunal de Apelaciones) |

4     Workshare 9.5 comparison of PowerDocs://OMM_US/76220747/1 and PowerDocs://OMM_US/76220771/1. Performed on 3/29/2018.

| 96.  | Court of First Instance (Tribunal de Primera Instancia) |
| 97.  | Senate (Senado) |
| 98.  | Statistics Institute of PR |
| 99.  | Superintendent of the Capitol |
| 100. | Supreme Court (Tribunal Supremo) |

5   Workshare 9.5 comparison of PowerDocs://OMM_US/76220747/1 and PowerDocs://OMM_US/76220771/1. Performed on 3/29/2018.

Document comparison by Workshare 9.5 on Thursday, March 29, 2018 3:22:16 PM

| Input: | |
|---|---|
| Document 1 ID | PowerDocs://OMM_US/76220747/1 |
| Description | OMM_US-#76220747-v1-Original_Schedule_2_to_Utilities_Order |
| Document 2 ID | PowerDocs://OMM_US/76220771/1 |
| Description | OMM_US-#76220771-v1-New_Schedule_2_to_Utilities_Order |
| Rendering set | OMM Standard |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 130 |
| Deletions | 70 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 200 |

6    Workshare 9.5 comparison of PowerDocs://OMM_US/76220747/1 and PowerDocs://OMM_US/76220771/1. Performed on 3/29/2018.