# EXHIBIT A

# Reorg Research

Josephine Gregorio - Cadwalader, Wickersham & Taft
*2018-04-02 15:55:00*

Puerto Rico

## AAFAF Posts Fiscal 2018 Budget Documents as Ordered by San Juan Judge

Thu 03/29/2018 18:41 PM

*Relevant Documents:*
PROMESA Requirement 1A
PROMESA Requirement 1B
PROMESA Requirement 1C
PROMESA Requirement 1D

The Puerto Rico Fiscal Agency and Financial Advisory Authority posted draft fiscal 2018 budget documents this evening in connection with a San Juan judge's March 16 order to release them.

The documents prepared by the Office of Management and Budget Office had been submitted to the PROMESA oversight board in April 2017 as part of the budget process for the current fiscal year that ends June 30.

On March 16, San Juan Court of First Instance Judge Lauracelis Roques ordered the administration of Gov. Ricardo Rosselló to release a draft version of its fiscal 2018 budget bill within 10 days. The ruling, in a nearly year-old lawsuit filed by Senate Minority Leader Eduardo Bhatia last May, came in the midst of the fiscal 2019 budget process.

The following documents were disclosed today by AAFAF:

- **PROMESA Requirement #1A:** Recommended General Fund Budget by Agency (fiscal 2015 to fiscal 2018);

- **PROMESA Requirement #1B:** Recommended Consolidated Budget by Agency (fiscal 2015 to fiscal 2018);

- **PROMESA Requirement #1C:** Recommended General Fund Budget by Concept and Source of Funds (fiscal 2018); and

- **PROMESA Requirement #1D:** Recommended Consolidated Budget by Concept and Source of Funds (fiscal 2018).

Reorg Research, Inc. makes no representation or warranty, express or implied, as to the completeness or accuracy of this information and assumes no responsibility to update this information. This information is not, and should not be construed as, an offer to sell or the solicitation of an offer to buy any securities. In addition, nothing contained herein is intended to be, nor shall it be construed as an investment advice, nor is it to be relied upon in making any investment or other decision. Reorg Research, Inc. does not act as a broker, dealer or investment adviser. Prior to making any investment decision, you are advised to consult with your broker, investment adviser, or other appropriate tax or financial professional to determine the suitability of any investment. Reorg Research, Inc. shall not be responsible or have any liability for investment decisions based upon, or the results obtained from, the information provided.

© Copyright 2012 - 2018