No. 2389]; Filsinger Energy Partners [Dkt. No. 2390] and Navarro-Cabrer Law Offices [Dkt. No. 2391]; and

c. To any professional or firm for whom an executed copy of the Disclosure Agreement and Protective Order is filed with the Court on or after the date of this Order.

This Disclosure Agreement and Protective Order shall govern in the event that the Fee Examiner, the Fee Examiner Counsel, the U.S. Trustee or their representatives are requested (by oral questions, interrogatories, requests for information or documents, subpoena, or similar process) to disclose any information regarding the Confidential Materials or its dealing with the Professionals or their representatives.

This Stipulated Disclosure Agreement and Protective Order, once executed and entered by the Court, shall be deemed to incorporate and shall govern each Stipulated Disclosure Agreement and Protective Order in the form hereof that is executed on behalf of the Fee Examiner and one or more parties in interest and is filed on, before or after this date on the ECF system in the above-captioned jointly administered cases.

Counsel to the Court-appointed Fee Examiner:

Dated: April 2, 2018

/s/ Katherine Stadler
Katherine Stadler
Godfrey & Kahn, S.C

Counsel to AAFAF and the Puerto Rico Treasury Department

Dated: April 3, 2018

By: _____
Manuel Lopez-Zambrana, Esq.
Firm/Org.: **DLA Piper (Puerto Rico) LLC**

By: _____
John Merrigan, Esq.
Firm/Org.: **DLA Piper LLP (US)**

IT IS SO ORDERED:

Dated: April ___, 2018
New York, New York

Entered pursuant to Stipulated Disclosure Agreement and Protective Order Signed and Entered April 2, 2018 [Dkt. No. 2832]

_____
UNITED STATES DISTRICT JUDGE

18587327.4

6