# **EXHIBIT 2**

TABLE II

**Active Cases filed by PRHTA Managerial Employees before
The Puerto Rico Public Service Appeal Commission (CASP)
that have been stayed pursuant to PROMESA Title III proceedings,
No. 17 BK 3283-LTS US District Court for the District of Puerto Rico**

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRHTA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| Case No.: 2015-04-3596 María del Carmen Rolón Castillo y Magdalena Baranda Pérez Appeal filed April 29, 2015 | Reclassification of Position Denial Challenge | Informative Motion on Notification of Non-Compliance with Requirements on Request for Appeal June 30, 2015 | None | None | None | None | None | None |
| Case No. 2016-04-1111 Nurys Molina Pérez Appeal filed April 26, 2016 | Reclassification of Position (Challenge of Denial or non-consideration of petition to reclassify the same) | December 20, 2016-Appellant filed Motion Requesting Reconsideration of the appeal rejection by the Commission Clerk. (pending) | None | None | None | None | None | A claim of the same nature was filed on behalf of Appellant before the PRHTA Board of Appeals. Initially that appeal was dismissed but that ruling was later reversed by the PR Court |

TABLE II

**Active Cases filed by PRHTA Managerial Employees before
The Puerto Rico Public Service Appeal Commission (CASP)
that have been stayed pursuant to PROMESA Title III proceedings,
No. 17 BK 3283-LTS US District Court for the District of Puerto Rico**

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | of Appeals. (See Table I, case No. 2016-ACT-003). |
| Case No. 2016-10-0511<br>Asunción Quiñonez Colón<br>Appeal filed<br>October 12, 2016 | Claim of unpaid difference of the Christmas Bonus for the year 2014 | None | None | None | None | None | None | None |
| Case No. 2016-22-0658<br>Aleyda Berríos Rivera<br>Appeal filed<br>November 30, 2016 | Request for the Reclassification of Position | None | None | None | None | None | **None** | **None** |
| Case No. 2016-04-1117<br>José García Morales and others<br>Appeal filed<br>April 7, 2016 | Claim of unpaid difference of the Christmas Bonus for the year 2014 | June 15, 2016-PRHTA filed its Answer to Complaint | None | None | None | None | None | None |