**EXHIBIT 3**

# TABLE III
# CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
## Before the PRHTA Appeals Board
### (Stayed pursuant to PROMESA Title III proceedings, No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRHTA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| 2012-CT-056 Barbosa Vélez, Cecilia September 13, 2012- Appeal filed | Reclassification of Position | October 11, 2012 – PRHTA filed its Answer to Appeal | Both Parties October 16, 2012 Concluded. | None | None | May 20, 2016 –Vacated . The parties informed that they were holding settlement conversations/negotiations. | Pending | 1/sept/2016- Settlement Confidential Agreement executed by the Parties. The Appellant has not filed the Motion for Voluntary Dismissal because the PRTH has not certified compliance with the obligations assumed as peer the settlement agreement. |
| 2012-ACT-035 Ferreira Merced, Giovanna July 18, 2012- Appeal filed | Reclassification of Position | August 3, 2012 – PRHTA filed its Answer to the Appeal September 12 2017 – Execution of the Settlement Agreement | Discovery concluded for both Parties on 2012. | December 4, 2012- Status Conference October 29, 2015- Status Conference | None | February 18, 2016 – Vacated as per joint request by the parties who informed they were holding settlement conversations/negotiations. | Pending May 12, 2017 – Board ordered the parties to report the status of the case. | September 2016- Settlement Confidential Agreement signed by the Parties The Appellant has not filed the Motion of Withdrawal of the case because the PRTH has not certified that have enforced the Agreement May 30, 2017 – The Appellant informed the |

# TABLE III
## CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
### Before the PRHTA Appeals Board
(Stayed pursuant to PROMESA Title III proceedings,
No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Forum about the transaction agreement and efforts to corroborate and finalize the agreed agreements. |
| 2012-ACT-038 Fernández Rivera, Gloria S. August 3, 2012 Appeal | Reclasification | August 21, 2012 - P Apelada | September 28, 2012 – Discovery<br><br>October 3, 2012 – PRTH answer discovery<br><br>October 9, 2012 – Appellant answer discovery<br><br>October 16, 2012 Appellant answer discovery<br><br>September 12, 2013 – Appellant. requested the conclusion of discovery and the scheduling of a hearing. | December 4, 2012- Staus Conferenc<br><br>Octubre 29, 2015 – Staus Conference | Pre Trial Orden December 4, 2012 | 16 de febrero de 2016. | Pending May 12, 2017 – Board ordered the parties to report the status of the case. | September 2016- Settlement Confidential Agreement signed by the Parties<br><br>The Appellant has not filed the Motion of Withdrawal of the case because the PRTH has not certified that have enforced the Agreement<br><br>May 30, 2017 – The Appellant informed the Board about the existence of the settlement agreement and its efforts to confirm the terms of the same. |

# TABLE III
## CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
### Before the PRHTA Appeals Board
**(Stayed pursuant to PROMESA Title III proceedings,
No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2012-ACT-057<br><br>Ortíz Ortíz, Wanda<br><br>September 14, 2012- Appeal filed | Request for Reclassification of Position | November 28, 2012 – PRHTA's Answer to Appeal | January 16, 2013 – Appellant's notified written discovery<br><br>Discovery concluded | None | None | None | None | September 6, 2016 Confidential Agreement executed by the Parties<br><br>The Appellant has not filed the Motion for Voluntary Dismissal because the PRTH has not certified it will comply with its obligations pursuant to the Agreement |
| 2012-ACT-047<br><br>Santiago Adorno, Blanca I.<br><br>September 5, 2012 Appeal filed | Request for Reclassification of Position | September 19, 2012 – PRHTA's Answer to Appeal | September 19, 2012 – PRHTA<br><br>September 26, 2016 – Appellant<br><br>October 19, 2012 – Appellant's answer<br><br>November 26, 2012 – PRHTA's answer | January 22, 2014- Status conference<br><br>May 12, 2014 – Status conference | None | May 11, 2016 | Pending | September 1, 2016 – Confidential Settlement Agreement executed by the Parties<br><br>The Appellant has not filed the Motion for Voluntary Dismissal because the PRTH has failed to certify it will comply with its obligations pursuant to the Agreement. |

