# **EXHIBIT 4**

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRTHA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| 2004-ACT-097 Rodríguez Regis, Deglans<br><br>Appeal May 28, 2004<br><br>Appeal October 27, 2004<br><br>Amend Appeal | Reclassification and Retribution | July 30, 2004 – PRHTAA Answer to Appeal<br><br>November 17, 2004 – Answer to Amend Appeal<br><br>November 21, 2014 – PRTH filed Motion for Dismissal for lack of jurisdiction.<br><br>August 5, 2015 – PRTH notify the Appellant Motion for Dismissal;<br><br>August 25, 2015 – Appellant filed Motion in Opposition to Dismissal | First Interrogatories September 15, 2009 – PRHTAA | October 20, 2004 – Status Conference<br><br>April 2, 2010 – Status Conference<br><br>June 13, 2013 - Pre-Trial Conference | September 9, 2009 – Pre-Trial Order- Report | December 9, 2015 - The parties agreed to submit the case based on the report of the experts and the documents in the file. | October 13, 2015 – The Board denied the Dismissal request and scheduled Full Hearing for December 9, 2015.<br><br>December 9, 2015 Full Hearing held | December 9, 2015 Case submitted to the Board for final adjudication. |

1

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2004-ACT-063<br>Colón Irizarry, Ramón<br><br>April 12, 2004<br>Appeal | None | May 17, 2004 - PRHTAA Answer to Appeal<br><br>February 10, 2005 - Amend Appeal<br><br>May 2, 2005 - Answer Appeal Amend<br><br>November 1, 2012 – PRTH presented their Memorandums of Law.<br><br>April 22, 2015 – Appellant summited Memorandum of Law, and request Hearing. | Both parties conducted discovery of evidence. Dates not currently available. | August 16, 2004 – Status Conference<br><br>August 6, 2011- Status Conference canceled<br><br>August 24, 2011 – Status Conference canceled<br><br>September 28, 2011 – Status Conference<br><br>October 2, 2012 – Status Conference | November 15, 2011- Joint Pre-Trial filed<br><br>November 16, 2011 – Pre -Trial | None | August 29, 2012 – Full Hearing -The parties agreed to submit memorandum of law. | Case submitted to the Board for final adjudication |
| 2012-ACT-027<br>Collazo Oropeza, Gisela<br><br>June 20, 2012<br>Appeal | Request for Reclassification of Position | August 3, 2012 – PRHTAA Answer Appeal | Completed | October 29, 2015 | None | February 4, 2016 | Pending | Case submitted to the Board for final adjudication |

2

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2012- ACT-043 Ramos Pitre, Daisy<br><br>August 20, 2012 Appeal | Request for Reclassification of Position | October 1, 2012 – PRHTAA's Answer Appeal | September 25, 2012 – PRHTAA<br><br>January 16, 2013 – Appellant notified written discovery | October 21, 2014 | None | January 28, 2016 | Pending | Case submitted to the Board for final adjudication |
| 2003-ACT-077 Vázquez Rivera, Carlos I.<br><br>November 12, 2003 Appeal<br><br>March 26, 2004 – Amended Appeal | Classification and Retribution Plan. | May 14, 2004 – PRHTAA's Answer Appeal<br>April 21, 2005 – Parties submitted Memorandums with stipulated evidentiary documents.<br><br>May 19, 2009 – Committee Determines to hold a new hearing<br><br>October 30, 2012 – PRHTAA Memorandum of Law | 2005 Interrogatories and Request Production of Documents<br><br>2007 – Amended Interrogatories and Request Production of Documents | December 17, 2004 – Initial Full Evidentiary hearing<br><br>January 25, 2005 – Continuation of First evidentiary hearing continuation<br><br>February 2007 – Appeals Committee orders a new hearing*<br><br>June 14, 2007 – Status conference<br><br>June 28, 2007 – Status conference | None | August 15, 2012 – 3rd hearing<br>This case has had three Full Evidentiary Hearings before different members of the Appeals Committee and/or the Appeals Board, its legal successor. | Pending | * This case has been waiting an adjudication on the merits since 2005 when it was first submitted for final adjudication by the parties after the full hearing was held for the first time. Twice again the evidentiary hearing was held (before different members of the forum) and the parties have submitted the case for final adjudication as well.. |

3

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 2013 – Dialog Committee | | October 5, 2005 – hearing in which the parties notified they were holding settlement conversations/negotiations<br><br>October 17, 2007 – 2nd hearing | | | | It is currently awaiting a final resolution by the Board. |
| 2008-ACT-044 Vázquez Velázquez, Janet y otros<br><br>April 10, 2008 Appeal | Wages Claim | May 5, 2008 – PRHTAA's Answer to Appeal<br><br>June 28, 2013 – Appellant's Memorandum<br><br>October 28, 2013 – PRHTAA's Memorandum | February 17, 2009 – PRHTAA written discovery (Interrogatories)<br><br>January 2013 – Appellants' written discovery (Interrogatories) | May 23, 2013 – Status conference | None | None | June 9, 2015- Final – Partial (desestimando y archivando con perjuicio) | Nine (9) of the Appellants retired and waived these claims to accept a retirement incentive program adopted by the PRTHA These are: Diana Rey García Eugenio Cruz Brito Héctor González Molina José M. Torres Rivera  José W. Granado Velázquez |

