**EXHIBIT 5**

**TABLE V**
**CASES BEFORE PUERTO RICO COURT OF FIRST INSTANCE (TPIPR)**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRHTA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| Civil No..KAC 2016-0762 Ferdinand Cedeño Rivera Complaint filed August 8, 2016 | Suit filed by retired PRHTA managerial employee claiming his liquidation payment due after his retirement, including the payment of vacation and sick leave | October 11, 2016- PRHTA filed its Answer to Complaint | November 18, 2016- Defendant notified written discovery (Interrogatories and Request for Production of Documents) January 17, 2017- Plaintiff notifies written discovery (Interrogatories and Request for the Production of Documents and Admissions) and Answer to written discovery notified by Defendant February 17, 2017- Defendant's Answer to Request for Admissions | October 26, 2016- Initial Scheduling Conference March 20, 2017- Status Conference May 31st, 2017- "Procedural Hearing" | None | | July 29, 2017- Order of Stay pursuant to Title III of PROMESA | None |

**TABLE V**
**CASES BEFORE PUERTO RICO COURT OF FIRST INSTANCE (TPIPR)**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRHTA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| | | | March 27, 2017- Defendant's Answer to Interrogatories and Request for Production of Documents | | | | | |
| KPE 2016-2740 José R. Pesante Rojas Complaint filed- September 26, 2016 | Suit filed by retired PRHTA managerial employee claiming his liquidation payment due after his retirement, including the payment of vacation and sick leave | February 24, 2016- PRHTA filed its Answer to Complaint February 24, 2016 | None | July 5, 2017- Initial Scheduling Conference | April 25, 2017- Joint Case Management Report filed | None | None | None |

**TABLE V**
**CASES BEFORE PUERTO RICO COURT OF FIRST INSTANCE (TPIPR)**
**(Stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS, US District Court for the District of Puerto Rico)**

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRHTA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| SJ 2017-CV-00261 Asunción Quiñones Colón May 3, 2017 | Wages Claim (Unpaid balance of Christmas Bonus for the year 2014) | May 3, 2017- PRHTA filed its Answer to Complaint | None | Initial Conference July 18, 2017 | April 25, 2017- Joint Case Management Report filed | None | None | None |