UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------x

ORDER REQUIRING THE OVERSIGHT BOARD TO CONFER
WITH THE OTHER PARTIES IN INTEREST REGARDING THE APRIL 25, 2018 OMNIBUS HEARING

Given the limited number of matters scheduled for the April 25, 2018 Omnibus Hearing (the "Omnibus Hearing"), and in an effort to reduce the costs associated with travel to Puerto Rico by mainland-based counsel, the Court is considering whether to relocate or adjourn the Omnibus Hearing. As such, the Oversight Board is directed to confer with the various parties-in-interest in these cases and associated adversary proceedings regarding the status of matters scheduled for the Omnibus Hearing. Specifically, the Oversight Board must inform the Court, by filing of an informative motion no later than **Wednesday, April 11, 2018 at 12:00 p.m.** (prevailing Atlantic Standard Time), of the following:

1. The status of each matter noticed for the Omnibus Hearing and whether such matter is (i) likely to be unopposed and able to be taken on submission or filed on presentment, or (ii) likely to be opposed and require a hearing.

2. To the extent that a hearing is required for any matter, the parties' views on whether the Omnibus Hearing should (i) proceed as scheduled in San Juan,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(ii) be relocated to New York (with televideo capability for participation from San Juan) or (iii) be adjourned to the next Omnibus Heading date.

SO ORDERED.

Dated: April 5, 2018

          /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge