# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>        Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| The Official Committee of Unsecured Creditors of the Commonwealth of Puerto Rico,<br><br>    as agent of<br><br>The Financial Oversight and Management Board For Puerto Rico<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico,<br><br>        Plaintiff,<br><br>   -v-<br><br>Bettina Whyte,<br><br>    as agent of<br><br>The Financial Oversight and Management Board For Puerto Rico | Adv. Proc. No. 17-257 (LTS) |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747).

|  |
|---|
| as representative of<br><br>The Puerto Rico Sales Tax Financing Corporation,<br><br>              Defendant. |

**THE PUERTO RICO FUNDS' INFORMATIVE MOTION
<u>REGARDING APRIL 10, 2018 COMMONWEALTH-COFINA HEARING</u>**

Certain Puerto-Rico based mutual funds (collectively, the "Puerto Rico Funds"),[2] hereby submit this informative motion and request to be heard pursuant to the Court's *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the April 10, 2018 Commonwealth-COFINA Hearing* [Docket No. 411], and respectfully state as follows:

1. Jason N. Zakia of White & Case LLP will appear in person on behalf of the Puerto Rico Funds at the hearing on April 10, 2018 in Courtroom 17C of the United States District Court for the Southern District of New York.

2. Mr. Zakia will be prepared to address, on behalf of the Puerto Rico Funds, the *Mutual Fund Group's and Puerto Rico Funds' Motion for Summary Judgment* [Docket. No. 318], and other pleadings filed by the Puerto Rico Funds relating to summary judgment in the above-captioned proceeding. Mr. Zakia will also be prepared to address any statements made by any party in connection with the title III cases or any adversary proceeding pending therein.

---

[2] The Puerto Rico Funds are the following Puerto Rico-based funds: Puerto Rico AAA Portfolio Bond Fund II, Inc.; Puerto Rico AAA Portfolio Bond Fund, Inc.; Puerto Rico AAA Portfolio Target Maturity Fund, Inc.; Puerto Rico Fixed Income Fund, Inc.; Puerto Rico Fixed Income Fund II, Inc.; Puerto Rico Fixed Income Fund III, Inc.; Puerto Rico Fixed Income Fund IV, Inc.; Puerto Rico Fixed Income Fund V, Inc.; Puerto Rico Fixed Income Fund VI, Inc.; Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.; Puerto Rico Investors Bond Fund I; Puerto Rico Investors Tax-Free Fund, Inc.; Puerto Rico Investors Tax-Free Fund, Inc. II; Puerto Rico Investors Tax-Free Fund III, Inc.; Puerto Rico Investors Tax-Free Fund IV, Inc.; Puerto Rico Investors Tax-Free Fund V, Inc.; Puerto Rico Investors Tax-Free Fund VI, Inc.; Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.; Tax-Free Puerto Rico Fund, Inc.; Tax-Free Puerto Rico Fund II, Inc.; Tax-Free Puerto Rico Target Maturity Fund, Inc.; and UBS IRA Select Growth & Income Puerto Rico Fund.

**WHEREFORE**, the Puerto Rico Funds respectfully request that the Court take notice of the foregoing.

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify case participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, April 6, 2018.

By: /s/ *Alicia I. Lavergne Ramírez*
Alicia I. Lavergne Ramírez
USDC-PR 215112
SÁNCHEZ PIRILLO LLC
270 Muñoz Rivera Avenue, Suite 1110
San Juan, PR 00918
(787) 522-6776
(787) 522-6777
alavergne@sanpir.com

*Counsel for Puerto Rico AAA Portfolio Bond Fund II, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., Puerto Rico AAA Portfolio Target Maturity Fund, Inc., Puerto Rico Fixed Income Fund, Inc., Puerto Rico Fixed Income Fund II, Inc., Puerto Rico Fixed Income Fund III, Inc., Puerto Rico Fixed Income Fund IV, Inc., Puerto Rico Fixed Income Fund V, Inc., Puerto Rico Fixed Income Fund VI, Inc., Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc., Puerto Rico Investors Bond Fund I, Puerto Rico Investors Tax-Free Fund, Inc., Puerto Rico Investors Tax-Free Fund, Inc. II, Puerto Rico Investors Tax-Free Fund III, Inc., Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Investors Tax-Free Fund V, Inc., Puerto Rico Investors Tax-Free Fund VI, Inc., Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc., Tax-Free Puerto Rico Fund, Inc., Tax-Free Puerto Rico Fund II, Inc, Tax-Free Puerto Rico Target Maturity Fund, Inc. and UBS IRA Select Growth & Income Puerto Rico Fund*