UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

          Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY IN ORDER
TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE (DOCKET ENTRY NO. 2714)

       Before the Court is a motion (the "Motion") filed by Karen Odalys Fuentes Rivera, Luis Iván Fuentes Vázquez, and Carmen Iris Rivera Cosme (collectively, the "Movants") for relief from the automatic stay imposed by the filing of the above-captioned Title III case in a personal injury action, captioned Karen Odalys Fuentes Rivera, et als v. Departamento de Transportación y Obras Públicas, et als, Case No. E DP2016-0075, (the "Lawsuit"), pending before the Puerto Rico Court of First Instance, Superior Court of Caguas, filed by Movants against the

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor"), the Department of Transportation and Public Works (the "DPW"), an agency of the Commonwealth, the Municipality of Aguas Buenas (the "Municipality") and Puerto Rico Highways and Transportation Authority ("HTA") and others, (collectively, the "Defendants"). On March 26, 2018, the Commonwealth filed a response to the Motion (the "Response"). (Docket Entry No. 2814.) In its Response, the Commonwealth consents to the lifting of the automatic stay to the limited extent necessary to allow Movants to voluntarily dismiss with prejudice the Lawsuit against the Commonwealth and the other Defendant parties. (See Response, ¶ 2.) Based on the representations in the Motion and the Response, the Movants' Motion is granted and the stay is lifted solely to the extent necessary to permit the Movants to dismiss the Lawsuit with prejudice.

This Order resolves docket entry no. 2714 in case no. 17-3283.

SO ORDERED.

Dated: April 6, 2018

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge