# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

    Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

---------------------------------------------------------------x

## COVER SHEET TO SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2017 through October 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,357.55 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $184.90 |
| Total amount for this invoice: | $2,524.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixth monthly fee application in these cases.

00506851; 1

On November 17, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
         FOMB Board Member
                 and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
         Ehud Barak, Esq.,
                 and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
         Andrew V. Tenzer, Esq.
         Michael E. Comerford, Esq.
         G. Alexander Bongartz, Esq.
                 and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

00506851; 1

San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Diana M. Batlle-Barasorda, Esq.
         Alberto J.E. Añeses Negrón, Esq.
         Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.
                  And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:    A.J. Bennazar-Zequeira, Esq.

00506851; 1

## Summary of Legal Fees for the Period October 1, 2017 through October 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 2.70 | $ 756.00 |
| Joamanda Morales Vega | Associate | Corporate | $ 175.00 | 0.70 | $ 122.50 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 1.90 | $ 332.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 165.00 | 7.40 | $ 1,221.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 1.50 | $ 187.50 |

|  |  |
|---|---|
| **Totals** | **14.20**   **$ 2,619.50** |
| **Less: 10% Courtesy discount** | **$ (261.95)** |
| **SUMMARY OF LEGAL FEES** | **$ 2,357.55** |

## Summary of Disbursements for the Period October 1, 2017 through October 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 72.50 |
| Westlaw | 112.40 |

|  |  |
|---|---|
| **Totals** | **$ 184.90** |
| **SUMMARY OF DISBURSEMENTS** | **$ 184.90** |

### Summary of Legal Fees for the Period October 1, 2017 through October 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 7.40 | $ 1,221.00 |
| 207 | Non-Board Court Filings | 0.40 | $ 112.00 |
| 209 | Adversary Proceeding | 3.20 | $ 623.00 |
| 212 | General Administration | 1.70 | $ 476.00 |
| 219 | Docketing | 1.50 | $ 187.50 |
| | | | $ 2,619.50 |
| | Less: 10% Courtesy Discount | | $ (261.95) |
| | **TOTALS** | **14.20** | **$ 2,357.55** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,121.80, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $184.90) in the total amount of $2,306.70.

# Exhibit A

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

November 3, 2017
Bill #: 311691
Billing Attorney: CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2017:

**Client.Matter: P1702 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,619.50 |
| Less Discount | $ -261.95 |
| | |
| Net Professional Services | $ 2,357.55 |
| Total Reimbursable Expenses | $ 184.90 |
| | |
| **TOTAL THIS INVOICE** | **$ 2,542.45** |

O'NEILL & BORGES LLC

SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1702 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/02/17 | MMB | 219 | Review emails from H. Bauer regarding docket, chart entries.(.10) Conference with U. Fernandez regarding standing order on MLS procedures, docketing.(.50) Docket entries for H. Bauer, U. Fernandez, D. Pérez regarding various MLS.(.10) Update MLS chart.(.30) | 1.00 | 125.00 | 125.00 |
| 10/06/17 | HDB | 207 | Review AAFAF's objection to COFINA Agent's Centerview Application. | .20 | 280.00 | 56.00 |
| 10/11/17 | HDB | 212 | Review Secretary of Treasury's statements regarding excise taxes potential substitutes for sales tax. | .20 | 280.00 | 56.00 |
| 10/11/17 | HDB | 209 | Receive and review Joinder Of National Public Finance Guarantee Corporation To Informative Motion Of COFINA Senior Bondholders' Coalition With Respect To Motion Of COFINA Agent For Order Confirming That 48 U.S.C. § 2125 Applies To COFINA Agent filed in Case No. 17-3283. | .20 | 280.00 | 56.00 |
| 10/12/17 | HDB | 209 | Tel. conf. with Miguel Rodriguez Marxuach, counsel for 330 Centers, regarding settlement and issues related to the Notice of Removal in 17-AP-227. | .30 | 280.00 | 84.00 |
| 10/12/17 | MMB | 219 | Docket court notice received by mail dated October 12, 2017, regarding order approving stipulation docket 420 in case 17-00133 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 10/12/17 | MMB | 219 | Docket court notice received by mail dated October 12, 2017, regarding stipulation and order regarding summary judgment briefing schedule, cases 17-03284, 17-00133 - H. Bauer, U. Fernandez, D. Pérez. | .20 | 125.00 | 25.00 |
| 10/16/17 | HDB | 212 | Receive and review COFINA Agent Fee Application. | .20 | 280.00 | 56.00 |

