# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

      Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2017 through October 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $12,055.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $489.03 |
| Total amount for this invoice: | $12,544.98 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's sixth monthly fee application in these cases.

00499242; 1

On November 17, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:     Professor Arthur J. González
          FOMB Board Member
                    and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:     Martin J. Bienenstock, Esq.
          Ehud Barak, Esq.,
                    and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:     Paul V. Possinger, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:     Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:     Luc. A. Despins, Esq.
          Andrew V. Tenzer, Esq.
          Michael E. Comerford, Esq.
          G. Alexander Bongartz, Esq.
                    and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

00499242; 1

San Juan, PR  00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Diana M. Batlle-Barasorda, Esq.
          Alberto J.E. Añeses Negrón, Esq.
          Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.
                  And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:     A.J. Bennazar-Zequeira, Esq.

## Summary of Legal Fees for the Period October 1, 2017 through October 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Carla Garcia Benitez | Member | Litigation | $ 325.00 | 0.10 | $ 32.50 |
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 15.00 | $ 4,200.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 4.30 | $ 838.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 1.70 | $ 280.50 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 36.30 | $ 6,352.50 |
| Emiliano Trigo Firtz | Associate | Corporate | $ 180.00 | 2.40 | $ 432.00 |
| Karla M. Morales | Associate | Corporate | $ 155.00 | 7.40 | $ 1,147.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 0.90 | $ 112.50 |

|  |  |  |  | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| **Totals** | | | | **68.10** | **$ 13,395.50** |
| **Less: 10% Courtesy discount** | | | | | **$ (1,339.55)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 12,055.95** |

## Summary of Disbursements for the Period October 1, 2017 through October 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 358.50 |
| Westlaw | $ 130.53 |
| **Totals** | **$ 489.03** |
| **SUMMARY OF DISBURSEMENTS** | **$ 489.03** |

**Summary of Legal Fees for the Period October 1, 2017 through October 31, 2017**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 14.00 | $ 2,302.00 |
| 206 | Documents Filed on Behalf of the Board | 12.70 | $ 2,359.50 |
| 207 | Non-Board Court Filings | 0.10 | $ 28.00 |
| 208 | Stay Matters | 2.90 | $ 591.00 |
| 209 | Adversary Proceeding | 8.90 | $ 2,174.00 |
| 210 | Analysis and Strategy | 9.20 | $ 1,610.00 |
| 212 | General Administration | 7.90 | $ 2,206.00 |
| 214 | Legal/Regulatory Matters | 11.50 | $ 2,012.50 |
| 219 | Docketing | 0.90 | $ 112.50 |
| | | | $ 13,395.50 |
| | **Less: 10% Courtesy Discount** | | $ (1,339.55) |
| | **TOTALS** | **68.10** | **$ 12,055.95** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $10,850.36, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $489.03) in the total amount of $11,339.39.

# Exhibit A

SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

November 3, 2017
Bill #:    311692
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2017:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 13,395.50 |
| Less Discount | $ -1,339.55 |
| | |
| Net Professional Services | $ 12,055.95 |
| Total Reimbursable Expenses | $ 489.03 |
| | |
| **TOTAL THIS INVOICE** | **$ 12,544.98** |

# O'NEILL & BORGES LLC

P1703 0360314 WITH
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/02/17 | HDB | 209 | Receive and review Joint Motion regarding extension of time for Peaje Appeal and draft e-mail regarding same. | .20 | 280.00 | 56.00 |
| 10/02/17 | KMM | 202 | Review second draft memorandum regarding Government contracting requirements. | 2.00 | 155.00 | 310.00 |
| 10/03/17 | HDB | 209 | Review Stipulation to Extend Time regarding Peaje Appeal. | .20 | 280.00 | 56.00 |
| 10/03/17 | HDB | 209 | Review multiple e-mails regarding Peaje Stipulation by all counsel to appeal. | .20 | 280.00 | 56.00 |
| 10/03/17 | HDB | 212 | Review claim by National Insurance. | .20 | 280.00 | 56.00 |
| 10/04/17 | HDB | 212 | Review extension of time to oppose Rule 2004 Examination Request. | .20 | 280.00 | 56.00 |
| 10/05/17 | KMM | 202 | Review and analysis of HTA's Procurement Regulation No. 5263. | 1.10 | 155.00 | 170.50 |
| 10/05/17 | KMM | 202 | Analyze and compare the three bidding processes provided in Regulation No. 5263 with the negotiated competitive bids process provided in Regulation No. 4500. | .90 | 155.00 | 139.50 |
| 10/05/17 | KMM | 202 | Draft and update memorandum regarding HTA procurement and contracting processes including a new section regarding the three bidding processes provided in Regulation No. 5263. | 1.20 | 155.00 | 186.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

Bill #: 311692                                                November 3, 2017

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/17 | HDB | 209 | Review draft unopposed Urgent Motion and Proposed Order granting defendants a 14-day extension to file their reply brief in support of defendants' motion to dismiss, and jointly requesting oral argument, in Ambac v. the FOMB, Commonwealth and HTA, Adv. No. 17-159-LTA. | .20 | 280.00 | 56.00 |
| 10/09/17 | HDB | 209 | Receive and review draft unopposed Urgent Motion and Proposed Order granting defendants a 14-day extension to file their reply briefs in support of their motions to dismiss, and jointly requesting oral argument, in Assured Guaranty Corp, et al v. the FOMB, Commonwealth and HTA, Adv. Nos. 17-155-LTS and 17-156-LTS. | .20 | 280.00 | 56.00 |
| 10/09/17 | HDB | 212 | Follow-up on Siemen's objection with PMA. | .20 | 280.00 | 56.00 |
| 10/09/17 | DJP | 206 | File Response to Official Committee of Unsecured Creditors' Supplemental Briefing in Support of Limited Participation through the court's electronic filing system in Adv. 17 156 (at Docket No. 77). | .20 | 165.00 | 33.00 |
| 10/09/17 | DJP | 206 | Review and finalize Unopposed Urgent Motion to Extend Defendants' Time to file Reply Brief in Support of Motions to Dismiss Plaintiffs' Complaints and Joint Request for Oral Argument and Setting of a Hearing Date in New York to be filed in AP 17-155 and 17-156. | .30 | 165.00 | 49.50 |
| 10/09/17 | DJP | 206 | File Unopposed Urgent Motion to Extend Defendants' Time to file Reply Brief in Support of Motions to Dismiss Plaintiffs' Complaints and Joint Request for Oral Argument and Setting of a Hearing Date in New York through the court's electronic filing system in AP 17-155 and 17-156. | .30 | 165.00 | 49.50 |
| 10/09/17 | DJP | 206 | Draft and send single email to Prime Clerk LLC, advising of filing of Unopposed Urgent Motion to Extend Defendants' Time to file Reply Brief in Support of Motions to Dismiss Plaintiffs' Complaints and Joint Request for Oral Argument and Setting of a Hearing Date in New York. | .10 | 165.00 | 16.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311692                                                                November 3, 2017

| Date | Init | Code | Description | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/09/17 | DJP | 206 | Draft and send email to presiding judge attaching stamped version of Unopposed Urgent Motion to Extend Defendants' Time to File Reply Brief in Support of Motion to Dismiss Plaintiff's Complaint and Joint Request for Oral Argument and Setting of a Hearing Date in New York. | .20 | 165.00 | 33.00 |
| 10/10/17 | HDB | 212 | Review and respond to meeting request regarding HTA assumption of contract issues. | .10 | 280.00 | 28.00 |
| 10/10/17 | HDB | 212 | Draft e-mail regarding Opposition to Rule 2004 Discovery by Siemens and call with PMA regarding same. | .20 | 280.00 | 56.00 |
| 10/10/17 | HDB | 212 | Review GDB RSA for references to Siemens' guarantee. | .10 | 280.00 | 28.00 |
| 10/11/17 | CGB | 212 | Review and analyze email from Proskauer setting forth factual background of GDB guarantee of the Siemens settlement with HTA and potential claims arising from same. FOMB-HTA-GDB. | .10 | 325.00 | 32.50 |
| 10/11/17 | HDB | 209 | Receive and review Amended Complaint in 17-AP-151, 152. | 1.20 | 280.00 | 336.00 |
| 10/11/17 | HDB | 212 | Receive and review Order Granting Motion for Leave to File Claim under Seal in Case No. 17-3567 filed by Siemens Transportation Partnership Puerto Rico, S.E. | .10 | 280.00 | 28.00 |
| 10/11/17 | HDB | 212 | Review Carlos E. Martínez e-mail note concerning underlying Siemen's claim and treatment in GDB RSA. | .20 | 280.00 | 56.00 |
| 10/11/17 | MMB | 219 | Docket court notices received by mail dated October 11, 2017, regarding urgent motion to extend defendants time to file reply brief in support of motions to dismiss plaintiff's complaints and joint request for oral argument (dkt 77, 79, and 84, cases 17-00155, 17-00156, 17-00159) - H. Bauer, U. Fernandez, D. Pérez. | .30 | 125.00 | 37.50 |
| 10/12/17 | HDB | 209 | Prepare for HTA Contract Assumption meeting with HTA's in-house counsel and opposing attorneys. | .20 | 280.00 | 56.00 |
| 10/12/17 | HDB | 209 | Participate in meeting regarding potential settlement of HTA contract assumption motions, with movant's and HTA's counsel. | 1.30 | 280.00 | 364.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

Bill #:  311692                                                    November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/12/17 | HDB | 212 | Follow-up regarding potential Settlement and draft opposition to discovery motion against GDB by Siemens. | .20 | 280.00 | 56.00 |
| 10/12/17 | UMF | 209 | Review and finalize Peaje appeals stipulations and joint motions to remand the case to the District Court and to stay briefing. | .90 | 195.00 | 175.50 |
| 10/13/17 | HDB | 209 | Review Stipulation to Remand and Joint Motion to Stay Proceedings in Peaje Appeal and District Court litigations. | .40 | 280.00 | 112.00 |
| 10/16/17 | HDB | 212 | Follow-up and draft e-mail on status of Stipulation for HTA Motion to Compel Lease Assumption. | .20 | 280.00 | 56.00 |
| 10/16/17 | HDB | 212 | Outline Stipulation to settle HTA Motions to Compel and provide to G. Oliveras for preparation of initial draft. | .60 | 280.00 | 168.00 |
| 10/16/17 | HDB | 209 | Review edits to Stipulation to Remand Peaje Appeal. | .20 | 280.00 | 56.00 |
| 10/16/17 | GOD | 210 | Legal analysis with H. Bauer on settlement negotiations involving HTA and parties seeking to compel assumption or rejection of certain leases. | .30 | 175.00 | 52.50 |
| 10/16/17 | KMM | 202 | Discussion with E. Trigo regarding Proskauer inquiries about some discrepancies between the Spanish and English language versions of the Puerto Rico Internal Revenue Code on Westlaw. | .20 | 155.00 | 31.00 |
| 10/16/17 | KMM | 202 | Review Puerto Rico Internal Revenue Code printed version. Review IRC original text and its amendments. | .40 | 155.00 | 62.00 |
| 10/16/17 | KMM | 202 | Review draft mediation statement on clawbacks. | .40 | 155.00 | 62.00 |
| 10/16/17 | KMM | 202 | Prepare draft email to be sent to Proskauer regarding discrepancies between the Spanish and English language versions of the Puerto Rico Internal Revenue Code on Westlaw. | .20 | 155.00 | 31.00 |
| 10/17/17 | HDB | 208 | Receive and review Notice of Presentment of Stipulation for Relief from the Stay between the Commonwealth and Onellia Alicea. | .20 | 280.00 | 56.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311692

November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/17/17 | GOD | 210 | Review and analyze ten (10) motions, oppositions, and replies in contested matter between Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC with HTA, and involving the request for a timeline to assume or reject executory contracts, in preparation for drafting a stipulation resolving the contested matter. | 3.70 | 175.00 | 647.50 |
| 10/17/17 | GOD | 206 | Draft Stipulation Relating to the Puerto Rico Highways and Transportation Authority's executory contracts with (1) Tamrio, Inc.; (2) Constructora Santiago II, Corp.; (3) Ferrovial Agroman, S.A.; and (4) Ferrovial Agroman, LLC. | 4.20 | 175.00 | 735.00 |
| 10/17/17 | KMM | 202 | Conduct legal research to confirm that 13 LPRA 31751a has not been codified in another section. | 1.00 | 155.00 | 155.00 |
| 10/18/17 | HDB | 206 | Edits to initial draft of Stipulation to resolve Motions to Compel Lease Assumption. | .60 | 280.00 | 168.00 |
| 10/18/17 | UMF | 208 | Drafting stipulation on motion to assume contracts filed by Constructora Santiago. | 1.40 | 195.00 | 273.00 |
| 10/18/17 | GOD | 206 | Finish first draft of Stipulation Relating to the Puerto Rico Highways and Transportation Authority's executory contracts with (1) Tamrio, Inc.; (2) Constructora Santiago II, Corp.; (3) Ferrovial Agroman, S.A.; and (4) Ferrovial Agroman, LLC. | 2.40 | 175.00 | 420.00 |
| 10/18/17 | GOD | 214 | Draft Notice of Presentment for the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC. | 2.10 | 175.00 | 367.50 |
| 10/18/17 | GOD | 214 | Supplement Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC pursuant to H. Bauer's instructions. | 4.30 | 175.00 | 752.50 |
| 10/19/17 | HDB | 209 | Receive and review draft of the FOMB's reply brief regarding the MTD in the Ambac Complaint (17-AP-159). | .60 | 280.00 | 168.00 |
| 10/19/17 | HDB | 206 | Receive and review draft Urgent Motion to Extend Deadlines to file Creditor List, with Notice of Presentment and draft Order. | .20 | 280.00 | 56.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311692

November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/19/17 | HDB | 207 | Receive and review Motion to Seal Documents Referred to in Proof of Claim No. 9 in Compliance with Court Order at Docket No. 300. | .10 | 280.00 | 28.00 |
| 10/19/17 | HDB | 206 | Edit revised Notice of Presentment and draft Stipulation to Resolve Motions to Compel. | .40 | 280.00 | 112.00 |
| 10/19/17 | UMF | 208 | Continue reviewing standard and agreement portions of stipulation on motion to assume contracts filed by Constructora Santiago. | 1.20 | 195.00 | 234.00 |
| 10/19/17 | DJP | 206 | File Notice of Presentment of Order Extending Date to File Creditors Lists, through the court's electronic filing system in the HTA case. | .10 | 165.00 | 16.50 |
| 10/19/17 | GOD | 214 | Edit the second version of the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC as per H. Bauer's instructions. | 1.50 | 175.00 | 262.50 |
| 10/19/17 | GOD | 212 | Circulate the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC via email for further review. | .10 | 175.00 | 17.50 |
| 10/19/17 | ETF | 206 | Revise draft of supplemental mediation statement regarding HTA clawback revenues. | 2.40 | 180.00 | 432.00 |
| 10/19/17 | MMB | 219 | Updated MLS chart to include Dkt. No. 1464 in case 17-03283, notice of presentment of stipulation modifying automatic stay, regarding Gloria M. Esteva Marques. | .10 | 125.00 | 12.50 |
| 10/19/17 | MMB | 219 | Updated MLS chart to include Dkt. No. 1464 in case 17-03283, notice of presentment of stipulation modifying automatic stay, regarding Arnaldo Ortiz Ortiz. | .10 | 125.00 | 12.50 |
| 10/20/17 | HDB | 212 | Tel. conf with PMA regarding negotiations with Reed Smith and legal issues regarding pending Rule 2004 Examination request against GDB. | .40 | 280.00 | 112.00 |
| 10/20/17 | HDB | 212 | Draft e-mail memorandum regarding call with PMA regarding negotiations with Reed Smith and legal issues regarding pending Rule 2004 Examination request against GDB. | .10 | 280.00 | 28.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 311692

November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/20/17 | GOD | 214 | Draft proposed order for the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC. | 1.30 | 175.00 | 227.50 |
| 10/23/17 | HDB | 212 | Tel. conf counsel for GDB regarding Rule 2004 Examination Motion by Siemens' and opposition thereto. | .50 | 280.00 | 140.00 |
| 10/23/17 | HDB | 212 | Prepare for conference call with counsel for GDB regarding Rule 2004 Examination Motion by Siemens' and opposition thereto. | .20 | 280.00 | 56.00 |
| 10/24/17 | HDB | 209 | Review e-mails regarding legal issues regarding judicial notice and admissibility of the HTA Audited Financial Statement and the official bond statement excerpt in connection with 17-AP155/156. | .30 | 280.00 | 84.00 |
| 10/24/17 | HDB | 209 | Review comments to draft Stipulation on HTA Motions to Compel. | .30 | 280.00 | 84.00 |
| 10/24/17 | HDB | 209 | Review Urgent Motion for Leave to File in excess of page limit in 17-AP-155, 156. | .20 | 280.00 | 56.00 |
| 10/24/17 | UMF | 206 | Review draft of stipulation on assumption of executor contract of TAMRIO, INC., Constructora Santiago II, Corp., and Ferrovial Agroman, S.A.. | .80 | 195.00 | 156.00 |
| 10/24/17 | DJP | 206 | File Unopposed Urgent Motion for Leave to Exceed Page Limits for Defendants' Joint Reply in Support of their Motion to Dismiss the Amended Complaint through the court's electronic filing system in Adversary Proceeding 17-156. | .10 | 165.00 | 16.50 |
| 10/24/17 | GOD | 214 | Edit and supplement Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC. | 1.40 | 175.00 | 245.00 |
| 10/24/17 | GOD | 214 | Edit and supplement Notice of Presentment of the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC. | .90 | 175.00 | 157.50 |

O'Neill & Borges LLC

Bill #:  311692                                                                                      November 3, 2017

| 10/24/17 | GOD | 210 | Legal analysis of the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC. | .30 | 175.00 | 52.50 |
|---|---|---|---|---|---|---|
| 10/25/17 | HDB | 208 | Review Motion to Set Deadlines regarding Motion to List Stay by HTA Managerial Employees. | .10 | 280.00 | 28.00 |
| 10/25/17 | HDB | 212 | Tel. conf with counsel for GDB on Objection to Siemens' Rule 2004 Examination.  Draft e-mail to M. Zerjal. | .20 | 280.00 | 56.00 |
| 10/26/17 | HDB | 212 | Follow-up with O. Ramos regarding Siemens' opposition to Rule 2004 Examination. | .10 | 280.00 | 28.00 |
| 10/26/17 | DJP | 206 | File Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(1) and (b)(6) in case No. 17-156-LTS, through the Court's electronic filing system. | .20 | 165.00 | 33.00 |
| 10/26/17 | DJP | 206 | File Defendants' Objection to Plaintiffs' Request for Judicial Notice, to be filed in the Assured Adversary Proceedings through the court's electronic filing system in case 17-156-LTS. | .10 | 165.00 | 16.50 |
| 10/26/17 | DJP | 206 | File Defendants' Evidentiary Objections to Declaration and Exhibits Submitted in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss through the court's electronic filing system in case 17-156-LTS. | .10 | 165.00 | 16.50 |
| 10/26/17 | MMB | 219 | Docket court notice received by mail dated October 26, 2017, regarding order to extend date to file creditor lists - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 10/27/17 | HDB | 212 | Review draft Opposition of Rule 2004 Motion by GDB's counsel and Proskauer edits. | .80 | 280.00 | 224.00 |
| 10/27/17 | HDB | 212 | Coordinate legal research regarding Opposition to Rule 2004 Motion. | .20 | 280.00 | 56.00 |
| 10/27/17 | HDB | 212 | Tel. conf. O. Ramos regarding opposition to Siemens Rule 2004 Examination Request. | .20 | 280.00 | 56.00 |
| 10/27/17 | HDB | 212 | Tel. conf. O. Ramos regarding comments to draft opposition to Siemens examination request. | .20 | 280.00 | 56.00 |
| 10/27/17 | HDB | 212 | Tel. conf with Proskauer regarding opposition to Siemens Rule 2004 Examination. | .20 | 280.00 | 56.00 |

O'Neill & Borges LLC

Bill #:  311692                                                                November 3, 2017

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 10/27/17 | GOD | 202 | Research case law from the US Bankruptcy Court for Puerto Rico, the US District Court for Puerto Rico, and First Circuit Court of Appeals on the scope of Federal Rule of Bankruptcy Procedure 2004. | 3.70 | 175.00 | 647.50 |
| 10/27/17 | GOD | 202 | Research case law on the pending litigation rule, as applied to Federal Rule of Bankruptcy Procedure 2004, and whether it may be used when there exists the possibility of future litigation. | 2.90 | 175.00 | 507.50 |
| 10/27/17 | GOD | 210 | Conference call with counsel at Proskauer Rose to analyze the Objection to Siemens Transportation Partnership, S.E.'S Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1. | .40 | 175.00 | 70.00 |
| 10/27/17 | GOD | 210 | Review, draft, and edit Objection to Siemens Transportation Partnership, S.E.'S Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1. | 2.80 | 175.00 | 490.00 |
| 10/27/17 | MMB | 219 | Review case dockets; update MLS chart. | .30 | 125.00 | 37.50 |
| 10/28/17 | HDB | 212 | Review additional edits to opposition to Rule 2004 Motion for Examination of GDB. | .40 | 280.00 | 112.00 |
| 10/28/17 | HDB | 212 | Prepare for conference call with counsel for GDB. | .20 | 280.00 | 56.00 |
| 10/28/17 | HDB | 212 | Tel. conf with counsel for GDB and Proskauer regarding Siemens. | .40 | 280.00 | 112.00 |
| 10/28/17 | GOD | 210 | Analyze latest version, sent by counsel at Proskauer Rose, of the Objection to Siemens Transportation Partnership, S.E.'S Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1. | 1.20 | 175.00 | 210.00 |

O'Neill & Borges LLC

Bill #:  311692                                                                    November 3, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/28/17 | GOD | 210 | Conference call with counsel for the Government Development Bank to discuss legal strategy and hearing preparation for the Objection to Siemens Transportation Partnership, S.E.'S Motion for Authorization to Conduct Examination of the Government Development Bank for Puerto Rico, Carlos Vizcarrondo and Hector Betancourt, Pursuant to Federal Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1. | .50 | 175.00 | 87.50 |
| 10/30/17 | HDB | 212 | Review issues regarding Stipulation to Resolve HTA Motion to Compel. | .20 | 280.00 | 56.00 |
| 10/30/17 | HDB | 212 | Tel. conf. with A. Lopez and Proskauer regarding HTA Motions to Compel. | .20 | 280.00 | 56.00 |
| 10/30/17 | HDB | 212 | Review revised opposition to Siemens Motion for a Rule 2004 Exam and draft declaration in support of the same. | .40 | 280.00 | 112.00 |
| 10/30/17 | HDB | 212 | Tel. conf. with A. Lopez regarding Objection to Siemens Rule 2004 Examination. | .20 | 280.00 | 56.00 |
| 10/31/17 | HDB | 212 | Revise final draft and sign-off on objection to Siemens Rule 2004 Examination Request. | .30 | 280.00 | 84.00 |
| 10/31/17 | GOD | 209 | Analyze and edit Defendants' Objection to Plaintiff's Request for Judicial Notice for filing in adversary proceeding 17-159. | 1.10 | 175.00 | 192.50 |
| 10/31/17 | GOD | 209 | Analyze and edit Defendants' Evidentiary Objections to Declaration and Exhibits Submitted in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss for filing in adversary proceeding 17-159. | 1.20 | 175.00 | 210.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 13,395.50 |
| Less Discount | | $ -1,339.55 |
| NET PROFESSIONAL SERVICES: | | $ 12,055.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .10 | 325.00 | 32.50 |
| HERMANN BAUER | 15.00 | 280.00 | 4,200.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311692                                                                November 3, 2017

| | | | |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | 4.30 | 195.00 | 838.50 |
| DANIEL J. PEREZ REFOJOS | 1.70 | 165.00 | 280.50 |
| GABRIEL L. OLIVERA DUBON | 36.30 | 175.00 | 6,352.50 |
| EMILIANO TRIGO FRITZ | 2.40 | 180.00 | 432.00 |
| KARLA M. MORALES | 7.40 | 155.00 | 1,147.00 |
| MILAGROS MARCANO BAEZ | .90 | 125.00 | 112.50 |
| **Total** | **68.10** | | **$ 13,395.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/12/17 | DUPLICATING -  AS OF 10/12/17 (17 Copies @ $.25) | 4.25 |
| 10/20/17 | DUPLICATING -  AS OF 10/20/17 (1417 Copies @ $.25) | 354.25 |
| 10/31/17 | WESTLAW -Legal Research as of 10-31-2017 | 10.26 |
| 10/31/17 | WESTLAW -Legal Research as of 10-31-2017 | 120.27 |

TOTAL REIMBURSABLE EXPENSES                     $ 489.03

**TOTAL THIS INVOICE**                                      **$ 12,544.98**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2017 through November 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $5,934.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $38.40 |
| Total amount for this invoice: | $5,973.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's seventh monthly fee application in these cases.

00538649; 1

On April 2, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
         FOMB Board Member
         and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
         Ehud Barak, Esq.,
         and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:    Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
         Andrew V. Tenzer, Esq.
         Michael E. Comerford, Esq.
         G. Alexander Bongartz, Esq.
         and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
         Diana M. Batlle-Barasorda, Esq.
         Alberto J.E. Añeses Negrón, Esq.
         Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re:  Commonwealth of Puerto Rico)
         and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
         Richard Levin, Esq.
         And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:    A.J. Bennazar-Zequeira, Esq.

## HTA TITLE III
### Summary of Legal Fees for the Period November 1, 2017 through November 30, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 5.10 | $ 1,428.00 |
| Carla Garcia Benitez | Member | Litigation | $ 325.00 | 2.30 | $ 747.50 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 3.30 | $ 643.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 165.00 | 7.40 | $ 1,221.00 |
| Gabriel L. Olivera Dubon | Associate | Litigation | $ 175.00 | 3.40 | $ 595.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 9.00 | $ 1,485.00 |
| Emiliano Trigo Firtz | Associate | Corporate | $ 180.00 | 1.80 | $ 324.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 1.20 | $ 150.00 |

| | | |
|---|---|---|
| **Totals** | 33.50 | $ 6,594.00 |
| **Less: 10% Courtesy discount** | | $ (659.40) |
| **SUMMARY OF LEGAL FEES** | | $ 5,934.60 |

### Summary of Disbursements for the Period November 1, 2017 through November 30, 2017

| Description - Expenses | Amounts |
|---|---|
| IRS Stamps-Copy of Official Translation | $ 12.40 |
| Process Server-Braham Santiago-Supreme Court | $ 26.00 |

| | |
|---|---|
| **Totals** | $ 38.40 |
| **SUMMARY OF DISBURSEMENTS** | $ 38.40 |

### HTA TITLE III
### Summary of Legal Fees for the Period November 1, 2017 through November 30, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 10.80 | $ 1,785.00 |
| 203 | Hearings and other Non Filed Communications with the Court | 0.10 | $ 16.50 |
| 206 | Documents Filed on Behalf of the Board | 1.10 | $ 181.50 |
| 208 | Stay Matters | 0.20 | $ 56.00 |
| 209 | Adversary Proceeding | 14.00 | $ 3,202.00 |
| 210 | Analysis and Strategy | 4.80 | $ 797.00 |
| 212 | General Administration | 1.30 | $ 364.00 |
| 218 | Employment and Fee Applications | 0.60 | $ 117.00 |
| 219 | Docketing | 0.60 | $ 75.00 |
| | | | $ 6,594.00 |
| | **Less: 10% Courtesy Discount** | | $ (659.40) |
| | **TOTALS** | **33.50** | **$ 5,934.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $5,341.14, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $38.40) in the total amount of $5,379.54.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

December 5, 2017

FOMB IN RE HTA TITLE III

RE:  GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

December 5, 2017
Bill #:   313572
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2017:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 6,594.00 |
| Less Discount | $ -659.40 |
| Net Professional Services | $ 5,934.60 |
| Total Reimbursable Expenses | $ 38.40 |
| **TOTAL THIS INVOICE** | **$ 5,973.00** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/17 | DJP | 210 | Review and analyze the provisions contained in 13 L.P.R.A. § 31751 in order to determine whether it stands for the proposition that the Puerto Rico Integrated Transit Authority Excise Taxes flow through the Treasury before being transferred to the former. | .60 | 165.00 | 99.00 |
| 11/02/17 | DJP | 210 | Review and analyze the provisions contained in. 9 L.P.R.A. § 5681 in order to determine whether it supports contention that the PRHTA Vehicle Fees flow through the Treasury before being transferred to PRHTA. | .40 | 165.00 | 66.00 |
| 11/02/17 | DJP | 210 | Discuss and develop possible arguments that support proposition that the proceeds from the Hotel Tax collected by the Tourism Company are property of the Commonwealth Government. | .40 | 165.00 | 66.00 |
| 11/02/17 | DJP | 209 | Draft and send email to attorneys at Proskauer Rose LLP detailing specific statutes that support propositions that the Puerto Rico Integrated Transit Authority Excise taxes and the PRHTA Vehicle Fees flow through the Treasury Department prior to being transferred to those entities, as well as additional arguments to support that the proceeds from the Hotel Tax belong to the Commonwealth Government. | .30 | 165.00 | 49.50 |
| 11/02/17 | DJP | 210 | Review and analyze table depicting the flow of revenues received by different instrumentalities in connection with multiple excise taxes. | .30 | 165.00 | 49.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #: 313572          December 5, 2017

| 11/07/17 | HDB | 212 | Conference with J. Cardona, counsel for Movants on HTA Motion to Compel Assumption or Rejection of Executory Contracts, regarding settlement and adjournment of hearing on Motions. | .20 | 280.00 | 56.00 |
|---|---|---|---|---|---|---|
| 11/07/17 | GOD | 210 | Review and analyze AAFAF's comments and edits to the Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts Filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC. | .50 | 175.00 | 87.50 |
| 11/07/17 | GOD | 209 | Assist in the preparation of the Unopposed Urgent Motion to Extend Defendants' Time to File Responsive Pleading to Plaintiff's Amended Complaint in adversary proceedings 17-151 and 17-152. | 1.60 | 175.00 | 280.00 |
| 11/07/17 | MMB | 219 | Docket court notices in cases 17-00155, 17-00156, 17-00159 received by mail on November 6, 2017, regarding expedited hearing on urgent motion of intervenor Official Committee of Unsecured Creditors to expedite consideration of urgent motion - H. Bauer, U. Fernandez, D. Pérez. | .20 | 125.00 | 25.00 |
| 11/08/17 | HDB | 209 | Receive and review Siemens's Reply to Rule 2004 Examination Motion. | .60 | 280.00 | 168.00 |
| 11/08/17 | HDB | 212 | Review edits to draft HTA Motion to Compel Stipulation. | .40 | 280.00 | 112.00 |
| 11/08/17 | HDB | 212 | Draft e-mail to counsel regarding Stipulation to resolve Motion to Compel. | .10 | 280.00 | 28.00 |
| 11/08/17 | GOD | 209 | Review and edit final version of the Unopposed Urgent Motion to Extend Defendants' Time to File Responsive Pleading to Plaintiff's Amended Complaint for filing in adversary proceedings 17-151 & 17-152. | .40 | 175.00 | 70.00 |
| 11/08/17 | GOD | 209 | Review and edit the final version of the [Proposed] Order Granting Defendants' Unopposed Urgent Motion to Extend Time to File Responsive Pleading to Plaintiff's Amended Complaint for filing in adversary proceedings 17-151 & 17-152. | .20 | 175.00 | 35.00 |
| 11/08/17 | GOD | 209 | File the Unopposed Urgent Motion to Extend Defendants' Time to File Responsive Pleading to Plaintiff's Amended Complaint for filing in adversary proceeding 17-151. | .30 | 175.00 | 52.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313572                                                             December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/08/17 | GOD | 209 | File the Unopposed Urgent Motion to Extend Defendants' Time to File Responsive Pleading to Plaintiff's Amended Complaint for filing in adversary proceeding 17-152. | .20 | 175.00 | 35.00 |
| 11/08/17 | GOD | 209 | Pursuant to the case management order, notify all parties in interest of the filing of the Unopposed Urgent Motion to Extend Defendants' Time to File Responsive Pleading to Plaintiff's Amended Complaint for filing in adversary proceedings 17-151 & 17-152. | .20 | 175.00 | 35.00 |
| 11/08/17 | MMB | 219 | Docket court notice received by mail dated November 7,2 017, regarding deadline for Siemens Transportation Partnership to file certified English translations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/08/17 | MMB | 219 | Docket court notice received by mail dated November 7, 2017, regarding briefing deadlines on Ambac Assurance urgent motion dkt. 109 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/09/17 | HDB | 209 | Receive and review e-mails on meet and confer on sur-replies to Committee's Motions in Adv Proc. Nos. 17-155, 156 | .20 | 280.00 | 56.00 |
| 11/09/17 | UMF | 209 | Review response to Plaintiffs' Urgent Cross-Motion for Leave to File a Surreply to Respond to the Supplemental Reply Brief of the Official Committee of Unsecured Creditors and for a Corresponding Adjournment of the November 21, 2017 Hearing. | 1.40 | 195.00 | 273.00 |
| 11/09/17 | MMB | 219 | Docket court notice received by mail dated November 8, 2017, regarding deadline to file answer to amended complaint in cases 17-00151 and 17-00152 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/10/17 | HDB | 209 | Receive and review Assured's Plaintiffs' (I) Objection to the Urgent Motion of Official Committee to be Heard at the November 21, 2017 Hearings In Monoline/HTA Proceedings With Respect To Pending Motions to Dismiss and (II) Urgent Cross-Motion for Leave To File a Surreply to Respond To the Supplemental Reply Brief of the Official Committee of Unsecured Creditors and for a Corresponding Adjournment of the November 21, 2017 Hearing filed in Adv. 17-155 & Adv. 17-156 | .20 | 280.00 | 56.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313572                                                          December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/12/17 | HDB | 209 | Review issues regarding HTA enabling act in connection with 17-AP-155. | .20 | 280.00 | 56.00 |
| 11/13/17 | HDB | 209 | Receive and review Reply to (I) Defendants' Objection to Plaintiffs' Request for Judicial Notice and (II) Defendants' Evidentiary Objections to Declaration and Exhibits Submitted in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Filed by Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company and National Public Finance Corporation in 17-AP-155. | .30 | 280.00 | 84.00 |
| 11/14/17 | HDB | 209 | Review queries regarding HTA Enabling Act relative to 17-AP-155/156 | .30 | 280.00 | 84.00 |
| 11/14/17 | HDB | 212 | Review legal issues regarding arguments on Siemens Rule 2004 Examination Motion. | .40 | 280.00 | 112.00 |
| 11/14/17 | ETF | 202 | Procure a copy of the official English version of Act 74-1965 and reviewing same.(1.20) Review Act 1-1991.(.20) Email correspondence with Proskauer regarding same.(.40) | 1.80 | 180.00 | 324.00 |
| 11/16/17 | UMF | 218 | Draft sixth monthly fee application and letter on payment of fee application as per the Order on Interim Compensation. | .60 | 195.00 | 117.00 |
| 11/16/17 | DJP | 206 | File Informative Motion of the Financial Oversight and Management Board Regarding November 21, 2017 10:30 A.M. Hearing through the court's electronic filing system in AP 17-156. | .10 | 165.00 | 16.50 |
| 11/17/17 | HDB | 209 | Review and sign-off on Answer to Adversary Proceedings 17-AP-151 and 152. | .90 | 280.00 | 252.00 |
| 11/17/17 | HDB | 209 | Review AAFAF's and Individual Defendants Answers to Complaints 17-AP-151 an 152. | .70 | 280.00 | 196.00 |
| 11/17/17 | UMF | 209 | Review Commonwealth's and HTA's Answer to Peaje's Amended Complaint in Adv. Proc. Nos. 17 BK-151-LTS and 17 BK-152-LTS. | 1.30 | 195.00 | 253.50 |
| 11/17/17 | DJP | 210 | Review and finalize Answer to the Amended Complaint filed by Peaje Investments LLC in anticipation of its filing. | 1.80 | 165.00 | 297.00 |
| 11/17/17 | DJP | 206 | Review and organize exhibit to be filed together with Answer to the Amended Complaint filed by Peaje Investments LLC. | .30 | 165.00 | 49.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313572                                                          December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/17/17 | DJP | 206 | File Answer to the Amended Complaint filed by Peaje Investments LLC through the court's electronic filing system in case 17-151. | .20 | 165.00 | 33.00 |
| 11/17/17 | DJP | 206 | Draft and send email to Prime Clerk LLC informing of filing of Amended Complaint filed by Peaje Investments LLC in cases 17-151 and 17-152. | .10 | 165.00 | 16.50 |
| 11/17/17 | DJP | 206 | Draft and send email to presiding judge attaching the Answer to the Amended Complaint filed by Peaje Investments LLC, as filed in cases 17-151 and 17-152. | .20 | 165.00 | 33.00 |
| 11/21/17 | DJP | 203 | File transcript request form through the court's electronic filing system in the Adversary Proceeding initiated by Assured Guaranty Corp. v. Commonwealth of Puerto Rico (AP 17-156). | .10 | 165.00 | 16.50 |
| 11/21/17 | MMB | 219 | Docket court notice received by mail dated November 17, 2017, regarding transcript of November 15, 2017 motion hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/21/17 | MMB | 202 | Contact the Bureau of Translations of the Supreme Court of Puerto Rico to investigate whether official translation of opinion available, request copy thereof. | .30 | 125.00 | 37.50 |
| 11/22/17 | CGB | 209 | Review Librotex and other key case law governing post-judgment attachment claims over public corporation assets. | 1.70 | 325.00 | 552.50 |
| 11/22/17 | CGB | 209 | Review and revise Draft email responding to legal team queries regarding Puerto Rico case law governing post-judgment attachment claims over public corporation assets and potential applicability to Assured Guaranty Corp Adv. Proceeding 17-00156-LTS. | .60 | 325.00 | 195.00 |
| 11/22/17 | DJP | 202 | Conduct legal research in connection with whether as a general rule, public corporation assets are subject to attachments pursuant to the doctrine established in Librotex, Inc. v. A.A.A., No. CE-94-395, 1995 WL 905903 (P.R. July 14, 1995), and its progeny by, among other things, reviewing and analyzing subsequent cases in Puerto Rico and federal courts interpreting that holding and/or further elaborating on that issue. | 1.40 | 165.00 | 231.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313572                                                                      December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/17 | DJP | 202 | Conduct legal research as to whether HTA falls within the public corporation definition as set forth in Librotex, Inc. v. A.A.A., No. CE-94-395, 1995 WL 905903 (P.R. July 14, 1995), and its progeny, by reviewing case law describing the components of HTA as well as various sections of its enabling act and comparing them to those pertaining to those of other judicially-recognized public corporations. | 1.10 | 165.00 | 181.50 |
| 11/22/17 | DJP | 202 | Review and analyze available case law within the district court for the district of Puerto Rico dealing with attachment of the assets of HTA and other clawback entities. | .70 | 165.00 | 115.50 |
| 11/22/17 | DJP | 210 | Draft, revise, and discuss memorandum addressing the issues of (a) the general rule contained in Librotex, Inc. v. A.A.A., No. CE-94-395, 1995 WL 905903 (P.R. July 14, 1995), pursuant to which public corporation assets are not subject to attachment; (b) whether HTA is a public corporation within the meaning of that term as discussed in Librotex; and (c) whether HTA assets can be attached in execution of judgment. | .80 | 165.00 | 132.00 |
| 11/22/17 | PAG | 202 | Read and analyze pertinent Puerto Rico case law regarding the attachment of assets of public corporations prior to preparing the draft response addressing whether the assets of the Puerto Rico Highways & Transportation Authority are subject to attachment. | 3.20 | 165.00 | 528.00 |
| 11/22/17 | PAG | 202 | Incorporate pertinent Puerto Rico case law regarding the attachment of assets of public corporations to the draft response addressing whether the assets of the Puerto Rico Highways & Transportation Authority are subject to attachment. | 1.10 | 165.00 | 181.50 |
| 11/22/17 | PAG | 202 | Conduct research on cases dealing with the attachment of the assets of the Puerto Rico Highways & Transportation Authority to included in the draft response addressing whether the assets of the Puerto Rico Highways & Transportation Authority are subject to attachment. | .60 | 165.00 | 99.00 |
| 11/22/17 | PAG | 202 | Revise and edit draft response addressing whether the assets of the Puerto Rico Highways & Transportation Authority are subject to attachment. | .30 | 165.00 | 49.50 |

O'Neill & Borges LLC

Bill #:  313572                                                                 December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/22/17 | MMB | 202 | Review email from clerk of the Supreme Court regarding availability of official translation of Supreme Court Librotex opinion. | .10 | 125.00 | 12.50 |
| 11/22/17 | MMB | 202 | Coordinate delivery of Internal Revenue stamps to clerk of the Supreme Court to pick up of copy of official translation of opinion. in Librotex case. | .20 | 125.00 | 25.00 |
| 11/27/17 | HDB | 212 | Receive and review letter from US Trustee regarding ERS Creditor committee. | .20 | 280.00 | 56.00 |
| 11/28/17 | HDB | 208 | Receive and review Lift Stay Notice regarding Harrileen Méndez Colón, et al v. Autoridad de Carreteras, et al (A2CI 2007-0481), Angel L. Echevarria Corchado v. Autoridad de Carreteras, et al, and Madeline Barreto Méndez, et al v. Autoridad de Carreteras, et al. | .20 | 280.00 | 56.00 |
| 11/28/17 | DJP | 206 | File Defendants' Post-Hearing Supplemental Brief Addressing Bankruptcy Code Section 544(a) in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint and supporting exhibit through the court's electronic filing system in case 17-156. | .20 | 165.00 | 33.00 |
| 11/30/17 | HDB | 209 | Receive and review Motion and Proposed Order regarding GDB Rule 2004 Examination. | .20 | 280.00 | 56.00 |
| 11/30/17 | PAG | 209 | Read and analyze pertinent secondary sources to examine whether the Spanish counterparts of Sections 5192-5194 of the Puerto Rico Civil Code establish a statutory lien and confer property interests in the particular pieces of property it addresses. | 2.20 | 165.00 | 363.00 |

|                                      |              |
|--------------------------------------|--------------|
| TOTAL PROFESSIONAL SERVICES          | $ 6,594.00   |
| Less Discount                        | $ -659.40    |
| NET PROFESSIONAL SERVICES:           | $ 5,934.60   |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.30 | 325.00 | 747.50 |
| HERMANN BAUER | 5.10 | 280.00 | 1,428.00 |
| UBALDO M. FERNANDEZ BARRERA | 3.30 | 195.00 | 643.50 |
| DANIEL J. PEREZ REFOJOS | 9.00 | 165.00 | 1,485.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313572                                                      December 5, 2017

| | | | |
|---|---|---|---|
| GABRIEL L. OLIVERA DUBON | 3.40 | 175.00 | 595.00 |
| EMILIANO TRIGO FRITZ | 1.80 | 180.00 | 324.00 |
| PAULA A. GONZALEZ MONTALVO | 7.40 | 165.00 | 1,221.00 |
| MILAGROS MARCANO BAEZ | 1.20 | 125.00 | 150.00 |
| **Total** | **33.50** | | **$ 6,594.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/22/17 | IRS STAMPS, VOUCHERS- COPY OF OFFICIAL TRANSLATION - MMB | 12.40 |
| 11/30/17 | PROCESS SERVER - BRAHAM SANTIAGO - 11/22/2017 - SUPREME COURT - MMB | 26.00 |

TOTAL REIMBURSABLE EXPENSES              $ 38.40

**TOTAL THIS INVOICE**                        **$ 5,973.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III


Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

          Debtor.

PROMESA
Title III


Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00538652; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2017 through December 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,798.20 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $29.00 |
| Total amount for this invoice: | $1,827.20 |

This is a: <u>X</u> monthly ___ interim ___ final application

This is O&B's eighth monthly fee application in these cases.

00538652; 1

On April 2, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. González
FOMB Board Member
and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.
Ehud Barak, Esq.,
and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:  Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.
Andrew V. Tenzer, Esq.
Michael E. Comerford, Esq.
G. Alexander Bongartz, Esq.
and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
Diana M. Batlle-Barasorda, Esq.
Alberto J.E. Añeses Negrón, Esq.
Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
Suzzanne Uhland, Esq.
Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)
and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:  Robert Gordon, Esq.
Richard Levin, Esq.
And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:  A.J. Bennazar-Zequeira, Esq.

## HTA TITLE III
### Summary of Legal Fees for the Period December 1, 2017 through December 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 3.30 | $ 957.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 0.90 | $ 162.00 |
| Gabriel L. Olivera Dubo | Associate | Litigation | $190.00 | 2.20 | $ 418.00 |
| Emiliano Trigo Firtz | Associate | Corporate | $200.00 | 1.90 | $ 380.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.60 | $ 81.00 |

**Totals**    8.90    $ 1,998.00

**Less: 10% Courtesy discount**    $ (199.80)

| **SUMMARY OF LEGAL FEES** | $ 1,798.20 |
|---|---|

### Summary of Disbursements for the Period December 1, 2017 through December 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 29.00 |

**Totals**    $ 29.00

| **SUMMARY OF DISBURSEMENTS** | $ 29.00 |
|---|---|

## HTA TITLE III
### Summary of Legal Fees for the Period December 1, 2017 through December 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 5.30 | $1,087.00 |
| 207 | Non-Board Court Filings | 0.30 | $   87.00 |
| 208 | Stay Matters | 0.90 | $  261.00 |
| 209 | Adversary Proceeding | 0.70 | $  125.50 |
| 212 | General Administration | 1.10 | $  319.00 |
| 219 | Docketing | 0.10 | $   13.50 |
| 221 | Discovery/2004 Examinations | 0.50 | $  105.00 |
| | | | $1,998.00 |

| | | |
|---|---|---|
| **Less: 10% Courtesy Discount** | | $  (199.80) |

| | | | |
|---|---|---|---|
| **TOTALS** | | **8.90** | **$1,798.20** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,618.38, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $29.00) in the total amount of $1,647.38.

# <u>Exhibit A</u>

00538652; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017
Bill #:   317553
Billing Attorney:   CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2017:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,739.50 |
| Less Discount | $ -173.95 |
| | |
| Net Professional Services | $ 1,565.55 |
| Total Reimbursable Expenses | $ 29.00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,594.55** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/07/17 | HDB | 207 | Receive and review Motion for Payment of Funds by Juan Soto Balbas. | .20 | 290.00 | 58.00 |
| 12/08/17 | HDB | 212 | Follow-up with counsel for Movants in Assumption Motion (J. Cardona) regarding Stipulation. | .10 | 290.00 | 29.00 |
| 12/11/17 | HDB | 212 | Tel. conf with counsel for Movants as to HTA's Motions to Compel.(.20) Draft e-mail regarding same.(.10) | .30 | 290.00 | 87.00 |
| 12/11/17 | GOD | 206 | Review and edit the Supplemental Order Granting Motion for Entry of Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 190.00 | 38.00 |
| 12/11/17 | GOD | 206 | Assist in the preparation for filing of Notice of Presentment of Supplemental Order Granting Motion for Entry of Order Extending Time to Assume Or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .50 | 190.00 | 95.00 |
| 12/11/17 | GOD | 206 | File the Notice of Presentment of Supplemental Order Granting Motion for Entry of Order Extending Time to Assume Or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 190.00 | 38.00 |
| 12/11/17 | GOD | 206 | Notify all interested parties of the filing of the Notice of Presentment of Supplemental Order Granting Motion for Entry of Order Extending Time to Assume Or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Bankruptcy Code Section 365(d)(4). | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #: 317553                                                December 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/12/17 | HDB | 208 | Receive and review request to lift stay by Autoridad de Carreteras y Transportación de P.R. v. Corporación Rexach Hermanos, Inc. y Otros, Civil Num. K EF2004-1050. | .20 | 290.00 | 58.00 |
| 12/13/17 | HDB | 212 | Review comments by Movants to draft HTA Stipulation to resolve motions to compel assumption of certain executory contracts. | .30 | 290.00 | 87.00 |
| 12/14/17 | HDB | 208 | Receive and review stay relief request by FDR1500, Corp for HTA. | .20 | 290.00 | 58.00 |
| 12/15/17 | HDB | 221 | Review and sign-off Notice for Proskauer's HTA Fee Application. | .10 | 290.00 | 29.00 |
| 12/15/17 | GOD | 221 | File the Summary Sheet To First Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Highways & Transportation Authority, For The Period May 21, 2017 Through September 30, 2017. | .20 | 190.00 | 38.00 |
| 12/15/17 | GOD | 221 | File the Notice Of Filing Of First Interim Fee Application Of Proskauer Rose LLP For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Attorneys For The Financial Oversight And Management Board For Puerto Rico, As Representative Of The Debtor, The Puerto Rico Highways & Transportation Authority, For The Period May 21, 2017 Through September 30, 2017. | .20 | 190.00 | 38.00 |
| 12/21/17 | HDB | 206 | Receive and review HTA Creditor List. | .30 | 290.00 | 87.00 |
| 12/21/17 | HDB | 206 | Review Notice of filing HTA Creditor List. | .20 | 290.00 | 58.00 |
| 12/22/17 | HDB | 207 | Review urgent motion for extension of time to extend briefing schedule regarding Notice of Compliance and Petition for Payment of Funds by A. Jimenez. | .10 | 290.00 | 29.00 |
| 12/22/17 | HDB | 206 | Revise and sign-off on HTA Notice of Creditor Matrix. | .20 | 290.00 | 58.00 |
| 12/22/17 | HDB | 208 | Review lift stay notice by Angel Ricardo Rodriguez.(.10) Draft e-mail regarding same.(.10) | .20 | 290.00 | 58.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  317553                                                    December 31, 2017

| Date | Initials | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/22/17 | DJP | 206 | Review and finalize Notice of Filing of Creditor List for the Puerto Rico Highways and Transportation Authority, and supporting exhibits. | .40 | 180.00 | 72.00 |
| 12/22/17 | DJP | 206 | File Notice of Filing of Creditor List for the Puerto Rico Highways and Transportation Authority through the court's electronic filing system in the HTA case. | .20 | 180.00 | 36.00 |
| 12/22/17 | DJP | 206 | Draft and send email to Prime Clerk LLC informing of the filing of Notice of Filing of Creditor List for the Puerto Rico Highways and Transportation Authority, and exhibits, and requesting service thereof. | .10 | 180.00 | 18.00 |
| 12/22/17 | DJP | 206 | Draft and send email to presiding judge attaching stamped version of the Notice of Filing of Creditor List for the Puerto Rico Highways and Transportation Authority, and supporting exhibits, as filed in the Commonwealth and HTA cases. | .20 | 180.00 | 36.00 |
| 12/26/17 | MMB | 219 | Docket court notice received by mail dated December 22, 2017, regarding order 362 extending deadlines under order scheduling briefing in connection with notice of compliance (related dkt. 361). | .10 | 135.00 | 13.50 |
| 12/27/17 | HDB | 208 | Receive and review Castro Business Enterprises Notice for Relief from Stay.(.10)  Draft e-mails regarding same.(.10) | .20 | 290.00 | 58.00 |
| 12/29/17 | HDB | 208 | Receive and review e-mail by J. Maldonado (HTA Counsel) regarding views on request for relief from stay regarding Castro Business Enterprises. | .10 | 290.00 | 29.00 |
| 12/29/17 | HDB | 212 | Revise draft Mediation Statement regarding HTA toll revenues. | .40 | 290.00 | 116.00 |
| 12/29/17 | ETF | 206 | Comment on draft of supplemental mediation statement on issues regarding HTA toll revenues.(1.40) Checking HTA enabling act and last official statement issued by HTA.(.50) | 1.90 | 200.00 | 380.00 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 1,739.50 |
| Less Discount | | $ -173.95 |
| NET PROFESSIONAL SERVICES: | | $ 1,565.55 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  317553                                                    December 31, 2017

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 3.10 | 290.00 | 899.00 |
| DANIEL J. PEREZ REFOJOS | .90 | 180.00 | 162.00 |
| GABRIEL L. OLIVERA DUBON | 1.50 | 190.00 | 285.00 |
| EMILIANO TRIGO FRITZ | 1.90 | 200.00 | 380.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **7.50** | | **$ 1,739.50** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (6 Copies @ $.25) | 1.50 |
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (18 Copies @ $.25) | 4.50 |
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (24 Copies @ $.25) | 6.00 |
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (22 Copies @ $.25) | 5.50 |
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (20 Copies @ $.25) | 5.00 |
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (13 Copies @ $.25) | 3.25 |
| 12/15/17 | DUPLICATING -  AS OF 12/15/17 (13 Copies @ $.25) | 3.25 |

TOTAL REIMBURSABLE EXPENSES                    $ 29.00

**TOTAL THIS INVOICE**                         **$ 1,594.55**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

December 31, 2017
Bill #:  318919
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2017:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 258.50 |
| VOLUME DISCOUNT | $ -25.85 |
| Net Professional Services | $ 232.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 232.65** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813.
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/11/17 | HDB | 209 | Receive and review e-mail from the First Circuit concerning Notice of Appearance in Peaje Appeal.(.10) Prepare Notice of Appearance.(.10) | .20 | 290.00 | 58.00 |
| 12/11/17 | GOD | 206 | Review and edit notice of appearance for H. Bauer in appellate proceeding 17-2165. | .20 | 190.00 | 38.00 |
| 12/12/17 | GOD | 206 | File the Notice of Appeal for H. Bauer in of appearance in 17-2165. | .20 | 190.00 | 38.00 |
| 12/21/17 | GOD | 206 | Draft, edit, and file notice of appearance for H. Bauer in appeal no. 17-2167. | .30 | 190.00 | 57.00 |
| 12/21/17 | MMB | 209 | Assist H. Bauer in the filing of notice of appearance in the Peaje appeal. | .50 | 135.00 | 67.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 258.50 |
| VOLUME DISCOUNT | | $ -25.85 |
| NET PROFESSIONAL SERVICES: | | $ 232.65 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| GABRIEL L. OLIVERA DUBON | .70 | 190.00 | 133.00 |
| MILAGROS MARCANO BAEZ | .50 | 135.00 | 67.50 |
| **Total** | **1.40** | | **$ 258.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  318919

December 31, 2017

**TOTAL THIS INVOICE**                                        **$ 232.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------x

## COVER SHEET TO NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF JANUARY 1, 2018 THROUGH JANUARY 31, 2018

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2018 through January 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $8,599.95 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $8,599.95 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's ninth monthly fee application in these cases.

On April 2, 2018 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:   Professor Arthur J. González
        FOMB Board Member
        and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:   Martin J. Bienenstock, Esq.
        Ehud Barak, Esq.,
        and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:   Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:   Luc. A. Despins, Esq.
        Andrew V. Tenzer, Esq.
        Michael E. Comerford, Esq.
        G. Alexander Bongartz, Esq.
        and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:   Juan J. Casillas Ayala, Esq.
        Diana M. Batlle-Barasorda, Esq.
        Alberto J.E. Añeses Negrón, Esq.
        Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:   John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Díana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re:  Commonwealth of Puerto Rico)
        and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:   Robert Gordon, Esq.
        Richard Levin, Esq.
        And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:   A.J. Bennazar-Zequeira, Esq.

### HTA TITLE III
### Summary of Legal Fees for the Period January 1, 2018 through January 31, 2018

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 10.70 | $ 3,103.00 |
| Beatriz Baldit Castro | Associate | Corporate | $165.00 | 3.60 | $ 594.00 |
| Jorge A. Candelaria | Associate | Corporate | $170.00 | 5.40 | $ 918.00 |
| Emiliano Trigo Firtz | Associate | Corporate | $200.00 | 24.50 | $ 4,900.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.30 | $ 40.50 |

| | | | | |
|---|---|---|---|---|
| **Totals** | | | 44.50 | $ 9,555.50 |
| **Less: 10% Courtesy discount** | | | | $ (955.55) |
| **SUMMARY OF LEGAL FEES** | | | | $ 8,599.95 |

### Summary of Disbursements for the Period January 1, 2018 through January 31, 2018

| Description - Expenses | Amounts |
|---|---|
| | $ - |

| | |
|---|---|
| **Totals** | $ - |
| **SUMMARY OF DISBURSEMENTS** | $ - |

## HTA TITLE III
## Summary of Legal Fees for the Period January 1, 2018 through January 31, 2018

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 3.00 | $ 600.00 |
| 202 | Legal Research | 18.10 | $3,494.00 |
| 203 | Hearings and other Non Filed Communications with the Court | 0.10 | $ 29.00 |
| 206 | Documents Filed on Behalf of the Board | 0.50 | $ 145.00 |
| 207 | Non-Board Court Filings | 1.90 | $ 488.00 |
| 208 | Stay Matters | 1.40 | $ 406.00 |
| 209 | Adversary Proceeding | 1.70 | $ 493.00 |
| 210 | Analysis and Strategy | 7.50 | $1,608.00 |
| 212 | General Administration | 4.60 | $1,334.00 |
| 219 | Docketing | 0.30 | $ 40.50 |
| 221 | Discovery/2004 Examinations | 5.40 | $ 918.00 |
| | | | $9,555.50 |

**Less: 10% Courtesy Discount**          $ (955.55)

| | **TOTALS** | **44.50** | **$8,599.95** |
|---|---|---|---|

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,739.96, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $7,739.96.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

February 26, 2018

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

FOMB IN RE HTA TITLE III

February 26, 2018
Bill #:   319374
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2018:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 7,802.50 |
| Less Discount | $ -780.25 |
| Net Professional Services | $ 7,022.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 7,022.25** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:   GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/04/18 | HDB | 212 | Review and respond to e-mail by J. Cardona regarding meeting on HTA Motion to Compel Assumption of Contracts. | .10 | 290.00 | 29.00 |
| 1/09/18 | HDB | 206 | Tel. conf. with S. Ma regarding proposed edits and issues regarding Stipulation on HTA Motion to Compel. | .50 | 290.00 | 145.00 |
| 1/10/18 | HDB | 208 | Receive and review lift stay request for Consuelo Ramos-Aguiar v. Municipality of San Juan, et. al. case number K DP2015-1183 | .30 | 290.00 | 87.00 |
| 1/13/18 | HDB | 212 | Receive and review Order on Second Extension Motion on motion for payment of funds. | .10 | 290.00 | 29.00 |
| 1/15/18 | HDB | 212 | Review GDB Subpoena for Rule 2004 Examination.(.10) Draft e-mail regarding same.(.10) | .20 | 290.00 | 58.00 |
| 1/15/18 | MMB | 219 | Docket court notice received by mail dated January 12, 2018, regarding oppositions to notice of compliance and petition for payment of funds dkt. 345 - H. Bauer. U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 1/16/18 | HDB | 208 | Review follow-up on lift stay request by Puerto Rico Highways and Transportation Authority v. Finca Matilde, Inc,, et als., civil case no. KEF2004-0237. | .10 | 290.00 | 29.00 |
| 1/16/18 | HDB | 207 | Receive and review Third Joint Notice and Stipulation Amending Deadlines Concerning the Request for Relief of Stay Filed by HTA Managerial Employees | .10 | 290.00 | 29.00 |
| 1/16/18 | HDB | 203 | Receive and review Order approving Third Joint Notice and Stipulation Amending Deadlines Agreed Concerning the Request for Relief of Stay Filed by Managerial Employees of the Puerto Rico Highway and Transportation Authority | .10 | 290.00 | 29.00 |

O'Neill & Borges LLC

Bill #:  319374                                                                    February 26, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/18/18 | HDB | 208 | Receive and review follow-up regarding stay relief request regarding Autoridad de Carreteras y Transportación de P.R. v. Corporación Rexach Hermanos, Inc. y Otros, Civil Num. K EF2004-1050 | .10 | 290.00 | 29.00 |
| 1/19/18 | HDB | 212 | Receive and review initial production of documents by GDB to Siemens pursuant to Rule 2004 Order, in anticipation of depositions. | .40 | 290.00 | 116.00 |
| 1/21/18 | ETF | 201 | Study M. Bienenstock's questions regarding transfer of license fees and taxes to HTA and related issues raised by the mediators.(.60) Review the official statements of multiple HTA bond issuances.(2.40) | 3.00 | 200.00 | 600.00 |
| 1/22/18 | HDB | 212 | Coordinate meeting regarding Motions to Compel Assumption of Contracts. | .20 | 290.00 | 58.00 |
| 1/22/18 | BAB | 202 | Review and analyze the official statements for the PRIFA Series 2011 Bonds, and Series 2005 A, B and C Bonds to assess whether bondholders are granted a proprietary right over government tax revenues. | 3.60 | 165.00 | 594.00 |
| 1/22/18 | ETF | 202 | Review pledge language under the 68 and 98 resolutions.(1.30) Review description of allocation of tax revenues under the official statements and bond counsel opinions of HTA bond issuances (6.70) Review description of allocation of tax revenues to HTA under various statutes to analyze issues raised by question posed by the mediators.(2.60) | 10.60 | 200.00 | 2,120.00 |
| 1/23/18 | HDB | 210 | Review e-mail by E. Trigo regarding ownership of Tax Revenue by HTA (.20) and response by M. Bienenstock.(.10) | .30 | 290.00 | 87.00 |
| 1/23/18 | HDB | 208 | Review stay relief request by RFC Corporation.(.20) Draft e-mails regarding same.(.10) | .30 | 290.00 | 87.00 |
| 1/23/18 | HDB | 207 | Correspond with counsel for GDB regarding extension of time to oppose National's Rule 2004 Request.(.10) Review issues regarding meet and confer requirements.(.10)  Revise and edit draft Urgent Motion to Extend Deadlines.(.30)  Tel. conf with counsel for GDB.(.20) | .70 | 290.00 | 203.00 |
| 1/23/18 | HDB | 210 | Receive and review monoline's demand to BNYM (as fiscal agent for 1968 and 1998 HTA Bonds) to make payments July 3, 2017 Payment. | .30 | 290.00 | 87.00 |

O'Neill & Borges LLC

Bill #:  319374                                                           February 26, 2018

| 1/23/18 | HDB | 207 | Review FGIC's Joinder to National's 2004 Motion for GDB examination. | .10 | 290.00 | 29.00 |
|---|---|---|---|---|---|---|
| 1/23/18 | ETF | 202 | Study differences between Spanish and English versions of statutory provisions allocating tax proceeds to HTA.(3.00) Draft email to M. Bienenstock regarding same.(.90) | 3.90 | 200.00 | 780.00 |
| 1/24/18 | HDB | 210 | Commence review of GDB Supplemental Production in response to Siemens Rule 2004, in anticipation of deposition. | .60 | 290.00 | 174.00 |
| 1/24/18 | HDB | 212 | Review Scheduling Order on National Rule 2004 Motion.(.10) draft e-mail regarding same.(.10) | .20 | 290.00 | 58.00 |
| 1/24/18 | HDB | 208 | Review Vilella/Blassini Notice to Lift Stay regarding eminent domain. | .20 | 290.00 | 58.00 |
| 1/25/18 | HDB | 212 | Review draft objection to FGIC's joinder to National's Rule 2004 Request.(.20) Draft e-mails regarding same.(.10) Tel. conf with counsel for GDB.(.20) Review settlement proposal by GBD.(.20) Draft e-mail to Proskauer regarding GDB Settlement proposal. (.10) Draft e-mail to counsel for GDB.(.10) Review National's Opposition to GDB's Urgent Motion for Extension of Time.(.20) | 1.10 | 290.00 | 319.00 |
| 1/25/18 | HDB | 208 | Receive and review follow-up on Finca Matilde stay relief request and draft e-mails regarding same. | .10 | 290.00 | 29.00 |
| 1/26/18 | MMB | 219 | Docket court notice received by mail dated January 25, 2018, regarding order dkt. 378 on National Public Finance Guarantee Corp.'s motion for entry of order under Bankr. Rule 2004, deadlines to object and reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 1/29/18 | HDB | 212 | Tel. conf. with counsel for Movants on Motions to Compel Assumption of Executory Contracts regarding adjournment of Motion and settlement.(.20)  Draft e-mail regarding same.(.10) | .30 | 290.00 | 87.00 |
| 1/29/18 | HDB | 212 | Review draft Stipulation to hold the National Rule 2004 Motion to GDB in abeyance.(.20)  Draft e-mail to Proskauer regarding same.(.10) Draft e-mail to GDB regarding same.(.10)  Review additional edits to draft motion.(.20) | .60 | 290.00 | 174.00 |

O'Neill & Borges LLC

Bill #:  319374                                                                February 26, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/30/18 | HDB | 212 | Draft e-mails regarding deposition of GDB by Siemens.(.10)  Coordinate attendance with GDB and Siemens counsel.(.10)  Debrief on deposition testimony.(.30) | .50 | 290.00 | 145.00 |
| 1/30/18 | HDB | 212 | Revise draft Stipulation to resolve Motions to Compel Assumption of Executory Contracts. | .40 | 290.00 | 116.00 |
| 1/30/18 | HDB | 207 | Receive and review objection to FGIC's joinder of National Public Finance Guarantee Corporation for Entry of an Order Under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank for Puerto Rico | .30 | 290.00 | 87.00 |
| 1/30/18 | HDB | 212 | Receive and review (i) joint Motion.(.10) Order holding National 2004 Motion as to GDB in Abeyance.(.10) | .20 | 290.00 | 58.00 |
| 1/30/18 | JAC | 221 | Observe GDB Deposition taken by Siemens in connection with their Rule 2004 Motion. | 3.00 | 170.00 | 510.00 |
| 1/30/18 | JAC | 221 | Draft notes on GDB Deposition taken by Siemens in connection with their Rule 2004 Motion. | 2.40 | 170.00 | 408.00 |
| 1/30/18 | ETF | 207 | Review Judge Swain's order dismissing monolines complaint pursuant to Fed R. Civ. P.12(b)(6). | .70 | 200.00 | 140.00 |
| 1/31/18 | HDB | 212 | Review additional edits to draft stipulation to settle Motions to Compel Assumption of Executory Contracts.(.20) Draft e-mail regarding same.(.10) | .30 | 290.00 | 87.00 |
| 1/31/18 | HDB | 208 | Receive and review stay relief notice by Sucn. Fernandez Garzot (eminent domaine).(.20)  Draft e-mail regarding the same.(.10) | .30 | 290.00 | 87.00 |
| 1/31/18 | MMB | 219 | Docket court notice dkt. 383 received by mail dated January 31, 2018, regarding reply to motion dkt 375 for joinder - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES                 $ 7,802.50

Less Discount                                             $ -780.25

NET PROFESSIONAL SERVICES:                $ 7,022.25

## SUMMARY OF PROFESSIONAL SERVICES

| Name | | Hours | Rate | Total |
|---|---|---|---|---|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  319374                                                    February 26, 2018

| | | | |
|---|---|---|---|
| HERMANN BAUER | 9.00 | 290.00 | 2,610.00 |
| BEATRIZ  A. BALDIT CASTRO | 3.60 | 165.00 | 594.00 |
| JORGE A. CANDELARIA | 5.40 | 170.00 | 918.00 |
| EMILIANO TRIGO FRITZ | 18.20 | 200.00 | 3,640.00 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **36.50** | | **$ 7,802.50** |

**TOTAL THIS INVOICE**                    **$ 7,022.25**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

February 26, 2018

FOMB IN RE HTA TITLE III

RE:   17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 26, 2018
Bill #:   319375
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2018:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 232.00 |
| VOLUME DISCOUNT | $ -23.20 |
| Net Professional Services | $ 208.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 208.80** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:   17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/02/18 | HDB | 209 | Receive and review Judgment in Appeal 17-1830: Peaje v. Unsecured Creditor's committee. | .30 | 290.00 | 87.00 |
| 1/17/18 | HDB | 209 | Receive and review draft Initial Rule 26(a) Disclosures.(.30)  Draft e-mail regarding same.(.10) | .40 | 290.00 | 116.00 |
| 1/31/18 | HDB | 209 | Review proposed Order to permit Creditor Committee's Intervention in the Peaje adversary proceedings. | .10 | 290.00 | 29.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 232.00 |
| VOLUME DISCOUNT | $ -23.20 |
| NET PROFESSIONAL SERVICES: | $ 208.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .80 | 290.00 | 232.00 |
| **Total** | **.80** | | **$ 232.00** |

|  |  |
|--|--|
| **TOTAL THIS INVOICE** | **$ 208.80** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE