# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-----------------------------------------------------------------x

## COVER SHEET TO SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO FOR THE PERIOD OF OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00506856; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | October 1, 2017 through October 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,988.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $432.50 |
| Total amount for this invoice: | $4,421.30 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's sixth monthly fee application in these cases.

00506856; 1

On November 17, 2017 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
          FOMB Board Member
              and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
          Ehud Barak, Esq.,
              and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
          Suzzanne Uhland, Esq.
          Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)

**Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street
Suite 500
Post Office Box 2719
Madison, WI 53701-2719
Attn:    Brady C. Williamson

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
          Andrew V. Tenzer, Esq.
          Michael E. Comerford, Esq.
          G. Alexander Bongartz, Esq.
              and
Casillas, Santiago & Torres, LLC (Proposed)
El Caribe Office Building
53 Palmeras Street, Suite 1601

00506856; 1

San Juan, PR  00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
          Diana M. Batlle-Barasorda, Esq.
          Alberto J.E. Añeses Negrón, Esq.
          Ericka C. Montull-Novoa, Esq.

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:     Robert Gordon, Esq.
          Richard Levin, Esq.
                    And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:     A.J. Bennazar-Zequeira, Esq.

### Summary of Legal Fees for the Period October 1, 2017 through October 31, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Rosa M. Lazaro | Member | Corporate | $ 335.00 | 3.70 | $ 1,239.50 |
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 7.90 | $ 2,212.00 |
| Jorge A. Candelaria | Associate | Corporate | $ 155.00 | 2.60 | $ 403.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $ 180.00 | 3.00 | $ 540.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 0.30 | $ 37.50 |

|  |  |  |
|---|---|---|
| Totals | 17.50 | $ 4,432.00 |
| Less: 10% Courtesy discount | | $ (443.20) |
| **SUMMARY OF LEGAL FEES** | | $ 3,988.80 |

### Summary of Disbursements for the Period October 1, 2017 through October 31, 2017

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 432.50 |

|  |  |
|---|---|
| Totals | $ 432.50 |
| **SUMMARY OF DISBURSEMENTS** | $ 432.50 |

## Summary of Legal Fees for the Period October 1, 2017 through October 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 209 | Adversary Proceeding | 10.80 | $ 2,748.50 |
| 210 | Analysis and Strategy | 6.40 | $ 1,646.00 |
| 219 | Docketing | 0.30 | $ 37.50 |
| | | | $ 4,432.00 |
| | Less: 10% Courtesy Discount | | $ (443.20) |
| **TOTALS** | | 17.50 | $ 3,988.80 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $3,589.92, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $432.50) in the total amount of $4,022.42.

# **Exhibit A**

00506856; 1

P.O. BOX 195828, SAN JUAN, PR 00919-5828
250 MUÑOZ RIVERA AVE., SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE ERS TITLE III

November 3, 2017
Bill #:   311693
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
October 31, 2017:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 4,432.00 |
| Less Discount | $ -443.20 |
| | |
| Net Professional Services | $ 3,988.80 |
| Total Reimbursable Expenses | $ 432.50 |
| | |
| **TOTAL THIS INVOICE** | **$ 4,421.30** |



O'NEILL & BORGES LLC

San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/02/17 | RML | 210 | Review issues that may be relevant to  AEELA complaint as a result of enactment of Pension reform. | .70 | 335.00 | 234.50 |
| 10/02/17 | RML | 210 | Analyze taking arguments in connection with Pension Reform and possible AEELA claim. | .80 | 335.00 | 268.00 |
| 10/02/17 | HDB | 210 | Draft e-mail regarding legal issues concerning threatened AEELA Claim and respond to responses to legal queries and preliminary responses. | .30 | 280.00 | 84.00 |
| 10/02/17 | HDB | 209 | Review issues regarding takings claims relative to AEELA complaint and outline legal issues regarding same. | .40 | 280.00 | 112.00 |
| 10/02/17 | JAC | 209 | Draft work plan regarding AEELA potential litigation in ongoing Title III proceedings. | 1.80 | 155.00 | 279.00 |
| 10/03/17 | HDB | 209 | Draft e-mail to P. Doyle regarding AEELA Adversary. | .10 | 280.00 | 28.00 |
| 10/03/17 | MMB | 219 | Docket court notice received by mail dated October 3, 2017, regarding various deadlines as per order docket no. 68 in case 17-ap-00213 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 10/04/17 | HDB | 210 | Review Outline for AEELA Complaint Memorandum. | .30 | 280.00 | 84.00 |
| 10/04/17 | JAC | 209 | Review and revise draft work plan regarding AEELA potential litigation in ongoing Title III proceedings. | .70 | 155.00 | 108.50 |
| 10/04/17 | JAC | 209 | Draft email to R. M. Lazaro, H. D. Bauer and S. Antonetti regarding AEELA potential litigation in ongoing Title III proceedings. | .10 | 155.00 | 15.50 |
| 10/04/17 | ETF | 210 | Review AEELA's draft complaint and analyzing takings claim. | 1.70 | 180.00 | 306.00 |

O'Neill & Borges LLC

Bill #:  311693

November 3, 2017

| 10/10/17 | RML | 210 | Review memorandum of understanding submitted by AEELA's counsel and issues related thereto. | .80 | 335.00 | 268.00 |
| 10/10/17 | HDB | 209 | Receive and review draft memorandum of understanding regarding threatened AEELA complaint. | .60 | 280.00 | 168.00 |
| 10/10/17 | HDB | 209 | Correspond with AAFAF regarding threaten ed AEELA complaint and proposed agreement. | .20 | 280.00 | 56.00 |
| 10/10/17 | HDB | 209 | Consultation regarding threatened claims in AEELA complaint. | .20 | 280.00 | 56.00 |
| 10/11/17 | HDB | 209 | Review recitals in draft MOU regarding AEELA complaint. | .20 | 280.00 | 56.00 |
| 10/11/17 | HDB | 209 | Correspond regarding meet and confer on AEELA adversary proceeding. | .10 | 280.00 | 28.00 |
| 10/12/17 | RML | 209 | Review issues associated with AEELA draft of complaint in connection with enactment of ACt.106. | .90 | 335.00 | 301.50 |
| 10/12/17 | HDB | 209 | Review AEELA Memorandum. | .80 | 280.00 | 224.00 |
| 10/12/17 | HDB | 209 | Meeting to discuss legal issues and strategies regarding AEELA claims and in anticipation of call with Proskauer and meet and confer with plaintiffs. | .80 | 280.00 | 224.00 |
| 10/12/17 | ETF | 210 | Review AEELA's Enabling Act.(.80) Meeting with R. Lazaro regarding draft MOU proposed by AEELA .(.50) | 1.30 | 180.00 | 234.00 |
| 10/13/17 | RML | 210 | Tel. conf. with Proskauer team and Hermann Bauer regarding analysis of AEELA claim due to the enactment of the pension reform in preparation for meeting with AEELA. | .50 | 335.00 | 167.50 |
| 10/13/17 | HDB | 209 | Prepare for conference call with Proskauer regarding threatened AEELA Adversary Complaint. | .20 | 280.00 | 56.00 |
| 10/13/17 | HDB | 209 | Conf. call with Proskauer regarding legal issues in connection with meet and confer regarding AEELA complaint. | .30 | 280.00 | 84.00 |
| 10/17/17 | HDB | 209 | Tel. conf. with O. Ramos regarding meet and confer regarding AEELA Adversary proceeding. | .30 | 280.00 | 84.00 |
| 10/17/17 | HDB | 209 | Review documents in preparation for meet and confer regarding AEELA Complaint. | .40 | 280.00 | 112.00 |
| 10/17/17 | HDB | 209 | Attend meeting at AAFAF regarding AEELA complaint. | 1.60 | 280.00 | 448.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311693                                                November 3, 2017

| 10/19/17 | MMB | 219 | Docket court notice received by mail dated October 19, 2017, regarding deadline to file joint proposed briefing schedule in case 17-00213 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
|---|---|---|---|---|---|---|
| 10/20/17 | MMB | 219 | Docket court notice received by mail dated October 20, 2017, regarding opposition to defendants' motion to compel, reply, hearing on motion (Dkt. 70 in case 17-00213) - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 10/23/17 | HDB | 209 | Receive and review letter from C. Cuprill regarding purported agreements regarding 3% contribution to AEELA. | .30 | 280.00 | 84.00 |
| 10/23/17 | HDB | 209 | Coordinate conference call with counsel for AAFAF regarding letter from Charles Cuprill. | .10 | 280.00 | 28.00 |
| 10/24/17 | HDB | 209 | Prepare for call with counsel for AAFAF regarding letter from counsel for AEELA. | .10 | 280.00 | 28.00 |
| 10/24/17 | HDB | 209 | Tel. conf. with P. Doyle (Proskauer) and counsel for AAFAF regarding letter from counsel for AEELA. | .30 | 280.00 | 84.00 |
| 10/26/17 | HDB | 209 | Review and edit draft AEELA letter to AAFAF regarding Act 106. | .20 | 280.00 | 56.00 |
| 10/30/17 | HDB | 209 | Additional edits and draft e-mail to O. Ramos regarding letter to C. Cuprill. | .10 | 280.00 | 28.00 |

TOTAL PROFESSIONAL SERVICES                      $ 4,432.00

Less Discount                                    $ -443.20

NET PROFESSIONAL SERVICES:                       $ 3,988.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 3.70 | 335.00 | 1,239.50 |
| HERMANN BAUER | 7.90 | 280.00 | 2,212.00 |
| JORGE A. CANDELARIA | 2.60 | 155.00 | 403.00 |
| EMILIANO TRIGO FRITZ | 3.00 | 180.00 | 540.00 |
| MILAGROS MARCANO BAEZ | .30 | 125.00 | 37.50 |
| **Total** | **17.50** | | **$ 4,432.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  311693                                                          November 3, 2017

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 10/12/17 | DUPLICATING - AS OF 10/12/17 (7 Copies @ $.25) | 1.75 |
| 10/20/17 | DUPLICATING - AS OF 10/20/17 (1723 Copies @ $.25) | 430.75 |

TOTAL REIMBURSABLE EXPENSES               $ 432.50

**TOTAL THIS INVOICE**                    **$ 4,421.30**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

   Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------------x

## COVER SHEET TO SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO FOR THE PERIOD OF NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | November 1, 2017 through November 30, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $438.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $438.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's seventh monthly fee application in these cases.

00538658; 1

On April 2, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
            FOMB Board Member
                and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
            Ehud Barak, Esq.,
                and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:    Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:    Luc. A. Despins, Esq.
            Andrew V. Tenzer, Esq.
            Michael E. Comerford, Esq.
            G. Alexander Bongartz, Esq.
                and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
            Diana M. Batlle-Barasorda, Esq.
            Alberto J.E. Añeses Negrón, Esq.
            Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
            Suzzanne Uhland, Esq.
            Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)
                and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
            Richard Levin, Esq.
                And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:    A.J. Bennazar-Zequeira, Esq.

## ERS TITLE III
### Summary of Legal Fees for the Period November 1, 2017 through November 30, 2017

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 280.00 | 0.50 | $ 140.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $ 195.00 | 1.10 | $ 214.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 165.00 | 0.50 | $ 82.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 125.00 | 0.40 | $ 50.00 |

|  |  |  |  | | |
|---|---|---|---|---|---|
| **Totals** | | | | **2.50** | **$ 487.00** |
| **Less: 10% Courtesy discount** | | | | | **$ (48.70)** |

| SUMMARY OF LEGAL FEES | $ 438.30 |
|---|---|

### Summary of Disbursements for the Period November 1, 2017 through November 30, 2017

| Description - Expenses | Amounts |
|---|---|
|  | $ - |

| **Totals** | **$ -** |
|---|---|

| SUMMARY OF DISBURSEMENTS | $ - |
|---|---|

### ERS TITLE III
### Summary of Legal Fees for the Period November 1, 2017 through November 30, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed On Behalf of the Board | 0.50 | $ 82.50 |
| 208 | Stay Matters | 0.30 | $ 84.00 |
| 209 | Adversary Proceeding | 0.70 | $ 136.50 |
| 212 | General Administration | 0.20 | $ 56.00 |
| 218 | Employment and Fee Applications | 0.40 | $ 78.00 |
| 219 | Docketing | 0.40 | $ 50.00 |
| | | | $ 487.00 |

**Less: 10% Courtesy Discount**     $ (48.70)

| | **TOTALS** | **2.50** | **$ 438.30** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $394.92, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $394.92.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2017

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 5, 2017
Bill #:   313573
Billing Attorney:  CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
November 30, 2017:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 487.00 |
| Less Discount | $ -48.70 |
| Net Professional Services | $ 438.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 438.30** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES



| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 11/02/17 | HDB | 212 | Receive and review demand letter by Mariana Hernandez Gutierrez. | .20 | 280.00 | 56.00 |
| 11/03/17 | MMB | 219 | Docket court notice received by mail dated November 2, 2017, regarding order to ERS to determine appropriate affiant for affidavit - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/07/17 | UMF | 209 | Review Act 106 regarding motion to dismiss Altair v. ERS adversary proceeding. | .70 | 195.00 | 136.50 |
| 11/08/17 | DJP | 206 | Draft, review, and finalize Transcript Request Form pertaining to the hearing held before Judge Dein on November 2, 2017, in AP 17-213 (ERS v. Altair Global Credit Opportunities Fund (A), LLC. | .30 | 165.00 | 49.50 |
| 11/08/17 | DJP | 206 | File Transcript Request Form pertaining to the hearing held before Judge Dein in AP 17-213 (ERS v. Altair Global Credit Opportunities Fund (A), LLC through the court's electronic filing system. | .20 | 165.00 | 33.00 |
| 11/09/17 | MMB | 219 | Docket court notice received by mail dated November 8, 2017, regarding order setting briefing schedule (dkt. 107) - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/09/17 | MMB | 219 | Docket court notice received by mail dated November 8, 2017, regarding order dkt. 110 in case 17-00213 on urgent motion to an order clarifying page limits (regarding: dkt. 99) - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/16/17 | UMF | 218 | Draft sixth monthly fee application and letter on payment of fee application as per the Order on Interim Compensation. | .40 | 195.00 | 78.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  313573

December 5, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/21/17 | MMB | 219 | Docket court notice received by mail dated November 18, 2017, regarding order 140 in case 17-00213 on transcript of November 17, 2017 hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 125.00 | 12.50 |
| 11/28/17 | HDB | 208 | Receive and review Motion to Condition Automatic Stay or, Alternatively, Enforce the July 17,2017 Order filed by certain ERS Bondholders. | .30 | 280.00 | 84.00 |

TOTAL PROFESSIONAL SERVICES     $ 487.00

Less Discount     $ -48.70

NET PROFESSIONAL SERVICES:     $ 438.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .50 | 280.00 | 140.00 |
| UBALDO M. FERNANDEZ BARRERA | 1.10 | 195.00 | 214.50 |
| DANIEL J. PEREZ REFOJOS | .50 | 165.00 | 82.50 |
| MILAGROS MARCANO BAEZ | .40 | 125.00 | 50.00 |
| **Total** | **2.50** | | **$ 487.00** |

### TOTAL THIS INVOICE     $ 438.30

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

-------------------------------------------------------------x

## COVER SHEET TO EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO FOR THE PERIOD OF DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00538674; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | December 1, 2017 through December 31, 2017 |
| Amount of compensation sought as actual, reasonable and necessary: | $348.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $104.00 |
| Total amount for this invoice: | $452.75 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's eighth monthly fee application in these cases.

On April 2, 2018 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:   Professor Arthur J. González
        FOMB Board Member
        and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:   Martin J. Bienenstock, Esq.
        Ehud Barak, Esq.,
        and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:   Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:   Luc. A. Despins, Esq.
        Andrew V. Tenzer, Esq.
        Michael E. Comerford, Esq.
        G. Alexander Bongartz, Esq.
        and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:   Juan J. Casillas Ayala, Esq.
        Diana M. Batlle-Barasorda, Esq.
        Alberto J.E. Añeses Negrón, Esq.
        Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:   John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)
        and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:   Robert Gordon, Esq.
        Richard Levin, Esq.
        And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Píso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:   A.J. Bennazar-Zequeira, Esq.

**ERS TITLE III**
**Summary of Legal Fees for the Period December 1, 2017 through December 31, 2017**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 0.70 | $ 203.00 |
| Daniel J. Perez | Associate | Litigation | $180.00 | 0.80 | $ 144.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.30 | $ 40.50 |

|  | | | | | |
|---|---|---|---|---|---|
| **Totals** | | | | **1.80** | **$ 387.50** |
| **Less: 10% Courtesy discount** | | | | | **$ (38.75)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 348.75** |

**Summary of Disbursements for the Period December 1, 2017 through December 31, 2017**

| Description - Expenses | Amounts |
|---|---|
| Duplicating | $ 34.00 |
| Registration Fee for Hearing at US District Court in New York RE: | $ 70.00 |

|  |  |
|---|---|
| **Totals** | **$ 104.00** |
| **SUMMARY OF DISBURSEMENTS** | **$ 104.00** |

## ERS TITLE III
### Summary of Legal Fees for the Period December 1, 2017 through December 31, 2017

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 207 | Non-Board Court Filings | 0.80 | $ 144.00 |
| 212 | General Administration | 0.70 | $ 203.00 |
| 219 | Docketing | 0.30 | $ 40.50 |
| | | | $ 387.50 |
| | **Less: 10% Courtesy Discount** | | $ (38.75) |
| | **TOTALS** | **1.80** | **$ 348.75** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $313.88, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $104.00) in the total amount of $417.88.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017

FOMB IN RE ERS TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

December 31, 2017
Bill #:   317556
Billing Attorney:  CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2017:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 347.00 |
| Less Discount | $ -34.70 |
| Net Professional Services | $ 312.30 |
| Total Reimbursable Expenses | $ 34.00 |
| **TOTAL THIS INVOICE** | **$ 346.30** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/15/17 | HDB | 212 | Receive and review e-mail by US Trustee following up on response to ERS Committee letter.(.10) Draft e-mail to Proskauer regarding same.(.10) | .20 | 290.00 | 58.00 |
| 12/15/17 | DJP | 207 | Notice of Filing of First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto of Puerto Rico, for the Period of May 21, 2017 through September 30, 2017. | .30 | 180.00 | 54.00 |
| 12/15/17 | DJP | 207 | Review and organize all exhibits to be filed together with the Notice of Filing of First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto of Puerto Rico, for the Period of May 21, 2017 through September 30, 2017. | .30 | 180.00 | 54.00 |
| 12/15/17 | DJP | 207 | File Notice of Filing of First Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employees Retirement System of the Government of Puerto of Puerto Rico, for the Period of May 21, 2017 through September 30, 2017, and supporting exhibits, through the court's electronic filing system ERS case. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  317556                                                                December 31, 2017

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/21/17 | HDB | 212 | Receive and review draft response letter to US Trustee regarding ERS Bondholders' letter on Committee issues. | .30 | 290.00 | 87.00 |
| 12/29/17 | HDB | 212 | Receive and review e-mail from US Trustee regarding ERS Committee Letter.(.10)  Follow-up with Proskauer regarding same.(.10) | .20 | 290.00 | 58.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 347.00 |
| Less Discount | $ -34.70 |
| NET PROFESSIONAL SERVICES: | $ 312.30 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .70 | 290.00 | 203.00 |
| DANIEL J. PEREZ REFOJOS | .80 | 180.00 | 144.00 |
| **Total** | **1.50** | | **$ 347.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (6 Copies @ $.25) | 1.50 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (11 Copies @ $.25) | 2.75 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (19 Copies @ $.25) | 4.75 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (14 Copies @ $.25) | 3.50 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (11 Copies @ $.25) | 2.75 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (13 Copies @ $.25) | 3.25 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (6 Copies @ $.25) | 1.50 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (21 Copies @ $.25) | 5.25 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (18 Copies @ $.25) | 4.50 |
| 12/15/17 | DUPLICATING - AS OF 12/15/17 (17 Copies @ $.25) | 4.25 |

|  |  |
|---|---|
| TOTAL REIMBURSABLE EXPENSES | $ 34.00 |
| **TOTAL THIS INVOICE** | **$ 346.30** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

December 31, 2017

FOMB IN RE ERS TITLE III

RE:   17-00220-LTS ALTAIR GLOBAL CREDIT V. COMM. OF P.R.-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

In account with

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

December 31, 2017
Bill #:   318923
Billing Attorney:  CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
December 31, 2017:

**Client.Matter: P1704 - 802**

**RE:  17-00220-LTS ALTAIR GLOBAL CREDIT V. COMM. OF P.R.  CGB**

|  |  |
|---|---|
| Total Professional Services | $ 13.50 |
| VOLUME DISCOUNT | $ -1.35 |
| Net Professional Services | $ 12.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 12.15** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 802**
**RE: 17-00220-LTS ALTAIR GLOBAL CREDIT V. COMM. OF P.R.-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 12/11/17 | MMB | 219 | Docket court notice received by mail dated December 8, 2017, regarding procedures for attendance, participation, and observation of the December 13, 2017 Altair hearing - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 13.50 |
| VOLUME DISCOUNT | | $ -1.35 |
| NET PROFESSIONAL SERVICES: | | $ 12.15 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **.10** | | **$ 13.50** |

**TOTAL THIS INVOICE**                     **$ 12.15**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF PUERTO RICO,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3566-LTS

---------------------------------------------------------------x

## COVER SHEET TO NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSHIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO FOR THE PERIOD OF JANUARY 1, 2018 THROUGH JANUARY 31, 2018

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | January 1, 2018 through January 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $52.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $52.20 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's ninth monthly fee application in these cases.

00538682; 1

On April 2, 2018 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:    Professor Arthur J. González
            FOMB Board Member
            and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
            Ehud Barak, Esq.,
            and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:    Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
            Andrew V. Tenzer, Esq.
            Michael E. Comerford, Esq.
            G. Alexander Bongartz, Esq.
            and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
            Diana M. Batlle-Barasorda, Esq.
            Alberto J.E. Añeses Negrón, Esq.
            Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn:    John J. Rapisardi, Esq.
            Suzzanne Uhland, Esq.
            Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)
            and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
            Richard Levin, Esq.
            And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR 00918
Attn:    A.J. Bennazar-Zequeira, Esq.

00538682; 1

## ERS TITLE III
### Summary of Legal Fees for the Period January 1, 2018 through January 31, 2018

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 0.20 | $ 58.00 |

|  |  |  | Totals | 0.20 | $ 58.00 |
|---|---|---|---|---|---|
|  |  |  | Less: 10% Courtesy discount |  | $ (5.80) |
|  |  |  | **SUMMARY OF LEGAL FEES** |  | $ 52.20 |

### Summary of Disbursements for the Period January 1, 2018 through January 31, 2018

| Description - Expenses | Amounts |
|---|---|
|  | $ - |

|  | Totals | $ - |
|---|---|---|
|  | **SUMMARY OF DISBURSEMENTS** | $ - |

## ERS TITLE III
## Summary of Legal Fees for the Period January 1, 2018 through January 31, 2018

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 212 | General Administration | 0.20 | $ 58.00 |
| | | | $ 58.00 |
| | Less: 10% Courtesy Discount | | $ (5.80) |
| | **TOTALS** | **0.20** | **$ 52.20** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $52.20, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $52.20.

# **Exhibit A**

00538682; 1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 26, 2018

FOMB IN RE ERS TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 26, 2018
Bill #:   319377
Billing Attorney:  CGB

FOMB IN RE ERS TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
January 31, 2018:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 58.00 |
| Less Discount | $ -5.80 |
| Net Professional Services | $ 52.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 52.20** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 1/11/18 | HDB | 212 | Receive and review letter regarding the Employee Retirement System Unsecured Claimholder Committee. | .20 | 290.00 | 58.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 58.00 |
| Less Discount | | $ -5.80 |
| NET PROFESSIONAL SERVICES: | | $ 52.20 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| **Total** | **.20** | | **$ 58.00** |

**TOTAL THIS INVOICE**                                    **$ 52.20**



CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE