# EXHIBIT B

**Exhibit B -- Fiscal Plan Development Materials**

| | | |
|---|---|---|
| 1. 1.1.2.1 | 17. 1.1.5.1.2.13 | 33. 2.1.3.1.2 |
| 2. 1.1.2.2 | 18. 1.1.5.1.2.24 | 34. 2.7.6 |
| 3. 1.1.2.3 | 19. 1.1.5.2.1.1 | 35. 2.7.14 |
| 4. 1.1.4.1.1 | 20. 1.1.5.2.1.2 | 36. 2.7.18 |
| 5. 1.1.4.2.1 | 21. 1.1.5.2.1.3 | 37. 2.7.19 |
| 6. 1.1.4.3.1 | 22. 1.1.5.2.1.4 | 38. 2.8.8.1 |
| 7. 1.1.4.3.2 | 23. 1.1.5.2.1.5 | 39. 2.8.3.1 |
| 8. 1.1.4.1.1 | 24. 1.1.5.2.1.6 | 40. 2.11.1 |
| 9. 1.1.4.4.2 | 25. 1.1.5.2.1.7 | 41. 2.11.2 |
| 10. 1.1.4.4.3 | 26. 1.1.5.2.1.8 | 42. 2.11.9 |
| 11. 1.1.4.4.4 | 27. 1.1.5.2.1.9 | 43. 2.11.10 |
| 12. 1.1.4.4.7 | 28. 1.1.5.3.1 | 44. 2.11.11 |
| 13. 1.1.4.4.10 | 29. 1.1.5.3.2 | 45. 2.11.12 |
| 14. 1.1.4.5.1 | 30. 1.1.5.4.1 | 46. 2.11.13 |
| 15. 1.1.5.1.2.4 | 31. 1.1.5.5.1 | 47. 2.11.14 |
| 16. 1.1.5.1.2.10 | 32. 2.1.3.1.1 | |