## Exhibit C

**Task Code Time Breakdown**

FOMB

PROMESA TITLE III: Commonwealth

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| Ashton, Ann M. | $759 | 3.00 | $2,277.00 |
| Barak, Ehud | $730 | 5.60 | $4,088.00 |
| Barak, Ehud | $759 | 11.50 | $8,728.50 |
| Bienenstock, Martin J. | $730 | 4.90 | $3,577.00 |
| Bienenstock, Martin J. | $759 | 0.50 | $379.50 |
| Brenner, Guy | $730 | 1.00 | $730.00 |
| Dale, Margaret A. | $730 | 1.80 | $1,314.00 |
| Doyle, Peter D. | $730 | 0.80 | $584.00 |
| Febus, Chantel L. | $730 | 7.70 | $5,621.00 |
| Febus, Chantel L. | $759 | 0.30 | $227.70 |
| Ferrara, Ralph C. | $730 | 1.70 | $1,241.00 |
| Ferrara, Ralph C. | $759 | 12.60 | $9,563.40 |
| Firestein, Michael A. | $730 | 0.50 | $365.00 |
| Firestein, Michael A. | $759 | 1.00 | $759.00 |
| Harris, Mark | $730 | 1.30 | $949.00 |
| Martinez, Carlos E. | $730 | 0.30 | $219.00 |
| Mashberg, Gregg M. | $730 | 4.60 | $3,358.00 |
| Mungovan, Timothy W. | $730 | 44.60 | $32,558.00 |
| Mungovan, Timothy W. | $759 | 9.40 | $7,134.60 |
| Possinger, Paul | $730 | 8.40 | $6,132.00 |
| Possinger, Paul | $759 | 9.90 | $7,514.10 |
| Ratner, Stephen L. | $730 | 12.60 | $9,198.00 |
| Ratner, Stephen L. | $759 | 1.60 | $1,214.40 |
| Richman, Jonathan E. | $730 | 3.20 | $2,336.00 |
| Richman, Jonathan E. | $759 | 2.30 | $1,745.70 |
| Rosen, Brian S. | $730 | 5.50 | $4,015.00 |
| Vermal, Ana | $730 | 5.40 | $3,942.00 |
| Vermal, Ana | $759 | 3.80 | $2,884.20 |
| **Total for Partners** | | **165.80** | **$122,655.10** |
| | | | |
| Febus, Chantel L. | $730 | 1.50 | $1,095.00 |
| Leader, Jordan B. | $730 | 0.70 | $511.00 |
| **Total for Senior Counsel** | | **2.20** | **$1,606.00** |
| | | | |
| Barak, Ehud | $730 | 6.70 | $4,891.00 |
| Desatnik, Daniel | $730 | 0.60 | $438.00 |
| Desatnik, Daniel | $759 | 0.80 | $607.20 |
| Fier, Seth D. | $730 | 13.70 | $10,001.00 |
| Fier, Seth D. | $759 | 15.70 | $11,916.30 |
| Forbes, Carl C. | $730 | 6.70 | $4,891.00 |
| Indelicato, Vincent | $730 | 0.60 | $438.00 |

FOMB

PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Kim, Mee R. | $730 | 8.70 | $6,351.00 |
| Kim, Mee R. | $759 | 10.90 | $8,273.10 |
| Ma, Steve | $730 | 6.60 | $4,818.00 |
| Ma, Steve | $759 | 4.10 | $3,111.90 |
| Roche, Jennifer L. | $730 | 0.10 | $73.00 |
| Skellet, Alexandra K. | $730 | 1.20 | $876.00 |
| Teng, Pengtao | $730 | 1.20 | $876.00 |
| Theodoridis, Chris | $730 | 8.20 | $5,986.00 |
| Theodoridis, Chris | $759 | 0.70 | $531.30 |
| Wolf, Lucy | $730 | 0.80 | $584.00 |
| Zerjal, Maja | $730 | 1.50 | $1,095.00 |
| **Total for Associates** | | **88.80** | **$65,757.80** |
| | | | |
| Quinn, Casey | $250 | 4.90 | $1,225.00 |
| **Total for Paraprofessionals** | | **4.90** | **$1,225.00** |
| | | | |
| **Total for This Matter** | | **261.70** | **$191,243.90** |

FOMB

PROMESA TITLE III: Commonwealth

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – (Puerto Rico) – 201**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $730 | 15.00 | $10,950.00 |
| | $759 | 14.20 | $10,777.80 |
| **Total for Partners** | | **29.20** | **$21,727.80** |
| **Total for This Matter** | | **29.20** | **$21,787.80** |

FOMB
PROMESA TITLE III: Commonwealth

**Legal Research – 202**

| **Attorney** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Barak, Ehud | $730 | 7.30 | $5,329.00 |
| Barak, Ehud | $759 | 3.70 | $2,808.30 |
| Bienenstock, Martin J. | $730 | 5.80 | $4,234.00 |
| Dale, Margaret A. | $759 | 2.10 | $1,593.90 |
| Febus, Chantel L. | $730 | 4.60 | $3,358.00 |
| Febus, Chantel L. | $759 | 1.20 | $910.80 |
| Ferrara, Ralph C. | $759 | 0.60 | $455.40 |
| Firestein, Michael A. | $730 | 3.30 | $2,409.00 |
| Firestein, Michael A. | $759 | 1.20 | $910.80 |
| Levitan, Jeffrey W. | $759 | 1.60 | $1,214.40 |
| Mashberg, Gregg M. | $730 | 0.50 | $365.00 |
| Mungovan, Timothy W. | $730 | 2.70 | $1,971.00 |
| Mungovan, Timothy W. | $759 | 0.40 | $303.60 |
| Ratner, Stephen L. | $730 | 0.50 | $365.00 |
| Richman, Jonathan E. | $759 | 5.60 | $4,250.40 |
| Rosen, Brian S. | $730 | 1.30 | $949.00 |
| Rosen, Brian S. | $759 | 0.20 | $151.80 |
| Weise, Steven O. | $730 | 1.50 | $1,095.00 |
| **Total for Partners** | | **44.10** | **$32,674.40** |
| Alonzo, Julia D. | $730 | 2.50 | $1,825.00 |
| Barak, Ehud | $730 | 5.10 | $3,723.00 |
| Bargoot, Alexandra V. | $730 | 21.10 | $15,403.00 |
| Chalett, Zachary | $730 | 14.10 | $10,293.00 |
| Desatnik, Daniel | $759 | 0.40 | $303.60 |
| Digrande, Melissa D. | $730 | 1.10 | $803.00 |
| Fiur, Seth | $730 | 0.50 | $365.00 |
| Friedman, Amelia | $730 | 0.80 | $584.00 |
| Ma, Steve | $730 | 7.40 | $5,402.00 |
| Ma, Steve | $759 | 0.80 | $607.20 |
| Roche, Jennifer L. | $730 | 0.40 | $292.00 |
| Rochman, Matthew I. | $730 | 8.70 | $6,351.00 |
| Skellet, Alexandra K. | $730 | 6.50 | $4,745.00 |
| Stafford, Laura | $730 | 9.90 | $7,227.00 |
| Theodoridis, Chris | $730 | 15.60 | $11,388.00 |
| Webb, Jeramy | $730 | 7.60 | $5,548.00 |
| Webb, Jeramy | $759 | 0.20 | $151.80 |
| Wolf, Lucy | $730 | 10.30 | $7,519.00 |
| Wolf, Lucy | $759 | 2.80 | $2,125.20 |
| **Total for Associates** | | **115.80** | **$84,655.80** |

FOMB
PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Brailey, Tara | $250 | 5.80 | $1,450.00 |
| Carino, Elisa | $250 | 12.20 | $3,050.00 |
| Chalett, Zachary | $250 | 7.50 | $1,875.00 |
| Stevens, Elliot | $250 | 76.90 | $19,225.00 |
| Stevens, Elliot | $260 | 48.00 | $12,480.00 |
| Wolf, Lucy | $250 | 2.70 | $675.00 |
| **Total for Law Clerks** | | **153.10** | **$38,755.00** |
| | | | |
| Rodriguez, Evelyn | $250 | 2.70 | $675.00 |
| Sherman, Tayler M. | $250 | 2.40 | $600.00 |
| **Total for Paraprofessionals** | | **5.10** | **$1,275.00** |
| | | | |
| Lavine, Judy | $250 | 1.80 | $450.00 |
| **Total for Library** | | **1.80** | **$450.00** |
| | | | |
| **Total for This Matter** | | **319.90** | **$157,810.20** |

FOMB

PROMESA TITLE III: Commonwealth

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 6.50 | $4,745.00 |
| Barak, Ehud | $730 | 9.70 | $7,081.00 |
| Barak, Ehud | $759 | 2.50 | $1,897.50 |
| Bienenstock, Martin J. | $730 | 61.30 | $44,749.00 |
| Bienenstock, Martin J. | $759 | 10.10 | $7,665.90 |
| Febus, Chantel L. | $730 | 19.60 | $14,308.00 |
| Febus, Chantel L. | $759 | 11.90 | $9,032.10 |
| Ferrara, Ralph C. | $730 | 0.30 | $219.00 |
| Firestein, Michael A. | $730 | 8.20 | $5,986.00 |
| Firestein, Michael A. | $759 | 3.80 | $2,884.20 |
| Harris, Mark | $730 | 1.30 | $949.00 |
| Harris, Mark | $759 | 5.70 | $4,326.30 |
| Levitan, Jeffrey W. | $730 | 0.20 | $146.00 |
| Mashberg, Gregg M. | $730 | 9.80 | $7,154.00 |
| Mashberg, Gregg M. | $759 | 0.20 | $151.80 |
| Mungovan, Timothy W. | $730 | 64.20 | $46,866.00 |
| Mungovan, Timothy W. | $759 | 7.90 | $5,996.10 |
| Perra, Kevin J. | $730 | 4.20 | $3,066.00 |
| Possinger, Paul | $730 | 35.20 | $25,696.00 |
| Possinger, Paul | $759 | 2.90 | $2,201.10 |
| Rappaport, Lary Alan | $730 | 11.60 | $8,468.00 |
| Ratner, Stephen L. | $730 | 34.50 | $25,185.00 |
| Ratner, Stephen L. | $759 | 10.60 | $8,045.40 |
| Richman, Jonathan E. | $730 | 33.40 | $24,382.00 |
| Richman, Jonathan E. | $759 | 1.70 | $1,290.30 |
| Rosen, Brian S. | $730 | 23.10 | $16,863.00 |
| Rosen, Brian S. | $759 | 4.70 | $3,567.30 |
| **Total for Partners** | | **385.10** | **$282,921.00** |
| | | | |
| Febus, Chantel L. | $730 | 2.10 | $1,533.00 |
| **Total for Senior Counsel** | | **2.10** | **$1,533.00** |
| | | | |
| Alonzo, Julia D. | $730 | 28.60 | $20,878.00 |
| Barak, Ehud | $730 | 12.00 | $8,760.00 |
| Bargoot, Alexandra V. | $730 | 7.30 | $5,329.00 |
| Chalett, Zachary | $730 | 4.40 | $3,212.00 |
| Esses, Joshua A. | $730 | 20.60 | $15,038.00 |
| Esses, Joshua A. | $759 | 12.40 | $9,411.60 |
| Fier, Seth D. | $730 | 3.20 | $2,336.00 |
| Forbes, Carl C. | $730 | 24.00 | $17,520.00 |
| Ma, Steve | $730 | 2.80 | $2,044.00 |

FOMB

PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Rainwater, Shiloh | $730 | 1.40 | $1,022.00 |
| Roche, Jennifer L. | $730 | 1.90 | $1,387.00 |
| Rochman, Matthew I. | $730 | 0.40 | $292.00 |
| Stafford, Laura | $759 | 1.20 | $910.80 |
| Theodoridis, Chris | $730 | 18.80 | $13,724.00 |
| Wolf, Lucy | $730 | 19.20 | $14,016.00 |
| Zerjal, Maja | $730 | 4.40 | $3,212.00 |
| **Total for Associates** | | **162.60** | **$119,092.40** |
| | | | |
| Brailey, Tara | $250 | 3.60 | $900.00 |
| Carino, Elisa | $250 | 3.90 | $975.00 |
| Fishkind, Peter | $250 | 5.80 | $1,450.00 |
| Rainwater, Shiloh | $250 | 20.50 | $5,125.00 |
| Wolf, Lucy | $250 | 25.40 | $6,350.00 |
| **Total for Law Clerks** | | **59.20** | **$14,800.00** |
| | | | |
| Rodriguez, Evelyn | $250 | 0.70 | $175.00 |
| **Total for Paraprofessionals** | | **0.70** | **$175.00** |
| | | | |
| **Total for This Matter** | | **609.70** | **$418,521.40** |

FOMB
PROMESA TITLE III: Commonwealth

**Communications with Claimholders – 204**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Ashton, Ann M. | $730 | 3.30 | $2,409.00 |
| Ashton, Ann M. | $759 | 0.60 | $455.40 |
| Barak, Ehud | $730 | 27.80 | $20,294.00 |
| Barak, Ehud | $759 | 7.20 | $5,464.80 |
| Bienenstock, Martin J. | $730 | 39.00 | $28,470.00 |
| Bienenstock, Martin J. | $759 | 32.60 | $24,743.40 |
| Brenner, Guy | $730 | 1.50 | $1,095.00 |
| Dale, Margaret A. | $730 | 1.10 | $803.00 |
| Dale, Margaret A. | $759 | 4.00 | $3,036.00 |
| Doyle, Peter D. | $730 | 1.40 | $1,022.00 |
| Febus, Chantel L. | $730 | 3.60 | $2,628.00 |
| Febus, Chantel L. | $759 | 0.20 | $151.80 |
| Ferrara, Ralph C. | $730 | 9.60 | $7,008.00 |
| Firestein, Michael A. | $730 | 7.40 | $5,402.00 |
| Firestein, Michael A. | $759 | 2.80 | $2,125.20 |
| Harris, Mark | $730 | 0.30 | $219.00 |
| Levitan, Jeffrey W. | $730 | 0.30 | $219.00 |
| Martinez, Carlos E. | $730 | 2.30 | $1,679.00 |
| Mashberg, Gregg M. | $730 | 14.30 | $10,439.00 |
| Mashberg, Gregg M. | $759 | 2.60 | $1,973.40 |
| Mungovan, Timothy W. | $730 | 40.20 | $29,346.00 |
| Mungovan, Timothy W. | $759 | 12.50 | $9,487.50 |
| Perra, Kevin J. | $759 | 1.30 | $986.70 |
| Piccirillo, Antonio N. | $730 | 6.30 | $4,599.00 |
| Possinger, Paul | $730 | 36.30 | $26,499.00 |
| Possinger, Paul | $759 | 6.10 | $4,629.90 |
| Rappaport, Lary Alan | $730 | 10.80 | $7,884.00 |
| Ratner, Stephen L. | $730 | 12.10 | $8,833.00 |
| Ratner, Stephen L. | $759 | 7.10 | $5,388.90 |
| Richman, Jonathan E. | $730 | 71.60 | $52,268.00 |
| Richman, Jonathan E. | $759 | 36.30 | $27,551.70 |
| Rosen, Brian S. | $730 | 29.80 | $21,754.00 |
| Rosen, Brian S. | $759 | 0.20 | $151.80 |
| Vermal, Ana | $730 | 24.70 | $18,031.00 |
| Weise, Steven O. | $730 | 14.70 | $10,731.00 |
| **Total for Partners** | | **471.90** | **$347,778.50** |
| | | | |
| Febus, Chantel L. | $730 | 0.70 | $511.00 |
| **Total for Senior Counsel** | | **0.70** | **$511.00** |
| | | | |
| Alonzo, Julia D. | $730 | 0.80 | $584.00 |

FOMB
PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Barak, Ehud | $730 | 7.40 | $5,402.00 |
| Bargoot, Alexandra V. | $730 | 0.50 | $365.00 |
| Desatnik, Daniel | $730 | 50.30 | $36,719.00 |
| Desatnik, Daniel | $759 | 8.40 | $6,375.60 |
| Digrande, Melissa D. | $759 | 0.20 | $151.80 |
| Esses, Joshua A. | $730 | 15.60 | $11,388.00 |
| Esses, Joshua A. | $759 | 0.70 | $531.30 |
| Fier, Seth D. | $730 | 27.40 | $20,002.00 |
| Fier, Seth D. | $759 | 1.30 | $986.70 |
| Forbes, Carl C. | $730 | 2.70 | $1,971.00 |
| Forbes, Carl C. | $759 | 0.60 | $455.40 |
| Friedman, Amelia | $730 | 4.00 | $2,920.00 |
| Kim, Mee R. | $730 | 20.20 | $14,746.00 |
| Kim, Mee R. | $759 | 0.10 | $75.90 |
| Ma, Steve | $730 | 29.20 | $21,316.00 |
| Ma, Steve | $759 | 3.80 | $2,884.20 |
| Roche, Jennifer L. | $730 | 5.50 | $4,015.00 |
| Rochman, Matthew I. | $730 | 1.00 | $730.00 |
| Skellet, Alexandra K. | $730 | 77.60 | $56,648.00 |
| Skellet, Alexandra K. | $759 | 15.10 | $11,460.90 |
| Webb, Jeramy | $730 | 0.10 | $73.00 |
| Zerjal, Maja | $730 | 0.40 | $292.00 |
| **Total for Associates** | | **272.90** | **$200,092.80** |
| | | | |
| Stevens, Elliot | $250 | 0.70 | $175.00 |
| Stevens, Elliot | $260 | 1.40 | $364.00 |
| **Total for Law Clerks** | | **2.10** | **$539.00** |
| | | | |
| **Total for This Matter** | | **747.60** | **$548,921.30** |

FOMB

PROMESA TITLE III: Commonwealth

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 0.90 | $657.00 |
| Ashton, Ann M. | $759 | 1.10 | $834.90 |
| Barak, Ehud | $730 | 7.50 | $5,475.00 |
| Barak, Ehud | $759 | 0.80 | $607.20 |
| Bienenstock, Martin J. | $730 | 4.80 | $3,504.00 |
| Bienenstock, Martin J. | $759 | 1.60 | $1,214.40 |
| Brenner, Guy | $730 | 0.70 | $511.00 |
| Dale, Margaret A. | $730 | 1.80 | $1,314.00 |
| Dale, Margaret A. | $759 | 1.60 | $1,214.40 |
| Febus, Chantel L. | $759 | 1.50 | $1,138.50 |
| Ferrara, Ralph C. | $759 | 8.40 | $6,375.60 |
| Firestein, Michael A. | $730 | 2.70 | $1,971.00 |
| Firestein, Michael A. | $759 | 3.10 | $2,352.90 |
| Harris, Mark | $730 | 0.70 | $511.00 |
| Mashberg, Gregg M. | $730 | 1.50 | $1,095.00 |
| Mashberg, Gregg M. | $759 | 1.90 | $1,442.10 |
| Mungovan, Timothy W. | $730 | 17.00 | $12,410.00 |
| Mungovan, Timothy W. | $759 | 4.70 | $3,567.30 |
| Possinger, Paul | $730 | 10.80 | $7,884.00 |
| Possinger, Paul | $759 | 0.80 | $607.20 |
| Rappaport, Lary Alan | $730 | 0.70 | $511.00 |
| Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| Ratner, Stephen L. | $730 | 15.90 | $11,607.00 |
| Ratner, Stephen L. | $759 | 3.90 | $2,960.10 |
| Richman, Jonathan E. | $730 | 0.90 | $657.00 |
| Richman, Jonathan E. | $759 | 1.00 | $759.00 |
| Rosen, Brian S. | $730 | 6.80 | $4,964.00 |
| Rosen, Brian S. | $759 | 6.40 | $4,857.60 |
| Vermal, Ana | $759 | 3.60 | $2,732.40 |
| **Total for Partners** | | **113.40** | **$83,962.30** |
| | | | |
| Leader, Jordan B. | $730 | 3.40 | $2,482.00 |
| **Total for Senior Counsel** | | **3.40** | **$2,482.00** |
| | | | |
| Barak, Ehud | $730 | 8.40 | $6,132.00 |
| Desatnik, Daniel | $730 | 3.20 | $2,336.00 |
| Digrande, Melissa D. | $730 | 0.90 | $657.00 |
| Fier, Seth D. | $730 | 16.70 | $12,191.00 |
| Fier, Seth D. | $759 | 18.30 | $13,889.70 |
| Forbes, Carl C. | $730 | 4.00 | $2,920.00 |

FOMB

PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Forbes, Carl C. | $759 | 2.30 | $1,745.70 |
| Kim, Mee R. | $730 | 7.60 | $5,548.00 |
| Kim, Mee R. | $759 | 10.70 | $8,121.30 |
| Ma, Steve | $730 | 13.20 | $9,636.00 |
| Ma, Steve | $759 | 3.30 | $2,504.70 |
| Roche, Jennifer L. | $759 | 0.50 | $379.50 |
| Stafford, Laura | $759 | 1.10 | $834.90 |
| Theodoridis, Chris | $730 | 5.10 | $3,723.00 |
| Wolf, Lucy | $730 | 0.40 | $292.00 |
| Zerjal, Maja | $730 | 8.80 | $6,424.00 |
| **Total for Associates** | | **104.50** | **$77,334.80** |
| | | | |
| Stevens, Elliot | $250 | 0.70 | $175.00 |
| **Total for Law Clerks** | | **0.70** | **$175.00** |
| | | | |
| **Total for This Matter** | | **222.00** | **$163,954.10** |

FOMB

PROMESA TITLE III: Commonwealth

**Documents Filed on Behalf of the Board – 206**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 39.80 | $29,054.00 |
| Barak, Ehud | $759 | 25.40 | $19,278.60 |
| Bienenstock, Martin J. | $730 | 103.90 | $75,847.00 |
| Bienenstock, Martin J. | $759 | 2.90 | $2,201.10 |
| Brenner, Guy | $730 | 1.70 | $1,241.00 |
| Dale, Margaret A. | $730 | 6.00 | $4,380.00 |
| Dale, Margaret A. | $759 | 9.30 | $7,058.70 |
| Febus, Chantel L. | $730 | 50.80 | $37,084.00 |
| Febus, Chantel L. | $759 | 0.70 | $531.30 |
| Ferrara, Ralph C. | $730 | 3.10 | $2,263.00 |
| Firestein, Michael A. | $730 | 23.70 | $17,301.00 |
| Firestein, Michael A. | $759 | 1.30 | $986.70 |
| Harris, Mark | $730 | 10.50 | $7,665.00 |
| Indelicato, Vincent | $759 | 0.80 | $607.20 |
| Levitan, Jeffrey W. | $730 | 12.60 | $9,198.00 |
| Levitan, Jeffrey W. | $759 | 0.30 | $227.70 |
| Mashberg, Gregg M. | $730 | 79.50 | $58,035.00 |
| Mashberg, Gregg M. | $759 | 14.60 | $11,081.40 |
| Mungovan, Timothy W. | $730 | 59.80 | $43,654.00 |
| Mungovan, Timothy W. | $759 | 16.50 | $12,523.50 |
| Perra, Kevin J. | $730 | 20.30 | $14,819.00 |
| Possinger, Paul | $730 | 32.40 | $23,652.00 |
| Possinger, Paul | $759 | 8.30 | $6,299.70 |
| Rappaport, Lary Alan | $730 | 11.60 | $8,468.00 |
| Rappaport, Lary Alan | $759 | 0.20 | $151.80 |
| Ratner, Stephen L. | $730 | 56.80 | $41,464.00 |
| Ratner, Stephen L. | $759 | 6.80 | $5,161.20 |
| Richman, Jonathan E. | $730 | 94.30 | $68,839.00 |
| Rosen, Brian S. | $730 | 58.60 | $42,778.00 |
| Rosen, Brian S. | $759 | 12.30 | $9,335.70 |
| Vermal, Ana | $730 | 2.90 | $2,117.00 |
| Vermal, Ana | $759 | 2.90 | $2,201.10 |
| Weise, Steven O. | $730 | 48.30 | $35,259.00 |
| **Total for Partners** | | **818.90** | **$600,763.70** |
| | | | |
| Febus, Chantel L. | $730 | 48.90 | $35,697.00 |
| Leader, Jordan B. | $730 | 1.70 | $1,241.00 |
| **Total for Senior Counsel** | | **50.60** | **$36,938.00** |
| | | | |
| Alonzo, Julia D. | $730 | 176.80 | $129,064.00 |
| Alonzo, Julia D. | $759 | 20.30 | $15,407.70 |

FOMB
PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Barak, Ehud | $730 | 29.40 | $21,462.00 |
| Bowman, Courtney M. | $730 | 5.90 | $4,307.00 |
| Chalett, Zachary | $730 | 28.20 | $20,586.00 |
| Dalsen, William D. | $730 | 0.20 | $146.00 |
| Desatnik, Daniel | $730 | 46.20 | $33,726.00 |
| Digrande, Melissa D. | $730 | 10.00 | $7,300.00 |
| Esses, Joshua A. | $730 | 21.70 | $15,841.00 |
| Fier, Seth D. | $730 | 15.00 | $10,950.00 |
| Fiur, Seth | $730 | 6.50 | $4,745.00 |
| Forbes, Carl C. | $730 | 56.10 | $40,953.00 |
| Forbes, Carl C. | $759 | 25.20 | $19,126.80 |
| Friedman, Amelia | $730 | 43.00 | $31,390.00 |
| Indelicato, Vincent | $730 | 0.40 | $292.00 |
| Kim, Mee R. | $730 | 11.60 | $8,468.00 |
| Ma, Steve | $730 | 66.20 | $48,326.00 |
| Ma, Steve | $759 | 97.40 | $73,926.60 |
| Roche, Jennifer L. | $730 | 47.00 | $34,310.00 |
| Rochman, Matthew I. | $730 | 7.10 | $5,183.00 |
| Skellet, Alexandra K. | $730 | 1.20 | $876.00 |
| Stafford, Laura | $730 | 13.30 | $9,709.00 |
| Stafford, Laura | $759 | 4.50 | $3,415.50 |
| Theodoridis, Chris | $730 | 53.90 | $39,347.00 |
| Webb, Jeramy | $730 | 0.10 | $73.00 |
| Wolf, Lucy | $730 | 0.80 | $584.00 |
| Zajac, Jared | $730 | 0.70 | $511.00 |
| Zerjal, Maja | $730 | 25.00 | $18,250.00 |
| **Total for Associates** | | **813.70** | **$598,275.60** |
| | | | |
| Chalett, Zachary | $250 | 6.20 | $1,550.00 |
| Rainwater, Shiloh | $250 | 24.40 | $6,100.00 |
| Stevens, Elliot | $250 | 2.20 | $550.00 |
| Stevens, Elliot | $260 | 2.90 | $754.00 |
| Wolf, Lucy | $250 | 1.80 | $450.00 |
| **Total for Law Clerks** | | **37.50** | **$9,404.00** |
| | | | |
| Golinder, Olga A. | $250 | 8.00 | $2,000.00 |
| Sherman, Tayler M. | $250 | 1.70 | $425.00 |
| Williams, Selena F. | $250 | 1.00 | $250.00 |
| Wizner, Eamon | $250 | 1.80 | $450.00 |
| **Total for Paraprofessionals** | | **12.50** | **$3,125.00** |
| | | | |
| **Total for This Matter** | | **1,733.20** | **$1,248,506.30** |

FOMB
PROMESA TITLE III: Commonwealth

## Non-Board Court Filings – 207

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 8.70 | $6,351.00 |
| Barak, Ehud | $759 | 2.60 | $1,973.40 |
| Bienenstock, Martin J. | $730 | 2.10 | $1,533.00 |
| Bienenstock, Martin J. | $759 | 4.70 | $3,567.30 |
| Brenner, Guy | $730 | 1.10 | $803.00 |
| Dale, Margaret A. | $730 | 4.40 | $3,212.00 |
| Dale, Margaret A. | $759 | 3.20 | $2,428.80 |
| Doyle, Peter D. | $730 | 0.20 | $146.00 |
| Febus, Chantel L. | $730 | 18.30 | $13,359.00 |
| Febus, Chantel L. | $759 | 3.10 | $2,352.90 |
| Ferrara, Ralph C. | $730 | 2.50 | $1,825.00 |
| Ferrara, Ralph C. | $759 | 4.60 | $3,491.40 |
| Firestein, Michael A. | $730 | 13.40 | $9,782.00 |
| Firestein, Michael A. | $759 | 4.20 | $3,187.80 |
| Indelicato, Vincent | $730 | 4.30 | $3,139.00 |
| Indelicato, Vincent | $759 | 0.70 | $531.30 |
| Levitan, Jeffrey W. | $730 | 3.20 | $2,336.00 |
| Levitan, Jeffrey W. | $759 | 2.90 | $2,201.10 |
| Mashberg, Gregg M. | $730 | 1.70 | $1,241.00 |
| Mashberg, Gregg M. | $759 | 0.90 | $683.10 |
| Mungovan, Timothy W. | $730 | 47.00 | $34,310.00 |
| Mungovan, Timothy W. | $759 | 22.40 | $17,001.60 |
| Perra, Kevin J. | $730 | 9.40 | $6,862.00 |
| Perra, Kevin J. | $759 | 9.70 | $7,362.30 |
| Possinger, Paul | $730 | 11.40 | $8,322.00 |
| Possinger, Paul | $759 | 3.60 | $2,732.40 |
| Rappaport, Lary Alan | $730 | 10.60 | $7,738.00 |
| Rappaport, Lary Alan | $759 | 0.40 | $303.60 |
| Ratner, Stephen L. | $730 | 33.90 | $24,747.00 |
| Ratner, Stephen L. | $759 | 14.40 | $10,929.60 |
| Richman, Jonathan E. | $730 | 6.20 | $4,526.00 |
| Richman, Jonathan E. | $759 | 3.60 | $2,732.40 |
| Rosen, Brian S. | $730 | 43.30 | $31,609.00 |
| Rosen, Brian S. | $759 | 9.00 | $6,831.00 |
| Vermal, Ana | $730 | 0.70 | $511.00 |
| Weise, Steven O. | $730 | 2.90 | $2,117.00 |
| **Total for Partners** | | **315.30** | **$232,779.00** |
| Febus, Chantel L. | $730 | 14.60 | $10,658.00 |
| **Total for Senior Counsel** | | **14.60** | **$10,658.00** |

FOMB

PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Alonzo, Julia D. | $730 | 15.40 | $11,242.00 |
| Alonzo, Julia D. | $759 | 4.50 | $3,415.50 |
| Bowman, Courtney M. | $730 | 1.80 | $1,314.00 |
| Chalett, Zachary | $730 | 1.30 | $949.00 |
| Desatnik, Daniel | $730 | 2.50 | $1,825.00 |
| Desatnik, Daniel | $759 | 1.30 | $986.70 |
| Digrande, Melissa D. | $730 | 4.80 | $3,504.00 |
| Fier, Seth D. | $730 | 0.50 | $365.00 |
| Forbes, Carl C. | $730 | 3.90 | $2,847.00 |
| Forbes, Carl C. | $759 | 0.90 | $683.10 |
| Friedman, Amelia | $730 | 0.90 | $657.00 |
| Ma, Steve | $730 | 4.10 | $2,993.00 |
| Ma, Steve | $759 | 0.20 | $151.80 |
| Roberts, John E. | $730 | 0.50 | $365.00 |
| Roche, Jennifer L. | $730 | 3.40 | $2,482.00 |
| Rochman, Matthew I. | $730 | 4.10 | $2,993.00 |
| Rochman, Matthew I. | $759 | 0.40 | $303.60 |
| Skellet, Alexandra K. | $730 | 1.30 | $949.00 |
| Skellet, Alexandra K. | $759 | 0.90 | $683.10 |
| Stafford, Laura | $730 | 8.10 | $5,913.00 |
| Stafford, Laura | $759 | 2.10 | $1,593.90 |
| Theodoridis, Chris | $730 | 6.60 | $4,818.00 |
| Webb, Jeramy | $730 | 0.40 | $292.00 |
| Webb, Jeramy | $759 | 0.10 | $75.90 |
| Wolf, Lucy | $730 | 3.10 | $2,263.00 |
| Wolf, Lucy | $759 | 5.70 | $4,326.30 |
| Zajac, Jared | $730 | 0.40 | $292.00 |
| Zajac, Jared | $759 | 0.70 | $531.30 |
| Zerjal, Maja | $730 | 8.00 | $5,840.00 |
| **Total for Associates** | | **87.90** | **$64,654.20** |
| | | | |
| Chalett, Zachary | $250 | 1.50 | $375.00 |
| Wolf, Lucy | $250 | 10.80 | $2,700.00 |
| **Total for Law Clerks** | | **12.30** | **$3,075.00** |
| | | | |
| **Total for This Matter** | | **430.10** | **$311,166.20** |

FOMB
PROMESA TITLE III: Commonwealth

**Stay Matters - 208**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 8.00 | $5,840.00 |
| Bienenstock, Martin J. | $730 | 7.80 | $5,694.00 |
| Dale, Margaret A. | $730 | 0.50 | $365.00 |
| Febus, Chantel L. | $730 | 3.30 | $2,409.00 |
| Ferrara, Ralph C. | $730 | 0.30 | $219.00 |
| Firestein, Michael A. | $730 | 1.20 | $876.00 |
| Harris, Mark | $730 | 4.20 | $3,066.00 |
| Levitan, Jeffrey W. | $730 | 13.50 | $9,855.00 |
| Mungovan, Timothy W. | $730 | 0.70 | $511.00 |
| Possinger, Paul | $730 | 3.20 | $2,336.00 |
| Possinger, Paul | $759 | 1.00 | $759.00 |
| Ratner, Stephen L. | $730 | 1.50 | $1,095.00 |
| Ratner, Stephen L. | $759 | 0.40 | $303.60 |
| Richman, Jonathan E. | $730 | 0.40 | $292.00 |
| Rosen, Brian S. | $730 | 7.90 | $5,767.00 |
| **Total for Partners** | | **53.90** | **$39,387.60** |
| | | | |
| Febus, Chantel L. | $730 | 1.20 | $876.00 |
| **Total for Senior Counsel** | | **1.20** | **$876.00** |
| | | | |
| Barak, Ehud | $730 | 1.20 | $876.00 |
| Chalett, Zachary | $730 | 1.00 | $730.00 |
| Esses, Joshua A. | $730 | 10.50 | $7,665.00 |
| Ma, Steve | $730 | 37.20 | $27,156.00 |
| Ma, Steve | $759 | 19.10 | $14,496.90 |
| Stafford, Laura | $730 | 4.60 | $3,358.00 |
| Theodoridis, Chris | $730 | 2.40 | $1,752.00 |
| Zerjal, Maja | $730 | 14.40 | $10,512.00 |
| **Total for Associates** | | **90.40** | **$66,545.90** |
| | | | |
| Stevens, Elliot | $260 | 6.90 | $1,794.00 |
| **Total for Law Clerks** | | **6.90** | **$1,794.00** |
| | | | |
| Rodriguez, Evelyn | $250 | 2.80 | $700.00 |
| **Total for Paraprofessionals** | | **2.80** | **$700.00** |
| | | | |
| **Total for This Matteer** | | **155.20** | **$109,303.50** |

FOMB
PROMESA TITLE III: Commonwealth

## Adversary Proceeding – 209

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 4.50 | $3,285.00 |
| Bienenstock, Martin J. | $730 | 5.80 | $4,234.00 |
| Dale, Margaret A. | $730 | 2.70 | $1,971.00 |
| Dale, Margaret A. | $759 | 0.80 | $607.20 |
| Febus, Chantel L. | $730 | 0.50 | $365.00 |
| Ferrara, Ralph C. | $730 | 0.40 | $292.00 |
| Firestein, Michael A. | $730 | 1.70 | $1,241.00 |
| Firestein, Michael A. | $759 | 0.30 | $227.70 |
| Levitan, Jeffrey W. | $730 | 0.90 | $657.00 |
| Mashberg, Gregg M. | $730 | 14.50 | $10,585.00 |
| Mashberg, Gregg M. | $759 | 1.10 | $834.90 |
| Mungovan, Timothy W. | $730 | 2.80 | $2,044.00 |
| Perra, Kevin J. | $730 | 0.40 | $292.00 |
| Rappaport, Lary Alan | $730 | 0.60 | $438.00 |
| Ratner, Stephen L. | $730 | 3.90 | $2,847.00 |
| Ratner, Stephen L. | $759 | 1.50 | $1,138.50 |
| Rosen, Brian S. | $730 | 1.80 | $1,314.00 |
| Vermal, Ana | $730 | 6.60 | $4,818.00 |
| Vermal, Ana | $759 | 1.70 | $1,290.30 |
| **Total for Partners** | | **52.50** | **$38,481.60** |
| | | | |
| Febus, Chantel L. | $730 | 0.30 | $219.00 |
| Leader, Jordan B. | $730 | 26.40 | $19,272.00 |
| **Total for Senior Counsel** | | **26.70** | **$19,491.00** |
| | | | |
| Alladi, Om V. | $730 | 0.20 | $146.00 |
| Alladi, Om V. | $759 | 0.30 | $227.70 |
| Bargoot, Alexandra V. | $730 | 28.80 | $21,024.00 |
| Bowman, Courtney M. | $730 | 4.40 | $3,212.00 |
| Curtis, Kelly M. | $730 | 2.50 | $1,825.00 |
| Desatnik, Daniel | $730 | 8.20 | $5,986.00 |
| Fier, Seth D. | $730 | 6.50 | $4,745.00 |
| Fier, Seth D. | $759 | 1.90 | $1,442.10 |
| Forbes, Carl C. | $730 | 28.90 | $21,097.00 |
| Kim, Mee R. | $730 | 6.90 | $5,037.00 |
| Kim, Mee R. | $759 | 0.40 | $303.60 |
| Ma, Steve | $730 | 0.30 | $219.00 |
| Rainwater, Shiloh | $730 | 6.80 | $4,964.00 |
| Wolf, Lucy | $730 | 19.00 | $13,870.00 |
| **Total for Associates** | | **115.10** | **$84,098.40** |
| | | | |
| Alladi, Om V. | $250 | 0.60 | $150.00 |

FOMB

PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Brailey, Tara | $250 | 7.90 | $1,975.00 |
| Carino, Elisa | $250 | 7.30 | $1,825.00 |
| Carino, Elisa | $260 | 1.10 | $286.00 |
| Mazurek, Carl | $250 | 10.50 | $2,625.00 |
| **Law Clerk Total** | | **27.40** | **$6,861.00** |
| | | | |
| Sherman, Tayler M. | $250 | 0.80 | $200.00 |
| Williams, Selena F. | $250 | 9.50 | $2,375.00 |
| **Total for Paraprofessionals** | | **10.30** | **$2,575.00** |
| | | | |
| Winkelspecht, Michael J. | $250 | 0.90 | $225.00 |
| **Total for Practice Support** | | **0.90** | **$225.00** |
| | | | |
| **Total for This Matter** | | **232.90** | **$151,732.00** |

FOMB
PROMESA TITLE III: Commonwealth

## Analysis and Strategy – 210

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 10.40 | $7,592.00 |
| Ashton, Ann M. | $759 | 7.30 | $5,540.70 |
| Barak, Ehud | $730 | 29.10 | $21,243.00 |
| Barak, Ehud | $759 | 8.20 | $6,223.80 |
| Bienenstock, Martin J. | $730 | 1.90 | $1,387.00 |
| Bobroff, Bradley R. | $730 | 4.30 | $3,139.00 |
| Brenner, Guy | $730 | 10.70 | $7,811.00 |
| Brenner, Guy | $759 | 2.50 | $1,897.50 |
| Dale, Margaret A. | $730 | 11.60 | $8,468.00 |
| Dale, Margaret A. | $759 | 6.30 | $4,781.70 |
| Doyle, Peter D. | $730 | 5.90 | $4,307.00 |
| Febus, Chantel L. | $730 | 96.30 | $70,299.00 |
| Febus, Chantel L. | $759 | 32.40 | $24,591.60 |
| Ferrara, Ralph C. | $730 | 16.00 | $11,680.00 |
| Ferrara, Ralph C. | $759 | 18.40 | $13,965.60 |
| Firestein, Michael A. | $730 | 24.60 | $17,958.00 |
| Firestein, Michael A. | $759 | 7.90 | $5,996.10 |
| Harris, Mark | $730 | 12.00 | $8,760.00 |
| Harris, Mark | $759 | 2.40 | $1,821.60 |
| Indelicato, Vincent | $730 | 4.60 | $3,358.00 |
| Levitan, Jeffrey W. | $730 | 13.90 | $10,147.00 |
| Levitan, Jeffrey W. | $759 | 3.00 | $2,277.00 |
| Martinez, Carlos E. | $730 | 0.20 | $146.00 |
| Mashberg, Gregg M. | $730 | 15.60 | $11,388.00 |
| Mashberg, Gregg M. | $759 | 6.70 | $5,085.30 |
| Mungovan, Timothy W. | $730 | 52.80 | $38,544.00 |
| Mungovan, Timothy W. | $759 | 11.10 | $8,424.90 |
| Perra, Kevin J. | $730 | 17.80 | $12,994.00 |
| Perra, Kevin J. | $759 | 5.90 | $4,478.10 |
| Possinger, Paul | $730 | 30.80 | $22,484.00 |
| Possinger, Paul | $759 | 3.90 | $2,960.10 |
| Rappaport, Lary Alan | $730 | 18.40 | $13,432.00 |
| Rappaport, Lary Alan | $759 | 4.10 | $3,111.90 |
| Ratner, Stephen L. | $730 | 107.60 | $78,548.00 |
| Ratner, Stephen L. | $759 | 24.90 | $18,899.10 |
| Richman, Jonathan E. | $730 | 21.30 | $15,549.00 |
| Richman, Jonathan E. | $759 | 5.40 | $4,098.60 |
| Rosen, Brian S. | $730 | 62.20 | $45,406.00 |
| Rosen, Brian S. | $759 | 3.30 | $2,504.70 |
| Vermal, Ana | $730 | 10.40 | $7,592.00 |
| Vermal, Ana | $759 | 3.40 | $2,580.60 |

FOMB
PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---:|---:|
| **Total for Partners** | | **735.50** | **$541,470.90** |
| Febus, Chantel L. | $730 | 30.40 | $22,192.00 |
| Leader, Jordan B. | $730 | 17.20 | $12,556.00 |
| **Total for Senior Counsel** | | **47.60** | **$34,748.00** |
| Alonzo, Julia D. | $730 | 7.30 | $5,329.00 |
| Alonzo, Julia D. | $759 | 3.70 | $2,808.30 |
| Barak, Ehud | $730 | 5.50 | $4,015.00 |
| Bargoot, Alexandra V. | $730 | 51.20 | $37,376.00 |
| Bargoot, Alexandra V. | $759 | 7.50 | $5,692.50 |
| Bowman, Courtney M. | $730 | 0.80 | $584.00 |
| Chalett, Zachary | $730 | 94.00 | $68,620.00 |
| Chalett, Zachary | $759 | 58.20 | $44,173.80 |
| Dalsen, William D. | $730 | 0.40 | $292.00 |
| Desatnik, Daniel | $730 | 30.20 | $22,046.00 |
| Desatnik, Daniel | $759 | 3.30 | $2,504.70 |
| Digrande, Melissa D. | $730 | 47.20 | $34,456.00 |
| Digrande, Melissa D. | $759 | 31.00 | $23,529.00 |
| Esses, Joshua A. | $730 | 18.90 | $13,797.00 |
| Esses, Joshua A. | $759 | 2.70 | $2,049.30 |
| Fier, Seth D. | $730 | 12.10 | $8,833.00 |
| Fier, Seth D. | $759 | 3.00 | $2,277.00 |
| Forbes, Carl C. | $730 | 4.70 | $3,431.00 |
| Forbes, Carl C. | $759 | 4.20 | $3,187.80 |
| Friedman, Amelia | $730 | 4.70 | $3,431.00 |
| Kim, Mee R. | $730 | 10.00 | $7,300.00 |
| Kim, Mee R. | $759 | 18.40 | $13,965.60 |
| Ma, Steve | $730 | 46.70 | $34,091.00 |
| Ma, Steve | $759 | 5.40 | $4,098.60 |
| Majeski, William | $730 | 0.20 | $146.00 |
| Roche, Jennifer L. | $730 | 3.40 | $2,482.00 |
| Roche, Jennifer L. | $759 | 1.00 | $759.00 |
| Rochman, Matthew I. | $730 | 11.30 | $8,249.00 |
| Rochman, Matthew I. | $759 | 1.20 | $910.80 |
| Skellet, Alexandra K. | $730 | 0.60 | $438.00 |
| Stafford, Laura | $730 | 7.60 | $5,548.00 |
| Teng, Pengtao | $730 | 32.10 | $23,433.00 |
| Teng, Pengtao | $759 | 6.30 | $4,781.70 |
| Theodoridis, Chris | $730 | 29.50 | $21,535.00 |
| Theodoridis, Chris | $759 | 1.70 | $1,290.30 |
| Webb, Jeramy | $730 | 9.90 | $7,227.00 |
| Webb, Jeramy | $759 | 1.40 | $1,062.60 |
| Wolf, Lucy | $730 | 7.60 | $5,548.00 |
| Wolf, Lucy | $759 | 0.90 | $683.10 |

FOMB

PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Zajac, Jared | $730 | 7.90 | $5,767.00 |
| Zajac, Jared | $759 | 1.10 | $834.90 |
| Zerjal, Maja | $730 | 22.70 | $16,571.00 |
| **Total for Associates** | | **617.50** | **$455,154.00** |
| Chalett, Zachary | $250 | 12.80 | $3,200.00 |
| Mazurek, Carl | $260 | 22.60 | $5,876.00 |
| Stevens, Elliot | $250 | 15.50 | $3,875.00 |
| Stevens, Elliot | $260 | 1.20 | $312.00 |
| Wolf, Lucy | $250 | 2.90 | $725.00 |
| **Total Law Clerks** | | **55.00** | **$13,988.00** |
| Monforte, Angelo | $250 | 4.20 | $1,050.00 |
| Rodriguez, Evelyn | $250 | 3.70 | $925.00 |
| Sherman, Tayler M. | $250 | 15.10 | $3,775.00 |
| Sherman, Tayler M. | $260 | 11.30 | $2,938.00 |
| **Paraprofessional Total** | | **34.30** | **$8,688.00** |
| Winkelspecht, Michael J. | $250 | 2.30 | $575.00 |
| Winkelspecht, Michael J. | $260 | 0.90 | $234.00 |
| **Practice Support Total** | | **3.20** | **$809.00** |
| **Total for This Matter** | | **1,493.10** | **$1,054,857.90** |

FOMB

PROMESA TITLE III: Commonwealth

**Non-Working Travel Time  – 211**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Febus, Chantel L. | $759 | 0.50 | $379.50 |
| Mashberg, Gregg M. | $730 | 2.50 | $1,825.00 |
| Mungovan, Timothy W. | $730 | 4.00 | $2,920.00 |
| Mungovan, Timothy W. | $759 | 1.80 | $1,366.20 |
| Possinger, Paul | $730 | 17.00 | $12,410.00 |
| Possinger, Paul | $759 | 3.20 | $2,428.80 |
| Richman, Jonathan E. | $730 | 0.90 | $657.00 |
| **Total for Partners** | | **29.90** | **$21,986.50** |
| Forbes, Carl C. | $730 | 2.40 | $1,752.00 |
| Ma, Steve | $730 | 3.50 | $2,555.00 |
| Ma, Steve | $759 | 8.00 | $6,072.00 |
| **Total for Associates** | | **13.90** | **$10,379.00** |
| **Total for This Matter** | | **43.80** | **$32,365.50** |

FOMB
PROMESA TITLE III: Commonwealth

**Non-Working Travel Time – (Puerto Rico) – 211**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $730 | 5.00 | $3,650.00 |
| **Total for Partners** | | **5.00** | **$3,650.00** |
| **Total for This Matter** | | **5.00** | **$3,650.00** |

FOMB
PROMESA TITLE III: Commonwealth

**General Administration – 212**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 0.60 | $438.00 |
| Barak, Ehud | $759 | 0.70 | $531.30 |
| Febus, Chantel L. | $730 | 5.50 | $4,015.00 |
| Firestein, Michael A. | $730 | 1.20 | $876.00 |
| Levitan, Jeffrey W. | $730 | 0.10 | $73.00 |
| Mungovan, Timothy W. | $730 | 0.40 | $292.00 |
| Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| Possinger, Paul | $730 | 0.80 | $584.00 |
| Possinger, Paul | $759 | 2.00 | $1,518.00 |
| Rappaport, Lary Alan | $730 | 0.10 | $73.00 |
| Ratner, Stephen L. | $730 | 0.50 | $365.00 |
| Rosen, Brian S. | $730 | 3.30 | $2,409.00 |
| **Total for Partners** | | **15.40** | **$11,326.10** |
| Febus, Chantel L. | $730 | 0.70 | $511.00 |
| Holinstat, Steven H. | $730 | 4.60 | $3,358.00 |
| **Total Senior Counsel** | | **5.30** | **$3,869.00** |
| Alladi, Om V. | $730 | 1.90 | $1,387.00 |
| Alonzo, Julia D. | $730 | 5.00 | $3,650.00 |
| Barak, Ehud | $730 | 2.20 | $1,606.00 |
| Bargoot, Alexandra V. | $730 | 15.00 | $10,950.00 |
| Bowman, Courtney M. | $730 | 0.10 | $73.00 |
| Curtis, Kelly M. | $730 | 1.00 | $730.00 |
| Curtis, Kelly M. | $759 | 0.40 | $303.60 |
| Desatnik, Daniel | $730 | 1.40 | $1,022.00 |
| Desatnik, Daniel | $759 | 0.20 | $151.80 |
| Digrande, Melissa D. | $730 | 167.00 | $121,910.00 |
| Digrande, Melissa D. | $759 | 6.60 | $5,009.40 |
| Esses, Joshua A. | $730 | 11.50 | $8,395.00 |
| Esses, Joshua A. | $759 | 4.20 | $3,187.80 |
| Hackett, Michael R. | $730 | 0.80 | $584.00 |
| Ma, Steve | $730 | 4.00 | $2,920.00 |
| Rochman, Matthew I. | $730 | 2.10 | $1,533.00 |
| Teng, Pengtao | $730 | 38.30 | $27,959.00 |
| Teng, Pengtao | $759 | 1.50 | $1,138.50 |
| Theodoridis, Chris | $730 | 4.90 | $3,577.00 |
| Wolf, Lucy | $730 | 5.90 | $4,307.00 |
| Wolf, Lucy | $759 | 0.80 | $607.20 |
| Zerjal, Maja | $730 | 2.90 | $2,117.00 |
| **Total for Associate** | | **277.70** | **$203,118.30** |

FOMB
PROMESA TITLE III: Commonwealth

| | | | |
|---|---|---|---|
| Brailey, Tara | $250 | 1.90 | $475.00 |
| Carino, Elisa | $250 | 0.40 | $100.00 |
| Carino, Elisa | $260 | 31.00 | $8,060.00 |
| Chalett, Zachary | $250 | 28.50 | $7,125.00 |
| Dodge, Trevor M. | $250 | 0.40 | $100.00 |
| Mazurek, Carl | $250 | 25.90 | $6,475.00 |
| Mazurek, Carl | $260 | 5.20 | $1,352.00 |
| Stevens, Elliot | $250 | 0.60 | $150.00 |
| Wolf, Lucy | $250 | 17.00 | $4,250.00 |
| **Total for Law Clerks** | | **110.90** | **$28,087.00** |
| Cooper, David C. | $250 | 8.40 | $2,100.00 |
| Cooper, David C. | $260 | 24.30 | $6,318.00 |
| Finkelstein, Henry S. | $250 | 0.80 | $200.00 |
| Giddens, Magali | $250 | 174.60 | $43,650.00 |
| Giddens, Magali | $260 | 38.00 | $9,880.00 |
| Golinder, Olga A. | $250 | 14.20 | $3,550.00 |
| Jones, Allen C. | $250 | 8.10 | $2,025.00 |
| Lederer, Margaret | $250 | 0.20 | $50.00 |
| Miller, Tiffany | $250 | 192.40 | $48,100.00 |
| Miller, Tiffany | $260 | 33.90 | $8,814.00 |
| Monforte, Angelo | $250 | 259.30 | $64,825.00 |
| Monforte, Angelo | $260 | 71.30 | $18,538.00 |
| Quinn, Casey | $250 | 66.70 | $16,675.00 |
| Rodriguez, Evelyn | $250 | 105.40 | $26,350.00 |
| Rodriguez, Evelyn | $260 | 9.00 | $2,340.00 |
| Schmidt, Blake | $250 | 16.10 | $4,025.00 |
| Sherman, Tayler M. | $250 | 164.20 | $41,050.00 |
| Sherman, Tayler M. | $260 | 56.40 | $14,664.00 |
| Silvestro, Lawrence T. | $250 | 284.80 | $71,200.00 |
| Silvestro, Lawrence T. | $260 | 100.70 | $26,182.00 |
| Williams, Selena F. | $250 | 69.70 | $17,425.00 |
| Williams, Selena F. | $260 | 1.60 | $416.00 |
| Wizner, Eamon | $250 | 321.30 | $80,325.00 |
| Wizner, Eamon | $260 | 10.20 | $2,652.00 |
| Wong, Naomi | $250 | 21.80 | $5,450.00 |
| Wong, Naomi | $260 | 71.00 | $18,460.00 |
| **Total for Paraprofessionals** | | **2,124.40** | **$535,264.00** |
| Antoon, Isaac L. | $250 | 0.30 | $75.00 |
| Gil, Denyse | $260 | 2.50 | $650.00 |
| Klock, Joseph | $250 | 0.70 | $175.00 |
| Pitcairn, Johanna K. | $250 | 0.40 | $100.00 |
| Winkelspecht, Michael J. | 250 | 17.50 | $4,375.00 |
| Winkelspecht, Michael J. | $260 | 2.80 | $728.00 |

FOMB
PROMESA TITLE III: Commonwealth

|  |  |  |  |
|---|---|---|---|
| **Total for Practice Support** |  | **24.20** | **$6,103.00** |
| Lavine, Judy | $250 | 0.20 | $50.00 |
| **Total for Library** |  | **0.20** | **$50.00** |
| **Total for This Matter** |  | **2,558.10** | **$787,817.40** |

FOMB
PROMESA TITLE III: Commonwealth

**Labor, Pension Matters – 213**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Hamburger, Paul M. | $730 | 1.70 | $1,241.00 |
| Possinger, Paul | $730 | 2.30 | $1,679.00 |
| Possinger, Paul | $759 | 0.50 | $379.50 |
| Rosen, Brian S. | $730 | 0.80 | $584.00 |
| Rosen, Brian S. | $759 | 1.20 | $910.80 |
| **Total for Partners** | | **6.50** | **$4,794.30** |
| | | | |
| Esses, Joshua A. | $730 | 0.30 | $219.00 |
| Huffman, James R. | $730 | 1.60 | $1,168.00 |
| **Total for Associates** | | **1.90** | **$1,387.00** |
| | | | |
| Stevens, Elliot | $250 | 0.10 | $25.00 |
| **Total for Law Clerks** | | **0.10** | **$25.00** |
| | | | |
| Wizner, Eamon | $250 | 2.70 | $675.00 |
| **Total for Paraprofessionals** | | **2.70** | **$675.00** |
| | | | |
| **Total for This Matter** | | **11.20** | **$6,881.30** |

FOMB

PROMESA TITLE III: Commonwealth

**Legal/Regulatory Matters - 214**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Febus, Chantel L. | $730 | 0.10 | $73.00 |
| Ferrara, Ralph C. | $730 | 0.40 | $292.00 |
| Ferrara, Ralph C. | $759 | 3.10 | $2,352.90 |
| Firestein, Michael A. | $730 | 0.10 | $73.00 |
| Mungovan, Timothy W. | $730 | 0.30 | $219.00 |
| Possinger, Paul | $730 | 2.70 | $1,971.00 |
| **Total for Partners** | | **6.70** | **$4,980.90** |
| Ma, Steve | $730 | 0.70 | $511.00 |
| Theodoridis, Chris | $730 | 7.90 | $5,767.00 |
| Webb, Jeramy | $730 | 0.20 | $146.00 |
| **Total for Associates** | | **8.80** | **$6,424.00** |
| **Total for This Matter** | | **15.50** | **$11,404.90** |

FOMB
PROMESA TITLE III: Commonwealth

**Plan of Adjustment and Disclosure Statement – 215**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | 759 | 0.90 | $683.10 |
| Barak, Ehud | $730 | 12.10 | $8,833.00 |
| Bienenstock, Martin J. | $730 | 1.40 | $1,022.00 |
| Ferrara, Ralph C. | $730 | 2.20 | $1,606.00 |
| Ferrara, Ralph C. | $759 | 1.50 | $1,138.50 |
| Firestein, Michael A. | $759 | 0.90 | $683.10 |
| Levitan, Jeffrey W. | $759 | 1.10 | $834.90 |
| Mashberg, Gregg M. | $759 | 0.30 | $227.70 |
| Mungovan, Timothy W. | $759 | 1.90 | $1,442.10 |
| Possinger, Paul | $730 | 2.90 | $2,117.00 |
| Ratner, Stephen L. | $730 | 0.70 | $511.00 |
| Ratner, Stephen L. | $759 | 1.10 | $834.90 |
| Richman, Jonathan E. | $730 | 4.10 | $2,993.00 |
| Richman, Jonathan E. | $759 | 1.00 | $759.00 |
| Rosen, Brian S. | $730 | 34.90 | $25,477.00 |
| Rosen, Brian S. | $759 | 4.70 | $3,567.30 |
| **Total for Partners** | | **71.70** | **$52,729.60** |
| Barak, Ehud | $730 | 2.60 | $1,898.00 |
| Kim, Mee R. | $730 | 0.40 | $292.00 |
| Ma, Steve | $730 | 3.30 | $2,409.00 |
| Theodoridis, Chris | $730 | 10.20 | $7,446.00 |
| Zerjal, Maja | $730 | 2.10 | $1,533.00 |
| **Total for Associates** | | **18.60** | **$13,578.00** |
| Stevens, Elliot | $250 | 6.80 | $1,700.00 |
| **Total for Law Clerks** | | **6.80** | **$1,700.00** |
| **Total for This Matter** | | **97.10** | **$68,007.60** |

FOMB
PROMESA TITLE III: Commonwealth

**Confirmation - 216**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Teng, Pengtao | $759 | 0.20 | $151.80 |
| **Total for Associates** | | **0.20** | **$151.80** |
| **Total for This Matter** | | **0.20** | **$151.80** |

FOMB
PROMESA TITLE III: Commonwealth

**Tax - 217**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ferrara, Ralph C. | $730 | 0.30 | $219.00 |
| Firestein, Michael A. | $730 | 0.40 | $292.00 |
| Rosen, Brian S. | $730 | 0.80 | $584.00 |
| **Total for Partners** | | **1.50** | **$1,095.00** |
| Desatnik, Daniel | $730 | 0.90 | $657.00 |
| **Associate Total** | | **0.90** | **$657.00** |
| **Total for This Matter** | | **2.40** | **$1,752.00** |

FOMB
PROMESA TITLE III: Commonwealth

**Employment and Fee Applications – 218**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 48.00 | $35,040.00 |
| Ashton, Ann M. | $759 | 1.50 | $1,138.50 |
| Barak, Ehud | $730 | 2.40 | $1,752.00 |
| Barak, Ehud | $759 | 0.30 | $227.70 |
| Bienenstock, Martin J. | $730 | 1.40 | $1,022.00 |
| Febus, Chantel L. | $730 | 2.50 | $1,825.00 |
| Firestein, Michael A. | $730 | 0.20 | $146.00 |
| Possinger, Paul | $730 | 6.80 | $4,964.00 |
| Possinger, Paul | $759 | 0.40 | $303.60 |
| Rappaport, Lary Alan | $730 | 0.30 | $219.00 |
| **Total for Partners** | | **63.80** | **$46,637.80** |
| Barak, Ehud | $730 | 0.90 | $657.00 |
| Desatnik, Daniel | $730 | 5.00 | $3,650.00 |
| Fier, Seth D. | $759 | 0.80 | $607.20 |
| Kim, Mee R. | $730 | 39.20 | $28,616.00 |
| Kim, Mee R. | $759 | 1.10 | $834.90 |
| Ma, Steve | $730 | 6.50 | $4,745.00 |
| Theodoridis, Chris | $730 | 2.10 | $1,533.00 |
| Webb, Jeramy | $730 | 18.10 | $13,213.00 |
| Zerjal, Maja | $730 | 0.20 | $146.00 |
| **Total for Associates** | | **73.90** | **$54,002.10** |
| Stevens, Elliot | $250 | 9.00 | $2,250.00 |
| **Total for Law Clerks** | | **9.00** | **$2,250.00** |
| Giddens, Magali | $250 | 0.20 | $50.00 |
| Giddens, Magali | $260 | 0.60 | $156.00 |
| Petrov, Natasha | $250 | 34.30 | $8,575.00 |
| Petrov, Natasha | $260 | 1.10 | $286.00 |
| **Total for Paraprofessionals** | | **36.20** | **$9,067.00** |
| **Total for This Matter** | | **182.90** | **$111,956.90** |

FOMB
PROMESA TITLE III: Commonwealth

**Appeal – 219**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Mashberg, Gregg M. | $730 | 0.30 | $219.00 |
| Mungovan, Timothy W. | $730 | 0.80 | $584.00 |
| Rappaport, Lary Alan | $730 | 0.10 | $73.00 |
| Ratner, Stephen L. | $730 | 0.60 | $438.00 |
| Rosen, Brian S. | $730 | 0.10 | $73.00 |
| **Total for Partners** | | **1.90** | **$1,387.00** |
| Chalett, Zachary | $730 | 3.60 | $2,628.00 |
| Ma, Steve | $730 | 3.70 | $2,701.00 |
| Roberts, John E. | $730 | 2.00 | $1,460.00 |
| Skellet, Alexandra K. | $730 | 28.70 | $20,951.00 |
| Skellet, Alexandra K. | $759 | 6.10 | $4,629.90 |
| **Total for Associates** | | **44.10** | **$32,369.90** |
| **Total for This Matter** | | **46.00** | **$33,756.90** |

FOMB

PROMESA TITLE III: Commonwealth

**Fee Applications for Other Parties – 220**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Kim, Mee R. | $759 | 15.00 | $11,385.00 |
| Ma, Steve | $730 | 0.40 | $292.00 |
| Webb, Jeramy | $730 | 3.20 | $2,336.00 |
| Webb, Jeramy | $759 | 1.30 | $986.70 |
| **Total for Associates** | | **19.90** | **$14,999.70** |
| Stevens, Elliot | $260 | 5.10 | $1,326.00 |
| **Total for Law Clerks** | | **5.10** | **$1,326.00** |
| Petrov, Natasha | $260 | 7.20 | $1,872.00 |
| **Total for Paraprofessionals** | | **7.20** | **$1,872.00** |
| **Total for This Matter** | | **32.20** | **$18,197.70** |