**<u>Proposed Order</u>**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## ORDER APPROVING
## SECOND INTERIM FEE APPLICATION OF PROSKAUER ROSE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ATTORNEYS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF THE DEBTOR, THE COMMONWEALTH OF PUERTO RICO, FOR THE PERIOD OCTOBER 1, 2017 THROUGH JANUARY 31, 2018

Upon the application (the "Application")[2] of Proskauer Rose LLP ("Proskauer"), as

attorneys for the Financial Oversight and Management Board for Puerto Rico (the "Oversight

Board") acting as representative of the Commonwealth of Puerto Rico (the "Debtor") under

section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act*

("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the

Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee*

*Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.

[3] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

*under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* issued by the Executive Office

for the United States Trustee, 28 CFR Part 58, Appendix B, and (e) this Court's *First Amended*

*Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of*

*Professionals* [ECF No. 1715], an allowance of interim compensation for professional services

rendered by Proskauer for the period commencing October 1, 2017 through and including

January 31, 2018 in the amount of **$5,453,686.60**, and for reimbursement of its actual and

necessary expenses in the amount of **$294,582.75** incurred during the Compensation Period; and,

this Court having determined that the legal and factual bases set forth in the Application establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to Proskauer for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$5,453,686.60**.

3. Reimbursement to Proskauer for expenses incurred during the Compensation Period is allowed on an interim basis in the amount of **$294,582.75**.

4. The Debtor is authorized to pay Proskauer all fees and expenses allowed pursuant to this Order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

Dated: _____, 2018          _____
      San Juan, Puerto Rico                Honorable Laura Taylor Swain
                                   United States District Judge