# Exhibit C

## Task Code Time Breakdown

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Mungovan, Timothy W. | $730 | 0.20 | $146.00 |
| Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| Possinger, Paul | $730 | 0.80 | $584.00 |
| **Total for Partners** | | **1.30** | **$957.70** |
| **Total for This Matter** | | **1.30** | **$957.70** |

**Legal Research – 202**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Firestein, Michael A. | $759 | 0.30 | $227.70 |
| Mungovan, Timothy W. | $730 | 0.80 | $584.00 |
| Perra, Kevin J. | $730 | 1.20 | $876.00 |
| Possinger, Paul | $730 | 0.30 | $219.00 |
| Weise, Steven O. | $730 | 1.40 | $1,022.00 |
| Partner Total | | 4.00 | $2,928.70 |
| Barak, Ehud | $730 | 0.80 | $584.00 |
| Theodoridis, Chris | $730 | 8.00 | $5,840.00 |
| **Total for Associates** | | **8.80** | **$6,424.00** |
| Stevens, Elliot | $250 | 2.50 | $625.00 |
| Wolf, Lucy | $250 | 0.80 | $200.00 |
| **Total for Law Clerks** | | **3.30** | **$825.00** |
| Cupplo, Sherri | $250 | 0.40 | $100.00 |
| **Total for Library** | | **0.40** | **$100.00** |
| **Total for This Matter** | | **16.50** | **$10,277.70** |

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Mungovan, Timothy W. | $730 | 5.80 | $4,234.00 |
| Possinger, Paul | $730 | 1.00 | $730.00 |
| Ratner, Stephen L. | $730 | 1.70 | $1,241.00 |
| Rosen, Brian S. | $730 | 1.90 | $1,387.00 |
| **Total for Partners** | | **10.40** | **$7,592.00** |
| Alonzo, Julia D. | $730 | 5.60 | $4,088.00 |
| **Total for Associates** | | **5.60** | **$4,088.00** |
| **Total for This Matter** | | **16.00** | **$11,680.00** |

**Communications with Claimholders – 204**

| Attorney | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Bienenstock, Martin J. | $730 | 3.00 | $2,190.00 |
| Dale, Margaret A. | $759 | 0.90 | $683.10 |
| Mashberg, Gregg M. | $759 | 0.10 | $75.90 |
| Mungovan, Timothy W. | 730 | 3.80 | $2,774.00 |
| Mungovan, Timothy W. | $759 | 2.30 | $1,745.70 |
| Possinger, Paul | $730 | 0.50 | $365.00 |
| Ratner, Stephen L. | $730 | 0.50 | $365.00 |
| Ratner, Stephen L. | $759 | 1.30 | $986.70 |
| Richman, Jonathan E. | $730 | 0.80 | $584.00 |
| **Total for Partners** | | **13.20** | **$9,769.40** |
| Desatnik, Daniel | $730 | 0.60 | $438.00 |
| Theodoridis, Chris | $730 | 5.60 | $4,088.00 |
| **Total for Associates** | | **6.20** | **$4,526.00** |
| **Total for This Matter** | | **19.40** | **$14,295.40** |

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 1.50 | $1,095.00 |
| Dale, Margaret A. | $759 | 0.60 | $455.40 |
| Mashberg, Gregg M. | $759 | 0.40 | $303.60 |
| Mungovan, Timothy W. | $730 | 16.90 | $12,337.00 |
| Mungovan, Timothy W. | $759 | 2.60 | $1,973.40 |
| Possinger, Paul | $730 | 3.90 | $2,847.00 |
| Ratner, Stephen L. | $730 | 5.00 | $3,650.00 |
| Ratner, Stephen L. | $759 | 1.00 | $759.00 |
| Richman, Jonathan E. | $730 | 0.80 | $584.00 |
| Rosen, Brian S. | $730 | 0.90 | $657.00 |
| **Total for Partners** | | **33.60** | **$24,661.40** |
| Alonzo, Julia D. | $730 | 4.10 | $2,993.00 |
| Barak, Ehud | $730 | 3.00 | $2,190.00 |
| Desatnik, Daniel | $730 | 9.60 | $7,008.00 |
| Forbes, Carl C. | $759 | 0.60 | $455.40 |
| Theodoridis, Chris | $730 | 1.30 | $949.00 |
| Zerjal, Maja | $730 | 1.80 | $1,314.00 |
| **Total for Associates** | | **20.40** | **$14,909.40** |
| **Total for This Matter** | | **54.00** | **$39,570.80** |

**Documents Filed on Behalf of the Board – 206**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 34.70 | $25,331.00 |
| Firestein, Michael A. | $730 | 0.30 | $219.00 |
| Mashberg, Gregg M. | $759 | 0.30 | $227.70 |
| Mungovan, Timothy W. | $730 | 31.90 | $23,287.00 |
| Perra, Kevin J. | $730 | 25.70 | $18,761.00 |
| Perra, Kevin J. | $759 | 4.90 | $3,719.10 |
| Possinger, Paul | $730 | 10.40 | $7,592.00 |
| Ratner, Stephen L. | $730 | 29.30 | $21,389.00 |
| Ratner, Stephen L. | $759 | 0.40 | $303.60 |
| Richman, Jonathan E. | $730 | 75.70 | $55,261.00 |
| Richman, Jonathan E. | $759 | 3.50 | $2,656.50 |
| Rosen, Brian S. | $730 | 9.90 | $7,227.00 |
| Weise, Steven O. | $730 | 7.60 | $5,548.00 |
| **Total for Partners** | | **234.60** | **$171,521.90** |
| Alonzo, Julia D. | $730 | 89.70 | $65,481.00 |
| Alonzo, Julia D. | $759 | 7.90 | $5,996.10 |
| Barak, Ehud | $730 | 10.50 | $7,665.00 |
| Chalett, Zachary | $730 | 3.60 | $2,628.00 |
| Desatnik, Daniel | $730 | 6.80 | $4,964.00 |
| Digrande, Melissa D. | $730 | 33.70 | $24,601.00 |
| Rainwater, Shiloh | $730 | 3.40 | $2,482.00 |
| Theodoridis, Chris | $730 | 11.80 | $8,614.00 |
| **Total for Associates** | | **167.40** | **$122,431.10** |
| Silvestro, Lawrence T. | $250 | 1.70 | $425.00 |
| **Total for Paraprofessionals** | | **1.70** | **$425.00** |
| Wolf, Lucy | $250 | 3.40 | $850.00 |
| **Total for Law Clerks** | | **3.40** | **$850.00** |
| **Total for This Matter** | | **407.10** | **$295,228.00** |

**Non-Board Court Filings – 207**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Barak, Ehud | $730 | 9.50 | $6,935.00 |
| Bienenstock, Martin J. | $730 | 1.30 | $949.00 |
| Dale, Margaret A. | $730 | 0.60 | $438.00 |
| Dale, Margaret A. | $759 | 0.50 | $379.50 |
| Ferrara, Ralph C. | $730 | 1.00 | $730.00 |
| Firestein, Michael A. | $730 | 1.30 | $949.00 |
| Firestein, Michael A. | $759 | 0.40 | $303.60 |
| Mungovan, Timothy W. | $730 | 22.70 | $16,571.00 |
| Mungovan, Timothy W. | $759 | 4.70 | $3,567.30 |
| Perra, Kevin J. | $730 | 17.40 | $12,702.00 |
| Perra, Kevin J. | $759 | 1.20 | $910.80 |
| Possinger, Paul | $730 | 7.20 | $5,256.00 |
| Possinger, Paul | $759 | 0.50 | $379.50 |
| Rappaport, Lary Alan | $730 | 0.30 | $219.00 |
| Ratner, Stephen L. | $730 | 5.70 | $4,161.00 |
| Ratner, Stephen L. | $759 | 1.00 | $759.00 |
| Richman, Jonathan E. | $730 | 3.20 | $2,336.00 |
| Rosen, Brian S. | $730 | 6.80 | $4,964.00 |
| **Total for Partners** | | **85.30** | **$62,509.70** |
| Alonzo, Julia D. | $730 | 20.30 | $14,819.00 |
| Barak, Ehud | $730 | 5.70 | $4,161.00 |
| Desatnik, Daniel | $730 | 5.10 | $3,723.00 |
| Digrande, Melissa D. | $730 | 6.50 | $4,745.00 |
| Indelicato, Vincent | $730 | 0.60 | $438.00 |
| Ma, Steve | $730 | 0.20 | $146.00 |
| Rochman, Matthew I. | $730 | 0.40 | $292.00 |
| Theodoridis, Chris | $730 | 7.30 | $5,329.00 |
| Webb, Jeramy | $730 | 1.20 | $876.00 |
| Wolf, Lucy | $730 | 7.30 | $5,329.00 |
| Zerjal, Maja | $730 | 2.20 | $1,606.00 |
| **Total for Associates** | | **56.80** | **$41,464.00** |
| **Total for This Matter** | | **142.10** | **$103,973.70** |

**Stay Matters – 208**

| Attorney | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Stevens, Elliot | $250 | 1.40 | $350.00 |
| **Total for Law Clerks** | | **1.40** | **$350.00** |
| **Total for This Matter** | | **1.40** | **$350.00** |

**Adversary Proceeding – 209**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Firestein, Michael A. | $759 | 0.50 | $379.50 |
| Mungovan, Timothy W. | $730 | 1.80 | $1,314.00 |
| Ratner, Stephen L. | $759 | 0.20 | $151.80 |
| **Total for Partners** | | **2.50** | **$1,845.30** |
| Alonzo, Julia D. | $730 | 1.30 | $949.00 |
| Wolf, Lucy | $759 | 0.30 | $227.70 |
| **Total for Associates** | | **1.60** | **$1,176.70** |
| **Total for This Matter** | | **4.10** | **$3,022.00** |

**Analysis and Strategy – 210**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $730 | 1.30 | $949.00 |
| Dale, Margaret A. | $730 | 0.30 | $219.00 |
| Dale, Margaret A. | $759 | 0.70 | $531.30 |
| Febus, Chantel L. | $759 | 0.20 | $151.80 |
| Ferrara, Ralph C. | $730 | 2.40 | $1,752.00 |
| Ferrara, Ralph C. | $759 | 0.30 | $227.70 |
| Firestein, Michael A. | $730 | 0.50 | $365.00 |
| Indelicato, Vincent | $730 | 1.40 | $1,022.00 |
| Mungovan, Timothy W. | $730 | 8.70 | $6,351.00 |
| Mungovan, Timothy W. | $759 | 1.00 | $759.00 |
| Perra, Kevin J. | $730 | 0.80 | $584.00 |
| Possinger, Paul | $730 | 7.20 | $5,256.00 |
| Ratner, Stephen L. | $730 | 12.50 | $9,125.00 |
| Richman, Jonathan E. | $730 | 0.90 | $657.00 |
| Rosen, Brian S. | $730 | 5.80 | $4,234.00 |
| **Total for Partners** | | **44.00** | **$32,183.80** |
| Alonzo, Julia D. | $730 | 4.90 | $3,577.00 |
| Alonzo, Julia D. | $759 | 0.50 | $379.50 |
| Barak, Ehud | $730 | 3.70 | $2,701.00 |
| Desatnik, Daniel | $730 | 13.00 | $9,490.00 |
| Digrande, Melissa D. | $730 | 0.30 | $219.00 |
| Rochman, Matthew I. | $730 | 2.30 | $1,679.00 |
| Theodoridis, Chris | $730 | 10.90 | $7,957.00 |
| Wolf, Lucy | $730 | 0.80 | $584.00 |
| **Total for Associates** | | **36.40** | **$26,586.50** |
| Silvestro, Lawrence T. | $250 | 5.80 | $1,450.00 |
| **Total for Paraprofessionals** | | **5.80** | **$1,450.00** |
| Wolf, Lucy | $250 | 2.30 | $575.00 |
| **Total for Law Clerks** | | **2.30** | **$575.00** |
| **Total for This Matter** | | **88.50** | **$60,795.30** |

**General Administration – 212**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Digrande, Melissa D. | $730 | 1.10 | $803.00 |
| **Total for Associates** | | **1.10** | **$803.00** |
| Giddens, Magali | $250 | 2.50 | $625.00 |
| Jones, Allen C. | $250 | 1.20 | $300.00 |
| Miller, Tiffany | $250 | 6.80 | $1,700.00 |
| Monforte, Angelo | $250 | 4.40 | $1,100.00 |
| Rodriguez, Evelyn | $250 | 3.80 | $950.00 |
| Schmidt, Blake | $250 | 3.00 | $750.00 |
| Sherman, Tayler M. | $250 | 4.90 | $1,225.00 |
| Silvestro, Lawrence T. | $250 | 4.10 | $1,025.00 |
| Wizner, Eamon | $250 | 7.30 | $1,825.00 |
| Wong, Naomi | $260 | 1.10 | $286.00 |
| **Total for Paraprofessionals** | | **39.10** | **$9,786.00** |
| Alladi, Om V. | $250 | 2.60 | $650.00 |
| Wolf, Lucy | $250 | 0.50 | $125.00 |
| **Total for Law Clerks** | | **3.10** | **$775.00** |
| Winkelspecht, Michael J. | $250 | 0.50 | $125.00 |
| **Total for Practice Support** | | **0.50** | **$125.00** |
| **Total for This Matter** | | **43.80** | **$11,489.00** |

FOMB
PROMESA TITLE III: COFINA

**Confirmation – 216**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Febus, Chantel L. | $759 | 0.80 | $607.20 |
| **Total for Partners** | | **0.80** | **$607.20** |
| **Total for This Matter** | | **0.80** | **$607.20** |

**Employment and Fee Applications – 218**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 0.40 | $292.00 |
| **Total for Partners** | | **0.40** | **$292.00** |
| Webb, Jeramy | $730 | 1.50 | $1,095.00 |
| **Total for Associates** | | **1.50** | **$1,095.00** |
| Petrov, Natasha | $250 | 30.00 | $7,500.00 |
| Petrov, Natasha | $260 | 0.60 | $156.00 |
| **Total for Paraprofessionals** | | **30.60** | **$7,656.00** |
| Stevens, Elliot | $250 | 3.00 | $750.00 |
| **Total for Law Clerks** | | **3.00** | **$750.00** |
| **Total for This Matter** | | **35.50** | **$9,793.00** |

FOMB
PROMESA TITLE III: COFINA

**Appeal – 219**

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Henderson, Laurie A. | $250 | 0.80 | $200.00 |
| **Total for Litigation Support** | | **0.80** | **$200.00** |
| **Total for This Matter** | | **0.80** | **$200.00** |