## **Exhibit C**

**Task Code Time Breakdown**

FOMB

PROMESA TITLE III: ERS

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Indelicato, Vincent | $730 | 1.30 | $949.00 |
| **Total for Partners** | | **1.30** | **$949.00** |
| **Total for This Matter** | | **1.30** | **$949.00** |

FOMB
PROMESA TITLE III: ERS

### Legal Research – 202

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $759 | 2.80 | $2,125.20 |
| Firestein, Michael A. | $730 | 0.20 | $146.00 |
| Levitan, Jeffrey W. | $730 | 1.00 | $730.00 |
| Levitan, Jeffrey W. | $759 | 0.90 | $683.10 |
| Mungovan, Timothy W. | $730 | 1.50 | $1,095.00 |
| Perra, Kevin J. | $730 | 3.90 | $2,847.00 |
| Possinger, Paul | $730 | 0.30 | $219.00 |
| Weise, Steven O. | $730 | 48.20 | $35,186.00 |
| **Total for Partners** | | **58.80** | **$43,031.30** |
| Bargoot, Alexandra V. | $730 | 6.50 | $4,745.00 |
| Chalett, Zachary | $730 | 8.40 | $6,132.00 |
| Dalsen, William D. | $730 | 24.30 | $17,739.00 |
| Desatnik, Daniel | $730 | 11.90 | $8,687.00 |
| Esses, Joshua A. | $730 | 4.20 | $3,066.00 |
| Esses, Joshua A. | $759 | 13.10 | $9,942.90 |
| Goldfarb, Susan R. | $730 | 3.20 | $2,336.00 |
| Hackett, Michael R. | $730 | 20.10 | $14,673.00 |
| Hendrick, Daniel W. | $730 | 0.90 | $657.00 |
| Rochman, Matthew I. | $730 | 3.60 | $2,628.00 |
| Wolf, Lucy | $730 | 2.80 | $2,044.00 |
| Zajac, Jared | $730 | 7.60 | $5,548.00 |
| Zajac, Jared | $759 | 5.00 | $3,795.00 |
| **Total for Associates** | | **111.60** | **$81,992.90** |
| Wolf, Lucy | $250 | 48.40 | $12,100.00 |
| Law Clerk Total | | 48.40 | $12,100.00 |
| Munguia, Ivania | $250 | 1.50 | $375.00 |
| Rodriguez, Evelyn | $250 | 0.60 | $150.00 |
| **Total for Paraprofessionals** | | **2.10** | **$525.00** |
| Cupplo, Sherri | $250 | 0.60 | $150.00 |
| D'Errico, Megan T. | $250 | 1.40 | $350.00 |
| **Total for Library** | | **2.00** | **$500.00** |
| **Total for This Matter** | | **222.90** | **$138,149.20** |

FOMB
PROMESA TITLE III: ERS

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 5.60 | $4,088.00 |
| Firestein, Michael A. | $730 | 0.40 | $292.00 |
| Levitan, Jeffrey W. | $730 | 43.40 | $31,682.00 |
| Levitan, Jeffrey W. | $759 | 0.10 | $75.90 |
| Mungovan, Timothy W. | $730 | 17.90 | $13,067.00 |
| Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| Perra, Kevin J. | $730 | 14.10 | $10,293.00 |
| Perra, Kevin J. | $759 | 0.50 | $379.50 |
| Possinger, Paul | $730 | 6.80 | $4,964.00 |
| Possinger, Paul | $759 | 0.40 | $303.60 |
| Rappaport, Lary Alan | $730 | 1.00 | $730.00 |
| Ratner, Stephen L. | $730 | 8.40 | $6,132.00 |
| Ratner, Stephen L. | $759 | 0.30 | $227.70 |
| Rosen, Brian S. | $730 | 12.90 | $9,417.00 |
| Weise, Steven O. | $730 | 76.70 | $55,991.00 |
| **Total for Partners** | | **188.80** | **$137,870.40** |
| Dalsen, William D. | $730 | 30.30 | $22,119.00 |
| Esses, Joshua A. | $730 | 11.80 | $8,614.00 |
| Hackett, Michael R. | $730 | 81.60 | $59,568.00 |
| Zajac, Jared | $730 | 40.30 | $29,419.00 |
| Zajac, Jared | $759 | 0.10 | $75.90 |
| **Total for Associates** | | **164.10** | **$119,795.90** |
| Sherman, Tayler M. | $250 | 0.70 | $175.00 |
| **Total for Paraprofessionals** | | **0.70** | **$175.00** |
| **Total for This Matter** | | **353.60** | **$257,841.30** |

FOMB
PROMESA TITLE III: ERS

**Communications with Claimholders – 204**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $759 | 2.70 | $2,049.30 |
| Doyle, Peter D. | $730 | 4.00 | $2,920.00 |
| Levitan, Jeffrey W. | $730 | 0.10 | $73.00 |
| Levitan, Jeffrey W. | $759 | 3.30 | $2,504.70 |
| Mungovan, Timothy W. | $730 | 9.60 | $7,008.00 |
| Mungovan, Timothy W. | $759 | 1.20 | $910.80 |
| Perra, Kevin J. | $730 | 2.80 | $2,044.00 |
| Perra, Kevin J. | $759 | 2.40 | $1,821.60 |
| Possinger, Paul | $730 | 3.40 | $2,482.00 |
| Possinger, Paul | $759 | 12.40 | $9,411.60 |
| Ratner, Stephen L. | $730 | 5.60 | $4,088.00 |
| Ratner, Stephen L. | $759 | 1.50 | $1,138.50 |
| Richman, Jonathan E. | $759 | 1.60 | $1,214.40 |
| Rosen, Brian S. | $730 | 0.50 | $365.00 |
| Rosen, Brian S. | $759 | 39.70 | $30,132.30 |
| Weise, Steven O. | $759 | 11.10 | $8,424.90 |
| **Total for Partners** | | **101.90** | **$76,588.10** |
| Leader, Jordan B. | $730 | 1.40 | $1,022.00 |
| **Total for Senior Counsel** | | **1.40** | **$1,022.00** |
| Dalsen, William D. | $730 | 5.40 | $3,942.00 |
| Dalsen, William D. | $759 | 4.80 | $3,643.20 |
| Hackett, Michael R. | $730 | 36.50 | $26,645.00 |
| Hackett, Michael R. | $759 | 6.80 | $5,161.20 |
| Rochman, Matthew I. | $730 | 0.30 | $219.00 |
| Theodoridis, Chris | $730 | 4.00 | $2,920.00 |
| Zajac, Jared | $759 | 9.40 | $7,134.60 |
| **Total for Associates** | | **67.20** | **$49,665.00** |
| **Total for This Matter** | | **170.50** | **$127,275.10** |

FOMB

PROMESA TITLE III: ERS

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Doyle, Peter D. | $730 | 0.50 | $365.00 |
| Levitan, Jeffrey W. | $730 | 2.50 | $1,825.00 |
| Levitan, Jeffrey W. | $759 | 0.90 | $683.10 |
| Mungovan, Timothy W. | $730 | 3.70 | $2,701.00 |
| Perra, Kevin J. | $730 | 3.60 | $2,628.00 |
| Ratner, Stephen L. | $730 | 1.20 | $876.00 |
| Richman, Jonathan E. | $759 | 1.40 | $1,062.60 |
| Rosen, Brian S. | $759 | 0.50 | $379.50 |
| Weise, Steven O. | $730 | 2.40 | $1,752.00 |
| **Total for Partners** | | **16.70** | **$12,272.20** |
| Dalsen, William D. | $730 | 4.10 | $2,993.00 |
| Hackett, Michael R. | $759 | 1.10 | $834.90 |
| Morris, Matthew J. | $759 | 0.70 | $531.30 |
| Zajac, Jared | $759 | 0.50 | $379.50 |
| **Total for Associates** | | **6.40** | **$4,738.70** |
| Wolf, Lucy | $250 | 0.50 | $125.00 |
| **Total for Law Clerks** | | **0.50** | **$125.00** |
| **Total for This Matter** | | **23.60** | **$17,135.90** |

FOMB
PROMESA TITLE III: ERS

**Documents Filed on Behalf of the Board – 206**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $730 | 26.40 | $19,272.00 |
| Bienenstock, Martin J. | $759 | 5.70 | $4,326.30 |
| Dale, Margaret A. | $730 | 1.10 | $803.00 |
| Doyle, Peter D. | $730 | 1.90 | $1,387.00 |
| Ferrara, Ralph C. | $759 | 0.30 | $227.70 |
| Firestein, Michael A. | $730 | 0.40 | $292.00 |
| Harris, Mark | $730 | 1.30 | $949.00 |
| Harris, Mark | $759 | 0.70 | $531.30 |
| Indelicato, Vincent | $730 | 5.10 | $3,723.00 |
| Levitan, Jeffrey W. | $730 | 74.20 | $54,166.00 |
| Levitan, Jeffrey W. | $759 | 35.50 | $26,944.50 |
| Mungovan, Timothy W. | $730 | 16.90 | $12,337.00 |
| Mungovan, Timothy W. | $759 | 1.00 | $759.00 |
| Perra, Kevin J. | $730 | 127.30 | $92,929.00 |
| Perra, Kevin J. | $759 | 41.70 | $31,650.30 |
| Possinger, Paul | $730 | 32.60 | $23,798.00 |
| Possinger, Paul | $759 | 2.40 | $1,821.60 |
| Rappaport, Lary Alan | $730 | 1.10 | $803.00 |
| Ratner, Stephen L. | $730 | 24.00 | $17,520.00 |
| Ratner, Stephen L. | $759 | 1.40 | $1,062.60 |
| Richman, Jonathan E. | $730 | 46.30 | $33,799.00 |
| Richman, Jonathan E. | $759 | 42.50 | $32,257.50 |
| Rosen, Brian S. | $730 | 30.20 | $22,046.00 |
| Rosen, Brian S. | $759 | 5.70 | $4,326.30 |
| Weise, Steven O. | $730 | 94.30 | $68,839.00 |
| Weise, Steven O. | $759 | 55.90 | $42,428.10 |
| **Total for Partners** | | **675.90** | **$498,998.20** |
| Leader, Jordan B. | $730 | 7.40 | $5,402.00 |
| **Total for Senior Counsel** | | **7.40** | **$5,402.00** |
| Dalsen, William D. | $730 | 95.60 | $69,788.00 |
| Dalsen, William D. | $759 | 16.20 | $12,295.80 |
| Esses, Joshua A. | $730 | 67.70 | $49,421.00 |
| Esses, Joshua A. | $759 | 7.20 | $5,464.80 |
| Goldfarb, Susan R. | $730 | 21.70 | $15,841.00 |
| Hackett, Michael R. | $730 | 340.10 | $248,273.00 |
| Hackett, Michael R. | $759 | 56.40 | $42,807.60 |
| Ma, Steve | $730 | 0.20 | $146.00 |
| Morris, Matthew J. | $730 | 13.70 | $10,001.00 |
| Morris, Matthew J. | $759 | 16.00 | $12,144.00 |

FOMB
PROMESA TITLE III: ERS

| | | | |
|---|---|---|---|
| Rochman, Matthew I. | $730 | 6.00 | $4,380.00 |
| Stafford, Laura | $730 | 4.00 | $2,920.00 |
| Zajac, Jared | $730 | 105.50 | $77,015.00 |
| Zajac, Jared | $759 | 45.40 | $34,458.60 |
| **Total for Associates** | | **795.70** | **$584,955.80** |
| | | | |
| Wolf, Lucy | $250 | 1.00 | $250.00 |
| **Total for Law Clerks** | | **1.00** | **$250.00** |
| | | | |
| Giddens, Magali | $250 | 0.90 | $225.00 |
| Golinder, Olga A. | $250 | 3.00 | $750.00 |
| Silvestro, Lawrence T. | $250 | 4.30 | $1,075.00 |
| **Total for Paraprofessionals** | | **8.20** | **$2,050.00** |
| | | | |
| **Total for This Matter** | | **1,488.20** | **$1,091,656.00** |

FOMB
PROMESA TITLE III: ERS

## Non-Board Court Filings – 207

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $759 | 6.90 | $5,237.10 |
| Dale, Margaret A. | $730 | 1.80 | $1,314.00 |
| Doyle, Peter D. | $730 | 4.80 | $3,504.00 |
| Ferrara, Ralph C. | $730 | 1.00 | $730.00 |
| Ferrara, Ralph C. | $759 | 0.20 | $151.80 |
| Firestein, Michael A. | $730 | 0.60 | $438.00 |
| Indelicato, Vincent | $730 | 5.90 | $4,307.00 |
| Levitan, Jeffrey W. | $730 | 12.80 | $9,344.00 |
| Levitan, Jeffrey W. | $759 | 1.40 | $1,062.60 |
| Mungovan, Timothy W. | $730 | 15.10 | $11,023.00 |
| Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| Perra, Kevin J. | $730 | 29.60 | $21,608.00 |
| Perra, Kevin J. | $759 | 1.70 | $1,290.30 |
| Possinger, Paul | $730 | 14.10 | $10,293.00 |
| Rappaport, Lary Alan | $730 | 0.70 | $511.00 |
| Ratner, Stephen L. | $730 | 3.80 | $2,774.00 |
| Richman, Jonathan E. | $730 | 4.20 | $3,066.00 |
| Richman, Jonathan E. | $759 | 1.20 | $910.80 |
| Rosen, Brian S. | $730 | 6.70 | $4,891.00 |
| Weise, Steven O. | $730 | 20.00 | $14,600.00 |
| **Total for Partners** | | **132.80** | **$97,283.30** |
| Leader, Jordan B. | $730 | 2.30 | $1,679.00 |
| **Total for Senior Counsel** | | **2.30** | **$1,679.00** |
| Dalsen, William D. | $730 | 12.60 | $9,198.00 |
| Desatnik, Daniel | $730 | 2.10 | $1,533.00 |
| Esses, Joshua A. | $730 | 2.50 | $1,825.00 |
| Esses, Joshua A. | $759 | 0.10 | $75.90 |
| Goldfarb, Susan R. | $730 | 1.20 | $876.00 |
| Hackett, Michael R. | $730 | 53.00 | $38,690.00 |
| Hackett, Michael R. | $759 | 3.30 | $2,504.70 |
| Morris, Matthew J. | $730 | 0.80 | $584.00 |
| Morris, Matthew J. | $759 | 6.00 | $4,554.00 |
| Rochman, Matthew I. | $730 | 3.50 | $2,555.00 |
| Zajac, Jared | $730 | 4.90 | $3,577.00 |
| Zajac, Jared | $759 | 1.10 | $834.90 |
| **Total for Associates** | | **91.10** | **$66,807.50** |
| Wolf, Lucy | $250 | 0.30 | $75.00 |
| Law Clerk Total | | 0.30 | $75.00 |

FOMB
PROMESA TITLE III: ERS

| | | | |
|---|---|---|---|
| Giddens, Magali | $250 | 2.90 | $725.00 |
| Williams, Selena F. | $250 | 2.30 | $575.00 |
| **Total for Paraprofessionals** | | **5.20** | **$1,300.00** |
| **Total for This Matter** | | **231.70** | **$167,144.80** |

FOMB
PROMESA TITLE III: ERS

## Stay Matters - 208

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Levitan, Jeffrey W. | $730 | 1.00 | $730.00 |
| Mungovan, Timothy W. | $730 | 1.50 | $1,095.00 |
| Perra, Kevin J. | $730 | 2.60 | $1,898.00 |
| Possinger, Paul | $730 | 3.90 | $2,847.00 |
| **Total for Partners** | | **9.00** | **$6,570.00** |
| Hackett, Michael R. | $730 | 13.20 | $9,636.00 |
| **Total for Associates** | | **13.20** | **$9,636.00** |
| **Total for This Matter** | | **22.20** | **$16,206.00** |

FOMB
PROMESA TITLE III: ERS

## Adversary Proceeding – 209

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Doyle, Peter D. | $730 | 3.30 | $2,409.00 |
| Levitan, Jeffrey W. | $730 | 3.20 | $2,336.00 |
| Perra, Kevin J. | $730 | 39.10 | $28,543.00 |
| Possinger, Paul | $730 | 8.20 | $5,986.00 |
| Ratner, Stephen L. | $730 | 0.40 | $292.00 |
| Richman, Jonathan E. | $730 | 0.30 | $219.00 |
| Rosen, Brian S. | $730 | 1.30 | $949.00 |
| Rosen, Brian S. | $759 | 0.20 | $151.80 |
| Vermal, Ana | $730 | 0.80 | $584.00 |
| **Total for Partners** | | **56.80** | **$41,469.80** |
| Leader, Jordan B. | $730 | 2.90 | $2,117.00 |
| **Total for Senior Counsel** | | **2.90** | **$2,117.00** |
| Dalsen, William D. | $730 | 28.00 | $20,440.00 |
| Hackett, Michael R. | $730 | 45.90 | $33,507.00 |
| Zajac, Jared | $730 | 12.60 | $9,198.00 |
| **Total for Associates** | | **86.50** | **$63,145.00** |
| Wolf, Lucy | $250 | 6.50 | $1,625.00 |
| **Total for Law Clerks** | | **6.50** | **$1,625.00** |
| Rodriguez, Evelyn | $250 | 2.60 | $650.00 |
| Sherman, Tayler M. | $250 | 0.90 | $225.00 |
| Williams, Selena F. | $250 | 5.30 | $1,325.00 |
| **Total for Paraprofessionals** | | **8.80** | **$2,200.00** |
| **Total for This Matter** | | **161.50** | **$110,556.80** |

FOMB
PROMESA TITLE III: ERS

## Analysis and Strategy – 210

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $759 | 1.30 | $986.70 |
| Doyle, Peter D. | $730 | 7.80 | $5,694.00 |
| Febus, Chantel L. | $730 | 5.80 | $4,234.00 |
| Ferrara, Ralph C. | $730 | 2.00 | $1,460.00 |
| Ferrara, Ralph C. | $759 | 0.40 | $303.60 |
| Firestein, Michael A. | $730 | 0.20 | $146.00 |
| Harris, Mark | $730 | 0.40 | $292.00 |
| Levitan, Jeffrey W. | $730 | 9.40 | $6,862.00 |
| Levitan, Jeffrey W. | $759 | 3.00 | $2,277.00 |
| Mungovan, Timothy W. | $730 | 12.70 | $9,271.00 |
| Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| Perra, Kevin J. | $730 | 6.50 | $4,745.00 |
| Possinger, Paul | $730 | 6.80 | $4,964.00 |
| Rappaport, Lary Alan | $730 | 1.40 | $1,022.00 |
| Ratner, Stephen L. | $730 | 8.50 | $6,205.00 |
| Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| Richman, Jonathan E. | $730 | 0.90 | $657.00 |
| Rosen, Brian S. | $730 | 5.20 | $3,796.00 |
| Rosen, Brian S. | $759 | 1.10 | $834.90 |
| Weise, Steven O. | $730 | 18.00 | $13,140.00 |
| **Total for Partners** | | **91.70** | **$67,117.90** |
| Leader, Jordan B. | $730 | 0.90 | $657.00 |
| **Total for Senior Counsel** | | **0.90** | **$657.00** |
| Chalett, Zachary | $730 | 5.60 | $4,088.00 |
| Dalsen, William D. | $730 | 14.80 | $10,804.00 |
| Esses, Joshua A. | $730 | 0.40 | $292.00 |
| Hackett, Michael R. | $730 | 8.40 | $6,132.00 |
| Hendrick, Daniel W. | $730 | 0.30 | $219.00 |
| Indelicato, Vincent | $730 | 0.90 | $657.00 |
| Rochman, Matthew I. | $730 | 0.20 | $146.00 |
| Zajac, Jared | $730 | 0.90 | $657.00 |
| **Total for Associates** | | **31.50** | **$22,995.00** |
| Winkelspecht, Michael J. | $250 | 0.40 | $100.00 |
| **Total for Practice Support** | | **0.40** | **$100.00** |
| **Total for This Matter** | | **124.50** | **$90,869.90** |

FOMB
PROMESA TITLE III: ERS

**Non-Working Travel Time – 211**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Dalsen, William D. | $730 | 5.80 | $4,234.00 |
| Hackett, Michael R. | $730 | 3.70 | $2,701.00 |
| Zajac, Jared | $730 | 0.70 | $511.00 |
| **Total for Associates** | | **10.20** | **$7,446.00** |
| **Total for This Matter** | | **10.20** | **$7,446.00** |

FOMB
PROMESA TITLE III: ERS

**General Administration – 212**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Levitan, Jeffrey W. | $730 | 0.40 | $292.00 |
| **Total for Partners** | | **0.40** | **$292.00** |
| | | | |
| Chalett, Zachary | $730 | 0.30 | $219.00 |
| Esses, Joshua A. | $730 | 0.20 | $146.00 |
| **Total for Associates** | | **0.50** | **$365.00** |
| | | | |
| Alladi, Om V. | $250 | 0.80 | $200.00 |
| Brailey, Tara | $250 | 0.60 | $150.00 |
| Wolf, Lucy | $250 | 3.60 | $900.00 |
| **Total for Law Clerks** | | **5.00** | **$1,250.00** |
| | | | |
| Giddens, Magali | $250 | 43.00 | $10,750.00 |
| Giddens, Magali | $260 | 1.60 | $416.00 |
| Golinder, Olga A. | $250 | 0.30 | $75.00 |
| Hoffman, Joan K. | $250 | 1.20 | $300.00 |
| Miller, Tiffany | $250 | 3.40 | $850.00 |
| Miller, Tiffany | $260 | 1.30 | $338.00 |
| Monforte, Angelo | $260 | 3.90 | $1,014.00 |
| Petrov, Natasha | $250 | 2.40 | $600.00 |
| Quinn, Casey | $250 | 31.50 | $7,875.00 |
| Rodriguez, Evelyn | $250 | 8.60 | $2,150.00 |
| Schaefer, Shealeen E. | $250 | 5.90 | $1,475.00 |
| Schmidt, Blake | $250 | 2.40 | $600.00 |
| Sherman, Tayler M. | $250 | 14.40 | $3,600.00 |
| Sherman, Tayler M. | $260 | 2.10 | $546.00 |
| Silvestro, Lawrence T. | $250 | 58.20 | $14,550.00 |
| Silvestro, Lawrence T. | $260 | 10.20 | $2,652.00 |
| Williams, Selena F. | $250 | 2.70 | $675.00 |
| Wizner, Eamon | $250 | 13.70 | $3,425.00 |
| Wizner, Eamon | $260 | 1.30 | $338.00 |
| Wong, Naomi | $250 | 0.80 | $200.00 |
| Wong, Naomi | $260 | 3.40 | $884.00 |
| **Total for Paraprofessionals** | | **212.30** | **$53,313.00** |
| | | | |
| Henderson, Laurie A. | $250 | 0.10 | $25.00 |
| **Total for Litigation Support** | | **0.10** | **$25.00** |
| | | | |
| Klock, Joseph | $250 | 1.60 | $400.00 |
| Winkelspecht, Michael J. | $250 | 7.30 | $1,825.00 |
| **Total for Practice Support** | | **8.90** | **$2,225.00** |

FOMB
PROMESA TITLE III: ERS

| | | | |
|---|---|---|---|
| Cupplo, Sherri | $250 | 0.30 | $75.00 |
| Lavine, Judy | $250 | 0.30 | $75.00 |
| **Total for Library** | | **0.60** | **$150.00** |
| **Total for This Matter** | | **227.80** | **$57,620.00** |

FOMB
PROMESA TITLE III: ERS

## Labor, Pension Matters – 213

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Barak, Ehud | $730 | 1.40 | $1,022.00 |
| **Total for Partners** | | **1.40** | **$1,022.00** |
| **Total for This Matter** | | **1.40** | **$1,022.00** |

FOMB
PROMESA TITLE III: ERS

**Legal/Regulatory Matters - 214**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Possinger, Paul | $730 | 3.20 | $2,336.00 |
| Rosen, Brian S. | $730 | 0.50 | $365.00 |
| **Total for Partners** | | **3.70** | **$2,701.00** |
| | | | |
| Esses, Joshua A. | $730 | 6.40 | $4,672.00 |
| Theodoridis, Chris | $730 | 5.30 | $3,869.00 |
| **Total for Associates** | | **11.70** | **$8,541.00** |
| | | | |
| **Total for This Matter** | | **15.40** | **$11,242.00** |

FOMB
PROMESA TITLE III: ERS

**Plan of Adjustment and Disclosure Statement – 215**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Rosen, Brian S. | $730 | 25.50 | $18,615.00 |
| Rosen, Brian S. | $759 | 4.80 | $3,643.20 |
| **Total for Partners** | | **30.30** | **$22,258.20** |
| **Total for This Matter** | | **30.30** | **$22,258.20** |

FOMB

PROMESA TITLE III: ERS

**Tax - 217**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Quinn, Casey | $250 | 3.80 | $950.00 |
| **Total for Paraprofessionals** | | **3.80** | **$950.00** |
| **Total for This Matter** | | **3.80** | **$950.00** |

FOMB
PROMESA TITLE III: ERS

**Employment and Fee Applications – 218**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Mungovan, Timothy W. | $730 | 0.40 | $292.00 |
| **Total for Partners** | | **0.40** | **$292.00** |
| | | | |
| Dalsen, William D. | $730 | 0.90 | $657.00 |
| Webb, Jeramy | $730 | 0.40 | $292.00 |
| **Total for Associates** | | **1.30** | **$949.00** |
| | | | |
| Stevens, Elliot | $250 | 3.00 | $750.00 |
| **Total for Law Clerks** | | **3.00** | **$750.00** |
| | | | |
| Petrov, Natasha | $250 | 0.60 | $150.00 |
| **Total for Paraprofessionals** | | **0.60** | **$150.00** |
| | | | |
| **Total for This Matter** | | **5.30** | **$2,141.00** |

FOMB
PROMESA TITLE III: ERS

**Fee Applications for Other Parties - 220**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Rosen, Brian S. | $730 | 2.10 | $1,533.00 |
| **Total for Partners** | | **2.10** | **$1,533.00** |
| **Total for This Matter** | | **2.10** | **$1,533.00** |