**Exhibit C**

**Task Code Time Breakdown**

FOMB
PROMESA TITLE III: HTA

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 1.90 | $1,387.00 |
| Firestein, Michael A. | $730 | 0.20 | $146.00 |
| Mungovan, Timothy W. | $730 | 0.30 | $219.00 |
| Possinger, Paul | $759 | 0.60 | $455.40 |
| Rappaport, Lary Alan | $730 | 0.40 | $292.00 |
| **Total for Partners** | | **3.40** | **$2,499.40** |
| | | | |
| Barak, Ehud | $730 | 0.70 | $511.00 |
| Desatnik, Daniel | $730 | 0.80 | $584.00 |
| Ma, Steve | $730 | 0.40 | $292.00 |
| Ma, Steve | $759 | 0.10 | $75.90 |
| Theodoridis, Chris | $730 | 0.50 | $365.00 |
| **Total for Associates** | | **2.50** | **$1,827.90** |
| | | | |
| **Total for This Matter** | | **5.90** | **$4,327.30** |

FOMB
PROMESA TITLE III: HTA

**Legal Research – 202**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 1.60 | $1,168.00 |
| Firestein, Michael A. | $730 | 17.20 | $12,556.00 |
| Firestein, Michael A. | $759 | 2.00 | $1,518.00 |
| Mungovan, Timothy W. | $730 | 6.20 | $4,526.00 |
| Possinger, Paul | $730 | 3.20 | $2,336.00 |
| Rappaport, Lary Alan | $730 | 13.80 | $10,074.00 |
| Ratner, Stephen L. | $730 | 0.60 | $438.00 |
| Weise, Steven O. | $730 | 7.70 | $5,621.00 |
| **Total for Partners** | | **52.30** | **$38,237.00** |
| Kim, Mee R. | $730 | 2.40 | $1,752.00 |
| Ma, Steve | $730 | 1.10 | $803.00 |
| Morris, Matthew J. | $730 | 6.80 | $4,964.00 |
| Roche, Jennifer L. | $730 | 0.40 | $292.00 |
| Rochman, Matthew I. | $730 | 20.70 | $15,111.00 |
| Stafford, Laura | $730 | 35.10 | $25,623.00 |
| Webb, Jeramy | $730 | 5.40 | $3,942.00 |
| Zerjal, Maja | $730 | 0.80 | $584.00 |
| **Total for Associates** | | **72.70** | **$53,071.00** |
| Wolf, Lucy | $250 | 16.50 | $4,125.00 |
| **Total for Law Clerks** | | **16.50** | **$4,125.00** |
| **Total for This Matter** | | **141.50** | **$95,433.00** |

FOMB
PROMESA TITLE III: HTA

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 4.20 | $3,066.00 |
| Bienenstock, Martin J. | $730 | 18.40 | $13,432.00 |
| Firestein, Michael A. | $730 | 15.80 | $11,534.00 |
| Mungovan, Timothy W. | $730 | 16.40 | $11,972.00 |
| Possinger, Paul | $730 | 3.50 | $2,555.00 |
| Rappaport, Lary Alan | $730 | 15.50 | $11,315.00 |
| Ratner, Stephen L. | $730 | 14.10 | $10,293.00 |
| Weise, Steven O. | $730 | 32.40 | $23,652.00 |
| **Total for Partners** | | **120.30** | **$87,819.00** |
| | | | |
| Ma, Steve | $730 | 3.40 | $2,482.00 |
| Morris, Matthew J. | $730 | 8.50 | $6,205.00 |
| Roche, Jennifer L. | $730 | 16.10 | $11,753.00 |
| Rochman, Matthew I. | $730 | 0.20 | $146.00 |
| Stafford, Laura | $730 | 30.00 | $2,190.00 |
| **Total for Associates** | | **31.20** | **$22,776.00** |
| | | | |
| Stevens, Elliot | $250 | 1.40 | $350.00 |
| | | | |
| **Total for Law Clerks** | | **1.40** | **$350.00** |
| | | | |
| **Total for this Matter** | | **152.90** | **$110,945.00** |

FOMB
PROMESA TITLE III: HTA

**Communications with Claimholders – 204**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $759 | 23.30 | $17,684.70 |
| Bienenstock, Martin J. | $759 | 17.40 | $13,206.60 |
| Ferrara, Ralph C. | $759 | 1.50 | $1,138.50 |
| Firestein, Michael A. | $730 | 5.30 | $3,869.00 |
| Firestein, Michael A. | $759 | 17.70 | $13,434.30 |
| Mungovan, Timothy W. | $730 | 9.80 | $7,154.00 |
| Mungovan, Timothy W. | $759 | 3.60 | $2,732.40 |
| Possinger, Paul | $730 | 1.40 | $1,022.00 |
| Possinger, Paul | $759 | 23.20 | $17,608.80 |
| Rappaport, Lary Alan | $730 | 6.60 | $4,818.00 |
| Rappaport, Lary Alan | $759 | 2.50 | $1,897.50 |
| Ratner, Stephen L. | $730 | 5.10 | $3,723.00 |
| Ratner, Stephen L. | $759 | 8.20 | $6,223.80 |
| Richman, Jonathan E. | $759 | 17.90 | $13,586.10 |
| Vermal, Ana | $759 | 1.10 | $834.90 |
| **Total for Partners** | | **144.60** | **$108,933.60** |
| | | | |
| Desatnik, Daniel | $759 | 1.70 | $1,290.30 |
| Ma, Steve | $730 | 0.20 | $146.00 |
| Skellet, Alexandra K. | $759 | 6.10 | $4,629.90 |
| Stafford, Laura | $730 | 0.30 | $219.00 |
| Webb, Jeramy | $730 | 0.40 | $292.00 |
| Webb, Jeramy | $759 | 0.20 | $151.80 |
| **Total for Associates** | | **8.90** | **$6,729.00** |
| | | | |
| Wolf, Lucy | $250 | 0.20 | $50.00 |
| **Total for Law Clerks** | | **0.20** | **$50.00** |
| | | | |
| **Total for This Matter** | | **153.70** | **$115,712.60** |

FOMB
PROMESA TITLE III: HTA

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Firestein, Michael A. | $730 | 3.40 | $2,482.00 |
| Firestein, Michael A. | $759 | 0.60 | $455.40 |
| Levitan, Jeffrey W. | $759 | 0.50 | $379.50 |
| Mungovan, Timothy W. | $730 | 5.90 | $4,307.00 |
| Mungovan, Timothy W. | $759 | 1.50 | $1,138.50 |
| Possinger, Paul | $730 | 1.00 | $730.00 |
| Possinger, Paul | $759 | 0.40 | $303.60 |
| Rappaport, Lary Alan | $730 | 3.30 | $2,409.00 |
| Rappaport, Lary Alan | $759 | 0.90 | $683.10 |
| Ratner, Stephen L. | $759 | 0.30 | $227.70 |
| Rosen, Brian S. | $759 | 0.80 | $607.20 |
| **Total for Partners** | | **18.60** | **$13,723.00** |
| Barak, Ehud | $730 | 0.50 | $365.00 |
| Fier, Seth D. | $730 | 0.70 | $511.00 |
| Ma, Steve | $730 | 1.30 | $949.00 |
| Roche, Jennifer L. | $759 | 0.10 | $75.90 |
| Zerjal, Maja | $730 | 1.20 | $876.00 |
| **Total for Associates** | | **3.80** | **$2,776.90** |
| Stevens, Elliot | $250 | 0.50 | $125.00 |
| **Total for Law Clerks** | | **0.50** | **$125.00** |
| **Total for This Matter** | | **22.90** | **$16,624.90** |

FOMB
PROMESA TITLE III: HTA

**Documents Filed on Behalf of the Board – 206**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 2.60 | $1,898.00 |
| Bienenstock, Martin J. | $730 | 66.70 | $48,691.00 |
| Firestein, Michael A. | $730 | 83.50 | $60,955.00 |
| Firestein, Michael A. | $759 | 2.50 | $1,897.50 |
| Levitan, Jeffrey W. | $730 | 10.50 | $7,665.00 |
| Mungovan, Timothy W. | $730 | 64.70 | $47,231.00 |
| Mungovan, Timothy W. | $759 | 0.70 | $531.30 |
| Possinger, Paul | $730 | 15.50 | $11,315.00 |
| Possinger, Paul | $759 | 0.30 | $227.70 |
| Rappaport, Lary Alan | $730 | 210.10 | $153,373.00 |
| Ratner, Stephen L. | $730 | 46.50 | $33,945.00 |
| Ratner, Stephen L. | $759 | 1.00 | $759.00 |
| Richman, Jonathan E. | $730 | 0.40 | $292.00 |
| Rosen, Brian S. | $730 | 8.10 | $5,913.00 |
| Weise, Steven O. | $730 | 75.80 | $55,334.00 |
| **Total for Partners** | | **588.90** | **$430,027.50** |
| | | | |
| Febus, Chantel L. | $730 | 6.00 | $4,380.00 |
| **Total for Senior Counsel** | | **6.00** | **$4,380.00** |
| | | | |
| Barak, Ehud | $730 | 2.30 | $1,679.00 |
| Bargoot, Alexandra V. | $730 | 2.90 | $2,117.00 |
| Bowman, Courtney M. | $730 | 14.00 | $10,220.00 |
| Dalsen, William D. | $730 | 29.20 | $21,316.00 |
| Friedman, Amelia | $730 | 2.00 | $1,460.00 |
| Indelicato, Vincent | $730 | 1.50 | $1,095.00 |
| Ma, Steve | $730 | 9.10 | $6,643.00 |
| Ma, Steve | $759 | 2.00 | $1,518.00 |
| Morris, Matthew J. | $730 | 123.20 | $89,936.00 |
| Roche, Jennifer L. | $730 | 41.50 | $30,295.00 |
| Roche, Jennifer L. | $759 | 1.70 | $1,290.30 |
| Rochman, Matthew I. | $730 | 40.90 | $29,857.00 |
| Rochman, Matthew I. | $759 | 0.40 | $303.60 |
| Stafford, Laura | $730 | 6.20 | $4,526.00 |
| Webb, Jeramy | $730 | 0.90 | $657.00 |
| Zerjal, Maja | $730 | 3.80 | $2,774.00 |
| **Total for Associates** | | **281.60** | **$205,686.90** |

FOMB

PROMESA TITLE III: HTA

| | | | |
|---|---|---:|---:|
| Chalett, Zachary | $250 | 5.70 | $1,425.00 |
| Stevens, Elliot | $250 | 6.30 | $1,575.00 |
| Wolf, Lucy | $250 | 20.70 | $5,175.00 |
| **Total for Law Clerks** | | **32.70** | **$8,175.00** |
| **Total for This Matter** | | **909.20** | **$648,269.40** |

FOMB
PROMESA TITLE III: HTA

**Non-Board Court Filings – 207**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Bienenstock, Martin J. | $730 | 5.50 | $4,015.00 |
| Bienenstock, Martin J. | $759 | 1.10 | $834.90 |
| Bobroff, Bradley R. | $730 | 1.40 | $1,022.00 |
| Febus, Chantel L. | $759 | 0.60 | $455.40 |
| Ferrara, Ralph C. | $730 | 0.50 | $365.00 |
| Ferrara, Ralph C. | $759 | 1.20 | $910.80 |
| Firestein, Michael A. | $730 | 10.40 | $7,592.00 |
| Firestein, Michael A. | $759 | 1.70 | $1,290.30 |
| Levitan, Jeffrey W. | $759 | 0.30 | $227.70 |
| Martinez, Carlos E. | $759 | 0.70 | $531.30 |
| Mashberg, Gregg M. | $730 | 0.50 | $365.00 |
| Mungovan, Timothy W. | $730 | 13.60 | $9,928.00 |
| Mungovan, Timothy W. | $759 | 2.90 | $2,201.10 |
| Possinger, Paul | $759 | 0.50 | $379.50 |
| Rappaport, Lary Alan | $730 | 5.00 | $3,650.00 |
| Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| Ratner, Stephen L. | $730 | 8.30 | $6,059.00 |
| Ratner, Stephen L. | $759 | 1.10 | $834.90 |
| Rosen, Brian S. | $730 | 0.50 | $365.00 |
| Vermal, Ana | $759 | 0.60 | $455.40 |
| **Total for Partners** | | **56.70** | **$41,710.00** |
| | | | |
| Febus, Chantel L. | $730 | 2.00 | $1,460.00 |
| **Total for Senior Counsel** | | **2.00** | **$1,460.00** |
| | | | |
| Chalett, Zachary | $759 | 0.80 | $607.20 |
| Dalsen, William D. | $759 | 2.30 | $1,745.70 |
| Digrande, Melissa D. | $730 | 0.30 | $219.00 |
| Ma, Steve | $730 | 1.40 | $1,022.00 |
| Ma, Steve | $759 | 1.50 | $1,138.50 |
| Morris, Matthew J. | $730 | 2.20 | $1,606.00 |
| Morris, Matthew J. | $759 | 0.60 | $455.40 |
| Roche, Jennifer L. | $759 | 0.70 | $531.30 |
| Rochman, Matthew I. | $730 | 7.30 | $5,329.00 |
| Rochman, Matthew I. | $759 | 1.20 | $910.80 |
| Stafford, Laura | $730 | 2.80 | $2,044.00 |
| Stafford, Laura | $759 | 1.90 | $1,442.10 |
| **Total for Associates** | | **23.00** | **$17,051.00** |

FOMB
PROMESA TITLE III: HTA

| | | | |
|---|---|---|---|
| Stevens, Elliot | $250 | 1.10 | $275.00 |
| Wolf, Lucy | $250 | 1.80 | $450.00 |
| **Total for Law Clerks** | | **2.90** | **$725.00** |
| **Total for This Matter** | | **84.60** | **$60,946.00** |

FOMB
PROMESA TITLE III: HTA

**Stay Matters – 208**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ma, Steve | $730 | 0.10 | $73.00 |
| Zerjal, Maja | $730 | 0.80 | $584.00 |
| **Total for Associates** | | **0.90** | **$657.00** |
| | | | |
| Stevens, Elliot | $260 | 0.20 | $52.00 |
| **Total for Law Clerks** | | **0.20** | **$52.00** |
| | | | |
| **Total for This Matter** | | **1.10** | **$709.00** |

FOMB
PROMESA TITLE III: HTA

**Adversary Proceeding – 209**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Firestein, Michael A. | $730 | 1.00 | $730.00 |
| Mungovan, Timothy W. | $730 | 0.50 | $365.00 |
| Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| **Total for Partners** | | **1.60** | **$1,170.90** |
| Morris, Matthew J. | $730 | 4.70 | $3,431.00 |
| Rochman, Matthew I. | $730 | 1.20 | $876.00 |
| Stafford, Laura | $730 | 6.90 | $5,037.00 |
| **Total for Associates** | | **12.80** | **$9,344.00** |
| **Total for This Matter** | | **14.40** | **$10,514.90** |

FOMB
PROMESA TITLE III: HTA

**Analysis and Strategy – 210**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 1.70 | $1,241.00 |
| Bobroff, Bradley R. | $730 | 3.20 | $2,336.00 |
| Ferrara, Ralph C. | $730 | 1.30 | $949.00 |
| Firestein, Michael A. | $730 | 33.10 | $24,163.00 |
| Firestein, Michael A. | $759 | 1.70 | $1,290.30 |
| Mungovan, Timothy W. | $730 | 14.70 | $10,731.00 |
| Mungovan, Timothy W. | $759 | 0.80 | $607.20 |
| Possinger, Paul | $730 | 2.00 | $1,460.00 |
| Rappaport, Lary Alan | $730 | 51.80 | $37,814.00 |
| Rappaport, Lary Alan | $759 | 0.40 | $303.60 |
| Ratner, Stephen L. | $730 | 6.40 | $4,672.00 |
| Richman, Jonathan E. | $730 | 0.30 | $219.00 |
| Rosen, Brian S. | $730 | 4.50 | $3,285.00 |
| Vermal, Ana | $730 | 1.40 | $1,022.00 |
| Weise, Steven O. | $730 | 7.30 | $5,329.00 |
| **Total for Partners** | | **130.60** | **$95,422.10** |
| Febus, Chantel L. | $730 | 7.10 | $5,183.00 |
| **Total for Senior Counsel** | | **7.10** | **$5,183.00** |
| Desatnik, Daniel | $730 | 3.40 | $2,482.00 |
| Kim, Mee R. | $730 | 0.70 | $511.00 |
| Ma, Steve | $730 | 1.30 | $949.00 |
| Ma, Steve | $759 | 0.30 | $227.70 |
| Morris, Matthew J. | $730 | 3.00 | $2,190.00 |
| Roche, Jennifer L. | $730 | 1.10 | $803.00 |
| Rochman, Matthew I. | $730 | 2.20 | $1,606.00 |
| Stafford, Laura | $730 | 10.70 | $7,811.00 |
| Webb, Jeramy | $730 | 1.20 | $876.00 |
| Webb, Jeramy | $759 | 0.10 | $75.90 |
| Zerjal, Maja | $730 | 0.20 | $146.00 |
| **Total for Associates** | | **24.20** | **$17,677.60** |
| Chalett, Zachary | $250 | 9.80 | $2,450.00 |
| Wolf, Lucy | $250 | 3.40 | $850.00 |
| **Total for Law Clerks** | | **13.20** | **$3,300.00** |
| **Total for This Matter** | | **175.10** | **$121,582.70** |

FOMB
PROMESA TITLE III: HTA

**Non-Working Travel Time – 211**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Mungovan, Timothy W. | $730 | 1.20 | $876.00 |
| Possinger, Paul | $759 | 3.20 | $2,428.80 |
| **Total for Partners** | | **4.40** | **$3,304.80** |
| **Total for This Matter** | | **4.40** | **$3,304.80** |

FOMB
PROMESA TITLE III: HTA

**General Administration – 212**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Rappaport, Lary Alan | $730 | 1.70 | $1,241.00 |
| **Total for Partners** | | **1.70** | **$1,241.00** |
| | | | |
| Friedman, Amelia | $730 | 0.40 | $292.00 |
| Webb, Jeramy | $730 | 0.40 | $292.00 |
| **Total for Associates** | | **0.80** | **$584.00** |
| | | | |
| Giddens, Magali | $250 | 0.30 | $75.00 |
| Giddens, Magali | $260 | 0.50 | $130.00 |
| Golinder, Olga A. | $250 | 13.10 | $3,275.00 |
| Hoffman, Joan K. | $250 | 6.60 | $1,650.00 |
| Miller, Tiffany | $250 | 4.10 | $1,025.00 |
| Monforte, Angelo | $250 | 0.30 | $75.00 |
| Monforte, Angelo | $260 | 0.20 | $52.00 |
| Quinn, Casey | $250 | 8.50 | $2,125.00 |
| Rodriguez, Evelyn | $250 | 4.00 | $1,000.00 |
| Sherman, Tayler M. | $250 | 4.60 | $1,150.00 |
| Silvestro, Lawrence T. | $250 | 24.00 | $6,000.00 |
| Wizner, Eamon | $250 | 13.60 | $3,400.00 |
| Wong, Naomi | $260 | 1.20 | $312.00 |
| **Total for Paraprofessionals** | | **81.00** | **$20,269.00** |
| | | | |
| Grushka, Karen | $250 | 0.10 | $25.00 |
| Lavine, Judy | $250 | 0.20 | $50.00 |
| **Total for Library** | | **0.30** | **$75.00** |
| | | | |
| **Total for This Matter** | | **83.80** | **$22,169.00** |

FOMB
PROMESA TITLE III: HTA

**Legal/Regulatory Matters - 214**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Firestein, Michael A. | $730 | 0.10 | $73.00 |
| **Total for Partners** | | **0.10** | **$73.00** |
| | | | |
| Esses, Joshua A. | $730 | 0.70 | $511.00 |
| **Total for Associates** | | **0.70** | **$511.00** |
| | | | |
| **Total for This Matter** | | **0.80** | **$584.00** |

FOMB
PROMESA TITLE III: HTA

**Tax - 217**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Wizner, Eamon | $260 | 1.30 | $338.00 |
| **Total for Paraprofessionals** | | **1.30** | **$338.00** |
| **Total for This Matter** | | **1.30** | **$338.00** |

FOMB
PROMESA TITLE III: HTA

**Employment and Fee Applications – 218**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Webb, Jeramy | $730 | 0.70 | $511.00 |
| **Total for Associates** | | **0.70** | **$511.00** |
| Petrov, Natasha | $250 | 15.20 | $3,800.00 |
| Petrov, Natasha | $260 | 0.60 | $156.00 |
| **Total for Paraprofessionals** | | **15.80** | **$3,956.00** |
| Stevens, Elliot | $250 | 2.20 | $550.00 |
| **Total for Law Clerks** | | **2.20** | **$550.00** |
| **Total for This Matter** | | **18.70** | **$5,017.00** |

FOMB
PROMESA TITLE III: HTA

## Appeal – 219

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Firestein, Michael A. | $730 | 7.10 | $5,183.00 |
| Firestein, Michael A. | $759 | 2.80 | $2,125.20 |
| Mungovan, Timothy W. | $730 | 7.70 | $5,621.00 |
| Mungovan, Timothy W. | $759 | 2.70 | $2,049.30 |
| Rappaport, Lary Alan | $730 | 9.50 | $6,935.00 |
| Rappaport, Lary Alan | $759 | 1.70 | $1,290.30 |
| Ratner, Stephen L. | $730 | 2.20 | $1,606.00 |
| Ratner, Stephen L. | $759 | 0.70 | $531.30 |
| **Total for Partners** | | **34.40** | **$25,341.10** |
| Morris, Matthew J. | $730 | 0.10 | $73.00 |
| Roberts, John E. | $730 | 0.70 | $511.00 |
| Roberts, John E. | $759 | 1.30 | $986.70 |
| Rochman, Matthew I. | $730 | 10.90 | $7,957.00 |
| Skellet, Alexandra K. | $730 | 3.00 | $2,190.00 |
| Skellet, Alexandra K. | $759 | 3.80 | $2,884.20 |
| **Total for Associates** | | **19.80** | **$14,601.90** |
| **Total for This Matter** | | **54.20** | **$39,943.00** |