**<u>Exhibit C</u>**

**Task Code Time Breakdown**

FOMB

PROMESA TITLE III: PREPA

**Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants – 201**

| **Attorney** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Ashton, Ann M. | $730 | 0.80 | $584.00 |
| Ashton, Ann M. | $759 | 0.60 | $455.40 |
| Barak, Ehud | $730 | 11.30 | $8,249.00 |
| Barak, Ehud | $759 | 4.80 | $3,643.20 |
| Bienenstock, Martin J. | $730 | 10.20 | $7,446.00 |
| Bienenstock, Martin J. | $759 | 0.70 | $531.30 |
| Brenner, Guy | $730 | 0.60 | $438.00 |
| Campana, Kristen V. | $759 | 1.10 | $834.90 |
| Febus, Chantel L. | $730 | 0.40 | $292.00 |
| Ferrara, Ralph C. | $730 | 7.30 | $5,329.00 |
| Ferrara, Ralph C. | $759 | 12.40 | $9,411.60 |
| Firestein, Michael A. | $730 | 0.30 | $219.00 |
| Firestein, Michael A. | $759 | 0.40 | $303.60 |
| Mashberg, Gregg M. | $759 | 0.40 | $303.60 |
| Mungovan, Timothy W. | $730 | 1.40 | $1,022.00 |
| Possinger, Paul | $730 | 16.80 | $12,264.00 |
| Possinger, Paul | $759 | 3.30 | $2,504.70 |
| Richman, Jonathan E. | $759 | 1.30 | $986.70 |
| **Total for Partners** | | **74.10** | **$54,818.00** |
| Barak, Ehud | $730 | 1.70 | $1,241.00 |
| Desatnik, Daniel | $759 | 7.30 | $5,540.70 |
| Fier, Seth D. | $730 | 3.30 | $2,409.00 |
| Fier, Seth D. | $759 | 0.60 | $455.40 |
| Kim, Mee R. | $730 | 6.10 | $4,453.00 |
| Kim, Mee R. | $759 | 2.70 | $2,049.30 |
| Ma, Steve | $730 | 0.20 | $146.00 |
| Ma, Steve | $759 | 0.20 | $151.80 |
| Theodoridis, Chris | $730 | 8.00 | $5,840.00 |
| Theodoridis, Chris | $759 | 0.60 | $455.40 |
| **Total for Associates** | | **30.70** | **$22,741.60** |
| Stevens, Elliot | $250 | 2.90 | $725.00 |
| Stevens, Elliot | $260 | 3.60 | $936.00 |
| **Total for Law Clerks** | | **6.50** | **$1,661.00** |
| **Total for This Matter** | | **111.30** | **$79,220.60** |

FOMB
PROMESA TITLE III: PREPA

**Legal Research – 202**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 4.90 | $3,577.00 |
| Barak, Ehud | $759 | 10.50 | $7,969.50 |
| Dale, Margaret A. | $759 | 1.80 | $1,366.20 |
| Febus, Chantel L. | $730 | 2.80 | $2,044.00 |
| Ferrara, Ralph C. | $730 | 4.30 | $3,139.00 |
| Ferrara, Ralph C. | $759 | 0.30 | $227.70 |
| Firestein, Michael A. | $730 | 0.70 | $511.00 |
| Firestein, Michael A. | $759 | 1.30 | $986.70 |
| Harris, Mark | $730 | 2.20 | $1,606.00 |
| Levitan, Jeffrey W. | $730 | 2.20 | $1,606.00 |
| Levitan, Jeffrey W. | $759 | 0.80 | $607.20 |
| Mashberg, Gregg M. | $759 | 0.60 | $455.40 |
| Mungovan, Timothy W. | $730 | 0.20 | $146.00 |
| Mungovan, Timothy W. | $759 | 0.70 | $531.30 |
| Possinger, Paul | $730 | 0.90 | $657.00 |
| Possinger, Paul | $759 | 0.20 | $151.80 |
| Ratner, Stephen L. | $730 | 0.60 | $438.00 |
| Ratner, Stephen L. | $759 | 0.20 | $151.80 |
| **Total for Partners** | | **35.20** | **$26,171.60** |
| | | | |
| Febus, Chantel L. | $730 | 0.50 | $365.00 |
| **Total for Senior Counsel** | | **0.50** | **$365.00** |
| | | | |
| Adams, Emilie S. | $730 | 0.40 | $292.00 |
| Barak, Ehud | $730 | 1.00 | $730.00 |
| Bargoot, Alexandra V. | $730 | 1.90 | $1,387.00 |
| Bargoot, Alexandra V. | $759 | 7.10 | $5,388.90 |
| Chalett, Zachary | $730 | 6.00 | $4,380.00 |
| Desatnik, Daniel | $730 | 8.30 | $6,059.00 |
| Desatnik, Daniel | $759 | 0.30 | $227.70 |
| Esses, Joshua A. | $730 | 0.40 | $292.00 |
| Fiur, Seth | $730 | 0.80 | $584.00 |
| Hackett, Michael R. | $759 | 1.60 | $1,214.40 |
| Ma, Steve | $730 | 0.80 | $584.00 |
| Ma, Steve | $759 | 1.30 | $986.70 |
| Morris, Matthew J. | $730 | 5.40 | $3,942.00 |

FOMB
PROMESA TITLE III: PREPA

| | | | |
|---|---|---|---|
| Rochman, Matthew I. | $759 | 0.90 | $683.10 |
| Stafford, Laura | $730 | 3.40 | $2,482.00 |
| Theodoridis, Chris | $730 | 35.60 | $25,988.00 |
| Webb, Jeramy | $730 | 0.70 | $511.00 |
| Wolf, Lucy | $759 | 0.90 | $683.10 |
| Zajac, Jared | $730 | 1.50 | $1,095.00 |
| **Total for Associates** | | **78.30** | **$57,509.90** |
| | | | |
| Stevens, Elliot | $250 | 29.70 | $7,425.00 |
| Stevens, Elliot | $260 | 15.30 | $3,978.00 |
| **Total for Law Clerks** | | **45.00** | **$11,403.00** |
| | | | |
| **Total for This Matter** | | **159.00** | **$95,449.50** |

FOMB
PROMESA TITLE III: PREPA

**Hearings and Other Non-Filed Communications with the Court – 203**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Ashton, Ann M. | $730 | 5.40 | $3,942.00 |
| Ashton, Ann M. | $759 | 2.30 | $1,745.70 |
| Barak, Ehud | $730 | 8.40 | $6,132.00 |
| Bienenstock, Martin J. | $730 | 10.10 | $7,373.00 |
| Bienenstock, Martin J. | $759 | 1.30 | $986.70 |
| Brenner, Guy | $730 | 3.80 | $2,774.00 |
| Febus, Chantel L. | $730 | 0.40 | $292.00 |
| Febus, Chantel L. | $759 | 6.90 | $5,237.10 |
| Ferrara, Ralph C. | $730 | 1.80 | $1,314.00 |
| Firestein, Michael A. | $730 | 2.40 | $1,752.00 |
| Firestein, Michael A. | $759 | 4.20 | $3,187.80 |
| Harris, Mark | $759 | 17.40 | $13,206.60 |
| Mungovan, Timothy W. | $730 | 1.50 | $1,095.00 |
| Possinger, Paul | $759 | 3.10 | $2,352.90 |
| Rappaport, Lary Alan | $730 | 0.30 | $219.00 |
| Ratner, Stephen L. | $730 | 5.30 | $3,869.00 |
| Ratner, Stephen L. | $759 | 1.50 | $1,138.50 |
| **Total for Partners** | | **76.10** | **$56,617.30** |
| Chalett, Zachary | $759 | 10.00 | $7,590.00 |
| Desatnik, Daniel | $730 | 3.50 | $2,555.00 |
| Stafford, Laura | $759 | 8.90 | $6,755.10 |
| Theodoridis, Chris | $730 | 6.10 | $4,453.00 |
| **Total for Associates** | | **28.50** | **$21,353.10** |
| **Total for This Matter** | | 104.60 | **$77,970.40** |

FOMB
PROMESA TITLE III: PREPA

**Communications with Claimholders – 204**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 1.20 | $876.00 |
| Ashton, Ann M. | $759 | 1.00 | $759.00 |
| Barak, Ehud | $759 | 7.90 | $5,996.10 |
| Bienenstock, Martin J. | $730 | 5.70 | $4,161.00 |
| Bienenstock, Martin J. | $759 | 3.90 | $2,960.10 |
| Brenner, Guy | $759 | 0.70 | $531.30 |
| Campana, Kristen V. | $759 | 0.60 | $455.40 |
| Dale, Margaret A. | $730 | 0.50 | $365.00 |
| Dale, Margaret A. | $759 | 2.40 | $1,821.60 |
| Febus, Chantel L. | $730 | 9.60 | $7,008.00 |
| Ferrara, Ralph C. | $730 | 0.30 | $219.00 |
| Ferrara, Ralph C. | $759 | 1.40 | $1,062.60 |
| Firestein, Michael A. | $759 | 0.90 | $683.10 |
| Harris, Mark | $730 | 5.10 | $3,723.00 |
| Levitan, Jeffrey W. | $730 | 0.70 | $511.00 |
| Levitan, Jeffrey W. | $759 | 1.00 | $759.00 |
| Mashberg, Gregg M. | $759 | 0.70 | $531.30 |
| Mungovan, Timothy W. | $730 | 4.20 | $3,066.00 |
| Mungovan, Timothy W. | $759 | 5.10 | $3,870.90 |
| Possinger, Paul | $730 | 10.30 | $7,519.00 |
| Possinger, Paul | $759 | 4.70 | $3,567.30 |
| Ratner, Stephen L. | $730 | 2.20 | $1,606.00 |
| Ratner, Stephen L. | $759 | 0.30 | $227.70 |
| Richman, Jonathan E. | $730 | 9.30 | $6,789.00 |
| Richman, Jonathan E. | $759 | 5.20 | $3,946.80 |
| **Total for Partners** | | **84.90** | **$63,015.20** |
| Febus, Chantel L. | $730 | 5.80 | $4,234.00 |
| **Total for Senior Counsel** | | **5.80** | **$4,234.00** |
| Barak, Ehud | $730 | 1.80 | $1,314.00 |
| Bargoot, Alexandra V. | $759 | 1.30 | $986.70 |
| Desatnik, Daniel | $759 | 1.40 | $1,062.60 |
| Fiur, Seth | $730 | 0.20 | $146.00 |
| Ma, Steve | $730 | 1.10 | $803.00 |
| Morris, Matthew J. | $730 | 0.80 | $584.00 |

FOMB
PROMESA TITLE III: PREPA

| | | | |
|---|---|---|---|
| Morris, Matthew J. | $759 | 4.20 | $3,187.80 |
| Roberts, John E. | $730 | 0.50 | $365.00 |
| Rochman, Matthew I. | $730 | 0.80 | $584.00 |
| Stafford, Laura | $730 | 0.60 | $438.00 |
| Theodoridis, Chris | $730 | 1.70 | $1,241.00 |
| Zajac, Jared | $730 | 6.30 | $4,599.00 |
| **Total for Associates** | | **20.70** | **$15,311.10** |
| Sherman, Tayler M. | $250 | 4.60 | $1,150.00 |
| **Total for Paraprofessionals** | | **4.60** | **$1,150.00** |
| **Total for This Matter** | | **116.00** | **$83,710.30** |

FOMB
PROMESA TITLE III: PREPA

**Communications with Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities – 205**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 4.70 | $3,431.00 |
| Ashton, Ann M. | $759 | 5.30 | $4,022.70 |
| Barak, Ehud | $730 | 12.00 | $8,760.00 |
| Barak, Ehud | $759 | 49.70 | $37,722.30 |
| Bienenstock, Martin J. | $730 | 3.40 | $2,482.00 |
| Bienenstock, Martin J. | $759 | 3.30 | $2,504.70 |
| Brenner, Guy | $759 | 0.20 | $151.80 |
| Campana, Kristen V. | $759 | 50.10 | $38,025.90 |
| Dale, Margaret A. | $759 | 4.00 | $3,036.00 |
| Febus, Chantel L. | $730 | 1.90 | $1,387.00 |
| Febus, Chantel L. | $759 | 0.20 | $151.80 |
| Ferrara, Ralph C. | $730 | 0.20 | $146.00 |
| Ferrara, Ralph C. | $759 | 8.90 | $6,755.10 |
| Firestein, Michael A. | $730 | 1.10 | $803.00 |
| Firestein, Michael A. | $759 | 0.40 | $303.60 |
| Levitan, Jeffrey W. | $759 | 0.60 | $455.40 |
| Mashberg, Gregg M. | $759 | 0.90 | $683.10 |
| Mungovan, Timothy W. | $730 | 7.30 | $5,329.00 |
| Mungovan, Timothy W. | $759 | 3.60 | $2,732.40 |
| Possinger, Paul | $730 | 15.00 | $10,950.00 |
| Possinger, Paul | $759 | 45.40 | $34,458.60 |
| Ratner, Stephen L. | $730 | 0.60 | $438.00 |
| Ratner, Stephen L. | $759 | 2.20 | $1,669.80 |
| Richman, Jonathan E. | $759 | 2.00 | $1,518.00 |
| Rosen, Brian S. | $730 | 0.20 | $146.00 |
| **Total for Partners** | | **223.20** | **$168,063.20** |
| Barak, Ehud | $730 | 4.60 | $3,358.00 |
| Desatnik, Daniel | $730 | 5.20 | $3,796.00 |
| Desatnik, Daniel | $759 | 14.90 | $11,309.10 |
| Fier, Seth D. | $730 | 6.00 | $4,380.00 |
| Kim, Mee R. | $730 | 2.40 | $1,752.00 |
| Kim, Mee R. | $759 | 2.20 | $1,669.80 |
| Kurland, Zachary R. | $759 | 38.70 | $29,373.30 |
| Ma, Steve | $730 | 1.40 | $1,022.00 |

FOMB
PROMESA TITLE III: PREPA

| | | | |
|---|---|---|---|
| Ma, Steve | $759 | 3.50 | $2,656.50 |
| Morris, Matthew J. | $730 | 0.20 | $146.00 |
| Morris, Matthew J. | $759 | 0.20 | $151.80 |
| Roberts, John E. | $759 | 0.60 | $455.40 |
| Rochman, Matthew I. | $730 | 0.40 | $292.00 |
| Stafford, Laura | $759 | 1.10 | $834.90 |
| Theodoridis, Chris | $730 | 17.30 | $12,629.00 |
| Theodoridis, Chris | $759 | 0.40 | $303.60 |
| Zerjal, Maja | $730 | 1.60 | $1,168.00 |
| **Total for Associates** | | **100.70** | **$75,297.40** |
| Stevens, Elliot | $260 | 3.30 | $858.00 |
| **Total for Law Clerks** | | **3.30** | **$858.00** |
| **Total for This Matter** | | **327.20** | **$244,218.60** |

FOMB
PROMESA TITLE III: PREPA

**Documents Filed on Behalf of the Board – 206**

| **Attorney** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Ashton, Ann M. | $730 | 46.00 | $33,580.00 |
| Ashton, Ann M. | $759 | 40.30 | $30,587.70 |
| Barak, Ehud | $730 | 60.60 | $44,238.00 |
| Barak, Ehud | $759 | 47.40 | $35,976.60 |
| Bienenstock, Martin J. | $730 | 61.50 | $44,895.00 |
| Bienenstock, Martin J. | $759 | 26.20 | $19,885.80 |
| Brenner, Guy | $730 | 24.60 | $17,958.00 |
| Brenner, Guy | $759 | 3.40 | $2,580.60 |
| Campana, Kristen V. | $759 | 8.50 | $6,451.50 |
| Dale, Margaret A. | $759 | 3.40 | $2,580.60 |
| Febus, Chantel L. | $730 | 42.10 | $30,733.00 |
| Ferrara, Ralph C. | $730 | 3.20 | $2,336.00 |
| Ferrara, Ralph C. | $759 | 4.80 | $3,643.20 |
| Firestein, Michael A. | $730 | 0.80 | $584.00 |
| Firestein, Michael A. | $759 | 4.90 | $3,719.10 |
| Harris, Mark | $730 | 17.20 | $12,556.00 |
| Levitan, Jeffrey W. | $730 | 16.20 | $11,826.00 |
| Levitan, Jeffrey W. | $759 | 2.80 | $2,125.20 |
| Mashberg, Gregg M. | $759 | 0.50 | $379.50 |
| Mungovan, Timothy W. | $730 | 12.70 | $9,271.00 |
| Mungovan, Timothy W. | $759 | 7.40 | $5,616.60 |
| Possinger, Paul | $730 | 23.40 | $17,082.00 |
| Possinger, Paul | $759 | 25.10 | $19,050.90 |
| Ratner, Stephen L. | $730 | 12.10 | $8,833.00 |
| Ratner, Stephen L. | $759 | 5.40 | $4,098.60 |
| Richman, Jonathan E. | $730 | 43.20 | $31,536.00 |
| Richman, Jonathan E. | $759 | 37.50 | $28,462.50 |
| Rosen, Brian S. | $730 | 4.70 | $3,431.00 |
| **Total for Partners** | | **585.90** | **$434,017.40** |
| Febus, Chantel L. | $730 | 13.30 | $9,709.00 |
| **Total for Senior Counsel** | | **13.30** | **$9,709.00** |
| Adams, Emilie S. | $730 | 0.70 | $511.00 |
| Barak, Ehud | $730 | 39.10 | $28,543.00 |
| Chalett, Zachary | $730 | 32.80 | $23,944.00 |

FOMB
PROMESA TITLE III: PREPA

| | | | |
|---|---|---|---|
| Chalett, Zachary | $759 | 2.30 | $1,745.70 |
| Desatnik, Daniel | $730 | 107.80 | $78,694.00 |
| Desatnik, Daniel | $759 | 54.50 | $41,365.50 |
| Fier, Seth D. | $759 | 19.60 | $14,876.40 |
| Fiur, Seth | $730 | 10.50 | $7,665.00 |
| Forbes, Carl C. | $759 | 1.90 | $1,442.10 |
| Indelicato, Vincent | $730 | 0.80 | $584.00 |
| Kim, Mee R. | $759 | 0.10 | $75.90 |
| Kurland, Zachary R. | $759 | 17.90 | $13,586.10 |
| Ma, Steve | $730 | 66.80 | $48,764.00 |
| Ma, Steve | $759 | 6.30 | $4,781.70 |
| Morris, Matthew J. | $730 | 23.10 | $16,863.00 |
| Morris, Matthew J. | $759 | 8.40 | $6,375.60 |
| Roberts, John E. | $730 | 19.30 | $14,089.00 |
| Roberts, John E. | $759 | 27.00 | $20,493.00 |
| Rochman, Matthew I. | $730 | 6.10 | $4,453.00 |
| Rochman, Matthew I. | $759 | 1.70 | $1,290.30 |
| Stafford, Laura | $730 | 78.00 | $56,940.00 |
| Stafford, Laura | $759 | 1.60 | $1,214.40 |
| Theodoridis, Chris | $730 | 66.40 | $48,472.00 |
| Theodoridis, Chris | $759 | 31.80 | $24,136.20 |
| Webb, Jeramy | $730 | 0.50 | $365.00 |
| Zajac, Jared | $730 | 12.80 | $9,344.00 |
| Zajac, Jared | $759 | 11.90 | $9,032.10 |
| Zerjal, Maja | $730 | 4.20 | $3,066.00 |
| **Total for Associates** | | **653.90** | **$482,712.00** |
| Giddens, Magali | $250 | 3.60 | $900.00 |
| Paraprofessional Total | | 3.60 | $900.00 |
| Chalett, Zachary | $250 | 22.10 | $5,525.00 |
| Stevens, Elliot | $250 | 34.60 | $8,650.00 |
| Stevens, Elliot | $260 | 15.50 | $4,030.00 |
| **Total for Law Clerks** | | **72.20** | **$18,205.00** |
| **Total for This Matter** | | **1,328.90** | **$945,543.40** |

FOMB
PROMESA TITLE III: PREPA

---

**Non-Board Court Filings – 207**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $730 | 4.70 | $3,431.00 |
| Barak, Ehud | $730 | 6.20 | $4,526.00 |
| Barak, Ehud | $759 | 1.70 | $1,290.30 |
| Brenner, Guy | $730 | 8.70 | $6,351.00 |
| Brenner, Guy | $759 | 1.40 | $1,062.60 |
| Dale, Margaret A. | $759 | 0.60 | $455.40 |
| Febus, Chantel L. | $730 | 10.30 | $7,519.00 |
| Febus, Chantel L. | $759 | 0.30 | $227.70 |
| Ferrara, Ralph C. | $730 | 2.60 | $1,898.00 |
| Ferrara, Ralph C. | $759 | 3.00 | $2,277.00 |
| Firestein, Michael A. | $730 | 1.60 | $1,168.00 |
| Firestein, Michael A. | $759 | 0.80 | $607.20 |
| Harris, Mark | $730 | 2.90 | $2,117.00 |
| Indelicato, Vincent | $730 | 0.80 | $584.00 |
| Levitan, Jeffrey W. | $730 | 1.80 | $1,314.00 |
| Mashberg, Gregg M. | $759 | 1.30 | $986.70 |
| Mungovan, Timothy W. | $730 | 11.60 | $8,468.00 |
| Mungovan, Timothy W. | $759 | 4.60 | $3,491.40 |
| Possinger, Paul | $730 | 7.50 | $5,475.00 |
| Possinger, Paul | $759 | 0.80 | $607.20 |
| Rappaport, Lary Alan | $730 | 0.30 | $219.00 |
| Ratner, Stephen L. | $730 | 7.60 | $5,548.00 |
| Ratner, Stephen L. | $759 | 0.30 | $227.70 |
| Richman, Jonathan E. | $730 | 6.20 | $4,526.00 |
| Rosen, Brian S. | $730 | 1.20 | $876.00 |
| **Total for Partners** | | **88.80** | **$65,253.20** |
| Febus, Chantel L. | $730 | 1.60 | $1,168.00 |
| Senior Counsel Total | | 1.60 | $1,168.00 |
| Adams, Emilie S. | $730 | 0.80 | $584.00 |
| Barak, Ehud | $730 | 0.80 | $584.00 |
| Chalett, Zachary | $730 | 7.30 | $5,329.00 |
| Desatnik, Daniel | $730 | 1.30 | $949.00 |
| Desatnik, Daniel | $759 | 2.40 | $1,821.60 |
| Ma, Steve | $730 | 12.40 | $9,052.00 |
| Morris, Matthew J. | $730 | 6.80 | $4,964.00 |

FOMB
PROMESA TITLE III: PREPA

| | | | |
|---|---|---|---|
| Rochman, Matthew I. | $730 | 3.40 | $2,482.00 |
| Rochman, Matthew I. | $759 | 0.30 | $227.70 |
| Stafford, Laura | $730 | 7.30 | $5,329.00 |
| Theodoridis, Chris | $730 | 4.10 | $2,993.00 |
| Zajac, Jared | $730 | 0.40 | $292.00 |
| Zerjal, Maja | $730 | 0.30 | $219.00 |
| **Total for Associates** | | **47.60** | **$34,826.30** |
| | | | |
| Giddens, Magali | $250 | 4.10 | $1,025.00 |
| Paraprofessional Total | | 4.10 | $1,025.00 |
| Chalett, Zachary | $250 | 1.00 | $250.00 |
| Stevens, Elliot | $250 | 6.40 | $1,600.00 |
| Stevens, Elliot | $260 | 2.70 | $702.00 |
| **Total for Law Clerks** | | **10.10** | **$2,552.00** |
| | | | |
| **Total for This Matter** | | **152.20** | **$104,824.50** |

FOMB
PROMESA TITLE III: PREPA

**Stay Matters - 208**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $730 | 1.60 | $1,168.00 |
| Harris, Mark | $730 | 2.50 | $1,825.00 |
| Levitan, Jeffrey W. | $730 | 0.20 | $146.00 |
| Mungovan, Timothy W. | $759 | 0.50 | $379.50 |
| Possinger, Paul | $730 | 4.30 | $3,139.00 |
| Possinger, Paul | $759 | 7.10 | $5,388.90 |
| **Total for Partners** | | **16.20** | **$12,046.40** |
| Barak, Ehud | $730 | 6.70 | $4,891.00 |
| Ma, Steve | $730 | 5.90 | $4,307.00 |
| Ma, Steve | $759 | 5.90 | $4,478.10 |
| Theodoridis, Chris | $730 | 9.30 | $6,789.00 |
| Theodoridis, Chris | $759 | 1.80 | $1,366.20 |
| Zajac, Jared | $730 | 0.60 | $438.00 |
| Zerjal, Maja | $730 | 6.00 | $4,380.00 |
| **Total for Associates** | | **36.20** | **$26,649.30** |
| Stevens, Elliot | $250 | 16.80 | $4,200.00 |
| **Total for Law Clerks** | | **16.80** | **$4,200.00** |
| **Total for This Matter** | | **69.20** | **$42,895.70** |

FOMB
PROMESA TITLE III: PREPA

**Adversary Proceeding – 209**

| **Attorney** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|
| Ashton, Ann M. | $730 | 0.60 | $438.00 |
| Ashton, Ann M. | $759 | 13.70 | $10,398.30 |
| Bienenstock, Martin J. | $730 | 14.40 | $10,512.00 |
| Brenner, Guy | $730 | 0.70 | $511.00 |
| Dale, Margaret A. | $759 | 0.70 | $531.30 |
| Febus, Chantel L. | $730 | 0.30 | $219.00 |
| Firestein, Michael A. | $730 | 0.20 | $146.00 |
| Firestein, Michael A. | $759 | 6.10 | $4,629.90 |
| Levitan, Jeffrey W. | $730 | 0.10 | $73.00 |
| Mungovan, Timothy W. | $759 | 1.10 | $834.90 |
| Possinger, Paul | $730 | 1.80 | $1,314.00 |
| Ratner, Stephen L. | $759 | 0.70 | $531.30 |
| Richman, Jonathan E. | $759 | 0.40 | $303.60 |
| **Total for Partners** | | **40.80** | **$30,442.30** |
| Bargoot, Alexandra V. | $759 | 0.50 | $379.50 |
| Desatnik, Daniel | $759 | 0.90 | $683.10 |
| Fier, Seth D. | $759 | 7.80 | $5,920.20 |
| Forbes, Carl C. | $759 | 0.30 | $227.70 |
| Morris, Matthew J. | $730 | 2.10 | $1,533.00 |
| Roberts, John E. | $730 | 5.10 | $3,723.00 |
| Zajac, Jared | $730 | 3.00 | $2,190.00 |
| **Total for Associates** | | **19.70** | **$14,656.50** |
| **Total for This Matter** | | **60.50** | **$45,098.80** |

FOMB
PROMESA TITLE III: PREPA

**Analysis and Strategy – 210**

| <u>Attorney</u> | <u>Rate</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|
| Ashton, Ann M. | $730 | 3.30 | $2,409.00 |
| Ashton, Ann M. | $759 | 4.90 | $3,719.10 |
| Barak, Ehud | $730 | 7.90 | $5,767.00 |
| Barak, Ehud | $759 | 4.10 | $3,111.90 |
| Brenner, Guy | $730 | 2.20 | $1,606.00 |
| Campana, Kristen V. | $759 | 12.00 | $9,108.00 |
| Dale, Margaret A. | $759 | 5.70 | $4,326.30 |
| Faust, Scott A. | $759 | 1.60 | $1,214.40 |
| Febus, Chantel L. | $730 | 7.00 | $5,110.00 |
| Febus, Chantel L. | $759 | 1.40 | $1,062.60 |
| Ferrara, Ralph C. | $730 | 2.60 | $1,898.00 |
| Ferrara, Ralph C. | $759 | 4.30 | $3,263.70 |
| Firestein, Michael A. | $730 | 2.10 | $1,533.00 |
| Firestein, Michael A. | $759 | 6.30 | $4,781.70 |
| Harris, Mark | $730 | 4.90 | $3,577.00 |
| Indelicato, Vincent | $759 | 2.10 | $1,593.90 |
| Levitan, Jeffrey W. | $730 | 1.60 | $1,168.00 |
| Levitan, Jeffrey W. | $759 | 2.70 | $2,049.30 |
| Mashberg, Gregg M. | $730 | 0.80 | $584.00 |
| Mashberg, Gregg M. | $759 | 2.00 | $1,518.00 |
| Mungovan, Timothy W. | $730 | 7.90 | $5,767.00 |
| Mungovan, Timothy W. | $759 | 10.90 | $8,273.10 |
| Possinger, Paul | $730 | 8.30 | $6,059.00 |
| Possinger, Paul | $759 | 9.10 | $6,906.90 |
| Rappaport, Lary Alan | $730 | 0.20 | $146.00 |
| Rappaport, Lary Alan | $759 | 0.80 | $607.20 |
| Ratner, Stephen L. | $730 | 3.60 | $2,628.00 |
| Ratner, Stephen L. | $759 | 7.50 | $5,692.50 |
| Richman, Jonathan E. | $730 | 1.20 | $876.00 |
| Richman, Jonathan E. | $759 | 2.30 | $1,745.70 |
| Rosen, Brian S. | $730 | 1.00 | $730.00 |
| Vermal, Ana | $730 | 0.70 | $511.00 |
| **Total for Partners** | | **133.00** | **$99,343.30** |
| | | | |
| Febus, Chantel L. | $730 | 1.30 | $949.00 |
| **Total for Senior Counsel** | | **1.30** | **$949.00** |

FOMB
PROMESA TITLE III: PREPA

| | | | |
|---|---|---|---|
| Barak, Ehud | $730 | 2.80 | $2,044.00 |
| Bargoot, Alexandra V. | $759 | 0.40 | $303.60 |
| Chalett, Zachary | $730 | 12.60 | $9,198.00 |
| Chalett, Zachary | $759 | 2.00 | $1,518.00 |
| Desatnik, Daniel | $730 | 5.00 | $3,650.00 |
| Desatnik, Daniel | $759 | 0.70 | $531.30 |
| Fier, Seth D. | $759 | 4.30 | $3,263.70 |
| Hackett, Michael R. | $759 | 0.90 | $683.10 |
| Kim, Mee R. | $730 | 4.20 | $3,066.00 |
| Kim, Mee R. | $759 | 0.70 | $531.30 |
| Kurland, Zachary R. | $759 | 3.90 | $2,960.10 |
| Ma, Steve | $730 | 0.40 | $292.00 |
| Morris, Matthew J. | $759 | 0.10 | $75.90 |
| Roberts, John E. | $759 | 0.40 | $303.60 |
| Roche, Jennifer L. | $759 | 0.10 | $75.90 |
| Rochman, Matthew I. | $759 | 16.20 | $12,295.80 |
| Stafford, Laura | $730 | 2.30 | $1,679.00 |
| Stafford, Laura | $759 | 0.50 | $379.50 |
| Theodoridis, Chris | $730 | 7.60 | $5,548.00 |
| Wolf, Lucy | $759 | 0.20 | $151.80 |
| Zajac, Jared | $730 | 0.40 | $292.00 |
| **Total for Associates** | | **65.70** | **$48,842.60** |
| | | | |
| Chalett, Zachary | $250 | 5.40 | $1,350.00 |
| Stevens, Elliot | $250 | 1.60 | $400.00 |
| **Total for Law Clerks** | | **7.00** | **$1,750.00** |
| | | | |
| **Total for This Matter** | | **207.00** | **$150,884.90** |

FOMB
PROMESA TITLE III: PREPA

**Non-Working Travel Time – 211**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $759 | 1.60 | $1,214.40 |
| Possinger, Paul | $730 | 3.20 | $2,336.00 |
| **Total for Partners** | | **4.80** | **$3,550.40** |
| Ma, Steve | $730 | 4.20 | $3,066.00 |
| **Total for Associates** | | **4.20** | **$3,066.00** |
| **Total for This Matter** | | **9.00** | **$6,616.40** |

FOMB
PROMESA TITLE III: PREPA

**General Administration – 212**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Possinger, Paul | $730 | 0.40 | $292.00 |
| Rosen, Brian S. | $730 | 0.10 | $73.00 |
| **Total for Partners** | | **0.50** | **$365.00** |
| | | | |
| Stafford, Laura | $730 | 0.40 | $292.00 |
| Theodoridis, Chris | $730 | 3.40 | $2,482.00 |
| **Total for Associates** | | **3.80** | **$2,774.00** |
| | | | |
| Dillon, Emma | $250 | 0.30 | $75.00 |
| Giddens, Magali | $250 | 18.00 | $4,500.00 |
| Golinder, Olga A. | $250 | 7.40 | $1,850.00 |
| Miller, Tiffany | $250 | 15.60 | $3,900.00 |
| Monforte, Angelo | $250 | 1.60 | $400.00 |
| Monforte, Angelo | $260 | 7.90 | $2,054.00 |
| Quinn, Casey | $250 | 1.90 | $475.00 |
| Reed, William A. | $260 | 0.70 | $182.00 |
| Rodriguez, Evelyn | $250 | 4.20 | $1,050.00 |
| Sherman, Tayler M. | $250 | 13.10 | $3,275.00 |
| Sherman, Tayler M. | $260 | 5.40 | $1,404.00 |
| Silvestro, Lawrence T. | $250 | 20.50 | $5,125.00 |
| Silvestro, Lawrence T. | $260 | 13.40 | $3,484.00 |
| Williams, Selena F. | $250 | 3.80 | $950.00 |
| Wizner, Eamon | $250 | 5.40 | $1,350.00 |
| Wizner, Eamon | $260 | 5.30 | $1,378.00 |
| Wong, Naomi | $260 | 1.40 | $364.00 |
| **Total for Paraprofessionals** | | **125.90** | **$31,816.00** |
| | | | |
| Henderson, Laurie A. | $250 | 2.30 | $575.00 |
| **Total for Litigation Support** | | **2.30** | **$575.00** |
| | | | |
| Evans, Carla J. | $250 | 3.20 | $800.00 |
| Moller, Rachael Hope | $250 | 0.80 | $200.00 |
| **Total for Library** | | **4.00** | **$1,000.00** |
| | | | |
| Winkelspecht, Michael J. | $260 | 1.90 | $494.00 |
| **Total for Practice Support** | | **1.90** | **$494.00** |
| | | | |
| **Total for This Matter** | | **138.40** | **$37,024.00** |

FOMB
PROMESA TITLE III: PREPA

**Labor, Pension Matters – 213**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Barak, Ehud | $759 | 1.40 | $1,062.60 |
| Ferrara, Ralph C. | $759 | 0.70 | $531.30 |
| Hamburger, Paul M. | $759 | 1.40 | $1,062.60 |
| **Total for Partners** | | **3.50** | **$2,656.50** |
| Kim, Mee R. | $759 | 2.20 | $1,669.80 |
| **Total for Associates** | | **2.20** | **$1,669.80** |
| **Total for This Matter** | | **5.70** | **$4,326.30** |

FOMB
PROMESA TITLE III: PREPA

---

**Legal/Regulatory Matters - 214**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Brenner, Guy | $730 | 1.40 | $1,022.00 |
| Ferrara, Ralph C. | $759 | 0.50 | $379.50 |
| Possinger, Paul | $730 | 0.70 | $511.00 |
| **Total for Partners** | | **2.60** | **$1,912.50** |
| | | | |
| Febus, Chantel L. | $730 | 0.30 | $219.00 |
| **Total for Senior Counsel** | | **0.30** | **$219.00** |
| | | | |
| Adams, Emilie S. | $730 | 0.40 | $292.00 |
| Desatnik, Daniel | $730 | 0.50 | $365.00 |
| **Total for Associates** | | **0.90** | **$657.00** |
| | | | |
| **Total for This Matter** | | **3.80** | **$2,788.50** |

FOMB
PROMESA TITLE III: PREPA

**Plan of Adjustment and Disclosure Statement – 215**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Possinger, Paul | $730 | 0.80 | $584.00 |
| **Total for Partners** | | **0.80** | **$584.00** |
| Desatnik, Daniel | $730 | 1.80 | $1,314.00 |
| Ma, Steve | $730 | 2.90 | $2,117.00 |
| Theodoridis, Chris | $730 | 8.80 | $6,424.00 |
| **Total for Associates** | | **13.50** | **$9,855.00** |
| Stevens, Elliot | $250 | 9.40 | $2,350.00 |
| **Total for Law Clerks** | | **9.40** | **$2,350.00** |
| **Total for This Matter** | | **23.70** | **$12,789.00** |

FOMB
PROMESA TITLE III: PREPA

**Employment and Fee Applications – 218**

| Attorney | Rate | Hours | Amount |
|----------|------|-------|--------|
| Ashton, Ann M. | $730 | 0.60 | $438.00 |
| Brenner, Guy | $730 | 0.50 | $365.00 |
| **Total for Partners** | | **1.10** | **$803.00** |
| | | | |
| Webb, Jeramy | $730 | 0.80 | $584.00 |
| **Total for Associates** | | **0.80** | **$584.00** |
| | | | |
| Petrov, Natasha | $250 | 20.50 | $5,125.00 |
| **Total for Paraprofessionals** | | **20.50** | **$5,125.00** |
| | | | |
| Stevens, Elliot | $250 | 2.40 | $600.00 |
| **Total for Law Clerks** | | **2.40** | **$600.00** |
| | | | |
| **Total for This Matter** | | **24.80** | **$7,112.00** |

FOMB
PROMESA TITLE III: PREPA

**Appeal – 219**

| Attorney | Rate | Hours | Amount |
|---|---|---|---|
| Ashton, Ann M. | $759 | 4.80 | $3,643.20 |
| Barak, Ehud | $730 | 28.70 | $20,951.00 |
| Bienenstock, Martin J. | $730 | 14.90 | $10,877.00 |
| Ferrara, Ralph C. | $730 | 0.10 | $73.00 |
| Harris, Mark | $730 | 0.60 | $438.00 |
| Harris, Mark | $759 | 0.60 | $455.40 |
| Levitan, Jeffrey W. | $730 | 1.00 | $730.00 |
| Levitan, Jeffrey W. | $759 | 0.60 | $455.40 |
| Mashberg, Gregg M. | $730 | 0.10 | $73.00 |
| Mungovan, Timothy W. | $730 | 5.00 | $3,650.00 |
| Mungovan, Timothy W. | $759 | 1.20 | $910.80 |
| Possinger, Paul | $730 | 1.40 | $1,022.00 |
| Ratner, Stephen L. | $730 | 4.30 | $3,139.00 |
| Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| Richman, Jonathan E. | $730 | 1.70 | $1,241.00 |
| Rosen, Brian S. | $730 | 2.00 | $1,460.00 |
| **Total for Partners** | | **67.10** | **$49,194.70** |
| Bargoot, Alexandra V. | $730 | 25.30 | $18,469.00 |
| Desatnik, Daniel | $730 | 36.20 | $26,426.00 |
| Fiur, Seth | $759 | 6.10 | $4,629.90 |
| Ma, Steve | $730 | 7.40 | $5,402.00 |
| Roberts, John E. | $730 | 4.00 | $2,920.00 |
| Roberts, John E. | $759 | 3.50 | $2,656.50 |
| Skellet, Alexandra K. | $730 | 8.90 | $6,497.00 |
| Theodoridis, Chris | $730 | 0.70 | $511.00 |
| Theodoridis, Chris | $759 | 2.70 | $2,049.30 |
| Zajac, Jared | $759 | 0.10 | $75.90 |
| **Total for Associates** | | **94.90** | **$69,636.60** |
| Stevens, Elliot | $250 | 11.10 | $2,775.00 |
| **Total for Law Clerks** | | **11.10** | **$2,775.00** |
| Lavine, Judy | $250 | 0.90 | $225.00 |
| **Total for Library** | | **0.90** | **$225.00** |
| **Total for This Matter** | | **174.00** | **$121,831.30** |