# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

                    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

                    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## URGENT MOTION OF ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP. AND NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION FOR LEAVE TO REPLY TO DOCKET ENTRY NO. 2863

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747).

To the Honorable United States District Judge Laura Taylor Swain:

Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation (collectively, "Objectors") respectfully submit this *Urgent Motion of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation for Leave to Reply to Docket Entry No. 2863* ("Motion") seeking entry of an order, substantially in the form attached hereto as Exhibit A, permitting the Objectors to file a reply memorandum to the *Response to Reply Memorandum in Further Support of Objections of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation to the Magistrate Judge's February 26, 2018 Order* (ECF No. 2863) ("Bhatia II Response").

## **BACKGROUND**

1.      On March 12, 2018, the Objectors filed the *Objections of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation to the Magistrate Judge's February 26, 2018 Order* (ECF No. 2707) ("Objections").[2]  In their Objections, the Objectors relied on a 2017 decision from the Supreme Court of Puerto Rico, Bhatia-Gautier v. Roselló-Nevares, 2017 TSPR 173, 2017 WL 4975587 (P.R. 2017) ("Bhatia I").

2.      On March 16, 2018, after the Objections were filed, Judge Lauracelis Roques-Arroyo of the Commonwealth of Puerto Rico Court of First Instance, San Juan Part, Superior Court ("Superior Court") issued a decision, Bhatia-Gautier v. Roselló-Nevares, Civil No. SJ2017CV00271 (P.R. Super. Ct. Mar. 16, 2018) ("Bhatia II").

3.      On March 23, 2018, Respondents filed the *Response to Objections of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation to the Magistrate Judge's February 26, 2018 Order* (ECF No. 2798) ("Response").

---

[2]   Capitalized terms not defined herein are defined in the Objections. "ECF No." refers to docket entries in Case No. 17 BK 3283-LTS, unless otherwise noted.

4.      On March 26, 2018, Objectors filed *Assured Guaranty Corp.'s, Assured Guaranty Municipal Corp.'s and National Public Finance Guarantee Corporation's Informative Motion Regarding Recent Authority Supporting their Objections to the Magistrate Judge's February 26, 2018 Order* (ECF No. 2815) ("Informative Motion") submitting a certified translation of Bhatia-Gautier II.  In the Informative Motion, Objectors also informed the Court that they intended to seek leave from the Court in order to file a reply memorandum to the Response.  On March 28, 2018, the Court issued the *Order Scheduling Reply Brief to Docket Entry No. 2798* (ECF No. 2819) granting Objectors leave to submit a five page reply by April 2, 2018.

5.      On April 2, 2018, the Objectors filed the *Reply Memorandum in Further Support of Objections of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation to the Magistrate Judge's February 26, 2018 Order* (ECF No. 2835) ("Reply").

6.      On April 4, 2018, Respondents filed the *Urgent Motion for Leave to Respond to the Reply Memorandum in Further Support of Objections of Assured Guaranty Corp., Assured Guaranty Municipal Corp. and National Public Finance Guarantee Corporation to the Magistrate Judge's February 26, 2018 Order* (ECF No. 2843), which requested entry of an order permitting Respondents to respond to Objectors' Reply.  On April 5, 2018, the Court issued the *Order Scheduling Reply Brief to Docket Entry No. 2835* (ECF No. 2845) granting Respondents leave to submit a five page reply by April 9, 2018.

7.      On April 9, 2018, Respondents filed the Bhatia II Response.  See ECF No. 2863.

USActive 42946352.2

## <u>RELIEF REQUESTED</u>

8.      Respondents' Bhatia II Response raises new arguments regarding <u>Bhatia II</u> that were not raised in their Response to the Objections.  Objectors respectfully request that they be granted leave to submit a reply memorandum in order to reply to the Bhatia II Response.

9.      Respondents were permitted to file the Bhatia II Response in order to respond to arguments that Objectors made regarding <u>Bhatia II</u> in their Reply.  Given that <u>Bhatia II</u> was issued after the Objections were filed, Objectors could only make arguments regarding <u>Bhatia II</u> in their Reply.

10.     Moreover, in <u>Bhatia II</u>, the Superior Court relied and expanded on the Puerto Rico Supreme Court's findings in <u>Bhatia I</u>.  In the Objections, Objectors relied on <u>Bhatia I</u> and attached a certified translation of the decision.  <u>See</u> ECF No. 2707 at 4, 11; ECF No. 2707-3.  In their Response to the Objections, Respondents failed to address <u>Bhatia I</u>, indeed it is not cited in the Response.  <u>See generally</u> ECF No. 2798.  Thus, Respondents' arguments regarding the <u>Bhatia</u> line of cases were made for the first time in the Bhatia II Response.  Objectors should be permitted to reply to these arguments.

11.     Counsel for Objectors have conferred with counsel for Respondents, who advised that Respondents do not oppose this Motion.

12.     For these reasons, Objectors respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit A, granting Objectors leave to file a reply memorandum, not to exceed five (5) pages, to the Bhatia II Response by 5:00 p.m. (Atlantic Standard Time) on April 16, 2018.

USActive 42946352.2

Dated:   New York, New York
         April 10, 2018

CASELLAS ALCOVER & BURGOS P.S.C.

By: _/s/ Heriberto Burgos Pérez_____
    Heriberto Burgos Pérez
    USDC-PR 204809
    Ricardo F. Casellas-Sánchez
    USDC-PR 203114
    Diana Pérez-Seda
    USDC-PR 232014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Telephone:  (787) 756-1400
    Facsimile:  (787) 756-1401
    Email:      hburgos@cabprlaw.com
                rcasellas@cabprlaw.com
                dperez@cabprlaw.com

*Attorneys for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

CADWALADER, WICKERSHAM & TAFT
LLP

By: _/s/ Howard R. Hawkins, Jr._____
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    Ellen V. Holloman*
    Ellen M. Halstead*
    Gillian Groarke Burns*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, NY 10281
    Telephone:  (212) 504-6000
    Facsimile:  (212) 406-6666
    Email:      howard.hawkins@cwt.com
                mark.ellenberg@cwt.com
                ellen.holloman@cwt.com
                ellen.halstead@cwt.com
                gillian.burns@cwt.com
                thomas.curtin@cwt.com
                casey.servais@cwt.com

* Admitted *pro hac vice*

*Attorneys for Assured Guaranty Corp. and
Assured Guaranty Municipal Corp.*

- 5 -

ADSUDAR MUÑOZ GOYCO SEDA &
PÉREZ-OCHOA, PSC, P.S.C.

By: */s/ Eric Pérez-Ochoa*
    Eric Pérez-Ochoa
    USDC-PR No. 206,314
    Luis A. Oliver-Fraticelli
    USDC-PR NO. 209,204
    208 Ponce de Leon Ave., Suite 1600
    San Juan, PR 00936
    Telephone:  (787) 756-9000
    Facsimile:  (787) 756-9010
    Email:    epo@amgprlaw.com
            loliver@amgprlaw.com

*Attorneys for National Public Finance
Guarantee Corporation*

WEIL, GOTSHAL & MANGES LLP

By: */s/ Jared R. Friedmann*
    Marcia Goldstein*
    Jonathan Polkes*
    Gregory Silbert*
    Jared R. Friedmann*
    767 Fifth Avenue
    New York, New York 10153
    Telephone:  (212) 310-8000
    Facsimile:  (212) 310-8007
    Email:    marcia.goldstein@weil.com
            jonathan.polkes@weil.com
            gregory.silbert@weil.com
            jared.friedmann@weil.com

* Admitted *pro hac vice*

*Attorneys for National Public Finance
Guarantee Corporation*

- 6 -

## **CERTIFICATION**

In accordance with Sections I.H and III.F of the *Fourth Amended Notice, Case Management and Administrative Procedures* (ECF No. 2839-1), Local Bankruptcy Rule 9013-1(a)(1), and Standing Orders entered by the Court on September 15, 2017, the undersigned hereby certifies that counsel has carefully examined the matter and concluded that there is a true need for this Motion; have not created the urgency through any lack of due diligence; have made a bona fide effort to resolve the matter; have made reasonable, good-faith communications in an effort to resolve or narrow the issues that are being brought before the Court; and have conferred with counsel for the Respondents, and no party opposes the relief requested herein.

At New York, New York, 10th day of April, 2018.

By: *  /s/ Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.
* Admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.  Further, I directed that the following counsel of record be served by U.S. Mail:

| | |
|---|---|
| Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Gerardo J. Portela Franco<br>Puerto Rico Fiscal Agency and Financial<br>Advisory Authority (AAFAF)<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 |
| John J. Rapisardi, Esq.<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 | Andrés W. López, Esq.<br>Law Offices of Andrés W. López<br>902 Fernández Juncos Ave.<br>San Juan, PR 00907 |
| Martin J. Bienenstock, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, New York 10166 | Arturo Diaz-Angueira, Esq.<br>Cancio, Nadal, Rivera & Diaz, P.S.C.<br>403 Muñoz Rivera Ave.<br>San Juan (Hato Rey), PR 00918-3345 |
| Luc A. Despins, Esq.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Juan. J. Casillas Ayala<br>Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, PR 00901-2419 |
| Robert Gordon, Esq.<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022 | A.J. Bennazar-Zequeira<br>Bennazar, Garcia & Milian, C.S.P.<br>Edificio Union Plaza PH-A piso 18 Avenida<br>Ponce de Leon #416<br>Hato Rey, PR 00918 |

At New York, New York, 10th day of April, 2018.

By: _/s/ Howard R. Hawkins, Jr.*_
     Howard R. Hawkins, Jr.
     * Admitted pro hac vice