# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**RE: ECF No. 2846**

## INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT
## AND MANAGEMENT BOARD REGARDING
## <u>APRIL 25, 2018 9:30 A.M. (AST) OMNIBUS HEARING</u>

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the Court's *Order Requiring the Oversight Board to Confer with the Other Parties in Interest Regarding the April 25, 2018 Omnibus Hearing* [ECF No. 2846], the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of the Debtors, respectfully states as follows:

The Oversight Board conferred with the various parties-in-interest in these cases and associated adversary proceedings regarding the status of matters scheduled for the upcoming Omnibus Hearing on April 25, 2018 in San Juan (the "<u>April Omnibus Hearing</u>").  With regard to the matters currently scheduled to be heard at the April Omnibus Hearing, the Oversight Board provides a status update as follows:

    1.   Report From the Fee Examiner Regarding Certain Adjourned First Interim Applications for Compensation

        a)    Pursuant to the *Omnibus Order Awarding Interim Allowance of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Compensation for Professional Services Rendered and Reimbursement of Expenses for the First Interim Compensation Period from May 3 Through September 30, 2017* [Case No. 17-3283, ECF No. 2685], the following first interim fee applications were adjourned to the April Omnibus Hearing:

1. Andrew Wolfe [Case No. 17-3283, ECF No. 2259]

2. Ankura Consulting Group, LLC [Case No. 17-3283, ECF Nos. 2148, 2142]

3. McKinsey & Company, Inc. [Case No. 17-3283, ECF No. 2073]

4. O'Neill & Borges LLC [Case No. 17-3283, ECF No. 2075]

5. Proskauer Rose, LLP [Case No. 17-3283, ECF Nos. 2043, 2045, 2053, 2066, 2068]

b) The parties hereto agree that to the extent the fee applications listed above have not been resolved between the applicant and Fee Examiner, the hearing on such fee applications be relocated to New York and held at the originally scheduled time.

2. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF Nos. 614, 627, 685, 686]**

a) The parties hereto mutually agree to adjourn these matters to the June omnibus hearing.

3. Motion and Incorporated Memorandum of Law of the COFINA Agent to Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico **[Case No. 17-257, ECF No. 329]**

a) The parties hereto mutually agree (i) that the motion is opposed and requires a hearing, and (ii) that the hearing be relocated to New York at the originally scheduled time.

4. Abengoa, S.A. and Abengoa Puerto Rico, S.E.'s Motion and Memorandum for a Modified Lift of Stay to Require PREPA to Coordinate the Conclusion of Trial **[Case No. 17-4780, ECF Nos. 528, 766]**

a) The parties hereto mutually agree (i) that the motion is opposed and requires a hearing, and (ii) that the hearing be relocated to New York at the originally scheduled time.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated:  April 11, 2018
San Juan, Puerto Rico

Respectfully submitted,

*/s/  Ehud Barak*

Martin J. Bienenstock
Paul V. Possinger
Ehud Barak
Maja Zerjal
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel:  (212) 969-3000
Fax:  (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/  Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*