IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> The Financial Oversight and Management Board for Puerto Rico, <br><br> *as representative of* <br><br> **The Commonwealth of Puerto Rico**, <br><br> Debtor | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

### Notice of Appearance and Request for Notice

The undersigned enters an appearance as attorney for MCS Life Insurance Company, and requests that all pleadings, orders, notices and documents filed and entered in this case be notified to the undersigned.

### Certificate of Service

**I certify** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the registered users.

**Date**: April 11, 2018

*Respectfully submitted,*

*For MCS Life Insurance Company*

s/ Ramón L. Viñas Bueso
USDC-PR No. 209602
VIÑAS LAW OFFICE, LLC
623 Ave. Ponce de León, Suite 1202B
San Juan, PR 00917-4831
T. 787-724-4363
F. 787-724-4316
ramonvinas@vinasllc.com