UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

         Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER RELOCATING THE APRIL 25, 2018 OMNIBUS HEARING

       The Court has received and reviewed the *Informative Motion of the Financial Oversight and Management Board Regarding April 25, 2018 9:30 A.M. (AST) Omnibus Hearing* (Docket Entry No. 2883). In interest of reducing the cost and time associated with counsel traveling to Puerto Rico and in light of the limited number of matters scheduled for the April 25, 2018 Omnibus Hearing (the "April Omnibus Hearing"), the Court has decided to conduct the April Omnibus Hearing in New York.

       The April Omnibus Hearing will be conducted in Courtroom 17C[2] of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 and by video teleconference in a Courtroom to be determined at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. The hearing will be conducted on April 25, 2018 from 9:30 a.m. to 12:00 p.m., resume if necessary from 2:00 p.m. to

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

5:00 p.m. that afternoon, and continue if necessary on April 26, 2018, from 9:30 a.m. to 12:00 p.m. and from 1:00 p.m. to 5:00 p.m.  An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by April 23, 2018 in accordance with the Fourth Amended Case Management Procedures.

Judge Swain will be present in the New York courtroom and video-teleconferencing facilities will be available in the San Juan courtroom.  Counsel who intend to speak at the Hearing may attend the proceedings in the New York courtroom or the San Juan courtroom if they wish.  **Counsel who intend to speak at the Hearing must file an Informative Motion** stating the names of all attending counsel and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear, **no later than April 20, 2018, at 5:00 p.m. (Atlantic Standard Time).**

Other attorneys, members of the press and the general public may attend and observe the Hearing in either of the courtrooms.  There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone.  Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than April 20, 2018 at 5:00 p.m.** and pay the fee established by CourtSolutions.  No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press.  Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

Counsel seeking to bring electronic devices into the courtroom for the Hearing must submit such request by e-mail to the following address: swaindprcorresp@nysd.uscourts.gov by **5:00 p.m. (Atlantic Standard Time) on April 20, 2018**.  Such requests must be compliant with, and made in the format required by, S.D.N.Y. Standing Order M10-468, which is published on the S.D.N.Y. website (nysd.uscourts.gov ("Application to Bring an Electronic Device into the Courthouse")).  Counsel's attention is directed to the technical and device usage restrictions detailed in the Standing Order, and counsel are reminded that devices may not be used for communications purposes in the courtroom.

Counsel are reminded that a separate request is required for each S.D.N.Y. court appearance date.

SO ORDERED.

Dated: April 11, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge