

HERIBERTO NIEVES
Anexo 296 Edif ?
PO Box 10005
Guayama PR 00785

09 APR 2018 PM 1 T

RECEIVED & FILED
2018 APR 10 PM 5: 19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To:
United States District Court
150 Carlos Chardon St.
San Juan P.R. 00918-1767

00918817 05