IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)

    Debtors.¹
-------------------------------------------------------------------x
```

# **ORDER**

This matter is before the Court on the *Motion to Compel Compliance with February 26, 2018 Order and for Entry of a Protective Order of Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation* (Dkt. No. 2865) (the "Motion"). In accordance with the agreement of the parties to a briefing schedule for the Motion, the Court hereby orders as follows:

1. Any opposition to the Motion shall be filed on or before **April 23, 2018**.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Any reply to the Motion shall be filed on or before **April 30, 2018**.

3. Oral argument on the Motion will take place on **Monday, May 21, 2018 at 1:30 p.m.** in Boston, Massachusetts.  An order detailing procedures for the hearing will follow.

SO ORDERED.

                                         / s / Judith Gail Dein
                                         Judith Gail Dein
                                         United States Magistrate Judge

DATED: April 11, 2018