# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                       Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF PUBLICATION

    I, Jessica G. Berman, depose and say that I am employed by Prime Clerk LLC, the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    I understand that, on the dates and times set forth on the annexed **Exhibit A**, employees of WKAQ-AM broadcast sixteen radio advertisements whose content was substantially similar to that set forth on the annexed **Exhibit B**.

    I also understand that, on the dates and times set forth on the annexed **Exhibit C**, employees of WMEG-FM broadcast ten radio advertisements whose content was substantially similar to that set forth on the annexed **Exhibit D**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: April 11, 2018

_____
Jessica G. Berman

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 11, 2018, by Jessica G. Berman, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, ~~2017~~ 2021

**Exhibit A**

# INVOICE

Page 1 of 2



MEGANET-WMEG-WEGM
Frances St.
Lot 42 Amelia Industrial Park
Guaynabo, PR 00968
Main: (787)622-9700
Billing: (305)441-6901 ext 1599

Billing Address:

JL Media NJ
Attention: Lon Kruger
C/O JL Media
1600 Route 22 East
Union, NJ 07083

Send Payment To:

MEGANET-WMEG-WEGM
Spanish Broadcasting System, Inc.
Attention: Accounts Receivable Dept
7007 NW 77th Avenue
Miami, FL 33166

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
|  | 03/25/18 | March 2018 | 02/26/18 - 03/10/18 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| MEGANET |  | Puerto Rico Nati | National |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Prime Clerk | BANKRUPTCY ATTORNEY | 3149067 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 02/26/18 - 03/11/18 | 483376 |  |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Broadcast |  |  |

| Special Handling |
|---|
|  |

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
|  |  |  |

| Agency Ref | Advertiser Ref |
|---|---|
|  |  |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/26/18 | 03/04/18 | 6A-9A | 6A-9A | ------- | 1:00 | 0 |  | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 02/26/18 | 03/04/18 | 111---- | 3 |  |

Spots:
| # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 02/26/18 | 8:53 AM | 6A-9A | 6A-9A | 1:00 | RETIRO |  | NM |
| 2 | All | Tu | 02/27/18 | 7:57 AM | 6A-9A | 6A-9A | 1:00 | RETIRO |  | NM |
| 3 | All | W | 02/28/18 | 7:28 AM | 6A-9A | 6A-9A | 1:00 | RETIRO |  | NM |

| 2 | 02/26/18 | 03/04/18 | 11A-3P | 11A-3P | ------- | 1:00 | 0 |  | NM |
|---|---|---|---|---|---|---|---|---|---|

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 02/26/18 | 03/04/18 | 1-1-1-- | 3 |  |

Spots:
| # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 02/26/18 | 1:24 PM | 11A-3P | 11A-3P | 1:00 | RETIRO |  | NM |
| 2 | All | W | 02/28/18 | 11:28 AM | 11A-3P | 11A-3P | 1:00 | RETIRO |  | NM |
| 3 | All | F | 03/02/18 | 1:55 PM | 11A-3P | 11A-3P | 1:00 | RETIRO |  | NM |

| 3 | 02/26/18 | 03/04/18 | 3P-6P | 3P-6P | ------- | 1:00 | 0 |  | NM |
|---|---|---|---|---|---|---|---|---|---|

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 02/26/18 | 03/04/18 | -111--- | 3 |  |

Spots:
| # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | All | Tu | 02/27/18 | 3:56 PM | 3P-6P | 3P-6P | 1:00 | RETIRO |  | NM |
| 2 | All | W | 02/28/18 | 4:58 PM | 3P-6P | 3P-6P | 1:00 | RETIRO |  | NM |
| 3 | All | Th | 03/01/18 | 4:55 PM | 3P-6P | 3P-6P | 1:00 | RETIRO |  | NM |

| 4 | 02/26/18 | 03/04/18 | 10A-6P | 10A-6P | ------- | 1:00 | 0 |  | NM |
|---|---|---|---|---|---|---|---|---|---|

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 02/26/18 | 03/04/18 | -----3- | 3 |  |

Spots:
| # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | All | Sa | 03/03/18 | 1:55 PM | 10A-6P | 10A-6P | 1:00 | RETIRO |  | NM |
| 1 | All | Sa | 03/03/18 | 3:28 PM | 10A-6P | 10A-6P | 1:00 | RETIRO |  | NM |
| 3 | All | Sa | 03/03/18 | 5:54 PM | 10A-6P | 10A-6P | 1:00 | RETIRO |  | NM |

| 5 | 03/05/18 | 03/11/18 | 6A-9A | 6A-9A | ------- | 1:00 | 0 |  | NM |
|---|---|---|---|---|---|---|---|---|---|

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 03/05/18 | 03/11/18 | 1------ | 1 |  |

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

Page 2 of 2

# INVOICE



Send Payment To:
**MEGANET-WMEG-WEGM**
**Spanish Broadcasting System, Inc.**
Attention: Accounts Receivable Dept
7007 NW 77th Avenue
Miami, FL 33166

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
|  | 03/25/18 | March 2018 | 02/26/18 - 03/10/18 |

| Advertiser | Product | Estimate Number |
|---|---|---|
| Prime Clerk | BANKRUPTCY ATTORNEY | 3149067 |

| Line | Start Date | End Date | Description | Start/End Time | MTWTFSS | Length | Spots/Week | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 03/05/18 | 03/11/18 | 6A-9A | 6A-9A | ------- | 1:00 | 0 |  | NM |

| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | All | M | 03/05/18 | 8:27 AM 6A-9A | 6A-9A | 1:00 RETIRO |  | NM |

| 6 | 03/05/18 | 03/11/18 | 11A-3P | 11A-3P | ------- | 1:00 | 0 |  | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 03/05/18 | 03/11/18 | -1----- | 1 |  |

| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | All | Tu | 03/06/18 | 11:28 AM 11A-3P | 11A-3P | 1:00 RETIRO |  | NM |

| 7 | 03/05/18 | 03/11/18 | 3P-6P | 3P-6P | ------- | 1:00 | 0 |  | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 03/05/18 | 03/11/18 | --1---- | 1 |  |

| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | All | W | 03/07/18 | 4:29 PM 3P-6P | 3P-6P | 1:00 RETIRO |  | NM |

| 8 | 03/05/18 | 03/11/18 | 10A-6P | 10A-6P | ------- | 1:00 | 0 |  | NM |

Weeks:
| Start Date | End Date | MTWTFSS | Spots/Week | Rate |
|---|---|---|---|---|
| 03/05/18 | 03/11/18 | -----1- | 1 |  |

| Spots: # | Ch | Day | Air Date | Air Time Description | Start/End Time | Length Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|
| 1 | All | Sa | 03/10/18 | 1:52 PM 10A-6P | 10A-6P | 1:00 RETIRO |  | NM |

Total Spots 16

**Payment Terms 30 Days**

Gross Total

Agency Commission

Net Amount Due

We warrant that the actual broadcast information shown on this invoice was taken from the program log.

## **Exhibit B**

Atención: En 2017, el Estado Libre Asociado de Puerto Rico, la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), el Sistema de Retiro de Empleados de Gobierno de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico y la Autoridad de Energía Eléctrica de Puerto Rico presentaron una declaración de quiebra bajo el Título III de PROMESA.

Si usted cree que cualquiera de estas entidades le debe dinero, es posible que tenga que presentar una reclamación formal antes del 29 de mayo de 2018 a las cuatro de la tarde. (Hora del Atlántico). Los retirados del gobierno no tienen que presentar reclamaciones de pensión o de beneficios posteriores al retiro.

Se envió información adicional por correo a ciertas partes. Por favor, verifique su correo.

Se realizarán sesiones informativas sobre el proceso de presentación de reclamaciones para ayudar a los acreedores. Visite www.creditorspr.com para obtener más información. Retirados del gobierno, visiten www.porturetiro.com/ para obtener más información.

**<u>Exhibit C</u>**

Page 1 of 1

# INVOICE



Univision Receivables Co LLC
Calle Carazo #64
Guaynabo, PR 00969-5635
Main: (787) 758-5800
Billing:

| Invoice # | Invoice Date | Invoice Month | Invoice Period |
|---|---|---|---|
| | 03/11/18 | March 2018 | 02/26/18 - 03/10/18 |

| Property | Account Executive | Sales Office | Sales Region |
|---|---|---|---|
| WKAQ-AM | | Katz-New York | National |

Billing Address:

JL Media, Inc.
Attention: Accounts Payable
1600 Route 22 East
Jeff Greenberg
2nd Floor
Union, NJ 07083

Send Payment To:
Univision Receivables Co LLC
P.O. Box 740721
Los Angeles, CA 90074-0721

| Advertiser | Product | Estimate Number |
|---|---|---|
| Miller Advertising (A) | PUERTO RICO | 20574 |

| Flight Dates | Order # | Alt Order # |
|---|---|---|
| 02/26/18 - 03/10/18 | 224320 | 31581140 |

| Billing Calendar | Billing Type | Deal # |
|---|---|---|
| Broadcast | | |

| Special Handling |
|---|
| |

| Agency Code | Advertiser Code | Product 1/2 |
|---|---|---|
| 9912545 | | |

| Agency Ref | Advertiser Ref |
|---|---|
| | |

| Line | Spot # | Ch | Day | Air Date | Air Time | Description | Start/End Time | Length | Ad-ID | Rate | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | WKAQA | Tu | 02/27/18 | 5:29 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 1 | 3 | WKAQA | W | 02/28/18 | 7:58 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | PUERTO RICO 60SS | | NM |
| 2 | 3 | WKAQA | Th | 03/01/18 | 3:32 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 2 | 2 | WKAQA | F | 03/02/18 | 3:58 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 3 | 2 | WKAQA | Sa | 03/03/18 | 10:26 AM | Sa-Su 6a-7p | 10:00 AM-6:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 3 | 3 | WKAQA | Sa | 03/03/18 | 10:59 AM | Sa-Su 6a-7p | 10:00 AM-6:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 3 | 1 | WKAQA | Sa | 03/03/18 | 11:31 AM | Sa-Su 6a-7p | 10:00 AM-6:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 2 | 4 | WKAQA | M | 03/05/18 | 4:30 PM | M-F 3p-7p | 3:00 PM-7:00 PM | 1:00 | PUERTO RICO 60SS | | NM |
| 1 | 4 | WKAQA | Th | 03/08/18 | 7:58 AM | 7:00 AM-10:00 AM | 7:00 AM-10:00 AM | 1:00 | PUERTO RICO 60SS | | NM |
| 3 | 4 | WKAQA | Sa | 03/10/18 | 3:00 PM | Sa-Su 6a-7p | 10:00 AM-6:00 PM | 1:00 | PUERTO RICO 60SS | | NM |

Total Spots  10

**30 NET**

Gross Total

Agency Commission

Net Amount Due

This radio station warrants that the program/announcements indicated above were broadcast in accordance with the official station log. All times are approximate within 15 minutes and are within the time classification ordered.

Univision and its stations do not discriminate in advertising contracts on the basis of race or ethnicity. Any provision in any order or agreement for advertising that purports to discriminate on the basis of race or ethnicity, even if handwritten, typed or otherwise made part of a particular contract, is hereby rejected.

powered by WideOrbit

**Exhibit D**

Atención: En 2017, el Estado Libre Asociado de Puerto Rico, la Corporación del Fondo de Interés Apremiante de Puerto Rico (COFINA), el Sistema de Retiro de Empleados de Gobierno de Puerto Rico, la Autoridad de Carreteras y Transportación de Puerto Rico y la Autoridad de Energía Eléctrica de Puerto Rico presentaron una declaración de quiebra bajo el Título III de PROMESA.

Si usted cree que cualquiera de estas entidades le debe dinero, es posible que tenga que presentar una reclamación formal antes del 29 de mayo de 2018 a las cuatro de la tarde. (Hora del Atlántico). Los retirados del gobierno no tienen que presentar reclamaciones de pensión o de beneficios posteriores al retiro.

Se envió información adicional por correo a ciertas partes y se publicó en los periódicos locales el 22 de febrero de 2018. Por favor, verifique su correo.

Se realizarán sesiones informativas sobre el proceso de presentación de reclamaciones para ayudar a los acreedores. Visite www.creditorspr.com para obtener más información. Nuevamente, visite www.creditorspr.com para obtener más información. Retirados del gobierno, visiten www.porturetiro.com/ para obtener más información.