**<u>EXHIBIT 1</u>**

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| Case No. Caption File Date | Nature of Claim | Answer and Defenses by PRHTA and other filings by the parties | Discovery (Both Parties) (Date) | Status Hearings and/or Conferences | Proposed Pre-Trial Order and Pre-Trial Conference | Full Hearing | Resolution | Other relevant Information |
|---|---|---|---|---|---|---|---|---|
| 2016-ACT-012 Santana Vázquez, Carlos<br><br>October 21, 2016 Appeal | Appointment/Announcement of Position Challenge | December 8, 2016 – PRHTA submits that an indispensable party must be joined. Appellant requested an Order requiring PRHTA to disclose the identity of employee whose appointment is being challenged and who is currently occupying the position in controversy. | None | None | None | None | None | The Board ruled there is a lack of indispensable party and ordered Appellant to provide notice and join the employee whose appointment is being challenged and is currently holding the position in controversy. |
| 2016-ACT-010 Ortiz Olmo, Pamela<br><br>October 31, 2016 Appeal | Challenge of Announcement/Appointment to Position to which the Appellant applied 2017-05 | Motion to Request Relief from Order November 29, 2016 | None | None | None | None | None | None |
| 2016-ACT-009 Velázquez Vázquez, Janet<br><br>October 26, 2016 Appeal | Appointment/Announcement of Position Challenge (Announcement 2017-015) | November 29, 2016 Motion to Request Relief from Order | None | None | None | None | None | None |

1

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2016-ACT-008 Cintrón Cintrón, William<br><br>October 25, 2016 Appeal | Appointment/Announcement of Position Challenge | PRHTA has not notified its Answer to the Appeal | None | None | None | None | None | None |
| 2016-ACT-005 Villegas Estrada, Aleria M.<br><br>April 15, 2016 Appeal | Reclassification of Position (Denial Challenge) | | None | None | None | Final Resolution April 26, 2016 dismissing (dismissing appeal later reconsidered)<br><br>May 18, 2016- Resolution on Reconsideration (vacating dismissal) | None | After the Resolution of dismissal; on May 11, 2016 Appellant filed a Motion to Request Reconsideration of the Resolution ordering the dismissal of the appeal.<br><br>The Board reconsidered and the case was reopened and was active before the Title III PROMESA stay took effect |
| 2016-ACT-003 Molina Pérez, Nurys A. | Reclassification of Position (Challenge of Denial or non-consideration of petition to reclassify the same) | April 27, 2016-<br><br>Appellant filed | None | None | None | April 7, 2016 Board issued Final Resolution | None | The Final Resolution dismissing the case was reversed |

2

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| April 1, 2016 Appeal | | Motion to Request Reconsideration of the Resolution ordering the dismissal of the appeal and request for a conference to argue the request. No ruling was issued in regards with this motion and the Appellant filed a review before the PR Court of Appeals. | | | | dismissing the Appeal | | by the PR Court of Appeals pursuant to its Judgment of June 13, 2017 (Case No. KLRA 2016-00575. |
| 2015-ACT-012 Sostre Serrano, Samuel<br><br>June 20, 2015 Appeal | Challenge decision by the PRHTA Executive Director reducing Appellant's salary | September 4, 2015- PRHTA filed its Answer to the Appeal | None | October 19, 2016 (vacated) | None | None | None | None |
| 2015-ACT-009 Pérez Carrión, Lourdes<br><br>April 14, 2015 Appeal | Request for Reclassification of Position | May 18, 2015 – PRTH's Answer and Motion to Dismiss | None | None | None | None | None | May 30, 2017 – Appellant requested full hearing |
| 2015-ACT-008 Santiago López, María<br><br>April 9, 2015 Appeal | Wages Claim | August 10, 2015 – PRHTA's Answer to Appeal and dismissal motion request. | None | None | None | None | None | On October 15, 2015 – Petitioner's filed an Opposition to Dismissal Request Motion |

3

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Board has yet to rule on the jurisdictional issue. |
| 2015-ACT-003 Arocho Nieves, José M.<br><br>March 24, 2015 Appeal | Request for Reclassification of Position | April 28, 2015 –PRTH submitted Answer to Appeal and Request for Dismissal for lack of Jurisdiction. | None | None | None | None | June 30, 2015 – The Board denied the request for dismissal, and order the continue of the procedures. | February 10, 2016 – The Appellant filed Motion requesting the Board to schedule a Status Conference Hearing.<br><br>May 30, 2017 – The Appellant filed a Motion requesting the Board to schedule a Status Conference Hearing.<br>May 13, 2015 – Since the Resolution of June 30, 2015 the Board has taken no action in this case. |
| 2015-ACT-002 Morales Olmos, Sonia<br><br>March 18, 2015 | Request for Reclassification of Position | April 15, 2015 - PRHTA's answer to Appeal and motion requesting dismissal filed | None | None | None | None | Pending | February 10, 2016 – Appellant filed Motion requesting the Board to schedule a Status |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appeal | | April 23, 2015 – Resolution of the Board denying Motion for Dismissal<br><br>June 17, 2015 – Motion for Reconsideration filed by PRHTA<br><br>June 30, 2015 – Resolution of the Board denying motion for reconsideration | | | | | | Conference Hearing.<br>May 30, 2017 – Appellant filed Motion requesting the Board to schedule a Status Conference Hearing.<br><br>No further proceedings have been held/scheduled by the Board. |
| 2014-ACT-016<br>Márquez Ruiz, José<br><br>October 22, 2012<br>Appeal | Disciplinary Measure Dispute | Yes.<br>September 7, 2015 PRTH's filed its answer to the Appeal | First Set of Interrogatories by Appellants<br>November 30, 2015 | None | None | None | None | The case is awaiting the setting of a full hearing. |
| 2014-ACT-009<br>Santiago Gelabert, Micky<br><br>May 8, 2014<br>Appeal | Wages Claim | April 14, 2016 – PRHTA's filed its answer to the Appeal | None | May 19, 2016 – Hearing was cancelled due to calendar issue. | None | None | None | May 30, 2017 – Appellant filed Motion requesting the Board to schedule a Status Conference Hearing. |
| 2014-ACT-001<br>Vázquez Velázquez, Janet | Wages Claim | June 1, 2015 – PRHTA's Answer and Motion to Dismiss | None | None | None | None | June 5, 2017 – Resolution: Dismissed for | November 10, 2015- Appellant filed Opposition to |

5

**TABLE 1**
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| January 10, 2014 Appeal | | | | | | | alleged lack of prosecution.<br><br>June 21, 2017 – Appellant filed a Motion for Reconsideration of Dismissal of Appeal | Dismissal Request.<br><br>After determining to consider and take under advisement the request for reconsideration filed by Appellant, the Board |
| 2013-ACT-005 Negrón Vélez, Richard<br><br>July2, 2013 Appeal | Wage and Retirement Pension Claims | Motion to Request Reconsideration of Resolution by Which the Rejection of the Appeal is Ordered November 26, 2013 | None | None | None | A full hearing was scheduled for December 7 2016. It was vacated. | October 29,2013 Final Resolution Dismissing Appeal | The Resolution of Dismissal was appealed first to the PR Court of Appeals which confirmed the same. (Case No. KLRA 2014-000-13) Appellant filed a Certiorari Petition before the Supreme Court of PR. The writ was issued and the dismissal resolution of the Board was reversed by Judgment of October 3, 2016. |

6

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Case No. CC-2014-0887. |
| 2013-ACT-003 Andino Vega, Mildred<br><br>April 29, 2013 Appeal | Challenge of Transfer | December 19, 2013 – PRTH filed its Answer to the Appeal | Sept 27, 2016 – PRTH notified written discovery.<br><br>December 6, 2016 – The Appellant notified its response to discovery of evidence | None | Proposed Pre-trial Order – January 28, 2014<br><br>January 28, 2014 – The Appellant submitted its Pre-trial Report. | None | None | None |
| 2013-ACT-002 Villegas Levis, Noelis<br><br>February 26, 2013 Appeal | Challenge of Transfer | May 13, 2013 – PRHTA's answer to the Appeal. | May 28, 2013- Appellant notified written discovery to PRHTA, The same has not been answered. | None | None | None | None | September 18, 2013 –Appellant filed Motion Requesting a Hearing, and order regarding failure of PRHTA to answer he written discovery<br><br>May 30, 2017 – Appellant filed Request for a hearing, and Order regarding PRHTA's failure |

7

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | to answer discovery. |
| 2012-ACT-068 Santana, Carlos M.

October 30, 2012 Appeal | Wages Claim – Including a claim for a salary differential | December 18, 2013 PRTH filed its Answer to the Appeal. | None | None | None | None | None | None |
| 2012-ACT-063 Rivera Miranda, Alba Iris

October 3, 2012 Appeal | Wage Claim (Claim of salary differential based on additional and extraordinary tasks. | October 18, 2012. PRTH filed its Answer to the Appeal. | November 16, 2012. Discovery notified | Status Conference held on June 6, 2013 | None | None | None | The case is awaiting the setting of a full hearing. |
| 2012-ACT-051 Cruz Martínez, Josué

September 10, 2012 Appeal | Reclassification | October 11, 2012- PRTH filed its Answer to the Appeal. | Parties exchanged Written Discovery- October 10, 2012 and December 14, 2012, respectively. | Conference on the status of procedures May 19, 2016 | None | None | None | None |
| 2012-ACT-050 Torres Carrero, Brenda

September 7, 2012 Appeal | Request for Reclassification of Position | September 24, 2012 Answer to the Appeal | None | None | None | None | None | The case is awaiting the setting of a full hearing. |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2012-ACT-041 Seda Rivera, Ivonne<br><br>August 7, 2012 Appeal | Wages Claim | August 31, 2012 – PRHTA's answer to the Appeal.<br><br>September 7, 2012 – PRHTA's Motion to Dismiss<br><br>November 26, 2012 -  Appellant filed its opposition to Dismissal | September 27, 2012 – Appellant notifies written discovery<br><br>October 17, 2012 – PRHTA's notifies written discovery<br><br>October 19, 2012 – Appellant's Answer to written discovery<br><br>PRHTA has not notified its answer to the written discovery. | November 11, 2012 – status conference<br><br>May 14, 2014 – full hearing scheduled, then vacated. | None | None | May 14, 2013 – Resolution, Board its going to address the request for dismissal during the Full Hearing. | The case is awaiting the setting of a full hearing. |
| 2012-ACT-034 Adorno Esquilin, Milisa<br><br>July 11, 2012 Appeal | Reclassification of Position | August 15, 2012- PRHTA filed its Answer to the Appeal.<br><br>January 12, 2016- PRHTA files a Motion to Dismiss<br><br>March 28, 2016- Appellant files Opposition to Motion to Dismiss | August 17, 2012- PRHTA notifies written discovery.<br><br>November 16, 2012- Appellant notifies answer to written discovery | November 27, 2012- Status Conference<br><br>January 26, 2016- Status conference | None | None | None | Pending resolution of jurisdictional controversy created by the filing of Appellee's motion to dismiss. Stay Order entered on June 20, 2017. |

9

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2012-ACT-028 Lilliam Miranda Cristobal<br><br>June 24, 2012 Appeal | Reclassification of Position | August 17, 2012- PRHTA filed its Answer to Appeal | None | November 13, 2012- Status Conference<br><br>January 25, 2016- Status Conference<br><br>February 9, 2016- Status Conference | March 5, 2013- Proposed Pre-Trial Order (Report) filed | None | None | None |
| 2012-ACT-019 Marrero Figueroa, Evelyn<br><br>May 8, 2012 Appeal | Wages Claim | May 31, 2012 - PRTH filed its Answer to Appeal | June 14, 2012 –PRTH notified written discovery.<br><br>June 28, 2012 – The Appellant notified its answer to written discovery | October 23, 2012<br><br>October 29, 2015– status conference | Joint Proposed Pre-Trial (Report) filed on August 29, 2013<br><br>September 3, 2013- Pre-Trial Conference December 4, 2013 Continuation of Pre-Trial Conference | December 4, 2013<br><br>February 2, 2016 – canceled<br><br>May 30, 2017 – The Appellant filed Motion requesting the Board to schedule a Full Hearing.<br><br>New date pending | | |
| 2012-ACT-012 Marrero Colón, Edgardo<br><br>April 18, 2012 Appeal | Reclassification | Yes May 24, 2012- PRTH Appeal 'answer May 24, 2012 | Discovery – June 4, 2012 July 11, 2012 | Status Conference June 25, 2013. | Pre-Trial Hearing- September 12, 2013 | | | |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | Pre-Trial Hearing-January 9, 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| 2012-ACT-011 Colón Cruz, José<br><br>April 13, 2012 Appeal | Wage Claim | Yes December 3, 2012 Answer to the Appeal PRTH's | Yes. First Interrogatories by PRTHA's December 3, 2012<br><br>Answer to Interrogatories by Appellants July, 17, 2013 | Status Conference January 25, 2016 | Pre-Trial Hearing January 15, 2013 | None | None | None |
| 2012-ACT-010 Ortiz Sanchez, Coraly M.<br><br>April 10, 2010 Appeal | Wages Claim | October 17, 2012 – Answer to de Appeal PRTH's | May 2, 2012 – Petitioner's | December 9, 2015 | None | None | None | None |
| 2012-ACT-005 Domínguez Pérez Javier E.<br><br>March 27, 2012 Appeal | Reclassification of Position | Yes Answer to Appeal May 29, 2012 | First Interrogatories for Appellant May 31, 2012<br><br>Answer to Interrogatories for the Appellant March 7, 2012<br><br>Interrogatories, Document Production Requirements and | Conference on the Status of procedures October 2, 2012<br><br>Status of Procedures January 25, 2016 | Pre-Trial date January 9, 2014<br><br>Pre-Trial date April 8, 2014 | | | |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Admissions by the Appellant for ACT Octoober 31, 2012 | | | | | |
| 2012-ACT-004 Cosme Rivera, Heriberto<br><br>March 19, 2012 Appeal | Request for Reclassification of Position | Yes Answer to Appeal May 25, 2012 | First Interrogatories, Admissions Requirement and Document Production May 31, 2012<br><br>Answer to Interrogatories for Appellant September 12, 2012 | October 2, 2012- Status Conference<br><br>January 25, 2016- Status Conference | Proposed Pre-Trial filed January 15, 2013 | September 19, 2017 (postponed) | None | The case is awaiting the setting of a full hearing. |

12

TABLE 1

**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2011-ACT-040 Ramos Quiles, Edwin<br><br>December 19, 2011 Appeal<br><br>September 21, 2012 Amended Appeal | Reclassification of Position | Motion requesting dismissal July 30, 2012<br><br>October 22,2012 PRHTA filed its Answer to Appeal<br><br>PRHTA has not filed an answer to the Amended Appeal | October 22, 2012- Appellant notified written Discovery (including Interrogatories, Request for Admissions and Production of documents) | August 7, 2013- Status Conference held | None | None | None | None |
| 2011-ACT-028 Carmen E. Serrano Robles<br><br>October 31, 2011 Appeal<br><br>November 28, 2011 Amended Appeal | Claim for the Reinstatement of Vacation Leave Balances discounted by PRHTA and overtime | PRHTA has not filed its answer to the appeal<br><br>Motion to Dismiss by Duplication of Appeals February 2, 2012<br><br>June 1, 2017- PRHTA filed Motion of Reconsideration of Final Partial Resolution<br><br>June 15, 2017- Appellants filed an Opposition to the Motion for Reconsideration PRHTA | None | None | None | None | None | Consolidated case with 2011-ACT-023 Malavé Durant, José THIS EMPLOYEE IS ALSO AN APPELLANT IN CASE NO. 2011-ACT-23 IN WHICH APPELANTS ARE PROSECUTNG THE SAME CLAIM. CASE NO. 2011-023 HAS BEEN SETTLED BUT IS STILL ACTIVE TO A |

13

TABLE 1

**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | DISPUTE REGARDING THE EXTENT OF THE SETTLEMENT |
| 2011-ACT-027 Maria J. Haddock López<br><br>October 31, 2011 Appeal<br><br>Amended Appeal November 28, 2011 | Claim for the Reinstatement of Vacation Leave Balances discounted by PRHTA and overtime | PRHTA has not filed its answer to the appeal<br><br>Motion to Dismiss by Duplication of Appeals February 2, 2012<br><br>June 1, 2017- PRHTA filed Motion of Reconsideration of Final Partial Resolution<br><br>June 15, 2017- Appellants filed an Opposition to the Motion for Reconsideration PRHTA | None | None | None | None | None | Consolidated case with 2011-ACT-023 Malavé Durant, José THIS EMPLOYEE IS ALSO AN APPELLANT IN CASE NO. 2011-ACT-23 IN WHICH APPELLANTS ARE PROSEUTING THE SAME CLAIM. CASE NO. 2011-23 HAS BEEN SETTLED BUT IS STILL ACTIVE TO A DISPUTE REGARDING THE EXTENT OF THE SETTLEMENT |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2011-ACT-023<br>Malavé Durant, José<br><br>October 17, 2011<br>Appeal<br><br>November 28, 2011<br>Amended Appeal | Claim for the Reinstatement of Vacation Leave Balances discounted by PRHTA and overtime | PRHTA has not filed its answer to the appeal<br><br><br>June 1, 2017- PRHTA filed Motion of Reconsideration of Final Partial Resolution<br><br>June 15, 2017-<br>Appellants filed an Opposition to the Motion for Reconsideration PRHTA | None | None | None | None | May 11, 2017<br>Final Partial Resolution and Order. PRHTA filed a Motion for Reconsideration that was opposed by Appellants. | On December 16, 2016 the parties filed an Informative Motion Regarding Settlement of the claim reached with three Appellants. Under the terms of the settlement the same conditions and resolution should be extended to the other Appellants. |
| 2009-ACT-015<br>Griselle Meléndez Maldonado, Golberto Robles Álvarez y Arnaldo Ruiz Ruiz (formerly Myrna Santiago Rodríguez and others)<br><br>June 2, 2009<br>Appeal | Wages Claim<br>(Claim of Merit Salary Increases) | October 2, 2013-<br>PRHTA filed its Answer to the Appeal<br><br>June 5, 2017<br>Motion in Compliance with Order to Show Cause and in opposition to dismissal of appeal | None | June 12, 2013-<br>Status Conference | None | None | Partial Resolution May 1, 2012 (dismissing Appeal as to some of the original Appellants)<br><br>May 13, 2013<br>Final Partial Resolution- (dismissing Appeal as to some of the original Appellants) | The Board has not rule on the Motion to Show Cause filed by Appellants on June 5, 2017. |

15

TABLE 1

**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | May 17, 2017- Order to Show Cause Why the Appeals should not be dismissed for Lack of Prosecution | |
| 2009-ACT-006 Juan A. Sánchez Álamo<br><br>January 15, 2009 Appeal | Wages Claim (Claim of Merit Salary Increases) | March 5, 2010-PRHTA filed its Answer to the Appeal<br><br>March 7, 2010. PRHTA filed Motion of Dismissal for lack of jurisdiction-<br><br>July 15, 2010- Motion in Opposition to Request for Dismissal- | PRHTA notified written discovery November 7, 2014-<br><br>November 7, 2014- Appellant notified its Answer to Interrogatories | June 6, 2013, November 7, 2014- Status Conferences held | None | None | None | None |
| 2008-ACT-062 Quirindongo Díaz Orlando<br><br>December 18, 2008 Appeal | Classification and Retribution Plan | May 30, 2013- PRHTA filed its Answer to the Appeal | None | August 4, 2013 Status Conference | Joint Proposed Pre-Trial filed December 16, 2013 | None | None | None |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2008-ACT-061 Colón Cruz, José A.<br><br>December 12, 2008 Appeal | Wages Claim (Claim of Merit Salary Increase) | January 8, 2009 PRHTA filed its Answer to Appeal<br><br>October 27, 2012-Appellee filed Motion Requesting Dismissal and/or Summary Judgment<br><br>May 8, 2013—Appellants filed their Opposition to Motion Requesting for Dismissal | None | None | Pre-Trial Conference scheduled for January 9, 2013) (vacated) | None | None | The Board has not ruled on the motion to dismiss filed by the PRHTA nor the opposition filed by Appellants |
| 2008-ACT-023 Miranda Pérez, Lizbeth<br><br>September 15, 2008 Appeal | Wages Claim (Claim of Merit Salary Increase) | October 6, 2008 – PRHTA's Answer to the Appeal<br><br>March 21, 2012 – Petitioner 's filed a Summary Judgment Motion.<br><br>September 26, 2012 – PRTH filed a Summary Judgment Motion. | January 29, 2009 – PRHTA<br><br>March 16, 2010 – Appellant | June 15, 2011 - Status conference<br><br>August 10, 2011- Joint Proposed Pre-Trial Report filed Pre–Trial Conference held<br><br>August 12, 2011- Continuation of PT Conference held and concluded | None | October 26, 2011 – The Parties stipulated the documentary evidence and were required to present a Summary Judgment Motion.<br><br>May 15, 2013 – argumentative hearing. Settlement agreement possibility. | None | None |
| 2008-ACT- 058 Hernández Correa, Felix<br><br>November 14, 2008 | Wages Claim (Claim of Merit Salary Increases) | June 11, 2013- PRHTA filed its Answer to Appeal<br><br>Motion to Dismissal September 15, 2015 | None | December 3, 2013- Argumentative hearing | May 18, 2016 Joint Proposed Pre-Trial Order filed | The Pre-Trial Conference was set for September 7, 2017 (vacated | None | December 9, 2015 The Board issued resolution denying the motion to dismiss |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Appeal<br><br>Amended Appeal<br>December 18, 2008 | | Opposition Motion to Dismissal<br>October 27, 2015 | | September 23, 2015- Status Conference held | | due to stay order issued on June 12, 2017. | | |
| 2008-ACT-008<br>Martínez Matos, Aramis<br><br>March 28, 2012<br>Appeal | Claim of Payment of Employer's Contribution to the Retirement Account | Yes<br>Answer to the Appeal<br>October 9, 2012<br><br>Argumentative Memorandum<br>Appellant- February 5, 2016<br>Appellees' PRTH<br>April 18, 2016.<br><br>Stipulations of Fact<br>December 12, 2015.<br><br>Solicitud de Reconsideración<br>PRHT's<br>February 21, 2017 | First Interrogatories<br>PRHT's<br>October 5, 2012 | None | None | September 17, 2015<br>September 25, 2015<br>December 10, 2015<br>January 30, 2015 | Final Resolution<br>January 30, 2017 | This an appeal based on Appellant's claim that PRTH did not make the payments to the Public Employees Retirement System Administration corresponding to the full salary that Appellant was earning including a wage differential he was being paid for interim functions. Because the Appellant was retired by the time the claim was filed, the same was filed at the Court of First Instance San Juan, Part. Case No. KAC 2009-1117 |

TABLE 1

**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | The Court entered a summary Judgment dismissing the claim. The Appellant then filed an appeal before the Puerto Rico Court of Appeals which reversed the ruling for lack of jurisdiction of the Court of First Instance and forwarded the case to the PRTH's Appeal Board. KLRA 2011-1581 |
|---|---|---|---|---|---|---|---|---|
| 2005-ACT-011 Borges Martínez, Nancy; Alvarado Iglesias, Pedro A.; De la Peña Saleta, Alejandro; Carreras González, Santiago J.; Alvarado Cartagena Héctor; Torres Díaz, Sonia N. | Wages Claim (Salary increases based on Merit) | November 17, 2005 – PRHTA filed its Answer to Appeal

May 16, 2007 – The Appellant filed Motion requesting the Board to schedule a Status Conference Hearing.

August 16, 2007 – Amended Appeal was filed. | October 8, 2007 – Appellants notified written discovery.

November 27, 2007 – PRTH files objections to the discovery.

Discovery was concluded in consideration of the settlement agreement. | August 8, 2007– Status Conference held

October 10, 2007 – Continuation of Status held

November 29, 2007 – Pre-Trial Conference held | November 29, 2007 – Pre-Trial Conference held

November 29, 2007 – Joint Pre-Trial Report Filed. | June 18, 2008 – During the Full Hearing, the parties informed they had reached a settlement agreement with the following appellants: Nancy Borges Martínez, Sonia N. Torres Díaz, Pedro A. | October 7, 2008– Board acknowledged that there is a settlement agreement with almost all the appellants.

May 23, 2012 – Resolution and Order by which the Appellant | June 18, 2008-The parties informed hey had reached a settlement agreement with the following appellants: Nancy Borges Martínez, Sonia N. Torres Díaz, Pedro A. Alvarado Iglesias, Alejandro de la Peña Saleta y |

19

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| August 8, 2005 Appeal | | September 19, 2007 - PRTH submitted Answer to Amended Appeal. | | May 8, 2013 - Status Conference in which the PRTH expressed that the agreement was not perfected because the signature of the Executive Director was missing. The Board granted PRHTA 30 days to obtain the signature of the Executive Director or in its defect, to state the specific reasons for not honoring the settlement agreement. | | Alvarado Iglesias, Alejandro de la Peña Saleta y Santiago J. Carreras Santiago. | was ordered to show cause why its appeal should not be dismissed due to lack of prosecution.<br><br>June 6, 2012 – Appellant files motion to show cause.<br><br>March 18, 2013 - Resolution and Order for the PRTH to comply within a period of 30 days as ordered on April 21, 2010 and report whether the payment was made to Appellants.<br><br>June 5, 2013 - PRTH filed Motion on Request for Reconsideration stating that the Board lacked jurisdiction to | Santiago J. Carreras Santiago.<br><br>Only the claim of Héctor Alvarado Cartagena remains active.<br><br>In May 16, 2007, the Appellant filed Motion requesting the Board to schedule a Status Conference Hearing.<br><br>The Appellants have not filed the Motion for Voluntary Dismissal because PRHTA has not certified the payment to Appellants corresponding as per the agreement. |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | enter into the merits of any dispute regarding a draft settlement agreement, its signature and its compliance.<br><br>May 30, 2017 – Resolution and Order requiring the PRHTA to indicate whether or not settlement agreement exists. | |
| 2005-ACT-002<br>Aponte Rivera, Gonzalo<br><br>February 10, 2005<br>Appeal | Wage Claim | Yes.<br>Answer to the Appeal June 2005 | None | None | None | None | None | Equal treatment claim in the bonus grant. |
| 2004-ACT-122<br>Aponte Rivera, Gonzalo<br><br>September 21, 2004<br>Appeal | Wage Claim | Yes.<br>Answer to the Appeal November 8, 2004 | First Interrogatories notified PRHTA May 18, 2010 | February 14, 2005<br>Status Conference<br><br>Status Conference June 13, 2007<br><br>Status Conference Abril 28, 2010 | Joint Pre-Trial Conferences September 7, 2011 | None | None | Claim for equal treatment in the granting of wage increases. |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Status Conference October 20, 2010<br><br>Status Conference November 17, 2010<br><br>Status Conference June 29, 2011 | | | | |
| 2004-ACT-095 Tamaris Vargas, Celia et al.<br><br>Original Appeal August 2004<br><br>October 6, 2004 Amended Appeal<br><br>Other Appellants or Cases consolidated:<br><br>Alvarado Cartagena, Héctor Arroyo Rosario, Javier | Claims arising from the implementation of the 2003 Classification and Retribution Plan | November 18, 2004 – PRHTA's Answer to Amended Appeal<br><br>February 18, 2005 – PRHTA filed motion requesting the consolidation of various appeals that are interrelated.<br><br>September 11, 2009 – PRHTA notifies a second set of interrogatories | August 25, 2009 – PRHTA notifies discovery | October 6, 2004 – Status conference<br><br>February 4, 2005 – hearing<br><br>February 25, 2009 – Pre-Trial Conference<br><br>June 17, 2009 - status conference<br><br>June 6, 2012 – status conference | None | None | May 2005 – consolidated<br><br>December 21, 2011 -  Order to show cause<br><br>May 30, 2017 – Order to Show Cause<br><br>June, 2017 – PROMESA | June 6, 2013 Important Note: During the course of the proceedings, the Board has used different captions belonging to several of the cases that were consolidated. The cases have been consolidated under case number 2004-ACT-095. |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Román Tejera, Gustavo Colón Correa, Isaac Céspedes Gómez, Carlos Nazario Fabre, Andrés Velázquez Muñoz, Héctor Cordero Quiñones, Ángel Maldonado Soto, Iván Travieso Figueroa, Ariel Morales Martínez, Rafael | | | | | | | | |
| 2004-ACT-088 Irizarry Torres, Nemesio & others Hernández Morales, Carmelo Valentín Torres, Ricardo C.  December 22, 2004 Appeal (consolidated 2005) | Claims arising from the implementation of the 2003 Classification and Retribution Plan | None | August 25, 2009 - PRTH notified written discovery | September 6, 2017 – status conference vacated. | None | None | None | None |

**TABLE 1**
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2004-ACT-078 Vélez Vélez, Sonia<br><br>October 19, 2004 Amended Appeal | Claims arising from the implementation of the 2003 Classification and Retribution Plan | None | July 7, 2005 – Appellant notified written discovery | August 23, 2004– Status conference<br><br>October 20, 2004 – Hearing<br><br>March 2, 2005 – hearing<br><br>December 6, 2004 – PT Conference April 18, 2007 – status conference<br><br>August 27, 2008 – argumentative hearing<br><br>April 14, 2010 – status conference | December 3, 2004 – Proposed Pre-Trial Report Filed<br><br>May 23, 2007 – Amended PPTO Filed | March 25, 2009 – canceled (PRHTA without legal representation) | None | May 25, 2010 – Petitioner in a termination process |
| 2004-ACT-049 Consolidated Cases Colón Correa, Isaac<br><br>2004-ACT-053 Da Silva Oliveros, Eduardo 2004-ACT-057 Céspedes, Gómez, Carlos 2004-ACT-058 | Claim arising from 2003 Classification and Retribution Plan Claim for loss of tenured position's relative hierarchy, erroneous classification and erroneous assignment of compensation on the salary scales | Yes. | None | None | None | None | None | None |

24

**TABLE 1**
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nazario Fabré, Andrés 2004-ACT-059 Velázquez Muñoz, Héctor 2004-ACT-061 Cordero Quiñones, Luis A. 2004-ACT-062 Maldonado Soto, Iván | | | | | | | | |
| 2003-ACT-023 Ruiz Alvarez, Jorge A. Rivera Álvarez, Cruz Negrón Vélez, Richard Rossy San Miguel, Enrique June 30, 2003 Appeal September 17, 2003 Amended Appeal | Claim arising form 2003 Classification and Retribution Plan | None | None | Status Conference August 27, 2003 Status Conference October 2, 2003 | None | None | None | The case is awaiting the setting of a full hearing. |

25

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2003-ACT-113 - 2005-ACT-015 – Vega López, William<br><br>2003-113<br>December 29, 2003-Appeal<br><br>2005-015<br>November 29, 2005 Appeal | Claim arising from 2003 Classification an Retribution Plan | March 9, 2004 – PRHTA's answer<br><br>August 24, 2004 - PRHTA's amended answer<br><br>2005-0014<br>November 29, 2005 Petition Filed<br><br>April 18, 2006<br>PRHTA's amended answer | June 14, 2003 Appellant notified written initiated discovery | November 29, 2007 – PT conference<br><br>June 25, 2008 – PT conference | September 22, 2003 – Filed<br><br>November 12, 2004- Pre-Trial Motion amended<br><br>September 22, 2010-Pre Trial Motion amended. | Full Hearing was scheduled for September 14, 2017, but cancelled due to lack of legal representation of the PRHTA. | None | Appellant's different claims were consolidated in November 29, 2007 |
| 2003-ACT-106 Ramos Camacho, Ramón<br><br>December 16, 2003 Appeal<br><br>May 23, 2005 Amended Appeal | Claim arising from the implementation of the 2003 Classification and Retribution Plan | No answer to the Appeal nor the Amended Appeal was found in the file. | May 23, 2005 PRHTA notifies written discovery (First Interrogatories and Request for Production of Documents) | Status Conferences held on November 11, 2002, January 21, 2005 March 14, 2005, June 16, 2004 September 8, 2005 and June 6, 2012. | June 6, 2005 Joint Proposed Pre-Trial Order filed<br><br>Pre-Trial Conference held on June 20, 2005 | The full evidentiary hearing has been scheduled on the following dates: January 14, 2014, February 27, 2014, October 6, 2015 | None | None |

26

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | The case is pending resolution of the Board after the full hearing was held. |
| 2003-ACT-068 Stella Diaz, Irma A.  October 23, 2003 Appeal | Claims arising from the implementation of the 2003 Classification and Retribution Plan | August 17, 2012- PRTHA filed its Answer to Appeal | December 19, 2012. Appellant notifies her Answer to Interrogatories notified by PRHTA | October16, 2013- Status Conference | Pre-Trial Conference scheduled for February 2, 2005 (postponed) | None | None | None |
| 2003-ACT-097 Pérez Guillermety, Irma Appeal December 5, 2003 | Claims arising from the implementation of the 2003 Classification and Retribution Plan (Error in Classification of Position held by Appellant) | April 12, 2004 Answer to Appeal | None | Status Conferences held September 6, 2017, June 21, 2004, August 18 2004 | None | None | None | None |
| 2003-ACT-100 Hernández Martínez, Aarón Appeal December 8, 2003  Amended Appeal May 23, 2000 | Claims arising from the implementation of the 2003 Classification and Retribution Plan | None | First Interrogatories and Request for Production of Documents March 16, 2005  First Interrogatories notified by PRHTA  Answer to Interrogatories notified by PRHTA | Status Conferences held on June 16, 2004, December 8, 2004, November 17, 2004, January 21, 2005, March 14, 2005, April 25, 2005 | December 19, 2013 Joint Proposed Pre-Trial Order filed  Pre-Trial Conference scheduled for August 20, 2013 | June 5, 2014  October 31, 2014  September 29, 2015  December 17, 2015 | None | Last year the Appellant died. |

27

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | Answer to Interrogatories by Appellant June 6, 2013 | May 30, 2012, September 19, 2012, November 25, 2013 | | | | |
|---|---|---|---|---|---|---|---|---|
| 2002-ACT-018 2002-ACT-019 William Rosado Santiago et al August 28, 2002 | Claim for equal treatment in the grant of productivity bonuses by all management employees who were members of the Association of Managerial Employees as of filing date (522 appellants). | August 18, 2011 Motion for Partial Dismissal of the Claims filed by some of the appellants who resigned to their positions at the PRTH to obtain the benefits of an early retirement program pursuant to Law 70 of 2011. | None | None | None | None | Final Partial Resolution September 27,2011 dismissing the appeal of the following Appellants: José Raimundí Rivera Oscar Olmeda Mercado Joaquín Class Rodríguez José R. Trinidad Cañuelas Eduardo Santiago Miranda Luis M. Sánchez Casanova Ramón Adrián Suárez | None |

28

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Edgardo San Miguel | |
| | | | | | | | Carlos J. Cruz Carrasco | |
| | | | | | | | Noel López Torres | |
| | | | | | | | Blanca l. Alicea Medina | |
| | | | | | | | Daisy l. Juarbe Toledo | |
| | | | | | | | Meralys Ramos Delgado | |
| | | | | | | | Marta A. López Padilla | |
| | | | | | | | Ramonita Álamo Aguayo | |
| | | | | | | | Deliris Ramos | |
| | | | | | | | Edna Benítez Delgado | |
| | | | | | | | Beverly González Galloza | |
| | | | | | | | Karen Lee Gumbe Santana | |
| | | | | | | | Félix D. Hernández Santiago | |
| | | | | | | | José J. Latalladi Disdier | |
| | | | | | | | Mayda E Avilés Traverso | |
| | | | | | | | Isaura Rivera Galloza | |

29

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Milagros Miranda Lloréns | |
| | | | | | | | Celeste Quesada Rodríguez | |
| | | | | | | | Benjamín Soto Peña | |
| | | | | | | | José R. Dávila Soto | |
| | | | | | | | Sandra Rivera Marrero | |
| | | | | | | | Reginald Ledain Gentillon | |
| | | | | | | | Santiago L. Burgos Rolón | |
| | | | | | | | José L. Bayala Rodríguez | |
| | | | | | | | José E. Borges Núñez | |
| | | | | | | | Vanessa M. Bosques Colón | |
| | | | | | | | Iraida Ortíz León | |
| | | | | | | | Evelyn S. Colón Berlingeri | |
| | | | | | | | Maritza Giol Torres | |
| | | | | | | | Nilsa Muñoz Muñoz | |
| | | | | | | | Marilú De la Cruz Montañez | |
| | | | | | | | Carmen Rivera Santana | |
| | | | | | | | Primitiva Santaella Díaz | |

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Nancy l. Martínez Suárez Briseida Merced Acevedo Orlando Almodóvar López Nancy Borges Martínez Rosa Rivera Acevedo Fabián Delgado Aponte Rafael Luna Díaz Iris N. Quiñones Vicente William Hernández Vázquez Marisol Esteves Pérez | |
| 1997-ACT-005 Negrón Padilla, José A.  April 29, 1997 | Wages Claim based on PR Law 96-1956 (repealed and replaced by Law 180-1998) providing double penalty payment on unexhausted excess of vacation leave balances (filed in behalf of more than 300 managerial employees who belonged to the Association of Managerial Employees as of | July 24, 1997 PRTHA filed its Answer to Appeal | None | Status Conferences held on: February 29, 2000, Abril 16, 2003, November 1, 2003, November 25, 2013 | None | None | None | The PR Court of Appeals reversed an interlocutory decision dismissing the claim of case of most Appellants. See, *José Negrón Padilla et al. vs. Autoridad de Carreteras y* |

**TABLE 1**
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | the date of the filing of the Appeal | | | | | | *Transportación*, 2002TCA2468; Judgment entered, October 9, 2002 |
|---|---|---|---|---|---|---|---|

## TABLE 1
## Puerto Rico Highway and Transportation Authority Appeals Board
## (Active Cases that have been stayed pursuant to PROMESA Title III proceedings,
## No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1994-ACT-056 Morales, Ángel, Et Al. | Classification and Retribution 2003 Plan Wage Claim | None | Concluded | None | None | None | November 3, 2014 | The PRHTA has not certified the-payment to the appellants. |
| 1994-ACT013 Osvaldo Acevedo Acevedo, Et Al. <br><br> March 4, 1994 Appeal | Wages Claim (Case of 138 appellants, some already deceased, related to the claim of payment of ½ extra hour worked daily by employees of construction projects who worked 8 hours unlike office employees who worked 71/2 hours a day.) | None | Concluded | None | None | January 31, 2016, | Final Resolution of the Board January 31, 2016 ordering PRHTA to perform computation of the time worked by Appellants in excess of 7½ hours daily and pay the overtime compensation owed to Appellants within thirty (30) days of the notice of the Resolution. | PRHTA has never complied with orders to provide information about time worked by the Appellants. |

33

TABLE 1
**Puerto Rico Highway and Transportation Authority Appeals Board**
**(Active Cases that have been stayed pursuant to PROMESA Title III proceedings,**
**No. 17 BK 3283-LTS US District Court for the District of Puerto Rico)**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2008-ACT-042<br>Virella Reyes, Deliz<br><br>No information available insofar she is no longer represented by the attorneys for the Managerial Employees Association who represent Movants in case | Reinstatement of Balances of Sick Leave | | | | | | |
| 2009- ACT-016<br>Virella Reyes, Deliz<br><br>No information available insofar she is no longer represented by the attorneys for the Managerial Employees Association | Reclassification | | | | | | |

34