# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO <br><br> AS REPRESENTATIVE OF <br><br> THE COMMONWEALTH OF PUERTO RICO <br><br> DEBTOR | PROMESA <br> TITLE III <br><br> NO. 17 BK 3283-LTS |

**MOTION REQUESTING THE COURT TO ELIMINATE THE UNDERSIGNED ATTORNEY'S NAME FROM THE MAILING AND NOTICE LIST OF THIS CASE**

**TO THE HONORABLE COURT:**

COMES NOW Karen Odalys Fuentes Rivera, Luis Iván Fuentes Vázquez, y Carmen Iris Rivera Cosme (hereinafter collectively "Movants"), through the undersigned counsel and very respectfully move the Court as follows:

1. On March 14, 2018 the appearing party filed a motion requesting the lifting of the automatic stay in order to be able to file a voluntary dismissal in the Puerto Rico State Court in civil case number E DP2016-0075. (D.E. 2714).

2. On April 6, 2018 this Honorable Court granted movants' petition. (D.E. 2857).

3. Neither the herein party nor the undersigned attorney have any other matter under consideration of this Honorable Court.

WHEREFORE, Movants respectfully request from this Honorable Court to eliminate the undersigned attorney's name from the notice and mailing list of this case.

I HEREBY CERTIFY that the forgoing document was filed with the Clerks of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico this 12th day of April, 2018.

**/s/Luis E. Fusté Lacourt**
USDC No. 221403
IGARTÚA & FUSTÉ
LAW OFFICES
P.O. Box 194921
San Juan, PR 00919
TEL: (787) 753-7753
luis.fuste@gmail.com