**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | NO. 17-BK-3283 (LTS)<br><br><br><br>PROMESA TITLE III |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that the certified class of Plaintiffs and the representatives of the class Samuel Gracia Gracia, Esq. and Jorge Plard (collectively, the "Movants") in the above-captioned matter, hereby appeal to the United States Court of Appeals for the First Circuit from the <u>Memorandum Order Granting in Part and Denying in Part Motion Requesting Relief from Stay Under Section 362(D)(1) of the Bankruptcy Code (Docket Entry No. 2434)</u> entered in the United States Bankruptcy District Court of the District of Puerto Rico on April 6, 2018, **ECF No. 2858**, which denied in part (as to obtaining payment) Movants motion of Lift of Stay imposed by the Puerto Rico Oversight, Management, and Economic Stability Act, Pub. L. No. 114-187, 130 Stat. 549. A copy of this <u>Memorandum Order</u> is attached hereto.

The appellees in this matter and their respective attorneys are as follows:

<u>Commonwealth of Puerto Rico:</u>

Wanda Vázquez Garced
Secretary of Justice
Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Phone: 787-721-2940

| | |
|---|---|
| Wandymar Burgos Vargas<br>Deputy Secretary in Litigation<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: 787-721-2940 Ext. 2500<br>wburgos@justicia.pr.gov | Claudia A. Juan García<br>Fiscal Auxiliar III<br>Department of Justice<br>P.O. Box 9020192<br>San Juan, Puerto Rico 00902-0192<br>Phone: (787) 721-2900, ext. 2603<br>cjuan@justicia.pr.gov |

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, April 13, 2018.

| | |
|---|---|
| s/ Antonio J. Amadeo Murga<br>USDC-PR No. 110103<br>A.J. AMADEO MURGA LAW OFFICES<br>1225 Ponce de León, Ave.<br>Ste. 904<br>San Juan, PR 00907<br>Tel. (787)764-0893<br>ajaamadeo@gmail.com | s/ Mario M. Oronoz Rodríguez<br>USDC-PR No. 120606<br>ORONOZ & ORONOZ<br>Urb. Torrimar, K-4 Bambú St.<br>Guaynabo, PR 00966-3109<br>Tel. (787)294-5255<br>mmo@oronozlaw.com |