# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**SECOND SUPPLEMENTAL JOINT STATUS REPORT OF MOVANTS AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, INTERNATIONAL UNION, AND SERVICE EMPLOYEES INTERNATIONAL UNION AND RESPONDENTS FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO AND PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY WITH RESPECT TO THE JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING <u>DISCOVERY UNDER BANKRUPTCY RULE 2004</u>**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

Movants American Federation of State, County and Municipal Employees International Union, AFL-CIO (AFSCME), American Federation of Teachers, AFL-CIO (AFT), and Service Employees International Union (SEIU), on behalf of themselves, their local affiliates in Puerto Rico and their members (collectively, the "Unions"),[1] and the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Oversight Board as the Commonwealth's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with the Oversight Board and the Commonwealth, the "Respondents"),[3] respectfully submit this second supplemental joint status report in response (1) to the Court's March 19, 2018 Order Related to the Unions' Joint Motion for an Order Authorizing Discovery Under Bankruptcy Rule 2004 (the "March 19 Order") [ECF No. 2768] and (2) to supplement the Parties' prior supplemental joint status report filed on March 28, 2018 (the "Report") [ECF No. 2823]. The March 19 Order requests that the Parties meet and confer regarding a revised hearing date and proposed briefing schedule in connection with the Unions' Joint Motion for an Order Authorizing Discovery Under Bankruptcy Rule 2004 (the "Motion"). Subsequent to entry of the March 19 Order, the Parties: (1) met and conferred; (2) filed an initial joint status reports on March 22, 2018 in accordance with the March 19, 2018 Order; and (3) filed the Report (which amended the March 22, 2018 initial joint status report).

---

[1] International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW) was a party to the Unions' Motion (as defined herein) but has decided to withdraw from the Motion.

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

[3] The Movants and Respondents are collectively referred to as the "Parties."

Pursuant to the March 19 Order and as set forth in the Report, the Parties hereby supplement the Report as follows:

1. <u>Hearing Date</u> – A hearing on the Motion is scheduled for May 23, 2018 in Boston, Massachusetts. The Parties continue to meet and confer in regard to the Motion and may request an adjournment of the May 23, 2018 hearing date in the event the Parties are moving towards a consensual resolution of the Motion.

2. <u>Meet and Confer</u> – As noted in the Report, the Parties met on Friday, March 23, 2018 in Puerto Rico to discuss certain items of concern to the Unions. The Parties are continuing their discussions in regard to the Motion and are currently negotiating the terms of a protective order in connection with any information requested through the Motion.

3. <u>Briefing Schedule</u> – In the event the Parties cannot resolve or come to an agreement in regard to the Motion, the Parties shall further supplement this Report by no later than April 27, 2018. The further supplemental report may include (1) a proposed briefing schedule and (2) an adjournment request of the May 23, 2018 hearing date (if necessary).

Dated: April 13, 2018

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Sharon L. Levine*
Sharon L. Levine *(pro hac vice)*
Dipesh Patel *(pro hac vice)*
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)

-and-

*/s/ Judith E. Rivlin*
**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES**
Judith E. Rivlin *(pro hac vice)*
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)

-and-

2

        */s/ Manuel A. Rodriguez Banchs*
        Manuel A. Rodriguez Banchs
        P.O. Box 368006
        San Juan, Puerto Rico 00936-8006
        (787) 764-8896 (Telephone)
        (787) 721-0975 (Facsimile)

        *Attorneys for the American Federation of State, County and Municipal Employees*

        **STROOCK & STROOCK & LAVAN LLP**

By:   */s/ Curtis C. Mechling*
        Curtis C. Mechling *(pro hac vice)*
        Sherry Millman *(pro hac vice)*
        180 Maiden Lane
        New York, New York 10038-4982
        (212) 806-5400 (Telephone)

        -and-

        José Luis Barrios-Ramos, Esq.
        McLeary Ave., Suite #303
        San Juan, Puerto Rico 00936-8006
        (787) 593-6641

        *Co-counsel to the American Federation of Teachers, AFL-CIO*

        **COHEN, WEISS AND SIMON LLP**

By:   */s/ Richard M. Seltzer*
        Richard M. Seltzer *(pro hac vice)*
        Peter D. DeChiara *(pro hac vice)*
        Hiram M. Arnaud *(pro hac vice)*
        900 Third Avenue
        New York, New York 10022-4869
        (212) 563-4100 (Telephone)

        *Counsel to Service Employees International Union*

**O'MELVENY & MYERS LLP**

By:    */s/ Suzzanne Uhland*
        John J. Rapisardi *(pro hac vice)*
        Suzzanne Uhland *(pro hac vice)*
        Peter Friedman *(pro hac vice)*
        7 Times Square
        New York, NY 10036
        (212) 326-2000

        -and-

        Elizabeth L. McKeen *(pro hac vice)*
        610 Newport Center Drive, 17th Floor
        Newport Beach, CA 92660
        (949) 823-6900

        *Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

**MARINI PIETRANTONI MUÑIZ LLC**

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

**PROSKAUER ROSE LLP**

By:    */s/ Martin J. Bienenstock*
        Martin J. Bienenstock (*pro hac vice*)
        Timothy W. Mungovan (*pro hac vice*)
        Paul V. Possinger (*pro hac vice*)
        Ehud Barak (*pro hac vice)*
        Eleven Times Square
        New York, NY 10036
        Tel: (212) 969-3000

        *Counsel for the Financial Oversight and Management Board and the Financial Oversight*

4

        *and Management Board as representative for the Debtor*

        **O'NEILL & BORGES LLC**

By: */s/ Hermann D. Bauer*
   Hermann D. Bauer
   USDC No. 215205
   250 Muñoz Rivera Ave., Suite 800
   San Juan, PR 00918-1813
   Tel: (787) 764-8181

   *Co-Counsel for the Financial Oversight and Management Board and the Financial Oversight and Management Board as representative for the Debtor*

5