# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

     Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## **ORDER**

     This matter is before the Court on the second supplemental joint status report of

Movants and Respondents (Dkt. No. 2899) (the "Second Status Report") related to the *Joint*

*Motion by the American Federation of State, County and Municipal Employees, AFL-CIO*

*(AFSCME), American Federation of Teachers, AFL-CIO (AFT), International Union, United*

*Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW), and*

*Service Employees International Union (SEIU) for an Order Authorizing Discovery Under*

*Bankruptcy Rule 2004 (Dkt. No. 2595)* (the "Motion").  As requested, the parties to the Motion

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

shall supplement the Second Status Report on or before **April 27, 2018**.

This order resolves Dkt. No. 2899.

      SO ORDERED.

                                   / s / Judith Gail Dein
                                   Judith Gail Dein
                                   United States Magistrate Judge

DATED: April 13, 2018