UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------x

In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of                                        No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                    (Jointly Administered)
et al.,

                Debtors.[1]

---------------------------------------------------------x

ORDER DENYING URGENT MOTION TO STAY RELIEF (DOCKET ENTRY NO. 2888)

On April 10, 2018, Heriberto Nieves Dominguez (the "Movant") filed an *Urgent Motion to Stay Relief* (the "Motion"). (Docket Entry No. 2888.) Movant, who appears to be under the impression that the Commonwealth did not consent to any relief from the automatic stay in connection with the pre-motion communications required by the Case Management Order, seeks relief from the automatic stay to continue a lawsuit captioned Heriberto Nieves Dominguez v. Commonwealth of PR, et al., Case No. 16-2878, (the "Lawsuit"), pending before the District Court for the District of Puerto Rico (the "District Court"), that was filed by Movant against the Commonwealth, agencies and officials of the Commonwealth. However, on March 12, 2018, the Commonwealth filed an informative motion in the Lawsuit that included a stipulation with Movant, dated as of February 9, 2018, modifying the automatic stay to permit the Lawsuit to proceed to entry of judgment only with respect to the reclassification issue. (Case No. 16-2878, Docket Entry No. 79.) On April 11, 2018, the District Court issued a text order setting a status conference for May 2, 2018 at 11:00 a.m. (Case No. 16-2878, Docket Entry No. 80.) In light of the filing of the stipulation modifying the automatic stay and the District Court's resumption of proceedings in the Lawsuit, the Motion is denied as moot.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The order resolves docket entry 2888 in Case No. 17-3283.

SO ORDERED.

Dated: April 13, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy mailed to:
Heriberto Nieves Dominguez
Complejo Correccional Guayama
Axexo 296, Edif. 1-D #053
P.O. Box 10005
Guayama, P.R. 00785