# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE:  April 16, 2018**

**BK #:**  17-BK-3283-LTS

**Related Cases:** 3:02-1179 (GAG)

**Prior USCA Case #:** N/A

**APPEAL FEE PAID:**          YES __X__      NO ____

**CASE CAPTION:** THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of The Commonwealth of Puerto Rico, et al.

**IN FORMA PAUPERIS:**      YES ____      NO __X__

**MOTIONS PENDING:**        YES ____      NO __X__

**NOTICE OF APPEAL FILED BY:** Gladys Garcia-Rubiera; certified class of Plaintiffs and the representatives of the class Samuel Gracia Gracia, Esq. and Jorge Plard.

**APPEAL FROM:**          **Mamorandum & Order entered on 4/06/2018.**

**SPECIAL COMMENTS:**      **Copies of original documents**

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**DOCUMENTS:**

**VOLUMES:**

**Docket  Entries    2858, 2897, 2907**                                                                 **I**

I HEREBY CERTIFY  that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #: _____
s/c:  CM/ECF Parties, Appeals Clerk