UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | |

---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) FROM UNIONS' JOINT MOTION FOR AN ORDER AUTHORIZING DISCOVERY UNDER BANKRUPTCY RULE 2004 [ECF NO. 2595]**

1. On February 27, 2018, the American Federation of State, County and Municipal Employees, American Federation of Teachers, International Union, United Automobile Aerospace and Agricultural Implement Workers of America (UAW) ("UAW"), and Service Employees International Union filed a joint motion for an order authorizing discovery under Bankruptcy Rule 2004 (the "Motion") [ECF No. 2595].

2. The UAW hereby gives notice of its withdrawal from the Motion.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Respectfully submitted,

Dated: April 18, 2018

/s/ *Peter D. DeChiara*

Richard M. Seltzer
Peter D. DeChiara
Hiram M. Arnaud
Cohen, Weiss and Simon LLP
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 356-0216
rseltzer@cwsny.com
pdechiara@cwsny.com
harnaud@cwsny.com

/s/ *Miguel Simonet Sierra*

Miguel Simonet Sierra
USDC # 210101
MONSERRATE SIMONET &
GIERBOLINI
101 San Patricio Ave., Suite 1120
Guaynabo, PR 00968
Tel.: (787) 620-5300
Fax: (787) 620-5305
msimonet@msglawpr.com

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of April 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify all counsel of record and caused to be mailed or emailed a copy, as provided in the Court-approved Case Management Procedures in this case.

Dated: April 18, 2018 /s/ Peter D. DeChiara
Peter D. DeChiara