UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY.

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

(Jointly Administered)

---------------------------------------------------------------x



## CERTIFICATE OF SERVICE

    I, Nelson Morales Rivera, depose and say that I am employed by the Puerto Electric Power authority ("**PREPA**").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TCO 362995602v2

At my direction and under my supervision, employees of PREPA caused the PREPA Customer Bar Date Notice to be served to customers of PREPA:

i. on or before March 30, 2018, via electronic mail to those customers that have elected to receive their bills electronically;

ii. on or before March 30, 2018, via first class mail to approximately one million customers, together with their bills if issued, at the billing address provided by the applicable customer; and

iii. on or before April 3, 2018, via first-class mail to all other customers at the billing address provided by the applicable customer.

Dated: April 18, 2018

Nelson Morales Rivera

San Juan, Puerto Rico
AFF No. 5998

Subscribed and sworn to (or affirmed) before me on April 18, 2018, by Nelson Morales Rivera, proved to me on the basis of satisfactory evidence to be the person who appeared before me. personally know

Signature: Maricarmen Borja Goitia

EXENTO PAGO ARANCEL
LEY 47
4 DE JUNIO DE 1982

TCO 362995602v2