UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as agent of | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Adv. Proc. No. 17-257 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| BETTINA WHYTE, | |
| as agent of | |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

|  |  |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : : : : |
| as representative of | : : |
| THE PUERTO RICO SALES TAX FINANCING CORPORATION, | : : : |
| Defendant. | : x |

-------------------------------------------------------------------------

### INFORMATIVE MOTION OF COMMONWEALTH AGENT REGARDING APRIL 25, 2018 OMNIBUS HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee"), as the "Commonwealth Agent" with respect to the "Commonwealth-COFINA Dispute," as defined in the *Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute* [Case No. 17-03283-LTS, Docket No. 996], hereby submits this informative motion in response to the Court's *Order Relocating the April 25, 2018 Omnibus Hearing,* dated April 11, 2018 [Docket No. 2886] (the "Scheduling Order") and respectfully states as follows:

1. Luc A. Despins of Paul Hastings LLP will appear in person on behalf of the Committee at the Hearing (as defined in the Scheduling Order) on April 25, 2018 in Courtroom 17C of the United States District Court for the Southern District of New York, and address, as necessary, the following matters:

    (a) *Motion and Incorporated Memorandum of Law of the COFINA Agent to Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico* [Case No. 17-257, ECF No. 329];

   (i) *Omnibus Objection of Commonwealth Agent to (A) COFINA Agents Motion to Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico [Docket No. 329]; (B) Mutual Fund Group and Puerto Rico Funds Motion to Certify Questions of Law to the Supreme Court of Puerto Rico [Docket No. 331]; (C) Statement of the COFINA Senior Bondholders Coalition in Support of, and Joinder to, the Motion of the COFINA Agent to Certify Questions Under Puerto Rico Law to Supreme Court of Puerto Rico [Docket No. 332]; and (D) Ambac Assurance Corporation and National Public Finance Corporations (I) Limited Objection to Motion of COFINA Agent to Certify Questions to the Supreme Court of Puerto Rico and (II) Cross-Motion, in the Alternative, to Certify Alternative Questions to the Supreme Court of Puerto Rico [Docket No. 421]* [Case No. 17-257, ECF No. 438];

 (b) *Mutual Fund Group and Puerto Rico Funds Motion to Certify Questions of Law to the Supreme Court of Puerto Rico* [Case No. 17-257, ECF No. 331];

 (c) *Statement of the COFINA Senior Bondholders Coalition in Support of, and Joinder to, the Motion of the COFINA Agent to Certify Questions Under Puerto Rico Law to Supreme Court of Puerto Rico* [Case No. 17-257, ECF No. 332];

 (d) *Ambac Assurance Corporation and National Public Finance Corporations (I) Limited Objection to Motion of COFINA Agent to Certify Questions to the Supreme Court of Puerto Rico and (II) Cross-Motion, in the Alternative, to Certify Alternative Questions to the Supreme Court of Puerto Rico* [Case No. 17-257, ECF No. 421];

(e) Any objections, responses, statements, joinders, or replies to any of the foregoing pleadings; and

(f) Any statements made by any party in connection with the title III cases or any adversary proceeding pending therein.

2. In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and one of his co-counsel will also be attending, on behalf of the Committee, the Hearing.

[*Remainder of page intentionally left blank.*]

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: April 19, 2018          /s/ G. Alexander Bongartz

PAUL HASTINGS LLP
Luc. A. Despins, Esq. *(Pro Hac Vice)*
Andrew V. Tenzer, Esq. *(Pro Hac Vice)*
Michael E. Comerford, Esq. *(Pro Hac Vice)*
G. Alexander Bongartz, Esq. *(Pro Hac Vice)*
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA), as Commonwealth Agent*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq., USDC - PR 218312
Diana M. Batlle-Barasorda, Esq., USDC - PR 213103
Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710
Ericka C. Montull-Novoa, Esq., USDC - PR 230601
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Telephone: (787) 523-3434
jcasillas@cstlawpr.com
dbatlle@cstlawpr.com
aaneses@cstlawpr.com
emontull@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA), as Commonwealth Agent*