# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST TO BE HEARD AT APRIL 25, 2018 OMNIBUS HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's *Order Relocating the April 25, 2018 Omnibus Hearing* (Dkt. 2886), the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the April 25, 2018 omnibus hearing (the "Omnibus Hearing"). The GO Group respectfully states as follows:

1. Mark T. Stancil and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP and Andrew Rosenberg of Paul, Weiss, Rifkind, Wharton & Garrison LLP will appear on behalf of the GO Group in Courtroom 17C of the United States District

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

Court for the Southern District of New York, Daniel Patrick Moynihan Court House, 500 Pearl Street, New York, NY 10007 (the "New York District Courthouse").

2. Mr. Stancil intends to present argument on behalf of the GO Group in connection with (i) the *Motion and Incorporated Memorandum of Law of the COFINA Agent To Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico* (Dkt. 329) [2]; (ii) the *Mutual Fund Group and Puerto Rico Funds' Motion To Certify Questions of Law to the Supreme Court of Puerto Rico* (Dkt. 331) and (iii) *Ambac Assurance Corporation and National Public Finance Corporation's Cross-Motion, in the Alternative, to Certify Alternative Questions to the Supreme Court of Puerto Rico* (Dkt. 421). Mr. Stancil and Mr. Rosenberg will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings. In addition, the GO Group respectfully requests that Mr. Burke be seated with Messrs. Stancil and Rosenberg at counsel table.

3. The GO Group anticipates that Karen Zeituni of Paul, Weiss, Rifkind, Wharton & Garrison LLP will also attend the Omnibus Hearing at the New York District Courthouse.

---

[2] "Dkt." in this paragraph refers to documents filed on the docket of *Official Committee. of Unsecured Creditors of the Commonwealth of Puerto Rico v. Whyte*, Adv. Proc. No. 17-257-LTS.

Dated: April [x], 2018

Respectfully submitted.

**JIMÉNEZ, GRAFFAM & LAUSELL**

By: /s/ J. Ramón Rivera Morales

J. Ramón Rivera Morales
   (USDC-PR No. 200701)
Andrés F. Picó Ramírez
   (USDC-PR No. 302114)
PO Box 366104
San Juan, PR 00936-6104
Telephone: (787) 767-1030
Email: rrivera@jgl.com
       apico@jgl.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

By: /s/ Andrew N. Rosenberg
Andrew N. Rosenberg**
Kyle J. Kimpler**
Karen R. Zeituni**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Email: arosenberg@paulweiss.com
       kkimpler@paulweiss.com
       kzeituni@paulweiss.com

**ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP**

By: /s/ Mark T. Stancil
Lawrence S. Robbins**
Mark T. Stancil**
Gary A. Orseck**
Kathryn S. Zecca**
Ariel N. Lavinbuk**
Donald Burke**
1801 K Street, NW
Washington, D.C. 20006
Telephone: (202) 775-4500
Email: lrobbins@robbinsrussell.com
       mstancil@robbinsrussell.com
       gorseck@robbinsrussell.com
       kzecca@robbinsrussell.com
       alavinbuk@robbinsrussell.com
       dburke@robbinsrussell.com

*\*\* admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*