UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

---------------------------------------------------------------------x

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

### INFORMATIVE MOTION OF COUNSEL OF AAFAF, ON BEHALF OF PREPA, FOR APPEARANCE AT APRIL 25, 2018 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent for the Puerto Rico Electric Power Authority ("PREPA"), through undersigned counsel, respectfully submits this Informative Motion in response to the Court's order entered on April 11, 2018 [Case No. 17-BK-3283, ECF No. 2886] regarding the attendance and participation at the April 25, 2018 omnibus hearing (the "Hearing").

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TCO 363015047v1

1. Kevin D. Finger of Greenberg Traurig, LLP intends to appear in person at the Omnibus Hearing in the New York courtroom and to present argument on behalf of AAFAF with respect to the *Abengoa, S.A. and Abengoa Puerto Rico, S.E.'s Motion and Memorandum for a Modified Lift of Stay to Require PREPA to Coordinate the Conclusion of Trial* [Case No. 17-BK-4780, ECF No. 528]. Mr. Finger requests to be seated at Counsel's table.

WHEREFORE, counsel for AAFAF respectfully requests that the Court take notice of the above.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: April 20, 2018<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Kevin D. Finger*<br><br>Nancy A. Mitchell<br>David D. Cleary<br>Nathan A. Haynes<br>Kevin D. Finger<br>(Admitted *Pro Hac Vice*)<br>**GREENBERG TRAURIG LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 801-9200<br>Fax: (212) 801-6400<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA*<br><br><br>*/s/ Katiuska Bolaños-Lugo*<br><br><br>Arturo Diaz-Angueira (USDC No. 117907)<br>Katiuska Bolaños-Lugo (USDC No. 231812)<br>**CANCIO, NADAL, RIVERA & DIAZ, PSC**<br>403 Muñoz Rivera Ave.<br>San Juan, PR 00918-3345<br>Tel: (787) 767-9625<br>Fax: (787) 622-2230<br>Email: adiaz@cnrd.com<br>       kbolanos@cnrd.com<br><br>*Co-Attorneys for the Puerto Rico Electric Power Authority* |

*TCO 363015047v1*