UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>Case No. 17 BK 4780-LTS |

**INFORMATIVE MOTION REGARDING ATTENDANCE
AND PARTICIPATION AT THE APRIL 25 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Abengoa S.A. and Abengoa Puerto Rico S.E. ("Abengoa"), through its undersigned counsel, hereby state and pray:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The undersigned, appearing in this proceeding on behalf of Abengoa, hereby respectfully submits this informative motion in response to the Court's order entered on April 11, 2018, [**ECF No. 2886**].

2. Pedro A. Jiménez of Adsuar Muñiz Goyco Seda & Pérez-Ochoa PSC intends to appear and present argument on behalf of Abengoa at the April 25, 2018, hearing in Courtroom 17C of the United States District Court for the Southern District of New York, as it concerns Abengoa's *Motion and Memorandum for a Modified Lift Of Stay to Require PREPA to Coordinate the Conclusion of Trial* [**Case No. 17-4780, ECF No. 528**], as well as in connection with the forthcoming joint report on the status of matters relevant to said motion to be filed on or before April 23, 2018 at 12:00 P.M. AST pursuant to this Court's *Order Partially Granting Motion for a Modification of the Automatic Stay* issued on March 6, 2018 [**Case No. 17-4780, ECF No. 766**].

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 20th day of April 2018.

**WE HEREBY CERTIFY** that on this same date a true and exact copy of this motion was filed with the Clerk of Court using the CM/ECF system, which will notify a copy to counsel of record.

/s/ **Katarina Stipec-Rubio**
USDC-PR Bar No. 206611

**ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA PSC**
208 Ponce de Leon Ave., Suite 1600
San Juan, P.R. 00918
Phone: (787) 756-9000
Fax: (787) 756-9010
Email: pjime@lawfirm-pr.com

*Attorneys for Abengoa, S.A and Abengoa Puerto Rico, S.E.*

2