UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

---

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO, | |
| as agent of | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Adv. Proc. No. 17-257 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Plaintiff, | |
| v. | |
| BETTINA WHYTE, | |
| as agent of | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

97654753v1

| | |
|---|---|
| THE PUERTO RICO SALES TAX FINANCING CORPORATION, | :<br>:<br>: |
| Defendant. | :<br>x |

-------------------------------------------------------------------------

# INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING REQUEST TO BE HEARD AT THE <u>APRIL 25-26, 2018 OMNIBUS HEARING</u>

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's Order Relocating the April 25, 2018 Omnibus Hearing (D.I. 2886), the Financial Oversight and Management Board for Puerto Rico (the "<u>FOMB</u>"), as the representative of The Commonwealth of Puerto Rico (the "<u>Commonwealth</u>"), respectfully states as follows:

**1.** The FOMB intends to present oral argument at the Omnibus hearing to be held by the Court on **April 25-26, 2018 at 9:30 a.m. (AST)**

**2.** <u>Martin J. Bienenstock</u> requests to be heard on the *Motion and Incorporated Memorandum of Law of the COFINA Agent to Certify Questions under Puerto Rico Law to the Supreme Court of Puerto Rico.* **[Case No. 17-ap-00257, ECF No. 329]**

**3.** <u>Counsel observing hearing in New York</u>: Martin J. Bienenstock, Paul V. Possinger, Salvador J. Antonetti, and Maja Zerjal. Mr. Bienenstock, Mr. Antonetti, and Mr. Possinger request to be seated at counsel table.

**4.** <u>Counsel observing hearing in San Juan</u>: Hermann D. Bauer

**5.** Parties for which counsel will appear: The Debtors and the FOMB, as the representative of the Debtors.

Dated: April 20, 2018
New York, NY

Respectfully submitted,

 /s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico*