## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### MUTUAL FUND GROUP'S INFORMATIVE MOTION AND
### NOTICE OF REQUEST TO BE HEARD AT THE APRIL 25, 2018 OMNIBUS HEARING

Mutual funds managed by OppenheimerFunds, Inc. and the First Puerto Rico Family of Funds (collectively, the "**Mutual Fund Group**") submit this informative motion in response the Court's *Order Relocating the April 25, 2018 Omnibus Hearing* [Dkt. No. 2886] dated April 11, 2018 (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on April 25, 2018 (the "**Hearing**").

    1.    Philip Bentley, Thomas Moers Mayer, and Philip Guffy of Kramer Levin Naftalis and Frankel LLP will appear in person on behalf of the Mutual Fund Group in courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY, 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

2. Mr. Bentley intends to appear and may present argument in connection with the *Mutual Fund Group and Puerto Rico Funds' Motion to certify Questions of Law to the Supreme Court of Puerto Rico* [Adv. Pro. No. 17-257, Dkt. No. 331] and the *Mutual Fund Group and Puerto Rico Funds' Reply in Support of Motion to Certify Questions of Law to the Supreme Court of Puerto Rico* [Adv. Pro. No. 17-257, Dkt. No. 454].

3. The Mutual Fund Group reverse its rights to be heard on any matter raised by any party at the Hearing related to the Title III cases or the interests of the Mutual Fund Group

4. Mr. Mayer and Mr. Guffy will also attend the Hearing on behalf of the Mutual Fund Group and request to be seated at counsel's table.

*[Remainder of page intentionally left blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**
In San Juan, Puerto Rico, today April 20, 2018.

| **TORO COLÓN MULLET P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| */s/ Manuel Fernández-Bared* | *s/ Philip Bentley* |
| MANUEL FERNÁNDEZ-BARED | THOMAS MOERS MAYER* |
| USDC-PR No. 204,204 | AMY CATON* |
| Email: mfb@tcm.law | PHILIP BENTLEY* |
|  | 1177 Avenue of the Americas |
| */s/ Linette Figueroa-Torres* | New York, New York 10036 |
| LINETTE FIGUEROA-TORRES | Tel.: (212) 715-9100 |
| USDC-PR No. 227,104 | Fax: (212) 715-8000 |
| Email: lft@tcm.law | Email: tmayer@kramerlevin.com |
|  | acaton@kramerlevin.com |
| */s/ Jane Patricia Van Kirk* | pbentley@kramerlevin.com |
| JANE PATRICIA VAN KIRK | * (admitted *pro hac vice*) |
| USDC–PR No. 220,510 |  |
| Email: jvankirk@tcm.law |  |
| P.O. Box 195383 |  |
| San Juan, PR 00919-5383 |  |
| Tel.: (787) 751-8999 |  |
| Fax: (787) 763-7760 |  |

*Counsel to the Mutual Fund Group*