## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF Nos. 1512-1. 2839-1 |

## DEBTORS' THIRD OMNIBUS MOTION FOR APPROVAL OF MODIFICATIONS TO THE AUTOMATIC STAY

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Electric Power Authority ("PREPA" and together with the Commonwealth, COFINA, HTA, and ERS, the "Debtors"), as Title III debtors, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management,*

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*and Economic Stability Act* ("PROMESA"),[2] respectfully submits this motion (the "Motion"), pursuant to sections 362(d)(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these cases by PROMESA section 301(a), and in accordance with Paragraph III.Q of the Case Management Procedures (as defined below), for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), retroactively approving the modifications to the automatic stay set forth in Bankruptcy Code sections 362(a) and 922(a) (the "Title III Stay"), (a) for the parties and actions set forth in **Exhibit 1** to the Proposed Order, *nunc pro tunc* to the dates specified therein, and (b) for parties to certain administrative employment actions against debtor ERS as set forth on **Exhibit 2** to the Proposed Order, *nunc pro tunc* to the date of this Motion. In support of this Motion, the Debtors respectfully represent as follows:

### Jurisdiction and Venue

1.     The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a).

2.     Venue is proper pursuant to PROMESA section 307(a).

3.     The statutory predicate for the relief sought herein is Bankruptcy Code sections 362(d)(1) and 105(a), made applicable to these Title III cases by PROMESA section 301(a).

### Background

4.     On June 2, 2017, the Court entered an order approving certain notice, case management, and administrative procedures for the Title III cases [ECF No. 249] (as amended, the "Case Management Procedures"), which was subsequently amended on June 6, 2017 to make certain non-substantive clarifications and amendments [ECF No. 262].

---

[2]     PROMESA is codified at 48 U.S.C. §§ 2101-2241.

5.     On August 17, 2017, the Court entered an order further amending the Case Management Procedures to, among other things, implement a protocol (the "Lift Stay Protocol") for filing motions for relief from Title III Stay [ECF No. 1065]. Under the Lift Stay Protocol, a movant is required to (a) send notice (a "Lift Stay Notice") to counsel to the Oversight Board and AAFAF to advise them of the movant's intent to seek relief from the Title III Stay at least fifteen (15) business days prior to filing a motion seeking such relief (the "Lift Stay Notice Period") and (b) meet and confer with the Debtors during the Lift Stay Notice Period.

6.     On September 13, 2017, the Debtors filed a motion to amend the Case Management Procedures [ECF No. 1299] to allow the Debtors (a) to enter into stipulations modifying or lifting the Title III Stay under Paragraph III.Q of the Case Management Procedures without further order of the Court and (b) in their discretion, to modify or lift the Title III Stay with respect to any prepetition ordinary course civil action against a Debtor without the filing of a Lift Stay Notice and further order of the Court.

7.     On October 24, 2017, the Court approved the *Third Amended Notice, Case Management and Administrative Procedures* [ECF No. 1512-1 as further amended in ECF No. 2839-1], which implemented the Debtors' requested changes to the Lift Stay Protocol and requires the Debtors to file an omnibus lift stay motion every 60 days, identifying each modification to the Title III Stay agreed to by the Debtors during the relevant period and seeking retroactive Court approval of such modifications *nunc pro tunc* to the relevant modification date.

8.     On December 28, 2017, the Court granted the *Debtors' First Omnibus Motion Seeking Approval of Stipulations Modifying the Automatic Stay* [ECF No. 2191], which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc* to the dates specified therein.

9.      On February 21, 2018, the Court granted the *Debtors' Second Omnibus Motion Seeking Approval of Stipulations Modifying the Automatic Stay* [ECF No. 2565], which modified the Title III Stay as set forth in an attached exhibit, *nunc pro tunc*, to the dates specified therein.

## Relief Requested

10.     By this Motion, the Debtors seek entry of an order, substantially in the form of the Proposed Order, retroactively approving the modifications to the Title III Stay for the parties and actions set forth in Exhibit 1 to the Proposed Order, *nunc pro tunc* to the dates specified therein, and approving modifications to the Title III Stay for the administrative actions against ERS retroactive to the date of this Motion. As required by Paragraph III.Q of the Case Management Procedures, Exhibit 1 to the Proposed Order includes a brief description of the modification of the Title III Stay and case information (including case number and court), as applicable, for each party to a stay modification stipulation previously executed by the indicated Debtor during the period from February 21, 2018 through April 20, 2018 (the date of this Motion).  Further, the Motion seeks to approve modifications to the Title III Stay agreed to by ERS, through this Motion and without the need for a stipulation in accordance with Paragraph III.Q of the Case Management Procedures, solely to allow the labor claims detailed on Exhibit 2 to the Proposed Order to continue through judgment but not the execution or enforcement of any judgment.

## Basis for Relief

11.     Bankruptcy Code section 362(a), made applicable to Title III cases pursuant to PROMESA section 301(a), provides, in relevant part, that the commencement of a Title III case operates as a stay enjoining all persons and entities from, among other things: (i) commencing or continuing any action or proceeding against a debtor that was or could have been brought against the debtor before the commencement of the debtor's Title III case, (ii) taking any action to obtain

possession or control over property of the debtor, and (iii) attempting to collect, assess, or recover on a prepetition claim. See 11 U.S.C. § 362(a). In Title III cases, in addition to the automatic stay under section 362(a), Bankruptcy Code section 922(a) provides an additional stay of "any judicial, administrative, or other action or proceeding against an officer or inhabitant of the municipality that seeks to enforce a claim against the municipal debtor." 11 U.S.C. § 922(a).

12.     Bankruptcy Code section 362(d)(1) provides that a court may grant relief from the automatic stay "for cause." See 11 U.S.C. § 362(d)(1). To determine whether "cause" exists to grant relief from the automatic stay, courts generally examine numerous different factors, including those set forth in Sonnax Indus., Inc. v. TriComponent Prods. Corp. (In re Sonnax Indus., Inc.), 907 F.2d 1280 (2d Cir. 1990). See Brigade Leveraged Capital Structures Fund Ltd. v. García-Padilla, 217 F. Supp. 3d 508, 518 (D.P.R. 2016) ("To help guide their analysis of whether to enforce or vacate the stay, some courts, including those in this district, have relied upon a laundry list of assorted factors." (citing Sonnax, at 1286; C & A, S.E. v. P.R. Solid Waste Mgmt. Auth., 369 B.R. 87, 94–5 (D.P.R. 2007))).

13.     Additionally, under Bankruptcy Code section 105(a), made applicable to the Title III cases by PROMESA section 301(a), the Court "may issue any order, process or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

14.     Since implementing the Lift Stay Protocol on August 17, 2017, the Debtors have received over 125 Lift Stay Notices seeking relief from the Title III Stay to prosecute various prepetition actions. The Debtors and their advisors, in consultation with the Oversight Board, carefully reviewed and analyzed each of the Lift Stay Notices and determined that it was appropriate to modify the Title III Stay for the parties and actions listed in Exhibits 1 and 2 to the Proposed Order, *nunc pro tunc* to the dates specified therein. The Debtors believe that modifying

the Title III Stay for these matters will alleviate the strain on the Title III cases and this Court, will further interests of judicial economy, and maximize the Debtors' resources for the benefit of all parties in interest by avoiding costly claim litigation in this Court on matters that are already well underway in other fora.  Importantly, a majority of the proposed consensual stay modifications will only allow the subject case to proceed to liquidation of any claim amount and will not permit any enforcement or collection of any claim arising prior to the respective Debtors' petition dates.  Also, the Debtors reserve all rights, defenses, and protections with respect to any matters pending or that may arise in the Title III Cases, including the treatment of any claim arising from the subject actions under a plan of adjustment or otherwise in the Title III Cases.  Accordingly, the Debtors request that the Court enter an order retroactively approving the modifications of the Title III Stay set forth on Exhibits 1 and 2 to the Proposed Order.

**Notice**

15.    The Debtors have provided notice of this Motion in accordance with the Case Management Procedures to the following parties: (a) the Office of the United States Trustee for the District of Puerto Rico; (b) the indenture trustees and/or agents, as applicable, for the Debtors' bonds; (c) the entities on the list of creditors holding the 20 largest unsecured claims against COFINA; (d) counsel to the statutory committees appointed in these Title III cases; (e) the Office of the United States Attorney for the District of Puerto Rico; (f) counsel to the Oversight Board; (g) the Puerto Rico Department of Justice; (h) the Other Interested Parties;[3] (i) all parties filing a notice of appearance in these Title III cases; and (j) the parties set forth in Exhibits 1 and 2 to the Proposed Order. A copy of the Motion is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico/.

---

[3]    The "Other Interested Parties" include the following: (i) counsel to certain of the insurers and trustees of the bonds issued or guaranteed by the Debtors; and (ii) counsel to certain ad hoc groups of holders of bonds issued or guaranteed by the Debtors.

16.     The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

## **No Prior Motion**

17.     The Debtors have not made any prior motion for the relief sought in this Motion to this or any other court.

*Remainder of Page Intentionally Left Blank*

**WHEREFORE**, the Debtors respectfully request entry of the Proposed Order in the form attached hereto as **Exhibit A**, retroactively approving the modifications of the Title III Stay set forth on Exhibits 1 and 2 to the Proposed Order, and granting such other and further relief as the Court may deem proper.

Dated: April 20, 2018
San Juan, Puerto Rico

Respectfully submitted,

/s/ *Martin J. Bienenstock*

Martin J. Bienenstock (admitted *pro hac vice*)
Brian S. Rosen (admitted *pro hac vice*)
Paul V. Possinger (admitted *pro hac vice*)
Ehud Barak (admitted *pro hac vice*)
Maja Zerjal (admitted *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight
and Management Board as Representative
for the Debtors*

/s/ *Hermann D. Bauer*

Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight
and Management Board as Representative
for the Debtors*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | Re: ECF No. _____ |
| Debtors.[1] | |

### THIRD OMNIBUS ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the *Debtors' Third Omnibus Motion Seeking Approval of Stipulations Modifying the Automatic Stay* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1.       The Motion is granted as set forth herein.

2.       Pursuant to Bankruptcy Code sections 362(d)(1) and 105(a), made applicable to the Title III cases by PROMESA section 301(a), the Title III Stay is modified as set forth in the attached Exhibit 1 for matters subject to prior stipulations among or between the applicable Debtor and counterparty(ies), *nunc pro tunc* to the dates specified therein.

3.       Pursuant to Bankruptcy Code sections 362(d)(1) and 105(a), the Title III Stay is modified as set forth in the attached Exhibit 2 for administrative employment matters against ERS, *nunc pro tunc* to April 20, 2018 (the date of the Motion).

4.       All rights, defenses, and protections of each of the Debtors with respect to any matters pending or that may arise in their respective Title III Cases, including the treatment of any claim arising from the matters set forth on Exhibits 1 and 2 hereof under a plan of adjustment or otherwise in the Title III Case are hereby reserved.  Nothing in this Order or the Debtors' consent to stay modification as set forth in the Motion shall be deemed to be, or construed as, (a) an admission by any party of any liability, wrongdoing, act, or matter or that any claim or defense has or lacks merit; (b) a waiver of the Debtors' rights to dispute, contest, setoff, or recoup any claim, including any claims asserted in the subject actions, or assert any related rights, claims, or defenses and all such rights are reserved; or (c) an approval or assumption of any agreement or contract between the parties under Bankruptcy Code section 365.

5.       Notwithstanding any applicability of any Federal Rule of Bankruptcy Procedure, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      The Court shall retain jurisdiction to hear and determine all matters (a) arising from or related to the implementation, enforcement, or interpretation of this Order and (b) concerning the execution or enforcement in the Title III cases of any judgment entered in a prepetition ordinary course civil action where the Debtors agreed to modify or lift the Title III Stay to allow the action to proceed to judgment by the underlying court.

Dated: _____

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

## Exhibit 1

**Parties and Actions Subject to Prior Stipulation Granted Modification of the Title III Stay**

**TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS**
**FROM FEBRUARY 21, 2018 THROUGH APRIL 20, 2018**

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 1. | *Heriberto Nieves Dominguez v. Commonwealth of PR, et al.*<br><br>Case No. 16-2878<br><br>Reclassification of status of an inmate and related damages | Heriberto Nieves Domínguez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to entry of judgment only with respect to the status reclassification issue; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, (a) the damages cause(s) of action and (b) the execution and enforcement of any monetary judgment against the Commonwealth or any other Title III Debtor. | February 9, 2018<br><br>(received signed stipulation by postal mail on March 6, 2018) |
| 2. | *Puerto Rico Highways and Transportation Authority v. Finca Matilde, Inc. et al.*<br><br>K EF2004-0237<br><br>Eminent domain action | Finca Matilde, Inc. | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed before the State Court to allow a determination of the amount of just compensations owed to Movant and resolve the issues of access to the remnant estate; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor. | February 21, 2018 |
| 3. | *Juan A. Santiago Meléndez v DRNA*<br><br>KAC2016-0328<br><br>Employee administrative action | Juan A. Santiago Meléndez | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | February 27, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 4. | *Autoridad de Carreteras y Transportación de P.R. v. Corporación Rexach Hermanos, Inc.*<br><br>K EF2004-1050<br><br>Eminent domain action | Rexach Hermanos, Inc. | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the State Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement the Deposit. | March 6, 2018 |
| 5. | *Félix M. Álvarez Carrión v. Estado Libre Asociado de PR, et al.*<br><br>DDP2013-0699<br><br>Tort claim | Félix M. Álvarez Carrión | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow for a determination of the matters pending before the Prepetition Court and enable Movant to prosecute the Prepetition Action against insurance coverage, if any, available under any insurance policies issued to the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including, but not limited to, the entry, execution, and enforcement of any judgment in excess of the available coverage and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | March 14, 2018 |
| 6. | *Industrias Vassallo, Inc. v. Puerto Rico Electric Power Authority,* Nos. 16-2136, 16-2137, 16-2138, 16-9009, First Circuit Court of Appeals<br><br>Appeal related to commercial dispute | United Surety & Indemnity Company | PREPA | Modification of the stay to the limited extent necessary to permit the parties to respond to the First Circuit's August 18, 2017 order by providing the requested information for purposes of ruling on the parties' joint motion to dismiss the pending appeals, to fulfill any and all remaining obligations set forth in the executed settlement agreement, and to allow the First Circuit to dismiss the pending appeals pursuant to the settlement agreement | March 23, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 7. | *Mitsubishi Motor Sales of Caribbean, Inc. v. Hon. Raul Maldonado Gautier, as Secretary of the Puerto Rico Treasury Department, et al.*<br><br>KCO 2016-0026 (903)<br><br>Declaratory judgment regarding payment of excise taxes | Mitsubishi Motor Sales of Caribbean, Inc. | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Court only on the declaratory judgment cause of action; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, any claims for money damages (including, without limitation, Movant's cause of action for the refund of excise taxes) and provisional remedies (excluding any provisional remedies related to the execution or enforcement of a judgment in the declaratory judgment cause of action) against the Commonwealth or any other Title III Debtor. | March 27, 2018 |
| 8. | *Puerto Rico Electric Power Authority v. Isla del Rio, Inc.,* Nos. KEF2008-0340, KEF2008-0341, KEF2008-0344, KEF2008-0345, KEF2008-0348, KEF2012-0088, Court of First Instance, San Juan Superior Part<br><br>Eminent domain action | Isla del Rio, Inc. | PREPA | Modification of the stay to the limited extent necessary to allow the prepetition actions to proceed to judgment before the State Court; provided, however, the stay shall continue to apply in all other respects to the prepetition actions, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor | April 6, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 9. | *Marcia Gil-Caraballo v. Puerto Rico Electric Power Authority; Jose J. Cordero Pérez, et al.,* No. 16-3005 (PG), United States District Court for the District of Puerto Rico<br><br>Civil rights and constitutional claims action | Marcia Gil-Caraballo | PREPA | Modification of the stay to the limited extent necessary to allow movant to prosecute the prepetition action to judgment; provided, however, the stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against PREPA or any other Title III Debtor | April 9, 2018 |
| 10. | *Mercedes-Benz Financial v. ELA*<br><br>KAC2017-0419<br><br>Forfeiture action | Mercedes-Benz Financial | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Forfeiture Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Forfeiture Action including, but not limited to, the execution and enforcement of any monetary judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | April 12, 2018 |
| 11. | *Pérez Irene, et al. v. Puerto Rico Electric Power Authority*, No. KLAN201700693, Puerto Rico Court of Appeals<br><br>Personal injury (electrocution) action | Juan Carlos Pérez-Irene, Chinese Oyola-Meléndez, Ismael Pérez-Padilla, Yomaira Huertas-Marrero, for herself and in representation of her minor daughters ASH and GSH, Betsy Rivera-Rivera, Carlos Manuel Sánchez-Coriano, Carlos | PREPA | Modification of the stay to the limited extent necessary to allow the prepetition action to proceed to judgment before the State Court of Appeals; provided, however, the stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor | April 16, 2018 |

4

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | | Javier Sánchez-Rivera, Verónica Morales-Ayala, José Claudio-Ramírez, Cynthia Rivera-Muñoz, Pablo Claudio-Casiano, and María Judith Ramírez-Salinas | | | |
| 12. | *In re Dredge G.L. 51*, No. 1:14-cv-01450-CCB, United States District Court for the District of Maryland<br><br>Exoneration from or limitation of liability action | Great Lakes Dredge and Dock Co., LLC; The United States of America, for itself and on behalf of the U.S. Army Corps of Engineers; and Dragados USA, Inc. | PREPA | Modification of the stay (to the extent it applies) only to the extent necessary to permit the parties to finalize, formalize, and execute the parties' settlement in principle, and to fulfill any and all obligations set forth in the executed settlement agreement, including any and all settlement payments; provided, however, the automatic stay, to the extent it applies, shall continue to apply in all other respects to the Maryland litigation | April 18, 2018 |
| 13. | *Puerto Rico Highways and Transportation Authority v. Fiori Vilella Garcia, et al.*, Civil Num. KEF2004-1202, Court of First Instance, San Juan Superior Part<br><br>Eminent domain action | Fiori and Zulma Vilella Garcia, Alejandro Juan Jose Santos Vilella y Fabiola Cristina Maria Santos Vilella, Zoe Blasini Garcia and Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista, and Silvia Batista Castresana | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to continue to proceed before the State Court and/or Court of Appellate Procedure and/or Supreme Court of Puerto Rico up to the point of a final judgment to allow a determination of the amount of just compensation owed by HTA to Movants and consider and adjudicate the issue of the taking by HTA of the remnant estate and the amount of just compensation owed by HTA to Movants for the same and any other controversies and or/issues raised in the Prepetition Action; provided, however, that the Title III Stay shall continue to apply with respect to the execution and enforcement of any judgment in the Prepetition Action and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, without prejudice for Movants to request and obtain any other relief that they may be entitled to in accordance with the Case | April 20, 2018 |

5

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| | | | | Management Order, the Lift Stay Protocol, and any other applicable law, and HTA reserves all rights to object to any such relief. | |

**Exhibit 2**

**ERS Administrative Actions Granted Modification of the Title III Stay**

**TITLE III STAY MODIFICATIONS AGREED TO BY DEBTOR ERS
FROM FEBRUARY 21, 2018 THROUGH APRIL 20, 2018**

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 1. | *Ana M. Flores Cuadrado v. ERS*<br><br>EEOC- 515-2017-0068<br><br>Employee - discrimination administrative action | Ana M. Flores Cuadrado | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 2. | *Ángel L. Flores Dieppa v. ERS*<br><br>EEOC- 515-297-00191<br><br>Employee discrimination administrative action. | Ángel L. Flores Dieppa | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 3. | *Ángel M. Pérez Alicea v. ERS*<br><br>EEOC- 515-2017-00073<br><br>Employee discrimination administrative action | Ángel M. Pérez Alicea | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 4. | *Carlos Lasanta Rodríguez v. ERS*<br><br>CASP- 2014-02-0393<br><br>Employee recruiting and selection administrative action. | Carlos Lasanta Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 5. | *Consuelo Navarro Smith, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP-AQ-13-0385<br><br>Employee reclassification administrative action | Consuelo Navarro Smith et al. | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 6. | *Daniel Matos Hernández v. ERS*<br><br>EEOC- 515-2017-00081<br><br>Employee discrimination administrative action. | Daniel Matos Hernández | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

3

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 7. | *Edna Medina Andino, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP- AQ-16-0306<br><br>Employee salary discount administrative action. | Edna Medina Andino | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 8. | *Elizabeth Rivera Ruiz, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP- AQ-16-0470<br><br>Employee differential administrative action | Elizabeth Rivera Ruiz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 9. | *Enery Laboy Sánchez v. ERS*<br><br>CASP- 2000-01-0910<br><br>Employee classification of position administrative action | Enery Laboy Sánchez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 10. | *Flora González Ramos v. ERS*<br><br>CASP- 2015-09-0243<br><br>Employee classification of position administrative action | Flora González Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 11. | *Franciso Sola Segarra v. ERS*<br><br>EEOC- 515-2017-00195<br><br>Employee discrimination administrative action | Franciso Sola Segarra | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 12. | *Héctor N. González Cabán v. ERS*<br><br>EEOC- 515-2017-00087<br><br>Employee discrimination administrative action | Héctor N. González Cabán | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 13. | *Héctor Santana Oyola v. ERS*<br><br>CASP- 2007-04-1113<br><br>Employee retribution administrative action | Héctor Santana Oyola | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 14. | *Héctor Santana Oyola v. ERS*<br><br>CASP- 2008-12-0556<br><br>Employee retribution administrative action | Héctor Santana Oyola | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 15. | *Iris M. Colón Rojas v. ERS*<br><br>EEOC- 515-2017-00498<br><br>Employee discrimination administrative action | Iris M. Colón Rojas | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 16. | *Jazmine Hernández Torres v. ERS*<br><br>CASP- 2010-03-2924<br><br>Employee retention administrative action | Jazmine Hernández Torres | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 17. | *Jorge A. Román Salas v. ERS*<br><br>EEOC- 515-2017-00320<br><br>Employee retention administrative action | Jorge A. Román Salas | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 18. | *José L. Rivera Alicea, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP-AQ-14-0781<br><br>Employee disciplinary administrative action | José L. Rivera Alicea | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 19. | *Luis Collazo Rodríguez v. ERS*<br><br>CASP- 2016-07-0041<br><br>Employee recruitment and selection administrative action | Luis Collazo Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 20. | *Mabelis Rodríguez de la Fuente, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-16-0512<br><br>Employee sexual and labor harassment administrative action | Mabelis Rodríguez de la Fuente | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 21. | *Mabelis Rodríguez de la Fuente, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-16-0874<br><br>Employee administrative action | Mabelis Rodríguez de la Fuente | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 22. | *Manuel Sánchez Incle v. ERS*<br><br>EEOC- 515-2017-00322<br><br>Employee discrimination administrative action | Manuel Sánchez Incle | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 23. | *María D. Rosa Maysonet v. ERS*<br><br>EEOC- 515-2017-00199<br><br>Employee discrimination action | María D. Rosa Maysonet | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 24. | *María de F. Rivera Febres, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP- AQ-17-0194<br><br>Employee disciplinary administrative action | María de F. Rivera Febres | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

9

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 25. | *María Díaz Martínez v. ERS* <br><br> EEOC- 515-2017-00087 <br><br> Employee discrimination administrative action | María Díaz Martínez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 26. | *María Morales Santiago v. ERS* <br><br> CASP- 2014-08-0361 <br><br> Employee administrative proceeding under investigation | María Morales Santiago | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 27. | *Maribel Martínez López v. ERS* <br><br> CASP-2009-09-0421 <br><br> Employee classification of position administrative action | Maribel Martínez López | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 28. | *Mario Meléndez Díaz v. ERS* <br><br> CASP- 2016-10-0497 <br><br> Employee recruitment and selection administrative action | Mario Meléndez Díaz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 29. | *Miriam Rivera Padilla v. ERS* <br><br> CASP-2002-05-1259 <br><br> Employee retribution administrative action | Miriam Rivera Padilla | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 30. | *Mitzy Viera Rodríguez, Unión General de Trabajadores, et al., v. ERS* <br><br> CASP-AQ-17-0195 <br><br> Employee disciplinary action | Mitzy Viera Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 31. | *Nydia Pacheco Ramos v. ERS*<br><br>CASP-2003-07-0107<br><br>Employee recruiting and selection administrative action | Nydia Pacheco Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 32. | *Nydia Pacheco Ramos v. ERS*<br><br>CASP-2004-11-0775<br><br>Employee retention administrative action | Nydia Pacheco Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 33. | *Olga I. Marcano Benítez v. ERS*<br><br>EEOC- 515-2017-0068<br><br>Employee discrimination administrative action | Olga I. Marcano Benítez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 34. | *Omayra Torres Camacho v. ERS*<br><br>CASP- 2015-10-0324<br><br>Employee retention administrative action | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 35. | *Omayra Torres Camacho v. ERS*<br><br>CASP- 2016-07-0094<br><br>Employee administrative action | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 36. | *Omayra Torres Camacho v. ERS*<br><br>CASP- 2017-031087<br><br>Employee transfer administrative action | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 37. | *Omayra Torres Camacho v. ERS*<br><br>ISCI2017-00261<br><br>Injunctive relief | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 38. | *Rafael A. Rodríguez Vargas v. ERS*<br><br>EEOC- 515-2017-00090<br><br>Employee discrimination administrative action | Rafael A. Rodríguez Vargas | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 39. | *Roberto Rolón Marrero v. ERS*<br><br>EEOC- 215-2017-00329<br><br>Employee discrimination administrative action | Roberto Rolón Marrero | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 40. | *Sonia Santos Cordova, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-17-0343<br><br>Employee hostile environment administrative action. | Sonia Santos Cordova | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 41. | *Zaida I. Matos Quiñones v. ERS*<br><br>CASP-AQ-15-0467<br><br>Employee position classification administrative action | Zaida I. Matos Quiñones | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 42. | *Zaida I. Matos Quiñones v. ERS*<br><br>CASP- 2015-09-0219<br><br>Employee position classification administrative action | Zaida I. Matos Quiñones | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

15

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 43. | *Zoraida Fraticelli Galarza v. ERS*<br><br>CASP- 2016-07-0040<br><br>Employee recruiting and selection administrative action | Zoraida Fraticelli Galarza | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 44. | *Madeline Solís Calixto v. ERS*<br><br>CASP-2016-09-0387<br><br>Employee discrimination administrative action. | Madeline Solís Calixto | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 2014-0377 | Board of Retirees, as successor to the Board of Trustees for the ERS | FELIPA JUSTINIANO JUSTINIANO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 46 | 2016-0014 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER BLANCO SANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 47 | 2015-0274 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA DEL C. ROBLES RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

17

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | 2015-0193 | Board of Retirees, as successor to the Board of Trustees for the ERS | ZULMA I. RIVERA MIRANDA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 49 | 2015-0203 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMELO CARDONA ROSA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 50 | 2015-0378 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUZ E. GARCIA SANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

18

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 2015-0300 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANGEL L. RIOS COSME | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 52 | 2015-0380 | Board of Retirees, as successor to the Board of Trustees for the ERS | RUDDY S. REYES GONZALEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 53 | 2015-0252 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA RODRIGUEZ DIAZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

19

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | 2015-0366 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE CALDERON MORALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 55 | 2015-0101 | Board of Retirees, as successor to the Board of Trustees for the ERS | JUDITH CASTRO GONZALEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 56 | 2014-0066 | Board of Retirees, as successor to the Board of Trustees for the ERS | ENID BERMUDEZ DE JESUS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | 2015-0062 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE GONZALEZ CALDERON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 58 | 2016-0124 | Board of Retirees, as successor to the Board of Trustees for the ERS | NELSON CRUZ COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 59 | 2015-0200 | Board of Retirees, as successor to the Board of Trustees for the ERS | RAFAEL REYES ALICEA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | 2015-0062 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE GONZALEZ CALDERON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 61 | 2015-0115 | Board of Retirees, as successor to the Board of Trustees for the ERS | YOLANDA NIEVES JIMENEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 62 | 2016-0121 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN C. FELICIANO TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | 2015-0086 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANGEL TOLENTINO MALDONADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 64 | 2014-0401 | Board of Retirees, as successor to the Board of Trustees for the ERS | NORMA I. ROLDAN ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 65 | 2015-0063 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALFREDO RUIZ PEREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

23

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | 2016-0121 | Board of Retirees, as successor to the Board of Trustees for the ERS | NORMA I. ROLDAN ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 67 | 2014-0037 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANNIE DE JESUS SERRANO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 68 | 2015-0269 | Board of Retirees, as successor to the Board of Trustees for the ERS | NILDA RUIZ OCASIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | 2015-0359 | Board of Retirees, as successor to the Board of Trustees for the ERS | BRUNILDA MARRERO RODRIGUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 70 | 2014-0278 | Board of Retirees, as successor to the Board of Trustees for the ERS | BENITO RODRIGUEZ RAMOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 71 | 2016-0014 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER BLANCO SHANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 72 | 2015-0274 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA DEL C. ROBLES RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 73 | 2012-0347 | Board of Retirees, as successor to the Board of Trustees for the ERS | DANIEL MIRANDA GONZALEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 74 | 2014-0573 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE PEDROZA MORALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

26

| 75 | 2016-0124 | Board of Retirees, as successor to the Board of Trustees for the ERS | NELSON CRUZ COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 76 | 2015-0299 | Board of Retirees, as successor to the Board of Trustees for the ERS | XIOMARA BURGOS RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 77 | 2015-0374 | Board of Retirees, as successor to the Board of Trustees for the ERS | IRIS M. GALLOZA GALICIA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | 2014-0533 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUIS A. TORRES MARTINEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 79 | 2015-0295 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE DIAZ SIERRA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 80 | 2015-0077 | Board of Retirees, as successor to the Board of Trustees for the ERS | EILEEN GARRASTEGUI MALDONADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | 2016-0051 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO RIOS OSORIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 82 | 2016-0268 | Board of Retirees, as successor to the Board of Trustees for the ERS | ZORAIDA MATIAS QUIÑONES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 83 | 2013-0257 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA SUAREZ TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 84 | 2014-0034 | Board of Retirees, as successor to the Board of Trustees for the ERS | CIALDY RODRIGUEZ FIGUEROA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 85 | 2016-0011 | Board of Retirees, as successor to the Board of Trustees for the ERS | ELSA I. MONTALVO ROBLES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 86 | 2015-0197 | Board of Retirees, as successor to the Board of Trustees for the ERS | AIDA I. GONZALEZ TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 87 | 2015-0131 | Board of Retirees, as successor to the Board of Trustees for the ERS | ISMAEL LUGO ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 88 | 2016-0060 | Board of Retirees, as successor to the Board of Trustees for the ERS | RAUL RIVERA RUIZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 89 | 2014-0364 | Board of Retirees, as successor to the Board of Trustees for the ERS | SANDRA RIVERA CABRERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 90 | 2015-0365 | Board of Retirees, as successor to the Board of Trustees for the ERS | GERARDO CAUSSADE ROSADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 91 | 2015-0365 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER A. COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 92 | 2016-0119 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN Y. BERRIOS ORTIZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 93 | 2014-0471 | Board of Retirees, as successor to the Board of Trustees for the ERS | VICTOR CENTENO BENERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

32

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | 2016-0126 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUZ M. LUGO CRESPO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 95 | 2015-0376 | Board of Retirees, as successor to the Board of Trustees for the ERS | LELIS VILLAFAÑA COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 96 | 2016-0074 | Board of Retirees, as successor to the Board of Trustees for the ERS | ELIZABETH DONES DONES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | 2015-0273 | Board of Retirees, as successor to the Board of Trustees for the ERS | JUDITH GARCIA CRUZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 98 | 2016-0028 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIBEL BORIA GOMEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 99 | 2014-0573 | Board of Retirees, as successor to the Board of Trustees for the ERS | EVELYN SANCHEZ ROMERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | 2016-0298 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE A. RODRIGUEZ GARCIA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 101 | 2015-0005 | Board of Retirees, as successor to the Board of Trustees for the ERS | MILAGROS TRINIDAD TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 102 | 2015-0217 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANIBAL GONZALEZ PEREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 103 | 2016-0247 | Board of Retirees, as successor to the Board of Trustees for the ERS | EMELDA RUIZ MORELL | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 104 | 2015-0345 | Board of Retirees, as successor to the Board of Trustees for the ERS | GLORIA M. RIVERA FONSECA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 105 | 2013-0322 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANA L. ORTIZ DE BERRIOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | 2015-0244 | Board of Retirees, as successor to the Board of Trustees for the ERS | JESUS M. LOPEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 107 | 2015-0375 | Board of Retirees, as successor to the Board of Trustees for the ERS | HERMINIA CASADO ARROYO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 108 | 2016-0247 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE PAGAN MONTALVO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | 2016-0099 | Board of Retirees, as successor to the Board of Trustees for the ERS | DINARIS VEGA GALARZA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 110 | 2016-0032 | Board of Retirees, as successor to the Board of Trustees for the ERS | FERNANDO CHARDON RODRIGUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 111 | 2015-0343 | Board of Retirees, as successor to the Board of Trustees for the ERS | RUTH RIOS FERNANDEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112 | 2015-0373 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALICIA LOPEZ VELEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 113 | 2016-0279 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARTA DE LOS A. BERDECIA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 114 | 2014-0502 | Board of Retirees, as successor to the Board of Trustees for the ERS | MAYRA ROSA ROMERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 115 | 2016-0136 | Board of Retirees, as successor to the Board of Trustees for the ERS | GEORGINA CORTES CORDERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 116 | 2016-0169 | Board of Retirees, as successor to the Board of Trustees for the ERS | MIRIAM LOPEZ ROSADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 117 | 2015-0083 | Board of Retirees, as successor to the Board of Trustees for the ERS | RODRIGO MATTA SALGADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 118 | 2015-0343 | Board of Retirees, as successor to the Board of Trustees for the ERS | VICTOR ROSA CALDERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 119 | 2016-0022 | Board of Retirees, as successor to the Board of Trustees for the ERS | OBED SANOGUET ROMEU | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 120 | 2015-0406 | Board of Retirees, as successor to the Board of Trustees for the ERS | RODOLFO ROMAN ROMAN | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 121 | 2015-0275 | Board of Retirees, as successor to the Board of Trustees for the ERS | HECTOR SANCHEZ TOLENTINO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 122 | 2015-0150 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE PAGAN MONTALVO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 123 | 2015-0291 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO COLON LOPEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 124 | 2015-0291 | Board of Retirees, as successor to the Board of Trustees for the ERS | LCDO. LUIS F. AVILES COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

42

| | | | | | | |
|---|---|---|---|---|---|---|
| 125 | 2015-0251 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO NEGRON MARTINEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 126 | 2015-0266 | Board of Retirees, as successor to the Board of Trustees for the ERS | VICTOR HERNANDEZ SOTO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 127 | 2014-0492 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALBERTO GONZALEZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 128 | 2015-0303 | Board of Retirees, as successor to the Board of Trustees for the ERS | CRUZ M. GARCIA PEREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 129 | 2015-0210 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO RIVERA TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 130 | 2015-0157 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER SOTO JUSTINIANO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 131 | 2015-0053 | Board of Retirees, as successor to the Board of Trustees for the ERS | SHEILA M. AYALA SANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

44

| | | | | | | |
|---|---|---|---|---|---|---|
| 132 | 2015-0065 | Board of Retirees, as successor to the Board of Trustees for the ERS | HECTOR L. MARTINEZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 133 | 2014-0552 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE A. SERRANO RAMOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 134 | 2014-0532 | Board of Retirees, as successor to the Board of Trustees for the ERS | IDELIZA CASTRO SABATER | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 135 | 2015-0207 | Board of Retirees, as successor to the Board of Trustees for the ERS | MILAGROS AYALA COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 136 | 2015-0243 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAMES MENDEZ VAZQUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 137 | 2013-0342 | Board of Retirees, as successor to the Board of Trustees for the ERS | LOURDES M. OCASIO NUÑEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 138 | 2015-0352 | Board of Retirees, as successor to the Board of Trustees for the ERS | IBIS E. VAZQUEZ QUINTANA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

46

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 139 | 2015-0082 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARISOL RAMOS RODRIGUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 140 | 2014-0492 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALBERTO GONZALEZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 141 | 2015-0049 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANGEL L. FERRER MARTINEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 142 | 2016-0047 | Board of Retirees, as successor to the Board of Trustees for the ERS | EDWIN REYES LOPEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 143 | 2016-0246 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUIS A. ANDINO DELBREY | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 144 | 2014-0345 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANTONIA LÓPEZ MALDONADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 145 | 2014-0046 | Board of Retirees, as successor to the Board of Trustees for the ERS | WYDISBERTO TORRES VALLE | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 146 | 2015-0176 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSÉ A. GONZÁLEZ ROSADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 147 | 2015-0099 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARLOS M. CRESPO ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 148 | 2015-0173 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARGIE ORTIZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 149 | 2015-0146 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARÍA DEL C. GONZÁLEZ ARROYO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 150 | 2015-0143 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN MÉNDEZ MÉNDEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 151 | 2015-0123 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN I. MÁRQUEZ GÓMEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 152 | 2015-0223 | Board of Retirees, as successor to the Board of Trustees for the ERS | NILDA SÁNCHEZ QUIÑONES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 153 | 2015-0241 | Board of Retirees, as successor to the Board of Trustees for the ERS | LOURDES E. VEGA VEGA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 154 | 2015-0254 | Board of Retirees, as successor to the Board of Trustees for the ERS | RICARDO RIVERA ÁLVAREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 155 | 2015-0262 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARÍA S. VEGUILLA COLÓN | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 156 | 2014-0543 | Board of Retirees, as successor to the Board of Trustees for the ERS | RUTH MALDONADO DELGADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 157 | 2013-0307 | Board of Retirees, as successor to the Board of Trustees for the ERS | RAFAEL RIVERA VARGAS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 158 | 2015-0175 | Board of Retirees, as successor to the Board of Trustees for the ERS | DAMARIS ESQUILÓN MORALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 159 | 2015-0041 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN J. RODRÍGUEZ BERRÍOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 160 | 2014-0140 | Board of Retirees, as successor to the Board of Trustees for the ERS | DORA N. CANINO VIÑALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |