# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMEN<br>T BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br><br>Title III<br><br>NO. 17-BK-3283-LTS<br><br>Re: ECF Nos. 1016 |

## NOTICE OF APPEARANCE

**To the Honorable Court:**

Comes now, DATA ACCESS COMMUNICATION INC, NETWAVE EQUIPMENT

CORP., and NUSTREAM COMMUNICATIONS CORP, party in interest, through the undersigned

attorney, and very respectfully states and prays that the appearing party is represented by the

undersigned attorney in all judicial proceedings regarding this case pending before this Honorable

Court.

**WHEREFORE**, the undersigned respectfully requests the Clerk of Court and all parties of

record to take notice of the foregoing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 20th of April of 2018.

**I HEREBY CERTIFY** that on this same date a true and exact copy of this notice was filed with

the Clerk of Court using the CM/ECF system, which will notify all parties in interest.

.

_____
/S/ HECTOR FIGUEROA VINCENTY
USDC NO.: 120006
CALLE SAN FRANCISCO #310
SUITE 32
SAN JUAN, P.R. 00901
MOBILE: 787-378-1154
QUIEBRAS@ELBUFETEDELPUEBLO.COM