### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br>THE COMMONWEALTH OF PUERTO RICO<br>Debtor | Case No. 17-BK-3283 LTS<br><br>PROMESA<br>TITLE III |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES NOW** the undersigned legal counsel and respectfully SETS FORTH and PRAYS:

Creditor Julio Rancel López has retained the service of the undersigned to represent him in the case of caption as a creditor and/or party in interest.

**WHEREFORE**, it is respectfully requested from this Honorable Court that it enter an order for all notices and documents filed in this case to be sent to the undersigned.

**I HEREBY CERTIFY** that, on this day, I electronically filed the foregoing with the Clerk of the Court the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

**RESPECTFULLY SUBMITTED**

In Guayama, Puerto Rico, this 21st day of April, 2018.

/s/ **Miguel Ángel Serrano-Urdaz**
USDC No. 223608
P. O. Box 1915
Guayama, Puerto Rico 00785
Tel./Fax: 787.864.5454
serrano.urdaz.law@hotmail.com