## **EXHIBIT 4**

**Time Detail**

**Citigroup Global Markets Inc. Time Detail - December 2017**

| | |
|---|---:|
| **Mainland Billed** | 72,433.04 |
| **PR Billed** | 5,691.96 |
| **Total Billed** | 78,125.00 |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 1028_123 | Financial Oversight Board | 12/1/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Contingent Debt Design calls |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | FOMB Weekly Board call |
| 1028_123 | Financial Oversight Board | 12/2/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | **N/A** | FOMB Debt Negotiation Comm Call |
| 1028_123 | Financial Oversight Board | 12/4/2017 | Green, Thomas H | Managing Director | N/A | 2.50 | N/A | N/A | Mediation Session re Project Pepper |
| 1028_123 | Financial Oversight Board | 12/4/2017 | Green, Thomas H | Managing Director | N/A | 8.00 | N/A | N/A | Prsokauer meetings re CW FP |
| 1028_123 | Financial Oversight Board | 12/4/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | FOMB meeting re DSA approaches |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Green, Thomas H | Managing Director | N/A | 7.00 | N/A | N/A | Creditor Mediation Sessions |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | FP Weekly Coordination call |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | PREPA FOMB Sub-Comm Call |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | HTA call with McKinsey |
| 1028_123 | Financial Oversight Board | 12/8/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | FOMB Weekly Board Call |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Green, Thomas H | Managing Director | N/A | 0.75 | N/A | N/A | Call with FOMB Staff re Contingent Debt |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Project Pepper reading, calls |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Green, Thomas H | Managing Director | N/A | 1.25 | N/A | N/A | PRASA debrief with FOMB ED |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Green, Thomas H | Managing Director | N/A | 0.25 | N/A | N/A | Proskauer call re Debt re-profile issues |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Call with Proskauer re PBA |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Green, Thomas H | Managing Director | N/A | 4.00 | N/A | N/A | Travel to NYC for PROMESA meetings |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | Call with Title V Coordinator |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Rothschild Meeting |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | PRASA FP Working Group Call |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | GO Ad Hoc Creditor meeting and reading |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Budget Sub-Committee call |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | Proskauer meeting on non-Title III credits |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Green, Thomas H | Managing Director | N/A | 0.25 | N/A | N/A | Project Pepper call |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | COFINA Sr Discussion call |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | FOMB Weekly Board call |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Citi team calls re various credits |
| 1028_123 | Financial Oversight Board | 12/16/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | PREPA Sub-Committee Calls |
| 1028_123 | Financial Oversight Board | 12/17/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | Citi team call re debt restructuring update |
| 1028_123 | Financial Oversight Board | 12/18/2017 | Green, Thomas H | Managing Director | N/A | 1.25 | N/A | N/A | PREPA Calls |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Green, Thomas H | Managing Director | N/A | 0.25 | N/A | N/A | PRASA Senior Creditors Call |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Project Pepper call with advisors |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Call with FOMB Staff re CW FP issues |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | PRASA FP group call |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | Mediation Project Pepper Videoconference |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Prep for Mediation |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Proskauer call re CW debt re-profiling |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | FOMB staff calls re PREPA |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Green, Thomas H | Managing Director | N/A | 1.75 | N/A | N/A | Weekly FOMB Board Call |
| 1028_123 | Financial Oversight Board | 12/26/2017 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | Reading and deck prep on CVIs |
| 1028_123 | Financial Oversight Board | 12/27/2017 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | PRASA calls |
| 1028_123 | Financial Oversight Board | 12/28/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | Rothschild call re PREPA - TSA loan idea |
| 1028_123 | Financial Oversight Board | 12/28/2017 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | Call with Proskauer re GO, COFINA |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PREPA Transform Plan |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PR Creditor Proposal Slides |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Historical CW GNP Analysis |
| 1028_123 | Financial Oversight Board | 12/2/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | Debt Negotiations Subcommittee |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1028_123 | Financial Oversight Board | 12/4/2017 | Castiglioni, James | Vice President | N/A | 3.00 | N/A | N/A | Debt Restructuring Alternatives |
| 1028_123 | Financial Oversight Board | 12/4/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Analysis on Non-Payment Debt |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Creditor Session Prep |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PREPA Transform Plan |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PRASA Fiscal Plan |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Weekly Call |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PREPA Subcommittee Prep |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Castiglioni, James | Vice President | N/A | 2.50 | N/A | N/A | PREPA Meeting |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | HTA Next Steps |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/8/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/8/2017 | Castiglioni, James | Vice President | N/A | 0.83 | N/A | N/A | Contingent Value Work |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Debrief |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring Prep |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | Debt Restructuring Meeting |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PBA Call |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PRASA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | PR CW Fiscal Plan Discussion |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PREPA Transform Plan |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Castiglioni, James | Vice President | N/A | 1.33 | N/A | N/A | PRASA Fiscal Plan |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Weekly Call |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | Budget Subcommittee |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | HTA Next Steps |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Internal Citi PR Calls |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | COFINA Sr Group Call |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/16/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/17/2017 | Castiglioni, James | Vice President | N/A | 0.83 | N/A | N/A | Internal Citi PR Call |
| 1028_123 | Financial Oversight Board | 12/17/2017 | Castiglioni, James | Vice President | N/A | 3.00 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/18/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/18/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PF CW Fiscal Plan Discussion |
| 1028_123 | Financial Oversight Board | 12/18/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PREPA Transform Call |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Castiglioni, James | Vice President | N/A | 3.00 | N/A | N/A | Title III Debt Restructuring Meeting |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Castiglioni, James | Vice President | N/A | 0.67 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PREPA Subcommittee Prep |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | COFINA Analysis |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PF CW Fiscal Plan Discussion |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/27/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_123 | Financial Oversight Board | 12/27/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_123 | Financial Oversight Board | 12/28/2017 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_123 | Financial Oversight Board | 12/29/2017 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | reading of documents |
| 1028_123 | Financial Oversight Board | 12/1/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1028_123 | Financial Oversight Board | 12/2/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | Debt Negotiations Subcommittee |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Creditor Session Prep |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | PREPA Transform Plan |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Weekly Call |
| 1028_123 | Financial Oversight Board | 12/6/2017 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | PREPA Subcommittee Prep |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Gavin, John C | Managing Director | N/A | 2.50 | N/A | N/A | PREPA Meeting |
| 1028_123 | Financial Oversight Board | 12/7/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/8/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PREPA Debrief |
| 1028_123 | Financial Oversight Board | 12/11/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | Debt Restructuring Meeting |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | PBA Call |
| 1028_123 | Financial Oversight Board | 12/12/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PRASA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | PR CW Fiscal Plan Discussion |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | PREPA Transform Plan |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Gavin, John C | Managing Director | N/A | 1.33 | N/A | N/A | PRASA Fiscal Plan |
| 1028_123 | Financial Oversight Board | 12/13/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Weekly Call |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | Budget Subcommittee |
| 1028_123 | Financial Oversight Board | 12/14/2017 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | HTA Next Steps |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Internal Citi PR Calls |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | COFINA Sr Group Call |
| 1028_123 | Financial Oversight Board | 12/15/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/16/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/17/2017 | Gavin, John C | Managing Director | N/A | 0.83 | N/A | N/A | Internal Citi PR Call |
| 1028_123 | Financial Oversight Board | 12/17/2017 | Gavin, John C | Managing Director | N/A | 3.00 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/18/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/18/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | PF CW Fiscal Plan Discussion |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/19/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | Debt Restructuring Work |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | PREPA Transform Call |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_123 | Financial Oversight Board | 12/20/2017 | Gavin, John C | Managing Director | N/A | 3.00 | N/A | N/A | Title III Debt Restructuring Meeting |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Gavin, John C | Managing Director | N/A | 0.67 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/21/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | PREPA Subcommittee Prep |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | PF CW Fiscal Plan Discussion |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PREPA Subcommittee |
| 1028_123 | Financial Oversight Board | 12/22/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/27/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_123 | Financial Oversight Board | 12/27/2017 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_123 | Financial Oversight Board | 12/29/2017 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_123 | Financial Oversight Board | 12/29/2017 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Reading of documents |

**Citigroup Global Markets Inc. Time Detail - January 2018**

| | |
|---|---:|
| **Mainland Billed** | 72,433.04 |
| **PR Billed** | 5,691.96 |
| **Total Billed** | 78,125.00 |

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 1028_124 | Financial Oversight Board | 1/3/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | PRASA FP Working Group Call |
| 1028_124 | Financial Oversight Board | 1/3/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Weekly Coord Call |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Green, Thomas H | Managing Director | N/A | 4.00 | N/A | N/A | PREPA DIP Reading and Calls |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec Call |
| 1028_124 | Financial Oversight Board | 1/5/2018 | Green, Thomas H | Managing Director | N/A | 2.50 | N/A | N/A | PREPA Calls |
| 1028_124 | Financial Oversight Board | 1/6/2018 | Green, Thomas H | Managing Director | N/A | 8.00 | N/A | N/A | Debt Restructuring draft deck; calls |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Green, Thomas H | Managing Director | N/A | 6.00 | N/A | N/A | Project Pepper emails, calls reading |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Proskauer meeting re FP Debt redo |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Project Pepper FOMB Briefing prep, calls |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Mediation meetings re Project Pepper |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | FOMB Budget Comm call re CW FP |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Weekly Coord Call |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | PREPA DIP Due diligence call |
| 1028_124 | Financial Oversight Board | 1/11/2018 | Green, Thomas H | Managing Director | N/A | 4.00 | N/A | N/A | PREPA DIP Reading and DD Call |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | FOMB Board Call |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | Review FP Macro Model numbers |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Review COFINA SUT Performance deck |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Review PREPA DD Submission |
| 1028_124 | Financial Oversight Board | 1/13/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | PREPA DIP calls, reading |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Call ReFP Macro baselines |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | PREPA FP initial FOMB diligence call |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Read draft FP docs |
| 1028_124 | Financial Oversight Board | 1/16/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | PREPA transformation call |
| 1028_124 | Financial Oversight Board | 1/16/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | Proskauer meeting re FP Debt redo |
| 1028_124 | Financial Oversight Board | 1/16/2018 | Green, Thomas H | Managing Director | N/A | 0.25 | N/A | N/A | Rothschild call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Green, Thomas H | Managing Director | N/A | 4.00 | N/A | N/A | Meeting at Rothschild re FP Macro |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | PR HTA Citi team call |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Green, Thomas H | Managing Director | N/A | 0.75 | N/A | N/A | Call with Board counsel re FP major items |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | PR HTA Calls |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | PREPA Sub-Committee and FP Calls |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Rotschild call re debt issues |
| 1028_124 | Financial Oversight Board | 1/19/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Call with Rothschild re HTA, PREPA |
| 1028_124 | Financial Oversight Board | 1/19/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | Call with Proskauer re PRASA, COFINA |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Green, Thomas H | Managing Director | N/A | 4.00 | N/A | N/A | 4 am - 8 am Prep Deck for HTA Call |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Green, Thomas H | Managing Director | N/A | 1.75 | N/A | N/A | FOMB Board pre-call, call re HTA |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | Rothschild call re debt and HTA mediation |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Green, Thomas H | Managing Director | N/A | 1.25 | N/A | N/A | FOMB call re CW FP |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | CW Liquidity Call |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | PRASA FP Working Grp call |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | AAFAF  FOMB Call |
| 1028_124 | Financial Oversight Board | 1/25/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | AAFAF FOMB Coord Call |
| 1028_124 | Financial Oversight Board | 1/25/2018 | Green, Thomas H | Managing Director | N/A | 1.50 | N/A | N/A | Calls re CW FP |
| 1028_124 | Financial Oversight Board | 1/26/2018 | Green, Thomas H | Managing Director | N/A | 1.42 | N/A | N/A | PROMESA Board Call |
| 1028_124 | Financial Oversight Board | 1/28/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | Call re CW DSA Parameters |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Green, Thomas H | Managing Director | N/A | 0.67 | N/A | N/A | PROMESA Pension Comm call |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Green, Thomas H | Managing Director | N/A | 1.00 | N/A | N/A | DSA call with FOMB Senior Staff |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Project Pepper Mediation calls, meeting |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Green, Thomas H | Managing Director | N/A | 3.00 | N/A | N/A | Travel to Mediation Session |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Green, Thomas H | Managing Director | N/A | 0.50 | N/A | N/A | DSA Calls |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1028_124 | Financial Oversight Board | 1/31/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | PRASA Meetings Proskauer |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Green, Thomas H | Managing Director | N/A | 2.00 | N/A | N/A | PROMESA meeting re DSA |
| 1028_124 | Financial Oversight Board | 1/3/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_124 | Financial Oversight Board | 1/3/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/3/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PR Debt Holders Analysis |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PREPA Call |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PREPA Financing Facility |
| 1028_124 | Financial Oversight Board | 1/5/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Budget Subcommittee |
| 1028_124 | Financial Oversight Board | 1/5/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/6/2018 | Castiglioni, James | Vice President | N/A | 0.83 | N/A | N/A | PR Overview Internal Call |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring Work |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Contingent Value Instruments |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring debrief |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Mkt Value Work |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Castiglioni, James | Vice President | N/A | 0.83 | N/A | N/A | PREPA Financing Facility |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Budget Subcommittee |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Title III Debt Restructuring meeting |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring Work |
| 1028_124 | Financial Oversight Board | 1/11/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_124 | Financial Oversight Board | 1/11/2018 | Castiglioni, James | Vice President | N/A | 5.00 | N/A | N/A | FOMB Diligence Session |
| 1028_124 | Financial Oversight Board | 1/11/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Debt Restructuring Work |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/13/2018 | Castiglioni, James | Vice President | N/A | 0.67 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/14/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PR HTA Work |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Macro/Economist Call |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Subcommittee Fiscal Plan |
| 1028_124 | Financial Oversight Board | 1/16/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Fiscal Plan work |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Castiglioni, James | Vice President | N/A | 0.67 | N/A | N/A | PR HTA Internal Citi Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Castiglioni, James | Vice President | N/A | 3.00 | N/A | N/A | Macro/Economist meeting |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | PREPA/CW Follow up Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Castiglioni, James | Vice President | N/A | 0.83 | N/A | N/A | PR HTA Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | HTA Work / Holders Analysis |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Castiglioni, James | Vice President | N/A | 1.17 | N/A | N/A | PREPA Subcommittee Fiscal Plan |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Debt Restructuring discussion |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PRASA Subcommittee |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | HTA Discussion |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Debt Restructuring Work |
| 1028_124 | Financial Oversight Board | 1/19/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PRASA Discussion |
| 1028_124 | Financial Oversight Board | 1/19/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | HTA Mediation/Discussion |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | HTA Work |
| 1028_124 | Financial Oversight Board | 1/21/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Internal PR Call |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debrief of CW Fiscal Plan Meeting |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | HTA Mediation Call |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | HTA Work / Analysis |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Debt Restructuring Work |
| 1028_124 | Financial Oversight Board | 1/25/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | PR Trade/Eval Update |
| 1028_124 | Financial Oversight Board | 1/25/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Title III Debt Restructuring Meeting |

| Code | Entity | Date | Name | Title | | Hours | | | Description |
|---|---|---|---|---|---|---|---|---|---|
| 1028_124 | Financial Oversight Board | 1/26/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/29/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | PR Internal Call |
| 1028_124 | Financial Oversight Board | 1/29/2018 | Castiglioni, James | Vice President | N/A | 3.00 | N/A | N/A | Debt Sustainability Work |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Sustainability Call |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Castiglioni, James | Vice President | N/A | 2.00 | N/A | N/A | Title III Debt Restructuring Meeting |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Castiglioni, James | Vice President | N/A | 0.50 | N/A | N/A | Debt Sustainability Call |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PRASA/PREPA Meeting |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Castiglioni, James | Vice President | N/A | 1.50 | N/A | N/A | PREPA Concession/Regulartory |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Castiglioni, James | Vice President | N/A | 1.00 | N/A | N/A | Debt Sustainability Work |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Castiglioni, James | Vice President | N/A | 0.33 | N/A | N/A | PRASA Work |
| 1028_124 | Financial Oversight Board | 1/3/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PRASA Fiscal Plan Call |
| 1028_124 | Financial Oversight Board | 1/3/2018 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | PREPA Call |
| 1028_124 | Financial Oversight Board | 1/4/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | PREPA Financing Facility |
| 1028_124 | Financial Oversight Board | 1/5/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Budget Subcommittee |
| 1028_124 | Financial Oversight Board | 1/5/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/6/2018 | Gavin, John C | Managing Director | N/A | 0.83 | N/A | N/A | PR Overview Internal Call |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Ankura call |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | call re pepper |
| 1028_124 | Financial Oversight Board | 1/8/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | Reading of documents |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | meeting with Nataliee re Pepper |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Debt Restructuring debrief |
| 1028_124 | Financial Oversight Board | 1/9/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | meeting prep |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Gavin, John C | Managing Director | N/A | 0.83 | N/A | N/A | PREPA Financing Facility |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Budget Subcommittee |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Title III Debt Restructuring meeting |
| 1028_124 | Financial Oversight Board | 1/10/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Review Budget document for call |
| 1028_124 | Financial Oversight Board | 1/11/2018 | Gavin, John C | Managing Director | N/A | 5.00 | N/A | N/A | FOMB Diligence Session |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/12/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | Meeting with VR Capital |
| 1028_124 | Financial Oversight Board | 1/13/2018 | Gavin, John C | Managing Director | N/A | 0.67 | N/A | N/A | Title III Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Macro/Economist Call |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | Prepa prep for call |
| 1028_124 | Financial Oversight Board | 1/15/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | Prepa baseline analysis call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Gavin, John C | Managing Director | N/A | 0.67 | N/A | N/A | PR HTA Internal Citi Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Gavin, John C | Managing Director | N/A | 3.00 | N/A | N/A | Macro/Economist meeting |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | Weekly Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A | PREPA/CW Follow up Call |
| 1028_124 | Financial Oversight Board | 1/17/2018 | Gavin, John C | Managing Director | N/A | 0.83 | N/A | N/A | PR HTA Call |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | meeting with Rothschild HTA |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Gavin, John C | Managing Director | N/A | 1.17 | N/A | N/A | PREPA Subcommittee Fiscal Plan |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | Debt Restructuring discussion |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | PRASA Subcommittee |
| 1028_124 | Financial Oversight Board | 1/18/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | HTA Discussion |
| 1028_124 | Financial Oversight Board | 1/19/2018 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A | PRASA Discussion |
| 1028_124 | Financial Oversight Board | 1/19/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A | FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | HTA Mediation/Discussion |
| 1028_124 | Financial Oversight Board | 1/20/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/21/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Internal PR Call |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | Debrief of CW Fiscal Plan Meeting |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | HTA Mediation Call |
| 1028_124 | Financial Oversight Board | 1/22/2018 | Gavin, John C | Managing Director | N/A | 3.00 | N/A | N/A | HTA mediation prep |
| 1028_124 | Financial Oversight Board | 1/24/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A | PRASA Fiscal Plan Call |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1028_124 | Financial Oversight Board | 1/24/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A Weekly Call |
| 1028_124 | Financial Oversight Board | 1/25/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A Title III Debt Restructuring Meeting |
| 1028_124 | Financial Oversight Board | 1/26/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A FOMB Exec. Call |
| 1028_124 | Financial Oversight Board | 1/29/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A PR Internal Call |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A Debt Sustainability Call |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Gavin, John C | Managing Director | N/A | 1.00 | N/A | N/A Title III Debt Restructuring Call |
| 1028_124 | Financial Oversight Board | 1/30/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A Title III Debt Restructuring Meeting |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Gavin, John C | Managing Director | N/A | 0.50 | N/A | N/A Debt Sustainability Call |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Gavin, John C | Managing Director | N/A | 2.00 | N/A | N/A PRASA/PREPA Meeting |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A PREPA Concession/Regulartory |
| 1028_124 | Financial Oversight Board | 1/31/2018 | Gavin, John C | Managing Director | N/A | 1.50 | N/A | N/A Call with NixonrePRASA/PREPA |