# **EXHIBIT 6**

**Certification of Mike Leffler**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>        Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATION OF MIKE LEFFLER

I, Mike Leffler, hereby certify:

1.   I am a Director at Citigroup Global Markets, Inc. ("Citi"), which has been engaged to serve as investment banker and financial advisor to the Financial Oversight and Management Board for Puerto Rico. I am one of the Directors at Citi responsible for this engagement. I submit this certification in support of Citi's first interim application for allowance of compensation and reimbursement of expenses.

2.   Pursuant to Local Rule 2016-1, I hereby certify as follows:

    (a)   I have read the application;

    (b)   to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and expenses sought therein conform with the Bankruptcy Code, the

---

[1] The Debtors in these Title III Cases, along with the last four digits of their respective Federal Tax ID number, are: (i) Commonwealth of Puerto Rico (3481); (ii) Puerto Rico Sales Tax Financing Corporation (8474); (iii) Puerto Rico Highways and Transportation Authority (3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (9686); and (v) Puerto Rico Electric Power Authority (3747).

Federal Rules of Bankruptcy Procedure, the United States Trustee Guidelines, and the Local Rules; and

        (c)    the fees charged for this engagement are consistent with those customarily employed by Citi in other municipal restructuring engagements.

    3.    Pursuant to Rule 2016(a), no agreement or understanding exists between Citi and any other person for sharing compensation to be received in connection with this engagement, except as authorized by the Bankruptcy Code or Rules.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2018.

                                            /s/ Mike Leffler