## Exhibit 2

**ERS Administrative Actions Granted Modification of the Title III Stay**

**TITLE III STAY MODIFICATIONS AGREED TO BY DEBTOR ERS**
**FROM FEBRUARY 21, 2018 THROUGH APRIL 20, 2018**

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 1. | *Ana M. Flores Cuadrado v. ERS* <br><br> EEOC- 515-2017-0068 <br><br> Employee - discrimination administrative action | Ana M. Flores Cuadrado | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 2. | *Ángel L. Flores Dieppa v. ERS* <br><br> EEOC- 515-297-00191 <br><br> Employee discrimination administrative action. | Ángel L. Flores Dieppa | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 3. | *Ángel M. Pérez Alicea v. ERS* <br><br> EEOC- 515-2017-00073 <br><br> Employee discrimination administrative action | Ángel M. Pérez Alicea | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 4. | *Carlos Lasanta Rodríguez v. ERS*<br><br>CASP- 2014-02-0393<br><br>Employee recruiting and selection administrative action. | Carlos Lasanta Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 5. | *Consuelo Navarro Smith, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP-AQ-13-0385<br><br>Employee reclassification administrative action | Consuelo Navarro Smith et al. | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 6. | *Daniel Matos Hernández v. ERS*<br><br>EEOC- 515-2017-00081<br><br>Employee discrimination administrative action. | Daniel Matos Hernández | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 7. | *Edna Medina Andino, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP- AQ-16-0306<br><br>Employee salary discount administrative action. | Edna Medina Andino | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 8. | *Elizabeth Rivera Ruiz, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP- AQ-16-0470<br><br>Employee differential administrative action | Elizabeth Rivera Ruiz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 9. | *Enery Laboy Sánchez v. ERS*<br><br>CASP- 2000-01-0910<br><br>Employee classification of position administrative action | Enery Laboy Sánchez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 10. | *Flora González Ramos v. ERS*<br><br>CASP- 2015-09-0243<br><br>Employee classification of position administrative action | Flora González Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 11. | *Franciso Sola Segarra v. ERS*<br><br>EEOC- 515-2017-00195<br><br>Employee discrimination administrative action | Franciso Sola Segarra | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 12. | *Héctor N. González Cabán v. ERS*<br><br>EEOC- 515-2017-00087<br><br>Employee discrimination administrative action | Héctor N. González Cabán | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 13. | *Héctor Santana Oyola v. ERS*<br><br>CASP- 2007-04-1113<br><br>Employee retribution administrative action | Héctor Santana Oyola | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 14. | *Héctor Santana Oyola v. ERS*<br><br>CASP- 2008-12-0556<br><br>Employee retribution administrative action | Héctor Santana Oyola | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 15. | *Iris M. Colón Rojas v. ERS*<br><br>EEOC- 515-2017-00498<br><br>Employee discrimination administrative action | Iris M. Colón Rojas | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 16. | *Jazmine Hernández Torres v. ERS*<br><br>CASP- 2010-03-2924<br><br>Employee retention administrative action | Jazmine Hernández Torres | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 17. | *Jorge A. Román Salas v. ERS*<br><br>EEOC- 515-2017-00320<br><br>Employee retention administrative action | Jorge A. Román Salas | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 18. | *José L. Rivera Alicea, Unión General de Trabajadores, et al. v. ERS*<br><br>CASP-AQ-14-0781<br><br>Employee disciplinary administrative action | José L. Rivera Alicea | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 19. | *Luis Collazo Rodríguez v. ERS*<br><br>CASP- 2016-07-0041<br><br>Employee recruitment and selection administrative action | Luis Collazo Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 20. | *Mabelis Rodríguez de la Fuente, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-16-0512<br><br>Employee sexual and labor harassment administrative action | Mabelis Rodríguez de la Fuente | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 21. | *Mabelis Rodríguez de la Fuente, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-16-0874<br><br>Employee administrative action | Mabelis Rodríguez de la Fuente | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 22. | *Manuel Sánchez Incle v. ERS*<br><br>EEOC- 515-2017-00322<br><br>Employee discrimination administrative action | Manuel Sánchez Incle | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 23. | *María D. Rosa Maysonet v. ERS*<br><br>EEOC- 515-2017-00199<br><br>Employee discrimination administrative action | María D. Rosa Maysonet | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 24. | *María de F. Rivera Febres, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP- AQ-17-0194<br><br>Employee disciplinary administrative action | María de F. Rivera Febres | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 25. | *María Díaz Martínez v. ERS*<br><br>EEOC- 515-2017-00087<br><br>Employee discrimination administrative action | María Díaz Martínez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 26. | *María Morales Santiago v. ERS*<br><br>CASP- 2014-08-0361<br><br>Employee administrative proceeding under investigation | María Morales Santiago | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 27. | *Maribel Martínez López v. ERS*<br><br>CASP-2009-09-0421<br><br>Employee classification of position administrative action | Maribel Martínez López | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 28. | *Mario Meléndez Díaz v. ERS*<br><br>CASP- 2016-10-0497<br><br>Employee recruitment and selection administrative action | Mario Meléndez Díaz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 29. | *Miriam Rivera Padilla v. ERS*<br><br>CASP-2002-05-1259<br><br>Employee retribution administrative action | Miriam Rivera Padilla | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 30. | *Mitzy Viera Rodríguez, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-17-0195<br><br>Employee disciplinary action | Mitzy Viera Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 31. | *Nydia Pacheco Ramos v. ERS*<br><br>CASP-2003-07-0107<br><br>Employee recruiting and selection administrative action | Nydia Pacheco Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 32. | *Nydia Pacheco Ramos v. ERS*<br><br>CASP-2004-11-0775<br><br>Employee retention administrative action | Nydia Pacheco Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 33. | *Olga I. Marcano Benítez v. ERS*<br><br>EEOC- 515-2017-0068<br><br>Employee discrimination administrative action | Olga I. Marcano Benítez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 34. | *Omayra Torres Camacho v. ERS*<br><br>CASP- 2015-10-0324<br><br>Employee retention administrative action | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 35. | *Omayra Torres Camacho v. ERS*<br><br>CASP- 2016-07-0094<br><br>Employee administrative action | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 36. | *Omayra Torres Camacho v. ERS*<br><br>CASP- 2017-031087<br><br>Employee transfer administrative action | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 37. | *Omayra Torres Camacho v. ERS*<br><br>ISCI2017-00261<br><br>Injunctive relief | Omayra Torres Camacho | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 38. | *Rafael A. Rodríguez Vargas v. ERS*<br><br>EEOC- 515-2017-00090<br><br>Employee discrimination administrative action | Rafael A. Rodríguez Vargas | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 39. | *Roberto Rolón Marrero v. ERS*<br><br>EEOC- 215-2017-00329<br><br>Employee discrimination administrative action | Roberto Rolón Marrero | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 40. | *Sonia Santos Cordova, Unión General de Trabajadores, et al., v. ERS*<br><br>CASP-AQ-17-0343<br><br>Employee hostile environment administrative action. | Sonia Santos Cordova | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 41. | *Zaida I. Matos Quiñones v. ERS*<br><br>CASP-AQ-15-0467<br><br>Employee position classification administrative action | Zaida I. Matos Quiñones | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 42. | *Zaida I. Matos Quiñones v. ERS*<br><br>CASP- 2015-09-0219<br><br>Employee position classification administrative action | Zaida I. Matos Quiñones | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 43. | *Zoraida Fraticelli Galarza v. ERS*<br><br>CASP- 2016-07-0040<br><br>Employee recruiting and selection administrative action | Zoraida Fraticelli Galarza | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |
| 44. | *Madeline Solís Calixto v. ERS*<br><br>CASP-2016-09-0387<br><br>Employee discrimination administrative action. | Madeline Solís Calixto | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor. | April 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | 2014-0377 | Board of Retirees, as successor to the Board of Trustees for the ERS | FELIPA JUSTINIANO JUSTINIANO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 46 | 2016-0014 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER BLANCO SANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 47 | 2015-0274 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA DEL C. ROBLES RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | 2015-0193 | Board of Retirees, as successor to the Board of Trustees for the ERS | ZULMA I. RIVERA MIRANDA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 49 | 2015-0203 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMELO CARDONA ROSA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 50 | 2015-0378 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUZ E. GARCIA SANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 51 | 2015-0300 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANGEL L. RIOS COSME | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 52 | 2015-0380 | Board of Retirees, as successor to the Board of Trustees for the ERS | RUDDY S. REYES GONZALEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 53 | 2015-0252 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA RODRIGUEZ DIAZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | 2015-0366 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE CALDERON MORALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 55 | 2015-0101 | Board of Retirees, as successor to the Board of Trustees for the ERS | JUDITH CASTRO GONZALEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 56 | 2014-0066 | Board of Retirees, as successor to the Board of Trustees for the ERS | ENID BERMUDEZ DE JESUS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | 2015-0062 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE GONZALEZ CALDERON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 58 | 2016-0124 | Board of Retirees, as successor to the Board of Trustees for the ERS | NELSON CRUZ COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 59 | 2015-0200 | Board of Retirees, as successor to the Board of Trustees for the ERS | RAFAEL REYES ALICEA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | 2015-0062 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE GONZALEZ CALDERON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 61 | 2015-0115 | Board of Retirees, as successor to the Board of Trustees for the ERS | YOLANDA NIEVES JIMENEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 62 | 2016-0121 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN C. FELICIANO TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | 2015-0086 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANGEL TOLENTINO MALDONADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 64 | 2014-0401 | Board of Retirees, as successor to the Board of Trustees for the ERS | NORMA I. ROLDAN ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 65 | 2015-0063 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALFREDO RUIZ PEREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 66 | 2016-0121 | Board of Retirees, as successor to the Board of Trustees for the ERS | NORMA I. ROLDAN ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 67 | 2014-0037 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANNIE DE JESUS SERRANO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 68 | 2015-0269 | Board of Retirees, as successor to the Board of Trustees for the ERS | NILDA RUIZ OCASIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69 | 2015-0359 | Board of Retirees, as successor to the Board of Trustees for the ERS | BRUNILDA MARRERO RODRIGUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 70 | 2014-0278 | Board of Retirees, as successor to the Board of Trustees for the ERS | BENITO RODRIGUEZ RAMOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 71 | 2016-0014 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER BLANCO SHANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 72 | 2015-0274 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA DEL C. ROBLES RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 73 | 2012-0347 | Board of Retirees, as successor to the Board of Trustees for the ERS | DANIEL MIRANDA GONZALEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 74 | 2014-0573 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE PEDROZA MORALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | 2016-0124 | Board of Retirees, as successor to the Board of Trustees for the ERS | NELSON CRUZ COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 76 | 2015-0299 | Board of Retirees, as successor to the Board of Trustees for the ERS | XIOMARA BURGOS RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 77 | 2015-0374 | Board of Retirees, as successor to the Board of Trustees for the ERS | IRIS M. GALLOZA GALICIA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | 2014-0533 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUIS A. TORRES MARTINEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 79 | 2015-0295 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE DIAZ SIERRA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 80 | 2015-0077 | Board of Retirees, as successor to the Board of Trustees for the ERS | EILEEN GARRASTEGUI MALDONADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | 2016-0051 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO RIOS OSORIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 82 | 2016-0268 | Board of Retirees, as successor to the Board of Trustees for the ERS | ZORAIDA MATIAS QUIÑONES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 83 | 2013-0257 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIA SUAREZ TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 84 | 2014-0034 | Board of Retirees, as successor to the Board of Trustees for the ERS | CIALDY RODRIGUEZ FIGUEROA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 85 | 2016-0011 | Board of Retirees, as successor to the Board of Trustees for the ERS | ELSA I. MONTALVO ROBLES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 86 | 2015-0197 | Board of Retirees, as successor to the Board of Trustees for the ERS | AIDA I. GONZALEZ TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 87 | 2015-0131 | Board of Retirees, as successor to the Board of Trustees for the ERS | ISMAEL LUGO ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 88 | 2016-0060 | Board of Retirees, as successor to the Board of Trustees for the ERS | RAUL RIVERA RUIZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 89 | 2014-0364 | Board of Retirees, as successor to the Board of Trustees for the ERS | SANDRA RIVERA CABRERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 90 | 2015-0365 | Board of Retirees, as successor to the Board of Trustees for the ERS | GERARDO CAUSSADE ROSADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 91 | 2015-0365 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER A. COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 92 | 2016-0119 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN Y. BERRIOS ORTIZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 93 | 2014-0471 | Board of Retirees, as successor to the Board of Trustees for the ERS | VICTOR CENTENO BENERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 94 | 2016-0126 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUZ M. LUGO CRESPO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 95 | 2015-0376 | Board of Retirees, as successor to the Board of Trustees for the ERS | LELIS VILLAFAÑA COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 96 | 2016-0074 | Board of Retirees, as successor to the Board of Trustees for the ERS | ELIZABETH DONES DONES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 97 | 2015-0273 | Board of Retirees, as successor to the Board of Trustees for the ERS | JUDITH GARCIA CRUZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 98 | 2016-0028 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARIBEL BORIA GOMEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 99 | 2014-0573 | Board of Retirees, as successor to the Board of Trustees for the ERS | EVELYN SANCHEZ ROMERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 100 | 2016-0298 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE A. RODRIGUEZ GARCIA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 101 | 2015-0005 | Board of Retirees, as successor to the Board of Trustees for the ERS | MILAGROS TRINIDAD TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 102 | 2015-0217 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANIBAL GONZALEZ PEREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 103 | 2016-0247 | Board of Retirees, as successor to the Board of Trustees for the ERS | EMELDA RUIZ MORELL | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 104 | 2015-0345 | Board of Retirees, as successor to the Board of Trustees for the ERS | GLORIA M. RIVERA FONSECA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 105 | 2013-0322 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANA L. ORTIZ DE BERRIOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 106 | 2015-0244 | Board of Retirees, as successor to the Board of Trustees for the ERS | JESUS M. LOPEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 107 | 2015-0375 | Board of Retirees, as successor to the Board of Trustees for the ERS | HERMINIA CASADO ARROYO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 108 | 2016-0247 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE PAGAN MONTALVO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | 2016-0099 | Board of Retirees, as successor to the Board of Trustees for the ERS | DINARIS VEGA GALARZA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 110 | 2016-0032 | Board of Retirees, as successor to the Board of Trustees for the ERS | FERNANDO CHARDON RODRIGUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 111 | 2015-0343 | Board of Retirees, as successor to the Board of Trustees for the ERS | RUTH RIOS FERNANDEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 112 | 2015-0373 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALICIA LOPEZ VELEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 113 | 2016-0279 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARTA DE LOS A. BERDECIA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 114 | 2014-0502 | Board of Retirees, as successor to the Board of Trustees for the ERS | MAYRA ROSA ROMERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 115 | 2016-0136 | Board of Retirees, as successor to the Board of Trustees for the ERS | GEORGINA CORTES CORDERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 116 | 2016-0169 | Board of Retirees, as successor to the Board of Trustees for the ERS | MIRIAM LOPEZ ROSADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 117 | 2015-0083 | Board of Retirees, as successor to the Board of Trustees for the ERS | RODRIGO MATTA SALGADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 118 | 2015-0343 | Board of Retirees, as successor to the Board of Trustees for the ERS | VICTOR ROSA CALDERO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 119 | 2016-0022 | Board of Retirees, as successor to the Board of Trustees for the ERS | OBED SANOGUET ROMEU | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 120 | 2015-0406 | Board of Retirees, as successor to the Board of Trustees for the ERS | RODOLFO ROMAN ROMAN | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 121 | 2015-0275 | Board of Retirees, as successor to the Board of Trustees for the ERS | HECTOR SANCHEZ TOLENTINO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 122 | 2015-0150 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE PAGAN MONTALVO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 123 | 2015-0291 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO COLON LOPEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 124 | 2015-0291 | Board of Retirees, as successor to the Board of Trustees for the ERS | LCDO. LUIS F. AVILES COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 125 | 2015-0251 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO NEGRON MARTINEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 126 | 2015-0266 | Board of Retirees, as successor to the Board of Trustees for the ERS | VICTOR HERNANDEZ SOTO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 127 | 2014-0492 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALBERTO GONZALEZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 128 | 2015-0303 | Board of Retirees, as successor to the Board of Trustees for the ERS | CRUZ M. GARCIA PEREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 129 | 2015-0210 | Board of Retirees, as successor to the Board of Trustees for the ERS | ROBERTO RIVERA TORRES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 130 | 2015-0157 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAVIER SOTO JUSTINIANO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 131 | 2015-0053 | Board of Retirees, as successor to the Board of Trustees for the ERS | SHEILA M. AYALA SANCHEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 132 | 2015-0065 | Board of Retirees, as successor to the Board of Trustees for the ERS | HECTOR L. MARTINEZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 133 | 2014-0552 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSE A. SERRANO RAMOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 134 | 2014-0532 | Board of Retirees, as successor to the Board of Trustees for the ERS | IDELIZA CASTRO SABATER | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 135 | 2015-0207 | Board of Retirees, as successor to the Board of Trustees for the ERS | MILAGROS AYALA COLON | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 136 | 2015-0243 | Board of Retirees, as successor to the Board of Trustees for the ERS | JAMES MENDEZ VAZQUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 137 | 2013-0342 | Board of Retirees, as successor to the Board of Trustees for the ERS | LOURDES M. OCASIO NUÑEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 138 | 2015-0352 | Board of Retirees, as successor to the Board of Trustees for the ERS | IBIS E. VAZQUEZ QUINTANA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 139 | 2015-0082 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARISOL RAMOS RODRIGUEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 140 | 2014-0492 | Board of Retirees, as successor to the Board of Trustees for the ERS | ALBERTO GONZALEZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 141 | 2015-0049 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANGEL L. FERRER MARTINEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| 142 | 2016-0047 | Board of Retirees, as successor to the Board of Trustees for the ERS | EDWIN REYES LOPEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 143 | 2016-0246 | Board of Retirees, as successor to the Board of Trustees for the ERS | LUIS A. ANDINO DELBREY | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 144 | 2014-0345 | Board of Retirees, as successor to the Board of Trustees for the ERS | ANTONIA LÓPEZ MALDONADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 145 | 2014-0046 | Board of Retirees, as successor to the Board of Trustees for the ERS | WYDISBERTO TORRES VALLE | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 146 | 2015-0176 | Board of Retirees, as successor to the Board of Trustees for the ERS | JOSÉ A. GONZÁLEZ ROSADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 147 | 2015-0099 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARLOS M. CRESPO ROSARIO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 148 | 2015-0173 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARGIE ORTIZ RIVERA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | |
| 149 | 2015-0146 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARÍA DEL C. GONZÁLEZ ARROYO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 150 | 2015-0143 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN MÉNDEZ MÉNDEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 151 | 2015-0123 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN I. MÁRQUEZ GÓMEZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 152 | 2015-0223 | Board of Retirees, as successor to the Board of Trustees for the ERS | NILDA SÁNCHEZ QUIÑONES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 153 | 2015-0241 | Board of Retirees, as successor to the Board of Trustees for the ERS | LOURDES E. VEGA VEGA | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 154 | 2015-0254 | Board of Retirees, as successor to the Board of Trustees for the ERS | RICARDO RIVERA ÁLVAREZ | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 155 | 2015-0262 | Board of Retirees, as successor to the Board of Trustees for the ERS | MARÍA S. VEGUILLA COLÓN | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 156 | 2014-0543 | Board of Retirees, as successor to the Board of Trustees for the ERS | RUTH MALDONADO DELGADO | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 157 | 2013-0307 | Board of Retirees, as successor to the Board of Trustees for the ERS | RAFAEL RIVERA VARGAS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 158 | 2015-0175 | Board of Retirees, as successor to the Board of Trustees for the ERS | DAMARIS ESQUILÓN MORALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 159 | 2015-0041 | Board of Retirees, as successor to the Board of Trustees for the ERS | CARMEN J. RODRÍGUEZ BERRÍOS | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |
| 160 | 2014-0140 | Board of Retirees, as successor to the Board of Trustees for the ERS | DORA N. CANINO VIÑALES | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | Apr 20, 2018 |