UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER CANCELLING THE APRIL 25, 2018, OMNIBUS HEARING

      The Court recently (1) received and granted a request to adjourn the Commonwealth-COFINA certification motion hearing (Docket Entry No. 462 in Case No. 17-257) and (2) received a report detailing the stipulated resolution of a lift stay motion that was scheduled to be heard at the April 25, 2018, Omnibus Hearing (Docket Entry No. 806 in Case No. 17-4780).  In light of these recent changes, it is no longer necessary to hold an omnibus hearing on April 25, 2018. Accordingly, the April 25, 2018 Omnibus hearing is hereby cancelled.

      The Oversight Board is ordered to file its case status report, which is to include information regarding the status of the claims filing process and procedures for claims management, in the form of an informative motion, by **April 25, 2018 at 5:00 p.m.** (Atlantic Standard Time).

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The next Omnibus hearing is scheduled to be held on June 6, 2018, in San Juan.

SO ORDERED.

Dated: April 23, 2018

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge