# EXHIBIT A

**Exhibit A – Fiscal Plan Development Materials**

1. 1.2.6
2. 2.8.3.1
3. 2.8.4.1
4. 2.8.4.2
5. 4.10.3.3.529
6. 4.10.3.3.546
7. 4.11.2.3