United States District Court
Admitted Exhibits Log for: 3-17-BK-3283(LTS)
Motion Hearing on DE 2298 in 17-3283 and DE 549 in 17-4780 LTS., 2/15/2018

| Exhibit | Rls | Description |
|---|---|---|
| Mov-1 | No | Declaration of Todd W. Filsinger (Dkt. 549-3 in 17-BK-4780)P2 |
| Mov-2 | No | Declaration of Gerardo Portela Franco (Dkt. 620-3 in 17-4780) **Redacted |
| Mov-3 | No | Declaration of Dustin Mondell (Dkt. 549-4) |
| Mov-6 | No | Initial 13-Week Budget – Exhibit "A" to Declaration of Todd W. Filsinger (Dkt. 549-5 in 17-4780) |
| Mov-7 | No | FEMA letter to AAFAF (Dkt. 549-6 17-4780) |
| Mov-8 | No | Supplemental Declaration of Dustin Mondell (Dkt. 620-1) |
| Mov-9 | No | Indicative Terms Overview – Exhibit "A" to Supplemental Declaration of Dustin Mondell (Dkt. 620-1 in 17-4780) |
| Mov-10 | No | Credit Agreement (Dkt. 640-2 in 17-4780) |
| Mov-11 | No | Supplemental Declaration of Todd Filsinger (Dkt. 620-4 in 17-BK-4780) |
| Mov-12 | No | Updated 13-Week Budget – Exhibit "A" to Supplemental Declaration of Todd Filsinger (Dkt. 620-4 in 17-BK-4780) |
| Mov-13 | No | Insurer letter to PREPA – Exhibit "B" to Supplemental Declaration of Todd Filsinger (Dkt. 620-4 17-4780) |
| Mov-14 | No | Updated 13-Week Budget (Dkt. 640-3 in 17-4780) |
| Mov-15 | No | Second Supplemental Declaration of Todd Filsinger (Dkt. 688 in 17-4780) |
| Mov-16 | No | Revised Updated Budget – Exhibit "A" to Second Supplemental Declaration of Todd Filsinger (Dkt. 2473 in 17-3283) |
| Mov-17 | No | Trust Agreement between U.S. Bank and PREPA, dated January 1, 1974, inclusive of all amendments thereto – Exhibit "B" to Second Supplemental Declaration of Todd Filsinger (Dkt. 688 in 17-4780) |
| Mov-19 | No | Compendium of AAFAF letters to public corporations (Portela Deposition Exhibit 3) |
| Mov-24 | No | Statement re: payments made to PREPA by PR Treasury (Filsinger Deposition Exhibit 6) * with English translation |
| Mov-25 | No | Memorandum of Understanding Between the Puerto Rico Electric Power authority and the Puerto Rico Treasury Department and the Office of Management and Budget (Filsinger Deposition Exhibit 7) |
| Mov-26 | No | Puerto Rico Electric Power Authority Revenue and Collection (Filsinger Deposition Exhibit 8) |
| Mov-27 | No | Puerto Rico Electric Power Authority Amended and Restated Fiscal Plan (Filsinger Deposition Exhibit 9) |
| Mov-28 | No | Puerto Rico Electric Power Authority Monthly Liquidity Model (Filsinger Deposition Exhibit 10) |
| Mov-29 | No | Puerto Rico Electric Power Authority Debtor-In-Possession Loan Summary of Terms and Conditions (Mondell Deposition Exhibit 1) |
| Mov-30 | No | PREPA DIP Financing Contact Log (Mondell Deposition Exhibit 2) |
| Mov-31 | No | DIP Financing Presentation Company Overview and Requirements (Mondell Deposition Exhibit 5) |
| Mov-32 | No | Joint Resolution 16-2018 (Mondell Deposition Exhibit 10) |
| Mov-33 | No | Puerto Rico Financial Emergency and Fiscal Responsibility Act (Portela Deposition Exhibit 6) |
| Mov-36 | No | Bankruptcy Rule 4001 Concise Statement (Portela Deposition Exhibit 9) |
| Mov-40 | No | PREPA Trust Agreement, dated as of January 1, 1974, as amended and supplemental through August 1, 2011 (Case No. 17-04780, Dkt. Nos. 74-8, 74-9, and 74-10) |
| Mov-41 | No | Sixteenth through Nineteenth Supplemental PREPA Trust Agreement (Case No. 17-03283, Dkt. No. 2473) |
| Mov-42 | No | The Ad Hoc Group of PREPA Bondholders' Corrected Informative Motion and Notice of Competing Non-Priming Postpetition Financing Proposal |
| Resp-A | No | Trial Declaration of Stephen J. Spencer (Dkt. 694 in 17-4780) |

| Resp-AA | No | Letter from Carval to Mr. Mondell (Mondell Deposition Exhibit 12) |
|---|---|---|
| Resp-B | No | Accounts Receivable and CILT Report (Filsinger Deposition Exhibit 2) |
| Resp-C | No | Accounts Receivable, December 2017 (Filsinger Deposition Exhibit 3, Mondell Deposition Exhibit 11) |
| Resp-D | No | Aging – RCV0004 Active – RVCM (Filsinger Deposition Exhibit 4, Spencer Deposition Exhibit 4) with translation |
| Resp-DD | No | PREPA Monthly Liquidity Model (PREPA- AHBHG0011873) |
| Resp-E | No | Balances at 0 to 120 days or more (Filsinger Deposition Exhibit 5) with translation |
| Resp-F | No | Gobierno de Puerto Rico Area de Tesoro (Filsinger Deposition Exhibit 6) with translation |
| Resp-GG | No | Accounts Receivable (PREPA-AHBHG0007866) |
| Resp-J | No | Monthly Liquidity Model (Filsinger Deposition Exhibit 10) |
| Resp-K | No | Collection Letters (Portela Deposition Exhibit 3, Mondell Deposition Exhibit 7) |
| Resp-L | No | Act No. 22-2016 (Portela Deposition Exhibit 4) |
| Resp-N | No | Act 5-2017 (Portela Deposition Exhibit 6) |
| Resp-O | No | E-mail re PR Terms for Public Corporations (Portela Deposition Exhibit 7) |
| Resp-P | No | E-mail re: CDL Program (Portela Deposition Exhibit 8) |
| Resp-Q | No | Bankruptcy Rule 4001 Concise Statement – Exhibit "B" to Supplemental Declaration of Dustin Mondell (Dkt. 620-2 in 17-4780) (Portela Deposition Exhibit 9) |
| Resp-S | No | TSA FY 2018 Cash Flow (Portela Deposition Exhibit 11, Mondell Deposition Exhibit 9) |
| Resp-T | No | TSA FY 2018 Cash Flow |
| Resp-U | No | PREPA Fiscal Plan (Portela Deposition Exhibit 12) |
| Resp-W | No | PREPA DIP Financing Contact Log (Mondell Deposition Exhibit 2) |
| Resp-Y | No | E-mail to Stephen Spencer (Mondell Deposition Exhibit 4) |