UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                                         :
                                                                         :
In re:                                                                   :
                                                                         :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              :    PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        :    Title III
                                                                         :
         as representative of                                            :    Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO, et al.,                                 :    (Jointly Administered)
                                                                         :
         Debtors.¹                                                       :
------------------------------------------------------------------------ x
```

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO
REGARDING THE CASE STATUS REPORT**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to § 315 of the Puerto Rico Oversight, Management, and Economic Stability Act, hereby files this case status report in the form of an informative motion pursuant to the Court's Order Canceling the April 25, 2018, Omnibus Hearing. [ECF No. 2946; Case No. 17-BK-3283-LTS].

**I.      Fiscal Plans**

During public meetings held on Thursday, April 19, 2018, and Friday, April 20, 2018, in San Juan, Puerto Rico, the Oversight Board certified fiscal plans for the Commonwealth and the following agencies and instrumentalities: Puerto Rico Aqueduct and Sewer Authority, Puerto Rico Electric Power Authority, Government Development Bank, Puerto Rico Highway and

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

Transportation Authority and the University of Puerto Rico. At that time, the Oversight Board voted to defer consideration of the fiscal plan for the Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives pending completion of additional financial analysis. Copies of the certified fiscal plans are available for review on the Oversight Board's website: https://juntasupervision.pr.gov/index.php/en/documents/.

**II.     Mediation**

Mediation efforts continue and are currently focused on resolution of the Commonwealth-COFINA dispute regarding ownership of sales and use taxes.

**III.     Claims and Claims Management**

Pursuant to the Court's Order, dated February 15, 2018 [ECF No. 2521; Case No. 17-BK-3283-LTS], the Court established May 29, 2018 as the date by which proofs of claim against the Title III Debtors must be filed and received (the "Bar Date"). Notices of the Bar Date have been mailed to parties listed on the schedules of creditors, published in various newspapers and broadcast locally in Spanish and English. Additional notices shall be published and broadcast over the next several weeks. As of April 23, 2018, the following proofs of claim, separated by Title III Debtor and by top five claim type, have been received by mail, at claim filing centers and by online filings:

| Debtor's Name | Claim Sums Per Debtor | Claims Filed Per Debtor |
|---|---|---|
| Commonwealth | $3,441,074,328.22 | 3,746 |
| COFINA | $155,103,322.17 | 745 |
| HTA | $106,174,545.65 | 451 |
| ERS | $133,475,847.15 | 1,744 |
| PREPA | $374,211,944.62 | 612 |
| **TOTAL** | **$4,210,039,987.81** | **7,298** |

| Claim Type | Aggregate Amount Asserted | Number of Claims |
|---|---|---|
| Litigation | $1,301,105,768.98 | 173 |
| Bond | $1,235,319,173.75 | 1,153 |
| Income Tax Refunds | $303,107,396.11 | 364 |
| Contract | $138,827,552.78 | 8 |
| Pension/Retiree | $75,090,623.34 | 356 |
| **TOTAL** | **$3,053,450,514.96** | **2,054** |

On April 13, 2018, the Oversight Board issued a Request for Proposals for claims management and reconciliation services for the Title III Debtors, including, without limitation, developing reconciliation guidelines and substantive objection categories for all claims filed. The Oversight Board, in consultation with the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), is currently reviewing proposals tendered and shall select a provider on or about May 11, 2018. Thereafter, the Oversight Board, together with AAFAF, shall commence the claims reconciliation process.

Dated: April 25, 2018
       San Juan, Puerto Rico

Respectfully submitted,

 /s/ *Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: brosen@proskauer.com

*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as the representative of the Commonwealth of Puerto Rico*

4

5

**CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer