# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
Transmittal of Abbreviated Supplemental Record  to the Court of Appeals

**DATE:**    April 26, 2018

**DC #:**  **17-BK-3283-LTS**

**USCA #: N/A Re: 2897 NOA**

**CASE CAPTION:** THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of The Commonwealth of Puerto Rico, et al.

**SPECIAL COMMENTS:**    **Electronically filed documents**

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                                           **VOLUMES:**

**Docket  Entry   2955**                                                                          **I**

I HEREBY CERTIFY  that the enclosed documents contained herein are the pleadings as described above and constitute the  abbreviated supplemental  record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court


S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

s/c:  CM/ECF Parties, Appeals Clerk