## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | ) PROMESA<br>) Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO<br>RICO | )<br>)<br>) |
| as representative of | ) |
| THE COMMONWEALTH OF PUERTO<br>RICO, *et al.* | )<br>) |
| | ) No. 17 BK 3283-LTS |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Prime Clerk LLC hereby withdraws the *Certificate of Service* of Cosmos X. Garraway, filed on April 25, 2018 [Docket No. 2958].

Dated: April 26, 2018

Liz Santodomingo
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, NY 10022