# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## THIRD SUPPLEMENTAL JOINT STATUS REPORT OF MOVANTS AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, INTERNATIONAL UNION, AND SERVICE EMPLOYEES INTERNATIONAL UNION AND RESPONDENTS FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO AND PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY WITH RESPECT TO THE JOINT MOTION FOR ENTRY OF AN ORDER AUTHORIZING <u>DISCOVERY UNDER BANKRUPTCY RULE 2004</u>

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS; and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

To the Honorable United States Magistrate Judge Judith Gail Dein:

Movants American Federation of State, County and Municipal Employees International Union, AFL-CIO (AFSCME), American Federation of Teachers, AFL-CIO (AFT), and Service Employees International Union (SEIU), on behalf of themselves, their local affiliates in Puerto Rico and their members (collectively, the "Unions"), [1] and the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Oversight Board as the Commonwealth's representative pursuant to section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), [2] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with the Oversight Board and the Commonwealth, the "Respondents"), [3] respectfully submit this third supplemental joint status report in response (1) to the Court's March 19, 2018 Order Related to the Unions' Joint Motion for an Order Authorizing Discovery Under Bankruptcy Rule 2004 (the "March 19 Order") [ECF No. 2768] and (2) to supplement the Parties' prior supplemental joint status report filed on April 13, 2018 (the "Report") [ECF No. 2899]. The March 19 Order requests that the Parties meet and confer regarding a revised hearing date and proposed briefing schedule in connection with the Unions' Joint Motion for an Order Authorizing Discovery Under Bankruptcy Rule 2004 (the "Motion"). Subsequent to entry of the March 19 Order, the Parties: (1) met and conferred; (2) filed an initial joint status report on March 22, 2018 in accordance with the March 19, 2018 Order; (3) filed a

---

[1] International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW) was a party to the Unions' Motion (as defined herein) but has formally withdrawn from the Motion [D.I. 2914].

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

[3] The Movants and Respondents are collectively referred to as the "Parties."

supplemental joint status on March 28, 2018; and (3) filed the Report (which amended the March 28, 2018 supplemental joint status report).

Pursuant to the March 19 Order and as set forth in the Report, the Parties hereby supplement the Report as follows:

1. Hearing Date – A hearing on the Motion is scheduled for May 23, 2018 in Boston, Massachusetts. The Parties continue to meet and confer in regard to the Motion and request a 30-day adjournment of the May 23, 2018 hearing date.

2. Meet and Confer – As noted in the Report, the Parties were negotiating the terms of a protective order in connection with any information requested through the Motion. Since filing the Report, the Parties agreed upon the terms of a protective order which was approved by the Court on April 20, 2018 [D.I. 2931]. Additionally, since the filing of the Report certain information requested in the Motion has been produced by the Respondents.

3. Briefing Schedule – In the event the Parties cannot resolve the Motion, the Parties shall further supplement this Report by no later than May 16, 2018. The further supplemental report may include a proposed briefing schedule.

Dated: April 27, 2018

**SAUL EWING ARNSTEIN & LEHR LLP**

By:   */s/ Sharon L. Levine*
Sharon L. Levine *(pro hac vice)*
Dipesh Patel *(pro hac vice)*
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)

-and-

*/s/ Judith E. Rivlin*
**AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES**
Judith E. Rivlin *(pro hac vice)*
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)

2

        -and-

*/s/ Manuel A. Rodriguez Banchs*
Manuel A. Rodriguez Banchs
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)

*Attorneys for the American Federation of State, County and Municipal Employees*

**STROOCK & STROOCK & LAVAN LLP**

By: */s/Curtis C. Mechling*
Curtis C. Mechling *(pro hac vice)*
Sherry Millman *(pro hac vice)*
180 Maiden Lane
New York, New York 10038-4982
(212) 806-5400 (Telephone)

        -and-

José Luis Barrios-Ramos, Esq.
McLeary Ave., Suite #303
San Juan, Puerto Rico 00936-8006
(787) 593-6641

*Co-counsel to the American Federation of Teachers, AFL-CIO*

**COHEN, WEISS AND SIMON LLP**

By: */s/ Richard M. Seltzer*
Richard M. Seltzer *(pro hac vice)*
Peter D. DeChiara *(pro hac vice)*
Hiram M. Arnaud *(pro hac vice)*
900 Third Avenue
New York, New York 10022-4869
(212) 563-4100 (Telephone)

*Counsel to Service Employees International Union*

**O'MELVENY & MYERS LLP**

By: */s/ Suzzanne Uhland*

3

24502880.2 04/27/2018

John J. Rapisardi *(pro hac vice)*
Suzzanne Uhland *(pro hac vice)*
Peter Friedman *(pro hac vice)*
7 Times Square
New York, NY 10036
(212) 326-2000

-and-

Elizabeth L. McKeen *(pro hac vice)*
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6900

*Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

## MARINI PIETRANTONI MUÑIZ LLC

*/s/ Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

## PROSKAUER ROSE LLP

By: */s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
Ehud Barak (*pro hac vice*)
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000

*Counsel for the Financial Oversight and Management Board and the Financial Oversight and Management Board as representative for the Debtor*

4

**O'NEILL & BORGES LLC**

By: */s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181

*Co-Counsel for the Financial Oversight and Management Board and the Financial Oversight and Management Board as representative for the Debtor*

5

24502880.2 04/27/2018