# EXHIBIT A

CN 078-04479
REV 02/14

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

SAN JUAN, PUERTO RICO

www.aeepr.com

APARTADO 364267
CORREO GENERAL
SAN JUAN, PR 00936-4267

31 de octubre de 2014

CORREO CERTIFICADO CON ACUSE DE RECIBO
7013 1710 0002 1926 5658

Sr. Roberto De Soto
Gerente Departamento de Fianzas
MAPFRE PRAICO Insurance Company
PO Box 70333
San Juan, Puerto Rico 00936-8333

Estimado señor De Soto:

Re: Incumplimiento de Master Link Corporation al Contrato 2011-P00067 (Rehabilitación Edificio de Generadores de Culebra) Fianza Número 1301108000611 (Performance Bond)

El 3 de enero de 2011 la Autoridad de Energía Eléctrica (Autoridad) y Master Link Corporation (Master Link) otorgaron el Contrato 2011-P00067 con el objeto de rehabilitar el edificio de generadores de emergencia que sirve de resguardo al municipio de Culebra (Contrato). Esto, por un costo de $2,581,583.87. El 7 de octubre de 2014 la Autoridad notificó a Master Link el incumplimiento con los términos y condiciones del Contrato, por lo que procedió a dar por terminado dicho Contrato. Posteriormente, el 22 de octubre de 2014 Master Link fue suspendido del Registro de Proveedores de la Autoridad por un término de seis meses. Ello, además, en conformidad con lo dispuesto en el Reglamento de Subastas de la Autoridad.

Dado lo anterior, conforme con los términos y condiciones del Contrato y el documento de fianza de cumplimiento *(Performance Bond)* 1301108000611, emitida por MAPFRE PRAICO Insurance Company el 27 de octubre de 2010, solicitamos que se ejecute dicha fianza en conformidad con lo dispuesto en la misma.

"Somos un patrono con igualdad de oportunidades en el empleo y no discriminamos por razón de raza color, sexo edad, origen social o nacional, condición social, afiliación política, ideas políticas o religiosas, por ser víctima o ser percibida(o) como víctima de violencia doméstica, agresión sexual o acecho, sin importar estado civil, orientación sexual, identidad de género o estatus migratorio por impedimento físico, mental o ambos, por condición de veterano(a) o por información genética "

000160
280

Sr. Roberto De Soto
Página 2

Acompañamos, para su conocimiento y acción, copia de los siguientes documentos: (1) contrato firmado por las partes el 3 de enero de 2011 y sus enmiendas; (2) carta declarando el incumplimiento por parte de Master Link del 7 de octubre de 2014; (3) la notificación de suspensión del Registro de Proveedores de la Autoridad del 22 de octubre de 2014; (4) y el documento de fianza del 27 de octubre de 2010.

De requerir información adicional sobre lo antes expuesto, puede comunicarse con el señor Leandro A. Faura Rodríguez, administrador de Riesgos, por el (787) 521-4587.

Cordialmente,

Jorge A. Concepción Rivera
Director de Asuntos Jurídicos

Anejos