# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17- BK-4780 (LTS) and Main Case 17- BK-3283 (LTS) |

## MOTION FOR LEAVE TO FILE SPANISH DOCUMENT
## AND REQUESTING SHORT EXTENSION OF TIME
## TO SUBMIT CERTIFIED TRANSLATION

**TO THE HONORABLE COURT**:

**COMES** NOW Master Link Corporation ("Movant" or "ML"), through the undersigned counsel and very respectfully states and prays:

1. Movant ML has filed today a "Reply to PREPA's Objections to Motion for Relief of Stay", together with an Exhibit, which is in the Spanish language. Docket 2975.

2. The undersigned is requesting an interpreter to submit a certified translation of those documents. Hence, a ten (10) working days period is requested from this Court to submit the English version of said exhibit. Said period will be due on May 7, 2018.

WHEREFORE, Movant ML very respectfully requests this Honorable Court a short period of time to submit the English translation of Exhibit A, which will be due on May 7, 2018.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this 27th day of April, 2018.

**S/Henry Vázquez Irizarry**
USDC No. 205011
Bufete Vázquez Irizarry, CSP
Urb. Villa Fontana Park
Calle Parque Luis M. Rivera 5 HH6
Carolina, PR 00983
Tel. (787) 724-7514 / 787-645-2241
Fax (888) 518-1318
hvilaw@gmail.com

*Lugo Mender Group, LLC*
Attorney for Debtor
100 Carr. 165 Suite 501
Guaynabo, P.R. 00968-8052
Tel.: (787) 707-0404
Fax: (787) 707-0412

*/S/ Alexis A. Betancourt Vincenty*
Alexis A. Betancourt Vincenty
USDC-PR 301304
a_betancourt@lugomender.com