UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER GRANTING MOTION FOR LEAVE TO FILE SPANISH
DOCUMENT AND REQUESTING SHORT EXTENSION OF TIME TO SUBMIT CERTIFIED TRANSLATION

The Court has received and reviewed the *Motion for Leave to File Spanish Document and Requesting Short Extension of Time to Submit Certified Translation* (the "Motion") filed by Master Link Corporation (the "Movant"). (Docket Entry No. 2976.) Movant requests an extension of ten (10) business days to submit certified translations. Based on the representations in the Motion, the extension is granted. Movant shall file certified translations by **May 7, 2018**. The request for an extension of time to file certified translations is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the motion for relief from the automatic stay.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This order resolves docket entry no. 2976 in case no. 17-3283.

SO ORDERED.

Dated: April 30, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge