## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### AFFIDAVIT OF PUBLICATION

     I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

     This Affidavit of Publication includes sworn statements verifying that the *Notice of Deadlines for Filing Proofs of Claim*, as conformed for publication, was published on April 19, 2018 in the national editions of *Bond Buyer*, *El Diario*, *El Nuevo Dia*, *El Nuevo Herald, and Caribbean Business* as described in **Exhibit A**, **Exhibit B**, **Exhibit C**, **Exhibit D** and **Exhibit E**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: April 30, 2018

Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 30, 2018, by Cosmos X. Garraway,
proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

SRF 24297

**<u>Exhibit A</u>**

**Copy
Of
Advertisement
Of**

## City and County of New York, ss.: -

Yohanna Beato being duly sworn, says that she is the Billing Coordinator of the BOND BUYER, a daily newspaper printed and published at One State Street Plaza, in the City of New York, County of New York, State of New York; and the notice, of which the annexed is a printed copy, was regularly published in said BOND BUYER on April 19th, 2018.

_____
                                              *Billing Coordinator*

*Subscribed and sworn to before me this*

April 19th, 2018

_____
**Cynthia D. Lewis
Notary Public, State of New York
No. 01LE6202296
Qualified in New York County
Commission Expires March 9, 2021**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.,
Debtors.

PROMESA
Title III

Case No. 17 BK 3283-LTS
(Jointly Administered)

### NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

## FINAL REMINDER

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed voluntary petitions under section 304(a) of Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), initiating Title III cases under PROMESA (each, a "Title III Case" and collectively the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim ("Proof of Claim").**

If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

### OVERVIEW – KEY POINTS

• This Notice is a legal notice concerning the Title III Cases of the Debtors (listed above) and all parties that may be owed money by the Debtors (known as "creditors").

• **The Overview describes the key terms of this Notice. Please read the entire Notice carefully for further details.**

• In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This Notice explains how to file claims.

• **Many creditors in the Title III Cases are not required to file a claim.** This Notice explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this Notice for a complete list of parties not required to file a claim.**

• **If you are not required to file a claim, you do not need to complete and return a claim form**, and you will keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

• **If you are required to file a claim against any of the Debtors, you must do so by May 29, 2018 at 4:00 p.m., Atlantic Standard Time.**

• Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this Notice.

• After reading this Notice, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

**Section 1 — The Bar Dates.** On February 15, 2018, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Bar Date Order") in the above-captioned Title III Cases in accordance with Bankruptcy Rule 3003(c) fixing the following deadlines to file Proofs of Claim (collectively, the "Bar Dates"):

(a) **General Bar Date: 4:00 p.m. (Atlantic Standard Time) on May 29, 2018**, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement dates for their Title III Cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27));

(b) **Rejection Bar Date:** Except as otherwise set forth in any order authorizing the rejection of an executory contract or unexpired lease, 4:00 p.m. (Atlantic Standard Time) on the date that is the later of (i) the General Bar Date and (ii) the first business day that is thirty-five (35) calendar days after the entry of an order by the Court authorizing such rejection is the deadline for a party to any such rejected executory contract or unexpired lease to file proofs of claim relating to the rejection of such contract or lease (the "Rejection Bar Date," and together with the General Bar Date, the "Bar Dates"); and

(c) **Bar Date if Creditor List is Amended or Supplemented:** If, after the Bar Date Notice is served, any Debtor (a) amends its respective Creditor List to reduce a claim and/or to change the classification, nature or characterization of a claim, or (b) supplements its respective Creditor List, such Debtor shall give notice of any amendment or supplement to the holders of claims reduced or changed thereby, and advise such holders (they shall each have until the later of (i) the General Bar Date and (ii) thirty-five (35) days from the date of such notice to file a proof of claim, or an amended proof of claim, if applicable, or be barred from so doing.

As used in this Notice, a "claim," as defined in section 101(5) of the Bankruptcy Code, whenever arising, includes in each case any claims against the Debtors

---

based upon the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "Claim").

**Section 2 — When Is Not Required to File a Proof of Claim. THE FACT THAT YOU ARE READING THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST ANY OF THE DEBTORS OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

The following persons and entities are not required to file a Proof of Claim on or before the applicable Bar Date:

A. **Allowed Claims:** Any person or entity whose claim was previously allowed by an order of the Court entered on or before the applicable Bar Date;

B. **Paid Claims:** Any person or entity whose claim was paid in full by a Debtor, including claims paid by a Debtor after the commencement date of its respective Title III Case;

C. **Proofs of Claim Already Filed:** Any person or entity who already properly filed a proof of claim, which substantially conforms to the Proof of Claim Form, in these Title III Cases with the Court or the Debtors' claims and noticing agent;

D. **Claims Properly Listed and Categorized on Creditor Lists:** Any person or entity whose claim is listed on one of the Creditor Lists and (i) the claim is not listed as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount and nature of the claim as set forth on the applicable Creditor List, and (iii) the person or entity does not dispute that the claim is an obligation of the subject Debtor;

E. **PREPA Customers:** Customers of PREPA in connection with the disposition of their deposits or any individual billing or service disputes; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

F. **Pension Claims:** With respect to pension benefits and any and all other post-retirement benefits, any retiree, active employee, and former employee of a Title III Debtor (including any former employee of a Title III Debtor receiving early pension, financial incentive, or other benefits provided under Act No. 70-2010 or Act No. 211-2015 or similar laws or programs), or any person who is or was a participant in a pension plan administered by a Title III Debtor, and any beneficiary of any the foregoing persons; provided, however that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

G. **Union or Non-Union Employee Claims:** Any union-represented or non-union represented employee, furloughed employee, or former employee for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits or workers' compensation claims ("Compensation Claims"); provided, however, that Compensation Claims shall not include claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulation even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

H. **Individual Union Members' Claims:** Any person or entity that holds a claim limited to obligations due under their respective collective bargaining agreements, including, but not limited to grievances, or claims arising from their current or former employment relationship with the Commonwealth; provided, however, that any such holder must assert (i) a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section, or (ii) a claim for a grievance that has been resolved and liquidated by settlement or arbitration award as of February 28, 2018, by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

I. **Individual Bondholder Claims Arising From Bonds That Do Not Have a Guarantee: Trustee, Fiscal Agent, or Similar Agent or Nominee:** Any person or entity that holds a claim that is limited to the repayment of principal, interest and other amounts that may arise under the respective trustee or bond document that does not provide for an indenture trustee, fiscal agent, or similar agent or nominee that could file a Master Proof of Claim; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

J. **Individual Bondholder Claims Covered by Timely Filed Bond Master Proof of Claim:** Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant indenture trustee, fiscal agent, or similar agent or nominee files a Bond Debtor Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all bond claims against the relevant Debtor under the respective trust agreement or bond document; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

K. **Individual Credit Agreement Lender Claims:** Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant agent, if such agent exists, files a Credit Agreement Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all lender claims against the relevant Debtor under the respective credit agreement; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

L. **Inter-Governmental Claims:** (i) Any municipality, department, or agency of the Commonwealth that is not a Debtor or "covered territorial instrumentality" (as defined in PROMESA) asserting a claim against a Debtor in an amount less than $200 million, or (ii) any Debtor or "covered territorial instrumentality." For the avoidance of doubt, any entity described in the foregoing clause (i) asserting a claim against a Debtor equal to or greater than $200 million must file a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

M. **Administrative Expenses:** Any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an administrative expense (other than a claim under Bankruptcy Code section 503(b)(9));

N. **Proofs of Claim with Separate Deadlines:** Any holder of a claim for which a separate deadline is or has been fixed by the Court; and

---

O. **Professionals' Administrative Claims:** Professionals who assert administrative claims for fees and expenses subject to the Court's approval pursuant to PROMESA section 316 and 317;

provided, however, that, should the Court fix a date by which the Claims described in Paragraphs A. through O. above must be filed, you will be notified of such bar date at the appropriate time.

**Section 3 — Who MUST File a Proof of Claim.** You MUST file a Proof of Claim to vote on any plan of adjustment filed by the Oversight Board on behalf of the Debtors or to share in any distributions from the Debtors if you have a claim that arose prior to the commencement dates and it is not one of the types of Claims described in Paragraphs A. through O. in Section 2 above.

A holder of a possible Claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.

**Section 4 — Consequences of Failure to File a Proof of Claim by the Applicable Bar Date. ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A. THROUGH O. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (UNLESS OTHERWISE ORDERED BY THE COURT) FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THESE TITLE III CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THESE TITLE III CASES ON ACCOUNT OF SUCH CLAIM.**

**Section 5 — What to File.** IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S TITLE III CASE.

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the relevant Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claims; (iv) include a copy of the supporting documentation for, if such documentation is voluminous, you must attach a summary of such documentation and an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the claimant; and (vi) substantially conform to the Proof of Claim Form approved by the Bar Date Order. If you file a summary of the supporting documentation because they are voluminous, you must transmit the supporting documentation to (a) the Claims Agent and (b) the applicable Debtor within ten days after the date of a written request by the Debtors for such documents.

The Proof of Claim Form can be obtained, as well as filed, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

**Section 6 — Where and How to File.** All Proofs of Claim, except as otherwise provided for or specifically excepted in Section 2 above, must be filed with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein so as to be actually be received on or before the applicable Bar Date, depending upon the nature of the Claim.

Proofs of Claim may be filed through any of the following methods:

(i) completing the electronic Proof of Claim form on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index;

(ii) if delivered by first class mail, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,

(iii) if delivered by overnight courier, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or

(iv) if by hand delivery, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery | |
|---|---|
| All locations are available from 9:00 a.m. to 5:00 p.m. (AST) on May 29, 2018 (except weekends and Court Holidays) | |
| **Address** | **Hours (AST)** |
| José V. Toledo Federal Building & US Courthouse, Clerk's Office, 300 Recinto Sur Street, San Juan, PR 00901 | M-F 8:00 a.m. to 5:00 p.m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, Clerk's Office, 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | M-F 8:30 a.m. to 4:30 p.m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office, 880 Tito Castro Avenue, Ponce, PR 00716-4732 | M-F 8:00 a.m. to 5:00 p.m. |
| Aerotek Abasca, Blanca Convention Center, Can 2 #M 143, Suite 3, Añasco, PR 00610 | M-F 8:30 a.m. to 5:00 p.m. |
| Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725 | M-F 8:30 a.m. to 5:00 p.m. |
| CoSpacio Ponce Center, 1145 Las Palmeras, 6th Floor, San Juan, PR 00901 | M-F 8:30 a.m. to 5:00 p.m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will not be accepted; provided, however, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Section 7 — Additional Information.** The Debtors' Creditor Lists and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website: https://cases.primeclerk.com/puertorico/. Any creditor that relies on the Debtors' Creditor Lists bears responsibility for determining that its Claim is accurately listed thereon.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

*(continues on next page)*

Thursday, April 19, 2018
www.bondbuyer.com

# Legal Notices

**17**

---

*(continued from previous page)*

Additional information regarding the claims filing process is also available on the website for the statutory creditors' committee appointed in the Title III cases at www.creditorspr.com, www.prorefororcommittee.com, or www.comitedeacreedoresdePR.com.

Dated: April 19, 2018

## Functional Structure of the Government of Puerto Rico

The information contained herein is based on Ankura Consulting Group's understanding of the Central Government of Puerto Rico's ("Central Government") operations, review of relevant documents related to the Central Government, and information provided by outside counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") related to the entities that comprise the Central Government. AAFAF, the Central Government, and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all such parties expressly disclaim any such representations or warranties.

| Agency | Agenda |
|---|---|
| 911 Emergency System Bureau | Negociado de Sistemas de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaría de la Gobernación |
| Child Support Administration | Administración para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) |
| Controller's Office | Oficina del Controlador (OCPR) |
| Cooperative Development Commission | Comisión de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |
| Corps of Firefighters Bureau | Negociado del Cuerpo de Bomberos de Puerto Rico |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Información de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |
| Department of Correction and Rehabilitation | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Económico y Comercio (DDEC) |
| Department of Education | Departamento de Educación (DE) |
| Department of Family | Departamento de Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de Vivienda (DV) |
| Department of Justice | Departamento de Justicia (DJ) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento de Recursos Naturales y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreación y Deportes (DRD) |
| Department of State | Departamento de Estado |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administración de Familias y Niños (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses de Puerto Rico (ICF) |
| General Services Administration | Administración de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Ética Gubernamental de Puerto Rico (OEGPR) |
| Horse Racing Administration | Administración de la Industria y el Deporte Hípico (AIDH) |
| House of Representatives | Cámara de Representantes |
| Human Rights Commission | Comisión de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Protección al Consumidor (OIPC) |
| Industrial Commission | Comisión Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comisión de Investigación, Procesamiento y Apelación (CIPA) |
| Labor Development Administration | Administración del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administración de Recursos Naturales |
| Office of Community and Socioeconomic Development of Puerto Rico | Oficina de Desarrollo Socioeconómico y Comunitario de Puerto Rico (ODSEC) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) |
| Office of Court Administration | Oficina de Administración de Los Tribunales (OAT) |
| Office of Electoral Comptroller | Oficina del Contralor Electoral (OCE) |
| Office of Internal Tax Exemption | Oficina de Exención Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSLPR) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | Oficina del OMBUDSMAN |
| Office of the OMBUDSMAN - Elders and Pensioners | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients and Health | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Defensoría de las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN - Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor | Panel Fiscal Especial Independiente (PFEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificación (JP) |
| PR Federal Affairs Administration | Administración de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelación al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (DAJ) |
| Public Housing Administration | Administración de Vivienda Pública (AVP) |
| Public Service Appellate Commission | Comisión Apelativa del Servicio Público (CASP) |
| Public Service Commission | Comisión de Servicio Público (CSP) |
| Puerto Rico Education Council | Consejo de Educación de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administración de Energía de Puerto Rico (AAE) |
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (CEPR) |
| Puerto Rico Police Bureau | Negociado de la Policía de Puerto Rico (PPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administración de Desarrollo Socioeconómico de la Familia (ADSEF) |
| State Elections Commission | Comisión Estatal de Elecciones de Puerto Rico (CEEPR) |
| State Historic Conservation Office | Oficina Estatal de Conservación Histórica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Política Pública Energética (OEPPPE) |
| Statistics Institute of PR | Instituto de Estadísticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Supreme Court | Tribunal Supremo |
| Telecommunications Regulatory Board | Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) |
| Transit Safety Commission | Comisión para la Seguridad en el Tránsito (CST) |
| Transportation and Public Works | Departamento de Transportación y Obras Públicas (DTOP) |
| Vocational Rehabilitation Administration | Administración de Rehabilitación Vocacional (ARV) |



REACH YOUR TARGET AUDIENCE
Place your Redemption Advertisement in

**THE BOND BUYER**
THE DAILY NEWSPAPER OF PUBLIC FINANCE

*For more info e-mail nos@sourcemedia.com*

For rates and additional information about advertising a Notice of Competitive Sale, please call Kerry-Ann C. Parkes at 212.803.8436 or send an email to NOS@sourcemedia.com

WWW.BONDBUYER.COM

Redemption Notices that are advertised in *The Bond Buyer* print are also posted on *The Bond Buyer Online*, www.bondbuyer.com, until the redemption date.

FOR MORE INFORMATION CALL:
**1-800-595-4644**

SourceMedia

**<u>Exhibit B</u>**



EL CAMPEON DE LOS HISPANOS

# EL DIARIO

LA PRENSA                                        WWW.ELDIARIONY.COM

## AFFIDAVIT OF PUBLICATION

**State of New York**     )

                                    :

**County of New York**   )


__Ana Vera_____, Being duly sworn declares that she is

__Senior Account Executive_____ for the daily newspaper _El Diario / La Prensa,_

Published in the City, County and State of New York by CPK NYC, LLC.,

with main offices located at One Metrotech Center, 18th Floor, Brooklyn, NY 11201

And that_____Legal Notice_____

(Advertisement), a true copy of which is annexed, was published in the said

Newspaper for _____The Commonwealth of Puerto Rico_____ on Thursday

_____April 19th_____ Of the year 2018.

Sworn to before me this *20 к*                        _____
                                                                              Ana Vera
Day of *April*____2018

_____
Notary Public

MARTHA CITY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CI6147323
Qualified in Queens County
Certificate Filed in New York County
My Commission Expires May 30, 2018

**One Metrotech Center, 18th Fl, Brooklyn, NY 11201 Tel: 212-807-4632 Fax 212-807-4617**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En la causa:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,
como representante de
EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS
Deudores.

PROMESA
Título III

Caso n.° 17 BK 3283-LTS

(Administrados en forma conjunta)

**AVISO DE FECHAS LÍMITES PARA PRESENTAR EVIDENCIA DE RECLAMACIONES**

# ÚLTIMO AVISO

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"), que iniciaron casos en virtud del Título III de PROMESA (cada uno, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser un acreedor de uno de los Deudores y podría tener que presentar una evidencia de reclamación** ("Evidencia de reclamación").

**Si ya ha presentado un formulario de reclamación, no se requiere ninguna otra acción excepto que lo ordene una orden judicial, una notificación o de otro modo.**

La Lista de los nombres de los Deudores, su número de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.° de id. tributaria federal | Caso n.°. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("AEE") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

**INFORMACIÓN GENERAL: PUNTOS CLAVE**

• Este Aviso es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente) y a todas las cuales los Deudores tal vez le deben dinero (conocidos como los "acreedores").

• **En la información general describe los términos clave de este Aviso. Lea detenidamente todo el Aviso para obtener más detalles.**

• En los procedimientos según el Título III de la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta la fecha en que se presentó el caso según el Título III. Este Aviso explica cómo presentar su reclamación.

• **A muchos acreedores de Casos en virtud del Título III no se les requiere presentar una reclamación. Este** Aviso explica quién debe presentar una reclamación y a quién no se le requiere presentarla. **Consulte la Sección 2 de este Aviso para leer una lista completa de las partes que no se les requiere presentar una reclamación.**

• **Si a usted no se le requiere presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación**; y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme a dicho plan. Un plan de ajuste es un documento que explica la manera en que un Deudor propone pagar las cantidades adeudadas a sus acreedores. Una vez presentado, ese plan estará disponible para que lo revisen los acreedores. Quién votará en el plan se determinará posteriormente. La cantidad que podrá recibir en virtud del plan también se determinará posteriormente.

• **Si debe presentar una reclamación en contra de alguno de los Deudores,** debe hacerlo en o antes del **29 de mayo de 2018 a las 4:00 p.m.**

• Las reclamaciones pueden (a) presentarse de manera electrónica a través de la página web del Agente: https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) enviarse por correo postal o entregarse personalmente en las direcciones indicadas en la Sección 6 de este Aviso.

• Si, después de leer este Aviso, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden a las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos incluyendo si necesita presentar una reclamación, debe hablar con un abogado.

**Sección 1. Las Fechas límite**

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para los Casos en virtud del Título III conforme la Regla de quiebra 3003(c) en la que se establecen las siguientes fechas límites para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general:** El **29 de mayo de 2018 a las 4:00 p.m. es la fecha límite** (la "Fecha límite general") para presentar evidencia de las reclamaciones (según se definen en la sección 101(5) del Código de Quiebras), en contra de los Deudores por concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluyendo reclamaciones en forma de bonos y reclamaciones que surgen bajo la sección 503(b)(9) del Código de Quiebras, y (ii) reclamaciones por entidades gubernamentales (según se definen en la sección 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazo:** Salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecutorio ("*executory contract*") o un contrato de arrendamiento vigente, las **4:00 p. m. de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es la fecha límite para que una parte a un contrato ejecutorio o a un contrato de arrendamiento vigente rechazado presente evidencia de reclamaciones relacionadas al rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazo") y, en conjunto con la Fecha límite general, las "Fechas límite").

(c) **Fecha límite si se modifica o complementa la Lista de acreedores:** Si una vez entregado el Aviso de la Fecha límite, algún Deudor (a) modifica su Lista de acreedores para reducir su reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones modificadas o modificadas por estos cambios, e informarles a estos titulares que tendrán hasta **(i) la Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho aviso,** la fecha que sea posterior, para presentar o modificar una evidencia de reclamación, si aplica, o se le prohibirá hacerlo.

Según utilizado en este Aviso, una "reclamación", tal como se define en la sección 101(5) del Código de Quiebras, cuando surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores en base a la responsabilidad de dicho Deudor ya sea primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquida, no liquida, vencida, no vencida, legal, o en equidad, incluyendolas reclamaciones que surjan de conformidad con la sección 503(b)(9) del Código de Quiebras (cada uno, una "Reclamación").

**Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones**

**EL HECHO DE QUE SI USTED ESTÁ LEYENDO ESTE AVISO NO SIGNIFICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

Las siguientes personas y entidades no tiene que presentar una Evidencia de reclamaciones en o antes de la Fecha límite correspondiente:

A. Reclamaciones permitidas: Cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de el Tribunal entrada en o antes de la Fecha límite correspondiente.

B. Reclamaciones pagadas: Cualquier persona o entidad cuya reclamación se haya pagado en su totalidad por un Deudor, incluyendo las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. Evidencias de reclamaciones ya presentadas: Cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que cumple sustancialmente con el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones de los Deudores.

D. Reclamaciones correctamente descritos y categorizados en las Listas de acreedores: Cualquier persona o entidad cuya reclamación este en una de las Listas de acreedores y si (i) la reclamación no se describe como "impugnada", "eventual" o "no liquidada", (ii) la persona o la entidad no impugna el monto y la naturaleza de la reclamación tal como se establece en la Lista de acreedores correspondiente, y (iii) la persona o la entidad no impugna que la reclamación sea una obligación del Deudor.

E. Clientes de la AEE: Los clientes de la AEE en relación con sus depósitos o disputas individuales de servicio o facturación; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

F. Reclamaciones por pensión: Con respecto a los beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes o programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuadade la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes la Fecha límite general para evitar el rechazo de dicha otra reclamación.

G. Reclamaciones de empleados unionados o no unionados: Cualquier empleado, empleado con licencia o exempleado representados por una unión o no representados por una unión para la indemnización y los beneficios de empleo, incluyendo los sueldos, salarios, beneficios médicos, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de indemnización"); sin embargo, las reclamaciones de indemnización no deben incluir reclamaciones que se alegaron o se alegarán en un proceso judicial o administrativo basado en un reclamación extracontractual, en el algún estatuto o reglamento no relacionado con el empleo, inclusive cuando en dichas reclamaciones se alega como daño el derecho a recibir sueldos, salarios, beneficios médicos o beneficios de seguros.

H. Reclamaciones individuales de miembros de uniones: Cualquier persona o entidad titular de una reclamación sólo porobligaciones en virtud de sus respectivos convenios colectivos, incluyendo reclamaciones que surgen de su relación laboral actual o anterior con el Gobierno; sin embargo, dicho titular debe alegar (i) una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, o (ii) una reclamación que se resolvió y liquidó mediante un acuerdo o arbitraje en o antes del 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

I. Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente similar: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otras cantidades que puedan surgir conforme al respectivo acuerdo de fideicomiso del bono que no establecen un fiduciario, agente fiscal, o un agente similar que podría presentar una Evidencia de reclamaciones principal; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

J. Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de bonos presentadas oportunamente: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente similar presente una Evidencia de reclamaciones principal de bonos en contra del Deudor pertinente en o antes de la Fecha límite general por concepto de todas las reclamaciones en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso del bono; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

K. Reclamaciones de prestatarios de contratos de préstamos individuales: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en Orden de la Fecha límite general opor concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

L. Reclamaciones municipales: (i) Cualquier municipio, departamento u organismo de Gobierno que no sea un Deudor ni una "instrumentalidad territorial cubierta" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor u "instrumentalidad territorial cubierta". Cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

M. Gastos administrativos: Cualquier titular de una reclamación permisible en virtud de las secciones 503(b) o 507(a) (2) del Código de Quiebras como gasto administrativo (que no sea una reclamación en virtud de la sección 503(b)(9) del Código de Quiebras).

N. Evidencias de reclamaciones con fechas límites separadas: Cualquier titular de una reclamación para el cual el Tribunal fijo o haya fijado una fecha diferente.

O. Reclamaciones administrativas de profesionales: Profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con la sección 316 de la ley PROMESA; sin embargo, en caso de que el Tribunal fije una fecha en las cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

**Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones**

Usted DEBE presentar una Evidencia de reclamaciones para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, incluyendo si debe presentar una Evidencia de reclamación.**

*(continúa en la página siguiente)*

923-37795-1

*(continúa de la página anterior)*

**Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente**

A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL SEGÚN INDICADO ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2,Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III POR CONCEPTO DE DICHA RECLAMACIÓN.

**Sección 5. Qué se debe presentar**

SI ALEGA UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación que respalde la reclamación (o, si esta documentación es demasiado extensa, debe anejar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible; y la documentación, el resumen o la explicación debe proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esa documentación (a) al Agente de reclamaciones o (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación**

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 arriba, debe presentarse ante el Agente de reclamaciones y avisos: Prime Clerk LLC (el "Agente de reclamaciones") de conformidad con los procedimientos descritos en el presente documento **para que se reciban** en o antes de la Fecha límite correspondiente.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i) Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii) Enviar **por servicio de correo "first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii) Enviar mediante **servicio de correo "overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv) **Entregar personalmente** en cualquiera de las siguientes lugares: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) en las oficinas en Puerto Rico que se indican a continuación, en las horas señaladas:

**Oficinas en Puerto Rico donde se acepta la entrega personal de las Evidencias de reclamaciones**

Todas las oficinas están abiertas desde el 27 de febrero al 29 de mayo de 2018
(excepto los fines de semana y los días feriados)

| Dirección | Horarios (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse, Clerk's Office, 300 Calle Recinto Sur, San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, Clerk's Office, 150 Avenida Carlos Chardón, San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office, 880 Avenida Tito Castro, Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco, Blanca Convention Center, Carr 2 KM 143, Suite 3, Añasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina, Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpazio Paseo Caribe 53 Calle Las Palmeras, 4to Piso, San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Sección 7. Información adicional**

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación esté listada correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutarios designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com o www.comitedeacreedoresdePR.com.

Fecha: 19 de abril de 2018

**Estructura funcional del gobierno de Puerto Rico**

La información en este documento se basa en el análisis por parte de Ankura Consulting Group de las operaciones del Gobierno Central de Puerto Rico (el "Gobierno central"), la revisión de los documentos relevantes relacionados con el Gobierno central, y la información proporcionada por un asesor externo a la Autoridad de Asesoría Financiera y Agencia Fiscal (Fiscal Agency and Financial Advisory Authority, AAFAF) de Puerto Rico, relacionada con las entidades que componen el Gobierno central. La AAFAF, el Gobierno central, y cada uno de sus respectivos funcionarios, directores, empleados, agentes, abogados, asesores, miembros, socios o afiliados no ofrecen representación ni garantía de ningún tipo, explícita ni implícitamente, a terceras partes con respecto a la información en este documento, y dichas terceras partes renuncian expresamente a esas declaraciones y garantías.

| Agency | Agencia |
|---|---|
| 911 Emergency System Bureau | Negociado de Sistemas de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaría de la Gobernación |
| Child Support Administration | Administración para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) |
| Controller's Office | Oficina del Contralor (OCPR) |
| Cooperative Development Commission | Comisión de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |

| | |
|---|---|
| Corps of Firefighters Bureau | Negociado del Cuerpo de Bomberos de Puerto Rico |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Información de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |
| Department of Correction and Rehabilitation | Departamento de Corrección y Rehabilitación (DCR) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Económico y Comercio (DDEC) |
| Department of Education | Departamento de Educación (DE) |
| Department of Family | Departamento de la Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de Vivienda (DV) |
| Department of Justice | Departamento de Justica (DJ) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento De Recursos Naturales Y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreación y Deportes (DRD) |
| Department of State | Departamento de Estado |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administración de Familias y Niños (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses de Puerto Rico (ICF) |
| General Services Administration | Administración de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Ética Gubernamental de Puerto Rico (OEGPR) |
| Horse Racing Administration | Administración de la Industria y el Deporte Hípico (AIDH) |
| House of Representatives | Cámara de Representantes |
| Human Rights Commission | Comisión de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Protección al Consumidor (OIPC) |
| Industrial Commission | Comisión Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comisión de Investigacion, Procesamiento y Apelación (CIPA) |
| Labor Development Administration | Administración del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administración de Recusos Naturales |
| Office for Community and Socioeconomic Development of Puerto Rico | Oficina para el Desarrollo Socioeconómico y Comunitario de Puerto Rico (ODSEC) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) |
| Office of Court Administration | Oficina De Administración De Los Tribunales (OAT) |
| Office of Electoral Comptroller | Oficina del Contralor Electoral (OCE) |
| Office of Industrial Tax Exemption | Oficina de Exencion Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSLPR) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | Oficina del OMBUDSMAN |
| Office of the OMBUDSMAN - Elders and Pensioners | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients and Health | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Defensoría de las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN - Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor | Panel Fiscal Especial Independiente (PFEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificación (JP) |
| PR Federal Affairs Administration | Administracion de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelacion al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (OAJ) |
| Public Housing Administration | Administración de Vivienda Pública (AVP) |
| Public Service Appellate Commission | Comisión Apelativa del Servicio Público (CASP) |
| Public Service Commission | Comision de Servicio Público (CSP) |
| Puerto Rico Education Council | Consejo de Educación de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administración de Energía de Puerto Rico (AAE) |
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (PREC) |
| Puerto Rico Police Bureau | Negociado de la Policía de Puerto Rico (PPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administracion de Desarrollo Socioeconomico de la Familia (ADSEF) |
| State Elections Commission | Comision Estatal de Elecciones de Puerto Rico (CEEPR) |
| State Historic Conservation Office | Oficina Estatal de Conservación Histórica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Política Pública Energética (OEPPPE) |
| Statistics Institute of PR | Instituto de Estadísticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Supreme Court | Tribunal Supremo |
| Telecommunications Regulatory Board | Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) |
| Transit Safety Commission | Comisión para la Seguridad en el Tránsito (CST) |
| Transportation and Public Works | Departamento de Transportación y Obras Públicas (DTOP) |
| Vocational Rehabilitation Administration | Administración de Rehabilitación Vocacional (ARV) |

923-37796-1

**<u>Exhibit C</u>**

# TRUBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

IN RE: JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FIANANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL
DEUDORES

**PROMESA: TÍTULO III, Caso No – 17 BK 3283-LTS**
**(ADMINISTRADOS EN FORMA CONJUNTA)**
**AVISO DE FECHAS LÍMITES PARA PRESENTAR EVIDENCIA DE RECLAMACIONES**
**ÚLTIMO AVISO**

# AFIDAVIT

Yo, Carmencita Santana Rosado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**19 DE ABRIL DE 2018**

se dio publicidad al anuncio  expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. _20 abril_ 20 _18_

Afidávit No. _28608_ del Registro.

Jurado y reconocido ante mi por Carmencita Santana Rosado, vecina de San Juan, mayor de edad, soltera, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente.

Guaynabo, P.R. _20 abril_ 20 _18_

NOTARIO



9397
04/12/2018
$5.00
Sello de Asistencia Legal
80004-2018-0412-42874245

**EL NUEVO DÍA** Jueves, 19 de abril de 2018 **52**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En la causa: | PROMESA |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS Deudores. | Título III |
| | Caso n.° 17 BK 3283-LTS |
| | (Administrados en forma conjunta) |

AVISO DE FECHAS LÍMITES PARA PRESENTAR EVIDENCIA DE RECLAMACIONES

## ÚLTIMO AVISO

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"), que iniciaron casos en virtud del Título III de PROMESA (cada uno, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno, un "Deudor" y, en conjunto, los "Deudores"). Usted podría ser un acreedor de uno de los Deudores y podría tener que presentar una evidencia de reclamación ("Evidencia de reclamación").

**Si ya ha presentado un formulario de reclamación, no se requiere ninguna otra acción excepto que lo ordene una orden judicial, una notificación o de otro modo.**

La lista de los nombres de los Deudores, su número de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.° de id. tributaria federal | Caso n.° | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("AEE") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

### INFORMACIÓN GENERAL: PUNTOS CLAVE

• Este Aviso es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente) y a todas las partes a las cuales los Deudores tal vez le deban dinero (conocidos como los "acreedores").

• **En la información general describe los términos clave de este Aviso. Lea detenidamente todo el Aviso para obtener más detalles.**

• En los procedimientos según el Título III de la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta la fecha en que se presentó el caso según el Título III. Este Aviso explica cómo presentar una reclamación.

• **A muchos acreedores de Casos en virtud del Título III no se le requiere presentar una reclamación. Este Aviso explica cuándo debe presentar una reclamación y a quién no se le requiere presentarla. Consulte la Sección 2 de este Aviso para leer una lista completa de las partes que no se les requiere presentar una reclamación.**

• **Si a usted no se le requiere presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme a dicho plan. Un plan de ajuste es un documento que explica la manera en que un Deudor propone pagar las cantidades adeudadas a sus acreedores. Una vez presentado, ese plan estará disponible para que lo revisen los acreedores. Quien votara en el plan se determinará posteriormente. La cantidad que podría recibir en virtud del plan también se determinará posteriormente.

• **Si debe presentar una reclamación en contra de alguno de los Deudores, debe hacerlo en o antes del 29 de mayo de 2018 a las 4:00 p.m.**

• Las reclamaciones pueden (a) presentarse de manera electrónica a través de la página web del Agente: https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) enviarse por correo postal o entregarse personalmente en las direcciones indicadas en la Sección 6 de este Aviso.

• Si, después de leer este Aviso, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden a las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos incluyendo si necesita presentar una reclamación, debe hablar con un abogado.

### Sección 1. Las Fechas límite

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para los Casos en virtud del Título III conforme la Regla de quiebra 3003(c) en la que se establecen las siguientes fechas límites para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general:** El **29 de mayo de 2018 a las 4:00 p.m. es la fecha límite** (la "Fecha límite general") para presentar evidencia de las reclamaciones (según se definen en la sección 101(5) del Código de Quiebras), en contra de los Deudores por concepto de (i) reclamaciones que surgieron o se consideran que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluyendo reclamaciones en forma de bonos y reclamaciones que surgen bajo la sección 503(b)(9) del Código de Quiebras, y (ii) reclamaciones por entidades gubernamentales (según se definen en la sección 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazo:** Salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecutorio ("*executory contract*") o un contrato de arrendamiento vigente, las **4:00 p. m. de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es la Fecha límite para que una parte a un contrato ejecutorio o a un contrato de arrendamiento vigente relacionada con evidencias de reclamaciones relacionadas al rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazos" y, en conjunto con la Fecha límite general, las "Fechas límite").

(c) **Fecha límite si se modifica o complementa la Lista de acreedores:** Si una vez entregado el Aviso de la Fecha límite, algún Deudor (a) modifica su Lista de acreedores para reducir su reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones modificadas o modificadas por estos cambios, e informarles a estos titulares que tendrán hasta **(i) la Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho aviso,** la fecha que sea posterior, para presentar o modificar una evidencia de reclamación, si aplica, o se le prohibirá hacerlo.

Según utilizado en este Aviso, una "reclamación", tal como se define en la sección 101(5) del Código de Quiebras, cuando surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores en base a la responsabilidad de dicho Deudor ya sea primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquida, no líquida, vencida, no vencida, legal, o en equidad, incluyéndolas reclamaciones que surjan de conformidad con la sección 503(b)(9) del Código de Quiebras (cada uno, una "Reclamación").

### Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones

**EL HECHO DE QUE TU ESTAS LEYENDO ESTE AVISO NO SIGNIFICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

Las siguientes personas y entidades no tiene que presentar una Evidencia de reclamaciones en o antes de la Fecha límite correspondiente:

A. Reclamaciones permitidas: Cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de el Tribunal emitida en o antes de la Fecha límite correspondiente.

B. Reclamaciones pagadas: Cualquier persona o entidad cuya reclamación se haya pagado en su totalidad por un Deudor, incluyendo las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. Evidencias de reclamaciones ya presentadas: Cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que cumple sustancialmente con el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones de los Deudores.

D. Reclamaciones correctamente descritos y categorizados en las Listas de acreedores: Cualquier persona o entidad cuya reclamación este en una de las Listas de acreedores y si (i) la reclamación no se describe como "impugnada", "eventual" o "no liquidada", (ii) la persona o la entidad no impugna el monto y la naturaleza de la reclamación tal como se establece en la Lista de acreedores correspondiente, y (iii) la persona o la entidad no impugna que la reclamación sea una obligación del Deudor.

E. Clientes de la AEE: Los clientes de la AEE en relación con sus depósitos o disputas individuales de servicio o facturación; sin embargo, dicho titular debe alegar una reclamación que no este exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de este sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

F. Reclamaciones por pensión: Con respecto a los beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes y programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes la Fecha límite general para evitar el rechazo de dicha otra reclamación.

G. Reclamaciones de empleados sindicados no unionados: Cualquier empleado, empleado con licencia o exempleado representados por una unión o no representados por una unión para la indemnización y los beneficios de empleo, incluyendo los sueldos, salarios, beneficios médicos, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de indemnización"); sin embargo, las reclamaciones de indemnización no deben incluir reclamaciones que se aleguen o se aleguen en un proceso judicial o administrativo basado en un reclamación extracontractual, en el algún estatuto o reglamento no relacionado con el empleo, inclusive cuando en dichas reclamaciones se alega como parte del derecho a recibir sueldos, salarios, beneficios médicos o beneficios de seguros.

H. Reclamaciones individuales de miembros de uniones: Cualquier persona o entidad titular de una reclamación sólo porobligaciones en virtud de sus respectivos convenios colectivos, incluyendo las reclamaciones que se alega a un relación laboral actual o anterior con el Gobierno; sin embargo, dicho titular debe alegar (i) una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, o (ii) una reclamación que se resolvió y liquidó mediante un acuerdo o arbitraje en o antes del 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

I. Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente similar: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otras cantidades que puedan surgir conforme al respectivo acuerdo de fideicomiso del bono que no establecen un fiduciario, agente fiscal, o un agente similar que podrá presentar una Evidencia de reclamaciones principal; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

J. Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de bonos presentadas oportunamente: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente similar presente una Evidencia de reclamaciones principal de bonos en contra del Deudor pertinente en o antes de la Fecha límite general por concepto de todas las reclamaciones en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o del bono; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

K. Reclamaciones de prestamistas de contratos de préstamos individuales: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en o antes de la Fecha límite general por concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

L. Reclamaciones intergubernamentales: (i) Cualquier municipio, departamento u organismo de Gobierno que no sea un Deudor ni una "instrumentalidad territorial cubierta" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier "instrumentalidad territorial cubierta". Cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha reclamación.

M. Gastos administrativos: Cualquier titular de una reclamación permisible en virtud de las secciones 503(b) y 507(a)(2) del Código de Quiebras como gastos administrativo (que no sea una reclamación en virtud de la sección 503(b)(9) del Código de Quiebras).

N. Evidencias de reclamaciones con fechas límites separadas: Cualquier titular de una reclamación para el cual el Tribunal fije o haya fijado una fecha diferente.

O. Reclamaciones administrativas de profesionales: Profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con la sección 316 de la ley PROMESA; sin embargo, en caso de que el Tribunal fije una fecha antes de la cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

### Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones

Usted DEBE presentar una Evidencia de reclamaciones para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas con este Aviso, incluyendo si debe presentar una Evidencia de reclamación.

### Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente

A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL SEGÚN INDICADO ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III POR CONCEPTO DE DICHA RECLAMACIÓN.

*(continúa en la página siguiente)*

*(continúa de la página anterior)*

**Sección 5. Qué se debe presentar**

SI ALEGA UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación que respalde la reclamación (o, si esta documentación es demasiado extensa, debe anejar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación debe proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante; y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esa documentación (a) al Agente de reclamaciones y (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación**

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 arriba, debe presentarse ante el Agente de reclamaciones y avisos: Prime Clerk LLC (el "Agente de reclamaciones") de conformidad con los procedimientos descritos en el presente documento **para que se reciban** en o antes de la Fecha límite correspondiente.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i) Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii) Enviar por servicio de correo **"first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii) Enviar mediante servicio de correo **"overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv) **Entregar personalmente** en cualquiera de las siguientes lugares: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) en las oficinas en Puerto Rico que se indican a continuación, durante las fechas y los horarios señalados:

| Oficinas en Puerto Rico donde se acepta la entrega personalmente de las Evidencias de reclamaciones | |
|---|---|
| Todas las oficinas están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018 (excepto los fines de semana y los días feriados) | |
| **Dirección** | **Horarios (AST)** |
| José V. Toledo Federal Building & US Courthouse, Clerk's Office, 300 Calle Recinto Sur, San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruíz Nazario U.S. Courthouse, Clerk's Office, 150 Avenida Carlos Chardón, San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office, 880 Avenida Tito Castro, Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco, Bianca Convention Center, Carr 2 KM 143, Suite 3, Añasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina, Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpazio Paseo Caribe 53 Calle Las Palmeras, 4to Piso, San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Sección 7. Información adicional**

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación este listada correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. ( disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutario designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com y www.comitedeacreedoresdePR.com.

Fecha: 19 de abril de 2018

**Estructura funcional del gobierno de Puerto Rico**

La información en este documento se basa en el análisis por parte de Ankura Consulting Group de las operaciones del Gobierno Central de Puerto Rico (el "Gobierno Central"), la revisión de los documentos relevantes relacionados con el Gobierno central, y la información proporcionada por un asesor externo a la Autoridad de Asesoría Financiera y Agencia Fiscal (Fiscal Agency and Financial Advisory Authority, AAFAF) de Puerto Rico, relacionada con las entidades que componen el Gobierno central. La AAFAF, el Gobierno central, y cada uno de sus respectivos funcionarios, directores, empleados, agentes, abogados, asesores, miembros, socios o afiliados no ofrecen representación ni garantía de ningún tipo, explícita ni implícitamente, a terceras partes con respecto a la información en este documento, y dichas terceras partes renuncian expresamente a esas declaraciones y garantías.

| Agency | Agencia |
|---|---|
| 911 Emergency System Bureau | Negociado de Sistemas de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaria de la Gobernacion |
| Child Support Administration | Administracion para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administracion para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) |
| Controller's Office | Oficina del Contralor (OCPR) |
| Cooperative Development Commission | Comision de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |
| Corps of Firefighters Bureau | Negociado del Cuerpo de Bomberos de Puerto Rico |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Informacion de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |

| | |
|---|---|
| Department of Correction and Rehabilitation | Departamento de Correccion y Rehabilitacion (DCR) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Economico y Comercio (DDEC) |
| Department of Education | Departamento de Educacion (DE) |
| Department of Family | Departamento de Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de Vivienda (DV) |
| Department of Justice | Departamento de Justica (DJ) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento De Recursos Naturales Y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreacion y Deportes (DRD) |
| Department of State | Departamento de Estado |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administracion de Familias y Niños (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses de Puerto Rico (ICF) |
| General Services Administration | Administracion de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Etica Gubernamental de Puerto Rico (OEGPR) |
| Horse Racing Administration | Administracion de la Industria y el Deporte Hipico (AIDH) |
| House of Representatives | Camara de Representantes |
| Human Rights Commission | Comision de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Proteccion al Consumidor (OIPC) |
| Industrial Commission | Comision Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comision de Investigacion, Procesamiento y Apelacion (CIPA) |
| Labor Development Administration | Administracion del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administracion de Servicios de Salud Mental y Contra la Adiccion (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administracion de Recusos Naturales |
| Office for Community and Socioeconomic Development of Puerto Rico | Oficina para el Desarrollo Socioeconomico y Comunitario de Puerto Rico (ODSEC) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administracion y Transformacion de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) |
| Office of Court Administration | Administracion De Los Tribunales (OAT) |
| Office of Electoral Comptroller | Oficina del Contralor Electoral (OCE) |
| Office of Industrial Tax Exemption | Oficina de Exencion Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSLPR) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | Oficina del OMBUDSMAN |
| Office of the OMBUDSMAN - Elders and Pensioners | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients and Health | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Defensoria de las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN - Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor | Panel Fiscal Especial Independiente (PFEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificacion (JP) |
| PR Federal Affairs Administration | Administracion de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelacion al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (OAJ) |
| Public Housing Administration | Administracion de Vivienda Publica (AVP) |
| Public Service Appellate Commission | Comision Apelativa del Servicio Publico (CASP) |
| Public Service Commission | Comision de Servicio Publico (CSP) |
| Puerto Rico Education Council | Consejo de Educacion de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administracion de Energia de Puerto Rico (AAE) |
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (PREC) |
| Puerto Rico Police Bureau | Negociado de la Policía de Puerto Rico (PPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administracion de Desarrollo Socioeconomico de la Familia (ADSEF) |
| State Elections Commission | Comision Estatal de Elecciones de Puerto Rico (CEEPR) |
| State Historic Conservation Office | Oficina Estatal de Conservacion Historica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Política Pública Energética (OEPPE) |
| Statistics Institute of PR | Instituto de Estadisticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Supreme Court | Tribunal Supremo |
| Telecommunications Regulatory Board | Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) |
| Transit Safety Commission | Comision para la Seguridad en el Transito (CST) |
| Transportation and Public Works | Departamento de Transportacion y Obras Publicas (DTOP) |
| Vocational Rehabilitation Administration | Administracion de Rehabilitacion Vocacional (ARV) |

**<u>Exhibit D</u>**

# Miami Herald
## el Nuevo Herald

State of: Florida                                                     April 23, 2018
County of:  Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the
publisher's designated agent of the publication known as ***EL Nuevo Herald*** has full knowledge of the
facts herein stated as follows:

The run of paper advertisement (ROP) Print Ad 6 Col X 20.5" B/W Main Section  EL Nuevo Herald for
**"The Commonwealth of Puerto Rico"** distributed to Publishers full circulations (**EL Nuevo Herald** )
On the On the 19th$^{th}$ day of  April  , 2018.

By: _____

Subscribed and sworn to before me this 23rd day of April  2018

Notary public: _____

Notary seal:



SILVIA SENDRA
MY COMMISSION # FF 108693
EXPIRES: August 1, 2018
Bonded Thru Notary Public Underwriters

# Miami Herald
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 ɪ ********@miamiherald.com ɪ  www.miamiherald.com ɪ  www.elnuevoherald.com

E1

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS**
**PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la causa: | PROMESA |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante de EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS DEUDORES. | Título III Caso n.º 17 BK 3283-LTS (Administrado en forma conjunta) |

**AVISO DE FECHAS LÍMITES PARA PRESENTAR EVIDENCIA DE RECLAMACIONES**

**ÚLTIMO AVISO**

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud de la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"), que iniciaron casos en virtud del Título III de PROMESA (cada uno, un "Caso en virtud del Título III") en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser un acreedor de uno de los Deudores y podría tener que presentar una evidencia de reclamación ("Evidencia de reclamación").**

**Si ya ha presentado una evidencia de reclamación, no se requiere ninguna otra acción excepto que se ordene una orden judicial, una notificación o otro modo.**

La lista de los nombres de los Deudores, su número de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno de Commonwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("AEE") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

**INFORMACIÓN GENERAL: PUNTOS CLAVE**

- Este Aviso es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente) y a todas las partes a las cuales los Deudores tal vez le deban dinero (conocidos como los "acreedores").
- En la información general describe los términos clave de este Aviso. Lea detenidamente todo el Aviso para obtener más detalles.
- En los procedimientos según el Título III de la Ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta la fecha en que se presentó el caso según el Título III. Este Aviso explica cómo presentar sus reclamaciones.
- **A muchos acreedores de Casos en virtud del Título III no se les requiere presentar una reclamación.** Este Aviso explica quién debe presentar una reclamación y a quién no se le requiere presentarla. **Consulte la Sección 2 de este Aviso para leer una lista completa de las partes que no se les requiere presentar una reclamación.**
- **Si a usted no se le requiere presentar una reclamación, de no presentarla en este momento no completa y devuelva un formulario de evidencia de reclamación**, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme a dicho plan. Un plan de ajuste es un documento que explica la manera en que un Deudor propone pagar las cantidades adeudadas a sus acreedores. Una vez presentado, ese plan estará disponible para que lo revisen los acreedores. Quién votará en el plan se determinará posteriormente. La calidad para votar no podría recibir en virtud del plan también se determinará posteriormente.
- **Si debe presentar una reclamación en contra de alguno de los Deudores**, debe hacerlo en o antes del **29 de mayo de 2018 a las 4:00 p. m.**
- Las reclamaciones pueden (a) presentarse de manera electrónica a través de la página web del Agente: https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) enviarse por correo postal o entregarse personalmente en las direcciones incluidas en la Sección 4 de este Aviso.
- Si, después de leer este Aviso, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (disponible en español), o por correo electrónico a la dirección puertorecinfo@ primeclerk.com. Tenga en cuenta que las personas que respondan a las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos incluyendo si necesita presentar una reclamación, debe hablar con un abogado.

**Sección 1. Las Fechas límite**

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal de Distrito") emitió una resolución (la "Orden de fechas límite") para los Casos en virtud del Título III conforme la Regla de quiebra 3003(c) en la que se establecen las siguientes fechas límites para presentar Evidencias de reclamaciones (en conjunto, las "Fechas límite"):

(a) **Fecha límite general:** **El 29 de mayo de 2018 a las 4:00 p. m. es la fecha límite** (la "Fecha límite general") para presentar evidencia de las reclamaciones (según se definen en la sección 101(5) del Código de Quiebras), en contra de los Deudores por concepto de (i) reclamaciones que surgieron o se consideraron que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluyendo reclamaciones en forma de bonos y reclamaciones que surgen bajo la sección 503(b)(9) del Código de Quiebras, y (ii) reclamaciones periódicas adeudadas (según se definen en la sección 101(27) del Código de Quiebras).

(b) **Fecha límite de rechazo:** Salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecutorio ("executory contract") o un contrato de arrendamiento vigente, las **4:00 p. m. de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendarios posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es la Fecha límite para que cualquier parte a un contrato ejecutorio o a un contrato de arrendamiento vigente rechazado presente evidencia de reclamaciones relacionadas al rechazo de dicho contrato o arrendamiento (la "Fecha límite de rechazo"), y en conjunto con la Fecha límite general, las "Fechas límite").

(c) **Fecha límite si se modifica o complementa la Lista de acreedores.** Si un certificado del Aviso de la Fecha límite, según Deudor (a) modifica su Lista de acreedores para reducir el monto o eliminar una reclamación listada, corregir la clasificación o característica de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones reducidas o modificadas por estos cambios, e informarles a estos titulares que tienen hasta la **Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho aviso**, la fecha que sea posterior, para presentar o modificar una evidencia de reclamación, si aplica, o si se prohibirá hacerlo.

Según utilizado en este Aviso, una "reclamación", tal como se define en la sección 101(5) del Código de Quiebras, cuando surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores en base a la responsabilidad de dicho Deudor ya sea primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, líquida, no líquida, vencida, no vencida, legal, o en equidad, incluyendo reclamaciones que surjan de conformidad con la sección 503(b)(9) del Código de Quiebras, (de ahora en adelante, las "reclamaciones").

**Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones**

**EL HECHO DE QUE TU ESTAS LEYENDO ESTE AVISO NO SIGNIFICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

**Las siguientes personas y entidades no tienen que presentar una Evidencia de reclamaciones en o antes de la Fecha límite correspondiente:**

A. Reclamaciones permitidas: Cualquier persona o entidad cuya reclamación ya haya permitido anteriormente mediante una orden del Tribunal emitida en o antes de la Fecha límite correspondiente.

B. Reclamaciones pagadas: Cualquier persona o entidad cuya reclamación se haya pagado en su totalidad por un Deudor, incluyendo las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. Evidencias de reclamaciones ya presentadas: Cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que cumpla sustancialmente con el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones de los Deudores.

D. Reclamaciones correctamente descritas y categorizadas en las Listas de acreedores: Cualquier persona o entidad cuya reclamación esté en una de las Listas de acreedores y (i) la reclamación no se identifique como "impugnada", "eventual" o "no liquidada", (ii) la persona o entidad no impugna el monto y la naturaleza de la reclamación tal como se establece en la Lista de acreedores correspondiente, y (iii) la persona o la entidad no impugna que la reclamación sea una obligación del Deudor.

E. Clientes de la AEE: Los clientes de la AEE en relación con sus depósitos o disputas individuales de servicio o facturación: sin embargo, dicho titular debe alegar una reclamación que no esté excepuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

F. Reclamaciones por pensión: Con respecto a los beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes o programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

G. Reclamaciones de empleados unionados o no unionados: Cualquier empleado, empleado con licencia o exempleado representado o actualmente por una unión para la indemnización y los beneficios de empleo, incluyendo los sueldos, salarios, beneficios médicos, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de indemnización"): sin embargo, las reclamaciones de indemnización no deben incluir reclamaciones que se alegaron o se alegarán en un proceso judicial o administrativo basado en una reclamación extracontractual, en el cual estaban o reglamento no relacionado con el empleo, incluyendo la discriminación o el hostigamiento; y dicho empleado, empleado con licencia o exempleado que desea presentar una reclamación por accidentes laborales o despido injustificado ("Reclamaciones laborales"); sin embargo, las reclamaciones laborales no deben incluir reclamaciones que se alegaron o se alegarán en un proceso judicial o administrativo basado en una reclamación extracontractual, en el algún condición basado en aleyes, constitución, reglamento, ordenanza o reglamento no relacionado con el empleo, incluyendo la discriminación o el hostigamiento; y dicho empleado, empleado con licencia o exempleado debe presentar una Evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

H. Reclamaciones individuales de miembros de unión: Cualquier persona o entidad titular de una reclamación sólo porque individuos en virtud de sus respectivos convenios colectivos, incluyendo reclamaciones relacionadas con un salario laboral actual o anterior con el Gobierno; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, o (ii) una reclamación que se resolvió y líquido mediante un acuerdo o arbitraje en o antes del 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha otra reclamación.

I. Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente similar: Cualquier persona o entidad titular de una reclamación basado en un pliego de principal, intereses y otras cantidades que puedan surgir conforme al respectivo acuerdo de fideicomiso del bono que no establece un fiduciario, agente fiscal, o un agente similar que podría presentar una Evidencia de reclamaciones principal; sin embargo, dicho titular debe alegar una reclamación que no esté excepcluada la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha reclamación.

J. Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de bonos presentadas oportunamente: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente similar presente una Evidencia de reclamaciones principal de bonos en contra del Deudor pertinente en o antes de la Fecha límite general por concepto de todas las reclamaciones en forma de bonos en contra del Deudor pertinente en o antes de la Fecha límite general; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha reclamación.

K. Reclamaciones de prestamistas de contrato de préstamos individuales: Cualquier persona o entidad titular de una reclamación que se limita al pago de principal, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en o antes de la Fecha límite general por concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esa otra reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha reclamación.

L. Reclamaciones interqubernamentales: (i) Cualquier municipio, departamento u organismo de Gobierno que no sea un Deudor si una "instrumentalidad territorial colateral" (según se define en la Ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor o "instrumentalidad territorial colateral". Cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en o antes de la Fecha límite general para evitar el rechazo de dicha reclamación.

M. Gastos administrativos: Cualquier titular de una reclamación permisible en virtud de las sección 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (que no sea una reclamación de la sección 503(b)(9) del Código de Quiebras).

N. Evidencias de reclamaciones con fechas límites separadas: Cualquier titular de una reclamación para el cual el Tribunal fije o haya fijado una fecha diferente.

O. Reclamaciones administrativas de profesionales: Profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con la sección 316 de la ley PROMESA; sin embargo, en caso de que el Tribunal fije una fecha antes para la cual deben presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

**Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones**

Usted DEBE presentar una Evidencia de reclamaciones para votar en cualquier plan de ajuste presentado por la Junta de Supervisión para los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritas anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, incluyendo si debe presentar una Evidencia de reclamación.**

---

**Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente**

A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL SEGÚN INDICADO ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2 Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD **(SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO)** ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III POR CONCEPTO DE DICHA RECLAMACIÓN.

**Sección 5. Dué se debe presentar**

SI ALEGA UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación que respalde la reclamación (o, si esta documentación es demasiado extensa, debe anejar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible; y, de documentarse, el resumen o la explicación debe proporcionarse en inglés o en español); (v) si tiene algún interés en garantía o el fundamento de un reclamación (o representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta su evidencia de reclamaciones a través de la página web del Agente por correo o (por medio de entrega en persona en algún otro de las direcciones dadas más abajo), deberá pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

**Sección 6. Dónde y cómo realizar la presentación**

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 arriba, debe presentarse ante el Agente de reclamaciones y avisos: Prime Clerk LLC (el "Agente de reclamaciones") de conformidad con los procedimientos descritos en el presente documento para que se reciban en o antes de la fecha límite correspondiente. Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i) Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones: https:// cases.primeclerk.com/puertorico/EPOC-Index.

(ii) Enviar **por servicio de correo "first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii) Enviar mediante **servicio de correo "overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv) **Entregar personalmente** en cualquiera de las siguientes lugares: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, o (b) en las oficinas en Puerto Rico que se indican a continuación, durante las fechas y los horarios indicados:

**Oficinas en Puerto Rico donde se acepta la entrega personalmente de las Evidencias de reclamaciones**

Todas las oficinas están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018
(excepto los fines de semana y los días feriados)

| Dirección | Horarios (AST) |
|---|---|
| José V. Toledo Federal Building & US Courthouse, Clerk's Office, 300 Calle Recinto Sur, San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, Clerk's Office, 150 Avenida Carlos Chardón, San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A, Ponce, Puerto Rico 00717, 880 Avenida Tito Castro, Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Abasco, Illiana Convention Center, Carr 2 KM 143, Suite 3, Abasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center, 2 Calle Acerina, Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpacio Paseo Caribe, 53 Calle Las Palmeras, 4to Piso, San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

No se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; sin embargo, pueden enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Sección 7. Información adicional**

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/. Todo acreedor que esté intentando determinar si se le ha requerido la presentación de una evidencia de reclamaciones también puede descargar y determinar que su reclamación está listada correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. ( (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutario designado en los casos del Título III en www.creditorscommittee.com o por correo electrónico a info@creditorscommitteePR.com.

Fecha: 19 de abril de 2018

**Estructura funcional del gobierno de Puerto Rico**

La información en este documento se basa en el análisis por parte de Ankura Consulting Group de las operaciones del Gobierno Central de Puerto Rico (el "Gobierno central"), la revisión de los documentos relevantes relacionados con el Gobierno central, y la información proporcionada por un asesor externo a la Autoridad de Asesoría Financiera y Agencia Fiscal (Fiscal Agency and Financial Advisory Authority, AAFAF) de Puerto Rico, relacionada con las entidades que componen el Gobierno central. La AAFAF, el Gobierno central, y cada una de sus respectivas funcionarios, directores, empleados, agentes, abogados, asesores, miembros, socios o afiliados no ofrecen representación ni garantía de ningún tipo, expresa o implícita, y tampoco asumen con respecto a la exactitud o totalidad de la información contenida en este documento, y dichas terceras partes rechazan expresamente este declaración.

| Agency | Agencia |
|---|---|
| 911 Emergency System Bureau | Negociado de Sistema de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaría de la Gobernación |
| Child Support Administration | Administración para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administración para el Cuidado y Desarrollo Integral de la Niñez (ACUDEN) |
| Comptroller's Office | Oficina del Contralor (OCPR) |
| Cooperative Development Commission | Comisión de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |
| Corrections Administration | Administración de Corrección (AC) |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Información de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |
| Department of Correction and Rehabilitation | Departamento de Corrección y Rehabilitación (DCR) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Económico y Comercio (DDEC) |
| Department of Education | Departamento de Educación (DE) |
| Department of Family | Departamento de la Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de la Vivienda (DV) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento de Recursos Naturales y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreación y Deportes (DRD) |
| Department of State | Departamento de Estado (DE) |
| Department of Transportation and Public Works | Departamento de Transportación y Obras Públicas (DTOP) |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado de Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administración de Familias y Niños (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses (NCF) |
| General Services Administration | Administración de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Ética Gubernamental de Puerto Rico (OEG) |
| Horse Racing Administration | Administración de la Industria y el Deporte Hípico (AIDH) |
| House of Representatives | Cámara de Representantes |
| Human Rights Commission | Comisión de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Protección al Consumidor (OIPC) |
| Industrial Commission | Comisión Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comisión de Investigación, Procesamiento y Apelación (CIPA) |
| Labor Development Administration | Administración del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administración de Servicios de Salud Mental y Contra la Adicción (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administración de Recursos Naturales |
| Office of Advocacy and Socioeconomic Development of Puerto Rico | Oficina para el Desarrollo Socioeconómico y Comunitario de Puerto Rico (OCALARH/OATRH) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administración y Transformación de los Recursos Humanos del Gobierno de Puerto Rico (OATRH) |
| Office of Court Administration | Oficina de Administración de los Tribunales (OAT) |
| Office of General Comptroller | Oficina del Inspector General (OIG) |
| Office of Industrial Tax Exemption | Oficina de Exención Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSL) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal (OGM) |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | OMBUDSMAN |
| Office of the OMBUDSMAN for the Elderly | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Oficina del Procurador de las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN for Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor Panel | Oficina del Panel del Fiscal Especial Independiente (FEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificación (JP) |
| PR Federal Affairs Administration | Administración de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelación al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (PDJ) |
| Public Housing Administration | Administración de Vivienda Pública (AVP) |
| Public Service Appellate Commission | Comisión Apelativa del Servicio Público (CASP) |
| Public Service Commission | Comisión de Servicio Público (CSP) |
| Puerto Rico Education Council | Consejo de Educación de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administración de Energía de Puerto Rico (AEE) |
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (CEPR) |
| Puerto Rico Police Bureau | Negociado de la Policía de Puerto Rico (NPPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administración de Desarrollo Socioeconómico de la Familia (ADSEF) |
| State Elections Commission | Comisión Estatal de Elecciones (CEE) |
| State Historic Conservation Office | Oficina Estatal de Conservación Histórica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Política Pública Energética (OEPPE) |
| Statistics Institute of PR | Instituto de Estadísticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Transit Safety Commission | Comisión para la Seguridad en el Tránsito (CST) |
| Transportation and Public Works Administration | Administración de Transportación y Obras Públicas |
| Vocational Rehabilitation Administration | Administración de Rehabilitación Vocacional (ARV) |

**Exhibit E**

Latin Media House

Rexco Industrial Park
Santa Marina 1 Suites 2B-2C
Guaynabo, PR 00968

# AFFIDAVIT OF PUBLICATION

In the city of San Juan, Puerto Rico, on April 26, 2018, Heiko Faass representing Latin Media House, LLC., hereby certify that in our weekly newspaper of Caribbean Business for the editions dated April 19 of the present year, was published:

"NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM"

From the United States District Court for the District of Puerto Rico In re:

"THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of,

THE COMMONWEALTH OF PUERTO RICO, et al.

*Debtors*"

Signed: _____

Heiko Faass – CEO-Editor in Chief

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br> as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br> Debtors. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM**

## FINAL REMINDER

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed voluntary petitions under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases" for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of Claim** (a "Proof of Claim").

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

**OVERVIEW – KEY POINTS**

• This Notice is a legal notice concerning the Title III Cases of the Debtors (listed above) and all parties that may be owed money by the Debtors (known as "creditors").

• **The Overview describes the key terms of this Notice. Please read the entire Notice carefully for further details.**

• In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This Notice explains how to file claims.

• **Many creditors in the Title III Cases are not required to file a claim.** This Notice explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this Notice for a complete list of parties not required to file a claim.**

• **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

• **If you are required to file a claim against any of the Debtors, you must do so by May 29, 2018 at 4:00 p.m., Atlantic Standard Time.**

• Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this Notice.

• After reading this Notice, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

**Section 1 – The Bar Dates.** On February 15, 2018, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Bar Date Order") in the above-captioned Title III Cases in accordance with Bankruptcy Rule 3003(c) fixing the following deadlines to file Proofs of Claim (collectively, the "Bar Dates"):

(a) **General Bar Date: 4:00 p.m. (Atlantic Standard Time) on May 29, 2018**, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement dates for their Title III Cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27));

(b) **Rejection Bar Date:** Except as otherwise set forth in any order authorizing the rejection of an executory contract or unexpired lease, **4:00 p.m. (Atlantic Standard Time) on the date that is the later of (i) the General Bar Date and (ii) the first business day that is thirty-five (35) calendar days after the entry of an order by the Court authorizing such rejection** is the deadline for a party to any such rejected executory contract or unexpired lease to file proofs of claim relating to the rejection of such contract or lease (the "Rejection Bar Date," and together with the General Bar Date, the "Bar Dates"); and

(c) **Bar Date of Creditor List is Amended or Supplemented:** If, after the Bar Date Notice is served, any Debtor (a) amends its respective Creditor List to reduce a claim and/or to change the classification, nature or characterization of a claim, or (b) supplements its respective Creditor List, such Debtor shall give notice of any amendment or supplement to the holders of claims reduced or changed thereby, and advise such holders they shall each have until the later of (i) the General Bar Date and (ii) thirty-five (35) days from the date of such notice to file a proof of claim, or an amended proof of claim, if applicable, or be barred from so doing.

As used in this Notice, a "claim," as defined in section 101(5) of the Bankruptcy Code, whenever arising, includes in each case any claims against any of the Debtors based upon the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guarantied, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "Claim").

**Section 2 – Who Is NOT Required To File a Proof of Claim. THE FACT THAT YOU ARE READING THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST THE DEBTORS OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

**The following persons and entities are not required to file a Proof of Claim on or before the applicable Bar Date:**

A. Allowed Claims: Any person or entity whose claim was previously allowed by an order of the Court entered on or before the applicable Bar Date;

B. Paid Claims: Any person or entity whose claim was paid in full by a Debtor, including claims paid by a Debtor after the commencement date of its respective Title III Case;

C. Proofs of Claim Already Filed: Any person or entity who already properly filed a proof of claim, which substantially conforms to the Proof of Claim Form, in these Title III Cases with the Court or the Debtors' claims and noticing agent;

D. Claims Properly Listed and Categorized on Creditor Lists: Any person or entity whose claim is listed on one of the Creditor Lists and (i) the claim is not listed as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount and nature of the claim as set forth on the applicable Creditor List, and (iii) the person or entity does not dispute that the claim is an obligation of the subject Debtor;

E. PREPA Customers: Customers of PREPA in connection with the disposition of their deposits or any individual billing or service disputes; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

F. Pension Claims: With respect to pension benefits and any and all other post-retirement benefits, any retiree, active employee, and former employee of a Title III Debtor (including any former employee of a Title III Debtor receiving early pension, financial incentive, or other benefits provided under Act No. 70-2010 or Act No. 211-2015 or similar laws or programs), or any person who is or was a participant in a pension plan administered by a Title III Debtor, and any beneficiary of any the foregoing persons; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

G. Union or Non-Union Employee Claims: Any union-represented or non-union represented employee, furloughed employee, or former employee for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits or workers' compensation claims ("Compensation Claims"); provided, however, that Compensation Claims shall not include claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment related common law, statutory law, or regulation even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

H. Individual Union Members' Claims: Any person or entity that holds a claim limited to obligations due under their respective collective bargaining agreements, including, but not limited to, grievances, or claims arising from their current or former employment relationship with the Commonwealth; provided, however, that any such holder must assert (i) a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section, or (ii) a claim for a grievance that has been resolved and liquidated by settlement or arbitration award as of February 28, 2018, by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

I. Individual Bondholder Claims Arising From Bonds That Do Not Have an Indenture Trustee, Fiscal Agent, or Similar Agent or Nominee: Any person or entity that holds a claim that is limited to the repayment of principal, interest and such other amounts that may arise under the respective trust agreement or bond document that does not provide for an indenture trustee, fiscal agent, or similar agent or nominee that could file a Master Proof of Claim; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

J. Individual Bondholder Claims Covered by Timely Filed Bond Master Proof of Claim: Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant indenture trustee, fiscal agent, or similar agent or nominee files a Bond Debt Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all bond claims against the relevant Debtor under the respective trust agreement or bond document; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

K. Individual Credit Agreement Lender Claims: Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant agent, if such agent exists, files a Credit Agreement Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all lender claims against the relevant Debtor under the respective credit agreement; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

L. Inter-Governmental Claims: (i) Any municipality, department, or agency of the Commonwealth that is not a Debtor or "covered territorial instrumentality" (as defined in PROMESA) asserting a claim against a Debtor in an amount less than $200 million, or (ii) any Debtor or "covered territorial instrumentality". For the avoidance of doubt, any entity described in the foregoing clause (i) asserting a claim against a Debtor equal to or greater than $200 million must file a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

M. Administrative Expenses: Any holder of a claim allowable under Bankruptcy Code sections 503(b) and 507(a)(2) as an administrative expense (other than a claim under Bankruptcy Code section 503(b)(9));

N. Proofs of Claim with Separate Deadlines: Any holder of a claim for which a separate deadline is or has been fixed by the Court; and

O. Professionals' Administrative Claims: Professionals who assert administrative claims for fees and expenses subject to the Court's approval pursuant to PROMESA section 316; provided, however, that, should the Court fix a date by which the Claims described in Paragraphs A. through O. above must be filed, you will be notified of such bar date at the appropriate time.

**Section 3 – Who MUST File a Proof of Claim. You MUST** file a Proof of Claim to vote on any plan of adjustment filed by the Oversight Board on behalf of the Debtors or to share in any distributions from the Debtors if you have a Claim that arose prior to the commencement dates and it is not one of the types of Claims described in Paragraphs A. through O. in Section 2 above.

A holder of a possible Claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.

**Section 4 – Consequences of Failure to File a Proof of Claim by the Applicable Bar Date. ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A. THROUGH O. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (UNLESS OTHERWISE ORDERED BY THE COURT) FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THESE TITLE III CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THESE TITLE III CASES ON ACCOUNT OF SUCH CLAIM.**

**Section 5 – What to File.** IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S TITLE III CASE.

*(continues on next page)*

*(continued from previous page)*

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the relevant Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claim; (iv) include a copy of the supporting documentation (or, if such documentation is voluminous, you must attach a summary of such documentation) or an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the claimant; and (vi) substantially conform to the Proof of Claim Form approved by the Bar Date Order.  If you file a summary of the supporting documentation because they are voluminous, you must transmit the supporting documentation to (a) the Claims Agent and (b) the applicable Debtor within ten days after the date of a written request by the Debtors for such documents.

The Proof of Claim Form can be obtained, as well as filed, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

**Section 6 – Where and How to File.** All Proofs of Claim, except as otherwise provided for or specifically excepted in Section 2 above, must be filed with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the applicable Bar Date, depending upon the nature of the Claim.

Proofs of Claim may be filed through any of the following methods:

(i)  completing the electronic Proof of Claim on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,

(ii)  if delivered **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,

(iii)  if **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or

(iv)  if **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
| --- | --- |
| **Address** | **Hours (AST)** |
| José V. Toledo Federal Building & US Courthouse, Clerk's Office, 300 Recinto Sur Street, San Juan, PR 00901 | M–F 8:00 a. m to 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse, Clerk's Office, 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | M–F 8:30 a. m to 4:30 p. m. |
| MCS Building, Suite 222 A, Bankruptcy Court Clerk's Office, 880 Tito Castro Avenue, Ponce, PR 00716-4732 | M–F 8:00 a. m to 5:00 p. m. |
| Aerotek Añasco, Bianca Convention Center, Carr 2 KM 143, Suite 3, Añasco, PR 00610 | M–F 8:30 a. m to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina, Caguas, PR 00725 | M–F 8:30 a. m to 5:00 p. m. |
| CoSpazio Paseo Caribe 53 Calle Las Palmeras, 4th Floor, San Juan, PR 00901 | M–F 8:30 a. m. to 5:00 p. m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; **provided, however,** they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Section 7 – Additional Information.** The Debtors' Creditor Lists and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/. Any creditor that relies on the Debtors' Creditor Lists bears responsibility for determining that its Claim is accurately listed therein.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Additional information regarding the claims filing process is also available on the website for the statutory creditors' committee appointed in the Title III cases at www.creditorspr.com, www.precreditorscommittee.com, or www.comitedeacreedoresdePR.com.

Dated: April 19, 2018

**Functional Structure of the Government of Puerto Rico**

The information contained herein is based on Ankura Consulting Group's understanding of the Central Government of Puerto Rico's ("Central Government") operations, review of relevant documents related to the Central Government, and information provided by outside counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") related to the entities that comprise the Central Government. AAFAF, the Central Government, and each of their respective officers, directors, employees, agents, attorneys, advisors, members, partners or affiliates make no representation or warranty, express or implied, to any third party with respect to the information contained herein and all such parties expressly disclaim any such representations or warranties.

| Agency | Agencia |
| --- | --- |
| 911 Emergency System Bureau | Negociado de Sistemas de Emergencia 9-1-1 |
| Bureau of Special Investigations | Negociado de Investigaciones Especiales (NIE) |
| Chief of Staff | Secretaria de la Gobernacion |
| Child Support Administration | Administracion para el Sustento de Menores (ASUME) |
| Childcare and Childhood Integral Development Administration | Administracion para el Cuidado y Desarrollo Integral de la Ninez (ACUDEN) |
| Controller's Office | Oficina del Contralor (OCPR) |
| Cooperative Development Commission | Comision de Desarrollo Cooperativo de Puerto Rico (CDCOOP) |
| Corps of Firefighters Bureau | Negociado del Cuerpo de Bomberos de Puerto Rico |
| Corps of Medical Emergencies Bureau | Negociado del Cuerpo de Emergencias Médicas de Puerto Rico (CEM) |
| Court of Appeals | Tribunal de Apelaciones |
| Court of First Instance | Tribunal de Primera Instancia |
| Criminal Justice Information System | Sistemas de Informacion de Justicia Criminal (SIJC) |
| Department of Agriculture | Departamento de Agricultura (DA) |
| Department of Consumer Affairs | Departamento de Asuntos del Consumidor (DACO) |
| Department of Correction and Rehabilitation | Departamento de Correccion y Rehabilitacion (DCR) |
| Department of Economic Development and Commerce | Departamento de Desarrollo Economico y Comercio (DDEC) |

| Department of Education | Departamento de Educacion (DE) |
| --- | --- |
| Department of Family | Departamento de Familia (DF) |
| Department of Health | Departamento de Salud (DS) |
| Department of Housing | Departamento de Vivienda (DV) |
| Department of Justice | Departamento de Justica (DJ) |
| Department of Justice - Office of General Solicitor | Departamento de Justicia - Oficina del Procurador General |
| Department of Labor and Human Resources | Departamento del Trabajo y Recursos Humanos (DTRH) |
| Department of Natural and Environmental Resources | Departamento De Recursos Naturales Y Ambientales (DRNA) |
| Department of Public Safety | Departamento de Seguridad Pública de Puerto Rico |
| Department of Sports and Recreation | Departamento de Recreacion y Deportes (DRD) |
| Department of State | Departamento de Estado |
| Department of Treasury | Departamento de Hacienda |
| Emergency and Disaster Management Bureau | Negociado para el Manejo de Emergencias y Administración de Desastres (AEMEAD) |
| Environmental Quality Board | Junta de Calidad Ambiental (JCA) |
| Family and Children Administration | Administracion de Familias y Ninos (ADFAN) |
| Forensics Science Bureau | Negociado de Ciencias Forenses de Puerto Rico (ICF) |
| General Services Administration | Administracion de Servicios Generales (ASG) |
| Government Ethics Office | Oficina de Etica Gubernamental de Puerto Rico (OEGPR) |
| Horse Racing Administration | Administracion de la Industria y el Deporte Hipico (AIDH) |
| House of Representatives | Camara de Representantes |
| Human Rights Commission | Comision de Derechos Civiles (CDC) |
| Independent Consumer Protection Office | Oficina Independiente de Proteccion al Consumidor (OIPC) |
| Industrial Commission | Comision Industrial de Puerto Rico (CIPR) |
| Investigation, Processing and Appellate Commission | Comision de Investigacion, Procesamiento y Apelacion (CIPA) |
| Labor Development Administration | Administracion del Desarrollo Laboral (ADL) |
| Labor Relations Board | Junta de Relaciones del Trabajo (JRT) |
| Mental Health Services and Addiction Control Administration | Administracion de Servicios de Salud Mental y Contra la Adiccion (ASSMCA) |
| National Guard of Puerto Rico | Guardia Nacional de Puerto Rico (GNPR) |
| Natural Resources Administration | Administracion de Recusos Naturales |
| Office for Community and Socioeconomic Development of Puerto Rico | Oficina para el Desarrollo Socioeconomico y Comunitario de Puerto Rico (ODSEC) |
| Office of Administration and Transformation of Human Resources in the Government of Puerto Rico | Oficina de Administracion y Transformacion de los Recursos Humanos del Gobierno de Puerto Rico (OCALARH/OATRH) |
| Office of Court Administration | Oficina De Administracion De Los Tribunales (OAT) |
| Office of Electoral Comptroller | Oficina del Contralor Electoral (OCE) |
| Office of Industrial Tax Exemption | Oficina de Exencion Contributiva Industrial (OECI) |
| Office of Legislative Services | Oficina de Servicios Legislativos (OSLPR) |
| Office of Management and Budget | Oficina de Gerencia y Presupuesto (OGP) |
| Office of Municipal Management | Oficina de Gerencia Municipal |
| Office of the Commissioner of Financial Institutions | Oficina del Comisionado de Instituciones Financieras (OCIF) |
| Office of the Commissioner of Insurance | Oficina del Comisionado de Seguros (OCS) |
| Office of the Governor | Gobernador |
| Office of the OMBUDSMAN | Oficina del OMBUDSMAN |
| Office of the OMBUDSMAN - Elders and Pensioners | Oficina del Procurador de las Personas de Edad Avanzada (OPPEA) |
| Office of the OMBUDSMAN - Patients and Health | Oficina del Procurador del Paciente (OPP) |
| Office of the OMBUDSMAN - Persons with Disabilities | Defensoria de las Personas con Impedimentos (OPPI) |
| Office of the OMBUDSMAN - Veterans | Oficina del Procurador del Veterano (OPV) |
| Office of the OMBUDSMAN - Women | Oficina de la Procuradora de las Mujeres (OPM) |
| Office of the Solicitor - Special Independent Prosecutor | Panel Fiscal Especial Independiente (PFEI) |
| Parole Board | Junta de Libertad Bajo Palabra (JLBP) |
| Permits Management Office | Oficina de Gerencia de Permisos (OGPe) |
| Planning Board | Junta de Planificacion (JP) |
| PR Federal Affairs Administration | Administracion de Asuntos Federales de Puerto Rico (PRFAA) |
| Pretrial Services Program | Programa de Servicios con Antelacion al Juicio (PSAJ) |
| Program of Youth Affairs | Programa de Desarrollo de la Juventud (OAJ) |
| Public Housing Administration | Administracion de Vivienda Publica (AVP) |
| Public Service Appellate Commission | Comision Apelativa del Servicio Publico (CASP) |
| Public Service Commission | Comision de Servicio Publico (CSP) |
| Puerto Rico Education Council | Consejo de Educacion de Puerto Rico (CEPR) |
| Puerto Rico Energy Administration | Administracion de Energia de Puerto Rico (AAE) |
| Puerto Rico Energy Commission | Comisión de Energía de Puerto Rico (PREC) |
| Puerto Rico Police Bureau | Negociado de la Policia de Puerto Rico (PPR) |
| Senate | Senado |
| Socioeconomic Development of the Family Administration | Administracion de Desarrollo Socioeconomico de la Familia (ADSEF) |
| State Elections Commission | Comision Estatal de Elecciones de Puerto Rico (CEEPR) |
| State Historic Conservation Office | Oficina Estatal de Conservacion Historica (OECH) |
| State Office of Energy Public Policy | Oficina Estatal de Politica Pública Energética (OEPPE) |
| Statistics Institute of PR | Instituto de Estadisticas de Puerto Rico |
| Superintendent of the Capitol | Superintendente del Capitolio |
| Supreme Court | Tribunal Supremo |
| Telecommunications Regulatory Board | Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) |
| Transit Safety Commission | Comision para la Seguridad en el Transito (CST) |
| Transportation and Public Works | Departamento de Transportacion y Obras Publicas (DTOP) |
| Vocational Rehabilitation Administration | Administracion de Rehabilitacion Vocacional (ARV) |