## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17-BK-4780 (LTS) and Main Case 17-BK-3283 (LTS) |

### MOTION SUBMITTING CERTIFIED ENGLISH TRANSLATION

**TO THE HONORABLE COURT**:

**COMES** NOW Master Link Corporation ("Movant" or "ML"), through the undersigned counsel and very respectfully states and prays:

1. On April 27th, 2018, Movant ML filed a "Reply to PREPA's Objections to Motion for Relief of Stay", together with a Spanish language Exhibit. **Dkt. 2975**. On that same day, ML filed a motion for leave to file some document in the Spanish language and requesting a short extension of time to submit its certified translations. **Dkt. 2976**.

2. The extension requested for Movant to submit the certified translation is due on May 7th, 2018. Attached to the present motion is the certified English translation of **Exhibit A**.

2

**WHEREFORE**, it is respectfully requested from this Honorable Court to accept the certified English translation attached hereto.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this 30th day of April, 2018.

**S/Henry Vázquez Irizarry**
USDC No. 205011
Bufete Vázquez Irizarry, CSP
Urb. Villa Fontana Park
Calle Parque Luis M. Rivera 5 HH6
Carolina, PR 00983
Tel. (787) 724-7514 / 787-645-2241
Fax (888) 518-1318
hvilaw@gmail.com