# **Exhibit 1**

Parties and Actions Granted Modification of the Title III Stay

**TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS FROM FEBRUARY 21, 2018 THROUGH APRIL 20, 2018**

| | Case Information | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|
| 1. | *Caraballo-Rivera, et al. v. García Padilla, et al.*, Case No. 14-1431<br><br>United States District Court for the District of Puerto Rico<br><br>Discrimination action | Héctor M. Vázquez-García, Doroteo Sánchez-Cruz, Daniel Valentín García, Carlos J. Pacheco-Estrada, Luis A. Pérez-Bernard, and Roberto Vélez-Garcia | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the District Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | April 19, 2018 |