# **Exhibit 2**

ERS Administrative Actions Granted Modification of the Title III Stay

## TITLE III STAY MODIFICATIONS AGREED TO BY DEBTOR ERS
## FROM FEBRUARY 21, 2018 THROUGH APRIL 20, 2018

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 1 | 2016-0148 | Reimbursement of contributions | Aida Rosario Ramos | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 2 | 2016-0087 | Reinstatement | Angel A. Quiñones | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 3 | 2016-0198 | Readjustment of pension | Confesor Calderón Molina | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 4 | 2016-0349 | Disability | Edilia Rivera Flores | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 5 | 2015-0272 | Disability | Eliud Rivera Zambrana | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 6 | 2015-0052 | Reimbursement of contributions | Emma I. Colón Centeno | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

2

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 7 | 2016-0149 | Reimbursement of contributions | Giselle Rodríguez Figueroa | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 8 | 2016-0061 | Disability | Héctor González Martínez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 9 | 2015-0066 | Deferred pension | Hipólito Ortiz Figueroa | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

3

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 10 | 2016-0025 | Disability | Iris M. Rodríguez Rodríguez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 11 | 2014-0413 | Disability | José Rodríguez Román | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 12 | 2014-0365 | Disability | Julio Pérez Ortíz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 13 | 2016-0097 | Disability | Lesvia Boria Escobar | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 14 | 20160067 | Disability | LESVIA BORIA ESCOBAR | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 15 | 2015-0167 | Disability | Lydia Velázquez Feliciano | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

|  | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 16 | 2015-0290 | Disability | Maritza Cortés Pagán | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 17 | 2016-0218 | Disability | Marybel Ramos Hndez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 18 | 2015-0323 | Disability | Melvin D. Faria Méndez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

6

|    | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|----|-------------|--------|-----------|--------|---------------------------------------|------------------|
| 19 | 2016-0152 | Reinstatement | Norma I. Calo Calo | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 20 | 2016-0030 | Disability | Norma V. Rodríguez Lugo | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 21 | 2015-0258 | Disability | Orlando Pabón Del Río | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 22 | 2016-0038 | Disability | Otilia Quirindongo Vega | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 23 | 2015-0003 | Disability | Pablo Laboy Laboy | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 24 | 2016-0209 | Reimbursement of contributions | Rafael Valle Ortiz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

8

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 25 | 2016-0227 | Disability | Rene Solis Roldán | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 26 | 2016-0144 | Disability | Rosa M. Santoni López | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 27 | 2016-0187 | Disability | Sonia Y. Cortés González | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

9

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 28 | 2016-0110 | Disability | Teresa Reyes López | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 29 | 2016-0242 | Disability | Yadira E. Torres Nieves | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 30 | KLRA 2016 00908 | Appeal from administrative determination on employee benefits | Luz Melba Lopez Ortiz | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

| | Case Number | Matter | Movant(s) | Debtor | Brief Description of the Modification | Stipulation Date |
|---|---|---|---|---|---|---|
| 31 | KLRA 2017 00481 | Appeal from administrative determination on employee benefits | Marta Carrasquillo Rivera | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |
| 32 | 2016-0197 | Disability | Zahira Rodríguez Soler | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Forum; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against ERS or any other Title III Debtor | 4/20/2018 |

11