Hearing Date and Time: June 6, 2018 at 9:30 a.m. (AST)
Objection Deadline: May 22, 2018 at 4:00 p.m. (AST)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>    Debtors. | PROMESA<br><br>Title III<br><br>No. 17-bk-3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF CITIGROUP GLOBAL MARKETS INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS INVESTMENT BANKER AND FINANCIAL ADVISOR TO FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, AS REPRESENTATIVE OF THE DEBTORS

PLEASE TAKE NOTICE that a hearing will be held before the Honorable Laura Taylor Swain in Room 3 of the United States District Court for the District of Puerto Rico, Federal Building, Office 150, 150 Carlos Chardón Street, San Juan, Puerto Rico 00918-1767, on June 6, 2018 at 9:30 a.m. (AST), or as soon thereafter as counsel may be heard, to consider the *First Interim Application of Citigroup Global Markets Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred as Investment Banker and Financial Advisor to Financial Oversight and Management Board, as Representative of the Debtors, from January 2017-January 2018*, filed April 23, 2018 [ECF NO. 2944], which application seeks interim allowance of $625,000 in compensation for services rendered and reimbursement of expenses in the amount of $60,971.21 ($685,971.21 total).

PLEASE TAKE FURTHER NOTICE that objections to the application, if any, must be in writing, and filed with the Court and served on applicant's undersigned counsel so as to be received by May 22, 2018 at 4:00 p.m. (AST).

|  |  |
|---|---|
| Dated: May 2, 2018 | Respectfully submitted, |

/s/ Mike Leffler
Mike Leffler
Director

*Citigroup Global Markets Inc.*

/s/ Jeffrey Chubak
Jeffrey Chubak
STORCH AMINI PC
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
jchubak@storchamini.com

*Attorneys for Citigroup Global Markets Inc.*