UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER GRANTING MODIFICATION OF THE AUTOMATIC STAY

      The Court has received and reviewed the *Motion Regarding Stipulation Modifying Automatic Stay between Commonwealth of Puerto Rico and Popular Auto* (Docket Entry No. 2987, the "Motion".) Specifically, the Motion seeks entry of an order approving a stipulation, to modify the automatic stay, between the Commonwealth of Puerto Rico and Popular Auto LLC (Docket Entry No. 2957, the "Stipulation"). The Court hereby approves the automatic stay modification agreed to by parties pursuant to the Stipulation. Specifically, the automatic stay is modified solely to the limited extent necessary to allow the Forfeiture Action (as defined in the Stipulation) to proceed to judgment in the ordinary course in accordance with the Uniform Forfeiture Act of 2011, 34 L.P.R.A § 1724 et seq. (the "UFA") and, if judgment is entered in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Popular Auto's favor, to allow Popular Auto to pursue remedies against the Commonwealth under section 19 of the UFA.

      SO ORDERED.

Dated: May 2, 2018

        /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge