IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]
---------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

## NOTICE OF HEARING AND PROCEDURAL ORDER

In accordance with the Order dated April 11, 2018 (Dkt. No. 2889) a hearing to address the *Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporations' Motion to Compel Compliance With February 26, 2018 Order And For Entry Of A Protective Order* (Docket No. 2865) shall be held before Magistrate Judge Dein as follows:

    1.    The hearing shall be held on **Monday, May 21, 2018, at 1:30 p.m. (Atlantic Standard time)**, in Courtroom #8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210[2].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] A courtroom at the United States District Court for the District of Puerto Rico will be determined as the hearing date approaches. The Court will enter a notice with the updated information at such time.

2. Judge Dein will be present in the Massachusetts courtroom. Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom. **Counsel who intend to present oral argument at the hearing must file an Informative Motion** stating their name and the party for which they intend to appear, **no later than May 14, 2018 at 11:59 a.m. (Atlantic Standard time)**.

3. Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. There will also be a live feed of the proceedings for members of the press available in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **May 14, 2018 at 11:59 a.m. (Atlantic Standard time)** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

4. Any party wishing to present evidence at the hearing must comply with the requirements of the Court's Jury Evidence Recording System (JERS). Parties are required to submit their exhibits electronically in a USB drive or CD-Rom to **the Courthouse in Puerto Rico** regardless of the principal location of the hearing. Counsel must submit such exhibits to the **Courthouse in Puerto Rico** in electronic format no later than **May 17, 2018.** All files must additionally comply with the below requirements:

1. Files should be named as follows:

    <exhibit number>_<exhibit description>.<file extension>

    The use of the "underscore" character is required when a description of the exhibit is included and the underscore character cannot be used elsewhere in the exhibit name.

2. Files must conform to one of the following JERS' compatible file types:
- PDF

2

- JPG
- WMV
- MP3
- WAV
- AVI- Standard definition. Please do not use HD (high definition) format

3. Composite exhibits are permitted, however they should be uploaded in separate file

4. Pursuant to Local Rule 5(g): "All documents not in the English language which are presented or filed, whether as evidence or otherwise, must be accompanied by a certified translation into English prepared by an interpreter certified by the Administrative Office of the United States Courts. Certification by a federally-certified interpreter may be waived upon stipulation by all parties." The Courtroom Deputy Clerk will NOT ACCEPT any documentation that does not comply with Local Rule 5(g).

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 2, 2018