# Exhibit A

## Notice of Appearance

Case:17-03283-LTS Doc#:3010-1 Filed:05/04/18 Entered:05/04/18 10:10:44 Desc:
Exhibit A - Notice of Appearance Page 2 of 3

Case:17-03283-LTS Doc#:3001 Filed:05/02/18 Entered:05/02/18 17:57:58 Desc: Main
Document Page 1 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

To the Honorable United States District Court Judge Laura Taylor Swain:

COMES NOW, the undersigned counsel, and respectfully sets forth as follows:

1. Creditor and/or party in interest COOPERATIVA DE AHORRO Y CREDITO VEGA ALTA has retained the services of the undersigned's law firm to represent it in the instant case.

2. Therefore, the undersigned respectfully requests that all pleadings, orders, notices, and documents filed and entered in this case be notified upon the undersigned counsel.

WHEREFORE, it is respectfully requested from this Honorable Court to enter an order for all notices, pleadings, orders and documents filed in this case to be sent to the undersigned..

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

---

[1] The Debtors in these Title III Cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are 9i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of federal Tax ID: 3481); (ii) Puerto Rico Sales tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

RESPECTFULLY SUBMITTED:

In San Juan, Puerto Rico this 2nd day of May, 2018.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

/S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: ealmeida@almeidadavila.com

/S/ **ZELMA DÁVILA CARRASQUILLO**
USDC-PR 218913
Email: zdavila@almeidadavila.com