UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF LEGAL REPRESENTATION

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

1.   On June 9, 2017, the undersigned attorney, of the law firm of Fernández, Collins, Cuyar & Plá, filed a *Notice of Appearance and Request for Notice and Service of Papers* on behalf of Fondo de Inversión y Desarrollo Cooperativo, Inc. (FIDECOOP) ("Cooperativa") in Case No. 17 BK 3283-LTS (the "Title III Case"). [Docket No. 291].

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number (listed as a bankruptcy case number due to software limitations) and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) the Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) the Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2. Hereby, the Court is respectfully notified that the undersigned attorney (and the law firm of Fernández, Collins, Cuyar & Plá) will no longer represent Cooperativa in the Title III Case.

3. In compliance with Local Bankruptcy Rule 9010-1(d)(3)(A), this Notice of Withdrawal of Legal Representation is accompanied by a Notice of Appearance of other counsel [Docket No. 2997], see Exhibit A, for which reason, Cooperativa[2] will not be proceeding *pro se*; and, further, the undersigned attorney certifies that there are no motions pending before the Court on behalf of Cooperativa in the Title III Case,[3] and there is no trial or hearing date that has been scheduled with respect to Cooperativa in the Title III Case.

4. Accordingly, the undersigned attorney (and the law firm of Fernández, Collins, Cuyar & Plá) withdraws its legal representation of Cooperativa, and, thus, its appearance as counsel for Cooperativa.

WHEREFORE, the undersigned attorney, and the law firm of Fernández, Collins, Cuyar & Plá, respectfully request that this Honorable Court take notice of the aforementioned.

I HEREBY CERTIFY that, on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and the foregoing has been further served on Cooperativa, in accordance with Local Bankruptcy Rule 9010-1(d)(3)(B).

---

[2] Cooperativa may not appear in this proceeding without counsel, as it is not a natural person. Rowland v. California Men's Colony, 506 U.S. 194, 202-203 (1993).

[3] Cooperativa is co-plaintiff in Adversary Proceeding No. 18 AP 28-LTS, and is represented therein by other counsel.

Dated: May 4, 2018
      San Juan, Puerto Rico

**FERNÁNDEZ, COLLINS, CUYAR & PLÁ**
P.O. Box 9023905
San Juan PR 00902-3905
Telephone: (787) 977-3772
Facsimile: (787) 977-3773
Email: jcc@fccplawpr.com

/s/Juan A. Cuyar Cobb
Juan A. Cuyar Cobb
USDCPR 212401