IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

    Debtors.[1]

PROMESA Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

**COMES NOW**, Iyen A. Acosta, applicant herein and respectfully states:

1. Applicant is an attorney with the law firm Reno & Cavanaugh, PLLC, with offices at:

   455 Massachusetts Avenue, NW
   Suite 400
   Washington, DC 20001
   iacosta@renocavanaugh.com
   (202) 349-2470 (office)
   (202) 349-2471 (fax)

2. Applicant will sign all pleadings with the name Iyen A. Acosta.

3. Applicant has been retained as a member of the above-named law firm by MOROVIS COMMUNITY HEALTH CENTER to provide legal representation in connection with

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since June 17, 2014, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Maryland, where applicant regularly practices law. The Maryland State Bar does not issue license numbers.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| Maryland Court of Appeals | June 17, 2014 |
| U.S. Court of Federal Claims | July 22, 2014 |
| U.S. District Court and Bankruptcy Court of Maryland | September 15, 2014 |
| D.C. Court of Appeals | February 9, 2015 |
| U.S. District Court of District of Columbia | April 13, 2015 |
| Court of Appeals for the First Circuit | September 6, 2017 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, applicant filed for pro hac vice admission in the United States District Court for the District of Puerto Rico in the matter of *Rio Grande Community Health Center, Inc., et al. v. Commonwealth of Puerto Rico, et al.*, Case No. 3:03-cv-01640-GAG, on August 4, 2016.

10. Local counsel of record associated with applicant in this matter is:

    Name: Maria Celeste Rodriguez Miranda
    USDC-PR Bar No.: 213113
    Address: P.O. Box 365072
                 San Juan, Puerto Rico 00936-5072
    Email: mcrm100@msn.com
    Telephone No.: (787) 408-0808
    Fax No.: (787) 998-8365

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico in the above-styled case only.

Date: May 3rd, 2018       Respectfully submitted,

/s/Iyen A. Acosta
Iyen A. Acosta
Reno & Cavanaugh, PLLC
455 Massachusetts Avenue, NW
Suite 400
Washington, DC 20001
Telephone: (202) 349-2470
Facsimile: (202) 349-2471
Email: iacosta@renocavanaugh.com

3

**I HEREBY CERTIFY,** pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 3rd, 2018

Respectfully submitted,

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

```
Court Name: District Court
Division: 1
Receipt Number: PRX100055431
Cashier ID: aduran
Transaction Date: 05/03/2018
Payer Name: RODRIGUEZ-MIRANDA, MARIA C.
------------------------------------
PRO HOC VICE
 For: RODRIGUEZ-MIRANDA, MARIA C.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: RODRIGUEZ-MIRANDA, MARIA C.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
PRO HOC VICE
 For: RODRIGUEZ-MIRANDA, MARIA C.
 Case/Party: D-PRX-1-97-NA-000002-002
 Amount:       $300.00
------------------------------------
CREDIT CARD
 Amt Tendered: $900.00
------------------------------------
Total Due:      $900.00
Total Tendered: $900.00
Change Amt:       $0.00

17-BK-3283 LTS:

P/H/V OF PENNINGTON, THOMAS;
ACOSTA, IYEN; GRAHAM, ROBERT THRU
LOCAL COUNSEL RODRIGUEZ-MIRANDA,
MARIA CELESTE BAR 213113
```

```
                     COURTS/USDC-PR
                150 AVE CARLOS CHARDON S
                    SAN JUAN, PR 00918
                      (787) 772-3036

                         SALE

MID: 000025548792
TID: 003               REF#: 00000750
Bank ID: 1396
Batch #: 123001        RRN: 250100001
05/03/18                    10:15:33
APPR CODE: 37261Y
MASTERCARD                      Chip
************7119                **/**

AMOUNT              $900.00

                      APPROVED

MasterCard
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

                   CUSTOMER COPY
```

(X) Receipt Number: PRX100055431