IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>Debtors.[1] | PROMESA Title III.<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

COMES NOW, Robert A. Graham, applicant herein and respectfully states:

1. Applicant is an attorney with the law firm Reno & Cavanaugh, PLLC, with offices at:

    455 Massachusetts Avenue, NW
    Suite 400
    Washington, DC 20001
    rgraham@renocavanaugh.com
    (202) 750-2422 (office)
    (202) 750-2423 (fax)

2. Applicant will sign all pleadings with the name Robert A. Graham.

3. Applicant has been retained as a member of the above-named law firm (a) by MOROVIS COMMUNITY HEALTH CENTER to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

District of Puerto Rico and (b) by HEALTHPROMED, SALUD INTEGRAL EN LA MONTAÑA, MIGRANT HEALTH CENTER, CORPORACION DE SERVICIOS DE SALUD Y MEDICINA AVANZADA, MOROVIS COMMUNITY HEALTH CENTER, NEOMED CENTER, and CONCILIO DE SALUD INTEGRAL DE LOIZA for the purpose of seeking relief from the automatic stay of litigation in the above-styled matter.

4. Since April 1, 1996, applicant has been and presently is a member in good standing of the bar of the highest court of the District of Columbia, where applicant regularly practices law. Applicant's bar license number is 450345.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
|---|---|
| District of Columbia Court of Appeals | April 1, 1996 |
| Supreme Court of the Commonwealth of Kentucky | April 24, 1994 |
| U.S. Court of Appeals for the 1st Circuit | March 13, 2006 |
| U.S. Court of Appeals for the 2nd Circuit | February 24, 2006 |
| U.S. Court of Appeals for the 4th Circuit | September 11, 2005 |
| U.S. Court of Appeals for the 5th Circuit | September 6, 2001 |
| U.S. Court of Appeals for the 6th Circuit | June 12, 1998 |
| U.S. Court of Appeals for the 8th Circuit | March 4, 2002 |
| U.S. Court of Appeals for the 9th Circuit | July 24, 2008 |
| U.S. Court of Appeals for the 11th Circuit | December 19, 2005 |
| U.S. Court of Appeals for the District of Columbia Circuit | May 30, 2000 |
| U.S. Supreme Court | November 10, 1997 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has not filed for a *new* pro hac vice admission motion in the United States District Court for the District of Puerto Rico. Applicant has been and continues to be, however, admitted pro hac vice in the United States District

2

Court for the District of Puerto Rico in the matter of *Rio Grande Community Health Center, et al., v. Commonwealth of Puerto Rico, et al.*, Civil Action No. 03-1640 (GAG) (consolidated with Civil Action Nos. 06-1291 and 06-1524).

10. Local counsel of record associated with applicant in this matter is:

    Name:              Maria Celeste Rodriguez Miranda
    USDC-PR Bar No.:   213113
    Address:           P.O. Box 365072
                       San Juan, Puerto Rico 00936-5072
    Email:             mcrm100@msn.com
    Telephone No.:     (787) 408-0808
    Fax No.:           (787) 998-8365

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico in the above-styled case only.

Date: May 3rd, 2018                          Respectfully submitted,

                                             */s/Robert A. Graham*
                                             Robert A. Graham
                                             Reno & Cavanaugh, PLLC
                                             455 Massachusetts Avenue, NW
                                             Suite 400
                                             Washington, DC 20001
                                             Telephone:  (202) 750-2422
                                             Facsimile:  (202) 750-2423
                                             Email: rgraham@renocavanaugh.com

3

**I HEREBY CERTIFY,** pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 3rd, 2018

Respectfully submitted,

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 pro hac vice admission fee.

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com



```
Court Name: District Court
Division: 1
Receipt Number: PRX100055431
Cashier ID: aduran
Transaction Date: 05/03/2018
Payer Name: RODRIGUEZ-MIRANDA, MARIA C.
------------------------------------
PRO HOC VICE
 For: RODRIGUEZ-MIRANDA, MARIA C.
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:    $300.00
PRO HOC VICE
 For: RODRIGUEZ-MIRANDA, MARIA C.
 Case/Party: D-PRX-1-97-NA-000003-003
 Amount:    $300.00
PRO HOC VICE
 For: RODRIGUEZ-MIRANDA, MARIA C.
 Case/Party: D-PRX-1-97-NA-000003-003
 Amount:    $300.00
------------------------------------
CREDIT CARD
 Amt Tendered: $900.00
------------------------------------
Total Due:      $900.00
Total Tendered: $900.00
Change Amt:       $0.00

17-BK-3283 LTS:

P/H/V OF PENNINGTON, THOMAS;
ACOSTA, IYEN; GRAHAM, ROBERT THRU
LOCAL COUNSEL RODRIGUEZ-MIRANDA,
MARIA CELESTE BAR 213113
```

```
           COURTS/USDC-PR
       150 AVE CARLOS CHARDON S
           SAN JUAN, PR 00918
             (787) 772-3036

                SALE

MID: 000025548792
TID: 003              REF#: 00000750
Bank ID: 1396
Batch #: 123001       RRN: 250100001
05/03/18                    10:15:33
APPR CODE: 37261Y
MASTERCARD                      Chip
************7119                **/**

AMOUNT              $900.00

              APPROVED

MasterCard
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

           CUSTOMER COPY
```

(X) Receipt Number: PRX100055431