# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtors. | NO. 17-BK-3283 (LTS)<br><br><br>PROMESA TITLE III<br><br>Re: ECF 2955 |

## MOTION WITHDRAWING PLAINTIFFS'-APPELLANTS MOTION PURSUANT RULE 6(B) OF APPELLATE PROCEDURE

**TO THE HONORABLE COURT:**

Comes now the certified class of Plaintiffs ("Movants") represented by the undersigned Counsel and respectfully alleges and prays as follows:

1. On April 25th, 2018, Movants filed a "STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF THE RECORD TO BE CERTIFIED AND MADE AVAILABLE TO THE FIRST CIRCUIT CLERK". Plaintiffs' motion was filed pursuant Rule 6(b) of Appellate Procedure.

2. It has been called to the attention of the present Counsel that Rule 6(b) of Appellate Procedure may not be applicable to the present Appeal and, instead, the proper rule is Rule 30 of Appellate Procedure.

3. Based on the present understanding, <u>Movants hereby withdraw without prejudice their Motion of April 25th, 2018</u>, and will proceed to act under Rule 30 once the Appeal is docketed and the record filed on the United States Court of Appeals for the First Circuit.

**WHEREFORE** it is respectfully requested that Movants may be allowed to withdraw without prejudice Movants' Motion of April 25th, 2018.

**RESPECTFULLY SUBMITTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 4th, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

In San Juan, Puerto Rico, May 4th, 2018.

*s/ Antonio J. Amadeo Murga*
USDC-PR No. 110103
A.J. AMADEO MURGA LAW OFFICES
1225 Ponce de León, Ave.
Ste. 904
San Juan, PR 00907
Tel. (787)764-0893
ajamadeo@gmail.com

*s/ Mario M. Oronoz Rodríguez*
USDC-PR No. 120606
ORONOZ & ORONOZ
Urb. Torrimar, K-4 Bambú St.
Guaynabo, PR 00966-3109
Tel. (787)294-5255
mmo@oronozlaw.com