

Carlos Fernandez <carlosfernandez@cfnlaw.com>

# Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605)

8 messages

**Lcdo. Carlos Fernandez Nadal** <carlosfernandez@cfnlaw.com>   Thu, Apr 5, 2018 at 5:08 PM
To: Hermann.Bauer@oneillborges.com, ubaldo.fernandez@oneillborges.com, dperez@omm.com, andres@awllaw.com
Cc: wburgos@justicia.pr.gov, cjuan@justicia.pr.gov

Good afternoon,

I enclose letter of intention of lift of stay and documents related to the case in reference.

Cordially,

--
Carlos Fernandez Attorney at Law
818 Hostos Ave. Ste.B
Playa Ponce PR 00716
Tel. 787-848-4612 Fax. 787-848-4632
Web page: www.cfnlaw.com
Facebook: www.facebook.com/cfnlaw
Tweeter @cfnlaw

CONFIDENTIALITY NOTE: This email contains information belonging to the office of Attorney Carlos Fernandez Nadal,or his clients, which is  covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged, If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. In order to comply with U.S. Treasury regulations, any U.S. Federal tax advice that may be contained in this communication is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any tax penalty that may be imposed by the IRS.
It's unauthorized to disclosure; copying or distribution this communication and also is strictly prohibited.  If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither Carlos Fernandez  nor its clients will be liable for any damages resulting from any modification or falsifications of an e-mail that is originated by us.  Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

Please don't print this email unless you really need to.  Save the Planet.

---

**11 attachments**



**18-04-05 Letter.pdf**
223K

**1996-06-24 Sentencia.pdf**
5787K

**16-04-12 Informe Preliminar.pdf**
12811K

**Moción Cumplimiento de Orden_DV y DRNA.pdf**
181K

**Mocion en Cumplimiento de Orden - APPR Julio 2016.pdf**
663K

**Moción en Cumplimiento de Orden_PRTC.pdf**

75K

📄 **Mocion_AAA.pdf**
85K

📄 **Mocion_ACT.pdf**
341K

📄 **Mocion_AEE.pdf**
184K

📄 **17-06-21 Resolucion.pdf**
559K

📄 **EVALUACION DEL INFORME PRELIMINAR MONITOR.pdf**
710K

---

**Claudia Juan Garcia** <cjuan@justicia.pr.gov>                                                Thu, Apr 5, 2018 at 5:47 PM
To: "Lcdo. Carlos Fernandez Nadal" <carlosfernandez@cfnlaw.com>, "Hermann.Bauer@oneillborges.com"
<Hermann.Bauer@oneillborges.com>, "ubaldo.fernandez@oneillborges.com" <ubaldo.fernandez@oneillborges.com>,
"dperez@omm.com" <dperez@omm.com>, Luis Marini <lmarini@mpmlawpr.com>, Carolina Velaz Rivero
<cvelaz@mpmlawpr.com>
Cc: Wandymar Burgos Vargas <wburgos@justicia.pr.gov>

Dear Counsel:

I acknowledge receipt of your Notice informing your intention of filing a motion to lift the automatic stay before the United States District Court of Puerto Rico (Taylor Swain, D.J.). We will review the Notice and circle back with you.

Please, **confirm receipt** of this electronic mail.

If you have any questions, feel free to contact me.

Cordially,

## Lcda. Claudia A. Juan García

**Fiscal Auxiliar III**

**División de Recursos Extraordinarios y Política Pública**

Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov



**AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si

usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Claudia Juan-García al (787) 721-2900, ext. 2196 y elimine este mensaje.

> "Para tener éxito no tienes que hacer cosas extraordinarias, tienes que hacer cosas ordinarias extraordinariamente bien".

**From:** Lcdo. Carlos Fernandez Nadal [mailto:carlosfernandez@cfnlaw.com]
**Sent:** Thursday, April 05, 2018 5:09 PM
**To:** Hermann.Bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; dperez@omm.com; andres@awllaw.com
**Cc:** Wandymar Burgos Vargas; Claudia Juan Garcia
**Subject:** Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605)

[Quoted text hidden]

---

**Carlos Fernandez Nadal** <carlosfernandez@cfnlaw.com>    Fri, Apr 6, 2018 at 8:20 AM
To: Felix Camacho <felix.camacho@ponce.pr.gov>, Rafael Torres Torres <retorres11@gmail.com>, hector.maldonado@ponce.pr.gov, pedroc.rodriguez@ponce.pr.gov
Cc: Linda Enid Vazquez Castillo <lvazquez@cfnlaw.com>

Saludos Cordiales:

Ayer se envió, conforme el protocolo de notificación previa de la orden de manejo de caso lo requiere, el correo con los documentos para solicitar y sostener el levantamiento de la paralización de la quiebra bajo el caso PROMESA. Desde su notificación tenemos 15 días para hacer esfuerzos y llegar a un acuerdo. De no poder alcanzar dicho acuerdo es que se puede radicar la solicitud.

Tenemos en nuestra agenda pautado darle seguimiento a los 5 días (10 de abril), a los 10 días (16 de abril), este mediante correo electrónico y llamada telefónica. De no poder conseguir un acuerdo o no poder contactarlos, o no recibir contestación es nuestra intención el radicar la moción el 23 de abril. Durante estos 15 días estaremos trabajando el borrador de dicha moción para poder tenerlo listo para dicha fecha, con la espera de no tener que radicarla.

Para su conocimiento y acción pertinente.

Atentamente

Sent from the iPad Pro of
Carlos Fernández Nadal Esq.
PR Bar 10,655
US Bar 209,208
818 Hostos Ave. Ste. B
Ponce PR 00716
Tel. (787) 848-4612 Fax. (787) 395-7906
www.cfnlaw.com
www.facebook.com/cfnlaw

Begin forwarded message:

**From:** Claudia Juan García <cjuan@justicia.pr.gov>
**Date:** April 5, 2018 at 5:47:39 PM AST
**To:** "Lcdo. Carlos Fernandez Nadal" <carlosfernandez@cfnlaw.com>, "Hermann.Bauer@oneillborges.com" <Hermann.Bauer@oneillborges.com>, "ubaldo.fernandez@oneillborges.com" <ubaldo.fernandez@oneillborges.com>, "dperez@omm.com" <dperez@omm.com>, Luis Marini <lmarini@mpmlawpr.com>, Carolina Velaz Rivero <cvelaz@mpmlawpr.com>
**Cc:** Wandymar Burgos Vargas <wburgos@justicia.pr.gov>
**Subject:** RE: Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605)

[Quoted text hidden]

---

**Torres Torres Rafael E.** <retorres11@gmail.com>   Fri, Apr 6, 2018 at 9:29 AM
To: Fernandez Nadal Carlos <carlosfernandez@cfnlaw.com>
Cc: "\"OPE Félix D. Camacho Nogués\"" <felix.camacho@ponce.pr.gov>

Saludos. Acuso recibo de tu comunicación. No te olvides del aspecto de si tenemos que radicar el "Proof of Claim", como cuestión de hecho, aparte de las obligaciones de hacer las obras que la sentencia dispuso, en ésa también se proveyó para que una vez el Monitor certifique que se ha cumplido con la ejecución de las obras se litique el monto de los daños sufridos por el incumplimiento y ésta parte sería una reclamación contingente que hay que determinar si se incluye como parte del lift of stay.

Lcdo. Rafael E. Torres Torres

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> <image001.png>
>
> **AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Claudia Juan-García al (787) 721-2900, ext. 2196 y elimine este mensaje.
>
> *"Para tener éxito no tienes que hacer cosas extraordinarias, tienes que hacer cosas ordinarias extraordinariamente bien".*
>
>
> **From:** Lcdo. Carlos Fernandez Nadal [mailto:carlosfernandez@cfnlaw.com]
> **Sent:** Thursday, April 05, 2018 5:09 PM
> **To:** Hermann.Bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; dperez@omm.com; andres@awllaw.com
> **Cc:** Wandymar Burgos Vargas; Claudia Juan Garcia
> **Subject:** Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605)
>
> Good afternoon,
>
>  I enclose letter of intention of lift of stay and documents related to the case in reference.
>
>  Cordially,

--
Carlos Fernandez Attorney at Law
818 Hostos Ave. Ste.B
Playa Ponce PR 00716
Tel. 787-848-4612 Fax. 787-848-4632
Web page: www.cfnlaw.com
Facebook: www.facebook.com/cfnlaw
Tweeter @cfnlaw

CONFIDENTIALITY NOTE: This email contains information belonging to the office of Attorney Carlos Fernandez Nadal,or his clients, which is covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521 and is legally privileged, If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. In order to comply with U.S. Treasury regulations, any U.S. Federal tax advice that may be contained in this communication is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any tax penalty that may be imposed by the IRS. It's unauthorized to disclosure; copying or distribution this communication and also is strictly prohibited.  If you have received this communication in error please delete or destroy it and notify the sender immediately. Neither Carlos Fernandez nor its clients will be liable for any damages resulting from any modification or falsifications of an e-mail that is originated by us.  Moreover, although precautions have been taken to ensure that the data included herein is free from viruses or other malicious content, we cannot assure that such is indeed the case and disclaim any responsibility attributable thereto.

Please don't print this email unless you really need to.  Save the Planet.

---

**OPE Félix D. Camacho Nogués** <Felix.Camacho@ponce.pr.gov>    Mon, Apr 9, 2018 at 4:39 PM
To: Carlos Fernandez Nadal <carlosfernandez@cfnlaw.com>

Saludos Lcdo.

Recibido, gracias.

Cordialmente,

Ing. Félix D. Camacho Nogués, P.E.

Administrador de la Ciudad

Municipio Autónomo de Ponce

(787) 284-4141  Ext. 2213, 2080

**From:** Carlos Fernandez Nadal [mailto:carlosfernandez@cfnlaw.com]
**Sent:** Friday, April 06, 2018 8:20 AM
**To:** OPE Félix D. Camacho Nogués <Felix.Camacho@ponce.pr.gov>; Rafael Torres Torres <retorres11@gmail.com>; Hector M. Maldonado Vargas <Hector.Maldonado@ponce.pr.gov>; Pedro C. Rodríguez Ponce de León <pedroc.rodriguez@ponce.pr.gov>
**Cc:** Linda Enid Vazquez Castillo <lvazquez@cfnlaw.com>
**Subject:** Fwd: Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605)

[Quoted text hidden]

---

**Carlos Fernandez Nadal** <carlosfernandez@cfnlaw.com>    Thu, Apr 12, 2018 at 9:08 AM
To: Hermann.Bauer@oneillborges.com, ubaldo.fernandez@oneillborges.com, dperez@omm.com, andres@awllaw.com
Cc: wburgos@justicia.pr.gov, cjuan@justicia.pr.gov
Bcc: retorres11@gmail.com, felix.camacho@ponce.pr.gov, dcorrea@cfnlaw.com, lvazquez@cfnlaw.com

Good Morning to All:

Just a few line to follow up on our April 5 notification of intention to lift stay in PROMESA case regarding the ¨Ponce en Marcha¨ case in the State Court of First Instance of Ponce. On Tusday afternoon I call and leave a voice massage to Rebeca Rodriguez, on Wednesday I call and talk to Rebeca who inform me that attorney Ubaldo Fernandez will contact me during the afternoon. At 5:15 I call and leave a voice massage to attorney Ubaldo Fernandez as I didn't receive any call.

I leave my phone number and also my celular with Rebeca for better opportunity to contact me directly. I am still available to talk about an stipulation.


Sent from the iPad Pro of
Carlos Fernández Nadal Esq.
PR Bar 10,655
US Bar 209,208
818 Hostos Ave. Ste. B
Ponce PR 00716
Tel. (787) 848-4612 Fax. (787) 395-7906
www.cfnlaw.com
www.facebook.com/cfnlaw
[Quoted text hidden]

   <18-04-05 Letter.pdf>

   <1996-06-24 Sentencia.pdf>

   <16-04-12 Informe Preliminar.pdf>

   <Moción Cumplimiento de Orden_DV y DRNA.pdf>

   <Mocion en Cumplimiento de Orden - APPR Julio 2016.pdf>

   <Moción en Cumplimiento de Orden_PRTC.pdf>

   <Mocion_AAA.pdf>

   <Mocion_ACT.pdf>

   <Mocion_AEE.pdf>

   <17-06-21 Resolucion.pdf>

**Claudia Juan Garcia** <cjuan@justicia.pr.gov>                                                                Thu, Apr 12, 2018 at 9:16 AM
To: Carlos Fernandez Nadal <carlosfernandez@cfnlaw.com>, "Hermann.Bauer@oneillborges.com" <Hermann.Bauer@oneillborges.com>, "ubaldo.fernandez@oneillborges.com" <ubaldo.fernandez@oneillborges.com>, "dperez@omm.com" <dperez@omm.com>
Cc: Wandymar Burgos Vargas <wburgos@justicia.pr.gov>, Luis Marini <lmarini@mpmlawpr.com>, Carolina Velaz Rivero <cvelaz@mpmlawpr.com>, "Iván J. Ramírez Camacho" <ivramirez@justicia.pr.gov>, "Garau Gonzalez, Ivan (AAFAF) (ivan.garau@aafaf.pr.gov) (ivan.garau@aafaf.pr.gov) (ivan.garau@aafaf.pr.gov)" <ivan.garau@aafaf.pr.gov>

Dear Counsel:

I acknowledge receipt of your email. We are working in the process of gathering information of the case in order to proceed with the Meet and Confer process.  To clarify, per the Third Amended Case Management Procedures (Dkt 1512), the "Notice Period" expires April 26, 2018 because the period is of fifteen (15) **business days** after the notice, what means 15 business day since April 5, 2018.

Please, **confirm receipt** of this electronic mail.

If you have any questions, feel free to contact me.

Cordially,

### Lcda. Claudia A. Juan García

**Fiscal Auxiliar III**

**División de Recursos Extraordinarios y Política Pública**

Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov



**AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está dirigida al uso exclusivo del individuo o la entidad a la cual se le remitió este correo electrónico, según arriba indicado. Si usted no es el destinatario pretendido, cualquier divulgación, reproducción, distribución, u otra acción tomada al tenor del contenido de la información comprendida en esta difusión, está estrictamente prohibida. Si usted ha recibido por error esta difusión, favor comunicarse con la Lcda. Claudia Juan-García al (787) 721-2900, ext. 2196 y elimine este mensaje.

*"Para tener éxito no tienes que hacer cosas extraordinarias, tienes que hacer cosas ordinarias extraordinariamente bien".*

**From:** Carlos Fernandez Nadal [mailto:carlosfernandez@cfnlaw.com]
**Sent:** Thursday, April 12, 2018 9:08 AM
**To:** Hermann.Bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; dperez@omm.com; andres@awllaw.com
**Cc:** Wandymar Burgos Vargas; Claudia Juan Garcia
**Subject:** Re: Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605)

[Quoted text hidden]

---

**Carlos Fernandez Nadal** <carlosfernandez@cfnlaw.com>   Thu, Apr 12, 2018 at 9:50 AM
To: Claudia Juan Garcia <cjuan@justicia.pr.gov>
Cc: "Hermann.Bauer@oneillborges.com" <Hermann.Bauer@oneillborges.com>, "ubaldo.fernandez@oneillborges.com" <ubaldo.fernandez@oneillborges.com>, "dperez@omm.com" <dperez@omm.com>, Wandymar Burgos Vargas <wburgos@justicia.pr.gov>, Luis Marini <lmarini@mpmlawpr.com>, Carolina Velaz Rivero <cvelaz@mpmlawpr.com>, "\"Iván J. Ramírez Camacho\"" <ivramirez@justicia.pr.gov>, "Garau Gonzalez, Ivan (AAFAF) (ivan.garau@aafaf.pr.gov) (ivan.garau@aafaf.pr.gov) (ivan.garau@aafaf.pr.gov)" <ivan.garau@aafaf.pr.gov>
Bcc: felix.camacho@ponce.pr.gov, lvazquez@cfnlaw.com, dcorrea@cfnlaw.com, retorres11@gmail.com

Agree to the expire period on April 26 and acknowledge of your communication,

Sent from the iPad Pro of
Carlos Fernández Nadal Esq.
PR Bar 10,655
US Bar 209,208
818 Hostos Ave. Ste. B
Ponce PR 00716
Tel. (787) 848-4612 Fax. (787) 395-7906
www.cfnlaw.com
www.facebook.com/cfnlaw

On Apr 12, 2018, at 9:16 AM, Claudia Juan Garcia <cjuan@justicia.pr.gov> wrote:

> Dear Counsel:
>
> I acknowledge receipt of your email. We are working in the process of gathering information of the case in order to proceed with the Meet and Confer process.  To clarify, per the Third Amended Case Management Procedures (Dkt 1512), the "Notice Period" expires April 26, 2018 because the period is of fifteen (15) **business days** after the notice, what means 15 business day since April 5, 2018.
>
> Please, **confirm receipt** of this electronic mail.
>
> If you have any questions, feel free to contact me.
>
> Cordially,
>
>
> **Lcda. Claudia A. Juan García**
>
> **Fiscal Auxiliar III**
>
> **División de Recursos Extraordinarios y Política Pública**
>
> Departamento de Justicia

P.O. Box 9020192

San Juan, Puerto Rico 00902-0192

Tél. (787) 721-2900, ext. 2603

cjuan@justicia.pr.gov

<image001.png>

[Quoted text hidden]