# ACUERDO TRANSACCIONAL PARA EL PAGO DE LOS DAÑOS Y PERJUICIOS AL MUNICIPIO AUTONOMO DE PONCE BAJO EL CASO DE MUNICIPIO DE PONCE V. AUTORIDAD DE CARRETERAS, Y OTROS, JAC 1993-0485

EN SAN JUAN Y EN PONCE, PUERTO RICO, A __16__ DE DICIEMBRE DE 2004.

## COMPARECEN

**DE LA PRIMERA PARTE:** EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, representado en este acto por el Secretario de Justicia de Puerto Rico, Honorable William Vázquez Irizarry, mayor de edad, casado, abogado, y vecino de Carolina, Puerto Rico, en adelante **el SECRETARIO**.

**DE LA SEGUNDA PARTE:** EL MUNICIPIO AUTONOMO DE PONCE, en adelante denominado como "el Municipio", con seguro social patronal número 66-0433627, representado en este acto por su ALCALDESA, Honorable DELIS CASTILLO RIVERA, mayor de edad, casada, y vecina de Ponce, Puerto Rico, quien está debidamente autorizada para otorgar el presente contrato con el poder que le confiere la Ley Núm. 81 de 30 de agosto de 1991, conocida como Ley de Municipios Autónomos del Estado Libre Asociado de Puerto Rico.

## CLAUSULAS Y CONDICIONES

**PRIMERA:** En el caso de Municipio de Ponce v. Autoridad de Carreteras, y otros, JAC1993-0485, el Tribunal de Primera Instancia dictó sentencia condenando a la parte demandada, que incluye ciertas agencias y corporaciones públicas del Estado Libre Asociado de Puerto Rico, al pago de daños y perjuicios a favor del Municipio de Ponce. En la Sentencia, el foro de instancia estimó probados daños ascendentes a la suma de cincuenta y ocho millones novecientos cuatro mil cero treinta y siete ($58,904,037).

**SEGUNDA:** Luego de los trámites apelativos, el Tribunal Supremo de Puerto Rico dictó Opinión y Sentencia confirmando que el municipio demandante sufrió daños, pero dejando la determinación de la suma exacta de éstos para una fecha futura. Esto con el propósito de poder contar con el beneficio del informe del Comisionado Especial en cuanto al cumplimiento de la Sentencia por parte de las demandadas.

**TERCERA:** La parte demandada en el caso de referencia están obligadas por Sentencia final y firme a pagarle al Municipio de Ponce una suma en concepto de daños sufridos.

**CUARTA:** La evidencia vertida por el Tribunal de Primera Instancia y creída por éste, establece que la suma de daños pudiese ascender a una cantidad de alrededor de cincuenta y ocho millones ($58,000,000).

**QUINTA:** Mediante la Orden Ejecutiva Núm. OE-2002-08 del 29 de enero de 2002, se autorizó y ordenó al Secretario de Hacienda a liberar la suma de nueve millones ($9,000,000) del Fondo Presupuestario y ponerlo a la disposición de la Oficina de Gerencia y Presupuesto para el pago parcial de la suma adeudada al Municipio de Ponce en concepto de daños y perjuicios en el caso de Municipio de Ponce v. Autoridad de Carreteras, y otros.

1

**SEXTA:** Es el entendido entre las partes que a pesar de los esfuerzos realizados, los proyectos bajo la Sentencia no han sido desarrollados en su totalidad, lo cual pospone indefinidamente la adjudicación final de los daños, litigación que afecta a ambas partes.

**SEPTIMA:** Por las razones antes expuestas, el Municipio de Ponce y el Estado Libre Asociado de Puerto Rico, por conducto del Departamento de Justicia, han llegado a un acuerdo por veinticinco millones ($25,000,000) en concepto de daños y perjuicios, adicionales a los nueve millones ($9,000,000) pagados previamente mediante la Orden Ejecutiva Núm. OE-2002-08.

**OCTAVA:** Esta transacción resultaría en beneficio de los residentes del Municipio de Ponce, permitiendo que se mantenga la regularidad en las obras del gobierno municipal, y en beneficio del Estado Libre Asociado de Puerto Rico por el aumento en el pago de daños que podría ocasionar el atraso de las obras.

**NOVENA:** Las partes acuerdan que el pago de los veinticinco millones ($25,000,000) se efectuará de la siguiente manera: el Estado Libre Asociado de Puerto Rico pagará cinco millones ($5,000,000) en efectivo al Municipio de Ponce en o antes de treinta días posteriores a la firma del Acuerdo, mientras que los restantes veinte millones ($20,000,000) serán satisfechos de la línea de crédito aprobada por medio de la Ley Núm. 549 del 1 de octubre de 2004, la cual aumentó la línea de crédito concedida por la Ley Núm. 206 de 28 de octubre de 2002 que era de noventa millones ($90,000,000), a ciento diez millones ($110,000,000). La Ley Núm. 549 señala que dicha aumento es con el propósito de cumplir con cualquier transacción y/o determinación que se derive del cumplimiento de la sentencia en el presente caso.

**DECIMA:** Los cinco millones ($5,000,000) se le pagarán al Municipio de Ponce de forma líquida y éste podrá disponer de dichos fondos de acuerdo a las necesidades del Municipio. El balance de los veinte millones ($20,000,000) será retirado de la línea de crédito. De conformidad con las Leyes Núm. 206 y 549 estos fondos solamente podrán ser utilizados para el desarrollo de obra pública dentro del Municipio. El mecanismo para la utilización de los veinte millones ($20,000,000.00) provenientes de la línea de crédito será coordinado por el Banco Gubernamental de Fomento, el Departamento de Justicia y el Municipio de Ponce. El proceso que se propone seguir es el siguiente:

1. El Municipio Autónomo de Ponce notificará al Banco Gubernamental de Fomento los proyectos a realizarse con los fondos consignados en el Banco y la cantidad asignada a cada uno de ellos. Estos proyectos serán llevados ante la Legislatura Municipal para su aprobación.

2. El Municipio Autónomo de Ponce celebrará las subastas formales o informales, según aplique, y formalizará los contratos relacionados con los proyectos de construcción a realizarse.

3. El Administrador de la Ciudad asignará a un empleado del Municipio la tarea de gestionar todos los documentos justificantes de pago y someter los mismos al Banco Gubernamental de Fomento para el pago correspondiente, siguiendo el mismo procedimiento que se sigue para el pago de certificaciones de empréstitos. Este

2

empleado, además, mantendrá comunicación continua, escrita y verbal, con funcionarios del Banco Gubernamental del Fomento con relación a los comprobantes sometidos al banco para pago y sobre otros asuntos relacionados con los fondos consignados.

4. Los documentos justificantes a someterse al banco serán los siguientes:

   a) Comprobante de Pago (Original)

   b) Orden de Compras (Original si el pago es final o copia si el pago es parcial)

   c) Factura o Certificación

   d) Copia del Contrato

   e) Copia de Requisición

   f) Hoja Negra de la Orden de Compras (Original si el pago es final o copia si el pago es parcial)

   g) Documento Número 20 "Certificación de Cumplimiento"

   h) Póliza del Fondo del Seguro del Estado y póliza de responsabilidad pública.

   i) Certificaciones de no deuda con agencias del gobierno central y con los municipios.

5. El Municipio de Ponce vendrá obligado a cumplir con cualquier otro requisito razonable exigido por el Banco Gubernamental de Fomento o el Departamento de Justicia para documentar el desembolsos de los fondos.

**UNDECIMA:** Mediante este acuerdo y por la suma de veinticinco millones ($25,000,000) se dan por resarcidos los daños y perjuicios sufridos por el Municipio de Ponce y se releva al Estado Libre Asociado de Puerto Rico, sus agencias e instrumentalidades públicas, de cualquier responsabilidad económica en concepto de daños y perjuicios relacionada a los hechos que dieron lugar al presente litigio.

**DUODECIMA:** Cualquier alegación de incumplimiento por parte del Estado Libre Asociado de Puerto Rico con los términos de este acuerdo podrá ventilarse en el caso JAC1993-0485 en el Tribunal Superior de Ponce.

**DECIMO TERCERA:** El presente acuerdo no releva al Estado Libre Asociado de Puerto Rico, ni a sus corporaciones públicas e instrumentalidades con el cumplimiento de la Sentencia en cuanto a su responsabilidad en la construcción de los proyectos cuya realización dictó el Tribunal.

3

Y PARA QUE ASI CONSTE, las partes suscriben este Acuerdo por hallarlo conforme con lo convenido en San Juan y Ponce, Puerto Rico, hoy __10__ de diciembre de 2004.

**MUNICIPIO AUTONOMO DE PONCE**

DELIS CASTILLO RIVERA
ALCALDESA

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**

WILLIAM VAZQUEZ IRIZARRY
SECRETARIO DE JUSTICIA

4