### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA TITLE III<br>Case No. 17 BK 3283-LTS |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed<br>Case No. 17- BK-4780 (LTS) and Main Case 17- BK-3283 (LTS) |

### MOTION FOR LEAVE TO FILE SPANISH DOCUMENT
### AND REQUESTING SHORT EXTENSION OF TIME TO
### SUBMIT CERTIFIED TRANSLATION

**TO THE HONORABLE COURT**:

    **COMES** NOW Autonomous Municipality of Ponce (hereafter, "AMP"), through the undersigned counsel and very respectfully states and prays:

    1.    Movant AMP has filed today a "Motion for Relief of Stay", together with an Exhibit, which is in the Spanish language Docket 3019.

    2.    The undersigned submit those documents in order to sustain the factual allegations of the Motion in order to sustain the "cause" for the lift of stay submitted.

3. Those documents are extensive in nature, are officials from Courts and parties, if this Court understand it's necessarily for the revision and adjudication of the motion of lift of stay, we request and Order for hire an interpreter to submit a certified translation of those documents. Hence, a thirty (30) working days period is requested from this Court Order to submit the English version of said exhibits.

**WHEREFORE**, Movant AMP very respectfully requests this Honorable Court to review the documents submitted and if necessarily, a period of time to submit the English translation of Exhibit II, III, IV, V which will be due on 30 working days after the order.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In Ponce, Puerto Rico, this 4th day of May, 2018.

/s/**Carlos Fernández-Nadal**
Carlos Fernández-Nadal, Esq.
USDC No. 209208
818 Hostos Ave. Ste. B
Ponce, PR 00716
Tel. (787) 848-4612 / 787-533-6003
Fax (787) 395-7906
carlosfernandez@cfnlaw.com