# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

COMMONWEALTH OF PUERTO RICO

Debtor

Case No.: 17-bk-03283

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 11, William M. Vidal-Carvajal of the law firm of William M. Vidal-Carvajal Law Office, P.S.C. appears as counsel on behalf of Softek, Inc. ("Softek"), Creditor. Pursuant to Federal Rules of Civil Procedure 11, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these case, be given to and served upon the undersigned at the offices and telephone numbers set forth below:

William M. Vidal-Carvajal, Esq.
William M. Vidal-Carvajal Law Office, P.S.C.
MCS Plaza, Ponce de León Avenue, Suite 801
San Juan P.R. 00917
Tel: 787.764.6867- 787-399-6415
E-mail: **william.m.vidal@gmail.com**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 4th day of May 2018.

It is certified that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

William M. Vidal-Carvajal, Esq.
*William M. Vidal-Carvajal Law Office, P.S.C.*
MCS Plaza, 255 Ponce de León Ave., Ste. 801
San Juan, PR 00917
Telephone: 787-764-6867 – 787-399-6415
E-mail: **william.m.vidal@gmail.com**


By: **/s/ William M. Vidal-Carvajal**
      USDC No. 124803