UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SETTING BRIEFING SCHEDULE IN CONNECTION WITH AMP LIFT STAY MOTION AND
GRANTING MOTION FOR LEAVE TO FILE SPANISH
DOCUMENT AND REQUESTING EXTENSION OF TIME TO SUBMIT CERTIFIED TRANSLATION

      The Court has received and reviewed the *Motion for Partial Lift of Stay* (Docket Entry No. 3019, the "Lift Stay Motion") and the *Motion for Leave to File Spanish Document and Requesting Short Extension of Time to Submit Certified Translation* (Docket Entry No. 3020, the "Translations Motion") filed by Autonomous Municipality of Ponce (the "Movant"). Movant requests an extension of thirty (30) business days to submit certified translations. Based on the representations in the Translations Motion, the extension is granted. Movant shall file certified translations by **June 6, 2018**. The request for an extension of time to file certified translations is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

      Opposition papers to the Lift Stay Motion must be filed by **June 20, 2018**. Movant's reply papers must be filed by **June 27, 2018**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This order resolves docket entry no. 3020 in case no. 17-3283.

SO ORDERED.

Dated: May 7, 2018

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge