# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
Transmittal of Abbreviated Supplemental Record  to the Court of Appeals

**DATE:**   **May 7, 2018**

**DC #:**   **17-BK-3283 (LTS) PROMESA**

**USCA #:  Re: 2897 NOA**

**CASE CAPTION:** THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of The Commonwealth of Puerto Rico, et al.

**SPECIAL COMMENTS:**     **Electronically filed documents**

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                                **VOLUMES:**

**Docket  Entry   3015**                                                         **I**

I HEREBY CERTIFY  that the enclosed documents contained herein are the pleadings as described above and constitute the  abbreviated supplemental  record on appeal in the case.


                                        FRANCES RIOS DE MORAN
                                        Clerk of the Court


                                        S/ Marian B. Ramirez-Rivera
                                        Marian B. Ramirez-Rivera
                                        Deputy Clerk


s/c:  CM/ECF Parties, Appeals Clerk