# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

### INFORMATIVE MOTION AND NOTICE OF REQUEST
### TO BE HEARD AT MAY 21, 2018 HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's *Notice of Hearing and Procedural Order* (Dkt. No. 2994), the Ad Hoc Group of General Obligation Bondholders (the "GO Group") hereby requests to be heard at the hearing scheduled on May 21, 2018. The GO Group respectfully states as follows:

1. Kathryn S. Zecca and Donald Burke of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP will appear on behalf of the GO Group in Courtroom #8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

---

[1] The Debtors in these title III cases, along with each Debtor's respective Title III Case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III Case numbers are listed as bankruptcy case numbers due to software limitations).

2. Ms. Zecca intends to present argument on behalf of the GO Group in connection with: (a) the *Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp. And Assured Guaranty Municipal Corp., The Mutual Fund Group, And National Public Finance Guarantee Corporations' Motion To Compel Compliance With February 26, 2018 Order And For Entry Of A Protective Order* (Dkt. No. 2865); and (b) the issues remanded by Judge Swain in her *Memorandum Order Remanding Certain Aspects Of Magistrate Judge's February 26, 2018 Order For Further Proceedings* (Dkt. No. 2952). Ms. Zecca will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings. In addition, the GO Group respectfully requests that Mr. Burke be seated with Ms. Zecca at counsel table.

| | |
|---|---|
| Dated:  May 11, 2018 | Respectfully submitted. |
| | **JIMÉNEZ, GRAFFAM & LAUSELL** |
| | By: /s/ J. Ramón Rivera Morales |
| | J. Ramón Rivera Morales<br>    (USDC-PR No. 200701)<br>Andrés F. Picó Ramírez<br>    (USDC-PR No. 302114)<br>PO Box 366104<br>San Juan, PR 00936-6104<br>Telephone:  (787) 767-1030<br>Email:  rrivera@jgl.com<br>            apico@jgl.com |
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP** |
| By: /s/ Andrew N. Rosenberg<br>Andrew N. Rosenberg**<br>Kyle J. Kimpler**<br>Karen R. Zeituni**<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Telephone:  (212) 373-3000<br>Email:  arosenberg@paulweiss.com<br>        kkimpler@paulweiss.com<br>        kzeituni@paulweiss.com | By: /s/ Mark T. Stancil<br>Lawrence S. Robbins**<br>Mark T. Stancil**<br>Gary A. Orseck**<br>Kathryn S. Zecca**<br>Ariel N. Lavinbuk**<br>Donald Burke**<br>1801 K Street, NW<br>Washington, D.C.  20006<br>Telephone: (202) 775-4500<br>Email:  lrobbins@robbinsrussell.com<br>        mstancil@robbinsrussell.com<br>        gorseck@robbinsrussell.com<br>        kzecca@robbinsrussell.com<br>        alavinbuk@robbinsrussell.com<br>        dburke@robbinsrussell.com |

*\*\* admitted pro hac vice*

*Counsel to the Ad Hoc Group of General Obligation Bondholders*