UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

           Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

     The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1. Email dated April 8, 2018 from Arturo Pico Vidal.
2. Email dated April 9, 2018 from Iraida Munoz Viuda de Rodriguez
3. Email dated April 11, 2018 from Jeffery Wasserman
4. Email dated April 12, 2018 from Seema Balwada
5. Email dated April 20, 2018 from Carlos Sumpter
6. Email dated April 24, 2018 from Aixa Belville
7. Email dated April 24, 2018 from David Calderon

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

8.      Email dated April 24, 2018 from Wilfred Matias

9.      Email dated April 24, 2018 from Zelideth Santiago

10.     Email dated April 25, 2018 from Ana Serrano and Edna Reyes

11.     Email dated April 25, 2018 from Benjamin Lugo Jr.

12.     Email dated April 25, 2018 from Brenda Gonzalez

13.     Email dated April 25, 2018 from Carlos Vives

14.     Email dated April 25, 2018 from Felix Vasquez

15.     Email dated April 25, 2018 from Zinnia M. Cintron-Marrero

16.     Email dated April 27, 2018 from Jeanice Mieles

17.     Email dated May 7, 2018 from Sandra Enriquez Seiders

Dated:  May 11, 2018

# ARTURO PICO VIDAL



Page - 1

April 9, 2018

Hon. Judge Laura Taylor Swain          Hon Robert Bishop
U.S. District Court               AND  123 Cannon Building
500 Pearl Street                       Washington, D. C. 21515
New York, N.Y.  10007

Dear Judge Swain and Hon. Rep. Robert Bishop:

The legislation prepared by the U.S. Congress, two years ago,
Known as " PROMESA", is a wonderful legislation, but it has a
problem, it does not work. It has become such a mess, that
every one is upset and angry, including:

1. The Congress men and women of the U.S .
2. The 8 persons that direct Promesa.
3. The Governor of P.R.
4. The Senators of P.R.
5. The people of P.R.

The reason is obvious . You can not mix latino politics in
Puerto Rico, and the reason for Promesa, which is to restablish
economic controls and cure the tremendous deficit, created by
many years of political incompetence .

More than 60% of the people of P.R. are poor and ignorant .
Give them a million dollars and they will be very happy. Take
away ten dollars and they will hate you .

In the last two years nothing has been done to reform the
economy . Just false promises by the Government of P.R.
The Governor is a good man. Why should he lie ? Because he knows
that if he accepts the plan proposed by Promesa, he and all the
Senators will never be elected again .

An example of this problem is that previous Governor, Luis Fortuño,
after winning the election by 230,000 votes, lost the next
election because he suspended 12,000 public employees not needed.

We have over half a million public employees including the 78
municipalities . Almost half of them are not needed to run the island.
Promesa has repeated many times to suspend many p-blic employees to
start balancing the budget. The answer by the Governor is he will
never dismiss a single employee   .

Adding insult to injury, last week the Senate of P.R. voted
unanimously to eliminate all funds required by Promesa.

Guns are starting to fire from all sides. 80,000 students from
the public University of P.R. threaten to go on strike . The
communist mayor of San Juan, is planning a general strike with
all Unions on May 1, 2018 .

Continued on page -2

# ARTURO PICO VIDAL



### Page - 2

   My advise to both of you is very simple, and will eliminate
multiple problems in the next 15 years .

   Puerto Rico has a 30,000 million budget. Nine million is
generated by the economy of P.R. The remaining 21,000 millions
are given by the United Sates in various programs.

   I propose that the U.S. Government, reduce the yearly
budget to P.R. by 6,000 millions. Establish with this money
a yearly Trust Fund, to be controlled by Promesa . Prepare
a payment schedule for all debtors, to be approved by Judge Swain.
In 15 years all adjusted debts to creditors will be paid.

   As a result of this deduction in the budget, the Government
of P.R. will be obliged to reduce hundreds of payments.  In order
to square the yearly budget. But it will be the unique responsability
of the Puerto Rican Government, no one else .They produced the
mess and deficit, now they will have to fix it .

   Something very unfair concerns the 106 Cooperatives in the island.
Most poor people prefer to put their money in the city cooperative.
About 6 years ago the Government of P.R. forced the cooperatives
to use their capital and buy bonds to give to the Governmment
Central Bank, which was on the verge of bankrupcy . No guarantee was
given by the Government to pay back the bonds. Now the P.R. Central
Bank went broke. Not only the bonds were not guaranteed, but the
Governor never put these bonds under Chapter-3 of the Bankrupcy Law.

   This is Highway Robbery of the worst kind. Please do not allow
this to happen, which is being hidden under the rug .

    Thanking both of you for your attention to these problems,
 I remain,

                              Sincerely yours

                              *Arturo Pico Vidal*
                              Arturo Pico vidal

*Iraida Muñoz Viuda de Rodríguez*

April 9, 2018

Judge Laura Taylor Swain
U.S. District Court for the District of Puerto Rico
Fed. Court of PR Office 150, Fed. Building
San Juan, PR 00918

Honorable Judge Swain,

**Re: ruling on the COFINA bonds lien validity**

As we approach the hearings about the COFINA bonds case during the coming month of April, I am reaching out to you to provide you a glimpse of the reality being lived by thousands of elderly Puerto Rican investors like myself. I am an 81 years old widow from Sabana Grande, a small town in the southwest side of Puerto Rico. I lost my husband to cancer at the early age of 51. Since then, I have devoted my entire life to raising my two daughters and working on my late husband's farm in Sabana Grande.

For years, I tried to save as much as possible in order to pay for my daughters education and fund my retirement. For the past 30 years, most of my savings have been invested in real estate and Puerto Rico bonds, which enjoyed an investment grade rating until 2014. As you are probably aware, Puerto Rican born individuals are treated by the IRS as foreigners (non resident, not a citizen) when they pass away. As a result, a death tax of up to 40% is levied upon a Puerto Rican individual's estate, unless the assets of such estate are located in Puerto Rico. For that reason, for the past 50 years hundreds of thousands of Puerto Ricans have invested their savings in Puerto Rico real estate, Puerto Rico stocks and Puerto Rico bonds, as that is the only way to protect their heirs from paying a 40% federal estate tax.

In 2006 Puerto Rican legislature wrote and passed Law 91, which created Corporacion del Fondo de Interés Apremiante (COFINA). A new sales tax was created and a portion of that sales tax was pledged to COFINA and its bondholders through a statutory lien. A rating of AA- was granted to the bonds by the major rating agencies and as a result, Puerto Rico could now obtain financing at very attractive rates. That securitization structure also provided Puerto Rican investors with an opportunity to obtain a highly rated, 6% income tax-exempt return while protecting their investment from US estate taxes.

I invested almost all of my savings in COFINA bonds, always looking for the best rated, estate tax protected investments. For the past 10 years I have lived off of the COFINA interest payments, until July 2017 when the payments were suspended by the court, although the pledged sales tax has continued to flow into the bond trustee's account. Like myself, thousands of retired Puerto Ricans depend on the COFINA interest payments as their pension. We have already missed 10 payments of interest to which we have a valid and legal right. I respectfully implore the court to resume the

payments to bondholders (money which is being accumulated in the trustee) while the COFINA controversy is being debated in court.

I trust my pleading will be heard by the court and that justice is served to the thousands of Puerto Ricans who have been left with no pension for almost a year. As we continue to recover from Hurricane Maria, starting receiving our monthly income would make an enormous positive impact in our daily struggles.

Thank you very much for your time and consideration.

Respectfully submitted,

Iraida Munoz Riera, Viuda de Rodríguez

Cc.     Jose Carrión III, Chariman of the Financial Oversight and Management Board for Puerto Rico
        Hon. Ricardo Rossello Nevares, Governor of Puerto Rico

Judge ........                                                    4/11/18
Puerto Rico  Cofina bonds....

I read ur latest...not ruling as babies need food....unless I'm incorrect
as I'm basing 3rd hand info on news agency publications.

FYI this has been going on before the hurricane.

FYI I rely on my bonds purchased with savings that I've worked for
and saved since I'm 21...I'm now 61.

As a judge you have the right to decide if I should starve over an
entity that is attempting to steal my money.

This is fraud in my opinion as when congress allowed Citigroup to go
bankrupt and reemerge at the same price per share.

Now  JD's and SEC are making over $75 million since fraud was
proven...

Shareholders willing to fill out forms are entitled to $1 per share.

In 2002, I figured out my money was stolen by a large national
financial investment company...a lawyer said, pay me $85,000; I said
I lost $65,000...he said, that's what it costs to fight a large firm. He
told me i was right and fraud had been committed.

Now, I need to somehow go back to work and learn from those that
possess Jd's, how to be manipulative to make money in this new
type of business world.

Respectfully,

JEFFREY WASSERMAN

April 12, 2018


Seema Balwada, CFA
███████████████


Rob Bishop of Utah
Chairman
U.S. House of Representatives
Committee on Natural Resources
Washington D.C. 20515


**PROMESA Stalled by Intentional Misinterpretation**


Dear Chairman Bishop,


I am a native of India, who is now a proud U.S. citizen.  As a Chartered Financial Analyst (CFA) who owns Puerto Rico bonds, I have followed developments related to Puerto Rico bonds for the past several years.  I deeply appreciate your March 29, 2018 letter to Puerto Rico's federal Oversight Board and am disturbed by Governor Rosselló's response.


My faith in United States Law and PROMESA led me to purchase Puerto Rico COFINA Bonds.  PROMESA offers federal oversight of a U.S. territory's finances and debt restructuring.  The PROMESA law respects the relative lawful priorities and liens under the territories' constitution, laws and agreements.  PROMESA was meant to improve the Island's financial practices.  Free of political pressures, PROMESA's federal Oversight Board was assigned to bring stability to the Island's finances.  PROMESA enactment immediately brought investor confidence to Puerto Rico's bondholders.


Two years later, devious Island politics has taken Puerto Rico further away from PROMESA's goal of restoring investor confidence and market access.  The integrity of the federal Oversight Board appointed by PROMESA is in question.  A deeply politicized federal Oversight Board has often looked the other way when it sees the administrations' wrongdoings.  Corruption within the highest echelons of Puerto Rico's administration has taken a toll on the Island's finances.  Like you, I am somewhat frustrated that the Island's politicians make a mockery of PROMESA's intent. They promote the idea that they are second class citizens as they receive $25 billion annually from the U.S. and pay no federal taxes.


The Oversight Board's testimony to a congressional committee, to be polite, was misleading.  As early as July 2017, Puerto Rico's federal Oversight Board was aware of 800 concealed government bank account holding $7 billion cash.  Deceiving Congress on November 7, 2017, the Oversight Board Executive Director Natalie Jaresko testified to a congressional committee that cash could run out by year end without federal aid.  When confronted by the Wall Street Journal in January 2018 which reviewed a log of 60 internal emails from Puerto Rico officials and advisers, the Oversight Board investigation concluded "information had been insufficient to come to any conclusions".  An insulting conclusion, because since July Puerto Rico was exchanging information on the bank accounts including spreadsheets, account inventories and cash balances.  I urge the House

Committee on Natural Resources to investigate the Oversight Board's long silence-why the Oversight Board kept mum for so long on a material amount of cash, now under forensic investigation.

It is no surprise that Islanders claim they have been defrauded by their own government.  The neediest Islanders, 1.2 million vulnerable elderly and low-income savers part of several Puerto Rico credit unions allege fraud by the Puerto Rican administration and the Oversight Board amongst others for failing in their fiduciary and legal duty.  Reckless misinformation by power mongering Island officials, some of them now engaged in debt restructuring talks, is the crux of the fraud allegations.

"How deep the rabbit hole went," son of a former Governor, Mr. Rosselló said it would be his first task upon his 2016 election.  He expected a $3 billion deficit, and instead found a deficit of $7.5 billion. <u>"What was happening in Puerto Rico is the definition of a Ponzi scheme,"</u> Governor Rosselló reiterated the incoming transition team's finding that the Garcia Padilla administration operated like a Ponzi scheme.  Governor Padilla, elected in 2012, echoed that he inherited the territory's challenges from his predecessors including Governor Ricardo Rosselló's father former Governor Pedro Rosselló.  When asked about the impact of public corruption on Puerto Rico's fiscal health, Governor Padilla said only, "We have been able to reduce that, but it's something that we need to keep fighting every day."  Briefing Puerto Rico Federal Affairs Administration in Washington D.C., Governor Padilla said in December 2015, "Cash has run out. There are no more <u>fiscal gymnastics</u> that we can do."

It is not hard to believe that the Commonwealth has not produced an audit since 2014, what is hard to believe is the U.S. Congress did nothing about it.  A long line of Puerto Rico governors has brought Puerto Rico to its fiscal knees by borrowing to balance budgets and to finance a bloated bureaucracy ripe with political patronage.  Year after Year, the Commonwealth 'hides' its finances from investors.  Connecting the dots shows that the Commonwealth's corruption prognosis post-hurricanes Maria and Irma is more severe than believed, while their finances are not as bad as the Commonwealth would like Congress, Judge Swain and bondholders to believe.

After the October 2015 congressional hearing, Assured Guaranty noted, "We also find troubling Governor Garcia-Padilla's statement in his testimony today that not only has fully transparent financial reporting been delayed for years, but that there is a history in the Puerto Rico government to hide information to the market so they were able to have more access to the market."

U.S. Attorney Rosa Emilia Rodriguez-Velez., the Island's chief federal prosecutor explained in 2015, <u>"If we put together the money that relates to those cases of corruption and fraud, we really wouldn't have the economic crisis at this time.  And I'm not talking about ten years ago, I'm talking about some four years ago and nothing more,"</u>.  FBI Special Agent in Charge Carlos Cases said, "Unfortunately, this is one more case <u>of graft, greed and corruption</u> that over the last 20 years have contributed to the government of Puerto Rico's fragile financial condition and on the brink of bankruptcy."

Capital Access, a goal of PROMESA, would be hard to come by for the Island without earning the confidence of investors.  Let's look at Puerto Rico's sole electric utility PREPA – a posterchild of conflict.  The fact the Board rejected a government and bondholder RSA for PREPA, which was grandfathered by PROMESA is a disgrace.  Energy regulator PREC is challenging the Oversight Board on the utility's fiscal plan while Governor Rosselló

denounces PREC maneuvering to plant political appointees in a new regulator.  Meanwhile, PREPA's Governing Board appointed a U.S. energy veteran as PREPA's new executive direction – viewed a positive step notably taken without consulting Governor Rosselló.  With the type of conflict seen here, there is hardly an investment case Puerto Rico can make to prospective investors.

Chairman Bishop, PROMESA's goal is admirable.  As an analyst I deal with facts and laws that protect investors. It is the laws of the United States of America that inspire investor confidence, attract capital from all over the world and make America a very prosperous country.  The Island's political elites, reminiscent of a third world, intentionally misinterpret the virtues of PROMESA.

I trust that Congressional oversight will put to task the federal Oversight Board carrying a statutory duty to adhere to Puerto Rico law, U.S. law and PROMESA.

Sincerely,

Seema Balwada, CFA


Cc: Judge Laura Taylor Swain



**POVERTY**
Carlos Sumpter    to: swaindprcorresp                    04/20/2018 08:58 AM

From: 
To:        swaindprcorresp@nysd.uscourts.gov

»They trample on the heads of the poor as on the dust of the ground and deny justice to the oppressed « AMOS 2:7

YOUR HONOR,

PEACE BE WITH YOU IN JESUS OUR LORD AND SAVIOR

WHY IMPOSING ON OUR POOR MEMBERS OF SOCIETY (MYSELF INCLUDED) A FINANCIAL SERVITUDE ?

WHY ON AN ECONOMICALLY DEPRESSED JURISDICTION ?

WHY AFTER TWO NATURAL DISASTERS ?

THE ONLY THING THAT THE OWNERS OF LA JUNTA HAVE ACOMPLISHED IN PUERTO RICO SO FAR:

»IS TO EXACERBATE POVERTY AND PREMATURE DEATH AMONG THE NEEDY «

THESE ARE NOT FROM THE LORD

IN HIM

CARLOS SUMPTER

April 24, 2018

 Hon. Laura Taylor Swain

C/O Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Dear Honorable Judge:

We the People, American Citizens born in Puerto Rico, salute you and thank you for your work handling
Puerto Rico's Debt and Bankruptcy case.

We have been following all events concerning the case, your rulings and every motion before your
Court.  There comes a time that, confusion reigning, makes it absolutely necessary for the People to ask
questions.  Ultimately, we The People are the one suffering the repercussions of our leader's
incompetence and lack of love and respect for Puerto Rico and its people.

We are also following the Oversight Board's actions and mainly and most important, our Government's
behavior and doings responding to the situation.

We need to understand what if any difference is between Puerto Rico and anyone before a bankruptcy
Court.  We know that PROMESA Act was enacted to allow a territory to go to Bankruptcy Court for
protection.   We also know that anyone before a Bankruptcy Court has accepted their limitation or
incapacity to pay their debt in a difficult Financial Situation.  Usually, the Court will assign someone to
organize financial status and make it possible for the person or a business to comply in a more relaxed
way and pay their dues.   In Puerto Rico's case we got a stay to prevent all our creditors take all our
assets.  We have heard about many ideas and dispositions to make the cuts that will in the future entitle
the island to be financially healthy and able to return to the Market.  That sounds nice until you see they
are designed to affect only The People especially the poorest, the workforces, public and private, our
retirees, and every human being living in the island.  There is no question that our government has not
understood how unfair this can be for the weakest and less responsible for this financial disaster.

Respectfully, and hoping to get answers, these are the questions:

**1-Can someone in Bankruptcy continue to overspend business as usual?**  Our Government is, millions
in contracts, millions in salaries, not for the workers, but to the Executives.  Opening of new offices that
never existed before and most important, not needed.  Example, we have 2 government offices in
Washington DC and New York, now, today our Senate is opening a new one at a cost of $400,000.00 a
year.  Executive salaries and contracts we are complaining about are six figures, ranging from
$248,000.00 to $450,000.00 plus.  Not to mention the publicity and general contracts politically awarded
or needed for political and personal image enhancing purposes.

**2- Is it possible to get a loose wallet for the government in lieu of the protection of the court?  Is it fair to cut pensions, services, salaries and benefits, impose taxing, closing  schools, transferring teachers, privatizing to Charter Schools while they are throwing away the People's money, affecting their benefits and denying the basic services to them?**

**3-Is it possible to spend all that money,  using unpaid debt service money ?**

**4-Why is COFINA allowed in the Bankruptcy if  there is a payment source for it?**

**5-Can the Bankruptcy Court regulate or terminate this money carnival including Government and The**

**Financial Oversight  &  Management Board excessive expenditures?**

**6-Will the Court protect the People in PR overall?**

**7-Will the Court protect the locals that invested in Puerto Rico and have taken a blow in their future**

**Plans and are not investment sharks?**

Your honor, we are definitely living in confusion, fear, insecurity and despair.  We the People need to understand and also rest assure that your Court , will stop any actions from the Government that will harm, endanger, or put at risk the wellbeing  of every one of our citizens who deserve less than the honorable Court's protection and support.  Ultimately, we are "The People", we are Puerto Rico and we are the ones before your Court.

Respectfully,


Aixa Belville



**Puerto Rico Fiscal Control Board and Ley Promesa**
David Calderon   to: swainDPRCorresp                                04/24/2018 09:34 PM

From:   ████████████████████████████████████

To:     swainDPRCorresp@nysd.uscourts.gov

Hello Honorable Judge Swain,

We were given Your address via the social media.
Please help Us, The People of Puerto Rico by Honoring what You Madam do best,
uphold the Law.
The Fiscal Control Board wants to sacrifice the People of Puerto Rico by
giving up the majority of the benefits that We, Public Employees and Private
Employees have, to a minimum or non-existant status.
Instead of monitoring the salaries of the Puerto Rican Government Officials,
they want to cut any and all benefits that help the working class.
We, what once was the middle class have now become the poor class and the Rich
are the only ones controlling everything here.  The want to change our
benefits, 7 vacation days and 7 sick days per working year, I have a medical
condition, is a terminal or catastrophic one, I am in control, but have been
with it since the year 2000. (Apparently The People of Puerto Rico thinks that
the Companies are behind this and they are buying and blackmailing the
officials with large amounts of money to do laws that benefit them and not the
People of Puerto Rico, this is not what I think.)  I have been working at the
same Company for 18 years and I do take my vacation periods at work like
anybody, I mostly stay at Home resting and spending my money here in Puerto
Rico or sometimes I do travel to visit Friends and Family in the mainland.
How am I supposed to have only 7 sick days when I have a medical condition and
I have medical appointments or situations?  How can anyone survive like that?
Not all is work? If We work more We will get tired more, the stress, the
mental health of the Puerto Ricans now is not up to cope with those kind of
measures.
But the Government now, within the last month, hires someone at $450,000.00
per year to be the manager of the Puerto Rico Electric Power Authority
Company, a company that is within the parameters of bankruptcy even though We
pay our bills every month, where is that money?
The School System Secretary has a salary of $250,000.00 per year, She says
that less than that is not acceptable for Her because it will not be enough to
live on.  Even Mr. Jose Carrion was asked by a reporter if He could live with
$1,000.00 per month and I think He answered the reporter, could You?.
There was a plebiscite held years ago, the Senate, the People voted to have
one camera of representatives, we have two and always have had two, the People
voted for one, the merge of both into one and redundant Senators to be taken
out.  They never obeyed the People who voted, none of Them did what the People
ordered them to with the vote thus We still have two Senate Cameras.  The
Governor have done nothing to lower their salaries.  The Ex-Governors have
their escorts and they say that it is an acquired right and that they must
never be touched, the what about the Working Class acquired rights? Every
single Mother that needs that paycheck for the rent, the food, their things?
The Retired and their pensions? If You lower that money, how will they
survive? Every month deciding to pay the bills or buy their medicines? My
Mother, She is 75 years old, lives with Me, She does not work and She does not
receive social security benefits because She never accumulated the points
necessaries to receive pay.  I am the one covering all Her needs, if we are
left out of the Working Class benefits and laws and I lose my Job, what will
happen to Us? How will We live?
Yes I was in favor of the fiscal entity but I though they were going to begin

by cleaning the House, The Government of Puerto Rico, not begin by the middle
class and the poor.
Please Honorable, be partial, be objective.  Visit Puerto Rico, Talk directly
to the People, no tv interviews, visit "incognito",  see by first hand whom
they want to take the money from instead of the government.  Help us.
Blessings
David Calderon

Sent from my iPhone



**My concerns about The Promesa Law of Puerto Rico**

Wilfred Matias    to: SwainDPRCorresp                    04/24/2018 06:31 PM

From:          [redacted]

To:            SwainDPRCorresp@nysd.uscourts.gov

Hello Mrs. Swain

My name is Wilfred Matias I am a father of 3 kids and a current P.E. teacher. As you know P.R. if facing the worse economy situation in our history. This situation has not been  produced by the former's and current  politicians who has been involve in corruption or illegal approved loans for the benefit of rich people who are the ones who subside the politicians campaigns.

One of the examples was in 2001 when the governor of that time Mr. Anibal Acevedo Vila invest part our retired money (more than 300 millions of dollars) and we , WELL THEY lost that investment. They did not do anything to refund the money back to our retired teachers system and as you know  2 years ago under Mr. Alejandro Garcia Padilla they change the teachers retirement  law. Back then a retired teacher got 75% the salary when retired now is about a 55%. This is more than a shame they just approve this law to protect the skin of few people.

As a teacher, expecting the worse in 2014 I decide to become a PE teacher in USA and I was hired in Hillsboro, Oregon. I left my wife and kids in Puerto Rico  because  as a media class worker I can't afford yet to have them with me. Here in the USA is very expensive. Now days the system is not the same as 25 years ago when full times mom could stay at their homes to raise their children with one income. My family they don't speak English and now they are current Collage students. In other words, being here alone I can support them much better because the teachers salary is not the best but at least better than Puerto Rico.

So basically I travel twice a year to spend time with my kids and wife and trying to do our best to keep our marriage alive. I never expected to do this because after 18 years working as a teacher in P.R. I came here to start from cero. I don't have words to describe how bad its feel when you take decisions like this. I faced a huge depression the first 2 years but gladly I overcome. I want to commit suicide, I was crying the whole time it was awful.

 The situation of our country  is getting worse and worse why?

The bankruptcy is only for the low, mid and retired citizens. The politicians still have a great income with full benefits why? you think is fair  ex candidates getting employment contracts from their politicians friends with a great salary or income? To mention a few examples the secretary of the Department of Education earns 250,000,000 yearly. the Electricity Authority Director Walter Higgins $450,000, the  National Security Secretary 248,000,000 to mention a few , so how is this possible in supposed crisis  days?

The people in charge of the Promesa Law are in the same situation. How that can be possible? Why they don't aloud a private company to investigate who create this situation in our country and those people could be accused and charged for their actions.

Our country can't keep accepting their austerity measurements, from the rich people. The ones who create this should pay for it. if we live  in a state which stands into the democracy they should start from the top to the bottom, accusing those one who commit felonies and being charged, standardized salary for politicians with the same benefits and salary of a media class worker, cut the pension of the rich  like judges etc who has a ridiculous 100% of their pensions

and so one.

The billionaires want to take out culture and country from our hands. In my opinion they help to create this issue in order to take advantage and steal our nation. We need to have  politicians who have a real intention to develop back our economy. The USA has been struggling our nation for their own benefit like the Cabotage Law, under this law is impossible to get out of this big hole. it is time to rescue our dignity and stop those bankers and politicians who create the laws for the benefits for a few people.

Warm regards,

Wilfred Matias

PE theacher



**Puerto Rico**
Zelideth Santiago    to: SwainDPRcorresp@nysd.uscourts.gov        04/24/2018 11:59 PM

From: ███████████████████████
To:        "SwainDPRcorresp@nysd.uscourts.gov" <SwainDPRcorresp@nysd.uscourts.gov>

Honorable Judge Swain:

I am a Puertorican living in NY since 1215 due to losing my job and home due to the horrible fiscal situation the island is going through.  I understand that Puerto Rico owes money and has to be responsible, but there should be a way in which the people keep their dignity, ther properties and their lives.

You have a big responsibility in your hands and I know it is not easy, but please let our people keep their schools and university as well as their basic needs. It is all I ask for. I know our politicians blew it big time, but the people should not pay for it.

Thanks for reading this letter in advance,

Zelideth Santiago



**How the cuts in pensions will affect my family**

analibre    to: SwainDPRCorresp                                            04/25/2018 10:20 AM

From:     ███████████████

To:       SwainDPRCorresp@nysd.uscourts.gov

Honorable Judge Swain,
 I write to you to share my worries about the proposed reductions for government pensionees. I am responsable for my mother who is 95 years old and lives on Social Security. After deductions for medical insurance we have a joint total income of $1,900 per month. My mortgage payment is $556 per month. My mother suffers from various ocular condiciones and utilizes lubricating eyedrops  which her medical plan does not cover. We spend close to $200 per month on these. Without these drops her eyes become so dry that she tears her córnea when she blinks. The remaining $1,150 goes toward groceries $500. Electrity $50, Water $20, Gas for cooking $30, Telephone $35 Gasoline $80, car maintenance $50, property taxes $50 donation to St.Jude's children hospital $20 and $50 to my sister who is also retired and has múltiple sclerosis to help with her medicines.My buffer of $380 isn't much but at least ir's something. We don't eat out at expensuve restaurants. I buy my Mom wonton soup and an eggroll on Fridays because she loves Chinese food. She worked so hard all her life so I could be better off. I wish I could give her more but this is my reality and I know that you are supposed to see the big picture but please don't forget all us little people that are trapped in this financial mess.  Thank you for taking the time to read this. If you ever visit the western part of Puerto Rico please come and have a cup of coffee with us. Our phone number is ███████████ .
God bless you in your endeavor.
Ana Serrano and Edna Reyes



P.S. I sent you a picture  of me and my Mom. IMG_20180214_072118299.jpg



**PROMESA**

Benjamin Jr. Lugo   to: SwainDPRCorresp          04/25/2018 01:19 PM

From:

To:          SwainDPRCorresp@nysd.uscourts.gov

Hello Ms. Swain:

I'm writing you this email due I heard your read all your emails

I'm writing as a young Puertorrican with a collage degree on Education, a Puertorrican who had
to abandon home (Puerto Rico) because can't find a job in any school in the island because
teachers are being kick off. We don't need more schools to be closed to pay a debt that we know
is illegal. Due you are in charge of the process of "PROMESA" I invite you to put in the shoes of
many Puertoricans who are suffering and... we know this is only the begining. For the teachers
who give the education to the whole Nation of Puerto Rico, for the childrens that are our only
future, four our old people who can't even stand with their pension and now they have  to live
with less when they provide to the system their whole life, .

We don't need this and we don't want it. We have to pay for the part of the debt that is legal, not
the illegal one!

The USA create the crisis in Puerto Rico with our own corrupted politician. They are the one
who has to pay, not the working class, not the childrens that born being slaves of a debt, of the
colonialism.

 Puerto Rico population and situation is not the same of USA, we are a SPANISH speaking
NATION who want to be free, free of colonialism, free of illegal possession, free commerce with
the world. This is about of human rights.

This may sound disrespectful but that's not my intention, so please... listen to the people of Puerto Rico.
PROMESA didn't came here to help, it came here to get the money... we need to restructure our debt
NOW.

Thanks for read this.
Have a wonderful day.

B.L  (Puertorrican)



**Brenda Gonzalez**   to: SwainDPRCorresp                04/25/2018 03:05 PM

From: ▮▮▮▮▮▮▮▮▮▮
To:   SwainDPRCorresp@nysd.uscourts.gov

Please I need your help. Nos están dejando sin educación, sin salud, sin protección ,  sin casa,
sin beneficios laborales. El.gobierno de Puerto Rico , la junta de control fiscal federal y la Ley
PROMESA nos están destrozando nuestra isla .

#LaGenteAntesQueLaDeuda
#LaGenteAntesQueElCapitalismoNeoliberal
#DeroguemosPROMESA
#AbajoLaJunta



**Importante su lectura**
Carlos V.   to: SwainDPRCorresp@nysd.uscourts.gov                    04/25/2018 03:18 PM

From:          ████████████████
To:            "SwainDPRCorresp@nysd.uscourts.gov" <SwainDPRCorresp@nysd.uscourts.gov>

Saludos cordiales Hon. Jueza Swain
Mi nombre es Carlos Vives Irizarry soy residente de Puerto Rico y me tomo el atrevimiento de escribirle para
expresar mi postura como residente de esta bendita isla que esta inmersa en una crisis. Entiendo y reconozco que
tiene sus hombros una gran encomienda con el caso de quiebra de Puerto Rico. Es por ello que me gustaría
dejar establecida mi postura ya que es muy difícil que se nos escuche a las personas que estamos distantes.
Actualmente tengo 35 años de edad resido en Ponce Puerto Rico y mi profesión es director de una escuela. Hoy día
mi futuro es incierto ante tantos atropellos que se nos han dado. Quizás es parte del proceso de estructuración de la
deuda no obstante hay una realidad muchos de los residentes están por debajo de los indices de pobreza promedio
en nuestra isla. Veo en la prensa como los miembros de la junta de control fiscal jamaquean nuestra economia y
juegan con nuestra psiquis mental con los cambios propuestos para la estructuración.
Los aumentos que a diario se dan nos tienen inmersos en una crisis que se nos hace difícil salir. Ahora la reducción
en las pensiones de nuestros retirados entre otros han desajustado la psiquis de las personas.
Entiendo que esta crisis tienen nombre y apellido. Se le debe dar paso a una auditoría para ver que parte de la deuda
es inconstitucional y que los responsables de haber llevado al país paguen con todo el peso de la ley.
Honorable jueza Swin es necesaria que se auditar la deuda y sacar aquello ilegal. Ademas dejarle claro el rol de la
junta a sus miembros porque hoy día ellos están tomando el control y saqueando lo poco que queda con altos
sueldos y exprimiendo la vida al residente de la isla.
Concluyo con lo siguiente
Ayudenos a tener un mejor por venir para nuestras próximas generaciones que se que en un futuro se lo
agradecerán.
Dios le Bendiga
Cordialmente
Carlos Vives
████████████
Sent from my T-Mobile 4G LTE device



**Opinion of a people trying to get up**
Felix Vazquez    to: SwainDPRCorresp                                  04/25/2018 12:14 AM

From:        ████████████████████
To:          SwainDPRCorresp@nysd.uscourts.gov

Greetings Judge Laura Taylor Swain!
I know that very professionally and humanely you read our messages. As you know, Puerto
Rico, in addition to its economic problems, tries to rise from the strong blow it received with
Hurricane Maria. I will try to briefly comment on one of the plans of the Fiscal Board that may
possibly reach your hands. Supestamente propose to discount the pension to retirees to save
future payments to them. The problem with this is that it will cause more poverty and continue
the emigration of Puerto Ricans to the United States. Currently almost a third of the population
have left because of the difficult situation in which they live. This represents for Puerto Rico a
quite marked deficit in its economy. On the other hand to the upper class this only tickles him.
For this reason they must apply the discount to pensioners who earn more than $ 4,000.00
Likewise, the government has been responsible for the country's debt. Why not apply austerity to
them. You should already know about the high salaries that some officials have. The politicians
defeated in the elections are hired as advisors with high salaries. Then these same are those who
enjoy pensions of over $ 5,000.00
Ironic that those who have finished with our economy live as kings and working people as for
example: teachers, policemen and firemen, end up in poverty in their retirement.
In order not to extend this message, I end by saying that unfortunately those of the Fiscal Board
protect the interests of the High Class of the country. I hope this appeals to your great sense of
humanity that you have and can help us. Thank you for your attention.
God help you and bless you in the process.

Felix Vazquez

Dear Honorable Judge Swain,

I hope this message finds you well. My name is Zinnia Cintrón and I am a Puerto Rican woman. I apologize in advance for anything that might get lost in the process of translating my consciousness. I would rather write this message in my mother tongue because I really want to pour out my soul and try my hardest to get the critical attention that our situation deserves, however the related Google searches were not able to tell me if you spoke our language. And, sometimes, as a colonized people, we need to renounce our own native words in order to have access to the powers that be.

I am sure that you are familiar with our current condition. It is precarious and unjust, to say the least. And, even though many people still want to focus on the payment of an illegitimate debt, which the government refused to audit the way so many citizens demanded, the reality is that one of our biggest problems is the imposition of an unelected Financial Oversight and Management Board by way of the Puerto Rico Oversight, Management, and Economic Stability Act, which has become one of our major economic exsanguinators; not only because of the extreme austerity measures which the FOMB plans to implement in an already impoverished country, but also because of the barbarous budget for this board of over $70 million, for which Puerto Rico, in its impoverishment, must foot the bill. Recently, the FOMB even requested more.

In the aftermath of the greatest catastrophe that Puerto Rico has suffered in a century, this huge sum of money, which we pay with our own taxes, could be put to the service of the Puerto Rican people—who need it very badly, many of whom after 7 months are still without electricity, water or even a roof over their heads—instead of being misused, and I would argue embezzled, just to guarantee the payment of an odious debt.

These unelected individuals are given free rein to dictate our future, and we are left powerless. An unfair law was passed and its repercussions will be devastating. The FOMB has already approved doubling and tripling tuition fees for our public university, making education a luxury/aspirational item for those who cannot afford it. And, yes, many people here can barely afford it now; some of them do not even have enough to cover food expenses. This is nothing short of an attack against our impoverished youth just as brutal as the onslaught on our elderly people, who are told that they must face a reduction of up to 25% in their already measly pensions. And, again, this in the aftermath of a disaster which left so many people bereft of nearly everything, and which brought on so many other extraordinary expenses (still ongoing for many) to our already empty pockets; pockets that had already borne the burden of an 11.5% sales tax. Not to mention the elimination of hard-earned workers' rights to save some dollars while conveniently dismissing the law. The very board that maintains that their task is to oversee our fiscal affairs does nothing to stop the grotesque syphoning off of millions of dollars into the hands of a few.

Our present is very bleak in so many aspects. We have always been ransacked, and that is the whole purpose of a colony. We know the meaning of disadvantage very well. And we have endured it. But, right now, we are left entirely powerless. People are homeless and dying, some go hungry, schools are closing, our education is being privatized, unemployment keeps rising, and the working class is on the receiving end of austerity. I could detail countless other unfortunate situations that are unfolding here. It is certainly unsustainable and leading to great suffering, massive emigration and the demise of Puerto Rico as a country.

I write to you today because I believe that you can understand the severity of the situation. Unfair laws are meant to be abolished. I ask of you, please, to propose the repealing of PROMESA, which is not promising at all to any of us.

I wish to thank you for your attention to these matters, and remain,

Sincerely,

Zinnia M. Cintrón



**Puerto Ricans Pain / Ana Matosantos and FOMB unethical behavior**
jeanice mieles   to: swaindprcorresp@nysd.uscourts.gov                    04/27/2018 09:00 AM

From:       ████████████████████████

To:         "swaindprcorresp@nysd.uscourts.gov" <swaindprcorresp@nysd.uscourts.gov>

Dear Ms. Swain,

I am a resident of Puerto Rico; born and raised. We understand what is happening with the debt, but we also understand that it was created illegally and that US and PR politicians, Wall Street and  others, have been enriching by compromising and selling our lives and our Island.

We don't want poor or elderly investors, who probably were as deceived as us, to live miserably like us. Therefore, please understand that my letter is not only for us, Puerto Ricans thrown to early death by millionaires, but for those investors who need their share to be able to live with dignity and take care of food, health and other needs.

The debt needs to be audited and the responsible be held accountable. And more than that, we need to ensure that those practices that brought us here are stop immediately. Our governor and his party are selling contracts by the minute, politicians and contractors are still bleeding money from us giving away huge salaries, the Oversight Board is enriching and also selling contracts (Carlos García has personal ties to Fortuño, who has bled us non-stop ridiculously - Carrión has personal ties to Pierluisi, who is also behind multiple contracts), Jennifer González is also managing contracts on behalf of friends, it is craziness and we are just watching without any power to do anything!

That is why I write to you; please stop what is happening (we are already in a humanitarian crisis), hold responsible those who needs to pay and make an example of them. I am sure it will change countless lives in our loved Island, as well as establish a precedent for the USA and it's territories.

I am attaching a letter that you may have read already, but it is just an example of things happening in the name of money that are killing a whole race and culture. Please don't let us, our parents and children die; please don't let millionaires take control of our land and make us homeless and slaves; please rush to our aid before we are no more.



April 16, 2018

The Honorable Paul Ryan
Speaker
U.S. House of Representatives

The Honorable Rob Bishop
Chairman
Committee on Natural Resources
U.S. House of Representatives

Dear Speaker Ryan and Chairman Bishop:

The Taxpayers Protection Alliance (TPA), representing millions of taxpayers across the country,
writes to express deep concern by the troubling developments occurring within the Puerto Rico
Financial Oversight and Management Board (FOMB).

Recently, troubling allegations have emerged of possible self-dealing and violations of federal
law by officials in charge of Puerto Rico's finances. Allegations extend to PROMESA leaders,
including Financial Oversight and Management Board member Ana Matosantos.

An investigation by the National Legal and Policy Center (NLPC), an independent
watchdog, has revealed a complex scheme by Ms. Matosantos and her family business to deceive
the Puerto Rican people and creditors about her involvement in energy generation on the island.
The shroud of secrecy in place conceals Ms. Matosantos' financial stake in the privatization of
the Puerto Rican Electric Power Authority (PREPA).

Matosantos' interests include a solar energy generation farm that continues to benefit from a
previously hidden "net metering" agreement between the Matosantos Commercial Corporation
(MCC) -- where she is a director -- and PREPA. This undisclosed agreement allows MCC to
produce power and sell it back to the PREPA grid at significantly reduced costs during non-peak
hours. In return, MCC receives payments from PREPA in the form of credits to offset its electric
bill. This results in cheaper electricity rates for MCC versus other customers, including
residential customers. The average Puerto Rican income of $19,000 dwarfs in comparison to
Ana Matosantos' reported assets of more than $1 million from MCC and Gegloma Realty.

Curiously, as recently as March 28, 2018, the FOMB rejected the elimination of net metering
subsidies in the PREPA Fiscal Plan. That letter, signed by Ana Matosantos and her colleagues,
required that PREPA continue to pay out these benefits to net metering customers like her
family. At the time of the March 28 letter, it was not publicly known that MCC had a "net
metering" agreement with PREPA. In fact, the PREPA Interconnection Agreement for the

**Taxpayers Protection Alliance,**



family's solar farm is with Eurocaribe Packing Company, a subsidiary of MCC, another fact that remained out of the public view until TPA raised the issue.

The failure to disclose does not end with the solar farm. Matosantos has failed to disclose MCC's secret ownership of companies (Organic Power and Organic Fuel) established by the Matosantos family to capitalize on the renewable energy sector following the privatization of PREPA.

Moreover, Ms. Matosantos failed to disclose this financial link when she testified before the Committee on Natural Resources on the "The Status of the Puerto Rico Electric Power Authority (PREPA) Restructuring Support Agreement" on March 22, 2017. Ms. Matosantos was required under House Rule XI, clause 2(g)(5) to "list any federal grants or contracts (including subgrants or subcontracts) related to the subject matter of the hearing that were received in the current year and previous two calendar years…" She listed none. However, Organic Power LLC was the recipient of a $3,763,000 loan from the U.S. Small Business Administration on December 8, 2015. This is within the "previous two calendar years" time-period required by statute.

These revelations taint the decision by the FOMB to reject the PREPA Restructuring Settlement Agreement (RSA) and send the authority to Title III bankruptcy. Chairman Bishop's March 29 letter to FOMB Chairman Jose Carrion made clear that the PREPA RSA was "one of only two good-faith efforts that resulted in a consensual restructuring agreement" [ … ] "was eviscerated by the Oversight Board." Furthermore, the vote to take PREPA to Title III was 4-3, raising even deeper questions.

In a letter to Attorney General Sessions last week, NLPC asks for a "full investigation into the actions of Ana Matosantos pursuant to her actions as an oversight board member with apparent conflicts of interest [ … ] And if she is found to be in violation of conflict of interest laws and regulations she should be permanently removed from the board and face other penalties the Attorney General considers appropriate under 18 U.S. Code 216."

The decision by the FOMB to send PREPA to Title III, coupled with the conflicts of interest with Ms. Matosantos, warrant a Congressional investigation.

Furthermore, the FOMB will soon vote on a revised Fiscal Plan for PREPA. TPA believes consideration of and any votes on this Fiscal Plan must be postponed until a full Congressional investigation into Ms. Matosantos business interests and actions while a Board member can be completed.

Time and time again, TPA has called for Washington to safeguard taxpayer dollars being spent in Puerto Rico by pushing for greater transparency within the territory's government. Puerto Rico's financial fiasco and string of natural disasters reinforce the need to apply close oversight on the island's spending activities.

www.protectingtaxpayers.org

Sent from Outlook

May 1, 2018

Judge Laura Taylor Swain,

My name is Sandra A. Enríquez Seiders. I am a professor who teaches History of Puerto Rico and History of the United States at one of the campuses of the University of Puerto Rico located in a small town, in the center of the island, called Utuado. Most of our students come from poor families with very low incomes. The mayority of these families live with less than one thousand dollars a month.

I know that you were appointed to oversee the debt restructuring case in Puerto Rico because of the government-debt crisis. As you may know, the Financial Oversight and Management Board for Puerto Rico is planning to double the tuition fee for our students. Our students pay $57.00 per credit and starting next August they will have to pay twice per credit. That means that a student who pays $1,368 a year now will have to pay $2,760 next August. Far worse for us is the fact that the board is planning to close our small campus.

Our students cannot afford to pay this tuition fee and neither can move to another campus because they will also have to pay for a place to live and transportation among other things. That will make studying almost impossible for them because of their families critically low incomes.

Judge Swain, I know your history. Let's remember the doctrine of separate but equal which meant that a person or group of people is treated differently, even though access to public places and services, opportunities, and legal rights are supposed to be the same for everyone. Your people won after a long struggle.

I need your help. My students need your help. We want to keep our university open. The mission of the University of Puerto Rico is to contribute to the transformation and continuing progress of Puerto Rican society. We are part of this society. If the board continues with the idea of closing this small campus in Utuado, our students will not be able to fulfill their goals.

Thanks for reading this email,

Sandra A. Enríquez Seiders
Full Professor
University of Puerto Rico  at Utuado

May 1, 2018

Judge Laura Taylor Swain,

We, the students of the University of Puerto Rico from the Utuado campus, need your help. We want to keep our university open and also want to let you know that we cannot pay for the new tuition fee.

Thanks for reading this email,

*[numerous handwritten signatures]*

1- Rodrigo A. Cedeño De León
2- Yamalish M. Nayel Castro
3- Coralys Méndez Rivera
4. Carlos E. Cordero Aquino
5. Ariel D. Colón Gracia
6. Gènesis Torres Izquierdo
7. Stephanie A. Martinez Soto
8. Sahimara de Jesús Molina
9. Hideliz M. Nieves Vélez
10- Ho-Chi-Ming Hernández González
11) Alondra Nieves Reyes

1. Angel *[illegible]*
2. Eliezer Cuesta Ruiz
3. Amara C. Class Mercado
4. Rafael A Juanbe Acosta
5 Natalie Guzmán González
6. Krystal Larregui Crespo
7 Minex Rodriguez - Bermúdez
8. Tomás Guevarez Delpín
9. Irwin García Torres
10. Yadgel Cruz Llanos
11 Jennifer Delgado Santiago
12. Lourdes Aguasvivas Castillo
13. *[illegible signature]*
14. Kelvin O. Jiménez Vélez
15) Amber Morales *[illegible]*
16) *[illegible]* Torre *[illegible]*
17) Ueg N. Pietri Lugo
18) George D. Pérez Avilés
19) Alanis C Díaz Flores
20) *[illegible]*
21) *[illegible]*
22. *[illegible]*
23. *[illegible]*

1. Andy Rivera Pamias
2. Ariel P. [signature]
3. [crossed out]
4. Dación M Castro Rosario
5. Jada A Figueroa Maldonado
6. Fabiola P. [illegible]
7. [illegible]
8. Gabriela Z Nazario Cortés
9. [illegible]
10. Jocelene Sánchez Marcano
11. Paola Zambrana Pagán
12. Miguel A. Santiago González
13. Graciela Z Nazario cortés
14. Yarimar Fernández Arce
15. Bryan Maldonado Garcia
16. Paola M Meléndez González
17. Maria C Torres [illegible]
18. Iann C. Seguinot Nieves
19. Edwin J Vázquez Rodríguez
20. Sangeliz Sánchez Pérez
21. Keyshla M Oquendo Soto