# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS AND NOTICE OF REQUEST TO BE HEARD AT MAY 21, 2018 HEARING

The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") hereby files this request to be heard pursuant to the Court's *Notice of Hearing and Procedural Order* [Lead Dkt. No. 2994] dated May 2, 2018 (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on May 21, 2018 (the "**Hearing**").

1.    The Order requests that counsel to parties who wish to speak at the Hearing file an informative motion stating their name and identifying the party for which they intend to appear.

2.    Gregory A. Horowitz and Alice J. Byowitz will appear in person on behalf of the Ad Hoc Group in Courtroom #8 of the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3.      Gregory A. Horowitz intends to appear and present argument in connection with the *Joinder of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, the Ad Hoc Group of PREPA Bondholders, Syncora Guarantee Inc., and U.S. Bank National Association, in its Capacity as PREPA Bond Trustee to Motion to Compel Compliance with February 26, 2018 Order and for Entry of a Protective Order of Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corporation, the Mutual Fund Group, and National Public Finance Guarantee Corporation* [Case No. 17-04780, Dkt. No. 808].

4.      Mr. Horowitz will also be prepared to respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

5.      In addition, the Ad Hoc Group respectfully requests that Ms. Byowitz be seated with Mr. Horowitz at counsel table.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today May 14, 2018.

**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**

*s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

*s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

*s/ Nayda Perez-Roman*
NAYDA PEREZ-ROMAN
USDC–PR No. 300,208
E-mail: nperez@tcmrslaw.com

P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

*s/ Gregory A. Horowitz*
AMY CATON*
THOMAS MOERS MAYER*
GREGORY A. HOROWITZ*
ALICE J. BYOWITZ*
DOUGLAS BUCKLEY*
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: tmayer@kramerlevin.com
acaton@kramerlevin.com
ghorowitz@kramerlevin.com
abyowitz@kramerlevin.com
dbuckley@kramerlevin.com

*(admitted *pro hac vice*)

*Counsel to the Ad Hoc Group and PREPA Bondholders*