UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

# INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD REGARDING REQUEST TO BE HEARD AT THE MAY 21, 2018 HEARING

To the Honorable United States Magistrate Judge Judith Dein:

Pursuant to the Court's Order and Notice of Hearing (D.I. 2994), the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as the representative of The Commonwealth of Puerto Rico (the "Commonwealth"), respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The FOMB intends to present oral argument at the hearing to be held by the Court on **May 21, 2018 at 1:30 p.m. (AST).**

2. Gregg Mashberg and Timothy Mungovan request to be heard on the *Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporations' Motion to Compel Compliance With February 26, 2018 Order And For Entry Of A Protective Order* **[ECF No. 2865]**

Dated: May 14, 2018
New York, NY

Respectfully submitted,

 */s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: hermann.bauer@oneillborges.com

Martin J. Bienenstock (*pro hac vice*)
Steven L. Ratner (*pro hac vice*)
Timothy W. Mungovan (*pro hac vice*)
Michael A. Firestein (*pro hac vice*)
Paul V. Possinger (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
Email: sratner@proskauer.com
Email: tmungovan@proskauer.com
Email: mfirestein@proskauer.com
Email: ppossinger@proskauer.com

*Attorneys for The Financial Oversight and Management Board for Puerto Rico, as the representative of The Commonwealth of Puerto Rico*