# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 2994** |

## INFORMATIVE MOTION REGARDING
## ATTENDANCE AT THE MAY 21, 2018 HEARING

To the Honorable United States Magistrate Judge Judith Gail Dein:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this informative motion in response to the Court's order entered on May 2, 2018 [ECF No. 2994].

2. Elizabeth L. McKeen of O'Melveny & Myers LLP intends to appear in person in the Massachusetts courtroom at the hearing on May 21, 2018 (the "May 21 Hearing") on behalf of AAFAF and present argument in response to the *Ad Hoc Group of General Obligation*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporations' Motion to Compel Compliance With February 26, 2018 Order And For Entry Of A Protective Order* [ECF No. 2865]. Ashley Pavel of O'Melveny & Myers LLP also intends to appear.

3. Counsel in San Juan, Luis C. Marini-Biaggi, will make every effort to appear at the May 21 Hearing in the San Juan courtroom but does not seek to be heard.

Dated: May 14, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth L. McKeen* | */s/ Luis C. Marini-Biaggi* |
| Elizabeth L. McKeen | Luis C. Marini-Biaggi |
| Ashley Pavel | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Carolina Velaz-Rivero |
| **O'MELVENY & MYERS LLP** | USDC No. 300913 |
| 610 Newport Center Drive, 17th Floor | **MARINI PIETRANTONI MUÑIZ LLC** |
| Newport Beach, CA 92660 | MCS Plaza, Suite 500 |
| Tel: (949) 823-6900 | 255 Ponce de León Ave. |
| Fax: (949) 823-6994 | San Juan, Puerto Rico 00917 |
| | Tel: (787) 705-2171 |
| | Fax: (787) 936-7494 |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |