# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | |
| Debtors.[1] | |
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 4780-LTS |
| as representative of | |
| PUERTO RICO ELECTRIC POWER AUTHORITY | |
| Debtor. | |

**[PROPOSED] ORDER DIRECTING THE APPOINTMENT OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH <u>OF PUERTO RICO TO REPRESENT THE PREPA RETIREES</u>**

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

Upon consideration of the *Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees*, filed May 14, 2018, requesting entry of an order providing for the representation of the retirees (the "**PREPA Retirees**") of the Puerto Rico Electric Power Authority ("**PREPA**") and, to the extent the Court finds that the Retiree Committee should represent the PREPA Retirees, directing its appointment in PREPA's Title III case, it is:

HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. § 1102(a)(2) and (b)(l), made applicable in this case by section 301(a) of PROMESA, 48 U.S.C. § 2161(a), the United States Trustee is directed to appoint the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") to serve as the official committee representing the PREPA Retirees.

2. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

SO ORDERED

Dated: _____, 2018

_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE