# EXHIBIT A

| | |
|---|---|
| **From:** | Horowitz, Gregory <GHorowitz@KRAMERLEVIN.com> |
| **Sent:** | Tuesday, April 10, 2018 2:27 PM |
| **To:** | Halstead, Ellen; davisjo@GTLAW.com |
| **Cc:** | Byowitz, Alice J. |
| **Subject:** | RE: Production of Fiscal Plan materials |

5 works for me as well.  I will circulate a dial-in.


**Gregory A. Horowitz**
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9571   **M** 917.558.3652

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Halstead, Ellen [mailto:Ellen.Halstead@cwt.com]
**Sent:** Tuesday, April 10, 2018 2:11 PM
**To:** davisjo@GTLAW.com
**Cc:** Horowitz, Gregory; Byowitz, Alice J.
**Subject:** [EXTERNAL] Re: Production of Fiscal Plan materials

5 pm today works for me. I am generally free tomorrow except for 2-3 pm.

**Ellen M. Halstead**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: (212) 504-6732 | Cell: (917) 526-2478 | Fax: (212) 504-6666
Ellen.Halstead@cwt.com | www.cadwalader.com

On Apr 10, 2018, at 2:08 PM, "davisjo@GTLAW.com" <davisjo@GTLAW.com> wrote:

> I have a call at 4.  I can do 5 or anytime tomorrow.
>
> **Joseph P. Davis**
> Shareholder
>
> Greenberg Traurig, LLP
> One International Place | Suite 2000 | Boston, MA 02110
> T 617.310.6204  |  F 617.279.8403   |  C 978.697.0961
> davisjo@GTLAW.com  |  www.gtlaw.com  |  View GT Biography
>
> <image001.png>
>
> **From:** Horowitz, Gregory [mailto:GHorowitz@KRAMERLEVIN.com]
> **Sent:** Tuesday, April 10, 2018 2:04 PM

**To:** Halstead, Ellen; Davis, Joseph P. (Shld-Bos-LT)
**Cc:** Byowitz, Alice J.
**Subject:** RE: Production of Fiscal Plan materials

I have a call at 3. Can we make it 4:00 p.m. instead?


# Gregory A. Horowitz
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9571   **M** 917.558.3652

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Halstead, Ellen [mailto:Ellen.Halstead@cwt.com]
**Sent:** Tuesday, April 10, 2018 1:31 PM
**To:** davisjo@GTLAW.com
**Cc:** Horowitz, Gregory
**Subject:** [EXTERNAL] Re: Production of Fiscal Plan materials

I am free at that time


Ellen M. Halstead
Cadwalader, Wickersham & Taft LLP
200 Liberty Street
New York, NY 10281
Tel: +1 212.504.6732
Cell: +1 917.526.2478
Fax: +1 212.504.6666
ellen.halstead@cwt.com
www.cadwalader.com

On Apr 10, 2018, at 1:28 PM, "davisjo@GTLAW.com" <davisjo@GTLAW.com> wrote:

> I've been in meetings all day. Are you free to talk at 3?
>
> Jody
>
> **Joseph P. Davis**
> Shareholder
>
> Greenberg Traurig, LLP
> One International Place | Suite 2000 | Boston, MA 02110
> T 617.310.6204 | F 617.279.8403 | C 978.697.0961
> davisjo@GTLAW.com | www.gtlaw.com | View GT Biography
>
> <image001.png>

**From:** Horowitz, Gregory [mailto:GHorowitz@KRAMERLEVIN.com]
**Sent:** Tuesday, April 10, 2018 9:44 AM
**To:** Davis, Joseph P. (Shld-Bos-LT)
**Cc:** Halstead, Ellen (Ellen.Halstead@cwt.com)
**Subject:** Production of Fiscal Plan materials

Jody,

In case you haven't seen it, I'm attaching the Motion to Compel that was filed in the Commonwealth case. Do you have time this morning to discuss how best to tee up the same issue with regard to the PREPA 2004 discovery?

Best, Greg


Gregory A. Horowitz
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9571   **M** 917.558.3652
ghorowitz@kramerlevin.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.

NOTE: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

3