# EXHIBIT B

| | |
|---|---|
| **From:** | fingerk@gtlaw.com |
| **Sent:** | Monday, April 23, 2018 1:51 PM |
| **To:** | Halstead, Ellen; davisjo@GTLAW.com |
| **Cc:** | ghorowitz@kramerlevin.com; AByowitz@KRAMERLEVIN.com; MitchellN@gtlaw.com; clearyd@gtlaw.com |
| **Subject:** | RE: PREPA - Production of Fiscal Plan materials |

Ellen – My understanding is that item #1 on your list was produced by the Oversight Board.  As for items # 2 – 7, PREPA will not produce those documents outside the data room.  In addition, PREPA does not intend to produce future "Fiscal Plan Development Materials" outside of the data room, but will endeavor to provide a privilege log of materials withheld from production.


**Kevin Finger**
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel +1 312 456 8419
fingerk@gtlaw.com | www.gtlaw.com



**From:** Halstead, Ellen [mailto:Ellen.Halstead@cwt.com]
**Sent:** Friday, April 20, 2018 11:11 AM
**To:** Finger, Kevin (Shld-CHI-LT); Davis, Joseph P. (Shld-Bos-LT)
**Cc:** ghorowitz@kramerlevin.com; AByowitz@KRAMERLEVIN.com; Mitchell, Nancy A (Shld-NY-CP-Bky); Cleary, David (Shld-Phx-Bky)
**Subject:** RE: PREPA - Production of Fiscal Plan materials
**Importance:** High

Kevin,
Just following up regarding production of the seven documents identified below, any future "Fiscal Plan Development Materials" and whether a supplemental privilege log will be provided.

Given that the hearing is scheduled for May 21st, we want to get the joinder on file by Monday, April 23rd. Given this timing, can you please let us know by **noon eastern** on April 23 whether PREPA will agree to produce the identified documents, any future "Fiscal Plan Development Materials" and a supplemental privilege log.

Happy to discuss further if easier,

**Ellen M. Halstead**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: (212) 504-6732 | Cell: (917) 526-2478 | Fax: (212) 504-6666
Ellen.Halstead@cwt.com | www.cadwalader.com

**From:** fingerk@gtlaw.com [mailto:fingerk@gtlaw.com]
**Sent:** Wednesday, April 18, 2018 1:21 PM
**To:** Halstead, Ellen <Ellen.Halstead@cwt.com>; davisjo@GTLAW.com
**Cc:** ghorowitz@kramerlevin.com; AByowitz@KRAMERLEVIN.com; MitchellN@gtlaw.com; clearyd@gtlaw.com
**Subject:** RE: PREPA - Production of Fiscal Plan materials

I just received those logs today and will review them.

Kevin Finger
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel +1 312 456 8419
fingerk@gtlaw.com | www.gtlaw.com



---

**From:** Halstead, Ellen [mailto:Ellen.Halstead@cwt.com]
**Sent:** Wednesday, April 18, 2018 9:36 AM
**To:** Finger, Kevin (Shld-CHI-LT); Davis, Joseph P. (Shld-Bos-LT)
**Cc:** ghorowitz@kramerlevin.com; AByowitz@KRAMERLEVIN.com; Mitchell, Nancy A (Shld-NY-CP-Bky); Cleary, David (Shld-Phx-Bky)
**Subject:** RE: PREPA - Production of Fiscal Plan materials

Kevin,
That schedule works for our side.

Jody was also going to check with Proskauer and O'Melveny regarding whether the privilege logs that they produced on April 6, 2018 included responsive documents regarding PREPA. If the logs did not include some or all of such documents being withheld based on a claim of privilege, can you confirm that a supplemental log will be produced?

Thanks,

**Ellen M. Halstead**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: (212) 504-6732 | Cell: (917) 526-2478 | Fax: (212) 504-6666
Ellen.Halstead@cwt.com | www.cadwalader.com

---

**From:** fingerk@gtlaw.com [mailto:fingerk@gtlaw.com]
**Sent:** Tuesday, April 17, 2018 6:26 PM
**To:** Halstead, Ellen <Ellen.Halstead@cwt.com>; davisjo@GTLAW.com
**Cc:** ghorowitz@kramerlevin.com; AByowitz@KRAMERLEVIN.com; MitchellN@gtlaw.com; clearyd@gtlaw.com
**Subject:** RE: PREPA - Production of Fiscal Plan materials

Ellen – we are conferring with our client regarding your request.  In the event we don't come to an agreement, we propose that PREPA file its opposition 14 days after the filing of the joinder, and the joining parties file their reply 7 days after that.  Please let us know if that is agreeable to you.

Kevin Finger
Shareholder
Greenberg Traurig, LLP | 77 West Wacker Drive | Suite 3100 | Chicago, IL 60601
Tel +1 312 456 8419
fingerk@gtlaw.com | www.gtlaw.com



---

**From:** Halstead, Ellen [mailto:Ellen.Halstead@cwt.com]
**Sent:** Tuesday, April 17, 2018 4:42 PM
**To:** Davis, Joseph P. (Shld-Bos-LT)
**Cc:** Finger, Kevin (Shld-CHI-LT); ghorowitz@kramerlevin.com; Byowitz, Alice J.
**Subject:** RE: PREPA - Production of Fiscal Plan materials

Jody,

Additionally, below are the documents in the data room that would be the subject of the joinder. In the joinder, the PREPA bondholders/insurers would request that the Court grant the relief requested in the attached Motion to Compel as to PREPA and compel PREPA to produce the below documents outside of the data room subject to the protective order previously entered (Case No. 17-04780-LTS, ECF No. 708) as well as any future "Fiscal Plan Development Materials" (which is defined in the Motion to Compel). We reserve the right to identify additional documents.

Can you please confirm that PREPA will not agree to produce the below documents and any future Fiscal Plan Development Materials outside of the dataroom?

1. 1.2.6
2. 2.8.3.1
3. 2.8.4.1
4. 2.8.4.2
5. 4.10.3.3.529
6. 4.10.3.3.546
7. 4.11.2.3

We are available to discuss further if necessary.

**Ellen M. Halstead**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: (212) 504-6732 | Cell: (917) 526-2478 | Fax: (212) 504-6666
Ellen.Halstead@cwt.com | www.cadwalader.com

---

**From:** Halstead, Ellen
**Sent:** Tuesday, April 17, 2018 3:17 PM
**To:** 'davisjo@GTLAW.com' <davisjo@GTLAW.com>
**Cc:** fingerk@gtlaw.com; ghorowitz@kramerlevin.com; Byowitz, Alice J. <AByowitz@KRAMERLEVIN.com>
**Subject:** RE: PREPA - Production of Fiscal Plan materials

Jody,
Just following up on this email. We would like to file the joinder but want to propose a briefing schedule.

I believe you are out this week so I am adding Kevin Finger to this chain.

**Ellen M. Halstead**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: (212) 504-6732 | Cell: (917) 526-2478 | Fax: (212) 504-6666
Ellen.Halstead@cwt.com | www.cadwalader.com

---

**From:** Halstead, Ellen
**Sent:** Friday, April 13, 2018 3:28 PM
**To:** davisjo@GTLAW.com
**Subject:** PREPA - Production of Fiscal Plan materials

Hi Jody,
I tried calling you earlier but didn't leave a message. Greg asked that I follow-up on our call earlier in the week, especially to discuss a briefing schedule. Judge Dein entered the attached scheduling order on the motion to compel and set the hearing for May 21 at 1:30 pm in Boston.

We are planning on filing the joinder early next week. We would propose that PREPA file its opposition on April 30 and the reply to the PREPA opposition be filed on May 7.

I am not in the office right now, but you can call my cell or let me know what time works for you and I will call you.

3

**Ellen M. Halstead**
Cadwalader, Wickersham & Taft LLP
200 Liberty Street, New York, NY 10281
Tel: (212) 504-6732 | Cell: (917) 526-2478 | Fax: (212) 504-6666
Ellen.Halstead@cwt.com | www.cadwalader.com

NOTE: The information in this email is confidential and may be legally privileged.  If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy.  Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Cadwalader, Wickersham & Taft LLP for any loss or damage arising in any way from its use.

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.