# **Exhibit A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

------------------------------------------------------------------------ x

                            :

In re:                               :

                            :

THE FINANCIAL OVERSIGHT AND      :  PROMESA

MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III

                            :

      *as representative of*         :  Case No. 17-BK-3283 (LTS)

                            :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :  (Jointly Administered)

                            :

      Debtors.[1]                 :

------------------------------------------------------------------------ x

**ORDER GRANTING RENEWED MOTION OF CREDITORS' COMMITTEE SEEKING
ORDER, UNDER BANKRUPTCY RULE 2004, AUTHORIZING DISCOVERY
PROGRAM WITH RESPECT TO CERTAIN CAUSES OF PUERTO RICO FINANCIAL
<u>CRISIS BEGINNING ON AUGUST 15, 2018</u>**

Upon consideration of the *Renewed Motion of Creditors' Committee Seeking Entry of
Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain
Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* (the "<u>Renewed Motion</u>"),[2]
and the exhibits attached thereto, the Court hereby FINDS AND DETERMINES that (i) the
Court has jurisdiction to consider the Renewed Motion and the relief requested therein pursuant
to PROMESA section 310; (ii) venue is proper before this Court pursuant to PROMESA section
307(a); (iii) due and proper notice of this Renewed Motion has been provided under the

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy
case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification
number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last
Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal
Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-
3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation
("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and  (v)
Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of
Federal Tax ID: 3747).

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Renewed Motion.

particular circumstances and no other or further notice need be provided; (iv) based on the

statements and arguments made in the Renewed Motion, the Court finds that examination under

Rule 2004 of the Federal Rules of Bankruptcy Procedure is appropriate under the circumstances

and the Committee may conduct discovery from the Puerto Rico Financial Institutions (as

defined in the *Motion of Official Committee of Unsecured Creditors for Order, Under*

*Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of*

*Puerto Rico Financial Crisis* [Docket No. 706] (the "Motion")).  Accordingly, it is hereby

ORDERED THAT:

1.      The Committee is authorized to commence an investigation concerning the

issuance, sale, and creation of Commonwealth Debt (the "Discovery Program"), beginning with

discovery from the Puerto Rico Financial Institutions.  The Discovery Program shall commence

beginning on the earlier of (1) the publication and release of the report issued by the Oversight

Board's Investigator (as defined in the Renewed Motion); or (2) in any event, no later than

August 15, 2018.

2.      Beginning on August 15, 2018 (or earlier, if the Investigator's report is published

before August 15, 2018), the Committee and the Puerto Rico Financial Institutions are directed

to meet-and-confer concerning the scope and timing of production in response to the Document

Requests (as defined in the Motion).

3.      Beginning on August 15, 2018 (or earlier, if the Investigator's report is published

before August 15, 2018), Committee and recipients of the Document Requests are directed to

meet-and-confer concerning the scope and timing of production in response to the Document

Requests, including, without limitation, objections to any specific Document Request, claims of

privilege or other protection from disclosure, confidentiality issues, and issues concerning the

scope and timing of production in response to the Document Requests.  For the avoidance of

doubt, other than authorizing the Committee to commence the Discovery Program, this Order

does not address, waive, or otherwise affect any rights of any person or entity to assert or make

objections to any Document Request, objections as to discovery scope and timing, claims of

privilege or other protections from disclosure, or claims of confidentiality, all of which are

reserved including rights to seek protective orders.

4.       The Court will conduct a status hearing in connection with the Omnibus Hearing

currently scheduled for September 12, 2018 to resolve any issues arising from the meet-and-

confer process.

5.       The terms of and conditions of this Order shall be immediately effective and

enforceable upon its entry.

Dated:    June __, 2018

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

2