# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |

## MOTION TO INFORM FILING OF PROOF OF CLAIM

TO THE HONORABLE COURT:

**COMES** NOW C & A, S.E. (C&A), through the undersigned counsel and, very respectfully, states and prays:

1. On August 30, 2017, debtor the Commonwealth of Puerto Rico filed its schedule of creditors. The appearing party C & A, S.E. is named as creditor on Schedule D1, Trade Vendor Obligations; and that the amount owed for that obligation is "UNDETERMINED". Said amount is incorrect. Dkt. 1215-6, page 719.

2. Furthermore, the Commonwealth also named C & A in its Schedule H, Litigation Related Obligations; and that the amount owed for that obligation is "UNDETERMINED". That said amount is also incorrect. Dkt. 1215-14, page 13.

3. The appearing party respectfully informs the Court to have filed its Proof of Claim against the Commonwealth on May 14, 2018, together with its supporting documents. Attached copy of both documents, as **Exhibits 1 and 2**, respectively.

**WHEREFORE,** C & A, S.E. respectfully requests that this Honorable Court takes notice of the filing of the Proof of Claim and supporting documents.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this May 15th, 2018.

                                                  **S/Henry Vázquez Irizarry**
                                                  USDC No. 205011
                                                  Bufete Vázquez Irizarry, CSP
                                                  Urb. Villa Fontana Park
                                                  Calle Parque Luis M. Rivera 5 HH6
                                                  Carolina, PR 00983
                                                  Tel. (787) 724-7514 / 787-645-2241
                                                  Fax (888) 518-1318
                                                  hvilaw@gmail.com