# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17- BK-4780 (LTS) and Main Case 17- BK-3283 (LTS) |

## MOTION TO INFORM FILING OF PROOF OF CLAIM

TO THE HONORABLE COURT:

**COMES** NOW Wide Range Corporation (WR), through the undersigned counsel and, very respectfully, states and prays:

1. On December 22, 2017, debtor PREPA filed its schedule of creditors. The appearing party Wide Range Corporation is named as creditor on Schedule D, Trade Vendor and Supplier Claims. PREPA informed in its' Schedule D that the amount owed for that obligation allegedly is $60,167.52. Dkt. 2153-1, page 21. That said amount is incorrect.

2. Furthermore, PREPA also named WR twice in its Schedule F, Litigation and Property Damage Claims. That the amount owed for that obligation informed by PREPA is "UNDETERMINED". That said amount is also incorrect. Dkt. 2153-1, page 153.

3. The appearing party respectfully informs the Court to have filed its Proof of Claim against PREPA on May 14, 2018, together with its supporting documents. Attached copy of both documents, as **Exhibits 1 and 2**, respectively.

**WHEREFORE,** WR respectfully requests that this Honorable Court takes notice of the filing of the Proof of Claim and supporting documents.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this May 15th, 2018.

        **S/Henry Vázquez Irizarry**
        USDC No. 205011
        Bufete Vázquez Irizarry, CSP
        Urb. Villa Fontana Park
        Calle Parque Luis M. Rivera 5 HH6
        Carolina, PR 00983
        Tel. (787) 724-7514 / 787-645-2241
        Fax (888) 518-1318
        hvilaw@gmail.com