UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PR, as representative of the COMMONWEALTH OF PR et. al.<br>　　　Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(jointly administered) |

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT

　　COMES NOW the undersigned attorney, and respectfully states and prays

　　1. The undersigned has been retained by creditor María Elena Alonso Fuentes and respectfully appears as attorney for said creditor in these proceedings.

　　2. It is requested that the undersigned be included in the mailing list, and that all notifications related to this case be sent to the undersigned attorney at his address stated below.

　　RESPECTFULLY SUBMITTED

　　San Juan, Puerto Rico, May 16, 2018

　　I certify that on this same date I filed the foregoing by uploading to the CM/ECF System, which will send automatic notices to the parties and/or attorneys of record

　　　　　　　　　　　　　　　　*S/ JORGE LUIS GUERRERO-*CALDERÓN
　　　　　　　　　　　　　　　　JORGE LUIS GUERRERO-CALDERÓN
　　　　　　　　　　　　　　　　　　USDC-PR 116806
　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　María E. Alonso Fuentes
　　　　　　　　　　　　　　　301 Calle Recinto Sur, Suite 502
　　　　　　　　　　　　　　　San Juan, Puerto Rico 00901-1945
　　　　　　　　　　　　　　　tuttieguerrero@yahoo.com
　　　　　　　　　　　　　　　(787) 723-3355　　　fax (787) 721-2126