UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PR, as representative of the COMMONWEALTH OF PR et. al.<br>    Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(jointly administered) |

MOTION ABOUT NOTICE OF ABSENCE

TO THE HONORABLE COURT

The undersigned attorney respectfully appears and prays:

The subscribing attorney has entered his appearance in representation of creditor Maria E. Alonso-Fuentes.

Please take notice that the undersigned will be away with his family on vacation outside of Puerto Rico since May 20, 2018, returning to his law office on May 31, 2018.

RESPECTFULLY SUBMITTED

San Juan, Puerto Rico, May 16, 2018

I certify that on this same date I filed the foregoing by uploading to the CM/ECF System, which will send automatic notices to the parties and/or attorneys of record

*S/ JORGE LUIS GUERRERO-CALDERÓN*
JORGE LUIS GUERRERO-CALDERÓN
    USDC-PR 116806
    Attorney for Creditor
    Maria E. Alonso-Fuentes
301 Calle Recinto Sur, Suite 502
San Juan, Puerto Rico 00901-1945
tuttieguerrero@yahoo.com
(787) 723-3355    fax (787) 721-2126