UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PR, as representative of the COMMONWEALTH OF PR et. al.<br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(jointly administered) |

MOTION FOR LEAVE TO FILE PLEADINGS AND OR DOCUMENTS
AND FOR AN EXTENSION
OF TIME TO FILE THE ENGLISH TRANSLATION

TO THE HONORABLE COURT

Comes now creditor Maria E. Alonso-Fuentes represented by the undersigned attorney, and respectfully states and prays

In support of her claim, the appearing creditor respectfully files this motion for leave to file pleadings and/or documents in the Spanish language which are in the process to be translated into English. In consequence respectfully requests an extension of time of 45 days to complete the pending translation / certification process to be filed.

This request is made in good faith, is reasonable, and does not create any burden or prejudice in this case.

RESPECTFULLY SUBMITTED

San Juan, Puerto Rico, May 16, 2018

I certify that on this same date I filed the foregoing by uploading to the CM/ECF System, which will send automatic notices to the parties and/or attorneys of record

*S/ JORGE LUIS GUERRERO-CALDERÓN*
JORGE LUIS GUERRERO-CALDERÓN
USDC-PR 116806
Attorney for Creditor
Maria E. Alonso-Fuentes
301 Calle Recinto Sur, Suite 502
San Juan, Puerto Rico 00901-1945
tuttieguerrero@yahoo.com
(787) 723-3355      fax (787) 721-2126