# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) | No. 17 BK 3283-LTS |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND | ) | Title III |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| PUERTO RICO HIGHWAYS & | ) | No. 17 BK 3567-LTS |
| TRANSPORTATION AUTHORITY, | ) | (This Filing Relates to |
| | ) | These Debtors) |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Robert J. Jossen hereby respectfully withdraws his appearance as counsel for Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc. Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title III cases, and requests removal from service of any further pleadings in connection with these matters. Effective May 15, 2018, the undersigned ceased to be employed by or otherwise affiliated with Dechert, LLP counsel of record for Peaje in the above-entitled matters. The appearances by other Dechert LLP attorneys are unaffected by this request.

Dated: May 16, 2018 Respectfully Submitted,

<u>*/s/ Robert J. Jossen*</u>
Robert Jossen, P.C.
7 Times Square
27th Floor
New York, NY 10036
Phone: (212) 373-8639
Fax: (212) 373-7939