UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PR, as representative of the COMMONWEALTH OF PR et. al.<br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(jointly administered) |

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT

COMES NOW the undersigned attorney, and respectfully states and prays

1. The undersigned has been retained by creditor Laura E. Climent Garcia and respectfully appears as attorney for said creditor in these proceedings.

2. It is requested that the undersigned be included in the mailing list, and that all notifications related to this case be sent to the undersigned attorney at his address stated below.

RESPECTFULLY SUBMITTED

San Juan, Puerto Rico, May 16, 2018

I certify that on this same date I filed the foregoing by uploading to the CM/ECF System, which will send automatic notices to the parties and/or attorneys of record

*S/ JORGE LUIS GUERRERO-*CALDERÓN
JORGE LUIS GUERRERO-CALDERÓN
USDC-PR 116806
Attorney for Creditor
María E. Alonso Fuentes
301 Calle Recinto Sur, Suite 502
San Juan, Puerto Rico 00901-1945
tuttieguerrero@yahoo.com
(787) 723-3355   fax (787) 721-2126