# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 2994 |

## ORDER ON URGENT MOTION TO SEAL DOCUMENTS

Upon consideration of the *Urgent Motion to Seal Documents* (the "Urgent Motion") of the Financial Oversight and Management Board for Puerto Rico ("FOMB"), and the Commonwealth of Puerto Rico (the "Commonwealth"), by and through the FOMB as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with the FOMB and the Commonwealth, the "Respondents") for an order allowing Respondents to submit under seal certain exhibits in anticipation of the hearing currently scheduled for May 21, 2018 (the "May 21 Hearing"), and the Court having found

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

that Respondents provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion; and the Court having determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Urgent Motion is GRANTED as set forth herein.

2. Respondents are permitted to submit under seal the following exhibits pursuant to this Court's order entered on May 2, 2018 [ECF No. 2994]:

    Exhibit 1_ AAFAF FP Deliberations Categorical Privilege Log.PDF

    Exhibit 2_ April 6 2018 letter to Counsel from Margaret Dale re Privilege Log.PDF

3. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:_____, 2018

                                                HONORABLE JUDITH GAIL DEIN