UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER DENYING THE EXTENSION MOTION
FILED BY MARIA E. ALONSO-FUENTES (DOCKET ENTRY NO. 3073)

    The Court has received and reviewed the *Motion for Leave to File Pleadings and or Documents and for an Extension of Time to File the English Translation* (the "Extension Motion," Docket Entry No. 3073) filed by Maria E. Alonso-Fuentes (the "Movant"). The Extension Motion seeks leave to file translated copies of certain documents. However, the Extension Motion does not identify the specific pleading or proof of claim that relates to the translated documents. The Extension Motion generally states that the translated documents are being filed "[i]n support of [Movant's] claim." As such, the Court assumes that the translated documents relate to the proof of claim that was filed by the Movant in the above-captioned Title III proceeding. (See Proof Claim No. 1069-1.)

    Pursuant to this Court's prior Order, "[a]ll proofs of claim must (i) be written in English or Spanish . . . [and] (iv) include a copy of the supporting . . . in English or Spanish."

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(See Docket Entry No. 2521 ¶ 12.) Because no English translation of the supporting documents is required, the Extension Motion is denied.

This Order resolves Docket Entry No. 3073.

SO ORDERED.

Dated: May 17, 2018

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge