**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA (TITLE III) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | |
| as representative of | NO. 17 BK 3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO, et al. | |
| Debtors[1] | |
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO | PROMESA Title III |
| as representative of | NO. 17 BK 4780 (LTS) |
| PUERTO RICO ELECTRIC POWER AUTHORITY | |
| Debtor | |

---

[1] The debtors in these jointly administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

## MOTION TO WITHDRAW AS LEGAL COUNSEL

TO THE HONORABLE COURT:

Comes now and especially appears the undersigned attorney for Caribbean Hospital Corporation (hereafter "CHC"), creditor and/or party-in-interest as to the Commonwealth of Puerto Rico hereto (Case No. 17 BK 3283-LTS), and respectfully states and moves, as follows:

1. CHC filed its proof of claim in this case on July 31, 2017.

2. The undersigned has ceased to work in the law firm of Freddie Pérez González & Assoc., PSC, which represents CHC in this case and therefore, requests that his withdrawal as an attorney of record be accepted by this Court.

3. The undersigned has advised CHC as to the status of the proceedings in this case.

4. Pursuant to Local Bankruptcy Rule 9010-1(3)(A) the undersigned informs that the law firm of Freddie Pérez González & Assoc., PSC will continue to represent and/or afford legal representation to CHC.

WHEREFORE, it is respectfully requested that this Honorable Court:

A) Accept the withdrawal of counsel José Julián Blanco Dalmau as attorney of record for CHC in this case and eliminate said attorney from the list of notifications of the Court; and,

B) Take notice that the legal representation of CHC will be afforded by the law firm of Freddie Pérez González & Assoc., PSC, maintaining the notification of the case to the address of record of said law firm and/or to Attorney Freddie Pérez González.

RESPECTFULLY SUBMITTED.

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants.

In San Juan, Puerto Rico, this 17th day of May 2018.

<u>s/José Julián Blanco Dalmau</u>
USDC-PR 229514
Attorney for Caribbean Hospital Corporation

**FREDDIE PEREZ GONZALEZ & ASSOC., P.S.C.**
P. O. Box 193729
San Juan, Puerto Rico 00919-3729
Tel.: (787) 751-4334
Fax: (787) 751-1116
E-mail: jblanco@fpglaw.com