UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
---------------------------------------------------------------------------- x

## ORDER

    This matter is before the Court on the *Urgent Motion to Seal Documents* (the "Motion") of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), the Commonwealth of Puerto Rico, by and through the Oversight Board, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with the Oversight Board and the Commonwealth, the "Respondents"). Respondents request to submit under seal certain exhibits in anticipation of the hearing currently scheduled for May 21, 2018. Finding good cause for the requested relief, this Court hereby ALLOWS the Motion. However, the Court

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

recognizes that Movants[2] have reserved their right to object to the designation of any documents filed under seal as confidential.

Respondents are permitted to submit under seal the following exhibits pursuant to this Court's May 2, 2018 order establishing hearing procedures (Dkt. No. 2994):

1. Exhibit 1_ AAFAF FP Deliberations Categorical Privilege Log.PDF

2. Exhibit 2_ April 6 2018 letter to Counsel from Margaret Dale re Privilege Log.PDF

The Clerk of Court will provide Movants and Respondents, as defined herein, access to the sealed materials through their counsel of record.

This resolves Dkt. No. 3081.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 17, 2018

---

[2] "Movants" as defined in the Motion to Compel (Dkt. No. 2865) refers to the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation.