# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3566-LTS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2018, the "Stipulation Consenting to Filing of Continuation Statements" [ECF. No. 3082] (the "Stipulation") was served upon all then-current ECF participants in this case via the Court's CM/ECF system. The undersigned also hereby certifies that on that same date, two copies of the Stipulation was sent by U.S. mail to the Chambers of the Hon. Laura Taylor Swain at:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686).

**United States District Court**
**Daniel Patrick Moynihan Courthouse**
**500 Pearl St., Suite 3212**
**New York, NY 10007-1312**

And a copy of the Stipulation by U.S. mail to U.S. Trustee for the District of Puerto Rico at:

**Monsita Lecaroz Arribas**
**US Trustee for the District of Puerto Rico**
**Edificio Ocoha**
**500 Tanca Street, Suite 301**
**San Juan, P.R. 00901-1922**

Dated: May 18, 2018                                    SEPULVADO, MALDONADO &
                                                       COURET

                                                By:    *s/ Albéniz Couret Fuentes*
                                                       Albéniz Couret Fuentes
                                                       USDC-PR Bar No. 222207
                                                       AON Center, Suite 990
                                                       304 Ponce de León Ave.
                                                       Telephone: (787) 765-5656
                                                       Facsimile: (787) 294-0073
                                                       Email:acouret@smlawpr.com