# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et als.* | (Jointly Administered) |
| Debtor. 1 | |
| IN RE: | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | PROMESA TITLE III |
| as representative of | CASE NO. 17 BK 3567 - LTS |
| THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY | (Jointly Administered) |
| Debtor | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Please take notice that Ramón Torres Rodriguez, Esq., hereby enters his appearance in the

---

1 The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

case of the Financial Management and Oversight Board for Puerto Rico as representative of Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) for and on behalf of Silvia Consuelo Blasini Batista, Annette Mary Blasini Batista, Antonia Rita Blasini Batista and Silvia Batista Castresana, parties in interest, which will be represented by the undersigned attorney and respectfully sets forth and prays:

That pursuant to the provisions of Rule 9010(b) of the Rules of the Federal Rules of Bankruptcy Procedure made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act (hereinafter "PROMESA"), 48 USC § 2170 and pursuant to the Court's Order Establishing Case Management Procedures entered on docket on April 4, 2018 (Docket # 2839) the undersigned counsel respectfully requests that all notices given or required to be given and all papers and or pleadings to be served, orders and judgments entered in the above captioned case be served upon the undersigned.

**WHEREFORE** it is respectfully requested that the Clerk of the Court take notice of the appearance of the undersigned and to notify it of all proceedings in this case, as indicated above and further prays that the name and address of the undersigned be added to the Master Address List of the above captioned case.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing motion with the Clerk of this Honorable Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants in this case; including but not limited to all attorneys and parties intertest that have filed their respective notice of appearance.

In San Juan, Puerto Rico, on the 21st day of May, 2018.

*s/Ramón Torres Rodríguez*
RAMON TORRES RODRIGUEZ
USDC - PR 120110
Attorney for
Silvia Consuelo Blasini Batista,
Annette Mary Blasini Batista,
Antonia Rita Blasini Batista and

Silvia Batista Castresana
PO Box 361163
San Juan, PR 00936-1163
Tels. (787) 767-5410
Fax: (787) 767-5410
e-mail: rtorres@torresrodlaw.com