**EXHIBIT I**

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SUPERIOR PART OF SAN JUAN

| | |
|---|---|
| HIGHWAY AND TRANSPORTATION AUTHORITY OF PUERTO RICO<br>petitioning party | **CASE NO.: KEF 2011-0240**<br>**COURTROOM: 1003** |
| V. | RE: |
| LUIS ALBERTO MERCADO JIMENEZ ET AL<br>party with interest | **EXPROPRIATION** |

ORDER

Having attended the following documents, the Court provides the following:

1. "Informative Motion and request for remedy" filed by the petitioner.

    Referred for compliance to the Resolution of March 19, 2018. Similarly, referred to what is ordered on April 16, 2018.

2. "Special appearance requesting return of amount consigned", filed by the party with interest, Adrian Mercado Jiménez

    Not having complied pursuant to what is ordered on March 19, 2018, we set aside our order of March 1, 2018 with regard to the consignment. **Return the amount**

Certified to be a true and correct translation from its original.
Aida Torres, USCCI
Tel. 787.225.8218/787.723.4644
Fax: 787.723.9488

2

**consigned to the petitioner.** The case continues stayed. Abstain from filing any new motions until the judgment issued is complied with.

NOTIFY.

In San Juan, Puerto Rico, May 7, 2018.

s/illegible
LETICIA D. ORTIZ FELICIANO
SUPERIOR COURT JUDGE

Certified to be a true and correct translation from its original.
Aída Torres, USCCI
Tel. 787.225.8218/787.723.4644
Fax: 787.723.9488