EXHIBIT II

## COMMONWEALTH OF PUERTO RICO
## COURT OF FIRST INSTANCE
## SUPERIOR PART OF SAN JUAN

| | |
|---|---|
| HIGHWAY AND TRANSPORTATION AUTHORITY OF PUERTO RICO | CASE NO.: KEF 2011-0240 |
| PETITIONER | COURTROOM: 1003 |
| V. | RE: |
| LUIS ALBERTO MERCADO JIMENEZ ET AL | EXPROPRIATION |
| INTERESTED PARTY | |

**OPPOSITION TO "SPECIAL APPEARANCE REQUESTING RETURN OF AMOUNT CONSIGNED" FILED BY THE INTERESTED PARTY**

**TO THE HONORABLE COURT:**

Comes now the Highway and Transportation Authority of Puerto Rico, represented by the undersigned attorney and to this Honorable Court very respectfully states and prays:

1. We oppose the request of the interested party that the funds be returned to the petitioner.

2. We talked to Attorney Mercado and we again indicated to him that everything related to this case will be resolved in this forum.

Certified to be a true and correct translation from its original.
Aída Torres, USCCI
Tel. 787.225.8218/787.723.4644
Fax: 787.723.9488

2

3. Our "Informative Motion and Request for Remedy" informs the court about the status of the proceedings with regard to the orders pending.

4. The possibility of stipulating the case does not contribute anything to the request of the interested party since the funds will be entered into the general fund, which means that it would be to start from zero and the Highway and Transportation Authority would have a non-adjudicated case.

5. Mr. Esteban Núñez referred his report for review and we expect it to be ready within the next few days.

6. We reiterate our intention to do whatever is necessary to culminate a reasonable agreement.

7. The interested party appears to believe that if the funds are returned to the petitioner, it would be paid quicker in the bankruptcy case, but this is not correct.

8. The interested party has not denied its intention to reach an agreement nor has the petitioner, but it can only be this way in the state forum.

9. On the other hand, we submit in compliance with order the "Second Omnibus Order Granting Relief from the Automatic Stay" of February 21, 2018.

Certified to be a true and correct translation from its original.
Aída Torres, USCCI
Tel. 787.225.8218/787.723.4644
Fax: 787.723.9488

3

10. Said document comprises all of the cases in which the stay is lifted for the limited purposes contained in Exhibit 1 of said Order.

**WHEREFORE,** we request the conservation of the funds consigned in this court since it is the only forum where the parties can take this case to its term. That there be dismissed the motion of the previously indicated interested party and we be allowed to continue with the terms to comply with the orders of this court.

I certify: Having sent a true and correct copy to the parties with interest.

In San Juan, Puerto Rico, today May 11, 2018.

s/illegible
Atty. Anita Cortés Centeno
RUA Number: 11,368
Highway and Transportation Authority
PO Box 42007
San Juan, PR 00940-2007
(787) 721-8787 Ext. 1228
Fax: (787) 722-1541
lcda.anitacortescentero@gmail.com

6407/ACC/smo

Certified to be a true and correct
translation from its original.
Aída Torres, USCCI
Tel. 787.225.8218/787.723.4644
Fax: 787.723.9488