UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re**: | |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| **THE COMMONWEALTH OF PUERTO RICO, et al** | (Jointly Administered) |
| **Debtors** | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

TO THE HONORABLE COURT:

The undersigned is admitted and authorized to practice in this Court, and hereby appears in the Jointly Administered Title III cases as counsel for NeoMed Center, Inc., ("NeoMed"), formerly known as Gurabo Community Health Center, Inc., a party in interest, and requests service of copies of all filings, orders, notices and documents henceforth to:

s/SERGIO A. RAMIREZ DE ARELLANO
**SERGIO A. RAMIREZ DE ARELLANO**
**SARLAW LLC**
**Attorneys for NeoMed**
**Banco Popular Center, Suite 1022**
**209 Muñoz Rivera Avenue**
**San Juan, PR 00918-1009**
Tel. 765-2988; 764-6392
Fax No. 765-2973
USDC No. 126804
sramirez@sarlaw.com

2

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send generate a notice to all CM/ECF participants in this case.

s/SERGIO A. RAMIREZ DE ARELLANO
**SERGIO A. RAMIREZ DE ARELLANO**