# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :
                                                                   :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :  Title III
                                                                   :
     as representative of                                          :  Case No. 17-BK-3283 (LTS)
                                                                   :
THE COMMONWEALTH OF PUERTO RICO et al.,                            :  (Jointly Administered)
                                                                   :
     Debtors.¹                                                     :
------------------------------------------------------------------ x
                                                                   :
In re:                                                             :
                                                                   :
                                                                   :
THE FINANCIAL OVERSIGHT AND                                        :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                  :  Title III
                                                                   :
     as representative of                                          :  Case No. 17-BK-4780 (LTS)
                                                                   :
PUERTO RICO ELECTRIC POWER AUTHORITY,                              :  This filing relates only to
                                                                   :  Debtor PREPA and shall be
                                                                   :  filed in the lead Case No. 17-
                                                                   :  BK-3283 (LTS) and Case No.
                                                                   :  17-BK-4780 (LTS)
     Debtor.                                                       :
------------------------------------------------------------------ x
```

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN RESPONSE TO MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO REGARDING REPRESENTATION OF PREPA RETIREES**

The Official Committee of Unsecured Creditors of all title III Debtors (other than COFINA) (the "Committee") hereby submits this statement in response to the *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees* [Docket No. 824 in Case No. 17-4780 (LTS)] (the "Motion"), pursuant to which the Retiree Committee[2] seeks entry of an order providing for the representation of the PREPA Retirees, and respectfully states as follows:

**STATEMENT**

The Committee supports the relief requested in the Motion, provided that the Retiree Committee, and not a new, separate official committee, is appointed as the official committee to represent the PREPA Retirees. The Committee does not believe that the appointment of a separate stand-alone official committee to represent the PREPA Retirees is warranted given the additional costs that would be imposed on PREPA in the form of professional fees incurred by an additional stand-alone committee.

[*Remaining page intentionally left blank.*]

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Dated:  May 22, 2018 | /s/ G. Alexander Bongartz |
| | |
| | PAUL HASTINGS LLP |
| | Luc. A. Despins, Esq. *(Pro Hac Vice)* |
| | Andrew V. Tenzer *(Pro Hac Vice)* |
| | Michael E. Comerford *(Pro Hac Vice)* |
| | G. Alexander Bongartz, Esq. (*Pro Hac Vice*) |
| | 200 Park Avenue |
| | New York, New York 10166 |
| | Telephone:  (212) 318-6000 |
| | lucdespins@paulhastings.com |
| | andrewtenzer@paulhastings.com |
| | michaelcomerford@paulhastings.com |
| | alexbongartz@paulhastings.com |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |
| | |
| | - and - |
| | |
| | /s/ Juan J. Casillas Ayala |
| | |
| | CASILLAS, SANTIAGO & TORRES LLC |
| | Juan J. Casillas Ayala, Esq., USDC - PR 218312 |
| | Diana M. Batlle-Barasorda, Esq., USDC - PR 213103 |
| | Alberto J. E. Añeses Negrón, Esq., USDC - PR 302710 |
| | Ericka C. Montull-Novoa, Esq., USDC - PR 230601 |
| | El Caribe Office Building |
| | 53 Palmeras Street, Ste. 1601 |
| | San Juan, Puerto Rico 00901-2419 |
| | Telephone: (787) 523-3434 |
| | jcasillas@cstlawpr.com |
| | dbatlle@cstlawpr.com |
| | aaneses@cstlawpr.com |
| | emontull@cstlawpr.com |
| | |
| | *Local Counsel to the Official Committee of Unsecured Creditors* |