# EXHIBIT 9A

ESTADO LIBRE ASOCIADO DE PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Boletín Administrativo Núm. OE-2016-027

ORDEN EJECUTIVA DEL GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, HON. ALEJANDRO J. GARCÍA PADILLA, AL AMPARO DE LA LEY NÚM. 21-2016, SEGÚN ENMENDADA, CONOCIDA COMO LA "LEY DE MORATORIA DE EMERGENCIA Y REHABILITACIÓN FINANCIERA DE PUERTO RICO", PARA ORDENAR LA IMPLEMENTACIÓN DE MEDIDAS CON RELACIÓN A LA AUTORIDAD PARA EL FINANCIAMIENTO DE LA INFRAESTRUCTURA DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO QUE SON RAZONABLES Y NECESARIAS PARA LA CONTINUACIÓN DE LA PRESTACIÓN DE LOS SERVICIOS ESENCIALES PARA PROTEGER LA SALUD, LA SEGURIDAD, LA EDUCACIOÓN Y EL BIENESTAR DE LOS RESIDENTES EN EL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

**POR CUANTO:** El 6 de abril de 2016, firmé la Ley 21-2016, conocida como la "Ley de Moratoria de Emergencia y Rehabilitación Financiera de Puerto Rico" (la "Ley"), y el 30 de abril de 2016, aprobé el Boletín Administrativo Núm. OE-2016-14 (la "OE-2016-14") para declarar, entre otras medidas, un Periodo de Emergencia en la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico (la "AFI"). Los términos que comienzan en mayúscula en esta Orden Ejecutiva y que no están definidos aquí tendrán los significados que se le conceden en la Ley o en la OE-2016-14, según aplique.

**POR CUANTO:** Durante las pasadas semanas, la crisis fiscal y de liquidez que encara el Estado Libre Asociado de Puerto Rico ("ELA") y sus instrumentalidades, incluyendo pero sin limitarse a la AFI, ha empeorado, lo que requiere la implementación de medidas adicionales al amparo de la Ley para continuar la prestación de servicios esenciales para proteger la salud, la seguridad, la educación y el bienestar de los residentes en el ELA, entre otras cosas, mediante el ejercicio válido de su Poder de Razón de Estado.

**POR TANTO:** Yo, ALEJANDRO J. GARCÍA PADILLA, Gobernador del Estado Libre Asociado, en virtud de los poderes inherentes a mi cargo y de la autoridad que me ha sido conferida por la Constitución del Estado Libre Asociado, por la presente dispongo lo siguiente:

**PRIMERO:** La OE-2016-14 continuará en vigor en cuanto a su aplicación a la AFI, disponiéndose que, a partir de la fecha de esta Orden Ejecutiva, las

obligaciones relacionadas con las notas denominadas "Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes Series 2015A" se declaran Obligaciones Cubiertas para todos los propósitos contemplados en la Ley. Además, cualquier obligación de transferir fondos a AFI o por AFI, con respecto a dichas Obligaciones Cubiertas, se designa como Obligación Enumerada y se ordena la suspensión de dicha transferencia, incluyendo la obligación de transferir cualquier ingreso proveniente de impuestos al amparo de la Sección 3060.11A del Código de Rentas Internas de Puerto Rico de 2011 y el Artículo 34 de la Ley Núm. 44 de 12 de junio de 1988, según enmendada.

**SEGUNDO:** Conforme a la Sección 201(b) de la Ley no se tomará acción alguna, y no se comenzará o continuará reclamación o procedimiento alguno en corte alguna de cualquier jurisdicción con relación a cualquier acción incoada con relación al párrafo PRIMERO de esta Orden Ejecutiva.

**TERCERO:** SEPARABILIDAD. Esta Orden Ejecutiva deberá ser interpretada de tal manera que pueda mantener su validez, en la medida que sea posible, conforme a la Constitución del Estado Libre Asociado de Puerto Rico y la Constitución de los Estados Unidos. Si cualquier cláusula, párrafo, subpárrafo, disposición o parte de esta Orden Ejecutiva fuese declarada inconstitucional por un tribunal con jurisdicción, la orden emitida por dicho tribunal a esos efectos no afectará ni invalidará el resto de esta Orden Ejecutiva. El efecto de dicha orden estará limitado a la cláusula, párrafo, subpárrafo, disposición o parte de esta Orden Ejecutiva declarada inconstitucional y solamente con respecto a la aplicación de la misma a la obligación particular sujeta a dicha controversia.

**CUARTO:** RATIFICACIÓN DE LA OE-2016-10 Y OE-2016-14. Por la presente se ratifica y confirma el Boletín Administrativo Núm. OE-2016-10 (la "OE-2016-10"), según enmendada por la OE-2016-14. Asimismo, se ratifica y confirma la OE-2016-14, en todos los aspectos no enmendados por esta Orden Ejecutiva.

**QUINTO:** DEROGACIÓN. Se deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad.

**SEXTO:** VIGENCIA Y PUBLICACIÓN. Esta Orden Ejecutiva entrará en vigor inmediatamente y permanecerá en vigor hasta (i) el final del Periodo de

2

Emergencia o (ii) la fecha en la que la misma sea revocada por escrito por el Gobernador, lo que ocurra primero. Se ordena su más amplia publicación y divulgación.

**EN TESTIMONIO DE LO CUAL**, expido la presente Orden Ejecutiva bajo mi firma y hago estampar en esta el Gran Sello del Estado Libre Asociado de Puerto Rico, en San Juan, Puerto Rico, hoy 24 de junio de 2016.

ALEJANDRO J. GARCÍA PADILLA
GOBERNADOR

Promulgada de acuerdo a la ley, hoy 24 de junio de 2016.

VÍCTOR A. SUÁREZ MELÉNDEZ
SECRETARIO DE ESTADO DESIGNADO

3

# EXHIBIT 9B

CERTIFIED TRANSLATION

**COMMONWEALTH OF PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN PUERTO RICO**

**Administrative Bulletin No. OE-2016-027**

**EXECUTIVE ORDER OF THE GOVERNOR OF THE COMMONWEALTH OF PUERTO RICO, HON.ALEJANDRO J. GARCÍA PADILLA, PURSUANT TO ACT NO. 21-2016, AS AMENDED, KNOWN AS THE "PUERTO RICO EMERGENCY AND FINANCIAL REHABILITATION MORATORIUM ACT", TO ORDER THE IMPLEMENTATION OF MEASURES RELATING TO THE PUERTO RICO INFRASTRUCTURE FINANCING AUTHORITY OF THE OF THE COMMONWEALTH OF PUERTO RICO WHICH ARE REASONABLE AND NECESSARY FOR THE CONTINUATION OF THE PROVISION OF ESSENTIAL SERVICES TO PROTECT HEALTH, SAFETY. THE EDUCATION AND WELFARE OF THE RESIDENTS OF THE COMMONWEALTH OF PUERTO RICO.**

**WHEREAS**:  On April 6, 2016, I signed Law 21-2016, known as the "Emergency Moratorium and Financial Rehabilitation Act of Puerto Rico" (the "Act"), and on April 30, 2016, I approved Administrative Bulletin No. OE-2016-14 (OE-2016-14) to declare, among other measures, an Emergency Period at the Puerto Rico Infrastructure Financing Authority ("PRIFA"). The terms that begin in capital letters in this Executive Order and which are not defined herein will have the meanings provided to them in the Act or in OE-2016-14, as applicable.

**WHEREAS**:  Over the past few weeks, the fiscal and liquidity crisis faced by the Commonwealth of Puerto Rico (the "Commonwealth") and its instrumentalities, including but not limited to PRIFA, has worsened, requiring the imposition of additional measures under the Act to continue the provision of essential services to protect the health, education and well-being of residents in the Commonwealth, among others, through the valid exercise of its Police Power.

WHEREFORE:  I, ALEJANDRO J. GARCIA PADILLA, Governor of the Commonwealth of Puerto Rico, by virtue of the powers inherent to my office and the authority conferred upon me by the Constitution of the Commonwealth of Puerto Rico, hereby provide as follows:

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

| | |
|---|---|
| FIRST: | OE-2016-14 will continue in force regarding its application to PRIFA, provided that, after the date of this Executive Order, the obligations related to the "Puerto Rico Infrastructure Financing Authority, Dedicated Tax Fund Revenue Bond Anticipation Notes Series 2015A" notes are declared Covered Obligations for all purposes contemplated in the Act. In addition, any obligation to transfer funds to PRIFA or by PRIFA, with respect to such Covered Obligations, is designated as a Listed Obligation and such transfer is ordered suspended, including the obligation to transfer any income from taxes pursuant to Section 3060.11A of the Puerto Rico Internal Revenue Code of 2011 and Section 34 of Act No. 44 of June 12, 1988, as amended. |
| SECOND: | Pursuant to Section 201(b) of the Act, no action shall be taken, and no claim or proceeding shall be commenced or continued in any court of any jurisdiction with respect to any action brought in relation to the FIRST paragraph of this Executive Order. |
| THIRD: | <u>SEPARABILITY</u>. This Executive Order shall be interpreted in such a way as to maintain its validity, as far as possible, in accordance with the Constitution of the Commonwealth of Puerto Rico and the Constitution of the United States. If any clause, paragraph, sub-paragraph, provision or part of this Executive Order is declared unconstitutional by a court with jurisdiction, the order issued by said court for such purposes shall not affect or invalidate the remainder of this Executive Order. The effect of such order shall be limited to the clause, paragraph, sub-paragraph, provision or part of this Executive Order declared unconstitutional and only with respect to the application thereof to the particular obligation subject to said controversy. |
| FOURTH: | <u>RATIFICATION OF OE-2016-10 and OE-2016-14</u>. Administrative Bulletin No. OE-2016-10 ("OE-2016-10"), as amended by OE-2016-14, is hereby ratified and confirmed, in all aspects not amended by this Executive Order. |

2

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

| | |
|---|---|
| FIFTH: | <u>REPEAL</u>. Any other Executive Order that, in whole or in part, which is inconsistent with this one, is rendered null and void, to the extent of such inconsistency. |
| SIXTH: | <u>EFFECTIVENESS AND PUBLICATION</u>. This Executive Order shall come into force immediately and shall remain in force until (i) the end of the Emergency Period or (ii) the date on which it is revoked in writing by the Governor, whichever occurs first. Its widest publication and dissemination is hereby ordered. |

IN WITNESS WHEREOF, I hereby issue this Executive Order under my signature and cause it to be stamped with the Great Seal of the Commonwealth of Puerto Rico, in San Juan, Puerto Rico, on June 24, 2016.

   /s/ Alejandro J. García Padilla
ALEJANDRO GARCÍA PADILLA
GOBERNOR

Promulgated in accordance with the law, on June 24, 2016.

   /s/ Víctor A. Suárez Meléndez
VÍCTOR A. SUÁREZ MELÉNDEZ
DESIGNATED SECRETARY OF STATE

3

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.