# EXHIBIT 10A

ESTADO LIBRE ASOCIADO DE PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Boletín Administrativo Núm. OE-2016-30

ORDEN EJECUTIVA DEL GOBERNADOR DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, HON. ALEJANDRO J. GARCÍA PADILLA, AL AMPARO DE LOS ARTÍCULOS 201 Y 202 DE LA LEY NÚM. 21-2016, SEGÚN ENMENDADA, CONOCIDA COMO "LEY DE MORATORIA DE EMERGENCIA Y REHABILITACIÓN FINANCIERA DE PUERTO RICO", PARA DECLARAR UN PERIODO DE EMERGENCIA PARA EL ESTADO LIBRE ASOCIADO DE PUERTO RICO (EL "ELA"), Y ORDENAR LA IMPLEMENTACIÓN DE OTRAS MEDIDAS RAZONABLES Y NECESARIAS PARA LA CONTINUACIÓN DE LA PRESTACIÓN DE LOS SERVICIOS ESENCIALES PARA PROTEGER LA SALUD, LA SEGURIDAD Y EL BIENESTAR DE LOS RESIDENTES EN EL ESTADO LIBRE ASOCIADO DE PUERTO RICO; Y PARA OTROS FINES RELACIONADOS.

POR CUANTO: El 6 de abril de 2016, firmé la Ley 21-2016, conocida como la "Ley de Moratoria de Emergencia y Rehabilitación Financiera de Puerto Rico" (la "Ley"). Los términos que comienzan en mayúscula en esta Orden Ejecutiva y que no están definidos aquí tendrán los significados que se le concedieron en la Ley.

POR CUANTO: La Ley declaró un estado de emergencia en reconocimiento de la crisis fiscal que enfrentan el Estado Libre Asociado de Puerto Rico (el "ELA") y las Entidades Gubernamentales. Ello, ante la amenaza de un incumplimiento desordenado del pago de sus respectivas obligaciones en circulación que afecte la salud, la seguridad y el bienestar de sus residentes.

POR CUANTO: El Secretario de Hacienda me ha informado que, después de pagar los gastos necesarios para proteger la salud, la seguridad, la educación y el bienestar público de los residentes en Puerto Rico, el ELA: 1) no tendrá fondos suficientes para efectuar el pago total al servicio de la Deuda Pública (según definida en la Ley) vencederos el 1 de julio de 2016, y 2) permanecerá en una posición de liquidez frágil durante el año fiscal 2016-2017, periodo durante el cual estará obligado a tomar medidas extraordinarias, como las incluidas en esta Orden Ejecutiva y en el Artículo 108 de la Ley, para garantizar la continuación de los servicios esenciales del gobierno.

**POR CUANTO:** El ELA tiene la responsabilidad y el deber de garantizar la salud, la seguridad, la educación y el bienestar de los residentes mediante el ejercicio de su poder de razón de estado.

**POR TANTO:** Yo, ALEJANDRO J. GARCÍA PADILLA, Gobernador del Estado Libre Asociado, en virtud de los poderes inherentes a mi cargo y de la autoridad que me ha sido conferida por la Constitución del Estado Libre Asociado de Puerto Rico, por la presente dispongo lo siguiente:

**PRIMERO:** Conforme a los Artículos 201 y 202 de la Ley, por la presente declaro un estado de emergencia y el comienzo de un Periodo de Emergencia para el ELA, a partir de la vigencia de esta Orden Ejecutiva, de manera que se proteja la salud, la seguridad y el bienestar de los residentes en el ELA. Además, declaro:

1) una moratoria sobre la obligación del ELA de efectuar pagos sobre cualesquier bonos o pagarés emitidos o garantizados por el ELA, distintos a los descritos en el párrafo OCTAVO de esta Orden Ejecutiva;

2) que la obligación del ELA de transferir los impuestos al consumo de cigarrillos a la Autoridad Metropolitana de Autobuses ("AMA") al amparo del Artículo 3060.11 del Código de Rentas Internas de 2011, según enmendado, es una Obligación Enumerada en virtud de la Ley y queda suspendida por esta Orden Ejecutiva;

3) que las obligaciones de pago del ELA y sus agencias e instrumentalidades por concepto de contratos de arrendamiento celebrados con la Autoridad de Edificios Públicos de Puerto Rico ("AEP") son Obligaciones Enumeradas en virtud de la Ley, y, en la medida en que no se incluyan en el presupuesto del Fondo General del año fiscal 2016-2017, quedan suspendidas por esta Orden Ejecutiva; y

4) cualquier obligación de la Oficina de Gerencia y Presupuesto del Estado Libre Asociado de Puerto Rico de incluir una asignación de fondos en el presupuesto recomendado presentado a la Asamblea Legislativa para el pago de los bonos emitidos por la Corporación de Finanzas Públicas de Puerto Rico es una Obligación Enumerada en virtud del Ley y queda suspendida por esta Orden Ejecutiva.

**SEGUNDO:** El Boletín Administrativo Núm.: OE-2016-18, sobre la Autoridad de Carreteras y Transportación de Puerto Rico ("ACT"), permanecerá en vigor, salvo que se extiende el Periodo de Emergencia declarado durante la totalidad del Periodo Cubierto. Asimismo, se suspende el

2

pago de todas las obligaciones de deuda de la ACT que venzan durante el Periodo de Emergencia emitidas al amparo de la Resolución Núm. 68-18, aprobada el 13 de junio de 1968, según enmendada, y la Resolución Núm. 98-06, aprobada el 26 de febrero de 1998, según enmendada.

**TERCERO:** Los Boletines Administrativos Núm.: OE-2016-14 y OE-2016-27 relacionados con la Autoridad para el Financiamiento de la Infraestructura de Puerto Rico ("AFIPR") continuarán en vigor. Además, se suspende el pago de los bonos de la AFIPR que venzan durante el Periodo de Emergencia que sean pagaderos de los ingresos provenientes del impuesto especial a los productos de petróleo transferidos a la AFIPR en el Artículo 3060.11A del Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y la Sección 34 de la Ley. Núm. 44 del 12 de junio de 1988, según enmendada, y los ingresos provenientes del impuesto especial federal al consumo de ron transferidos a la AFIPR en virtud del Artículo 25 de la Ley Núm. 44 del 21 de junio de 1988, según enmendada.

**CUARTO:** Conforme a los Artículos 201 y 202 de la Ley, declaro un estado de emergencia y el comienzo de un Periodo de Emergencia para la AEP a partir de la vigencia de esta Orden Ejecutiva. Además, declaro que la obligación de la AEP de transferir, al amparo de la Resolución Núm. 77, aprobada el 16 de noviembre de 1970, que autoriza y asegura los Bonos de Refinanciamiento de Ingresos, Serie L, y cualquier resolución complementaria pertinente, y la Resolución Núm. 468, aprobada el 22 de junio de 1996, que autoriza y asegura los Bonos de Refinanciamiento de Ingresos de Instalaciones Gubernamentales (Series C, D, F, G, H, I, K, M, N, P, Q, R, S, T y U), y cualquier resolución complementaria pertinente, todos los Arrendamientos del Servicio de la Deuda al Agente Fiscal (que se definen, en cada caso, en tales resoluciones), y cualquier obligación de pago correspondiente a la AEP estipulada en la Ley Núm. 56 del 19 de junio de 1958, según enmendada, de transferir tales Arrendamientos del Servicio de la Deuda al Agente Fiscal son Obligaciones Enumeradas en virtud de la Ley y quedan suspendidas por esta Orden Ejecutiva. Además, se suspende el pago de todas las Obligaciones Cubiertas de la AEP que venzan durante el Periodo de Emergencia.

**QUINTO:** Conforme a los Artículos 201 y 202 de la Ley declaro un estado de emergencia y el comienzo de un Periodo de Emergencia para la AMA a partir de la vigencia de esta Orden Ejecutiva. Además, se suspende toda obligación de efectuar pagos de cualquiera de las obligaciones de deuda de la AMA. La presente Orden Ejecutiva no suspende el pago ni la transferencia de cualesquiera obligaciones de la AMA distintas a las previstas en el presente párrafo.

**SEXTO:** Conforme al Artículo 103 (l) (ii)[1] de la Ley, aclaro que no son Obligaciones Cubiertas los pagos al servicio de la deuda que se puedan efectuar de los fondos en depósito con un fiduciario, pero únicamente en la medida en que dichos pagos al servicio de la deuda venzan y sean pagaderos de acuerdo con sus términos programados.

**SÉPTIMO:** Conforme al Artículo 201 (b) de la Ley, no se tomará acción alguna y no se comenzará o continuará reclamación o procedimiento alguno, incluyendo la expedición de emplazamientos en ninguna corte de ninguna jurisdicción, que se relacione con cualquier Obligación Cubierta de cualquier Entidad Gubernamental o sea derivado de ella, incluidas las acciones o procedimientos relacionados con dichas obligaciones o derivados de ellas en los párrafos PRIMERO, SEGUNDO, TERCERO, CUARTO y QUINTO de esta Orden Ejecutiva.

**OCTAVO:** Esta Orden Ejecutiva no suspende ni prohíbe el pago de los préstamos u otras formas de endeudamiento de ninguna Entidad Gubernamental con el Banco Gubernamental de Fomento para Puerto Rico ("BGF"), cuyo producto se use para el desembolso de los fondos depositados en el BGF para garantizar la prestación de los servicios esenciales, de conformidad con el Boletín Administrativo Núm.: OE-2016-10.

**NOVENO:** <u>SEPARABILIDAD</u>. Esta Orden Ejecutiva deberá ser interpretada de manera tal que pueda mantener su validez, en la medida que sea posible, conforme a la Constitución del Estado Libre Asociado, la Constitución de los Estados Unidos y otras leyes aplicables. Si cualquier cláusula, párrafo, subpárrafo, disposición o parte de esta Orden Ejecutiva fuese declarada inconstitucional por un tribunal con jurisdicción, la orden emitida por dicho tribunal a esos efectos no afectará ni invalidará el resto de esta Orden Ejecutiva. El efecto de dicha

---

[1] La disposición según la versión en español de la Ley es el Artículo 103 (x) (ii).

4

orden estará limitado a la cláusula, párrafo, subpárrafo, disposición o parte de esta Orden Ejecutiva declarada inconstitucional y solamente con respecto a la aplicación de la misma a la obligación particular sujeta a dicha controversia.

**DÉCIMO:** DEROGACIÓN. Se deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad.

**UNDÉCIMO:** VIGENCIA Y PUBLICACIÓN. Esta Orden Ejecutiva entrará en vigor inmediatamente y permanecerá en vigor hasta (i) la caducidad del Periodo Cubierto o (ii) la fecha en la que sea revocada esta Orden Ejecutiva por escrito por el Gobernador, lo que ocurra primero. Cualquier suspensión de pago, transferencia o disposición de otro tipo por esta Orden Ejecutiva se mantendrá vigente hasta la terminación de la presente Orden Ejecutiva de acuerdo con el presente párrafo o la revocación por escrito por parte del Gobernador de la suspensión en particular. Se ordena su más amplia publicación y divulgación. Esta Orden Ejecutiva se aprobará en español e inglés. Si en la interpretación o aplicación de esta Orden Ejecutiva surge un conflicto entre el texto en español e inglés, prevalece el texto en inglés.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar en esta el Gran Sello del Estado Libre Asociado de Puerto Rico, en San Juan, Puerto Rico, hoy 30 de junio de 2016.

ALEJANDRO J. GARCÍA PADILLA
GOBERNADOR

Promulgada de acuerdo a la ley, hoy 30 de junio de 2016.

VÍCTOR A. SUÁREZ MELÉNDEZ
SECRETARIO DE ESTADO

5

# EXHIBIT 10B

COMMONWEALTH OF PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Administrative Bulletin Num. EO-2016-30

EXECUTIVE ORDER ISSUED BY THE GOVERNOR OF THE COMMONWEALTH OF PUERTO RICO, HON. ALEJANDRO J. GARCÍA PADILLA, PURSUANT TO ACT NO. 21-2016, AS AMENDED, KNOWN AS THE "PUERTO RICO EMERGENCY MORATORIUM AND REHABILITATION ACT," TO ORDER THE IMPLEMENTATION OF MEASURES THAT ARE REASONABLE AND NECESSARY TO ALLOW FOR THE CONTINUED PROVISION OF ESSENTIAL SERVICES TO PROTECT THE HEALTH, SAFETY AND WELFARE OF THE RESIDENTS OF THE COMMONWEALTH OF PUERTO RICO

**WHEREAS:** On April 6, 2016, I signed into law Act 21-2016, as amended, known as the "Puerto Rico Emergency Moratorium and Rehabilitation Act" (the "Act"). Capitalized terms used herein and not otherwise defined shall have the meanings assigned to them in the Act.

**WHEREAS:** The Act declared a state of emergency in recognition of the fiscal crisis faced by the Commonwealth and related Government Entities—namely, that both are threatened with the prospect of disorderly default on outstanding obligations.

**WHEREAS:** The Secretary of the Treasury has advised me that, after paying for the necessary expenses to protect the public health, safety, education, and welfare of the residents of Puerto Rico, the Commonwealth (1) will have insufficient funds to make the total debt service payments on the Public Debt (as defined in the Act) due on July 1, 2016, and (2) will remain in a fragile liquidity position during fiscal year 2016-2017, during which time it will be required to take extraordinary measures, including those provided herein and in Section 108 of the Act, to ensure the continuation of essential government operations.

**WHEREAS:** The Commonwealth of Puerto Rico has the responsibility and the duty to ensure the public health, safety, education, and welfare of its residents through the exercise of its police power.

**WHEREFORE:** I, ALEJANDRO J. GARCÍA PADILLA, Governor of the Commonwealth, by virtue of the inherent powers of my position and the authority vested in

Case:17-03283-LTS Doc#:3126-10 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc: Exhibit Executive Bulletin OE-2016-30 (8A Spanish 8B English) Page 9 of 12

me by the Constitution and the laws of the Commonwealth of Puerto Rico, do hereby order as follow:

**FIRST:** Pursuant to Sections 201 and 202 of the Act, I hereby declare the Commonwealth to be in a state of emergency and announce the commencement, as of the date of this Executive Order, of an Emergency Period for the Commonwealth. I further hereby declare (1) a moratorium on the Commonwealth's obligation to make payments on any bonds or notes issued or guaranteed by the Commonwealth, other than those described in the EIGHTH paragraph; (2) that the Commonwealth's obligation to transfer cigarette excise taxes (the "Cigarette Taxes") to the Metropolitan Bus Authority ("AMA") pursuant to Section 3060.11 of the Puerto Rico Internal Revenue Code of 2011, as amended, is an Enumerated Obligation under the Act, and is hereby suspended; (3) that the payment obligations of the Commonwealth and its departments and agencies with respect to leases entered into with the Puerto Rico Public Buildings Authority ("PBA") are Enumerated Obligations under the Act, and, to the extent not included in the fiscal year 2016-2017 general fund budget, are hereby suspended; and (4) any obligation of the Office of Management and Budget of the Commonwealth to include an appropriation in the proposed budget submitted to the Legislative Assembly for the payment of bonds issued by the Puerto Rico Public Finance Corporation ("PFC") is an Enumerated Obligation under the Act, and is hereby suspended.

**SECOND:** Administrative Bulletin No. OE-2016-18, as it relates to the Puerto Rico Highways and Transportation Authority ("HTA"), shall continue in effect, except that the Emergency Period declared therein shall be extended through the entirety of the covered period. I further hereby suspend payment of all debt obligations of HTA that come due during the Emergency Period issued pursuant to its Resolution No. 68-18, dated as of June 13, 1968, as amended, and its Resolution No. 98-06, dated as of February 26, 1998, as amended.

**THIRD:** Administrative Bulletin Nos. OE-2016-14 and OE-2016-27, as they relate to the Puerto Rico Infrastructure Financing Authority ("PRIFA"), shall continue in effect. I further suspend payment of bonds of PRIFA that come due during the Emergency Period that are payable from petroleum products excise tax revenues transferred to PRIFA under Section 3060.11A of the Puerto Rico Internal Revenue Code of 2011, as amended, and Article 34 of Act. No. 44 of June 12, 1988, as amended (the "PRIFA Crudita") and

2

federal rum excise tax revenues transferred to PRIFA under Section 25 of Act No. 44 of June 21, 1988, as amended.

**FOURTH:** Pursuant to Sections 201 and 202 of the Act, I hereby declare the Puerto Rico Public Buildings Authority ("PBA") to be in a state of emergency and announce the commencement, as of the date of this Executive Order, of an Emergency Period for PBA. I further hereby declare that PBA's obligation to transfer, pursuant to its Resolution No. 77, dated November 16, 1970, authorizing and securing the Revenue Refunding Bonds, Series L, and any supplemental resolution thereto, and Resolution No. 468, dated June 22, 1996, authorizing and securing the Government Facilities Refunding Revenue Bonds (Series C, D, F, G, H, I, K, M, N, P, Q, R, S, T and U), and any supplemental resolution thereto, all Debt Service Rentals to the Fiscal Agent (defined, in each case, in such resolutions), and any related obligation of PBA set forth in Act No. 56 of June 19, 1958, as amended, to transfer such Debt Service Rentals to the Fiscal Agent are Enumerated Obligations under the Act, and are hereby suspended. I further hereby suspend payment of all Covered Obligations of PBA that come due during the Emergency Period.

**FIFTH:** Pursuant to Sections 201 and 202 of the Act, I hereby declare the Puerto Rico Metropolitan Bus Authority ("AMA") to be in a state of emergency and announce the commencement, as of the date of this Executive Order, of an Emergency Period for AMA. I further hereby suspend any obligation to make payments on any debt obligations of AMA. This Executive Order does not suspend the payment or transfer of any obligation of AMA other than as provided for in this paragraph.

**SIXTH:** Pursuant to Section 103(l)(ii) of the Act,[1] I hereby clarify that debt service payments, but solely to the extent that such debt service payment shall become due and owing according to their scheduled terms, that can be made from funds on deposit with a trustee are not Covered Obligations.

**SEVENTH:** Pursuant to Section 201(b) of the Act, no act shall be done, and no action or proceeding shall be commenced or continued in any court of any jurisdiction that is related to or arises under any Covered Obligation of any Government Entity, including actions or proceedings related to or arising under such obligations listed in the FIRST, SECOND, THIRD, FOURTH, and FIFTH paragraphs of this Executive Order.

---

[1] [Spanish Provision: Section 103(x)(ii)].

3

**EIGHTH:** Notwithstanding any provision herein, this Executive Order does not suspend or prohibit the payment of the loans or other indebtedness of any Government Entity owed to the Government Development Bank for Puerto Rico ("GDB"), the proceeds of which shall be used to disburse funds deposited at GDB to ensure the provision of essential services, consistent with Executive Order 2016-10.

**NINTH:** SEVERABILITY. This Executive Order shall be interpreted in a manner to render it valid to the extent practicable in accordance with the Constitution of the Commonwealth of Puerto Rico and otherwise applicable law. If any clause, paragraph, subparagraph, provision or part of this Executive Order were to be preempted by federal legislation or declared unconstitutional or unlawful by a competent court, the preemption or the order to such effect issued by such court will neither affect nor invalidate the remainder of this Executive Order. The effect of such preemption or order shall be limited to the clause, paragraph, subparagraph, provision or part of this Executive Order preempted or declared unconstitutional and only with respect to the application thereof to the particular obligation subject to such challenge.

**TENTH:** REPEAL. This order shall prevail over any other Executive Order that may, in whole or in part, be inconsistent with this Executive Order, to the extent of such incompatibility.

**ELEVENTH:** EFFECTIVENESS AND PUBLICATION. This Executive Order shall take effect immediately upon signature. Its widest publication and dissemination are hereby ordered. This Executive Order shall be enacted in English and Spanish. If in the interpretation or application of this Executive Order any conflict arises as between the English and Spanish texts, the English text shall govern.

**TWELFTH:** TERMINATION. This Executive Order shall remain in full force and effect until the earlier of (i) expiration of the Covered Period or (ii) revocation of this Executive Order as provided by the Governor in writing. Any suspension of payment, transfer, or otherwise directed by this Executive Order shall remain in effect until the termination of this Executive Order according to this paragraph or the revocation by the Governor in writing of the particular suspension.

4

IN TESTIMONY BY WHICH, I issue this order under my signature and I stamp on it the Great Seal of the Commonwealth of Puerto Rico, in the city of San Juan, today, the 30 day of June, 2016.



ALEJANDRO J. GARCÍA PADILLA
GOVERNOR

Enacted pursuant to applicable law, on June 30, 2016.

VÍCTOR A. SUÁREZ MELÉNDEZ
SECRETARY OF STATE

5