# EXHIBIT 13A

**GOBIERNO DE PUERTO RICO**
**LA FORTALEZA**
**SAN JUAN, PUERTO RICO**

Boletín Administrativo Núm. OE-2017-31

**ORDEN EJECUTIVA DEL GOBERNADOR DE PUERTO RICO, HON. RICARDO A. ROSSELLÓ NEVARES, PARA EXTENDER EL PERIODO DE EMERGENCIA DECRETADO POR LA LEY NÚM. 5-2017 Y DECRETAR MEDIDAS PARA PERMITIR QUE EL BANCO GUBERNAMENTAL DE FOMENTO ("BGF) PUEDA CONTINUAR LLEVANDO A CABO SUS OPERACIONES**

POR CUANTO: Puerto Rico atraviesa actualmente por la mayor crisis financiera y económica de su historia moderna. Esta coyuntura llevó al Congreso federal a aprobar la *Puerto Rico Oversight, Management, and Economic Stability Act*, conocida como PROMESA por sus siglas en inglés. Dicho estatuto, a su vez, estableció una Junta de Supervisión Fiscal para el Gobierno de Puerto Rico ("Junta").

POR CUANTO: Por su parte, con el propósito de atender la crisis, la Asamblea Legislativa de Puerto Rico aprobó la Ley Núm. 5-2017, conocida como *Ley para la Emergencia Financiera y Responsabilidad Fiscal de Puerto Rico*. Mediante esta ley se decretó un "Periodo de Emergencia", según definido en ese estatuto, durante el cual el Gobernador puede tomar medidas para garantizar la responsabilidad fiscal en el Gobierno de tal forma que se puedan satisfacer las obligaciones del Gobierno y sus intrumentalidades y a la misma vez, garantizar que se provean aquellos servicios gubernamentales esenciales para la salud, seguridad y bienestar de los residentes de Puerto Rico.

POR CUANTO: Conforme al Artículo 103(q) de la Ley 5-2017, ese "Periodo de Emergencia" termina el 1 de mayo de 2017. No obstante, el Gobernador, mediante una Orden Ejecutiva, está autorizado a extenderlo por un término adicional de tres (3) meses.

POR CUANTO: Desde el mes de enero, el Gobierno de Puerto Rico se encuentra inmerso en un proceso abarcador de reforma fiscal, el cual incluye la adopción de un Plan Fiscal que fue certificado por Junta, el desarrollo de un presupuesto compatible con dicho Plan, así como la adopción de un sinnúmero de medidas para reformar la estructura de Gobierno.

POR CUANTO: Resulta necesario extender el "Periodo de Emergencia" por un término de tres (3) meses adicionales para permitir que puedan continuar las negociaciones voluntarias entre el Gobierno y sus



| | |
|---|---|
| | instrumentalidades y los acreedores, y al mismo tiempo, se puedan continuar prestando los servicios esenciales al Pueblo de Puerto Rico. |
| POR CUANTO: | El Artículo 204 de la Ley Núm. 5-2017 autoriza al Gobernador a tomar cualesquiera y todas las acciones que estime razonables y necesarias para permitir al BGF continuar llevando a cabo sus operaciones. |
| POR TANTO: | YO, RICARDO A. ROSSELLÓ NEVARES, Gobernador de Puerto Rico, en virtud de los poderes que me confieren la Constitución y las leyes del Gobierno de Puerto Rico, por la presente decreto y ordeno lo siguiente: |
| SECCIÓN 1ra. | Al amparo del Artículo 103(q) de la Ley Núm. 5-2017, se extiende el "Periodo de Emergencia" decretado por dicho estatuto por un término adicional de tres (3) meses, el cual terminará el 1 de agosto de 2017. |
| SECCIÓN 2da. | Conforme al Artículo 208(e) de la Ley Núm. 5-2017, las Órdenes Ejecutivas emitidas bajo la "Ley de Moratoria de Emergencia y Rehabilitación Financiera de Puerto Rico", Ley Núm. 21-2016, según enmendada, y bajo la Ley Núm. 5-2017, continuarán en efecto y con toda fuerza y vigor hasta que sean enmendadas, rescindidas o sustituidas. |
| SECCIÓN 3ra. | A tenor con el Artículo 204 de la Ley Núm. 5-2017, se dispone que con el propósito de permitir que el BGF pueda continuar con sus operaciones, las mismas deberán regirse por lo dispuesto en la Orden Ejecutiva 2016-010 y la Orden Ejecutiva 2016-014, así como por lo dispuesto en el Plan Fiscal del BGF aprobado por la Junta, según pueda ser enmendado, y por cualquier otra determinación de la Junta, disponiéndose, sin embargo, que en la medida que surja una inconsistencia o discrepancia entre lo dispuesto por dichas Órdenes Ejecutivas y el Plan Fiscal del BGF o cualquier determinación de la Junta, prevalecerán las determinaciones de la Junta y el Plan Fiscal del BGF. |
| SECCIÓN 4ta. | <u>DEROGACIÓN</u>. Esta Orden Ejecutiva deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad. |
| SECCIÓN 5ta. | <u>VIGENCIA.</u> Esta Orden Ejecutiva entrará en vigor inmediatamente y se mantendrá vigente hasta que sea enmendada o revocada por una orden ejecutiva posterior o por operación de ley. |

2

SECCIÓN 6ta.  SEPARABILIDAD. Las disposiciones de esta Orden Ejecutiva son independientes y separadas unas de otras y si un tribunal con jurisdicción y competencia declarase inconstitucional, nula o inválida cualquier parte, sección, disposición y oración de esta Orden Ejecutiva, la determinación a tales efectos no afectará la validez de las disposiciones restantes, las cuales permanecerán en pleno vigor.

SECCIÓN 7ma.  PUBLICACIÓN. Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el gran sello del Gobierno de Puerto Rico, en La Fortaleza, en San Juan, Puerto Rico, hoy 30 de abril de 2017.

RICARDO ROSSELLÓ NEVARES
GOBERNADOR

Promulgada de conformidad con la Ley, hoy 30 de abril de 2017.

LCDA. MARÍA MARCANO DE LEÓN
SECRETARIA DE ESTADO INTERINA



3

# EXHIBIT 13B

**GOVERNMENT OF PUERTO RICO**
**THE FORTALEZA**
**SAN JUAN, PUERTO RICO**

Administrative Bulletin No. EO-2017-031

**EXECUTIVE ORDER OF THE GOVERNOR OF PUERTO RICO, HON. RICARDO A. ROSSELLÓ NEVARES, TO EXTEND THE EMERGENCY PERIOD UNDER THE PUERTO RICO FINANCIAL EMERGENCY AND FISCAL RESPONSIBILITY ACT OF 2017, ACT NO. 5-2017 AND TO DECREE MEASURES TO PERMIT THE GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO ("GDB") TO CONTINUE CARRYING OUT ITS OPERATIONS**

WHEREAS: Puerto Rico is currently undergoing the worst financial and economic crisis of its modern history. This precarious situation led the United State Congress to enact the *Puerto Rico Oversight, Management, and Economic Stability Act*, known as PROMESA. Said statute established the Financial Oversight and Management Board for Puerto Rico (the "Board").

WHEREAS: In order to address the crisis, the Legislative Assembly of Puerto Rico enacted Act 5-2017, known as *Puerto Rico Financial Emergency and Fiscal Responsibility Act*. Said statute declared an "Emergency Period" during which the Governor can take measures to guarantee fiscal responsibility in the Government in such a way that the obligations of the Government and its instrumentalities can be satisfied while at the same time ensure for the provision of essential services required for the health, safety, and welfare of the residents of Puerto Rico.

WHEREAS: Pursuant to article 103(q) of Act 5-2017, the "Emergency Period" ends May 1, 2017. Notwithstanding, the Governor pursuant to an Executive Order, may extend the term for an additional three (3) months.

WHEREAS: Since January, the Government of Puerto Rico has been immersed in a comprehensive fiscal reform process, which includes the adoption of a Fiscal Plan which was certified by the Board, the development of a budget compatible with said Plan, as well as the adoption of a number of measures to reform the structure of the Government.

WHEREAS: It is necessary to extend the "Emergency Period" for an additional three months (3) to enable the voluntary negotiations to continue between the Government, its instrumentalities and the creditors to continue, and at the same time, while allowing for the continued provision of essential services to the People of Puerto Rico.

WHEREAS: Section 204 of Act 5-2017 authorizes the Governor to take any and all actions it deems reasonable and necessary to permit the GDB to continue carrying out its operations.

NOW, THEREFORE: I, RICARDO A. ROSSELLÓ NEVARES, Governor of Puerto Rico, by virtue of the inherent powers of my position and the authority vested in me by the Constitution and laws of Puerto Rico, hereby order and decree the following:

1st SECTION. Pursuant Article 103(q) of Act 5-2017, the "Emergency Period" is hereby extended by an additional period of three (3) months, which shall end on August 1, 2017.

2nd SECTION. Pursuant to Section 208(e) of Act 5-2017, it is hereby provided that the Executive Orders adopted pursuant to Act 21-2016, the Puerto Rico Emergency Moratorium and Financial Rehabilitation Act and Act 5-2017, shall remain in full force and effect until such orders are amended, rescinded, or superseded.

3rd SECTION. Pursuant to Section 204 of Act 5-2017, it is hereby provided that in order to permit the GDB to continue carrying out its operations, such operations shall be governed by the provisions of Executive Order 2016-010 and Executive Order 2016-014, as well as the provisions of the Fiscal Plan for the GDB approved by the Board, as it may be amended, and by any other determination of the Board, provided, however, that to the extent that there is an inconsistency or discrepancy between the provisions of said Executive Orders and the Fiscal Plan for the GDB or any determination of the Board, the Fiscal Plan for the GDB and the determinations of the Board shall prevail.

4th SECTION. REPEAL. This order renders without any effect any other Executive Order that may, in whole or in part, be inconsistent with this Executive Order, to the extent of such incompatibility.

5th SECTION. EFFECTIVENESS. This Executive Order shall take effect immediately and shall remain in effect until it is amended or repealed by a future Executive Order or by operation of law.

6th SECTION SEVERABILITY. This Executive Order shall be interpreted in a manner to render it valid to the extent practicable in accordance with the Puerto Rico Constitution and the United States Constitution. If a section, clause, paragraph, subparagraph, provision, or other part of this Executive Order is declared unconstitutional or unlawful by a competent court, a court order to that effect will neither affect nor invalidate the remainder of this Executive Order. The effect of such a court order will be limited to the section, clause, paragraph,

2

subparagraph, provision, or other part of this Executive Order declared unconstitutional or unlawful and only with respect to the application to the particular obligation subject to the court order.

7TH SECTION  PUBLICATION. This Executive Order shall be filed immediately with the Department of State and its widest publication is hereby ordered.

IN TESTIMONY BY WHICH, I issue this Executive Order under my signature and I affix the Great Seal of the Government of Puerto Rico, at The Fortaleza, in San Juan, Puerto Rico, this 30th day of April, 2017.

RICARDO A. ROSSELLO NEVARES
GOVERNOR

Promulgated pursuant to law, this 30th day of April, 2017.

MARÍA MARCANO DE LEÓN, ESQ.
INTERIM SECRETARY OF STATE

3