# EXHIBIT 15A

GOBIERNO DE PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Boletín Administrativo Núm. OE-2017-076

**ORDEN EJECUTIVA DEL GOBERNADOR DE PUERTO RICO, HON. RICARDO A. ROSSELLÓ NEVARES, PARA EXTENDER EL PERIODO DE EMERGENCIA DECRETADO POR LA LEY 5-2017, SEGÚN ENMENDADA.**

POR CUANTO: Puerto Rico atraviesa actualmente por la mayor crisis financiera y económica de su historia moderna. Esta coyuntura llevó al Congreso federal a aprobar la *Puerto Rico Oversight, Management, and Economic Stability Act*, conocida como PROMESA por sus siglas en inglés. Dicho estatuto, a su vez, estableció una Junta de Supervisión Fiscal para el Gobierno de Puerto Rico ("JSF").

POR CUANTO: Por su parte, con el propósito de atender la crisis, la Asamblea Legislativa de Puerto Rico aprobó la Ley Núm. 5-2017, conocida como *Ley para la Emergencia Financiera y Responsabilidad Fiscal de Puerto Rico* ("Ley 5-2017"). Mediante esta ley se decretó un "Periodo de Emergencia" durante el cual el Gobernador podía tomar medidas para garantizar la responsabilidad fiscal en el Gobierno de Puerto Rico y sus intrumentalidades, de tal forma que se puedan satisfacer las obligaciones y, a la misma vez, proteger la salud, seguridad y bienestar de los residentes de Puerto Rico.

POR CUANTO: El Periodo de Emergencia terminaba originalmente el 1 de mayo de 2017. No obstante, conforme a lo dispuesto en la Ley 5-2017 el Gobernador extendió dicho periodo por un término adicional de tres (3) meses mediante el Boletín Administrativo OE-2017-31.

POR CUANTO: Posteriormente, la Asamblea Legislativa aprobó la Ley 46-2017, mediante la cual se enmendó la Ley 5-2017 para extender el Periodo de Emergencia hasta el 31 de diciembre de 2017. De igual forma, mediante la referida enmienda se dispuso que "mientras esté constituida la Junta de Supervisión Fiscal para Puerto Rico de conformidad con PROMESA, el Gobernador podrá, de ser necesario, extender dicho periodo por términos de no más de seis (6) meses cada uno mediante orden ejecutiva".

POR CUANTO: Durante los días 19 y 20 de septiembre, el huracán María hizo su paso por Puerto Rico, convirtiéndose en el fenómeno atmosférico más devastador en los pasados ochenta (80) años. Dicho impacto ha afectado adversamente las finanzas gubernamentales, lo que ha provocado que la crisis fiscal continúe agravándose.

| | |
|---|---|
| POR CUANTO: | A raíz del impacto del huracán María, la JSF ha solicitado que se presente un borrador de Plan Fiscal revisado para el Gobierno de Puerto Rico. Del mismo modo, la JSF solicitó que se presenten borradores de Planes Fiscales revisados para la Autoridad de Energía Eléctrica, la Autoridad de Acueductos y Alcantarillados, la Universidad de Puerto Rico, la Autoridad de Carreteras y Transportación, el Banco Gubernamental de Fomento y la Corporación Pública para Supervisión y Seguro de Cooperativas de Puerto Rico ("COSSEC"). |
| POR CUANTO: | Por otra parte, el Gobierno de Puerto Rico, la Corporación del Fondo de Interés Apremiante ("COFINA"), el Sistema de Retiro de los Empleados del Gobierno de Puerto Rico, la Autoridad de Carreteras y Transportación, y la Autoridad de Energía Eléctrica, actualmente se encuentran en el proceso de reestructuración de sus obligaciones, conforme al Título III de PROMESA. |
| POR CUANTO: | Por todo lo anterior, resulta indispensable extender el Periodo de Emergencia decretado por la Ley 5-2017, según enmendada, por un término adicional de seis (6) meses, de forma tal, que contemos con las herramientas necesarias para afrontar los retos fiscales que enfrenta el Gobierno de Puerto Rico y sus instrumentalidades. |
| POR TANTO: | YO, RICARDO ROSSELLÓ NEVARES, Gobernador de Puerto Rico, en virtud de los poderes que me confieren la Constitución y las leyes del Gobierno de Puerto Rico, por la presente decreto y ordeno lo siguiente: |
| SECCIÓN 1ra. | Al amparo del Artículo 103(q) de la Ley Núm. 5-2017, según enmendada, se extiende el "Periodo de Emergencia" decretado por dicho estatuto por un término adicional de seis (6) meses, el cual terminará el 30 de junio de 2018. |
| SECCIÓN 2da. | DEROGACIÓN Y VIGENCIA. Esta Orden Ejecutiva deja sin efecto cualquier otra Orden Ejecutiva que en todo o en parte sea incompatible con esta, hasta donde existiera tal incompatibilidad. Esta Orden Ejecutiva entrará en vigor inmediatamente y se mantendrá vigente hasta que sea enmendada o revocada por una orden ejecutiva posterior o por operación de ley. |
| SECCIÓN 3ra. | SEPARABILIDAD. Las disposiciones de esta Orden Ejecutiva son independientes y separadas unas de otras y si un tribunal con jurisdicción y competencia declarase inconstitucional, nula o inválida cualquier parte, sección, disposición y oración de esta Orden |

2

Ejecutiva, la determinación a tales efectos no afectará la validez de las disposiciones restantes, las cuales permanecerán en pleno vigor.

SECCIÓN 4ta. <u>PUBLICACIÓN</u>. Esta Orden Ejecutiva debe ser presentada inmediatamente en el Departamento de Estado y se ordena su más amplia publicación.

EN TESTIMONIO DE LO CUAL, expido la presente Orden Ejecutiva bajo mi firma y hago estampar el gran sello del Gobierno de Puerto Rico, en La Fortaleza, en San Juan, Puerto Rico, hoy 28 de diciembre de 2017.



RICARDO ROSSELLÓ NEVARES
GOBERNADOR

Promulgada de conformidad con la Ley, hoy 28 de diciembre de 2017.

LCDA. MARÍA MARCANO DE LEÓN
SECRETARIA DE ESTADO INTERINA

3

# EXHIBIT 15B

GOVERNMENT OF PUERTO RICO
LA FORTALEZA
SAN JUAN, PUERTO RICO

Administrative Bulletin. OE-2017-076

**EXECUTIVE ORDER OF THE GOVERNOR OF PUERTO RICO, HON. RICARDO A. ROSSELLÓ NEVARES, TO EXTEND THE EMERGENCY PERIOD DECLARED UNDER ACT 5-2017, AS AMENDED.**

| | |
|---|---|
| WHEREAS: | Puerto Rico is currently undergoing the worst financial and economic crisis of its modern history. This precarious situation led the United States Congress to enact the *Puerto Rico Oversight, Management, and Economic Stability Act*, known as PROMESA. Said statute established the Financial Oversight and Management Board for Puerto Rico (the "Board"). |
| WHEREAS: | In order to address the crisis, the Legislative Assembly of Puerto Rico enacted Act 5-2017, known as *Puerto Rico Financial Emergency and Fiscal Responsibility Act*. Said statute declared an "Emergency Period" during which the Governor can take measures to guarantee fiscal responsibility in the Government in such a way that the obligations of the Government and its instrumentalities can be satisfied while safeguarding the health, safety, and wellbeing of the residents of Puerto Rico. |
| WHEREAS: | The Emergency Period originally ended on May 1, 2017. However, pursuant to the provisions of Act 5-2017, the Governor extended the term for an additional three (3) months through Administrative Bulletin OE-2017-31. |
| WHEREAS: | Subsequently, the Legislative Assembly enacted Act 46-2017, to amend Act 5-2017 in order to extend the Emergency Period until December 31, 2017. In addition, said amendment provided that "while the Financial Oversight and Management Board for Puerto Rico is constituted, the Governor may, if necessary, extend said term for periods of six (6) months or less each through an executive order". |
| WHEREAS: | On September 19 and 20, Hurricane María made landfall in Puerto Rico as the most devastating atmospheric event in the last eighty (80) years. Said impact has adversely affected government finances, which has caused the fiscal crisis to worsen. |
| WHEREAS: | Due to the impact of Hurricane María on Puerto Rico, the Board has requested a draft of the revised Fiscal Plan for the Government of Puerto Rico. In addition, the Board requested the submission of |

| | |
|---|---|
| | drafts of revised Fiscal Plans for the Puerto Rico Electric Power Authority ("PREPA"), the Aqueduct and Sewers Authority ("PRASA"), the University of Puerto Rico, the Highway and Transportation Authority ("PRHTA"), the Government Development Bank ("GDB"), and the Public Corporation for the Supervision and Insurance of Cooperatives of Puerto Rico (COSSEC, by its Spanish acronym). |
| WHEREAS: | In addition to the foregoing, at present, the Government of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation ("COFINA"), the Puerto Rico Government Employees Retirement System, PRHTA and PREPA are in the process of restructuring their obligations pursuant to Title III of PROMESA. |
| WHEREAS: | In view of the foregoing, it is essential to extend the Emergency Period declared under Act 5-2017, as amended, for an additional six (6)-month term to have the tools needed to work with the fiscal challenges the Government of Puerto Rico and its instrumentalities are facing. |
| WHEREFORE: | I, RICARDO A. ROSSELLÓ NEVARES, Governor of Puerto Rico, by virtue of the powers vested in me by the Constitution and the laws of Puerto Rico, hereby order as follows: |
| SECTION 1 | Pursuant to Article 103(q) of Act 5-2017, as amended, the "Emergency Period" declared under said statute is hereby extended by an additional six (6)-month term, which shall end on June 30, 2018. |
| SECTION 2 | REPEAL AND EFFECTIVENESS. This order leaves without effect any other Executive Order that may, in whole or in part, be inconsistent with this Executive Order, to the extent of such incompatibility. This Executive Order shall take effect immediately and shall remain in effect until it is amended or repealed by a future executive order or by operation of the Law. |
| SECTION 3 | SEVERABILITY. The provisions of this Executive Order are independent and apart ones from the others, and if any part, section, provision or sentence of this Executive Order were to be declared unconstitutional, null or void by a court of competent jurisdiction, the decision to that effect will not affect the validity of the remaining provisions, which shall remain in full force and effect. |
| SECTION 4 | PUBLICATION. This Executive Order shall be filed immediately with the Department of State, and its widest publication is hereby ordered. |

2



IN WITNESS WHEREOF, I issue this Executive Order under my signature and cause the Great Seal of the Government of Puerto Rico to be affixed in La Fortaleza, San Juan, Puerto Rico, this 28th day of the December 2017.

RICARDO ROSSELLÓ NEVARES
GOVERNOR

Enacted pursuant to the Law, this 28th day of December 2017.

MARÍA MARCANO DE LEÓN, ESQ.
ACTING SECRETARY OF STATE

3