# EXHIBIT 23

Case:17-03283-LTS Doc#:3126-23 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc: Exhibit 2004 Hearing Transcript Excerpts Page 2 of 7

1

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF PUERTO RICO

 3
        In Re:                           )
 4                                       )
        THE FINANCIAL OVERSIGHT AND      )
 5      MANAGEMENT BOARD FOR PUERTO RICO,)
                                         )
 6          as representatives of        )   No. 17 BK 3283-LTS
                                         )
 7      THE COMMONWEALTH OF PUERTO RICO, )
        et al,                           )
 8                                       )   Pages 1 - 58
                      Debtors.           )
 9      _____)   December 14, 2017

10

11

12                                HEARING

13             BEFORE THE HONORABLE JUDITH GAIL DEIN
                    UNITED STATES MAGISTRATE JUDGE
14

15
                                   United States District Court
16                                 1 Courthouse Way, Courtroom 8
                                   Boston, Massachusetts  02210
17

18

19

20

21

22                         JOAN M. DALY
                       OFFICIAL COURT REPORTER
23                  United States District Court
                      1 Courthouse Way, Room 5507
24                         Boston, MA  02210
                        joanmdaly62@gmail.com
25
```

Case:17-03283-LTS Doc#:3126-23 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc: Exhibit 2004 Hearing Transcript Excerpts Page 3 of 7

2

```
 1    A P P E A R A N C E S:

 2
         GARY ORSECK, ESQ., and KATHERYN ZECCA, ESQ., Robbins
 3    Russell, for GO Bondholders.

 4       PETER FRIEDMAN, ESQ., and ASHLEY PAVEL, ESQ., O'Melveny &
      Myers, for AAFAF.
 5
         TIMOTHY W. MUNGOVAN, ESQ., GREGG M. MASHBERG, ESQ., and
 6    CARL FORBES, JR., ESQ., Proskauer Rose, for the Financial
      Oversight and Management Board for Puerto Rico (FOMB).
 7
         ELLEN HALSTEAD, ESQ., Cadwalader, Wickersham & Taft, for
 8    Assured Guaranty.

 9       CHRISTOPHER DiPOMPEO, ESQ., Jones Day, for ERS Secured
      Creditors.
10
         RICHARD LEVIN, ESQ., Jenner & Block, for Official
11    Committee of Retired Employees.

12       SHANNON WOLF, ESQ., Bracewell LLP, for QTCB Noteholder
      Group.
13
         LUC DESPINS, ESQ., Paul Hastings, for UCC.
14
         MARTIN SOSLAND, ESQ., Butler Snow, LLP, for Financial
15    Guaranty Insurance Company.

16       GREGORY A. HOROWITZ, ESQ., Kramer Levin Naftalis &
      Frankel, for The Mutual Fund Group.
17
         ERIC WEISS, ESQ., Milbank, Tweed, Hadley & McCloy, for
18    Ambac.

19

20

21

22

23

24

25
```

Case:17-03283-LTS Doc#:3126-23 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc:
Exhibit 2004 Hearing Transcript Excerpts Page 4 of 7

46

1     there's a deposition or something?

2         MR. ORSECK: No. That's different. That's

3     Dr. Wolfe which they have produced. Excuse me.

4         The materials that I'm talking about they have

5     placed in category four which is to say we would not be able

6     to use it, which to me is the same point.

7         So on the use issue, Judge, to circle back, we are

8     in agreement in principle on the first two categories. On

9     the third category we're also in agreement in principle so

10    long as what they are holding within the mediation folder in

11    the data room are materials that relate only to the mediation

12    and are in the underlying factual materials.

13        Where we disagree are as to materials that underlie

14    the old fiscal plan and the new fiscal plan. We think that

15    they are both discoverable under 2004. And to the extent

16    they want to assert deliberative process privilege, they

17    should just go ahead and assert it.

18        The last thing I want to do is touch on a couple of

19    the specific requests that are outstanding. Most of these

20    they've said that they will continue to look for materials.

21    We've asked for a response in a week as to where they stand

22    on these. They've asked to do it a bit later than that. But

23    the one I want to raise --

24        We had a request that asked for all documents that

25    identify what they have defined as essential services. Under

Case:17-03283-LTS Doc#:3126-23 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc:
Exhibit 2004 Hearing Transcript Excerpts Page 5 of 7

47

```
 1    PROMESA there is a requirement to fund essential services.
 2    And they have at times taken the position that essential
 3    services come before payment of the debt to GO Bondholders.
 4    So we have asked them identify what the essential services
 5    are in the fiscal plan or any other discussion or
 6    identification of what are essential services.
 7              We were told in a meet and confer, and if counsel
 8    will confirm this, we will deem request number 12 to be
 9    satisfied, but we were told that they are unaware of any such
10    documents that identify essential services or define
11    essential services either that were provided to the Oversight
12    Board or that have been used or relied upon in connection
13    with the formulation of any draft or final fiscal plan.
14              If they will make that representation, then we deem
15    that request satisfied.  I think the rest remain to be worked
16    out as to what they will and won't produce as to by when and
17    the question of use and whether deliberative process must be
18    logged or not.
19              MR. FRIEDMAN:  Peter Friedman from AAFAF, Your
20    Honor.  I will say with respect to the last issue, number 12,
21    that is my understanding with respect to essential services.
22    We will continue to look.  If we identify something that
23    falls into the category of -- so I view it as part of a
24    continuing obligation on our part to look to see if there are
25    documents about essential services that have been provided to
```

Case:17-03283-LTS Doc#:3126-23 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc: Exhibit 2004 Hearing Transcript Excerpts Page 6 of 7

48

```
 1    the FOMB by AAFAF or used or relied upon in connection with
 2    the formulation of a fiscal plan.  I'm not aware of it.
 3    We've made inquiries.  We will keep looking.  And if it turns
 4    out, I understand we have an obligation to produce.  I have
 5    made a representation based on my current understanding and
 6    our firm's understanding based on reasonable increase, we'll
 7    keep looking.
 8              THE COURT:  So as I understand, I have a decision
 9    as between December 22 and January 5 on when you're
10    reporting?
11              MR. ORSECK:  I think that's right.
12              THE COURT:  I'll give you January 5 if you want to
13    wreck your holidays.  I don't have a problem with that.
14              MR. MUNGOVAN:  Your Honor, can I just be heard at
15    the podium with respect to one item?
16              THE COURT:  Yes.
17              MR. MUNGOVAN:  Your Honor, Timothy Mungovan for the
18    Oversight Board.  What is it specifically that we're supposed
19    to be reporting on for January 5?
20              THE COURT:  Are you asking me?  As I understood it
21    from the papers, that was your agreement as to when you were
22    going to report on what you had been searching for, and they
23    wanted you to give them a status report as of December 22.
24    You wanted to give a status report as of January 5.
25              MR. MUNGOVAN:  That's right, Your Honor.
```

Case:17-03283-LTS Doc#:3126-23 Filed:05/23/18 Entered:05/23/18 11:45:37 Desc:
Exhibit 2004 Hearing Transcript Excerpts Page 7 of 7

58

```
 1                - - - - - - - - - - - - -
 2                      CERTIFICATION
 3
 4         I certify that the foregoing is a correct
 5    transcript of the record of proceedings in the above-entitled
 6    matter to the best of my skill and ability.
 7
 8
 9
10    /s/ Joan M. Daly                    December 15, 2017
11    _____            _____
12    Joan M. Daly, RMR, CRR              Date
      Official Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25
```