UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS &
TRANSPORTATION AUTHORITY,

    Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

This Order relates to
17 BK 3567-LTS and shall
be filed in the Lead Case No.
17 BK 3283-LTS and Case
No. 17 BK 3567-LTS

PROMESA
Title III

No. 17 BK 3567-LTS

ORDER DENYING MOVANT ADRIAN MERCADO
JIMENEZ'S MOTION TO STRIKE AND REQUEST OF SANCTIONS

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court has received and reviewed the *Movant's Motion to Strike and Request of Sanctions* (Docket Entry No. 441, the "Motion").[2] The Motion is hereby is denied. The Court compared the version of the joint status report that was attached to the Motion (Docket Entry No. 441-1) against the version of the joint status report that was previously filed on CM/ECF (Docket Entry No. 440.) The differences between the two versions of the document are not material and provide no proper basis for the relief requested by the Movant. The Court will consider both versions of the Movant's portions of the joint report in deciding the underlying motion. This Order resolves docket entry no. 441 in Case No. 17-3567.

SO ORDERED.

Dated: May 24, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] All docket entry references are to entries in case no. 17-3567, unless otherwise specified.