UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                   Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING THE URGENT JOINT MOTION
UNDER CASE MANAGEMENT PROCEDURES SEEKING EXTENSION OF DEADLINES

The Court has received and reviewed the *Urgent Joint Motion under Case Management Procedures Seeking Extension of Deadlines* (Docket Entry No. 3132, the "Urgent Motion"). The Urgent Motion is hereby granted as set forth herein.

1. The deadline for the Oversight Board[2] and AAFAF to file the Motion to Amend and have it considered at the June Omnibus Hearing is extended to **May 23, 2018**.[3]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used herein and not otherwise defined shall have the meaning given to them in the Urgent Motion.

[3] The Motion to Amend was filed on CM/ECF on May 23, 2018. (Docket Entry No. 3133.)

2. The Objection Deadline is extended to **May 30, 2018** at 12:00 p.m. (Atlantic Standard Time).

3. The Reply Deadline is extended to **June 2, 2018** at 12:00 p.m. (Atlantic Standard Time).

This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order. This Order resolves docket entry no. 3132.

SO ORDERED.

Dated: May 24, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge