## IN THE UNITED STATES DISTRICT COURT FOR THE

## DISTRICT OF PUERTO RICO

Set: 1:30 PM (AST)
Started: 1:30 PM (AST)
Ended: 4:00 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE HONORABLE JUDITH GAIL DEIN**                      DATE May 21, 2018

COURTROOM DEPUTY: Thomas Quinn

COURT REPORTER: Kelly Mortellite (MA)

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| *as representative of* | |
| The Commonwealth of Puerto Rico, *et al.* Debtors | (Jointly Administrated) |

**Motion Hearing held.**

- Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporations' Motion to Compel Compliance With February 26, 2018 Order And For Entry of A Protective Order   [Docket No. 2865].

   - Motion for Joinder [Docket No. 2948] (treated as a separate motion to compel documents in case 17-BK-4780, the Title III case for PREPA as per Order at docket #3064 in case 17-BK-3283 (LTS) ).

     Arguments heard.

The 47 documents identified in the Motion to Compel are deemed produced under Federal Rule of Bankruptcy Procedure 2004 and pursuant to a Protective Order to be agreed upon by the parties. The 7 documents identified in the PREPA Motion are deemed produced under Federal Rule of Bankruptcy Procedure 2004 and pursuant to the existing Protective Order between the parties to the PREPA Motion.

The parties shall work on a designation and a mechanism to move forward for the production of fiscal plan development material identified after the filing of the Motion to Compel and PREPA Motion. **Proposed process due in two (2) weeks**.

- Discussion on Memorandum Order Remanding Certain Aspects of Magistrate Judge's February 26, 2018 Order for Further Proceedings [Docket 2952].

     Arguments heard.

On or before **May 30, 2018** counsel shall file a schedule and procedure for addressing the objections, starting with a round of no more than 12 categories of documents.

s/Marian Ramirez Rivera
Marian Ramirez Rivera
Deputy Clerk