UNITED STATES BANKRUPTCY DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In the matter of:

COMMONWEALTH OF PUERTO RICO

Debtor

CASE NO. 17-bk-03283

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

Comes now creditor P. R. Used Oil Collectors, Inc. through the undersigned legal representative and respectfully states and prays as follows:

1. The interests of P. R. Used Oil Collectors, Inc. will be actively managed by the undersigned attorney and the firm of Oliveras & Ortiz Law Offices, PSC.

2. In light of the aforementioned, it is requested that an appearance by the undersigned attorney and the law firm of Oliveras & Ortiz, PSC be entered on behalf of P. R. Used Oil Collectors, Inc.

WHEREFORE, it is respectfully requested that the Honorable Court take notice of this motion and enter an appearance by Luis Ramón Ortiz Segura, Esq., of Oliveras & Ortiz Law Offices PSC, on behalf of P. R. Used Oil Collectors, Inc.

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico this 24TH day of May, 2018.

I Hereby Certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record.

*S/Luis R. Ortiz Segura*
Bar Number: 201609

**LUIS R. ORTIZ SEGURA**
Oliveras & Ortiz Law Offices PSC
171 Chardón Ave., Suite 406
San Juan, PR 00918-1722
Telephone 787-724-8103
Facsimile   787-724-8152
E-mail: l.ortizsegura@ploolaw.com