# Exhibit A

8.36.82.213



# COFINA Agent Response to May 14 Public Release of Settlement Proposal

May 14, 2018 04:48 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Bettina M. Whyte, in her capacity as the agent appointed for COFINA (the "**COFINA Agent**") pursuant to the *Stipulation and Order Approving Procedure to Resolve Commonwealth-COFINA Dispute*, issued the following statement responding to the press release issued earlier today by counsel to the Ad Hoc Group of GO Bondholders regarding a settlement proposal:

> "The press release made by the Ad Hoc Group of GO Bondholders earlier today erroneously states that the COFINA Agent "supported the allocation of the Pledged Sales Tax between the Commonwealth and COFINA" in a proposed settlement of the Commonwealth-COFINA Dispute. This is inaccurate. The COFINA Agent neither endorsed nor rejected the proposed settlement. Additionally, the COFINA Agent specifically advised counsel to the Ad Hoc Group of GO Bondholders that any characterization of the COFINA Agent's position in favor of the proposed settlement was neither authorized nor accurate."

## Contacts

Willkie Farr & Gallagher LLP

Christopher Koenig, 212-728-8456

ckoenig@willkie.com