IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>COMMONWEALTH OF PUERTO RICO,<br><br>DEBTOR | PROMESA TITLE III<br><br>CASE 17-03283(LTS)<br><br>JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to RULE 83(D) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico and Federal Rule of Bankruptcy Procedure 9010(b), Jorge L. Gerena-Méndez, Esq., appears as counsel on behalf of Migrant Health Center, Inc. Pursuant the foregoing Rules and to Sections 102(1), 342 and 1109(b) of the Bankuptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned counsel requests that all notices, reports, plans, disclosure statements, motions, pleadings, orders and any documents filed in this case be served electronically upon the undersigned and at the address set forth below:

**JORGE L. GERENA-MENDEZ, ESQ.**
GERENA LAW OFFICE
P.O. BOX 363524
SAN JUAN, P.R. 00936-3524
TEL. 787-203-2118; 787-766-0780
EMAIL: JLGERE@GMAIL.COM

1

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, today May 25, 2018.

S/Jorge L. Gerena-Méndez

_____
JORGE L. GERENA-MENDEZ, ESQ.
GERENA LAW OFFICE
P.O. BOX 363524
SAN JUAN, P.R. 00936-3524
TEL. 787-203-2118; 787-766-0780
EMAIL: JLGERE@GMAIL.COM

## CERTIFICATE OF SERVICE

I hereby that on this same date a true and correct copy of the present Notice was filed using the electronic filing system, which will send a copy to debtor's attorney and to all parties in interest registered registered in the system.

S/Jorge L. Gerena-Méndez

_____
JORGE L. GERENA-MENDEZ, ESQ.
GERENA LAW OFFICE
P.O. BOX 363524
SAN JUAN, P.R. 00936-3524
TEL. 787-203-2118; 787-766-0780
EMAIL: JLGERE@GMAIL.COM