# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3566-LTS<br><br>RE: ECF Nos. 278, 281<br><br>**Because of the nature of the relief requested herein, this Response shall be filed in the Title III cases for each of the Debtors.** |
| ASOCIACIÓN DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO,<br><br>    Movant.<br><br>    v. | |

---

[1] The debtors in the jointly-administered Title III cases (collectively, the "Debtors"), along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481) (the "Commonwealth"); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO,

                  Respondent.

**JOINDER OF THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY
AUTHORITY TO DEBTORS' RESPONSE TO
(I) MOTION FOR EXTENSION OF BAR DATE TO FILE PROOFS OF CLAIM
AND (II) RESPONSE OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as the entity authorized to act on behalf of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power Authority (collectively, the "Debtors") pursuant to the authority granted to it under the Enabling Act of the Fiscal Agency and Financial Advisory Authority, Act 2-2017, respectfully submits this joinder to the Debtors' Response to (i) Motion for Extension of Bar Date to File Proofs of Claim and (ii) Response of Official Committee of Unsecured Creditors [17-0356-ECF No. 281] (the "Response") and states as follows:[2]

1. AAFAF hereby joins the Debtors in their position as detailed in their Response and adopts all the factual and legal arguments set forth in the same.[3]

## CONCLUSION

For the reasons set forth in the Response, AAFAF respectfully requests the Court that it enter the proposed order attached to the Response.

Dated: May 25, 2018　　　　　　　　　　　Respectfully submitted,
　　　　　San Juan, Puerto Rico

/s/ Peter Friedman　　　　　　　　　　　　/s/ Luis C. Marini-Biaggi
John J. Rapisardi　　　　　　　　　　　　　Luis C. Marini-Biaggi
(Admitted Pro Hac Vice)　　　　　　　　　　USDC No. 222301
**O'MELVENY & MYERS LLP**　　　　　　　　Email: lmarini@mpmlawpr.com
7 Times Square

---

[2] Capitalized terms used but not defined herein shall have the meaning used in the Response.
[3] In consenting to this extension, AAFAF does not waive any arguments, rights, or defenses with respect to any further requests to extend the Extended Bar Date or to seek allowance of claims filed after the Extended Bar Date; and AAFAF's position in this Response shall not be deemed or construed as creating or conferring any right upon any persons or entities, or evidence of any willingness or obligation to consent to any other or future modifications of or relief from the Bar Date or the Extended Bar Date, as the case may be.

New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Elizabeth L. McKeen
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Tel: (949) 823-6900
Fax: (949) 823-6994

*Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*

*/s/ Carolina Velaz-Rivero*
Carolina Velaz-Rivero
USDC No. 300913
E:mail: cvelaz@mpmlawpr.com

MARINI PIETRANTONI MUÑIZ LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, Puerto Rico 00917
Tel: (787) 705-2171
Fax: (787) 936-7494

*Co-Attorneys for the Puerto Rico Fiscal
Agency and Financial Advisory Authority*