

SISTEMA DE
**RETIRO**
EMPLEADOS AEE

# Reglamento del

# Sistema de Retiro de los

# Empleados de la

# Autoridad de Energía Eléctrica

Enmendado: 25 Abr 2014



# TABLA DE CONTENIDO

**Página**

**Artículo Núm. 1 – Definiciones**                                                    **2**

**Artículo Núm. 2 – Calidad de Miembro**                                     **7**

**Artículo Núm. 3 – Servicio Acreditable**                                    **30**

**Artículo Núm. 4 – Beneficios**                                                       **35**

**Artículo Núm. 4.A – Requisitos para Empleados que Comenzaron
                         a Trabajar en la Autoridad a partir del                  91
                         1 de enero de 1993**

**Artículo Núm. 5 – Aportaciones**                                                 **93**

**Artículo Núm. 6 – Administración del Sistema**                         **100**

**Artículo Núm. 7 – Administración de los Fondos**                      **107**

**Artículo Núm. 8 – Contabilidad**                                                  **111**

**Artículo Núm. 9 – Disposiciones Generales**                             **114**

**Artículo Núm. 10 – Enajenación de Beneficios**                        **117**

**Artículo Núm. 11 – Enmiendas**                                                  **119**

**Notas**                                                                                            **120**

**Certificación**                                                                               **121**

ENMENDADO: **25 Abr 2014**

|  | **Página** |
|---|---|
| **Artículo Núm. 1 – Definiciones** | **2** |
| **Artículo Núm. 2 – Calidad de Miembro** | **7** |
| **Artículo Núm. 3 – Servicio Acreditable** | **30** |
| **Artículo Núm. 4 – Beneficios** | **35** |
| 1. Pensión de Jubilación | 35 |
| 2. Pensión por Incapacidad | 39 |
| 3. Beneficio Año de Sueldo | 44 |
| a) Muerte en Servicio Activo | 44 |
| b) Jubilación | 44 |
| c) Cómputo del Beneficio | 46 |
| d) Aportación por el Miembro | 50 |
| e) Cobro Adelantado del Beneficio | 51 |
| f) Devolución Exceso de Aportaciones Acumuladas | 54 |
| 4. Cese en el Servicio | 55 |
| 5. Exámenes a Miembros Retirados por Incapacidad | 58 |
| 6. Reingreso en el Servicio Activo | 59 |
| a) Nuevo Miembro como Empleado | 59 |
| b) Miembros Separados del Servicio sin Acogerse a una Pensión | 59 |

c) Miembros Separados del Servicio que Opten por una Pensión Diferida ........ 60

d) Miembros Separados del Servicio y que Están Recibiendo una Pensión ........ 61

e) Miembros Separados del Servicio Después de Haber Cobrado el Beneficio del Año de Sueldo ........ 62

7. Beneficios Opcionales en Sustitución de Beneficios Regulares ........ 62

7A. Opción de Beneficio por Muerte en Servicio Activo en Lugar de la Devolución de las Aportaciones ........ 64

8. Beneficio por Compensación Deducido de las Pensiones ........ 67

9. Préstamos a Miembros ........ 68

10. Disposiciones Especiales Aplicables a Antiguos Miembros que se Jubilaron o Cesaron en el Servicio antes de 1 de julio de 1969 ........ 74

11. Anualidad de Mérito por Treinta Años o más de Servicio Acreditable ........ 76

12. Pensión Mínima Mensual y Aguinaldo Navideño ........ 79

13. Aumento en las Pensiones Concedidas con Anterioridad al 1 de julio de 1972 ........ 81

14. Disposiciones Especiales para Miembros Acogidos a la Jubilación antes del 1 de julio de 1973 ........ 83

15. Disposiciones Especiales para Miembros Acogidos a la Jubilación desde el 1 de julio de 1974 ........ 85

16. Aumento en las Pensiones ........ 85

17. Pensión de Mérito Reducida ........ 86

ENMENDADO: 25 Abr 2014

a) Miembros Activos que Comenzaron a Trabajar en la Autoridad antes del 1 de enero de 1993 — 86

b) Miembros Activos que Comenzaron a Trabajar en la Autoridad a partir del 1 de enero de 1993 — 87

c) Utilización de Licencia por Enfermedad Acumulada para Completar Años de Jubilación — 88

d) Pensión al Cónyuge Sobreviviente e Hijos Menores de Jubilados Fallecidos — 89

18. Bono de Verano — 90

19. Beneficio Gastos de Funeral para Jubilados — 90

Artículo Núm. 4.A – Requisitos para Empleados que Comenzaron a Trabajar en la Autoridad a partir del 1 de enero de 1993 — 91

Artículo Núm. 5 – Aportaciones — 93

1. Por los Miembros — 93

2. Aportaciones por la Autoridad — 96

Artículo Núm. 6 – Administración del Sistema — 100

Artículo Núm. 7 – Administración de los Fondos — 107

Artículo Núm. 8 – Contabilidad — 111

Artículo Núm. 9 – Disposiciones Generales — 114

Artículo Núm. 10 – Enajenación de Beneficios — 117

Artículo Núm. 11 – Enmiendas — 119

# SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA

# AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO

# REGLAMENTO

La Junta de Gobierno de la Autoridad de Energía Eléctrica de Puerto Rico, por el presente crea un fondo para el retiro de oficiales y empleados de la Autoridad, el cual será conocido como el Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica de Puerto Rico, efectivo desde el día 1 de julio de 1945, de acuerdo con el siguiente Reglamento: (Enmienda 14 de diciembre de 1979)

# ARTÍCULO 1.  DEFINICIONES

Las siguientes palabras y frases, como se usan en este Reglamento, tendrán los siguientes significados a menos que el contexto requiera claramente otro:

(1)  "**Sistema de Retiro**" o "**Sistema**", significará el Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica de Puerto Rico tal como se describe y queda redactado en este Reglamento, o como pueda ser enmendado en el futuro.

(2)  "**Fecha de implantación del Sistema**", significará el día 1 de julio de 1945.

(3)  "**Autoridad**", significará la Autoridad de Energía Eléctrica de Puerto Rico, y cuando en este Reglamento se autorice un acto discrecional por parte de la Autoridad, el mismo será ejercitado por la Junta de Gobierno de la misma.

(4)  "**Junta de Síndicos**" o "**Junta**", significará la junta administrativa del Sistema según se dispone en el Artículo 6.

(5)  "**Empleado**", significará cualquier persona a quien se le extienda un nombramiento Regular, Regular Especial, Regular Condicional, Temporero, o cualquier otro nombramiento en la Autoridad, por la Junta de Gobierno o por el Director Ejecutivo de ésta, y quien reciba

una compensación fija de la Autoridad que no sea una pensión; paga por separación voluntaria u honorarios bajo contrato. En el caso de que surja una controversia en cuanto al derecho de cualquier persona en el servicio de la Autoridad a ser clasificada como un Empleado bajo este Reglamento, la decisión del Director Ejecutivo de la Autoridad a ese respecto será final. (Aprobado el 12 de junio de 2003, Res. 2003-037).

(6) "**Miembro**", significará cualquier persona comprendida como miembro del Sistema según se dispone en el Artículo 2.

(7) "**Compensación**", significará el salario básico que recibe un empleado por servicios prestados en la Autoridad excluyendo cualquier paga adicional por concepto de sustituciones temporeras, interinatos, horas trabajadas en exceso de su itinerario regular de trabajo, bonificaciones y paga especial. (Aprobado el 23 de julio de 1999, Res. 99-113).

(8) "**Compensación media final**", significará el promedio de compensación anual recibida por un miembro durante los tres años de servicio acreditable durante los cuales haya recibido la compensación más alta.

(9) "**Servicio**", significará tiempo trabajado en la Autoridad, o en uso de cualquier licencia autorizada con paga o de la Licencia de

Enmendado: 25 Abr 2014

Separación de Empleo y Sueldo Autorizada por Tiempo Definido para Fines Sindicales, mientras se es empleado de la Autoridad.   Significará, además, cualquier tiempo acreditable para propósitos de retiro, de conformidad con las leyes vigentes que puedan ser aplicables a este Sistema. (Aprobado el 14 de enero de 2000, Res. 2000-002)

(10) "**Servicio del Miembro**", significará el periodo de servicios prestados por un empleado desde que deviene miembro, el cual le será acreditado según se dispone en la Sección (2) del Artículo 3.

(11) "**Servicio Anterior**", significará el periodo de servicios prestados por un miembro con anterioridad a la fecha en que se convirtió en miembro y por el cual se concede crédito de conformidad con las disposiciones de este Reglamento.   (Aprobado el 20 de agosto de 1999, Res. 99-056).

(12) "**Servicio Acreditable**", significará la suma de los servicios de miembro y de los servicios anteriores.

(13) "**Aportaciones Acumuladas**", significará la suma de las aportaciones hechas por un miembro al Sistema, menos la contribución, si alguna, pagada para acreditarse a su cuenta bajo los términos de la Ley de Seguridad Social Federal más los intereses sobre las mismas al tipo de interés de cinco por ciento (5%) de interés compuesto anual. (Enmienda 17

Enmendado:  25 Abr 2014

de enero de 1986 a 4% y 23 de octubre de 1987, efectivo 1ro de enero de 1988 a 5%).

(14) "**Pensión**", significará los pagos anuales vitalicios que se hagan bajo el Sistema, tal como se dispone en este Reglamento. Toda pensión se pagará en plazos mensuales, llevando el cheque la fecha del día que se envía por Correo Federal, cesando con el pago de la pensión efectuado el mes inmediatamente anterior a la fecha del fallecimiento del miembro y el pago fraccional de la pensión devengada correspondiente a aquella parte del mes en que ocurra la muerte, excepto que si el miembro ha sido jubilado por incapacidad o ha elegido un beneficio opcional, las disposiciones de este Reglamento aplicables a tales beneficios opcionales serán las que apliquen; DISPONIENDOSE, que cualquier pensión que sume menos de $120 anuales podrá ser pagada por orden de la Junta de Síndicos, mediante una suma global de valor actuarial equivalente. (Enmienda 6 de marzo de 1987)

(15) "**Reserva de Pensión**", significará el valor efectivo en la fecha en que se haga la computación, de todos los pagos a hacerse a un miembro retirado o a cuenta del mismo, computados al interés regular y a base de las últimas tablas adoptadas por la Junta de Síndicos.

(16)  "**Interés Regular**", significará el interés compuesto anual al tipo que determine la Junta de Síndicos de tiempo en tiempo para ser aplicado en todos los cálculos actuariales que se requieran en relación con el Sistema, adoptándose el interés del cuatro por ciento desde la fecha de implantación del Sistema hasta que sea modificado por la Junta de Síndicos.

(17)  "**Equivalente Actuarial**", significará un beneficio de valor equivalente calculado a interés regular a base de las tablas últimamente adoptadas por la Junta de Síndicos.

(18)  "**Beneficiario**", significará cualquier persona que recibe una pensión o cualquier otro beneficio autorizado por este Reglamento.

(19)  El pronombre masculino, dondequiera que sea usado en este Reglamento, se sobrentiende que incluye también el femenino.

## ARTÍCULO 2.  CALIDAD DE MIEMBRO

(1)    (Según enmendado el 14 de agosto de 1946).  Toda persona que sea un empleado en la fecha de implantación del Sistema, será un miembro a contar de dicha fecha, a menos que, en el término de los tres meses subsiguientes, o de tres meses a partir de la fecha de su vuelta al servicio si en la fecha de implantación estuviere disfrutando de licencia autorizada, comunique a la Junta de Síndicos su decisión de no ser miembro renunciando así a todos los beneficios que concede el Sistema; DISPONIENDOSE, sin embargo, que todo empleado miembro del Sistema a la fecha de su implantación, que esté acogido a cualquier plan de retiro implantado por la Legislatura de Puerto Rico, que no comunique su decisión de no ser miembro en o antes del 31 de octubre de 1946 podrá continuar siendo miembro del Sistema, pero cesará como tal miembro 90 días después de la fecha en que entren en vigor disposiciones de ley aprobadas por la legislatura de Puerto Rico autorizando a los empleados de la Autoridad acogidos a cualquier plan de retiro implantado por la legislatura de Puerto Rico, a renunciar a aquel al cual pertenezca, a menos que antes de expirar dichos 90 días hubiere renunciado al mismo.

(2)    Cualquier persona que sea nombrada empleado después de la fecha de implantación del Sistema, viene obligada, como condición de su

Enmendado:  25 Abr 2014

empleo, a ser miembro a partir del día de su empleo, DISPONIENDOSE, sin embargo, que si un empleado del Gobierno Insular o de cualesquiera instrumentalidades o corporaciones públicas establecidas por la Legislatura de Puerto Rico, acogido a cualquier plan de retiro o pensiones establecido por dicha Legislatura que sea transferido o pase a ocupar un cargo o empleo en la Autoridad, tendrá seis meses a partir de la fecha de su empleo por la Autoridad, para decidir si desea continuar o no siendo miembro del plan de retiro o pensiones a que pertenezca.  En el caso de que renuncie a dicho plan, vendrá obligado a acogerse al Sistema a contar del día de dicha renuncia.

(3)   A todo empleado miembro del Sistema a la fecha de su implantación que esté acogido al plan de retiro de los funcionarios y empleados del Gobierno Insular de Puerto Rico, se le acreditará el servicio anterior siempre y cuando a dicho empleado se le permita renunciar y en efecto renuncie a dicho plan de retiro.

(4)   Cualquier empleado en la fecha de implantación que decida no acogerse al Sistema, podrá después solicitar su ingreso como miembro del Sistema, debiendo presentar certificación de buena salud a satisfacción de la Junta de Síndicos, pero a tal empleado no se le acreditará servicio anterior alguno a menos que sea aceptado como miembro en el término de

Enmendado:  25 Abr 2014

un año a contar de la fecha de implantación del Sistema, o si se trata de un empleado en las condiciones especificadas en la Sección (3), a menos que se haga miembro en el término de un año a contar de la fecha de implantación del Sistema, o en el término de tres meses a contar de la fecha en que se le permite renunciar al plan de retiro de los funcionarios y empleados del Gobierno Insular de Puerto Rico y renuncie efectivamente a dicho plan adoptando de estas dos fechas la que resulte posterior.

(5)   Este Sistema, desde su fecha de implantación, queda establecido en lugar de cualquier otro plan provisional de pensiones adoptado por la Autoridad con anterioridad a dicha fecha y cualquier beneficio o reclamación derivable de tal plan de pensiones, cesará totalmente en la referida fecha de implantación; DISPONIENDOSE, sin embargo, que aquellas personas que han devenido beneficiarios de un tal plan de pensiones antes de la fecha de implantación del presente, continuarán recibiendo los beneficios por aquel concedidos.

(6)   Todo empleado que viene a ser miembro del Sistema enviará inmediatamente a la Junta de Síndicos un formulario con la información necesaria para establecer el tipo de su aportación y determinar la cuantía de sus futuros beneficios.

(7)    Un miembro dejará de serlo ipso facto si estuviera ausente del servicio durante seis meses consecutivos sin licencia escrita que exprese su derecho a continuar como miembro después de transcurrido tal periodo, o si retirara sus aportaciones acumuladas, o si deviniera beneficiario o si muriera.   A pesar de cualquier disposición en contrario, ningún miembro que cese como empleado antes de tener derecho a ser jubilado, tendrá derecho a más beneficios que los especificados en la Sección (4) del Artículo 4.

(8)    (Según fue enmendado el 1 de marzo de 1968 para ser efectivo el 1 de febrero de 1968).   No obstante cualquier disposición en contrario en este Reglamento, un empleado recibirá crédito por servicios en los casos siguientes:

(a)    Un miembro que era empleado en la fecha de implantación del Sistema quien ingresó o ingrese como miembro después de cumplido un año desde dicha fecha de implantación pero antes del 1 de mayo de 1969, recibirá crédito por servicio anterior y servicio de miembro como si hubiera ingresado como miembro en la fecha de implantación del Sistema, siempre y cuando notifique al Sistema por escrito, antes del 1 de julio de 1969, su decisión de quedar cubierto bajo las disposiciones del presente Párrafo (a) y pague o se comprometa a pagar, en adición a sus

aportaciones regulares, una aportación retroactiva determinada a base de su compensación desde la fecha de implantación del sistema hasta la fecha en que ingresó o ingrese como miembro al tipo de aportación aplicable a él de acuerdo con su edad en la fecha en que ingresó o ingrese como miembro con intereses regulares sobre tal cantidad desde las fechas en que habrían efectuado pagos si él hubiese ingresado como miembro en la fecha de implantación del Sistema. Dicha aportación retroactiva se hará en un solo pago o en los plazos que disponga la Junta de Síndicos.

(b)    Un empleado que ingresó como miembro en virtud de la disposición de la condición de trabajo número 26 del Artículo XL del Convenio Colectivo entre la Autoridad de Energía Eléctrica de Puerto Rico, (antes Autoridad de las Fuentes Fluviales) y la Unión de Trabajadores de la Industria de Eléctrica y Riego de Puerto Rico, vigente desde el 1 de julio de 1960 hasta el 30 de junio de 1963, y que antes de ingresar en el Sistema tenía un nombramiento Regular Especial con sueldo anual y otras condiciones de trabajo especiales sin derecho a ser miembro del Sistema de Retiro, recibirá crédito por servicio de miembro por los servicios prestados desde el 6 de septiembre de 1953 hasta la fecha de su ingreso como miembro, siempre y cuando le notifique al Sistema por escrito, antes del 1 de julio de 1969, su decisión de quedar cubierto bajo las

disposiciones del presente párrafo (b) y pague o se comprometa a pagar, en adición a sus aportaciones regulares, una aportación retroactiva determinada a base de su compensación desde la fecha de efectividad del nombramiento Regular Especial arriba mencionado hasta la fecha de su ingreso como miembro a razón de la contribución que le fuera aplicable de acuerdo con su edad en el momento de su ingreso como miembro, con intereses regulares sobre tal cantidad desde las fechas en que se habrían efectuado pagos si él hubiese ingresado como miembro en la fecha de efectividad del citado nombramiento Regular Especial.   Dicha aportación retroactiva se hará en un solo pago o en aquellos pagos parciales que disponga la Junta de Síndicos.

(c)   (Según fue enmendado el 6 de agosto de 1969 para ser efectivo el 1 de mayo de 1969).

Un miembro que tuviera un nombramiento o una serie de nombramientos como empleado de la Autoridad bajo contrato especial de servicios sin tener derecho a ser miembro del Sistema de Retiro, recibirá crédito en el Sistema por los servicios prestados como empleado de la Autoridad bajo el contrato o los contratos anteriores a la fecha de su ingreso como miembro, siempre y cuando que notifique por escrito al Sistema, dentro de los 90 días siguientes a su ingreso como miembro o

antes del 1 de abril de 1970, la fecha que sea posterior, sobre su decisión de solicitar crédito por tales servicios, y pague o se comprometa a pagar, en adición a sus aportaciones corrientes, una aportación retroactiva determinada sobre la base de su compensación durante el periodo o periodos de servicio por los cuales solicite crédito, al tipo de aportación aplicable a él de acuerdo con la edad que tenía en la fecha de su ingreso como miembro, más los intereses corrientes computados sobre tal suma, a partir de las fechas en que se hubiesen efectuado los pagos si el solicitante hubiera ingresado como miembro en la fecha inicial de su nombramiento bajo contrato o en la fecha de implantación del Sistema, de ser esta última fecha posterior.   La referida aportación retroactiva se efectuará en un solo pago o en los plazos que determine la Junta de Síndicos.

(d)   Un miembro que, antes de ingresar como miembro del Sistema, prestó servicios a la Autoridad con nombramiento no regular después de la fecha de implantación del Sistema, sin tener derecho a ser miembro del Sistema de Retiro, recibirá crédito en el Sistema por tal servicio, siempre y cuando notifique al Sistema por escrito dentro de los tres años siguientes a su ingreso como miembro o antes del 1 de abril de 1973, la fecha que sea posterior, sobre su decisión de solicitar crédito por

tal servicio, y pague o se comprometa a pagar, en adición a sus aportaciones corrientes, una contribución retroactiva determinada sobre la base de su compensación durante el periodo o periodos de servicios prestados con posterioridad a la fecha de implantación del Sistema al tipo de aportación aplicable a él de acuerdo con la edad que tenía a la fecha de su ingreso como miembro, más los intereses corrientes computados sobre dicha suma, a partir de las fechas en que se hubiesen efectuado los pagos si el solicitante hubiera sido miembro del Sistema durante tal servicio.  Los intereses a ser pagados por el miembro que haya solicitado al Sistema antes del 30 de junio de 1972, la acreditación de tales servicios, se computarán hasta la fecha si se le hubiese notificado la cantidad a pagar después del 30 de junio de 1972, o hasta la fecha en que pague o se comprometa a pagar la contribución correspondiente si se le hubiese notificado antes del 30 de junio de 1972 y pague o se comprometa a pagar dicha contribución antes de la fecha.  Los intereses a ser pagados por el miembro que haya solicitado acreditación por tales servicios después del 30 de junio de 1972, se computarán hasta la fecha en que pague o se comprometa a pagar la contribución que corresponda o hasta un máximo de seis meses a contar desde la fecha en que radicó la solicitud de acreditación ante el Sistema, si es notificado de la cantidad a pagar

Enmendado:  25 Abr 2014

después de transcurrido el periodo de seis meses antes señalado.   Dicha contribución retroactiva se efectuará en un solo pago o en los plazos que determine la Junta de Síndicos.   La solicitud de crédito de un miembro por los servicios con nombramiento no regular de conformidad con este inciso, si se hace por solo parte de tal servicio prestado por él, incluirá no menos de un año completo de dicho servicio, excepto si dicho servicio es de menos de un año, y será respecto al periodo o periodos más recientes de tales servicios.

(e)   Un miembro que, antes de ingresar como miembro del Sistema, prestó servicios a la Autoridad antes del 1 de julio de 1945 o a cualquier persona o entidad natural o jurídica transferida a o adquirida por la Autoridad con anterioridad a dicha fecha que explotase cualquier sistema de producción y distribución de energía eléctrica u otro servicio con un nombramiento regular o no regular antes de la fecha de implantación del Sistema, recibirá crédito por tal servicio:   SIEMPRE Y CUANDO que notifique al Sistema por escrito dentro de los tres años siguientes a su ingreso como miembro o antes del 1 de abril de 1973, la fecha que sea posterior, sobre su decisión de solicitar crédito por tal servicio.   No se requerirá del miembro ninguna aportación con respecto a

tal servicio. La Autoridad asumirá el costo total requerido para conceder crédito por dicho servicio.

(f) (Según fue enmendado el 17 de septiembre de 1970 para ser efectivo el 1 de julio de 1969).

Un empleado puede optar en o después del 1 de julio de 1969, por recibir crédito por servicio como un empleado del Gobierno de los Estados Unidos o de agencias federales prestados en oficinas localizadas en Puerto Rico, siempre y cuando que notifique al Sistema por escrito antes del 1 de abril de 1973 o dentro de los tres años siguientes a su ingreso como miembro, la fecha que sea posterior, de su decisión de solicitar crédito por tal servicio, y pague o se comprometa a pagar, en adición a sus aportaciones regulares, una aportación individual y patronal retroactiva determinada como sigue:

(i) Por cualquiera de dicho servicio prestado en o después de la fecha de implantación del Sistema, la cantidad de la aportación retroactiva a ser pagada por el miembro será computada sobre la base de la compensación recibida por el miembro por dicho servicio y el tipo de aportación aplicable al miembro será determinado de acuerdo con su edad en la fecha en que ingresó como miembro y los tipos de aportación patronal serán determinados de acuerdo con los tipos

aplicables a la Autoridad durante el periodo por el cual se reclama el crédito. El tipo de aportación que debe considerarse aplicable a la Autoridad para este propósito será la suma de los tipos de aportación normal y de aportación por obligaciones acumuladas pagadas por la Autoridad durante el periodo por el cual se reclama el crédito por servicio.

(ii)    Por cualquiera de dicho servicio prestado con anterioridad a la fecha de implantación del Sistema, la cantidad de la aportación retroactiva a ser pagada por el miembro se determinará a base de su compensación como empleado vigente el 22 de junio de 1957 o en la fecha en que ingresó como miembro del Sistema, la que sea posterior, y un tipo de aportación igual a la asuma de 8.88 por ciento y el tipo de aportación del miembro determinado de acuerdo con su edad en la fecha en que ingresó como miembro, con interés regular sobre la cantidad computada a base del tipo de aportación del miembro desde el 1 de julio de 1945 hasta el 30 de junio de 1957 o hasta la fecha en que ingresó como miembro del Sistema, la que sea posterior.

Tales aportaciones retroactivas se harán en un solo pago o en los plazos dispuestos por la Junta de Síndicos. La solicitud de un miembro por crédito por servicios como empleado prestados al Gobierno de los Estados Unidos o agencias federales de acuerdo con este

Enmendado:  25 Abr 2014

párrafo, si fuera hecho con respecto a solo una parte de tales servicios, no podrá ser por menos de un año completo de dichos servicios excepto si tales servicios son menores de un año, y será con respecto al periodo o periodos más recientes de dichos servicios.

El derecho de un empleado que ingrese como miembro del Sistema en o después del 5 de agosto de 1970 para solicitar crédito, de acuerdo con este párrafo, por servicio prestado como empleado del Gobierno de los Estados Unidos o agencias federales en oficinas localizadas en Puerto Rico estará sujeto a la limitación de que no recibirá crédito por más de un año de dicho servicio por cada cinco años completos de servicio como empleado de la Autoridad o de cualquier entidad natural o jurídica transferida a o adquirida por la Autoridad; dicha limitación no será aplicable a empleados que ingresaron como miembros del Sistema con anterioridad al 5 de agosto de 1970.

(iii)   Las agencias federales a considerarse para efectos de acreditación de tiempo bajo este inciso, serán aquellas en las cuales el empleado haya cotizado al Sistema de Retiro Federal o que por su condición de empleado irregular no haya podido cotizar a dicho Sistema, entendiéndose que aquellas agencias que cotizan a un Plan de Pensiones Privado, no serán elegibles. (30 de abril de 1983)

Enmendado:  25 Abr 2014

(g)   Un empleado dado de baja honorablemente de las Fuerzas Armadas de los Estados Unidos, podrá optar en o después del 1 de mayo de 1973, por recibir crédito por servicios activos regulares prestados en las Fuerzas Armadas de los Estados Unidos durante tiempos de paz, antes o después de convertirse en miembro del Sistema, siempre y cuando notifique por escrito al Sistema antes del 1 de mayo de 1976 o dentro de los tres años después de haber ingresado como miembro del Sistema, lo que sea posterior, su determinación de solicitar acreditación por tales servicios, y pague o se comprometa a pagar, en adición a sus aportaciones corrientes, la contribución retroactiva individual así como la contribución retroactiva de la Autoridad determinadas como sigue;

(i)   Por servicios prestados en o después de la fecha de implantación del Sistema, la contribución retroactiva a pagar por el miembro se computará sobre la base de la compensación devengada por el miembro por tales servicios y el tipo de aportación aplicable al miembro de conformidad con su edad a la fecha de ingresar en el Sistema, y los tipos de aportación aplicables a la Autoridad durante el periodo o periodos por los cuales se solicita el crédito.   El tipo de aportación que debe considerarse aplicable a la Autoridad para este propósito será la suma de los tipos de aportación normal y de aportación por obligaciones

acumuladas pagadas por la Autoridad por el periodo por el cual se reclama el crédito por servicio.   Los salarios a ser usados para calcular las aportaciones a pagar por los servicios prestados en las Fuerzas Armadas en o después del 1 de julio de 1945, serán los sueldos básicos (*base pay*) para el rango que el miembro tuviera en las Fuerzas Armadas sin incluir paga o compensación adicionales de otra índole.

(ii)   Por servicios prestados antes de la fecha de implantación del Sistema, la cantidad de las aportaciones retroactivas a ser pagadas por el miembro serán determinadas sobre la base de la compensación que dicho miembro estuviere recibiendo como empleado de la Autoridad para el 22 de junio de 1957, o para la fecha en que ingresó como miembro del Sistema, lo que sea posterior, y un tipo de aportación igual a la suma de 8.88 por ciento y el tipo de aportación aplicable al miembro de conformidad con su edad a la fecha de ingresar al Sistema, más los intereses regulares sobre las aportaciones individuales calculadas desde el 1 de julio de 1945 hasta el 30 de junio de 1957 o hasta la fecha de ingreso en el Sistema, la que sea posterior.

Un miembro no recibirá crédito bajo las disposiciones de este inciso por cualquier servicio por el cual esté recibiendo una pensión de cualquier sistema de retiro del Gobierno de los

Estados Unidos y/o agencias federales o de cualquier sistema de retiro del Estado Libre Asociado de Puerto Rico, a sus agencias o instrumentalidades.

Tales aportaciones retroactivas podrán hacerse en un solo pago o en los plazos dispuestos por la Junta de Síndicos. La solicitud de un miembro por crédito por servicios prestados a las Fuerzas Armadas de acuerdo con este inciso si fuera hecha con respecto a solo una parte de tales servicios, no podrá ser por menos de un año completo de dichos servicios, excepto si tales servicios son menores de un año, y será con respecto al periodo o periodos más recientes de dichos servicios.

Para efectos de las disposiciones de este párrafo, los periodos de paz son los siguientes:

a. Del 2 de abril de 1920 al 6 de diciembre de 1941

b. Del 26 de julio de 1947 al 25 de junio de 1950

c. Del 1 de febrero de 1955 al 4 de agosto de 1964

d. Cualquier otro periodo en el cual los Estados Unidos no haya estado envuelto en una guerra o conflicto armado

La frase "servicio regular activo" utilizada en este inciso significará servicio activo a tiempo completo en las Fuerzas

Enmendado: 25 Abr 2014

Armadas de los Estados Unidos de América.  No incluirá servicios a tiempo parcial (*part-time*) ni servicios periódicos prestados a intervalos para entrenamiento u otros propósitos, ni cualquiera otros servicios que no hayan sido prestados a tiempo completo tales como, pero no limitados a: entrenamientos de fin de semana, campamentos por quince días de la Guardia Nacional y similares; haya o no sido el miembro empleado de la Autoridad al prestarse los servicios militares.

No obstante lo anteriormente establecido, todo miembro en servicio activo que sirva o haya servido a la Guardia Nacional de Puerto Rico o la Reserva de las Fuerzas Armadas de los Estados Unidos de América en Puerto Rico podrá acreditar el periodo utilizado para su adiestramiento básico, hasta un máximo de seis (6) meses, siempre que pague al Sistema de Retiro el valor actuarial del beneficio adicional por reconocerle dicho servicio. (1 de septiembre de 1989)

Disponiéndose que el término pensión usado en este inciso no se refiere a aquellos pagos que reciba un miembro por razones de limitaciones físicas o mentales producto de sus servicios a las entidades antes mencionadas cuando tal pago no está ligado en forma alguna a determinado periodo de servicio y sí a la condición limitante. (31 de julio de 1990)

Enmendado:  25 Abr 2014

(h)    No obstante cualquier otra disposición en contrario en este Reglamento, a partir del 1ro de octubre de 1999, la acreditación de servicio anterior no cotizado a este Sistema y cuya acreditación se permita de conformidad con este Reglamento o con alguna ley especial aplicable, se hará según aquí se dispone, excepto, que la ley especial aplicable disponga otra cosa, en cuyo caso, se aplicará lo aquí dispuesto en todo aquello que no conflija con la ley especial.

(i)    La solicitud de acreditación de servicios podrá hacerse en cualquier momento mientras el miembro esté en servicio activo.

(ii)    La solicitud de acreditación de servicio anterior podrá hacerse por el período que el miembro interese o necesite acreditar, independientemente del servicio acreditable que trabajó.  En todo caso de solicitud de acreditación de servicio parcial, se hará siempre sobre el período más reciente de dichos servicios. (Aprobado el 22 de febrero de 2008, Res. 2008-013).

(iii)    El miembro que solicite la acreditación de tiempo anterior deberá pagar, además de las aportaciones correspondientes, según se disponga en este Reglamento o en la ley especial que autorice su acreditación, los intereses acumulados sobre dichas aportaciones al

24

tipo de interés regular (actuarial), desde la fecha en que prestó dicho servicios hasta la fecha en que pague las aportaciones.

(iiii)   El Sistema deberá notificarle al miembro el importe de las aportaciones e intereses acumulados que debe pagar, no más tarde de seis meses a partir de la radicación de la solicitud acompañada de todos los documentos necesarios para determinar que el servicio es acreditable y para hacer los cómputos de la cantidad a pagar.   Si transcurrido dicho término el Sistema no ha hecho la notificación correspondiente, el cómputo de los intereses se interrumpirá desde la fecha en que se cumplan dichos seis meses, hasta treinta (30) días después de la fecha en que se envíe la notificación.   A partir del envío de la notificación, el Sistema concederá un periodo de 30 días durante los cuales no se computarán intereses para que el miembro pague la cantidad notificada.   De no efectuarse el pago en dicho término, se reanudará el cómputo de intereses hasta que se pague la cantidad total que corresponda.   El pago correspondiente a las aportaciones, más los intereses acumulados, podrán hacerse en un solo pago o mediante descuentos catorcenales por un término que no excederá de dos veces el período por el cual se solicite acreditación, hasta un máximo de (10) años. La Junta delega en el(la) Administrador(a) del Sistema hacer excepciones

a los términos de los planes de pago.  No obstante, en los casos donde se solicita acreditación de tiempo anterior, el crédito por el tiempo de servicio se concederá cuando el miembro haya pagado la totalidad de las aportaciones, más los intereses correspondientes.  Disponiéndose, que en aquellos casos donde no se cumpla con la totalidad del pago determinado, se acreditará, únicamente, el período de tiempo cubierto por el monto de las aportaciones pagadas.   (Aprobado el 23 de agosto de 2013, Resolución 2013-039).

(9)   Elección de Suplementación con el Seguro Social: (según enmendado el 24 de octubre de 1968 y el 21 de mayo de 1969)

(a)   Cualquier empleado que en o después del 1 de julio de 1969 sea miembro del Sistema de Retiro o ingrese como tal podrá, mediante declaración por escrito radicada en la oficina del Administrador de dicho Sistema, elegir beneficios bajo el Sistema que son completamente suplementarios a cualesquiera beneficios pagaderos a su favor bajo la Ley de Seguro Social Federal y, en esa eventualidad, no serán aplicables a tal miembro las disposiciones de los Artículos 4 (1) (d), 4 (2) (b), 4 (4) ó 4 (11) (c), según sea el caso que disponen la descontinuación de cualquier pensión por jubilación pagadera a su favor al cumplir la edad de 65 años y el pago de una pensión por jubilación

reducida a la edad de 65 años y posteriormente.  Efectivo el 1 de julio de 1969 o en la fecha en que un empleado ingrese como miembro del Sistema después de esa fecha las deducciones de las aportaciones pagadas por cada miembro al Sistema para pagar la contribución que fija sobre su compensación la Ley de Seguro Social Federal, según se dispone en el Artículo 5 (1) (c), no serán aplicables a ningún miembro que haga la elección descrita en este Párrafo (a).  Tal declaración por escrito deberá radicarse en o antes del 31 de mayo de 1969 o del vencimiento de los 30 días subsiguientes a la fecha en que tal empleado ingrese como miembro del Sistema, la que de dichas fechas sea posterior, y dicha elección será irrevocable bajo todas las circunstancias, incluyendo cualquier interrupción en el servicio como empleado de la Autoridad.

Disponiéndose que todo nuevo miembro que ingrese por primera vez al Sistema, después del 1 de octubre de 1990, se acogerá al Plan de Completa Suplementación con el Seguro Social Federal.  (31 de julio de 1990)

(b)    Un empleado que sea miembro o ingrese como miembro del Sistema de Retiro en o después del 1 de julio de 1969 y que no haga la elección descrita en el Párrafo (a) que precede será considerado como que ha elegido beneficios bajo el Sistema que están coordinados con

Enmendado:  25 Abr 2014

cualesquiera beneficios pagaderos a su favor bajo la Ley de Seguro Social Federal y, en esa eventualidad, serán aplicables a tal miembro las disposiciones de los Artículos 4 (1) (d), 4 (2) (b), 4 (4) ó 4 (11) (c), según sea el caso, las cuales proveen la descontinuación de cualquier pensión por jubilación pagadera a su favor al cumplir la edad de 65 años y el pago de una pensión por jubilación reducida a la edad de 65 años y posteriormente. Por consiguiente, las aportaciones que a tales miembros se les requiere hacer al Sistema según el Artículo 5 (1) (a) se reducirán de acuerdo con el Artículo 5 (1) (c).

(c)     Cualquier miembro que deje de hacer la elección descrita en el Párrafo (a) que precede, desde el primer momento en que fue elegible para hacerla, podrá, no obstante, hacerla más tarde para ser efectiva el primer día del mes calendario siguiente a su declaración por escrito radicada al efecto en la Oficina del Administrador del Sistema de Retiro, siempre y cuando, sin embargo, que tal miembro le pague al Sistema de Retiro una suma de dinero (más intereses sobre la misma al tipo prevaleciente según lo determine la Junta de Síndicos de tiempo en tiempo para este propósito) en una cantidad que, al agregárselo a las aportaciones hechas por el miembro al Sistema en o después del 1 de julio de 1969, provea el balance de las aportaciones que se le habría requerido

hacer al Sistema en dicha fecha y posteriormente si hubiera hecho tal elección desde el primer momento en que fue elegible para hacerla. Tal pago se hará en una suma global o a plazos periódicos iguales según lo permita la Junta de Síndicos. Dicha elección será irrevocable bajo todas las circunstancias y no cambiará por razón de interrupción alguna en el servicio como empleado de la Autoridad.

(10) Aportaciones miembros que pertenecieron al plan 2000 del ELA: (Según enmendado el 31 de octubre de 2008, Resolución 2008-073)

Un miembro podrá solicitar al Sistema la acreditación de servicios en otras agencias del Estado Libre Asociado de Puerto Rico como participante del Programa de Cuentas de Ahorro para el Retiro, creada por la Ley Núm. 305 del 24 de septiembre de 1999, según enmendada. Esto, siempre que presente la solicitud por escrito y pague al Sistema una aportación retroactiva, determinada sobre la base del salario básico recibido por dicho servicio, hasta el límite de la compensación dispuesto en el Artículo 1(6). El tipo de aportación utilizado para el cómputo será aquel que corresponda a la aportación regular que hubiese pagado de acuerdo con el Artículo 6(1) (a), si hubiese sido miembro a esa fecha, más los tipos de aportación patronal aplicable a la Autoridad, de acuerdo con el Artículo 6(2) (a), durante el periodo por el cual solicita la acreditación.

Además, el miembro pagará el interés actuarial desde que presentó el servicio hasta la fecha que el Sistema reciba la totalidad de los ahorros, más intereses acumulados en el otro sistema. La cantidad recibida le será acreditada a la deuda y continuará pagando interés actuarial sobre el balance hasta que paguen las mismas. El miembro tendrá 6 meses, a partir del envío de la notificación para pagar o formalizar un acuerdo de pago de la aportación adicional. De esto no ocurrir, se acreditará el tiempo de servicio equivalente a los ahorros e intereses transferidos. Si luego, le interesa que se le acredite la diferencia entre el servicio equivalente y el que tenía acreditado en el otro sistema, deberá pagar la aportación adicional calculada y notificada hasta la fecha de la transferencia, más el interés actuarial sobre la misma desde la fecha de la transferencia hasta la fecha que se realice el pago. El mismo podrá efectuarse en un solo pago o mediante acuerdo de pago, según dispone la Sección 2(h) (iii) de este Artículo.

## ARTÍCULO 3.  SERVICIO ACREDITABLE

(1)   El servicio en la fecha del retiro, que servirá de base para determinar la pensión, consistirá en la suma de todo servicio de miembro y todo otro servicio anterior.

(2)   El servicio de miembro acreditable bajo el Sistema incluirá todo servicio como empleado prestado por un miembro desde que vino a formar parte del Sistema, o desde que se convirtió en miembro por última vez, en caso de que haya habido una interrupción en su calidad de miembro y por cuyo periodo hubieran hecho aportaciones el miembro y la Autoridad; DISPONIENDOSE, que incluirá todo servicio prestado por el miembro como empleado en la Planta Eléctrica de Yauco entre el 1 de julio de 1945, y la fecha en que la referida Planta fue adquirida por la Autoridad, el 1 de abril de 1948, y por cuyo periodo hubieran hecho aportaciones el miembro y la Autoridad.

(3)   El servicio anterior acreditable bajo el Sistema incluirá todo servicio prestado, en calidad de empleado, con anterioridad a la fecha de implantación del Sistema desde su último reingreso en el servicio, si hubo algún cese en su empleo, incluyendo dicho servicio, pero sin limitación al prestado por un miembro a la Autoridad o a cualquier persona o entidad natural o jurídica que explotase cualquier sistema de producción y

distribución de energía eléctrica u otro servicio, traspasado o adquirido por la Autoridad con anterioridad al 1 de julio de 1945, siempre que dicho miembro fuese un empleado de dicha persona o entidad a la fecha del traspaso o adquisición; DISPONIENDOSE, sin embargo, que se dará crédito por todo aquel servicio prestado por un miembro al Gobierno Insular y Federal, con anterioridad a dicha fecha, que haya sido o sea reconocido por la Autoridad, sin tomar en consideración interrupciones en el mismo; DISPONIENDOSE, además, que el reconocimiento de servicios anteriores incluirá todo servicio prestado por un miembro a la Planta Eléctrica de Yauco con anterioridad al 1 de julio de 1945, siempre y cuando dicho miembro haya sido empleado de dicha Planta a la fecha de su adquisición por la Autoridad.   Todo empleado elegible para miembro a la fecha de implantación del Sistema o que estuviera autorizado a estar ausente en dicha fecha y que deviniere miembro dentro del término que dispone el Artículo 2, tendrá derecho a que se le acrediten los servicios anteriores siempre que continuare siendo miembro hasta la fecha de su retiro.   Cualquier ausencia sin paga de más de un año de duración que hubiera tenido lugar con anterioridad a la fecha de implantación del Sistema, se considerará como un cese en el servicio, a menos que la ausencia sea excusada por la Junta de Síndicos.

Enmendado: 25 Abr 2014

A partir del 1ro de julio de 1980 se reconoce como servicio acreditable la Licencia de Separación de Empleo y Sueldo autorizada por Tiempo Definido para Fines Sindicales, la cual se regirá por los siguientes criterios:

(a)   Este beneficio se concederá a empleados regulares miembros del Sistema de Retiro de la Autoridad de Energía Eléctrica, que tengan la solicitud de Licencia de Separación de Empleo y Sueldo autorizada por Tiempo Definido para Fines Sindicales debidamente aprobada por el Jefe de la División de Personal.  Esta licencia se acepta según está definida y reglamentada en el Manual Administrativo de la Autoridad.

(b)   La Unión concernida pagará catorcenalmente al Sistema de Retiro la totalidad de las aportaciones individuales y patronal correspondiente a cada empleado a base del sueldo de su plaza mientras esté en uso de esta licencia de acuerdo con la Escala de Sueldos vigente.

(c)   La falta de pago de cuatro (4) catorcenas consecutivas de dichas aportaciones dentro de 30 días a partir de la fecha de vencimiento del cuarto pago, conllevará la cancelación automática de la acreditación de dicha licencia por el periodo no pagado.

Enmendado:  25 Abr 2014

(d)    La Unión concernida pagará catorcenalmente al Sistema de Retiro los plazos correspondientes a las deudas contraídas o que contraigan los empleados con dicho Sistema que disfrutan de esta licencia, tales como Préstamos Hipotecarios, Título I, Préstamos Personales y otros.

(e)    En aquellos casos en que la Unión no haga los pagos por concepto de las obligaciones antes mencionadas durante un periodo de seis (6) meses, el Sistema de Retiro solicitará de la Autoridad que descuente de la remesa de las cuotas de la Unión los plazos atrasados más los intereses, y que los envíen a éste.   Esta disposición será de aplicación en aquellos casos en que se conceda la Licencia Sindical con posterioridad a la fecha de la aprobación de esta enmienda.   (30 de abril de 1983, efectiva el 1ro de julio)

En caso de los miembros que se recomiende su jubilación por incapacidad el servicio anterior podrá acreditarse mientras el solicitante es empleado de la Autoridad o hasta sesenta (60) días después de la fecha de la orientación en el Sistema, coordinada y notificada por la Sección de Servicios Médicos Evaluativos.   De acreditar dicho servicio, la fecha de efectividad será aquella en la que el Miembro pague las aportaciones de

Enmendado:  25 Abr 2014

dicho servicio acreditable. (Aprobado el 12 de noviembre de 2008, Resolución 2008-077)

(4)    No obstante cualquier disposición en contrario en este Reglamento, los periodos de ausencia en el servicio de la Autoridad debidos al servicio a favor de los Estados Unidos con motivo de la guerra, podrán ser acreditados como servicios en calidad de miembro, siempre y cuando se hagan las aportaciones necesarias para cubrir el costo de tal crédito bien por la Autoridad, o conjuntamente por la Autoridad y el miembro, según la propia Autoridad disponga.

35

# ARTÍCULO 4.  BENEFICIOS

(1)    **Pensión de Jubilación.**

(Según enmendada el 20 de agosto de 1952, 9 de febrero de 1955, 23 de noviembre de 1955 y 24 de octubre de 1968).

(a)    Todo miembro en servicio activo podrá jubilarse previa solicitud escrita a la Junta de Síndicos, o podrá ser jubilado por dicha Junta de Síndicos previa solicitud escrita dirigida a ella por la Autoridad, manifestando en ambos casos en qué fecha, que no será menos de treinta ni más de noventa días después de la presentación de dicha solicitud habrá de tener efecto la jubilación siendo para ello condición de que a la fecha especificada para su retiro, el miembro haya cumplido sesenta años de edad.    Aquellos miembros que ingresaron al Sistema a partir del 1 de agosto de 2000 deberán tener, además, un mínimo de cinco años de servicio    acreditado.        (Aprobado    el    10    de    julio    de    2000, Resolución 2000-020).

(b)    Todo miembro en servicio activo que haya cumplido 65 años de edad en la fecha de implantación del Sistema, y todo miembro en servicio activo que cumpla 65 años de edad después de la implantación del Sistema, será jubilado en dicha fecha de implantación o el día primero del mes siguiente en que cumpla los 65 años, según fuere el caso, pero

podrá continuar en el servicio por un periodo de un año, mediante solicitud de la Autoridad y por periodos sucesivos de un año, en virtud de solicitudes análogas sucesivas. No obstante haberse prorrogado los servicios de un miembro en virtud de tal solicitud, el miembro podrá jubilarse previa presentación de una solicitud por escrito a la Junta de Síndicos manifestando en qué fecha, que no será menos de treinta ni más de noventa días después de la presentación de dicha solicitud, desea pensionarse. La Junta de Síndicos jubilará a tal miembro en la fecha especificada o en el primer día del mes siguiente.

(c)    (Según fue enmendado el 2 de agosto de 1950 y el 1 de febrero de 1967 para ser efectiva en el 1 de enero de 1967).

Al jubilarse, después de haber cumplido sesenta años de edad, y cinco años de servicio acreditados, si ingresó al Sistema a partir del 1 de agosto de 2000, el miembro recibirá una pensión que para aquél con veinte años o menos de servicio acreditados y cinco mil dólares ($5,000) o menos de compensación media final, será igual a la suma de uno y cuarto por ciento de la compensación media final más doce dólares cincuenta centavos ($12.50), multiplicada por el número de años de servicio acreditados del miembro. El miembro con más de veinte años de servicio acreditados y cinco mil dólares ($5,000) o menos de compensación media

final, recibirá una pensión igual a la cantidad que resulte del uso de la fórmula arriba expresada para los primeros veinte años de servicio acreditados sumada al resultado del dos por ciento de la compensación media final multiplicado por el número de años en exceso de veinte de servicio acreditados del miembro.   El miembro que tenga una compensación media final de más de cinco mil dólares ($5,000) recibirá una pensión que será igual al uno y medio por ciento de su compensación media final multiplicado por los primeros veinte años de servicio acreditados del miembro, más dos por ciento de dicha compensación media final multiplicado por el número de años de servicio acreditados del miembro en exceso de veinte.   (Aprobado el 10 de julio de 2000, Resolución 2000-020).

(d)   Si el miembro estuviere totalmente asegurado bajo la Ley de Seguro Social Federal y ha dejado de elegir, de acuerdo con el Artículo 2 (9), los beneficios bajo el Sistema que son completamente suplementarios a cualesquiera beneficios pagaderos a su favor bajo dicha Ley de Seguro Social, la pensión pagadera bajo el Párrafo (c) de este Artículo se descontinuará al cumplir el miembro la edad de 65 años.   De ahí en adelante, y hasta cumplir 80 años el miembro recibirá una pensión de jubilación que consistirá de:   Uno por ciento (1%) de su compensación

media final hasta cuatro mil doscientos dólares ($4,200), más uno y medio por ciento (1 ½%) de la porción de dicha compensación en exceso de cuatro mil doscientos ($4,200), más dos dólares ($2.00), multiplicados por el número de años de servicio acreditable, más la mitad del uno por ciento (0.5%) de su compensación media final multiplicada por el número de años de su servicio acreditable en exceso de veinte; DISPONIENDOSE, que la pensión de jubilación pagadera después de cumplidos los 65 años de edad y hasta cumplir 80 años no será menor que el beneficio a que otro modo tendría derecho a recibir el miembro de acuerdo con los haberes acumulados retenidos en el Sistema en su cuenta al 1 de enero de 1955; y DISPONIENDOSE, además, que en ningún caso la pensión de jubilación más los beneficios recibidos por un miembro bajo la Ley de Seguro Social Federal al cumplir la edad de 65 años y hasta cumplir 80 años, serán menores que la pensión de jubilación que un miembro jubilado esté recibiendo hasta cumplir la edad de 65 años.   Una vez el miembro cumpla 80 años de edad se le restablecerá el cómputo de la pensión que estuvo recibiendo hasta que cumplió los 65 años. (Aprobado el 28 de junio de 2001, Resolución 2001-026)

(e)    La pensión de servicio máxima pagadera a un miembro antes o después de la edad de 65 años será setenta y cinco por ciento (75%) de su compensación media final.

(2)    **Pensión por Incapacidad.**

(a)    (Según fue enmendado el 22 de agosto de 1946). Cualquier miembro en servicio activo que haya completado cinco o más años de servicio acreditable podrá ser retirado con una pensión por incapacidad por la Junta de Síndicos mediante solicitud de la Autoridad o mediante su propia solicitud.  La fecha de la efectividad de la pensión por incapacidad de ser concedida, será fijada por la Junta de Síndicos.  La Junta de Síndicos no concederá ninguna pensión por incapacidad hasta que uno o más médicos designados por ella certifiquen que el miembro está totalmente incapacitado, mental o físicamente, para continuar desempeñando funciones de trabajo, que dicha incapacidad probablemente sea permanente y que dicho miembro debe ser retirado. Efectivo el 1 de enero de 1993, si el miembro comenzó a trabajar en la Autoridad a partir de esa fecha y su incapacidad no ha sido certificada por el Fondo del Seguro del Estado como relacionada con el trabajo, se le requerirá un mínimo de 10 años de servicio acreditado para que sea acreedor a una pensión por incapacidad de conformidad con el

apartado (b) de esta Sección.    (Aprobado el 14 de enero de 2000, Resolución 2000-003).

(b)    En caso de retiro por incapacidad, el miembro recibirá una pensión de jubilación según se determina bajo el Artículo 4 (1) (c) si ha cumplido la edad de sesenta (60) años y tiene menos de veinticinco (25) años de servicio acreditado o una Anualidad de Mérito o Mérito Reducida si tiene veinticinco (25) o más años de servicio acreditado, de conformidad con este Reglamento; (Enmendado; aprobado el 17 de agosto de 2000, Res. 2000-030); de lo contrario, recibirá una pensión por incapacidad determinada de acuerdo con este Párrafo (b) de la manera siguiente: La pensión por incapacidad será igual al noventa por ciento (90%) de la pensión que le hubiera correspondido por el mismo periodo de servicio si el miembro se estuviera jubilando con una pensión por servicios de acuerdo con el Artículo 4 (1) (c); DISPONIENDOSE, sin embargo, que si la pensión de retiro resultante fuere menos del veinte por ciento (20%) de la compensación media final, la pensión por incapacidad será igual al veinte por ciento (20%) de la compensación media final, excepto que en ningún caso podrá exceder del noventa por ciento (90%) de la pensión de jubilación que el miembro hubiera recibido de acuerdo con el Artículo 4 (1) (c) de haber permanecido en servicio activo hasta cumplir los

Enmendado:  25 Abr 2014

sesenta (60) años de edad.   Comenzando el 1 de julio de 1969, si el miembro estuviere plenamente asegurado bajo las disposiciones de la Ley de Seguro Social Federal y hubiere dejado de elegir, de acuerdo con el Artículo 2 (9), los beneficiarios bajo el Sistema que son completamente suplementarios a cualesquiera beneficios pagaderos a su favor bajo la citada Ley de Seguro Social, la pensión por incapacidad determinada de acuerdo con la oración precedente, se descontinuará al cumplir la edad de 65 años y el miembro recibirá de ahí en adelante y hasta cumplir los 80 años una pensión por incapacidad calculada de acuerdo con el Artículo 4 (1) (d).   Una vez el miembro cumpla 80 años de edad se le restablecerá el cómputo de la pensión que estuvo recibiendo hasta cumplir los 65 años.  (Aprobado el 20 de mayo de 2011, Resolución 2011-025).

(c)   Cualquier miembro en servicio activo que a no ser por el hecho de no tener cinco años de servicio acreditado, o diez años, si comenzó a trabajar en la Autoridad a partir del 1 de enero de 1993 y su incapacidad no ha sido certificada por el Fondo del Seguro del Estado como relacionada con el trabajo, hubiera sido elegible para una pensión por incapacidad bajo los apartados (a) y (b) de esta Sección, tendrá derecho previa solicitud y determinación de la Junta de Síndicos según se provee en el apartado (a), en lugar de cualesquiera otros beneficios

Enmendado:  25 Abr 2014

42

provistos en este Reglamento, a una pensión pagadera en una suma global que se determinará de acuerdo con las tablas que se incluyen a continuación, basadas en el número de años de servicio acreditado que tenga a la fecha de su retiro por incapacidad. Además de la suma global así determinada, se le devolverán al miembro sus aportaciones acumuladas.

Tabla para casos de incapacidad relacionada con el trabajo según certificado por el Fondo del Seguro del Estado o para toda incapacidad si el miembro comenzó a trabajar en la Autoridad antes del 1 de enero de 1993:

| NÚMERO DE AÑOS DE SERVICIO ACREDITADO | BENEFICIO |
|---|---|
| Menos de un año | 20% de la compensación anual |
| Un año o más, pero menos de dos | 40% de la compensación anual |
| Dos años o más, pero menos de tres | 60% de la compensación anual |
| Tres años o más, pero menos de cuatro | 80% de la compensación anual |
| Cuatro años o más, pero menos de cinco | 100% de la compensación anual |

Tabla para casos de incapacidad no relacionada con el trabajo por el Fondo del Seguro del Estado, si el miembro comenzó a trabajar en la Autoridad a partir del 1 de enero de 1993:

Enmendado:  25 Abr 2014

| NÚMERO DE AÑOS DE SERVICIO ACREDITADO | BENEFICIO |
|---|---|
| Menos de un año | 10% de la compensación anual |
| Un año o más, pero menos de dos | 20% de la compensación anual |
| Dos años o más, pero menos de tres | 30% de la compensación anual |
| Tres años o más, pero menos de cuatro | 40% de la compensación anual |
| Cuatro años o más, pero menos de cinco | 50% de la compensación anual |
| Cinco años o más, pero menos de seis | 60% de la compensación anual |
| Seis años o más, pero menos de siete | 70% de la compensación anual |
| Siete años o más, pero menos de ocho | 80% de la compensación anual |
| Ocho años o más, pero menos de nueve | 90% de la compensación anual |
| Nueve años o más, pero menos de diez | 100% de la compensación anual |

Si un miembro retirado por incapacidad de conformidad con las disposiciones de este apartado regresa al servicio activo y se convierte de nuevo en miembro del Sistema, le serán de aplicación a éste las disposiciones de la Sección 6 (b) (ii) de este Artículo, primera opción, y deberá reembolsar la suma global recibida de acuerdo con las tablas anteriores más las aportaciones acumuladas devueltas y los intereses acumulados al tipo actuarial sobre ambas cantidades a fin de que se le restituyan los años de servicio que hubiese tenido acreditados a la fecha de su primer retiro. En caso de que el miembro opte por no devolver el beneficio del pago global más las aportaciones que le fueron devueltas, no recibirá crédito por el tiempo de servicio anterior y el beneficio

correspondiente al pago global le será deducido del beneficio por Jubilación o Muerte a que sea acreedor a la fecha de su segunda jubilación. (Aprobado el 14 de enero de 2000, Resolución 2000-003).

(3)    **Beneficio Año de Sueldo.** (Texto completo enmendado mediante Resolución 2005-062 aprobada el 18 de noviembre de 2005).

(a)    **Muerte en Servicio Activo.**

Cuando el Sistema reciba prueba satisfactoria de la muerte de un miembro en servicio activo le pagará a su(s) beneficiario(s) designado(s) o, de no tenerlo(s), a sus heredero(s) el Beneficio del Año de Sueldo que aquí se dispone.

(b)    **Jubilación.**

También, tendrá derecho a recibir el Beneficio del Año de Sueldo que aquí se dispone todo miembro a quien se le otorgue una pensión de jubilación, de acuerdo con las disposiciones de este Reglamento, excepto, cuando la pensión de jubilación se otorga bajo la Sección (4) de este Artículo y si a la fecha de efectividad de la misma el miembro no tiene quince (15) años de servicio acreditado, o cuando se otorga bajo la Sección (2) de este Artículo y a la fecha de su retiro por incapacidad el miembro no tiene cinco (5) años de servicio acreditado o diez (10) años de servicio acreditado, si comenzó a trabajar en la

Enmendado: 25 Abr 2014

Autoridad a partir del 1 de enero de 1993, y la incapacidad no está relacionada con un accidente laboral según certificado por la Corporación del Fondo del Seguro del Estado.

El miembro podrá optar por recibir el cien por ciento (100%) de este beneficio, a la fecha de su jubilación, o recibir el cincuenta por ciento (50%) de tal cantidad a su jubilación, y el restante cincuenta por ciento (50%) en cualquier fecha posterior, o que se le pague a su(s) beneficiario(s) designado(s) o heredero(s) después de su muerte. Si el miembro se retira del servicio con más de quince (15) años de servicio acreditado y opta por dejar sus aportaciones acumuladas en el Sistema para recibir una pensión de jubilación al cumplir sesenta (60) años de edad, de acuerdo con las disposiciones de la Sección (4) de este Artículo, cobrará el Beneficio del Año de Sueldo cuando cumpla esa edad y sea efectiva su jubilación, excepto lo que se dispone en la Sección (9) (c) de este Artículo. En caso de que el Miembro fallezca antes de cumplir los sesenta (60) años su(s) beneficiario(s) designado(s) o heredero(s) no tendrán derecho al Beneficio del Año de Sueldo y solamente tendrán derecho a la devolución de las aportaciones acumuladas del miembro a la fecha de su separación del servicio, después de deducir cualquier deuda garantizada con dichas aportaciones.

Enmendado:  25 Abr 2014

(c)   **Cómputo del Beneficio.**

El Beneficio del Año de Sueldo será igual a la compensación que el miembro devengó el año inmediatamente anterior a su separación del servicio en la Autoridad, excepto, cuando el miembro muere en servicio activo y a la fecha del fallecimiento tiene menos de un año de servicio acreditado; cuando la pensión de jubilación se otorgue bajo la Sección (1) de este Artículo y el miembro tenga menos de quince (15) años de servicio acreditado y cuando el miembro comenzó a trabajar en la Autoridad a partir del 1 de enero de 1990 y parte del tiempo mínimo de servicio acreditado que se requiere, de acuerdo con este Reglamento, para que el miembro tenga derecho a este beneficio, no lo haya prestado en la Autoridad.   En el caso de estas tres excepciones, el beneficio se determinará en la siguiente forma:

(i)   Muerte en servicio activo con menos de un año de servicio acreditado.

Cuando a la fecha de su fallecimiento en servicio activo el miembro tenga menos de un año de servicio acreditado, el Beneficio del Año de Sueldo será igual a la compensación que el miembro devengó por el servicio acreditado, más una cantidad equivalente a la

compensación adicional que hubiese devengado de permanecer en servicio activo hasta cumplir un año de servicio acreditado.

(ii)   Jubilación bajo la Sección (1) de este Artículo con menos de quince (15) años de servicio acreditado.

Cuando el miembro se acoja a una pensión de jubilación, de acuerdo con la Sección (1) de este Artículo y tenga menos de quince (15) años de servicio acreditado, el Beneficio del Año de Sueldo se calculará como si tuviese los quince años de servicio acreditado requeridos y se multiplicará por la proporción de sus años de servicio acreditado sobre quince.  El resultado será el beneficio a pagarse.

(iii)   Parte del tiempo mínimo de servicio acreditado requerido no fue prestado en la Autoridad.

Cuando un miembro que comenzó a trabajar en la Autoridad a partir del 1 de enero de 1990 se acoja a una pensión de jubilación de acuerdo con las disposiciones de este Reglamento y parte del tiempo mínimo de servicio acreditado requerido para el tipo de pensión otorgado no haya sido prestado en la Autoridad, el Beneficio del Año de Sueldo será el resultado de los siguientes pasos:

- Se determina la proporción entre los años de servicio acreditado trabajados en la Autoridad y

el tiempo mínimo de servicio acreditado requerido para el tipo de jubilación que se le otorgó al miembro. Si la pensión es por incapacidad y el miembro comenzó a trabajar en la Autoridad antes del 1 de enero de 1993, o comenzó después de esta fecha, pero la incapacidad está relacionada con un accidente laboral certificado por la Corporación del Fondo del Seguro del Estado, el tiempo mínimo requerido es de cinco (5) años. Si el miembro comenzó a trabajar en la Autoridad a partir del 1 de enero de 1993 y la incapacidad no está relacionada con un accidente laboral certificado por la Corporación del Fondo del Seguro del Estado, el tiempo mínimo requerido es de diez (10) años. Si al miembro se le otorgó una pensión de jubilación bajo la Sección (1) de este Artículo o una pensión diferida bajo la Sección (4), el tiempo mínimo requerido es de quince (15) años. Si la pensión de jubilación

otorgada es una actuarial bajo la Sección (4), el tiempo mínimo requerido es de veinte (20) años. Si al miembro se le otorgó una pensión de mérito reducida, (de acuerdo con la Resolución 99-147 de la Junta de Síndicos aprobada el 14 de octubre de 1999), el tiempo mínimo requerido es de veinticinco (25) años.  Si se acogió a una anualidad de mérito de acuerdo con la Sección (11) de este Artículo o con la Resolución 99-147, el tiempo mínimo requerido es de treinta (30) años.

- Se multiplica la proporción obtenida, de acuerdo con el primer paso, por la compensación devengada por el miembro el año inmediatamente anterior a la fecha de su separación del servicio en la Autoridad.

- Se restan los años de servicio acreditado trabajados en la Autoridad del tiempo mínimo de servicio acreditado requerido de acuerdo con el tipo de jubilación otorgada y se obtiene la

proporción entre este resultado y el tiempo mínimo de servicio acreditado requerido.

- La proporción obtenida de acuerdo con el paso anterior se multiplica por el salario o paga básica que recibió el miembro durante el último año de servicio acreditado no trabajado en la Autoridad que se haya utilizado como base para el cómputo de la aportación que pagó el miembro para su acreditación.

- Se suman los resultados obtenidos en el segundo y cuarto paso y éste será el beneficio a pagarse.

En todos los casos, antes de efectuar el pago de la totalidad o parte de este beneficio por adelantado, el Sistema deducirá cualquier balance adeudado por el miembro al Sistema que esté garantizado por el mismo, hasta el importe del beneficio a pagarse.

(d) **Aportación por el Miembro.**

Los miembros hacen una aportación al Sistema que sea suficiente para cubrir el costo total de este beneficio. La aportación será equivalente a un 2.40% de su compensación o del salario o paga básica

sobre el cual se calcule su aportación para la acreditación de servicio no prestado en la Autoridad o no cotizado al Sistema a la fecha de prestarse. Esta aportación será deducida por la Autoridad de la compensación de los miembros activos, además de y en la misma forma que la aportación dispuesta en el Artículo 5, Sección (1).   La aportación total de los miembros, incluyendo la que corresponde a este beneficio, será de 9.06% para aquellos que comenzaron a trabajar en la Autoridad antes del 1 de enero de 1993 y de 11% para los que comenzaron a trabajar en la Autoridad a partir de esa fecha.   La aportación retroactiva requerida para la acreditación de servicio no cotizado al Sistema para la fecha en que se prestó el mismo debe ser pagada por el miembro al Sistema mediante un solo pago, excepto que solicite y se le conceda un acuerdo de pago mediante autorización de descuento de su salario, según se dispone en el Artículo 2 (8) (h).

(e)     **Cobro Adelantado del Beneficio.**

Podrá cobrar por adelantado el Beneficio del Año de Sueldo cualquier miembro en servicio activo que tenga veinte (20) años o más de servicio acreditado, si tiene menos de sesenta (60) años de edad, o quince (15) años o más de servicio acreditado si tiene sesenta (60) años o más.   La solicitud del pago por adelantado se someterá por escrito al

Sistema y la cantidad a pagarse será aquella a que tendría derecho el miembro, en conformidad con las disposiciones de esta Sección, tomando como fecha de jubilación la fecha de la solicitud. Todo miembro que tenga vigente un préstamo personal con el Sistema tendrá que saldar el mismo antes de recibir el pago de este beneficio por adelantado, o el Sistema deducirá del beneficio a pagar el balance que tenga el préstamo a la fecha.

El miembro que solicite el pago del Beneficio del Año de Sueldo por adelantado tiene que escoger en el formulario de solicitud una de las siguientes dos alternativas:

(i)     No cobrar diferencia alguna por este beneficio a la fecha de su jubilación.

(ii)    Recibir a la fecha de su jubilación la diferencia entre la cantidad del Beneficio del Año de Sueldo que cobró por adelantado y la cantidad que le correspondería por este beneficio a la fecha de su jubilación.

Una vez el miembro se acoja al pago del beneficio por adelantado bajo la alternativa seleccionada, ésta será irrevocable. El costo de recibir este beneficio por adelantado será satisfecho por el miembro quien, a partir del recibo del mismo y hasta la fecha de su muerte en servicio activo o de su jubilación, pagará al Sistema una aportación

adicional a las que se disponen en el inciso (d) de esta Sección y en el Artículo 5 (1) para cubrir el costo total que represente para el Sistema el pago por adelantado de este beneficio.   Esta aportación adicional se calculará por separado para los miembros que comenzaron a trabajar en la Autoridad antes de y a partir del 1 de enero de 1993.   Para ambos grupos de miembros, la Junta determinará los tipos de aportación adicional dependiendo de la alternativa que el miembro seleccionó entre las dos que se mencionan en el párrafo anterior.   El tipo de aportación adicional aplicable a cada alternativa dentro de cada grupo se basará en un estudio de acuerdo con la experiencia realizado por el Actuario del Sistema, por lo menos cada tres años, de forma que los miembros que se acojan al beneficio por adelantado paguen el costo total para el Sistema de adelantar el mismo.   Los nuevos tipos de aportación adicional, así determinados, aplicarán tanto a los miembros que soliciten el beneficio por adelantado, después de que estos hayan entrado en vigor, como a los miembros que lo hubiesen solicitado o cobrado previamente, excepto, si se acogieron antes del 1 de julio de 2001, a la primera alternativa que no provee para cobrar la diferencia en el beneficio a la fecha de jubilación. Para estos miembros la aportación adicional se mantendrá en .45% hasta su jubilación o fallecimiento en servicio activo.   Siempre que la Junta de

Enmendado:  25 Abr 2014

Síndicos revise los tipos de aportación adicional aplicables notificará a los miembros activos por escrito y los nuevos tipos de aportación entrarán en vigor treinta (30) días después de dicha notificación.

Si un miembro fallece en servicio activo después de haber cobrado el Beneficio del Año de Sueldo por adelantado su(s) beneficiario(s) designado(s) o heredero(s) tendrán derecho a la devolución de las aportaciones acumuladas a la fecha de su fallecimiento después de deducirle la aportación adicional aquí dispuesta más los intereses corrientes acumulados sobre la misma.

Si un miembro se retira del servicio por otra causa que no sea jubilación o muerte, después de haber cobrado el Beneficio del Año de Sueldo por adelantado, se le devolverán sus aportaciones acumuladas en el Sistema después de deducir de las mismas la aportación pagada de acuerdo con el inciso (d) de esta Sección, más la aportación adicional aquí dispuesta y más los intereses corrientes acumulados sobre ambas aportaciones.

(f)    **Devolución Exceso de Aportaciones Acumuladas.**

Si un miembro jubilado fallece sin que los pagos de pensión recibidos, hasta la fecha de su fallecimiento alcancen la cantidad de sus aportaciones acumuladas en el Sistema, después de deducirle un

veinticinco por ciento (25%) por el costo del Beneficio del Año de Sueldo más la aportación adicional y los intereses corrientes acumulados sobre la misma, si cobró dicho beneficio por adelantado, se devolverá el exceso de las aportaciones a su sucesión, siempre que no se haya acogido a un beneficio opcional de acuerdo con la Sección (7) de este Artículo, en cuyo caso, regirán los términos de la opción seleccionada; o que no tenga un cónyuge sobreviviente o hijos menores o incapacitados con derecho al Beneficio del Cónyuge Supérstite, según dispuesto en el Reglamento para Administrar el Beneficio al Cónyuge Supérstite vigente a la fecha. (Aprobado el 18 de noviembre de 2005, Resolución 2005-062).

(4)   **Cese en el Servicio.**

(Según fue enmendado el 29 de enero de 1960 y el 24 de octubre de 1968).   Cualquier miembro que dejare de ser empleado por cualquier causa que no fuere muerte o retiro bajo las Secciones (1), (2) u (11) de este Artículo 4, tendrá derecho a recibir dentro de los sesenta (60) días siguientes a la presentación de una solicitud al efecto una suma global de dinero igual a la cantidad de sus aportaciones acumuladas hasta la fecha en que cesare como empleado.   Si el miembro hubiere prestado diez o más años de servicio acreditable podrá, en vez de recibir dicha suma global de dinero, optar por dejar en el Sistema sus aportaciones

acumuladas, en cuyo caso tendrá derecho a recibir al cumplir la edad de

sesenta (60) años una pensión de jubilación determinada a base de su

compensación media final y servicio acreditable hasta la fecha en que cesó

como empleado, computada de acuerdo con el Artículo 4 (1) (c).  En caso

de que el miembro opte por dejar sus aportaciones acumuladas en el

Sistema para tener derecho a recibir el beneficio por separación y si al

cumplir la edad de 65 años estuviere plenamente asegurado bajo la Ley de

Seguro Social Federal y hubiere dejado de elegir, de acuerdo con el

Artículo 2 (9), los beneficios bajo el Sistema que son completamente

suplementarios a cualesquiera beneficios pagaderos a su favor bajo dicha

Ley de Seguro Social, su pensión de jubilación se descontinuaría al

cumplir la edad de 65 años.  De ahí en adelante y hasta cumplir 80 años el

miembro recibirá una pensión por servicio computada según se dispone

bajo el Artículo 4 (1) (d).  Una vez el miembro cumpla 80 años de edad se

le restablecerá el cómputo de la pensión que estuvo recibiendo hasta

cumplir los 65 años, DISPONIENDOSE, sin embargo, que en o después

del 21 de junio de 1982, al cumplir la edad de 60 años, en lugar de recibir

tal pensión, según se dispone anteriormente, los miembros después de

20 años de servicio, podrán optar por recibir:

(1)    Una pensión mensual de valor actuarial equivalente a la pensión que de otro modo tendría derecho, a regir desde el momento de su separación de la Autoridad, asumiendo que al cumplir 65 años de edad el miembro estuviere plenamente asegurado bajo la Ley del Seguro Social Federal.    Si al cumplir 65 años de edad tal miembro no estuviere plenamente asegurado bajo la Ley de Seguro Social Federal, entonces empezando desde la fecha en que cumplió 65 años de edad, una vez que presente la evidencia necesaria a tal respecto, la pensión mensual será aumentada por la diferencia entre la pensión diferida calculada a base del Artículo 4 (1) (c), y el Artículo 4 (1) (d).

(2)    o podrá optar por recibir una pensión mensual de valor actuarial equivalente a la pensión a que de otro modo tendría derecho a regir desde el momento de su separación, asumiendo que al cumplir 65 años de edad, el miembro no estuviere plenamente asegurado bajo la Ley de Seguro Social Federal.    Si al cumplir 65 años de edad tal miembro estuviere plenamente asegurado bajo la Ley del Seguro Social Federal entonces desde la fecha en que cumple 65 años de edad, una vez que presente la evidencia necesaria a tal respecto, la pensión será reducida por la diferencia entre las cantidades diferidas computadas según se

dispone en el Artículo 4 (1) (c) y el Artículo 4 (1) (d).  (Aprobado el 28 de junio de 2001, Resolución 2001-026)

(5)   **Exámenes a miembros retirados por incapacidad.**

(a)   Una vez al año, después del retiro de un miembro por incapacidad, la Junta de Síndicos podrá requerir, y a solicitud del miembro o de la Autoridad, requerirá de cualquier miembro retirado que no hubiere cumplido los sesenta años y que estuviere recibiendo una pensión por incapacidad, que se someta a un examen médico por un facultativo o los facultativos designados por la Junta, y dicho examen se efectuará en la residencia de dicho miembro retirado, o en cualquier otro lugar escogido por mutuo acuerdo.  Si el miembro pensionado rehusare someterse a dicho examen médico, su pensión podrá ser suspendida mientras dure su negativa a someterse a dicho examen, y si dicha negativa continuare por un año, cesará todo derecho que pueda tener a la parte de su pensión aportada por la Autoridad.

(b)   Si del examen médico resultare que la incapacidad del miembro retirado y que no ha cumplido los sesenta años ha terminado y que ha recuperado su capacidad para trabajar, la parte de su pensión aportada por la Autoridad podrá ser suspendida o si esta incapacidad ha sido parcialmente curada y su capacidad para trabajar ha sido

Enmendado:  25 Abr 2014

parcialmente recuperada, tal parte de su pensión podrá ser reducida.   En caso de que una pensión por incapacidad fuere suspendida o reducida, y el miembro retirado volviera a sufrir incapacidad y a perder otra vez su capacidad para trabajar, dentro de los cinco años siguientes a la fecha de la suspensión o reducción, dicho miembro tendrá derecho a solicitar de la Junta de Síndicos que se le restaure su pensión original, y la Junta podrá a su discreción, restaurar toda o parte de dicha pensión original.

(6)   **Reingreso en el Servicio Activo.**

(a)   **Nuevo Nombramiento como Empleado**

Si un miembro se separa del servicio con la Autoridad y luego regresa como empleado, será un miembro activo a partir del día de su nuevo nombramiento como empleado.

(b)   **Miembros Separados del Servicio sin Acogerse a una Pensión**

(i)   Un miembro que se haya separado del servicio sin derecho a recibir una pensión o suma global por incapacidad, de acuerdo con el Artículo 4 (2) (c), que no haya retirado sus Aportaciones Acumuladas y que regrese al servicio como Empleado antes de que transcurran seis meses desde que cesó en el empleo, se le reconocerá todo el Servicio Acreditado que tenía a la fecha en que se separó del

Enmendado:  25 Abr 2014

empleo.  A este miembro se le aplicarán las disposiciones del Reglamento como si no hubiese ocurrido esa interrupción en el Servicio de Miembro.

(ii)    Un miembro que se haya separado del servicio en la Autoridad sin acogerse a una Pensión y que haya retirado sus Aportaciones Acumuladas o que sin haber retirado sus Aportaciones Acumuladas hayan transcurrido seis meses desde que cesó en el empleo, o que se haya retirado y haya recibido una suma global, de acuerdo con el Artículo 4 (2) (c), si regresa al servicio como Empleado, se considerará para todos los propósitos como un nuevo Empleado y Miembro.  En caso de que no haya retirado sus Aportaciones Acumuladas, se le acreditará nuevamente cualquier Servicio Acreditado que tenía a la fecha en que se separó del empleo.  El Miembro que haya retirado sus Aportaciones Acumuladas y/o haya recibido una suma global, de acuerdo con el Artículo 4 (2) (c), podrá solicitar que se le acredite nuevamente el servicio que hubiese tenido acreditado a la fecha en que se separó del empleo en conformidad con el Artículo 2 (8).

(c)    **Miembros Separados del Servicio que Opten por una Pensión Diferida**

Un Miembro que se haya separado del servicio en la Autoridad con derecho a una Pensión Diferida y que haya optado por dejar

sus Aportaciones Acumuladas en el Sistema, si regresa al servicio como Empleado antes de que comience a recibir una Pensión Diferida, se le reconocerá todo el servicio acreditado que tenía en el Sistema a la fecha en que se separó del servicio y se le aplicarán las disposiciones del Reglamento como si no hubiese ocurrido esa interrupción en el Servicio de Miembro.

(d)   **Miembros Separados del Servicio y que Están Recibiendo una Pensión**

(i)   A todo Miembro que se haya separado del servicio en la Autoridad, que esté recibiendo una pensión y que reingrese al servicio como Empleado se le suspenderá de inmediato todo pago de Pensión que estuviese recibiendo a esa fecha.

(ii)   Un Miembro que después de estar recibiendo una Pensión reingrese al servicio como Empleado se considerará para todos los propósitos como un nuevo Empleado y Miembro.

(iii)   A la fecha de su segunda jubilación, el Miembro recibirá una Pensión del Sistema igual a la Pensión que recibía antes de su reingreso al servicio como Empleado, más la pensión que acumule como nuevo Miembro por el Servicio Acreditado con posterioridad a su reingreso.

(e)    **Miembros Separados del Servicio Después de Haber Cobrado el Beneficio del Año de Sueldo**

El Miembro que reingresa al Servicio como Empleado después de haber cobrado el Beneficio del Año de Sueldo tendrá derecho a recibir a la fecha en que se separe como Empleado un Beneficio del Año de Sueldo adicional computado de acuerdo con el Artículo 4 (3) (c) multiplicado por la proporción, no mayor de 100% del Servicio Acreditado prestado después de su reingreso dividido por 15 años.   (Aprobado el 20 de abril de 2001, Resolución 2001-010).

(7)    **Beneficios Opcionales en Sustitución de Beneficios Regulares**

Antes de vencer el primer pago de la pensión a que tenga derecho, cualquier miembro podrá optar por convertirla en una pensión de un valor actuarial equivalente bajo cualquiera de las formas opcionales que se mencionan a continuación; DISPONIENDOSE, sin embargo, que ninguna elección a un beneficio opcional será efectiva hasta después de treinta días después de la fecha de la presentación de la opción ante la Junta de Síndicos o hasta treinta días después del retiro (lo que tenga lugar más tarde) y si el miembro falleciere antes de que dicha opción fuere

efectiva los beneficios a abonarse en su cuenta serían los mismos que aquellos que se proveen en este Artículo.

OPCIÓN NÚM. 1 – Pago de una pensión reducida durante la vida del pensionado con una disposición al efecto de que al ocurrir su muerte dicha pensión continuará y será pagada por un término vitalicio a la persona designada por él en un documento debidamente reconocido y presentado a la Junta de Síndicos en la fecha de su jubilación, si dicha persona le sobrevive.

OPCIÓN NÚM. 2 – Pago de una pensión reducida durante la vida del pensionado a condición de que después de su muerte se seguirá pagando por un término vitalicio una pensión igual a la mitad de la pensión reducida del miembro, a la persona designada por él en un documento debidamente reconocido y presentado ante la Junta de Síndicos en la fecha de su jubilación si dicha persona le sobrevive.

Las personas que reciban una pensión conforme a las disposiciones de las Opciones 1 y 2 no tendrán derecho a los beneficios de Aguinaldo Navideño y Aumento Automático cada tres años.  (Aprobado el 14 de enero de 2000, Resolución 2000-001).

Disponiéndose que un miembro que ejerza cualquiera de las opciones antes mencionadas, tendrá derecho a que se le restituya la

pensión que le correspondería de no haber ejercido la opción, al mes siguiente del fallecimiento del beneficiario designado. (31 de julio de 1990) o cuando así lo solicite al Sistema. (Aprobado el 4 de octubre de 1991, Resolución 91-096.)

Disponiéndose, además, que el miembro podrá cambiar el beneficiario en la opción seleccionada solamente en los casos de muerte, divorcio o desheredación; solicitando por escrito al Administrador del Sistema de Retiro y comprometiéndose a asumir el costo del estudio actuarial que conlleva este cambio. El mismo será efectivo a los 30 días de haberse solicitado y pagado los costos del estudio. De fallecer el miembro antes de concluir el proceso, la solicitud de cambio de beneficiario quedará sin efecto. (Aprobado el 17 de noviembre de 1998, Resolución 98-101)

(7A) **Opción de Beneficio por Muerte en Servicio Activo en lugar de la Devolución de Aportaciones** (Texto completo aprobado el 10 de enero de 1996, Resolución 96-009).

(a) El beneficio a ofrecerse es una opción adicional que tendrá el miembro que podrá tomar o revocar en cualquier momento y que enmendará por adición el derecho provisto en el Reglamento del Sistema, que autoriza la devolución

de las aportaciones del miembro que fallece a sus beneficiarios designados o herederos.

(b) Se considerará cónyuge sobreviviente, a los fines de determinar el derecho a este Beneficio, aquél con quien el miembro esté legalmente casado a la fecha de su fallecimiento;

(c) Nunca el monto de beneficio pagado al cónyuge sobreviviente e hijos menores será menor que el total de aportaciones efectuadas por el miembro;

(d) De ocurrir que habiendo un sobrante en aportaciones no existan viuda o hijos con derecho a recibir el beneficio, se pagará el sobrante a los herederos del miembro fallecido;

El beneficio para miembros con menos de treinta años de servicios acreditados, se regirá por las siguientes normas:

(a) El miembro tendrá disponible la opción de seleccionar que a su fallecimiento, sus beneficiarios designados o herederos reciban, en lugar de la devolución de aportaciones, el pago de $175 mensuales por vida para el cónyuge e igual cantidad para cada uno de sus hijos

menores de 18 años o totalmente incapacitados para desempeñar labor remunerada.

(b) La totalidad a pagarse por mes no excederá bajo ninguna circunstancia de $700.

(c) Cuando el cómputo del derecho al cónyuge sobreviviente e hijos la totalidad exceda los $700, se dividirán los $700 entre el número de beneficiarios.

(d) El cónyuge tendrá derecho a su pago mensual mientras se mantenga sin contraer nuevas nupcias.

El beneficio por Muerte en Servicio Activo para el cónyuge sobreviviente e hijos menores de 18 años o totalmente incapacitados para miembros que tengan treinta años o más de servicios acreditados y mientras estén en servicio activo se regirá por las siguientes normas:

(a) Podrán acogerse a este Beneficio, todos los miembros del Sistema con treinta o más años de servicios acreditados que notifiquen por escrito al Administrador su decisión de así hacerlo.

(b) El monto del beneficio será igual al 30% de lo que sería la pensión media final al momento de su fallecimiento.

(c) Los miembros que solicitan por escrito acogerse a este Beneficio no tendrán derecho a que se devuelvan sus aportaciones a sus beneficiarios designados o herederos.

(d) Se considerará cónyuge sobreviviente a los fines de determinar el derecho a este beneficio, aquél con quien el miembro esté legalmente casado a la fecha de su fallecimiento.

(e) El cónyuge sobreviviente tendrá derecho al beneficio siempre que no contraiga nuevas nupcias.

(8)     **Beneficio por Compensación Deducido de las Pensiones.**

Cualesquiera cantidades que sean pagadas o pagaderas por la Autoridad bajo las disposiciones de cualquier ley de compensaciones a obreros, o ley similar, a un miembro o a sus dependientes, por cualquier incapacidad o por muerte, serán descontadas y se considerarán como un pago en lugar de cualesquiera beneficios pagaderos de los fondos provistos por la Autoridad de acuerdo con las disposiciones de este Reglamento, por la misma incapacidad o muerte.  En caso de que el valor efectivo del total de los beneficios pagaderos bajo dicha ley de compensaciones a obreros, o ley similar, sea menor que la reserva sobre los beneficios que habrían de pagarse de fondos provistos por la Autoridad

de acuerdo con este Reglamento, entonces el valor efectivo de aquellos pagos será deducido de la reserva y la suma resultante reducida en esta forma, será pagada de acuerdo con las disposiciones de este Reglamento.

(9)  **Préstamos a Miembros.**

(Según fue aprobado el 28 de abril de 1948).  En caso de que se hagan préstamos a miembros activos o jubilados bajo las disposiciones del Artículo 7 (2) (a) de este Reglamento, los siguientes beneficios pagaderos bajo las disposiciones de este Artículo, podrán utilizarse para garantizar el pago de tales préstamos como sigue:

(a)  Las aportaciones acumuladas de un miembro se reducirán en una cantidad igual a la que adeude dicho miembro de un préstamo, incluyendo intereses, en todos los casos en que hubiere de devolverse aportaciones a tales miembros.

(b)  Efectivo el 1 de enero de 2006, si a la fecha de su jubilación un miembro adeudare sobre un préstamo personal, el Sistema deducirá la cantidad adeudada del pago del Beneficio del Año de Sueldo a que tiene derecho el miembro.  Si dicho pago no fuere suficiente para cubrir la cantidad adeudada del préstamo, el balance adeudado se deducirá de la cantidad a ser pagada al miembro por concepto del Beneficio por Incapacidad, Jubilación o Muerte del Fondo Especial creado

por la Autoridad en el Sistema de Retiro.  Disponiéndose, sin embargo, que si el miembro tuviere un préstamo personal cuyo balance a la fecha de jubilación exceda del cincuenta por ciento (50 %) del Beneficio del Año de Sueldo y opta por cobrar solamente el cincuenta por ciento (50%) de este beneficio a la fecha de su jubilación y dejar en el Sistema el restante cincuenta por ciento (50%) tendrá que hacerlo bajo las siguientes condiciones:

(i)    A la fecha de jubilación se liquidará el balance del préstamo hasta el cincuenta por ciento (50%) del Beneficio del Año de Sueldo pagado.

(ii)    El balance del préstamo personal que exceda del cincuenta por ciento (50%) del Beneficio del Año de Sueldo pagado será satisfecho por el miembro durante el año inmediatamente siguiente a su jubilación mediante el pago de intereses más abonos al principal, según éste lo determine, o mediante el pago de los intereses acumulados exclusivamente.  La forma de pago se determinará a la fecha de jubilación y los pagos mensuales acordados se descontarán automáticamente de la pensión del miembro.

(iii)    Transcurrido un año desde la fecha de jubilación del miembro, si éste aún adeudare sobre el préstamo personal, el Sistema

Enmendado:  25 Abr 2014

procederá a liquidar el balance del préstamo contra el cincuenta por ciento (50%) del Beneficio del Año de Sueldo que dejó en el sistema y a pagarle a éste el remanente del beneficio, si alguno. Si quedara algún balance del préstamo personal después de liquidar el Beneficio del Año de Sueldo, el miembro acepta que dicho balance más los intereses acumulados sobre el mismo, si alguno, se descuenten de su pensión de forma automática mediante plazos mensuales que no excedan la cantidad máxima permitida por ley. (Aprobado el 30 de enero de 2006, Resolución 2006-001, enmendando Resolución 2005-069 del 29 de diciembre de 2005).

(c)    (Como fue enmendado el 25 de abril de 1951). En caso de que un miembro jubilado muera antes de haber satisfecho un préstamo, el beneficio por muerte a que tenga derecho su beneficiario o sus herederos se reducirá en una cantidad igual a lo que adeudare dicho miembro incluyendo intereses.

(d)    (Agregado el 24 de marzo de 1958). A partir del 1 de enero de 1958, no obstante cualquier disposición en contrario en este Reglamento, cualquier miembro que tuviere derecho a recibir al cumplir los 60 años de edad, una pensión bajo las disposiciones de la Sección (4) de este Artículo a causa de haber cumplido diez (10) o mayor número de años de servicio acreditable antes de la fecha en que cesó como empleado, y

haya optado por dejar sus aportaciones acumuladas con el Sistema y que adeuda al Sistema de Retiro sobre un préstamo, a tal miembro se le permitirá pagar esa deuda y así adquirirá el derecho a la cantidad completa de pensión por servicio al llegar a los 60 años de edad; DISPONIÉNDOSE, sin embargo, que si no pagara prontamente cualesquiera dos (2) pagos mensuales consecutivos, dentro de 30 días a partir de la fecha de vencimiento del segundo plazo, la diferencia entre el monto de sus aportaciones acumuladas y el remanente de la deuda, se le devolverá en lugar de cualesquiera otros beneficios bajo el Sistema de Retiro.

(Aprobado el 28 de enero de 2002, Resolución 2002-001 para añadir incisos (e) y (f) a la Sección 9).

(e)    Cuando el préstamo que se conceda a un miembro activo o jubilado sea un préstamo personal, el mismo tendrá una cubierta de riesgos hasta un máximo de $10,000. Ésta cubierta de riesgos se conocerá como Beneficio de Cubierta para Préstamos Personales. En el caso de los miembros activos los riesgos cubiertos son muerte, incapacidad física e incapacidad emocional como consecuencia de un accidente físico relacionado por el Fondo del Seguro del Estado. Los miembros jubilados solo tendrán cubierta para el riesgo de muerte.

Enmendado: 25 Abr 2014

Para financiar el costo de este beneficio se crea en el Sistema de Retiro un fondo que se conocerá como Fondo Beneficio de Cubierta para Préstamos Personales. Las aportaciones a este Fondo provienen de la Autoridad, del Fondo General del Sistema y de los miembros a los cuales se les otorguen préstamos personales en la siguiente proporción:

(i) $150,000 anuales del Sistema de Retiro

(ii) $150,000 anuales de la Autoridad

(iii) Aquella cantidad que sea necesaria para cubrir el costo del beneficio según determinada anualmente por la Junta de Síndicos a base de la experiencia previa, será aprobada por los miembros junto con el pago periódico del principal y los intereses sobre el préstamo.

(f) No obstante, cualquier disposición en contrario en este Reglamento, en caso de que un miembro solicite y se le apruebe una Licencia de Separación Voluntaria de Empleo y Sueldo por Tiempo Definido para prestar servicios en otra entidad gubernamental, de conformidad con el Manual Administrativo de la Autoridad, y aún adeude

parte de su obligación por préstamos no hipotecarios, vendrá obligado a saldar la misma o podrá, si así lo desea, autorizar a su nuevo patrono para que le descuente de su salario y remita al Sistema los pagos periódicos acordados, de conformidad con el pagaré suscrito a la fecha del otorgamiento del préstamo.   En caso de que al miembro se le conceda esta licencia para cualquier otro propósito por un periodo no mayor de un año, durante cuyo periodo el miembro no esté devengando ingresos, se autoriza al Administrador a que se deje pendiente el cobro de los plazos de principal e intereses correspondientes al periodo de la licencia sin paga hasta que dicho miembro regrese a su trabajo en la Autoridad, renuncie a su empleo o se jubile, según sea el caso.   Disponiéndose, no obstante, que en estos casos, el miembro deberá pagar trimestralmente por adelantado la parte proporcional de la contribución correspondiente para el Beneficio de Cubierta para Préstamos Personales, computada sobre el remanente de la deuda a la fecha de efectividad de la licencia sin paga y, disponiéndose, además, que de no efectuarse el pago dentro de los treinta (30) días siguientes al comienzo de cada trimestre, el préstamo no estará cubierto por el referido beneficio. En caso de que el miembro regrese a su trabajo en la Autoridad a la terminación de dicha licencia, deberá pagar al Sistema los intereses vencidos correspondientes al préstamo por la

Enmendado: 25 Abr 2014

· 74

duración del periodo de la licencia sin paga.  (Aprobado el 28 de enero de
2002, Resolución 2002-001).

(10)  **Disposiciones Especiales Aplicables a Antiguos Miembros
que se Jubilaron o Cesaron en el Servicio antes del 1 de julio de 1969.**
(Según fue enmendado el 24 de octubre de 1968 y el 21 de mayo de
1969).

(a)   La pensión completa de jubilación según se hubiere
calculado de acuerdo con las disposiciones de los Artículo 4 (1) (c),
4 (2) (b), 4 (4) ó 4 (11) (b), el que fuere aplicable, que al presente esté
pagándosele o por pagársele a cualquier antiguo miembro del Sistema que
se haya jubilado o separado del servicio antes del 1 de julio de 1969 y que
no había cumplido los 65 años de edad antes de esa fecha, se le seguirá
pagando en su totalidad al cumplir los 65 años y posteriormente y no se
aplicarán a tal antiguo miembro las disposiciones de los Artículos 4 (1) (d),
4 (2) (b), 4 (4) ó 4 (11) (c), que disponen el pago de una pensión de
jubilación reducida al cumplir los 65 años de edad y posteriormente.

(b)   Comenzando con el primer pago por pensión de
jubilación pagadero en o después del 1 de septiembre de 1968, la pensión
de jubilación pagadera a cualquier antiguo miembro del Sistema que se
jubiló o separó del servicio con anterioridad al 1 de julio de 1969 se

aumentará, efectivo el 1 de septiembre de 1968 al cumplir los 65 años de edad, cualquiera de dichas fechas que sea la posterior, la cantidad que le habría correspondido si no fuera por la reducción, si la hubiere, en la cantidad de la pensión a causa de la aplicación del Artículo 4 (1) (d).

(c)    Cualquier antiguo miembro menor de sesenta (60) años de edad al 1 de septiembre de 1968 que optó por el "Beneficio por Separación" provisto en la Sección (4) de este Artículo y que todavía no había comenzado a recibir pagos por pensión de jubilación pero que tiene derecho a empezar a recibir una pensión por separación en o después del 1 de septiembre de 1968 si su separación ocurrió después de haber completado treinta (30) años o más de servicio acreditable y cumplido 55 años de edad o al cumplir esa edad, tendrá derecho a recibir, en lugar de cualesquiera otros beneficios, en o después del 1 de septiembre de 1968, según sea el caso, una Anualidad de Mérito por Treinta Años o Más de Servicio Acreditable calculada de acuerdo con el Párrafo (b) del Artículo 4 (11) o, si su separación ocurrió después de haber completado treinta (30) años o más de servicio acreditable y cumplido los 52 años de edad o al cumplir esa edad, tendrá derecho a recibir una Anualidad de Mérito Reducida calculada como se dispone en el Párrafo (d) del Artículo 4 (11).

Enmendado:  25 Abr 2014

(d)   Cualquier antiguo miembro que haya cumplido sesenta (60) años o más de edad en o después del 1 de septiembre de 1968, que optó por el "Beneficio por Separación" provisto en la Sección (4) de este Artículo y que todavía no había empezado a recibir pagos por pensión de jubilación pero tiene derecho a empezar a recibir una pensión por separación en o después del 1 de septiembre de 1968, si su separación ocurrió después de haber completado treinta (30) años o más de servicio acreditable, tendrá derecho a recibir, en lugar de cualesquiera otros beneficios, en o después del 1 de septiembre de 1968, según sea el caso, una Anualidad de Mérito por Treinta Años o Más de Servicio Acreditable calculada de acuerdo con el Párrafo (b) del Artículo 4 (11).

(11)  **Anualidad de Mérito por Treinta Años o Más de Servicio Acreditable.**

(a)   Efectivo el 1 de julio de 1973, cualquier miembro en servicio que tenga 30 o más años de servicio acreditable podrá ser jubilado con una Anualidad de Mérito por Treinta Años o Más de Servicio Acreditable de acuerdo con esta Sección (11) en lugar de cualquiera otros beneficios en el Sistema de Retiro mediante solicitud por escrito a la Junta de Síndicos o podrá ser jubilado por dicha Junta mediante solicitud por escrito de la Autoridad y en ambos casos la solicitud deberá indicar en qué

fecha, que deberá ser no menos de 30 ni más de 90 días después de radicada dicha solicitud, será efectiva la jubilación.

(b)   La pensión pagadera al miembro a su jubilación con una Anualidad de Mérito por Treinta Años o Más de Servicio Acreditable, excepto al modificarse en armonía con el Inciso (c) de esta Sección (11), será igual a setenta y cinco por ciento (75%) de su compensación media final.  En el caso de un miembro en servicio al 1 de julio de 1973 con más de treinta (30) años de servicio acreditable a esa fecha recibirá una cantidad adicional en su pensión igual a dos por ciento de su compensación media final multiplicado por el número de años de su servicio acreditable hasta el 1 de julio de 1973 en exceso de treinta (30). Los años de servicio prestados con anterioridad al 1 de julio de 1973 por los que cualquier miembro en servicio reciba crédito en armonía con el Reglamento del Sistema o en virtud de la legislación aplicable del Estado Libre Asociado de Puerto Rico y que resulte en una acumulación en exceso de treinta (30) años de servicio acreditable al 1 de julio de 1973 si el miembro hubiere pagado por los mismos, serán considerados como años de servicio acreditable en exceso de treinta (30) al 1 de julio de 1973 si el miembro paga al Sistema las contribuciones correspondientes más los intereses, si algunos.  Los años de servicio prestados con posterioridad al

1 de julio de 1973 en exceso de treinta (30) solo serán considerados para efectos de computar la compensación media final.

(c)   Si un miembro está plenamente asegurado bajo la Ley de Seguro Social Federal y ha dejado de optar por beneficios en el Sistema, según el Artículo 2 (9), que son completamente suplementarios a cualesquiera beneficios pagaderos a su favor bajo dicha Ley de Seguro Social, la pensión pagadera bajo el anterior Inciso (b) se descontinuará al cumplir la edad de 65 años.   De ahí en adelante, y hasta cumplir 80 años el miembro recibirá una pensión de jubilación que consistirá de:

(i)   Uno y medio por ciento (1 ½%) de aquella parte de su compensación media final que no exceda de $4,200 más $2.00, multiplicado por el número de años de su servicio acreditable; más

(ii)   Setenta y cinco por ciento (75%) de aquella parte de su compensación media final en exceso de $4,200; más

(iii)   En el caso de un miembro en servicio al 1 de julio de 1973 con más de treinta (30) años de servicio acreditable a tal fecha, dos por ciento (2%) de aquella parte de su compensación media final en exceso de $4,200, multiplicado por el número de años de su servicio acreditable hasta el 1 de julio de 1973 en exceso de treinta (30).

Enmendado:  25 Abr 2014

DISPONIENDOSE, sin embargo, que tal pensión de jubilación más los beneficios pagaderos al miembro bajo la Ley de Seguro Social Federal después de cumplir la edad de 65 años y hasta cumplir 80 años no será menor que la pensión de jubilación pagadera al miembro de acuerdo con las disposiciones del anterior Inciso (b) antes de cumplir la edad de 65 años.   Una vez el miembro cumpla 80 años de edad se le restablecerá el cómputo de la pensión que estuvo recibiendo hasta cumplir los 65 años.  (Aprobado el 28 de junio de 2001, Resolución 2001-026).

(d)   La pensión por Anualidad de Mérito por Treinta Años o Más de Servicio Acreditable pagadera antes o después de la edad de 65 años bajo esta Sección (11) en ningún caso será mayor de ochenta y cinco por ciento (85%) de la compensación media final de dicho miembro.

(12)  **Pensión Mínima Mensual y Aguinaldo Navideño.**

A partir del 1ro de enero de 1984, se establece la cantidad de $180.00 como pensión mínima mensual pagadera a los miembros que se jubilan bajo las disposiciones de este Artículo 4, exceptuando las de índole actuarial y aquellas concedidas a los Miembros Jubilados de conformidad con los incisos (1) y (2) de este Artículo, cuando el miembro no haya completado 10 o más años de servicio acreditable. (1 de septiembre de 1989)

Enmendado:  25 Abr 2014

(a)     Aquellos miembros que se jubilen bajo las disposiciones de este Artículo 4, exceptuando los que se acojan a una pensión de índole actuarial y aquellos que se jubilen de conformidad con las secciones (1) y (2) de este Artículo, cuando tengan acreditados a la fecha de su jubilación diez o más años de servicio, recibirán una pensión mínima mensual de $180.00, independientemente de cualquier otra disposición de este Reglamento.   (Aprobado el 14 de septiembre de 2000, Resolución 2000-041)

(b)     Con el propósito de cubrir el costo de este beneficio se crea un Fondo Especial que se nutrirá de un medio por ciento (.50%) de los intereses que se cobran anualmente sobre los Préstamos Personales que se conceden a los miembros.

(c)     El primer viernes del mes de diciembre de cada año, el Sistema otorgará un Bono de Navidad de cuatrocientos (400) dólares (Aguinaldo Navideño) a todos los miembros jubilados que, durante ese año no tenga derecho a recibir un Bono de Navidad pagado por la Autoridad. Si el miembro jubilado con derecho a este beneficio fallece después del 30 de junio y antes del primer viernes de diciembre del año en que habría de pagársele el Bono de Navidad, el importe del mismo se pagará a sus

herederos o beneficiarios designados.  (Aprobado el 29 de junio de 2011, Resolución 2011-033).

(13) **Aumento en las pensiones concedidas con anterioridad al 1 de julio de 1972.**

Cualquier pensión menor de $500 mensuales pagadera en o después del 1 de julio de 1972, por motivo de jubilación o separación ocurrida con anterioridad a dicha fecha será aumentada según se dispone en esta Sección.

(a)     Efectivo el 1 de julio de 1972, cualquier pensión pagadera en o después de esa fecha, en lugar de cualquier ajuste en la pensión mínima mensual efectiva en esa fecha de conformidad con la Sección (12) de este Artículo, de ser esta aplicable, será aumentada en $15; DISPONIENDOSE, que los pagos mensuales por dicha pensión no excederán de $500 como resultado del referido aumento; DISPONIENDOSE, además, que para miembros jubilados con diez (10) o más años de servicio acreditable, los pagos mensuales por concepto de pensión, en ningún caso serán menores que la cantidad que de otra manera sería pagadera como pensión mínima mensual bajo las disposiciones de la Sección (12) de este Artículo.

(b)   Efectivo el 1 de julio de 1973, cualquier pensión mensual pagadera en o después de esa fecha, en lugar de cualquier ajuste en la pensión mínima mensual efectiva en esa fecha de conformidad con la Sección (12) de este Artículo, de ser esta aplicable, será aumentada en $10; DISPONIENDOSE, que dicha pensión mensual no excederá de $500 como resultado de tal aumento; DISPONIENDOSE, además, que para miembros jubilados con diez (10) o más años de servicio acreditable, los pagos mensuales por concepto de pensión, en ningún caso serán menores que la cantidad que otra manera sería pagadera como pensión mínima mensual bajo las disposiciones de la Sección (12) de este Artículo.

(c)   Efectivo el 1 de julio de 1979, cualquier pensión mensual pagadera en o después de esa fecha y que sea mayor de $180.00 será aumentada en $25.00. (14 de diciembre de 1979).

En los casos de beneficios opcionales pagaderos de conformidad con la Sección (7) de este Artículo, la cantidad de cualquier aumento en los pagos mensuales por concepto de pensión dispuesto por esta Sección, será reducido en la misma medida en que el beneficio regular a que es acreedor el miembro se reduce a la fecha de comenzar a devengarlo como resultado de la elección de la correspondiente opción.

(d)   Comenzando el 1 de julio de 1988, la pensión de cualquier miembro retirado a esa fecha y cuya jubilación haya ocurrido con anterioridad a ésta, será aumentada como sigue:

$50 mensuales a las pensiones que tienen 20 años o más de concedidas.

$40 mensuales a las pensiones que tienen 10 años o más, pero menos de 20 años de concedidas.

$25 mensuales a todas las demás.

(14) **Disposiciones Especiales para Miembros Acogidos a la Jubilación antes del 1 de julio de 1973.**

Efectivo el 1 de julio de 1973, la pensión pagadera a cualquier miembro o en su nombre, según sea el caso, cuya jubilación o separación hubiere ocurrido antes de esa fecha, después de cualquier ajuste procedente en dicha fecha de conformidad con las disposiciones de las Secciones (12) y (13) de este Artículo, será aumentada, según dispuesto en esta Sección.

(a)   En el caso de un miembro acogido a la jubilación en o después del primer día del mes siguiente a la fecha en que haya alcanzado tal edad en caso de estar recibiendo una pensión por

incapacidad, la pensión pagadera de otra manera al 1 de julio de 1973, será aumentada por las siguientes cantidades:

(i)   Diez por ciento (10%) sobre aquella parte de la pensión que no exceda de $6,000 anuales; más

(ii)   Seis por ciento (6%) sobre aquella parte de la pensión en exceso de $6,000 anuales, pero que no exceda de $7,200 anuales.

(b)   En casos de miembros que se hayan separado del servicio o acogidos a la jubilación no cubiertos por las disposiciones del Inciso núm. (a) de esta Sección, la pensión pagadera de otra manera el 1 de julio de 1973 será aumentada por las siguientes cantidades:

(i)   Seis por ciento (6%) de aquella parte de la pensión que no exceda de $6,000 anuales; más

(ii)   Cuatro por ciento (4%) de aquella parte de la pensión en exceso de $6,000 anuales, pero que no exceda de $7,200 anuales; más

(iii)   Dos por ciento (2%) de aquella parte de la pensión en exceso de $7,200 anuales.

(c)   En el caso de un miembro que haya cesado de ser empleado antes del 1 de julio de 1973 y que sea acreedor a una pensión

de conformidad con la Sección (4) de este Artículo que no hubiere advenido pagadera al 1 de julio de 1973, tal pensión, cuando advenga pagadera, será aumentada de conformidad con el Inciso (c) de esta Sección.

(15) **Disposiciones Especiales para Miembros Acogidos a la Jubilación desde el 1 de julio de 1974.**

Comenzando en y después del 1 de julio de 1974, la pensión de cualquier miembro que estuviere recibiendo dicha pensión desde dicha fecha, cuya jubilación o separación haya ocurrido antes de dicha fecha, después de cualquier ajuste efectivo en dicha fecha de conformidad con las Secciones (12), (13) y (14) de este Artículo, sería aumentada en $50 mensuales. El aumento será pagadero exclusivamente al miembro durante su vida, y cesará a su fallecimiento.

(16) **Aumento a las Pensiones**. (Nuevo inciso, aprobado el 23 de octubre de 1992, Resolución 92-098).

(a) aumento efectivo el 1 de julio de 1992 a todas las pensiones otorgadas en o antes del 30 de junio de 1990 bajo los siguientes términos:

1) hasta $300 de pensión se aumentará el ocho por ciento

2) del exceso de $300 hasta $600 se aumentará el cuatro por ciento

3) y sobre el exceso de $600 se aumentará el dos por ciento

(b) el aumento mínimo mensual será de $25 y el máximo de $50

(c) las pensiones actuariales serán acreedoras del aumento mínimo de $25 mensuales si cumplen con el requisito de haber sido otorgadas en o antes del 30 de junio de 1990.

(d) estos aumentos, bajo los mismos términos, se concederán automáticamente cada tres años a partir del 1 de julio de 1992 ó de la fecha de jubilación de todos aquellos que se jubilaron después del 30 de junio de 1990 y de los que se jubilen en lo sucesivo, según aplique.

El alcance de esta resolución es retroactiva al 1 de enero de 1992 en cuanto al pago a todos aquellos jubilados que a esa fecha tuvieran tres años o más recibiendo pensión de nuestro Sistema.

(17) **Pensión de Mérito Reducida**

(a) **Miembros Activos que Comenzaron a Trabajar en la Autoridad antes del 1 de enero de 1993;**

(1)    Efectivo el 1 de enero de 2000, aquellos miembros activos que comenzaron a trabajar en la Autoridad antes de 1 de enero de 1993, y que a la fecha de su jubilación tengan entre 25 y 29 años de servicio acreditados, recibirán una pensión equivalente a un porciento de su compensación media final determinado, de conformidad con la siguiente tabla:

| Años de Servicio Acreditados | Por Ciento de la Compensación Media Final |
|---|---|
| 25 | 62.5 |
| 26 | 65.0 |
| 27 | 67.5 |
| 28 | 70.0 |
| 29 | 72.5 |

Los miembros que decidan acogerse a este beneficio no podrán utilizar la licencia por enfermedad acumulada para aumentar los años de servicio acreditados.

(b)    **Miembros Activos que Comenzaron a Trabajar en la Autoridad a partir del 1 de enero de 1993;**

(1) Efectivo el 1 de enero de 2015, aquellos miembros activos que comenzaron a trabajar en la Autoridad a partir del 1 de enero de 1993, y que a la fecha de su jubilación tengan 30 años de servicio acreditados y entre 50 y 54 años de edad, recibirán una pensión

equivalente a un porciento de su compensación media final determinado, de conformidad con la siguiente tabla:

| EDAD | POR CIENTO DE LA COMPENSACIÓN MEDIA FINAL |
|---|---|
| 50 años | 62.5 |
| 51 años | 65.0 |
| 52 años | 67.5 |
| 53 años | 70.0 |
| 54 años | 72.5 |

Los miembros que decidan acogerse a este beneficio no podrán utilizar la licencia por enfermedad acumulada para completar los 30 años de servicio acreditados que se requiere para propósitos de jubilación.

(c)    **Utilización de Licencia por Enfermedad Acumulada para Completar Años de Jubilación;**

(1)    Efectivo el 1 de enero del 2000, aquellos miembros activos que no se acojan a la jubilación temprana a que se hace referencia en los incisos 1 y 2 anteriores, podrán utilizar su licencia por enfermedad acumulada, a razón de un mes de servicio acreditable por cada quince (15) días de licencia por enfermedad acumulada, para completar los años de servicio requeridos para jubilarse con una pensión de mérito.  A partir del 1 de enero de 2000, será obligación del Sistema de Retiro pagar la totalidad de las pensiones que estén recibiendo aquellos miembros que se

hayan jubilado con anterioridad a esa fecha y que hayan utilizado la licencia por enfermedad acumulada para aumentar o completar los años de servicio acreditados para propósitos de su jubilación.

(d)   **Pensión al Conyugue, Sobreviviente e Hijos Menores de Jubilados Fallecidos;**

(1)   Efectivo el 1 de enero de 2000, cuando un miembro jubilado fallezca, el Sistema de Retiro le concederá a su cónyuge sobreviviente y a sus hijos menores de 18 años o incapacitados, si los tuviera, una pensión equivalente al treinta por ciento (30%) de la pensión que estuviese recibiendo el miembro jubilado a la fecha de su fallecimiento.   Dicha pensión se concederá bajo los mismos términos y condiciones establecidos por la Junta de Gobierno de la Autoridad, mediante el Reglamento adoptado a tales efectos (Cónyuge Supérstite). Efectivo el 1 de enero del 2000, todas las pensiones concedidas por la Autoridad al cónyuge sobreviviente e hijos menores de 18 años o incapacitados, de miembros jubilados fallecidos con anterioridad a esa fecha, serán obligación del Sistema de Retiro y serán satisfechas por éste en su totalidad.   (Aprobado el 14 de octubre de 1999, Resolución 99-147).

(18)  **Bono de Verano**

Todo miembro que se haya separado del servicio y que reciba una Pensión bajo las disposiciones de la Sección (1), (2), (4) y (11) de este Artículo 4 y que fue jubilado no más tarde del 31 de diciembre del año anterior, se le pagará un Bono de Verano de $100.   Este beneficio se pagará el 1 de julio de cada año.   Si el miembro jubilado, con derecho a este beneficio, fallece después del 31 de diciembre del año anterior y antes del 1 de julio del año en que se pague el bono, el importe del mismo se pagará a sus herederos o beneficiarios designados. (Aprobado el 26 de septiembre de 2003, Resolución 2003-066).

(19)  **Beneficio Gastos de Funeral para Jubilados**

Cuando el Sistema de Retiro reciba prueba satisfactoria de la muerte de un miembro jubilado, quien recibía una pensión bajo los incisos (1), (2), (4) u (11) de este Artículo, pagará a la persona que presente evidencia de los gastos de funeral en los que incurrió por la muerte del jubilado la cantidad dispuesta en tal evidencia hasta un máximo de mil dólares ($1,000.00). (Aprobado el 25 de abril de 2004, Resolución 2014-020).

# ARTÍCULO 4.A

## REQUISITOS PARA EMPLEADOS NUEVOS QUE INGRESEN A TRABAJAR EN LA AUTORIDAD A PARTIR DEL 1 DE ENERO DE 1993

(Nuevo artículo, aprobado el 23 de octubre de 1992, Resolución 92-099).

Todo nuevo empleado que comience a trabajar en la Autoridad a partir del 1 de enero de 1993 se regirá bajo los siguientes requisitos:

(a) La edad mínima para acogerse a una pensión de mérito será 55 años y 30 años de servicio acreditado. En el caso de que el nuevo miembro decida acogerse a la jubilación con menos de 55 años y el mínimo de años de servicio requerido, la pensión a recibirse se calculará sobre bases actuariales.

(b) La aportación del miembro desde el comienzo de sus servicios a la Autoridad será de 11 por ciento de su salario básico bruto.

(c) Requerir diez años de servicio acreditado mínimo como miembro para tener derecho a una pensión por incapacidad, excepto que la misma sea producto de un accidente del trabajo certificado por el Fondo del Seguro

del Estado en cuyo caso se requerirá cinco años mínimos de servicio acreditado.

(ch) La aportación al Sistema se computará sobre el salario básico bruto hasta un máximo de $50,000 anuales y ese salario sobre el cual se paguen aportaciones será el que se utilice para el cómputo de la compensación media final y del Beneficio por Jubilación o Muerte (Año de Sueldo). (Aprobada el 23 de julio de 1999, Resolución 99-055).

(d) No considerará para efectos de determinar el montante de la pensión (compensación media final) aumentos anuales que excedan el 10 por ciento del salario del miembro, para ser aplicada a miembros que hayan comenzado a trabajar en la Autoridad a partir del 1 de enero de 1993. (Aprobada el 23 de julio de 1999, Resolución 99-055).

Nota: Para la Pensión de Mérito Reducida a los miembros que comenzaron a trabajar en la Autoridad a partir del 1 de enero de 1993, véase el Artículo 4, Sección 17, Inciso b.

Enmendado:  25 Abr 2014

# ARTÍCULO 5.  APORTACIONES

## (1)  **Por los miembros**

(a)  Cada miembro aportará al Sistema determinado porcentaje uniforme de su compensación, fijado de acuerdo con lo establecido por la Junta de Síndicos que computado a un interés regular a base de las tablas adoptadas por la Junta de Síndicos, sea suficiente, al cumplir aquel los 60 años, para pagar una pensión igual a tres cuartas partes del uno por ciento (.75%) del promedio de compensación anual por los tres años consecutivos anteriores a su jubilación, durante los cuales el miembro haya devengado salarios más altos, multiplicado por el número de años de servicios como miembro; DISPONIENDOSE, que dichas aportaciones se ajustarán para cubrir cualesquiera enmiendas a los tipos de contribución fijadas en la Ley de Seguro Social Federal en vigor desde el 1 de enero de 1955. (30 de abril de 1983).

(b)  La Autoridad deducirá tal porcentaje de la compensación de cada miembro en todas y cada una de las nóminas.  Al determinar la cantidad de la compensación de un miembro por el periodo cubierto por la nómina, la Autoridad podrá tomar la compensación pagadera al miembro el primer día de dicho periodo como si la misma continuara por todo dicho periodo, y podrá no efectuar deducciones por la compensación durante

Enmendado:  25 Abr 2014

cualquier periodo menor que el periodo total, si al miembro no se le pagó o no era miembro, desde el primer día del periodo cubierto por la nómina. Para facilitar dichas deducciones, podrá modificar la deducción que corresponda a cualquier miembro en una cantidad que no exceda el 1/10 del 1 por ciento del porcentaje anual de compensación, a base de la cual se hará tal deducción.  Se sobreentiende que todo miembro ha convenido y consentido en que se hagan las deducciones que se mencionan en este Reglamento, y otorgará recibo por el total de su compensación.  El pago de la compensación, menos dichas deducciones, será una completa exoneración y relevo de cualesquiera reclamaciones y demandas por servicios prestados por dicho miembro durante el periodo cubierto por dicho pago, con excepción de su reclamación de los beneficios a que pueda tener derecho bajo este Reglamento.  Las cantidades deducidas de la compensación de los miembros serán pagadas por la Autoridad a la Junta de Síndicos para ser depositadas en el fondo creado por este Reglamento.

(c)     (Según fue enmendado el 24 de octubre de 1968, 21 de mayo de 1969).  Efectivo el 1 de enero de 1955, la Autoridad deducirá de las aportaciones que pague cada miembro al Sistema, la contribución que fija sobre su compensación la Ley de Seguro Social Federal tal como

estaba en vigor en la fecha arriba mencionada. La Autoridad retendrá dicha contribución para ser pagada al Secretario de Hacienda de Puerto Rico; DISPONIENDOSE, que efectivo el 1 de julio de 1969 el descuento que por la presente se establece no se le aplicará a ningún miembro que opte por beneficios bajo el Sistema que son completamente suplementarios a cualesquiera beneficios pagaderos a su favor bajo la Ley de Seguro Social Federal, de acuerdo con el Párrafo (a) de la Sección (9) del Artículo 2.

(d)   Efectivo el 1 de junio de 1972, cada miembro contribuirá al Sistema, en adición al porcentaje de su compensación que haya sido determinado de conformidad con el Inciso (a) de este Artículo 5 (1), tres centésimas del uno por ciento (.03%) de su compensación; dicha contribución adicional será aumentada, efectivo el 1 de julio de 1973, uno y catorce centésimas de por ciento (1.14%) de la compensación de cada miembro. Dicha contribución adicional será deducida por la Autoridad de la compensación de cada miembro en la misma forma provista para el pago de las aportaciones del miembro bajo las disposiciones del Inciso (b) de este Artículo 5 (1).

(2)    **Aportaciones por la Autoridad.**

(a)    (Según fue enmendado el 1 de febrero de 1967, para ser efectiva el 1 de enero de 1967).   Mensualmente, o en los plazos que convenga con la Junta de Síndicos, la Autoridad aportará al Fondo creado por este Reglamento, un porcentaje de la compensación de todos los miembros que será conocido por aportación normal, y hasta que se determine de acuerdo con esta Sección (2), la Autoridad hará otra aportación que será conocida como aportación por obligaciones acumuladas.

(b)    A base del interés regular y de aquellas tablas de mortalidad y de servicio que sean adoptadas por la Junta de Síndicos inmediatamente después de hacer cada valuación durante el periodo en que sea pagadera la aportación por obligaciones acumuladas, el Actuario determinará el porcentaje uniforme de la compensación de todos los miembros calculado para ser requerido como aportaciones pagaderas por la Autoridad para proveer los beneficios del Sistema a los cuales los miembros son corrientemente acreedores, en adición a las aportaciones pagaderas por tales miembros.   El porcentaje determinado en esta forma será conocido por el porcentaje de aportación normal.   Después que se hayan satisfecho todas las aportaciones por obligaciones acumuladas, el

porcentaje de aportación normal será determinado después de cada valuación actuarial como el porcentaje de compensación de todos los miembros y se obtendrá deduciendo del total de las obligaciones del Sistema de Retiro para todos los beneficios a miembros activos y retirados a ser aportado por la Autoridad, la cantidad de los fondos que haya en caja conservados para tales beneficios y dividiendo el remanente por el uno por ciento del valor actual de la compensación futura de todos los miembros.

(c)    Inmediatamente después de la primera valuación a partir de la fecha de efectividad de cualquier enmienda al Reglamento del Sistema de Retiro, el Actuario determinará el importe de todas las obligaciones del Sistema de Retiro para todos los beneficios presentes y futuros de miembros activos y retirados que no esté cubierto por el activo que se guarda para dichos beneficios, las aportaciones futuras a hacerse al Sistema por los miembros activos y las contribuciones normales futuras a cuenta de dichos miembros.  El importe determinado en esta forma será conocido como las obligaciones acumuladas, y el porcentaje de aportación pagadero para dichas obligaciones acumuladas será conocido como el tipo de aportación por obligaciones acumuladas.

(d)    La cantidad total a pagarse anualmente por la Autoridad no será inferior a la suma de los porcentajes de la compensación de todos

Enmendado:  25 Abr 2014

los miembros conocidos por el porcentaje de aportación normal y el porcentaje de aportación por obligaciones acumuladas, DISPONIENDOSE, sin embargo, que a partir del 1 de enero de 1967 el tipo de aportación por obligaciones acumuladas será uno y medio por ciento (1½%) de la compensación anual total de los miembros del Sistema, pagadera mensualmente, y DISPONIENDOSE, además, que la cantidad de cada aportación anual para obligaciones acumuladas, a partir del 1 de julio de 1967, no será menor que el pago por la obligación anual acumulada anterior; y DISPONIENDOSE, además, que el pago conjunto por parte de la Autoridad deberá ser suficiente, al combinarse con el activo del Sistema de Retiro, para pagar los beneficios que han de cargarse al Sistema durante el año corriente.

(e)   Las aportaciones por obligaciones acumuladas serán suspendidas tan pronto como las reservas acumuladas del Sistema de Retiro igualen el valor efectivo actuarialmente computado y aprobado por la Junta de Síndicos, del total de las obligaciones del Sistema de Retiro para beneficio de miembros activos y retirados, menos el valor efectivo de las aportaciones normales futuras, a base del por ciento que esté en vigor, y las aportaciones futuras que han de ser recibidas a cuenta, de las personas que en esa fecha sean miembros.

Enmendado:  25 Abr 2014

Disponiéndose que en caso de que el costo de la aportación total correspondiente a la Autoridad llegase a cero (0), la aportación normal, conforme con el Reglamento no será menor de 5% de la nómina de los miembros activos.      (Aprobado el 29 de junio de 2011, Resolución 2011-032.)

(f)    (Según fue enmendado el 17 de agosto de 1956).   A partir del 1 de enero de 1955, la Autoridad pagará al Secretario de Hacienda de Puerto Rico de su aportación normal al fondo del Sistema de Retiro, la contribución que le fuere impuesta de tiempo en tiempo por la Ley de Seguro Social Federal.

(g)    La Autoridad aportará todos los fondos necesarios para los gastos de administración del Sistema.   La Junta de Síndicos podrá autorizar el pago de gastos administrativos del Sistema con cargo al fondo general siempre que ello resulte beneficioso para la administración del Sistema, en cuyo caso la Autoridad cubrirá dichos gastos en la aportación por obligaciones acumuladas.   (Aprobado el 17 de agosto de 2000, Resolución 2000-035)

100

# ARTÍCULO 6. ADMINISTRACIÓN DEL SISTEMA

(1)    La administración general del Sistema y la responsabilidad de llevar a efecto las disposiciones de este Reglamento estarán a cargo de la Junta de Síndicos compuesta por ocho miembros, de los cuales uno será el Director Ejecutivo de la Autoridad, quien podrá ser sustituido durante sus ausencias por el Director Ejecutivo Interino de la Autoridad, tres serán miembros activos del Sistema elegidos por los mismos miembros activos, por votación individual y bajo la supervisión de la Autoridad, tres serán nombrados por la Junta de Gobierno de la Autoridad y uno será miembro jubilado del Sistema elegido por los miembros jubilados, bajo la supervisión del Sistema de Retiro.    Los síndicos serán nombrados o elegidos por un término de tres años.   El Director Ejecutivo de la Autoridad actuará como síndico mientras ejerza el cargo de Director Ejecutivo.   Cada término de un síndico electo o nombrado se entenderá que ha expirado en la fecha del aniversario del establecimiento de este Sistema, y todo nombramiento o elección, excepto aquellos para llenar vacantes por términos sin expirar, se llevará a cabo en dichas fechas de aniversarios. Los puestos vacantes por términos sin expirar serán cubiertos en la misma forma en que fueron cubiertos originalmente.

Enmendado:  25 Abr 2014

(2)   La Junta de Síndicos celebrará reuniones ordinarias (19 de junio de 1987) una vez al mes y además las reuniones especiales que crea necesarias.   Seis síndicos constituirán quórum y cada síndico tendrá derecho a un voto, pero serán necesarios seis votos concordes para que tenga validez cualquier decisión de la Junta.   De entre sus miembros elegirá un presidente, vicepresidente y nombrará un secretario y un sub-secretario que pueden no ser síndicos y obtendrá los servicios administrativos, legales, de oficina, médicos y actuariales que sean necesarios para llevar a cabo las disposiciones del Sistema.   (23 de diciembre de 1993)

(3)   La Junta de Síndicos adoptará de tiempo en tiempo las tablas de mortalidad y servicios que fueren necesarias como base para cálculos actuariales y establecerá los porcentajes de aportaciones al Sistema, según se dispone en el Artículo 5 de este Reglamento.   Para asesorar a la Junta en la adopción de las tablas y en la fijación de los porcentajes de aportaciones que han de hacerse al Sistema de Retiro, la Junta de Síndicos designará un actuario, quien hará valuaciones actuariales anuales y quien recomendará a la Junta la tablas y porcentajes de aportaciones que él considere que deben ser usados por ella.   Al tercer año después de la fecha de implantación del Sistema, y a partir de esa

Enmendado:  25 Abr 2014

fecha por lo menos una vez cada cinco años, la Junta de Síndicos ordenará una investigación actuarial a base de la experiencia adquirida en cuanto a la mortalidad, servicio y compensación de los miembros y de los beneficios del Sistema de Retiro.

(4)   La Junta de Síndicos mantendrá un sistema de contabilidad que demuestre las transacciones del Sistema, según se dispone más adelante, y mantendrá en forma conveniente la información necesaria para valuaciones actuariales de capital y de las obligaciones de las distintas cuentas del Sistema.   La Junta presentará anualmente a la Junta de Gobierno de la Autoridad un informe demostrativo de las transacciones llevadas a cabo durante el año anterior, certificados por un auditor contratado por la Junta de Síndicos, en el que figuren el activo acumulado y valores y la última hoja de balance demostrando la situación financiera del Sistema, mediante una valuación actuarial del activo y pasivo del mismo.

(5)   La Junta de Síndicos podrá, de tiempo en tiempo y con sujeción a las limitaciones de este Reglamento, establecer reglas para la administración y funcionamiento del Sistema de Retiro.   La Junta de Síndicos del Sistema de Retiro será el organismo que determinará el monto a pagar por cualquier miembro que solicite acreditar servicios

prestados con anterioridad.  La decisión de la Junta de Síndicos, en cuanto a cualquier asunto o controversia, será definitiva dentro del proceso administrativo.  En cuanto a los casos de acreditación de servicio, la Junta firmará la determinación de la cantidad a pagar por el miembro del Sistema y la notificará al solicitante mediante correo certificado con acuse de recibo, archivando en el expediente copia de la determinación y la constancia de su notificación.  Una vez finalizado el proceso informal llevado a cabo por los funcionarios del Sistema de Retiro para atender cualquier reclamación de algún miembro o beneficiario, que no sea de acreditación de servicio y que conlleve una interpretación de las disposiciones del Reglamento del Sistema de Retiro, del miembro o beneficiario no estar de acuerdo con dicha determinación, podrá radicar por escrito dentro del término de veinte (20) días calendarios a partir de la notificación, con una Petición a la Junta de Síndicos para que dilucide la controversia.  En dicho escrito deberá incluir todas sus alegaciones y acompañar toda la evidencia que sirva para sostener sus argumentos.

En los casos de acreditación de servicio, la determinación advertirá el derecho a solicitar la reconsideración dentro de un término final de veinte (20) días desde la fecha en el archivo del expediente, mediante moción o solicitud a la Junta de Síndicos.  La Junta deberá considerar la

Enmendado:  25 Abr 2014

solicitud de reconsideración, en ambos casos, dentro de los quince (15) días de haberse presentado la misma. Si la rechazare de plano o no actuare dentro del término de quince (15) días, el término para solicitar revisión judicial comenzará a correr nuevamente desde que se notifique dicha denegatoria o desde que expiren los quince (15) días, según sea el caso. Si la Junta tomare alguna determinación en su consideración, el término para solicitar revisión judicial comenzará a contarse desde la fecha en que se archiva en el expediente una copia de la notificación de la determinación de la Junta resolviendo definitivamente la solicitud de reconsideración. Tal determinación deberá ser emitida y archivada en el expediente dentro de los noventa (90) días siguientes a la radicación de la moción o solicitud de reconsideración. Si la Junta de Síndicos acoge la moción de reconsideración, pero deja de tomar alguna acción en relación con la moción dentro de los noventa (90) días de ésta haber sido radicada, perderá jurisdicción sobre la misma y el término para solicitar la revisión judicial empezará a contar a partir de la expiración de dicho término de noventa (90) días, salvo que la Junta, por justa causa, y dentro de esos noventa (90) días prorrogue el término para resolver en un término que no excederá de treinta (30) días adicionales.

Si la Junta concluye o decide no iniciar o continuar un procedimiento adjudicativo en un caso en particular, terminará el procedimiento y notificará por escrito por correo certificado con acuse de recibo, al solicitante, su determinación, los fundamentos para la misma y el recurso de revisión disponible.

Una parte adversamente afectada por la determinación de la Junta de Síndicos, después de agotar el procedimiento administrativo de reconsideración ante la Junta, podrá presentar una solicitud de revisión ante el Tribunal de Circuito de Apelaciones con competencia, dentro del término de treinta (30) días contados a partir de la fecha de archivo en el expediente de la copia de la notificación de la determinación final de la Junta. La parte notificará la presentación de la solicitud de revisión a la Junta de Síndicos dentro del término para solicitar dicha revisión. La notificación podrá hacerse por correo. (Aprobado el 20 de julio de 2007, Resolución 2007-049)

(8)    Póliza Fiduciaria y Póliza de Crimen; La Junta de Síndicos gestionará pólizas que cubran la responsabilidad fiduciaria y de crimen para los Síndicos y oficiales del Sistema de Retiro.

(9)    Actualización de firmas; La Junta de Síndicos designará a los funcionarios autorizados a realizar transacciones con los activos del

Sistema.  El Administrador se asegurará que se actualicen las firmas de los funcionarios autorizados cada vez que surjan cambios. (Aprobado el 31 de agosto de 2001, Resolución 2001-038)

## ARTÍCULO 7.  ADMINISTRACIÓN DE LOS FONDOS

(1)     La Junta de Síndicos será la depositaria de los distintos fondos del Sistema de Retiro, con los cuales se constituirá un fondo general para el pago de los beneficios enumerados en este Reglamento.  Autoriza además, la transferencia de fondos para el pago de las pensiones y otros beneficios.  (Aprobado el 31 de agosto de 2001, Resolución 2001-038)

(2)     La Junta de Síndicos tendrá los siguientes poderes, sujetos a las limitaciones que la Junta de Gobierno de la Autoridad pueda prescribir en lo sucesivo:

(a)     Invertir y reinvertir los fondos del Sistema de acuerdo con la Política de Inversiones adoptada por la Junta de Síndicos y ratificada por la Junta de Gobierno de la Autoridad.  Cualquier enmienda a la Política de Inversiones vigente debe ser aprobada por la Junta de Síndicos y ratificada por la Junta de Gobierno de la Autoridad antes de que la misma entre en vigor.  (Aprobado el 2 de mayo de 2006, Resolución 2006-024).

(b)     Vender, permutar, traspasar, conceder opciones y disponer en cualquier época, de cualquier propiedad que posea, sea real o personal, y cualquier venta podrá hacerse mediante contrato privado o subasta, fijando la forma de pago que crea conveniente, sin que ninguna

persona con quien la Junta celebre alguna transacción venga obligada a conocer la forma en que el dinero pagado es invertido;

(c)    Manejar, funcionar, reparar, mejorar, hipotecar o arrendar por cualquier número de años y bajo aquellos términos y condiciones que crea convenientes, cualquier propiedad real que posea;

(d)    Transigir o ajustar cualesquiera deudas u obligaciones y reducir el por ciento de interés sobre las mismas, extenderlas o modificarlas o ejecutar, después de vencidas, cualesquiera de dicha obligaciones;

(e)    Someter a arbitraje final cualquier controversia;

(f)    Votar personalmente, o por poder, en relación con cualesquiera acciones u otros valores que posea y ejercitar cualquier otro derecho relacionado con los mismos;

(g)    Adherirse  u  oponerse  a  la  reorganización, recapitalización, consolidación, venta o fusión de corporaciones o propiedades en las cuales tenga algún interés, bajo aquellos términos y condiciones que crea aconsejables, y aceptar cualesquiera valores que puedan ser emitidos como consecuencia de tal reorganización, recapitalización, consolidación, venta o fusión y conservar los mismos;

(h)   Ejecutar o no, a su absoluta discreción, cualquier derecho, obligación o reclamación, y abandonar, si así lo creyere conveniente, cualquier propiedad, sea real o personal, que en cualquier época posea, y en general proteger en cualquier forma y momento los intereses del Sistema;

(i)   Hacer que sean registrados a su nombre o a nombre de cualquier persona o personas que designare, cualesquiera valores que pueda adquirir o mantenerlos sin registrar y retenerlos en todo o en parte en condiciones tales que puedan ser transferidos mediante entrega, y

(j)   Hacer, otorgar, reconocer y entregar cualesquiera escrituras, arrendamiento, cesiones e instrumentos para llevar a cabo todos aquellos actos que creyere necesarios y ejercitar todos los poderes arriba mencionados bajo aquellos términos y condiciones que creyere más conveniente.

(3)   La Junta de Síndicos queda por la presente autorizada para hacer arreglos con cualquier banco o compañía de fideicomiso para el depósito, inversión o reinversión de los fondos del Sistema de Retiro, siempre que dicho banco o compañía de fideicomiso sea aceptado por la Junta de Gobierno de la Autoridad, DISPONIENDOSE, además, que todas las inversiones o reinversiones o poderes en relación con estas

inversiones, hechas por la Junta de Síndicos o por un banco o compañía de fideicomiso, quedarán sujetos a los términos ya mencionados para la inversión de los fondos del Sistema.

(4)    La Junta de Síndicos tendrá poderes para tomar dinero a préstamo en cualquier tiempo y bajo aquellos términos y condiciones que crea convenientes para el mejoramiento de los fines del Sistema de Retiro, y a este efecto, podrá expedir cualquier pagaré y garantizar el pago de estos préstamos, gravando los fondos o propiedades bajo su custodia o posesión.

# ARTÍCULO 8.  CONTABILIDAD

La Junta de Síndicos dispondrá que se lleven dos cuentas a saber: (1) cuenta de miembros y (2) cuenta de asignaciones y depósitos acumulados.

Se mantendrán cuentas generales para la aportación por el miembro, la aportación por la Autoridad, los ingresos de las inversiones, las transferencias de aportaciones de otros sistemas de retiro del Gobierno de Puerto Rico, y cualquier otro depósito en el fondo del Sistema.  Se llevarán cuentas, además, para contabilizar el pago de pensiones, beneficios, gastos y las devoluciones de Aportaciones Acumuladas del fondo del Sistema.  Para este propósito se mantendrá un Manual de Contabilidad que incluya las siguientes secciones:

- Estructura de Cuentas

- Manual de Cuentas

- Tabla de Conversiones

- Diccionario de Cuentas

(Aprobado el 31 de agosto de 2001, Resolución 2001-038)

(1) La cuenta de miembros cubrirá las aportaciones individuales de los miembros.  Las aportaciones de todos los miembros se acreditarán a esta cuenta.  La aportación de los miembros después de

deducirse una cantidad igual a la contribución requerida bajo la Ley de Seguro Social Federal, se acreditará a este fondo según vaya recibiéndose. Todas las devoluciones que se hagan a cualquier miembro, anteriores a su retiro, serán debitadas a esta cuenta. Al retirarse un miembro, el total de sus contribuciones acumuladas por concepto de la deducciones provistas en los Artículos 5 (1) y 4 (3) (d), serán trasladadas de la cuenta de miembros a la cuenta de asignaciones y depósitos acumulados. A esta cuenta se cargará cualquier cantidad que el Sistema de Retiro pague a la Autoridad para pagarse por ésta al Secretario de Hacienda de Puerto Rico como la contribución de los miembros bajo la Ley de Seguro Social Federal.

(2)   La cuenta de asignaciones y depósitos acumulados será la cuenta a la que se llevarán todas las reservas para el pago de pensiones pagaderas de las contribuciones de la Autoridad. Para cada miembro se acreditará anualmente en la cuenta de asignaciones y depósitos acumulados la contribución correspondiente de la Autoridad según lo dispone el Artículo 5. Los intereses y beneficios obtenidos en inversiones financieras se acreditarán a esta cuenta. Todas las pensiones concedidas por retiro, o los beneficios concedidos en lugar de éstas, así como los pagos globales por concepto de los beneficios, por muerte

pagaderos de las contribuciones aportadas bajo lo dispuesto en el Artículo 4 (3), serán cargadas a la cuenta de asignaciones y depósitos acumulados. A la jubilación de un miembro sin derecho a servicio anterior a la implantación del Sistema, se transferirá de la cuenta de asignaciones y depósitos acumulados a la cuenta de reserva de retiro, una suma igual al costo actual del crédito que corresponda a futuros pagos de retiro, o beneficios en lugar de éstos, pagaderos por cuenta del miembro jubilado. A esta cuenta se cargará cualquier cantidad pagada por el Sistema de Retiro de la Autoridad por concepto de contribuciones a pagar por la Autoridad al Secretario de Hacienda de Puerto Rico bajo las disposiciones de la Ley de Seguro Social Federal.

## ARTÍCULO 9. DISPOSICIONES GENERALES

(1) El establecimiento de este Sistema de Retiro no será considerado ni interpretado como un contrato de empleo ni como causa para el mismo, ni afectará el derecho que tiene la Autoridad de separar del servicio a cualquier empleado.

(2) La intención de la Autoridad es mantener el Sistema mientras lleve a cabo las funciones y propósitos para los cuales fue creado, pero la Autoridad, mediante recomendación de la Junta de Síndicos y acción de su Junta de Gobierno, podrá, por razones que afecten su desarrollo y funcionamiento normal como entidad solvente, descontinuar, suspender o reducir sus aportaciones a un nivel más bajo que aquel requerido en el Artículo 5, en cuyo caso las aportaciones de los miembros podrán ser igualmente descontinuadas, suspendidas o reducidas en la misma proporción y por el mismo periodo y todos los beneficios serán reducidos a aquellas cantidades que las aportaciones hechas hasta la fecha, más aquellas futuras aportaciones rebajadas (si hubiere alguna) pudieren proveer, de acuerdo con evaluaciones actuariales.

(3) La Autoridad mediante recomendación de la Junta de Síndicos y acción de su Junta de Gobierno, basándose en causas o circunstancias que estén fuera de su control, podrá terminar el funcionamiento del

Enmendado: 25 Abr 2014

Sistema en cualquier momento. En caso de tal terminación todo el capital del Sistema se empleará solamente para beneficio de los miembros activos, miembros retirados y sus beneficiarios bajo el Sistema, y para ningún otro propósito. Cada miembro o cada persona con derecho a una pensión, tendrá derecho a la parte proporcional de la cantidad total del capital del Sistema que le corresponda, de acuerdo con todas las aportaciones anteriores hechas por él y por la Autoridad en relación con los beneficios que han de pagarse a él o a su cuenta y en la proporción que las obligaciones del Sistema en su cuenta tenga a las obligaciones totales del Sistema, según lo determine la Junta de Síndicos a base de evaluaciones actuariales. La Junta de Síndicos podrá requerir a dichos miembros, u otras personas, a retirar aquellas cantidades, en forma de anualidades inmediatas o diferidas, conforme la Junta discrecionalmente determine.

(4)   A pesar de cualquier disposición en contrario establecida en este Reglamento, la Junta de Gobierno de la Autoridad tendrá la facultad, donde existan circunstancias especiales, de conceder una pensión especial o beneficio a cualquier empleado, sea o no miembro de este Sistema, y dicha pensión o beneficio será pagado del Sistema de Retiro,

DISPONIENDOSE, que la Autoridad pagará primero al Sistema la cantidad requerida para cubrir el importe de dicha pensión o beneficio.

# ARTÍCULO 10.  ENAJENACIÓN DE BENEFICIOS

Ninguno de los beneficios otorgados bajo este Sistema, estará sujeto en forma alguna a anticipo, enajenación, venta, transferencia, cesión, pignoración o gravamen y cualquier intento de anticipar, enajenar, vender, transferir, ceder, pignorar o gravar el mismo será nulo; y dicho beneficio no estará sujeto ni podrá utilizarse en forma alguna para responder o respaldar las deudas, contratos, obligaciones, compromisos o actos tortíceros de la persona con derecho a tal beneficio, excepto en la forma en que específicamente se disponga en este Reglamento.  Los miembros jubilados, voluntariamente, podrán autorizar por escrito al Administrador del Sistema de Retiro a efectuar descuentos uniformes de su pensión a los fines de satisfacer deudas contraídas con la Autoridad de Energía Eléctrica (23 de octubre de 1987) y cuotas, aportaciones o deudas contraídas con asociaciones o cooperativas de empleados de la Autoridad de Energía Eléctrica, exclusivamente.    (Aprobado en 17 de agosto de 2000, Resolución 2000-033).

Si cualquier miembro activo o retirado o cualquier otro beneficiario bajo el Sistema fuere declarado en quiebra o intentare anticipar, enajenar, vender, transferir, ceder, pignorar o gravar cualquier beneficio concedido por este Sistema, con excepción de lo que específicamente se disponga

en este Reglamento, dicho beneficio cesará y terminará a la discreción de la Junta de Síndicos, y en este caso la Junta de Síndicos retendrá los mismos y los aplicará para beneficio de dicho miembro activo o retirado u otro beneficiario, su cónyuge, hijos u otros dependientes o cualesquiera de ellos en aquella forma y en la proporción que la Junta de Síndicos crea conveniente.

119

## ARTÍCULO 11.  ENMIENDAS

Este Reglamento podrá ser enmendado en todo o en parte por la Junta de Síndicos cuando ésta lo crea conveniente, siempre que la Junta de Síndicos notifique a la Autoridad con treinta días de antelación su intención de enmendar el mismo y comunique la misma a todos los miembros para darles una oportunidad de ser oídos antes de tomarse acción por la Autoridad; DISPONIENDOSE, que la Autoridad podrá dentro de dicho periodo de treinta días vedar la enmienda propuesta, en cuyo caso la misma no será efectiva; DISPONIENDOSE, además, que ninguna modificación o enmienda que se haga podrá privar a cualquier miembro activo o retirado u otra persona percibiendo una pensión de cualquiera de los beneficios a que tendría derecho por razón de los haberes acumulados acreditados a su cuenta bajo el Sistema en esa fecha, a menos que medie su consentimiento.

Enmendado:  25 Abr 2014

**NOTAS:**

1. En caso de que exista alguna discrepancia entre el texto del Reglamento y las Resoluciones de la Junta de Síndicos, prevalecerán éstas últimas; DISPONIENDOSE, que se establecerá un libro de Resoluciones mediante el cual toda norma o enmienda al Reglamento adoptada en reunión de la Junta de Síndicos será necesario emitir una Resolución la cual será incluida en el mismo, asignándosele por el Secretario de la Junta el número en secuencia correspondiente. Este número será asignado en la propia reunión de la Junta de Síndicos en que se apruebe la Resolución para que el mismo entre en récord de la Minuta. Copia de toda Resolución será enviada al Administrador del Sistema de Retiro.

2. Este Reglamento ha sido revisado de conformidad con las enmiendas introducidas hasta el 27 de febrero de 2014.

Enmendado:  25 Abr 2014

CERTIFICO que ésta es copia fiel y exacta del Reglamento del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, el cual fue enmendado por la Junta de Síndicos en su reunión ordinaria del 25 de abril de 2014, mediante la Resolución 2014-020 y ratificado por la Junta de Gobierno mediante la Resolución 4188 del 16 de septiembre de 2014.


CARMEN L. HERRERO GARCÍA
SECRETARIA, JUNTA DE SÍNDICOS

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO**

JUNTA DE SÍNDICOS
TELS 521-4761/4762
FAX 521-4768

PO BOX 13978
SAN JUAN PR 00908-3978



SISTEMA DE
**RETIRO**
EMPLEADOS AEE

# RESOLUCIÓN 2014-020

**POR CUANTO:** La Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, mediante la Resolución 2004-059 del 23 de noviembre de 2004, aprobó otorgar a los miembros jubilados el Beneficio para Gastos de Funeral por mil dólares ($1,000.00);

**POR CUANTO:** En reunión ordinaria del 10 de abril de 2014, el Comité Especial evaluó la disposición del Reglamento del Sistema de Retiro relacionada con el Beneficio para Gastos de Funeral para Jubilados, la cual lee de la siguiente forma:

*Beneficio Gastos de Funeral para Jubilados*

*Cuando la Junta de Síndicos reciba prueba satisfactoria de la muerte de un miembro jubilado, quien recibía una pensión bajo los incisos (1), (2), (4) u (11) de este Artículo, se pagará a su beneficiario designado o a su sucesión, según fuere el caso, la cantidad de mil dólares ($1,000) con el propósito de ayudar a cubrir sus gastos de funeral.*

**POR CUANTO:** El Comité Especial, luego de evaluar esta disposición, acordó recomendar a la Junta de Síndicos aprobar la siguiente enmienda al Reglamento del Sistema de Retiro, en su Artículo 4, Sección (19), Beneficio Gastos de Funeral para Jubilados:

*(19) Beneficio Gastos de Funeral para Jubilados*

*Cuando el Sistema de Retiro reciba prueba satisfactoria de la muerte de un miembro jubilado, quien recibía una pensión bajo los incisos (1), (2), (4) u (11) de este Artículo, pagará a la persona que presente evidencia de los gastos de funeral en los que incurrió por la muerte del jubilado la cantidad dispuesta en tal evidencia hasta un máximo de mil dólares ($1,000.00).*

"Somos un patrono con igualdad de oportunidades en el empleo y no discriminamos por razón de raza, color, sexo, edad, origen social o nacional, condición social, afiliación política, ideas políticas o religiosas; por ser víctima o ser percibida(o) como víctima de violencia doméstica, agresión sexual o acecho; sin importar estado civil, orientación sexual, identidad de género o estatus migratorio; por impedimento físico, mental o ambos, por condición de veterano(a) o por información genética."

RESOLUCIÓN 2014-020
PÁGINA 2

POR TANTO:   RESUELVE ESTA JUNTA DE SÍNDICOS acoger la recomendación del Comité Especial y enmendar el Reglamento del Sistema de Retiro, en su Artículo 4, Sección (19), Beneficio Gastos de Funeral para Jubilados, para que lea según se establece en el tercer POR CUANTO de esta Resolución. Además, encomendar a la Administradora del Sistema de Retiro a realizar los trámites necesarios de conformidad con el Artículo 11 del Reglamento del Sistema para que esta enmienda entre en vigor.

APROBADA POR LA JUNTA DE SÍNDICOS EN REUNIÓN ORDINARIA DEL 25 DE ABRIL DE 2014.

CERTIFICO CORRECTO:

CARMEN L. HERRERO GARCÍA
SECRETARIA, JUNTA DE SÍNDICOS

CHG

AEE 020.0-305 (A)
REV. 06/03

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
*SISTEMA DE RETIRO DE LOS EMPLEADOS DE LA
AUTORIDAD DE ENERGÍA ELÉCTRICA*

OFICINA DE LA ADMINISTRADORA
TELS 521-4746/4749
FAX 521-4745



SISTEMA DE
**RETIRO**
EMPLEADOS AEE

PO BOX 13978
SAN JUAN PR 00908-3978

17 de octubre de 2014

Carmen L. Herrero García, Secretaria
Junta de Síndicos

Marieolga Angleró Bruno
Administradora

**Resolución 4188 de la Junta de Gobierno**

Referimos para su trámite la Resolución 4188 de la Junta de Gobierno. La
misma ratifica la Resolución 2014-020 de la Junta de Síndicos para enmendar el
Reglamento del Sistema de Retiro, en su Artículo 4, Sección (19), Beneficio
Gastos de Funeral para Jubilados.

Anejo

"Somos un patrono con igualdad de oportunidades en el empleo y no discriminamos por razón de raza, color, sexo, edad, origen social o nacional, condición
social, afiliación política, ideas políticas o religiosas; por ser víctima o ser percibida(o) como víctima de violencia doméstica, agresión sexual o acecho; sin
importar estado civil, orientación sexual, identidad de género o estatus migratorio; por impedimento físico,
mental o ambos, por condición de veterano(a) o por información genética."

CN 078-04479
REV. 02/14

ESTADO LIBRE ASOCIADO DE PUERTO RICO
AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO
JUNTA DE GOBIERNO

OFIC. ADMINISTRADOR
SISTEMA DE RETIRO AEE

SAN JUAN, PUERTO RICO

2014 OCT 16  PM 4:39



www.aeepr.com

APARTADO 364267
CORREO GENERAL
SAN JUAN, PR  00936-4267

## RESOLUCIÓN 4188

**POR CUANTO:**   La Junta de Gobierno de la Autoridad de Energía Eléctrica delegó en la Junta de Síndicos la responsabilidad de la administración general del Sistema de Retiro.

**POR CUANTO:**   El Reglamento del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica confiere a la Junta de Síndicos la responsabilidad fiduciaria de administrar los activos del Sistema de Retiro.

**POR CUANTO:**   La Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, mediante la Resolución 2004-059 del 23 de noviembre de 2004, aprobó añadir un inciso al Artículo 4 Beneficios, para otorgar a los miembros jubilados el Beneficio para Gastos de Funeral por mil dólares ($1,000).

**POR CUANTO:**   La Administradora del Sistema de Retiro, mediante memorando del 10 de abril de 2014, el cual se incluye como Exhibit 3132, refirió al Comité Especial de la Junta de Síndicos esta Resolución para evaluación.

**POR CUANTO:**   El Comité Especial, luego de evaluar dicha Resolución, acordó recomendar a la Junta de Síndicos aprobar la siguiente enmienda al Reglamento del Sistema de Retiro en su Artículo 4, Sección (19), Beneficio Gastos de Funeral para Jubilados para que lea de la siguiente forma:

Artículo 4. Beneficios

(19) Beneficio Gastos de Funeral

Cuando el Sistema de Retiro reciba prueba satisfactoria de la muerte de un miembro jubilado, quien recibía una pensión bajo los incisos (1), (2), (4) u (11) de este Artículo, pagará a la

"Somos un patrono con igualdad de oportunidades en el empleo y no discriminamos por razón de raza, color, sexo, edad, origen social o nacional, condición social, afiliación política, ideas políticas o religiosas; por ser víctima o ser percibida(o) como víctima de violencia doméstica, agresión sexual o acecho, sin importar estado civil, orientación sexual, identidad de género o estatus migratorio; por impedimento físico, mental o ambos, por condición de veterano(a) o por información genética."

Resolución 4188
Página 2

persona que presente evidencia de los gastos de funeral en los que incurrió por la muerte del jubilado la cantidad dispuesta en tal evidencia hasta un máximo de mil dólares ($1,000).

POR CUANTO:    La Junta de Síndicos acogió la recomendación del Comité Especial y aprobó en reunión ordinaria del 25 de abril de 2014 mediante la Resolución 2014-020, enmendar el Reglamento del Sistema de Retiro, en su Artículo 4, Sección (19), Beneficio Gastos de Funeral para Jubilados, para que lean según se establece en el POR CUANTO anterior.

POR TANTO:    La Junta de Gobierno de la Autoridad de Energía Eléctrica resuelve ratificar la recomendación de la Junta de Síndicos para enmendar el Reglamento del Sistema de Retiro Artículo 4, Beneficios, Sección (19) para que lea según se establece en el quinto POR CUANTO de esta Resolución.

APROBADA en San Juan, Puerto Rico, a los dieciséis días de septiembre de dos mil catorce.