# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtor[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br>Debtor | PROMESA Title III<br>No. 17 BK-4780-LTS |

## MOTION FOR LEAVE TO FILE SPANISH LANGUAGE DOCUMENT AND EXTENSION OF TIME TO FILE CERTIFIED ENGLISH TRANSLATIONS

COMES NOW, Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE"), creditor and party in interest, through its undersigned attorneys, and before this Honorable Court very respectfully states and prays:

1. On May 25, SREAEE filed a document named *SREAEE's Oposition to "Motion of the Official Committee of Retired Employees of The Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees"*.

2. SREAEE attached to the motion the SREAEE's Regulations in Spanish language (the "Spanish Language Document").

3. SREAEE is aware that the Local Rules for this District require that all documents filed with this Honorable Court must be in English. SREAEE is preparing certified translations of the Spanish Language Document and respectfully requests a ten (10) day

1 | P a g e

extension, that is, until June 4, 2018, to submit the certified translations.

WHEREFORE, SREAEE requests a ten (10) day extension, that is, until June 4, 2018, to submit the certified translations of the Spanish Language Document.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Paper copies have been mailed pursuant to Section II of the *Fourth Amended Notice, Case Management and Administrative Procedures*:

(i) Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to the chambers):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

In Ponce, Puerto Rico, this 25th day of May, 2018.

/s/Rolando Emmanuelli Jiménez
USDC: 214105

/s/Yasmín Colón Colón
USDC: 230814

/s/Jessica E. Méndez Colberg
USDC: 302108

Bufete Emmanuelli, C.S.P.
PO Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435
E-mail: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com