UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>DEBTORS | PROMESA<br>TITLE III<br><br><br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>DEBTOR | PROMESA<br>TITLE III<br><br><br><br>No. 17 BK 4780-LTS |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

COMES NOW the undersigned attorney and very respectfully states and prays:

1. Creditors, Antonio Fuentes González, María Y. Viguie Fernández and the conjugal partnership constituted by them, will be represented by the undersigned counsel in the instant case.

2. The undersigned requests that all notices and documents be forwarded to the undersigned's address.

WHEREFORE, it is respectfully prayed that this Court takes notice of the above and that the undersigned be included in the Electronic Mail Notice List.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to the attorneys of record.

RESPECTFULLY SUBMITTED.

In Ponce, Puerto Rico, this 25th of May, 2018.

*/s/Antonio Fuentes-González*
ANTONIO FUENTES-GONZÁLEZ
USDC BAR NUMBER 118902
G.P.O. BOX 7764
PONCE, P.R. 00732-7764
TELEPHONE: (787) 409-7980
FACSIMILE: (866) 908-7044
E-MAIL: antoniofuentesgonzalez@yahoo.com