# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1512-1 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA"),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in both the lead Case No. 17 BK-3283-LTS and Case No. 17-BK-4780-LTS. |

## ORDER GRANTING SREAEE'S MOTION FOR
## LEAVE TO FILE SPANISH LANGUAGE DOCUMENT AND
## EXTENSION OF TIME TO FILE CERTIFIED ENGLISH TRANSLATIONS

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On May 25, 2018, Sistema de Retiro de los Empleados de la Autoridad de Energia Eléctrica ("Movant") filed a *Motion for Leave to File Spanish Language Document and Extension of Time to File Certified English Translations* (the "Motion"). (Docket Entry No. 845.) In the Motion, Movant requested an extension of 10 days to file a certified translation. The requested extension is granted as provided herein. Movant must file a certified translation with this Court by **June 1, 2018**.

This Order resolves Docket Entry No. 845 in Case No. 17-04780 and Docket Entry No. 3155 in Case No. 17-03283.

SO ORDERED.

Dated: May 25, 2018

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge