## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtor[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>PUERTO RICO ELECTRIC POWER<br>AUTHORITY ("PREPA")<br>Debtor | PROMESA Title III<br>No. 17 BK-4780-LTS |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, on May 25, 2018, served copies of the *SREAEE's Opposition to "Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees"* along with its corresponding exhibits and *Motion for Leave to File Spanish Language Document and Extension of Time to File Certified English Translation*s via the Court's CM/ECF system on the parties who have appeared in the above-captioned Title III cases. On the same date, SREAEE, emailed copies of the *SREAEE's Opposition to "Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees"* along with its corresponding exhibits and *Motion for Leave to File Spanish Language Document and Extension of Time to File Certified English Translation*s to the parties included in the Master Service List as of May 21, 2018.

1

On May 29, 2018, SREAEE mailed hard copies of the *SREAEE's Opposition to "Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees"* along with its corresponding exhibits and *Motion for Leave to File Spanish Language Document and Extension of Time to File Certified English Translation*s to the Court's Chambers in New York and to the United States Trustee, via U.S. Mail, pursuant to Section II of the *Fourth Amended Notice, Case Management and Administrative Procedures* (Docket No. 2839) to the following mail addresses:

(i) Chambers of the Honorable Laura Taylor Swain (two copies):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922



472 Ave. Tito Castro
Edificio Marvesa, Suite 106
Ponce, PR 00716-4701
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105
/s/Yasmín Colón Colón
USDC: 230814

Emails: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com