UNITED STATES OF AMERICA BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: ) | |
| ) | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, ) | CASE NO. 17 BK 3283-LTS |
| ) | |
| As representative of ) | (Jointly Administered) |
| ) | |
| THE COMMONWEALTH OF PUERTO RICO *et al.* ) | |
| ) | |
| **DEBTORS** ) | |
| ————————————————————) | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

NOW come creditors ISMAEL RIVERA GRAU, LOURDES MORALES REYES Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS represented by the undersigned attorney to state as follows.

That pursuant to provisions of Bankruptcy Rules 2002, 3017, and 9010(b) the appearing party notifies that it has retained the legal services of Osvaldo Toledo Martínez whose address is:

>   Osvaldo Toledo Martínez, ESQ
>   PO Box 190938
>   San Juan PR 00919-0938
>   E-Mail: toledo.bankruptcy@gmail.com
>   Telephone No.: (787) 756-6395
>   Fax No.: (787) 767-7965

WHEREFORE, the appearing party respectfully prays the Clerk of the Court to take notice of the appearance of the undersigned attorney and, thus, notify him of all the proceedings in this case, including but not limited to copies of the petition, schedules,

1

motions, and statements filed or to be filed in the above-referenced case and further prays that the name and address be added to the Master Address List kept in the above-captioned case.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, May 25, 2018.

/S/ Osvaldo Toledo Martínez
OSVALDO TOLEDO MARTÍNEZ, ESQ.
USDC No. 127905
PO Box 190938
San Juan PR 00919-0938
Tel: (787) 756-6395
Fax: (787) 767-7965
E-Mail: toledo.bankruptcy@gmail.com
Counsel for Creditors Ismael Rivera Grau, Lourdes Morales Reyes y la Sociedad Legal de Gananciales compuesta por ambos