IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al*.

    Debtors.[1]

PROMESA
Title III

No. 17 BK 03283-LTS

(Jointly Administered)

------------------------------------------------------------------ x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO (ERS).

    Debtor.

PROMESA
Title III

No. 17 BK 03566-LTS

------------------------------------------------------------------ x

# VERIFIED STATEMENT OF THE AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES PURSUANT TO FEDERAL RULE OF <u>BANKRUPTCY PROCEDURE 2019</u>

The American Federation of State, County and Municipal Employees ("AFSCME") hereby submits this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these Title III

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474).

1

05/29/2018

cases (collectively, the "Cases") by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act, 48 U.S.C. § 2170, and states as follows:

1. AFSCME has two affiliated chapters in Puerto Rico: (1) Servidores Públicos Unidos, AFSCME Council 95 ("SPU"), the AFSCME chapter for active employees of the Commonwealth of Puerto Rico, and (2) Capítulo de Retirados de SPU, the independently-chartered AFSCME chapter for retired employees of the Commonwealth of Puerto Rico (collectively, the "Commonwealth Chapters").

2. As of the date of this Statement, Saul Ewing Arnstein & Lehr LLP and Manuel A. Rodriguez Banchs are counsel to AFSCME and the Commonwealth Chapters in these Cases, as well as to the President of each Commonwealth Chapter, Annette Gonzalez and Blanca Paniagua, respectively. Upon information and belief, Saul Ewing Arnstein & Lehr LLP and Manuel A. Rodriguez Banchs do not hold any claims against or interests in these Cases.

3. The Commonwealth Chapters serve as the representatives of thousands of individual Commonwealth employees and retirees. The Commonwealth Chapters, as well as the individuals they represent, hold claims against and/or economic interests in the above-captioned debtors (the "Debtors") in amounts not yet determined definitively. The Commonwealth Chapters hold contingent and non-contingent claims, both liquidated and unliquidated, against the Commonwealth based on (1) pay, benefits and other terms of employment under fourteen (14) collective bargaining agreements with the Commonwealth and its agencies currently covering approximately 10,866 employees,[2] including but not limited to (a) pay, benefits and

---

[2] These collective bargaining agreements, which are formally entered into by local unions of SPU, cover employees at the following agencies: Departamento de la Familia, Departamento de Recursos Naturales y Ambientales, Departamento de Corrección y Rehabilitación, Departamento de Corrección y Rehabilitación / Administración de Instituciones Juveniles, Departamento de Corrección y Rehabilitación / Oficina de Servicio con Antelación a Juicio, Departamento de Corrección y Rehabilitación / Junta de Libertad bajo Palabra, Instituto de Ciencias Forenses, Departamento de Educación, and Departamento de Transportación y Obras Públicas, Administración de

2

other terms of employment claimed in pre-petition union grievances and arbitrations and (b) pay, benefits and other terms of employment denied employees as a result of pre-petition legislative, executive or other unilateral action by the Commonwealth; and (2) pension and other post-employment benefits accrued as a result of their employment with the Commonwealth and/or its instrumentalities.

4.  Nothing in this Statement is intended to or should be construed as (i) a waiver or release of any claims filed or to be filed against or interests in the Debtors or in these Cases held by AFSCME, the Commonwealth Chapters or the individuals they represent, or (ii) an admission with respect to any fact or legal basis.  Additionally, nothing contained in this Statement shall be construed as a limitation upon, or waiver of, any rights to assert, file and/or amend claims in accordance with applicable law and any Orders entered in these Cases.

5.  Saul Ewing Arnstein & Lehr LLP, Manuel A. Rodriguez Banchs, AFSCME and the Commonwealth Chapters (through AFSCME) reserve the right to revise and supplement this Statement.

The undersigned declares under penalty of perjury that this Statement is true and accurate to the best of her knowledge, information and belief.

Dated: May 29, 2018                    **SAUL EWING ARNSTEIN & LEHR LLP**

By:    */s/ Sharon L. Levine*
Sharon L. Levine *(pro hac vice)*
Dipesh Patel *(pro hac vice)*
1037 Raymond Blvd.
Suite 1520
Newark, NJ 07102
(973) 286-6713 (Telephone)
(973) 286-6821 (Facsimile)

---

Rehabilitación Vocacional, Departamento de Asuntos al Consumidor.  It is entirely impractical, for many reasons, to list the individual names and personal identifying information of these Commonwealth employees.

3

05/29/2018

        -and-

*/s/ Matthew S. Blumin*
**AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES**
Judith E. Rivlin (*pro hac vice*)
Teague P. Paterson *(pro hac vice)*
Matthew S. Blumin *(pro hac vice)*
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)

        -and-

*/s/ Manuel A. Rodriguez Banchs*
Manuel A. Rodriguez Banchs
P.O. Box 368006
San Juan, Puerto Rico 00936-8006
(787) 764-8896 (Telephone)
(787) 721-0975 (Facsimile)

*Attorneys for the American Federation of State,
County and Municipal Employees*

4