IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, <u>et al.</u>, | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------------x

# **ORDER**

This matter is before the Court on the *Creditors' Committee's Urgent Motion for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Creditors' Committee's Renewed Bankruptcy Rule 2004 Motion* (Dkt. No. 3173) (the "Motion to Extend"). Finding good cause for the requested relief, and in the interest of judicial economy, the Court hereby ALLOWS the Motion. The Official Committee of Unsecured Creditors of all Title III debtors (other than COFINA) shall file a single, coordinated omnibus reply in support of their renewed Rule 2004 motion. The omnibus reply shall not exceed twenty pages in length,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

exclusive of the cover page, table of contents, table of authorities, signature page, exhibits, and certificate of service.

This resolves Dkt. No. 3173.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 30, 2018