# **Exhibit A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |

**[PROPOSED] ORDER DIRECTING THE APPOINTMENT OF AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES IN PREPA'S TITLE III CASE**

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

Upon consideration of the *Motion of Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees*, filed May 14, 2018, requesting entry of an order providing for the representation of the retirees of the Puerto Rico Electric Power Authority ("**PREPA**"), it is:

HEREBY ORDERED THAT:

1. Pursuant to 11 U.S.C. § 1102(a)(4), made applicable in this case by section 301(a) of PROMESA, 48 U.S.C. § 2161(a), the United States Trustee is directed to expand the membership of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico to ensure the adequate representation of retired employees in PREPA's Title III case.

2. [*Alternative Relief*] Pursuant to 11 U.S.C. § 1102(a)(2), made applicable in this case by section 301(a) of PROMESA, 48 U.S.C. § 2161(a), the United States Trustee is directed to appoint an official committee of retired employees in PREPA's Title III case.

3. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

SO ORDERED.

Dated: _____, 2018

                                               _____
                                               HON. LAURA TAYLOR SWAIN
                                               UNITED STATES DISTRICT JUDGE