# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor[1] | PROMESA<br>Title III<br><br>No. 17 BK-3283-LTS<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COME NOW, Hermandad de Empleados del Fondo del Seguro del Estado, Inc., also known as Unión de Empleados de la Corporación del Fondo del Seguro del Estado, ("UECFSE" for its acronym in Spanish), Asociación de Empleados Gerenciales del Fondo del Seguro del Estado Corp. ("AEGFSE" for its acronym in Spanish), and Unión de Médicos de la Corporación del Fondo del Seguro del Estado Corp. ("UMCFSE" for its acronym in Spanish), through their attorneys, Bufete Emmanuelli, C.S.P., and allege, state, pray, and request relief as follows:

1. The undersigned have been retained to represent the appearing parties in the above captioned case.

2. The contact information of the requesting parties are as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

i) UECFSE

    Physical Address:
    Unión de Empleados de la Corporación del Fondo del Seguro del Estado
    Calle Encina 1550
    Caparra Heights
    San Juan, PR 00920
    Tel.: 787-792-8686

    Postal Address and Email:
    Unión de Empleados de la Corporación del Fondo del Seguro del Estado
    Calle Encina 1550
    Caparra Heights
    San Juan, PR 00920
    unionecfse@yahoo.com

ii) AEGFSE

    Physical Address:
    Asociación de Empleados Gerenciales del Fondo del Seguro del Estado
    Villa Nevarez Professional Building
    Urb. Villa Nevarez, Oficina 106
    Río Piedras, PR
    Tel.: 787-318-4445

    Postal Address and Email:
    Asociación de Empleados Gerenciales del Fondo del Seguro del Estado
    PO Box 71325 Suite 84
    San Juan PR 00936
    asociacióngerencialescfse@gmail.com

iii) UMCFSE

    Physical Address:
    Unión de Médicos de la Corporación del Fondo del Seguro del Estado
    Calle Pomarrosa G10, Valle Arriba Heights,
    Carolina, PR 00983
    Tel.: 787-380-3725
    migade19@hotmail.com
    jaimeenriquecruzalvarez@gmail.com

    Postal Address and Email:
    Unión de Médicos de la Corporación del Fondo del Seguro del Estado
    PO Box 70344, CMM33
    San Juan, PR 00936-8344

      iv) UECFSE, AEGFSE and UMCFSE's counsels:

          Bufete Emmanuelli, C.S.P.
          PO Box 10779
          Ponce, Puerto Rico 00732
          Tel.: 787-848-0666
          Fax: 787-841-1435
          E-mail: rolando@bufete-emmanuelli.com
                  yasmin@bufete-emmanuelli.com
                  jessica@bufete-emmanuelli.com
                  wilbert_lopez@yahoo.com
                  notificaciones@bufete-emmanuelli.com

    3. Hence, the undersigned request from this Honorable Court, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the *Fourth Amended Notice, Case Management and Administrative Procedures* (In Re: Commonwealth of Puerto Rico (17-03283-LTS) Docket No. 2839 to accept this notice as a formal appearance in the captioned case and that he be notified with copy of all filings in the case.

    WHEREFORE, it is respectfully requested from this Honorable Court to take notice of the above for all relevant purposes.

    **I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Paper copies have been mailed pursuant to Section II of the *Fourth Amended Notice, Case Management and Administrative Procedures*:

(i)     Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to the chambers):
        United States District Court for the Southern District of New York
        Daniel Patrick Moynihan United States Courthouse
        500 Pearl St., Suite No. 3212
        New York, New York 10007-1312;

(ii)    Office of the United States Trustee for Region 21
        Edificio Ochoa, 500 Tanca Street, Suite 301
        San Juan, PR 00901-1922

In Ponce, Puerto Rico, this 30th day of March, 2018.



472 Ave. Tito Castro
Edificio Marvesa, Suite 106
Ponce, PR 00716-4701
PO Box 10779
Ponce, PR 00732

Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105

/s/Yasmín Colón Colón
USDC: 230814

/s/Jessica E. Méndez Colberg
USDC: 302108

/s/Wilbert López Moreno
USDC: 202707

Emails: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
notificaciones@bufete-emmanuelli.com