# **Exhibit 1**

Case:17-03283-LTS   Doc#:3183-1   Filed:05/30/18   Entered:05/30/18 15:25:23   Desc:
Exhibit 1   Page 1 of 2

[T.N.: The following is the translation of an excerpt of an audio recording from the Sobre La Mesa con Aníbal Acevedo Vilá radio show found at https://omny.fm/shows/sobre-la-mesa/sobre-la-mesa-viernes-18-de-mayo-de-2018, approximately from 42:14 to 42:44.]

**Aníbal Acevedo Vilá, Esq.:**
I can tell you that they interviewed me, they interviewed or are interviewing all former governors, and the first thing they said to us [was], "Look, this is a conversation, but we're not doing any kind of investigation to say who's to blame or anything. We're making an analysis, well, to make recommendations [so] that, in the future, Puerto Rico will not make certain mistakes like the ones it made and point out..." That's what the interview was like...

**Rolando Emmanuelli, Esq.:**
That's why the committee says that that's not...

**Aníbal Acevedo Vilá, Esq.:**
...and I... and I agreed to [do the interview] with no problem and I would have gone to any other interview they called me to, is what I'm trying to say, but I can confirm what the Committee says in the motion.

I hereby certify that this is a true and accurate translation to the best of my abilities.

Miriam R. García
Federally Certified Court Interpreter
Certificate No. 03-051