## **Exhibit 5**

**Bongartz, Alex**

| | |
|---|---|
| **From:** | Bongartz, Alex |
| **Sent:** | Thursday, September 14, 2017 7:06 PM |
| **To:** | 'Perez, Diana M.' |
| **Subject:** | RE: Puerto Rico -- Bank Account Information |

Diana,

We believe that it is part of the committee's fiduciary duties to inquire into the assets of the title III debtors (especially since the title III debtors are not required to file schedules of assets).  Moreover, as you know, we narrowly tailored our request to Commonwealth accounts with balances of $2 million or more.  For these reasons, we believe that this request is perfectly appropriate (and it is certainly not dispositive that this request wasn't part of the Rule 2004 requests).

Best regards,

Alex


**From:** Perez, Diana M. [mailto:dperez@omm.com]
**Sent:** Sunday, September 10, 2017 12:29 PM
**To:** Bongartz, Alex
**Subject:** [EXT] RE: Puerto Rico -- Bank Account Information

Alex,

We've had some questions from the client as to what the purpose of the bank account request is since it wasn't include in the 2004 requests. Can you give us some color?

Thanks,

Diana

## O'Melveny

**Diana M. Perez**
dperez@omm.com
O: +1-212-326-2163

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Bongartz, Alex [mailto:alexbongartz@paulhastings.com]
**Sent:** Wednesday, September 06, 2017 5:18 PM
**To:** Perez, Diana M.; Zujkowski, Joseph; Neve, Brett M.

**Cc:** Comerford, Mike; Uhland, Suzzanne
**Subject:** RE: Puerto Rico -- Bank Account Information

Diana,

Thank you for the update.  I also understand that things are on hold until after Hurricana Irma has passed.

Alex

---

**From:** Perez, Diana M. [mailto:dperez@omm.com]
**Sent:** Wednesday, September 6, 2017 4:59 PM
**To:** Bongartz, Alex; Zujkowski, Joseph; Neve, Brett M.
**Cc:** Comerford, Mike; Uhland, Suzzanne
**Subject:** [EXT] RE: Puerto Rico -- Bank Account Information

Alex,

We are still working with the government on obtaining this information. However, in light of Hurricane Irma there may be a delay in getting the information to you. We will keep you updated once the hurricane has passed and we have access to the government again.

Thanks,

Diana

## O'Melveny

**Diana M. Perez**
dperez@omm.com
O: +1-212-326-2163

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Bio

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Bongartz, Alex [mailto:alexbongartz@paulhastings.com]
**Sent:** Wednesday, September 06, 2017 4:57 PM
**To:** Zujkowski, Joseph; Perez, Diana M.; Neve, Brett M.
**Cc:** Comerford, Mike; Uhland, Suzzanne
**Subject:** RE: Puerto Rico -- Bank Account Information

Joe, Diana, and Brett,

I am following up on my email below.  Could you please provide us with an update?  Thank you.

Alex

---

**From:** Bongartz, Alex
**Sent:** Monday, August 21, 2017 12:56 PM
**To:** jzujkowski@omm.com; Perez, Diana M. (dperez@omm.com); Neve, Brett M. (bneve@omm.com)

**Cc:** Comerford, Mike (michaelcomerford@paulhastings.com); suhland@omm.com
**Subject:** Puerto Rico -- Bank Account Information

Joe, Diana, and Brett,

Could you please provide us with a list of all Commonwealth bank accounts with a balance of $2 million or more, setting forth the name of the account holder, the account number, the account balance, and the name of the depository bank?

Thank you,

Alex

---



**G. Alexander Bongartz | Of Counsel, Corporate Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6472
| Cell: +1.617.838.5117 | Main: +1.212.318.6000 | Fax: +1.212.303.7072 |
alexbongartz@paulhastings.com | www.paulhastings.com

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at

*************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

For additional information, please visit our website at