# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF
### THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF
### THE COMMONWEALTH OF PUERTO RICO REGARDING
### PARTICIPATION IN THE JUNE 6-7, 2018 OMNIBUS HEARING

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informative motion in response to this Court's *Order (I) Regarding Procedures for Participation and Observation of June 6-7, 2018 Omnibus Hearing and (II) Directing the Oversight Board to Provide a Status Report at the Omnibus Hearing* [Dkt. No. 3075], and respectfully states as follows:

Robert Gordon, Landon Raiford, and Héctor Mayol Kauffmann will appear in person on behalf of the Retiree Committee at the June 6-7, 2018 omnibus hearing in Courtroom 3 of the

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918 to address the following:

- *The Retiree Committee's Motion for Entry of an Order Providing for the Representation of the Retirees of the Puerto Rico Electric Power Authority* [Dkt. No. 3056].

- *The Retiree Committee's Response to Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* [Dkt. No. 3119].

- *Second Interim Application of Jenner & Block LLP (Counsel to the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2741].

- *Second Interim Application of Bennazar, García & Milián, C.S.P. (Counsel to the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2743].

- *Second Interim Application of FTI Consulting, Inc. (Financial Advisor to the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2740].

- *Second Interim Application of Segal Consulting (Actuaries and Consultants for the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2742].

- *Second Interim Application of Marchand ICS Group (Information Agent for the Retiree Committee) for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* [Dkt. No. 2736].

- *Second Interim Application of Members of the Retiree Committee for Reimbursement of Expenses* [Dkt. No. 2734].

Counsel will also appear to respond as necessary to any statements made by any party in connection with the above-captioned Title III cases.

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| May 30, 2018 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By:<br>*/s/ Robert Gordon*<br>Robert Gordon (admitted *pro hac vice*)<br>Richard Levin (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022-3908<br>rgordon@jenner.com<br>rlevin@jenner.com<br>212-891-1600 (telephone)<br>212-891-1699 (facsimile) | By:<br>*/s/ A.J. Bennazar-Zequeira*<br>A.J. Bennazar-Zequeira<br>Héctor M. Mayol Kauffmann<br>Edificio Union Plaza, 1701<br>Avenida Ponce de León #416<br>Hato Rey, San Juan<br>Puerto Rico 00918<br>ajb@bennazar.org<br>hector.mayol@bennazar.com<br>787-754-9191 (telephone)<br>787-764-3101 (facsimile) |
| Catherine Steege (admitted *pro hac vice*)<br>Melissa Root (admitted *pro hac vice*)<br>353 N. Clark Street<br>Chicago, IL 60654<br>csteege@jenner.com<br>mroot@jenner.com<br>312-222-9350 (telephone)<br>312-239-5199 (facsimile) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |