**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

<table>
<tr><td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,

Debtor.

</td><td>

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

</td></tr>
</table>

**INFORMATIVE MOTION**
**OF FINANCIAL GUARANTY INSURANCE COMPANY**
**FOR APPEARANCE AT JUNE 6-7, 2018, OMNIBUS HEARING**

To the Honorable United States Judge Laura Taylor Swain:

Financial Guaranty Insurance Company ("*FGIC*"), by and through its attorneys, Rexach & Picó, CSP and Butler Snow LLP, files this *Informative Motion of Financial Guaranty Insurance Company for Appearance at June 6-7, 2018, Omnibus Hearing*. In support of the Motion, FGIC respectfully states as follows:

1. Martin A. Sosland and María E. Picó intend to appear on behalf of FGIC at the Hearing[1] in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

2. Further, Martin A. Sosland and María E. Picó also reserve the right to present argument or respond to any agenda item, matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms as in that certain *Order (I) Regarding Procedures for Attendance, Participation and Observation of June 6-7, 2018, Omnibus Hearing and (II) Directing the Oversight Board to Provide a Status Report at the Omnibus Hearing* [Dkt. # 3075] (the "*Order*").

42426032.v1

Dated:   May 30, 2018.

Respectfully submitted,

REXACH & PICÓ, CSP

By:  /s/ *María E. Picó*

   María E. Picó, USDC-PR 123214
   802 Ave. Fernández Juncos
   San Juan PR 00907-4315
   Telephone: (787) 723-8520
   Facsimile: (787) 724-7844
   E-mail: mpico@rexachpico.com

BUTLER SNOW LLP

By: */s/ Martin A. Sosland*

   Martin A. Sosland (*pro hac vice*)
   5430 LBJ Freeway, Suite 1200
   Dallas, TX 75240
   Telephone: (469) 680-5502
   Facsimile: (469) 680-5501
   E-mail: martin.sosland@butlersnow.com

   Stanford G. Ladner (*pro hac vice*)
   1700 Broadway, 41st Floor
   New York, NY 10019
   Telephone: (646) 606-3996
   Facsimile: (646) 606-3995
   E-mail: stan.ladner@butlersnow.com

   Christopher R. Maddux (*pro hac vice*)
   J. Mitchell Carrington (*pro hac vice*)
   1020 Highland Colony Parkway, Suite 1400
   Ridgeland, MS 39157
   Telephone: (601) 985-2200
   Facsimile: (601) 985-4500
   E-mail: chris.maddux@butlersnow.com
    mitch.carrington@butlersnow.com

2

Jason W. Callen (*pro hac vice*)
150 3rd Avenue, South, Suite 1600
Nashville, TN 37201
Telephone: (615) 651-6774
Facsimile: (615) 651-6701
E-mail: jason.callen@butlersnow.com

*Attorneys for Financial Guaranty Insurance
Company*


# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will notify case participants.

Dated:  May 30, 2018.

Respectfully submitted,

By: */s/ Martin A. Sosland*
      Martin A. Sosland

*Attorney for Financial Guaranty Insurance
Company*