**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>          as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**STIPULATION AND [PROPOSED] ORDER SETTING FORTH
THE PROTOCOL AND SCHEDULE IN RESPONSE TO THE
COURTS' ORDER ENTERED ON MAY 22, 2018 (ECF NO. 3121)**

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID:  3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID:  3747).

To the Honorable United States Magistrate Judge Judith Gail Dein:

Pursuant to the Order of the Honorable United States Magistrate Judge Judith Gail Dein entered on May 22, 2018 (ECF No. 3121)[2] (the "May 22nd Order"), (i) Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and the Ad Hoc Group of General Obligation Bondholders (collectively, the "Movants") and (ii) the Financial Oversight and Management Board for Puerto Rico ("FOMB"), and the Commonwealth of Puerto Rico (the "Commonwealth"), by and through FOMB as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with FOMB and the Commonwealth, the "Respondents", and together with the Movants, the "Parties") respectfully submit the following stipulation and proposed order setting forth the protocol and schedule for addressing Movants' objections to assertions of the deliberative process privilege and other privileges in response to the May 22nd Order and in connection with the *Urgent Renewed Joint Motion by the Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., the Mutual Fund Group, and National Public Finance Guarantee Corporation for Order Authorizing Rule 2004 Examination* (ECF No. 1870).

WHEREAS, on May 25, 2018, in response to the May 22nd Order, Movants identified via email to Respondents the following exemplar categories of documents to which Movants are objecting: (a) Category Nos. 53, 58, 64, 106 and 120 as listed on the supplemental privilege log produced by AAFAF on May 21, 2018 ("AAFAF Supplemental Log") and (b) Category Nos. 26, 30 and 31 as listed on the supplemental privilege log produced by FOMB on May 21, 2018 ("FOMB Supplemental Log" and together with the AAFAF Supplemental Log, the "Supplemental Logs").

---

[2]  "ECF No." refers to docket entries in Case No. 17 BK 3283-LTS, unless otherwise noted.
[3]  PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

WHEREAS, the Parties have agreed to the following protocol and schedule (the "Protocol"), through their undersigned counsel, subject to approval of the Court, as follows:

1. On or before June 1, 2018, Movants will send a letter ("Movants' Letter") to Respondents setting forth specific objections, along with the factual and/or legal basis for such objections, to the AAFAF Supplemental Log Category Nos. 53, 58, 64, 106 and 120 and FOMB Supplemental Log Category Nos. 26, 30 and 31 (collectively, the "Exemplar Categories").

2. Respondents will respond to Movants' Letter within twenty-one (21) days, including submitting any declarations in support (collectively, "Respondents' Letter"). If Respondents seek to rely on declarations, Respondents will make any declarant available for a deposition within twenty-one (21) days after Movants have written to Respondents requesting such deposition(s).

3. The Parties will meet and confer regarding the objections and responses set forth in the letters within seven (7) days of Movants receiving Respondents' Letter.

4. If the Parties are unable to reach agreement on some or all of Movants' objections, following the meet and confer, Movants will notify Respondents in writing that they will seek assistance of the Court (the "Notification").

5. One (1) day or after the Notification is provided to Respondents, Movants will file a brief addressing the remaining objections to the Exemplar Categories ("Opening Brief").

6. Fourteen (14) days after the filing of the Opening Brief, Respondents will file a brief in support of their positions with regard to the remaining objections ("Response Brief").

7. Seven (7) days after the filing of the Response Brief, Movants will file a reply brief ("Reply Brief"), with the Court holding a hearing, if necessary, as soon thereafter as practicable.

8. By agreeing to this Protocol, Movants and Respondents will not be deemed to waive any rights, arguments, objections or privileges, as applicable, with respect to the Supplemental Logs or the privilege logs produced by AAFAF and FOMB on April 6, 2018 (collectively, with the Supplemental Logs, the "Logs"), including the categories set forth in the Logs. Movants and Respondents reserve all rights, arguments, objections and privileges, as applicable, with respect to the Logs, including the categories set forth in the Logs.

9. Movants' Letter may assert other objections beyond objecting to withholding documents in the Exemplar Categories on the basis of deliberative process privilege, including, without limitation, objecting to (a) withholding documents in the Exemplar Categories on the basis of attorney client privilege, common interest privilege, executive privilege or any other asserted privilege, (b) the descriptions and content of the Exemplar Categories, and (c) the manner in which the privilege logs were prepared; provided, however, all such objections must be asserted in the Movants' Letter or otherwise not be subject to the dispute resolution process contemplated in paragraphs 1 to 8 of this Protocol.

10. Following a ruling by the Court, the Parties will meet and confer regarding Movants' remaining objections to the Logs in order to submit a stipulation and proposed order setting forth a protocol and schedule to address such objections subject to approval by the Court.

Dated: New York, New York
May 30, 2018

| | |
|---|---|
| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Ellen V. Holloman* <br> Ellen M. Halstead* <br> Gillian Groarke Burns* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> ellen.holloman@cwt.com <br> ellen.halstead@cwt.com <br> gillian.burns@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

- 5 -

| | |
|---|---|
| ADSUDAR MUÑOZ GOYCO SEDA & PÉREZ-OCHOA, PSC, P.S.C. | WEIL, GOTSHAL & MANGES LLP |
| By: /s/ *Eric Pérez-Ochoa* <br>    Eric Pérez-Ochoa <br>    USDC-PR No. 206,314 <br>    Luis A. Oliver-Fraticelli <br>    USDC-PR NO. 209,204 <br>    208 Ponce de Leon Ave., Suite 1600 <br>    San Juan, PR 00936 <br>    Telephone: (787) 756-9000 <br>    Facsimile: (787) 756-9010 <br>    Email: epo@amgprlaw.com <br>           loliver@amgprlaw.com <br><br> *Attorneys for National Public Finance Guarantee Corporation* | By: /s/ *Jared R. Friedmann* <br>    Marcia Goldstein* <br>    Jonathan Polkes* <br>    Gregory Silbert* <br>    Jared R. Friedmann* <br>    Adam J. Bookman* <br>    767 Fifth Avenue <br>    New York, New York 10153 <br>    Telephone: (212) 310-8000 <br>    Facsimile: (212) 310-8007 <br>    Email: marcia.goldstein@weil.com <br>           jonathan.polkes@weil.com <br>           gregory.silbert@weil.com <br>           jared.friedmann@weil.com <br>           adam.bookman@weil.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for National Public Finance Guarantee Corporation* |

JIMÉNEZ, GRAFFAM & LAUSELL

By: /s/ *J. Ramón Rivera Morales*
    J. Ramón Rivera Morales
    USDC-PR No. 200701
    Andrés F. Picó Ramírez
    USDC-PR No. 302114
    PO Box 366104
    San Juan, PR 00936-6104
    Telephone: (787) 767-1030
    Facsimile: (787) 751-4068
    Email: rrivera@jgl.com
           apico@jgl.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

    Andrew N. Rosenberg*
    Kyle J. Kimpler*
    Karen R. Zeituni*
    1285 Avenue of the Americas
    New York, NY 10019
    Telephone: (212) 373-3000
    Facsimile: (212) 757-3990
    Email: arosenberg@paulweiss.com
           kkimpler@paulweiss.com
           kzeituni@paulweiss.com

    * Admitted *pro hac vice*

*Attorneys to the Ad Hoc Group of General Obligation Bondholders*

ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP

By: /s/ *Kathryn S. Zecca*
    Lawrence S. Robbins*
    Mark T. Stancil*
    Gary A. Orseck*
    Kathryn S. Zecca*
    Ariel N. Lavinbuk*
    Donald Burke*
    1801 K Street, NW
    Washington, D.C. 20006
    Telephone: (202) 775-4500
    Facsimile: (202) 775-4510
    Email: lrobbins@robbinsrussell.com
           mstancil@robbinsrussell.com
           gorseck@robbinsrussell.com
           kzecca@robbinsrussell.com
           alavinbuk@robbinsrussell.com
           dburke@robbinsrussell.com

 * Admitted pro hac vice

*Attorneys to the Ad Hoc Group of General Obligation Bondholders*

- 7 -

O'NEILL & BORGES LLC

By: /s/ *Hermann D. Bauer*
    Hermann D. Bauer
    USDC No. 215205
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Telephone:  (787) 764-8181
    Facsimile:  (787) 753-8944
    Email:   hermann.bauer@oneillborges.com

PROSKAUER ROSE LLP

By: /s/ *Gregg M. Mashberg*
    Martin J. Bienenstock*
    Stephen L. Ratner*
    Timothy W. Mungovan*
    Paul V. Possinger*
    Gregg M. Mashberg*
    Eleven Times Square
    New York, NY 10036
    Telephone:  (212) 969-3000
    Facsimile:  (212) 969-2900
    Email:   mbienenstock@proskauer.com
           sratner@proskauer.com
           tmungovan@proskauer.com
           ppossinger@proskauer.com

    * Admitted *pro hac vice*

*Attorneys for the Financial Oversight and Management Board and as representative of the Commonwealth*

MARINI PIETRANTONI MUNIZ, LLC

By: /s/ *Luis C. Marini-Biaggi*
    Luis C. Marini-Biaggi
    USDC No. 222301
    MCS Plaza, Suite 500
    255 Ponce de León Ave.
    San Juan, PR 00917
    Telephone:  (787) 705-2171
    Facsimile:  (787) 936-7494
    Email:   lmarini@mpmlawpr.com

O'MELVENY & MYERS LLP

By: /s/ *Elizabeth L. McKeen*
    John J. Rapisardi*
    7 Times Square
    New York, NY 10036
    Telephone:  (212) 326-2000
    Facsimile: (212) 326-2061
    Email:   jrapisardi@omm.com

    Peter Friedman*
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone:  (202) 383-5300
    Facsimile: (202) 383-5414
    Email:   pfriedman@omm.com

    Elizabeth L. McKeen*
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA 92660
    Telephone:  (949) 823-6900
    Facsimile: (949) 823-6994
    Email:   emckeen@omm.com

    * Admitted *pro hac vice*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

USActive 45381175.9

- 8 -

IT IS SO ORDERED, this \_\_\_ day of _____, 2018.

_____
HONORABLE JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

| | |
|---|---|
| Office of the United States Trustee for Region 21<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Gerardo J. Portela Franco<br>Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)<br>De Diego Ave. Stop 22<br>San Juan, Puerto Rico 00907 |
| John J. Rapisardi, Esq.<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, New York 10036 | Luis C. Marini-Biaggi, Esq.<br>Marini Pietrantoni Muniz, LLC<br>MCS Plaza, Suite 500<br>255 Ponce de León Ave.<br>San Juan, PR 00917 |
| Martin J. Bienenstock, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299 | Hermann D. Bauer, Esq.<br>O'Neill & Borges LLC<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813 |
| Nancy A. Mitchell, Esq.<br>Greenberg Traurig LLP<br>200 Park Avenue<br>New York, New York 10166 | Arturo Diaz-Angueira, Esq.<br>Cancio, Nadal, Rivera & Diaz, P.S.C.<br>403 Muñoz Rivera Ave.<br>San Juan (Hato Rey), PR 00918-3345 |
| Luc A. Despins, Esq.<br>Paul Hastings LLP<br>200 Park Avenue<br>New York, New York 10166 | Juan. J. Casillas Ayala<br>Casillas, Santiago & Torres LLC<br>El Caribe Office Building<br>53 Palmeras Street, Suite 1601<br>San Juan, PR 00901-2419 |
| Robert Gordon, Esq.<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, New York 10022 | A.J. Bennazar-Zequeira<br>Bennazar, Garcia & Milian, C.S.P.<br>Edificio Union Plaza PH-A piso 18 Avenida Ponce de Leon #416<br>Hato Rey, PR 00918 |

At New York, New York, 30th day of May, 2018.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.
\* Admitted pro hac vice