UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1512-1 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>                   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in both the lead Case No. 17 BK-3283-LTS and Case No. 17-BK-4780-LTS. |

ORDER REQUESTING THAT A REPRESENTATIVE
FROM THE UNITED STATES TRUSTEE'S OFFICE
ATTEND AND PARTICIPATE AT THE JUNE 6, 2018 OMNIBUS HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On May 14, 2018, the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee") filed a motion seeking entry of an order (i) forming an official statutory committee to represent the retirees of PREPA (the "PREPA Retirees") and (ii) expanding the authority of Retiree Committee to include representation of the PREPA Retirees. (Docket Entry No. 824[2], the "Motion"). The Motion will be heard at the June 6, 2018, Omnibus Hearing (the "Hearing").

A representative from the office of United States Trustee is hereby requested to attend the Hearing and report on (i) the status of its consideration regarding whether an official statutory committee should be appointed to represent the PREPA Retirees and (ii) its position with respect to the relief requested in the Motion, including whether the United States Trustee's office consents to the appointment of the Retiree Committee as the official representative for the PREPA Retirees.

SO ORDERED.

Dated: May 31, 2018

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] All docket entry references are to entries in case no. 17-4780, unless otherwise specified.