UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------- x
: 
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.,* : (Jointly Administered)
:
    Debtors.[1] :
------------------------------------------------------------------------- x

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on the *Urgent Unopposed Motion to File Omnibus Reply in Support of Renewed Bankruptcy Rule 2004 Motion Under Seal* (Dkt. No. 3184) (the "Motion to Seal"). Finding good cause for the requested relief and taking notice of the absence of any objection, the Court hereby ALLOWS the Motion to Seal as set forth herein. Accordingly:

    1.    The Official Committee of Unsecured Creditors of all Title III debtors (other than COFINA) (the "Committee") is authorized to file under seal an unredacted version of the *Omnibus Reply in Support of Renewed Motion Seeking Entry of Order, Under Bankruptcy Rule*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*2004, Authorizing Discovery With Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* (Dkt. No. 3183).

2. The Clerk of Court will provide the Committee, the Financial Oversight and Management Board for Puerto Rico, and the Puerto Rico Financial Institutions[2] access to the sealed materials through their counsel of record.

This resolves Dkt. No. 3184.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: May 31, 2018

---

[2] The "Puerto Rico Financial Institutions", as defined in the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* (Dkt. No. 706) are Santander Securities LLC, Santander Asset Management LLC, Banco Santander Puerto Rico, Popular, Inc., Popular Securities LLC, Banco Popular de Puerto Rico, and the Government Development Bank for Puerto Rico.