**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br>                Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**POPULAR, INC., POPULAR SECURITIES LLC, AND BANCO POPULAR DE PUERTO RICO'S INFORMATIVE MOTION REGARDING JUNE 6-7, 2018 OMNIBUS HEARING**

Popular, Inc. ("Popular"), Popular Securities LLC ("Popular Securities"), and Banco Popular de Puerto Rico ("Banco Popular," and collectively with Popular and Popular Securities, the "Popular Entities") submit this informative motion in response to the Court's *Order (I) Regarding Procedures for Attendance, Participation and Observation of June 6-7, 2018 Omnibus Hearing and (II) Directing the Oversight Board to Provide a Status Report at the Omnibus Hearing* [ECF No. 3075, 17 BK 3283], and respectfully state as follows:

1. John T. Dorsey intends to speak on behalf of the Popular Entities at the June 6-7, 2018 hearing with respect to all matters relating to the *Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* [ECF No. 3006, 17 BK 3283] (the "Renewed Motion").

2. Mr. Dorsey will appear in person in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767.

01:23235811.2

3. Mr. Dorsey also appears to respond to any matters raised by the Court or to any statements made by interested parties in connection with the Renewed Motion or the above-captioned Title III proceedings.

4. The Popular Entities understand that one additional attorney representing them in these proceedings will personally attend the June 6-7, 2018 omnibus hearing in Puerto Rico.

Dated: May 31, 2018

Respectfully submitted,

*/s/ Angélica Toro-Lavergne*
USDC-PR Bar No. 214804

Popular Center-9th Floor
209 Muñoz Rivera Ave.
San Juan, P.R. 00918
Telephone: 787-753-1017
Facsimile: 787-754-4984
E-mail: Angélica.Toro@popular.com

-and-

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ John T. Dorsey*
James L. Patton (*admitted pro hac vice*)
Robert S. Brady (*admitted pro hac vice*)
John T. Dorsey (*admitted pro hac vice*)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
E-mail: jdorsey@ycst.com

*Counsel to Popular, Inc., Popular Securities LLC, and Banco Popular de Puerto Rico*