**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>               Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 3075** |

**INFORMATIVE MOTION REGARDING ATTENDANCE**
**AT THE JUNE 6, 2018 OMNIBUS HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

    1.    The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submits this informative motion in response to the Court's order entered on May 16, 2018 [ECF No. 3075].

    2.    Suzzanne Uhland of O'Melveny & Myers LLP intends to appear in person in the New York courtroom at the June 6, 2018 omnibus hearing (the "June Omnibus Hearing") on behalf

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of AAFAF and seeks to be heard to provide an update on the Title VI filing contemplated in connection with the financial restructuring of the Government Development Bank for Puerto Rico. Ms. Uhland will coordinate division of time with counsel to the Oversight Board.

3. William Sushon of O'Melveny & Myers LLP intends to appear in person in the San Juan courtroom at the June Omnibus Hearing and seeks to be heard to present argument on behalf of AAFAF regarding the *Renewed Motion of Creditors' Committee Seeking Entry of Order, under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* [ECF No. 3066].

4. Ms. Uhland and Mr. Sushon also seek to be heard to respond on behalf of AAFAF regarding any issues raised by the *Joint Motion for Entry of an Order Further Amending the Interim Compensation Order* [ECF No. 3133].

5. Mohammad Yassin, Chief Legal and Regulatory Officer of AAFAF, Luis C. Marini-Biaggi and Carolina Velaz-Rivero, both counsels in San Juan, also intend to appear at the June Omnibus Hearing in the San Juan courtroom. Mr. Yassin, Mr. Marini-Biaggi and Ms. Velaz-Rivero request seating but do not seek to be heard.

Dated: May 31, 2018
 San Juan, Puerto Rico


Respectfully submitted,

| | |
|---|---|
| <u>*/s/ Peter Friedman*</u> | <u>*/s/ Luis C. Marini-Biaggi*</u> |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| Diana Perez | USDC No. 300913 |
| (Admitted *Pro Hac Vice*) | **MARINI PIETRANTONI MUÑIZ LLC** |
| **O'MELVENY & MYERS LLP** | MCS Plaza, Suite 500 |
| 7 Times Square | 255 Ponce de León Ave. |
| New York, NY 10036 | San Juan, Puerto Rico 00917 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-7494 |
| | |
| *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* | *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority* |

3