# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as a representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |
| *In re:* | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as a representative of | No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, | |
| Debtor. | |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E., | |
| Plaintiff, | Adv. Proc. No. 18-00030-LTS Title III |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

vs.

PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY; and GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO

Defendants.

**SIEMENS TRANSPORTATION PUERTO RICO, S.E.'S
INFORMATIVE MOTION REGARDING JUNE 6-7, 2018 OMNIBUS HEARING**

Siemens Transportation Partnership Puerto Rico, S.E. ("Siemens"), creditor and party in interest, through its undersigned counsel, hereby submits this informative motion, pursuant to the Court's *Order (I) Regarding Procedures For Attendance, Participation And Observation of June 6-7, 2018, Omnibus Hearing and (II) Directing the Oversight Board to Provide a Status Report at the Omnibus Hearing* [Docket No. 3075] and respectfully represents as follows:

1. Claudia Z. Springer and Andrew J. Soven of Reed Smith LLP will appear in person on behalf of Siemens at the June 6-7, 2018 Omnibus Hearing in the San Juan courtroom.

2. Albéniz Couret Fuentes of Sepulvado, Maldonado & Couret PSC will appear in person on behalf of Siemens at the June 6-7, 2018 Omnibus Hearing in the San Juan courtroom.

3. Ms. Springer and Messrs. Soven and Couret intend to present argument with respect to the status of the above-captioned adversary proceeding, the Oversight Board's status update related to the Title VI filing contemplated in connection with the financial restructuring of the Government Development Bank of Puerto Rico, or any statements made by any party which implicate Siemens' interest.

2

Dated: May 31, 2018

                    Respectfully submitted,

By: *s/Albéniz Couret Fuentes*
     Albéniz Couret Fuentes
     USDC-PR Bar No. 222207

*s/José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207

SEPULVADO, MALDONADO & COURET
304 Ponce de León, Suite 1900
San Juan, PR 00918
Telephone: 787-765-5656
Facsimile: 787-294-0073
Email: acouret@smclawpr.com
       jsantos@smclawpr.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*

and

**REED SMITH LLP**
Claudia Z. Springer
Andrew J. Soven
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA, 19103
Telephone: (215) 851-8190
Facsimile: (215) 851-1420
E-mail: cspringer@reedsmith.com
       asoven@reedsmith.com

*Counsel for Siemens Transportation Partnership Puerto Rico, SE*

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.

*s/José Javier Santos Mimoso*
José Javier Santos Mimoso
USDC-PR Bar No. 208207