**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------------x

**INFORMATIVE MOTION OF COUNSEL OF AAFAF, ON BEHALF OF PREPA, FOR APPEARANCE AT JUNE 6-7, 2018 OMNIBUS HEARING**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), as fiscal agent for the Puerto Rico Electric Power Authority ("PREPA"), through undersigned counsel, respectfully submits this Informative Motion in response to the Court's order entered on May 16, 2018 [Case No. 17-BK-3283, ECF No. 3075] regarding attendance and participation at the June 6-7, 2018 omnibus hearing (the "Omnibus Hearing").

1.  Nathan A. Haynes of Greenberg Traurig, LLP ("Greenberg Traurig") intends to appear in person at the Omnibus Hearing in the San Juan courtroom in connection with

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Greenberg Traurig's second interim fee application as counsel for PREPA [Case No. 17-BK-3283, ECF No. 2800] and as counsel for AAFAF as fiscal agent for PREPA [Case No. 17-BK-3283, ECF No. 2801]. Mr. Haynes will address any questions the Court may have with respect to Greenberg Traurig's fee applications.

2. Arturo Diaz-Angueira and Katiuska Bolaños-Lugo intend to appear in person at the Omnibus Hearing in the San Juan courtroom in connection with Cancio, Nadal, Rivera & Diaz's second interim fee application as counsel for PREPA [Case No. 17-BK-3283, ECF No. 2791]. Mr. Diaz-Angueira will address any questions the Court may have with respect to Cancio, Nadal, Rivera & Diaz's fee application.

WHEREFORE, counsel for AAFAF respectfully requests that the Court take notice of the above.

[*Remainder of Page Intentionally Left Blank*]

TCO 363081955v2

| | |
|---|---|
| Dated: May 31, 2018<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Nathan A. Haynes<br><br>Nancy A. Mitchell<br>David D. Cleary<br>Nathan A. Haynes<br>Kevin D. Finger<br>(Admitted *Pro Hac Vice*)<br>**GREENBERG TRAURIG LLP**<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 801-9200<br>Fax: (212) 801-6400<br><br>*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA*<br><br><br>/s/ Katiuska Bolaños-Lugo<br><br>Arturo Diaz-Angueira (USDC No. 117907)<br>Katiuska Bolaños-Lugo (USDC No. 231812)<br>**CANCIO, NADAL, RIVERA & DIAZ, PSC**<br>403 Muñoz Rivera Ave.<br>San Juan, PR 00918-3345<br>Tel: (787) 767-9625<br>Fax: (787) 622-2230<br><br>*Co-Attorneys for the Puerto Rico Electric Power Authority* |

3