UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*,<br>**Debtors.**[1] | Re: Dkt. No. 1981<br>**Hearing date:** June 6, 2018 at 9:30 a.m. (Atlantic Standard Time) |

**INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER (I) REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION, AND OBERVATION OF JUNE 6-7, 2018 OMNIBUS HEARING AND (II) DIRECTING THE OVERSIGHT BOARD TO PROVIDE A STATUS REPORT AT THE OMNIBUS HEARING**

The Fee Examiner appointed in these proceedings files this *Informative Motion of the Fee Examiner Pursuant to Order (I) Regarding Procedures for Attendance, Participation and Observation of the June 6-7 Omnibus Hearing and (II) Directing the Oversight Board to Provide a Status Report at the Omnibus Hearing*. In support, he respectfully states that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. On May 8, 2018 the Fee Examiner filed the *Motion to Amend the Fee Examiner Order With Respect to the Scope of the Fee Examiner's Authority in the Interest of Administrative Efficiency* [Dkt. No. 3032] (the "**Fee Examiner Order Amendment Motion**") and, on Tuesday, May 22, 2018 submitted a revised proposed form of order [Dkt. No. 3123] granting that motion.

2. On May 24, 2018, AAFAF and FOMB filed the *Joint Motion for Entry of An Order Further Amending the Interim Compensation Order* [Dkt. No. 3133] (the "**FOMB/AAFAF Joint Interim Compensation Motion**") and, on May 24, 2018, the Court entered the *Order Granting the Urgent Joint Motion Under Case Management Procedures Seeking Extension of Deadlines* [Dkt. No. 3135], setting the FOMB/AAFAF Joint Interim Compensation Motion for hearing at the June 6, 2018 omnibus.

3. On May 30, 2018, the Fee Examiner filed the *Fee Examiner's Second Report on Professional Fees and Expenses (October 1, 2017-January 31, 2018)* [Dkt. No. 3193] (the "**Second Interim Fee Examiner Report**"), recommending the approval, with adjustments, of a group of second interim compensation applications and the deferral of a group of first and second interim compensation applications.

4. The Fee Examiner and counsel, Katherine Stadler of Godfrey & Kahn, S.C. and Eyck Lugo of Edge Legal Strategies, PSC, will appear in person to present and respond to questions regarding the Fee Examiner Order Amendment Motion and the Second Interim Fee Examiner Report and to respond to any matters raised by the Court or by any party in connection with the fee review process or the FOMB/AAFAF Joint Interim Compensation Motion—all in Courtroom 3 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. No additional persons representing the Fee Examiner will attend the hearing.

Dated this 31st day of May, 2018.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

    EDGE Legal Strategies, PSC

    *s/Eyck O. Lugo*
    Eyck O. Lugo
    252 Ponce de León Avenue
    Citibank Tower, 12th Floor
    San Juan, PR 00918
    Telephone: (787) 522-2000
    Facsimile: (787) 522-2010

    *Puerto Rico Counsel for Fee Examiner*

    GODFREY & KAHN, S.C.
    One East Main Street, Suite 500
    Madison, WI 53703
    Telephone: (608) 257-3911
    Facsimile: (608) 257-0609

    Katherine Stadler (*Pro Hac Vice*)

    *Counsel for the Fee Examiner*

19017974.1