# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 3:17-BK-3283-LTS<br>(Jointly Administered) |
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as a representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, Debtor. | PROMESA<br>Title III<br><br>No. 3: 17-BK-03567(LTS) |
| SIEMENS TRANSPORTATION PARTENRSHIP PUERTO RICO, S.E.<br><br>Plaintiff<br><br>vs.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY et al<br><br>Defendants | Adv. Proc. No. 18-00030-LTS<br>Title III |

## GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO'S
## INFORMATIVE MOTION REGARDING JUNE 6-7, 2018 OMNIBUS HEARING

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

COMES NOW the Government Development Bank for Puerto Rico ("GDB), and through the undersigned counsel, very respectfully submits this informative motion, pursuant to the Court's *Order (I) Regarding Procedures For Attendance, Participation And Observation of June 6-7, 2018, Omnibus Hearing and (II) Directing the Oversight Board to Provide a Status Report at the Omnibus Hearing* [Docket No. 3075] and respectfully represents as follows:

1. Oreste R. Ramos and María Dolores Trelles Hernádez of Pietrantoni Méndez & Alvarez LLC, and Giselle López Soler, will appear in person on behalf of GDB at the June 6-7, 2018 Omnibus Hearing in the San Juan courtroom.

2. Mr. Ramos and Ms. López Soler intend to present oral argument with respect to the status of the above-captioned adversary proceeding, as directed by U.S. Magistrate Judge Dein during the Status Conference held on May 29, 2018.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 31st day of May, 2018.

**IT IS HEREBY CERTIFIED** that a true copy of this document has been filed with the Clerk of the Court electronically using the CM/ECF system which automatically serves notification of the filing to parties in interest.

| | |
|---|---|
| **PIETRANTONI MENDEZ & ALVAREZ LLC**<br>Popular Center – 19th Floor<br>208 Ponce de León Avenue<br>San Juan, PR 00918<br>Tel. 787-274-1212<br>Fax. 787-274-1470 | Law Offices of Giselle López Soler<br>PMB 257<br>Rd. 19 1353<br>Guaynabo, Puerto Rico 00966<br>Tel. (787) 667-0941<br>Email:  gls@lopezsolerlaw.com |
| s/ Oreste R. Ramos<br>Oreste R. Ramos<br>USDC No. 216801<br>oramos@pmalaw.com | s/ Giselle López Soler<br>Giselle López Soler<br>USDC No. 224010 |
| s/ María D. Trelles Hernández<br>María D. Trelles Hernández<br>USDC No. 225106<br>mtrelles@pmalaw.com | |