# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>      Debtor | PROMESA<br>Title III<br><br>No. 17 BK 3567-LTS |
| SIEMENS TRANSPORTATION PARTNERSHIP PUERTO RICO, S.E.,<br><br>      Plaintiff,<br><br>  vs.<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY; THE | Adv. Proc. No. 18-00030-LTS<br>Title III<br><br>RE: ECF No. 35 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| |
|---|
| FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, and GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO <br><br> Defendants |

### SUPPLEMENT TO INFORMATIVE MOTION REGARDING ATTENDANCE AT THE JUNE 6-7, 2018 OMNIBUS HEARING

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

1. On May 31, 2018, AAFAF filed an *Informative Motion Regarding Attendance at the June 6, 2018 Omnibus Hearing* in response to the Court's order entered on May 16, 2018. [ECF 3206].

2. AAFAF hereby supplements the aforementioned motion, to inform the Court that Luis C. Marini-Biaggi, will appear in person on behalf of AAFAF at the June 6-7 Omnibus Hearing in the San Juan courtroom.

3. Mr. Marini intends to present oral argument with respect to the status of the above captioned adversary proceeding, as directed by U.S. Magistrate Judge Dein during the Status Conference held on May 29, 2018. [Adv. Proc. No. 18-00030 ECF 35].

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

In San Juan, Puerto Rico this 1st day of June, 2018.

**MARINI PIETRANTONI MUÑIZ LLC**
*Attorneys for Puerto Rico Fiscal Agency and Financial Advisory Authority*
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917
Tel.: (787)705-2171
Fax : (787) 936-7494

*s/Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
lmarini@mpmlawpr.com