# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
                                        x
In re:                                  :
                                        :    PROMESA
THE FINANCIAL OVERSIGHT AND             :    Title III
MANAGEMENT BOARD FOR PUERTO RICO,       :
                                        :    Case No. 17 BK 3283-LTS
        as representative of            :
                                        :
THE COMMONWEALTH OF PUERTO RICO, et     :
al.                                     :
                                        :
        Debtor.¹                        :
                                        :
                                        x
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━
```

## INFORMATIVE MOTION OF SIDLEY AUSTIN LLP AS COUNSEL FOR SANTANDER SECURITIES LLC, SANTANDER ASSET MANAGEMENT LLC AND BANCO SANTANDER PUERTO RICO PURSUANT TO *ORDER REGARDING PROCEDURES FOR ATTENDANCE, PARTICIPATION AND OBSERVATION OF JUNE 6-7, 2018, OMNIBUS HEARING*

Sidley Austin LLP ("Sidley"), as counsel for Santander Securities LLC, Santander Asset Management LLC, and Banco Santander Puerto Rico (collectively, the "Santander Entities") hereby files this Informative Motion pursuant to the *Order Regarding the Location and Procedures for Attendance, Participation and Observation of the June 6-7, 2018 Omnibus Hearing* [Dkt. No. 3075].

Nicholas P. Crowell, Esq. of Sidley intends to appear and speak at the omnibus hearing on behalf of the Santander Entities with respect to all matters relating to the *Renewed Motion of*

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

*Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing*

*Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis Beginning*

*on August 15, 2018* [Dkt. No. 3066] (the "Renewed Motion"), should those matters be addressed

at the June Omnibus Hearing, in Courtroom 26B of the United States District Court for the

Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New

York, NY 10007.  At this time, Santander does not expect that any additional persons will attend

or observe the Omnibus Hearing on its behalf, either in New York or San Juan.


Date:  June 1, 2018                                    By: /s/Juan R. Rivera Font

                                                      JUAN R. RIVERA FONT
                                                      USDC-PR No. 221703
                                                      juan@riverafont.com
                                                      JUAN R RIVERA FONT, LLC
                                                      27 González Giusti Ave., Office 602
                                                      Guaynabo, PR 00968
                                                      Telephone:  (787) 751-5290
                                                      Facsimile:  (787) 751-6155

                                                      *Local Counsel for Santander*

                                                      SIDLEY AUSTIN LLP
                                                      Andrew W. Stern
                                                      Nicholas P. Crowell
                                                      Alex R. Rovira
                                                      James Heyworth
                                                      787 Seventh Avenue
                                                      New York, New York  10019
                                                      Telephone:  (212) 839-5300
                                                      Facsimile:  (212) 839-5599

                                                      *Counsel for Santander*