# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtor[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY ("PREPA")<br>Debtor | PROMESA Title III<br>No. 17 BK-4780-LTS |

## MOTION SUBMITTING CERTIFIED TRANSLATIONS

**To the Honorable Court:**

COMES NOW, Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica ("SREAEE"), creditor and party in interest, through its undersigned attorneys, and before this Honorable Court very respectfully states and prays:

1. On May 25, SREAEE filed a document titled *SREAEE's Opposition to "Motion of the Official Committee of Retired Employees of The Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees"*( "SREAEE's Objection"). SREAEE attached to the motion the SREAEE's Regulations in Spanish language. SREAEE's Regulations is a 140 pages document.

2. On that same date, SREAEE filed a "*Motion Requesting Leave to File*

*Documents in Spanish Language and Extension of Time to File Certified Translations*". This Honorable Court issued an *Order* granting SREAEE, until June 1, 2018, to file the corresponding certified translations.

3. In compliance with the above-mentioned, and for reasons of time and size of the exhibit, SREAEE hereby includes certified translations of Exhibit 2, composed of the Articles of the Regulations of the Retirement System specifically mentioned in SREAEE's Objection.

WHEREFORE, SREAEE respectfully requests this Honorable Court to take notice of all of the aforementioned and, consequently, determine that SREAEE has complied with the above-mentioned *Order* by submitting the certified translations of Exhibit 2.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and Standard Parties. Paper copies have been mailed pursuant to Section II of the *Fourth Amended Notice, Case Management and Administrative Procedures*:

(i)     Chambers of the Honorable Laura Taylor Swain (two copies shall be delivered to the chambers):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii)    Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

In Ponce, Puerto Rico, this 1st day of June, 2018.

/s/Rolando Emmanuelli Jiménez
USDC: 214105

/s/Yasmín Colón Colón
USDC: 230814

/s/Jessica E. Méndez Colberg
USDC: 302108

Bufete Emmanuelli, C.S.P.
PO Box 10779
Ponce, Puerto Rico 00732
Tel.: 787-848-0666
Fax: 1-787-841-1435
E-mail: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
jessica@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com