CERTIFIED TRANSLATION

# JOINT RESOLUTION

## PREPA RETIREE ASSOCIATION
## UTIER RETIREE CHAPTER
## ANTONIO LUCCHETTI AUTONOMOUS DISTRICT

WHEREFORE:  The Puerto Rico Electrical Power Authority Employee Retirement System is a Trust Fund created through collective bargaining.

WHEREFORE:  It is governed by the provisions of Regulations that provide for General Administration, (Art. 6), Administration of the Fund (Art. 7), Reduction of Benefits and Contributions, as well as for its Dissolution (Art. 9) and to that effect it establishes a Board of Trustees that has the mandate for its implementation.

WHEREFORE:  The Board of Trustees is made up of eight (8) members of which the active members elect three (3) by direct vote and retired members elect (1) in the same manner.

WHEREFORE:  The Board of Trustees has the duty and the obligation to represent the interests of all of the members of the System as they have done up to now, and it is noted that the Board of Trustees is currently presided by a retired member.

WHEREFORE:  Retired employees of the Puerto Rico Electrical Power Authority are organized to defend our rights. An example of this is the organizations which we are a part of:

1. Electrical Power Authority Retiree Association. Currently has 5,499 members.
2. UTIER Retiree Chapter, with 1,066 members.
3. Antonio Lucchetti Autonomous District, with 957 members.

WHEREFORE: From September 2014, the Board of Trustees of our Retirement System has informed us directly as to the potential effects of PREPA's restructuring and its subsequent inclusion under Title III of the PROMESA Act on July 3, 2017.

WHEREFORE: Since then this matter has been extensively discussed in several assemblies of our respective organizations.

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.

CERTIFIED TRANSLATION

WHEREFORE: Retired employees have expressed their absolute support to the Board of Trustees as their exclusive representatives with respect to the rights covered by the Regulations of our Retirement System.

WHEREFORE: The Board of Directors who appeared at the joint meeting held on May 28, 2018 in the facilities of the PREPA Association of Retirees certify that everything stated herein is correct.

WHEREFORE: The Board of Trustees of our Retirement System has our endorsement and material support necessary to represent the retirees of PREPA in the Title III process under the PROMESA Act.

THEREFORE: We issue this Joint Resolution to certify for all appropriate purposes our support to our trustees of our Retirement System in this important fight for its survival.

Issued in San Juan, Puerto Rico, on May 28, 2018.

[signature]            [Stamp: UTIER RETIREE CHAPTER Reg. #50878]
Jose A. Ocasio Lopez
Secretary
UTIER Retiree Chapter

[signature]            [Stamp: Retiree Association Electrical Power Authority 1979]
Tomas Candelaria Nieves
Secretary
PREPA Retiree Association


[signature]
Vilma Dones
Secretary
Antonio Lucchetti Autonomous District

I, Juan E. Segarra, USCCI #06-067/translator, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have seen.