SUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
:
In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
     as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO et al., : (Jointly Administered)
:
     Debtors.[1] :
:
------------------------------------------------------------------------ x

**APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Comes now, Elizabeth S. Kardos, applicant herein and respectfully states:

1.    Applicant is an attorney and general counsel of Zolfo Cooper, LLC, with offices at:

| Address | 1114 Avenue of the Americas<br>41st Floor<br>New York, NY 10036 |
|---|---|
| Email | ekardos@zolfocooper.com |
| Telephone No. | 973-618-5172 |
| Fax No. | 973-618-9430 |

2.    Applicant will sign all pleadings with the name Elizabeth S. Kardos.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Applicant is the in-house General Counsel of the above-named firm, which firm has been retained by the Official Committee of Unsecured Creditors for all title III Debtors (other than COFINA)'s Financial Advisor to provide financial advisory services in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1991, applicant has been and presently is a member in good standing of the bar of the highest court of the state of New Jersey, where applicant regularly practices law. Applicant's bar license number is 000201991.

5. Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| New York | 03/17/1998 |
| New Jersey | 06/06/1991 |
| District of Columbia | 12/02/1996 |
| United States Supreme Court | 11/18/1996 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Juan J. Casillas Ayala |
| USDC-PR Bar No. | 218312 |
| Address | El Caribe Office Building<br>53 Palmeras Street, Ste. 1601<br>San Juan, Puerto Rico 00901-2419 |
| Email | jcasillas@cstlawpr.com |
| Telephone No. | (787) 523-3434 |
| Fax No. | (787) 523-3433 |

10. Applicant has read the local rules of this court and will comply with same.

11. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: May 31, 2018

Elizabeth S. Kardos
Printed Name of Applicant

*[signature]*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: May 31, 2018

Juan J. Casillas Ayala<br>
Printed Name of Local Counsel

s/ Juan J Casillas Ayala<br>
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

s/ Juan J Casillas Ayala<br>
Signature of Local Counsel

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this_____day of_____,_____.


_____
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

```
Court Name: District Court
Division: 1
Receipt Number: PRX100055949
Cashier ID: arodrigu
Transaction Date: 06/01/2018
Payer Name: CASILLAS SANTIAGO AND TORRES
 L
-----------------------------------------
PRO HOC VICE
 For: CASILLAS SANTIAGO AND TORRES L
 Case/Party: D-PRX-1-97-NA-000003-002
 Amount:       $300.00
-----------------------------------------
PAPER CHECK CONVERSION
 Remitter: CASILLAS SANTIAGO AND TORRES
L
 Check/Money Order Num: 3985
 Amt Tendered: $300.00
-----------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:      $0.00

17-3283(LTS) PRO HAC VICE OF
ELIZABETH S. KARDOS

THRU: JUAN J. CASILLAS-AYALA
```