## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17- BK-4780 (LTS) and Main Case 17- BK-3283 (LTS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COURT**:

**COMES NOW** creditor Wide Range Corporation ("WR"), through the undersigned counsel and very respectfully states and prays:

1.      On April 30, 2018, this Court issued Memorandum Order denying the appearing party's Motion for Relief from Stay. Dkt. 2980. Notwithstanding, due to WR's expressed "…concerns about the potential impact on its commercial prospects of the unresolved controversy as to whether there was a factual basis for the delay penalties, the Court encourages the parties to meet and confer promptly to seek to develop a mutually acceptable statement regarding the nature and pendency of the stayed litigation that can be used in connection with reference inquiries as

Movant bids for business." The parties were ordered to file a joint status report concerning their efforts by June 4, 2018. *Id.*, page 5.

2.      Despite the parties' best effort, the meeting could not be coordinated within the time frame provided by this Honorable Court. Furthermore, the principal of WR is going to be on a short vacation during the last weeks of June and the undersigned will be out of Puerto Rico for a short vacation during the first week of July.

3.      In light of the aforementioned, the appearing party is requesting this Court to extend the deadline to file the joint status report by July 15th, 2018.

5.      Prior to filing this motion, WR sought and received the consent of debtor for the extension of time requested herein.

**WHEREFORE**, the herein appearing party respectfully requests the Honorable Court to grant the requested extension, until July 15, 2018.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this June 1st, 2018.

**S/Henry Vázquez Irizarry**
USDC No. 205011
Bufete Vázquez Irizarry, CSP
Urb. Villa Fontana Park
Calle Parque Luis M. Rivera 5 HH6
Carolina, PR 00983
Tel. (787) 724-7514 / 787-645-2241
Fax (888) 518-1318
hvilaw@gmail.com