# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br>Debtor[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| In re:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>as representative of<br><br>PUERTO RICO ELECTRIC POWER<br>AUTHORITY ("PREPA")<br>Debtor | PROMESA Title III<br>No. 17 BK-4780-LTS |

## CERTIFICATE OF SERVICE

The undersigned attorneys hereby certify that, on June 1, 2018, served copies of *SREAEE's Sur-Reply to "Reply in Support of Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees"* and *Motion Submitting Certified Translations* via the Court's CM/ECF system on the parties who have appeared in the above-captioned Title III cases. On the same date, SREAEE, emailed copies of both documents to the parties included in the Master Service List as of May 21, 2018.

On June 1, 2018, SREAEE mailed hard copies of the *SREAEE's Sur-Reply to "Reply in Support of Motion of the Official Committee of Retired Employees of the Commonwealth of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747).

1

*Puerto Rico Regarding Representation of PREPA Retirees"* and *Motion Submitting Certified Translations* to the Court's Chambers in New York and to the United States Trustee, via U.S. Mail, pursuant to Section II of the *Fourth Amended Notice, Case Management and Administrative Procedures* (Docket No. 2839) to the following mail addresses:

(i) Chambers of the Honorable Laura Taylor Swain (two copies):
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312;

(ii) Office of the United States Trustee for Region 21
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922



472 Tito Castro Ave.
Marvesa Biulding, Suite 106
Ponce, PR 00716-4701
Tel: (787) 848-0666
Fax: (787) 841-1435

/s/Rolando Emmanuelli Jiménez
Rolando Emmanuelli Jiménez
USDC: 214105
/s/Yasmín Colón Colón
USDC: 230814

Emails: rolando@bufete-emmanuelli.com
yasmin@bufete-emmanuelli.com
notificaciones@bufete-emmanuelli.com

2