UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | (Jointly Administered) |
| Debtors.[1] | |

-----------------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON JUNE 6–7, 2018 AT 9:30 A.M. (AST & EST)

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, June 6, 2018**,<br>from 9:30 a.m. to 12:00 p.m.,<br>from 1:00 p.m. to 5:00 p.m.,<br>and, if necessary,<br>**Thursday, June 7, 2018**,<br>from 9:30 a.m. to 12:00 p.m.,<br>(Atlantic Standard Time) |
| **Location of Hearing:** | Honorable Laura Taylor Swain, United States District Court Judge<br>Honorable Judith Gail Dein, United States Magistrate Judge<br>**Courtroom 3**<br>United States District Court for the District of Puerto Rico<br>**Clemente Ruiz Nazario United States Courthouse**<br>**150 Carlos Chardón Avenue**<br>San Juan, P.R. 00918-1767 |
| | **Video Teleconference**: The hearing will be broadcast by **video teleconference in Courtroom 17C**[2] of the United States District Court for the Southern District of New York, **Daniel Patrick** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Attendees should check the notice board in the lobby of the New York courthouse on the morning of the hearing to confirm the courtroom location.

**Moynihan Courthouse, 500 Pearl Street, New York, NY 10007**

**Copies of Documents:** Copies of all documents filed in these title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

I. **STATUS REPORTS:**

1. **Report from the Oversight Board.**

   Description: Status report from professionals for the Oversight Board regarding:

   - General case status;
   - The claims filing process and the anticipated claims reconciliation process;
   - The status of PREPA's operations and liquidity; and
   - The Title VI filing contemplated in connection with the financial restructuring of the Government Development Bank for Puerto Rico.

   Estimated Time Required: 20 minutes.

2. **Response to Questions Regarding Status Report in Siemens v. HTA, *et al.***

   Description: Parties shall be available to respond to questions regarding the joint status report addressing the issues identified in open court on May 29, 2018.

   Related Documents:
   A. Order [**Case No. 18-ap-30**, **ECF No. 35**]

   B. Status Report **[Case No. 18-ap-30, ECF No. 39]**

   Estimated Time Required: 10 minutes.

II. **FEE APPLICATIONS:**

1. **Report from the Fee Examiner regarding Second Interim Applications for Compensation.**

   Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the second interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

2

|  | Applicant | Docket Nos. | Period |
|---|---|---|---|
| 1. | Ernst & Young LLP (Financial Advisor to FOMB) | 2780 | 10/1/17 – 1/31/18 |
| 2. | Cancio, Nadal, Rivera & Diaz, P.S.C. (Attorneys for PREPA) | 2754; 2791 | 10/1/17 – 12/31/17 |
| 3. | O'Melveny & Myers LLP (Counsel to AAFAF) | 2758 | 10/1/17 – 1/31/18 |
| 4. | O'Melveny & Myers LLP (Counsel to AAFAF regarding COFINA) | 2759 | 10/1/17 – 1/31/18 |
| 5. | O'Melveny & Myers LLP (Counsel to AAFAF regarding ERS) | 2760 | 10/1/17 – 1/31/18 |
| 6. | O'Melveny & Myers LLP (Counsel to AAFAF regarding HTA) | 2761 | 10/1/17 – 1/31/18 |
| 7. | Law Office of Andres W. Lopez, PSC (Counsel to AAFAF) | 2781 | 10/1/17 – 12/31/17 |
| 8. | Greenberg Traurig, LLC (counsel for AAFAF, as Fiscal Agent for PREPA) | 2801 | 10/1/17 – 11/30/17 |
| 9. | Greenberg Traurig, LLC (counsel for PREPA) | 2800 | 10/1/17 – 11/30/17 |
| 10. | Filsinger Energy Partners (Chief Financial Advisor to PREPA)* | 2721 | 12/7/17 – 1/31/18 |
| 11. | Bettina M. Whyte (COFINA Agent) | 2725 | 10/1/17 – 1/31/18 |
| 12. | Klee, Tuchin, Bogdanoff & Stern LLP (Special Municipal Bankruptcy Counsel to Bettina M. Whyte) | 2728 | 10/1/17 – 1/31/18 |
| 13. | Nilda M. Navarro-Cabrer (Local Counsel to Bettina M. Whyte) | 2726 | 10/1/17 – 1/31/18 |
| 14. | Willkie, Farr and Gallagher, LLP (Counsel to Bettina M. Whyte) | 2727 | 10/1/17 – 1/31/18 |
| 15. | Paul Hastings LLP (Counsel to the Official Committee of Unsecured Creditors) | 2735 | 10/1/17 – 1/31/18 |
| 16. | Casillas, Santiago & Torres, LLC (Local Counsel to the Official Committee of Unsecured Creditors) | 2757 | 9/1/17 – 1/31/18 |
| 17. | Jenner & Block LLP (Counsel to the Official Committee of Retired Employees) | 2741 | 10/1/17 – 1/31/18 |
| 18. | Bennazar, García & Milián, C.S.P. (Local Counsel to the Official Committee of Retired Employees) | 2743 | 10/1/17 – 1/31/18 |
| 19. | FTI Consulting, Inc. (Financial Advisor to the Official Committee of Retired Employees) | 2740 | 10/1/17 – 1/31/18 |
| 20. | Phoenix Management Services, LLC (Financial Advisor to the Mediation Team) | 2724 | 10/2/17 – 2/4/18 |
| 21. | Members of the Official Committee of Retired Employees | 2734 | 10/1/17 – 1/31/18 |
| 22. | Drivetrain, LLC & the American Federation of Teachers (Members of the Official Committee of Unsecured Creditors) | 2737 | 5/1/17 – 1/31/18 |
| 23. | Pension Trustee Advisors, Inc. (Pension Consultant to FOMB) | 2719 | 10/1/17 – 1/31/18 |

\* An asterisk next to a name denotes that this is the first interim application filed by that applicant.

3

Responses:
  A. None.

Related Documents:
  A. Fee Examiner's Second Report on Professional Fees and Expenses (October 1, 2017-January 31, 2018) **[Case No. 17-3283, ECF No. 3193]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

III. **UNCONTESTED MATTERS:**

1. **Fee Examiner's Motion to Amend the Fee Examiner Order.** Motion of the Fee Examiner to Amend the Fee Examiner Order with Respect to the Scope of the Fee Examiner's Authority in the Interest of Administrative Efficiency **[Case No. 17-3283, ECF No. 3032]**

   Description: The Fee Examiner seeks to exempt certain professionals from the Fee Examiner process, expand the Fee Examiner's authority to review compensation for services that are not delivered directly in connection with the Title III cases, and make assorted other alterations to the Fee Examiner Order.

   Objection Deadline: May 22, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
     A. None.

   Reply, Joinder & Statement Deadlines: May 30, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
     A. None.

   Related Documents:
     A. Certification of Counsel Regarding Revised Proposed First Amended Fee Examiner Order **[Case No. 17-3283, ECF No. 3123]**

   Status: This matter is going forward.

   Estimated Time Required: 20 minutes.

2. **[Reserved]**.

3. **PREPA's Removal Extension Motion.** PREPA's Motion for Entry of (I) Bridge Order and (II) Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 **[Case No. 17-3283, ECF No. 3093]**

   Description:  PREPA seeks to extend the time period within which it may file notices of removal of pending cases, pursuant to Bankruptcy Rule 9027.

   Objection Deadline:  May 24, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Responses:
      B.  None.

   Reply, Joinder & Statement Deadlines: May 30, 2018 at 4:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
      A.  None.

   Related Documents:
   A. Urgent Motion for Extension of Deadlines in Connection with the Fourth Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 3091]**

   B. Order Granting Urgent Motion for Extension of Deadlines in Connection with the Fourth Amended Notice, Case Management and Administrative Procedures **[Case No. 17-3283, ECF No. 3099]**

   C. Bridge Order Pending Hearing on PREPA's Motion for Entry of (I) Bridge Order and (II) Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 **[Case No. 17-3283, ECF No. 3156]**

   Status:  This matter is going forward.

   Estimated Time Required:  10 minutes.

IV. **CONTESTED MATTERS:**

1. **Official Committee of Retired Employees Motion Regarding Representation of PREPA Retirees.** Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees **[Case No. 17-3283, ECF No. 3056]**

Description: The Official Committee of Retired Employees seeks entry of an order providing for the representation of the retirees of PREPA and directing the appointment of an official retiree committee in PREPA's Title III case.

Objection Deadline: May 22, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Statement of Official Committee of Unsecured Creditors in Response to Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees **[Case No. 17-3283, ECF No. 3114]**

   B. Response of Financial Oversight and Management Board to Motion of Official Committee of Retired Employees of Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees **[Case No. 17-3283, ECF No. 3115]**

   C. SREAEE's Opposition to "Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees" **[Case No. 17-3283, ECF No. 3154]**

   D. SREAEE'S Sur-Reply to "Reply in Support of Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation Of PREPA Retirees" **[Case No. 17-3283, ECF No. 3228]**

Reply, Joinder & Statement Deadlines: May 30, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
   A. Joinder of the Puerto Rico Fiscal Agency and Financial Advisory Authority, on Behalf of the Puerto Rico Electric Power Authority, to the Response of the Financial Oversight and Management Board to the Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees **[Case No. 17-3283, ECF No. 3130]**

   B. Reply In Support Of Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees **[Case No. 17-3283, ECF No. 3180]**

Related Documents:
   A. SREAEE's Motion for Leave to File Spanish Language Document and Extension of Time to File Certified English Translations **[Case No. 17-3283, ECF No. 3155]**

   B. Order Granting SREAEE's Motion for Leave to File Spanish Language Document and Extension of Time to File Certified English Translations **[Case No. 17-3283, ECF No. 3161]**

   C. Order Requesting that a Representative from the United States Trustee's Office Attend and Participate at the June 6, 2018 Omnibus Hearing **[Case No. 17-3283, ECF No. 3201]**

    D. Urgent Unopposed Motion of SREAEE for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 3221]**

    E. Order Granting Urgent Unopposed Motion of SREAEE for Leave to File Sur-Reply **[Case No. 17-3283, ECF No. 3224]**

    F. Motion Submitting Certified Translations **[Case No. 17-3283, ECF No. 3227]**

    G. Response of the United States Trustee to Order Requesting that a Representative from the United States Trustee's Office Attend and Participate at the June 6, 2018 Omnibus Hearing **[Case No. 17-3283, ECF No. 3236]**

Status: This matter is going forward.

Estimated Time Required: 30 minutes.

2. **Creditors' Committee's Renewed Motion for Order Authorizing Discovery Program.** Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 **[Case No. 17-3283, ECF No. 3066]**

Description: The Creditors' Committee's seeks entry of an order, under Bankruptcy Rule 2004, authorizing discovery programs relating to the concatenation of events leadings to the Puerto Rico financial crisis, and specifically regarding the issuance, sale, and creation of Commonwealth Debt**.**

Objection Deadline: May 22, 2018 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Objection of Debtors to Renewed Motion of Official Committee of Unsecured Creditors for entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 **[Case No. 17-3283, ECF No. 3117]**

    B. Retiree Committee's Response to Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 **[Case No. 17-3283, ECF No. 3119]**

    C. Objection of Santander Securities LLC, Santander Asset Management LLC and Banco Santander Puerto Rico to Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 **[Case No. 17-3283, ECF No. 3120]**

    D. Objection of AAFAF to the Renewed Motion of Creditors' Committee Seeking Entry of Order Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15,

  2018, and Joinder to Oversight Board Objection **[Case No. 17-3283, ECF No. 3125]**

 E. Popular, Inc., Popular Securities LLC, and Banco Popular De Puerto Rico's Objection and Joinder with Respect to the Committee's Renewed Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 3128]**

Reply, Joinder & Statement Deadlines: May 30, 2018 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
 A. Omnibus Reply in Support of Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 **[Case No. 17-3283, ECF No. 3183]**

Related Documents:
 A. Creditors' Committee's Urgent Unopposed Motion to File Renewed Bankruptcy Rule 2004 Motion under Seal **[Case No. 17-3283, ECF No. 3067]**

 B. Order of Reference to a Magistrate Judge **[Case No. 17-3283, ECF No. 3074]**

 C. Order Granting Motion to Seal **[Case No. 17-3283, ECF No. 3085]**

 D. Debtors' Urgent Unopposed Motion for Leave to File Objection under Seal **[Case No. 17-3283, ECF No. 3111]**

 E. Order Granting Motion to Seal **[Case No. 17-3283, ECF No. 3113]**

 F. Creditors' Committee's Urgent Motion for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Creditors' Committee's Renewed Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 3173]**

 G. Order Granting Creditors' Committee's Urgent Motion for Leave to Exceed Page Limits in its Omnibus Reply to Objections and Responses to Creditors' Committee's Renewed Bankruptcy Rule 2004 Motion **[Case No. 17-3283, ECF No. 3179]**

 H. Creditors' Committee's Urgent Unopposed Motion to File Omnibus Reply in Support of Renewed Bankruptcy Rule 2004 Motion Under Seal **[Case No. 17-3283, ECF No. 3184]**

 I. Order Granting Motion to Seal **[Case No. 17-3283, ECF No. 3204]**

Status: This matter is going forward.

Estimated Time Required: 75 minutes.

3. **Joint Motion for Order Further Amending Interim Compensation Order.** Joint Motion for Entry of an Order Further Amending the Interim Compensation Order **[Case No. 17-3283, ECF No. 3133]**

   Description: The Debtors, PROMESA and AAFAF seek entry of an order further amending the interim compensation order.

   Objection Deadline: May 30, 2018 at 12:00 p.m. (Atlantic Standard Time) for all parties other than the Committee, and Monday, June 4, 2018 at 5:00 p.m. for the Committee.

   Responses:
   A. Objection of Committee Professionals to the Financial Oversight and Management Board's and AAFAF's Joint Motion for Entry of Order Further Amending November 8, 2017 Interim Compensation Order **[Case No. 17-3283, ECF No. 3241]**

   Reply, Joinder & Statement Deadlines: June 2, 2018 at 12:00 p.m. (Atlantic Standard Time).

   Replies, Joinders & Statements:
   A. None.

   Related Documents:
   A. Urgent Joint Motion Under Case Management Procedures Seeking Extension of Deadlines **[Case No. 17-3283, ECF No. 3132]**

   B. Order Granting the Urgent Joint Motion Under Case Management Procedures Seeking Extension of Deadlines **[Case No. 17-3283, ECF No. 3135]**

   Status: This matter is going forward.

   Estimated Time Required: 30 minutes.

V. **ADJOURNED MATTERS:**

   1. **Tamrio, Inc. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 614]**

      Description: Tamrio, Inc. seeks to compel HTA to assume or reject its contract.

      Objection Deadline: July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

      Responses:
      A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**

    B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: August 3, 2017 at 4:00 p.m. (Atlantic Standard Time). *See* Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Replies, Joinders & Statements:
    A. Reply to Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 862]**

Related Documents:
    A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

    B. Scheduling Order regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 2794]**

    C. Motion in Compliance with Scheduling Order Regarding Certain Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF Nos. 2805, 2808, 2809 and 2810]**

Status: This matter has been adjourned until the July 25, 2018 omnibus hearing.

Estimated Time Required: N/A.

2. **Constructora Santiago II, Corp. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 627]**

Description: Constructora Santiago II, Corp. seeks to compel HTA to assume or reject its contract.

Objection Deadline: July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**

    B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: August 3, 2017 at 4:00 p.m. (Atlantic Standard Time). *See* Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Replies, Joinders & Statements:
   A. Reply to Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 863]**

Related Documents:
   A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

   B. Scheduling Order regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 2794]**

   C. Motion in Compliance with Scheduling Order Regarding Certain Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF Nos. 2805, 2808, 2809 and 2810]**

Status: This matter has been adjourned until the July 25, 2018 omnibus hearing.

Estimated Time Required: N/A.

3. **Ferrovial Agroman, S.A. Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 685]**

Description: Ferrovial Agroman, S.A. seeks to compel HTA to assume or reject its contract.

Objection Deadline: July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 816]**

   B. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: August 3, 2017 at 4:00 p.m. (Atlantic Standard Time). *See* Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Replies, Joinders & Statements:
   A. Reply to Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 866]**

Related Documents:
    A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

    B. Scheduling Order regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 2794]**

    C. Motion in Compliance with Scheduling Order Regarding Certain Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF Nos. 2805, 2808, 2809 and 2810]**

Status: This matter has been adjourned until the July 25, 2018 omnibus hearing.

Estimated Time Required: N/A.

4. **Ferrovial Agroman, LLC Motion to Compel.** Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 686]**

Description: Ferrovial Agroman, LLC seeks to compel HTA to assume or reject its contract.

Objection Deadline: July 28, 2017 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Amended Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 839]**

Reply, Joinder & Statement Deadlines: August 3, 2017 at 4:00 p.m. (Atlantic Standard Time). *See* Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697].**

Replies, Joinders & Statements:
    A. Reply to Omnibus Objection of Debtors to Motions to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF No. 865]**

Related Documents:

    A. Scheduling Order Regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 697]**

    B. Scheduling Order regarding Certain Motions to Compel **[Case No. 17-3283, ECF No. 2794]**

    C. Motion in Compliance with Scheduling Order Regarding Certain Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts **[Case No. 17-3283, ECF Nos. 2805, 2808, 2809 and 2810]**

Status: This matter has been adjourned until the July 25, 2018 omnibus hearing.

Estimated Time Required: N/A.

VI. **ADJOURNED FEE APPLICATIONS:**

1. **Report from the Fee Examiner regarding First Interim Applications for Compensation.**

    Description: The Fee Examiner, Brady C. Williamson, will present his recommendations regarding the first interim applications for allowance of compensation and reimbursement of expenses submitted by the following professionals:

    |    | Applicant | Docket No. | Period |
    |----|-----------|------------|--------|
    | 1. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |
    | 2. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2068 | 5/3/17 – 9/30/17 |
    | 3. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2043 | 5/5/17 – 9/30/17 |
    | 4. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2045 | 5/21/17 – 9/30/17 |
    | 5. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2053 | 7/2/17 – 9/30/17 |
    | 6. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2066 | 5/21/17 – 9/30/17 |

2. **Report from the Fee Examiner regarding First Interim Applications for Compensation.**

    Description: Presentation of recommendations regarding the second interim fee applications by the following professionals has been adjourned until the July 25, 2018 omnibus hearing:

    |    | Applicant | Docket No. | Period |
    |----|-----------|------------|--------|
    | 1. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2868 | 10/1/17 – 1/31/18 |
    | 2. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2870 | 10/1/17 – 1/31/18 |
    | 3. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2872 | 10/1/17 – 1/31/18 |
    | 4. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2876 | 10/1/17 – 1/31/18 |
    | 5. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2874 | 10/1/17 – 1/31/18 |
    | 6. | O'Neill & Borges LLC (Attorneys to FOMB) | 2859 | 10/1/17 – 1/31/18 |

|     | Applicant | Docket No. | Period |
| --- | --- | --- | --- |
| 7.  | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756 | 10/1/17 – 1/31/18 |
| 8.  | Deloitte Financial Advisory Services LLP (Financial Advisors to the Debtors) | 3017 | 10/1/17 – 1/31/18 |
| 9.  | Luskin, Stern & Eisler LLP (Special Counsel to FOMB) | 2729 | 10/1/17 – 1/31/18 |
| 10. | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB)* | 2944 | 1/27/17 – 1/31/18 |
| 11. | Andrew Wolfe (Independent Contractor to FOMB) | 2718 | 10/1/17 – 1/31/18 |
| 12. | DLA Piper (Puerto Rico) LLC and DLA Piper LLP (US) (Counsel to AAFAF)* | 2778 | 6/1/17 – 1/31/18 |
| 13. | Ankura Consulting Group, LLC (Financial Advisors to Commonwealth) | 2751 | 10/1/17 – 1/31/18 |
| 14. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2755 | 10/1/17 – 1/31/18 |
| 15. | Zolfo Cooper (Financial Advisor to the Official Committee of Unsecured Creditors) | 2739 | 10/1/17 – 1/31/18 |
| 16. | Segal Consulting (Actuaries and Consultants to the Official Committee of Retired Employees) | 2742 | 10/1/17 – 1/31/18 |
| 17. | Marchand ICS Group (Information Agent to the Official Committee of Retired Employees) | 2736 | 10/1/17 – 1/31/18 |

* An asterisk next to a name denotes that this is the first interim application filed by that applicant.

Related Documents:

A. Fee Examiner's Initial Report **[Case No. 17-3283, ECF No. 2645]**

B. Fee Examiner's Supplemental Report and Informative Motion on Uncontested Fee Applications for the First Interim Compensation Period (May 3 - September 30, 2017) Recommended for Court Approval at or Before the Omnibus Hearing on April 25, 2018 at 9:30 A.M. (AST) **[Case No. 17-3283, ECF No. 2909]**

C. Fee Examiner's Second Report on Professional Fees and Expenses (October 1, 2017-January 31, 2018) **[Case No. 17-3283, ECF No. 3193]**

Status: This matter has been adjourned until the July 25, 2018 omnibus hearing.

Estimated Time Required: N/A.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

14

| | |
|---|---|
| Dated: June 4, 2018<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ Martin J. Bienenstock<br>Martin J. Bienenstock<br>Paul V. Possinger<br>Ehud Barak<br>Maja Zerjal<br>(Admission *Pro Hac Vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>/s/ Hermann D. Bauer<br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |

15