# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br><br><br>Case No. 17 BK 4780-LTS |

**STIPULATION AND [PROPOSED] ORDER SETTING FORTH PROCESS FOR PRODUCTION OF PREPA FISCAL PLAN DEVELOPMENT MATERIAL IN RESPONSE TO THE COURT'S ORDER ENTERED ON MAY 22, 2018 (ECF NO. 3122)**

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

USActive 46018682.7                                - 1 -

To the Honorable United States Magistrate Judge Judith Gail Dein:

Pursuant to the Order of the Honorable United States Magistrate Judge Judith Gail Dein entered on May 22, 2018 (ECF No. 3122)[2] (the "May 22nd Order"), (i) Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, the Ad Hoc Group of PREPA Bondholders, Syncora Guarantee Inc., and U.S. Bank National Association, solely in its capacity as successor trustee under the Trust Agreement between U.S. Bank and PREPA, dated as of January 1, 1974 (collectively, the "Movants") and (ii) Puerto Rico Electric Power Authority ("PREPA") in this Title III case—by and through the Financial Oversight and Management Board for Puerto Rico (the "FOMB"), as PREPA's sole representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and, together with PREPA, the "Respondents," and, together with the Movants, the "Parties") respectfully submit the following stipulation and proposed order in response to the May 22nd Order setting forth the process for the production of Fiscal Plan Development Materials[4] identified in and after the filing of the *Joinder of Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, The Ad Hoc Group of PREPA Bondholders, Syncora Guarantee Inc., and U.S. Bank National Association, in its Capacity as PREPA Bond Trustee to Motion to Compel Compliance with February 26, 2018 Order and For Entry of a Protective Order of Ad Hoc Group of General Obligation Bondholders, Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., The Mutual Fund Group, and National Public Finance Guarantee Corporation* (ECF No. 2948) ("PREPA Joinder") that was treated as a motion to compel pursuant to the

---

[2] "ECF No." refers to docket entries in Case No. 17 BK 3283-LTS, unless otherwise noted.

[3] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

[4] "Fiscal Plan Development Materials" refers to the non-privileged documents responsive to Request No. 20 to Schedule A to the *Stipulation and Order Authorizing Rule 2004 Examination* (Case No. 17 BK 4780-LTS, ECF No. 538) ("PREPA 2004 Order").

Court's Order entered on May 15, 2018 (ECF No. 3064) ("PREPA Motion to Compel") and in connection with the PREPA 2004 Order that set forth Movants' Rule 2004 requests in Schedule A ("PREPA 2004 Requests").

The Parties have agreed to the following process through their undersigned counsel, subject to approval of the Court:

1. Respondents will produce the materials listed in Exhibit A to the PREPA Joinder, as well as the materials they agreed to make available for litigation purposes in *Puerto Rico Electric Power Authority's Response to the Ad Hoc Group of PREPA Bondholders, National Public Finance Guarantee Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Syncora Guarantee Inc., and U.S. Bank National Association's Rule 2004 Requests*, sent to the Movants on January 24, 2018, and their letter dated May 24, 2018, to Movants separately from the Intralinks Data Room (the "Data Room"). Respondents will make such production on or before June 21, 2018.

2. Respondents will also produce any later-identified Fiscal Plan Development Materials separately from the Data Room. For the avoidance of doubt, later-identified Fiscal Plan Development Materials do not include materials that existed in the Data Room as of the filing of the PREPA Joinder on April 23, 2018, unless such materials were identified in Exhibit B of the Motion to Compel.

3. To the extent Fiscal Plan Development Materials are subsequently made available in the Data Room (e.g., as part of the mediation process), Respondents will produce those materials that are responsive to the PREPA 2004 Requests separately from the Data Room, provided, however, that Respondents will not be required to produce materials prepared specifically for purposes of mediation or settlement negotiations to the extent such materials are subject to the Mediation Agreements and/or Federal Rule of Evidence 408

("<u>Mediation/Settlement Materials</u>"). Respondents shall designate documents as Mediation/Settlement Materials by posting such documents to the Mediation Folder for PREPA (Folder 4.10) in the Data Room.

4. To the extent Movants identify any materials uploaded in the Data Room after April 23, 2018 that they contend should be produced pursuant to Rule 2004 and outside the Data Room or should not be treated as Mediation/Settlement Materials, Movants shall notify Respondents in writing. Any such notification shall include specific Data Room references for the documents at issue and include references to the specific documents. Movants must provide Respondents at least seven (7) days to respond, and the Parties shall meet and confer in good faith to resolve any disputes before seeking Court intervention.

5. Materials that are produced separately from the Data Room as set forth above will be made available through an FTP site. Such materials should be produced in the format requested in paragraphs 11 and 12 in the General Instructions to the PREPA 2004 Requests, including producing electronically stored information ("<u>ESI</u>") as that term is used in Fed. R. Civ. P. 34 to the extent that ESI is available. ESI and metadata will be produced to the extent it is available. For Data Room materials, ESI and metadata will be produced to the extent it is available in Data Room materials as they are maintained in the Data Room.

Dated:   New York, New York
　　　　 June 4, 2018

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/ *Heriberto Burgos Pérez*
Heriberto Burgos Pérez
USDC-PR 204809
Ricardo F. Casellas-Sánchez
USDC-PR 203114
Diana Pérez-Seda
USDC-PR 232014
P.O. Box 364924
San Juan, PR 00936-4924
Telephone:  (787) 756-1400
Facsimile:  (787) 756-1401
Email:  hburgos@cabprlaw.com
　　　　rcasellas@cabprlaw.com
　　　　dperez@cabprlaw.com

**CADWALADER, WICKERSHAM & TAFT LLP**

By:/s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.*
Mark C. Ellenberg*
Ellen V. Holloman*
Ellen Halstead*
Gillian Groarke Burns*
Thomas J. Curtin*
Casey J. Servais*
200 Liberty Street
New York, NY 10281
Telephone:  (212) 504-6000
Facsimile:  (212) 406-6666
Email:  howard.hawkins@cwt.com
　　　　mark.ellenberg@cwt.com
　　　　ellen.holloman@cwt.com
　　　　ellen.halstead@cwt.com
　　　　gillian.burns@cwt.com
　　　　thomas.curtin@cwt.com
　　　　casey.servais@cwt.com

*admitted *pro hac vice*

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

- 4 -

**TORO COLÓN MULLET, P.S.C.**

By: /s/ *Manuel Fernández-Bared*
Manuel Fernández-Bared
USDC-PR No. 204,204
Linette Figueroa-Torres
USDC-PR No. 227,104
E-mail: lft@tcm.law
Nayda Perez-Roman
USDC–PR No. 300,208
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760
Email: mfb@tcm.law
 lft@tcm.law
 nperez@tcm.law

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ *Gregory A. Horowitz*
Amy Caton*
Thomas Moers Mayer*
Gregory A. Horowitz*
Alice J. Byowitz*
Douglas Buckley*
1177 Avenue Of The Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000
Email: acaton@kramerlevin.com
 tmayer@kramerlevin.com
 ghorowitz@kramerlevin.com
 abyowitz@kramerlevin.com
 dbuckley@kramerlevin.com

* admitted *pro hac vice*

*Counsel to the Ad Hoc Group of PREPA Bondholders*

**ADSUDAR MUÑOZ GOYCO SEDA & PEREZ-OCHOA, PSC, P.S.C.**

By: /s/ *Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206,314
Luis A. Oliver-Fraticelli
USDC-PR NO. 209,204
208 Ponce de Leon Ave., Suite 1600
San Juan, PR 00936
Tel.: (787) 756-9000
Fax: (787) 756-9010
Email:  epo@amgprlaw.com
          loliver@amgprlaw.com

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ *Edward R. McCarthy*
Marcia Goldstein*
Jonathan Polkes*
Jared Friedmann*
Gregory Silbert*
767 Fifth Avenue
New York, New York 10153
Tel.: (212) 310-8000 | Fax: (212) 310-8007
Email:  marcia.goldstein@weil.com
          jonathan.polkes@weil.com
          jared.friedmann@weil.com
          gregory.silbert@weil.com

Edward R. McCarthy*
1395 Brickell Avenue, Suite 1200
Miami, FL 33131-3368
Tel. (305) 577-3240
Email:  edward.mccarthy@weil.com

*admitted *pro hac vice*

*Counsel for National Public Finance Guarantee Corporation*

**GOLDMAN ANTONETTI & CORDOVA, LLC**

By: /s/ *Carlos A. Rodríguez-Vidal*
Carlos A. Rodríguez-Vidal
USDC-PR No. 201213
Solymar Castillo-Morales
USDC-PR NO. 218310
P.O. Box 70364
San Juan, PR 00936-8364
Tel.: (787) 759-4117
Fax: (787) 767-9177
Email:  crodriguez-vidal@gaclaw.com
            scastillo@gaclaw.com

**DEBEVOISE & PLIMPTON LLP**

By: /s/ *My Chi To*
My Chi To*
Craig A. Bruens*
Elie J. Worenklein*
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
Email:  mcto@debevoise.com
            cabruens@debevoise.com
            eworenklein@debevoise.com

*admitted *pro hac vice*

*Counsel for Syncora Guarantee Inc.*

- 7 -

- 8 -

**RIVERA, TULLA AND FERRER, LLC**

By:/s/ *Eric A. Tulla*
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera, Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787) 753-0438
Fax: (787) 767-5784
         (787) 766-0409
Email:  etulla@riveratulla.com
            icabrera@riveratulla.com

**MASLON LLP**

By:/s/ *Clark T. Whitmore*
Clark T. Whitmore*
Jason M. Reed*
90 South Seventh Street, Suite 3300
Minneapolis, MN 55402
Tel.: (612) 672-8200
Fax: (612) 672-8397
Email:  clark.whitmore@maslon.com
            jason.reed@maslon.com

*admitted *pro hac vice*

*Counsel for U.S. Bank National Association, in its capacity as PREPA Bond Trustee*

**GREENBERG TRAURIG, LLP**

By:*/s/ Joseph P. Davis III*
Nancy A. Mitchell*
Nathan A. Haynes*
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
Email:  mitchelln@gtlaw.com
          haynesn@gtlaw.com

Kevin D. Finger*
David D. Cleary*
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
Email:  clearyd@gtlaw.com
          fingerk@gtlaw.com

Joseph P. Davis III*
Greenberg Traurig LLP
One International Place Suite 2000
Boston, MA 02110
Tel: 617-310-6000
Fax: 617-310-6001
Email:  davisjo@gtlaw.com

*admitted *pro hac vice*

*Counsel for The Puerto Rico Fiscal Agency and Financial Advisory Authority, as Fiscal Agent for PREPA*

**CANCIO, NADAL, RIVERA & DIAZ, PSC**

By:*/s/ Arturo Diaz-Angueira*
Arturo Diaz-Angueira (USDC No. 117907)
Katiuska Bolaños Lugo (USDC No. 231812)
403 Muñoz Rivera Ave.
San Juan, PR 00918-3345
Tel: (787) 767-9625
Fax: (787) 622-2230
Email: kbolanos@cnrd.com
adiaz@cnrd.com

*Counsel for PREPA*

IT IS SO ORDERED, this ___ day of _____, 2018.

                                                   _____
                                                   HONORABLE JUDITH GAIL DEIN
                                                   UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case. Further, I directed that the following counsel of record be served by U.S. Mail:

Office of the United States Trustee for Region 21
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR 00901-1922

John J. Rapisardi, Esq.
O'Melveny & Myers LLP
7 Times Square
New York, New York 10036

Martin J. Bienenstock, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299

Nancy A. Mitchell, Esq.
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166

Luc A. Despins, Esq.
Paul Hastings LLP
200 Park Avenue
New York, New York 10166

Robert Gordon, Esq.
Jenner & Block LLP
919 Third Avenue
New York, New York 10022

Gerardo J. Portela Franco
Puerto Rico Fiscal Agency and Financial Advisory Authority (AAFAF)
De Diego Ave. Stop 22
San Juan, Puerto Rico 00907

Luis C. Marini-Biaggi, Esq.
Marini Pietrantoni Muniz, LLC
MCS Plaza, Suite 500
255 Ponce de León Ave.
San Juan, PR 00917

Hermann D. Bauer, Esq.
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

Arturo Diaz-Angueira, Esq.
Cancio, Nadal, Rivera & Diaz, P.S.C.
403 Muñoz Rivera Ave.
San Juan (Hato Rey), PR 00918-3345

Juan. J. Casillas Ayala
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419

A.J. Bennazar-Zequeira
Bennazar, Garcia & Milian, C.S.P.
Edificio Union Plaza PH-A piso 18 Avenida Ponce de Leon #416
Hato Rey, PR 00918

At New York, New York, 4th day of June, 2018.

By: /s/ *Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr.
\* Admitted pro hac vice