UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | * | PROMESA TITLE III |
| As representative of | * | |
| | | CASE NO. 17 BK 3283 LTS |
| THE COMMONWEALTH OF PUERTO RICO, et. als. | * | |
| | * | (Jointly Administered) |
| Debtor.1 | * | |
| IN RE: | | |
| | * | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | * | PROMESA TITLE III |
| As representative of | * | CASE NO. 17 BK 3284 LTS |
| PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | * | (Jointly Administered) |
| | * | |
| Debtor | * | |
| IN RE: | * | |
| THE FINANCIAL MANAGEMENT AND OVERSIGHT BOARD FOR PUERTO RICO | * | PROMESA TITLE III |
| As representative of | * | CASE NO. 17 BK 04780 LTS |
| PUERTO RICO ELECTRIC POWER AUTHORITY | * | (Jointly Administered) |
| Debtor | * | |

\*   \*   \*   \*   \*   \*   \*   \*

---

1. The Debtors in these Title III Cases, along with each Debtors respective title III case number and the last four (4) digits of each Debtors federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3482); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 2567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747. (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Please take notice that Luis Fred Salgado, Esq., hereby enters his appearance in the above mentioned cases (17 BK 3283 LTS); (17 BK 3284 LTS) and (17 BK 4780 LTS), for and on behalf of Cooperativa de Ahorro y Crédito de Empleados Municipales de Guaynabo (a/k/a/ MUNICOOP), which will be represented by the undersigned attorney and respectfully sets forth and prays:

That pursuant to the provisions of Rule 9010(b) of the Rules of the Federal Rules of Bankruptcy Procedure made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act (hereinafter "PROMESA"), 48 USC & 2170 and pursuant to the Courts Order Establishing Case Management Procedures entered on docket on April 4, 2018 (Docket #2839) the undersigned counsel respectfully request that all notices given or required to be given and all papers and or pleading to be served, orders and judgment entered in the above captioned case be served upon the undersigned.

WHEREFORE, it is respectfully requested that the Clerk of the Court take notice of the appearance of the undersigned and to notify it of all proceedings in this case, as indicated above and further prays that the name and address of the undersigned be added to the Master Address List of the above captioned case.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBT CERTIFY: That on this same date, I electronically filed the foregoing motion with the Clerk of this Honorable Court using the CM/ECF System which will sent notification of such filing to all CM/ECF participants in this case; including but not limited to all attorneys and parties

-2-

interest that have filed their respective notice of appearance.

In San Juan, Puerto Rico, on the 4th day of June of 2018.


/S/ Luis Fred Salgado
LUIS FRED SALGADO, Esq.
USDC – PR – 117003
Attorney for MUNICOOP
PMB 15
267 Sierra Morena St.
San Juan, P.R. 00926-5583
Phone: (787) 273-0635
e.mail: luisfredsalgado@hotmail.com