# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re | ) PROMESA<br>) Title III<br>) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS<br>) <br>) (Jointly Administered)<br>) |
| as representative of | )<br>) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | ) Re: Dkt. No. 3139<br>) <br>) Presentment Date: June 5, 2018 |
| Debtors.[1] | )<br>)<br>) |

## NOTICE OF PRESENTMENT OF PROPOSED OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE SECOND INTERIM COMPENSATION PERIOD FROM OCTOBER 1, 2017 THROUGH JANUARY 31, 2018

TO:    THE HONORABLE LAURA TAYLOR SWAIN
       UNITED STATES DISTRICT JUDGE:

**PLEASE TAKE NOTICE** that in connection with the *Fee Examiner's Second Report on Professional Fees and Expenses (October 1, 2017 – January 31, 2018)* [Dkt. No. 3193] on this date the Fee Examiner will present the proposed order, attached hereto as **Exhibit A** (the "**Omnibus Order Awarding Interim Allowance of Compensation for Professional Services**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Rendered and Reimbursement of Expenses for the Second Interim Compensation Period from October 1, 2017 through January 31, 2018**"), to the Honorable Laura Taylor Swain, United States District Judge, sitting in the United States District Court for the District of Puerto Rico, Courtroom 3, U.S. Courthouse, 150 Chardon Avenue, San Juan, Puerto Rico 00918-7095, for the court's consideration and signature.

**PLEASE TAKE FURTHER NOTICE** that copies of the *Fee Examiner's Second Report on Professional Fees and Expenses (October 1, 2017 – January 31, 2018)* [Dkt. No. 3193] including all exhibits, and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9237, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

**WE HEREBY CERTIFY:** that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

Dated this 5th day of June, 2018.

EDGE Legal Strategies, PSC


s/Eyck O. Lugo
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Telephone:  (787) 522-2000
Facsimile:  (787) 522-2010

*Puerto Rico Counsel*

2

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Telephone:  (608) 257-3911
Facsimile:  (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

# Exhibit A

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Order - EXHIBIT A**

**Second Interim Fee Period Uncontested Fees**

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Financial Advisors to Debtors* | | | | | | | | |
| 1 | Ernst & Young LLP [Dkt. No. 2780] | 10/01 - 1/31/2018 | $ 1,261,586.10 | $ 32,859.19 | $ 12,546.21 | $ 7.86 | | $ 1,228,726.91 | $ 12,538.35 |
| | *Puerto Rico Bankruptcy Counsel to PREPA* | | | | | | | | |
| 2 | Cancio, Nadal, Rivera & Díaz, PSC [Dkt. No. 2791] | 10/01 - 1/31/2018 | $ 372,170.00 | $ - | $ 1,505.80 | $ 705.00 | | $ 372,170.00 | $ 800.80 |
| | *Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority* | | | | | | | | |
| 3-a | O'Melveny & Myers LLP [Dkt. No. 2758] | 10/01 - 1/31/2018 | $ 7,565,097.59 | $ 49,818.37 | $ 122,415.55 | $ 1,295.07 | | $ 7,515,279.22 | $ 121,120.48 |
| | *Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority - COFINA* | | | | | | | | |
| 3-b | O'Melveny & Myers LLP [Dkt. No. 2759] | 10/01 - 1/31/2018 | $ 2,254,943.69 | $ 49,818.37 | $ 5,473.77 | $ 1,295.07 | | $ 2,205,125.32 | $ 4,178.70 |
| | *Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority - ERS* | | | | | | | | |
| 3-c | O'Melveny & Myers LLP [Dkt. No. 2760] | 10/01 - 1/31/2018 | $ 1,461,304.71 | $ 49,818.37 | $ 51,343.15 | $ 1,295.06 | | $ 1,411,486.34 | $ 50,048.09 |
| | *Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority - HTA* | | | | | | | | |
| 3-d | O'Melveny & Myers LLP [Dkt. No. 2761] | 10/01 - 1/31/2018 | $ 373,329.40 | $ 49,818.37 | $ 2,847.89 | $ 1,295.06 | | $ 323,511.03 | $ 1,552.83 |
| | *Puerto Rico Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority* | | | | | | | | |
| 4-a | Law Offices of Andrés W. López, PSC [Dkt. No. 2781] | 10/01 - 12/31/2017 | $ 76,055.00 | $ - | $ - | $ - | | $ 76,055.00 | $ - |
| | *Puerto Rico Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority - COFINA* | | | | | | | | |
| 4-b | Law Offices of Andrés W. López, PSC [Dkt. No. 2781] | 10/01 - 12/31/2017 | $ 945.00 | $ - | $ - | $ - | | $ 945.00 | $ - |
| | *Puerto Rico Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority - ERS* | | | | | | | | |
| 4-c | Law Offices of Andrés W. López, PSC [Dkt. No. 2781] | 10/01 - 12/31/2017 | $ 4,025.00 | $ - | $ - | $ - | | $ 4,025.00 | $ - |
| | *Puerto Rico Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority - HTA* | | | | | | | | |
| 4-d | Law Offices of Andrés W. López, PSC [Dkt. No. 2781] | 10/01 - 12/31/2017 | $ 11,480.00 | $ - | $ - | $ - | | $ 11,480.00 | $ - |
| | *Bankruptcy Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority, as fiscal agent for PREPA* | | | | | | | | |
| 5-a | Greenberg Traurig, LLP [Dkt. No. 2801] | 10/01 - 1/31/2018 | $ 1,150,090.31 | $ 68,699.38 | $ 25,944.10 | $ 22,997.17 FN 1 | | $ 1,081,390.93 | $ 2,946.93 |
| | *Bankruptcy Counsel to PREPA* | | | | | | | | |
| 5-b | Greenberg Traurig, LLP [Dkt. No. 2800] | 10/01 - 01/31/2018 | $ 4,423,132.83 | $ 68,699.38 | $ 112,804.65 | $ 22,997.17 FN 1 | | $ 4,354,433.45 | $ 89,807.48 |
| | *Chief Financial Advisor to PREPA* | | | | | | | | |
| 6 | Filsinger Energy Partners [Dkt. No. 2721] | 12/07 - 1/31/2018 | $ 2,326,893.30 | $ 38,694.00 | $ 201,691.48 | $ 83,465.63 | | $ 2,288,199.30 | $ 118,225.85 |
| | *COFINA Agent* | | | | | | | | |
| 7 | Bettina M. Whyte [Dkt. No. 2725] | 10/01 - 1/31/2018 | $ 160,945.00 | $ 19,098.00 | $ 3,779.56 | $ 664.08 | | $ 141,847.00 | $ 3,115.48 |
| | *Special Municipal Bankruptcy Counsel to COFINA Agent* | | | | | | | | |
| 8 | Klee, Tuchin, Bogdanoff & Stern LLP [Dkt. No. 2728] | 10/01 - 1/31/2018 | $ 587,025.50 | $ 22,079.50 | $ 12,994.18 | $ - | | $ 564,946.00 | $ 12,994.18 |
| | *Puerto Rico Counsel to COFINA Agent* | | | | | | | | |
| 9 | Nilda M. Navarro-Cabrer [Dkt. No. 2726] | 10/01 - 1/31/2018 | $ 102,662.50 | $ 750.00 | $ 784.42 | $ - | yes | $ 101,912.50 | $ 784.42 |

19023766.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Order - EXHIBIT A**

**Second Interim Fee Period Uncontested Fees**

| # | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|-----------|--------------------|------------------------|-----------------|----------------|-----------------|---------------------|------------------|-------------------|
| | *Bankruptcy Counsel to COFINA Agent* | | | | | | | | |
| 10 | **Willkie Farr & Gallagher LLP [Dkt. No. 2727]** | 10/01 - 1/31/2018 | $ 4,348,432.15 | $ 175,074.17 | $ 138,798.99 | $ 952.85 | yes | $ 4,173,357.98 | $ 137,846.14 |
| | *Bankruptcy Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 11 | **Paul Hastings LLP [Dkt. No. 2735]** | 10/01 - 1/31/2018 | $ 7,066,017.75 | $105,328.50 | $ 95,462.43 | $ 12,722.50 FN 2 | | $ 6,960,689.25 | $ 82,739.93 |
| | *Puerto Rico Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 12 | **Casillas, Santiago & Torres, LLC [Dkt. No. 2757]** | 9/01 - 1/31/2018 | $ 444,580.00 | $ - | $ 21,160.13 | $ - | | $ 444,580.00 | $ 21,160.13 |
| | *Bankruptcy Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 13 | **Jenner & Block LLP [Dkt. No. 2741]** | 10/01 - 1/31/2018 | $ 2,054,446.59 | $ 50,057.48 | $ 100,461.26 | $ 3,047.37 | | $ 2,004,389.11 | $ 97,413.89 |
| | *Puerto Rico Counsel to the Official Committee of Retired Employees* | | | | | | | | |
| 14 | **Bennazar, Garcia & Milian, C.S.P. [Dkt. No. 2743]** | 10/01 - 1/31/2018 | $ 270,162.50 | $ 3,225.00 | $ 11,538.25 | $ 205.77 | | $ 266,937.50 | $ 11,332.48 |
| | *Financial Advisor to the Official Committee of Retired Employees* | | | | | | | | |
| 15 | **FTI Consulting, Inc. [Dkt. No. 2740]** | 10/01 - 1/31/2018 | $ 1,127,271.50 | $ 23,554.39 | $ 21,853.96 | $ 16,445.61 | | $ 1,103,717.11 | $ 5,408.35 |
| | *Financial Advisor to the Mediation Team* | | | | | | | | |
| 16 | **Phoenix Management Services, LLC [Dkt. No. 2724]** | 10/02 - 2/4/2018 | $ 484,698.50 | $ 5,538.15 | $ 21,225.61 | $ 572.15 | | $ 479,160.35 | $ 20,653.46 |
| | *Members of the Official Committee of Retired Employees* | | | | | | | | |
| 17 | **Retiree Committee Members [Dkt. No. 2734]** | 10/01 - 1/31/2018 | $ - | $ - | $ 468.34 | $ - | | $ - | $ 468.34 |
| | *Members of the Official Committee of Unsecured Creditors* | | | | | | | | |
| 18 | **Drivetrain, LLC and American Federation of Teachers [Dkt. No. 2737]** | 5/17 - 1/31/2018 | $ - | $ - | $ 9,627.62 | $ 1,676.71 | | $ - | $ 7,950.91 |
| | *Pension Consultant to FOMB* | | | | | | | | |
| 19 | **Pension Trustee Advisors, Inc. [Dkt. No. 2719]** | 10/01 - 1/31/2018 | $ 11,020.50 | $564.98 ($3,022.50) FN 3 | | ($3,316.54) FN 4 | | $ 13,478.02 | ($3,316.54) |

FN 1 - Of this amount, $44,941.63 represents expenses the Fee Examiner's counsel is still verifying. After verifying the documentation, the Fee Examiner expects to recommend the allowance of a significant portion of these expenses in a subsequent report.

FN 2 - The Fee Examiner recommends that for the second interim fee period the stipulated fee reductions identified on this Exhibit, other than $1,385.00 for identified and acknowledged billing errors, be included within the agreed overall 20 percent reduction in total fees sought by Paul Hastings LLP as part of its final fee application. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $7,064,632.75 (i.e., $7,066,017.75 minus $1,385.00) for services rendered during the Compensation Period.

FN 3 - This adjustment represents a credit of $3,022.50 in previously disallowed fees from the First Interim Fee Period.

FN 4 - This adjustment represents a credit of $3,316.54 in previously disallowed expenses from the First Interim Fee Period.

19023766.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Order - EXHIBIT B**

## First Interim Fee Period Uncontested Fees (Deferred)

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *COFINA Agent* | | | | | | | | |
| 1 | **Bettina M. Whyte [Dkt. No. 2029]** | 8/03 - 8/09/2017 | $  41,130.00 | $  2,831.50 | $  5,102.57 | $  1,331.79 | FN 1 | | |
| | *Special Municipal Bankruptcy Counsel to COFINA Agent* | | | | | | | | |
| 2 | **Klee, Tuchin, Bogdanoff & Stern LLP [Dkt. No. 2099]** | 8/03 - 8/09/2017 | $  66,578.50 | $  5,506.75 | | | FN 2 | | |
| | *Bankruptcy Counsel to COFINA Agent* | | | | | | | | |
| 3 | **Willkie Farr & Gallagher LLP [Dkt. No. 2031]** | 8/03 -8/09/2017 | $  299,854.20 | $  15,516.58 | $  11,526.89 | - | FN 3 | | |

**FN 1** - The First Interim Report provisionally recommended and the Court ordered the allowance of $41,130.00 in fees and $5,102.57 in expenses related to services provided before the formal appointment of the COFINA Agent or her professionals. See [Dkt. No. 2685, Ex. A, FN3-4]. Those provisionally allowed amounts are recommended for adjustment, by consensus, with this order, but neither the first interim fees requested nor the recommended deductions here are included in second interim period totals reported above.

**FN 2** - The First Interim Report provisionally recommended and the Court ordered the allowance of $66,578.50 in fees related to services provided before the formal appointment of the COFINA Agent or her professionals. See [Dkt. No. 2685, Ex. A, FN5]. Those provisionally allowed amounts are recommended for adjustment, by consensus, with this order, but neither the first interim fees requested nor the recommended deductions here are included in second interim period totals reported above.

**FN 3** - The First Interim Report provisionally recommended and the Court ordered the allowance of $299,854.20 in fees and $11,526.89 in expenses related to services provided before the formal appointment of the COFINA Agent or her professionals. See [Dkt. No. 2685, Ex. A, FN3-4]. Those provisionally allowed amounts are recommended for adjustment, by consensus, with this order, but neither the first interim fees requested nor the recommended deductions here are included in second interim period totals reported above.

19023766.1

In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Report - EXHIBIT C**

19023766.1

**First and Second Interim Fee Period:  Unresolved and Deferred**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Voluntary Discounts | Interim Fees Recommended for Approval | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| 1-a | Proskauer Rose LLP [Dkt. No. 2068] / *Bankruptcy Counsel to Debtors* | 5/3/2017 - 9/30/2017 | $ 7,075,033.00 | | $ 233,148.09 | | yes | | |
| 1-b | Proskauer Rose LLP [Dkt. No. 2043] / *Bankruptcy Counsel to Debtors COFINA* | 5/5/2017 - 9/30/2017 | $ 1,672,746.00 | | $ 16,605.84 | | yes | | |
| 1-c | Proskauer Rose LLP [Dkt. No. 2045] / *Bankruptcy Counsel to Debtors ERS* | 5/21/2017 - 9/30/2017 | $ 1,586,156.00 | | $ 24,131.76 | | yes | | |
| 1-d | Proskauer Rose LLP [Dkt. No. 2053] / *Bankruptcy Counsel to Debtors PREPA* | 7/2/2017 - 9/30/2017 | $ 1,099,888.00 | | $ 67,275.25 | | yes | | |
| 1-e | Proskauer Rose LLP [Dkt. No. 2066] / *Bankruptcy Counsel to Debtors HTA* | 5/21/2017 - 9/30/2017 | $ 4,483,783.00 | | $ 154,512.19 | | yes | | |
| 2-a | Proskauer Rose LLP [Dkt. No. 2868] / *Bankruptcy Counsel to Debtors COFINA* | 10/01 - 01/31/2018 | $ 5,453,686.60 | | $ 294,582.75 | | yes | | |
| 2-b | Proskauer Rose LLP [Dkt. No.2870] / *Bankruptcy Counsel to Debtors COFINA* | 10/01 - 01/31/2018 | $ 562,239.80 | | $ 5,584.22 | | yes | | |
| 2-c | Proskauer Rose LLP [Dkt. No. 2872] / *Bankruptcy Counsel to Debtors ERS* | 10/01 - 01/31/2018 | $ 2,121,996.20 | | $ 52,896.53 | | yes | | |
| 2-d | Proskauer Rose LLP [Dkt. No. 2876] / *Bankruptcy Counsel to Debtors PREPA* | 10/01 - 01/31/2018 | $ 2,062,304.20 | | $ 37,003.99 | | yes | | |
| 2-e | Proskauer Rose LLP [Dkt. No. 2874] / *Bankruptcy Counsel to Debtors HTA* | 10/01 - 01/31/2018 | $ 1,256,420.60 | | $ 39,216.07 | | yes | | |
| 3 | O'Neill & Borges LLC [Dkt. No. 2859] / *Bankruptcy Counsel to Debtors* | 10/01 - 01/31/2018 | $ 296,952.30 | | $ 10,003.46 | | yes | | |
| 4 | McKinsey & Company, Inc. [Dkt. No.2756] / *Strategic Consultants to Debtors* | 10/01 - 1/31/2018 | $ 6,550,000.00 | | $ - | | yes | | |
| 5 | Deloitte Financial Advisory Services LLP [Dkt. No. 3017] / *Financial Advisors to Government of Puerto Rico* | 10/01 - 01/31/2018 | $ 882,513.00 | | $ 85,109.86 | | yes | | |
| 6 | Luskin Stern & Eisler LLP [Dkt. No. 2729] / *Special Counsel to Debtors* | 10/01 - 1/31/2018 | $ 91,237.50 | | $ 1,329.64 | | | | |
| 7 | Citigroup Global Markets Inc. [Dkt. No. 2944] / *Investment Banker and Financial Advisor to FOMB* | 01/27/2017 - 01/31/2018 | $ 625,000.00 | | $ 60,971.21 | | | | |
| 8 | Andrew Wolfe [Dkt. No. 2718] / *Macroeconomic Consultant to Debtors* | 10/01 - 1/31/2018 | $ 100,000.00 | | $ 12,391.30 | | | | |
| 9 | DLA Piper LLP [Dkt. No. 2753 & amended 2778] / *Bankruptcy Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority and the Puerto Rico Treasury Department* | 6/01 - 1/31/2018 | $ 1,507,737.15 | | $ 14,969.63 | | | | |
| 10-a | Ankura Consulting Group, LLC [Dkt. No. 2751] / *Financial Advisors to the Puerto Rico Fiscal Agency and Financial Advisory Authority* | 10/01 - 1/31/2018 | $ 3,937,979.00 | | $ 175,457.10 | | | | |
| 10-b | Ankura Consulting Group, LLC [Dkt. No. 2755] / *Financial Advisors to PREPA* | 10/01 - 1/31/2018 | $ 3,475,283.50 | | $ 153,684.90 | | | | |
| 11 | Zolfo Cooper, LLC [Dkt. No. 2739] / *Financial Advisor to Official Committee of Unsecured Creditors* | 10/01 - 1/31/2018 | $ 1,965,880.50 | | $ 9,725.67 | | | | |
| 12 | Segal Consulting [Dkt. No. 2742] / *Actuaries and Consultants to the Official Committee of Retired Employees* | 10/01 - 1/31/2018 | $ 482,920.00 | | $ 4,405.59 | $ - | | | |
| 13 | Marchand ICS Group [Dkt. No. 2736] / *Information Agent for the Official Committee of Retired Employees* | 10/01 - 1/31/2018 | $ 68,402.25 | | $ 6,534.29 | | | | |