**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>Commonwealth of Puerto Rico *et. al*<br>Debtor(s) | CASE NO. 17-03283 - LTS |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

  Comes now Puerto Rico Industrial Development Company("PRIDCO"), through its undersigned counsel and very respectfully states and prays:

  1. PRIDCO, a creditor and/or party in interest. requests that all notices and documents be forwarded to the undersigned at the following address:
Puerto Rico Industrial Development Company
P.O. Box 362350
San Juan, PR 00936-2350
Attention: Anabelle Centeno, Legal Counsel
Tel. (787) 764-6966 Fax (787) 754-7131
Email: anabelle.centeno@pridco.pr.gov

  WHEREFORE, it is respectfully prayed that this Court takes notice of the above, and that PRIDCO, through the undersigned, be included in the Master Address List.

  I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the electronic system which will send notification of such filing to the parties which have made an electronic appearance in this case.

  San Juan, Puerto Rico, this 5th day of June, 2018.

              Puerto Rico Industrial Development Company
              P.O. Box 362350
              San Juan, PR 00936-2350
              Tel. (787) 764-6966 Fax (787) 754-7131
              Email: anabelle.centeno@pridco.pr.gov

              *S/Anabelle Centeno Berríos*
              Anabelle Centeno Berríos
              USDC-PR 221312