# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>                         Debtors. | PROMESA<br>TITLE III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW the undersigned counsel for and, on behalf of creditor and/or party-in-interest, ASOCIACIÓN DE JUBILADOS DE LA ADJUDICATURA DE PUERTO RICO, INC. and pursuant to Local Rule 83(D)(a) and Bankruptcy Rule 9010(b), hereby requests service of all notices, applications motions, orders, pleadings, reports, plans, and disclosure statements filed or served in this case to the following addresses:

                                  Sanabria Bauermeister Garcia & Berio
                                  Corporate Center – Ste. 202
                                  33 Calle Resolución
                                  San Juan, Puerto Rico 00920–2744
                                  Tel. (787) 300-3200
                                  Fax. (787) 300-3208
                                  Email: jdavila@sbgblaw.com

Dated: June 6, 2018                                    Respectfully submitted,

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record the case trustee, and the United States trustee., including the debtor's attorney.

**SANABRIA BAUERMEISTER GARCIA & BERIO**
*Attorneys for Association of Retired Judges of the Judiciary of Puerto Rico*
Corporate Center | Ste. 202
33 Calle Resolución
San Juan, PR 00920
Tel. 787.300.3200
Fax. 787.300.3208

/S/ **JOSE R. DÁVILA-ACEVEDO**
USDC-PR 231511
jdavila@sbgblaw.com