UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtor.[1]

PROMESA
Title III

Case No. 17-3283 (LTS)

(Jointly Administered)

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER
AUTHORITY (PREPA),

    Debtor.

PROMESA
Title III

No. 17 BK 4780-LTS

This Order shall be filed in both the
Lead Case No. 17-BK-3283-LTS
and Case No. 17-BK-4780-LTS.

------------------------------------------------------------x

ORDER DENYING MOTION OF THE OFFICIAL COMMITTEE OF
RETIRED EMPLOYEES REGARDING REPRESENTATION OF PREPA RETIREES

---

[1] The Debtors in the underlying Title III Case, along with each Debtor's respective Title III case number listed as bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS). (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

On May 14, 2018, the Official Committee of Retired Employees filed its *Motion of the Official Committee of Retired Employees of the Commonwealth of Puerto Rico Regarding Representation of PREPA Retirees* (Docket Entry No. 3056 in Case No. 17-3283, the "Motion"). For the reasons stated on the record at the Omnibus Hearing heard on June 6, 2018, the Motion is hereby denied without prejudice. This Order hereby resolves Docket Entry No. 3056 in Case No. 17-3283 and Docket Entry No. 824 in Case No. 17-4780.

SO ORDERED.

Dated: June 6, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge