# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

Morning Session:
Set: 9:30 AM (AST)
Started: 9:39 AM (AST)
Ended: 11:54 PM (AST)

Afternoon Session:
Set: 1:00 PM (AST)
Started: 1:07 PM (AST)
Ended: 2:19 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**          DATE: June 6, 2018
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re:<br><br>The Financial Oversight and Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*.<br>Debtors. | 3:17-BK-3283 (LTS)<br><br><br><br>(Jointly Administered) |

| | |
|---|---|
| Siemens Transportation Partnership Puerto Rico, S.E.<br>Plaintiff,<br><br>v.<br><br>Puerto Rico Highways and Transportation Authority, *et al.*<br>Defendants. | 3:18-AP-030 (LTS)<br><br>*in 17-BK-3567 (LTS)* |

**Omnibus Hearing held.**

June 6, 2018 – Omnibus Hearing
3:17-3283 (LTS) / 18-AP-030 (LTS)

I. **Status Reports**
   1. Status report from the Oversight Board heard.
   2. Response to questions regarding the status report filed in 3:18-AP-30 (LTS). [Docket Entry 39].
      - Proposed order to be submitted regarding proposed schedule for GDB Title VI filing.
      - Order to be entered denying without prejudice the expedited briefing schedule proposed in connection with the pending motions to dismiss (Docket Entry Nos. 39 and 40 in Case No. 18-ap-30) and the motion for preservation of funds (Docket Entry No. 13 in Case No. 18-ap-30).

II. **Fee Applications**
   1. Report from the Fee Examiner on Second Interim Applications for Compensation.
      - Order(s) will be issued approving the following applications:

|     | Applicant | Docket Nos. | Period |
|-----|-----------|-------------|--------|
| 1.  | Ernst & Young LLP (Financial Advisor to FOMB) | 2780 | 10/1/17 – 1/31/18 |
| 2.  | Cancio, Nadal, Rivera & Diaz, P.S.C. (Attorneys for PREPA) | 2754; 2791 | 10/1/17 – 12/31/17 |
| 3.  | O'Melveny & Myers LLP (Counsel to AAFAF) | 2758 | 10/1/17 – 1/31/18 |
| 4.  | O'Melveny & Myers LLP (Counsel to AAFAF regarding COFINA) | 2759 | 10/1/17 – 1/31/18 |
| 5.  | O'Melveny & Myers LLP (Counsel to AAFAF regarding ERS) | 2760 | 10/1/17 – 1/31/18 |
| 6.  | O'Melveny & Myers LLP (Counsel to AAFAF regarding HTA) | 2761 | 10/1/17 – 1/31/18 |
| 7.  | Law Office of Andres W. Lopez, PSC (Counsel to AAFAF) | 2781 | 10/1/17 – 12/31/17 |
| 8.  | Greenberg Traurig, LLC (counsel for AAFAF, as Fiscal Agent for PREPA) | 2801 | 10/1/17 – 1/31/17 |
| 9.  | Greenberg Traurig, LLC (counsel for PREPA) | 2800 | 10/1/17 – 1/31/17 |
| 10. | Filsinger Energy Partners (Chief Financial Advisor to PREPA)* | 2721 | 12/7/17 – 1/31/18 |
| 11. | Bettina M. Whyte (COFINA Agent) | 2725 | 10/1/17 – 1/31/18 |
| 12. | Klee, Tuchin, Bogdanoff & Stern LLP (Special Municipal Bankruptcy Counsel to Bettina M. Whyte) | 2728 | 10/1/17 – 1/31/18 |
| 13. | Nilda M. Navarro-Cabrer (Local Counsel to Bettina M. Whyte) | 2726 | 10/1/17 – 1/31/18 |
| 14. | Willkie, Farr and Gallagher, LLP (Counsel to Bettina M. Whyte) | 2727 | 10/1/17 – 1/31/18 |
| 15. | Paul Hastings LLP (Counsel to the Official Committee of Unsecured Creditors) | 2735 | 10/1/17 – 1/31/18 |
| 16. | Casillas, Santiago & Torres, LLC (Local Counsel to the Official Committee of Unsecured Creditors) | 2757 | 9/1/17 – 1/31/18 |
| 17. | Jenner & Block LLP (Counsel to the Official Committee of Retired Employees) | 2741 | 10/1/17 – 1/31/18 |
| 18. | Bennazar, García & Milián, C.S.P. (Local Counsel to the Official Committee of Retired Employees) | 2743 | 10/1/17 – 1/31/18 |
| 19. | FTI Consulting, Inc. (Financial Advisor to the Official Committee of Retired Employees) | 2740 | 10/1/17 – 1/31/18 |
| 20. | Phoenix Management Services, LLC (Financial Advisor to the Mediation Team) | 2724 | 10/2/17 – 2/4/18 |
| 21. | Members of the Official Committee of Retired Employees | 2734 | 10/1/17 – 1/31/18 |

June 6, 2018 – Omnibus Hearing
3:17-3283 (LTS) / 18-AP-030 (LTS)

|  | Applicant | Docket Nos. | Period |
|---|---|---|---|
| 22. | Drivetrain, LLC & the American Federation of Teachers (Members of the Official Committee of Unsecured Creditors) | 2737 | 5/1/17 – 1/31/18 |
| 23. | Pension Trustee Advisors, Inc. (Pension Consultant to FOMB) | 2719 | 10/1/17 – 1/31/18 |

*An asterisk next to a name denotes that this is the first interim application filed by the applicant.

### III. Uncontested Matters

1. Fee Examiner's Motion to Amend the Fee Examiner Order [Case No. 17-3283, ECF No. 3032].
   - Granted in part and denied in part.
   - A revised proposed order is to be presented.
2. [Reserved on Agenda.]
3. PREPA's Removal Extension Motion [Case No. 17-3283, ECF No. 3093].
   - Granted in part. A revised proposed order is to be presented.

### IV. Contested Matters

1. Official Committee of Retired Employees Motion Regarding Representation of PREPA Retirees [Case No. 17-3283, ECF No. 3056]
   - Denied without prejudice. Order to be issued.
2. Creditors' Committee's Renewed Motion for Order Authorizing Discovery Program [Case No. 17-3283, ECF No. 3066]
   - Arguments heard during the afternoon session before Magistrate Judge Dein.
   - Parties to submit status reports and Motion to be continued at later hearing in Boston. Order to be issued setting schedule.
3. Joint Motion for Order Further Amending Interim Compensation Order [Case No. 17-3283, ECF No. 3133]
   - Counsel informed that the matter is no longer contested.
   - Order to be issued.

### V. Adjourned Matters

1. Tamrio Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 614].
2. Constructora Santiago II, Corp. Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 627].
3. Ferrovial SA Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 685].
4. Ferrovial Agroman LLC Motion to Compel. Motion to Compel the Puerto Rico Highways and Transportation Authority to Assume or Reject Executory Contracts [Case No. 17-3283, ECF No. 686].

### VI. Adjourned Fee Applications

1. Report from the Fee Examiner regarding First Interim Applications for Compensation.

June 6, 2018 – Omnibus Hearing
3:17-3283 (LTS) / 18-AP-030 (LTS)

|  | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2073 | 5/3/17 – 9/30/17 |
| 2. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2068 | 5/3/17 – 9/30/17 |
| 3. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2043 | 5/5/17 – 9/30/17 |
| 4. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2045 | 5/21/17 – 9/30/17 |
| 5. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2053 | 7/2/17 – 9/30/17 |
| 6. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2066 | 5/21/17 – 9/30/17 |

2. Report from the Fee Examiner regarding First Interim Applications for Compensation.

|  | Applicant | Docket No. | Period |
|---|---|---|---|
| 1. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor Commonwealth) | 2868 | 10/1/17 – 1/31/18 |
| 2. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor COFINA) | 2870 | 10/1/17 – 1/31/18 |
| 3. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor ERS) | 2872 | 10/1/17 – 1/31/18 |
| 4. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor PREPA) | 2876 | 10/1/17 – 1/31/18 |
| 5. | Proskauer Rose LLP (Attorneys for FOMB, as representative of Debtor HTA) | 2874 | 10/1/17 – 1/31/18 |
| 6. | O'Neill & Borges LLC (Attorneys to FOMB) | 2859 | 10/1/17 – 1/31/18 |
| 7. | McKinsey & Company, Inc. Washington D.C. (Consulting Services Provider to FOMB) | 2756 | 10/1/17 – 1/31/18 |
| 8. | Deloitte Financial Advisory Services LLP (Financial Advisors to the Debtors) | 3017 | 10/1/17 – 1/31/18 |
| 9. | Luskin, Stern & Eisler LLP (Special Counsel to FOMB) | 2729 | 10/1/17 – 1/31/18 |
| 10. | Citigroup Global Markets Inc. (Investment Banker and Financial Advisor to FOMB)* | 2944 | 1/27/17 – 1/31/18 |
| 11. | Andrew Wolfe (Independent Contractor to FOMB) | 2718 | 10/1/17 – 1/31/18 |
| 12. | DLA Piper (Puerto Rico) LLC and DLA Piper LLP (US) (Counsel to AAFAF)* | 2778 | 6/1/17 – 1/31/18 |
| 13. | Ankura Consulting Group, LLC (Financial Advisors to Commonwealth) | 2751 | 10/1/17 – 1/31/18 |
| 14. | Ankura Consulting Group, LLC (Financial Advisors to PREPA) | 2755 | 10/1/17 – 1/31/18 |
| 15. | Zolfo Cooper (Financial Advisor to the Official Committee of Unsecured Creditors) | 2739 | 10/1/17 – 1/31/18 |
| 16. | Segal Consulting (Actuaries and Consultants to the Official Committee of Retired Employees) | 2742 | 10/1/17 – 1/31/18 |

June 6, 2018 – Omnibus Hearing
3:17-3283 (LTS) / 18-AP-030 (LTS)

|  | Applicant | Docket No. | Period |
|---|---|---|---|
| 17. | Marchand ICS Group (Information Agent to the Official Committee of Retired Employees) | 2736 | 10/1/17 – 1/31/18 |

s/Carmen Tacoronte
Carmen Tacoronte
Courtroom Deputy
