IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

## **ORDER**

This matter is before the Court on the *Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* (Dkt. No. 3066) (the "Renewed Motion"). The Court held a hearing on the Renewed Motion on June 6, 2018. In accordance with the rulings made in open court, the Court hereby orders as follows:

1. The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") shall submit a status report to the Court on or before **June 13, 2018** addressing the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

Independent Investigator's position with respect to the issues addressed in the Renewed Motion including, without limitation,

    a. the Independent Investigator's position with regard to the disclosure of search terms and custodians to the Official Committee of Unsecured Creditors of all Title III Debtors (other than COFINA) (the "UCC") and the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Retiree Committee");

    b. the status of the availability of any production to the UCC and Retiree Committee of documents produced by parties to the Independent Investigator other than the Government Development Bank of Puerto Rico ("GDB"), Santander [2] and the Popular Entities[3];

    c. a description of the exit plan to be submitted by the Independent Investigator identified by the Oversight Board at the June 6, 2018 hearing. A schedule for the submission of the exit plan will be addressed at the continued hearing scheduled below.

2. The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") shall submit a status report to the Court on or before **June 13, 2018**. Therein, AAFAF shall update the Court on:

    a. The status of the production of documents from the GDB to the UCC and Retiree Committee of those documents provided by GDB in the course of the ongoing

---

[2] As defined in Dkt. No. 3120.
[3] As defined in Dkt. No. 3128.

    independent investigation, including any privilege logs if necessary. This should include the parties' progress on any relevant non-disclosure agreement.

3. The Court will hold a continued hearing on the Renewed Motion in Boston, Massachusetts on **June 18, 2018 at 2:00 p.m.** A representative with full settlement authority from GDB must be present at the hearing. A formal procedures order for the hearing will follow.

SO ORDERED.

                                        / s / Judith Gail Dein
                                        Judith Gail Dein
                                        United States Magistrate Judge

DATED: June 6, 2018