IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)

                       Debtors.¹
-------------------------------------------------------------------x
```

## **ORDER**

This matter is before the Court on the fifth supplemental joint status report of Movants and Respondents (Dkt. No. 3272) (the "Fifth Status Report") related to the *Joint Motion by the American Federation of State, County and Municipal Employees, AFL-CIO (AFSCME), American Federation of Teachers, AFL-CIO (AFT), International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, AFL-CIO (UAW), and Service Employees International Union (SEIU) for an Order Authorizing Discovery Under Bankruptcy Rule 2004* (Dkt. No. 2595) (the "Motion"). As agreed upon by the parties, in the event the parties cannot

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

resolve the Motion, they shall supplement the Fifth Status Report on or before **July 6, 2018**.

      This order resolves Dkt. No. 3272.

      SO ORDERED.

                                                      / s / Judith Gail Dein
                                                      Judith Gail Dein
                                                      United States Magistrate Judge

DATED: June 8, 2018