# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>　　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. No. 3159 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　　　　Debtor. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 4780-LTS |
| ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-FERNANDEZ<br><br>　　　　　Movants,<br><br>　　-against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>　　　　　Respondent. | **Motion Relates Only to PREPA and Shall be Filed in Both the Lead Case No. 17 BK-3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS** |

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CONSENTED-TO MOTION FOR EXTENSION
OF DEADLINES IN CONNECTION WITH
ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

To the Honorable United States District Court Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Puerto Rico Electric Power Authority ("PREPA") pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, by and through its undersigned counsel, respectfully submits this consented-to motion for entry of an order, substantially in the form attached hereto as **Exhibit A**, extending the deadlines in connection with the *Motion for Relief from Automatic Stay* [Case No. 17-03283, Dkt. No 3159] (the "Motion for Relief from Automatic Stay") filed by Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandes, and the conjugal partnership constituted by them (together, the "Movants").[2]  In support of this motion, AAFAF respectfully states as follows:

**BACKGROUND**

On May 25, 2018, the Movants filed the Motion for Relief from Automatic Stay seeking relief from the automatic stay "for cause" under section 362(d) of title 11 of the United States Code.  Specifically, the Movants seek a modification of the stay in order to execute their judgment for monetary relief against PREPA in *Autoridad de Energía Eléctrica v. Antonio Fuentes Gonzales et al.*, Case No. KEF 2012-0039 (the "Fuentes-Viguie Action").

Pursuant to this Court's order entered on May 25, 2018, opposition papers to the Motion for Relief from Automatic Stay must be filed by June 8, 2018, and Movants' reply papers must be filed by June 15, 2018 [Case No. 17-03283, Dkt. No 3162].

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this motion on behalf of PREPA.

1

The parties are engaged in settlement discussions that may resolve the Fuentes-Viguie Action in its entirety, but the parties need additional time to reach an agreement.

The Movants consented to a fifteen-day (15) extension of the applicable deadlines.

AAFAF submits that no party or creditor will be prejudiced by this extension.

## RELIEF REQUESTED

By this motion, AAFAF requests a fifteen-day (15) extension of the applicable deadlines. AAFAF requests entry of an order extending the deadlines as follows:

- Any objection to the Motion for Relief from Automatic Stay shall be filed by **June 23, 2018**.

- Any reply shall be filed by **June 30, 2018**.

**WHEREFORE,** AAFAF respectfully requests the Court to enter an order, substantially in the form attached hereto as **Exhibit A**, (a) granting the motion and (b) granting such other relief as is just and proper.

Dated: June 8, 2018  
      San Juan, Puerto Rico

Respectfully submitted,

THE PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, as Fiscal Agent for PREPA

By its attorneys,

/s/ *Kevin D. Finger*
Kevin D. Finger (*admitted pro hac vice*)
David D. Cleary (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: fingerk@gtlaw.com
        clearyd@gtlaw.com

Nancy A. Mitchell (*admitted pro hac vice*)
Nathan A. Haynes (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: mitchelln@gtlaw.com
haynesn@gtlaw.com

Joseph P. Davis (*admitted pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: 617.310.6000
Fax: 617.310.6001
Email: davisjo@gtlaw.com

THE PUERTO RICO ELECTRIC
POWER AUTHORITY

By its attorneys,

*/s/ Arturo Díaz Angueria*
USDC No. 117907

*/s/ Katiuska Bolaños Lugo*
USDC No. 231812
CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR 00936-4966
Phone: (787) 767-9625
Fax: (787) 764-4430
Email: adiaz@cnrd.com
kbolanos@cnrd.com

**<u>Exhibit A</u>**
**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: Dkt. No. 2852 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS |
| ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-FERNANDEZ<br><br>    Movants,<br><br>  -against-<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Respondent. | |

*[Caption Continued on the Next Page]*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ORDER GRANTING CONSENTED-TO MOTION FOR
EXTENSION OF DEADLINES IN CONNECTION WITH
ANTONIO FUENTES-GONZALES, MARIA IVONNE VIGUIE-
FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon the Consented-To Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's Motion for Relief from Automatic Stay (the "<u>Motion</u>")[4] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest, it is **HEREBY ORDERED THAT**:

1. The Motion is granted.

2. Any objection to the Motion for Relief from Automatic Stay shall be due on **June 23, 2018**.

3. Any reply shall be due on **June 30, 2018**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves docket entry no._____.

SO ORDERED.

Dated: _____, 2018      _____
San Juan, Puerto Rico     LAURA TAYLOR SWAIN
    UNITED STATES DISTRICT JUDGE

---

[4] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

2