IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------x
In re:                                                              PROMESA
                                                                    Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of
                                                                    No. 17 BK 3283-LTS
THE COMMONWEALTH OF PUERTO RICO, et al.,                            (Jointly Administered)

        Debtors.¹
-------------------------------------------------------------------x
```

**NOTICE OF HEARING AND PROCEDURAL ORDER**

In accordance with this Court's June 6, 2018 order, (Dkt. No. 3274) a continued hearing on the *Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* (Dkt. No. 3066) (the "Renewed Motion") will be held before Magistrate Judge Dein on **June 18, 2018** in accordance with the following:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1. The hearing will be held on **Monday, June 18, 2018, at 2:00 p.m.** at the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210[2].

2. Judge Dein will be present in the Massachusetts courtroom. Counsel who intend to present oral argument are required to attend the proceedings in the Massachusetts courtroom. Counsel who intend to present oral argument at the hearing must file an **Informative Motion** stating their name and the party for which they intend to appear, no later than **June 14, 2018 at noon**.

3. Other attorneys, members of the press and the general public may attend and observe the hearing in either the Massachusetts or Puerto Rico courtrooms. There will also be a live feed of the proceedings for members of the press available in a designated space in the Puerto Rico courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com by **June 14, 2018 at noon** and pay the fee established by CourtSolutions. No recording or retransmission of the hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 8, 2018

---

[2] The exact courtroom in Massachusetts as well as a courtroom at the United States District Court for the District of Puerto Rico will be determined as the hearing date approaches. The Court will enter a notice with the updated information at such time.