UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>Re: ECF No. 1512-1 |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY (PREPA),<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>This Order shall be filed in both the lead Case No. 17 BK-3283-LTS and Case No. 17-BK-4780-LTS. |

ORDER GRANTING CONSENTED-TO MOTION FOR EXTENSION OF
DEADLINES IN CONNECTION WITH ANTONIO FUENTES-GONZALES,
MARIA IVONNE VIGUIE-FERNANDEZ'S MOTION FOR RELIEF FROM AUTOMATIC STAY

The Court has received and reviewed the *Consented-to Motion for Extension of Deadlines in Connection with Antonio Fuentes-Gonzales, Maria Ivonne Viguie-Fernandez's*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Motion for Relief from Automatic Stay* (Docket Entry No. 3280[2], the "Extension Motion"). The Extension Motion is hereby granted to extent provided herein. Opposition papers to the *Motion for Relief from Automatic Stay* (Docket Entry No. 3159, the "Lift Stay Motion") must be filed by **June 23, 2018**. Movants' reply papers must be filed by **June 30, 2018**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

This order resolves docket entry no. 3280 in case no. 17-3283 and docket entry no. 872 in case no. 17-4780.

SO ORDERED.

Dated: June 11, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] All docket entry references are to entries in case no. 17-3283, unless otherwise specified.