## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

            Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

            Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

**RE:  ECF No. 832**

-----------------------------------------------------------------x

### ORDER PURSUANT TO RULE 9006(b) OF THE FEDERAL
### RULES OF BANKRUPTCY PROCEDURE FURTHER

---

[1]   The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ENLARGING THE TIME WITHIN WHICH PREPA MAY FILE
NOTICES OF REMOVAL PURSUANT TO BANKRUPTCY RULE 9027

Upon *PREPA's Motion for Entry of (I) Bridge Order and (II) Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedures Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027* (the "Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue in this district is proper pursuant to section 307(a) of PROMESA; and the Court having found that the relief requested in the Motion is in the best interests of PREPA, its creditors, and other parties in interest; and the Court having found that PREPA provided adequate and appropriate notice of the Motion under the circumstances and that no other or further notice is required; and the Court having entered a bridge order [ECF No. 846] extending the deadline for PREPA to file notices of removal under Bankruptcy Rule 9027(a) through and including the Court's adjudication of the Motion; and the Court having reviewed the Motion and having heard the statements of counsel in support of the Motion at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is GRANTED as set forth herein.

---

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

2.      The deadline for PREPA to file notices of removal under Bankruptcy Rule 9027(a) is extended through and including the later of:  (i) November 28, 2018; or (ii) any later date prescribed by Bankruptcy Rule 9027(a)(2) and (a)(3).

3.      The foregoing is without prejudice to PREPA's right to seek further extensions of the time within which to remove related proceedings.  Any request for a further extension of time shall be filed in accordance with the procedures set forth in Section III of the *Fourth Amended Case Management Order* (Docket Entry No. 2839-1 in Case No. 18-03283), within an appropriate timeframe to be heard at the Omnibus Hearing scheduled for November 7, 2018.

4.      Nothing herein is intended to, shall constitute, or shall be deemed to constitute PREPA's or the Oversight Board's consent, pursuant to PROMESA section 305, to this Court's interference with (a) any of the political or governmental powers of PREPA, (b) any of the property or revenues of PREPA, or (c) the use or enjoyment of PREPA of any income-producing property.

5.      Notwithstanding any applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      PREPA and the Oversight Board, as PREPA's representative, have consented to the relief in this Order, and are authorized to take all actions, and to execute all documents, necessary or appropriate, to effectuate the relief granted in this Order in accordance with the Motion.

*[Remainder of Page Intentionally Left Blank]*

7.      The Court retains exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

8.      This Order resolves Docket Entry No. 832 in Case No. 17-4780 and Docket Entry No. 3093 in Case No. 18-3283.

SO ORDERED.

Dated:  June 8, 2018                            /s/ Laura Taylor Swain
                                        Honorable Laura Taylor Swain
                                        United States District Judge