UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING ASSENTED-TO URGENT MOTION FOR EXTENSION OF DEADLINES
IN CONNECTION WITH MOTION BY VIRGILIO F. ACEVEDO FOR RELIEF FROM AUTOMATIC STAY

The Court has received and reviewed the *Assented-To Urgent Motion for Extension of Deadlines* (Docket Entry No. 3287, the "Extension Motion"). The Extension Motion is hereby granted to extent provided herein. Opposition papers to the *Motion by Virgilio F. Acevedo for Relief from Automatic Stay* (Docket Entry No. 3163, the "Lift Stay Motion") must be filed by **June 29, 2018**. Movants' reply papers must be filed by **July 6, 2018**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing. The request for an extension of the briefing schedule is deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This order resolves Docket Entry No. 3287 in Case No. 17-3283.

SO ORDERED.

Dated: June 12, 2018

      /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN
United States District Judge