# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | : | PROMESA Title III |
| as representative of | : | Case No. 17-BK-3283 (LTS) |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| Debtors.[1] | : | |

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on the *Debtors' Urgent Unopposed Motion for Leave to File Status Report Under Seal* (Dkt. No. 3293) (the "Motion to Seal"). Taking notice of the agreement between the parties and finding good cause for the requested relief, this Court hereby ALLOWS the Motion to Seal. Accordingly:

1. The Debtors[2] are authorized to file under seal an unredacted version of the Status Report.

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not otherwise defined herein have the meaning given them in the Motion to Seal.

2. The Clerk of Court will provide access to certain portions of the sealed Status Report to the counsel of record of parties in accordance with the following table:

| Entity / Party | Portions of Unsealed Status Report Party/Entity May Access |
|---|---|
| Debtors | All Exhibits |
| Official Committee of Unsecured Creditors | All Exhibits |
| Official Committee of Retirees | All Exhibits |
| Popular | Exhibit A, but no other exhibits |
| Santander | Exhibit B, but no other exhibits |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Exhibit C, but no other exhibits |

This resolves Dkt. No. 3293.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 13, 2018

2