# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF No. 3281** |

## INFORMATIVE MOTION REGARDING ATTENDANCE
## AT THE JUNE 18, 2018 HEARING ON RENEWED MOTION

To the Honorable United States Magistrate Judge Judith Gail Dein:

    The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through its undersigned counsel, hereby states and prays as follows.

    1.    The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on June 8, 2018 [ECF No. 3281].

    2.    William J. Sushon and Peter Friedman of O'Melveny & Myers LLP intend to appear in person in the Boston courtroom at the June 18, 2018 hearing (the "Hearing") on the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* [Dkt. No. 3066] (the "<u>Renewed Motion</u>"), on behalf of AAFAF, as the entity authorized to act on behalf of the Government Development Bank for Puerto Rico ("<u>GDB</u>") by the Enabling Act of the Fiscal Agency and Financial Advisory Authority, Act 2-2017.

3. Mr. Sushon and Mr. Friedman seek to be heard to present argument on behalf of AAFAF regarding the Renewed Motion. An authorized representative of GDB will also be present at the Hearing in the Boston courtroom.

4. Luis C. Marini-Biaggi and Mauricio Muñiz, counsel in San Juan, intend to appear at the Hearing in the San Juan courtroom.

Dated: June 14, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| William J. Sushon | USDC No. 222301 |
| (Admitted *Pro Hac Vice*) | Mauricio O. Muñiz Luciano |
| **O'MELVENY & MYERS LLP** | USDC No. 220914 |
| 7 Times Square | Carolina Velaz-Rivero |
| New York, NY 10036 | USDC No. 300913 |
| Tel: (212) 326-2000 | **MARINI PIETRANTONI MUÑIZ LLC** |
| Fax: (212) 326-2061 | MCS Plaza, Suite 500 |
| | 255 Ponce de León Ave. |
| -and- | San Juan, Puerto Rico 00917 |
| | Tel: (787) 705-2171 |
| Peter Friedman | Fax: (787) 936-7494 |
| (Admitted *Pro Hac Vice*) | |
| 1625 Eye Street, NW | *Attorneys for the Puerto Rico Fiscal Agency* |
| Washington, D.C. 20006 | *and Financial Advisory Authority* |
| Tel: (202) 383-5300 | |
| Fax: (202) 383-5414 | |

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*

3