# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## INFORMATIVE MOTION OF THE AD HOC GROUP OF PREPA BONDHOLDERS REGARDING THE JUNE 18, 2018 HEARING

The Ad Hoc Group of PREPA Bondholders (collectively, the "**Ad Hoc Group**") hereby files this request to be heard pursuant to the Court's *Notice of Hearing and Procedural Order* [Dkt. No. 3281], dated June 8, 2018 (the "**Order**") setting forth guidelines for parties wishing to be heard at the hearing on June 18, 2018 (the "**Hearing**") relating to the Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 [Dkt. No. 3006] (the "**Renewed Motion**").

    1.    The Order requests that counsel to parties who wish to speak at the Hearing file an informative motion stating their name and identifying the party for which they intend to appear.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- 2 -

2. Alice J. Byowitz will appear in person on behalf of the Ad Hoc Group at the June 18, 2018 Hearing in the United States District Court for the District of Massachusetts, One Courthouse Way, Boston, Massachusetts 02210.

3. The Ad Hoc Group does not plan to present argument, but reserves the right to be heard on any matter presented to the Court and respond to any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings to the extent it impacts the interests of the Ad Hoc Group.

*[Remainder of Page Intentionally Left Blank]*

We hereby certify that, on this same date, we electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will notify the attorneys of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today June 14, 2018.

| **TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.** | **KRAMER LEVIN NAFTALIS & FRANKEL LLP** |
|---|---|
| *s/ Manuel Fernández-Bared* <br> MANUEL FERNÁNDEZ-BARED <br> USDC-PR No. 204,204 <br> E-mail: mfb@tcmrslaw.com <br><br> *s/ Linette Figueroa-Torres* <br> LINETTE FIGUEROA-TORRES <br> USDC-PR No. 227,104 <br> E-mail: lft@tcmrslaw.com <br><br> *s/ Nayda Perez-Roman* <br> NAYDA PEREZ-ROMAN <br> USDC–PR No. 300,208 <br> E-mail: nperez@tcmrslaw.com <br><br> P.O. Box 195383 <br> San Juan, PR 00919-5383 <br> Tel.: (787) 751-8999 <br> Fax: (787) 763-7760 <br><br> *Counsel to the Ad Hoc Group of PREPA Bondholders* | *s/ Alice J. Byowitz* <br> AMY CATON* <br> THOMAS MOERS MAYER* <br> GREGORY A. HOROWITZ* <br> ALICE J. BYOWITZ* <br> DOUGLAS BUCKLEY* <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> Tel.: (212) 715-9100 <br> Fax: (212) 715-8000 <br> Email: tmayer@kramerlevin.com <br>         acaton@kramerlevin.com <br>         ghorowitz@kramerlevin.com <br>         abyowitz@kramerlevin.com <br>         dbuckley@kramerlevin.com <br><br> *(admitted *pro hac vice*) <br><br> *Counsel to the Ad Hoc Group of PREPA Bondholders* |