## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

*In re*

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283 -LTS |
| THE COMMONWEALTH OF PUERTO RICO, | |
| Debtor, | |

*In re*

| | |
|---|---|
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 04780 |
| PUERTO RICO ELECTRIC POWER AUTHORITY, | |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO THE HONORABLE COURT:

**NOW COMES**, creditor LORD ELECTRIC COMPANY OF PUERTO RICO represented by the undersigned attorneys to states as follows:

That pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170, and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, Rickenbach Ojeda Attorneys at Law PSC hereby enter their appearance in the above-captioned Title III cases as counsel to Lord Electric Company of Puerto Rico ("Lord"). Lord hereby requests, pursuant to

Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the undersigned names be added to the mailing list maintained by the Clerk in the Title Cases, and that the Clerk and all other parties-in-interest in the Title III Cases provide all notices and all papers served on any party, filed with the Court, or delivered to the office of the United States Trustee in the Title III cases, to the persons listed below:

**Rickenbach Ojeda Attorneys at Law PSC**
400 Juan Calaf PMB 232
San Juan, Puerto Rico 00918
Telephone: 787-723-8083
Facsimile: 787-723-8085
Attention: Nanette Rickenbach – nrickenbach@rickenbachpr.com
Attention: Myrna Ruiz-Olmo - mro@prbankruptcy.com

**WHEREFORE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes all of the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, any other document brought before this Court with respect to the Title III Cases.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance is intended or shall be deemed to waive any rights of Lord in the Title III Cases or any controversy, or proceeding related to the Tittle III Cases.

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on this date copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system, which will notify case participants.

In San Juan, Puerto Rico this June 15, 2018.

**RICKENBACH OJEDA ATTORNEYS AT LAW PSC**
**/s/ Nanette Rickenbach**
Nanette Rickenbach - USDC-PR No. 230208
Myrna Ruiz-Olmo – USDC-PR No. 223209
400 Juan Calaf PMB 232
San Juan, PR 00918
Telephone: (787) 723-8083
Facsimile (787) 723-8085
nrickenbach@rickenbachpr.com

2