## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,
ET AL.,

Debtors.[1]

PROMESA
TITLE III

Case No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned counsel, for and on behalf of Creditor/Party-in-Interest ASOCIACIÓN DE JUBILADOS DE LA JUDICATURA DE PUERTO RICO, INC., and under Local Rule 83(D)(a) and Bankruptcy Rule 9010(b), respectfully requests service of all notices, applications motions, orders, pleadings, reports, plans, and disclosure statements filed or served in this case to the following address:

---

[1] The Debtors in the jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Sanabria Bauermeister Garcia & Berio**
Corporate Center – Ste. 202
33 Calle Resolución
San Juan, Puerto Rico 00920–2744
Tel. (787) 300-3202
Fax. (787) 300-3208
Email: abauermeister@sbgblaw.com
Email: jdavila@sbgblaw.com

Dated: June 15, 2018                                   Respectfully submitted,

## CERTIFICATE OF SERVICE

I certify that, on this day, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record the case trustee, and the United States trustee, including the debtors' attorneys.

SANABRIA BAUERMEISTER GARCIA & BERIO
Corporate Center | Ste. 202
33 Calle Resolución
San Juan, PR 00920
Tel. 787.300.3202
Fax. 787.300.3208

/s/ ARTURO V. BAUERMEISTER
USDC-PR 302604
avb@sbgblaw.com

*Attorneys for Asociación de Jubilados de la Judicatura de Puerto Rico, Inc.*

2