# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**Morning Session:**
Set: 1:30 PM (AST)
Started: 1:33 PM (AST)
Ended: 2:40 PM (AST)

**MINUTES OF PROCEEDINGS BEFORE**          DATE:  June 18, 2018
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTERS:  Debra Lajoie

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico, *et al*. Debtors | 3:17-BK-3283 (LTS)<br><br><br>(Jointly Administered) |

**Motion Hearing held.**

- Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018 **(Case No. 17-3283, ECF No. 3066)**

Arguments heard.
Order to be issued.

                                                     s/Carmen Tacoronte

                                                     Carmen Tacoronte
                                                     Courtroom Deputy Clerk