IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, et al.,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

## **ORDER**

    This matter is before the Court on the *Renewed Motion of Creditors' Committee Seeking Entry of Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program with Respect to Certain Causes of Puerto Rico Financial Crisis Beginning on August 15, 2018* (Dkt. No. 3066) (the "Renewed Motion"). The Court held a continued hearing on the Renewed Motion on June 18, 2018. In accordance with the rulings made in open court, the Court hereby orders as follows:

1. The Government Development Bank for Puerto Rico ("GDB"), the Official Committee of Unsecured Creditors (the "UCC"), and the Official Committee of Retired Employees of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

the Commonwealth of Puerto Rico (the "Retiree Committee", and together with the UCC the "Committees") shall execute a signed Non-Disclosure Agreement for the production of GDB documents to the Committees by **Monday, June 25, 2018** in accordance with the Court's ruling in open court.

2. The Independent Investigator shall file its proposed exit plan ("Proposed Plan") by **July 3, 2018** in accordance with its representations in open court as well as those made in Exhibit A to the Financial Oversight and Management Board for Puerto Rico's Status Report of June 18, 2018 (Dkt. No. 3303). The parties to the Renewed Motion shall meet and confer prior to the filing of the Proposed Plan to ensure that it addresses subjects identified by the Committees, including, without limitation, the extent of the GDB documents the Independent Investigator intends to include in its exit plan.

3. The UCC, after consultation with the other parties to the Renewed Motion, shall submit a briefing schedule regarding comments and/or objections to the Proposed Plan such that any remaining issues can be presented in time for this Court to hold a hearing on them at the July 25, 2018 Omnibus Hearing in San Juan, PR.

4. GDB shall submit its categorical privilege log to the Committees by June 21, 2018. Any party may file an appropriate motion if court involvement is needed to resolve any issues relating to the format of the privilege log or any claim of privilege.

5. The Independent Investigator shall provide timely notice to the parties to the Renewed Motion if the current end date for the release of the Final Report, currently expected to be on or about August 15, 2018, changes significantly.

6. Any remaining issues in the Renewed Motion are hereby adjourned to the July 25, 2018 Omnibus Hearing.

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: June 19, 2018

3