# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) | Title III |
| as representative of | ) ) | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | ) ) | No. 17 BK 3283-LTS (Jointly Administered) |
| Debtors. | ) | |
| In re: | ) | |
| | ) | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | ) ) ) | Title III |
| as representative of | ) ) | |
| THE COMMONWEALTH OF PUERTO RICO, | ) ) | No. 17 BK 3283-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | ) ) ) | No. 17 BK 3567-LTS (This Filing Relates to These Debtors) |
| Debtor. | ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Andrew C. Harmeyer respectfully withdraws his appearance as counsel for Peaje Investments LLC ("Peaje"), the plaintiff in Adv. Proc. Nos. 17-BK-151-LTS and 17-BK-152-LTS and a party-in-interest in the above-captioned Title III cases, and requests removal from service of any further pleadings in connection with these matters. Effective June 21, 2018, the undersigned will cease to be employed by or otherwise affiliated with Dechert LLP, counsel of record for Peaje. The appearances on behalf of Peaje by other Dechert LLP attorneys and by attorneys of the law firm Monserrate Simonet & Gierbolini, LLC are unaffected by this request.

Dated: June 19, 2018 　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Andrew C. Harmeyer*
　　　　　　　　　　　　　　　　　　　　Andrew C. Harmeyer
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Dechert LLP
　　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　Phone: (212) 698-3500
　　　　　　　　　　　　　　　　　　　　Fax: (212) 698-3599