EXHIBIT 2

*5/22/18*

[Signature]
DANIEL TOMLINSON
CERTIFIED TRANSLATOR
ADMINISTRATIVE OFFICE OF
THE UNITED STATES COURTS

## COMMONWEALTH OF PUERTO RICO
## TRIAL COURT
## SAN JUAN JUDICIAL CENTER
## SUPERIOR COURT (905)

| | |
|---|---|
| LAS MONJAS REALTY II, S.E.<br>**Plaintiff** | CIVIL NO.: K AC2010-1332 |
| Vs. | IN RE: |
| HIGHWAYS AND TRANSPORTATION<br>AUTHORITY (ACT)<br>**Defendant** | INVERSE EXPROPRIATION |

### JUDGMENT

    The above-captioned parties have reached an agreement that ends the disputes raised and settles the claims pending in the suit between them. The Court has examined the document in that regard entitled **"SETTLEMENT STIPULATION"** filed by the parties on April 27, 2016, accepts it under its precise terms and conditions, grants its approval and enters Judgment.

    The parties in the case at bar will abide by strict compliance with what has been stipulated and with this Judgment. Thus, the document with that date is made an integral part of this Judgment under the terms agreed to by the parties.

    As the parties have so agreed and this Court has approved it, this Judgment will become firm, final and unappealable from the time it is issued, and without special ordering of costs, expenses or attorney fees.

**RECORD AND PROVIDE NOTICE.**

Issued in San Juan, Puerto Rico, April 29, 2016

                                        [Sgd.]
                         **GLORIA MAYNARD SALGADO**
                            **SUPERIOR COURT JUDGE**

I certify:
Griselda Rodriguez Collado
Regional Clerk

By:    Julia Morales Flores
           Deputy Clerk
[Rubber stamp]
Malliam Collazo Huertas  [Sgd.]
           Deputy Clerk