**EXHIBIT A**

Proposed Order

(Attached)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    as agent of<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>    Plaintiff, | Adv. Proc. No. 17-00257-LTS<br><br>**ORDER GRANTING URGENT MOTION OF THE BANK OF NEW YORK MELLON, AS TRUSTEE, FOR LEAVE TO INTERVENE IN THE COMMONWEALTH-COFINA DISPUTE FOR A LIMITED PURPOSE** |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

v.

BETTINA WHYTE,

        as agent of

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE PUERTO RICO SALES TAX FINANCING CORPORATION,

        Defendant.

Upon consideration of the *Urgent Motion of The Bank of New York Mellon, as Trustee, for Leave to Intervene in the Commonwealth-COFINA Dispute for a Limited Purpose* (the "Motion") and upon the Court's consideration of the responses and oppositions thereto,[2]

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as set forth herein.

2. BNYM is granted leave to intervene in this Adversary Proceeding as a defendant for the limited purpose of filing the objection to the Procedures Motion that was attached to the Motion as Exhibit B (the "Objection").

3. The Objection is deemed to have been filed with the Court as of the date of the Motion.

Dated:_____

        HONORABLE LAURA TAYLOR SWAIN
        UNITED STATES DISTRICT JUDGE

---

[2] Capitalized terms used but not defined in this Order have the meanings given in the Motion.