# Exhibit 1

**Parties and Actions Granted Modification of the Title III Stay**

## TITLE III STAY MODIFICATIONS AGREED TO BY THE DEBTORS
## FROM APRIL 21, 2018 THROUGH JUNE 19, 2018

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 1. | *Vargas Moya v. Administración Sistemas de Retiro de los Empleados del Gobierno y la Judicatura (In re Vargas Moya)*, Adv. Proceeding No. 16-0087-ESL, U.S. Bankruptcy Court for District of P.R.<br><br>Adversary Proceeding related to enforcement of statutory lien | David Vargas Moya and Sandra Ramírez Pérez | ERS | The Title III Stay is hereby modified solely to the limited extent necessary to allow ERS to pay Movants the Settlement Amount in accordance with the Prepetition Stipulation within 14 days of execution of this Stipulation and to allow the Bankruptcy Court to consider the pending summary judgment motions in the Prepetition Action regarding: (1) whether ERS has a statutory lien over the totality of David Vargas Moya's retirement funds and benefits- including future funds or contributions made by Mr. Moya to the retirement system, or if the statutory lien only applies to the retirement funds accumulated up to the filing of the Mr. Moya's bankruptcy petition on March 12, 2012, and (2) whether any portion of ERS's claim shall be discharged in Movants' bankruptcy case, provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment, and any claims for money damages, and provisional remedies against ERS or any other Title III Debtor. | Executed by ERS on May 1, 2018, and returned and executed by Movant on May 15, 2018 |
| 2. | *Rivera-Quiñones et al v. Department of Education of Puerto Rico*, Civil No. 16-2171 (BJM), U.S. District Court for District of P.R.<br><br>IDEA Action (attorney's fees) | AVR (a minor) and her mother, Ms. Widallys Rivera-Quiñones | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary (i) to allow the pending claim against the Commonwealth under Title II of the ADA to be dismissed, with prejudice, in the Prepetition Action, and (ii) to permit the Prepetition Action to proceed to judgment to determine the amount of attorney's fees under the IDEA and allow Movants to enforce any judgment entered by the District Court to collect such attorney's fees; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | May 2, 2018 |
| 3. | *Lirisbeth Mercado-* | Lirisbeth Mercado-Nieves | Commonwealth | In the interest of justice and without conceding or admitting | May 9, 2018 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | *Nieves and on behalf of IVM. v. Department of Education*, Civil No. 18-1035 (JAG), U.S. District Court for District of P.R.<br><br>IDEA Action (attorney's fees) | and her minor daughter, I.V.M. | | liability, the Parties have agreed to settle all matters related to Movants' claims under section 1415(i)(3)(B) of IDEA for the recovery of the attorney's fees and taxable costs spent in the litigation of the Prepetition Action.<br><br>The Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Actions including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | |
| 4. | *Carmencita Pérez v. ELA*, Case No. FAC2015-2267, Puerto Rico Court of First Instance<br><br>Forfeiture Action | Mercedes-Benz Financial Services | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Forfeiture Action to proceed to judgment in the ordinary course in accordance with the UFA and, if judgment is entered in Movant's favor, to allow Movant to pursue remedies against the Commonwealth under section 19 of the UFA. | May 10, 2018 |
| 5. | *Norberto Tomassini Arce y otros v Administracion de Correccion and Ivan Ayala y otros v Administracion de Correccion*, KLAN2016-01283, Puerto Rico Court of Appeals<br><br>Employment Action (wage and hours) | A group of Correctional Officers that are plaintiffs in the consolidated cases: Norberto Tomassini Arce, Et Als. v. Administracion De Correccion and Ivan Ayala, Et Als. v. Administracion De Correccion, Civil No. KLAN2016-01283 | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Case No. KLAN 2016-01283, pending before the Puerto Rico Court of Appeals to proceed to judgment before the Puerto Rico Court of Appeal and for judgment to be rendered by the Puerto Rico Court of Appeal; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and any claims for money, money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | May 10, 2018 |
| 6. | *Puerto Rico Electric* | Sucesión Sastre Wirshing | PREPA | Modification of the stay to the limited extent necessary to | May 10, 2018 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | *Power Authority v. Sucesión Sastre Wirshing*, et. al., civil case no. KEF2004-1226, and *Miguel Pedro Sastre Wirshing, et. al. v. Puerto Rico Electric Power Authority*, et. al., Civil Case No. KAC2011-0384, Puerto Rico Court of First Instance, San Juan Part<br><br>Eminent Domain Action | | | enable the prepetition action to proceed to judgment before the Commonwealth Court; provided, however, the Title III stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment, injunction, any claims for money damages, and provisional remedies against PREPA, if any, or any other Title III debtor. | |
| 7. | *Ruth Jiménez de Jesus v. Estado Libre Asociado de Puerto Rico*, Case No. CC-2017-412, Supreme Court of Puerto Rico<br><br>Civil Rights and Constitutional Claims Action | Ruth Jiménez de Jesus | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow (a) the Certiorari Petition to proceed to final judgment before the PR Supreme Court and for final judgment to be rendered by the PR Supreme Court; and (b) the Prepetition Action to proceed to final judgment before the Prepetition Court and for final judgment to be rendered by the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action and Certiorari Petition including but not limited to, the execution and enforcement of any judgment and any claims for money damages against the Commonwealth or any other Title III Debtor, without prejudice to Movant's right to seek further relief from the Title III Stay solely to request equitable remedies in the Prepetition Action, if any, in accordance with the Lift Stay Protocol and the Case Management Order, and the Commonwealth reserves all rights to oppose such relief or request. | May 14, 2018 |
| 8. | *Aquasur Corporation* | Aquasur Corporation | PREPA | Modification of the stay to the limited extent necessary to | May 14, 2018 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | *v. Puerto Rico Land & Fruit S.E. et al*, Civil No. NCSI 2016-00665, Puerto Rico Court of First Instance, Fajardo Superior Part<br><br>Eminent Domain Action | | | enable the prepetition action to proceed before the state court; provided, however, the Title III stay should continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages against PREPA, if any, or any other Title III Debtor. | |
| 9. | *David Jimenez, et als. v. ELA*, KCD2016-0749, Puerto Rico Court of First Instance<br><br>*David Jimenez, et als. v. DE*, KLRX20150061, Puerto Rico Court of Appeals<br><br>*David Jimenez, et als. v. ELA*, 2014-007-046, Administrative Forum in the Puerto Rico Department of Education<br><br>IDEA Action (attorney's fees) | (i) David Jimenez Toro, Vilmarie Quijano Martinez, and their minor son S.D.J.Q.;<br>(ii) Alejandro Rodríguez Andujar, Francheska Molina Ramos, and their minor son Y.R.M | Commonwealth | In the interest of justice and without conceding or admitting liability, the Parties have agreed to settle all matters related to Movants' claims under section 1415(i)(3)(B) of IDEA for the recovery of the attorney's fees and taxable costs spent in the litigation of the Prepetition Actions.<br><br>Within sixty (60) days of execution of this Stipulation, the Puerto Rico Department of Education (the "PR-DOE") shall pay directly to the Movants' counsel, Adrian O. Diaz, who represents the interests of Movants, $7,813.31 in attorney's fees and costs (the "Settlement Amount"). The Settlement Amount shall not accrue interest. The PR-DOE's agreement to set a specific date for the payment of the Settlement Amount in this case shall not be interpreted as a policy or custom to do so by the PR-DOE.<br><br>The Title III Stay is hereby modified solely to the limited extent necessary to allow Movants to enforce this Stipulation and seek payment of the Settlement Amount from the Commonwealth; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment for damages and provisional remedies. | May 17, 2018 |
| 10. | *Jose Luis Guzmán, et. al. v. Autoridad de* | José Luis Guzmán, Waleska Rodríguez- | PREPA | Modification of the stay to the limited extent necessary to enable movants and PREPA to enter into a settlement and | May 22, 2018 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| | *Energía Eléctrica, et. al.,* Case No. ABCI2015-00839; *Janet Jiménez, et. al. v. Autoridad de Energía Eléctrica, et. al.,* Case No. ABCI2015-00893; and *Gerardo González Cotto, et. al. v. Autoridad de Energía Eléctrica, et. al.,* Case No. ABCI2016-00503, Puerto Rico Court of First Instance, Aguada Part<br><br>Tort Action (automotive accident) | Rodriguez, Jonathan Guzmán-Rodriguez, Senni Zayas-Álvarez, Orlando Rivera, Evelyn Torres-Seguí, Jose Luis-Zayas, Janet Jiménez, Janelly Arroyo-Jiménez, Gerardo González Cotto, and Gerardo V. González Babilonia | | agreement to settle the prepetition actions, and move the Commonwealth Court to enter a judgment by consent in connection with the Settlement; provided, however, the Title III stay shall continue to apply in all other respects to the prepetition actions including, but not limited to, the execution and enforcement of any judgment, injunction, and any claims for money damages, and provisional remedies against PREPA or any other Title III debtor; provided, further, should the Commonwealth Court deny the request to enter judgement by consent with respect to the settlement and dismiss the prepetition actions with prejudice, the Title III stay shall continue to apply in all respects to the prepetition actions. | |
| 11. | *Aníbal Padilla Vélez v. DTOP,* ISCI2010-01599 (consolidated with ISCI2010-01600 & ISCI2010-01805), Puerto Rico Court of First Instance<br><br>Tort Action | Aníbal Padilla Velez, Jesús Padilla Vélez, Ismael Alvarez Perez and the Minors, Julysbeth Thali Luciano Alvarez, Julitza Luciano Alvarez, Juliana Michelle Luciano Alvarez and Julian Emanuel Pabon Padilla | Commonwealth | The Title III Stay is hereby modified solely to the limited extent necessary to allow the Prepetition Action to proceed to judgment before the Prepetition Court; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to, the execution and enforcement of any judgment and any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor. | May 23, 2018 |

| | CASE INFORMATION | MOVANT | DEBTOR | BRIEF DESCRIPTION OF THE MODIFICATION | STIPULATION DATE |
|---|---|---|---|---|---|
| 12. | *Autoridad de Carreteras y Transportación de P.R. v. Finca Perseverancia, Inc. et al.*, KEF2011-0244, Puerto Rico Court of First Instance<br><br>Eminent Domain Action | Finca Perseverancia, Inc. | HTA | The Title III Stay is hereby modified solely to the limited extent necessary to enable the Prepetition Action to proceed to judgment before the State Court, provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action, including but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against HTA or any other Title III Debtor, and any requirement for HTA to supplement the Deposit. | June 14, 2018 |
| 13. | *CMA Builders Corp. v. Puerto Rico Electric Power Authority, et. al.*, Civil Case No. CC-2017-0520, Supreme Court of the Commonwealth of Puerto Rico<br><br>Contract dispute related to bid cancellation | CMA Builders Corp. | PREPA | Modification of the stay to the limited extent necessary to enable the prepetition action to proceed to judgment before the Commonwealth Court; provided, however, the Title III stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment, injunction, any claims for money damages, and provisional remedies against PREPA, if any, or any other Title III debtor. | June 18, 2018 |
| 14. | *Consuelo Ramos-Aguiar v. Municipality of San Juan, et al.*, Civil Num. K DP2015-1183, Puerto Rico Court of First Instance, Superior Court of San Juan<br><br>Personal Injury Action | Consuelo Ramos-Aguiar | PREPA | Modification of the stay to the limited extent necessary to enable the movant to prosecute the prepetition action before the State Court; provided, however, the Title III stay shall continue to apply in all other respects to the prepetition action, including, but not limited to, the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against PREPA. | June 19, 2018 |