UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

COMMONWEALTH OF PUERTO RICO

Debtor

PROMESA
Title III

Case No. 17-03283 (LTS)

CHAPTER 11

## MOTION TO WITHDRAW DUPLICATED PROOF OF CLAIM

TO THE HONORABLE COURT:

COMES NOW, Asociación de Empleados del Estado Libre Asociado ("AEELA"), by its undersigned counsel and respectfully states and requests:

1. On July 26, 2017, AEELA filed proof of claim number 33 in this case for $53,766,892.62, as owner of defaulted Commonwealth of Puerto Rico bonds.
2. Thereafter, on May 22, 2018, AEELA filed proof of claim number 1199 for the same amount and for the same concept.
3. Therefore, proof of claim number 1199, duplicates proof of claim number 33.

WHEREFORE, AEELA requests leave to withdraw proof of claim number 33.

CERTIFICATE OF SERVICE: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee and to all CM/ECF participants.

San Juan, Puerto Rico, this 20th day of June 2018.

S/CHARLES A. CUPRILL-HERNÁNDEZ
USDC-PR 114312
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com