UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                         Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS, Case No. 17-BK-3567-LTS, and Case No. 17-BK-4780-LTS. |

ORDER GRANTING URGENT JOINT MOTION
FOR EXTENSION OF DEADLINES IN CONNECTION WITH
AUTONOMOUS MUNICIPALITY OF PONCE'S MOTION FOR PARTIAL LIFT OF STAY

The Court has received and reviewed the *Urgent Joint Motion for Extension of Deadlines* (Docket Entry No. 3332 in Case No. 17-3283,[2] the "Extension Motion"). The Extension Motion is hereby granted to extent provided herein. Opposition papers to the *Motion for Partial Lift of Stay* filed by the Autonomous Municipality of Ponce (the "Movant") (Docket Entry No. 3019 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **July 5, 2018**. Movant's reply papers must be filed by **July 12, 2018**. The Court will thereafter take the Lift Stay Motion on submission, unless a party thereto requests a hearing.[3]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The *Urgent Joint Motion for Extension of Deadlines* was also filed as Docket Entry No. 455 in Case No. 17-3567, and as Docket Entry No. 879 in Case No. 17-4780.

[3] Movant previously filed a *Motion for Leave to File Spanish Document and Requesting Short Extension of Time to Submit Certified Translation* (Docket Entry No. 3020 in Case No. 17-3283). This prior request for an extension of time to file certified translations was

This order resolves Docket Entry No. 3332 in Case No. 17-3283, Docket Entry No. 455 in Case No. 17-3567, and Docket Entry No. 879 in Case No. 17-4780.

SO ORDERED.

Dated: June 21, 2018

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion in the *Order Setting Briefing Schedule in Connection with AMP Lift Stay Motion and Granting Motion for Leave to File Spanish Document and Requesting Extension of Time to Submit Certified Translation* (Docket Entry No. 3023 in Case No. 17-3283).