UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]
---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF PUBLICATION

I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the solicitation, claims and noticing agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

This Affidavit of Publication includes sworn statements verifying that the *Notice of Exended Deadlines for Filing Proofs of Claim* as conformed for publication, was published on June 1st, 2018 in the national edition of *Bond Buyer* as described in **Exhibit A**; on June 4th, 2018 in the national editions of *El Diario*, *El Nuevo Dia*, and *El Nuevo Herald* as described in **Exhibit B**, **Exhibit C**, **Exhibit D**; and on June 14, 2018 in the national edition of *Caribbean Business* as described **Exhibit E**.

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: June 21, 2018

_____
Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on June 21, 2018, by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

**Copy Of Advertisement Of**

**City and County of New York, ss.: -**

Yohanna Beato being duly sworn, says that she is the Billing Coordinator of the BOND BUYER, a daily newspaper printed and published at One State Street Plaza, in the City of New York, County of New York, State of New York; and the notice, of which the annexed is a printed copy, was regularly published in said BOND BUYER on June 1st, 2018.

_____
*Billing Coordinator*

*Subscribed and sworn to before me this*

June 1st, 2018

_____
**Cynthia D. Lewis**
**Notary Public, State of New York**
No. 01LE6202296
Qualified in New York County
Commission Expires March 9, 2021

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: <br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br> as representative of <br> THE COMMONWEALTH OF PUERTO RICO, *et al.* <br> Debtors. | PROMESA <br> Title III <br><br> Case No. 17 BK 3283-LTS <br> (Jointly Administered) |

### NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM
# DEADLINE EXTENSION

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico has filed voluntary petitions under section 304(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim** ("Proof of Claim").

**The deadline to file a proof of claim has been extended to June 29, 2018 at 4:00 p.m. (Atlantic Time).**

**If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.**

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

### Key Points

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This notice explains how to file claims.
- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** For more information, please refer to the Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.
- **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.
- **If you are required to file a claim against any of the Debtors,** the deadline to do so has been extended to **June 29, 2018 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.
- Claims may be filed (a) electronically on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, (b) by overnight courier to Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, (c) by first class mail to Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, NY 10163-4708, or (d) by hand delivery at the Claim Form Drop-Off Locations identified in the Information Center on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

---
[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

**NOTICE OF SALE**

**TOWNSHIP OF MAPLEWOOD,**
**IN THE COUNTY OF ESSEX, NEW JERSEY**

**$17,130,000* GENERAL IMPROVEMENT BONDS**
**(Book-Entry-Only Bonds)/(Callable)/(Not Bank Qualified)**

**SUMMARY**

| | |
|---|---|
| Dated: | Date of Delivery – On or about June 28, 2018 |
| Bid Date and Time: | June 12, 2018 at 10:30 a.m. to 10:45 a.m. |
| Type of Sale: | Electronic Open Auction |
| Interest: | Multiple Interest Rates - multiples of 1/8 or 1/20 of 1% |
| Legal Opinion: | McManimon, Scotland & Baumann, LLC, Roseland, NJ |
| Maturity Schedule: | February 15 as set forth in the following table: |

| Year | Principal Amount | Year | Principal Amount |
|---|---|---|---|
| 2019 | $860,000 | 2025 | $1,720,000 |
| 2020 | $860,000 | 2026 | $1,720,000 |
| 2021 | $860,000 | 2027 | $1,720,000 |
| 2022 | $880,000 | 2028 | $1,720,000 |
| 2023 | $1,675,000 | 2029 | $1,720,000 |
| 2024 | $1,675,000 | 2030 | $1,720,000 |

Preliminary Official Statement, Notice of Sale and other details available at
www.GrantStreet.com

*Preliminary, subject to change, as described herein.

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:  
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of  
THE COMMONWEALTH OF PUERTO RICO, et al.  
Debtors.

PROMESA Title III  
Case No. 17 BK 3283-LTS  
(Jointly Administered)

**NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM**

**DEADLINE EXTENSION**

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico has filed voluntary petitions under section 304(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim** ("Proof of Claim").

The deadline to file a proof of claim has been extended to June 29, 2018 at 4:00 p.m. (Atlantic Time).

If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

**Key Points**

• In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This notice explains how to file claims.

• **Many creditors in the Title III Cases are not required to file a claim.** For more information, please refer to the Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.

• **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

• **If you are required to file a claim against any of the Debtors,** the deadline to do so has been extended to **June 29, 2018 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.

• Claims may be filed (a) electronically on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, (b) by overnight courier to Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, (c) by first class mail to Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, NY 10163-4708, or (d) by hand delivery at the Claim Form Drop-Off Locations identified in the Information Center on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

---



# THE BOND BUYER

**MAKE A BIG DEAL OUT OF YOUR DEAL**

*The Bond Buyer's Primary Market Report* weekly e-Newsletter is an effective resource for highlighting new issues coming to the primary market.

Reaching more than **6,100** potential investors, underwriters, and retail financial planners, it puts your deal in front of the decision makers who can keep yields low.

**To feature your new bond issue in the next edition, contact,**
Kerry-Ann Parkes at 1-212-803-8436 or at Kerry-Ann.Parkes@sourcemedia.com



## It's more than a bond deal—
You're creating a cleaner, safer environment.

### Price matters — get the best yield.

Advertise your Competitive Sale in *The Bond Buyer*.

For more information, contact Kerry-Ann C. Parkes
at 1.212.803.8436 or at nos@sourcemedia.com

## **Exhibit B**



## AFFIDAVIT OF PUBLICATION

State of New York  )
                   :
County of New York )

___Ana Vera_____, Being duly sworn declares that she is

___Senior Account Executive_____ for the daily newspaper El Diario / La Prensa,

Published in the City, County and State of New York by CPK NYC, LLC.,

with main offices located at One Metrotech Center, 18th Floor, Brooklyn, NY 11201

And that_____Legal Notice_____

(Advertisement), a true copy of which is annexed, was published in the said

Newspaper for _____The Commonwealth of Puerto Rico_____ on Monday

_____June 4_____Of the year 2018.

Sworn to before me this 7

Day of  JUNe  2018

_____
Notary Public                MARTHA CALDERON
                             NOTARY PUBLIC-STATE OF NEW YORK
                             No. 01CA6147323
                             Qualified in Queens County
                             Certificate Filed in New York County
                             My Commission Expires May 30, 2022

                                             Ana Vera

One Metrotech Center, 18th Fl, Brooklyn, NY 11201 Tel: 212-807-4632 Fax 212-807-4617

# #Nacional
# #Armas

La Policía de Scottsdale, Arizona, investiga tres asesinatos a tiros, entre ellos el de un reconocido psiquiatra forense que ayudó en casos de crímenes.

# Parkland: una agridulce ceremonia de graduación

**La escuela recordó a las 17 víctimas del tiroteo en febrero**

**EFE**
**MIAMI**

Los más de 700 estudiantes de último año de la escuela secundaria Marjory Stoneman Douglas de Parkland, Florida, escenario el pasado 14 de febrero de un tiroteo que se cobró la vida de 17 personas, tuvieron ayer una agridulce ceremonia de graduación.

El acto bajo estrictas medidas de seguridad en el BB&T Center, en Sunrise, al noroeste de Miami, y a la que no se permitió el acceso a la prensa, no contará con Meadow Pollack, Nicholas Dworet, Carmen Schentrup y Joaquín Oliver, fallecidos en la matanza.

A la ceremonia, no asistieron tampoco algunos familiares de esos cuatro estudiantes del último año que perdieron la vida, entre ellos Andrew Pollack, el padre de Meadow Pollack, al igual que los progenitores de Carmen Schentrup, April y Phil, según informó el diario local Sun Sentinel.

"Es muy difícil para mí", dijo al medio Pollack, quien en mayo pasado y tras un gran esfuerzo fue parte del baile de graduación.

Los padres de Nicholas Dworet, Mitch y Annika, declararon a la cadena NBC News que no están seguros de poder ser parte de toda la ceremonia, y de hecho le han pedido a Alexandra Greenwald, una compañera de clase de su hijo, que suba al estrado a recoger el diploma.

Nicholas había obtenido una beca en la Universidad de Indianapolis, de la que iba a ser parte de su equipo de natación, con el anhelo de alcanzar los juegos olímpicos 2020. Por ello, algunos de sus compañeros de equipo llevarán a modo de tributo impreso el nombre de su hijo en los birretes.

La madre declaró que aunque resulta relativamente fácil recordar los buenos momentos con su hijo "es muy difícil hablar sobre las cosas que no va a poder hacer".

Carmen planeaba ser una investigadora en medicina y había sido aceptada en la Universidad de Washington, Meadow iba a ir a la Universidad de Lynn, en Boca Raton (Florida), y aspiraba a estudiar Leyes, mientras que Joaquín tenía en mente estudiar Marketing aunque no había decidido en qué universidad.

Las vidas de todos ellos, y de otras 13 personas fueron cegadas el pasado 14 de febrero, cuando Nikolas Cruz ingresó a ese centro escolar, de le que era exalumno, con un fusil semiautomático AR-15 y desató una matanza de 17 personas, entre alumnos y maestros.

El hecho de sangre dio pie a un movimiento nacional por un mayor control en la venta de armas comandado por estudiantes de esta secundaria y que organizó una masiva marcha en Washington.

Días atrás se dio a conocer que un grupo de padres de Parkland ha creado un Comité de Acción Política (PAC, en inglés) para lograr cambios en las leyes sobre armas a partir de acciones que interfieran en las campañas electorales.

Según el portal de la PAC Familias contra Armas de Asalto (FAMVARPAC), su misión es "sacar a la Asociación Nacional del Rifle (NRA) de nuestro sistema político y, una vez logrado, enmendar la Ley Nacional de Armas de 1934".

Esperan reunir 10 millones de dólares mediante donaciones para, con estos fondos, hacer publicidad contraria a los candidatos que concurran a las próximas elecciones con el apoyo de la NRA.

El pasado jueves se cumplió el plazo para aplicar como beneficiario al fondo creado a favor de las víctimas y afectados de esta matanza, que al día de hoy lleva acumulados más de 8.7 millones, de una meta de 10 millones, entregados por 36.400 donantes.



*La ceremonia se realizó sin asistencia de los medios de comunicación.* /GETTY IMAGES

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| En el caso: | PROMESA |
|---|---|
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros. Deudores. | Título III Caso n.º 17 BK 3283-LTS (Administrados en forma conjunta) |

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PARA PRESENTAR EVIDENCIA DE UNA RECLAMACIÓN**
**PRÓRROGA DE FECHAS LÍMITE**

A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:

La Junta de Supervisión y Administración Financiera de Puerto Rico ha presentado peticiones voluntarias de conformidad con la sección 304(a) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico (Puerto Rico Oversight, Management and Economic Stability Act, "PROMESA"), con lo cual inició casos en virtud del título III de dicha ley (cada uno, un "Caso en virtud del título III" y, en conjunto, los "Casos en virtud del título III") para los deudores que se indican a continuación (cada uno, un "Deudor" y, en conjunto, los "Deudores"). Usted podría ser acreedor de uno de los Deudores y podría tener que presentar evidencia de una reclamación ("Evidencia de una reclamación").

La fecha límite para presentar evidencia de una reclamación se ha prorrogado hasta el **29 de junio de 2018 a las 4:00 p. m. (Tiempo Estándar del Atlántico)**.

Si ya ha presentado evidencia de una reclamación no es necesario que haga nada más, salvo que así se lo indique una orden judicial, notificación u otro instrumento.

A continuación, se incluye una lista con los nombres de los Deudores, su número de caso y la fecha de inicio de cada Caso en virtud del título III:

| Casos en virtud del título III | N.° de Id. Tributaria Federal | Caso n.°. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("ELA") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("AEE") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

**Puntos clave**

• En los procedimientos conforme al Título III de PROMESA, es probable que se requiera que los acreedores presenten un formulario de reclamación que indique la cantidad que se le es adeudada hasta la fecha en que se inició el procedimiento conforme al Título III. Este aviso explica cómo presentar las reclamaciones.

• A muchos acreedores de Casos en virtud del Título III **no se les requiere presentar una reclamación**. Si desea obtener más información, consulte la página web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/, llame al Agente de reclamaciones de 10:00 a. m. a 7:00 p. m. (tiempo estándar del Atlántico) al (844) 822-9231 (libre de cargo para EE. UU. y Puerto Rico) o al (646) 486-7944 (para quienes llamen desde otros países) (disponible en español), o escriba un correo electrónico a puertoricoinfo@primeclerk.com.

• Si a usted no se le requiere presentar una reclamación, no es necesario que complete y devuelva un formulario de reclamación, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme a dicho plan. Un plan de ajuste es un documento que explica la manera en que un Deudor propone pagar las cantidades adeudadas a sus acreedores. Una vez presentado, el plan estará disponible en línea para que lo revisen los acreedores. Posteriormente se determinará cuándo votará en el plan. La cantidad que podría recibir en virtud del plan también se determinará posteriormente.

• Si debe presentar una reclamación en contra de alguno de los Deudores, la fecha límite para hacerlo se ha prorrogado hasta el **29 de junio de 2018 a las 4:00 p. m., tiempo estándar del Atlántico**. Si desea obtener un formulario para presentar su reclamación, consulte la información de contacto más adelante.

• Las reclamaciones pueden presentarse (a) de manera electrónica a través de la página web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index, (b) por servicio de correo "overnight" a Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, (c) por correo regular de primera clase al Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, NY 10163-4708, o (d) a la mano en las direcciones indicadas en el centro de información del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index.

• Si luego de leer esa notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (libre de cargo para EE. UU. y Puerto Rico) o al (646) 486-7944 (para quienes llamen desde otros países) (tiempo estándar del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden a las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, incluyendo si necesita presentar una reclamación, debe hablar con un abogado.

• PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

923-41669-1

---



# ESCUELA SECUNDARIA
## LOWER EAST SIDE PREPARATORY

145 Calle Stanton, New York, NY 10002 • Cerca de la estación de los metros F, J, M y Z
Una escuela pública de la Ciudad de Nueva York • www.lespnyc.com



**UNA DE LAS 25 MEJORES ESCUELAS DE LA CIUDAD DE NUEVA YORK U.S. NEWS Y WORLD REPORT, 2015.**

**Una escuela para estudiantes del mundo y del vecindario.**

• 80% de nuestros estudiantes van a la universidad
• Se ofrecen programas de español bilingüe y ESL (inglés como segundo idioma)
• Trabajamos en un ámbito rico en tecnología que incluye clases AP (de nivel avanzado), programas extraescolares, preparación para exámenes Regents y robótica.

**Grados 9, 10, 11 y 12** • Visítenos para ver la mejor educación en el ambiente más seguro

**REGISTRACIONES ABIERTAS DESDE 9AM-1PM.**
**LLAMAR 212-505-6366 EXT 3302**

Pre - Regístrese en nuestro sitio web www.lespnyc.com

988-36394-1

**<u>Exhibit C</u>**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FIANANCIERA PARA PUERTO RICO
COMO REPRESENTANTE DEL
ESTADO LIBRE ASOCIADO DE PUERTO RICO, ET AL
DEUDORES

PROMESA: TÍTULO III, Caso No – 17 BK 3283-LTS
(ADMINISTRADOS EN FORMA CONJUNTA)
AVISO DE FECHAS LÍMITES PARA PRESENTAR EVIDENCIA DE RECLAMACIONES
PRÓRROGA DE FECHAS LÍMITE

# AFIDAVIT

Yo, Carmencita Santana Rosado, habiendo prestado el debido juramento declaro:

Que soy Representante del periódico "EL NUEVO DIA" que se publica en Guaynabo, P.R.; que en las ediciones de este periódico correspondientes a los días:

**4 DE JUNIO DE 2018**

se dio publicidad al anuncio expedido por

**JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO**

en el caso arriba mencionado y copia del cual se une al presente afidávit para que forme parte del mismo.

Guaynabo, P.R. 4 junio 20 18

Afidávit No. 30421 del Registro.

Jurado y reconocido ante mi por Carmencita Santana Rosado, vecina de San Juan, mayor de edad, soltera, Representante del periódico "EL NUEVO DIA", a quien doy fe de conocer personalmente,

Guaynabo, P.R. 4 junio 20 18

NOTARIO



**37 EL NUEVO DÍA** Lunes, 4 de junio de 2018

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

En el caso:
LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del
ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros.
Deudores.

PROMESA
Título III
Caso n.º 17 BK 3283-LTS
(Administrados en forma conjunta)

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PARA PRESENTAR EVIDENCIA DE UNA RECLAMACIÓN**

**PRÓRROGA DE FECHAS LÍMITE**

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera de Puerto Rico ha presentado peticiones voluntarias de conformidad con la sección 304(a) de la _Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico_ (Puerto Rico Oversight, Management and Economic Stability Act, "PROMESA"),[1] con el cual inició casos en virtud del título III de dicha ley (cada uno, un "Caso en virtud del título III" y, en conjunto, los "Casos en virtud del título III") para los deudores que se indican a continuación (cada uno, un "Deudor" y, en conjunto, los "Deudores"). Usted podría ser acreedor de uno de los Deudores y podría tener que presentar evidencia de una reclamación ("Evidencia de una reclamación").

La fecha límite para presentar evidencia de una reclamación se ha prorrogado hasta el **29 de junio de 2018 a las 4:00 p. m. (Tiempo Estándar del Atlántico)**.

Si ya ha presentado evidencia de una reclamación no es necesario que haga nada más, salvo que así se lo indique una orden judicial, notificación u otro instrumento.

A continuación, se incluye una lista con los nombres de los Deudores, su número de caso y la fecha de inicio de cada Caso en virtud del título III:

| Casos en virtud del título III | N.º de Id. Tributaria Federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("ELA") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("AEE") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

**Puntos clave**

- En los procedimientos conforme al Título III de PROMESA, es probable que se requiera que los acreedores presenten un formulario de reclamación que indique la cantidad que se le adeudada hasta la fecha en que se inició el procedimiento conforme al Título III. Este aviso explica cómo presentar las reclamaciones.
- **A muchos acreedores de Casos en virtud del Título III no se les requiere** presentar una reclamación. Si desea obtener más información, consulte la página web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/, llame al Agente de reclamaciones de 10:00 a. m. a 7:00 p. m. (tiempo estándar del Atlántico) al (844) 822-9231 (libre de cargo para EE. UU. y Puerto Rico) o al (646) 486-7944 (para quienes llamen desde otros países) (disponible en español), o escriba un correo electrónico a puertoricoinfo@primeclerk.com.
- **Si a usted no se le requiere presentar una reclamación, no es necesario que complete y devuelva un formulario de reclamación**, y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme a dicho plan. Un plan de ajuste es un documento que explica la manera en que un Deudor propone pagar las cantidades adeudadas a sus acreedores. Una vez presentado, el plan estará disponible para que lo revisen los acreedores. Posteriormente se determinará quién votará en el plan. La cantidad que podría recibir en virtud del plan también se determinará posteriormente.
- **Si debe presentar una reclamación en contra de alguno de los Deudores**, la fecha límite para hacerlo se ha prorrogado hasta el **29 de junio de 2018 a las 4:00 p. m., tiempo estándar del Atlántico**. Si desea obtener un formulario para presentar su reclamación, consulte la información de contacto más adelante.
- Las reclamaciones pueden presentarse (a) de manera electrónica a través de la página web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index, (b) por servicio de correo "overnight" a Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, (c) por correo regular de primera clase al Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, NY 10163-4708, o (d) a la mano en las direcciones indicadas en el centro de información del sitio web del Agente de reclamaciones: https://cases.primeclerk.com/puertorico/EPOC-Index.

Si luego de leer esa notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (libre de cargo para EE. UU. y Puerto Rico) o al (646) 486-7944 (para quienes llamen desde otros países) (tiempo estándar del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden a las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, incluyendo si necesita presentar una reclamación, debe hablar con un abogado.

[1] PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.

---




# AVISO DE SUBASTA

El Comité de Subastas de Salud Integral en la Montaña, Inc. (SIM) recibirá propuestas en sobres cerrados para el siguiente proyecto:

## Alteración/Construcción del Centro de Salud Integral en Barranquitas Fase II

**Pre-Subasta**
Fecha: Jueves, 14 de junio de 2018
Hora: 2:00 PM
Lugar: Centro de Salud Integral en Barranquitas, Calle Barceló #53, Barranquitas, PR
Contacto: Ing. José Berrios Pola-Gerente de Planta Física 787-516-4238 ó 787-869-5900

*La asistencia a la reunión Pre-subasta es compulsoria.*

**Subasta**
Fecha: Jueves, 12 de julio de 2018
Hora: 2:00 PM
Lugar: Salón de Conferencias del Oficina Central de SIM, Carr. 152 Km. 12.2, Naranjito, PR

Los licitadores pueden obtener los documentos, especificaciones y condiciones generales en la Oficina Central de SIM, de 8:00 am a 4:30 pm en días laborables a partir del jueves, 7 de junio de 2018 hasta el jueves, 14 de junio de 2018. Pagará la cantidad de $400.00 en efectivo, giro postal o giro bancario pagadero a nombre de Salud Integral en la Montaña, Inc., al momento de recoger los documentos El y los mismos no serán reembolsables.

Salud Integral en la Montaña, Inc. es una empresa cuyos fondos provienen del Gobierno Federal por lo que todas las compañías interesadas en participar de la subasta deberán cumplir con las leyes aplicables de acuerdo al programa federal que corresponda. El Comité de Subastas de SIM, se reserva el derecho de rechazar cualquiera o todas las propuestas y adjudicar la subasta bajo las condiciones que sean más favorables para la empresa. Igualmente, se reserva el derecho de cancelar la adjudicación de cualquier subasta; en cualquier momento antes de la firma del contrato, sin que medie responsabilidad alguna para SIM, así como de cancelar o enmendar cualquier invitación de subasta previa a la fecha y hora fijada para la apertura.

Lcda. Anabelle Torres
Presidente Comité Subastas

Lcda. Gloria Amador
Directora Ejecutiva

4 de junio de 2018, Naranjito, Puerto Rico

---

INFORMACIÓN COMERCIAL

# ¡BARRER y PULIR sus pisos ahora es posible con solo oprimir un botón!

### RoboPal es la barredora y pulidora inteligente que le ayudará a hacer el trabajo de limpieza en el hogar en pocos minutos



Evita caídas por los escalones
Con 3 ajustes de tiempo (10, 20 y 70 minutos)
Limpia debajo de los muebles

**RoboPal™**

*¡Llega RoboPal!*
**La barredora robotizada inteligente, accesible y fácil de usar**, que le ayudará a hacer todo el trabajo por usted. Ahorre tiempo evitándose trabajos innecesarios como barrer o trapear sus pisos y haga de su casa un hogar inteligente. RoboPal llega hasta los últimos rincones de su hogar dejando sus pisos como nunca imaginó, limpie su cocina, los sócalos de su sala o deshágase de los molestos pelos de su mascota de manera increíble.

*¿Cómo funciona?*
El secreto está en la tecnología "Smart Sense" que guía a RoboPal a lo largo y ancho de sus pisos, mientras este dispositivo hace el recorrido. Su avanzado sistema de cepillos y cerdas de barrido extra largas, giran hacia el interior del dispositivo depositando todo la suciedad dentro de un práctico contenedor, al mismo tiempo que su almohadilla ajustable va brillando sus pisos haciendo dos trabajos a la vez; facilitándole la vida en el hogar y dejado sus pisos relucientes.

*¿Tiene que salir y no tiene tiempo para barrer?*
¡Es muy fácil! Los tres ajustes de tiempo le permitirán programar su RoboPal para que salga y se divierta mientras este magnífico Robot limpia la casa por usted. Este dispositivo cuenta con una batería de 70 minutos y un sistema de sensores que evitan muros, escaleras y otros obstáculos dejando sus pisos como si usted mismo los hubiera barrido y brillado.

Recomendación: seguir indicaciones de uso y mantenimiento incluidas en el manual.

**DIGA ADIÓS** a las convencionales escobas y brilladoras que causan molestias en su espalda y lo convierten en esclavo de la limpieza de sus pisos. **¡ESO YA NO SERÁ UN PROBLEMA!**

¡SATISFACCIÓN GARANTIZADA!
Le damos una garantía de 90 días (3 meses)*.
*Garantía válida únicamente para compras por teléfono

De venta en tiendas: **TV NOVEDADES TV**
Catalinas Mall, Plaza Río Hondo, y Plaza del Sol - Shopping Mall

Visítenos en: **www.telovendo.com.pr**

O comuníquese a nuestra línea telefónica:
# 787-296-8315

Válido desde el 04 de junio hasta el 10 de junio de 2018 ó hasta agotar existencias.
Atención personalizada de domingo a domingo de 7:00 am - 6:00 pm

**<u>Exhibit D</u>**

# Miami Herald
## el Nuevo Herald

State of: Florida  June 4, 2018
County of: Monroe, Dade and Broward

I *Matthew Weisberg* Being Duly Sworn on oath say he is and during all times herein stated has been the publisher's designated agent of the publication known as *EL Nuevo Herald* has full knowledge of the facts herein stated as follows:

The run of paper advertisement (ROP) in the Main section A of EL Nuevo Herald for The **Commonwealth of Puerto Rico** was distributed to Publishers full circulations (EL **Nuevo Herald**) On the 4th day of June 2018.

By: [signature]

Subscribed and sworn to before me this 4th day of June 2018

Notary public: [signature]

Notary seal:

SILVIA SENDRA
MY COMMISSION # FF 103693
EXPIRES: August 1, 2018
Bonded Thru Notary Public Underwriters

## Miami Herald
MEDIA COMPANY

3511 NW 91 Avenue, Miami, FL 33172 | *********@miamiherald.com | www.miamiherald.com | www.elnuevoherald.com

# Hombre planeó su suicidio y dejó una nota, pero el plan salió mal

**POR HOWARD COHEN Y MADELEINE MARR**
hcohen@miamiherald.com

Dos hombres y un perro murieron en Tamarac después que el suicidio de uno de los hombres generó una serie de eventos con terribles consecuencias.

De acuerdo con detectives de la policía del Condado Broward (BSO), Michael Anthony Payson, de 64 años, fue hallado muerto dentro de un automóvil en el garaje de la casa.

La evidencia sugiere que Payson se suicidó con envenenamiento por monóxido de carbono que provocó el vehículo. Payson dejó una nota de suicidio para que su compañero, Thomas Boyle, la encontrara.

En la nota le daba instrucciones a Boyle para que notificara a su familia, dijeron los detectives. Sin embargo, Boyle, de 72 años, resultó afectado por los vapores en la casa y murió cuando trataba de cumplir con lo que Payson le había pedido por escrito, dijo el BSO.

Los dos hombres estaban jubilados.

El perro de Boyle murió también dentro de la casa, que forma parte de una comunidad de *townhouses* para personas de mayor edad.

Varias viviendas cercanas tuvieron que ser evacuadas debido a los vapores, pero no se reportó a nadie con problemas.

Los detectives creen que la muerte de Boyle fue accidental debido a los vapores que entraron a la casa. Gina Carter, portavoz del BSO, confirmó que los dos hombres y el perro fueron hallados sin vida en la casa localizada en el 7932 Exeter Circle West.

El centro telefónico del 911 recibió una llamada de emergencia cerca de las 8 a.m. donde alguien le informó que salía de la vivienda un olor a gas. Cuando los rescatistas de Tamarac llegaron a la casa se toparon con un un fuerte olor a gas.

El monóxido de carbono no huele y se encuentra en vapores producidos por la quema de combustible en vehículos, motores pequeños, hornos y parrillas, según el Centro para el Control y la Prevención de Enfermedades (CDC).

Cualquier persona que tenga información sobre el caso puede llamar al detective de Zachary Scott (954-321-4162), o contactar a Crime Stoppers del Condado Broward al 954-493-TIPS (8477).



ROB O'BEAL AP

## UNA CARRERA LOCA DE BOTECITOS DE MADERA

UNO DE los participantes en la "carrera loca" de botecitos de madera no logra mantener su embarcación a flote, mientras otro competidor trata de avanzar, el domingo en Cayo Hueso. El particular evento requiere que las personas construyan un bote con tres pedazos de madera, cinta plástica fuerte (duct tape) y una libra de tornillos.

VIENE DE LA 3A

## ABUELA

levitar las chancletas (sandalias) y les da consejos como nunca poner una cartera en el piso porque pueden perder el dinero y colocar un hilo en la frente de los niños para quitarles el hipo.

Y afirma tener una "licenciatura sobre mal de ojo en Hialeah donde las viejas son envidiosas".

El personaje es interpretado por la actriz cubanoamericana Jenny Lorenzo en el video "Si tu abuela cubana fuera una profesora en Hogwarts", que divulgó en su canal de YouTube la semana pasada y que hasta el domingo tenía más de 79,000 vistas.

"Estuve dos días filmando el video en Los Ángeles con varios amigos que también son de Miami. El personaje es un homenaje a mi abuela cubana que hace dos años falleció", dijo Lorenzo a el Nuevo Herald en una entrevista telefónica.

La actriz y productora de videos, nacida en Miami, dijo que es una fanática de las novelas de Harry Potter de la escritora inglesa J. K. Rowling y decidió que su personaje "Abuela" participara en una parodia de la saga con su cultura y ocurrencias latinas.

Ese personaje protagoniza varios de sus videos como "¿Quién necesita AMAZON ALEXA cuando tienes ABUELA?" y "Cuando Abuela se encuentra con La Novia".

"Ser cubanoamericana nacida y criada en Miami significa que estaba rodeada de material suficiente para toda la vida. Y, para mí, la familia es de suma importancia y si no fuera por ellos, no sería lo que soy hoy. Crear este contenido me permite compartir una parte de mi vida, mi infancia y mi familia con el mundo. Y ver a otras personas relacionarse con mis experiencias es increíble", dice Lorenzo en su sitio web www.jennylorenzo.com.

Lorenzo quiso ser actriz de comedia desde que era una niña y con regularidad interpretaba papeles en la sala de la casa de sus abuelos en Miami, luego estudió actuación y teatro y también producción de películas.

Ha publicado sus videos en sitios como Aggressive Comix, BuzzFeed y We Are Mitú, y creó su canal de YouTube que tiene 97,700 suscriptores donde publica "todas las cosas *geek* (un término que se utiliza para referirse a las personas que aman la tecnología), la comedia latina y todo lo de Abuela".

Decidió mudarse a Los Ángeles "para encontrar la oportunidad de producir mi propio show para televisión y representar a todos los latinos, combinar ambos mundos" dijo en la entrevista.

Su objetivo es unir a la gente y educar a otros sobre "nuestras tradiciones, creencias, supersticiones, platos, etc., a través de la comedia y la nostalgia familiar".

Su fama como YouTuber la ha llevado a realizar trabajos para importantes marcas como Nascar Latino, Denny's y Universal Studios en Orlando donde la Abuela grabó un video haciendo comentarios en su particular estilo sobre las atracciones y que fue divulgado por esa empresa hace dos días.

*Siga a Sonia Osorio en Twitter: @soniaosoriog.*

VIENE DE LA 3A

## COCAÍNA

vios Natasha Thompson y Steven Rolle, ciudadanos de las Bahamas.

Ambos fueron revisados por los agentes de aduanas y aunque el hombre pasó sin problemas, a su novia le descubrieron dos paquetes con narcóticos en su maleta de mano.

La mujer admitió que llevaba 1.5 kilogramos (3.31 libras) de cocaína y una porción menor de marihuana, según los documentos de corte.

El novio, que supuestamente sabía lo que había en la maleta de Thompson, fue detenido dentro del mismo aeropuerto, después de que la novia lo describiera a las autoridades.

Thompson fue condenada a principios de este mes a 13 meses de cárcel. Su novio aún no lo ha sido sentenciado, pero ya se declaró culpable de los cargos.

## VOCES DE LA EDUCACIÓN

# *Distrito escolar de Miami-Dade, un ejemplo de responsabilidad financiera*

**POR DAISY NAYA**
*Escuelas Públicas de Miami-Dade*

El Distrito Escolar de Miami-Dade, una de las más importantes entidades públicas de la Florida, depende del subsidio de los contribuyentes y tiene la responsabilidad de llevar a cabo sus finanzas en la forma más transparente, honesta y efectiva posible.

La Junta Escolar de Miami-Dade, en colaboración con el Superintendente y la Administración, supervisa cuidadosamente el uso de los fondos públicos, los cuales son sujetos al estricto escrutinio de un comité de auditoría compuesto de profesionales y ciudadanos interesados en cumplir con todos los requisitos exigidos por la ley del estado de la Florida.

La buena reputación financiera, establecida por el Distrito a través de los años, ayudó a obtener la confianza del público y este nos otorgó la aprobación del Bono de Obligación General de $1,200 millones con casi un 70 por ciento del voto en las elecciones del 2012. Los fondos derivados del Bono están siendo utilizados para la construcción y el mantenimiento de planteles escolares y la instalación de nuevas tecnologías en las aulas, tal como fue prometido al electorado en aquel entonces.

Recientemente, la Junta Escolar fue reconocida, tal como lo ha sido por 33 años consecutivos, por la calidad y excelencia en sus informes financieros.

Dicho reconocimiento es dispensado por la Asociación de Oficiales de Finanzas Gubernamentales de Estados Unidos y Canadá (GFOA por sus siglas en inglés) la cual ha otorgado su Certificado de Logro por Excelencia en Informes Financieros en correspondencia al Informe Financiero Anual Integral (CAFR por sus siglas en inglés) del Distrito para el año fiscal 2017.

Este certificado representa el reconocimiento más alto que se concede en el área de contabilidad gubernamental y de información financiera pública.

El hecho de que nuestro distrito escolar haya recibido tal reconocimiento de manera constante pone de relieve la responsabilidad de nuestra administración y de su liderazgo.

*Daisy Naya es la CPA y Controller de las Escuelas Públicas de Miami-Dade.*

### CÓMO CONTACTARNOS

| | |
|---|---|
| Subscripciones: | 1 800 843-4372 |
| Anuncios clasificados | 1 866 860-6000 |
| Otros anuncios: | 305-376-2820 |
| Para la entrega de su periódico: | 1 800 843-4372 |

Horario de servicio será:
Lunes a viernes: 7:00 a.m. a 3:00 p.m.
Sábados: cerrado • domingos: 7:00 a.m. a 11:00 a.m.
Para servicio al suscriptor
www.elnuevoherald.com/servicio
¿No le han entregado su periódico? Si no ha recibido su diario antes de las 6 a.m. (7:30 a.m. fines de semana) en Miami-Dade o Broward, llame al 1-800-THEHERALD (1-800-843-4372) para pedir que una copia de reemplazo sea entregada al día siguiente o solicitar un crédito a su cuenta. La veracidad de la noticia es importante para nosotros. Favor de comunicarnos cualquier error, aclaración u omisión.

### DEPARTAMENTOS DE NOTICIAS:

| | |
|---|---|
| Mesa de Redacción: | 305-376-2285 |
| Galería y entretenimiento: | 305-376-2183 |
| Revista Viernes: | 305-376-2183 |
| Deportes: | 305-376-2147 |
| Fotografía: | 305-376-3582 |
| Perspectiva/Opiniones: | 305-376-2166 |
| perspectiva@elnuevoherald.com | |
| General: | 305-376-3535 |

### EJECUTIVOS DE LA REDACCIÓN

| | |
|---|---|
| Aminda Marqués González | Directora Ejecutiva |
| 305-376-3429 | amarques@miamiherald.com |
| Nancy San Martín | Subdirectora |
| 305-376-4722 | nsanmartin@miamiherald.com |
| Maru Antuñano | Editora Jefe de Producción y Secciones Especiales |
| 305-376-2183 | mantunano@elnuevoherald.com |
| Andrés Hernández-Alende | Editor de Perspectiva |
| 305-376-2166 | ahernandez@elnuevoherald.com |
| Germán Guerra | Editor de Viernes y Galería 305 |
| 305-376-2119 | gguerra@elnuevoherald.com |
| Orlando Mellado | Jefe de Fotografía |
| 305-376-3582 | omellado@elnuevoherald.com |

### AUTORIZACIÓN PARA REIMPRIMIR:
El contenido de información que aparece en el Nuevo Herald está protegido por el Federal Copyright Act (la ley de derechos de autor). No se permiten reproducciones sin permiso por escrito. Para solicitar autorización llame a los siguientes números. Fotos y gráficas: 305-376-3582; ediciones atrasadas: 305-376-3719 o por email a: backissues@miamiherald.com.

### ENTREGA A DOMICILIO
**En Miami Dade:** suscripción anual, $680.68; siete días, $489.84; jueves a domingo, $363.48 sábado y domingo. No incluye impuesto.
**En Broward County:** suscripción anual, $680.68; siete días, $489.84; jueves a domingo, $363.48 sábado y domingo. No incluye impuesto.
**Diario digital:** $9.95 mensuales. Precio del periódico en máquinas; diario $1.25, y domingos $2.00. En estanquillos, diario $1.25 y domingos $2.00 más impuestos.

---

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

| En el caso: | PROMESA |
|---|---|
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, como representante del ESTADO LIBRE ASOCIADO DE PUERTO RICO y otros, Deudores. | Título III Caso n.° 17 BK 3283-LTS (Administrados en forma conjunta) |

**NOTIFICACIÓN DE PRÓRROGA DE LAS FECHAS LÍMITE PARA PRESENTAR EVIDENCIA DE UNA RECLAMACIÓN**

### PRÓRROGA DE FECHAS LÍMITE

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS, TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera de Puerto Rico presentó peticiones voluntarias de conformidad con la sección 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* (Puerto Rico Oversight, Management and Economic Stability Act, "PROMESA"), con lo cual inició casos en virtud del Título III de dicha ley (cada uno, un "Caso en virtud del título III" y, en conjunto, los "Casos en virtud del título III") para los deudores que se indican a continuación (cada uno, un "Deudor" y, en conjunto, los "Deudores"). Usted podría ser acreedor de uno de los Deudores y podría tener que presentar evidencia de una reclamación ("Evidencia de una reclamación"). La fecha límite para presentar evidencia de una reclamación se ha prorrogado hasta el **29 de junio de 2018 a las 4:00 p. m. (Tiempo Estándar del Atlántico)**.
Si ya ha presentado evidencia de una reclamación no es necesario que haga nada más, salvo que así se lo indique una orden judicial, notificación u otro evento.
A continuación, se incluye una lista con los nombres de los Deudores, su número de caso y la fecha de inicio de cada Caso en virtud del título III:

| Casos en virtud del título III | N.° de Id. Tributaria Federal | Caso n.° | Fecha de inicio |
|---|---|---|---|
| Estado Libre Asociado de Puerto Rico ("ELA") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| Autoridad de Energía Eléctrica de Puerto Rico ("AEE") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

**Puntos clave**
- En los procedimientos conforme al Título III de PROMESA, es probable que se requiera que los acreedores presenten un formulario de reclamación porque la cantidad que se le adeuda hasta la fecha en que se inició el procedimiento conforme al Título III. Este aviso explica cómo presentar las reclamaciones.
- **A muchos acreedores de Casos en virtud del Título III no se les requiere presentar una reclamación.** Si desea obtener más información, consulte la página web del sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/, llame al agente de reclamaciones al de 10:00 a. m. a 7:00 p. m. (tiempo estándar del Atlántico) al (844) 822-9231 (libre de cargo para EE. UU. y Puerto Rico) o al (646) 486-7944 (para quienes llamen desde otros países) (disponible en español), o escriba un correo electrónico a puertoricoinfo@primeclerk.com.
- **Si a usted no se le requiere presentar una reclamación,** no es necesario que complete y devuelva un formulario de reclamación, pero seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y a recibir pagos conforme a dicho plan. Un plan de ajuste es un documento que explica la forma en que cualquier Deudor propone pagar las cantidades adeudadas a sus acreedores. Una vez presentado, el plan estará disponible para que lea y lo revisen los acreedores. Posteriormente se determinará quién votará en el plan. La cantidad que podría recibir en virtud del plan también se determinará posteriormente.
- **Si debe presentar una reclamación en contra de alguno de los Deudores,** la fecha límite para presentar evidencia de reclamación es el **29 de junio de 2018 a las 4:00 p. m., tiempo estándar del Atlántico**. Si desea obtener un formulario para presentar reclamación, consulte la información de contacto más adelante.
- Las reclamaciones pueden presentarse (a) de manera electrónica a través de la página web del Agente de reclamaciones en: https://cases.primeclerk.com/puertorico/EPOC-Index, (b) por servicio de correo "overnight" a Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, (c) por correo regular de primera clase al Commonwealth of Puerto Rico Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, NY 10163-4708, o (d) a la mano en las direcciones indicadas en el centro de información del sitio web del Agente de reclamaciones en: https://cases.primeclerk.com/puertorico/EPOC-Index.
- Si luego de leer esta notificación necesita información adicional, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (libre de cargo para EE. UU. y Puerto Rico) o al (646) 486-7944 (para quienes llamen desde otros países) (tiempo estándar del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden a las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, incluyendo si necesita presentar una reclamación, debe hablar con un abogado.

[1] PROMESA está incluida en el título 48 del Código de los Estados Unidos (United States Code, U.S.C.) §§ 2101-2241.



**Alexander Soto, MBA**
Ex alumno del MDC
Vicepresidente Principal,
Director de Desarrollo Comercial
International Finance Bank

**Yo Soy MDC**

ORGULLO • CONECTAR • DONAR
www.mdc.edu/alumni

**Miami Dade College**

**Exhibit E**

**Latin Media House**

Rexco Industrial Park
Santa Marina 1 Suites 2B-2C
Guaynabo, PR 00968

# AFFIDAVIT OF PUBLICATION

In the city of San Juan, Puerto Rico, on June 18, 2018, Heiko Faass representing Latin Media House, LLC., hereby certify that in our weekly newspaper of Caribbean Business for the editions dated June 14 of the present year, was published:

"NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM"

From the United States District Court for the District of Puerto Rico In re:

"THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

as representative of,

THE COMMONWEALTH OF PUERTO RICO, et al.

*Debtors*"

Signed: _____
Heiko Faass – CEO-Editor in Chief



# P.R. Products Wants to Develop Exports Market

## To Provide Members Training in International Trade, Promotes Certification to Work With Federal, State Governments

BY EFRÉN RODRÍGUEZ MARTÍNEZ
ef.rodriguez@cb.pr

Part of this year's work plan for the Puerto Rico Products Association (APPR by its Spanish initials) is to work more closely with local entrepreneurs' business structures so they can begin to export their products and services.

In an interview with Caribbean Business, Liliana Cubano, the new president of the century-old Products Association, explained that the APPR will provide its members educational tools so they can be trained in international trade.

In addition, the association intends to have its members certified to do business with the federal and state governments to ensure U.S. and local funds are destined for businesses on the island. The initiative wants to ensure there is true economic development on the island.

"If we manage to certify the companies at the federal level, so they can compete there, funds can be brought to the island so the money stays" on the island, she said.

As part of the foundations that the APPR established to continue to export locally produced products and services, the association in April launched "Hecho en Puerto Rico: La Tienda Online" ("Made in Puerto Rico: The Online Store"), where, via www.hechoen.pr, consumers around the world can buy products ranging from food and coffee to personal hygiene and cleaning supplies.

"We will continue to reinforce what the 'Hecho en Puerto Rico' brand is, with its attributes, highlighting both the quality and availability of the products and services produced on the island," she said.

Some $50,000 was invested in the project, with the website now having about 50 products and space for members to promote them. APPR members completed the endeavor Carimerc, a Puerto Rican company providing Caribbean merchandiser services for storage, distribution and order dispatching; and Knowledge Power Group (KPG) to design the website. The product warehouse is at Carimerc's headquarters in Caguas' Angora district.

When customers make online purchases at "Made in Puerto Rico," they can select the shipping company of their choice, whether FedEx, UPS or the U.S. Postal Service.

To find locally made products, consumers visit the www.hechoen.pr homepage, where a link to "HPR: La Tienda Online" can be found. The "Compra Aquí" or "Buy Here" link takes users to the available products. Once selected, they proceed to fill out personal information and choose a payment method.

The launch's first phase includes only dry products. For the second phase, cold products will be made available, as well as services provided by APPR members. Cubano said an advertising campaign for the online store is to be launched in autumn targeting the Orlando, Fla. market.

As part of APPR efforts, at the beginning of the year, the association opened its headquarters on the third floor of Plaza Las Américas in San Juan's Hato Rey district. The location includes the store Hecho en Puerto Rico: La Tienda, which is the association's main office, as well as the Puerto Rico Federal Minority Business Development Agency (MBDA).

The space contributes to Puerto Rico's development and business growth as opportunities for APPR members to showcase their products and services in the store, where the public can learn about and purchase them.

In addition, the location will serve as a co-working place, where seminars and discussions about core business-development issues will be held. The MBDA program will also offer essential business assistance resources, playing a key role to develop new and existing businesses.

The APPR's new headquarters were the result of an investment of about $150,000 and includes the hiring of a dozen employees, who work either full or part time at the Made in Puerto Rico store.

Store operating hours are Monday to Saturday, 9 a.m. at 9 p.m., and Sundays until 7 p.m. The APPR and the MBDA are open during regular office hours.

Meanwhile, the APPR is working in the island's north, south, east, west and central regions through representatives assisting to mobilize businesses in each area in the development of products as well as advising on business structures that are conducive to successful sales.

---

## FOR SALE

### CONDADO

Luxury Spanish Villa, Two floors, 6 Rooms.
All marmol floors, 10,508 square ft.
Price: $2.4 millions

### ISLA VERDE

Beach Front Mansion
near Ritz Carlton Hotel

**NO BROKERS**

### Tel. 787-717-2112

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**

In re:
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
as representative of
THE COMMONWEALTH OF PUERTO RICO, et al.
Debtors.

PROMESA
Title III

Case No. 17 BK 3283-LTS
(Jointly Administered)

**NOTICE OF EXTENDED DEADLINES FOR FILING PROOFS OF CLAIM**
**DEADLINE EXTENSION**

TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE OF THE FOLLOWING:

The Financial Oversight and Management Board for Puerto Rico has filed voluntary petitions under section 304(a) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). You may be a creditor of one of the Debtors, and you may be required to file a proof of claim ("Proof of Claim").

The deadline to file a proof of claim has been extended to **June 29, 2018 at 4:00 p.m. (Atlantic Time)**.

If you have already filed a Proof of Claim, no further action is required unless directed by court order, notice, or otherwise.

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

**Key Points**

• In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This notice explains how to file claims.

• **Many creditors in the Title III Cases are not required to file a claim.** For more information, please refer to the Claims Agent's website at https://cases.primeclerk.com/puertorico/, call the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email at puertoricoinfo@primeclerk.com.

• **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

• **If you are required to file a claim against any of the Debtors,** the deadline to do so has been extended to **June 29, 2018 at 4:00 p.m., Atlantic Standard Time**. To obtain a form that you may use to file your claim, refer to the contact information below.

• Claims may be filed (a) electronically on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, (b) by overnight courier to Commonwealth of Puerto Rico Claims Processing Center c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, (c) by first class mail to Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, P.O. Box 4708, New York, NY 10163-4708, or (d) by hand delivery at the Claim Form Drop-Off Locations identified in the Information Center on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index.

After reading this notice, if you require additional information, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.