IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND

MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
**Puerto Rico Sales Tax Financing Corporation**
**Puerto Rico Highways and Transportation Authority**

Debtors [1]

PROMESA

Title III

Case No. 17-BK-3283 (LTS)

Case No. 17 BK 3284 **(COFINA)**
Case No. 17 BK 3567- **(HTA)**

**(Jointly Administered)**

## MOTION INFORMING FILING OF PoC's

**TO THE HONORABLE COURT**:

**COOPERATIVA DE AHORRO Y CRÉDITO DE ISABELA**, hereby informs that it has filed on this date the following claims:

| Debtor | Amount | e-filing reference (Transaction ID) |
|---|---|---|
| Commonwealth of PR (GO's) | $12,600,522.51 | CBJCHBCAABAAWqdEiWPNZbRnT2sp9w5oDsf-hDK1vEEG |
| COFINA | $ 989,159.04 | CBJCHBCAABAA2Tl8IFtbC2tiLqD0lokbLHPOPXL4sSAT |
| HTA | $125,885.42 | CBJCHBCAABAAuvMqeuqEaQ45CjB6dqKmE6_zzNuedWmB |
|  |  |  |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) **Commonwealth of Puerto Rico** (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); and (ii) **Puerto Rico Sales Tax Financing Corporation ("COFINA")** (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) **Puerto Rico Highways and Transportation Authority ("HTA")** (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) **Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")** (Bankruptcy Case No. 17 BK 3566-LTS); and (v) **Puerto Rico Electric Power Authority ("PREPA")** (Bankruptcy Case No. 17 BK 4780-LTS)  (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

| Commonwealth of PR: <br> • PRASA <br> • GDB | $ 3,517,636.87 <br> $28,126,860.79 | CBJCHBCAABAAeTVKTucs_XEyae7xGSmmgAzA_a9WtRwd |
|---|---|---|

Regarding the claims filed for PRASA and GDB bonds, we hereby state that said claims are being filed out of an abundance of caution. The reasons for filing the same include:

1. Both entities appear in an Exhibit B, included with the Title III petition as "Covered Entities". See Item 18 (GDB), and Item 28 (PRASA) in Docket No. 1, at p. 82.

2. Debtor has admonished that "[p]arties asserting claims should not assume they do not have to file proofs of claim solely because such claim is not being asserted directly against the Commonwealth." See Docket No. 2828, at page 6.

3. The notice of bar date lists 15 types of creditors that do not have to file claims now. Yet, neither GDB's or PRASA's creditors are expressly excluded.

4. GDB. As to GDB, the claimant is aware (through the media) of existing negotiations of a possible modification under Title VI. This filing should not be interpreted as a waiver of any right, or a modification of any prior position thereunder.

5. PRASA. As to PRASA, the claimant is not aware of any Title VI ongoing proceeding, nor of any Title III case (other than as stated above). PRASA is making its current payment under its obligations to the claimant.

6. Again, this is a good faith filing to dispel any doubt that the creditor has no intention to abandon its claims against the government and its instrumentalities.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of this Court using the CM-ECF system which will send notification of such filing to all CM-ECF participants registered to receive notices in the case at bar.

2

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on June 21, 2018

EDGARDO MUÑOZ, PSC
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 753-3888
Fax (787) 753-1147

**s/ EDGARDO MUÑOZ**
    USDC NO. 125713
emunozPSC@gmail.com