**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION REGARDING CONSENSUAL EXTENSION OF
DEADLINES SET FORTH IN THE PROTOCOL AND SCHEDULE IN RESPONSE TO
THE COURT'S ORDER ENTERED ON MAY 22, 2018 (ECF NO. 3217)**

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:  8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID:  3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID:  9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

- 1 -

To the Honorable United States Magistrate Judge Judith Gail Dein:

1. Assured Guaranty Corp., Assured Guaranty Municipal Corp., National Public Finance Guarantee Corporation, and the Ad Hoc Group of General Obligation Bondholders (collectively, the "Movants") and (ii) the Financial Oversight and Management Board for Puerto Rico ("FOMB"), and the Commonwealth of Puerto Rico (the "Commonwealth"), by and through FOMB as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF" and together with FOMB and the Commonwealth, the "Respondents", and together with the Movants, the "Parties") respectfully file this informative motion notifying the Court of the Parties' agreement to extend deadlines in the *Stipulation and Order Setting Forth the Protocol and Schedule in Response To the Court's Order Entered on May 22, 2018 (ECF No. 3121)* (ECF No. 3217) (the "Protocol").

2. Pursuant to the Protocol, Respondents' response to Movants' June 1, 2018 letter, including supporting declarations, is due on or before Friday, June 22, 2018, and Respondents are thereafter required to make any declarants available for deposition within twenty-one (21) days after Movants have written to Respondents requesting such depositions.

3. The Parties have agreed to extend the deadline for Respondents' response to Movants' June 1, 2018 letter, including supporting declarations, to Friday, June 29, 2018.

4. The Parties have also agreed that AAFAF and FOMB will each make two (2) witnesses available for deposition within fourteen (14) days after Movants have written to Respondents requesting such depositions. The remaining depositions shall occur within the time period originally stipulated and so ordered.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101–2241.

5. All other provisions of the Protocol remain in full force and effect.

Dated: New York, New York
June 21, 2018

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ *Heriberto Burgos Pérez* <br> Heriberto Burgos Pérez <br> USDC-PR 204809 <br> Ricardo F. Casellas-Sánchez <br> USDC-PR 203114 <br> Diana Pérez-Seda <br> USDC-PR 232014 <br> P.O. Box 364924 <br> San Juan, PR 00936-4924 <br> Telephone: (787) 756-1400 <br> Facsimile: (787) 756-1401 <br> Email: hburgos@cabprlaw.com <br> rcasellas@cabprlaw.com <br> dperez@cabprlaw.com <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* | By: /s/ *Howard R. Hawkins, Jr.* <br> Howard R. Hawkins, Jr.* <br> Mark C. Ellenberg* <br> Ellen V. Holloman* <br> Ellen M. Halstead* <br> Gillian Groarke Burns* <br> Thomas J. Curtin* <br> Casey J. Servais* <br> 200 Liberty Street <br> New York, NY 10281 <br> Telephone: (212) 504-6000 <br> Facsimile: (212) 406-6666 <br> Email: howard.hawkins@cwt.com <br> mark.ellenberg@cwt.com <br> ellen.holloman@cwt.com <br> ellen.halstead@cwt.com <br> gillian.burns@cwt.com <br> thomas.curtin@cwt.com <br> casey.servais@cwt.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.* |

- 3 -

| | |
|---|---|
| ADSUDAR MUÑOZ GOYCO SEDA & PÉREZ-OCHOA, PSC, P.S.C. | WEIL, GOTSHAL & MANGES LLP |
| By: /s/ *Eric Pérez-Ochoa* <br>    Eric Pérez-Ochoa <br>    USDC-PR No. 206,314 <br>    Luis A. Oliver-Fraticelli <br>    USDC-PR NO. 209,204 <br>    208 Ponce de Leon Ave., Suite 1600 <br>    San Juan, PR 00936 <br>    Telephone: (787) 756-9000 <br>    Facsimile: (787) 756-9010 <br>    Email: epo@amgprlaw.com <br>             loliver@amgprlaw.com <br><br> *Attorneys for National Public Finance Guarantee Corporation* | By: /s/ *Jared R. Friedmann* <br>    Marcia Goldstein* <br>    Jonathan Polkes* <br>    Gregory Silbert* <br>    Jared R. Friedmann* <br>    Adam J. Bookman* <br>    767 Fifth Avenue <br>    New York, New York 10153 <br>    Telephone: (212) 310-8000 <br>    Facsimile: (212) 310-8007 <br>    Email: marcia.goldstein@weil.com <br>             jonathan.polkes@weil.com <br>             gregory.silbert@weil.com <br>             jared.friedmann@weil.com <br>             adam.bookman@weil.com <br><br> * Admitted *pro hac vice* <br><br> *Attorneys for National Public Finance Guarantee Corporation* |

| | |
|---|---|
| JIMÉNEZ, GRAFFAM & LAUSELL | ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP |
| By: /s/ *J. Ramón Rivera Morales* <br>    J. Ramón Rivera Morales <br>    USDC-PR No. 200701 <br>    Andrés F. Picó Ramírez <br>    USDC-PR No. 302114 <br>    PO Box 366104 <br>    San Juan, PR 00936-6104 <br>    Telephone: (787) 767-1030 <br>    Facsimile: (787) 751-4068 <br>    Email: rrivera@jgl.com <br>          apico@jgl.com | By: /s/ *Kathryn S. Zecca* <br>    Lawrence S. Robbins* <br>    Mark T. Stancil* <br>    Gary A. Orseck* <br>    Kathryn S. Zecca* <br>    Ariel N. Lavinbuk* <br>    Donald Burke* <br>    1801 K Street, NW <br>    Washington, D.C. 20006 <br>    Telephone: (202) 775-4500 <br>    Facsimile: (202) 775-4510 <br>    Email: lrobbins@robbinsrussell.com <br>          mstancil@robbinsrussell.com <br>          gorseck@robbinsrussell.com <br>          kzecca@robbinsrussell.com <br>          alavinbuk@robbinsrussell.com <br>          dburke@robbinsrussell.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP <br><br>    Andrew N. Rosenberg* <br>    Kyle J. Kimpler* <br>    Karen R. Zeituni* <br>    1285 Avenue of the Americas <br>    New York, NY 10019 <br>    Telephone: (212) 373-3000 <br>    Facsimile: (212) 757-3990 <br>    Email: arosenberg@paulweiss.com <br>          kkimpler@paulweiss.com <br>          kzeituni@paulweiss.com <br><br>    * Admitted *pro hac vice* <br><br> *Attorneys to the Ad Hoc Group of General Obligation Bondholders* | * Admitted pro hac vice <br><br> *Attorneys to the Ad Hoc Group of General Obligation Bondholders* |

- 5 -

O'NEILL & BORGES LLC

By: /s/ *Hermann D. Bauer*
    Hermann D. Bauer
    USDC No. 215205
    250 Muñoz Rivera Ave., Suite 800
    San Juan, PR 00918-1813
    Telephone: (787) 764-8181
    Facsimile: (787) 753-8944
    Email: hermann.bauer@oneillborges.com

PROSKAUER ROSE LLP

By: /s/ *Gregg M. Mashberg*
    Martin J. Bienenstock*
    Stephen L. Ratner*
    Timothy W. Mungovan*
    Paul V. Possinger*
    Gregg M. Mashberg*
    Eleven Times Square
    New York, NY 10036
    Telephone: (212) 969-3000
    Facsimile: (212) 969-2900
    Email: mbienenstock@proskauer.com
           sratner@proskauer.com
           tmungovan@proskauer.com
           ppossinger@proskauer.com

    * Admitted *pro hac vice*

*Attorneys for the Financial Oversight and Management Board and as representative of the Commonwealth*

MARINI PIETRANTONI MUNIZ, LLC

By: /s/ *Luis C. Marini-Biaggi*
    Luis C. Marini-Biaggi
    USDC No. 222301
    MCS Plaza, Suite 500
    255 Ponce de León Ave.
    San Juan, PR 00917
    Telephone: (787) 705-2171
    Facsimile: (787) 936-7494
    Email: lmarini@mpmlawpr.com

O'MELVENY & MYERS LLP

By: /s/ *Elizabeth L. McKeen*
    John J. Rapisardi*
    7 Times Square
    New York, NY 10036
    Telephone: (212) 326-2000
    Facsimile: (212) 326-2061
    Email: jrapisardi@omm.com

    Peter Friedman*
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone: (202) 383-5300
    Facsimile: (202) 383-5414
    Email: pfriedman@omm.com

    Elizabeth L. McKeen*
    610 Newport Center Drive, 17th Floor
    Newport Beach, CA 92660
    Telephone: (949) 823-6900
    Facsimile: (949) 823-6994
    Email: emckeen@omm.com

    * Admitted *pro hac vice*

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*