**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** <br><br> **COMMONWEALTH OF PUERTO RICO** <br><br> Debtor | **PROMESA** <br> **Title III** <br><br> **Case No. 17-03283 (LTS)** <br><br> **CHAPTER 11** |

**MOTION TO WITHDRAW DUPLICATED PROOF OF CLAIM**

**TO THE HONORABLE COURT:**

COMES NOW, Asociación de Empleados del Estado Libre Asociado ("AEELA"), by its undersigned counsel and respectfully states and requests:

1. On June 25, 2018, AEELA filed proof of claim number 2525 in this case for $1,701,304.00, amended on June 26, 2018.
2. Also, on June 25, 2018, AEELA filed proof of claim number 2529 for the same amount and for the same concept.
3. Therefore, proof of claim number 2529, duplicates proof of claim number 2525.

**WHEREFORE**, AEELA requests leave to withdraw proof of claim number 2529.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee and to all CM/ECF participants.

San Juan, Puerto Rico, this 26th day of June 2018.

**S/CHARLES A. CUPRILL-HERNÁNDEZ**
**USDC-PR 114312**
Charles A. Cuprill, P.S.C. Law Offices
356 Fortaleza Street, Second Floor
San Juan, PR 00901
Tel: 787-977-0515
Fax: 787-977-0518
E-mail: ccuprill@cuprill.com