# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>      as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.*,<br><br>      Debtors. | PROMESA Title III.<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE BANKRUPTCY COURT:**

**COMES NOW** the undersigned counsel for and on behalf of creditor CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. for all purposes in connection with this case. Pursuant to Bankruptcy Rules 2002, 3017, and 9010(b) the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices in this case. Service may be made and directed as follows:

> Thomas T. Pennington (B.P.R. #9605)
> Reno & Cavanaugh, PLLC
> 424 Church Street, Suite 2910
> Nashville, Tennessee 37129
> Telephone: (615) 866-2322
> Facsimile: (615) 866-2323
> Email: tpennington@renocavanaugh.com

This notice of appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments, and orders in this case. By submitting this notice of appearance and request for notices, CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any

1

purpose and expressly reserve the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which CONCILIO DE SALUD INTEGRAL DE LOIZA, INC. may be a party.

Respectfully submitted,

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

/s/Thomas T. Pennington
Thomas T. Pennington* (B.P.R. #9605)
Reno & Cavanaugh
424 Church Street, Suite 2910
Nashville, Tennessee 37129
(615) 866-2322 (office)
(615) 866-2323 (fax)
tpennington@renocavanaugh.com
*Admitted *pro hac vice*

Attorneys for Concilio de Salud Integral de Loiza, Inc.

2

## CERTIFICATE OF SERVICE

     I hereby certify that on June 26, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                               */s/Thomas T. Pennington*
                                                               Thomas T. Pennington (B.P.R. #9605)