UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

      Debtors.[1]

PROMESA
TITLE III

No. 17 BK 3283-LTS

---------------------------------------------------------------x

## RULE 2019 VERIFIED STAEMENT FOR
## AMERICAN FEDERATION OF TEACHERS, AFL-CIO

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C. § 1746, Mark Richard states as follows:

1. My name is Mark Richard. I am Counsel to the President of the American Federation of Teachers, AFL-CIO (the "AFT"). My business address is 555 New Jersey Ave., N.W. Washington, DC 20001.

2. AFT is acting in the Title III Case commenced by the Commonwealth of Puerto Rico (the "Commonwealth" or the "Debtor") on behalf of its Commonwealth affiliates, the Asociación de Maestros de Puerto Rico (the "AMPR") and the Asociación de Maestros de Puerto

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico-Local Sindical ("Local Sindical"). AFT is a national labor organization representing over 1.7 million members including teachers and other professionals. AMPR is a labor organization and Local Sindical is a labor union within AMPR. Collectively AMPR and Local Sindical represent over 30,000 active teachers, including regular active and certain transitory teachers, as well as certain retired teachers and certain Department of Education employees. Local Sindical is the largest of the Commonwealth's public employee labor unions.

3. As of the date hereof, AFT filed a Proof of Claim in the Debtor's Title II Case asserting claims behalf of itself, the AMPR, Local Sindical and certain individuals represented by AMPR and Local Sindical, all as set forth in additional detail in the Proof of Claim and the Addendum submitted therewith. Those documents are incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2018
Washington, D.C.

_____
Mark Richard
Counsel to the President of the American
Federation of Teachers, AFL-CIO
555 New Jersey Ave. N.W.
Washington, DC 20001