# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In Re:** <br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, et al. <br><br> **Debtors** | **PROMESA** <br> **TITLE III** <br><br> **CASE NO.: 17-03283 (LTS)** |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Elian N Escalante De Jesus, Esq. appear as counsel on behalf of Bella International, LLC; Bella Retail Group, LLC, International Automotive Distributors Group, LLC; Bella Export Corporation, Jeronimo Esteve Abril and Carlos Lopez-Lay, PO Box 190816, San Juan, PR 00919-0818. Pursuant to Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the undersigned requests that all notices given, or required to be given in this case, and all papers served, or required to be served in these cases, be given to and served upon the undersigned at the offices and telephone numbers set forth below:

Elián N. Escalante De Jesús, Esq.
PMB 401 PO BOX 7891
Guaynabo, P.R. 00970
Tel: 787-998-8707
Fax: 787-998-8707
E-mail: elian.escalante@gmail.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed, which may affect or seek to affect in any way any rights or interest of the Acura Service Center with respect to the captioned debtor or any property or proceeds in which the debtor may claim an interest. Please add the foregoing to such mailing matrix as may be used for all purposes in this case.

**RESPECTFULLY SUBMITTED**

In Guaynabo, Puerto Rico this 28th day of June 2018.

I HEREBY CERTIFY that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

/s/Elián N. Escalante De Jesús
Elián N. Escalante De Jesús
USDC No. 230508
elian.escalante@gmail.com