UNITED STATES OF AMERICA BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as a representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>  **Debtors** | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

NOW comes creditors CARMEN LYDIA RÍOS ARROYO, PABLO JUAN RÍOS ARROYO, ELENA MARIE MARRERO RÍOS by herself and in representation of her sons: DEBORAH MARIE SANTANA MARRERO and ERICK JOEL SANTANA MARRERO (these last ones also appear by themselves), LORNA LEE MARRERO RÍOS by herself and in representation of her daughter DARIANA LIZ MARRERO MARRERO (this last one is also appearing by herself), ELENA ARROYO VÁZQUEZ, all represented by the undersigned attorney, to state as follows.

That pursuant to provisions of Rule 9010(b) of Bankruptcy Procedure, the appearing party notifies that it has retained the legal services of Osvaldo Toledo Martinez whose address is:

> Osvaldo Toledo Martínez
> PO Box 190938
> San Juan PR 00919-0938
> E-Mail: toledo.bankruptcy@gmail.com
> Telephone No.:        (787) 756-6395
> Fax No.:             (787) 767-7965

1

WHEREFORE, the appearing party respectfully prays that the Clerk of the Court takes notice of the appearance of the undersigned attorney and to notify him of all the proceedings in this case, including but not limited to copies of the petition, schedules, motions, and statements filed or to be filed in the above-referenced case and further prays that the name and address be added to the Master Address List kept in the above-captioned case.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this June 29, 2018.

/S/ Osvaldo Toledo Martínez
OSVALDO TOLEDO MARTÍNEZ, ESQ.
USDC No. 127905
PO Box 190938
San Juan PR 00919-0938
Tel: (787) 756-6395
Fax: (787) 767-7965
E-Mail: toledo.bankruptcy@gmail.com
Counsel for Creditors