UNITED STATES OF AMERICA BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as a representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| **Debtors** | |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

NOW comes creditors REY REYES REYES and RUTH ROSADO BERRÍOS (by herself and ion representation of her son JANZEL DANIEL QUINTANA ROSADO), all represented by the undersigned attorney, to state as follows.

That pursuant to provisions of Rule 9010(b) of Bankruptcy Procedure, the appearing party notifies that it has retained the legal services of Osvaldo Toledo Martinez whose address is:

Osvaldo Toledo Martínez
PO Box 190938
San Juan PR 00919-0938
E-Mail: toledo.bankruptcy@gmail.com
Telephone No.:	(787) 756-6395
Fax No.:	(787) 767-7965

WHEREFORE, the appearing party respectfully prays that the Clerk of the Court takes notice of the appearance of the undersigned attorney and to notify him of all the proceedings in this case, including but not limited to copies of the petition, schedules, motions, and statements filed or to be filed in the above-referenced case and further prays that the name and address be added to the Master

1

Address List kept in the above-captioned case.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing was filed electronically with the clerk of the Court using the CM/ECF system which in turn will send notification of such filing to all interested parties of record.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, this June 28, 2018.

/S/ Osvaldo Toledo Martínez
OSVALDO TOLEDO MARTÍNEZ, ESQ.
USDC No. 127905
PO Box 190938
San Juan PR 00919-0938
Tel: (787) 756-6395
Fax: (787) 767-7965
E-Mail: toledo.bankruptcy@gmail.com
Counsel for Creditors