# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA Title III |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA Title III |
| as representative of | Case No. 17 BK 4780-LTS |
| PUERTO RICO POWER AUTHORITY | **RE: ECF No. 832** |

## NOTICE OF APPEARANCE

**TO THE HONORABLE BANKRUPTCY COURT:**

**COMES NOW** the undersigned counsel for and on behalf of creditor CARLOS PÉREZ MOLINA, ANA FIGUEROA COLÓN and their LEGAL PARTNERSHIP OF ACQUISITIONS, for all purposes in connection with this case. Pursuant to Bankruptcy Rules 2002, 3017, and 9010(b) the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing

| NOTICE OF APPEARANCE | 2 |
|---|---|
| Carlos Pérez Molina / Ana Figueroa Colón | |

matrices in this case. Service may be made and directed as follows:

**JOSÉ ENRICO VALENZUELA-ALVARADO**
U.S.D.C.-P.R. 220104

**VALENZUELA-ALVARADO, LLC**
MCS Plaza
255 Ponce de León Avenue
Suite 825, Hato Rey
San Juan, Puerto Rico 00917-1942
Tel. (787) 756-4053
Mobile (787) 365-9401
Emails:
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com

This notice of appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments, and orders in this case. By submitting this notice of appearance and request for notices, CARLOS PÉREZ MOLINA, ANA FIGUEROA COLÓN and their LEGAL PARTNERSHIP OF ACQUISITIONS is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose and expressly reserve the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which CARLOS PÉREZ MOLINA, ANA FIGUEROA COLÓN and their LEGAL PARTNERSHIP OF ACQUISITIONS may be a party.

**IT IS HEREBY CERTIED** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of June 2018.

**VALENZUELA-ALVARADO, LLC**
MCS Plaza
255 Ponce de León Avenue
Suite 825, Hato Rey
San Juan, Puerto Rico 00917-1942
Tel: (787) 756-4053
Fax: (787) 705-7415
www.valenzuelalaw.net

**S/José Enrico Valenzuela-Alvarado**

**JOSÉ ENRICO VALENZUELA-ALVARADO**
U.S.D.C.-P.R. 220104
jeva@valenzuelalaw.net
jose.enrico.valenzuela1@gmail.com
Counsel for creditors Carlos Pérez Molina, Ana Figueroa Colón and their Legal Partnership of Acquisitions.