# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**THE FINANCIAL OVERSIGHT AND MANGEMENT BOARD FOR PUERTO RICO**<br><br>As representative of<br><br>**THE COMMONWEALTH OF PUERTO RICO, et al**<br>DEBTORS | **CASE NO. 17-03283 LTS**<br><br>**PROMESA TITLE III**<br><br>(Jointly Administered) |

## MOTION INFORMING COLLAPSE OF THE PROMESA PROOF OF CLAIM FILING SYSTEM AND REQUESTING PERMISSION TO FILE CLAIMS IN THE DOCKET TO INTERRUPT THE STATUTE OF LIMITATION

**TO THE HONORABLE COURT:**

    **COME NOW** creditors EMILIO MORENO MELENDEZ, DIANA FRANCO FLORES, LIZ RUS FRANCO, MANUEL FRANCO FLORES, LUIS ANTONIO BERRIOS FEBO, CARMEN VICTORIA GUTIERREZ RIVERA, GABRIEL HUERTAS GONZALEZ, RAFAEL FIGUEROA LONGO/CARMEN DUEÑO BERRIOS, CARMELO COTTO RODRIGUEZ, LUIS RAFAEL TORRES SAEZ, SONIA M. ARROYO GRAULAU, ISMAEL GUZMAN LOPEZ, ALFREDO ALVAREZ RIVERA, JESUS DE ALICEA, MARIA V. DIAZ LOPEZ, MARGARITA RIVERA TIRADO, QUINTIN RIVERA SEGARRA, MAGALY SOSA SOTO, MANUEL ORTIZ VAZQUEZ, LUIS M. MATOS GARCED, ZULMARIE TORRES RODRIGUEZ, LEILANY SANTIAGO AVILES, JUANA CORTES OYOLA, IRMA I. GONZALEZ REYES, SANTOS FEBRES QUINONEZ, CARMEN BEATRIZ RAMOS, ERNESTO LOPEZ AVILES, OMAYRA E. LABOY LIND, NELIDA CELESTE HERNANDEZ BERMUDEZ, ARISTIDES MARTIN GONZALEZ NORAT, MARITZA DIAZ RODRIGUEZ, MANUEL CRUZ MEJIA, MARIA RIVERA DELGADO, LUIS VAQUER OCASIO, MERLYN FALCON MALAVE, ROSAURA RIVERA TIRADO, WILLIAM RIVERA TIRADO, LOURDES SIERRA LOPEZ, LEONEL FERNANDEZ FERNANDEZ, through the undersigned counsel and respectfully state and pray:

1. Pursuant to PROMESA, this Honorable Court has the power to set the deadlines for the filing of proof of claims.

2. The Court moved the statute of limitation to file the proof of claims until today, 4pm.

3. The site for the filing of the proof of claims collapsed around 1:50 pm and we have not been able to file claims electronically.

Case:17-03283-LTS Doc#:3385 Filed:06/29/18 Entered:06/29/18 15:46:15 Desc: Main Document Page 2 of 2

*In Re: Title III PROMESA; Case No. 17-03283 LTS* | 2
*Motion informing collapse of the PROMESA proof of claim filing system and requesting permission to file claims in the docket to interrupt the statute of limitation.*

4. To protect the rights of claimants, they pray for the allowance of filing of the claims as an attachment to this motion before the deadline occurs.

5. As soon as the electronic site for the filing of the claims is operational, we shall file them accordingly.

**WHEREFORE**, the appearing claimants pray to this Court to allow the filing of the claims as an exhibit to this motion to meet the statute of limitation due today at 4:00 pm.

**RESPECTFULLY SUBMITTED**

In Caguas, Puerto Rico, this 29th day of June 2018.

**NOTICE:** Within **fourteen (14) days** after service as evidenced by the certification, and an additional **three (3) days** pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I CERTIFY that on this same date the foregoing document has been electronically filed WITH THE Clerk of the Court using the CM/ECF system which sends notified of such filing to all system's participants, including the U.S. Trustee's Office and the Trustee.

*/s/ CARLOS A. RUIZ RODRIGUEZ*
USDC-PR 210009
Attorney for claimants
P.O. Box 1298, Caguas, PR 00726-1298
Phone: (787) 286-9775 / Fax: (787) 747-2174
carlosalbertoruizquiebras@gmail.com