UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING THE PROOF OF CLAIM FILING SYSTEM AVAILABLE ON PRIME CLERK

The Court has received and reviewed the *Motion Informing Collapse of the PROMESA Proof of Claim Filing System and Requesting Permission to File Claims in the Docket to Interrupt the Statute of Limitation* (the "Motion," Docket Entry No. 3385). The Motion informed the Court that Prime Clerk's website is currently unavailable and, as such, the Movants have not been able to file their claims electronically through the Prime Clerk website.

The parties are advised that they may file proofs of claim electronically on the Claims Registry, which is available on CM/ECF. Additionally, Movants' counsel is directed to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

refer to the Order establishing procedures for filing proofs of claims for additional information regarding alternative methods of filing such claims. (<u>See</u> Docket Entry No. 2521.)

SO ORDERED.

Dated: June 29, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge