UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>   Debtor | PROMESA<br>Title III<br><br>No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

# NOTICE OF WITHDRAWAL OF MOTION BY VIRGILIO F. ACEVEDO FOR RELIEF FROM AUTOMATIC STAY (Docket #3163)

   Now Comes Virgilio F. Acevedo and hereby notices the withdrawl of his motion for relief (docket #3163) as the Parties have resolved the matter by means of a stipulation.

>  Respectfully Submitted by
>  Virgilio F. Acevedo
>  Through Counsel of Record
>  /s/Carmenelisa Perez-Kudzma
>   Perez-Kudzma Law Office,
>  P.C. 413 Boston Post Road
>  Weston, MA 02493
>  978-505-3333
>  carmenelisa@pklaw.law
>
>  *Attorney for Virgilio F. Acevedo*

June 29, 2018

1

## CERTIFICATE OF SERVICE

I hereby certify that, on, June 29, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List. The foregoing is also being mailed separately to (1) Wanda Vázquez Garced, Secretary of Justice, Department of Justice, Apartado 9020192, San Juan, PR 00902-0192; and (2) Regsitrar Gildren S. Caro Pérez, Registry of Deeds of Aguadilla, PO Box 447, Aguadilla, PR 00605.

/s/Carmenelisa Perez-Kudzma