# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>THIS DOCUMENT RELATES ONLY TO THIS TITLE III CASE[2] |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

**COMES NOW**, the undersigned counsel, who respectfully states and prays as follows:

1. The Plaintiffs in the case of Francisco Beltrán Cintrón *et al* (4,953 Plaintiffs) v. Commonwealth (specifically, the Department of Family of Puerto Rico, Administration of Vocational Rehabilitation "ARV", the Juvenile Institution Bureau for the Rehabilitation and Correction Department, and the Office of Administration and Transformation of Human Resources of Puerto Rico "OATRH", previously "OCALARH"), Civil Case Num. K AC2009-0805,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This clarification is made in accordance with the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases*. See, Docket No. 167 at ¶ 5 of p. 4.

currently under advisement of the Puerto Rico Supreme Court, Case Num. TSPR A C2016-0120, (collectively the "Beltrán Cintrón Plaintiff Group"), all creditors of the estate pursuant to the Cause of Action being prosecuted therein[3], have retained the services of the undersigned counsel to represent them in the present case.

2. Therefore, the undersigned respectfully requests that all pleadings, orders, notices, and documents filed and entered in this case be notified upon the undersigned counsel.

**WHEREFORE**, it is respectfully requested from this Honorable Court to enter an order for all notices, pleadings, orders and documents filed in this case to be sent to the undersigned.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 29th day of June 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

---

[3] The Cause of Action currently under advisement in the Puerto Rico Supreme Court is consolidated with the Cause of Action of the Jorge Abraham-Giménez Plaintiff Group v. Department of Transportation and Public Works ("DTOP" for its initials in Spanish), Case Num. TSPR A C2016-0120.

2