IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | PROMESA Title III |
| As representative of | |
| THE COMMONWEALTH OF PUERTO RICO, ET AL. | CASE NO. 17 BK 3283-LTS (Jointly Administered) |
| Debtors | |

## NOTICE OF APPEARANCE AND REQUEST OF NOTICE

TO THE HONORABLE COURT:

COMES NOW **Municipio de Gurabo**, through the undersigned attorney, and very respectfully alleges and prays:

1. **Municipio de Gurabo** has requested from the undersigned attorney to assume its legal representation in the case of reference.

2. The appearing creditor hereby requests to be included in the master address list and that all notices and documents filed in this case be notified to it, through the undersigned.

**WHEREFORE**, it is hereby respectfully requested from this Honorable Court to take notice of the above stated, that the undersigned be notified of all proceedings and be included in the master address list.

**RESPECTFULLY SUBMITTED.**

I hereby certify that this motion has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the parties to their registered e-mail addresses and to the attorneys of record.

**JUAN B. SOTO LAW OFFICES, P.S.C**
1353 Luis Vigoreaux Ave.
PMB 270
Guaynabo, Puerto Rico 00966
TEL.: (787) 273-0611
CEL.: (787) 370-6197
E-mail: jsoto@jbsblaw.com

/s/ Juan B. Soto Balbás
USDC-PR 130305