IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al. | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD<br><br>as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17 BK 3284-LTS |

NOTICE OF APPEARANCE

TO THE COURT, THE CLERK OF COURT AND
ALL PARTIES OF RECORD

NOW COMES creditor PABLO DEL VALLE RIVERA and MARIA A. MARTINEZ, TENANTS IN COMMON, represented by the undersigned counsel and respectfully sets forth and prays as follows:

Pursuant to Rule 83(D)(a) of the Local Civil Rules for the U.S. District Court for the District of Puerto Rico and Rule 9010(b) of the Rules of the Federal Rules of Bankruptcy

Procedure which is made applicable to these proceedings by §310 of the Puerto Rico Oversight, Management and Economic Stability Act (hereafter "PROMESA"), 48 U.S.C.S. 2170, I am admitted or otherwise authorized to practice in this Court, appear in this case as counsel for Reliable Equipment Corporation, and hereby request that all notices given or required to be given and all motions, papers, pleadings, processes in this matter, orders and/or judgments entered or to be served in the above-captioned case be served upon the parties whose name and contact information is hereafter disclosed:

1. To: PABLO DEL VALLE RIVERA and MARIA A. MARTINEZ, TENANTS IN COMMON

Attn. Pablo Del Valle Rivera,

P.O. Box 2319

Toa Baja, PR 00951-2319

2. To: PABLO DEL VALLE RIVERA and MARIA A. MARTINEZ, TENANTS IN COMMON's Counsel

**JORGE R. QUINTANA-LAJARA**

U.S.D.C. NO. 219203

400 Calle Calaf, PMB 165

San Juan, Puerto Rico 00918-1314

Tel. 787-761-1067 /787-761-1310

Fax 787-283-9994

jorgequintanalajara@gmail.com

**LAW OFFICES OF MICHAEL CRAIG MCCALL**
**Michael Craig McCall**
USDC-PR 210412

2

P.O. Box 362634
San Juan, PR 00936-2634
Tel. 787-232-4530
Fax. (787) 274-8390
craigmcc@me.com

**WHEREFORE** the appearing party prays that the Clerk of Court take notice of the appearance of the undersigned counsel and to notify him of all proceedings in this case, including but not limited to, copies of the petition, schedule, motions, papers, pleadings, statements filed, all processes in this matter, and any and all orders and/or judgments entered in the above captioned case, and further prays that the names and addresses set forth above by added to the Master Address List kept in the above captioned case.

**WE HEREBY CERTIFY** that on this same date, a true and exact copy of this Notice of Appearance has been filed with the Clerk of the Court using the CM-ECF system which will send notification of such filing to all parties or counsels of record at their registered e-mail address.

Respectfully submitted in San Juan, Puerto Rico, this 29th day of June, 2018.

LAW OFFICES OF
MICHAEL CRAIG MCCALL
P.O. Box 362634
San Juan, PR 00936-2634
Tel. 787-232-4530
Fax. (787) 274-8390

**S/Michael Craig McCall**
Michael Craig McCall
USDC-PR 210412
craigmcc@me.com

**Counsel for Pablo Del Valle Rivera and María A. Martínez, Tenants in Common**