**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO FRBP 2019**
**OF THE CRUZ-SANTOS PLAINTIFF GROUP**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") and Section V.B. of the *Fourth Amended Notice, Case Management and Administrative Procedures* Order entered in Docket Entry 2839 on April 4, 2018 (the "Case Management and Administrative Procedures Order"), the present verified statement (the "Statement") is submitted by the Group of those certain 262 Plaintiffs in the case of Alejo Cruz-Santos *et al* v. Department of Transportation and Public Works ("DTOP") *et seq.*, CASP Case Num. RET 2002-06-1493 in the Public Service Appellate Commission ("CASP"), all creditors of the estate (collectively the "Cruz-Santos Plaintiff Group")[2].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The present Statement is filed in accordance to the Case Management and Administrative Procedures Order in connection with the cases ("Title III Cases") commenced by the above-captioned debtors under title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

In support of the Statement, the Cruz-Santos Plaintiff Group hereby respectfully state as follows:

## BACKGROUND

1. As of May 3, 2017 (the "Petition Date") and up to and including the date of this Statement, in these Title III Cases, the undersigned counsel represented [and continues to represent] the Cruz-Santos Plaintiff Group (each Plaintiff in the Group constitutes a "Member" thereof).

2. On July 26, 1995, the Cruz-Santos Plaintiff Group filed a complaint against the Commonwealth in the Court of First Instance of San Juan ("CFI"), Civil Case Num. K AC2013-1019, seeking declaratory judgment for the nullity of General Memorandum 5-86 of the Central Office for the Administration of Personnel ("OCAP" for its initials in Spanish), and the consequent correction of the regular rate of pay due to the illegal implementation of such regulation, which resulted in inoperative pay scales (the "Cause of Action"). Therefore, for purposes of Bankruptcy Rule 2019(c), the Cruz-Santos Plaintiff Group was formed on July 26, 1995.

3. As of the Petition Date, the Cruz-Santos Plaintiff Group had been litigating the Cause of Action against the Commonwealth for more than nineteen (19) years in the CFI and the CASP. As of the Petition Date the case was being entertained in the CASP and was in an advanced stage with a Motion for Summary Judgment filed by the Plaintiffs and pending adjudication by such forum.

4. Upon the filing of the Title III Cases, the Debtors did not notify the Cruz-Santos Plaintiff Group, nor any of its Members, of the Order for Relief, nor did they include the Cause of Action in its *Schedule H for Litigation Related Obligations*.

5. As of the Petition Date, the collective liability of the Commonwealth owed to the Cruz-Santos Plaintiff Group is approximately $5,000,000.00.

6. In accordance with Bankruptcy Rule 2019, the address for each Member is set forth in the Complaint against the Commonwealth, attached herein as <u>Exhibit A</u>. The individual amount of disclosable interest for each Member of the Cruz-Santos Plaintiff Group is yet to be determined by the CASP. However, the nature of the disclosable economic interests for each Member is the same: the correction of the regular rate of pay due to the illegal implementation of the Memorandum 5-86 regulation, which resulted in inoperative pay scales[3].

7. As of the date of this Statement, the undersigned represents the Cruz-Santos Group[4].

8. In addition, no individual Member of the Cruz-Santos Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) purports to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

9. For the avoidance of doubt, nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claim(s) filed or to be filed against or interests in the Debtors in any title III case held by any Member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

---

[3] In the abundance of caution, the Cruz-Santos Plaintiff Group informs that each Member's disclosable economic interest was acquired more than one (1) year prior to the Petition Date. As such, the Group contends that they are waived from the disclosure requirements of FRBP 2019(c)(2)(C).

[4] The undersigned also represents other Groups of creditors (which are unrelated to the Cruz-Santos Plaintiff Group) against certain other instrumentalities of the Commonwealth, each of which will be filing their respective separate Verified Statements in compliance with FRBP 2019.

10. The undersigned verify that the foregoing is true and correct to the best of their knowledge. Further, all rights to amend or supplement this Statement are fully reserved.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified, defined and in the manner established in ¶ II of the Case Management and Administrative Procedures Order, as amended on April 4, 2018 (Dockets No. 2839 of Case No. 17-03283 (LTS), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 29th day June 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

*Counsel for the Cruz-Santos Plaintiff Group*

4

**Exhibit A**
**Names, Addresses and Disclosable Economic Interest of the
Members of the Cruz-Santos Plaintiff Group[1]**

| NAME | ADDRESS |
|---|---|
| 1. ACEVEDO GUTIEREZ, OSVALDO | VICTORIA 307<br>PONCE  PR |
| 2. ACOSTA BATISTA, RAMON | HC-02  BUZON 17580<br>CALLE 14  BO MALPICA<br>RIO GRANDE PR  00745 |
| 3. ADORNO ADORNO, JUSTO | BO MAVILLA<br>BUZON #9321 VEGA ALTA, PR |
| 4. ADORNO ADORNO, PASCUAL | BO. MAVILLA BUZON HC-919312<br>VEGA ALTA |
| 5. ADORNO ADORNO, WILLIAM | BO MAVILLA BOX HC-919312<br>VEGA ALTA |
| 6. ADORNO MERCED, WILFREDO | HC 01 BOX 5740<br>Guaynabo,  PR |
| 7. AGOSTO CORREA, EVANGELINO | QUEBRADA HONDA<br>HC 81  BOX 7995<br>SAN LORENZO, PR  00754 |
| 8. ALBELO ORTIZ, HERMINIO | URB. ALTURAS DE CIBUCO<br>CALLE #3<br>COROZAL PR  00 |
| 9. ALEJANDRO CARRION, GERARDO | CP SANTA ELENA  #2452<br>CANTERA,  PR |
| 10.     ALICEA LEDU, TOMAS | APARTADO 1022<br>BO. CHARDON #74<br>PITABAYA  PR  00714 |
| 11.     ALVAREZ NIEVES, PEDRO | BO. CANDELARIA ARENA<br>BUZÓN 8062<br>TOA BAJA PR 00 |
| 12.     ALVERIO HERNANDEZ, CARLOS | HC-20 BOX 26100<br>BO. CAYAGUA<br>SAN LORENZO, PR  00754 |
| 13.     ANAYA ALICEA, JOSE | APT. 1103<br>ARROYO  PR  00714 |
| 14.     ANAYA DE JESUS, RAUL | BDA. MARIN CALLE 3-83-A<br>GUAYAMA,  PR  00 |
| 15.     APONTE DONES, CARMEN N. | URB.  LOS ALGARROBOS<br>CALLE G-K-9<br>GUAYAMA,  PR |
| 16.     APONTE SEPULVEDA, JOSE R. | HC 645  BOX 8378<br>TRUJILLO ALTO  00976 |
| 17.     AVILA GARCIA, PEDRO | RR-4 BOX 697<br>BAYAMON, PR  00619 |
| 18.     AYALA ALVAREZ, EFRAIN | BO. TOCONES LOIZA HC-17<br>BOX 4479 ESTANCIAS 9717<br>LOIZA, PR  00772 |
| 19.     AYALA CEPEDA, ISMAEL | URB. SANTIAGO CALLE C. CASA 71<br>LOIZA PR  00 |
| 20.     BRILLON COLON, JOSE | HC-02  BOX  14774<br>CAROLINA,  PR   00985 |
| 21.     BURGOS PINTO, FELIX A. | BO. PALO SECO APTDO. 232<br>MAUNABO,  PR |
| 22.     CABRERA GONZALEZ, FELIX | P.O.  BOX 654<br>SAN GERMAN, PR  00643 |
| 23.     CALDERON PEREZ, TIRSON | MEDIANIA ALTA HC 01 BOX 7145<br>LOIZA, PR  00772<br>787-876-1701 |
| 24.     CAMACHO LOPEZ, CELESTINO | CAMACHO LOPEZ, CELESTINO<br>HC. 03  57151 |
| 25.     CAMACHO SANTIAGO, ENRIQUE | BO. LA PLATA CORREO GENERAL<br>AIBONITO  PR   00286 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of May 3, 2017. For the avoidance of doubt, the Cruz-Santos Plaintiff Group will seek relief to modify the automatic stay to allow the CASP in Case Num. RET 2002-06-1493 to reach a final determination in connection with the amounts owed to each Member of the Group.

1

| | NAME | ADDRESS |
|---|---|---|
| 26. | CANTERO ORTIZ, ISAAC | |
| 27. | CARABALLO DELGADO, TOMAS | HC- 763 BUZON 3253<br>PATILLAS PR |
| 28. | CARRASQUILLO MATOS, PEDRO | Mediania Alta, sector tocones, Box HC01-4328, Loiza, PR 00772<br>939-245-2097 |
| 29. | CARRASQUILLO ORTIZ, FELIX | HC- O1 BOX 4663<br>LOIZA, PR 00772 |
| 30. | CARRASQUILLO SOTO, CARLOS | CALLE 613 BLOQ. 241<br>CASA #3 6TA. Sec.<br>VILLA CAROLINA PR 00630 |
| 31. | CARRION GUZMAN, LUZ NEREIDA | HC-1 BOX 8408<br>GURABO, PR 00728 |
| 32. | CARRION ORTIZ, TOMAS | HC1- 4925<br>ARROYO PR 00714 |
| 33. | CASANOVA SAMOT, JORGE L. | ANTONIO RODRIGUEZ 410<br>CATAÑO PR |
| 34. | CINTRÓN CINTRÓN, FLORENTINO | HC- 73 BOX 6073<br>NARANJITO, PR 00 |
| 35. | CINTRÓN CINTRÓN, VICTOR | HC-73 6089<br>BO. NUEVO<br>NARANJITO PR 00719 |
| 36. | CIRINO CALDERON JUAN | CAROLINA, PR |
| 37. | CLAUSELL CASERES, RAMON | CALLE 530 BLOQ. 196<br>CASA # 5<br>VILLA CAROLINA PR 00 |
| 38. | COLON GONZALEZ, IVETTE D. | BOX 606<br>RIO GRANDE PR 00745 |
| 39. | COLON LOPEZ, RAMON | HC-02 5106<br>BO CARITE, GUAYAMA PR 00 |
| 40. | COLON RAMOS, ANGEL L. | HC-02 BOX 4663<br>PALMAS BAJA<br>GUAYAMA, PR 00 |
| 41. | COLON SANTIAGO, RAFAEL | PO BOX 1436<br>ARROYO PR 00714 |
| 42. | COLON TRINIDAD, PEDRO | URB. FLABOYAN<br>CALLE 17-I-15 |
| 43. | COLON VEGA, NOEL | BOX 662<br>AÑASCO, PR 00620 |
| 44. | CONCEPCIÓN VILLALOBOS, ERNESTO E. | URB. ATENAS CALLE REYES LOPEZ #12-10 MANATI PR 00674 |
| 45. | CORA OCASIO, JOSE D. | HC-01 BOX 6033<br>ARROYO, PR<br>787-625-6712 |
| 46. | CORA RAMOS, MARCIAL | BO CACAO BAJO PATILLAS<br>BOX 787<br>PATILLA PR 00 |
| 47. | CORREA CURET, EDWIN E. | APARTADO 184<br>BO. CALIFORNIA<br>MAUNABO, PR |
| 48. | CORUJO FIGUEROA, AURORA | URB. VILLA ROSA NO. 2 CASA E-2<br>GUAYAMA PR 00784 |
| 49. | COSME ORTIZ, FRANCISCO | CALLE 204 G T 4<br>TERCERA EXT. COUNTRY CLUB<br>CAROLINA PR |
| 50. | COTTO SIERRA, JORGE | C/ COLON I CARRETERA MINE<br>Santurce |
| 51. | CRESPO MEJIAS, EDWIN | CALLE RUFINA 32<br>GUAYANILLA PR 00656<br>787—835-4040 |
| 52. | CRUZ ACEVEDO, CARMEN L. | CALLE 40 II - 60 EXT.<br>VILLAS DE LOIZA, PR 00929 |
| 53. | CRUZ ORTIZ, ANDRES | |
| 54. | CRUZ ORTIZ, FELIX | CALLE 10 K-7<br>URB. ALTO GRACIA |

2

| | NAME | ADDRESS |
|---|---|---|
| | | TOA BAJA, PR |
| 55. | CRUZ RODRIGUEZ, MARITZA D. | CALLE 14 V-4 EXT. VILLA RICA<br>BAYAMON, PR 00959 |
| 56. | CRUZ SANTOS, ALEJO | CALLE RELÁMPAGO<br>CASA C. |
| 57. | CRUZ SERRANO, ROBERTO | VILLA DEL REY 1ra. Secc.N R-1<br>CAGUAS, PR 00725 |
| 58. | CRUZ VALENTÍN, CARLOS A. | BDA. OLIMPO CALLE A NUM. 5<br>GUAYAMA PR 00 |
| 59. | DAVILA DE LA ROSA, MIGUEL E. | CALLE 3 BUZON 29 C<br>PARCELAS IMBERY<br>BARCELONETA, PR 00617 |
| 60. | DE JESUS DE JESUS, RAMON A. | BO MEDIANIA BAJA<br>APARTADO 184<br>LOIZA, PR 00772 |
| 61. | DE JESUS DIAZ, ROBERTO | VILLA MARISOL P.1028<br>CALLE DOLORES CRUZ<br>SABANA SECA, TOA BAJA PR |
| 62. | DE JESÚS GOMEZ, REGINO | BO. BARRANCAS BUZON 6311 #77<br>GUAYAMA, PR 00784 |
| 63. | DE JESUS IRAOLA, LIBORIO | APT. 574<br>ARROYO PR |
| 64. | DE JESUS TORRES, JOSE L. | BDA. SANTA ANA 252-11 CALLE C<br>GUAYAMA PR 00 |
| 65. | DE JESUS VAZQUEZ, OTILIO | COM. MIRAMAR CALLE MARGATIRTA<br>679 BOX 495423<br>GUAYAMA PR 00 |
| 66. | DE JUSUS SANTIAGO, ANGEL F. | PO BOX 573<br>ARROYO PR 00 |
| 67. | DIAZ ESTERES, MARIANO | DIAMANTE #60<br>VILLA BLANCA<br>CAROLINA PR 00 |
| 68. | DIAZ MORALES, ARCADIO | RR-6 B. 9849<br>RIO PIEDRAS, PR 00928 |
| 69. | DIAZ VELÁSQUEZ, CONCEPCIÓN | CALLE 28 R-11<br>URB. COSTA AZUL<br>GUAYAMA, PR 00784 |
| 70. | DIAZ VELAZQUEZ, ENRIQUE | PARCELAS LOS #491<br>ARROYO PR 00 |
| 71. | ECHEVARRIA SANCHEZ, DAVID | COMUNIDAD LUCIAS HC-164<br>BUZON 8214<br>GUANDAMAYA, PATILLA PR |
| 72. | ELIAS CALDERON, FELICIANO | BO. SAN JOSE P. 104<br>APARTADO 846<br>TOA BAJA, PR |
| 73. | FELIANO VELAZQUEZ, LUIS | HC-1 6353<br>ARROYO PR 00714 |
| 74. | FELIX ORTIZ, MANUEL | HC-763<br>BUZON 3711<br>PATILLAS, PR 00 |
| 75. | FERNANDEZ COLON, ORLANDO | HACIENDAS CARRAIZO<br>CALLE 1 CASA 66<br>TRUJILLO ALTO, PR |
| 76. | FERRER ALICEA, ROBERTO | PO Box 249<br>Naranjito, PR 00719<br>869-4049 |
| 77. | FIGUEROA MORALES, PEDRO J. | HC-01<br>BOX 8711 |
| 78. | GARCIA LEBRON, ROSA M. | CALLE 5 #704<br>BO. OBRERO SANTURCE PR |
| 79. | GARCIA MARTINEZ, SIXTO | BO. ALGARROBO<br>CARR. 171 |
| 80. | GARCIA MOLINA, LUIS A. | CARR. 152 BO. HIGUILLALES<br>NARANJITO, PR 00719 |
| 81. | GARCIA OYOLA, LUIS E. | BDA. CANDELARIA ARENAS<br>APT. 345<br>TOA BAJA, PR 00 |
| 82. | GERENA SERRANO, CARMELO | APARTADO 479<br>CIALES PR 00638 |

3

| NAME | ADDRESS |
|---|---|
| 83. GOMEZ RIVERA, JORGE | VILLA KENNEDY<br>EDIFICIO 34 APT. 520<br>SAN JUAN PR 00915<br>787-423-9896 |
| 84. GONZALEZ ORTIZ, FERNIDAND | CALLE ALELI J-21<br>JADINES DE RORIQUEN<br>CAROLINA PR 00630 |
| 85. GONZALEZ ORTIZ, JUAN I | HC-02 BUZON 8911<br>BO. HELECHAL BAJADAS PR 00794 |
| 86. GONZALEZ ROSA, JOSEFINA | CORDOVA DAVILA 153<br>MANATI PR 00674 |
| 87. GOYCO MORALES, RUBEN | BUCARE SU-18<br>HORMIGUEROS PR 00 |
| 88. GUERRA ACEVEDO, JOAQUIN | PARC. PTO. REAL<br>CALLE #1 CASA #20<br>CABO ROJO, PR 00623 |
| 89. GUZMAN CARRILLO, MARIO | CALE 1 #45<br>ALTURAS DE RIO GRANDE<br>RIO GRANDE, PR |
| 90. HERNANDEZ CINTRON, ISMAEL | HC-01 BOX 2360<br>BARRAQUITAS, PR 00 |
| 91. HERNANDEZ PAGAN, JOSE A. | CALLE LA ROSA #974<br>TRASTALLERE<br>SANTURCE PR 00 |
| 92. HERNANDEZ SANTIAGO, RAMON | HC 01 BOX 7068<br>GUAYNABO PR 00971 |
| 93. HUERTAS BURGOS, ELIUT | BO. CANTA GALLO C.<br>HC- 01 BOX 6605 MARCELINO<br>BURGOS GUAYNABO, PR 00971 |
| 94. HUERTAS BURGOS, TOMAS | HC-01 BOX 6646<br>GUAYNABO PR 00960 |
| 95. HUERTAS MORALES, LUIS E. | GUAYANEY #9<br>MANATI PR 00674 |
| 96. INDIO RIVERA, PEDRO | Calle Lguna 187<br>Barriada Isrrael, Hato Rey, PR 00917<br>787-209-3583 |
| 97. KUILAN FALCON, ALEJANDRO | APARTADO 457<br>TOA ALTA PR 00 |
| 98. LABOY RUBEST, MIGUEL A. | PO Box 4530<br>Arroyo 00714<br>787-557-6316 |
| 99. LAUREANO LAUREANO, HERIBERTO | BO. CAYAGUEROS<br>BOX. 7692<br>SAN LORENZO, PR 00714 |
| 100. LEBRON LOPEZ, ISRAEL | BOX 584<br>GUAYAMA, PR |
| 101. LOPEZ CARDONA, RAFAEL | SANTA ROSA ii<br>BUZON 6650<br>Guaynabo PR 00971 |
| 102. LOPEZ RIVERA, JORGE W. | PLAZA NAGUALES<br>BUZON HC 189<br>PR 00718 |
| 103. LOPEZ VALENTIN, JOSE R. | CALLE PALMAS 83 NORTE |
| 104. LOZADA GONZALEZ, EDUARDO | CALLE J II-1<br>ALTURAS DE RIO GRANDE<br>RIO GRNDE PR 00 |
| 105. LUGO GONZALEZ, TEODOCIO | BOX 8282<br>BARRIO PAMPANOS<br>PONCE PR 00732 |
| 106. LLANOS ANDINO, EDWIN | BDA. VENEZUELA<br>65 C/ JOSE SEVERO QUIÑÓNEZ<br>SAN JUAN PR 00926 |
| 107. MACHUCA BAEZ, JUAN | BO. CAMARONES CENTRO APT. 123<br>GUAYNABO, PR 00 |
| 108. MALDONADO CABRERA, JOSE R. | BO. MARIANO<br>BUZON 1128<br>NAGUABO PR |

4

| | NAME | ADDRESS |
|---|---|---|
| 109. | MALDONADO MONTALVO, JOSE L. | CALLE PESANTE #320<br>PDA. 25 SANTURCE, PR 00 |
| 110. | MALDONADO VAZQUEZ, JOSE E. | |
| 111. | MALDONADO VERDEJO, JOSE R. | HC-01 BOX 7543<br>LOIZA PR 00772 |
| 112. | MARIN NIEVES, HECTOR L. | BO. SANTA OLAYA CARR. 829<br>BAYAMON, PR 00957 |
| 113. | MARRERO BAEZ, RAFAEL | SECTOR EL TUQUE U 14<br>NUEVA VIDA<br>PONCE, PR |
| 114. | MARRERO CRUZ, NELSON | BO. CIBUCO SECTOR LOS PUERTOS<br>APT. 1000<br>COROZAL, PR |
| 115. | MARRERO RIVERA JOVINO | BO. CIBUCO SECTOR LOS PUERTOS<br>COROZAL, PR |
| 116. | MARRERO, RAFAEL | |
| 117. | MARTINEZ FERNANDEZ, ANGEL M. | URB. SAN SALVADOR A. RAMOS #B-24<br>MANATI PR 00674 |
| 118. | MARTINEZ SOTO, FELIX | URB.VIVES A-43<br>APARTADO 73<br>GUAYAMA, PR |
| 119. | MATOS COLON, JOSE L. | HC- 02 BOX 14776<br>CAROLINA, 000985 |
| 120. | MATOS COLON, RUBEN | HC02 BOX 14774<br>BO. BARRAZA CAROLINA, PR 00985 |
| 121. | MAYSONET SANTIAGO, WILLIAM | BDA. BITUMUL B.29<br>HATO REY, PR 00 |
| 122. | MEDINA TORRES, MARCELINO | CALLE APONTE #13 P<br>CANTERA PR |
| 123. | MEJIAS RAMOS, JORGE | |
| 124. | MELENDEZ RIVERA, MIGUEL A. | RES. LUIS LLOREN TORRES |
| 125. | MELENDEZ VAZQUEZ, HARRY | BOX 276<br>MK GUAYAMA, PR 00784 |
| 126. | MENDEZ MALDONADO, INES | |
| 127. | MENDEZ TELLADO, ANTONIO | APARTADO 501<br>LARES PR 00669 |
| 128. | MILLAN DE LEON, SANTOS | HC- 764 BUZON 8210<br>PATILLAS PR 00 |
| 129. | MIRANDA ALICEA, JUAN | BO. SANTA ANA CALLE A # 353<br>BUZON 5<br>GUAYAMA PR 00 |
| 130. | MONGE JIMMY, FRANCO | AVE. BORINQUEN 2330<br>BO. OBRERO<br>SAN JUAN, PR 00915 |
| 131. | MORALES RAMOS, JUAN A. | PARCELA #87 PALO SECO<br>MAUNABO PR 00 |
| 132. | MORALES ADORNO, IRENE | |
| 133. | MORALES COLON, EDGARDO | APARTADO 7351<br>BARRIO OBRERO STA.<br>SANTURCE, PR 00915 |
| 134. | MORALES LOZADA, WILFREDO A. | |
| 135. | MORALES MARTINEZ, PEDRO J. | CALLE CRISTINO FIGUEROA #68 A<br>AGUIRRE, PR 00 |
| 136. | MORALES MOLINA, MIGUEL A. | BOX 563<br>NARANJITO, PR 00719 |
| 137. | MORALES RAMOS, ANGEL L. | RR-5 BOX 5625<br>BO. NUEVO<br>BAYAMON, PR 00959 |
| 138. | MORALES ZAYAS, JOSE L. | CALLE ASTEN #723 VENUS GARDENS<br>RIO PIEDRAS, PR 00 |

5

| | NAME | ADDRESS |
|---|---|---|
| 139. | MORAN GUZMAN, JORGE L. | RES. ZORRAILLA EDF. #2 APT. 242 MANATI PR 00674 |
| 140. | MULERO DE JESUS, RAMON | MULERO DE JESUS, RAMON CALLE SERIOS BUZON 250 BUNEA VENTURA CAROLINA PR 00 |
| 141. | MULERO GARCIA, CARMEN D. | CALLE 508 #OL-4 4TA. EXTENSIÓN URB. COUNTRY CLUB CAROLINA, PR 00982 787-762-4749 / 678-9255 |
| 142. | MULERO RIVERA, CARMELO | BO. CERRO GORDO BUZON #406 BAYAMON, PR 00 |
| 143. | MULERO RIVERA, JESUS | RR. 4 4 BOX 793 BAYAMON, PR |
| 144. | MUÑIZ RIVERA, ENRIQUE | BDA MARIN CALLE 2 #89 A GUAYAMA, PR |
| 145. | NARVAEZ CORREA, MARIANO | BUZON 8092 BOX 2500 SUITE 325 CANDELARIA ARENA TOA BAJA PR |
| 146. | NEGRON ORTIZ, CARLOS R. | BO. MOROVIS SUR BUZON 2341 MOROVIS, PR 00687 |
| 147. | NERIS FLORES, GUMERSINDO | APARTADO 540 PATILLAS, PR 00723 787-839-9394 / 505-9361 |
| 148. | NIEVES MELENDEZ, MIGUEL | BO. CIBUCO COROZAL, PR |
| 149. | NIEVES NEGRON, JOSE M. | HC-73 BOX 5848 BO. NUEVO PARCELA MANGO BAJITO NARANJITO, PR 00719 |
| 150. | NIEVES RODRIGUEZ, JOSE | BO. NULAS HC-763 BUZON 3618 PATILLAS PR 00723 |
| 151. | NUÑEZ DEL VALLE, ANGEL | HC-02 BOX 15037 CAROLINA PR 00985 939-350-2555 |
| 152. | NUÑEZ DEL VALLE, DANIEL | HC-02 BOX 15024 CAROLINA, PR 00985 |
| 153. | NUÑEZ RIVERA, RENE | URB. ATENAS CALLE J. MARTINEX QUILES C-30 MANATI, PR 00674 |
| 154. | NUÑEZ SANCHEZ, RAMON | HC 02 BOX 15056 CAROLINA PR 00985 |
| 155. | OCASIO ROSADO, GUILLERMO | BO. 2 VOCA I BOX 12034 COROZAL, PR |
| 156. | OQUENDO MATIAS, JULIO | HC – 01 VILLA OLGA, TOA BAJA, PR |
| 157. | ORTIZ ADORNO, MIGUEL A. | BO. MAVILLA VEGA ALTA # C91-9321 VEGA ALTA, PR |
| 158. | ORTIZ CRUZ, EMILIO | APTO. 2205 BAYAMON, PR |
| 159. | ORTIZ DE JESUS, FREDDY J. | BO. MEDIANIA BAJA HC 01 BOX 3010 LOIZA, PR 00772 |
| 160. | ORTIZ RAMOS, JULIO E. | URB. SANTIAGO CALLE B #75 BUZON 24 LOIZA PR 00 |
| 161. | ORTIZ RAMOS, LUCIANO | HC 1 BOX 4550 BDA. MARIN ARROYO PR 00 |
| 162. | ORTIZ ROSARIO, ANGEL L. | PO BOX 493 CIALES PR |
| 163. | ORTIZ VIERA, JOSE R. | BO. CAMPANILLAS B-Z 395-D TOA BAJA, PR 00759 |
| 164. | OSORIO FUENTES, JOSE | HC-01 BOX 7014 MEDIANIA ALTA LOIZA PR 00772 |
| 165. | OTERO RIVERA, CARLOS | BO. NUEVO NARANJITO |

6

| NAME | ADDRESS |
|---|---|
| | NARANJITO, PR 00 |
| 166. PACHECO GONZALEZ, LUIS | 30,000 BN<br>San Isidro, Canovanas 00927<br>787-256-4058 |
| 167. PAGAN SANTO, GERALDO | RES. SANCHEZ OSORIO<br>ED. 6 APT. 19<br>CAROLINA PR 00 |
| 168. PAGAN SANTOS, JOSEFA | CALLE FAJARDO #332<br>VILLA PALMERAS<br>SANTURCE PR 00907-08 |
| 169. PANTOJA AUTET, JORGE LUIS | HC-01 BOX 8757<br>AGUAS BUENAS PR 00703 |
| 170. PERDOMO RUIZ, MIGUEL | HC-01 BOX 5211<br>CIALES PR 00638 |
| 171. PEREZ BONILLA, JORGE M. | CALLE 12, BUZON 3035<br>MONTE VERDE SAN ISIDRO<br>CANOVANAS, PR 00629 |
| 172. PEREZ ROSARIO, RUBEN | EDIF. 4 APT. 84<br>RIO PIEDRAS, PR 00926 |
| 173. PIZARRO DAVILA, JOSE R. | URB. SANTIAGO CALLE A #101<br>BUZON 27<br>LOIZA, PR 00672 |
| 174. QUIÑÓNEZ CARRASQUILLO, WILLIAM | BO. MEDIANIA BAJA,<br>SECTOR #23 CORREO GEN<br>LOIZA, PR 00 |
| 175. RAMOS CLAUDIO, WILLIAM | HC-03 38027<br>BO. TOMAS DE CASTRO #1 |
| 176. RAMOS ORTIZ, ANGEL L. | PARCELAS CABAZA #372<br>AGUIRRE, PR 00 |
| 177. RAMOS RAMOS, RAFAEL | HC-01 BOX 6900<br>COROZA, PR 00783 |
| 178. RAMOS SANTIAGO, DAVID | BO. PUESTO JOHAR CALLE D<br>GUAYAMA |
| 179. RESTO ADORNO, JORGE | |
| 180. REYES AVILES, EPIFANIO | |
| 181. RIOS CATALA, ENRIQUE | ALTURAS DE CIBUCO<br>CALLE C-#82<br>COROZAL, PR |
| 182. RIOS MARTINEZ, REYNALDO | Apartado 1358<br>PATILLAS, PR 00723<br>787-839-7215 |
| 183. RIVERA CARTAGENA, ROBERTO | APARTADO 853<br>CIDRA PR 00739 |
| 184. RIVERA COTTO, SANTO | BO. RINCON CIDRA APATADO 794<br>ARROYO PR 00 |
| 185. RIVERA HERNANDEZ, SECUNDINO | RIVERA HERNANDEZ, SECUNDINO<br>JARANDILLA 457<br>SAN JOSE RIO PIEDRAS PR |
| 186. RIVERA OQUENDO, RAFAEL | PO BOX 2099<br>ARECIBO PR 00613 |
| 187. RIVERA ROSA, CARLOS | CALLE SAN LORENZO<br>#37 INTERIOR<br>CATAÑO PR 00962 |
| 188. RIVERA SANCHEZ, CONFESOR | HC-645 BOX 4276<br>TRUJILLO ALTO PR 00976 |
| 189. RIVERA SANCHEZ, VICTORIANO | HC 645<br>BOX 4245<br>TRUJILLO ALTO PR 00976 |
| 190. RIVERA VIRELLA, JOSE F. | BOX 257<br>BO. ALDEA COROZAL |
| 191. ROBLES FEBUS, JUAN R. | CARR. 815 BUZON 659 A<br>BO. NUEVO NARANJITO |
| 192. ROBLES LUGO, ANGEL L. | CALLE #2 B-119<br>BDA. OLIMPO GUAYAMA, PR 00 |
| 193. ROBLES ORTIZ, JOSE A. | CALLE GARDENIA F-14<br>URB. GREEN HILLS<br>GUAYAMA, PR 00 |

| NAME | ADDRESS |
|---|---|
| 194. RODRIGUEZ CARRASQUILLO, HERMINIO | BOX 7556<br>CAROLINA, PR 00986 |
| 195. RODRIGUEZ ESPARRA, ORLANDO | |
| 196. RODRIGUEZ ESTRADA, DAVID | HC 67<br>BOX 13186<br>BO. MINILLAS BAYAMON PR |
| 197. RODRIGUEZ LOZADA, ANDRES | CALLE TOPACIO, BUZON 6160,<br>ISABELA, PR 00662\<br>TEL 787-469-1065 |
| 198. RODRIGUEZ MALDONADO, GUILLERMO | |
| 199. RODRIGUEZ MARTINEZ, DOMINGO | JARDINES DE GUAMANI<br>CALLE 2 – A-19<br>GUAYAMA PR 00 |
| 200. RODRÍGUEZ PEREZ, JOSE A. | PARCELA 377 VILLA OLGA<br>TOA BAJA, PR 00 |
| 201. RODRIGUEZ RAMIREZ, ROBERTO | CALLE JERUSALÉN #441<br>SABANA LLANA<br>RIO PIEDRAS, PR |
| 202. RODRIGUEZ RODRIGUEZ, LOURDES | BOX 8416<br>PONCE, PR |
| 203. RODRIGUEZ SOTO, ISMAEL | PALO SECO HC 1 3757<br>MAUNABO PR 00707 |
| 204. RODRIGUEZ SUAREZ, BENJAMIN | CALLE 2-A 138 URB. JOSE RIVERA<br>QUIÑÓNEZ, CAROLINA, PR |
| 205. RODRÍGUEZ VAZQUEZ, GILBERTO | CALLE 45 BLOQ. 39 H13<br>MIRA FLORES, BAY. PR 00959<br>279-3696 / 407-4345 |
| 206. RODRÍGUEZ SANCHEZ, GASPAR | HC-03 37998<br>CAGUAS |
| 207. ROMERO ALICEA, DOMINGO | BO. CACAO ALTO<br>HC-763<br>BOX 3400<br>PATILLAS, PR 00 |
| 208. ROMERO MONERO, VICTOR | HC 01 BOX 7317<br>LOIZA, PR 00772 |
| 209. ROSADO RIVAS, PASTOR | BO. MAVILLA, BUZON 5<br>VEGA ALTA, PR 00762 |
| 210. ROSARIO COLON, FELIX | CALLE E-12<br>BARRIADA VIETNAN<br>CATAÑO PR |
| 211. ROSARIO DE JESÚS, VICTOR | CALLE HORTENSIA 294<br>BO. BUENA VISTA<br>CAROLINA PR 00 |
| 212. ROSARIO DE LEON, DANIEL | BO. OLIMPO CALLE # CASA 194<br>GUAYAMA PR 00785 |
| 213. ROSARIO SANCHEZ, JUAN A. | ROSARIO SANCHEZ, JUAN A.<br>HC1 BOX 6356<br>LAUREL ARROYO PR 00714 |
| 214. ROSARIO SANTOS, LUIS M. | BO. MOSQUITO PASADO 9 BUZON 2013<br>AGUIRRE PR |
| 215. SANABRIA BONES, MARTIN | HC1 BOX 6273<br>ARROYO PR 00714 |
| 216. SANABRIA BONES, MAXIMINO | BUZON 6107<br>ARROYO PR 00714 |
| 217. SÁNCHEZ MERCADO, HERIBERTO | PARCELA F-10 BUZON 1902<br>VILLA CONQUISTADO SAN ISIDRO<br>CANOVANAS PR 00729 |
| 218. SANTANA CANALES, MANUEL | |
| 219. SANTIAGO BERRIOS, RAYMOND | BOX 253<br>ARROYO PR 00 |
| 220. SANTIAGO COLON, AFORTUNATO | CALLE SAN CIPRIAM<br>BO. CORAZON 912<br>GUAYAMA, PR 00 |
| 221. SANTIAGO PADILLA, RAMON | HC-02 5095<br>BO. CARITE CHINO |

| | NAME | ADDRESS |
|---|---|---|
| | | GUAYAMA PR 00784<br>787-532-4506 |
| 222. | SANTIAGO PEREZ, JOSE R. | PO BOX 292<br>CATAÑO PR 00962 |
| 223. | SANTIAGO RIVERA, ISRAEL | RESIDENCIAL PADRE NAZARIO<br>BLOQ. 10 #72<br>GUAYANILLA PR |
| 224. | SANTIAGO SANTIAGO, SECUNDINO * | BO. QUEBRADA CRUZ<br>APT. P.O. BOX 1209<br>TOA ALTA, PR 00953 |
| 225. | SANTIAGO SOTO, CARMEN S. | URB. SAN ANTONIO<br>CALLE N- J-166<br>ARROYO, P.R 00714 |
| 226. | SANTIAGO SOTO, EDUARDO | BO. ANTIGUA BUZON HC-01<br>BOX 5978 |
| 227. | SANTOS MERCADO, HERIBERTO | PARCELA F-10 BUZÓN 1902<br>VILLA CONQUITADOR SAN ISIDRO<br>CANOVANAS PR 00729 |
| 228. | SERRANO FLORES, EMILIANO | BO. CERO GORDO BUZÓN 2 J22<br>SAN LORENZO, PR |
| 229. | SILVA PORRATA, JESUS B. | URB. LA HACIENDA #47-AO34<br>GUAYAMA PR 00 |
| 230. | SOTO GONZALEZ, RAMON L. | Calle 2 Buzon 204<br>Barriada Olimpo Guayama 00784<br>787-864-6938 |
| 231. | SOTO RODRÍGUEZ, CESAR | CALLE 7 B-26 MARIOLGA<br>CAGUAS, PR |
| 232. | SOTO RAMOS, CELENIO | SOTO CELENIO |
| 233. | TAPIA ESCALERA, VICTOR | RES. SAN PATRICIO ED. 2 APT. 11<br>LOIZA PR 00772 |
| 234. | TORRES CHEVERES, DEOMICIO | |
| 235. | TORRES ESPADA, CARMELO | CUPEY GARDEN<br>CALLE T-5 A6<br>RIO PIEDRAS, PR 00926 |
| 236. | TORRES GONZALEZ, EDDIE R. | VIA 9 2LL 329 VILLA FONTANA<br>CAROLINA, PR |
| 237. | TORRES GREGORIO | HC-615 BOX 4128<br>TRUJILLO ALTO PR |
| 238. | TORRES GUZMAN, MARIANO | BO. MAMEY II HC-01<br>BOX 45999<br>GUAYNABO, PR 00971 |
| 239. | TORRES RAMOS, EFRAIN | HC-01 BOX 5779<br>GUAYNABO, PR 00971 |
| 240. | VALDES CRUZ, ROBERTO | URB. RIO PLATA APT. A-3<br>COMERIO |
| 241. | VALENTIN CRESPO, EFRAIN | HC-02 BOX 6788<br>BO. PALMAR<br>AGUADILLA PR |
| 242. | VALENTIN MAISONET, JOSE A. | BOX 1225<br>MANATI, PR 00764 |
| 243. | VAZQUEZ DE LEON, BASILIO | BO. JAGUAR HC-763<br>BUZON 3465<br>PATILLAS PR 00723 |
| 244. | VAZQUEZ PADILLA, FRANCISCO | HC-03 BOX 12387<br>BO. PALOS BLANCOS<br>COROZAL |
| 245. | VAZQUEZ PADRO, BENJAMIN | URB. SAN DEMETRIO CALLE A-C-7<br>VEGA BAJA PR |
| 246. | VAZQUEZ RODRIGUEZ, ANGEL L. | RESIDENCIAL LA LULA<br>CALLE J #11 |
| 247. | VAZQUEZ RODRIGUZ, WILFREDO | URB. RIO SOL CALLE #2 B-7<br>PEÑUELAS PR |
| 248. | VAZQUEZ ROMAN, ISMAEL | BO. PALAMAS HC-02<br>BOX 4058<br>GUAYAMA PR 00 |
| 249. | VAZQUEZ SANTIAGO, ALEJANDRINO | BO. LA PLATA<br>CORREO GENERAL |

9

| | NAME | ADDRESS |
|---|---|---|
| | | AIBONITO PR 00786 |
| 250. | VAZQUEZ SANTIAGO, MIGUEL | BRISAS DE AIBONITO CALLE TRINITARIA BUZON 13 AIBONITO PR 00 |
| 251. | VEGA MALAVE, FELIX | HC-01 BOX 6310 AIBONITO PR 00 |
| 252. | VEGA ROLON, CARLOS J. | HC-01 BOX 5964 AIBONITO PR 00705 |
| 253. | VEGA SOTO, FRANCISCO | HC-01 BOX 06400 BO. PASTO AIBONITO PR |
| 254. | VEGA VAZQUEZ, CELSO | PARCELA NUEVA VIDA CALLE 4-A 180 EL TUQUE PONCE PR |
| 255. | VELAZQUEZ COTTO, RAUL | CALLE SOL #99 SUR GUAYAMA PR |
| 256. | VELAZQUEZ RODRIGUEZ, JORGE | CAUSELLS CALLE SHANGAII #109 PONCE PR |
| 257. | VELAZQUEZ VARGAS, GERALDO | CALLE 5 #133 BDA. LAS MONJAS HATO REY PR 787-203-4889 |
| 258. | VELEZ RAMOS, DOMINGO | HC-03 BOX 12097 UTUADO PR 00641 |
| 259. | VENTURA PADILLA, WILFREDO | PUEBLITO ROJO #14 MANATI PR |
| 260. | VERDEJO PIZARRO, JOSE | CALLE RIO GRANDE 207 SANTURCE PR |
| 261. | VERGARA MONT, LUIS E. | HC-02 BOX 6355 FLORIDA PR 00630 |
| 262. | VILLANUEVA SANTANA, PEDRO J. | C/56 BLOQ. 68 #44 VILLA CAROLINA, PR 00985 |