**<u>Exhibit A – Proposed Order</u>**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------- x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

        as representative of

THE COMMONWEALTH OF PUERTO RICO *et al.*,

        Debtors.[1]

---------------------------------------------------------------------- x

     :
     :
     :  PROMESA
     :  Title III
     :
     :  Case No. 17-BK-3283 (LTS)
     :
     :  (Jointly Administered)
     :
     :

## ORDER GRANTING CREDITORS' COMMITTEE'S MOTION FOR ENTRY OF BRIEFING SCHEDULE REGARDING INVESTIGATOR'S PROPOSED "EXIT PLAN"

Upon consideration of the *Unopposed Motion for Entry of Briefing Schedule Regarding Investigator's Exit Plan* (the "Motion"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to PROMESA section 310; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of this Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion, the Court finds the briefing schedule described below is appropriate for the parties' objections and statements regarding the Investigator's proposed Exit Plan.   Accordingly, it is hereby ORDERED THAT:

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1.      The Committees (the Committee and the Retiree Committee) or any other party may submit objections to the proposed exit plan to be filed by the Investigator (the "Exit Plan"), including but not limited to any objections regarding the extent of the GDB documents the Independent Investigator intends to include in its Exit Plan, by no later than **July 12, 2018**.

2.      Any party may file a reply in support of the relief sought in the Exit Plan or a response to any objection by no later than **July 20, 2018**.

Dated:    July __, 2018

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE