UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
------------------------------------------------------------------------ x
                                                                         :
In re:                                                                   :
                                                                         :
THE FINANCIAL OVERSIGHT AND                                              : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                        : Title III
                                                                         :
          as representative of                                           : Case No. 17-BK-3283 (LTS)
                                                                         :
THE COMMONWEALTH OF PUERTO RICO et al.,                                  : (Jointly Administered)
                                                                         :
          Debtors.¹                                                      :
------------------------------------------------------------------------ x
```

**ORDER GRANTING CREDITORS' COMMITTEE'S MOTION FOR ENTRY OF BRIEFING SCHEDULE
REGARDING INVESTIGATOR'S PROPOSED "EXIT PLAN"**

Upon consideration of the *Unopposed Motion for Entry of Briefing Schedule Regarding Investigator's Exit Plan* (the "Motion"),² and taking notice of the agreement among the parties, this Court hereby ALLOWS the Motion and orders as follows:

1.      The Committees (the Committee and the Retiree Committee) or any other party may submit objections to the proposed exit plan to be filed by the Investigator (the "Exit Plan"), including but not limited to any objections regarding the extent of the GDB documents the Independent Investigator intends to include in its Exit Plan, by no later than **July 12, 2018**.

---

1.      The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and  (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2.      Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

2. Any party may file a reply in support of the relief sought in the Exit Plan or a response to any objection by no later than **July 20, 2018**.

This resolves Dkt. No. 3407

SO ORDERED.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

Dated:   July 2, 2018