**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>THIS DOCUMENT RELATES ONLY TO THIS TITLE III CASE[2] |

## CERTIFICATE OF SERVICE

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

**COMES NOW**, the undersigned counsel, who respectfully states and prays as follows:

I HEREBY CERTIFY that true and correct copies of the *Notice of Appearance and Request for Service* and the *Verified Statement pursuant to FRBP* 2019, both filed on June 29, 2018 on behalf of the Acevedo-Arocho Plaintiff Group [ECF Nos. 3392, 3402] were delivered via CM/ECF on any interested party registered to receive service through CM/ECF, and sent on July 2, 2018,

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This clarification is made in accordance with the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases*. See, ECF No. 167 at ¶ 5 of p. 4.

via U.S. Mail to the Chambers of the Honorable Laura Taylor Swain (2 copies) and to the Office of the United States Trustee for Region 21 to the following addresses[3]:

**Honorable Laura Taylor Swain**
U.S. District Court for the Southern District of NY
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Suite No. 3212
New York, New York 10007-1312

**Office of the U.S. Trustee for Region 21**
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901-1922

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 3rd day of July 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

---

[3] In accordance to Sections I.B. and II.A.(i) and (iii) of the Fo*urth Amended Case Management Procedures* Order dated April 4, 2018. See [ECF No. 2839, Pp. 5, 7]

2