## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA

Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

**TO THE HONORABLE COURT:**

    **COMES NOW,** David Farrington Yates (hereinafter, the "Applicant"), and states and requests as follows:

1.     Applicant is an attorney and member of the law firm of Kobre & Kim LLP, with an office at 800 3rd Avenue, New York, New York 10022.

2.     Applicant makes the instant request to appear *pro hac vice* on behalf of Kobre & Kim LLP, the independent investigator retained by the Financial Oversight and Management Board for Puerto Rico, acting by and through the Special Investigation Committee of the Oversight Board.[2]

3.     Applicant will sign all pleadings with the name D. Farrington Yates.

---

[1] The debtors in the above referenced cases (the "Title III Cases"), along with each debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284(LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (iv) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (collectively, the "Debtors").

[2] The Special Investigation Committee of the Oversight Board comprises of Members Ana J. Matosantos, David A. Skeel, and Judge Arthur J. Gonzalez (Ret.), and is charged with pursuing investigations pursuant to the authority granted to the Oversight Board by PROMESA Section 104(o) and such other authority invested in the Oversight Board under PROMESA.

4. Applicant's contact information is as follows:

**Name**: David Farrington Yates

**Email**: Farrington.Yates@kobrekim.com

**Telephone**: (212) 488-1211

**Facsimile**: (212) 488-1220

5. Since 1999, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of New York, where his attorney registration number is 2986586.

6. Applicant has been admitted to practice before the following courts:

| **Court** | **Date of Admission** |
|---|---|
| District of Columbia | 1998 |
| Florida | 1994 |
| Texas | 1987 |
| U.S. Bankruptcy Court for the Southern District of New York | 1999 |
| U.S. District Court for the Northern District of New York | 1999 |
| U.S. District Court for the Southern District of New York | 1999 |
| U.S. Court of Appeals for the Second Circuit | 2017 |

7. Applicant is a member in good standing of the bars of the courts listed in the preceding paragraph.

8. Applicant is not currently suspended from the practice of law before any court of jurisdiction.

9. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding, or criminal charges before any court of jurisdiction.

10. During the past three years, Applicant has not filed for *pro hac vice* admission in the United States District Court of the District of Puerto Rico.

11. Local counsel of record associated with the Applicant in this matter is:

A&S LEGAL STUDIO, PSC
Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Telephone: 787.977.1932
Facsimile: 787.722.1932
dvelawoffices@gmail.com

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300 per appearance in each new case before the Court. Applicant will comply with the rules. Payment of the *pro hac vice* admission fee has been made contemporaneously with the instant filing.

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: July 3, 2018

D. Farrington Yates

/s/ D. Farrington Yates
Signature of Applicant

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

D. Farrington Yates

/s/ D. Farrington Yates
Signature of Applicant

RESPECTFULLY SUBMITTED.

In San Juan Puerto Rico, this 3rd of July 2018

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

        A&S LEGAL STUDIO, PSC
*Counsel for the Financial Oversight and Management Board for Puerto Rico*

S/Luis F. del Valle
_____

Luis F. del Valle-Emmanuelli
USDC-PR No. 209514
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.977.1932
Fax. 787.722.1932
dvelawoffices@gmail.com

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

SO ORDERED.

In San Juan, Puerto Rico, this ___ day of _____, 2018.

_____
**HON. LAURA TAYLOR SWAIN**
**U.S. DISTRICT JUDGE**