# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA TITLE III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | |
| | : | |
| as representative of | : | Case No.  17 BK 3283-LTS |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO | : | (Jointly Administered) |
| | : | |
| Debtor[1] | : | |
| _____ | : | |
| | : | |
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA TITLE III |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | |
| | : | |
| as representative of | : | Case No.  17 BK 3567-LTS |
| | : | |
| PUERTO RICO HIGHWAYS AND | : | THIS PLEADING RELATES |
| TRANSPORTATION AUTHORITY | : | ONLY TO THIS TITLE III CASE |
| _____ | : | |

## NOTICE OF WITHDRAWAL OF
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE COURT:**

**COMES NOW** creditor, Las Monjas Realty II, SE ("Las Monjas"), represented by the

---

[1] The Debtors in these title III cases, along with the last four digits of each Debtor's federal tax identification number, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (No. 17-BK-3283-LTS) (3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (No. 17-BK-3566-LTS) (9686); (iii) Puerto Rico Highways and Transportation Authority (No. 17-BK-3567-LTS) (3808); (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (No. 17-BK-3284-LTS) (8474); and (v) Puerto Rico Electric Power Authority (No. 17-BK-4780-LTS) (3747).

undersigned counsel, notifying the withdrawal of its request for relief from the automatic stay filed on June 20, 2018 (Docket No. 3321), based upon a stipulation executed on even date between Las Monjas and the Puerto Rico Highways and Transportation Authority, which will be presented to this Honorable Court in the next omnibus motion for approval of modifications to the automatic stay.

**WHEREFORE** this Honorable Court is hereby notified that Las Monjas Realty II, SE withdraws its motion for relief from the automatic stay of 11 U.S.C. § 362(d)(1), pursuant to the stipulation executed between Las Monjas and the Puerto Rico Highways and Transportation Authority.

**CERTIFICATE OF SERVICE:**  It is hereby certified that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Office of the United States Trustee and to all parties of record in such system.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 3rd day of July, 2018.

**G.A. Carlo-Altieri Law Offices, LLC**
**Attorneys at Law**
254 San Jose St., Third Floor
San Juan, Puerto Rico 00901
Phone: (787) 247-6680
Fax: (787) 919-0527

 /s/ Kendra Loomis
Kendra Loomis
USDC PR No. 227408
E-mail: loomislegal@gmail.com
Mobile: (787) 370-0255