UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ----------------------------------------------------------------X<br><br>In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1]<br><br>----------------------------------------------------------------X | PROMESA<br>Title III<br><br>Case No. 3:17-bk-03283 (LTS)<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>    Debtor.<br><br>----------------------------------------------------------------X | PROMESA<br>Title III<br><br>Case No. 3:17-cv-01685 (LTS)<br>Case No. 3:17-bk-03566 (LTS) |

**AFFIDAVIT OF SERVICE**

---

[1] The Debtors in these Title III cases, along with each Debtor's Bankruptcy Court case number and last four (4) digits of each Debtor's federal tax identification number are (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) The Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Sales Tax Financing Corporation (Bankr. Case No. 17-bk-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iv) Puerto Rico Highways and Transportation Authority (Bankr. Case. No. 17-bk-3567 (LTS) (Last Four Digits of Federal Tax ID: 3808).

NAI-1503990588v1

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

Marguerite M. Melvin, being duly sworn, deposes and says:

1. I am employed by Jones Day, 250 Vesey Street, New York, New York 10281, I am over eighteen years of age, and am not a party to the above-captioned cases.

2. On July 3, 2019, I caused a copy of the following:

- *Motion of Certain Secured Creditors of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico For Relief From the Automatic Stay* [Docket No. 3418]

to be served, via the Court's electronic case filing and noticing system, via email, upon the parties listed on the service list attached hereto as <u>Exhibit A</u>, and by first class mail upon the parties listed on <u>Exhibit B</u>.

<i>/s/ Marguerite M. Melvin</i><br>
Marguerite M. Melvin

SWORN TO AND SUBSCRIBED before
me this 3rd day of July, 2018

*/s/ Dolly Waters*
Dolly Waters, Notary Public

Notary Public, State of New York
No. 01WA4877730
Qualified in Nassau County
Commission Expires November 17, 2018

NAI-1503990588v1                           2

**Exhibit A**

aaa@mcvpr.com
aaneses@cstlawpr.com
abhishek.kalra@lehmanholdings.com
abyowitz@kramerlevin.com
acasellas@amgprlaw.com
acaton@kramerlevin.com
acordova@juris.inter.edu
acouret@smlawpr.com
adeliz@smlawpr.com
adiaz@cnrd.com
adiaz@lsplawpr.com
adminfinance@bldmpr.com
adtoro@pico-blanco.com
afernandez@delgadofernandez.com
agestrella@estrellallc.com
agraitfe@agraitlawpr.com
ahowie@sagwlaw.net
ajb@bennazar.org
akherring@wlrk.com
alavergne@lsplawpr.com
alavinbuk@robbinsrussell.com
aleblanc@milbank.com
alexandra.bigas@gmail.com
Alexandra.verdiales@libertypr.com
alexbongartz@paulhastings.com
alinares2020@yahoo.com
allan.brilliant@dechert.com
amiller@milbank.com
ana.chilingarishvili@maslon.com
anabelle.centeno@pridco.pr.gov
andreslopecordova@gmail.com
andrewtenzer@paulhastings.com
angelica.toro@popular.com
anthonybuscarino@paulhastings.com
antoniofuentesgonzalez@yahoo.com
anunez@smlawpr.com
apavel@omm.com
aperez@kpmg.com
apico@jgl.com
arizmendis@reichardescalera.com
arosenberg@paulweiss.com
arwolf@wlrk.com
asantiago@amgprlaw.com
asociacióngerencialescfse@gmail.com
auetz@foley.com
ayanez@willkie.com
bankruptcynoticeschr@sec.gov
barrios.jl@outlook.com
bbobroff@proskauer.com

bbolin@wlrk.com
belkgrovas@gmail.com
beth@hbsslaw.com
bfriedman@stblaw.com
bgm.csp@bennazar.org
bkfilings@fortuno-law.com
bmd@bmdcounselors.com
bos-bankruptcy@hklaw.com
brantkuehn@quinnemanuel.com
brian.klein@maslon.com
brian.pfeiffer@whitecase.com
brosen@proskauer.com
bufetefrgonzalez@gmail.com
buzz.rochelle@romclaw.com
cabruens@debevoise.com
carla.garcia@oneillborges.com
carla.rodriguezbernier@yahoo.com
carlos.lugo@saldanalaw.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carmelo@bldmpr.com
casey.servais@cwt.com
castilloricardo977@gmail.com
ccolon@mccsprmaxtruj@gmail.com
ccooper@cooperkirk.com
ccuprill@cuprill.com
cdipompeo@jonesday.com
cesar.a.lopez-morales@usdoj.gov
cfebus@proskauer.com
cgray@reedsmith.com
chris.maddux@butlersnow.com
clarisasola@hotmail.com
clark.whitmore@maslon.com
claudia.quinones@indianowilliams.com
cmechling@stroock.com
colonyasmin@hotmail.com
condecarmen@condelaw.com
corraldieg@gmail.com
craigmcc@me.com
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
cvelaz@mpmlawpr.com
cwedoff@jenner.com
daniel.bustos@excelerateenergy.com
daniel.connolly@bracewell.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com

NAI- 1503990588v1          A-1

daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
darrengoldman@quinnemanuel.com
david.indiano@indianowilliams.com
david.lawton@bracewell.com
david.powlen@btlaw.com
davidcarrionb@aol.com
davisjo@gtlaw.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dbussel@ktbslaw.com
dcantor@omm.com
ddunne@milbank.com
delapena.sylvia@gmail.com
dfliman@stroock.com
dg@g-glawpr.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
Douglas.Hallward-Driemeier@ropesgray.com
dpatel@saul.com
dperez@omm.com
dschlecker@reedsmith.com
dvelawoffices@gmail.com
eakleinhaus@wlrk.com
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo_barreto@yahoo.com
edward.linden@stblaw.com
elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emontull@cstlawpr.com
emunozpsc@gmail.com
epo@amgprlaw.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
escalera@reichardescalera.com
eschaffer@reedsmith.com
estudiolegalrivera2@gmail.com
etejeda@splawpr.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fernando@cszlawpr.com

ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
fingerk@gtlaw.com
fpabon@lvvlaw.com
francisco.delcastillo@bennazar.org
fserra@sampr.com
fsilva@claropr.com
fsosnick@shearman.com
fvander@reichardescalera.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gar@crlawpr.com
Gerardo.Portela@aafaf.pr.gov
gerardopavialaw@msn.com
ghorowitz@kramerlevin.com
gkurtz@whitecase.com
glee@mofo.com
glenncarljameslawoffices@gmail.com
gls@lopezsolerlaw.com
gmainland@milbank.com
gonzalezbadillo@gmail.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gramlui@yahoo.com
gregory.silbert@weil.com
gspadoro@csglaw.com
gviviani@sanpir.com
harlawpr@gmail.com
Harnaud@cwsny.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
herman@oneillborges.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
howard.hawkins@cwt.com
hproctor@cooperkirk.com
huttonj@gtlaw.com
hvaldes@v-olaw.com
hwalker@gibsondunn.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
ileanaortix@outlook.com
info@wotecpr.org
info@wotecprmandryj@yahoo.com
ivandialo2001@yahoo.com
ivonnegm@prw.net
jaimeenriquecruzalvarez@gmail.com

NAI-1503990588v1                A–2

jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
jay.goffman@skadden.com
jbgoplerud@sagwlaw.net
jblanco@fpglaw.com
jbolian@robbinsrussell.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jchristiansen@gibsondunn.com
jcunningham@whitecase.com
jdorsey@ycst.com
jdugan@willkie.com
jean.lin@usdoj.gov
jemudd@yahoo.com
jerichman@proskauer.com
jescobar@smlawpr.com
jessica@bufete-emmanuelli.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
Jf@cardonalaw.com
jfeldesman@FTLF.com
jfigueroa@arroyorioslaw.com
jkapp@mwe.com
jknox@reedsmith.com
jkorn@willkie.com
jlawlor@wmd-law.com
jlcumbastorres@yahoo.com
JLevitan@proskauer.com
jlgere@gmail.com
jlopez@constructorasantiago.com
jminas@willkie.com
jmoralesb@microjuris.com
jnieves@gonzalezmunozlaw.com
jonathan.polkes@weil.com
jorgequintanalajara@gmail.com
jose.enrico.valenzuela1@gmail.com
jose.sosa@dlapiper.com
jpatton@ycst.com
jpeck@mofo.com
jpsala_pr@yahoo.com
Jramirez@amrclaw.com
jrapisardi@omm.com
jreyes@sanpir.com
jrivlin@afscme.org
jsalichs@splawpr.com

jsanchez@lsplawpr.com
jsanchez@scvrlaw.com
jsantos@smlawpr.com
jsoto@jbsblaw.com
juan@jahrlaw.com
juan@riverafont.com
juans@prtc.net
Julian.fernandez@metropistas.com
jvankirk@tcmrslaw.com
jvannah@santandersecurities.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jweiss@ktbslaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
kbgoldberg@wlrk.com
kbolanos@cnrd.com
kdm@romclaw.com
Keith.Wofford@ropesgray.com
kelly.diblasi@weil.com
kelly.mcdonald@shearman.com
kellyrivero@hotmail.com
kevin.collins@btlaw.com
kgwynne@reedsmith.com
khansen@stroock.com
kkimpler@paulweiss.com
kklee@ktbslaw.com
kperra@proskauer.com
ksheehan@mwe.com
kstipec@amgprlaw.com
kzecca@robbinsrussell.com
kzeituni@paulweiss.com
l.ortizsegura@ploolaw.com
larroyo@amgprlaw.com
Laura.A.Hunt@usdoj.gov
lawlugo1@gmail.com
lawrog@gmail.com
ldelacruz@oeg.pr.gov
lemuel.law.gmail.com
leslieplaskon@paulhastings.com
leticia.casalduc@indianowilliams.com
lft@tcmrslaw.com
lmarini@mpmlawpr.com
Lnegron@kpmg.com
loliver@amgprlaw.com
loomislegal@gmail.com
lourdes@riverafont.com
lpabonroca@microjuris.com
lpettit@robbinsrussell.com
lrappaport@proskauer.com
lrobbins@robbinsrussell.com

| | |
|---|---|
| ls.valle@condelaw.com | mro@prbankruptcy.com |
| lsepulvado@smlawpr.com | mroot@jenner.com |
| lshelfer@gibsondunn.com | mseidel@willkie.com |
| lsizemore@reedsmith.com | msimonet@msglawpr.com |
| ltorres@cstlawpr.com | mstancil@robbinsrussell.com |
| lucdespins@paulHastings.com | mthibert-ind@mwe.com |
| Luis.vazquez@peerlessoil.com | mtrelles@pmalaw.com |
| luisfredsalgado@hotmail.com | mvazquez@lsplawpr.com |
| malvarez@mpmlawpr.com | mzerjal@proskauer.com |
| man@nblawpr.com | nathan.bull@cwt.com |
| manuel@rodriguezbanchs.com | navarro@navarrolawpr.com |
| marcia.goldstein@weil.com | nbaker@stblaw.com |
| margaritalmercado@gmail.com | nhamerman@kramerlevin.com |
| MARIAE.HERNANDEZ@prepa.com | nmanne@susmangodfrey.com |
| Marieli.Paradizo@ponce.pr.gov | notificaciones@bufete-emmanuelli.com |
| marielopad@gmail.com | nperez@tcmrslaw.com |
| mark.ellenberg@cwt.com | nrickenbach@rickenbachpr.com |
| mark.gallagher@usdoj.gov | nrivera@oeg.pr.gov |
| mark.mcdermott@skadden.com | NYROBankruptcy@sec.gov |
| martin.sosland@butlersnow.com | nzt@mcvpr.com |
| mbienenstock@proskauer.com | ofernandez@oflawoffice.com |
| mblumin@afscme.org | oramos@pmalaw.com |
| mcaruso@csglaw.com | orlando1701@gmail.com |
| mcrm100@msn.com | ortizcolonricardo@gmail.com |
| mcto@debevoise.com | Otero_and_assoc@hotmail.com |
| mevicens@yahoo.com | pabong@reichardescalera.com |
| mfb@tcmrslaw.com | pamela.simons@lehmanholdings.com |
| mfedlman@willkie.com | pbentley@kramerlevin.com |
| mfirestein@proskauer.com | pdechiara@cwsny.com |
| mfvelezquiebras@gmail.com | peajeinfo@dechert.com |
| mhackett@proskauer.com | penagaricanobrownusdc@gmail.com |
| mhernandez@mihglaw.com | pevarfon@gmail.com |
| mhernandez@scvrlaw.com | pfriedman@omm.com |
| michael.doluisio@dechert.com | pglassman@sycr.com |
| michaelcomerford@paulhastings.com | phammer@estrellallc.com |
| michele.meises@whitecase.com | pjime@icepr.com |
| migade19@hotmail.com | pola@frankpolajr.com |
| Mimi.M.Wong@irscounsel.treas.gov | ppossinger@proskauer.com |
| mitch.carrington@butlersnow.com | prcr@mcvpr.com |
| mitchelln@gtlaw.com | prodriguez@prvlaw.com |
| mkelso@susmangodfrey.com | pshalhoub@willkie.com |
| mlepelstat@csglaw.com | puertoricoteam@primeclerk.com |
| mmcgill@gibsondunn.com | pwm@wbmvlaw.com |
| mmercado@mercado-echegaray-law.com | QUIEBRAS@ELBUFETEDELPUEBLO.COM |
| mmier@cabprlaw.com | quilichinipazc@microjuris.com |
| Mohammad.Yassin@aafaf.pr.gov | ra@calopsc.com |
| mpico@rexachpico.com | rachel.albanese@dlapiper.com |
| mpocha@omm.com | ramon.dapena@mbcdlaw.com |
| mrios@arroyorioslaw.com | ramonvinas@vinasllc.com |
| mrivera@emdi.net | rbonilla@bspr.com |
| mrm@rmlawpr.com | rbrady@ycst.com |

rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rco@crlawpr.com
rengman@masoncap.com
rgf@mcvpr.com
rgmason@wlrk.com
rgordon@jenner.com
rgv@g-glawpr.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rlevin@jenner.com
rlozada@msglawpr.com
rmiranda@rmirandalex.net
rnies@csglaw.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
rolando@bufete-emmanuelli.com
romn1960@gmail.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
roy.purcell@scotiabank.com
rprats@rpplaw.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rrosen@paulweiss.com
rschell@msglawpr.com
rtorres@torresrodlaw.com
salalawyers@yahoo.com
santilawoffice@yahoo.com
saultoledo22@yahoo.com
sawbacal@aol.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
secbankruptcy@sec.gov
serviceqa@primeclerk.com
shempling@scotthemplinglaw.com
slevine@saul.com
smalave@amgprlaw.com
smillman@stroock.com
squsba@stblaw.com
sramirez@sarlaw.com
sratner@proskauer.com
stansoffice@aol.com
steve@hbsslaw.com
stuart.steinberg@dechert.com
suarezcobo@gmail.com
suhland@omm.com

susheelkirpalani@quinnemanuel.com
swb@wbmvlaw.com
sweise@proskauer.com
tactuk@ferrovial.com
thomas.curtin@cwt.com
thomas.g.ward@usdoj.gov
thomas.hommel@lehmanholdings.com
Thomas.M.Rath@IRSCOUNSEL.TREAS.GOV
tmayer@kramerlevin.com
tmundiya@willkie.com
tmungovan@proskauer.com
toledo.bankruptcy@gmail.com
tolson@gibsondunn.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
vbantnerpeo@buchalter.com
velez.hector@epa.gov
victor.quinones@mbcdlaw.com
victorriverarios@rcrtrblaw.com
wardlow.w.benson@usdoj.gov
wdalsen@proskauer.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmq@wmarrerolaw.com
wmunoz@braxtonpr.com
wrieman@paulweiss.com
wsmith@mwe.com
wssbankruptcy@gmail.com
xavier.carol@abertis.com
yasmin@bufete-emmanuelli.com
ygc@rclopr.com
ygc1@prtc.net
zdavila@almeidadavila.com
zsoto@reichardescalera.com

**Exhibit B**

| | |
|---|---|
| Office of the United States Trustee for Region 21<br>Edificio Ochoa, 500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 |
| AmeriCorps<br>Attn: Kim Mansaray<br>1201 New York Ave., NW<br>Washington, DC 20525 | Cede & Co.,<br>  as nominee of the Depositary Trust Company<br>Attn: President and General Counsel<br>55 Water St.<br>New York, NY 10041 |
| Cesar Castillo Inc.<br>Attn: Jose L. Castillo<br>P.O. Box 191149<br>San Juan, PR 00919-1149 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Defense (DOD)<br>Attn: Jim Mattis<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Department of Energy (DOE)<br>Attn: Rick Perry<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Homeland Security (DHS)<br>Attn: John F. Kelly<br>245 Murray Lane., SW<br>Washington, DC 20528-0075 | Department of Housing and<br>  Urban Development (HUD)<br>Attn: Ben Carson<br>451 7th Street., SW<br>Washington, DC 20410 |
| Department of Human and Health Services<br>Attn: Thomas E. Price<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of the Interior (DOI)<br>Attn: Ryan Zinke<br>1849 C St., NW<br>Washington, DC 20240 |
| Department of Transportation (DOT)<br>Attn: Elaine L. Chao<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of Veterans Affairs (VA)<br>Attn: David J Shulkin<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Economic and Statistics Administrations<br>Attn: Brad Burke<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | Federal Communications Commission (FCC)<br>Attn: Ajit Pai<br>445 12th St., SW<br>Washington, DC 20554 |

NAI-1503990588v1                                      B–1

| | |
|---|---|
| Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 | Federal Emergency Management Agency (FEMA)<br>Attn: Bob Fenton<br>500 C St., SW<br>Washington, DC 20472 |
| Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>P.O. Box 190095<br>San Juan, PR 00919-0095 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa &<br>  Vanessa Medina-Romero<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 |
| Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968 | Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Calle Rafael Cordero 154<br>Edificio González Padín, Oficina 506<br>San Juan, PR 00901 |
| Quinones Vargas Law Offices<br>Attn: Damaris Quiñones Vargas, Esq.<br>Box 429<br>Cabo Rojo, PR 00623 | The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 |
| Small Business Administration (SBA)<br>Attn: Linda McMahon<br>409 3rd St., SW<br>Washington, DC 20416 | United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>1100 L Street, N.W.<br>Room 10030<br>Washington, DC 20530 |
| U.S. Army Corps of Engineers<br>Attn: President and General Counsel<br>Annex Building, Fundacion Angel Ramos<br>2nd Floor Suite 202, Franklin Delano Roosevelt Avenue #383<br>San Juan, PR 00917 | US Army Corps of Engineers<br>Attn: Todd T. Semonite<br>441 G St., NW<br>Washington, DC 20548 |
| United States Department of Justice Civil Division<br>Attn: Matthew J. Troy<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | US Department of Agriculture<br>Attn: Sonny Perdue<br>1400 Independence Ave., SW<br>Washington, DC 20250 |

| | |
|---|---|
| US Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez, U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | US Department of Education (ED)<br>Attn: Betsy DeVos<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Commerce<br>Attn: Wilbur Ross<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | US Department of Justice (DOJ)<br>Attn: Jeff Sessions<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 |
| US Department of Health and Services<br>Attn: Amanda Barlow<br>330 C St., SW<br>Washington, DC 20201 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>P.O. Box 81090<br>Carolina, PR 00981-0190 |
| US Department of Labor (DOL)<br>Attn: Alexander R. Acosta<br>Frances Perkins Building<br>200 Constitution Ave<br>Washington, DC 20210 | Del Valle Group, S.P.<br>Attn: Humberto Reynolds, President<br>P.O. Box 2319<br>Toa Baja, PR00951-2319 |
| APRUM<br>Apartado Postal 2227<br>Mayagüez, PR 00681 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N/W/<br>11th Floor<br>Washington, D.C. 20001 |
| Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 | LÓPEZ SÁNCHEZ & PIRILLO LLC<br>270 Muñoz Rivera Avenue, Suite 1110<br>San Juan, PR 00918 |
| United States Department of Justice Civil Division<br>Attn: Jonathan E. Jacobson<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Ricardo Rosello Nevares<br>Calle Olimpo Esquina Axtmeyer PDA 11<br>Miramar<br>San Juan, PR 00911 |
| Hon. Judith G. Dein<br>United States District Court, District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 | Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954<br>Attn: Sand Qusba, Bryce L. Friedman, Nicholas Baker & Edward R. Linden |

| | |
|---|---|
| U.S. Department of Justice<br>20 Massachusetts Ave. N.W.<br>Washington, DC 20530<br>Attn: Cesar A. Lopez-Morales & Jean Lin | Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR 00936-4267<br>Attn: Office of the General Counsel |
| Management Board<br>40 Washington Square South<br>Office 314A<br>New York, NY 10012<br>Attn: Board Member | Microsoft<br>Attn: Jenny Rivera<br>City View Plaza I Suite 107<br>#48 State Road 165 Km 1.2<br>Guaynabo, PR 00968 |
| Kanoso Auto Sales Inc.<br>PO Box 1446<br>San German, PR 00683<br>Attn: Jose A. Crespo Gonzalez, President | Integrand Assurance Company<br>P.O. Box 70128<br>San Juan, PR 00907 |
| Harry Anduze<br>Counsel to Cooperativa De Ahorro Y Credito<br>Abraham Rosa, Plaintiff in Adversary<br>Proceeding 18-00028<br>1225 Ponce De Leon Ave., Suite PH 1<br>San Juan, PR 00907 | Jaime Rodríguez Avilés<br>P.O. Box 347<br>Yauco, PR 00698 |
| David Carrion Baralt<br>Counsel to PFZ Properties, Inc.<br>PO Box 364463<br>San Juan, PR 00936-4463 | Counsel to Administración De Seguros<br>De Puerto Rico<br>De Diego Law Offices, PSC<br>Attn: William Santiago-Sastre, Esq.<br>PO Box 79552<br>Carolina, PR 00984-9552 |
| My Chi To, Craig A. Bruens and<br>Elie J. Worenklein<br>Debevoise & Plimpton, LLP<br>Counsel to Syncora Guarantee, Inc. and<br>Syncora Capital Assurance, Inc.<br>919 Third Avenue<br>New York, NY 10022 | Allan S. Brilliant<br>Counsel to Peaje Investments, LLC<br>Dechert, LLP<br>1095 Avenue of the Americas<br>New York, NY 10036 |
| G. Eric Brunstad, Jr.<br>Counsel to Peaje Investments, LLC<br>Dechert, LLP<br>90 State House Square<br>Hartford, CT 06106 | Stuart T. Steinberg<br>Michael S. Doluisio<br>Counsel to Peaje Investments, LLC<br>Dechert, LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104 |

| | |
|---|---|
| Edgordo Seda Arroyo<br>35299-054, Federal Correctional Complex<br>UPS 2<br>P.O. Box 1034<br>Coleman, FL 33521-1034 | Marylin Del Valle, General Manager<br>Reliable Equipment Corpration<br>P.O. Box 2316<br>Toa Baja, PR 00951-2316 |
| Rene Pinto-Lugo<br>PO Box 13531<br>San Juan, PR 00908 | Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Attn: Edif. Juan Ruiz Vélez<br>Ave. Ponce de León 1110<br>Santurce, PR 00907 |
| Rafael Ferreira Cintron<br>Counsel to BEC Co, Inc. d/b/a Empacadora Hill Brothers<br>The Financial Attorneys<br>P.S.C.PMB 274<br>405 Esmeralda Avenue Suite 2<br>Guaynabo, PR 00969 | Unión de Médicos de la Corporación del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 |
| Unitec Engineering<br>Members of Creditor's Committee<br>Attn: Ramón Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR 00739 | |