# Exhibit A

## Proposed Order A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------------------- x
                                                     :

In re:                                                 :

THE FINANCIAL OVERSIGHT AND        :  PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,  :  Title III
                                                 :

    as representative of                   :  Case No. 17-BK-3283 (LTS)
                                               :

THE COMMONWEALTH OF PUERTO RICO *et al.*, :  (Jointly Administered)
                                               :

    Debtors.[1]                                    :
----------------------------------------------------------------------- X

## ORDER CLARIFYING CASE MANAGEMENT PROCEDURES

Upon the *Motion of Official Committee of Unsecured Creditors to Clarify or Amend Fourth Amended Notice, Case Management and Administrative Procedures Regarding Disclosure Requirements Pursuant to Federal Rule of Bankruptcy Procedure 2019* (the "Motion");[2] and the court having found it has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA; and it appearing that venue is proper pursuant to section 307(a) of PROMESA; and the court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest; and the court having found that the movant provided adequate and appropriate notice of the Motion under the circumstances, and that no other or further notice is required; and the court having reviewed the

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474).

[2] All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

Motion; and the court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Paragraph IV.A of Section IV (Disclosure Requirements) of the Case Management Procedures is hereby clarified as follows (**inserts are underlined and in bold**):

> Every group, committee and entity described in Federal Rule of Bankruptcy Procedure 2019(b)(1) (each, a "Rule 2019(b) Group"), that, on or before August 9, 2017, has taken a position before the Court[3] must file a verified statement that complies with the disclosure requirements enumerated by Federal Rule of Bankruptcy Procedure 2019 by August 24, 2017 at 5:00 p.m. (Atlantic Standard Time). For the avoidance of doubt and for the purposes of these Title III cases, compliance with Bankruptcy Rule 2019 includes disclosure of: (i) all economic interests with respect to each Debtor in whose Title III case the group, committee and/or entity has taken a position,[4] including derivative interests, and (ii) the existence and amount of any bond insurance or other credit protection, including by a monoline insurer.
>
> [3]For the avoidance of doubt, the phrase "takes a position before the Court" includes, but is not limited to, the filing of any Pleading **in any Title III case or related adversary proceeding**, including informative motion practice containing factual or legal representations or arguments.
>
> **[4] For the avoidance of doubt, a party takes a position in the case of a Title III Debtor by appearing in such Debtor's Title III case or related adversary proceeding in any capacity, including by, among other things, filing a Pleading, filing an informative motion, executing a court-approved stipulation, filing a proof of claim, appearing at a hearing before the Court, or asserting any legal or factual positions that would in any way impact the property or rights of the Title III Debtor.**

3. Paragraph IV.D is hereby added to the Case Management Procedures, as follows:

> Any Rule 2019(b) Group that filed a verified statement after [     ], 2017 shall file an amended verified statement reflecting any economic interest (and any change in such economic interest from [     ], 2017 through the date of the addition of this paragraph to the Case Management Procedures), required to be disclosed pursuant to Paragraph IV.A, that was not disclosed in the previously filed verified statement.

.

4. This court shall retain exclusive jurisdiction over all matters pertaining to the implementation, interpretation, and enforcement of this Order.

Dated: July \_\_\_, 2018

_____
HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE