## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"),<br><br>                Debtor. | PROMESA<br>Title III<br><br>No. 17-BK-03284 (LTS) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Peter B. Siegal hereby respectfully withdraws his appearance as counsel for The Ad Hoc Group of General Obligation Bondholders (the "GO Group"), a party-in-interest in the above-captioned Title III case, and requests removal from service of any further pleadings in connection with this matter. At this time, Mr. Siegal is no longer affiliated with Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, counsel of record for the GO Group.

The appearances by other Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP attorneys are unaffected by this request.

I HEREBY CERTIFY that on this same date, I electronically filed this notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all participants and attorneys of record.

Dated: July 5, 2018

                                            Respectfully submitted,

                                            /s/ Peter B. Siegal
                                            Peter B. Siegal
                                            Norton Rose Fulbright US LLP
                                            799 9th Street NW, Suite 1000
                                            Washington, DC 20001
                                            peter.siegal@nortonrosefulbright.com
                                            Telephone: (202) 662-4663
                                            Facsimile: (202) 662-4643