UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>This Order shall be filed in Case No. 17-BK-3283-LTS, Case No. 17-BK-4780-LTS, and Case No. 17-BK-3567-LTS. |

ORDER GRANTING URGENT MOTION FOR EXTENSION OF DEADLINES IN CONNECTION WITH AUTONOMOUS MUNICIPALITY OF PONCE'S MOTION FOR PARTIAL LIFT OF STAY

        The Court has received and reviewed the *Urgent Motion for Extension of Deadlines* (Docket Entry No. 3441 in Case No. 17-3283,[2] the "Extension Motion"). The Extension Motion is hereby granted to extent provided herein. The deadline for HTA to file an opposition to the *Motion for Partial Lift of Stay* filed by the Autonomous Municipality of Ponce (the "Movant") (Docket Entry No. 3019 in Case No. 17-3283, the "Lift Stay Motion") must be filed by **July 12, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Movant's reply to any opposition filed by HTA must be filed by **July 19, 2018 at 5:00 p.m. (Atlantic Standard Time)**.[3]

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    The *Urgent Motion for Extension of Deadlines* was also filed as Docket Entry No. 459 in Case No. 17-3567.

[3]    Movant previously filed a *Motion for Leave to File Spanish Document and Requesting Short Extension of Time to Submit Certified Translation* (Docket Entry No. 3020 in Case No. 17-3283). This prior request for an extension of time to file certified translations was

   This order resolves Docket Entry No. 3441 in Case No. 17-3283 and Docket Entry No. 459 in Case No. 17-3567.

   SO ORDERED.

Dated: July 6, 2018

                   /s/ Laura Taylor Swain
                  LAURA TAYLOR SWAIN
                  United States District Judge

---

deemed to be consent to an extension of the period referenced in 11 U.S.C. § 362(e)(1) pending the Court's determination of the Lift Stay Motion in the *Order Setting Briefing Schedule in Connection with AMP Lift Stay Motion and Granting Motion for Leave to File Spanish Document and Requesting Extension of Time to Submit Certified Translation* (Docket Entry No. 3023 in Case No. 17-3283).