# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER GRANTING INDEPENDENT INVESTIGATOR'S URGENT UNOPPOSED MOTION FOR LEAVE TO FILE CERTIFICATE OF SERVICE UNDER SEAL

Upon consideration of the *Independent Investigator's Urgent Unopposed Motion For Leave to File Certificate of Service Under Seal* (the "Urgent Motion"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to sections 106 (a) and 306(a)(2) of PROMESA; (ii) venue is proper before this Court pursuant to sections 104(k), 106(a), and 307(a) of PROMESA; (iii) due and proper notice of this Urgent Motion has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Urgent Motion, the Court finds that it is appropriate for the filing under seal of an unredacted version of the Certificate of Service for

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK- 3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Urgent Motion.

the Independent Investigator's Exit Procedures Motion. Accordingly, it is hereby ORDERED THAT:

1. Prime Clerk LLC is authorized to publicly file the Certificate of Service with "Exhibit C" redacted.

2. Prime Clerk LLC is authorized to file under seal a full, unredacted version of the Certificate of Service.

3. The Clerk of the Court will provide access to "Exhibit C" of the Certificate of Service to the following parties: (a) counsel for the Oversight Board; (b) the Official Committee of Unsecured Creditors; and (c) the Official Committee of Retired Employees of the Commonwealth of Puerto Rico.

SO ORDERED.

Dated: July 6, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge