UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*<br><br>Debtors. | PROMESA<br><br>Title III<br><br>No. 17-BK 3283-LTS |

### **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

    COMES NOW Grisell Cuevas-Rodríguez (hereinafter "Ms. Cuevas" or the "Plaintiff") through the undersigned attorney, and very respectfully STATES and PRAYS as follows:

1. On July 5, 2018, this Honorable Court denied Plaintiff's *Motion for Relief from Automatic Stay*. [**Docket Nos. 3268 and 3434**]. In its Order, the Court stated that Plaintiff's "unsecured claims for monetary relief can instead be liquidated and addressed through the claims process, including jury proceedings in this Court if necessary." [**Docket No. 3434 at page 7**].

2. In view of the above, today, Plaintiff filed a Proof of Claim through the Case Website at https://cases.primeclerk.com/puertorico.

    WHEREFORE, Plaintiff respectfully requests this Honorable Court to take notice of the above.

    RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of July, 2018.

I HEREBY CERTIFY that on this day, a true and exact copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| P.O. Box 195343 | Citibank Towers, Suite 500 |
| San Juan, Puerto Rico | 252 Ponce de León Avenue |
| 00919-5343 | San Juan, Puerto Rico 00918 |

Tel. (787) 758-1400
Fax: (787) 758-1414

www.laborcounsels.com
pico@laborcounsels.com

S/ JAIME E. PICÓ-RODRÍGUEZ
Attorney for Grisell Cuevas-Rodríguez
USDCPR # 228113