# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: Dkt. Nos. 881, 882<br><br>**Motion Relates Only to PREPA and Shall be Filed in Both the Lead Case No. 17 BK-3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS** |

## JOINT MOTION FOR AN EXTENSION OF TIME IN CONNECTION WITH LORD ELECTRIC COMPANY OF PUERTO RICO, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), on behalf of the Puerto Rico Electric Power Authority ("PREPA") pursuant to the authority granted to it under the *Enabling Act of the Fiscal Agency and Financial Advisory Authority*, Act 2-2017, and Lord Electric Company of Puerto Rico, Inc. ("Movant"), by and through their undersigned counsel,

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

respectfully submit this joint motion for entry of an order, substantially in the form attached hereto as **Exhibit A**, extending the deadlines in connection with the *Motion for Allowance of Administrative Expense Claims* [Case No. 17-04780, Dkt. No. 881] (the "Motion for Administrative Expense Claims" or "Motion") filed by Movant.[2] In support of this motion, the parties respectfully state as follows:

## BACKGROUND

On June 22, 2018, the Movant filed the Motion for Administrative Expense Claims seeking the allowance of an alleged post-petition administrative expense claim in the amount of $1,091,860.96. Pursuant to this Court's order entered on June 22, 2018, any opposition to the Motion for Administrative Expense Claims must be filed by July 6, 2018, and any reply must be filed by July 13, 2018 [Case No. 17-04780, Dkt. No. 882].

Counsel for AAFAF and Movant have had two conferences to discuss a mutually agreeable resolution of the Motion. Counsel for AAFAF, however, requires additional time to obtain and review information pertinent to the Motion. As a result, AAFAF requested, and Movant agreed, to extend the date by which AAFAF's response to the Motion is due. AAFAF submits that no party or creditor will be prejudiced by this extension.

## RELIEF REQUESTED

In consideration of the foregoing, the parties have agreed to a seven (7) day extension of the applicable deadlines. The parties request entry of an order extending the deadlines as follows:

- Any opposition to the Motion for Administrative Expense Claims shall be filed by **July 13, 2018**.

---

[2] The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), 48 U.S.C. §§ 2101-2241, has authorized AAFAF to file this motion on behalf of PREPA.

2

- Any reply in support of the Motion shall be filed by **July 20, 2018**.

**WHEREFORE,** the parties request the Court to enter an order, substantially in the form attached hereto as **Exhibit A**, (a) granting the motion and (b) granting such other relief as is just and proper.

Dated: July 6, 2018
      San Juan, Puerto Rico

Respectfully submitted,

THE PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY
AUTHORITY, as Fiscal Agent for PREPA

By its attorneys,

/s/ *Kevin D. Finger*
Kevin D. Finger (*admitted pro hac vice*)
David D. Cleary (*admitted pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive Suite 3100
Chicago, IL 60601
Phone: 312.456.8400
Fax: 312.456.8435
Email: fingerk@gtlaw.com
       clearyd@gtlaw.com

Nathan A. Haynes (*admitted pro hac vice*)
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
Phone: 212.801.9200
Fax: 212.801.6400
Email: haynesn@gtlaw.com

Joseph P. Davis (*admitted pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, MA 02110
Phone: 617.310.6000
Fax: 617.310.6001

LORD ELECTRIC COMPANY
OF PUERTO RICO, INC.

By its attorneys,

*/s/ Nanette Rickenbach*
Nanette Rickenbach
USDC-PR No. 230208
Myrna Ruiz-Olmo
USDC-PR No. 223209
RICKENBACH OJEDA ATTORNEYS AT
LAW PSC
400 Juan Calaf PMB 232
San Juan, PR 00918
Phone: (787) 723-8083
Fax:   (787) 723-8085
Email: nrickenbach@rickenbachpr.com

Email: davisjo@gtlaw.com

THE PUERTO RICO ELECTRIC
POWER AUTHORITY

By its attorneys,

*/s/ Arturo Díaz Angueria*
USDC No. 117907

*/s/ Katiuska Bolaños-Lugo*
USDC No. No. 231812
CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.
PO Box 364966
San Juan, PR 00936-4966
Phone: (787) 767-9625
Fax: (787) 764-4430
Email: adiaz@cnrd.com
 kbolanos@cnrd.com

**<u>Exhibit A</u>**
**Proposed Order**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTHORITY,<br><br>   Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 4780-LTS<br><br>Re: Dkt. Nos. 881, 882<br><br>**This Order Relates Only to PREPA and Shall be Filed in Both the Lead Case No. 17 BK-3283-LTS and in PREPA's Title III Case No. 17 BK 4780-LTS** |

### ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME IN CONNECTION WITH LORD ELECTRIC COMPANY OF PUERTO RICO, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS

Upon the Joint Motion for an Extension of Time in Connection with Lord Electric Company of Puerto Rico, Inc.'s Motion for Allowance of Administrative Expense Claims (the "Motion")[2]

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306(a); and it appearing that venue is proper pursuant to PROMESA section 307(a); and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, and other parties in interest, it is **HEREBY ORDERED THAT**:

1. The Motion is granted.

2. Any opposition to the Motion for Administrative Expense Claims shall be due on **July 13, 2018**.

3. Any reply shall be due on **July 20, 2018**.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This Order resolves docket entry no._____.

SO ORDERED.


Dated: _____, 2018  _____
San Juan, Puerto Rico  LAURA TAYLOR SWAIN
 UNITED STATES DISTRICT JUDGE