UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*,[1] <br><br> Debtors. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> PUERTO RICO ELECTRIC POWER AUTHORITY, <br><br> Debtor. | PROMESA <br> Title III <br><br> No. 17 BK 4780-LTS <br><br> This Order shall be filed in Case No. 17-BK-4780-LTS and Case No. 17-BK-3283-LTS. |

ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME
IN CONNECTION WITH LORD ELECTRIC COMPANY
OF PUERTO RICO, INC.'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS

The Court has received and reviewed the *Joint Motion for an Extension of Time in Connection with Lord Electric Company of Puerto Rico, Inc.'s Motion for Allowance of*

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Administrative Expense Claims* (the "Extension Motion"). (Docket Entry No. 903 in Case No. 17-04780 and Docket Entry No. 3450 in Case No. 17-03283.) The Extension Motion is hereby granted to the extent provided herein. Opposition papers to the *Motion for Allowance of Administrative Expense Claims* (Docket Entry No. 881 in Case No. 17-04780) must be filed by **July 13, 2018 at 5:00 p.m. (Atlantic Standard Time)**. Reply papers must be filed by **July 20, 2018 at 5:00 p.m. (Atlantic Standard Time)**.

This order resolves Docket Entry No. 3450 in Case No. 17-3283 and Docket Entry No. 903 in Case No. 17-4780.

SO ORDERED.

Dated: July 6, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge