# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| HON. THOMAS RIVERA-SCHATZ (in his official capacity and on behalf of the Senate of Puerto Rico), and HON. CARLOS J. MÉNDEZ-NÚÑEZ (in his official capacity and on behalf of the House of Representatives of Puerto Rico),<br><br>Plaintiffs,<br><br>v.<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, JOSÉ B. CARRIÓN III, ANDREW G. BIGGS, CARLOS M. GARCÍA, ARTHUR J. GONZÁLEZ, JOSÉ R. GONZÁLEZ, ANA J. MATOSANTOS, DAVID A. SKEEL, JR., and NATALIE A. JARESKO (in their official capacities),<br><br>Defendants. | Adv. Pro. No. 18-_____-LTS |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# EXHIBIT LIST

| Exhibit 1 | Senate Bill 1011 as approved by the Senate of Puerto Rico |
| Exhibit 2 | Letter dated June 4, 2018 signed by defendant Natalie A. Jaresko |
| Exhibit 3 | Senate Bill 1011 as approved by the House of Representatives |
| Exhibit 4 | May 2018 Revised Fiscal Plan |
| Exhibit 5 | Memorandum: Labor Reform as a Catalyst for Growth |
| Exhibit 6 | June 29, 2018 Revised Fiscal Plan |
| Exhibit 7 | Letter dated June 29, 2018, signed by defendant Natalie A. Jaresko |
| Exhibit 8 | FOMB's Labor Reform Draft Bill |
| Exhibit 9 | April 2018 Fiscal Plan |
| Exhibit 10 | Letter dated April 24, 2018, signed by defendant José B. Carrión III |
| Exhibit 11 | Letter to defendant Carrión III, dated April 26, 2018 |
| Exhibit 12 | Letter dated April 27, 2018, signed by defendant Carrión III |
| Exhibit 13 | Letter to defendant Carrión III, dated April 30, 2018 |
| Exhibit 14 | Letter dated May 4, 2018, signed by defendant Carrión III |
| Exhibit 15 | Letter to defendant Carrión III, dated May 9, 2018 |
| Exhibit 16 | Alleged Understanding between FOMB and Governor |
| Exhibit 17 | Letter to defendant Natalie A. Jaresko, dated June 4, 2018 |
| Exhibit 18 | FOMB's Unanimous Written Consent of June 6, 2018 |
| Exhibit 19 | FY 19 General Fund Budgetary Resolutions June 6, 2018 |
| Exhibit 20 | 2018-2019 Legislative Assembly Budget Certification |
| Exhibit 21 | Excerpt of 2018-2019 FOMB Budget |