[CERTIFIED TRANSLATION]     I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052,
hereby certify that the attached document is a
true and exact translation of the original certified or translated by me

APPROVED TEXT IN FINAL VOT BY THE SENATE
(MAY 30, 2018)

A-77

GOVERNMENT OF PUERTO RICO

18TH Legislative Assembly                                    3rd Ordinary Session

# SENATE OF PUERTO RICO
# S.B. 1011

May 29, 2018

Introduced by Messrs. Rivera Schatz, Seilhamer Rodríguez, Ríos Santiago, Martínez Santiago, Berdiel River, Correa River,; Cruz Santiago; Mrs. Laboy Alvarado; Messrs. Laureano Correa, Muñiz Cortés, Nazario Quiñones, Neumann Zayas; Mrs. Nolasco Santiago, Padilla Alvelo, Peña Ramírez; Messrs. Pérez Rosa, Rodríguez Mateo, Romero Lugo, Roque Gracia; Mrs. Vázquez Nieves, and Vanegas Brown

Referred to the Federal, Political, and Economics Relations Commission

**ACT**

To limit the application of Act No. 80 of May 30, 1976, as amended, exclusively for the employees tha hae said protections and guarantees at the time of passing the instant Act; for purposes of giving compliance to those agreements reached by the Government and the Financial Oversight Board; to protect the Christmas bonus of public and private employees; maintaining unaltered vacation and sick leave the employee from the private sector has; reaffirm the public policy of the Government of Puerto Rico on the permanency of all those labor rights established in the Constitution of Puerto Rico and those applicable state and federal laws; provide what is relevant to those exiting claims of unfair termination; and for other related purposes.

**PRELIMINARY RECITALS**

Currently, Puerto Rico is going through a historically unprecedented fiscal crisis. In part, said crisis was caused by the absence of controls on spending, sustainable development measures,

[CERTIFIED TRANSLATION]　　I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

and management information systems that promote clarity and transparency in the governmental endeavors.

This crisis has hit Puerto Rican families very hard and has caused that thousands of Puerto Ricans abandon the Island seeking better opportunities. Thus, the population reduction that is consequence of this becomes one of the challenges to go into recovery.

The erred policies of the past, together with the limitations of our territorial and colonial status, lead the Congress of the United States to promulgate the Act called Puerto Rico Oversight, Management, and Economic Stability Act, known as PROMESA, Pub. L. 114-187. Said Act established a Financial Oversight and Administration Board (heron the "Oversight Board") and parameters for the fiscal planning actions, budgetary actions, and to restructure debts, among others.

In February 28, 2017, the Governor filed a complete broad, real Fiscal Plan, which was also sensitive to the needs of our People and of the most vulnerable. In March 13, 2017, the Oversight Board accepted and certified our Fiscal Plan, which avoided the termination of public employees and the exit of patients from the Government Health Program, among other social and economic hardships.

For fiscal year 2017-2018, the Government filed and the Legislative Assembly passed a responsible budget, which complied with the austerity policies necessary to tend to the fiscal crisis,

[CERTIFIED TRANSLATION]   I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

while defending the most vulnerable, like our retirees, whose pensions where ensured in the general budget. Notwithstanding, said budget was modified by the Oversight Board.

In September 2017, Puerto Rico experienced the force of two atmospheric events that changed our daily life affecting all sectors of our society. The devastation caused by the impacts of hurricane Irma and María has caused that the economic crisis that affects our Island worsens even more and has brought greater fiscal challenges for municipalities and the central Government. These atmospheric events affected the functioning of the Government and caused severe damages to the infrastructure of the Island, including buildings, the power system, and telecommunications. According to current estimates, hurricane María caused approximately $100,000 billion in damages and it is projected will cause a real reduction in the NGP of 13.2% this fiscal year.

After the passing of the hurricanes, the Oversight Board requested from the Government a new draft of the Fiscal Plan that would take into consideration the new reality in Puerto Rico after the devastation of the atmospheric event. In January 24, 2018, the Government delivered the Revised Fiscal Plan with the goal of having it evaluated and certified by the Oversight Board in order to reestablish economic feasibility in Puerto Rico.

Although the Revised Fiscal Plan reflected the reality of Puerto Rico after the passing and included a real and fair basis to reach fiscal balance, the management of the debt, and the revitalization of the economy in Puerto Rico, in February 5, 2018, the Oversight Board rejected the document. Although the Oversight Board acknowledged that the Fiscal Plan proposed by the Government included important and necessary proposals to move Puerto Rico toward fiscal

[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

sustainability and growth, the entity created by PROMESA requested changes that would affect the most vulnerable, as well as reduce the pensions of our retirees, eliminate the Christmas bonus of public and private employees, and reduce vacation and sick leave days in the private sector.

That same day, the Governor and the Legislative Assembly opposed said changes, because they would irremediable affect the People. These changes caused the uncertainty of our people when recognizing that these changes established by the Oversight Board would be reflected in budgetary cuts and/or would end up in courts at the mercy of the determination of a Federal Court.

In April 19, 2018, the Oversight Board certified their own fiscal plan including these measures which the elected Government opposed.

With the passing of this Act, we ensure the continuity of the Christmas Bonus for public and private employees, we protect the labor rights of workers while an environment is created that encourages the creation of more jobs. With this bill, the causes for termination of employment will be those that arise from prospectively from the employment contract, including the collective bargaining agreement contracts negotiated by unions, as it occurs in virtually all the jurisdictions of the Nation.

Notwithstanding, the aforementioned does not alter the prohibition for illegal terminations. Employees will continue being protected from discriminatory terminations, violations of the terms of the collective bargaining agreements, harassment, and protections against retaliation, among

[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

others. In addition, minimum wage and the Christmas bonus will remain unaltered, and also other special laws that are not modified by this Act.

Other laws that protect our workers will not be affected, such as: Act No. 100 of June 30, 1959, as amended that protect employees against discrimination due to race, color, gender, sexual orientation, gender identity, social or national origin, social condition, political affiliation, or political or religious ideas, or due to being a victim or perceived as a victim of domestic violence, sexual aggression or stalking, or due to being military, or ex-military, serve or having served in the United States Armed Forces, or due to being a veteran; Act No. 379 of May 15, 1948, as amended, which provides for the rest day from the work schedule; Act 180-1998, as amended, on Minimum Wage, Vacation and Sick leave; Act No. 148 of June 30, 1969, which grants private employees the Christmas Bonus; Act 427-2000 that provides for the breastfeeding period and protects the rights of breastfeeding mothers; Act No. 45 of April 18, 1935, as amended, which provides for the Compensation for Accidents at Work; Act No. 139 of June 26, 1968, which provides for Temporary Disability Benefits; Act 16-2017 Equal Salary; Act No. 3 of March 13, 1942, as amended, which protects Worker Mothers; Act No. 17 of April 22, 1988, as amended, which prohibits Sexual Harassment; Act 24-2002 which establishes a Sports Leave; Act 27-2005 on Nursing Minimum Wage; Act No. 44 of July 2, 1985, as amended, which prohibits discrimination against Disabled Persons; Act No. 69 of July 6, 1985, as amended, which protects against discrimination due to Gender; Act No. 112 of July 13, 1985, as amended, which regulates the contracting of minors; Act 115-1991, which protects an employee against retaliation from the employer; Act No. 122 of July 12, 1986, as amended, which protects employees called to serve as witnesses; Act 161-2002, for Job Development; Act No. 230 of May 12, 1942, as amended, which provides regulation for the employment of minors; Act No. 130 of May 8, 1945, as amended,

[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

which recognizes the rights of employees to organize; Act 281-2003, which protects employees called to serve as jurors, among other laws and regulations that protect our workers.

No other local or federal law or regulation that protects the rights of employees will be affected.

**DECREED BY THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:**

Article 1.- Act No. 80 of May 30, 1976, as amended, will remain in effect in order to protect all employees and employers that, at the time this Act passes, are protected by all its provisions. All natural person or legal entity that can claim rights or remedies under this Article, will maintain those unaltered.

Article 2.- New status of the Law.

Beginning on the passing of the instant Law, all new hire employee and all employer who hires new employees will not be subject to the provisions of Act 80 form May 30, 1976, as amended. Notwithstanding, any employee who is terminated from their job will continue being protected by all the other causes of action that arise from the Constitution of the United States, the Constitution of Puerto Rico, and the applicable state or federal laws and regulations.

For purposes of this Article the term "employee" will mean all natural persons who works for an employer and receives compensation for services. It does not include independent contractors and government or municipal employees. The term "employer" means any natural person or legal entity who employees or allows any employee to work through compensation. It does not include the Government of Puerto Rico, its three branches, its departments, agencies,

[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

instrumentalities, public corporations, and also municipal governments, their instrumentalities, or municipal corporations.

Article 3.- Reaffirmation of public policy.

With this Act the Legislative Assembly is only eliminating the cause of action for unfair termination prospectively. Thus, we reaffirm the unaltered application of those labor rights established and legislated prior to this Act. No employer can not comply with any of these labor rights that we reaffirm today.

Article 4.- Transitory provisions.

The provisions of this Act and its effect will not apply to those persons whose job has terminated prior to said Act being in effect. The provisions of Act No. 80 of May 30, 1976, as amended, and the statute of limitations in it provided, will continue applying to all unfair separation from employment carried out prior to this Act being in effect. Therefore, no employer can use the application of the instant Act as subterfuge, with the goal of affecting acquired rights of employees protected by Act 80, supra, prior to instant Act being in effect. The courts will be obligated to apply the provisions of Act No. 80, supra, in all pending proceedings and the causes of action that included prior to this Act coming into effect.

Article 5.- Effect

This Act will begin to govern immediately.

**TEXTO APROBADO EN VOTACION FINAL POR EL SENADO**
**(30 DE MAYO DE 2018)**

A-77

# GOBIERNO DE PUERTO RICO

18<sup>va.</sup> Asamblea                                                                                             3<sup>ra.</sup> Sesión
Legislativa                                                                                                  Ordinaria

# SENADO DE PUERTO RICO

# P. del S. 1011

29 de mayo de 2018

Presentado por los señores *Rivera Schatz, Seilhamer Rodríguez, Ríos Santiago, Martínez Santiago, Berdiel River, Correa River,; Cruz Santiago;* la señora *Laboy Alvarado;* los señores *Laureano Correa, Muñiz Cortés, Nazario Quiñones, Neumann Zayas;* las señoras *Nolasco Santiago, Padilla Alvelo, Peña Ramírez;* los señores *Pérez Rosa, Rodríguez Mateo, Romero Lugo, Roque Gracia;* las señoras *Vázquez Nieves* y *Venegas Brown*

*Referido a la Comisión de Relaciones Federales, Políticas y Económicas*

**LEY**

Para limitar la aplicación de la Ley Núm. 80 de 30 de mayo de 1976, según enmendada, exclusivamente a los empleados que tienen dichas protecciones y garantías al momento de aprobar la presente Ley; a los fines de dar cumplimiento a aquellos acuerdos llegados por el Gobierno y la Junta de Supervisión Fiscal; para proteger el bono de navidad de los empleados públicos y privados; mantener inalterados los días de vacaciones y enfermedad con los que cuenta un empleado del sector privado; reafirmar la política pública del Gobierno de Puerto Rico sobre la permanencia de todos aquellos derechos laborales establecidos en la Constitución de Puerto Rico y aquellas leyes estatales y federales aplicables; disponer lo relativo a aquellas reclamaciones de despido injustificado existentes; y para otros fines relacionados.

**EXPOSICIÓN DE MOTIVOS**

Al presente, Puerto Rico atraviesa una crisis fiscal sin precedentes históricos. En parte, dicha crisis fue causada por la ausencia de controles sobre el gasto, medidas de desarrollo sustentable y sistemas de información gerencial que promuevan claridad y transparencia en la gestión gubernamental.

Esta crisis ha golpeado muy fuerte a las familias puertorriqueñas y ha provocado que miles de puertorriqueños abandonen la isla buscando mejores oportunidades. La consecuente reducción poblacional se convierte en uno de los retos para encaminarnos hacia la recuperación.

Las políticas erradas del pasado, junto a las limitaciones de nuestro estatus territorial y colonial, llevaron al Congreso de los Estados Unidos a promulgar la ley denominada *Puerto Rico Oversight, Management, and Economic Stability Act*, conocida como PROMESA (por sus siglas en inglés), Pub. L. 114-187. Dicha Ley estableció una Junta de Supervisión y Administración Financiera (en adelante "Junta de Supervisión") y parámetros para las acciones de planificación fiscal, las acciones presupuestarias, y para las reestructuraciones de deuda, entre otras.

El 28 de febrero de 2017, el Gobernador presentó un Plan Fiscal completo, abarcador, real y, a la misma vez, sensible a las necesidades de nuestro pueblo y de los más vulnerables. El 13 de marzo de 2017, la Junta de Supervisión aceptó y certificó nuestro Plan Fiscal que evitó el despido de empleados públicos y la salida de pacientes del Programa de Salud del Gobierno, entre otros males sociales y económicos.

Para el año fiscal 2017-2018, el Gobernador presentó y la Asamblea Legislativa aprobó un presupuesto responsable, que cumplía con las políticas de austeridad necesarias para atender la crisis fiscal, mientras defendía a los más vulnerables como a nuestros retirados, cuyas pensiones fueron aseguradas en el presupuesto general. No obstante, dicho presupuesto fue modificado por la Junta de Supervisión.

En septiembre de 2017, Puerto Rico experimentó la fuerza de dos fenómenos atmosféricos que cambiaron nuestra vida cotidiana afectando a todos los sectores de nuestra sociedad. La devastación causada por el paso de los huracanes Irma y María ha ocasionado que la crisis económica que afecta a la isla empeore aún más y ha traído mayores retos fiscales para los municipios y el Gobierno central. Estos fenómenos atmosféricos afectaron el funcionamiento del Gobierno y causaron severos daños a la infraestructura de la isla, incluyendo edificios, el sistema eléctrico y las

telecomunicaciones. Según estimados corrientes, el huracán María provocó aproximadamente $100,000 millones en daños y se proyecta causará un descenso real en el PNB de 13.2% este año fiscal.

Tras el paso de los huracanes, la Junta de Supervisión solicitó al Gobierno un nuevo borrador de Plan Fiscal que tomara en consideración el nuevo panorama en Puerto Rico tras la devastación del fenómeno atmosférico. El 24 de enero de 2018, el Gobierno entregó el Plan Fiscal Revisado con el fin de que la Junta de Supervisión lo evaluara y certificara en vías de reestablecer la viabilidad económica de Puerto Rico.

A pesar de que el Plan Fiscal Revisado reflejaba la realidad de Puerto Rico con posterioridad al paso de los huracanes e incluía una base real y justa para alcanzar el balance fiscal, el manejo de la deuda y la revitalización de la economía de Puerto Rico, el 5 de febrero de 2018, la Junta de Supervisión rechazó el documento. Aunque la Junta de Supervisión reconoció que el Plan Fiscal propuesto por el Gobierno incluyó propuestas importantes y necesarias para mover a Puerto Rico hacia la sostenibilidad fiscal y el crecimiento, el ente creado por PROMESA solicitó cambios que afectarían a los más vulnerables, como reducir las pensiones de nuestros retirados, eliminar el bono de navidad de los empleados públicos y privados y reducir los días de vacaciones y enfermedad en el sector privado.

Ese mismo día, el Gobernador y la Asamblea Legislativa se opusieron a dichos cambios porque afectarían irremediablemente al pueblo. Esos cambios provocaron la incertidumbre de nuestra gente al reconocer que estos cambios establecidos por la Junta de Supervisión se reflejarían en recortes presupuestarios y/o terminarían en los tribunales a merced de la determinación de un tribunal federal.

El 19 de abril de 2018, la Junta de Supervisión certificó su propio plan fiscal reflejando estas medidas a las que el Gobierno electo se opuso.

Con la aprobación de esta Ley, aseguramos la continuidad del Bono de Navidad de los empleados públicos y privados, protegemos los derechos laborales de los

trabajadores mientras se crea un ambiente que fomente la creación de más empleos. Con esta medida, las causas de terminación de un empleo serán las que surjan del contrato de empleo prospectivamente, incluyendo los contratos de negociación colectiva negociados por uniones como ocurre en virtualmente todas las jurisdicciones de la Nación.

No obstante, lo anterior en nada altera la prohibición por despidos de naturaleza ilegal. Los empleados seguirán estando protegidos de despidos discriminatorios, violaciones a los términos de los convenios colectivos, hostigamiento, y protecciones contra represalias, entre otros. Además, se mantendrá inalterado el salario mínimo y el bono de navidad, entre otras leyes especiales que no se ven modificadas por esta Ley.

No se afectarán otras leyes que protegen a nuestros trabajadores como: Ley Núm. 100 de 30 de junio de 1959, según enmendada, que protege a los empleados contra el discrimen por razón de raza, color, sexo, orientación sexual, identidad de género, origen social o nacional, condición social, afiliación política, o ideas políticas o religiosas, o por ser víctima o ser percibida como víctima de violencia doméstica, agresión sexual o acecho, o por ser militar, ex militar, servir o haber servido en las Fuerzas Armadas de los Estados Unidos o por ostentar la condición de veterano; la Ley Núm. 379 de 15 de mayo de 1948, según enmendada, que dispone sobre la Jornada de Trabajo; la Ley Núm. 289 de 9 de abril de 1946, según enmendada, que dispone sobre el día de descanso de jornada; la Ley 180-1998, según enmendada, de Salario Mínimo, Vacaciones y Enfermedad; la Ley Núm. 148 del 30 de junio de 1969, que otorga a los empleados privados el Bono de Navidad; la Ley 427-2000 que dispone el período de lactancia y protege los derechos de las madres lactantes; la Ley Núm. 74 de 21 de junio de 1956, según enmendada, Ley de Seguridad en el Empleo; la Ley Núm. 45 de 18 de abril de 1935, según enmendada, que provee para la Compensación por Accidentes del Trabajo; la Ley Núm. 139 de 26 de junio de 1968, que dispone Beneficios por Incapacidad Temporal; la Ley 16-2017 de Igualdad Salarial; la Ley Núm. 3 de 13 de marzo de 1942, según enmendada, que protege a las Madres Obreras; la Ley Núm. 17 de 22 de abril de

1988, según enmendada, que prohíbe el Hostigamiento Sexual; la Ley 24 -2002 que establece una Licencia Deportiva; la Ley 27-2005 sobre Salario Mínimo de Enfermería; la Ley Núm. 44 de 2 de julio de 1985, según enmendada, que prohíbe el discrimen contra Personas Impedidas; la Ley Núm. 69 de 6 de julio de 1985, según enmendada, que protege contra el discrimen por Razón de Sexo; la Ley Núm. 112 de 13 de julio de 1985, según enmendada, que regula la contratación de menores; la Ley 115-1991, que protege al empleado contra las represalias por parte de su patrono; la Ley Núm. 122 de 12 de julio de 1986, según enmendada, que protege a empleados llamados a servir como testigos; Ley 161-2002, para el Fomento de Empleos; Ley Núm. 230 de 12 de mayo de 1942, según enmendada que dispone regulación para el empleo de menores; la Ley Núm. 130 de 8 de mayo de 1945, según enmendada, que reconoce los derechos de los empleados a organizarse; la Ley 281-2003, que protege a los empleados llamados a servir como jurado, entre otras leyes y regulaciones que protegen a nuestro trabajador.

Tampoco se afectará ninguna otra ley o regulación, local o federal, que protejan los derechos de los empleados.

**DECRÉTASE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

1   Artículo 1.- La Ley Núm. 80 de 30 de mayo de 1976, según enmendada,
2   permanecerá vigente a los fines de proteger a todos los empleados y los patronos que, al
3   momento de la aprobación de esta Ley, están protegidos por todas sus disposiciones.
4   Toda persona natural o jurídica que pueda reclamar derechos o remedios al amparo de
5   este Artículo, mantendrá esos derechos inalterados.
6   Artículo 2.- Nuevo estado de Derecho.
7   A partir de la aprobación de la presente Ley, todo empleado de nuevo
8   reclutamiento y todo patrono que reclute a nuevos empleados no estarán sujetos a las
9   disposiciones de la Ley 80 de 30 de mayo de 1976, según enmendada. No obstante, todo

6

empleado despedido de su empleo continuará protegido por todas las demás causas de acción que surjan de la Constitución de los Estados Unidos, la Constitución de Puerto Rico y de las leyes y reglamentos estatales o federales aplicables.

Para fines de este Artículo el término "empleado" significará toda persona natural que trabaje para un patrono y que reciba compensación por sus servicios. No incluye a contratistas independientes y tampoco a empleados gubernamentales o municipales. El término "patrono" significará toda persona natural o jurídica que emplee o permita trabajar a cualquier empleado mediante compensación. No incluye al Gobierno de Puerto Rico, sus tres ramas, sus departamentos, agencias, instrumentalidades, corporaciones públicas, y tampoco a los gobiernos municipales, sus instrumentalidades o corporaciones municipales.

Artículo 3.- Reafirmación de la política pública.

Con esta Ley la Asamblea Legislativa únicamente está eliminando la causa de acción por despido injustificado prospectivamente. A tales efectos, reafirmamos la aplicación inalterada de todos aquellos derechos laborales establecidos y legislados con anterioridad a esta Ley. Ningún patrono podrá incumplir con ninguno de estos derechos laborales que hoy reafirmamos.

Artículo 4.- Disposiciones transitorias.

Las disposiciones de esta Ley y sus efectos no serán de aplicación a aquellas personas cuyo empleo haya terminado previo a la vigencia de la misma. Las disposiciones de la Ley Núm. 80 de 30 de mayo de 1976, según enmendada, y el término prescriptivo allí dispuesto, continuarán siendo de aplicación a toda separación

injustificada de empleo realizada previo a la vigencia de esta Ley. Por tanto, ningún patrono podrá utilizar como subterfugio la aplicación de la presente Ley, con el fin de afectar derechos adquiridos por los empleados cobijados por la Ley 80, *supra*, previo a la vigencia de la presente Ley. Los tribunales vendrán obligados a aplicar las disposiciones de la Ley Núm. 80, *supra,* en todo procedimiento pendiente y a las causas de acción que se configuren antes de la vigencia de esta Ley.

Artículo 5.-Vigencia.

Esta Ley comenzará a regir inmediatamente.