[CERTIFIED TRANSLATION]        I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052,
hereby certify that the attached document is a true and exact translation of the original certified or translated by me



**SENATE**                    Federal, Political, and Economic Relations Commission
HOPE AND PROGRESS                  Hon. Thomas Rivera Schatz, President

April 26, 2018

Mr. José B. Carrión III
President
Oversight Board
For Puerto Rico
268 Muñoz Rivera Ave.
World Plaza, Suite 1107
San Juan, PR 00918

Dear Mister Carrión:

The Federal, Political, and Economic Relations Commission of the Senate of Puerto Rico, has before its
consideration S.B. 919, which reads as follows:

**"To establish the "Labor Reform Act of 2018", to amend Article 2, of Act No. 180-1998, as amended;
repeal Act No. 148 of June 30, 1969, as amended; repeal of all mandatory decree passed before the
effect of this Act; repeal Article 5; amend part (a) of Article 6 and renumber it as Article 5; renumber
Article 7 as Article 6; renumber Article 8 as Article 7; renumber Article 9 as Article 8; renumber
Article 10 as Article 9; renumber Article 11 as Article 10; renumber Article 12 as Article 11;
renumber Article 13 as Article 12 of Act No. 180-1998; repeal Act No. 80 of May 30, 1976, as
amended; amend parts (a) and (b) of Article 2 of Act No. 115-1991, as amended; and for other related
matters."**

For the consideration of this bill, the Commission summons you to appear to a public hearing, which will
be held next Tuesday, May 1, 2018, at 11:00 in the morning in the Leopoldo Figueroa Room. We request
you bring with you, an explanatory brief in original with twenty (20) copies.

It is a requirement of the Senate of Puerto Rico, that all the Legislative Commissions have a digital file of
all the explanatory brief before its consideration. We request that you deliver to us a digital copy of it no
later than 5:00 pm on Monday, April 30, 2018. It shall be sent to the following e-mail addresses:
jmartinez@senado.pr.gov, bmcollazo@senado.pr.gov.

With nothing more to add,

Sincerely

Thomas Rivera Schatz

4/27/2018 [hw]   10:27 am  [hw]

*El Capitolio P.O. Box 9023431 San Juan, Puerto Rico 00902-3431   •   (787) 722-21l000 ext. l225, l228   Immediato e cuando la pa*



**SENADO**
ESPERANZA Y PROGRESO

Comisión sobre Relaciones Federales, Políticas y Económicas

*Hon. Thomas Rivera Schatz, Presidente*

26 de abril de 2018

Sr. José B. Carrión III
Presidente
Junta de Supervisión y
Administración para Puerto Rico
268 Ave. Muñoz Rivera
World Plaza, Suite 1107
San Juan, PR  00918

Estimado señor Carrión:

La Comisión sobre Relaciones Federales, Políticas y Económicas del Senado de Puerto Rico, tiene ante su consideración el P. del S. 919, que lee como sigue:

> "Para establecer la *Ley de Reforma Laboral de 2018*," a los fines de enmendar el Artículo 2 de la Ley Núm. 180-1998, según enmendada; derogar la Ley Núm. 148 de 30 de junio de 1969, según enmendada; derogar todo decreto mandatorio aprobado antes de la vigencia de esta ley; derogar el Artículo 5; enmendar el inciso (a) del Artículo 6 y renumerarlo como Artículo 5; renumerar el Artículo 7 como Artículo 6; renumerar el Artículo 8 como Artículo 7; renumerar el Artículo 9 como Artículo 8; renumerar el Artículo 10 como Artículo 9; renumerar el Artículo 11 como Artículo 10; renumerar el Artículo 12 como Artículo 11; renumerar el Artículo 13 como Artículo 12 de la Ley Núm. 180-1998; derogar la Ley Núm. 80 de 30 de mayo de 1976, según enmendada; enmendar los incisos (a) y (b) del Artículo 2 de la Ley Núm. 115-1991, según enmendada; y para otros fines relacionados."

Para la consideración de esta medida, la Comisión le cita a comparecer a una vista pública, la cual se llevará a cabo el próximo martes, 1 de mayo de 2018, a las 11:00 de la mañana en el Salón Leopoldo Figueroa.  Le solicitamos traer consigo, un memorial explicativo en original con veinte (20) copias.

Es requisito del Senado de Puerto Rico, que todas las Comisiones Legislativas tengan un archivo digital de todos los memoriales explicativos ante su consideración.  Le requerimos nos facilite copia digitalizada del mismo no más tarde de las 5:00 pm del lunes, 30 de abril de 2018.  La misma deberá ser enviada a las siguientes direcciones de correo electrónico: jmartinez@senado.pr.gov, bmcollazo@senado.pr.gov.

Sin otro particular quedo.

Cordialmente,

Thomas Rivera Schatz

21/4/2018   10:37 am

*El Capitolio P.O. Box 902 13 San Juan, Puerto Rico 00902-2113 · Tel: (787) 724-2030 · 420-1125, 1121  Inmediato apuntala yo*