[CERTIFIED TRANSLATION]    I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me



| SENATE | Federal, Political, and Economic Relations Commission |
|---|---|
| HOPE AND PROGRESS | Hon. Thomas Rivera Schatz, President |

April 30, 2018

Mr. José B. Carrión III
President
Financial Oversight
& Administration Board
For Puerto Rico
268 Muñoz Rivera Ave.
World Plaza, Suite 1107
San Juan, PR 00918

Dear Mister Carrión:

The Federal, Political, and Economic Relations Commission of the Senate of Puerto Rico, has before its consideration S.B. 919, which reads as follows:

"To establish the "Labor Reform Act of 2018", to amend Article 2, of Act No. 180-1998, as amended; repeal Act No. 148 of June 30, 1969, as amended; repeal of all mandatory decree passed before the effect of this Act; repeal Article 5; amend part (a) of Article 6 and renumber it as Article 5; renumber Article 7 as Article 6; renumber Article 8 as Article 7; renumber Article 9 as Article 8; renumber Article 10 as Article 9; renumber Article 11 as Article 10; renumber Article 12 as Article 11; renumber Article 13 as Article 12 of Act No. 180-1998; repeal Act No. 80 of May 30, 1976, as amended; amend parts (a) and (b) of Article 2 of Act No. 115-1991, as amended; and for other related matters."

Given the Importance of this bill drafted by the Financial Oversight & Management Board for Puerto Rico, the Commission summoned you to appear to a public hearing, tomorrow Tuesday, May 1, 2018, at 11: in the morning in the Leopoldo Figueroa Room. However, this past Friday, April 27, 2018, we received a call from you excusing yourself from the hearing, since you could not appear on the day it was scheduled.

It is important for the Senate and for the People of Puerto Rico, that you as President of the Financial Oversight & Administration Board for Puerto Rico, explain to us the benefits of your project. Thus, we request you state three (3) dates you are available, of any day of the week, in which you can appear before this Commission, in a Public Hearing.

With nothing more to add.
Sincerely,

Thomas Rivera Schatz

Received by

_____
Print
[Illegible signature]
Signature
April/ 30/ 18
Date



Comisión sobre Relaciones Federales, Políticas y Económicas

Hon. *Thomas Rivera Schatz*, Presidente

30 de abril de 2018

Sr. José B. Carrión III
Presidente
Junta de Supervisión y
Administración Financiera para Puerto Rico
268 Ave. Muñoz Rivera
World Plaza, Suite 1107
San Juan, PR 00918

Estimado señor Carrión:

La Comisión sobre Relaciones Federales, Políticas y Económicas del Senado de Puerto Rico, tiene ante su consideración el P. del S. 919, que lee como sigue:

> "Para establecer la "*Ley de Reforma Laboral de 2018,*" a los fines de enmendar el Artículo 2 de la Ley Núm. 180-1998, según enmendada; derogar la Ley Núm. 148 de 30 de junio de 1969, según enmendada; derogar todo decreto mandatorio aprobado antes de la vigencia de esta ley; derogar el Artículo 5; enmendar el inciso (a) del Artículo 6 y renumerarlo como Artículo 5; renumerar el Artículo 7 como Artículo 6; renumerar el Artículo 8 como Artículo 7; renumerar el Artículo 9 como Artículo 8; renumerar el Artículo 10 como Artículo 9; renumerar el Artículo 11 como Artículo 10; renumerar el Artículo 12 como Artículo 11; renumerar el Artículo 13 como Artículo 12 de la Ley Núm. 180-1998; derogar la Ley Núm. 80 de 30 de mayo de 1976, según enmendada; enmendar los incisos (a) y (b) del Artículo 2 de la Ley Núm. 115-1991, según enmendada; y para otros fines relacionados."

Dado a la importancia de esta medida redactada por la Junta de Supervisión y Administración Financiera para Puerto Rico, la Comisión le citó a comparecer a una vista pública, mañana martes, 1 de mayo de 2018, a las 11:00 de la mañana en el Salón Leopoldo Figueroa. Sin embargo, el pasado viernes, 27 de abril de 2018, recibimos una carta de su parte excusándose de la vista, ya que no podía comparecer el día para la cual fue señalada.

Es importante para el Senado y para el pueblo de Puerto Rico, que usted como Presidente de la Junta de Supervisión y Administración Financiera para Puerto Rico, nos explique de las bondades de su proyecto. Es por esto que, le solicitamos nos indique tres (3) fechas hábiles, de cualquier día de la semana, en la que pueda comparecer ante ésta Comisión, en Vista Pública.

Sin otro particular quedo.

Cordialmente,

Thomas Rivera Schatz

Recibido por
_____
letra de molde
_____
firma
30 / Abril / 18
fecha

El Capitolio PO Box 9023431 San Juan, Puerto Rico 00902-3431 | (787) 724-2030 Exts. 1126, 1125, 1123 bmcollazo@senado.pr.gov