[CERTIFIED TRANSLATION] I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me

# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
# FOR PUERTO RICO



José B. Carrión III
Chair

**Members**
Andrew G. Biggs
Carlos M. García
Arthur J. González
José R. González
Ana J. Matosantos
David A. Skeel, Jr.

Natalie A. Jaresko
Executive Director

May 4, 2018

**BY E-MAIL**

Honorable Thomas Rivera Schatz
President
Senate of Puerto Rico

Dear Mister President:

I acknowledge receipt of your April 30, letter of the current year. As you know, the labor reform required by the new Fiscal Plan for Puerto Rico certified by the Financial Supervision Board is a fundamental element to promote the economic growth projected by the plan. Puerto Rico needs these reforms to break the vicious cycle of a recession and lack of competitiveness that has affected our people for too many years.

We acknowledge that the Fiscal Plan contains measures that are difficult but necessary if we wish to stimulate the economic development and the creation of jobs in Puerto Rico. The alternative is that our people have to continue immigrating in search of better job opportunities in Florida, Texas, and other states; jurisdictions, it needs to be pointed out, that have a labor structure that is very similar to the one required to the Fiscal Plan.

Although pursuant to Section 108 of PROMESA we cannot answer your summons, count on our collaboration. Specifically, we maintain our offer to help you, your colleagues, and work team to better understand the macroeconomic projections of the Fiscal Plan, for which we gladly can coordinate work sessions to show you the econometric models to develop the Fiscal Plan.

Sincerely,

José B. Carrión III

PO Box 192018 San Juan, PR 00919-2018; www.oversightboard.pr.gov; comments@oversightboard.pr.gov

# FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
# FOR PUERTO RICO



José B. Carrión III
Chair

Members
Andrew G. Biggs
Carlos M. García
Arthur J. González
José R. González
Ana J. Matosantos
David A. Skeel, Jr.

Natalie A. Jaresko
Executive Director

4 de mayo de 2018

**POR CORREO ELECTRÓNICO**

Honorable Thomas Rivera Schatz
Presidente
Senado de Puerto Rico

Estimado señor Presidente:

Acuso recibo de su carta del 30 de abril del corriente. Como usted sabe, la reforma laboral requerida por el nuevo Plan Fiscal para Puerto Rico certificado por la Junta de Supervisión Fiscal es un elemento fundamental para promover el crecimiento económico proyectado por el plan. Puerto Rico necesita estas reformas para romper el ciclo vicioso de contracción económica y falta de competitividad que ha afectado a nuestro pueblo por demasiados años.

Reconocemos que el Plan Fiscal contiene medidas difíciles pero necesarias si deseamos estimular el desarrollo económico y la creación de empleos en Puerto Rico. La alternativa es que nuestra gente tenga que seguir emigrando en busca de mejores oportunidades de empleo en la Florida, Texas y otros estados; jurisdicciones, valga señalar, que tienen un régimen laboral muy similar al requerido por el Plan Fiscal.

Aunque conforme a la Sección 108 de PROMESA no podemos responder a su citación, cuente con nuestra colaboración. Específicamente, mantenemos nuestro ofrecimiento de ayudar a que usted, sus colegas y equipo de trabajo puedan entender mejor las proyecciones macroeconómicas del Plan Fiscal, por lo que con gusto podemos coordinar sesiones de trabajo para mostrarles los modelos econométricos utilizados para desarrollar el Plan Fiscal.

Cordialmente,

José B. Carrión III