[CERTIFIED TRANSLATION]   I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me



**SENATE**
HOPE AND PROGRESS

Federal, Political, and Economic Relations Commission
Hon. Thomas Rivera Schatz, President

May 9, 2018

Mr. José B. Carrión III
President
Financial Oversight
& Administration Board
For Puerto Rico
268 Muñoz Rivera Ave.
World Plaza, Suite 1107
San Juan, PR 00918

Dear Mister Carrión:

This past April 26, 2018, upon request of the Financial Oversight and Administration Board for Puerto Rico, we filed in the Senate of Puerto Rico, Senate Bill 919, "Labor Reform Act of 2018."

Just as every legislative bill, it will follow the ordinary legislative process. It will be analyzed with responsibility and evaluating the recommendations of those persons with knowledge in the matter and who have studied the economic system of Puerto Rico for years.

The Financial Oversight Board, has filed this proposal in a vacuum. We summon you to appear before the Federal, Social, and Economic Relations Commission of the Senate with the goal of you stating to us and evidence the need to pass the Labor Reform. Due to your refusal to appear before the Senate, I reiterate that the People of Puerto Rico have a right to know the analysis performed, the studies, and the empirical data that is the basis of the economic projections established by the Board, with the passing of said bill.

Thus, we request that in a term of no more than five (5) days, counted from the receipt of this communication, you send us the documents that support the economic projections of the aforementioned bill.

With nothing more to add.

Thomas Rivera Schatz

El Capitolio PO Box 9023431 San Juan, Puerto Rico 00902-3431 • (787) 724-2030 Ext. 1326, 1125, 1322 trivera@senado.pr.gov



Comisión sobre Relaciones Federales, Políticas y Económicas

Hon. Thomas Rivera Schatz, Presidente

9 de mayo de 2018

Sr. José B. Carrión III
Presidente
Junta de Supervisión y
 Administración para Puerto Rico
268 Ave. Muñoz Rivera
World Plaza, Suite 1107
San Juan, PR 00918

Estimado señor Carrión:

El pasado 26 de abril de 2018, a petición de la Junta de Supervisión Fiscal y Administración Financiera para Puerto Rico, radicamos en el Senado de Puerto Rico, el Proyecto del Senado 919, "Ley de Reforma Laboral de 2018".

Como toda pieza legislativa, seguirá el trámite legislativo ordinario. Se analizará con responsabilidad y evaluando las recomendaciones de aquellas personas entendidas en la materia y que por años han estudiado el sistema económico de Puerto Rico.

La Junta de Supervisión Fiscal, ha presentado esta propuesta en el vacío. Le citamos a comparecer ante la Comisión de Relaciones Federales, Sociales y Económica del Senado con el fin de que nos expresara y nos evidenciara la necesidad de aprobar la Reforma Laboral. Ante su negativa de comparecer ante el Senado, reitero que el pueblo de Puerto Rico tiene derecho a conocer el análisis realizado, los estudios y la data empírica que fundamenta las proyecciones económicas establecidas por la Junta, con la aprobación de dicha medida.

A esos fines, le solicitamos que en un término no mayor de cinco (5) días, contados a partir del recibo de esta comunicación, nos remita los documentos que sustenten las proyecciones económicas de la medida en referencia.

Sin otro particular quedo.

Cordialmente,

Thomas Rivera Schatz