[CERTIFIED TRANSLATION]   I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me



# Jorge Navarro Suárez
Representative District 5
GOVERNMENT COMMISSION
President

[Seal House of Representatives]

June 4, 2018

**Mrs. Natalie Jaresko**
Executive Director
Oversight and Administration Board for Puerto Rico
PO Box 192018
San Juan PR 00919-2018

Dear Mrs. Jaresko:

Warm greetings.

The Government Commission is performing an evaluation and analysis on **H.B. 1634** and **S.B. 1011**. These bills have the purpose of repealing Act No. 80 of May 30, 1976, as amended; in order to comply with those agreements reached by the Government and the Oversight Board; to protect the Christmas bonus of public and private employees; maintain unaltered the vacation and sick leave of private sector employees; reaffirm the public policy of the Government of Puerto Rico on permanency of all those labor rights established in the Constitution of Puerto Rico and the applicable state and state and federal laws; provide for the existing claims on unfair termination and other related matters.

Last week, the passing of **S.B. 1011** by Senate of Puerto Rico, with its amendments, was discussed in the media. These amendments intend for the provisions of Act No. 80, supra, remain in effect for employers and employees protected until said bill is passed. Given that we have before our consideration two proposals with the same purpose but with different scope we have the obligation to go before you to clarify several questions regarding the matter.

Thus, we request provide us comments regarding the following questions:
- If the understanding with the Government of Puerto Rico is not complied with of repealing Act No. 80 of May 30, 1976, as amended, or if the Senate version is passed, as amended. What would be the effect on the Fiscal Plan and the budget to be certified by the Financial Oversight Board?

[CERTIFIED TRANSLATION]   I, Carlos Laó Dávila, a Federally certified interpreter, number 03-052, hereby certify that the attached document is a true and exact translation of the original certified or translated by me



# Jorge Navarro Suárez
Representative District 5
GOVERNMENT COMMISSION
President

[Seal House of Representatives]

To provide the information you are granted a term if five (5) working days. It is necessary to have this information in our office in or prior to Monday, June 11, 2018. If you have any questions or need additional information, you may contact the number indicated at the footer of the letter.

I thank you for your prompt attention to this matter, I remain.

[Illegible signature]
Jorge Navarro Suárez
President
Government Commission

JNS/tmrs
Attachments

El Capitolio, Box 9022228, San Juan, Puerto Rico 00902-2228*T. 787-721-6040 ext. 2082



**Jorge Navarro Suárez**
Representante Distrito 5
COMISIÓN DE GOBIERNO
Presidente

4 de junio de 2018

**Sra. Natalie Jaresko**
Directora Ejecutiva
Junta de Supervisión y Administración Financiera para Puerto Rico
PO Box 192018
San Juan PR 00919-2018

Estimada señora Jaresko:

Reciba un cordial saludo.

La Comisión de Gobierno se encuentra realizando la evaluación y análisis sobre el **P. de la C. 1634** y el **P. del S. 1011**. Estos proyectos tienen el propósito de derogar la Ley Núm. 80 de 30 de mayo de 1976, según enmendada; a los fines de dar cumplimiento a aquellos acuerdos llegados por el Gobierno y la Junta de Supervisión Fiscal; para proteger el bono de navidad de los empleados públicos y privados; mantener inalterados los días de vacaciones y enfermedad con los que cuenta un empleado del sector privado; reafirmar la política pública del Gobierno de Puerto Rico sobre la permanencia de todos aquellos derechos laborales establecidos en la Constitución de Puerto Rico y aquellas leyes estatales y federales aplicables; disponer lo relativo a aquellas reclamaciones de despido injustificado existentes y para otros fines relacionados.

La semana pasada fue reseñado en los medios de comunicación la aprobación por parte del Senado de Puerto Rico del **P. del S. 1011** con enmiendas. Estas enmiendas pretenden que las disposiciones de la Ley Núm. 80, *supra*, permanezcan vigentes para los patronos y empleados protegidos hasta el día de la aprobación del proyecto de ley. Dado que tenemos ante nuestra consideración dos propuestas con el mismo propósito pero con alcance distinto no vemos en la obligación de acudir a usted para aclarar varias dudas al respecto.

Es por ello, que solicitamos emita sus comentarios sobre las siguientes interrogantes:

- De no cumplirse con el entendido con el Gobierno de Puerto Rico de derogar la Ley Núm. 80 de 30 de mayo de 1976, según enmendada, o de aprobarse la versión del Senado, según enmendada. ¿Cuál sería el efecto en el Plan Fiscal y en los presupuesto a certificarse por la Junta de Supervisión Fiscal?

El Capitolio, Apartado 9022228, San Juan, Puerto Rico 00902-2228 • T. 787 – 721- 6040 ext. 2082

Case:17-03283-LTS Doc#:3454-19 Filed:07/09/18 Entered:07/09/18 14:08:37 Desc: Exhibit Page 4 of 4



**Jorge Navarro Suárez**
Representante Distrito 5
COMISIÓN DE GOBIERNO
Presidente

Para suministrar la información se le concede un término de cinco (5) días laborables. Es necesario tener esta información en nuestra oficina en o antes del lunes, 11 de junio de 2018. De tener alguna duda o necesitar información adicional, puede comunicarse a los números mencionados al pie de la misma.

Agradeciendo su pronta atención a este asunto, quedo.

*[firma]*

Jorge Navarro Suárez
Presidente
Comisión de Gobierno

JNS/ tmrs
Anejos

El Capitolio, Apartado 9022228, San Juan, Puerto Rico 00902-2228 • T. 787 – 721- 6040 ext. 2082