

## CERTIFICATION UNDER PENALTY OF PERJURY

I, *Elizabeth Stuart Villanueva*, of legal age, a citizen of the United States of America, and resident of Puerto Rico, state the following under penalty of perjury:

1. I am the Clerk of the House of Representatives of Puerto Rico.
2. Joint Resolution R.C. of C. 355, was approved by the House of Representatives on June 29, 2018.
3. Joint Resolution R.C. of C. 355, allocates the amount of six billion nine hundred fifty five million six hundred fourteen thousand dollars ($6,955,614,000) under the General Fund of the State Treasury, for regular operating costs of the programs and agencies that make up the Executive Branch and the programs that make up the Judicial Branch and the Legislative Branch during the fiscal year ending June 30, 2019.
4. Joint Resolution R.C. of C. 353, approved by the House of Representatives on June 30, 2018 allocates the amount of one thousand seven hundred fifty-three million nine thousand dollars, ($1,753,009,000) under the General Fund of the State Treasury for the development of special, permanent or temporary programs or activities for Fiscal Year 2018-2019.

1

5. Joint Resolution R.C. of C. 355 allocates to the House of Representatives of Puerto Rico, $45,470,000 and $38,805,000 to the Senate of Puerto Rico.

### STATEMENT UNDER PENALTY OF PERJURY AS PER 18 USCA §1746(2)

I, *Elizabeth Stuart Villanueva*, declare under penalty of perjury that the information I have provided in this certification is true and correct. I issue these presents in my office at the Capitol, in San Juan, Puerto Rico, on the ninth (9th) day of the month of July of the year two thousand eighteen, and affix the Seal of the House of Representatives of Puerto Rico.

In San Juan, Puerto Rico, this 9 of July 2018.

*Elizabeth Stuart Villanueva*
CLERK