# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>  Debtors[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Aurelius Investment, LLC, Aurelius Opportunities Fund, LLC, and Lex Claims, LLC ("Aurelius"), served copies of its *Aurelius's Informative Motion Regarding Recent Supreme Court Decisions in Ortiz v. United States and Lucia v. SEC* (Docket No. 3451) (the "Informative Motion") to the parties included in the Master Service List attached hereto as **Exhibit A**. Also, copy of the *Informative Motion* was delivered to the chambers of the Honorable Laura Taylor Swain at the United States District Court for the Southern District of New, Daniel P. Moynihan U.S. Courthouse, 500 Pearl Street, Suite 3212, New York, NY 10007.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th of July, 2018.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

/s/ *Luis A. Oliver-Fraticelli*
  Luis A. Oliver-Fraticelli
  USDC-PR No. 209204

/s/ *Lourdes Arroyo-Portela*
  Lourdes Arroyo-Portela
  USDC-PR No. 226501

**ADSUAR MUÑIZ GOYCO SEDA & PÉREZ-OCHOA P.S.C.**
208 Ponce de León Ave., Suite 1600, San Juan, P.R. 00918
Phone: (787) 756-9000
Fax:   (787) 756-9010
Email: loliver@amgprlaw.com
    larroyo@amgprlaw.com