# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## MOTION FOR ADMISSION
### *PRO HAC VICE* OF GUY BRENNER

COMES NOW, Guy Brenner, applicant herein, pursuant to Local Civil Rule 83A(f), Local Rule of Bankruptcy Procedure 2090-1(c), Federal Bankruptcy Rule 9029, and Section 3010 of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA"), and respectfully states:

1.    Applicant is an attorney and a member of the law firm of Proskauer Rose LLP, with offices at: 1001 Pennsylvania Avenue, NW, Suite 600 South, Washington DC, 20004.

2.    Applicant will sign all pleadings with the name Guy Brenner.

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3.    Applicant has been retained as a member of the above-named firm by Financial Oversight and Management for Puerto ("FOMB") to provide legal representation in connection with the above-styled matters now pending before the United States District Court for the District of Puerto Rico.

4.    Applicant has been admitted to practice and is currently a member in good standing of the bars of the following courts:

| Court: | Admission Date: |
|---|---|
| District of Columbia | 2005 |
| New Jersey | 2012 |
| Pennsylvania | 2002 |
| Virginia | 2017 |
| U.S. DISTRICT COURT, DISTRICT OF COLUMBIA | 2004 |
| U.S. DISTRICT COURT, NEW JERSEY | 2002 |
| U.S. DISTRICT COURT, VIRGINIA, EASTERN DISTRICT | 2017 |
| SUPREME COURT OF THE UNITED STATES | 2014 |

5.    Applicant is not currently suspended from the practice of law before any court or jurisdiction.

6.    Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7.    Local counsel of record associated with applicant in this matter is:

> Hermann D. Bauer
> USDC No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Tel:  (787) 764-8181
> Fax:  (787) 753-8944
> Email: hermann.bauer@oneillborges.com

8.    Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico and will comply with the same.

9.     Applicant has read the Local Civil Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court. Accordingly, receipt of payment of the *pro hac vice* admission fee is attached hereto.

10.     WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled cases only.

Date: July 10, 2018

Respectfully submitted,


 */s/Guy Brenner*
Guy Brenner
**PROSKAUER ROSE LLP**
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004
Telephone (202) 416-6830
Email: gbrenner@proskauer.com

I HEREBY CERTIFY, pursuant to Local Civil Rule 83A(f), that we consent to

the designation of local counsel of record for all purposes.

Date: July 10, 2018

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944
Email: hermann.bauer@oneillborges.com

I HEREBY CERTIFY that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system of the US Bankruptcy Court for the District of Puerto Rico for Case No. 17 BK 3283, which will send notification of such filing to all attorneys of record, and the original was served upon the Clerk of Court on July 10, 2018, accompanied by a $300.00 *pro hac vice* admission fee.

Respectfully submitted, in San Juan, Puerto Rico, this 10th day of July, 2018.

> *s/ Hermann D. Bauer*
> Hermann D. Bauer
> USDC No. 215205
> **O'NEILL & BORGES LLC**
> 250 Muñoz Rivera Ave., Suite 800
> San Juan, PR 00918-1813
> Tel:  (787) 764-8181
> Fax:  (787) 753-8944
> Email: hermann.bauer@oneillborges.com