UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, | (Jointly Administered) |
| et al., | |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR ATTENDANCE,
PARTICIPATION AND OBSERVATION OF JULY 25-26, 2018, OMNIBUS HEARING

Beginning on **July 25, 2018 at 9:30 a.m.** (Atlantic Standard Time), the Court will conduct an omnibus hearing on certain motions in the above-captioned cases (the "Hearing") and related adversary proceeding in Courtroom 2 of the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767, and by video teleconference in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  The Hearing will be conducted on July 25, 2018, from 9:30 a.m. to 12:00 p.m., resume if necessary from 1:00 p.m. to 5:00 p.m., and continue if necessary on July 26, 2018, from 9:30 a.m. to 12:00 p.m.  An agenda outlining the matters to be addressed and the projected timetable will be filed by Debtors' counsel by July 23, 2018 in accordance with the Fourth Amended Case Management Procedures.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

Judge Swain will be present in the San Juan courtroom and video-teleconferencing facilities will be available in the New York courtroom. Counsel who intend to speak at the Hearing may attend the proceedings in the San Juan courtroom or the New York courtroom. **Counsel who intend to speak at the Hearing must file an Informative Motion** stating the names of all attending counsel and identifying the party for which they intend to appear, the agenda items in connection with which they intend to speak, and the location (New York or San Juan) at which they intend to appear, **no later than July 19, 2018, at 5:00 p.m.** (Atlantic Standard Time).

Other attorneys, members of the press and the general public may attend and observe the Hearing in either of the courtrooms. There will also be a live feed of the proceedings for members of the press available in the press room in the New York courthouse and in a designated space in the San Juan courthouse. Attorneys who have entered an appearance in the Title III proceedings may register to listen-in on the proceedings by telephone. Such attorneys must register with CourtSolutions at www.court-solutions.com **no later than July 19, 2018 at 5:00 p.m.** and pay the fee established by CourtSolutions. No recording or retransmission of the Hearing is permitted by any person, including, but not limited to, the parties or the press. Failure to comply may result in sanctions, including suspension of press privileges for members of the press in either court.

SO ORDERED.

Dated: July 10, 2018

                                                     /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge