Javier E. Mandry
1326 Calle Salud Apt. 1101
Ponce, PR. 00717




Office of the Clerk
Federico Degetau Bldg.
150 Carlos Chardon Ave. Room 150
San Juan, PR. 00918-1767

RECEIVED & FILED
2018 JUL -6 PM 1:39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR