IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. | PROMESA Title III<br><br>No. 17 BK 3283-LTS (Jointly Administered)<br><br>BRIEF OF THE CIVIL RIGHTS COMMISSION OF PUERTO RICO AS AMICUS CURIAE |

### MOTION TO WITHDRAW MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF ON INTERNATIONAL HUMAN RIGHTS LAW STANDARDS FOR PUBLIC DEBT RESTRUCTURING

TO THE HONORABLE COURT:

COMES NOW the Civil Rights Commission of Puerto Rico, through the undersigned attorney, and before this Honorable Court respectfully states and prays as follows:

1. On this day, July 11th, 2018, the Civil Rights Commission of Puerto Rico filed a *Motion for Leave to File Amicus Curiae Brief on International Human Rights Law Standards for Public Debt Restructuring* (See Docket No. 3484).

2. Due to an administrative error, the title of the motion is inaccurate. It should read *Motion for Leave to File Brief of Amicus Curiae on the Need for a Human Rights Based Approach to the Government of Puerto Rico Debt*. We will be re-filing the correct motion subsequently.

3. We hereby respectfully request this Honorable Court to grant the present motion and allow us to withdraw the filing of Docket No. 3484.

WHEREFORE, the Civil Rights Commission of Puerto Rico respectfully prays from this Honorable Court to grant the present motion and allow the withdrawal of the *Motion for Leave to File Amicus Curiae Brief on International Human Rights Law Standards for Public Debt Restructuring*.

RESPECTFULLY SUBMITTED.

It is hereby certified that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have made an electronic appearance.

In San Juan, Puerto Rico, on this 11th day of July, 2018.

/s/María A. Rodríguez Medina
USDC-PR 301404
In representation of
Civil Rights Commission of Puerto Rico

416 Ponce de León Ave.
Suite 901
San Juan, P.R. 00918

P.O. Box 192338
San Juan, P.R. 00919-2338

T.: (787) 764-8686
F.: (787) 250-1756
E.: mrodriguez@cdc.pr.gov

3