# **EXHIBIT 1**

```
1                    UNITED STATES BANKRUPTCY COURT

2                      DISTRICT OF PUERTO RICO

3
     In Re:                        )    Docket No. 3:17-BK-3283(LTS)
4                                  )
                                   )    Title III
5    The Financial Oversight and   )
     Management Board for          )
6    Puerto Rico,                  )    (Jointly Administered)
                                   )
7    as representative of          )
                                   )
8    The Commonwealth of           )
     Puerto Rico, et al.,          )    June 6, 2018
9                                  )
              Debtors.             )
10
     _____
11
     Siemens Transportation        )    Docket No. 3:18-AP-030(LTS)
12   Partnership Puerto Rico,      )
     S.E.                          )    in 17-BK-3567(LTS)
13                                 )
              Plaintiff,           )
14   v.                            )
                                   )
15   Puerto Rico Highways and      )
     Transportation Authority,     )
16   et al.                        )
                                   )
17            Defendants.          )
     _____
18

19                         OMNIBUS HEARING

20   BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

21              UNITED STATES DISTRICT COURT JUDGE

22      AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH DEIN

23          UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

24   _____

25
```

```
 1
    APPEARANCES:
 2


 3  For The Commonwealth
    of Puerto Rico, et al.:   Mr. Timothy Mungovan, PHV
 4                            Mr. Paul V. Possinger, PHV
                              Mr. Brian Rosen, PHV
 5                            Mr. Ehud Barak, PHV

 6  For the U.S. Trustee
    Region 21:                Ms. Monsita Lecaroz Arribas, AUST
 7
    Fee Examiner:             Mr. Bradley Williamson, PHV
 8                            Ms. Katherine Stadler, PHV

 9  For Official Committee
    of Unsecured Creditors:   Mr. Luc Despins, PHV
10
    For Puerto Rico Fiscal
11  Agency and Financial
    Advisory Authority and
12  Puerto Rico Electric
    Power Authority:          Mr. Nathan Haynes, PHV
13                            Mr. Arturo Diaz, Esq.
                              Ms. Katiuska Bolanos, PHV
14
    For Puerto Rico Fiscal
15  Agency and Financial
    Advisory Authority:       Ms. Suzzanne Uhland, PHV
16                            Mr. Luis Mariani Biaggi, Esq.
                              Mr. William Sushon, PHV
17
    For Ad Hoc Retiree
18  Committee:                Mr. Robert Gordon, PHV
                              Mr. Landon Raiford, PHV
19                            Mr. Hector Mayol Kauffman, Esq.

20  For the COFINA Agent:     Mr. Joseph Minias, PHV

21  For the Government
    Development Bank:         Mr. Oreste Ramos, Esq.
22                            Ms. Giselle Lopez Soler, Esq.

23  For Siemens
    Transportation
24  Partnership Puerto Rico:  Ms. Claudia Springer, PHV
                              Mr. Andrew Soven, PHV
25                            Mr. Albeniz Couret, PHV
```

```
 1   APPEARANCES, CONTINUED:
 2
     For Banco Popular de
 3   Puerto Rico:              Mr. John Dorsey, PHV

 4   For Santander:            Mr. Nicholas Crowell, PHV
```

24 Proceedings recorded by stenography. Transcript produced by CAT.
25

1  in the room, what the form is.  I guess the investigator needs
2  to spell out the exit plan in a filing that we can actually
3  look at.
4           MR. MUNGOVAN:  That's my understanding, that there
5  will be an exit plan or an exit report that will be filed that
6  is separate from the final report.  I don't know that the exit
7  report will be filed by the 15th of August.
8           I am told -- I don't have personal control over it,
9  but I am told by counsel for the independent investigator that
10 they currently anticipate, as stated in our filings, that they
11 will file a final report by August 15, 2018.
12          HONORABLE MAGISTRATE JUDGE DEIN:  But I want the exit
13 plan by then.
14          MR. MUNGOVAN:  You want the exit plan by the same
15 date?
16          HONORABLE MAGISTRATE JUDGE DEIN:  I actually want to
17 know what's going to be in the exit plan before that, all
18 right?  I want to know that there's going to be a plan that
19 says that the documents will be in a room, when access will be
20 available to them.
21          The overarching thing that I wanted to say is that
22 the Committee is going to get these documents.  All right?
23 Because I'm not going to end up in a fight about whether
24 investigations are duplicative because the Committee doesn't
25 know what documents have already been produced.

1        The whole point of this was so that the financial
2    institutions didn't have to do the same searches multiple
3    times.  All right?  But the Committee can't be in a position
4    of saying I want these documents, and then not knowing whether
5    or not they've been produced.
6        So that's not a fight I'm willing to have.  And if I
7    have to just open the doors to make sure it doesn't happen, I
8    will do that.
9        MR. MUNGOVAN:  I understand, Your Honor.
10        THE COURT:  All right.  So I think the privilege logs
11    need to go over to the committees, to the extent they exist,
12    and there needs to be a privilege log from GDB.
13        You need to have these conversations about custodians
14    and search terms and make sure that that's done.  I need to
15    know what the status is of the third category.  Is it expected
16    that those documents will be released at the exit date, or is
17    it expected that they will still be confidential at that date?
18        MR. MUNGOVAN:  My understanding is that they will be
19    -- to the extent that they are restricted by the producing
20    party, they will be held as confidential.  The independent
21    investigator will be withdrawing, as I understand it, subject
22    to the exit plan.  And the Oversight Board presumably will
23    have control over those documents.
24        But my understanding is that there will be -- at
25    least in some instances, as of today, there are restrictions.