**Exhibit A – Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re: :
:
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
:
    as representative of : Case No. 17-BK-3283 (LTS)
:
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
:
Debtors.[1] :

---

**ORDER GRANTING JOINT URGENT UNOPPOSED MOTION OF CREDITORS'
COMMITTEE AND RETIREE COMMITTEE TO FILE LIMITED OBJECTION AND
JOINDER TO LIMITED OBJECTION TO INVESTIGATOR'S EXIT PLAN MOTION
<u>UNDER SEAL</u>**

Upon consideration of the *Joint Urgent Unopposed Motion of Creditors' Committee and Retiree Committee to File Limited Objection and Joinder to Limited Objection to Investigator's Exit Plan Motion Under Seal* (the "<u>Motion to Seal</u>"),[2] the Court hereby FINDS AND DETERMINES that (i) the Court has jurisdiction to consider the Motion to Seal and the relief requested therein pursuant to PROMESA section 310; (ii) venue is proper before this Court pursuant to PROMESA section 307(a); (iii) due and proper notice of this Motion to Seal has been provided under the particular circumstances and no other or further notice need be provided; (iv) based on the statements and arguments made in the Motion to Seal, the Court finds

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), and (iv) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Renewed Motion.

that it is appropriate for the Retiree Committee to file under seal an unredacted version of the Retiree Committee's Limited Objection to Exit Plan Motion [Dkt. 3497] (the "Retiree Objection") and for the Creditors' Committee to file under seal an unredacted version of the Creditors' Committee's *Joinder to Retiree Committee's Limited Objection to Investigator's Exit Plan Motion* [Dkt. 3498] (the "Committee Joinder," together with the Retiree Objection, the "Committee Exit Plan Objections"). Accordingly, it is hereby ORDERED THAT:

1. The Committee and the Retiree Committee are entitled to file the full, unredacted versions of the Committee Exit Plan Objections [Dkt. Nos. 3497 and 3498] under seal.

2. The Clerk of Court will provide the Committee, the Retiree Committee, the Oversight Board, and the GDB (as defined in the *Motion of Official Committee of Unsecured Creditors for Order, Under Bankruptcy Rule 2004, Authorizing Discovery Program With Respect to Certain Causes of Puerto Rico Financial Crisis* [Dkt. No. 706] (the "Motion")) access to the sealed materials through their counsel of record.

Dated: July __, 2018

_____
HON. JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE