# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | THIS DOCUMENT RELATES ONLY TO THIS TITLE III CASE[2] |
| Debtors.[1] | |

## VERIFIED STATEMENT PURSUANT TO FRBP 2019 OF THE PÉREZ-COLÓN PLANITIFF GROUP

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") and Section V.B. of the *Fourth Amended Notice, Case Management and Administrative Procedures* Order entered in Docket Entry 2839 on April 4, 2018 (the "Case Management and Administrative Procedures Order"), the present verified statement (the "Statement") is submitted by those certain Plaintiffs in the cases of Juan Pérez-Colón *et al* v. Commonwealth (group of three hundred and twenty-four (324) Plaintiffs against the Commonwealth in Civil Case Num. K AC1990-0487), all creditors of the estate pursuant to a favorable Judgment entered on September

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] This clarification is made in accordance to the Court's *Order (A) Pursuant to PROMESA Section 304(G), Directing Joint Administration of Initial Title III Cases and Additional Title III Cases, and (B) Pursuant to Section 105(A) of The Bankruptcy Code, Making Certain Orders Entered on First Day Pleadings Applicable to the Additional Title III Cases*. See, Docket No. 167 at ¶ 5 of p. 4.

26, 2003 by the Court of First Instance of San Juan ("CFI") (collectively the "Pérez-Colón Plaintiff Group")[3].

In support of the Statement, the Pérez-Colón Plaintiff Group hereby respectfully state as follows:

## BACKGROUND

1.      As of May 3, 2017 (the "Petition Date") and up to and including the date of this Statement, in these Title III Cases, the undersigned counsel represented [and continues to represent] the Pérez-Colón Plaintiff Group (each Plaintiff in the Pérez-Colón Plaintiff Group constitutes a "Member" thereof).

2.      On April 3, 1990 a group complaint, on behalf of each and every Member was filed against the Commonwealth in the CFI in Civil Case Num. K AC1990-0487, specifically against the Department of Transportation and Public Works ("DTOP" for its initials in Spanish). Thus, for purposes of Bankruptcy Rule 2019(c), the single Group of Creditors was formed on April 3, 1990.

3.      As briefly discussed herein above, on September 26, 2003 the CFI entered a final Judgment in favor of the Pérez-Colón Plaintiff Group (the "CFI Judgment"). The CFI Judgment declared that the Commonwealth was liable to the Plaintiffs' and for correcting their regular rate of pay due to the illegal implementation of Memorandum #5-86 of the Central Office for the Administration of Personnel ("OCAP" for its initials in Spanish), which resulted in inoperative pay scales and created the need to adopt new pay scales in order to pay Plaintiffs the back wages owed.

---

[3] The present Statement is filed in accordance to the Case Management and Administrative Procedures Order in connection with the cases ("Title III Cases") commenced by the above-captioned debtors under title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA").

4.      Thereafter, the Debtor issued various partial payments in connection with the CFI Judgment, without satisfaction of the owed amounts in full; Following and after unsuccessful collection efforts, on December 11, 2015, the Secretary of DTOP submitted an Official Request to the Secretary of the Department of Justice of Puerto Rico, certifying the pending debt in favor of the Plaintiffs and requesting the approval of a payment plan. As part of the Official Request, the Secretary of DTOP included the final Judgment entered in favor of Plaintiffs, dated September 26, 2003 and the itemized schedule of the individual debt.

5.      On June 5, 2018, the Commonwealth filed a notice for stay of the proceeding in the CFI pursuant to the filing of the Title III cases, which was granted by such forum on June 27, 2017.

6.      The Debtors issued a single notice of the Order for Relief and further notified a group claim in *Schedule H for Litigation Related Obligations* to the undersigned counsel in connection with all Members of the Pérez-Colón Plaintiff Group [PROMESA Case Num. 17 BK 3283-LTS; Docket Entry 1215-14, P. 92].

7.      As of the Petition Date, the Members of the Pérez-Colón Plaintiff Group collectively hold approximately $2,435,987.21 in aggregate amount of unsecured claims.

8.      For the avoidance of doubt and in the abundance of caution, the Members of the Pérez-Colón Plaintiff Group also inform that, in light of the Commonwealth's liability to correct the Plaintiffs' regular rate of pay, the Commonwealth's is also required by law to pay the employer contribution for their retirement funds, and corresponding pension adjustments, in favor of the Plaintiffs. Based on the foregoing, the Members of the Pérez-Colón Plaintiff Group also collectively hold an economic disclosable interest over Debtor Employees Retirement System of the Commonwealth of Puerto Rico, Case Num. 17-03566, of at least **$1,469,956.00** for which they filed a separate group claim. See [Claim No. 633 CM/ECF in Case Num. 17-03566]

3

9.      In accordance with Bankruptcy Rule 2019, the name, address and amount of the disclosable economic interests for each Member in case 17-03283 is set forth in <u>Exhibit A</u> attached herein. The nature of the disclosable economic interests for each Member, pursuant to the CFI Judgment, is the same: salary adjustments and benefits owed in correction of employees regular rate of pay [4].

10.      As of the date of this Statement, the undersigned represents the Pérez-Colón Plaintiff Group[5].

11.      In addition, no individual Member of the Pérez-Colón Plaintiff Group (a) assumes any fiduciary or other duties to any other creditor or person and (b) purports to act, represent or speak on behalf of any other entities in connection with the Title III Cases.

12.      For the avoidance of doubt, nothing contained in this Statement (or Exhibit A hereto) is intended to or should be construed to constitute (a) a waiver or release of any claim(s) filed or to be filed against or interests in the Debtors in any title III case held by any Member, its affiliates or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of any Member to assert, file and/or amend any proof of claim in accordance with applicable law and any orders entered in these cases.

13.      The undersigned verifies that the foregoing is true and correct to the best of her knowledge. Further, all rights to amend or supplement this Statement are fully reserved.

**I HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

---

[4] In the abundance of caution, the Pérez-Colón Plaintiff Group informs that each Member's disclosable economic interest was acquired more than one (1) year prior to the Petition Date. As such, the Group contends that they are waived from the disclosure requirements of FRBP 2019(c)(2)(C).

[5] The undersigned also represents other Groups of creditors (which are unrelated to the Pérez-Colón Plaintiff Group against certain other instrumentalities of the Commonwealth, each of which will be filing their respective separate Verified Statements in compliance with FRBP 2019.

CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified, defined and in the manner established in ¶ II of the Case Management and Administrative Procedures Order, as amended on April 4, 2018 (Dockets No. 2839 of Case No. 17-03283 (LTS), as well as upon all of the parties identified in the Master Service List maintained at https://cases.primeclerk.com/puertorico/.

**RESPECTFULLY SUBMITTED,**

San Juan, Puerto Rico, on this 13th day July 2018.

*/s/ Ivonne González-Morales*
IVONNE GONZÁLEZ-MORALES
USDC NUM. 202701
E-mail: ivonnegm@prw.net

**IVONNE GONZÁLEZ-MORALES**
PO BOX 9021828
San Juan, PR 00902-1828
Tel. (787) 410-0119

*Counsel for the Pérez-Colón Plaintiff Group*

**Exhibit A**

**Names, Addresses and Disclosable Economic Interests of the Members of the Pérez-Colón Plaintiff Group[1]**

| Name of Member | ADDRESS | Amount of Disclosable Economic Interests in Commonwealth of Puerto Rico |
|---|---|---|
| ABRIL VELEZ, BENNY | URB. VILLA ALEGRIA, C / ZAFIRO 151 AGUADILLA PR 00603 | $8,939.40 |
| ACEVEDO HERNANDEZ, ANGEL L. | BO. GALATEO 302 SECTOR VILLA JOSTO, TOA ALTA PR 00953 | $1,085.58 |
| ADORNO ACOSTA, ANDRES | HC-91 BUZON 9302 BO. MAVILLA, VEGA ALTA PR 00697 TEL. 883-7377 | $7,590.58 |
| ADORNO ACOSTA, PABLO | HC-9304 VEGA ALTA, PR 00962 TEL. 799-1323 | $11,258.39 |
| ADORNO MERCED, WILFREDO | HC-04 BOX 5240 GUAYNABO, PR 00971 TEL. 691-1943 | $8,847.46 |
| ADORNO OJEDA, AGUSTIN | HC-01 BOX 27149 VEGA BAJA, PR 00693 TEL. 855-0856 | $11,708.09 |
| AGOSTO AGOSTO, PEDRO | HC- 91 BUZON 9310 VEGA ALTA PR 00692 TEL. 270-5348 | $8,655.45 |
| AGOSTO MELENDEZ, WANDA | URB. SANTA MARIA CALLE 1 B-7, CEIBA, PR 00735 TEL. 390-6244 | $22,540.82 |
| AGOSTO ORTIZ, RAFAEL | CALLE FORTALEZA 404-A BO. CAMPANILLA TOA BAJA PR 00749 TEL. 794-1148 | $1,108.33 |
| AGOSTO ROSADO, BIENVENIDO | HC-91 BUZON 9305 BO MAVILLA, VEGA ALTA PR 00962 TEL. 270-5348 | $6,535.39 |
| AGUILAR ACEVEDO, ABRAHAM | HC-03 BOX 8711 BO. ACEITUNA, CARR. 454 MOCA, PR 00676 | $200.49 |

---

[1] To the best of Counsel's knowledge, the information included herein is accurate as of May 3, 2017. The amounts set forth herein include outstanding principal plus overdue interests at the annual rate of 1.00% as of the Petition Date, pursuant to the official information provided by the Puerto Rico Office of the Commissioner of Financial Institutions (OCIF).

| | | |
|---|---|---|
| ALGARIN DE AMIEL, SONIA | C/ CONDADO 3599<br>LEVITTOWN, TOA BAJA PR 00749<br>TEL. 784-4717 | $17,359.81 |
| ALICEA DEVARIE, JOSE R. | COMUNIDAD LAS QUINTAS<br>PARCELA 4-E CALLE DIAMANTE<br>ARROYO PR 00714 | $16,738.63 |
| ALICEA LANZZU, LUIS E. | BOX  433<br>ARROYO, PR  00714 | $9,748.66 |
| ALICEA MARTINEZ, FRANCISCO | BO. QUEBRADA GRANDE KM 1.7<br>BARRANQUITAS PR  00794 | $17,066.35 |
| ALVERIO DAVILA, PAULINO | HC-81 B. 7694<br>SAN LORENZO, PR  00674 | $242.08 |
| ANDINO QUIÑONES, NESTOR | URB J S QUIÑONES<br>DE DIEGO  20, CAROLINA PR 00985 | $1,669.94 |
| ANDINO ROSA , EDNA I. | C/ LINDA VISTA 256<br>SANTURCE PR  00912 | $293.10 |
| ANDUJAR MATOS, VICTOR | BOX 895<br>BOQUERON PR  00622<br>TEL. 851-0886 | $25,296.34 |
| APONTE COLON RAMON | APARTADO 451<br>JAYUYA, PR  00664<br>TEL. 837-0436 | $8,109.39 |
| APONTE DONES, CARMEN N. | URB. ALGARROBOS CALLE G-K-9<br>GUAYAMA, PR  00784<br>TEL. 647-8898 – 866-3787 | $17,282.37 |
| APONTE MALDONADO, CARMEN F. | SANTIAGO VEVE CALZADA #193<br>FAJARDO PR  00738 | $22,736.13 |
| APONTE TORRES, LUIS | HC- 845 BOX  4736<br>SECTOR CORTES,<br>TRUJILLO ALTO PR 00976 | $834.45 |
| ARZOLA RIVERA, CARMELO | HC-01  BOX  6150<br>BO. CUYON,<br>AIBONITO PR  00705 | $2,505.00 |
| ASTACIO CASTRO,ELBA | RR-2  BOX  483<br>URB. LA LOMITA SOLAR #10<br>RIO PIEDRAS PR  00928 | $553.32 |
| AVILES LEBRON, MARIA S. | URB. SAN ANTONIO<br>CALLE K G-124, ARROYO, PR<br>00714<br>TEL. 225-1951 | $820.67 |
| AYALA ROSA, LUIS | HC-O1 BUZON 3836<br>FLORIDA, PR  00650<br>TEL. 412-7847 | $17,645.86 |

| | | |
|---|---|---|
| BAEZ GUTIERREZ, FELIPE | HC 08 BOX 139<br>PONCE PR  00731 | $7,210.62 |
| BAEZ LUCIANO, PEDRO J. | HC-03  BOX  27450<br>LAJAS PR  00667-9519<br>TEL. 879-2703 | $12,639.09 |
| BAEZ PAGAN, MARIA T. | COND. LOS LIRIOS APTO. 3D<br>SANTURCE PR  00905 | $1,547.96 |
| BAEZ QUIÑONES, BIENVENIDO | C/O APARTADO 41269<br>SANTURCE PR  00940 | $218.91 |
| BELTRAN MORALES, FLOR | URB. UNIVERSITARIA<br>EDF. 4  APT. 34<br>BARRANQUITAS PR  00794 | $17,034.08 |
| BERRIOS ORTIZ, ALFREDO | APARTADO 872<br>BARRANQUITAS, PR  00794 | $17,034.08 |
| BERRIOS ORTIZ, JOSE M. | APARTADO 872, BO. BARRACAS<br>BARRANQUITAS, PR  00794 | $17,034.08 |
| BERRIOS SANCHEZ, NESTOR | TOLEDO 240<br>URB. LA NUEVA SALAMANCA<br>SAN GERMAN PR  00683<br>TEL. 264-2884 | $34,139.16 |
| BINET ZAPATA, ALFREDO | RR-6 BOX  10127<br>RIO PIEDRAS PR  00928 | $32,844.08 |
| BORIA CLEMENTE, JULIO | GC-01  BOX  7320<br>LOIZA, PR  00772<br>TEL. 791-6258 | $17,206.94 |
| BORRERO GARCIA, CARLOS | JARDINES DE PEÑUELAS #525<br>CALLE ORQUIDEA<br>PEÑUELAS, PR  00624<br>TEL. 642-5452 | $8,165.87 |
| BORRERO VELAZQUEZ, FELIX N. | EXT. SAN ISIDRO<br>C/ ÁNGEL SAAVEDRA #158<br>SABANA GRANDE, PR  00637<br>TEL. 873-0150 | $1,970.10 |
| BULTED FIGUEROA,ANIBAL | SGD. EXT. URB. SANTA ELENA<br>GUAYANILLA, PR  00756<br>TEL. 835-0022 | $10,926.76 |
| BULTRON GARCIA, RAFAEL | BO. PALO SECO<br>MAUNABO, PR  00707 | $1,008.58 |
| BURGOS SERRANO, HECTOR | CALLE 23 N.I.<br>VILLA DEL CARMEN<br>CAGUAS, PR  00625 | $17,166.64 |
| BURGOS TORRES PEDRO A. | HC-02 BOX  6300<br>MOROVIS, PR  00717-9727 | $403.60 |

| | | |
|---|---|---|
| CABAN REYES, DAVID | EDF. G #306<br>COOP JARDINES DE TRUJILLO<br>TRUJILLO ALTO, PR  00976 | $7,352.18 |
| CALDERON IZQUIERDO, LUIS A. | CALLE 2 B9 JARDINES DE<br>TRUJILLO ALTO, PR 00976<br>TEL. 633-3544 | $2,262.05 |
| CALDERON ORTIZ, NATALIO | SAN JUAN | $1,110.99 |
| CAMACHO  BENITEZ, JOSE R. | HC-01<br>B0X 3555<br>LOIZA, PR  00772 | $22,542.62 |
| CANDELARIA PEREZ,<br>AMMAYAR | CALLE LOS ROBLES<br>BUZON #9<br>AGUAS BUENAS, PR  00607 | $5,324.98 |
| CARATINI LIZARDI, WALESKA | HC-02  BOX  6345<br>FLORIDA PR  00650-9101<br>TEL. 894-0395 | $1,172.04 |
| CARDONA ADAMES, JOAQUIN | HC-07  BOX  33236<br>CAGUAS, PR  00727-9414<br>TEL. 466-8841 | $443.62 |
| CARDONA SANCHEZ, LONGINO | CALLE PACHECO #192<br>HATO REY PR  00917 | $1,027.77 |
| CARMONA RIVERA, CATALINO | BUZON ACS -03<br>BOX  32538<br>AGUADA, PR  00602 | $8,502.30 |
| CARO ROSADO, SANTOS D. | HC-01  BOX  11163<br>CAROLINA PR  00987 | $1,205.50 |
| CARRASQUILLO CASTILLO,<br>CRUZ | HC-01  5064<br>AGUADILLA PR  00677 | - |
| CARRASQUILLO SOTO, CARLOS | VILLA ALEGRE CALLE B-36<br>BUZON 3437<br>GURABO, PR  00658 | $3,345.03 |
| CARRASQUILLO RAMOS,<br>GREGORIO | CALLLE 613<br>BLOQUE 241 CASA #6TA. SEC.<br>VILLA CAROLINA, PR 00630 | $1,530.21 |
| CASANOVA SAMOT, JORGE | BOX HC  01 #4328, SECTOR<br>TOCONES<br>MEDIANIA ALTA, LOIZA, PR  00679<br>TEL. 876-7837 | $1,506.71 |
| CASTRO PELUYERA, PEDRO | ANTONIO RODRIGUEZ 410<br>CATAÑO, PR  00962 | - |
| CATALAN MELENDEZ,<br>ROBERTO | PR #3 BOX 3301<br>BO TORTUGERO<br>RIO PIEDRAS PR 00921 | $47.53 |

| | | |
|---|---|---|
| CEPEDA CIRINO, ELIGIO | RR- 3 BOX  3201, CAIMITO BAJO<br>RIO PIEDRAS, PR  00926<br>TEL. 789-5803 | - |
| CINTRON REYES, CARLOS | HC-01 B0X 6606<br>MEDIANIA ALTA<br>LOIZA, PR  00672 | $7,437.07 |
| CINTRON RIVERA, LUIS | RR-6 BOX  9946<br>SAN JUAN PR  00926<br>TEL. 436-4598 | $15,522.83 |
| CLAUDIO HERNANDEZ<br>FRANCISCO | BO. PALMARITO<br>BARRANQUITAS PR  00794 | - |
| COLON BEVERAGGI, ROSA E. | BUZON 6613<br>SANTA ROSA<br>GUAYNABO PR  00657 | $24,088.82 |
| COLON DE JESUS, BENJAMIN | URB. VISTA MARA CALLE 1 A-19<br>GUAYAMA, PR  00784<br>TEL. 864-4138 | $1,171.78 |
| COLON FELIX, MARIANO | HC  4413952<br>CAYEY, PR  00633-9725 | $8,379.40 |
| COLON FLORES, JUSTO | HC-#1 BOX  4460<br>YABUCOA, PR  00767-9604 | $777.22 |
| COLON GALLEGO, ALBERTO | HC- 72 BOX VEGAS<br>CAYEY PR  00633 | $16,568.17 |
| COLON LEDESMA, HERNAN | HC 08  BOX 343<br>PONCE, PR  00731-9704<br>TEL. 841-5505 | $1,047.37 |
| COLON LOPEZ, HECTOR M. | HC-67  BOX  15456<br>BAYAMON, PR  00956 | $3,428.69 |
| COLON RODRIGUEZ, EFRAIN | CALLE MALARE #52<br>CAYEY, PR  00736<br>TEL. 263-6109 | $17,637.85 |
| COLON TORRES, FELIX | CALLE 11 P 167<br>URB. VILLA EVAGELINA<br>MANATI, PR  00674 | $22,272.81 |
| COLON TRINIDAD, PEDRO | COND. QUINTA VALLE NORTE<br>APARTAMENTO 303, BUZON 7<br>GUAYNABO PR  00969<br>TEL. 249-5497 | $2,036.84 |
| COLLAZO  RODRIGUEZ, NELIDA | RESIDENCIAL FLAMBOYAN<br>CALLE 17 J-15<br>MANATI, PR  00674 | $30,504.31 |
| CONCEPCION VILLALOBOS,<br>ERNESTO E. | C/ ROMAN RIVERA CRUZ<br>#97  URB. SAN PEDRO<br>TOA BAJA, PR  00949 | $22,572.95 |

5

| | | |
|---|---|---|
| CORDERO PEREZ, IVAN | URB. MONACO III<br>CALLE RAINER #562<br>MANATI, PR  00674<br>TEL. 854-3082 | $1,397.91 |
| CORREA BERMUDEZ, JOSE A. | BDA. BISBAL 212<br>BUZON 12<br>AGUADILLA, PR  00603 | $386.15 |
| COTTO CLEMENTE, EDUARDO | BO. LAS CUEBAS<br>APARTAMENTO 16<br>LOIZA PR  00672 | $11,770.41 |
| CRESPO MARTINEZ, EDWIN | HC-  01 B0X 7321<br>LOIZA, PR  00772<br>TEL. 726-1135 | $39,723.70 |
| CRESPO MARTINEZ  TOMAS | BOX  4250<br>RIO PIEDRAS, PR  00926 | $16,925.29 |
| CRISPIN ROSA, CECILIO | BO. CANEJAS 4398<br>CALLE 2 APARTADO 231<br>SAN JUAN PR  00926-8651 | $25,314.45 |
| CRUZ AYALA, EDWIN | CAIMITO BAJO, RR-3  BOX  4809<br>SAN JUAN PR   00926<br>TEL. 790-6279 | $1,256.35 |
| CRUZ CRUZ, LUIS A. | BO. CARACOLES #1175<br>PEÑUELAS, PR  00624 | $3,527.60 |
| CRUZ GONZALEZ, JORGE | PO BOX  654<br>SAN GERMAN, PR  00683<br>TEL. 318-2621 | $2,682.61 |
| CRUZ MIRANDA, RAMON | RR-3 BUZON 4285<br>SAN JUAN PR  00926<br>TEL. 453-1993 | $1,006.28 |
| CRUZ SANABRIA, MARIA E. | PO BOX  1617<br>MANATI, PR  00674<br>TEL. 854-3925 | $39,160.67 |
| CRUZ SUAREZ, FRANK | HC-764 BUZON 8197<br>PATILLAS PR  00723<br>TEL. 839-7672 | $1,427.96 |
| CRUZ TORRES, JUAN | BOX  840<br>GUAYAMA PR  00655 | $2,490.62 |
| CUEVAS PEREZ, ANGEL L. | BUZON RR-03, BOX  249<br>AÑASCO, PR  00610<br>TEL. 679-2281 | $348.04 |
| CHAMORROS GALLEGO,JULIO E. | BO. MARUEÑOS HC 08  BOX  215<br>PONCE PR  00731<br>TEL. 843-5813 | $5,599.39 |
| DE JESUS BETANCOURT, EDWIN D. | BO. MEDIANIA BAJA<br>APARTAMENTO 184<br>LOIZA PR  00772 | $548.00 |

| | | |
|---|---|---|
| DE JESUS DE JESUS,  RAMON | HC-02 BOX 5043<br>SECTOR PALMA SOLA<br>GUAYAMA, PR  00784-9726 | $3,679.41 |
| DE JESUS RIVERA ANGEL V. | BO. CAIMITO BAJO<br>RIO PIEDRAS, PR  00921 | $33,403.47 |
| DE JESUS SERRANO, ANGEL L. | RR-3  BUZON 3500<br>RIO PIEDRAS PR  00926<br>TEL. 610-3433 | $270.40 |
| DE JESUS TRINIDAD, MIGUEL | CALLE 17 V. 22<br>BAYAMON GARDENS<br>BAYAMON, PR 00957 | $5,545.23 |
| DE LEON BOU, RAFAEL | C/ 409  BLOQUE 142 #6<br>VILLA CAROLINA, PR  00985<br>TEL. 769-2271 | $4,188.06 |
| DEL VALLE BENITEZ, EFRAIN | HC-20 BOX  26008<br>SAN LORENZO, PR  00954<br>TEL. 715-3728 | $1,906.11 |
| DEL VALLE GOMEZ, JUAN A. | BUZON 88, PARCELA<br>PALMAS ALTAS PR  00617<br>TEL. 846-0163 | $4,081.94 |
| DELGADO GIRAL,JOSE G. | PO  BOX  1212<br>GUAYAMA, PR  00785-1212<br>TEL. 864-6373 | $17,285.07 |
| DIAZ DE LEON , INES | HC-02  BOX  14814<br>CAROLINA, PR 00987<br>TEL. 752-9131 | $2,391.92 |
| DIAZ DENNIS ALEJANDRO | RR # 1 BOX  5965<br>VILLA DE RIO LAJAS<br>TOA ALTA, PR  00758 | $1,031.65 |
| DIAZ DIAZ, JULIAN | ONEILL C-7<br>MANATI PR  00701 | - |
| ECHEVARRIA SANCHEZ ANGEL<br>M. | HC-01 BOX  3590<br>LOIZA PR  00672-9712 | $187.67 |
| ESCUDERO DE JESUS, RAMON | CALLE TURPIAL #3118<br>VILLA DEL CARMEN, PONCE PR<br>00716<br>TEL. 844-5698 | $23,947.95 |
| ESTREMERA PLAZA, FRANCISCO | PO BOX  606<br>MANATI, PR  00674<br>TEL. 568-1763 | $1,134.13 |
| FALCON ROSA, ROSANELL | HC-08  BOX 50708,  BO. BUENA<br>VISTA<br>HATILLO, PR  00659<br>TEL. 820-2250 | $16,531.88 |
| FELICIANO ADORNO,PEDRO L. | BDA. SAN JOSE<br>APARTADO 457<br>TOA ALTA PR  00758 | $2,297.20 |

| | | |
|---|---|---|
| FELICIANO FIGUEROA, JOSE A. | CALLE F #31<br>INTERIOR VIETNAN<br>CATAÑO PR 00962 | $10,603.51 |
| FELICIANO ORTEGA, PEDRO A. | BO. SAINT JUST #26, CALLE MARTE<br>TRUJILLO ALTO, PR  00976<br>TEL. 292-8731 | $5,561.04 |
| FERNANDEZ REYES, WILFREDO | SANTA CECILIA 352<br>SANTURCE PR  00912 | $12,002.79 |
| FERRER HERNANDEZ, JOSE M. | URB. EMILIO COLIMANO #80<br>MAUNABO, PR  00707 | $647.31 |
| FIGUEROA ALVAREZ, MIGUEL E. | URB. EL DUQUE<br>NAGUABO PR  00718 | $235.84 |
| FIGUEROA COLON, FILIBERTO | PO BOX  1129<br>CIALES PR  00638<br>TEL. 438-4685 | $1,891.18 |
| FIGUEROA CRUZ WILFREDO | APARTADO 846<br>TOA ALTA PR  00758 | $1,181.22 |
| FIGUEROA MARRERO, CATALINO | CALLE 10  4U23<br>4TA. SECCION VILLA DEL REY<br>CAGUAS, PR  00727 | - |
| FLORES HERNANDEZ GILBERTO | APARTADO 713<br>GUAYNABO, PR  00790<br>TEL. 790-4177 | $702.47 |
| FONCECA MULERO, JOSE | VILLA CAÑONA I<br>CASA A-30<br>LOIZA, PR 00672 | $1,529.18 |
| FORTY DIAZ, ANTONIO | PARCELAS MARIÑO #203<br>HC-08 BOX 325<br>PONCE PR 00780 | $144.10 |
| GALLEGO QUIÑONES, PEDRO J. | BO. SANTA ROSA II<br>GUAYNABO, PR  00976 | $10,849.66 |
| GARCIAS COTTO, ISIDRO | CALLE EUTICE ORTIZ<br>#67  SEVERO QUIÑONES,<br>CAROLINA, PR 00987 | $1,184.27 |
| GARCIAS MORALES LUIS | EXT. SAN ANTONIO<br>PONCE PR 00728<br>TEL. 813-626-5680 | $213.37 |
| GARCIAS VELEZ FREDDIE | COOP JARDINES TRUJILLO ALTO<br>DDIFG 205<br>TRUJILLO ALTO PR  00976 | $2,504.62 |
| GARCIAS VIERA, MARIA M. | CALLE 20 NORTE #1328,<br>PUERTO NUEVO<br>SAN JUAN PR  00920<br>TEL. 759-7235 | $4,384.12 |

| | | |
|---|---|---|
| GEIGEL ANDINO, MARIA V. | HC-02 BOX  14814<br>BO. BARRAZA<br>CAROLINA, PR  00987<br>TEL. 752-0267 | $47,348.44 |
| GEIGEL PEREZ, LUIS G. | EXT. LAGO HORIZONTE<br>8007 CALLE 11, COTO LAUREL<br>PONCE, PR  00780-2441 | $167.30 |
| GINORIO RIVERA, JOSE | HC-02  BPX  6300<br>FLORIDA PR  00650-9203 | $1,946.23 |
| GIRONA ESCRIBANO,PABLO | EDF. B APT. 2005<br>UNIVERSITY PARK PLAZA<br>RIO PIEDRAS PR  00921 | $11,247.83 |
| GOMEZ COLON ARCADIO | PO BOX  1991<br>UTUADO, PR  00611-1991<br>TEL. 814-3982 | $127.03 |
| GONZALEZ ANDUJAR, ARMANDO | CALLE 9-192<br>JARDINES DE GURABO<br>GURABO PR  00778 | $25,220.90 |
| GONZALEZ CADIZ, RAFAEL | APARTADO 699<br>GURABO, PR  00658 | $11,173.88 |
| GONZALEZ DIAZ, LEONARDO | HC-01 BOX  2302<br>LOIZA, PR  00772<br>TEL. 256-0162 | - |
| GONZALEZ FUENTES, VICTOR | HC-06  BOX  10077<br>HATILLO, PR  00659<br>TEL. 265-1227 | $3,568.84 |
| GONZALEZ GONZALEZ, BASILIO | HC-02  BOX  14017<br>BO. SAN ANTON<br>CAROLINA PR  00987 | $95.24 |
| GONZALEZ MOLINA, CIPRIAN | BARRIADA SANTA CLARA<br>HC-01<br>ARROYO, PR  00714 | $11,730.71 |
| GORDILS MADERA, HECTOR | P.O. BOX  807<br>JAYUYA, PR   00664<br>TEL. 828-3789 | $1,527.61 |
| GRAU ARCE, MIGUEL A. | RR  142 BUZON<br>CAGUAS, PR 00625 | $1,634.74 |
| GUZMAN ALBERT, RAMON | BO. PTE. DE JOBOS CARR. 707<br>GUAYAMA, PR  00784 | $1,745.31 |
| GUZMAN RIVERA, NILDA S. | CALLE 30 S.O. 1698<br>LAS LOMAS<br>RIO PIEDRAS PR  00921 | $4,098.71 |
| HEREDIA BONILLA, MARIA W. | CALLE MANSO 1223<br>BUEN CONSEJO<br>RIO PIEDRAS, PR  00926 | $15,346.41 |

| | | |
|---|---|---|
| HERNANDEZ LOPEZ, ANA L. | BOX 55<br>TOA ALTA, PR  00954<br>TEL. 870-8079 | $3,393.58 |
| HERRERA CORTEZ,  JUAN R. | BO. CIENAGA BAJA<br>APARTADO 991<br>RÍO GRANDE, PR  00745<br>TEL. 751-2025 | $156.27 |
| HERRERA MILLAN, JOSE D. | HC- 01  BOX  6646<br>GUAYNABO PR  00657<br>TEL. 505-8530 | $7,994.48 |
| HUERTAS BURGOS, GREGORIO | HC-01 BOX  6605<br>GUAYNABO PR  00657<br>TEL. 287-3935 | $5,597.16 |
| HUERTAS BURGOS, TOMAS | SAN JUAN | - |
| JIMENEZ ENRIQUEZ, FERNANDO | AVE. DOMENA #12<br>MANATI, PR  00674<br>TEL. 688-2317 | $33,464.22 |
| KUILAN NIEVES, EVARISTO | RESIDENCIAL EL TOA EDF. 8<br>APT.44<br>TOA BAJA PR  00759 | $50.13 |
| LABOY MORALES,JUSTINIANO | RES. CARIOCA EDF. 12<br>APARTAMENTO #68<br>GUAYAMA, PR  00784 | $1,236.60 |
| LIND SANTIAGO, LUIS F. | BOX  424<br>ARROYO PR  00714 | $3,976.84 |
| LOPEZ FUENTES, GILBERTO | MEDIANIA BAJA<br>BOX R-44<br>LOIZA, PR 00672 | $2,862.98 |
| LOPEZ LEBRON,  NECTOR | CALLE SANTA TERESA #21<br>ARROYO, PR  00714<br>TEL. 929-2937 | $311.46 |
| LOPEZ LOPEZ FELIX | BO. LLANOS BOX 778<br>AIBONITO, PR  00705 | $2,712.22 |
| LOPEZ SANCHEZ, JUAN R. | HC-01  BOX  6897<br>LOIZA, PR  00772 | $1,820.26 |
| LOPEZ SANCHEZ ,PEDRO J. | HC-01 BOX 7122<br>LOIZA, PR  00672 | $515.61 |
| LOZADA PAGAN, JOSE R. | CALLE PEHUACAN AC-2<br>RIO PIEDRAS, PR  00926<br>TEL. 755-9206 / 402-7452 | $4,204.48 |
| LOZADA RIVERA, ROBERTO | GUAYAMA | $493.88 |

| | | |
|---|---|---|
| MAISONET NEVAREZ, WILLIAM | PARCELAS FALU C-33 #318-B<br>RIO PIEDRAS, PR  00924<br>TEL. 599-4973 444-1649 | $33,928.70 |
| MARCANO RIVERA, SANTOS | CALLE 55 2-H 42<br>URB. METROPOLIS<br>CAROLINA PR  00630 | $23,264.79 |
| MARIN CRUZ ,FRANCISCO | CALLE 57 #A-J-25<br>URB. REXVILLE, BAY. PR  00959 | $12,998.36 |
| MARIN DAVILA, JOSE | HC-01 BOX  2105<br>LOIZA, PR  00672<br>TEL. 729-4145 | $2,133.69 |
| MARIN QUINTANA, JOSE R. | URB. VILLA EVANGELINA #16U-280<br>MANATI, PR  00674 | $11,866.82 |
| MARQUEZ CHODRES, NEREIDA | CALLE 3 NE  265 PTO. NUEVO<br>RIO PIEDRAS, PR  00920 | $810.99 |
| MARQUEZ  MARQUEZ, JOSE A. | HC-1 BOX  6673<br>COMERIO, PR  00642 | $17,265.18 |
| MARRERO MORALES, LUIS A. | HC-01 BOX  4401<br>COMERIO PR  00782 | $2,329.11 |
| MARTINEZ COTTO, ANGEL L. | HC-72 BOX  633<br>BO. RINCON LIMEA<br>CAYEY, PR  00633 | $25.76 |
| MARTINEZ GUZMAN, GUILLERMO | HC-03 BOX  37516<br>CAGUAS,  PR  00725-9718 | $3,399.41 |
| MARTINEZ MAISONET, JUAN | CAMPO ALEGRE 59<br>MANATI PR  00674<br>TEL. 854-6714 | - |
| MARTINEZ NEGRON, VICTOR M. | PO BOX  1464<br>GUAYNABO, PR  00970<br>TEL. 751-2025 | $1,045.69 |
| MARTINEZ PANETO, FRANCISCO | CALLE PRIMERO DE MAYO #61<br>YAUCO, PR  00698<br>TEL. 363-4405 | $5,462.93 |
| MARTINEZ RIVERA, ANTONIO | HC 33 BOX 5266<br>BO. MANISMILLA,<br>DORADO PR 00646 | $292.85 |
| MARTINEZ RIVERA PAULA | BO. LA CUARTA<br>CALLE C-148, MERCEDITA<br>PONCE PR  00730 | $34.14 |
| MARTINEZ TORRES AGUSTIN | HC-02BOX 37816<br>CAGUAS, PR  00625-9718 | $112.93 |

| | | |
|---|---|---|
| MARTIR RODRIGUEZ, MANUEL A. | 77  VIOLETA STREET<br>URB. CORCHADO<br>ISABELA, PR  00662 | $391.44 |
| MATOS ARROYO, JUAN R. | HC- 03  BOX 19949<br>ARECIBO, PR  00612 | $27,436.13 |
| MEDINA TORRES MARCELINO | C/ APONTE #13 SECTOR  CANTERA<br>SAN JUAN  PR  00715<br>TEL. 596-0693 | $22,996.50 |
| MELECIO HERNANDEZ, IRVING | URB. LUCHETTI<br>CALLE SIERRA BERDECIA #35<br>MANATI PR  00674 | $50.12 |
| MELENDE FONSECA, ANTONIO | CALLE 11 Y, 58, JARDINES DE CATAÑO<br>CATAÑO, PR  00962<br>TEL. 759-7235 | $21,044.94 |
| MELENDEZ GONZALEZ, ANGEL L. | HC- 44  BOX 13449<br>BO. CERCADILLO<br>CAYEY PR  00633 | $195.01 |
| MELENDEZ MELENDEZ, JOSE L. | CALLE JÚPITER BUZON 75,<br>BDA. SANDIN<br>VEGA BAJA, PR  00693 | $17,689.48 |
| MELENDEZ RIVERA, MIGUEL | EDIF. 66 #1254<br>RES. LUIS LLORENS TORRES<br>SAN JUAN, PR 00911 | $30,448.71 |
| MELENDEZ SANTIAGO, ORLANDO | HC-44 BOX  13972<br>BO. JAJOME ALTO<br>CAYEY, PR 00633 | $16,734.69 |
| MELENDEZ DE PABON, NORMA E. | HC-02  BOX  5240<br>JARDINES DE GUARANI, CALLE 13 F-15<br>GUAYAMA PR  00654 | $1,275.37 |
| MERCADO PIZARRO, QUINTIN | APARTADO 877<br>C/ 23 PARCELA 338, BO. VILLA CALMA,<br>TOA BAJA PR 00749 | $116.87 |
| MERCADO RIVERA, FRANCISCO | BUZON 550<br>BO. MALPASO,<br>AGUADA PR 00602 | $39,346.17 |
| MERCED LOPEZ, JOSE E. | BOX  92<br>GUAYNABO, PR  00657 | $16,413.29 |
| MILLAN CRUZ, JAVIER | CALLE DEL PILAR 603<br>CANTERA PR  00915<br>TEL. 268-6023 / 762-9898 | $12,564.12 |
| MARTE BONILLA, RICARDO | BARRIO RIO ABAJO<br>CALLE PRINCIPAL 5085<br>VEGA BAJA, PR  00693<br>TEL. 807-7254 | - |

| | | |
|---|---|---|
| MONTES MELENDEZ, MIGUEL | APARTADO 1043<br>CIALES, PR 00638 | $2,828.83 |
| MONTES PAGAN, PEDRO | KINGS COURT ST. #70<br>COND. PRILA APT. 4-C<br>SAN JUAN PR  00911 | $21,711.37 |
| MORALES CALDERON,<br>LEOCADIO | CALLE 54  BLOQUE 50<br>#18 URB. MIRAFLORES<br>BAYAMON, PR  00619 | $796.17 |
| MORALES COLON EDGARDO | APARTADO 7351<br>BARRIO OBRERO STA.<br>SANTURCE, PR  00915 | $1,001.60 |
| MORALES FONTANEZ, CRISTINO | 17 N. ANN ST.<br>LANKASTER,  PENN  17602 | $649.69 |
| MORALES MALDONADO, LUIS | PO BOX 1033<br>UTUADO PR  00641<br>TEL. 814-0096 | $177.60 |
| MORALES MORENO, JULIO C. | HC-05  BOX 70<br>PONCE  PR  00731 | $30.20 |
| MORALES TORRES, MANUEL | BARRIO DOS BOCAS<br>BUZON 68349<br>TRUJILLO ALTO PR  00760 | $50.49 |
| MORENO COTTO, JUSTINIANO | BUZON 6951<br>BO. PALMAS,<br>SALINAS PR  00751 | $115.86 |
| NATAL RUIZ, LUIS A. | HC-03  BOX  11000<br>UTUADO, PR  00641<br>TEL. 894-8863 | $1,208.84 |
| NIEVES MELENDEZ, MARISOL | HC-01 BOX 23745<br>VEGA BAJA, PR  00693<br>TEL. 854-6384 | $21,432.18 |
| NIEVES RIVERA, RAFAEL | URB. VILLA EVAGELINA<br>CALLE 13 V. 323<br>MANATI, PR 00674<br>TEL. 884-7466 | $10,909.00 |
| NIEVEZ ROMAN, GILBERTO | BUZON 8250 BO.  BEJUCOS<br>AVENIDA JOBOS 8090<br>ISABELA PR  00662 | $702.47 |
| OCASIO SANTIAGO, LINNETTE | CALLE DR. ACUÑA CH-18,<br>LEVITTOWN | $1,524.33 |
| OLMEDA RIVERA, HERIBERTO | HC – 02  BOX  10389<br>YAUCO, PR  00698<br>TEL. 856-4983 | $1,939.32 |
| OQUENDO MATIAS JULIO | HC-01 VILLA OLGA<br>TOA BAJA PR  00958 | $1,066.29 |

| | | |
|---|---|---|
| ORTIZ ALBELO JUAN H. | HC-01 BOX 50 88<br>CIALES PR  00630 | $1,525.22 |
| ORTIZ DE JESUS, AIDA | CALLE PEDRO MUÑIZ #19<br>URB. LUCHETTI, MANATI PR<br>00701<br>TEL. 884-7107 | $32,588.57 |
| ORTIZ DIAZ, CASTULA | CALLE 2 C 9-B<br>URB. ROYAL TOWN<br>BAYAMON, PR  00956 | $1,186.35 |
| ORTIZ HERNANDEZ, FRANCISCO | BO, LA GLORIA<br>BUZON HC-61  BOX  4675<br>TRUJILLO ALTO PR  00976<br>TEL. 760-7749 | $23,409.09 |
| ORTIZ HERNANDEZ, WILFREDO | HC-645  BOX 4675<br>TRUJILLO ALTO PR  00972 | $374.90 |
| ORTIZ LANZO, DANIEL | BARRIO MEDIANIA ALTA<br>SECTOR MELILLAS,<br>LOIZA, PR  00772<br>TEL. 957-6412 / 630-9284 | $851.52 |
| ORTIZ LANZO, EZEQUIEL | HC 01 BOX  6067<br>MEDIANIA ALTA<br>LOIZA , PR  00772<br>TEL 9527-6412 | $11,323.08 |
| ORTIZ ORTIZ, OSCAR | HC-71  BOX  1647<br>NARANJITO, PR  00719<br>TEL. 237-3492 | $16,292.86 |
| ORTIZ OSORIO, EMILIO | BO. MEDIANIA BAJA<br>APARTAMENTO 184<br>LOIZA, PR  00672 | $257.47 |
| ORTIZ RIVERA, ANGEL | CALLE MUÑOZ RIVERA #38<br>BOX  1951<br>CIALES PR  00638<br>TEL. 871-1014 / 360-1123 | $1,581.29 |
| ORTIZ VIERA, JOSE R. | SAN JUAN | $1,486.44 |
| OSORIO FUENTES, JOSE | 166 CALLE 3 HC- 7014<br>LOIZA, PR  00679 | $896.40 |
| OSORIO PIZARRO, JOSE M. | HC-01  BOX 7901<br>MEDIANIA ALTA<br>LOIZA, PR  00679 | $1,043.72 |
| OYOLA RIVERA, OSCAR | PTA. 288<br>TOA BAJA PR  00958 | $584.24 |
| PAGAN QUIÑONES, CRISTINO | HC 01  BOX  4809<br>SALINAS, PR  00751 | - |

14

| | | |
|---|---|---|
| PAGAN RIVERA, NEREIDA | EXT LAS CASAS EDIF. 18 APT. 286<br>VILLA PALMERA<br>SANTURCE PR 00915 | $806.54 |
| PANIZO VALDERRAMA, JOSE A. | CALLE PEDRO MUÑIZ RIVERA #24<br>URB. LUCHETTI<br>MANATI, PR 00674<br>TEL. 854-9446 | $22,983.80 |
| PARRILLA FUENTES, JUAN | HC- 1 BOX 3594<br>LOIZA, PR 00772<br>TEL. 256-0754 | $17,034.08 |
| PERDOMO ORTIZ, MIGUEL | HC-01 BUZÓN 5211<br>CIALES PR 00638<br>TEL. 871-6046 / 319-7575 | $13,338.19 |
| PEREIRA MORALES, WILLIAM | CALLE 19 #1030 SE<br>REPTO. METROPOLITANO<br>RIO PIEDRAS PR 00921 | $2,392.66 |
| PEREZ BORIA, LAURA E. | HC-02 BOX 9237<br>GUAYNABO, PR 00976<br>TEL. 391-8701 | $13,101.77 |
| PEREZ COLON, JUAN | BO. PASAS<br>BUZON 5593<br>CIALES, PR 00638<br>TEL. 871-2814 | $1,286.72 |
| PEREZ DIAZ, WILFREDO | CALLE 3 D-6 CASTELLANA<br>GARDENS<br>CAROLINA, PR 00630<br>TEL. 751-2025 | $779.04 |
| PEREZ LUCIANO, LUIS | EMILIO RUIZ #15<br>SAN SEBASTIÁN, PR 00685<br>TEL. 896-2581 | $1,226.09 |
| PEREZ RIVERA ANTONIO | CALLE 3 D-6<br>CASTELLANA GARDENS<br>CAROLINA PR 00983<br>TEL. 759-7235 | $23,220.50 |
| PIZARRO DAVILA, JOSE S. | URB. SANTIAGO CALLE A-101<br>BUZON 27<br>LOIZA, PR 00672 | $1,569.90 |
| PIZARRO FUENTES, ATILANO | MEDIANIA ALTA 6523<br>LOIZA PR 00672 | - |
| QUILES GONZALEZ, JOSUE | GUILLERMO SALDAÑA #11<br>BO. AMELIA GUAYNABO, PR 00965<br>TEL. 783-5390 / 793-6322 | - |
| QUIÑONES BONILL,A MARITZA | HC-01 BOX 5586<br>MEDIANIA ALTA<br>LOIZA PR 00672 | $296.05 |
| QUIÑONES GONZALEZ,<br>PASCUAL | HC-01 BOX 5343<br>LOIZA, PR 00772<br>TEL. 876-7508 | $17,034.08 |

15

| | | |
|---|---|---|
| QUIÑONES ORTIZ, LUIS | BO. ESPINEL BOX  717<br>SECTOR PLAYA , PR  00602<br>TEL. 882-4686 – 891-0279 | $3,098.25 |
| RAMIREZ RODRIGUEZ, TOMAS | HC-02<br>BUZON 6964<br>LARES, PR  00669 | $1,086.27 |
| RAMOS NAVARRO, ERASMO | RR-01 BOX  6678<br>GUAYAMA, PR  00784<br>TEL. 864-7074 | - |
| RAMOS OLMEDA, LUIS  E,. | PO BOX  1166<br>ARROYO, PR  00714<br>TEL. 839-2632 | $1,045.28 |
| RAMOS TORRES, RAUL | HC-33 2243<br>HIGUILLAR, DORADO PR 00646 | - |
| RANCEL OCASIO, LUIS F. | CALLE POLVORÍN #41<br>MANATÍ PR  00674<br>TEL. 807-0109 | $1,230.67 |
| REYES CAMACHO, ENRIQUE | SAN JUAN | $5,247.52 |
| REYES SIERRA, JULIO E. | HC-03 BOX 37816<br>CAGUAS, PR 00725 | $22,787.74 |
| RICHARD PEREZ, JOSE L. | CALLE 2 N 116<br>URB. VILLA EVANGELINA<br>MANATÍ, PR  00674 | $6,137.41 |
| RIVERA CLEMENTE, FELIX | PARCELAS CALDERO<br>CL 79  BOX  7235<br>CEIBA, PR  00735 | $8,097.73 |
| RIVERA COLON, AHEN | HC-01 BOX  9045<br>LOIZA, PR  00772-9743<br>TEL. 751-2025 | $2,372.37 |
| RIVERA COLON, JAVIER | BOX 228<br>CASTAÑER, PR  00631 | $11.74 |
| RIVERA CRUZ, ZORAIDA | VILLA CAÑONA A-27<br>LOIZA, PR  00772 | $30,806.67 |
| RIVERA ENCHAUTEGUI,<br>MAXIMILIANO | HC-02 BOX  5043 RUTA<br>PANORAMICA<br>BO. CARITE GUAYAMA, PR  00784-<br>9724<br>TEL. 864-3252 / 433-6558 | $1,619.77 |
| RIVERA MARTINEZ, ANDELECIO | BO. GUANAMI HC-02 BOX 4836<br>SECTOR ENCHAUTEGUI<br>GUAYAMA PR  00654 | $1,263.31 |
| RIVERA MELENDEZ, PERFECTO | HC-94 BOX 3050<br>BO. PASTO VIEJO<br>CAYEY, PR  00633 | $311.41 |

| | | |
|---|---|---|
| RIVERA MORALES MARIA T. | BO. RABANAL RR-01<br>BUZON 2987<br>CIDRA, PR  00639 | $615.11 |
| RIVERA OQUENDO, RAFAEL | BDA. OLIMPO<br>CALLE CRISTO REY #236<br>GUAYAMA, PR  00758<br>TEL. 391-3362 | $361.00 |
| RIVERA RIOS, RAFAEL | PO BOX 2099<br>ARECIBO PR  00613 | $23,523.49 |
| RIVERA RIVERA, LUIS A. | BOX  296<br>UTUADO PR 00641<br>TEL. 602-5514 | $6,901.53 |
| RIVERA SOTO, HECTOR L. | URB. BELLO HORIZONTE<br>CALLE YERBA BUENA  #667<br>PONCE, PR   00728-2533 | $30.84 |
| RIVERA TORRES, NELSON | HC-02  BOX 6713<br>DON ALONZO<br>FLORIDA PR 00650 | $6,601.25 |
| RIVERA VEGA, JOSE A. | HC- O1 BOX  3438<br>VILLALBA, PR  00766<br>TEL. 847-0436 | $154.36 |
| ROBLES OTERO, LUIS | BO. CARMEN HC-02  4336<br>GUAYAMA PR  00654 | $11,065.80 |
| RODRIGUEZ COLON, FRANCISCO | BO. PESAS<br>PARCELAS MARIA<br>CIALES, PR  00638<br>TEL.515-2372 | $1,582.79 |
| RODRIGUEZ CONCEPCION, ANDRES | CALLE 14 TT II,<br>URB. CANA<br>BAYAMON,  PR  00619 | $34,801.33 |
| RODRIGUEZ CORDERO, RAMON R. | CALLE BARTOLOMÉ LAS CASAS<br>#716 A BO. OBRERO<br>SANTURCE, PR  00915 | $17,330.14 |
| RODRIGUEZ COTTO, HECTOR R. | C/ LUIS CASTELLON 215<br>URB. RIO CRISTAL<br>MAYAGÜEZ, PR  00680 | $203.69 |
| RODRIGUEZ MAISONET, FELIX | RESIDENCIAL SANTA ELENA<br>EDIF. D APTO. 115<br>RIO PIEDRAS PR 00921 | $10,561.27 |
| RODRIGUEZ MARTINEZ, ERNESTO | BO. QUEBRADA<br>APARTADO 965<br>MANATI PR   00701 | $1,111.85 |
| RODRIGUEZ MELENDEZ, PEDRO L. | BOX 451<br>ARROYO, PR 00615 | $1,824.06 |
| RODRIGUEZ ORTIZ, JOSE  R. | BUZON  7558<br>BOX. MONTELLANO<br>CIDRA PR  00639 | $33,852.75 |

| | | |
|---|---|---|
| RODRIGUEZ ORTIZ, LUIS E. | BO. OLIMPO CALLE A PANEL 2<br>BUZON 446<br>GUAYAMA, PR  00784<br>TEL. 557-3038 | $1,659.62 |
| RODRIGUEZ PAGAN, ALEJANDRINO | C-FALU Y. #20 LEVITTOWN<br>TOA BAJA, PR  00949<br>TEL. 210-5868 | $17,211.19 |
| RODRIGUEZ REYES, ORLANDO | BO. ARRENAS APT. 446<br>CIDRA, PR  00639 | $23,017.76 |
| RODRIGUEZ RIVERA, JOSE M. | 2 DA.  EXT. PUNTO ORO 5708<br>PASEO MOREL CAMPOS<br>PONCE PR  00728-2427<br>TEL. 312-5600/ 259-9349 | - |
| ROLDAN OQUENDO, ERASMO | C/ S.A O-12<br>BELLO MONTE<br>GUAYNABO PR  00971 | $3,844.64 |
| ROLON ALICEA, NOEL | HC- 81  BOX 8396<br>BO. QUEBRADA ARENA<br>SAN LORENZO PR  00754<br>TEL. 736-6317 | $74.29 |
| ROMAN VIZCARRONDO, CARLOS R. | APT. LITHEDA 20604<br>CARR. 845<br>SAN JUAN PR  00926<br>TEL.  748-4275 | $16,075.42 |
| ROSADO CARO,RUPERTO | HC-O1  BOX 7439<br>LOIZA, PR  00772<br>TEL. 751-2025 | $788.74 |
| ROSARIO RIVERA, ESTEBAN | HC-01 5032<br>BO. RIO GRANDE<br>RINCON, PR  00677-9719 | $3,703.04 |
| ROSARIO RIVERA, JESUS M. | HC-01 BOX44712<br>BO. PEÑA<br>NAGUABO, PR  00718 | $609.87 |
| RUIZ MELENDEZ ABRAHAM | EDF.  11 APT 130 CUPEY BAJO<br>RIO PIEDRAS, PR  00928<br>TEL. 761-5892 | $1,451.71 |
| RUIZ MELENDEZ, RAFAEL | CALLE MUÑOZ RIVERA #25<br>FLORIDA, PR  00650<br>TEL. 822-0958 | - |
| RUIZ MORALES, ROBERTO | ARECIBO | $788.18 |
| RUIZ REYES,  WILLIAM | CALLE COREA #616 APTO. 2-A<br>SANTURCE, PR  00915 | $1,338.85 |
| RUIZ ROSARIO OWEN A. | HC-763  BUZON 3372<br>PATILLAS PR  00723 | $13,015.51 |

| | | |
|---|---|---|
| RUPERTO RIVERA, LUIS E. | PO BOX 2029<br>VEGA BAJA, PR  00694<br>TEL. 855-1649 | $2,463.50 |
| SANCHEZ DIAZ, SIMEON | URB. RIO CRISTAL<br>CLUSTER #3E58<br>MAYAGUEZ PR  00680<br>TEL. 261-1083 | $1,397.44 |
| SANCHEZ MERCADO, JOSE A. | HC-02  BOX  6020<br>FLORIDA, PR  00650<br>TEL. 822-0554 | $28,719.71 |
| SANCHEZ RODRIGUEZ, HECTOR R. | VILLA CONQUISTADOR<br>PF – 10  BUZON 192 A<br>SAN ISIDRO CANOVANAS, PR 00729<br>TEL. 876-0276 | $17,561.49 |
| SANCHEZ SAEZ, JUAN  B. | PO BOX  1991<br>UTUADO, PR  00611-1991<br>TEL. 871-5496 | $1,160.29 |
| SANTANA GARCIA, ALBERTO | HC- BUZON 3377<br>BO. CEDRO ABAJO<br>NARANJITO PR  00719 | $33,433.50 |
| SANTANA MEDINA, JORGE | CALLE – 3 A-13<br>URB. METROPOLIS<br>CAROLINA, PR  00987 | $15,298.26 |
| SANTIAGO ORTEGA, ARTURO | VILLA  RESANADEY ED. 28<br>APT. 425  SANTURCE, PR  00915<br>TEL. 949-1106 | $929.26 |
| SANTIAGO QUIÑONES, MARCOS A. | HC-01  BOX 5756, SONADORA<br>GUAYNABO, PR  00971<br>TEL. 272-3585 | $921.26 |
| SANTIAGO RIVERA, ANGEL F. | CALLE FAJARDO #308<br>VILLA PALMERA,<br>SAN JUAN PR 00915 | - |
| SANTIAGO RODRIGUEZ, JOSE L | BOX 8795<br>CALLE 14 # 191 PARCELAS FALU<br>RIO PIEDRAS, PR  00630 | $1,117.38 |
| SANTIAGO SOTO, CARMEN S. | HC-O1 BUZON 5497<br>CIALES, PR  00638 | $2,219.74 |
| SANTOS CARDONA, ZORAIDA | URB. SAN ANTONIO, CALLE N-#166<br>ARROYO, PR  00714<br>TEL. 787-864-0150 | $244.05 |
| SANTOS MARTINEZ. ELIAS | P.O BOX  5<br>CIALES PR  00638 | $419.29 |
| SANTOS VAZQUEZ, PEDRO | BO. RABANAL BUZON 3038<br>CIDRA PR 00639 | $901.05 |

| | | |
|---|---|---|
| SERRALLES SANTIAGO, GILBERTO | APARTAMENTO 827 COMERIO PR  00642 | $29,019.94 |
| SERRANO  LOPEZ, LUIS | RES. BRISAS DEL TURABO APT. 176 EDIF. 16 CAGUAS, PR  00725 | $279.23 |
| SOTO RAMIREZ, OLGA M. | HC-03 BOX  37816 CAGUAS PR  00625-9718 | $1,174.98 |
| SOTO RODRIGUEZ, CESAR | APARTADO 2675 MAYAGÜEZ, PR  00981 TEL. 806-0437 / 951-0526 | $3,985.27 |
| TAPIA, MARIA ,TERESA | CALLE 7 B-26 MARIOLGA CAGUAS PR  00625 | $716.28 |
| TIRADO RIVERA, EUGENIO | RES. QUINTANA EDIF. 33 APT. 508 HATO REY PR  00917 | $21,756.42 |
| TORRES BONILLA ,ISMAEL | HC-02 BOX  14272 AGUAS BUENAS PR00703-9611 | $153.63 |
| TORRES BONILLA , MIGUEL A. | URB. ALTAMIRA E-23 BUZON 77 LARES, PR   00669 | $648.13 |
| TORO, SANTOS | HC-01  BOX  6121 GUAYNABO, PR  00657 | $1,831.17 |
| VALDIVERSO SUAREZ, KERMITH  J. | BO. SABANA INEAS  C/16 CASA 503 SAN GERMAN, PR  00683 TEL. 264-0683 | $10,731.27 |
| VALENTIN SOTO, PEDRO E. | RR 1 BOX 6261 VILLAS DE CASTRO GUAYAMA, PR  00784 | $863.67 |
| VAZQUEZ BURGOS, FELIX | C/U ESPERITU SANTO #418 BO. LAS CUEVAS LOIZA, PR  00772 | $11,770.41 |
| VAZQUEZ CORTES. LUIS | EDIFICIO #57 – 555 RES.JUANA MATOS, CATAÑO, PR  00962 | $364.53 |
| VAZQUEZ MALDONADO, GLADYS | HC-086 BOX 217 PONCE PR  00731-9703 | $1,153.61 |
| VAZQUEZ ROSADO, LUIS F. | PSA 196 BO. HIGUILLAR DORADO, PR 00646 TEL. 796-6012 | - |
| VAZQUEZ VELEZ EDIBERTO | APARTADO 408 TOA ALTA, PR  00758 | $1,086.27 |

20

| | | |
|---|---|---|
| VEGA BAEZ, TOMAS | RUTA #CO2<br>BUZON 6439<br>LARES, PR  00669 | $25,332.96 |
| VELAZQUEZ HERNANDEZ, EDWIN | HC-04  BOX  21235<br>LAJAS PR  00667<br>TEL. 550-3489 | $21,738.13 |
| VELAZQUEZ VELAZQUEZ,AMERICO | BO. MARUENO<br>PONCE PR  00717-028<br>TEL.  259-3918 | $9,280.51 |
| VELEZ AVILES, GILBERTO | HC O1 BOX  10821<br>GUAYANILLA, PR  00656<br>TEL. 835-3323 | $1,745.87 |
| VELEZ DIAZ, ANGEL L. | CALLE 55 2 M. 12 URB.<br>METROPOLIS<br>CAROLINA PR  00987 | $2,464.24 |
| VELEZ RAMOS, DOMINGO | HC-02 B0X 15541 BO. CACAO<br>CAROLINA, PR  00985 | $28,244.36 |
| VELEZ SANTANA, CARLOS | HC- 03 BOX 12085<br>UTUADO PR  00641<br>TEL. 814-6886 | $580.62 |
| VELEZ TORRES, CRUZ | 2008 ANN AVE. LEHIGH<br>ACRES, FL.  33971<br>TEL. 1-239-362-0728 | $1,495.52 |
| VERDEJO PIZARRO, RAUL | EDIFICIO 3 APT. 37<br>LOS MILTON<br>CAROLINA PR  00987<br>TEL. 556-2360 | $659.26 |
| VERGARA MONTY, LUIS E. | CALLE RIO GRANDE #207<br>SANTURCE PR  00915<br>TEL. 726-7853 | $17,070.07 |
| VILLANUEVA HERNANDEZ, EUSEBIO | HC-02  BOX 6353<br>FLORIDA, PR  00650-9101<br>TEL. 814-1313 | $664.31 |
| VILLEGAS COLON, REYMONT | BUZON 27385<br>BARRIO  BAYANEY<br>HATILLO PR  00659 | $1,851.57 |
| YEAR SANTIAGO, LILLIAM | BO. BARRIO DULCE #19<br>CALLE PRINCIPAL<br>SAN JUAN, PR  00926<br>TEL. 790-6091 | $11,653.34 |
| | | $        2,435,987.21 |