# EXHIBIT A



Government of Puerto Rico

# CERTIFICATE OF AUTHORIZATION
# TO DO BUSINESS IN PUERTO RICO

I, **LUIS G. RIVERA MARÍN, Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **JENNER & BLOCK LLP**, register number **402542**, is a **Foreign For Profit Limited Liability Partnership** organized under the laws of Illinois duly authorized to do business in Puerto Rico on this **18th of December, 2017 at 05:04 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **December 18, 2017.**

**LUIS G. RIVERA MARÍN**
Secretary of State

1342735 - $110.00



# Government of Puerto Rico

## Certificate of Authorization to do Business of a Foreign Partnership

### Article I - Partnership Name

**JENNER & BLOCK LLP is a Foreign For Profit Limited Liability Partnership organized under the laws of Illinois duly authorized to do business in Puerto Rico as JENNER & BLOCK LLP.**

**Desired term for the entity name is: LLP**

### Article II - Home State Details

**Its home state is Illinois.**

**Its date of organization, creation or establishment in Illinois is 01-Dec-2003, and the term of existence is Perpetual.**

### Article III - Physical Address of Domicile

The street address of its domicile is:

Street Address          **353 N. Clark Street, Chicago, IL, 60654**

### Article IV - Designated Office and Authorized Person

Its designated office in the Government of Puerto Rico will be located at:

Street Address          **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, San Juan, PR, 00918**

Mailing Address         **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, San Juan, PR, 00918**

The name, street and mailing address of the Authorized Person in charge of said office is:

Name                    **The Prentice-Hall Corporation System, Puerto Rico, Inc.**

Street Address          **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, San Juan, PR, 00918**

Mailing Address         **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, San Juan, PR, 00918**

Email                   **Prentice-hall.puertorico@cscinfo.com**

### Article V - Nature of Business

The description of the business which it proposes to carry on is the following:

JENNER & BLOCK LLP                                                      Foreign Limited Liability Partnership

The Partnership is a Law Firm which provides Legal Services.

## Article VI - Authorized Partners

The name, street and mailing address of each Authorized Partner is as follows:

| | |
|---|---|
| Name | **Allen, Angela M.** |
| Street Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Mailing Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Email | **AAllen@jenner.com** |

| | |
|---|---|
| Name | **Allen, Nicole A.** |
| Street Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Mailing Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Email | **NAllen@jenner.com** |

| | |
|---|---|
| Name | **Amert, Amanda S.** |
| Street Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Mailing Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Email | **AAmert@jenner.com** |

| | |
|---|---|
| Name | **Amunson, Jessica Ring** |
| Street Address | **1099 New York Avenue, NW, Suite 900, Washington, DC, 20001** |
| Mailing Address | **1099 New York Avenue, NW, Suite 900, Washington, DC, 20001** |
| Email | **JAmunson@jenner.com** |

| | |
|---|---|
| Name | **Apfel, Carrie F.** |
| Street Address | **1099 New York Avenue, NW, Suite 900, Washington, DC, 20001** |
| Mailing Address | **1099 New York Avenue, NW, Suite 900, Washington, DC, 20001** |
| Email | **CApfel@jenner.com** |

| | |
|---|---|
| Name | **Ascher, Stephen L.** |
| Street Address | **919 Third Avenue, New York, NY, 10022** |
| Mailing Address | **919 Third Avenue, New York, NY, 10022** |
| Email | **SAscher@jenner.com** |

| | |
|---|---|
| Name | **Atteberry, Jeffrey A.** |
| Street Address | **633 West 5th Street, Suite 3600, Los Angeles, CA, 90071** |
| Mailing Address | **633 West 5th Street, Suite 3600, Los Angeles, CA, 90071** |
| Email | **JAtteberry@jenner.com** |

JENNER & BLOCK LLP                                                      Foreign Limited Liability Partnership

| | |
|---|---|
| Name | **Babbitt, Michael G.** |
| Street Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Mailing Address | **353 N. Clark Street, Chicago, IL, 60654** |
| Email | **MBabbitt@jenner.com** |

## Article VII - Partnership's Corporate Charter

A certified copy of the partnership's corporate charter or the application of registration or renewal of a partnership organized under the Laws of Puerto Rico or other jurisdiction is accompanying this filing.

## Article VIII - Terms of Existence

The term of existence of this partnership will be:

18-Dec-2018

The date from which the partnership will be effective is:

18-Dec-2017

## Supporting Documents

| Document | Date Issued |
|---|---|
| Application Act | 09-Nov-2017 |
| Certificate of Good Standing | 18-Dec-2017 |
| Other | 18-Dec-2017 |

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We  the undersigned, for the purpose of doing business in Puerto Rico pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 18th day of December, 2017.

| |
|---|
| Government of Puerto Rico |
| Department of State |
| |
| Transaction Date: 18-Dec-2017 |
| Register No: 402542 |
| Order No: 1342735 |



Government of Puerto Rico

# CERTIFICATE OF GOOD STANDING

I, **LUIS G. RIVERA MARÍN, Secretary of State** of the Government of Puerto Rico,

**CERTIFY:** That, pursuant to the provisions of Puerto Rico's General Law of Corporations, **THE SEGAL COMPANY (EASTERN STATES), INC.,** register number **3781**, a **for profit foreign** corporation, organized under the laws of **New York** and duly authorized to do business in Puerto Rico since **March 23, 1971**, has complied with the filing of its Annual Reports.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **December 19, 2017.**

**LUIS G. RIVERA MARÍN**
Secretary of State

---

To validate this certificate go to:          http://estado.pr.gov/

This certificate can be validated an unlimited number of times before its expiration date of 19-Dec-2018.

Certificate Validation Number: **230603-71296377**



Government of Puerto Rico

# CERTIFICATE OF AMENDMENT

I, **LUIS G. RIVERA MARÍN, Secretary of State** of the Government of Puerto Rico,

**CERTIFY**: That on **August 22, 2017**, at **01:24 AM**, **THE SEGAL COMPANY (EASTERN STATES), INC.**, registry number **3781**, performed the following amendment:

## Change of Resident Agent

| Previous | Current |
|---|---|
| THE PRENTICE-HALL CORPORATION SYSTEM OF PUERTO RICO, INC. | The Prentice-Hall Corporation System, Puerto Rico, Inc. |
| C/O FGR CORPORATE SERVICES INC., BBVA TOWER, 6TH FLOOR-254 MUNOZ RIVERA AVE., SAN JUAN, PR, 00918 | c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918 |
| C/O FGR CORPORATE SERVICES INC., BBVA TOWER, 6TH FLOOR-254 MUNOZ RIVERA AVE., SAN JUAN, PR, 00918 | c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918 |
| incspot@cscinfo.com | gts-globaltransactionsservices@cscglobal.com |
| N/A | (800) 927-9801 |



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **August 22, 2017.**

**LUIS G. RIVERA MARÍN**
Secretary of State



| | Government of Puerto Rico<br>Department of State<br><br>Transaction Date: 22-Aug-2017<br>Register No: 3781<br>Order No: 1327649 |

## Government of Puerto Rico

## Amendment to Articles of Incorporation

### 3781 - THE SEGAL COMPANY (EASTERN STATES), INC.

*A resolution was adopted setting forth (a) proposed amendment(s) to the Certificate of Incorporation of said corporation, declaring said amendment(s) to be advisable.*

*RESOLVED, that the Certificate of Incorporation of this corporation be amended by changing the following Article(s)*

### Resident Agent

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **The Prentice-Hall Corporation System, Puerto Rico, Inc.** |
| Street Address | **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Mailing Address | **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918** |
| Email | **gts-globaltransactionsservices@cscglobal.com** |
| Telephone | **(800) 927-9801** |

### Supporting Documents

| Document | Date Issued |
|---|---|
| Corporate Resolution | 11-May-2017 |

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I, Robino, John [Other - Authorized Person of CSC] the undersigned, being authorized to file amendment(s) for the corporation, hereby swear that the facts herein stated in this certificate are true, this 22nd day of August, 2017.



| | Government of Puerto Rico<br>Department of State<br><br>Transaction Date: 22-Aug-2017<br>Register No: 3781<br>Order No: 1327650 |

## Government of Puerto Rico

## Amendment to Articles of Incorporation

### 3781 - THE SEGAL COMPANY (EASTERN STATES), INC.

*A resolution was adopted setting forth (a) proposed amendment(s) to the Certificate of Incorporation of said corporation, declaring said amendment(s) to be advisable.*

*RESOLVED, that the Certificate of Incorporation of this corporation be amended by changing the following Article(s)*

### Designated Office

Its designated office in the Government of Puerto Rico will be located at:

Street Address **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918**

Mailing Address **c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918**

Telephone **(800) 927-9801**

### Supporting Documents

| Document | Date Issued |
|---|---|
| Corporate Resolution | 11-May-2017 |

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I, Robino, John [Other - Authorized Person of CSC] the undersigned, being authorized to file amendment(s) for the corporation, hereby swear that the facts herein stated in this certificate are true, this 22nd day of August, 2017.



Government of Puerto Rico

# CERTIFICATE OF AMENDMENT

I, **LUIS G. RIVERA MARÍN, Secretary of State** of the Government of Puerto Rico,

**CERTIFY**: That, **THE SEGAL COMPANY (EASTERN STATES), INC.**, register number **3781**, filed the following transaction on **August 22, 2017**, at **01:28 AM**:

### Change of Designated Office

| Previous | Current |
| --- | --- |
| BBVA TOWER, 6TH FLOOR, 254 MUNOZ RIVERA AVE., SAN JUAN, PR, 00918 | c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918 |
| BBVA TOWER, 6TH FLOOR, 254 MUNOZ RIVERA AVE., SAN JUAN, PR, 00918 | c/o Fast Solutions, LLC, Citi Tower, 252 Ponce de Leon Avenue, Floor 20, SAN JUAN, PR, 00918 |
| (866) 403-5272 | (800) 927-9801 |



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **August 22, 2017.**

**LUIS G. RIVERA MARÍN**
Secretary of State



Government of Puerto Rico

# CERTIFICATE OF RESTORATION

I, **LUIS G. RIVERA MARÍN, Secretary of State** of the Government of Puerto Rico,

**CERTIFY**: That **"FTI CONSULTING, INC."**, registry number **326124**, has been restored in accordance to the Puerto Rico General Corporations Act, on **May 14, 2018** at **07:31 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **May 14, 2018.**

**LUIS G. RIVERA MARÍN**
Secretary of State