# EXHIBIT C

919 THIRD AVENUE NEW YORK, NY 10022-3908                         **JENNER&BLOCK** LLP

May 9, 2018

Robert D. Gordon
Tel +1 212 891 1610
RGordon@jenner.com

**VIA EMAIL**

Attorneys for AAFAF
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: Peter Friedman, Esq.
      Suzzanne Uhland, Esq.
      Diana M. Perez, Esq.

Re:   March 2018 Fee Statement of Jenner & Block LLP
      *In re Commonwealth of Puerto Rico, et al.,* Case No. 17-03283 (D.P.R.)

Dear Mr. Friedman and Mss. Uhland and Perez:

On April 24, 2018, I served the monthly statement of fees for services rendered and costs incurred by Jenner & Block ("**Jenner**") on behalf of the Official Retiree Committee in the above-referenced title III case for the period of March 1, 2018 through March 31, 2018 (the "**March Fee Statement**").

Jenner received no formal or informal objections to the March Fee Statement. Accordingly, pursuant to the District Court's First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on November 8, 2017 [Dkt. No. 1715] (the "**Interim Compensation Order**"), Jenner respectfully requests payment of $485,931.29, which is 90% of the fees and 100% of the costs detailed in the attached invoice.

**Jenner is a registered Foreign for Profit Limited Liability Partnership under the laws of the Government of Puerto Rico. I enclose a copy of Jenner's Certificate of Authorization to do Business in Puerto Rico. All of Jenner's services reflected in the March Fee Statement were performed outside of Puerto Rico. Accordingly, the Government should not withhold any Puerto Rico taxes from the $485,931.29 that is now due and owing to Jenner.**[1]

---

[1] The Government erroneously applied a 29% withholding tax to fees incurred by Jenner in January and February 2018, as well as to the holdback fees from Jenner's First Interim Fee Application. Jenner has made a formal request upon the Government to correct this error. Jenner reserves all rights to dispute the amount of taxes withheld from the payment of its March Fee Statement and any other Fee Statements or applications for compensation.

May 9, 20189
Page 2

Pursuant to the Interim Compensation Order, payment is due to Jenner no later than May 23, 2018. I appreciate your prompt attention to this matter.

Information for wiring payments is as follows:

Bank Information for Jenner and Block incoming EFT payments:
ABA Transit Number: 271 070 801
Bank Swift Code: CITI-US-33
Account Name: Jenner & Block Operating Account
Account Number: 800529352
Receiving Bank Name: Citibank
Receiving Bank Phone Number: 312-384-1468
Receiving Bank Fax Number: 312-205-0242
Receiving Bank Address: 227 West Monroe Street, Chicago, IL 60606 Remittance advice information supporting EFT payments should be sent to: ARremittance@jenner.com

Very truly yours,

Robert D. Gordon

RDG/np Attachment

cc: Oreste Ramos (ORamos@pmalaw.com)

   Monsita Lecaroz Arribas (Monsita.Lecaroz@usdoj.gov)
   Office of the U.S. Trustee for the District of
   Puerto Rico

   Daniel M. McDermott (Daniel.M.McDermott@usdoj.gov)
   Acting United States Trustee (Region 21)

   Brady C. Williamson (Bwilliam@gklaw.com)
   Fee Examiner