# EXHIBIT D

919 THIRD AVENUE NEW YORK, NY 10022-3908     **JENNER&BLOCK** LLP

May 25, 2018

Robert D. Gordon
Tel +1 212 891 1610
RGordon@jenner.com

**VIA EMAIL**

Attorneys for the Oversight Board
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.
       Ehud Barak, Esq.

Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn: Paul V. Possinger, Esq.

Attorneys for the Oversight Board
O'Neill & Borges LLC
250 Munoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

Office of the U.S. Trustee for the District of
Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
 San Juan, PR 00901
(re: *In re Commonwealth of Puerto Rico*)
Attn: Monsita Lecaroz Arribas, Esq.

Daniel M. McDermott
Acting United States Trustee (Region 21)
75 Spring Street, SW, Room 362
Atlanta, GA 30303

Attorneys for the Official Unsecured Creditors Committee
Paul Hastings LLP
200 Park Ave.
New York, NY 10166
Attn: Luc A. Despins, Esq

Attorneys for the UCC
Casillas, Santiago & Torres LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, PR 00918
Attn: Juan J. Casillas Ayala, Esq.

Alberto J.E. Aenses Negron, Esq

Attorneys for AAFAF O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
Attn: Peter Friedman, Esq.
     John J. Rapisardi, Esq.
     Suzzanne Uhland, Esq.
     Diana M. Perez, Esq.

Brady C. Williamson, Esq.
Fee Examiner
Godfrey Kahn S.C.
One East Main Street,
Suite 500
Madison, WI 53703

Re:    Monthly Fee Statement of Jenner & Block LLP
       *In re Commonwealth of Puerto Rico, et al.*, Case No. 17-03283 (D.P.R.)

Ladies and Gentlemen:

May 25, 2018
Page 2

Pursuant to the District Court's First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered on November 8, 2017 [Dkt. No. 1715] (the "**Interim Compensation Order**"), I attach the statement of fees for services rendered and costs incurred by Jenner & Block ("**Jenner**") on behalf of the Official Retiree Committee in the above-referenced title III case for the period of April 1, 2018 through April 30, 2018 (the "**Fee Statement**"). As reflected in the Fee Statement, Jenner provided services in the amount of $16,302.15 in Puerto Rico (the "**Puerto Rico Fees**") and $414,263.81 outside of Puerto Rico (the "**Mainland Fees**"), and incurred $11,282.59 in expenses.

Objections, if any, are due within ten (10) days after your receipt of this correspondence. If no party objects by 4:00 p.m. (Atlantic Standard Time), June 4, 2018, Jenner respectfully requests payment of $398,791.95, which is 90% of the fees and 100% of the costs detailed in the attached invoice. If an objection is timely interposed with respect to the Fee Statement, Jenner requests payment at this time of 90% of requested fees and 100% of requested costs that are not subject to such objection, in accordance with the Interim Compensation Order.

**Please note that Jenner is a registered Foreign for Profit Limited Liability Partnership under the laws of the Government of Puerto Rico. I enclose a copy of Jenner's Certificate of Authorization to do Business in Puerto Rico. Accordingly, to the extent the Government applies a 7% income tax withholding to amounts due to Jenner, it should do so only with respect to the fees in the amount of $16,302.15 under the category "Puerto Rico Fees", which reflect all services rendered by Jenner on-Island pursuant to this fee statement.[1]**

Information for wiring payments is as follows:

Bank Information for Jenner and Block incoming EFT payments:
ABA Transit Number: 271 070 801
Bank Swift Code: CITI-US-33
Account Name: Jenner & Block Operating Account
Account Number: 800529352
Receiving Bank Name: Citibank
Receiving Bank Phone Number: 312-384-1468
Receiving Bank Fax Number: 312-384-1355
Receiving Bank Address: 227 West Monroe Street, Chicago, IL 60606 Remittance advice information supporting EFT payments should be sent to: ARremittance@jenner.com

---

[1]The Government erroneously applied a 29% withholding tax to fees incurred by Jenner in January and February 2018, as well as to the holdback fees from Jenner's First Interim Fee Application. Jenner has made a formal request upon the Government to correct this error. Jenner reserves all rights to dispute the amount of taxes withheld from the payment of this Fee Statement and any other Fee Statements.

May 25, 2018
Page 3

Should you have any questions regarding the Fee Statement, please do not hesitate to contact me.

Very truly yours,

Robert D. Gordon

RDG/np Attachment