# EXHIBIT E



```
                                          MODEL SC 2755
                                          REV. DEC. 01 2013
                                          HNL6739
                                          06-12-2018 16:16:52
```

```
                                    CONTROL: C18-SJ-0406477
JENNER  BLOCK LLP                   ACCOUNT NUMBER: XXXXX2554

353 N CLARK ST

CHICAGO IL 60654
```

PARTIAL WAIVER CERTIFICATE FROM WITHHOLDING AT SOURCE FOR SERVICES RENDERED BY CORPORATIONS AND PARTNERSHIPS

AS PROVIDED IN SECTION 1062.03(g) OF THE INTERNAL REVENUE CODE OF 2011, AS AMENDED, AND ACCORDING TO THE REQUIREMENTS ESTABLISHED IN SUCH SECTION, WE ARE GRANTING THIS PARTIAL WAIVER CERTIFICATE OF 4% FROM WITHHOLDING ON PAYMENTS FOR SERVICES RENDERED IN PUERTO RICO.

THEREFORE, ALL PAYMENTS FOR SERVICES RENDERED RECEIVED BY A CORPORATION OR PARTNERSHIP WILL BE SUBJECT TO A WITHHOLDING AT SOURCE OF 3%. THIS WAIVER SHALL BE EFFECTIVE FOR PAYMENTS MADE DURING THE CALENDAR YEAR 2018.

A COPY OF THIS WAIVER CERTIFICATE MUST BE SUBMITTED TO THE PERSON REQUIRED TO MAKE WITHHOLDING ON PAYMENTS FOR SERVICES RENDERED.

IF THE CONDITIONS SET FORTH IN THIS CERTIFICATE DO NOT APPLY TO YOU, PLEASE IGNORE IT.

IF YOU HAVE QUESTIONS REGARDING THE ABOVE, YOU MAY CONTACT US AT (787) 721-9090.

THIS WAIVER DOES NOT EXEMPT YOU FROM ANY TAX LIABILITY.

ISSUE ON: 06-12-2018

*[signature]*

ASSISTANT SECRETARY OR AUTHORIZED AGENT
INTERNAL REVENUE AREA

VALID UNTIL DECEMBER 31, 2018