# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>Debtor | PROMESA<br>TITLE III<br>Case No. 17 BK 3283-LTS |
| In Re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>PUERTO RICO ELECTRIC POWER AUTOHORITY<br><br>Debtor | TITLE III<br>No. 17 BK 4780-LTS<br><br>Court Filing Relates Only to PREPA and Shall only be Filed Case No. 17- BK-4780 (LTS) and Main Case 17- BK-3283 (LTS) |

## UNOPPOSED MOTION FOR SHORT EXTENSION OF TIME
## TO FILE JOINT STATUS REPORT ABOUT MEETING

**TO THE HONORABLE COURT**:

    **COMES NOW** creditor Wide Range Corporation ("WR"), through the undersigned counsel and very respectfully states and prays:

    1.    On June 1, 2018, this Court issued Order granting the appearing party's unopposed request for an extension until July 15, 2018 (Dkt. 3235) to comply with this Court's order to the parties "...to meet and confer promptly to seek to develop a mutually acceptable statement regarding the nature and pendency of the stayed litigation that can be used in connection with reference inquiries [potential impact on WR commercial prospects of the unresolved controversy as to whether there was a factual basis for the delay penalties] as Movant bids for business." The parties were ordered to file a joint status report concerning their efforts. Dkt. 2980, page 5.

2

2.  As ordered, counsel for the parties met on July 12th. PREPA's counsel agreed to provide WR some documents and the parties agreed to request this Court a short ten (10) days extension to file the joint status report. Hence, this is an unopposed request for a short extension of time that will be due by July 25, 2018.

**WHEREFORE**, the herein appearing party respectfully requests the Honorable Court to grant the requested short extension of time, until July 25, 2018.

**RESPECTFULLY SUBMITTED**.

**I HEREBY CERTIFY** that on this date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

In San Juan, Puerto Rico, this July 14, 2018.

**S/Henry Vázquez Irizarry**
USDC No. 205011
Bufete Vázquez Irizarry, CSP
Urb. Villa Fontana Park
Calle Parque Luis M. Rivera 5 HH6
Carolina, PR 00983
Tel. (787) 724-7514 / 787-645-2241
Fax (888) 518-1318
hvilaw@gmail.com