UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of                                      No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

     Debtors.[1]

-----------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF URGENT MOTION TO COMPEL
THE PUERTO RICO DEPARTMENT OF TREASURY TO COMPLY
WITH THE FIRST AND SECOND AMENDED ORDERS SETTING PROCEDURES
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

     The Court has received and reviewed the *Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the First and Second Amended Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Motion") filed by the Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "Movant"). (Docket Entry No. 3513 in Case No. 17-3283.) Opposition papers to the Motion must be filed by **July 20, 2018 at 12:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **July 22, 2018 at 12:00 p.m. (Atlantic Standard Time)**.

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Court will hear oral argument on the Motion in connection with the Omnibus Hearing scheduled for **July 25, 2018 at 9:30 a.m. (Atlantic Standard Time)**.


SO ORDERED.

Dated: July 13, 2018

  /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge