# **EXHIBIT 2**

**Expense Itemization**

**Andrew Wolfe Expesnes February 2018**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| February-18 | Title III | 2/1/2018 | Andrew Wolfe | Trainfare | $ 465.00 | 1 | $465.00 | Trainfare: Roundtrip Wash DC-New York City to attend FOMB meet |
| February-18 | Title III | 2/1/2018 | Andrew Wolfe | Taxi | $ 21.66 | 1 | $21.66 | Uber from home in Bethesda to Union Station DC |
| February-18 | Title III | 2/1/18-2/2/18 | Andrew Wolfe | Hotel | $ 310.60 | 1 | $310.60 | Two night stay in NYC at Hilton Garden Inn |
| February-18 | Title III | 2/13/2018 | Andrew Wolfe | Taxi | $ 19.83 | 1 | $19.83 | Uber from meeting at Merculus Think Tank to home in Bethesda. A |
| February-18 | Title III | 2/14/2018 | Andrew Wolfe | Trainfare | $ 604.00 | 1 | $604.00 | Trainfare: Roundtrip Wash DC-New York City to attend FOMB meet |
| February-18 | Title III | 2/14/2018 | Andrew Wolfe | Taxi | $ 26.07 | 1 | $26.07 | Uber from home in Bethesda to Union Station DC |
| February-18 | Title III | 2/16/2018 | Andrew Wolfe | Taxi | $ 26.63 | 1 | $26.63 | Uber to home in Bethesda from Union Station DC |
| February-18 | Title III | 2/14-2/15/18 | Andrew Wolfe | Hotel | $ 355.58 | 1 | $355.58 | Two night stay in NYC at Hilton Garden Inn |
| February-18 | Title III | 2/28/2018 | Andrew Wolfe | Airfare | $ 839.60 | 1 | $839.60 | Airfare from Houston to Newark NJ to attend Board meeting with I |
| February-18 | Title III | 2/28/2018 | Andrew Wolfe | Taxi | $ 43.15 | 1 | $43.15 | Uber from home in Houston to IAH |
| February-18 | Title III | 2/28/2018 | Andrew Wolfe | Trainfare | $ 13.00 | 1 | $13.00 | New Jersey transit from Newark Airport to Penn Station NYC |
| February-18 | Title III | 2/28-3/2/18 | Andrew Wolfe | Hotel | $ 516.56 | 1 | $516.56 | Three night stay in Hilton Garden Inn. |
| | | | | | | | **$3,241.68** | |

ting with Board and Government of PR

Asked by CEO of Board to attend the meeting on PR macro.
ting with Board and Government of PR

PR government

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| March-18 | Title III | 3/2/2018 | Andrew Wolfe | Trainfare | $ 13.00 | 1 | $13.00 | New Jersey transit from Penn Station NYC to Newark Airport |
| March-18 | Title III | 3/12/2019 | Andrew Wolfe | Legal fees | $ 180.00 | 1 | $180.00 | Legal services to help in filing time and expense reports as authoriz |
| March-18 | Title III | 3/24/18-3/27/18 | Andrew Wolfe | Airfare | $ 1,072.80 | 1 | $1,072.80 | Round trip ticket from Houston to San Juan for Board Meeting. Pri |
| March-18 | Title III | 3/24/2018 | Andrew Wolfe | Meals | $ 7.46 | 1 | $7.46 | Meal at airport |
| March-18 | Title III | 3/25/2018 | Andrew Wolfe | Taxi | $ 20.00 | 1 | $20.00 | Taxi from airport to Hyatt Place Hotel in San Juan |
| March-18 | Title III | 3/25/2018 | Andrew Wolfe | Taxi | $ 4.84 | 1 | $4.84 | Uber from hotel to Boadr meeting in San Juan |
| March-18 | Title III | 3/24-3/26/18 | Andrew Wolfe | Hotel | $ 246.56 | 2 | $493.12 | Hotel fee in San Juan at the Hyatt Place as arranged by the FOMB. |
| March-18 | Title III | 3/26/2018 | Andrew Wolfe | Taxi | $ 3.39 | 1 | $3.39 | Uber from hotel to meeting at hotel Vanderbilt |
| March-18 | Title III | 3/26/2018 | Andrew Wolfe | Taxi | $ 14.05 | 1 | $14.05 | Uber from hotel Vanderbilt to airport in San Juan |
| March-18 | Title III | 3/26/2018 | Andrew Wolfe | Food | $ 24.53 | 1 | $24.53 | Lunch at Vanderbilt |
|  |  |  |  |  |  |  | **$1,833.19** |  |

red under Aug 1, 2017 contract.
ce comparator with unrestricted coach fare is included in the receipt package.

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| April-18 | Title III | 4/11/2018 | Andrew Wolfe | Legal | $ 2,652.30 | 1 | $2,652.30 | Legal fees for filing under Title III and recovery of past bills. |
| April-18 | Title III | 4/18/2018 | Andrew Wolfe | Airfare | $ 1,165.75 | 1 | $1,165.75 | Round trip ticket from Houston to San Juan for Board Meeting on April 19-20. |
| April-18 | Title III | 4/18-20/18 | Andrew Wolfe | Hotel | $ 573.20 | 1 | $573.20 | Hotel fee in San Juan at the Best Western for Boadr meetings on Thursday-Fri |
| April-18 | Title III | 4/18/2018 | Andrew Wolfe | Food | $ 10.42 | 1 | $10.42 | Food at airport restaurant , my share, before trip to San Juan4/181/8 |
| April-18 | Title III | 4/18/2018 | Andrew Wolfe | Taxi | $ 20.00 | 1 | $20.00 | Cab from airport to Best Western Hotel in San Juan |
| April-18 | Title III | 4/18/2018 | Andrew Wolfe | Food | $ 23.06 | 1 | $23.06 | Dinner at BA restaurant, my share plus tax. |
| April-18 | Title III | 4/19/2018 | Andrew Wolfe | Taxi | $ 6.31 | 1 | $6.31 | Uber to Board meeting in SJ |
| April-18 | Title III | 4/19/2018 | Andrew Wolfe | Taxi | $ 4.11 | 1 | $4.11 | Uber to hotel in SJ |
| April-18 | Title III | 4/20/2018 | Andrew Wolfe | Taxi | $ 6.28 | 1 | $6.28 | Uber to Board meeting in SJ |
| April-18 | Title III | 4/20/2018 | Andrew Wolfe | Taxi | $ 3.83 | 1 | $3.83 | Uber to hotel in SJ |
| April-18 | Title III | 4/20/2018 | Andrew Wolfe | Taxi | $ 9.17 | 1 | $9.17 | Uber from hotel in SJ to airport |
| April-18 | Title III | 4/18-20/2018 | Andrew Wolfe | Ground transportation | $ 28.06 | 1 | $28.06 | parking at IAH for three days |
| | | | | | | | **$4,502.48** | |

Price comparator with unrestricted coach fare is included in the receipt package.
day April 19-20.

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| May-18 | Title III | 5/14-17/18 | Andrew Wolfe | Airfare | $ 1,101.40 | 1 | $1,101.40 | Airfare for trip to NYC meeting with Proskauer and E&Y on debt strategy on 5/14, Mediation 5/15-16, and Board meeting |
| May-18 | Title III | 5/14-17/18 | Andrew Wolfe | Hotel | $ 1,500.00 | 1 | $1,500.00 | Hotel charge for 3 nights for May 14-17 meetings in NYC. |
| May-18 | Title III | 5/10/2018 | Andrew Wolfe | Legal | $ 315.00 | 1 | $315.00 | Legal fees for filing April documents under Title 3. |
| May-18 | Title III | 5/14/2018 | Andrew Wolfe | Ground transportation | $ 48.24 | 1 | $48.24 | Uber from home to Bush Intl |
| May-18 | Title III | 5/17/2018 | Andrew Wolfe | Ground transportation | $ 52.59 | 1 | $52.59 | Uber from Bush airport to Home |
| May-18 | Title III | 5/14/2018 | Andrew Wolfe | Ground transportation | $ 13.00 | 1 | $13.00 | Train from Newark to NYC |
| May-18 | Title III | 5/17/2018 | Andrew Wolfe | Ground transportation | $ 13.00 | 1 | $13.00 | Train from NYC to Newark |
| May-18 | Title III | 5/14/2018 | Andrew Wolfe | Airport coffee&banana | $ 3.89 | 1 | $3.89 | Cibo express |
| May-18 | Title III | 5/14/2018 | Andrew Wolfe | Dinner | $ 79.25 | 1 | $79.25 | Frankie and Johnnie |
| May-18 | Title III | 5/16/2018 | Andrew Wolfe | Dinner | $ 35.00 | 1 | $35.00 | Toscana |
| May-18 | Title III | 5/15/2018 | Andrew Wolfe | Food | $ 15.89 | 1 | $15.89 | Whole Foods |
| May-18 | Title III | 5/17/2018 | Andrew Wolfe | Food | $ 7.87 | 1 | $7.87 | airport iced tea |
| May-18 | Title III | 5/17/2018 | Andrew Wolfe | Food | $ 4.68 | 1 | $4.68 | airport coffee |
| May-18 | Title III | 5/21/2018 | Andrew Wolfe | Ground transportation | $ 366.00 | 1 | $366.00 | Amtrak trip from DC to NYC for best nterest meeting at Proskauer |
| May-18 | Title III | 5/21/2018 | Andrew Wolfe | Ground transportation | $ 24.00 | 1 | $24.00 | Parking at Amtrak garage |

**$3,579.81**

5/18. Last day had to pay 200 change fee as this part of the trip was told to me after I bought the ticket. As allowed by contract, first class is allowed up to unrestricted coach; comparator unrestricted coach is $1277