**EXHIBIT 1**

**Time Detail**

**Pension Trustee Advisors, Inc. Fees  February 1, 2018-February 28, 2018**

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| 3/14/2018 | Title III | 2/1/2018 | Fornia, William | President | $465 | 0.80 | Employee Benefits/Pensions | $372.00 | Review correspondence |
| 3/14/2018 | Title III | 2/7/2018 | Fornia, William | President | $465 | 1.50 | Employee Benefits/Pensions | $697.50 | Review correspondence |
| 3/14/2018 | Title III | 2/8/2018 | Fornia, William | President | $465 | 1.30 | Employee Benefits/Pensions | $604.50 | Review correspondence from unions |
| 3/14/2018 | Title III | 2/16/2018 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 2/20/2018 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 2/21/2018 | Fornia, William | President | $465 | 0.20 | Employee Benefits/Pensions | $93.00 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 2/22/2018 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 2/27/2018 | Fornia, William | President | $465 | 0.70 | Employee Benefits/Pensions | $325.50 | Pension Bridge Review as requested by Judge |
| 3/14/2018 | Title III | 2/28/2018 | Fornia, William | President | $465 | 0.50 | Employee Benefits/Pensions | $232.50 | Discussion with Retirees Committee reps |
| | | | | | | **6.50** | | **$3,022.50** | |

**Pension Trustee Advisors, Inc. Fees  March 2018**          R1M-033018-42

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| | Title III | 3/2/2018 | Fornia, William | President | $515 | 0.80 | Employee Benefits/Pensions | $412.00 | Prep for DC Discussion |
| | Title III | 3/6/2018 | Fornia, William | President | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Prep for AFSCME discussions |
| | Title III | 3/10/2018 | Fornia, William | President | $515 | 0.80 | Employee Benefits/Pensions | $412.00 | Prep for AFSCME discussions |
| | Title III | 3/12/2018 | Fornia, William | President | $515 | 1.10 | Employee Benefits/Pensions | $566.50 | Prep for AFSCME discussions |
| | Title III | 3/13/2018 | Fornia, William | President | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Prep for AFSCME discussions |
| | Title III | 3/29/2018 | Fornia, William | President | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review ERS Lawsuits |
| | Title III | 3/13/2018 | Fornia, William | President | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | Review ERS Lawsuits |
| | | | | | | **4.50** | | **$2,317.50** | |

**Pension Trustee Advisors, Inc. Fees April 2018**      R1M-043018-44

100% of services were rendered outside of Puerto Rico, and on behalf of the Commonwealth of Puerto Rico

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| | Title III | 4/5/2018 | Fornia, William | President | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | Review various documents |
| | Title III | 4/9/2018 | Fornia, William | President | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | ERS lawsuits |
| | Title III | 4/16/2018 | Fornia, William | President | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | Review Communications |
| | Title III | 4/17/2018 | Fornia, William | President | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review Communications |
| | Title III | 4/19/2018 | Fornia, William | President | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review Communications |
| | Title III | 4/20/2018 | Fornia, William | President | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Review Communications |
| | Title III | 4/22/2018 | Fornia, William | President | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Review Disclosures |
| | Title III | 4/23/2018 | Fornia, William | President | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Review Disclosures |
| | Title III | 4/24/2018 | Fornia, William | President | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Review Response to Creditor Communication |
| | Title III | 4/25/2018 | Fornia, William | President | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | Review Response to Creditor Communication |
| | Title III | 4/26/2018 | Fornia, William | President | $515 | 1.30 | Employee Benefits/Pensions | $669.50 | Review Response to Creditor Communication |
| | Title III | 4/27/2018 | Fornia, William | President | $515 | 0.90 | Employee Benefits/Pensions | $463.50 | Review Response to Creditor Communication |
| | Title III | 4/28/2018 | Fornia, William | President | $515 | 0.40 | Employee Benefits/Pensions | $206.00 | Review Response to Creditor Communication and other d |
| | | | | | | **6.50** | | **$3,347.50** | |

**Pension Trustee Advisors, Inc. Fees  May 2018**              R1M-060818-46

100% of services were rendered outside of Puerto Rico, and on behalf of the Commonwealth of Puerto Rico

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Task Description |
|---|---|---|---|---|---|---|---|---|---|
| | Title III | 5/1/2018 | Fornia, William | President | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Review Response to Creditor Communication |
| | Title III | 5/2/2018 | Fornia, William | President | $515 | 0.60 | Employee Benefits/Pensions | $309.00 | Review Response to Creditor Communication |
| | Title III | 5/3/2018 | Fornia, William | President | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | Review Response to Creditor Communication |
| | Title III | 5/4/2018 | Fornia, William | President | $515 | 0.50 | Employee Benefits/Pensions | $257.50 | Review Response to Creditor Communication |
| | Title III | 5/5/2018 | Fornia, William | President | $515 | 1.20 | Employee Benefits/Pensions | $618.00 | Review Response to Creditor Communication |
| | Title III | 5/7/2018 | Fornia, William | President | $515 | 1.90 | Employee Benefits/Pensions | $978.50 | Review Response to Creditor Communication |
| | Title III | 5/8/2018 | Fornia, William | President | $515 | 3.20 | Employee Benefits/Pensions | $1,648.00 | Review Response to Creditor Communication |
| | Title III | 5/9/2018 | Fornia, William | President | $515 | 2.20 | Employee Benefits/Pensions | $1,133.00 | Mediation Prep |
| | Title III | 5/10/2018 | Fornia, William | President | $515 | 5.00 | Employee Benefits/Pensions | $2,575.00 | Disc Mediation Prep w Guarev - EY |
| | Title III | 5/11/2018 | Fornia, William | President | $515 | 0.30 | Employee Benefits/Pensions | $154.50 | Mediation Prep. |
| | Title III | 5/14/2018 | Fornia, William | President | $515 | 3.70 | Employee Benefits/Pensions | $1,905.50 | Mediation Prep. |
| | Title III | 5/15/2018 | Fornia, William | President | $515 | 5.90 | Employee Benefits/Pensions | $3,038.50 | Mediation Meeting |
| | Title III | 5/16/2018 | Fornia, William | President | $515 | 3.30 | Employee Benefits/Pensions | $1,699.50 | PREPA Mediation Call |
| | Title III | 5/16/2018 | Fornia, William | President | $515 | 1.00 | Employee Benefits/Pensions | $515.00 | Follow up from Mediation |
| | Title III | 5/17/2018 | Fornia, William | President | $515 | 1.70 | Employee Benefits/Pensions | $875.50 | Follow up from Mediation |
| | Title III | 5/18/2018 | Fornia, William | President | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Follow up from Mediation |
| | Title III | 5/21/2018 | Fornia, William | President | $515 | 0.20 | Employee Benefits/Pensions | $103.00 | Follow up from Mediation |
| | Title III | 5/22/2018 | Fornia, William | President | $515 | 2.70 | Employee Benefits/Pensions | $1,390.50 | Prep call for Retiree Committee |
| | Title III | 5/24/2018 | Fornia, William | President | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | Follow up from Mediation |
| | Title III | 5/25/2018 | Fornia, William | President | $515 | 1.70 | Employee Benefits/Pensions | $875.50 | Prep for Retiree Committee Mediation discussions |
| | Title III | 5/29/2018 | Fornia, William | President | $515 | 2.00 | Employee Benefits/Pensions | $1,030.00 | Prep for Retiree Committee Mediation discussions |
| | Title III | 5/30/2018 | Fornia, William | President | $515 | 1.00 | Employee Benefits/Pensions | $515.00 | Analysis of pension cuts |
| | Title III | 5/30/2018 | Fornia, William | President | $515 | 0.70 | Employee Benefits/Pensions | $360.50 | Review legal filings and related work |
| | | | | | | **40.60** | | **$20,909.00** | |