# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA <br> Title III |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Debtors.[1] | (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| TAMRIO, INC., CONSTRUCTORA SANTIAGO <br> II, CORP., FERROVIAL AGROMAN, S.A., and <br> FERROVIAL AGROMAN, LLC | **Re: ECF Nos. 614, 627, 685,** <br> **and 686** |
| Movants, | |
| v. | |
| THE FINANCIAL OVERSIGHT AND <br> MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | |
| Respondents. | |

---------------------------------------------------------------x

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**NOTICE OF FILING OF STIPULATION TO RESOLVE MOTIONS TO
COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS
FILED BY TAMRIO, INC., CONSTRUCTORA SANTIAGO II, CORP.,
FERROVIAL AGROMAN, S.A., AND FERROVIAL AGROMAN, LLC
[ECF NOS. 614, 627, 685, AND 686]**

PLEASE TAKE NOTICE that (i) the Puerto Rico Highways and Transportation Authority ("HTA"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as HTA's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] and (ii) Tamrio, Inc. ("Tamrio"), Constructora Santiago II, Corp. ("CSII"), Ferrovial Agroman, S.A. ("Ferrovial S.A."), and Ferrovial Agroman, LLC ("Ferrovial LLC," and collectively with Tamrio, CSII, and Ferrovial S.A., the "Movants") are filing the *Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts Filed by Tamrio, CSII, Ferrovial S.A., and Ferrovial LLC [ECF Nos. 614, 627, 685, and 686]* (the "Stipulation").

PLEASE TAKE FURTHER NOTICE that that copies of the Stipulation and all documents filed in these title III cases are available (a) free of charge by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

Dated: July 16, 2018  
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*  
Martin J. Bienenstock  
Paul V. Possinger  
Ehud Barak  
Maja Zerjal

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205

**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that an electronic copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205