Exhibit A
**Financial Oversight and Management Board for Puerto Rico**
**Summary of Compensation by Professional**
**For the Period February 1, 2018 through April 30, 2018**

| Name | Type of Work | Title | Time | Hourly Rate [1] | Total Individual Fees |
|---|---|---|---|---|---|
| Chepenik, Adam Brandon | Billable | Partner/Principal | 249.9 | $ 845.00 | $ 211,165.50 |
| Chepenik, Adam Brandon | Travel [2] | Partner/Principal | 54.5 | $ 422.50 | $ 23,026.25 |
| Koch, Cathleen M | Billable | Partner/Principal | 8.4 | $ 845.00 | $ 7,098.00 |
| Malhotra, Gaurav | Billable | Partner/Principal | 52.5 | $ 845.00 | $ 44,362.50 |
| Phillips, Andrew D | Billable | Partner/Principal | 2.5 | $ 845.00 | $ 2,112.50 |
| Auton-Smith, Stephen John | Billable | Executive Director | 4.0 | $ 788.00 | $ 3,152.00 |
| Hymovitz Cardona, Pablo S | Billable | Executive Director | 30.0 | $ 788.00 | $ 23,640.00 |
| Mackie, James | Billable | Executive Director | 31.6 | $ 788.00 | $ 24,900.80 |
| Mullins, Daniel R | Billable | Executive Director | 17.4 | $ 788.00 | $ 13,711.20 |
| Rodriguez-Ramos, Rosa M. | Billable | Executive Director | 17.8 | $ 788.00 | $ 14,026.40 |
| Santambrogio, Juan | Billable | Executive Director | 166.5 | $ 788.00 | $ 131,202.00 |
| Santambrogio, Juan | Travel [2] | Executive Director | 39.0 | $ 394.00 | $ 15,366.00 |
| Herman, Michael Scott | Billable | Senior Manager | 0.5 | $ 701.00 | $ 350.50 |
| Porepa, Jodi | Billable | Senior Manager | 108.2 | $ 701.00 | $ 75,848.20 |
| Porepa, Jodi | Travel [2] | Senior Manager | 16.0 | $ 350.50 | $ 5,608.00 |
| Whitten III, Robert Holt | Billable | Senior Manager | 1.4 | $ 701.00 | $ 981.40 |
| Yano, Brian | Billable | Senior Manager | 132.9 | $ 701.00 | $ 93,162.90 |
| Maldonado, Nelson | Billable | Manager | 11.1 | $ 578.00 | $ 6,415.80 |
| Mercado-Reyes, Pedro Ivan | Billable | Manager | 5.7 | $ 578.00 | $ 3,294.60 |
| Maciejewski, Brigid Jean | Billable | Manager | 0.4 | $ 578.00 | $ 231.20 |
| Outlaw, Jessica R. | Billable | Manager | 129.9 | $ 578.00 | $ 75,082.20 |
| Outlaw, Jessica R. | Travel [2] | Manager | 23.4 | $ 289.00 | $ 6,762.60 |
| Pavlenco, Robert J | Billable | Manager | 1.6 | $ 578.00 | $ 924.80 |
| Panagiotakis, Sofia | Billable | Manager | 177.6 | $ 578.00 | $ 102,652.80 |
| Panagiotakis, Sofia | Travel [2] | Manager | 16.0 | $ 289.00 | $ 4,624.00 |
| Santiago, Karol I. | Billable | Manager | 3.5 | $ 578.00 | $ 2,023.00 |
| Burr, Jeremy | Billable | Senior | 244.1 | $ 430.00 | $ 104,963.00 |
| Burr, Jeremy | Travel [2] | Senior | 25.3 | $ 215.00 | $ 5,439.50 |
| Hurtado, Sergio | Billable | Senior | 7.1 | $ 430.00 | $ 3,053.00 |
| Loh, Carmen Chng Wen | Billable | Senior | 156.0 | $ 430.00 | $ 67,080.00 |
| Loh, Carmen Chng Wen | Travel [2] | Senior | 72.0 | $ 215.00 | $ 15,480.00 |
| Suarez Archilla, Noeliz | Billable | Senior | 1.5 | $ 430.00 | $ 645.00 |
| Aldana Herbas, Jose Alberto | Billable | Staff | 105.0 | $ 236.00 | $ 24,780.00 |
| Aldana Herbas, Jose Alberto | Travel [2] | Staff | 8.0 | $ 118.00 | $ 944.00 |
| Neziroski, David | Billable | Staff | 0.6 | $ 236.00 | $ 141.60 |
| **Total** | | | **1921.9** | | **$ 1,114,251.25** |

[2] Travel fees are billed out at 50% bill rate

Exhibit A                                                                                                                                                       1 of 1