UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re** | PROMESA<br>Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | |
| **Debtors.**[1] | |

**MOTION SUPPLEMENTING FILING TO SUBMIT CORRECT EXHIBIT B TO THE THIRD INTERIM FEE APPLICATION OF ERNST & YOUNG LLP, AS FINANCIAL ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, FOR TITLE III SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES <u>FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH APRIL 30, 2018</u>**

To the Honorable United States District Court Judge Laura Taylor Swain:

The undersigned, as counsel for The Commonwealth of Puerto Rico (the "Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico the ("Oversight Board"), as the Debtors' representative pursuant to section 315(b) of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), filed earlier today the *Third Interim Fee Application Of Ernst & Young LLPAs Financial Advisor To The Financial Oversight and Management Board For Puerto Rico, For Title Iii Services Rendered And Reimbursement Of Expenses For The Period From February 1, 2018 Through April 30, 2018* (Docket No. 3532). Due to inadvertence, the undersigned repeated in such filing a copy of Exhibit A to the same; and failed to include Exhibit B. To correct such error, the undersigned respectfully submits herewith the correct Exhibit B.

Wherefore, the undersigned respectfully requests that the Honorable Court take note of the foregoing for all necessary legal purposes and accept the attached Exhibit B as the correct enclosure to the *Third Interim Fee Application Of Ernst & Young LLPAs Financial Advisor To The Financial Oversight and Management Board For Puerto Rico, For Title III Services Rendered And Reimbursement Of Expenses For The Period From February 1, 2018 Through April 30, 2018* at Docket No. 3532.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico on May 4, 2018.

**O'NEILL & BORGES** LLC
*Attorneys for the Financial Oversight and Management Board as representative for the Debtor*
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

*s/ Carla García Benítez*
Carla García Benítez
USDC-PR No. 203708
Email: carla.garcia@oneillborges.com