**Exhibit B**
**Financial Oversight and Management Board for Puerto Rico**
**Summary of Compensation by Project**
**For the Period February 1, 2018 through April 30, 2018**

| Project Category | Project Category Description | Time | Total Individual Fees |
|---|---|---:|---:|
| T3 -Creditor Mediation Support | This category includes time spent collaborating with advisors to support the mediation process, preparing material and advising on strategy. | 45.3 | $ 33,164.90 |
| T3 - Long-Term Projections | This category includes time spent collaborating in the assessment of long term financial projections including analysis of restructuring scenarios, development of long term financial projections, funds available for creditors and analysis of creditor recoveries for the best interest test, feasibility and other matters. | 1,524.5 | $ 946,263.60 |
| T3 – Plan of Adjustment | This category includes time spent collaborating in the development of a Plan of Adjustment, including the treatment of each creditor class, financial analysis related to the best interest test, plan feasibility and other financial and economic analyses. | 0.6 | $ 507.00 |
| T3 - Fee Applications / Retention | This category includes time spent preparing monthly and interim fee application | 2.1 | $ 1,279.50 |
| T3 - CBA/Labor Agreements | This category includes time spent collaborating with legal counsel and FOMB to analyze and identify CBA terms, pension requirement and other financial needs. | 95.2 | $ 55,785.90 |
| T3 - Non-working travel (billed at 50% of rates) | This category includes all matters related to non-working travel and is billed at 50% of agreed upon rates. | 254.2 | $ 77,250.35 |
| **T3 Total** | | **1,921.9** | **1,114,251.25** |