# EXHIBIT D

**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | | Worked and Billed in 2017 (excluding Restructuring lawyers) | Blended Hourly Rate<br>Billed in this Fee Application |
|---|---|---|---|
| **Partner** | | **$784** | **$1046.37** |
| | Partner – Sr. (20+ years) | $868 | $1,156.78 |
| | Partner – Mid (13-19 years) | $750 | $890 |
| | Partner – Jr. (0-12 years) | $658 | $850 |
| **Associate** | | **$505** | **$746** |
| | Associate – Sr. (5+ years) | $559 | $845 |
| | Associate – Mid (4-5 years) | $553 | $675 |
| | Associate – Jr. (0-3 years) | $481 | $520.21 |
| **Paralegal** | N/A | $284 | $360.24 |
| **Project Assistant** | N/A | $203 | $220 |
| **Other** | N/A | $291 | $340 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $966 |
| **Blended Rate for all Attorneys with 15% discount** | | | $821 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $904 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $768 |

Case Name: In re Commonwealth of Puerto Rico, et al.
Case Number: 17 BK 3283-LTS
Applicant's Name: Jenner & Block LLP
Date of Application: July 16, 2018
Interim or Final: Interim