# EXHIBIT E

## Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2018) | Total Billed Hours (2018) | Total Fees Requested |
|---|---|---|---|---|---|---|
| IAN HEATH GERSHENGORN | Partner | 1993 | Appellate & Supreme Court Practice | $1,150 | 7.80 | $8,970.00 |
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,100 | 543.30 | $597,630.00 |
| LINDSAY C. HARRISON | Partner | 2003 | Appellate & Supreme Court Practice | $890 | 82.80 | $73,692.00 |
| CARTER H. KLEIN | Partner | 1972 | Corporate | $775 | 0.20 | $155.00 |
| RICHARD B. LEVIN | Partner | 1975 | Restructuring & Bankruptcy | $1,300 | 294.50 | $382,850.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $850 | 96.60 | $82,110.00 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $890 | 532.30 | $473,747.00 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,100 | 197.20 | $216,920.00 |
| NICHOLAS E. BALLEN | Associate | 2015 | Restructuring & Bankruptcy | $605 | 3.20 | $1,936.00 |
| SAMUEL C. BIRNBAUM | Associate | 2018 | Complex Commercial Litigation | $675 | 22.70 | $15,322.50 |
| WILLIAM K. DREHER | Associate | 2013 | Appellate & Supreme Court Practice | $725 | 48.00 | $34,800.00 |
| KATHERINE B. JOHNSON | Associate | 2014 | Complex Commercial Litigation | $675 | 2.00 | $1,350.00 |
| NATACHA Y. LAM | Associate | 2018 | Litigation | $605 | 26.60 | $16,093.00 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $490 | 119.20 | $58,408.00 |
| CARL N. WEDOFF | Associate | 2010 | Restructuring and Bankruptcy | $845 | 412.00 | $348,140.00 |
| WILLIAM A. WILLIAMS | Associate | 2018 | Restructuring & Bankruptcy | $465 | 12.20 | $5,673.00 |
| AMANDA E. FACTOR | Paralegal | N/A | Litigation | $340 | 28.60 | $9,724.00 |
| TOI D. HOOKER | Paralegal | N/A | Restructuring and Bankruptcy | $370 | 59.30 | $21,941.00 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $340 | 0.30 | $102.00 |
| MARC A. PATTERSON | Project Assistant | N/A | Restructuring and Bankruptcy | $220 | 108.10 | $23,782.00 |
| ANNETTE M. YOUNG | Project Assistant | N/A | Litigation | $220 | 37.60 | $8,272.00 |
| **Sub-Total*** | | | | | | **2,381,617.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $333.900.48 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $77,807.50 |
| **Total** | | | | | **2634.50** | **1,969,909.52** |