## **EXHIBIT F**

### **Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---|
| Audiovisual | $3,559.92 |
| B&W Copy | $1,831.90 |
| Business Meals | $2,354.52 |
| Color Copy | $3,045.75 |
| Court Fees | $231.00 |
| In-City Transportation | $175.92 |
| Lexis Research | $2,818.41 |
| Other Professional Services | $7,720.00 |
| Pacer Charges | ($162.00) |
| Postage Expense | $149.42 |
| Publications/Books | $16.50 |
| Special Messenger Service | $69.25 |
| Telephone Expense | $1,024.41 |
| Transcripts - Court Appearance- Deposition | $2,247.14 |
| UPS | $536.45 |
| Westlaw Research | $7,637.53 |
| Witness Fee | $300.00 |
| **Travel** | |
| Airfare | $15,851.46 |
| Ground Transportation | $1,862.52 |
| Hotel | $16,009.69 |
| Meals | $4,516.73 |
| Parking | $138.00 |
| Rail | $6.00 |
| **TOTAL** | **$71,940.52** |