# EXHIBIT G

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| ADV. PROC. 17-189 – ACP Master LTD. | 117.70 | $99,762.50 |
| ADV. PROC. 17-213 – ERS v. ALTAIR | 102.80 | $93,626.00 |
| ADV. PROC. 17-219, 17-220 – ALTAIR v. ERS | 2.60 | $998.00 |
| ADV. PROC. 17-228, 17-229 - UTIER | 0.30 | $147.00 |
| ADV. PROC. 17-257 – UCC v. WHYTE | 530.10 | $523,075.00 |
| ADV. PROC. 17-151, 17-152 - PEAJE | 1.90 | $1,417.00 |
| ADV. PROC. 17-155, 17-156, 17-159 AMBAC; ASSURED | 1.60 | $784.00 |
| CASE ADMINISTRATION/MISCELLANEOUS | 274.60 | $150,343.50 |
| CHALLENGES TO PROMESA | 4.50 | $3,863.00 |
| CLAIMS ISSUES | 21.80 | $19,991.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 157.50 | $148,045.00 |
| COMMUNICATIONS WITH RETIREES | 56.20 | $50,791.50 |
| COURT HEARINGS | 33.60 | $32,182.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 5.90 | $5,640.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 102.60 | $68,703.50 |
| EMPLOYMENT OF PROFESSIONALS (OTHER PROFESSIONALS) | 120.40 | $94,491.00 |
| ERS BOND ISSUES | 0.40 | $440.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 261.30 | $234,478.50 |
| GO BONDS ISSUES | 4.40 | $2,851.00 |
| GO/COFINA ISSUES | 0.20 | $98.00 |
| HEALTHCARE/OPEB ANALYSIS | 1.50 | $1,768.00 |
| MEDIATION | 499.10 | $516,874.50 |
| PENSION ANALYSIS | 39.90 | $41,637.00 |
| PREPA | 119.80 | $114,557.00 |
| RULE 2004 INVESTIGATION | 21.30 | $19,438.00 |
| NON-WORKING TRAVEL TIME | 152.50 | $155,615.00 |
| **Sub-Total*** | **2,634.50** | **$2,381,617.50** |
| Less 15% Fee Discount on all matters except – Non Working travel | | $333,900.48 |
| Less 50% Discount on Non-Working Travel | | $77,807.50 |
| **Total** | | **$1,969,909.52** |