# **EXHIBIT I**

**Detailed Expense Records for Jenner & Block**

# FEBRUARY 2018

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 1/17/18 | ID=167609 Conducted by Steege, Catherine L. Type: Client Meeting# in Attendance 14 | 626.50 |
| 2/01/18 | Catering; 1899015958; by: Homer Susan; Detail: 8 Attendees / Puerto Rico matter team meeting in 38-D / Hosted by: Bob Gordon / Susan Homer (Bob Gordon, Richard Levin, Hector Mayol, Francisco del Castillo, AJ Bennazar, Jose Marin) | 120.00 |
| 2/01/18 | Catering; 1899020829; by: Homer Susan; Detail: 8 Attendees / Puerto Rico matter team meeting in 38-D / Hosted by: Bob Gordon / Susan Homer (Bob Gordon, Richard Levin, Hector Mayol, Francisco del Castillo, AJ Bennazar, Jose Marin) | 85.77 |
| 2/01/18 | B&W Copy | 70.70 |
| 2/01/18 | 02/01/2018 UPS Delivery Service 1Z05V0A38495939528 | 7.75 |
| 2/01/18 | 02/01/2018 UPS Delivery Service 1Z05V0A38495939528 | 7.09 |
| 2/02/18 | B&W Copy | 313.80 |
| 2/05/18 | 01/18/2018 Washington Express Special Delivery Service | 16.00 |
| 2/05/18 | Travel, CATHERINE L. STEEGE, 12/04-06/2017; New York, NY; Attend Mediation. | 2,538.03 |
| 2/05/18 | Color Copy | 1,091.75 |
| 2/05/18 | Color Copy | 57.50 |
| 2/05/18 | B&W Copy | 2.00 |
| 2/06/18 | Telephone Expense; Elan Corp Payments; 01/27/2018; Pripusich 1/18 Stmt; CourtSolutions-Hearing-Utier v. Puerto Rico Power Authority; 01/10/2018 | 70.00 |
| 2/06/18 | Telephone Expense; Elan Corp Payments; 01/27/2018; Pripusich 1/18 Stmt; CourtSolutions-Hearing-Utier v. Puerto Rico Power Authority; 01/10/2018 | 70.00 |
| 2/06/18 | B&W Copy | 3.90 |
| 2/07/18 | Travel, CATHERINE L. STEEGE, 02/02/2018; New York, NY; Attend mediation. | 955.22 |
| 2/07/18 | Travel, MELISSA M. ROOT, 02/02/2018; New York, NY; Hearing. | 987.76 |
| 2/09/18 | In-City Transportation, ROBERT D. GORDON, 02/02/2018; taxi charges to office after attending meeting at Proskauer. | 20.00 |
| 2/11/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 02/11/2018; Spanish/ English Translation 2/2/18. | 375.00 |
| 2/11/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 02/11/2018 | 2,490.00 |
| 2/12/18 | Color Copy | 2.50 |
| 2/12/18 | 02/12/2018 UPS Delivery Service 1Z6134380197556677 | 7.35 |
| 2/12/18 | 02/12/2018 UPS Delivery Service 1Z6134380199439693 | 18.19 |
| 2/12/18 | 02/12/2018 UPS Delivery Service 1Z6134380199968880 | 7.35 |
| 2/13/18 | Color Copy | 52.50 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 2/13/18 | B&W Copy | 2.90 |
| 2/14/18 | Transcripts - Deposition; VERITEXT; 02/14/2018; Transcript Fee - Deposition of Michael Malloy. | 2,091.14 |
| 2/14/18 | Color Copy | 1.50 |
| 2/14/18 | B&W Copy | 8.10 |
| 2/15/18 | Travel, MELISSA M. ROOT, 02/06-08/2018; San Juan, Puerto Rico; Hearing. | 1,295.55 |
| 2/15/18 | Travel, CATHERINE L. STEEGE, 02/06-08/2018; San Juan, Puerto Rico; attend Committee meeting. | 878.63 |
| 2/15/18 | B&W Copy | 15.00 |
| 2/16/18 | Postage Expense | 18.00 |
| 2/16/18 | Color Copy | .25 |
| 2/19/18 | Travel, ROBERT D. GORDON, 02/01-04/2018; New York, NY; attend mediation sessions. (paid for Jose Marin (client) airfare and lodging) | 1,080.02 |
| 2/21/18 | Color Copy | 18.00 |
| 2/21/18 | B&W Copy | 2.50 |
| 2/21/18 | 02/21/2018 UPS Delivery Service 1Z05V0A30196228744 | 18.19 |
| 2/21/18 | 02/21/2018 UPS Delivery Service 1Z05V0A30196582138 | 7.35 |
| 2/22/18 | Witness Fee; CLERK, US DISTRICT COURT OF PUERTO RICO; 02/22/2018; Pro Hac Vice for Carl Wedoff. | 300.00 |
| 2/22/18 | Color Copy | 68.50 |
| 2/22/18 | B&W Copy | 32.70 |
| 2/23/18 | Color Copy | 39.25 |
| 2/23/18 | B&W Copy | .10 |
| 2/26/18 | In-City Transportation, CARL N. WEDOFF, 02/01/2018 and 02/07/2018. | 63.83 |
| 2/26/18 | Travel, ROBERT D. GORDON, 02/06-08/2018; San Juan, PR; Attended Omnibus hearings and committee meeting. | 802.06 |
| 2/26/18 | Catering; 1905698307; by: Homer Susan; Detail: 8 Attendees / Puerto Rico team Meeting in 38-J / Hosted by Bob Gordon / Susan Homer | 174.81 |
| 2/26/18 | Color Copy | 129.00 |
| 2/27/18 | 02/07/2018 Soundpath Teleconferencing | 113.85 |
| 2/27/18 | 01/26/2018 Soundpath Teleconferencing | 38.81 |
| 2/27/18 | 01/26/2018 Soundpath Teleconferencing | 15.30 |
| 2/27/18 | Travel, LANDON S. RAIFORD, 02/11-13/2018; New York, NY; Attend deposition preparation and deposition. | 1,580.63 |
| 2/27/18 | Catering; 1906160214; by: Rosoff Katherine; Detail: 1 attendee; Review past filings for language about priority; Katie Rosoff | 20.00 |
| 2/27/18 | Color Copy | 4.00 |
| 2/27/18 | B&W Copy | 6.10 |
| 2/28/18 | Lexis Research | 286.89 |
| 2/28/18 | Lexis Research | 1,031.05 |
| 2/28/18 | Westlaw Research | 326.37 |
| 2/28/18 | Westlaw Research | 11.86 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 2/28/18 | Westlaw Research | 804.58 |
| 2/28/18 | Westlaw Research | 56.48 |
| 2/28/18 | Westlaw Research | 1,457.83 |
| 2/28/18 | Color Copy | 5.50 |
| 2/28/18 | B&W Copy | .70 |
| 2/28/18 | ID:44548465  Telephone: Outgoing | 10.20 |
| 2/28/18 | ID:44550344  Telephone: Outgoing | 10.20 |
| | TOTAL DISBURSEMENTS | $ 22,824.39 |

MATTER 10113 TOTAL                                         $ 22,824.39

# MARCH 2018

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 3/28/17 | Travel; Elan Corp Payments; 2/27/2018; Ultramar 2/18 Stmt; Cathy Steege; 02/06/2018-02/07/2018; Lodging; Sheraton ; Puerto Rico | 6,376.10 |
| 3/28/17 | Elan Corp Payments; 2/27/2018; Ultramar 2/18 Stmt; Courtney Elgart; Washington DC;02/01/2018-02/04/2018; Travel Service Fee; | 4,551.69 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Period: 07/01/2017 - 09/30/2017. Void Check # - 000287966 | -97.20 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Period: 07/01/2017 - 09/30/2017. Void Check # - 000287966 | -373.20 |
| 10/06/17 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Period: 07/01/2017 - 09/30/2017. Void Check # - 000287966 | -97.20 |
| 10/06/17 | Void Check # - 000287966 | 97.20 |
| 3/01/18 | B&W Copy | 4.90 |
| 3/01/18 | 03/01/2018 UPS Delivery Service 1Z6134380196564204 | 7.35 |
| 3/02/18 | ID:44591226 Printing: Color | .50 |
| 3/02/18 | ID:44591231 Printing: Color | .25 |
| 3/02/18 | Color Copy | .75 |
| 3/02/18 | ID:44591225 Printing: Black & White | .10 |
| 3/02/18 | ID:44591230 Printing: Black & White | .10 |
| 3/02/18 | B&W Copy | .20 |
| 3/05/18 | Color Copy | 1.00 |
| 3/05/18 | B&W Copy | 8.10 |
| 3/05/18 | 03/05/2018 UPS Delivery Service 1Z05V0A32591211476 | 9.38 |
| 3/06/18 | Telephone Expense; Elan Corp Payments; 02/27/2018; Pripusich 2/18 Stmt; Court Solutions Hearing; 02/15/2018 | 70.00 |
| 3/06/18 | Telephone Expense; Elan Corp Payments; 02/27/2018; Pripusich 2/18 Stmt; Court Solutions Hearing; 02/15/2018 | 70.00 |
| 3/06/18 | Color Copy | 7.00 |
| 3/06/18 | Color Copy | 1.50 |
| 3/06/18 | B&W Copy | 4.60 |
| 3/07/18 | Travel, CATHERINE L. STEEGE, 03/07/2018; New York, NY, 2/26-2/28/18, To attend meetings | 1,526.92 |
| 3/07/18 | Travel, LANDON S. RAIFORD, 03/07/2018, New York, NY, 2/28 - 3/2/18, to attend deposition of expert | 1,204.94 |
| 3/07/18 | Business Meals, RICHARD LEVIN, 03/07/2018, business meal for meeting on 2/27/18 to discuss mediation session and future strategy (Levin, Root, Steege, Gordon, del Castillo, Marin, Mayol, Gumbs), | 320.00 |
| 3/07/18 | Color Copy | 1.50 |
| 3/07/18 | B&W Copy | 7.10 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 3/08/18 | Catering; 1908859456; by: Homer Susan; Detail: 6 Attendees / Puerto Rico Client Meeting in 38-A / Hosted by Bob Gordon / Susan Homer (Root, Steege, Levin, Gordon, Mayol, Marin, del Castillo, Park, Gumbs). | 199.75 |
| 3/08/18 | Color Copy | .50 |
| 3/08/18 | B&W Copy | 83.90 |
| 3/09/18 | Travel, ROBERT D. GORDON, 02/26-03/01/2018; For Jose Marin to attend Mediation Session. | 1,397.39 |
| 3/09/18 | Travel, MELISSA M. ROOT, 02/26-28/2018; New York, NY; Hearing. | 1,733.59 |
| 3/09/18 | ID:44691830 Printing: Color | 2.50 |
| 3/09/18 | ID:44695520 Printing: Color | .25 |
| 3/09/18 | Color Copy | .25 |
| 3/09/18 | Color Copy | 2.50 |
| 3/09/18 | ID:44691793 Printing: Black & White | 2.20 |
| 3/09/18 | ID:44691829 Printing: Black & White | 1.00 |
| 3/09/18 | ID:44691841 Printing: Black & White | 2.50 |
| 3/09/18 | ID:44691964 Printing: Black & White | 1.40 |
| 3/09/18 | ID:44695519 Printing: Black & White | 4.10 |
| 3/09/18 | ID:44696455 Printing: Black & White | 5.90 |
| 3/09/18 | ID:44696461 Printing: Black & White | 4.40 |
| 3/09/18 | B&W Copy | 18.00 |
| 3/09/18 | B&W Copy | 3.50 |
| 3/12/18 | Travel, ROBERT D. GORDON, 01/23/2018 and 03/02/2018; Expenses for Jose Marin's trip to NYC to attend mediation. | 114.00 |
| 3/12/18 | Color Copy | 4.50 |
| 3/12/18 | B&W Copy | .80 |
| 3/12/18 | 03/12/2018 UPS Delivery Service 1Z05V0A3NW92748608 | 22.66 |
| 3/13/18 | Color Copy | 41.50 |
| 3/13/18 | B&W Copy | 528.20 |
| 3/13/18 | 03/13/2018 UPS Delivery Service 1Z6134380196029677 | 69.55 |
| 3/13/18 | 03/13/2018 UPS Delivery Service 1Z6134380199813162 | 53.78 |
| 3/14/18 | Color Copy | .75 |
| 3/14/18 | B&W Copy | 18.10 |
| 3/14/18 | 03/14/2018 UPS Delivery Service 1Z6134380195214923 | 18.26 |
| 3/14/18 | 03/14/2018 UPS Delivery Service 1Z6134380195272307 | 7.38 |
| 3/15/18 | In-City Transportation, WILLIAM K. DREHER, 03/07/2018; overtime taxi charges. | 17.68 |
| 3/15/18 | Color Copy | 7.25 |
| 3/15/18 | B&W Copy | -18.25 |
| 3/15/18 | B&W Copy | -6.00 |
| 3/18/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 03/18/2018; Spanish/ English Translation 3/15/18. | 995.00 |
| 3/19/18 | 03/19/2018 UPS Delivery Service 1Z05V0A30191768858 | 18.26 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 3/19/18 | 03/19/2018 UPS Delivery Service 1Z05V0A30191962638 | 7.38 |
| 3/20/18 | Postage Expense | 59.64 |
| 3/20/18 | Color Copy | 11.00 |
| 3/20/18 | B&W Copy | 3.90 |
| 3/20/18 | CORRECTION | -18.26 |
| 3/21/18 | Postage Expense | 10.72 |
| 3/21/18 | Publications/Books, ROBERT D. GORDON, 02/26/2018; Print sources | 16.50 |
| 3/21/18 | Travel, ROBERT D. GORDON, 03/08/2018-03/11/2018; New York, NY; For Jose Marin to attend mediations; airfare | 1,422.25 |
| 3/21/18 | B&W Copy | 55.80 |
| 3/21/18 | 03/21/2018 UPS Delivery Service 1Z6134380190521118 | 7.38 |
| 3/21/18 | 03/21/2018 UPS Delivery Service 1Z6134380191589134 | 18.26 |
| 3/21/18 | 03/21/2018 UPS Delivery Service 1Z6134380193546122 | 7.38 |
| 3/21/18 | 03/21/2018 UPS Delivery Service 1Z6134380190521118 | 7.38 |
| 3/21/18 | 03/21/2018 UPS Delivery Service 1Z6134380191589134 | 18.26 |
| 3/21/18 | 03/21/2018 UPS Delivery Service 1Z6134380193546122 | 7.38 |
| 3/21/18 | CORRECTION | -7.38 |
| 3/21/18 | Correction | -7.38 |
| 3/22/18 | Color Copy | 3.50 |
| 3/22/18 | Color Copy | .25 |
| 3/22/18 | B&W Copy | 20.00 |
| 3/23/18 | Color Copy | 7.25 |
| 3/26/18 | Color Copy | 165.50 |
| 3/26/18 | Color Copy | 30.50 |
| 3/26/18 | B&W Copy | .40 |
| 3/27/18 | 02/23/2018 Soundpath Teleconferencing | 2.73 |
| 3/27/18 | Business Meals, ROBERT D. GORDON, 03/09/2018; business dinner (Gordon, Mayol, del Castillo, Marin, Bennazar). | 160.00 |
| 3/28/18 | B&W Copy | .80 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30193352945 | 7.38 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30194019938 | 7.38 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30193352945 | 7.38 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30194019938 | 7.38 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30193352945 | 7.38 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30194019938 | 7.38 |
| 3/29/18 | 03/29/2018 UPS Delivery Service 1Z05V0A30192755128 | 18.26 |
| 3/29/18 | CORRECTION | -7.38 |
| 3/29/18 | CORRECTION | -7.38 |
| 3/29/18 | CORRECTION | -7.38 |
| 3/29/18 | CORRECTION | -7.38 |
| 3/30/18 | 02/01/2018 SDS Special Delivery | 14.25 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 3/30/18 | Travel, ROBERT D. GORDON, 02/06/2018-02/08/2018; San Juan, Puerto Rico; Hearing & Committee; airfare; taxi | 861.30 |
| 3/30/18 | Travel, ROBERT D. GORDON, 02/26/2018-03/01/2018; New York, NY; For Jose Marin to attend Mediation sessions; Airfare | 110.00 |
| 3/30/18 | Travel, ROBERT D. GORDON, 03/08/2018-03/11/2018; New York, NY; for Jose Marin to attend Mediation; airfare | 110.00 |
| 3/30/18 | Travel, ROBERT D. GORDON, 02/26/2018-03/01/2018; New York, NY; Mediation; airfare | 187.55 |
| 3/31/18 | Lexis Research | 791.44 |
| 3/31/18 | Westlaw Research | 593.97 |
| 3/31/18 | Westlaw Research | 2,491.25 |
| 3/31/18 | Westlaw Research | 117.91 |
| 3/31/18 | Westlaw Research | 147.38 |
| 3/31/18 | Westlaw Research | 58.95 |
| 3/31/18 | B&W Copy | -.95 |
| | TOTAL DISBURSEMENTS | $ 26,587.84 |

MATTER 10113 TOTAL                                            $ 26,587.84

# APRIL 2018

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**   **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---|
| 4/02/18 | B&W Copy | 25.90 |
| 4/03/18 | Telephone Expense; Elan Corp Payments; 03/27/2018; Pripisich 3/18 Stmt; 3/7/2018; Hearing | 70.00 |
| 4/03/18 | Telephone Expense; Elan Corp Payments; 03/27/2018; Pripisich 3/18 Stmt; 3/7/2018; Hearing | 70.00 |
| 4/03/18 | Telephone Expense; Elan Corp Payments; 03/27/2018; Pripisich 3/18 Stmt; 3/7/2018; Hearing | 70.00 |
| 4/03/18 | Color Copy | 79.25 |
| 4/04/18 | Color Copy | 9.00 |
| 4/05/18 | Pacer Charges; PACER SERVICE CENTER; 04/05/2018 | 14.60 |
| 4/05/18 | Pacer Charges; PACER SERVICE CENTER; 04/05/2018; Pacer Charges 1/1/201/ - 3/31/2018. | 8.20 |
| 4/05/18 | Pacer Charges; PACER SERVICE CENTER; 04/05/2018; Pacer Charges 1/1/18-3/31/18. | 204.80 |
| 4/05/18 | Pacer Charges; PACER SERVICE CENTER; 04/05/2018; Pacer Charges 1/1/18-3/31/18. | 1.10 |
| 4/05/18 | B&W Copy | .80 |
| 4/06/18 | B&W Copy | -14.76 |
| 4/06/18 | B&W Copy | 14.76 |
| 4/10/18 | B&W Copy | -33.02 |
| 4/10/18 | CORRECTION - B&W Copy | 33.02 |
| 4/11/18 | Color Copy | 7.50 |
| 4/11/18 | B&W Copy | -14.76 |
| 4/11/18 | B&W Copy | 14.76 |
| 4/12/18 | In- City Transportation; Elan Corp Payments; 03/27/2018; Curreri 3/18 stmt; Uber; Katherine RosoffCite checking summary judgment brief in 17-255.; 02/20/2018 | 14.95 |
| 4/12/18 | In- City Transportation; Elan Corp Payments; 03/27/2018; Curreri 3/18 stmt; Uber; Katherine Rosoff; 02/28/2018 | 13.08 |
| 4/12/18 | Travel, ROBERT D. GORDON, 04/17/2018-04/18/2018; San Juan, PR; official committee of retirees in the commonwealth; Airfare | 1,509.20 |
| 4/12/18 | B&W Copy | 6.20 |
| 4/13/18 | Travel, Jose Marin, 03/08/2018-03/10/2018; New York, NY; Mediation sessions; lodging. | 657.40 |
| 4/13/18 | Travel, Jose Marin, 03/08/2018-03/10/2018; New York, NY; Mediation sessions; travel agent fee | 12.00 |
| 4/13/18 | Color Copy | 10.50 |
| 4/15/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 04/15/2018; SPANISH/ ENGLISH TRANSLATION 4/12/18. | 995.00 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---|
| 4/16/18 | Color Copy | 623.25 |
| 4/16/18 | B&W Copy | 38.60 |
| 4/16/18 | 04/16/2018 UPS Delivery Service 1Z6134380197704702 | 56.78 |
| 4/17/18 | Color Copy | 10.25 |
| 4/18/18 | Transcripts - Deposition; SOUTHERN DISTRICT REPORTERS, P.C.; 04/18/2018; In re The Finanical Oversight and Manage. | 156.00 |
| 4/18/18 | Color Copy | 23.00 |
| 4/18/18 | B&W Copy | 28.00 |
| 4/18/18 | B&W Copy | 5.50 |
| 4/19/18 | Color Copy | 146.25 |
| 4/19/18 | B&W Copy | 35.30 |
| 4/20/18 | Travel, MELISSA M. ROOT, 04/17/2018; San Juan, PR; Hearing; taxi expense. | 85.57 |
| 4/20/18 | Travel, MELISSA M. ROOT, 04/17/2018; San Juan, PR; Hearing; Airfare. | 542.88 |
| 4/20/18 | Travel, CATHERINE L. STEEGE, 04/17/2018-04/18/2018; San Juan, PR; attend committee meeting; taxi. | 77.00 |
| 4/20/18 | Travel, CATHERINE L. STEEGE, 04/17/2018-04/18/2018; San Juan, PR; attend committee meeting; airfare. | 1,047.88 |
| 4/20/18 | B&W Copy | 6.20 |
| 4/20/18 | B&W Copy | 103.20 |
| 4/22/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 04/22/2018; Spanish/ English Translation 4/18/18. | 2,490.00 |
| 4/23/18 | Catering; 1921162561; by: Homer Susan; Detail: 6 Attendees / Meeting with Judge Houser in 38-J / Hosted by Robert Gordon / Susan Homer | 96.09 |
| 4/24/18 | Color Copy | 29.00 |
| 4/25/18 | 12/22/2017 SDS Global Special Delivery Service | 19.50 |
| 4/25/18 | 12/27/2017 SDS Global Special Delivery Service | 19.50 |
| 4/25/18 | Color Copy | 17.75 |
| 4/25/18 | 3/31/2018 Quarterly Pacer Charges | 17.60 |
| 4/25/18 | B&W Copy | .20 |
| 4/26/18 | 04/05/2018 Soundpath Teleconferencing | 19.41 |
| 4/26/18 | 04/09/2018 Soundpath Teleconferencing | 37.28 |
| 4/26/18 | 3/31/2018 Quarterly Pacer Charges | 61.20 |
| 4/26/18 | 3/31/2018 Quarterly Pacer Charges | .90 |
| 4/26/18 | B&W Copy | 35.50 |
| 4/27/18 | Color Copy | 3.00 |
| 4/29/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 04/29/2018; Spanish/ English Translation 4/25/18. | 375.00 |
| 4/30/18 | Lexis Research | 528.51 |
| 4/30/18 | Westlaw Research | 16.40 |
| 4/30/18 | Westlaw Research | 734.76 |
| 4/30/18 | Color Copy | .25 |

LAW OFFICES
## JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | | |
|---|---|---:|
| 4/30/18 | B&W Copy | 12.90 |
| 4/30/18 | B&W Copy | 2.70 |
| | TOTAL DISBURSEMENTS | $ 11,282.59 |

MATTER 10113 TOTAL                                    $ 11,282.59

# MAY 2018

# LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 57347

OFFICIAL COMMITTEE OF RETIREES IN THE
COMMONWEALTH OF PUERTO RICO
JOSE MARIN
PUERTO RICO

JUNE 25, 2018
INVOICE # 9444413

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2018: | $ 567,774.50 |
| LESS 15% FEE DISCOUNT ON ALL MATTERS EXCEPT NON-WORKING TRAVEL MATTER | $ -81,746.21 |
| LESS 50% FEE DISCOUNT ON NON-WORKING TRAVEL MATTER | $ -11,400.00 |
| FEE SUB-TOTAL | $ 474,628.29 |
| DISBURSEMENTS | $ 11,245.70 |
| TOTAL INVOICE | $ 485,873.99 |

```
        0 • *C

10113   11,238.60 *+
10156       7.10  +
        11,245.70 *
```

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**  **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 4/15/18 | Other Professional Services; TRANSPERFECT TRANSLATIONS INTERNATIONAL; 04/15/2018; SPANISH/ ENGLISH TRANSLATION 4/12/18. | .00 |
| 5/01/18 | In-City Transportation, ROBERT D. GORDON, 05/01/20 18 | 32.22 |
| 5/01/18 | Travel, ROBERT D. GORDON, 04/17-18/2018; San Juan, Puerto Rico; Attend Meeting with Retirees. | 185.72 |
| 5/01/18 | Color Copy | .50 |
| 5/01/18 | B&W Copy | 3.70 |
| 5/03/18 | Color Copy | 32.50 |
| 5/03/18 | B&W Copy | 13.00 |
| 5/04/18 | B&W Copy | 7.30 |
| 5/07/18 | Color Copy | 29.25 |
| 5/08/18 | In City Transportation; Elan Corp Payments;4/27/2018; Curreri 4/18 Stmt; Adjustment from previous statement | 3.00 |
| 5/09/18 | Color Copy | 12.00 |
| 5/09/18 | B&W Copy | 28.80 |
| 5/09/18 | 05/09/2018 UPS Delivery Service 1Z05V0A3NW95041937 | 8.57 |
| 5/10/18 | ID=171775 Conducted by Steege, Catherine L. Type: Client Meeting# in Attendance 10 | 271.60 |
| 5/10/18 | Color Copy | 90.00 |
| 5/10/18 | B&W Copy | 37.20 |
| 5/14/18 | In-City Transportation, ROBERT D. GORDON, 05/09/2018; Taxi to office after meeting. | 11.16 |
| 5/14/18 | Postage Expense | 61.06 |
| 5/14/18 | Color Copy | 2.50 |
| 5/14/18 | B&W Copy | 121.70 |
| 5/14/18 | 05/14/2018 UPS Delivery Service 1Z05V0A30195949646 | 18.22 |
| 5/14/18 | 05/14/2018 UPS Delivery Service 1Z05V0A30196773039 | 7.36 |
| 5/15/18 | Color Copy | 11.50 |
| 5/15/18 | B&W Copy | 17.20 |
| 5/16/18 | Color Copy | 3.50 |
| 5/16/18 | 05/16/2018 UPS Delivery Service 1Z05V0A3NW99221913 | 8.57 |
| 5/17/18 | Travel; Elan Corp Payments; 04/27/2018 Ultramar 4/18 Stmt; Cathy Steege; 04/17/2018-04/23/2018 Puerto Rico; Sheraton; Lodging | 5,711.90 |
| 5/18/18 | Travel, taxi expenses | 157.27 |
| 5/18/18 | Travel, RICHARD LEVIN, 05/09-11/2018; Chicago, IL; Strategy meetings in Chicago; Lodging | 410.90 |
| 5/18/18 | Travel, RICHARD LEVIN, 05/09-11/2018; Chicago, IL; Strategy meetings in Chicago; airfare | 413.40 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| Date | Description | Amount |
|---|---|---:|
| 5/18/18 | Business Meals, RICHARD LEVIN, 05/09-11/2018; Dinner meeting with C. Steege, M. Root (J&B), H. Mayol, A.J. Bennazar,F. DelCastillo, attorneys at Bennazar and J. Libauskas, Consultant, Segal & | 280.00 |
| 5/18/18 | B&W Copy | 2.10 |
| 5/21/18 | Travel, ROBERT D. GORDON, 05/09-10/2018; Chicago,IL; Expenses. | 103.00 |
| 5/21/18 | Travel, ROBERT D. GORDON, 05/09-10/2018; Chicago,IL; Lodging. | 472.16 |
| 5/21/18 | Travel, ROBERT D. GORDON, 05/09-10/2018; Chicago,IL; Airfare. | 844.41 |
| 5/21/18 | Color Copy | 1.50 |
| 5/21/18 | B&W Copy | .30 |
| 5/22/18 | Color Copy | 140.25 |
| 5/22/18 | 05/22/2018 UPS Delivery Service 1Z6134380192931092 | 7.36 |
| 5/22/18 | 05/22/2018 UPS Delivery Service 1Z6134380193920100 | 18.22 |
| 5/24/18 | Court Fees; Elan Corp Payments; 04/27/2018; Docket 4/18 Stmt; Admission Fee for C. Steege; 03/27/2018 to First Circuit | 231.00 |
| 5/24/18 | B&W Copy | 5.90 |
| 5/24/18 | B&W Copy | 1.60 |
| 5/24/18 | 05/24/2018 UPS Delivery Service 1Z05V0A3NW99405457 | 8.57 |
| 5/24/18 | 05/24/2018 UPS Delivery Service 1Z05V0A3NW99405457 | 7.67 |
| 5/25/18 | Color Copy | 2.50 |
| 5/25/18 | B&W Copy | 32.20 |
| 5/25/18 | B&W Copy | 5.20 |
| 5/30/18 | 05/10/2018 Soundpath Teleconferencing | 40.91 |
| 5/30/18 | 04/16/2018 Soundpath Teleconferencing | 28.58 |
| 5/30/18 | 04/13/2018 Soundpath Teleconferencing | 21.81 |
| 5/30/18 | 04/13/2018 Soundpath Teleconferencing | 33.75 |
| 5/30/18 | 04/23/2018 Soundpath Teleconferencing | 107.88 |
| 5/30/18 | 04/24/2018 Soundpath Teleconferencing | 53.70 |
| 5/30/18 | 05/30/2018 UPS Delivery Service 1Z05V0A3NW95334773 | 16.24 |
| 5/31/18 | Lexis Research | 162.72 |
| 5/31/18 | Lexis Research | 17.80 |
| 5/31/18 | Westlaw Research | 203.96 |
| 5/31/18 | Westlaw Research | 305.65 |
| 5/31/18 | Westlaw Research | 310.18 |
| 5/31/18 | B&W Copy | 4.20 |
| 5/31/18 | B&W Copy | 30.10 |
| 5/31/18 | 05/31/2018 UPS Delivery Service 1Z05V0A30198247658 | 7.36 |
| 5/31/18 | 05/31/2018 UPS Delivery Service 1Z05V0A30199278266 | 18.22 |
| | TOTAL DISBURSEMENTS | $ 11,238.60 |

57347-10156

LAW OFFICES
## JENNER & BLOCK LLP
353 N Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**SUMMARY OF 2004 INVESTIGATION**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD B. LEVIN | .30 | 1,300.00 | 390.00 |
| ROBERT D. GORDON | .40 | 1,100.00 | 440.00 |
| CATHERINE L. STEEGE | 2.30 | 1,100.00 | 2,530.00 |
| MELISSA M. ROOT | 3.10 | 890.00 | 2,759.00 |
| LANDON S. RAIFORD | 6.30 | 850.00 | 5,355.00 |
| TOTAL | 12.40 | | $ 11,474.00 |

| | | | |
|---|---|---|---|
| 5/30/18 | B&W Copy | | 7.10 |
| | TOTAL DISBURSEMENTS | | $ 7.10 |

MATTER 10156 TOTAL $ 9,760.00