# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---:|---:|---:|
| Ferdinand Díaz | Project Manager | $125.00 | 58.70 | $7,337.50 |
| Jorge Marchand | Principal | $175.00 | 223.00 | $39,025.00 |
| Male Noguera | Media Manager | $95.00 | 197.30 | $18,743.50 |
| Mari Carmen Schell | Business Editor | $110.00 | 158.30 | $17,413.00 |
| **Total** | | | **637.30** | **$82,519.00** |