# EXHIBIT E

### Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---:|
| Advertising for retiree outreach | $2,056.83 |
| Printing | $6,398.08 |
| Graphics creation, design, and support | $877.50 |
| Business meals | $225.70 |
| **TOTAL** | **$9,558.11** |