# EXHIBIT F

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| Project Meetings | 252.90 | $37,011.50 |
| Project Management | 213.20 | $28,833.50 |
| Website Development and Management | 171.20 | $16,674.00 |
| **Total** | **637.30** | **$82,519.00** |