Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From February 1 to February 28, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 2/19/2018 | Weebly | iStock Monthly Subscription for the ORC | 100.00 |
| 2/20/2018 | YOP Banquets/Services | Soft Lunch - ORC's Meeting on 2/23/18 | 225.70 |
| 2/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 79.61 |
| 2/22/2018 | Carlos Delgado | Print of 120,000 copies of the promotional insert and 10,000 copies of the promotional brochure for the ORC | 6,071.18 |
| 2/23/2018 | Jireh Delivery Services | Delivery of boxes conteining the printed inserts and brochures | 60.00 |
| 3/9/2018 | Menta Fresh Content | Insert Design and Pre Press Production (02/2018) | 237.50 |
| | | *Total:* | 6,773.99 |

## Marchand ICS Group
### Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
### Summary of Marchand ICS Group Expenses
### From March 1 to March 31, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---:|
| 3/8/2018 | GFR Media | Advertising on El Nuevo Día Newspaper on 3/8/2018 | 1,198.13 |
| 3/13-26/2018 | Jireh Delivery Services | Delivery of boxes conteining the printed inserts and brochures and the D-Board for the Press Conference on 3/20/2018 | 200.00 |
| 3/16/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 60.62 |
| 3/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 3/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 51.36 |
| 3/31/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 31.46 |
| 4/2/2018 | Noemmy Agosto | D-Board Design for Press Conference on 3/20/2018 | 50.00 |
| 4/9/2018 | CD Imprint, Inc. | D-Board Printing for Press Conference on 3/20/2018 | 66.90 |
| 4/11/2018 | Menta Fresh Content | Advertisement Art Design for ad on 3/8/2018 | 190.00 |
| | | *Total:* | **1,948.47** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From April 1 to April 30, 2018**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---:|
| 4/4/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 178.04 |
| 4/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 4/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 169.98 |
| | | *Total:* | 448.02 |

Marchand ICS Group
Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)
Summary of Marchand ICS Group Expenses
From May 1 to May 31, 2018

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 5/2/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 98.20 |
| 5/19/2018 | Weebly | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 5/22/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 143.41 |
| 5/31/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 45.95 |
| 5/31/2018 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 0.07 |
| | | *Total:* | 387.63 |