# Exhibit D

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $670 |
| **VP & Actuary** | $552 |
| **Actuary** | $394 |
| **Consultant** | $400 |
| **Analyst** | $332 |
| **All Employees** | $472 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | July 16, 2018 |
| Interim or Final: | Interim |