# Exhibit E

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Bridges, Geoffrey W. | Actuary | Pension | 460.00 | 37.70 | 17,342.00 |
| Clark, Melanie C. | Sr Health Consultant | Health | 400.00 | 4.40 | 1,760.00 |
| Hartman, Brian T. | Sr Analyst | Pension | 350.00 | 61.10 | 21,385.00 |
| Janus, Paul J | Actuary | Health | 430.00 | 14.00 | 6,020.00 |
| Kovach, Patricia L. | Analyst | Health | 260.00 | 14.30 | 3,718.00 |
| Libauskas, Jacob | Actuary | Pension | 380.00 | 212.40 | 80,712.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 680.00 | 124.40 | 84,592.00 |
| Noonan, Mark J. | VP & Consulting Actuary | Health | 560.00 | 16.50 | 9,240.00 |
| Strom, Matthew A. | VP & Actuary | Pension | 550.00 | 58.70 | 32,285.00 |
| Tabernacki, Patryk | Senior Analyst | Pension | 330.00 | 23.20 | 7,656.00 |
| Wohl, Stuart | SVP Regional Manager | Health | 610.00 | 20.80 | 12,688.00 |
| Sub-Total | | | | **587.50** | **277,398.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (9,082.00) |
| Total | | | | | **268,316.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | July 16, 2018 |
| Interim or Final: | Interim |