## EXHIBIT F

### Summary of Segal Consulting Expenses

| Service Description | Amount |
| --- | --- |
| Business Meals | $114.02 |
| Hotel | $1,849.72 |
| In-City Transportation | $205.34 |
| Other Professional Services | $0.00 |
| Parking | $0.00 |
| Mileage | $0.00 |
| Travel | $1,846.71 |
| **TOTAL** | **$4,015.79** |