# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 340.60 | $ 142,671.00 |
| 002 Research | 17.80 | $ 9,961.00 |
| 003 Data Analysis | 2.80 | $ 1,660.00 |
| 004 Calls & Meetings with Other Professionals | 64.70 | $ 34,917.00 |
| 005 Preparation of Reports | 16.30 | $ 5,379.00 |
| 006 Retirement Committee Meetings | 17.10 | $ 9,167.00 |
| 018 Case Administration | 89.60 | $ 55,479.00 |
| Non-Working Travel Time | 38.60 | $ 18,164.00 |
| **Subtotal** | **587.50** | **$ 277,398.00** |
| Less 50% Discount on Non-working Travel Matter | | $ (9,082.00) |
| Total | | **$ 268,316.00** |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | July 16, 2018 |
| Interim or Final: | Interim |