# **EXHIBIT H**

**Detailed Time Records for Segal Consulting**

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**March 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2018:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 2/1/2018 | Tabernacki, Patryk | Updates to TRS model workbook | 5.30 | 1,749.00 |
| 2/1/2018 | Strom, Matthew A. | Cash flow projection model - practice demonstration | 1.10 | 605.00 |
| 2/1/2018 | Nicholl, Kim M. | Cash flow projection model - practice demonstration | 1.10 | 748.00 |
| 2/1/2018 | Libauskas, Jacob | Reviewing TRS projected benefit payments and updating projected benefit payments for retirements through June 30, 2017. | 1.60 | 608.00 |
| 2/1/2018 | Libauskas, Jacob | Updating modeling spreadsheet for ERS split by law groups to reflect retirements through June 30, 2017 | 1.80 | 684.00 |
| 2/1/2018 | Libauskas, Jacob | Calculating the projected benefit payments for ERS split by law groups | 2.50 | 950.00 |
| 2/2/2018 | Tabernacki, Patryk | TRS Model updates | 5.40 | 1,782.00 |
| 2/2/2018 | Strom, Matthew A. | Cash flow projection model - practice demonstration | 0.60 | 330.00 |
| 2/2/2018 | Nicholl, Kim M. | Cash flow projection model - practice demonstration | 0.60 | 408.00 |
| 2/2/2018 | Libauskas, Jacob | Updating modeling spreadsheet for ERS split by law groups to reflect retirements through June 30, 2017 | 4.20 | 1,596.00 |
| 2/4/2018 | Libauskas, Jacob | Updating modeling spreadsheets to present to retiree committee and other professionals on February 7th. | 3.40 | 1,292.00 |
| 2/4/2018 | Libauskas, Jacob | Updating ERS, TRS, and JRS projections to incorporate in the modeling spreadsheet for February 7th meeting | 1.60 | 608.00 |
| 2/5/2018 | Tabernacki, Patryk | JRS Model Spreadsheet updates | 7.80 | 2,574.00 |
| 2/5/2018 | Libauskas, Jacob | Updating ERS, TRS, and JRS projections to incorporate in the modeling spreadsheet for February 7th meeting | 6.80 | 2,584.00 |
| 2/5/2018 | Strom, Matthew A. | Final edits to cash flow projection model prior to RC meeting | 3.20 | 1,760.00 |
| 2/6/2018 | Tabernacki, Patryk | JRS Model spreadsheet updates | 4.70 | 1,551.00 |
| 2/6/2018 | Libauskas, Jacob | Updating modeling spreadsheet for February 7th meeting | 4.30 | 1,634.00 |
| 2/6/2018 | Libauskas, Jacob | Updating ERS, TRS, and JRS projections to incorporate in the modeling spreadsheet for February 7th meeting | 1.40 | 532.00 |
| 2/6/2018 | Strom, Matthew A. | Review of modeling spreadsheet in preparation for Retiree Committee meeting | 1.20 | 660.00 |
| 2/7/2018 | Libauskas, Jacob | Updating modeling spreadsheet for February 7th meeting | 2.30 | 874.00 |
| 2/7/2018 | Strom, Matthew A. | Review of modeling spreadsheet in preparation for Retiree Committee meeting | 2.90 | 1,595.00 |
| 2/7/2018 | Libauskas, Jacob | Review of modeling spreadsheet in preparation for Retiree Committee meeting | 2.90 | 1,102.00 |
| 2/7/2018 | Janus, Paul J | Reviewing Dental plan actuarial value calculations | 1.80 | 774.00 |
| 2/8/2018 | Janus, Paul J | Updating Rx actuarial values with new utilization numbers. | 1.70 | 731.00 |
| 2/9/2018 | Libauskas, Jacob | Exchanging emails with professionals regarding follow-ups from retiree committee meeting | 2.60 | 988.00 |
| 2/12/2018 | Bridges, Geoffrey W. | Analysis of projections without the effect of Law 3 with actuarial team. | 1.80 | 828.00 |

| 2/12/2018 | Libauskas, Jacob | Setting up valuation software to estimate projected benefits if Laws 3 and 70 were not enacted. | 3.80 | 1,444.00 |
| 2/12/2018 | Strom, Matthew A. | Discuss Law 3 valuation approach | 0.80 | 440.00 |
| 2/13/2018 | Nicholl, Kim M. | Analysis of past laws on ERS | 1.30 | 884.00 |
| 2/13/2018 | Libauskas, Jacob | Setting up valuation software to estimate projected benefits if Laws 3 and 70 were not enacted. | 2.60 | 988.00 |
| 2/15/2018 | Janus, Paul J | Finalize documentation of assumptions in actuarial values spreadsheet. | 1.50 | 645.00 |
| 2/20/2018 | Libauskas, Jacob | Updating valuation software to project benefits as if Law 3 had never been passed. | 1.70 | 646.00 |
| 2/21/2018 | Libauskas, Jacob | Updating valuation software to project benefits as if Law 3 had never been passed. | 1.50 | 570.00 |
| 2/22/2018 | Libauskas, Jacob | Updating valuation software to project benefits as if Law 3 had never been passed. | 1.80 | 684.00 |
| 2/23/2018 | Libauskas, Jacob | Updating valuation software to project benefits as if Law 3 had never been passed. | 5.20 | 1,976.00 |
| 2/26/2018 | Bridges, Geoffrey W. | Reviewed coding updates to back out the impact of Law | 2.20 | 1,012.00 |
| 2/26/2018 | Libauskas, Jacob | Setting up modeling spreadsheet as if Law 3 was never enacted. | 2.60 | 988.00 |
| 2/28/2018 | Libauskas, Jacob | Setting up modeling spreadsheet as if Law 3 was never enacted. | 0.80 | 304.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
| --- | --- | --- | --- |
| Bridges, Geoffrey W. | 460.00 | 4.00 | 1,840.00 |
| Janus, Paul J | 430.00 | 5.00 | 2,150.00 |
| Libauskas, Jacob | 380.00 | 55.40 | 21,052.00 |
| Nicholl, Kim M. | 680.00 | 3.00 | 2,040.00 |
| Strom, Matthew A. | 550.00 | 9.80 | 5,390.00 |
| Tabernacki, Patryk | 330.00 | 23.20 | 7,656.00 |
| TOTAL HOURS/VALUE | | 100.40 | 40,128.00 |

**$40,128.00**

 Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**March 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2018:

Re:   Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 2/5/2018 | Nicholl, Kim M. | Review documents distributed for Retiree Committee meeting | 1.50 | 1,020.00 |
| 2/5/2018 | Nicholl, Kim M. | Review fiscal plan violation letters | 0.70 | 476.00 |
| 2/6/2018 | Nicholl, Kim M. | Review of multiple emails between Jenner and Bennazar concerning Highway Transportation Authority | 0.90 | 612.00 |
| 2/13/2018 | Nicholl, Kim M. | Review of revised fiscal plan | 2.60 | 1,768.00 |
| 2/13/2018 | Libauskas, Jacob | Reviewing new fiscal plan | 1.70 | 646.00 |
| 2/13/2018 | Strom, Matthew A. | Reviewing new fiscal plan | 1.80 | 990.00 |
| 2/20/2018 | Wohl, Stuart | Review revised fiscal plan | 1.70 | 1,037.00 |
| 2/20/2018 | Noonan, Mark J. | Review Healthcare reform section of updated Puerto Rico fiscal plan | 0.40 | 224.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|------|------|
| Libauskas, Jacob | 380.00 | 1.70 | 646.00 |
| Nicholl, Kim M. | 680.00 | 5.70 | 3,876.00 |
| Noonan, Mark J. | 560.00 | 0.40 | 224.00 |
| Strom, Matthew A. | 550.00 | 1.80 | 990.00 |
| Wohl, Stuart | 610.00 | 1.70 | 1,037.00 |
| TOTAL HOURS/VALUE | | 11.30 | 6,773.00 |

**Total:**                                                                                     **$6,773.00**

EIN#    13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**March 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2018:

Re: Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 2/14/2018 | Nicholl, Kim M. | Call with FTI and Jenner to discuss new fiscal plan | 0.80 | 544.00 |
| 2/20/2018 | Wohl, Stuart | Call with FTI (Gibson, Fish) and Segal (Noonan, Wohl) to review Healthcare section of February revised fiscal plan. | 0.70 | 427.00 |
| 2/20/2018 | Noonan, Mark J. | Conference call with Stu Wohl and FTI Consulting on Healthcare reform section of updated Puerto Rico fiscal plan dated 1/24/2018 and 2/12/2018. | 0.70 | 392.00 |
| 2/28/2018 | Noonan, Mark J. | Participate in conference call with Zolfo Cooper and FTI on Cooper's observations on the structure of the health care system in Puerto Rico and sharing of information they gathered from meeting with health care administrators. | 1.50 | 840.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Nicholl, Kim M. | 680.00 | 0.80 | 544.00 |
| Noonan, Mark J. | 560.00 | 2.20 | 1,232.00 |
| Wohl, Stuart | 610.00 | 0.70 | 427.00 |
| TOTAL HOURS/VALUE | | 3.70 | 2,203.00 |

**Total:** **$2,203.00**

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

March 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
c/o Jenner and Block LLP

**Client Number: 14812**

For professional consulting services in February 2018:

Re:  Matter 005 Preparation of Reports

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 2/22/2018 | Wohl, Stuart | Review report status, including suggested next steps, with Segal team (Wohl, Kovach, Clark) | 0.70 | 427.00 |
| 2/22/2018 | Kovach, Patricia L. | Review report status, including suggested next steps, with Segal team (Wohl, Kovach, Clark) | 0.70 | 182.00 |
| 2/28/2018 | Kovach, Patricia L. | Creating a chart that shows the actuarial value, the average premium, and the range of premiums for each Puerto Rico Plan. | 0.20 | 52.00 |
| 2/22/2018 | Clark, Melanie C. | Review report status, including suggested next steps, with Segal team (Wohl, Kovach, Clark) | 0.70 | 280.00 |
| 2/28/2018 | Kovach, Patricia L. | Adding the frequency of members to premium rate table for Healthcare in Puerto Rico presentation. | 0.50 | 130.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Clark, Melanie C. | 400.00 | 0.70 | 280.00 |
| Kovach, Patricia L. | 260.00 | 1.40 | 364.00 |
| Wohl, Stuart | 610.00 | 0.70 | 427.00 |
| TOTAL HOURS/VALUE | | 2.80 | 1,071.00 |

**Total:** **$1,071.00**

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

March 15, 2018

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2018:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 2/6/2018 | Libauskas, Jacob | Traveling to Puerto Rico - billed at half time | 4.10 | 1,558.00 |
| 2/6/2018 | Strom, Matthew A. | Traveling to Puerto Rico - billed at half time | 4.10 | 2,255.00 |
| 2/7/2018 | Libauskas, Jacob | Attending and presenting at Retiree Committee meeting | 4.00 | 1,520.00 |
| 2/7/2018 | Strom, Matthew A. | Attending and presenting at Retiree Committee meeting | 4.00 | 2,200.00 |
| 2/8/2018 | Libauskas, Jacob | Traveling from Puerto Rico - billed at half time | 4.80 | 1,824.00 |
| 2/8/2018 | Strom, Matthew A. | Traveling from Puerto Rico - billed at half time | 4.80 | 2,640.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 12.90 | 4,902.00 |
| Strom, Matthew A. | 550.00 | 12.90 | 7,095.00 |
| TOTAL HOURS/VALUE | | 25.80 | 11,997.00 |

**Total:**                                                                    **$11,997.00**

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

March 15, 2018

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in February 2018:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 2/6/2018 | Nicholl, Kim M. | Preparation of January billing statement | 4.70 | 3,196.00 |
| 2/20/2018 | Bridges, Geoffrey W. | Worked on preparing billing information / exhibits. | 0.90 | 414.00 |
| 2/21/2018 | Strom, Matthew A. | Review January detailed invoice | 0.80 | 440.00 |
| 2/27/2018 | Nicholl, Kim M. | Reviewed letter from fee examiner. | 0.70 | 476.00 |
| 2/27/2018 | Bridges, Geoffrey W. | Reviewed letter from fee examiner. Provided information to Segal staff on expectations to address feedback from fee examiner. | 0.70 | 322.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 1.60 | 736.00 |
| Nicholl, Kim M. | 680.00 | 5.40 | 3,672.00 |
| Strom, Matthew A. | 550.00 | 0.80 | 440.00 |
| TOTAL HOURS/VALUE | | 7.80 | 4,848.00 |

**Total:** **$4,848.00**


## Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

March 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 460.00 | 5.60 | 2,576.00 |
| Clark, Melanie C. | 400.00 | 0.70 | 280.00 |
| Janus, Paul J | 430.00 | 5.00 | 2,150.00 |
| Kovach, Patricia L. | 260.00 | 1.40 | 364.00 |
| Libauskas, Jacob | 380.00 | 70.00 | 26,600.00 |
| Nicholl, Kim M. | 680.00 | 14.90 | 10,132.00 |
| Noonan, Mark J. | 560.00 | 2.60 | 1,456.00 |
| Strom, Matthew A. | 550.00 | 25.30 | 13,915.00 |
| Tabernacki, Patryk | 330.00 | 23.20 | 7,656.00 |
| Wohl, Stuart | 610.00 | 3.10 | 1,891.00 |
| TOTAL HOURS/VALUE | | 151.80 | 67,020.00 |

**Total:** **$67,020.00**

EIN#   13-1975125

# ✚ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

**April 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2018:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 3/1/2018 | Bridges, Geoffrey W. | Provided projected cash flow numbers to Jake. | 0.50 | 230.00 |
| 3/1/2018 | Kovach, Patricia L. | Discussions (Clark, Kovach, Wohl) on ways to highlight actuarial values | 0.60 | 156.00 |
| 3/5/2018 | Strom, Matthew A. | Cash flow projections prior to benefit reforms | 1.20 | 660.00 |
| 3/5/2018 | Libauskas, Jacob | Programming software to project benefits before Law 3 and Law 106 and setting up spreadsheet to summarize the difference. | 4.80 | 1,824.00 |
| 3/6/2018 | Bridges, Geoffrey W. | Worked on developing adjustment for post 7/1/2013 retirees for projection if Law 3 not reflected. | 3.50 | 1,610.00 |
| 3/6/2018 | Libauskas, Jacob | Reviewing data and estimates of increases to retiree benefits if Law 3 had not been enacted. | 3.30 | 1,254.00 |
| 3/7/2018 | Bridges, Geoffrey W. | Worked on adjusting retiree benefits to reflect hypothetical scenario where Law 3 was not implemented. | 2.80 | 1,288.00 |
| 3/7/2018 | Libauskas, Jacob | Preparation of analysis of Law 3 on pension benefits and retirement patterns. | 3.50 | 1,330.00 |
| 3/8/2018 | Libauskas, Jacob | Updating projected benefit payments assuming Law 3 was never enacted based on its effects on current retirees. | 3.90 | 1,482.00 |
| 3/8/2018 | Wohl, Stuart | Review most recent health background report with Kovach | 0.20 | 122.00 |
| 3/9/2018 | Libauskas, Jacob | Preparation of spreadsheet showing impact of Laws 3 and 106 for today's call with professionals | 1.30 | 494.00 |
| 3/15/2018 | Kovach, Patricia L. | Updating Health Care in Puerto Rico presentation with new 2018 premiums and 2017 enrollment numbers. | 1.00 | 260.00 |
| 3/15/2018 | Kovach, Patricia L. | Review presentation, workbook & next steps with M. Clark | 0.70 | 182.00 |
| 3/16/2018 | Wohl, Stuart | Team meeting (Kovach, Clark, Wohl) to discuss 2018 actuarial analysis of plans and rates. | 0.60 | 366.00 |
| 3/16/2018 | Janus, Paul J | Review of actuarial value work with M. Clark. | 0.60 | 258.00 |
| 3/19/2018 | Strom, Matthew A. | Verify percentage of pensions under $1500 | 0.80 | 440.00 |
| 3/19/2018 | Nicholl, Kim M. | Review of benefit payment projections | 1.10 | 748.00 |
| 3/22/2018 | Nicholl, Kim M. | Work on open group projection forecast for TRS | 3.20 | 2,176.00 |
| 3/23/2018 | Libauskas, Jacob | Setting up and running an open group forecast projection for TRS | 1.70 | 646.00 |
| 3/24/2018 | Libauskas, Jacob | Analysis of benefit payment projections in March 23 fiscal plan | 1.60 | 608.00 |
| 3/26/2018 | Nicholl, Kim M. | Open group projection for TRS | 2.10 | 1,428.00 |
| 3/28/2018 | Hartman, Brian T. | Analysis of TRS plan of benefits in valuation coding. | 1.50 | 525.00 |
| 3/28/2018 | Libauskas, Jacob | Reviewing programming for TRS open group benefit payment projection | 3.60 | 1,368.00 |

| 3/29/2018 | Hartman, Brian T. | Preparation of new entrant coding for projection of benefits. | 4.60 | 1,610.00 |
| 3/30/2018 | Hartman, Brian T. | Preparation of new entrant coding for projection of benefits. | 4.20 | 1,470.00 |
| 3/30/2018 | Libauskas, Jacob | Open group projection of benefit payments for TRS that reflects new hires after July 1, 2015. | 3.20 | 1,216.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 6.80 | 3,128.00 |
| Hartman, Brian T. | 350.00 | 10.30 | 3,605.00 |
| Janus, Paul J | 430.00 | 0.60 | 258.00 |
| Kovach, Patricia L. | 260.00 | 2.30 | 598.00 |
| Libauskas, Jacob | 380.00 | 26.90 | 10,222.00 |
| Nicholl, Kim M. | 680.00 | 6.40 | 4,352.00 |
| Strom, Matthew A. | 550.00 | 2.00 | 1,100.00 |
| Wohl, Stuart | 610.00 | 0.80 | 488.00 |
| TOTAL HOURS/VALUE | | 56.10 | 23,751.00 |

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

April 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2018:

Re:   Matter 003 Data Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 3/15/2018 | Wohl, Stuart | Analyze data for Medicare participants to try to determine enrollment in each of the available | 1.60 | 976.00 |
| 3/21/2018 | Bridges, Geoffrey W. | Follow up request to Milliman for data on System 2000 participant accounts. | 0.60 | 276.00 |
| 3/21/2018 | Nicholl, Kim M. | Follow up request to Milliman for data on System 2000 participant accounts. | 0.60 | 408.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 0.60 | 276.00 |
| Nicholl, Kim M. | 680.00 | 0.60 | 408.00 |
| Wohl, Stuart | 610.00 | 1.60 | 976.00 |
| TOTAL HOURS/VALUE | | 2.80 | 1,660.00 |

EIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**April 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2018:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 3/1/2018 | Libauskas, Jacob | Call with Jenner and FTI discussing requests from a mediator. | 0.50 | 190.00 |
| 3/1/2018 | Nicholl, Kim M. | Call with FTI, Jenner, Strom and Libauskas to discuss request from mediator | 0.50 | 340.00 |
| 3/1/2018 | Strom, Matthew A. | Call with FTI, Jenner, Strom and Nicholl to discuss request from mediator | 0.50 | 275.00 |
| 3/6/2018 | Strom, Matthew A. | Call with Hector and Francisco to discuss cash flow projections | 0.70 | 385.00 |
| 3/9/2018 | Libauskas, Jacob | Call with professionals to discuss impact of Law 3 and 106 on projected benefit payments. | 1.20 | 456.00 |
| 3/9/2018 | Nicholl, Kim M. | Call with professionals to discuss impact of Law 3 and 106 on projected benefit payments. | 1.20 | 816.00 |
| 3/9/2018 | Wohl, Stuart | Committee Professionals (Jenner, Bennazar, FTI, Segal) call | 1.20 | 732.00 |
| 3/19/2018 | Libauskas, Jacob | Discussion with professionals regarding projected benefit payments for ERS as well as what is needed to provide | 1.40 | 532.00 |
| 3/20/2018 | Libauskas, Jacob | Calls with Liz at FTI to discuss the ERS projected benefit payments and how they compare to the fiscal plan. | 0.50 | 190.00 |
| 3/20/2018 | Nicholl, Kim M. | Creditor work group update | 0.60 | 408.00 |
| 3/28/2018 | Libauskas, Jacob | Emails with professionals discussing oversight board's March 28 letter | 0.60 | 228.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 4.20 | 1,596.00 |
| Nicholl, Kim M. | 680.00 | 2.30 | 1,564.00 |
| Strom, Matthew A. | 550.00 | 1.20 | 660.00 |
| Wohl, Stuart | 610.00 | 1.20 | 732.00 |
| TOTAL HOURS/VALUE | | 8.90 | 4,552.00 |

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

April 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2018:

Re:  Matter 005 Preparation of Reports

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 3/1/2018 | Wohl, Stuart | Discussions (Clark, Kovach, Wohl) on ways to highlight actuarial values | 0.40 | 244.00 |
| 3/1/2018 | Kovach, Patricia L. | Updating health care in Puerto Rico based on suggestions form S. Wohl | 1.20 | 312.00 |
| 3/1/2018 | Clark, Melanie C. | Discussions (Clark, Kovach, Wohl) on ways to highlight actuarial values | 0.40 | 160.00 |
| 3/7/2018 | Kovach, Patricia L. | Updating Health Care in Puerto Rico presentation based on discussion with M. Clark. | 1.70 | 442.00 |
| 3/7/2018 | Kovach, Patricia L. | Meeting with M. Clark discussing modifications to Health Care in Puerto Rico Presentation. | 0.20 | 52.00 |
| 3/8/2018 | Kovach, Patricia L. | Meeting with S. Wohl to review most recent report changes | 0.20 | 52.00 |
| 3/15/2018 | Clark, Melanie C. | Review presentation, workbook & next steps with P. Kovach | 0.70 | 280.00 |
| 3/15/2018 | Clark, Melanie C. | Review data, actuarial values & premium comparisons for presentation | 1.30 | 520.00 |
| 3/16/2018 | Clark, Melanie C. | Team meeting (Kovach, Clark, Wohl) to discuss 2018 actuarial analysis of plans and rates. | 0.60 | 240.00 |
| 3/16/2018 | Kovach, Patricia L. | Researching pre-65 premiums for 2018 | 2.90 | 754.00 |
| 3/16/2018 | Kovach, Patricia L. | Team meeting (Kovach, Clark, Wohl) to discuss 2018 actuarial analysis of plans and rates. | 0.60 | 156.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Clark, Melanie C. | 400.00 | 3.00 | 1,200.00 |
| Kovach, Patricia L. | 260.00 | 6.80 | 1,768.00 |
| Wohl, Stuart | 610.00 | 0.40 | 244.00 |
| TOTAL HOURS/VALUE | | 10.20 | 3,212.00 |

 Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**April 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2018:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 3/15/2018 | Nicholl, Kim M. | Retiree Committee conference call | 2.60 | 1,768.00 |
| 3/15/2018 | Wohl, Stuart | Retiree Committee meeting | 2.60 | 1,586.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 680.00 | 2.60 | 1,768.00 |
| Wohl, Stuart | 610.00 | 2.60 | 1,586.00 |
| TOTAL HOURS/VALUE | | 0.00 | 3,354.00 |

EIN#    13-1975125

✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

April 15, 2018

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in March 2018:

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 3/1/2018 | Bridges, Geoffrey W. | Updated January time for fee examiner exhibits. | 0.40 | 184.00 |
| 3/1/2018 | Nicholl, Kim M. | Discussion with Katie Stadler concerning the fee examiner letter | 0.20 | 136.00 |
| 3/1/2018 | Nicholl, Kim M. | Review of fee examiner letter | 1.10 | 748.00 |
| 3/1/2018 | Nicholl, Kim M. | Discussion with Stu Wohl about the fee examiner letter | 0.30 | 204.00 |
| 3/1/2018 | Wohl, Stuart | Fee examiner discussions | 0.30 | 183.00 |
| 3/2/2018 | Bridges, Geoffrey W. | Worked on fee application. | 4.40 | 2,024.00 |
| 3/2/2018 | Nicholl, Kim M. | Work on quarterly fee examiner application | 2.10 | 1,428.00 |
| 3/5/2018 | Nicholl, Kim M. | Reviewing emails related to scheduling professional calls | 0.40 | 272.00 |
| 3/8/2018 | Bridges, Geoffrey W. | Assisting in the preparation of the fee application. | 2.50 | 1,150.00 |
| 3/12/2018 | Bridges, Geoffrey W. | Worked on fee application and supporting | 2.60 | 1,196.00 |
| 3/12/2018 | Nicholl, Kim M. | Work on fee examiner application | 1.30 | 884.00 |
| 3/12/2018 | Nicholl, Kim M. | Interim fee application | 5.60 | 3,808.00 |
| 3/13/2018 | Nicholl, Kim M. | Preparation of February invoice | 5.20 | 3,536.00 |
| 3/13/2018 | Nicholl, Kim M. | Work on fee examiner application | 2.20 | 1,496.00 |
| 3/14/2018 | Bridges, Geoffrey W. | Working on fee invoice and budgets. | 1.30 | 598.00 |
| 3/14/2018 | Nicholl, Kim M. | Work on monthly billing | 3.70 | 2,516.00 |
| 3/15/2018 | Nicholl, Kim M. | Work on fee examiner application | 3.20 | 2,176.00 |
| 3/15/2018 | Nicholl, Kim M. | Work on monthly billing | 1.50 | 1,020.00 |
| 3/16/2018 | Nicholl, Kim M. | Work on fee examiner application | 2.20 | 1,496.00 |
| 3/19/2018 | Bridges, Geoffrey W. | Determining fees paid amount for fee examiner report. Reconciling issue with non-working travel time fee adjustment. | 1.70 | 782.00 |
| 3/19/2018 | Nicholl, Kim M. | Preparation of fee application for second interim period | 1.20 | 816.00 |
| 3/22/2018 | Nicholl, Kim M. | Email correspondence concerning account balances for members of ERS | 0.60 | 408.00 |
| 3/28/2018 | Nicholl, Kim M. | Review of Oversight Board's issues letters related to latest fiscal plan | 0.90 | 612.00 |

| 3/28/2018 | Nicholl, Kim M. | Email correspondence with professionals concerning the Oversight Board's issue letters. | 0.50 | 340.00 |
|---|---|---|---|---|

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 460.00 | 12.90 | 5,934.00 |
| Nicholl, Kim M. | 680.00 | 32.20 | 21,896.00 |
| Wohl, Stuart | 610.00 | 0.30 | 183.00 |
| TOTAL HOURS/VALUE | | 45.40 | 28,013.00 |

# ✕ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

March 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 460.00 | 20.30 | 9,338.00 |
| Clark, Melanie C. | 400.00 | 3.00 | 1,200.00 |
| Hartman, Brian T. | 350.00 | 10.30 | 3,605.00 |
| Janus, Paul J | 430.00 | 0.60 | 258.00 |
| Kovach, Patricia L. | 260.00 | 9.10 | 2,366.00 |
| Libauskas, Jacob | 380.00 | 31.10 | 11,818.00 |
| Nicholl, Kim M. | 680.00 | 44.10 | 29,988.00 |
| Strom, Matthew A. | 550.00 | 3.20 | 1,760.00 |
| Wohl, Stuart | 610.00 | 6.90 | 4,209.00 |
| TOTAL HOURS/VALUE | | 128.60 | 64,542.00 |

**Total:**                                                **$64,542.00**

EIN#    13-1975125

# ✱ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

May 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2018:

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 4/3/2018 | Libauskas, Jacob | Creating and formatting illustrative examples of individual member cuts | 2.50 | 950.00 |
| 4/4/2018 | Hartman, Brian T. | Review and testing of New Entrant test lives for TRS projections. | 4.80 | 1,680.00 |
| 4/5/2018 | Hartman, Brian T. | Review and testing of New Entrant test lives for TRS projections. | 7.20 | 2,520.00 |
| 4/5/2018 | Libauskas, Jacob | Reviewing TRS projected benefit payments for new hires after July 1, 2015 | 1.20 | 456.00 |
| 4/10/2018 | Libauskas, Jacob | Reviewing and updating coding for open group benefit payment projection for TRS | 2.30 | 874.00 |
| 4/10/2018 | Wohl, Stuart | Analysis of most recent fiscal plan health care section to Zolfo Cooper analysis from September 2017 of same to identify differences | 1.50 | 915.00 |
| 4/11/2018 | Hartman, Brian T. | Review calculation of projection of New Entrant payments. | 3.00 | 1,050.00 |
| 4/11/2018 | Libauskas, Jacob | Rerunning TRS open group projection with fix to future salary increases and new entrant profile | 1.40 | 532.00 |
| 4/11/2018 | Wohl, Stuart | Continue reconciling Zolfo Cooper healthcare analysis and February 2018 fiscal plan | 1.80 | 1,098.00 |
| 4/12/2018 | Hartman, Brian T. | Review Test Life programming for New Entrant benefits. | 2.40 | 840.00 |
| 4/12/2018 | Strom, Matthew A. | Review ERS sample illustrations | 2.20 | 1,210.00 |
| 4/13/2018 | Libauskas, Jacob | Revising the open group projection for TRS to reflect lower salaries for new hires | 2.10 | 798.00 |
| 4/16/2018 | Nicholl, Kim M. | Work on open group projections for TRS | 2.10 | 1,428.00 |
| 4/16/2018 | Libauskas, Jacob | Creating a specific new entrant profile based on teachers hired in the apst 3 years and use to set up 30-year open | 3.90 | 1,482.00 |
| 4/17/2018 | Bridges, Geoffrey W. | Analyzing assumed returns on hybrid accounts. | 0.50 | 230.00 |
| 4/17/2018 | Libauskas, Jacob | Setting up open group projection for JRS | 1.10 | 418.00 |
| 4/17/2018 | Libauskas, Jacob | Reviewing results of 30-year open group projection for TRS by running five-year and one-year open group | 3.50 | 1,330.00 |
| 4/18/2018 | Libauskas, Jacob | Setting up open group projection for JRS | 1.20 | 456.00 |
| 4/18/2018 | Nicholl, Kim M. | Review of open group projection for TRS | 2.40 | 1,632.00 |
| 4/18/2018 | Libauskas, Jacob | 30-year open group benefit projection for TRS assuming the hybrid plan was never implemented to illustrate the | 3.80 | 1,444.00 |
| 4/18/2018 | Strom, Matthew A. | Open group benefit payment projections | 1.30 | 715.00 |
| 4/18/2018 | Noonan, Mark J. | Validation of savings projections for MI Salud program from fiscal plan dated 2/12/2018 including comparing | 2.20 | 1,232.00 |
| 4/19/2018 | Libauskas, Jacob | 30-year open group projection for TRS with Pre Act 160 benefit provisions and no salary freeze | 2.10 | 798.00 |

| | | | | |
|---|---|---|---|---|
| 4/23/2018 | Libauskas, Jacob | Updating modeling spreadsheet for ERS to exclude benefits expected to be paid by Municipalities. | 2.10 | 798.00 |
| 4/23/2018 | Libauskas, Jacob | Rerunning open group projections for TRS with updated software and programming | 1.50 | 570.00 |
| 4/23/2018 | Hartman, Brian T. | Review projection of TRS new entrant benefits. | 2.20 | 770.00 |
| 4/24/2018 | Bridges, Geoffrey W. | Review of Puerto Rico proposed cuts compared to Detroit cuts. | 0.40 | 184.00 |
| 4/24/2018 | Libauskas, Jacob | Compiling information regarding the comparison between benefit reductions in Detroit and Puerto Rico. | 2.30 | 874.00 |
| 4/24/2018 | Nicholl, Kim M. | Comparison of Detroit pension cuts vs proposed Puerto cuts | 3.50 | 2,380.00 |
| 4/24/2018 | Noonan, Mark J. | Continue Validation of savings projections for MI Salud program from fiscal plan dated 2/12/2018. | 1.90 | 1,064.00 |
| 4/25/2018 | Libauskas, Jacob | Compiling the results of the revised TRS projections and summarizing them. | 1.50 | 570.00 |
| 4/25/2018 | Libauskas, Jacob | Review of revised TRS projections | 1.90 | 722.00 |
| 4/25/2018 | Nicholl, Kim M. | Review of press release drafts for actuarial information on pensions | 2.40 | 1,632.00 |
| 4/25/2018 | Hartman, Brian T. | Review projection of TRS new entrant benefits. | 7.20 | 2,520.00 |
| 4/25/2018 | Noonan, Mark J. | continue validation of savings projections for MI Salud program from fiscal plan dated 2/12/2018. | 3.50 | 1,960.00 |
| 4/26/2018 | Hartman, Brian T. | Review projection of TRS new entrant benefits. | 6.40 | 2,240.00 |
| 4/30/2018 | Noonan, Mark J. | Edits to summarized Milliman data books regarding health care costs | 1.80 | 1,008.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 460.00 | 0.90 | 414.00 |
| Hartman, Brian T. | 350.00 | 33.20 | 11,620.00 |
| Libauskas, Jacob | 380.00 | 34.40 | 13,072.00 |
| Nicholl, Kim M. | 680.00 | 10.40 | 7,072.00 |
| Noonan, Mark J. | 560.00 | 9.40 | 5,264.00 |
| Strom, Matthew A. | 550.00 | 3.50 | 1,925.00 |
| Wohl, Stuart | 610.00 | 3.30 | 2,013.00 |
| TOTAL HOURS/VALUE | | 95.10 | 41,380.00 |

**Total:** **$41,380.00**

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**May 15, 2018**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2018:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 4/9/2018 | Kovach, Patricia L. | Reviewing data room files. | 1.60 | 416.00 |
| 4/30/2018 | Janus, Paul J | Savings documentation research | 0.40 | 172.00 |
| 4/17/2018 | Nicholl, Kim M. | Interest rate on cash balance account research | 1.10 | 748.00 |
| 4/18/2018 | Libauskas, Jacob | Searching for PREPA information available online | 0.50 | 190.00 |
| 4/25/2018 | Libauskas, Jacob | Reviewing the FOMB draft labor bill | 0.80 | 304.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Janus, Paul J | 430.00 | 0.40 | 172.00 |
| Kovach, Patricia L. | 260.00 | 1.60 | 416.00 |
| Libauskas, Jacob | 380.00 | 1.30 | 494.00 |
| Nicholl, Kim M. | 680.00 | 1.10 | 748.00 |
| TOTAL HOURS/VALUE | | 4.40 | 1,830.00 |

**Total:**                                                                                    **$1,830.00**

EIN#   13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**May 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2018:

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 4/3/2018 | Strom, Matthew A. | Professionals call with FTI and Jenner | 1.40 | 770.00 |
| 4/3/2018 | Libauskas, Jacob | Exchanging emails and a call with other professionals | 1.90 | 722.00 |
| 4/3/2018 | Nicholl, Kim M. | Professionals call with FTI and Jenner | 1.40 | 952.00 |
| 4/3/2018 | Wohl, Stuart | Professionals call with FTI and Jenner | 1.40 | 854.00 |
| 4/9/2018 | Wohl, Stuart | Professionals (Jenner, Bennazar, FTI, Segal) call | 1.20 | 732.00 |
| 4/10/2018 | Wohl, Stuart | Discussions with FTI (Gibson, Fish) on next steps for Healthcare analysis. | 0.30 | 183.00 |
| 4/11/2018 | Wohl, Stuart | Discussion (Noonan, Wohl) on how to analyze and validate savings assumptions from fiscal plan | 0.10 | 61.00 |
| 4/11/2018 | Noonan, Mark J. | Discussion (Noonan, Wohl) on how to analyze and validate savings assumptions from fiscal plan | 0.10 | 56.00 |
| 4/23/2018 | Libauskas, Jacob | Call with Jenner, FTI, and AFSCME discussing COFINA negotiations and locking down interest credit on cash balances | 1.50 | 570.00 |
| 4/23/2018 | Libauskas, Jacob | Call with Jenner and FTI to discuss interest credits on cash balance benefits. | 1.50 | 570.00 |
| 4/23/2018 | Nicholl, Kim M. | Call with Jenner, FTI and Segal to discuss COFINA lawsuit and pension issues | 1.50 | 1,020.00 |
| 4/23/2018 | Nicholl, Kim M. | Call with Jenner, FTI, and AFSCME discussing COFINA negotiations and locking down interest credit on cash balances | 1.50 | 1,020.00 |
| 4/23/2018 | Strom, Matthew A. | Call with Jenner, FTI and Segal to discuss COFINA lawsuit and pension issues | 1.50 | 825.00 |
| 4/30/2018 | Nicholl, Kim M. | Call with Jenner and FTI discussing COFINA negotiations and May 10 meeting in Chicago | 1.00 | 680.00 |
| 4/30/2018 | Libauskas, Jacob | Call with Jenner and FTI discussing COFINA negotiations and May 10 meeting in Chicago | 1.00 | 380.00 |
| 4/30/2018 | Strom, Matthew A. | Call with Jenner and FTI discussing COFINA negotiations and May 10 meeting in Chicago | 1.00 | 550.00 |
| 4/30/2018 | Wohl, Stuart | Call with Jenner and FTI discussing COFINA negotiations and May 10 meeting in Chicago | 1.00 | 610.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Libauskas, Jacob | 380.00 | 5.90 | 2,242.00 |
| Nicholl, Kim M. | 680.00 | 5.40 | 3,672.00 |
| Noonan, Mark J. | 560.00 | 0.10 | 56.00 |
| Strom, Matthew A. | 550.00 | 3.90 | 2,145.00 |
| Wohl, Stuart | 610.00 | 4.00 | 2,440.00 |
| TOTAL HOURS/VALUE | | 19.30 | 10,555.00 |

**Total:**                                                                                       **$10,555.00**

EIN#    13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**May 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2018:

Re:   Matter 005 Preparation of Reports

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 4/5/2018 | Kovach, Patricia L. | Researching pre-65 plan rates for 2018 | 1.80 | 468.00 |
| 4/5/2018 | Kovach, Patricia L. | Review plan descriptions (Clark, Kovach, Wohl) | 0.40 | 104.00 |
| 4/5/2018 | Clark, Melanie C. | Review plan descriptions (Clark, Kovach, Wohl) | 0.40 | 160.00 |
| 4/5/2018 | Wohl, Stuart | Review plan descriptions (Clark, Kovach, Wohl) | 0.40 | 244.00 |
| 4/5/2018 | Clark, Melanie C. | Review healthcare presentation | 0.30 | 120.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Clark, Melanie C. | 400.00 | 0.70 | 280.00 |
| Kovach, Patricia L. | 260.00 | 2.20 | 572.00 |
| Wohl, Stuart | 610.00 | 0.40 | 244.00 |
| TOTAL HOURS/VALUE | | 3.30 | 1,096.00 |

**Total:**                                                                                    **$1,096.00**

EIN#    13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**May 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in April 2018:

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 4/5/2018 | Bridges, Geoffrey W. | Investigating question about invoice holdbacks. | 0.50 | 230.00 |
| 4/12/2018 | Bridges, Geoffrey W. | Double checking information on unpaid invoices by month. | 0.70 | 322.00 |
| 4/12/2018 | Nicholl, Kim M. | Billing for March | 4.60 | 3,128.00 |
| 4/12/2018 | Nicholl, Kim M. | Review and respond to emails concerning PREPA's participation on the Retiree Committee | 0.80 | 544.00 |
| 4/16/2018 | Nicholl, Kim M. | Preparation of May budget figure and March hours detail for fee examiner | 1.40 | 952.00 |
| 4/20/2018 | Nicholl, Kim M. | Review of revised fiscal plan | 5.20 | 3,536.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 1.20 | 552.00 |
| Nicholl, Kim M. | 680.00 | 12.00 | 8,160.00 |
| TOTAL HOURS/VALUE | | 13.20 | 8,712.00 |

**Total:**                                                                                         **$8,712.00**

EIN#    13-1975125

# ✦ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**March 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 2.10 | 966.00 |
| Clark, Melanie C. | 400.00 | 0.70 | 280.00 |
| Hartman, Brian T. | 350.00 | 33.20 | 11,620.00 |
| Janus, Paul J | 430.00 | 0.40 | 172.00 |
| Kovach, Patricia L. | 260.00 | 3.80 | 988.00 |
| Libauskas, Jacob | 380.00 | 41.60 | 15,808.00 |
| Nicholl, Kim M. | 680.00 | 28.90 | 19,652.00 |
| Noonan, Mark J. | 560.00 | 9.50 | 5,320.00 |
| Strom, Matthew A. | 550.00 | 7.40 | 4,070.00 |
| Wohl, Stuart | 610.00 | 7.70 | 4,697.00 |
| TOTAL HOURS/VALUE | | 135.30 | 63,573.00 |

**Total:** **$63,573.00**

EIN#   13-1975125

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

June 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2018:

Re:   Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 5/1/2018 | Noonan, Mark J. | Validation of savings projections for MI Salud program from fiscal plan dated 2/12/2018 with particular emphasis on prescripion drug projection. | 0.40 | 224.00 |
| 5/1/2018 | Janus, Paul J | Discussion (Janus, Noonan) on validation of Mi Salud savings review | 0.30 | 129.00 |
| 5/7/2018 | Libauskas, Jacob | Updating modeling spreadsheet for May 10 professionals meeting | 0.60 | 228.00 |
| 5/7/2018 | Nicholl, Kim M. | Review of distribution of ERS benefits by monthly amount | 0.40 | 272.00 |
| 5/8/2018 | Nicholl, Kim M. | Review of modeling spreadsheet that shows the effect of proposed cuts sorted by monthly benefit amount, expanded to provide more detail | 1.40 | 952.00 |
| 5/8/2018 | Nicholl, Kim M. | Preparation for meeting with Jenner and FTI to discuss and present projection modeling tool. | 1.60 | 1,088.00 |
| 5/8/2018 | Libauskas, Jacob | Updating modeling spreadsheet for May 10 professionals meeting | 4.30 | 1,634.00 |
| 5/9/2018 | Libauskas, Jacob | Updating modeling spreadsheet used to estimate possible benefit cuts for ERS, TRS, and JRS to extends possible buckets of retirees to include larger benefit amounts. | 6.90 | 2,622.00 |
| 5/10/2018 | Libauskas, Jacob | Preparing for professional meeting and follow-up items after the meeting | 2.70 | 1,026.00 |
| 5/14/2018 | Libauskas, Jacob | Preparing number of active, inactive, and retired members as of June 30, 2015 split by their benefit structure for ERS, TRS, and JRS. | 1.20 | 456.00 |
| 5/14/2018 | Libauskas, Jacob | Preparing projected TRS benefit payments under various scenarios for FTI | 2.50 | 950.00 |
| 5/14/2018 | Hartman, Brian T. | TRS projection of benefits. Reviewed graph for reasonableness. | 1.10 | 385.00 |
| 5/15/2018 | Libauskas, Jacob | Anaysis of documentation for support and calculation of the discount rate to be used for claim purposes. | 4.20 | 1,596.00 |
| 5/17/2018 | Libauskas, Jacob | Analysis of historical data on US Treasury yields to construct a US STRIPS yield curve to potentially use for claims purposes. | 1.90 | 722.00 |
| 5/17/2018 | Noonan, Mark J. | Validation of savings projections for MI Salud program from fiscal plan dated 2/12/2018 with particular interest on  Medical projection. | 1.90 | 1,064.00 |
| 5/18/2018 | Libauskas, Jacob | Setting up software to calculate claims for ERS members as of petition date | 2.30 | 874.00 |
| 5/18/2018 | Wohl, Stuart | Review fiscal plan actuarial assumptions about Medicaid Healthcare spend. | 0.60 | 366.00 |
| 5/18/2018 | Noonan, Mark J. | Continue on validation of savings projections for MI Salud program from fiscal plan dated 2/12/2018. | 1.80 | 1,008.00 |
| 5/18/2018 | Janus, Paul J | Review validaton of savings projections for Mi Salud Program. | 1.10 | 473.00 |

| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 5/19/2018 | Libauskas, Jacob | Calculating the aggregate claim amount for ERS members as of the petition date. | 2.30 | 874.00 |
| 5/19/2018 | Libauskas, Jacob | Developing claim amounts for TRS members | 2.40 | 912.00 |
| 5/21/2018 | Strom, Matthew A. | Review claim amount calculations | 3.40 | 1,870.00 |
| 5/21/2018 | Nicholl, Kim M. | Review of actuarial calculation of proof of claim figures for ERS, TRS and JRS. | 2.40 | 1,632.00 |
| 5/21/2018 | Libauskas, Jacob | Calculating claim amounts for JRS members and rolling the results forward to the petition date | 2.90 | 1,102.00 |
| 5/21/2018 | Libauskas, Jacob | Calculating aggregate claim amount for TRS members and rolling the results forward to the petition date | 2.60 | 988.00 |
| 5/21/2018 | Libauskas, Jacob | Creating a summary exhibit of claim amounts by retirement system under entry age accrued liability and present value of future benefits. | 1.10 | 418.00 |
| 5/21/2018 | Hartman, Brian T. | ERS: Request from AFSCME, including analyzing/ reconciling the contributions made and interest earned for System 2000. | 1.20 | 420.00 |
| 5/22/2018 | Hartman, Brian T. | Analysis of cash flows for System 2000 based on Milliman spreadsheets. | 4.30 | 1,505.00 |
| 5/22/2018 | Strom, Matthew A. | Review claim amount calculations | 0.80 | 440.00 |
| 5/22/2018 | Nicholl, Kim M. | Review of liability amounts for proof of claim | 0.80 | 544.00 |
| 5/22/2018 | Libauskas, Jacob | Revising claim amounts to reflect change in the discount rate | 3.60 | 1,368.00 |
| 5/22/2018 | Libauskas, Jacob | Analysis of System 2000 account balance information from Milliman | 0.80 | 304.00 |
| 5/23/2018 | Libauskas, Jacob | Protecting modeling spreadsheet before sending to professionals | 2.40 | 912.00 |
| 5/23/2018 | Hartman, Brian T. | Analysis of System 2000 account balance information from Milliman | 3.20 | 1,120.00 |
| 5/23/2018 | Janus, Paul J | Review validaton of savings projections for Mi Salud Program. | 1.80 | 774.00 |
| 5/24/2018 | Libauskas, Jacob | Finalizing and sending modeling spreadsheet from May 10 meeting to professionals | 0.80 | 304.00 |
| 5/24/2018 | Libauskas, Jacob | Reviewing inconsistencies in the System 2000 account balance information | 0.90 | 342.00 |
| 5/24/2018 | Hartman, Brian T. | Analysis of System 2000 account balance information from Milliman | 3.70 | 1,295.00 |
| 5/24/2018 | Noonan, Mark J. | Discussion (Janus, Noonan) on validation of Mi Salud savings review | 0.30 | 168.00 |
| 5/24/2018 | Janus, Paul J | Review validaton of savings projections for Mi Salud Program. | 1.50 | 645.00 |
| 5/25/2018 | Janus, Paul J | Review validaton of savings projections for Mi Salud Program. | 3.30 | 1,419.00 |
| 5/29/2018 | Bridges, Geoffrey W. | Analysis of data received on the development of notional account balances for System 2000 and Law 3 members. | 1.20 | 552.00 |
| 5/31/2018 | Hartman, Brian T. | Analysis of System 2000 account balance information from Milliman | 4.10 | 1,435.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 460.00 | 1.20 | 552.00 |
| Hartman, Brian T. | 350.00 | 17.60 | 6,160.00 |
| Janus, Paul J | 430.00 | 8.00 | 3,440.00 |
| Libauskas, Jacob | 380.00 | 46.40 | 17,632.00 |
| Nicholl, Kim M. | 680.00 | 6.60 | 4,488.00 |
| Noonan, Mark J. | 560.00 | 4.40 | 2,464.00 |
| Strom, Matthew A. | 550.00 | 4.20 | 2,310.00 |
| Wohl, Stuart | 610.00 | 0.60 | 366.00 |
| TOTAL HOURS/VALUE | | 89.00 | 37,412.00 |

**Total:**                                                                 **$37,412.00**

# ✶ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

June 15, 2018

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2018:

Re:  Matter 002 Research

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 5/1/2018 | Nicholl, Kim M. | Research on treatment of pensioners and other bankruptcy facts in Central Falls, Rhode Island as a | 1.10 | 748.00 |
| 5/10/2018 | Wohl, Stuart | Put together brief of results in other Public Sector Bankruptcies | 1.00 | 610.00 |

Fee summary:

| Name | Rate | Hours | Value |
|------|------|------|------|
| Nicholl, Kim M. | 680.00 | 1.10 | 748.00 |
| Wohl, Stuart | 610.00 | 1.00 | 610.00 |
| TOTAL HOURS/VALUE | | 2.10 | 1,358.00 |

**Total:** **$1,358.00**

EIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

June 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2018:

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 5/7/2018 | Libauskas, Jacob | Professionals call with FTI, Bennazar and Jenner to discuss a mediation update, a proposed article from the retiree committee, and professional fees | 0.70 | 266.00 |
| 5/7/2018 | Nicholl, Kim M. | Professionals call with FTI, Bennazar and Jenner to discuss a mediation update, a proposed article from the retiree committee, and professional fees | 0.70 | 476.00 |
| 5/7/2018 | Strom, Matthew A. | Professionals call with FTI, Bennazar and Jenner to discuss a mediation update, a proposed article from the retiree committee, and professional fees | 0.70 | 385.00 |
| 5/7/2018 | Wohl, Stuart | Professionals call with FTI, Bennazar and Jenner to discuss a mediation update, a proposed article from the retiree committee, and professional fees | 0.70 | 427.00 |
| 5/10/2018 | Libauskas, Jacob | Meeting with FTI, Bennazar, Jenner and Segal to discuss fiscal plan, projection of benefits, projection modeling tool, COFINA litigation | 5.50 | 2,090.00 |
| 5/10/2018 | Nicholl, Kim M. | Meeting with FTI, Bennazar, Jenner and Segal to discuss fiscal plan, projection of benefits, projection modeling tool, COFINA litigation | 5.50 | 3,740.00 |
| 5/10/2018 | Strom, Matthew A. | Meeting with FTI, Bennazar, Jenner and Segal to discuss fiscal plan, projection of benefits, projection modeling tool, COFINA litigation | 5.50 | 3,025.00 |
| 5/11/2018 | Nicholl, Kim M. | Call with Jenner and a reporter to discuss differences in circumstances in the Detroit bankruptcy and the Puerto Rico bankruptcy. | 1.10 | 748.00 |
| 5/14/2018 | Libauskas, Jacob | Call with FTI discussing TRS/JRS plan freeze, projections assuming the plans continue indefinitely, and the projected benefits under each scenario. | 1.50 | 570.00 |
| 5/14/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing plan for tomorrow's meeting | 0.70 | 266.00 |
| 5/14/2018 | Nicholl, Kim M. | Professional call with FTI and Jenner to discuss FOMB fiscal plan, projection of pension cashflows and COFINA litigation | 1.00 | 680.00 |
| 5/14/2018 | Nicholl, Kim M. | Call with FTI and Segal to discuss COFINA settlement and forecast of projected benefits from the pension plans under alternative scenarios | 1.50 | 1,020.00 |
| 5/15/2018 | Libauskas, Jacob | Call with Sean, Liz, and Dora from FTI discussing TRS member contributions for an ongoing plan | 0.50 | 190.00 |
| 5/21/2018 | Nicholl, Kim M. | Conference call with FTI, Jenner and Segal to discuss the COFINA litigation, aggregate claims for the pension plans and Proof of Claim form, and an opinion piece for the news | 2.00 | 1,360.00 |

| 5/21/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar discussing COFINA counterproposal and proof of claims | 2.00 | 760.00 |
| 5/21/2018 | Wohl, Stuart | Professionals (Benazar, FTI, Segal, Jenner) call (partial attendance) | 0.80 | 488.00 |
| 5/29/2018 | Libauskas, Jacob | Call with FTI, Jenner, and Bennazar | 1.20 | 456.00 |
| 5/29/2018 | Strom, Matthew A. | Call with FTI, Jenner, and Bennazar | 1.20 | 660.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 12.10 | 4,598.00 |
| Nicholl, Kim M. | 680.00 | 11.80 | 8,024.00 |
| Strom, Matthew A. | 550.00 | 7.40 | 4,070.00 |
| Wohl, Stuart | 610.00 | 1.50 | 915.00 |
| TOTAL HOURS/VALUE | | 32.80 | 17,607.00 |

**Total:**                                                                    **$17,607.00**

# ✸ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**June 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2018:

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 5/23/2018 | Nicholl, Kim M. | Retiree Committee call to discuss COFINA litigation, PREPA status and proof of claim | 1.30 | 884.00 |
| 5/23/2018 | Libauskas, Jacob | Retiree Committee call to discuss COFINA litigation, PREPA status and proof of claim | 1.30 | 494.00 |
| 5/23/2018 | Strom, Matthew A. | Retiree Committee call to discuss COFINA litigation, PREPA status and proof of claim | 1.30 | 715.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 1.30 | 494.00 |
| Nicholl, Kim M. | 680.00 | 1.30 | 884.00 |
| Strom, Matthew A. | 550.00 | 1.30 | 715.00 |
| TOTAL HOURS/VALUE | | 3.90 | 2,093.00 |

**Total:**                                                        **$2,093.00**

EIN#   13-1975125

# ✈ Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

June 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2018:

Re: Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 5/1/2018 | Nicholl, Kim M. | Review of email from Peter Friedman related to tax withholding on fees and research on information needed to contest the withholding | 0.80 | 544.00 |
| 5/2/2018 | Nicholl, Kim M. | Review of email from Glenn Bowen related to the cashflows for the cash balance accounts for ERS | 0.40 | 272.00 |
| 5/2/2018 | Nicholl, Kim M. | Review of email from Sean Gumbs related to protests in Puerto Rico concerning proposed pension and other cuts | 0.20 | 136.00 |
| 5/3/2018 | Nicholl, Kim M. | Review of email from Ana Heeren related to published news in Puerto Rico | 0.20 | 136.00 |
| 5/7/2018 | Nicholl, Kim M. | Receipt and sending of emails to Bennazar, FTI, Jenner related to distribution of pension amounts in our modeling tool for ERS retirees | 0.60 | 408.00 |
| 5/7/2018 | Nicholl, Kim M. | Review of email from Ana Heeren related to published stories on Puerto Rico | 0.20 | 136.00 |
| 5/9/2018 | Bridges, Geoffrey W. | Researching answers to questions asked by fee examiner. | 3.70 | 1,702.00 |
| 5/9/2018 | Nicholl, Kim M. | Review of time records for response to emails from fee examiner related to travel time charged during second fee application | 0.70 | 476.00 |
| 5/9/2018 | Nicholl, Kim M. | Review of email from Jenner related to withholding of tax on fees, including a cover letter for future mailings | 0.40 | 272.00 |
| 5/9/2018 | Nicholl, Kim M. | Review of payments received from Puerto Rico to determine amounts of withholding for tax | 0.50 | 340.00 |
| 5/10/2018 | Nicholl, Kim M. | Research issues raised in fee examiner's questions related to second interim application | 0.60 | 408.00 |
| 5/11/2018 | Bridges, Geoffrey W. | Reviewing email prepared for the fee examiner. | 0.40 | 184.00 |
| 5/11/2018 | Nicholl, Kim M. | Review of email from Ana Heeren related to published stories on Puerto Rico | 0.20 | 136.00 |
| 5/14/2018 | Nicholl, Kim M. | Preparation of April invoice and budget | 5.80 | 3,944.00 |
| 5/16/2018 | Nicholl, Kim M. | Review of hours billed in order to determine how many Segal hours were worked on site in Puerto Rico for purposes of the tax withholding issue | 0.80 | 544.00 |
| 5/17/2018 | Bridges, Geoffrey W. | Investigation question from fee examiner related to non-working travel time for both the first and second fee applications. | 3.90 | 1,794.00 |

| 5/18/2018 | Bridges, Geoffrey W. | Reviewing letter from fee examiner. Provided feedback to Segal staff on fee examiner requests. | 0.50 | 230.00 |
| 5/21/2018 | Nicholl, Kim M. | Review of fee examiner letter concerning second interim fee application and research of issues raised | 2.10 | 1,428.00 |
| 5/22/2018 | Nicholl, Kim M. | Review of fee examiner letter concerning second interim fee application and research of issues raised | 0.70 | 476.00 |
| 5/23/2018 | Nicholl, Kim M. | Conference with Fee examiner related to second interim fee application | 0.50 | 340.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 460.00 | 8.50 | 3,910.00 |
| Nicholl, Kim M. | 680.00 | 14.70 | 9,996.00 |
| TOTAL HOURS/VALUE | | 23.20 | 13,906.00 |

**Total:**                                                                 **$13,906.00**

EIN#   13-1975125

 Segal Consulting

101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984-8500
Fax: (312) 896-9364

June 15, 2018

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in May 2018:

Re:   Matter 021 Non-working travel time

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 5/10/2018 | Nicholl, Kim M. | Travel time to the Jenner offices - walk from Segal offices to Jenner and back | 0.50 | 340.00 |
| 5/10/2018 | Strom, Matthew A. | Travel time to the Jenner offices - walk from Segal offices to Jenner and back | 0.50 | 275.00 |
| 5/10/2018 | Libauskas, Jacob | Travel time to the Jenner offices - walk from Segal offices to Jenner and back | 0.50 | 190.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Libauskas, Jacob | 380.00 | 0.50 | 190.00 |
| Nicholl, Kim M. | 680.00 | 0.50 | 340.00 |
| Strom, Matthew A. | 550.00 | 0.50 | 275.00 |
| TOTAL HOURS/VALUE | | 1.50 | 805.00 |

**Total:**                                                                                      **$805.00**

EIN#   13-1975125

 **Segal Consulting**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984-8500
Fax:  (312) 896-9364

**June 15, 2018**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 460.00 | 9.70 | 4,462.00 |
| Hartman, Brian T. | 350.00 | 17.60 | 6,160.00 |
| Janus, Paul J | 430.00 | 8.00 | 3,440.00 |
| Libauskas, Jacob | 380.00 | 60.30 | 22,914.00 |
| Nicholl, Kim M. | 680.00 | 36.00 | 24,480.00 |
| Noonan, Mark J. | 560.00 | 4.40 | 2,464.00 |
| Strom, Matthew A. | 550.00 | 13.40 | 7,370.00 |
| Wohl, Stuart | 610.00 | 3.10 | 1,891.00 |
| TOTAL HOURS/VALUE | | 152.50 | 73,181.00 |

**Total:**                                    **$73,181.00**

EIN#    13-1975125