# **EXHIBIT I**

**Detailed Expense Records for Segal Consulting**

 Segal Consulting

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**TRAVEL EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 2/6/2018 | Jacob Libauskas airfare | $757.30 |
| 2/6/2018 | Jacob Libauskas additional airfare fees | $54.83 |
| 2/6/2018 | Matt Strom airfare | $1,034.58 |
| | **TOTAL FOR: FLIGHTS** | **$1,846.71** |
| 2/6/2018 | Matt Strom Breakfast | $6.63 |
| 2/6/2018 | Matt Strom food at airport | $7.55 |
| 2/6/2018 | Matt Strom and Jacob Libauskas dinner | $45.44 |
| 2/7/2018 | Matt Strom Breakfast | $12.27 |
| 2/7/2018 | Matt Strom and Jacob Libauskas lunch | $42.13 |
| | **TOTAL FOR: MEALS** | **$114.02** |
| 2/6/2018 | Jacob Libauskas UBER to airport | $40.48 |
| 2/6/2018 | Matt Strom UBER to airport | $59.06 |
| 2/6/2018 | Matt Strom Taxi to Hotel | $27.00 |
| 2/8/2018 | Jacob Libauskas UBER to home | $32.33 |
| 2/8/2018 | Matt Strom UBER to home | $46.47 |
| | **TOTAL FOR: TAXI** | **$ 205.34** |
| 2/6/2018 | Jacob Libauskas hotel | $830.30 |
| 2/6/2018 | Matt Strom hotel | $1,019.42 |
| | **TOTAL FOR: HOTEL** | **$ 1,849.72** |

Total Disbursements $ 4,015.79