UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,

et al.,

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

This Order relates to
17 BK 3567-LTS and 17 BK
3566-LTS and shall
be filed in the Lead Case No.
17 BK 3283-LTS and Case
No. 17 BK 3567-LTS and 17
BK 3566-LTS

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS &
TRANSPORTATION AUTHORITY,

        Debtor.

PROMESA
Title III

No. 17 BK 3567-LTS

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

PROMESA
Title III

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

      as representative of                          No. 17 BK 3566-LTS

THE EMPLOYEES RETIREMENT SYSTEM
OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO (ERS),

        Debtor.

-------------------------------------------------------------x

ORDER APPROVING STIPULATION REGARDING CERTAIN MOTIONS TO
COMPEL ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS
FILED BY TAMRIO, INC., CONSTRUCTORA SANTIAGO II,
CORP., FERROVIAL AGROMAN, S.A., AND FERROVIAL AGROMAN, LLC

The Court has received and reviewed the *Stipulation to Resolve Motions to Compel Assumption or Rejection of Executory Contracts Filed by Tamrio, Inc., Constructora Santiago II, Corp., Ferrovial Agroman, S.A., and Ferrovial Agroman, LLC [ECF Nos. 614, 627, 685, And 686]* (the "Stipulation") filed by (i) the Puerto Rico Highways and Transportation Authority, by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board) and (ii) Tamrio, Inc. ("Tamrio"), Constructora Santiago II, Corp. ("CSII"), Ferrovial Agroman, S.A. ("Ferrovial S.A."), and Ferrovial Agroman, LLC ("Ferrovial LLC," or collectively with Tamrio, CSII, and Ferrovial S.A., the "Movants") (Docket Entry No. 3527 in Case No. 17-3283.) The terms of the Stipulation are hereby approved. Movants and the Oversight Board are authorized to take all actions necessary or appropriate to effectuate the terms of the Stipulation. The Court shall retain exclusive jurisdiction to hear and determine any and all disputes related to or arising from the implementation, interpretation, and enforcement of this Order.

The Clerk of Court is hereby ordered to terminate, as withdrawn, the following Docket Entry Numbers: 614, 627, 685, and 686 in Case No. 17-3283; 192, 194, 203, and 204 in Case No. 17-3567; and 167, 168, 174, and 175 in Case No. 17-3566. This order resolves Docket Entry No. 3527 in Case No. 17-3283.

SO ORDERED.

Dated: July 16, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge