## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| ADV. 17-155, 17-156, 17-159 – ASSURED; AMBAC | 14.50 | $5,437.50 |
| ADV. 17-213 – ERS v. ALTAIR | 70.00 | $21,162.50 |
| ADV. 17-228, 17-229 – UTIER | 3.50 | $1,250.00 |
| ADV. 17-257 – UCC v. WHYTE | 88.90 | $27,342.50 |
| CASE ADMINISTRATION/MISCELLANEOUS | 72.80 | $19,052.50 |
| CHALLENGES TO PROMESA | .30 | $112.50 |
| CLAIMS ISSUES | .30 | $112.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 219.70 | $66,387.50 |
| COMMUNICATIONS WITH RETIREES | 103.20 | $30,800.00 |
| COURT HEARINGS | 10.80 | $4,050.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 5.50 | $1,537.50 |
| ERS BONDS ISSUES | 17.90 | $3,722.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 74.90 | $26,582.50 |
| GO BONDS ISSUES | 23.40 | $4,725.00 |
| CONTESTED MATTERS-GO/COFINA | 9.20 | $3,400.00 |
| MEDIATION | 227.20 | $74,545.00 |
| PENSION ANALYSIS | 96.10 | $29,617.50 |
| RULE 2004 INVESTIGATION | 7.60 | $2,850.00 |
| PREPA | 13.60 | $4,512.50 |
| NON-WORKING TRAVEL TIME (50% hourly rate) | 155.20 | $25,381.25 |
| **Total** | 1,214.60 | $352,581.25 |