## EXHIBIT D

## SUMMARY OF BENNAZAR, GARCÍA & MILIÁN, C.S.P. EXPENSES

| Expense Description | Amount |
|---|---:|
| Travel | |
|     Airfare | $5,225.37 |
|     Hotel | $8,476.30 |
|     Ground Transportation | $1,633.91 |
|     Combined Flight and Hotel Charge | $5,958.51 |
| Document Translations | $141.00 |
| Messenger Services | $40.00 |
| Printing Expense | $476.17 |
| Postage | $27.90 |
| | |
| **TOTAL** | **$21,979.16** |