# TABLE III
## CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
### Before the PRHTA Appeals Board
### (Stayed pursuant to PROMESA Title III proceedings, No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | May 14, 2014 – discovery concluded | | | | | |
| 2012-ACT-002 Santiago Guzmán, Merari March 7, 2012 Appeal March 13, 2012 – Amended Appeal filed | Request for Reclassification of Position | May 30, 2012 – PRHTA's Answer to Appeal | June 1, 2012 – PRHTA August 15, 2012 – Appellant's answer September 28, 2012 – Appellant October 18, 2012 – PRHTA's answer Discovery concluded for both Parties | January 15, 2013 - status conference October 29, 2015- Status conference | None | None | None | September, 2016 - Confidential Agreement signed by the Parties The Appellant has not filed the Motion for Voluntary Dismissal because the PRTH has failed to certify it will comply with its obligations pursuant to the Agreement/ |
| 2014-ACT-017 Torres Cruz, Miguel October 23, 2014 Appeal | Request for Reclassification of Position | September 2, 2015 - PRHTA's Answer to Appeal | None | None | None | None | None | April 2016 - Confidential Agreement executed by the Parties The Appellant has not filed the Motion for Voluntary Dismissal because the PRTH has failed to certify it will |

# TABLE III
# CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
**Before the PRHTA Appeals Board**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | comply with its obligations pursuant to the Agreement |
| 2012-ACT-061 López Abril, Rafael September 25, 2012 Appeal | Request for Reclassification of Position | October 17, 2012 – PRHTA Answer to Appeal | November 28, 2012 – Appellants Answer | October 29, 2014 – Status Conference | May 22, 2014 – Pre-Trial Order- Report | April 13, 2016 – suspended | Pending | September 1, 2016 – Confidential Agreement signed by the Parties

The Appellant has not filed the Motion of Withdrawal of the case because the PRTH has failed to certify it will comply with its obligations pursuant to the terms of the agreement. |
| 2012-ACT-040 Núñez Rivera, Bernice August 3, 2012 Appeal filed | Request for Reclassification of Position | August 17, 2012 – PRHTA's Answer to Appeal | August 17, 2012 –PRHTA's

September 12 y 27, 2012 – Appellant's

October 3, 2012 -PRHTA's answer

October 19, 2012 – Appellant's answer | December 11, 2012 – Status Conference | None | June 1, 2016 – without effect | pending | September 1, 2016 - Confidential Agreement signed by the Parties

The Appellant has not filed the Motion of Withdrawal of the case because the PRTH has failed to certify it will comply with its obligations pursuant to the terms of the agreement. |

# TABLE III
## CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
### Before the PRHTA Appeals Board
**(Stayed pursuant to PROMESA Title III proceedings,
No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2012-ACT-037<br><br>Gonzalez Class, Carmen<br><br>February 11, 2016 Appeal | Request for Reclassification of Position | August 21, 2012 – PRHTA Answer to Appeal | September 6, 2012 – PRHTA Discovery Request<br><br>September 13 and 27, 2012 – Appellants Discovery Request<br><br>November 1, 2012 – Appellants Answer<br><br>Discovery completed | December 4, 2012 – status conference<br><br>October 30, 2014 – status conference<br><br>October 29, 2015 – status conference | | June 24, 2016 – agreement presented to JA<br><br>May 23, 2017 – Appellant asked for a waiver<br><br>February 11, 2016 – 20 days for the presentation of the agreement | | Confidential Agreement signed by the Parties<br><br>The Appellant has not filed the Motion of Withdrawal of the case because the PRTH has not certified that have enforced the Agreement |
| 2008-ACT-008<br><br>Juan Hernández Rivera<br>June 13, 2008-<br>Appeal filed | Claim for Reimbursement of Travel Expenses and *Per Diem* | The PRHTA filed its Answer to the Appeal- December 29, 2008. | | Many Status conferences held | None | None | None | On July, 2013 PRHTA and the Appellant executed a Settlement Agreement and Release providing for a payment of $3,500.00 dollars to by the PRHTA to the Appellant. The Agreement was signed on behalf of the PRHTA by then Legal Counsel of the agency Antonio Adrover, ESQ. The attorney who |

# TABLE III
# CASES WITH SETTLEMENT AGREEMENT PENDING RESOLUTION
**Before the PRHTA Appeals Board**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | represented the agency before the Appeals Board did not sign the agreement. Later, the agency retracted from the agreement. Before the Board issued its stay order, the case was active with a pending controversy over the amendment of the Appeal. |