4

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Marcos Torres Rosario Ramon Valentín González Vanessa Bosques Colón Juan M. Hernández Ruiz. Case submitted to the Board for final adjudication since 2013. |
| 2004-ACT-042 Vázquez Velázquez, Janet March 10, 2 004 Appeal February 1, 2008 – Amended Appeal | Claim arising from 2003 Classification and Retribution Plan | May 12, 2004 – PRHTAA's Answer to Appeal June 3, 2010 – PRHTAA's Answer to Appeal | None | June 2, 2004 – status conference August 20, 2004 – status conference April 14, 2010 – status conference August 25, 2010 – status conference August 31, 2011 – hearing canceled | December 1, 2010 – Proposed Pre- Trial Conference filed | October 8, 2015- Full evidentiary hearing held, | None | Case submitted to the Board for final adjudication. |

Case:17-03283-LTS Doc#:2844-5 Filed:04/04/18 Entered:04/04/18 20:53:05 Desc:
Exhibit 4 Page 7 of 9


**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | September 19, 2012 – argumentative hearing | | | | |
| 2004-ACT-072 Rivera Marrero, Denis M. April 27, 2004 Appeal | Classification and Retribution Plan | July 13, 2010- PRTH Appeal Answer and Request for Dismissal. | September 7, 2011 Parties stipulated the Facts and Documentary evidence - | April 9, 2008. Status Conference, Status Conference, February 19, 2009. Status Conference- April 14, 2010 | August 27, 2008. Joint Proposed Pre-Trial Order (Report) filed September 9, 2008. Pre-Trial Conference- | May 20, 2009. August 17, 2011. November 5, 2015 | None | The case was submitted by the parties to the Board for final adjudication after the full evidentiary hearing was held. |
| 2003-ACT-082 Flores Miranda, Edwin November 2, 2003 Appeal 2003-ACT-103 Siberón Maldonado, Miguel | Claims arising from the implementation of the 2003 Classification and Retribution Plan | April 14, 2004, PRTHA filed its Answer to the Appeal | None | Status Conferences held on: August 21, 2013, June 18, 2004, May 30, 2012 and August 21, 2013 | December 13, 2013- Joint Proposed Pre-Trial Order filed Pre-Trial Conference held on December 16, 2013 | October 27, 2015- Full Evidentiary Hearing held | None | The case was submitted by the parties to the Board for final adjudication after the full evidentiary hearing was held. |

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| December 9, 2003<br><br>(Note: These cases were consolidated) | | | | | | | | |
| 2009-ACT-020<br>Romero Ramírez, Ricardo<br>September 10, 2009<br>Appeal | Wages Claim (reinstatement of Salary Differential Based on Expertise) | March 15, 2010- Answer to Appeal<br><br>June 10, 2014- Appellees filed its Memorandum of Law in Support of Denial of the Appeal after the full evidentiary hearing was held<br><br>June 16, 2014- Appellant filed its - Memorandum of Law in Support of the Claim after the final hearing was held. | June 11, 2013- Appellee notifies written discovery to PRTHA (First Interrogatories) | November 6, 2013- Status Conference | Final Adjudicative (Full) Hearing was held on May 2, 2014. | June 11, 2013- (postponed) December 20, 2013- Postponed) March 6, 2014- (postponed) May 2, 2014- Full Evidentiary and Adjudicative Hearing held | None | Case submitted by the parties to the Board for final adjudication. |

7

**TABLE IV**
**CASES SUBMITTED FOR FINAL ADJUDICATION**
**TO THE PRTHA APPEALS BOARD AFTER FULL HEARING**
**PENDING RESOLUTION**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2003-ACT-054 Rivera Collazo, Haydee<br><br>October 6, 2003 Appeal<br><br>June 2, 2005 Amended Appeal filed | Claim arising from the implementation of the 2003 Classification and Retribution Plan | May 14, 2006 Answer to Amended Appeal May 14, 2006 | June 2, 2005- PRTHA notifies written discovery | May 16, 2012- Status Conference | September 7, 2007-Joint Proposed Pre-Trial Order filed<br><br>Pre-Trial Conference- November 7, 2007<br><br>Amended Joint Proposed Pre- Trial filed June 12, 2012 | Full evidentiary hearing was held on the following dates: April 15, 2014, November 25, 2014, October 13, 2015, December 4, 2015. | None | Case submitted by the parties to the Board for final adjudication. |