O'Neill & Borges LLC

Bill #:  311691

November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/17 | HDB | 212 | Receive and review scheduling order concerning COFINA Agents Motion Pursuant to 48 U.S.C. § 2161 and 11 U.S.C. § 105(a) for Order: (I) Confirming that 48 U.S.C. § 2125 applies to the COFINA Agent; (II) Confirming Retention of Local Counsel; and (III) Clarifying Payment of Fees and Expenses of COFINA Agent and Her Professionals. | .10 | 280.00 | 28.00 |
| 10/17/17 | MMB | 219 | Docket court notice received by mail dated October 17, 2017, regarding scheduling order (docket no. 1452 in case 17-03283) - H. Bauer, U. Fernandez, D. Pérez. | .20 | 125.00 | 25.00 |
| 10/18/17 | HDB | 212 | Receive and review Order denying COFINA Agent authorization to retain financial advisor. | .10 | 280.00 | 28.00 |
| 10/18/17 | JMV | 209 | Review Subpoena to Produce Documents received in connection with case number 17-BK-3283 LTS; (.20) preparing draft of letter to COFINA in connection with the foregoing. (.50) | .70 | 175.00 | 122.50 |
| 10/20/17 | PAG | 202 | Meet with H. D. Bauer prior to preparing the draft memorandum regarding agency contracts under Puerto Rico law to address questions regarding the scope of authority of agents. | .20 | 165.00 | 33.00 |
| 10/20/17 | PAG | 202 | Read and analyze applicable Puerto Rico Civil Code dispositions and pertinent case law prior to preparing draft memorandum regarding agency contracts under Puerto Rico law to address questions regarding the scope of authority of agents. | 1.70 | 165.00 | 280.50 |
| 10/20/17 | PAG | 202 | Draft memorandum regarding agency contracts under Puerto Rico law to address questions regarding the scope of authority of agents. | 2.10 | 165.00 | 346.50 |
| 10/20/17 | PAG | 202 | Read and analyze applicable scholarly work on agency law in Puerto Rico prior to continuing to draft memorandum regarding agency contracts under Puerto Rico law. | 1.20 | 165.00 | 198.00 |
| 10/20/17 | PAG | 202 | Incorporate scholarly work on agency law in Puerto Rico to draft memorandum regarding agency contracts under Puerto Rico law. | .90 | 165.00 | 148.50 |
| 10/23/17 | HDB | 212 | Review cites and finalize agency memorandum. | 1.10 | 280.00 | 308.00 |
| 10/23/17 | HDB | 209 | Receive and review Motion to dismiss case as to Merced Capital and Varde Funds in 17-AP-133. | .10 | 280.00 | 28.00 |

O'Neill & Borges LLC

Bill #:  311691

November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/23/17 | HDB | 207 | Receive and review AAFAF's Response to the COFINA Senior Bondholders' Coalition's Informative Motion Seeking to Confirm that 48 U.S.C.§ 2125 Applies to COFINA Agent. | .20 | 280.00 | 56.00 |
| 10/23/17 | PAG | 202 | Final review and edit of draft memorandum on agency contracts under Puerto Rico law to address questions regarding the scope of authority of agents. | 1.30 | 165.00 | 214.50 |
| 10/31/17 | GOD | 209 | Assist in the preparation of the Informative Motion of Financial Oversight and Management Board for Puerto Rico Regarding Joint Informative Motion of Commonwealth Agent and COFINA Agent Submitting Revised Proposed Scheduling Order in adversary proceeding 17-257. | 1.50 | 175.00 | 262.50 |
| 10/31/17 | GOD | 209 | File the Informative Motion of Financial Oversight and Management Board for Puerto Rico Regarding Joint Informative Motion of Commonwealth Agent and COFINA Agent Submitting Revised Proposed Scheduling Order in adversary proceeding 17-257. | .20 | 175.00 | 35.00 |
| 10/31/17 | GOD | 209 | Notify all parties in interest of the filing of the Informative Motion of Financial Oversight and Management Board for Puerto Rico Regarding Joint Informative Motion of Commonwealth Agent and COFINA Agent Submitting Revised Proposed Scheduling Order in adversary proceeding 17-257. | .20 | 175.00 | 35.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 2,619.50 |
| Less Discount | $ -261.95 |
| NET PROFESSIONAL SERVICES: | $ 2,357.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.70 | 280.00 | 756.00 |
| JOAMANDA MORALES VEGA | .70 | 175.00 | 122.50 |
| GABRIEL L. OLIVERA DUBON | 1.90 | 175.00 | 332.50 |
| PAULA A. GONZALEZ MONTALVO | 7.40 | 165.00 | 1,221.00 |
| MILAGROS MARCANO BAEZ | 1.50 | 125.00 | 187.50 |
| **Total** | **14.20** | | **$ 2,619.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311691

November 3, 2017

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/12/17 | DUPLICATING - AS OF 10/12/17 (13 Copies @ $.25) | 3.25 |
| 10/13/17 | DUPLICATING - AS OF 10/13/17 (10 Copies @ $.25) | 2.50 |
| 10/17/17 | DUPLICATING - AS OF 10/17/17 (245 Copies @ $.25) | 61.25 |
| 10/25/17 | DUPLICATING - AS OF 10/25/17 (22 Copies @ $.25) | 5.50 |
| 10/31/17 | WESTLAW -Legal Research as of 10-31-2017 | 112.40 |

**TOTAL REIMBURSABLE EXPENSES**        $ 184.90

**TOTAL THIS INVOICE**                **$ 2,542.45**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

      Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

----------------------------------------------------------------x

## <u>COVER SHEET TO SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00538620; 1

| Name of applicant | O'Neill & Borges LLC ("O&B") |
|---|---|
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2017 through November 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,287.45 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,287.45 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's seventh monthly fee application in these cases.

00538620; 1

On April 2, 2018 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
          FOMB Board Member
              and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
          Ehud Barak, Esq.,
              and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:    Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
          Andrew V. Tenzer, Esq.
          Michael E. Comerford, Esq.
          G. Alexander Bongartz, Esq.
              and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
          Diana M. Batlle-Barasorda, Esq.
          Alberto J.E. Añeses Negrón, Esq.
          Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)
              and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
          Richard Levin, Esq.
              And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:    A.J. Bennazar-Zequeira, Esq.

00538620; 1

## COFINA TITLE III
### Summary of Legal Fees for the Period  November 1, 2017 through November 30, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 0.80 | $ 224.00 |
| Ubaldo M. Fernandez Barrera | Jr. Partner | Litigation | $ 195.00 | 2.20 | $ 429.00 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 1.50 | $ 262.50 |
| Danuel J. Perez Refojos | Associate | Litigation | $ 165.00 | 1.40 | $ 231.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $ 180.00 | 1.30 | $ 234.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 0.40 | $ 50.00 |

|  | | | | | |
|---|---|---|---|---|---|
| **Totals** | | | | 7.60 | $ 1,430.50 |
| **Less: 10% Courtesy discount** | | | | | $ (143.05) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 1,287.45 |

### Summary of Disbursements for the Period  November 1, 2017 through November 30, 2017

| Description - Expenses | Amounts |
|---|---|
|  | $ - |

|  | |
|---|---|
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

## COFINA TITLE III
## Summary of Legal Fees for the Period November 1, 2017 through November 30, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and Other Non-filed Communications with the Court | 0.30 | $ 72.50 |
| 206 | Documents Filed on Behalf of the Board | 2.80 | $ 477.00 |
| 209 | Adversary Proceeding | 1.90 | $ 421.50 |
| 210 | Analysis and Strategy | 1.20 | $ 216.00 |
| 212 | General Administration | 0.10 | $ 18.00 |
| 218 | Employment and Fee Applications | 0.90 | $ 175.50 |
| 219 | Docketing | 0.40 | $ 50.00 |
| | | | $ 1,430.50 |
| | **Less: 10% Courtesy Discount** | | $ (143.05) |
| | **TOTALS** | **7.60** | **$ 1,287.45** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,158.71, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,158.71.

# **Exhibit A**

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813.
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2017

FOMB IN RE COFINA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813.
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COFINA TITLE III

December 5, 2017
Bill #:   313571
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,412.50 |
| Less Discount | $ -141.25 |
| Net Professional Services | $ 1,271.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,271.25** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES



| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/03/17 | DJP | 206 | File Unopposed Urgent Joint Motion of Debtors and AAFAF in Support of their Motion to File a Joint Supplemental Memorandum of Law in Further Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery with the attached Debtors' and AAFAF's Joint Proposed Supplemental Memorandum of Law in Further Support of Debtors' Omnibus Objection to Motions for Orders Authorizing Rule 2004 Discovery through the court's electronic filing system. | .30 | 165.00 | 49.50 |
| 11/13/17 | HDB | 209 | Receive and review Intervenor-Defendant Ambac Assurance Corporation's Motion to Strike the Commonwealth Agent's Constitutional and Avoidance Claims as Beyond the Scope of the Commonwealth-COFINA Dispute. | .20 | 280.00 | 56.00 |
| 11/13/17 | UMF | 209 | Review Motion of financial Oversight and Management board for Puerto Rico for entry of order (A) confirming scope of COFINA and Commonwealth Agents' order and (B) Determining certain claims to exceed scope of the Commonwealth-COFINA dispute and proposed order in Adversary Proceeding 17-257. | 1.30 | 195.00 | 253.50 |
| 11/13/17 | GOD | 206 | Assist in the preparation of the Motion of Financial Oversight and Management Board for Puerto Rico For Entry Of Order (A) Confirming Scope of COFINA and Commonwealth Agents' Authority Under Stipulation and Order and (B) Determining Certain Claims to Exceed Scope of the Commonwealth-COFINA Dispute for filing in matter number 17-3284. | 1.10 | 175.00 | 192.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313571                                                                December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/14/17 | DJP | 206 | Review, incorporate changes, and finalize Urgent Motion of the Puerto Rico Sales Tax Financing Corporation to Extend Schedule for Responses to Summary Judgment Motions in anticipation of its filing in AP 17-133. | .40 | 165.00 | 66.00 |
| 11/14/17 | DJP | 206 | Review and finalize Proposed Order to be filed as an attachment to Urgent Motion of the Puerto Rico Sales Tax Financing Corporation to Extend Schedule for Responses to Summary Judgment Motions in AP 17-133. | .20 | 165.00 | 33.00 |
| 11/14/17 | DJP | 206 | File Urgent Motion of the Puerto Rico Sales Tax Financing Corporation to Extend Schedule for Responses to Summary Judgment Motions and the proposed order in support thereof through the court's electronic filing system. | .20 | 165.00 | 33.00 |
| 11/14/17 | DJP | 203 | Draft and send email to Prime Clerk LLC informing of filing of Urgent Motion of the Puerto Rico Sales Tax Financing Corporation to Extend Schedule for Responses to Summary Judgment Motions AP 17-133 and requesting service accordingly. | .10 | 165.00 | 16.50 |
| 11/14/17 | DJP | 206 | Draft and send email to presiding judge attaching stamped version of the Urgent Motion of the Puerto Rico Sales Tax Financing Corporation to Extend Schedule for Responses to Summary Judgment Motions filed AP 17-133. | .20 | 165.00 | 33.00 |
| 11/14/17 | GOD | 206 | File the Motion of Financial Oversight and Management Board for Puerto Rico For Entry Of Order (A) Confirming Scope of COFINA and Commonwealth Agents' Authority Under Stipulation and Order and (B) Determining Certain Claims to Exceed Scope of the Commonwealth-COFINA Dispute in matter number 17-3284. | .20 | 175.00 | 35.00 |
| 11/14/17 | GOD | 206 | Pursuant to the case management order, notify all interested parties of the filing of the Motion of Financial Oversight and Management Board for Puerto Rico For Entry Of Order (A) Confirming Scope of COFINA and Commonwealth Agents' Authority Under Stipulation and Order and (B) Determining Certain Claims to Exceed Scope of the Commonwealth-COFINA Dispute in matter number 17-3284. | .20 | 175.00 | 35.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313571                                                                December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/14/17 | MMB | 219 | Docket court notice received by mail dated November 14, 2017, regarding order docket no. 452 in case 17-00133 on urgent motion to seal certain confidential information - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/15/17 | MMB | 219 | Docket court notice received by mail dated November 14, 2017, regarding deadline to file oppositions to COFINAS's urgent motion 453 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/16/17 | HDB | 209 | Review COFINA Senior Coalition Opposition to Urgent Motion to Extend Briefing Schedule on Motion for Summary Judgment in 17-AP-133. | .20 | 280.00 | 56.00 |
| 11/16/17 | HDB | 209 | Review AMBAC's Objection to COFINA's Motion to extend briefing schedule in 17-AP-133 | .10 | 280.00 | 28.00 |
| 11/16/17 | HDB | 209 | Receive and review Court Order on schedule to brief scope motions in 17-AP-257. | .10 | 280.00 | 28.00 |
| 11/16/17 | UMF | 218 | Draft sixth monthly fee application and letter on payment of fee application as per the Order on Interim Compensation. | .90 | 195.00 | 175.50 |
| 11/16/17 | ETF | 210 | Study Proskauer questions regarding Dedicated Sales Tax Fund and comparing English and Spanish versions of the COFINA enabling statute. | 1.20 | 180.00 | 216.00 |
| 11/21/17 | MMB | 219 | Docket court notice received by mail dated November 17, 2017, regarding transcript of November 15, 2017 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/21/17 | MMB | 219 | Docket court notice received by mail dated November 17, 2017, regarding order 453 in case 17-00133 on COFINA's urgent motion to extend schedule for responses to summary judgment - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/27/17 | HDB | 203 | Review issues regarding constitution of trusts under PR Law. | .20 | 280.00 | 56.00 |

TOTAL PROFESSIONAL SERVICES                              $ 1,412.50

Less Discount                                                        $ -141.25

NET PROFESSIONAL SERVICES:                              $ 1,271.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313571

December 5, 2017

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .80 | 280.00 | 224.00 |
| UBALDO M. FERNANDEZ BARRERA | 2.20 | 195.00 | 429.00 |
| DANIEL J. PEREZ REFOJOS | 1.40 | 165.00 | 231.00 |
| GABRIEL L. OLIVERA DUBON | 1.50 | 175.00 | 262.50 |
| EMILIANO TRIGO FRITZ | 1.20 | 180.00 | 216.00 |
| MILAGROS MARCANO BAEZ | .40 | 125.00 | 50.00 |
| **Total** | **7.50** | | **$ 1,412.50** |

**TOTAL THIS INVOICE**                **$ 1,271.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2017

FOMB IN RE COFINA TITLE III

**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 30, 2017
Bill #:   318788
Billing Attorney:  CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2017:

**Client.Matter: P1702 - 801**

**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

| | |
|---|---|
| Total Professional Services | $ 18.00 |
| VOLUME DISCOUNT | $ -1.80 |
| Net Professional Services | $ 16.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 16.20** |

Electronic Invoice

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 801**
**RE:   17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/01/17 | ETF | 212 | Tel. conf. with Prokauer to discuss COFINA funds held at BONY. | .10 | 180.00 | 18.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 18.00 |
| VOLUME DISCOUNT | | $ -1.80 |
| NET PROFESSIONAL SERVICES: | | $ 16.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | .10 | 180.00 | 18.00 |
| **Total** | **.10** | | **$ 18.00** |

**TOTAL THIS INVOICE**                                        **$ 16.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

     Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

----------------------------------------------------------------x

## COVER SHEET TO EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00538631; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2017 through December 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $7,773.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $102.95 |
| Total amount for this invoice: | $7,876.70 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's eighth monthly fee application in these cases.

00538631; 1

On April 2, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:   Professor Arthur J. González
        FOMB Board Member
        and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:   Martin J. Bienenstock, Esq.
        Ehud Barak, Esq.,
        and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:   Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:   Luc. A. Despins, Esq.
        Andrew V. Tenzer, Esq.
        Michael E. Comerford, Esq.
        G. Alexander Bongartz, Esq.
        and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:   Juan J. Casillas Ayala, Esq.
        Diana M. Batlle-Barasorda, Esq.
        Alberto J.E. Añeses Negrón, Esq.
        Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:   John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)
        and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:   Robert Gordon, Esq.
        Richard Levin, Esq.
        And
Bennazar, García & Millan, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:   A.J. Bennazar-Zequeira, Esq.

00538631; 1

## COFINA TITLE III
### Summary of Legal Fees for the Period December 1, 2017 through December 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Alfredo Alvarez Ibanez | Member | Corporate | $300.00 | 1.10 | $ 330.00 |
| Hermann D. Bauer | Member | Litigation | $290.00 | 5.10 | $ 1,479.00 |
| Jorge Candelaria | Associate | Corporate | $170.00 | 7.30 | $ 1,241.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $170.00 | 0.50 | $ 85.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 2.20 | $ 396.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $175.00 | 9.10 | $ 1,592.50 |
| Francisco G. Rodriguez | Associate | Corporate | $170.00 | 9.20 | $ 1,564.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 8.30 | $ 1,660.00 |
| Olga M. Alicea | Paralegal | Litigation | $145.00 | 2.00 | $ 290.00 |

|  |  |  |
|---|---|---|
| **Totals** | **44.80** | **$ 8,637.50** |
| **Less: 10% Courtesy discount** | | **$ (863.75)** |

| **SUMMARY OF LEGAL FEES** | **$ 7,773.75** |
|---|---|

### Summary of Disbursements for the Period December 1, 2017 through December 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 20.00 |
| Westlaw | $ 82.95 |

| **Totals** | **$ 102.95** |
|---|---|

| **SUMMARY OF DISBURSEMENTS** | **$ 102.95** |
|---|---|

## COFINA TITLE III
### Summary of Legal Fees for the Period December 1, 2017 through December 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 7.80 | $1,326.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 9.10 | $1,592.50 |
| 206 | Documents Filed on Behalf of the Board | 1.20 | $   216.00 |
| 207 | Non-Board Court Filings | 0.20 | $     58.00 |
| 209 | Adversary Proceeding | 25.30 | $5,207.00 |
| 221 | Discovery/2004 Examinations | 1.20 | $   238.00 |
| | | | **$8,637.50** |

**Less: 10% Courtesy Discount**      $  (863.75)

| | | | |
|---|---|---|---|
| **TOTALS** | | **44.80** | **$7,773.75** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $6,996.38, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $102.95) in the total amount of $7,099.33.

# **Exhibit A**

00538631; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017

FOMB IN RE COFINA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE COFINA TITLE III

December 31, 2017
Bill #:   317551
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2017:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 2,089.50 |
| Less Discount | $ -208.95 |
| Net Professional Services | $ 1,880.55 |
| Total Reimbursable Expenses | $ 20.00 |
| **TOTAL THIS INVOICE** | **$ 1,900.55** |

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

Client.Matter: P1702 . 0
RE:  GENERAL

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/06/17 | PMR | 203 | Draft answer to email related to COFINA arguments as to bare title versus validity of the trust in Puerto Rico. Research related to arguments. | 3.10 | 175.00 | 542.50 |
| 12/06/17 | PMR | 203 | Internal meeting and discussion as to email arguments, review research and update draft answer as to bare title arguments, indenture trust purpose. | 2.80 | 175.00 | 490.00 |
| 12/06/17 | PMR | 203 | Review the COFINA resolution to determine whether trustee has have title or equitable interest thereto in order to respond to the COFINA argument.(2.00) Review research to draft email to confirm conclusion on arguments.(1.00) | 3.20 | 175.00 | 560.00 |
| 12/11/17 | PAG | 202 | Meet with H. D. Bauer and A. Alvarez to discuss the points raised by the COFINA Agent in their opposition to the Motion for Entry of Order (A) Confirming Scope of COFINA and Commonwealth Agents' Authority and (B) Determining Certain Claims to Exceed Scope of the Commonwealth-COFINA Dispute. | .50 | 170.00 | 85.00 |
| 12/12/17 | HDB | 209 | Receive and review Omnibus Reply of Commonwealth Agent to Scope Motion Oppositions and Objections of COFINA Agent and Permitted Intervenors in 17-AP-257. | .40 | 290.00 | 116.00 |
| 12/15/17 | HDB | 207 | Receive and review Notice of Hearing to Consider Applications for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred During the First Interim Period | .20 | 290.00 | 58.00 |
| 12/15/17 | HDB | 221 | Revise and sign-off on Proskauer COFINA Application and Notice. | .20 | 290.00 | 58.00 |

O'Neill & Borges LLC

Bill #:  317551                                                                December 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/15/17 | DJP | 221 | Review and finalize Notice of Filing of First Interim Fee Application of Proskauer Rose LLP For Compensation for Services Rendered and Reimbursement of Expenses incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico. | .30 | 180.00 | 54.00 |
| 12/15/17 | DJP | 221 | File Notice of Filing of First Interim Fee Application of Proskauer Rose LLP For Compensation for Services Rendered and Reimbursement of Expenses incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, and supporting exhibits, through the court's electronic filing system in COFINA. | .30 | 180.00 | 54.00 |
| 12/15/17 | DJP | 221 | Coordinate service of the First Interim Fee Applications of Ernst & Young LLP, Proskauer Rose LLP, Phoenix Management Services, LLC, through Prime Clerk LLC. | .40 | 180.00 | 72.00 |

TOTAL PROFESSIONAL SERVICES               $ 2,089.50

Less Discount                                        $ -208.95

NET PROFESSIONAL SERVICES:               $ 1,880.55

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .80 | 290.00 | 232.00 |
| PRISCILA M. RAMIREZ SEGARRA | 9.10 | 175.00 | 1,592.50 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 180.00 | 180.00 |
| PAULA A. GONZALEZ MONTALVO | .50 | 170.00 | 85.00 |
| **Total** | **11.40** | | **$ 2,089.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (6 Copies @ $.25) | 1.50 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (15 Copies @ $.25) | 3.75 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (18 Copies @ $.25) | 4.50 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (16 Copies @ $.25) | 4.00 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (14 Copies @ $.25) | 3.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  317551

December 31, 2017

| | | |
|---|---|---|
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (11 Copies @ $.25) | 2.75 |

TOTAL REIMBURSABLE EXPENSES          $ 20.00

**TOTAL THIS INVOICE**          **$ 1,900.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

December 31, 2017

FOMB IN RE COFINA TITLE III

RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017
Bill #:   321680
Billing Attorney:  CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2017:

**Client.Matter: P1702 - 801**

**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 6,548.00 |
| VOLUME DISCOUNT | $ -654.80 |
| Net Professional Services | $ 5,893.20 |
| Total Reimbursable Expenses | $ 82.95 |
| **TOTAL THIS INVOICE** | **$ 5,976.15** |

Electronic Invoice

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 801**
**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/03/17 | AAI | 209 | Review draft of response to summary judgment. | 1.10 | 300.00 | 330.00 |
| 12/04/17 | HDB | 209 | Review draft response to the response briefs in opposition to Motions for Summary Judgment in 17-AP-133. | .90 | 290.00 | 261.00 |
| 12/04/17 | FGR | 209 | Review statements and citations regarding COFINA Act in the response to BNYM's summary judgment motions. | 1.00 | 170.00 | 170.00 |
| 12/05/17 | ETF | 209 | Review motions for summary judgment of COFINA Senior Bondholders, Mutual Fund Group and Puerto Rico Funds, and BNYM.(2.30) Review draft of FOMB's response to motions for summary judgment.(.70) Study the COFINA resolution.(5.30) | 8.30 | 200.00 | 1,660.00 |
| 12/05/17 | FGR | 209 | Draft changes to statements and citations regarding COFINA Act in the response to BNYM's summary judgment motions. | 1.00 | 170.00 | 170.00 |
| 12/05/17 | FGR | 209 | Meet with E. Trigo to further discuss changes to statements and citations in response to BNYM's summary judgment motions. | .40 | 170.00 | 68.00 |
| 12/05/17 | FGR | 209 | Research and draft changes to statements and citations regarding COFINA Act in the response to BNYM's summary judgment motions to include Municipal Administration Fund Act (Act No. 18-2014), as well as subsequent amendments to COFINA Act (Act No. 54-2016 and Act No. 84-2016). | 2.10 | 170.00 | 357.00 |
| 12/05/17 | FGR | 209 | Discuss with E. Trigo changes to statements regarding COFINA Act in the response to the BNYM's summary judgment motions. | .40 | 170.00 | 68.00 |

O'Neill & Borges LLC

Bill #:  321680 

December 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/05/17 | FGR | 209 | Draft e-mail to J. Alonzo, Associate from Proskauer, regarding the changes made to the statements and citations in the response to BNYM's summary judgment motions. | .40 | 170.00 | 68.00 |
| 12/06/17 | HDB | 209 | Review draft e-mail regarding legal issues regarding trusts in connection with 17-AP-133. | .30 | 290.00 | 87.00 |
| 12/06/17 | JAC | 202 | Conduct research regarding contract formality requirements under Puerto Rico law, including the use of Westlaw. (Adv. Proc. No. 17-133-LTS). | 4.70 | 170.00 | 799.00 |
| 12/06/17 | JAC | 202 | Conduct research regarding municipal bond "trust indentures," including the use of Westlaw. (Adv. Proc. No. 17-133-LTS). | 1.40 | 170.00 | 238.00 |
| 12/06/17 | JAC | 202 | Draft email to P.M. Ramirez Segarra and E. Trigo Fritz regarding contract formality requirements under Puerto Rico law. (Adv. Proc. No. 17-133-LTS). | .30 | 170.00 | 51.00 |
| 12/06/17 | JAC | 202 | Draft email to A.  Alvarez, P.M. Ramirez Segarra and E. Trigo Fritz regarding municipal bond "trust indenture" case law. (Adv. Proc. No. 17-133-LTS). | .10 | 170.00 | 17.00 |
| 12/06/17 | FGR | 209 | Research COFINA Act and amendments in English (Westlaw/LexisNexis/Microjuris/OSLP R) and compare to Spanish versions for response to BNYM's summary judgment motions.(1.00) Communicate findings with E. Trigo and J. Alonzo, Associate from Proskauer.(.50) | 1.50 | 170.00 | 255.00 |
| 12/06/17 | FGR | 209 | Draft e-mail to O. Alicea to request certified unofficial translation of certain acts for response to BNYM's summary judgment motions. | .50 | 170.00 | 85.00 |
| 12/07/17 | HDB | 209 | Review legal issues regarding COFINA Trust issues regarding pending brief in 17-AP-133. | .40 | 290.00 | 116.00 |
| 12/07/17 | JAC | 202 | Review E. Trigo Fritz's draft email regarding contract formalities under Puerto Rico law. (Adv. Proc. No. 17-133-LTS). | .20 | 170.00 | 34.00 |
| 12/07/17 | JAC | 202 | Draft email to E. Trigo Fritz regarding formalities of contracts under Puerto Rico law. (Adv. Proc. No. 17-133-LTS). | .10 | 170.00 | 17.00 |
| 12/07/17 | JAC | 202 | Conduct research regarding interpretation of contracts. (Adv. Proc. No. 17-133-LTS). | .50 | 170.00 | 85.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  321680

December 31, 2017

| 12/07/17 | FGR | 209 | Research Commentaries on Model Debenture Indenture Provisions. | .30 | 170.00 | 51.00 |
|---|---|---|---|---|---|---|
| 12/07/17 | FGR | 209 | Review certified unofficial translations prepared by O. Alicea to be used in response to BNYM's summary judgment motions.(.70) Draft e-mail to J. Alonzo.(.30) | 1.00 | 170.00 | 170.00 |
| 12/07/17 | FGR | 209 | Receive call from L. Silvestro, Senior Litigation Paralegal from Proskauer, regarding the aforementioned certified unofficial translations. | .10 | 170.00 | 17.00 |
| 12/07/17 | FGR | 209 | Meet with O. Alicea to plan and prepare for preparation of certified unofficial translations of certain articles of Act No. 54-2016 and Act No. 84-2016. | .40 | 170.00 | 68.00 |
| 12/07/17 | FGR | 209 | Respond to e-mail from L. Silvestro regarding use of certified unofficial translations to be used in response to BNYM's summary judgment motions. | .10 | 170.00 | 17.00 |
| 12/07/17 | OMA | 209 | As requested by attorneys H. D. Bauer, E. Trigo, and F. Rodriguez, translate portions of Law 84-2016 and Law 54-2016. | 2.00 | 145.00 | 290.00 |
| 12/08/17 | HDB | 209 | Revise the FOMB's Response to the pending motions for summary judgment in 17-AP-133. | 1.10 | 290.00 | 319.00 |
| 12/08/17 | DJP | 206 | Review and finalize the Response of the Puerto Rico Sales Tax Financing Corporation to Motions for Summary Judgment in preparation of its filing in AP 17-133. | .60 | 180.00 | 108.00 |
| 12/08/17 | DJP | 206 | Review and finalize the Declaration of Julia D. Alonzo, and exhibit thereto, in support of the Response of the Puerto Rico Sales Tax Financing Corporation to Motions for Summary Judgment in preparation of its filing in AP 17-133. | .30 | 180.00 | 54.00 |
| 12/08/17 | DJP | 206 | Draft and send email to Prime Clerk LLC informing of the filing of Response of the Puerto Rico Sales Tax Financing Corporation to Motions for Summary Judgment and supporting exhibits, and requesting service accordingly. | .10 | 180.00 | 18.00 |
| 12/08/17 | DJP | 206 | Draft and send email to presiding judge attaching stamped versions of the Response of the Puerto Rico Sales Tax Financing Corporation to Motions for Summary Judgment and supporting exhibits as filed in AP 17-133. | .20 | 180.00 | 36.00 |

O'Neill & Borges LLC

Bill #:  321680                                                                December 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/09/17 | HDB | 209 | Receive and review Omnibus Response of The Bank of New York Mellon, as Trustee, to Motions for Summary Judgment in 17-AP-133. | .60 | 290.00 | 174.00 |
| 12/11/17 | HDB | 209 | Receive and review The Mutual Fund Group, the Puerto Rico Funds, Assured Guaranty Corp. and Assured Guaranty Municipal Corp.'s (i) Response to Ambac Assurance Corporation and National Public Finance Guarantee Corporation's Statement of Material Facts in Support of their Motion for Summary Judgment and (ii) Counter-Statement of Additional Undisputed Facts, filed 17-AP-133. | .40 | 290.00 | 116.00 |
| 12/11/17 | HDB | 209 | Receive and review The Mutual Fund Group, the Puerto Rico Funds, Assured Guaranty Corp. and Assured Guaranty Municipal Corp.'s (i) Response to the Bank of New York Mellon's Statement of Undisputed Material Facts in Support of its Motion for Partial Summary Judgment and (ii) Counter-Statement of Additional Undisputed Facts filed 17-AP-133. | .30 | 290.00 | 87.00 |
| 12/11/17 | HDB | 209 | Receive and review Objection of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. to (i) the Financial Oversight And Management Board For Puerto Rico Stipulation and (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority Stipulation (ECF Nos. 420, 421), and Exhibit A, filed in Adv. Proc. No. 17-00133. | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                          $ 6,548.00

VOLUME DISCOUNT                                      $ -654.80

NET PROFESSIONAL SERVICES:                           $ 5,893.20

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ALFREDO ALVAREZ IBANEZ | 1.10 | 300.00 | 330.00 |
| HERMANN BAUER | 4.30 | 290.00 | 1,247.00 |
| DANIEL J. PEREZ REFOJOS | 1.20 | 180.00 | 216.00 |
| JORGE A. CANDELARIA | 7.30 | 170.00 | 1,241.00 |
| EMILIANO TRIGO FRITZ | 8.30 | 200.00 | 1,660.00 |
| FRANCISCO G. RODRIGUEZ | 9.20 | 170.00 | 1,564.00 |
| OLGA M. ALICEA | 2.00 | 145.00 | 290.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  321680

December 31, 2017

| Total | 33.40 | $ 6,548.00 |
|-------|-------|------------|

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/17 | WESTLAW -Legal Research as of 12-31-2017 | 39.43 |
| 12/31/17 | WESTLAW -Legal Research as of 12-31-2017 | 43.52 |

TOTAL REIMBURSABLE EXPENSES            $ 82.95

**TOTAL THIS INVOICE**            **$ 5,976.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO SALES TAX FINANCING
CORPORATION ("COFINA"),

      Debtor.

PROMESA
Title III

Case No. 17 BK 3284-LTS

---------------------------------------------------------------x

## COVER SHEET TO NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION FOR THE PERIOD OF JANUARY 1, 2018 THROUGH JANUARY 31, 2018

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2018 through January 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $605.70 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $ 605.70 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's ninth monthly fee application in these cases.

On April 2, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:     Professor Arthur J. González
          FOMB Board Member
          and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:     Martin J. Bienenstock, Esq.
          Ehud Barak, Esq.,
          and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:     Paul V. Possinger, Esq.

**Fee Examiner**:
Godfrey & Kahn, S.C.
Attn:     Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:     Luc. A. Despins, Esq.
          Andrew V. Tenzer, Esq.
          Michael E. Comerford, Esq.
          G. Alexander Bongartz, Esq.
          and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Diana M. Batlle-Barasorda, Esq.
          Alberto J.E. Añeses Negrón, Esq.
          Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:     John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re:  Commonwealth of Puerto Rico)
          and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.
          And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Píso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:     A.J. Bennazar-Zequeira, Esq.

00538634; 1

## COFINA TITLE III
### Summary of Legal Fees for the Period January 1, 2018 through January 31, 2018

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 1.70 | $ 493.00 |
| Danuel J. Perez Refojos | Associate | Litigation | $180.00 | 1.00 | $ 180.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Totals | | | | 2.70 | $ 673.00 |
| Less: 10% Courtesy discount | | | | | $ (67.30) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 605.70 |

### Summary of Disbursements for the Period January 1, 2018 through January 31, 2018

| Description - Expenses | Amounts |
|---|---|
|  | $ - |

|  |  |
|---|---|
| Totals | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

## COFINA TITLE III
### Summary of Legal Fees for the Period January 1, 2018 through January 31, 2018

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.00 | $ 180.00 |
| 207 | Non-Board Court Filings | 0.10 | $ 29.00 |
| 209 | Adversary Proceeding | 1.60 | $ 464.00 |
| | | | $ 673.00 |
| | **Less: 10% Courtesy Discount** | | **$ (67.30)** |
| | **TOTALS** | **2.70** | **$ 605.70** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $545.13, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $545.13.

# **Exhibit A**

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 26, 2018

FOMB IN RE COFINA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

February 26, 2018
Bill #:   319372
Billing Attorney:  CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2018:

**Client.Matter: P1702 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 209.00 |
| Less Discount | $ -20.90 |
| Net Professional Services | $ 188.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 188.10** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES



| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/05/18 | DJP | 206 | Review and finalize Informative Motion of the Financial Oversight and Management Board for Puerto Rico as the Representative of the Puerto Rico Sales Tax Financing Corporation Regarding January 10, 2018 3:00 P.M. Hearing. | .40 | 180.00 | 72.00 |
| 1/05/18 | DJP | 206 | File the Informative Motion of the Financial Oversight and Management Board for Puerto Rico as the Representative of the Puerto Rico Sales Tax Financing Corporation Regarding January 10, 2018 3:00 P.M. Hearing through the court's electronic filing system. | .30 | 180.00 | 54.00 |
| 1/05/18 | DJP | 206 | Draft and send email to Prime Clerk LLC informing of the filing of the Informative Motion of the Financial Oversight and Management Board for Puerto Rico as the Representative of the Puerto Rico Sales Tax Financing Corporation Regarding January 10, 2018 3:00 P.M. Hearing and requesting service accordingly. | .10 | 180.00 | 18.00 |
| 1/05/18 | DJP | 206 | Draft and send email to presiding judge attaching stamped version of the Informative Motion of the Financial Oversight and Management Board for Puerto Rico as the Representative of the Puerto Rico Sales Tax Financing Corporation Regarding January 10, 2018 3:00 P.M. Hearing. | .20 | 180.00 | 36.00 |
| 1/17/18 | HDB | 207 | Receive and review Third Supplemental Verified Statement of the Senior COFINA Bondholders' Coalition pursuant to Federal Rule of Bankruptcy Procedure 2019 | .10 | 290.00 | 29.00 |

TOTAL PROFESSIONAL SERVICES $ 209.00

Less Discount $ -20.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  319372

February 26, 2018

NET PROFESSIONAL SERVICES:                                    $ 188.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .10 | 290.00 | 29.00 |
| DANIEL J. PEREZ REFOJOS | 1.00 | 180.00 | 180.00 |
| **Total** | **1.10** | | **$ 209.00** |

**TOTAL THIS INVOICE**                                $ 188.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 26, 2018

FOMB IN RE COFINA TITLE III

**RE: 17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 26, 2018
Bill #:   319373
Billing Attorney:  CGB

FOMB IN RE COFINA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2018:

**Client.Matter: P1702 - 801**

**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

| | |
|---|---|
| Total Professional Services | $ 464.00 |
| VOLUME DISCOUNT | $ -46.40 |
| Net Professional Services | $ 417.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 417.60** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1702 . 801**
**RE:  17-00133-LTS BANK OF N.Y. MELLON V. COFINA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/02/18 | HDB | 209 | Receive and review Urgent Motion to File In Excess Pages file in 17-AP-133. | .20 | 290.00 | 58.00 |
| 1/05/18 | HDB | 209 | Receive and review Omnibus Reply of The Bank of New York Mellon, as Trustee, in Support of its Motion for Summary Judgment | .30 | 290.00 | 87.00 |
| 1/05/18 | HDB | 209 | Review Motion to Dismiss as to Cyprus Capital. | .10 | 290.00 | 29.00 |
| 1/05/18 | HDB | 209 | Receive and review Assured Guaranty Corp. and Assured Guaranty Municipal Corp.'s Reply in Further Support of Its Motion for Summary Judgment. | .30 | 290.00 | 87.00 |
| 1/08/18 | HDB | 209 | Receive and review Ambac Assurance Corporation and National Public Finance Guarantee Corporation's Reply to the Subordinate Parties' Counter-Statement of Additional Undisputed Facts (.2) and  Reply on Further Support of their Motion for Summary Judgment (.2) | .40 | 290.00 | 116.00 |
| 1/08/18 | HDB | 209 | Receive and review the Mutual Fund Group and the Puerto Rico Funds reply in support of motion for summary judgment. | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES $ 464.00

VOLUME DISCOUNT $ -46.40

NET PROFESSIONAL SERVICES: $ 417.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.60 | 290.00 | 464.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  319373                                                    February 26, 2018

| Total | 1.60 | $ 464.00 |
|-------|------|----------|

**TOTAL THIS INVOICE**                                    **$ 417.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE