# **EXHIBIT F**

**DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.**

| Date | Timekeeper | Type | Memo | Amount |
|---|---|---|---|---|
| 2/01/18 | AJB | GROUND TRANSPORT | GROUND TRANSPORT TAXI FROM JFK TO HOTEL | $67.06 |
| 2/01/18 | AJB | AIRFARE | TRAVEL SAN JUAN TO NY (FROM 2/1 TO 2/4/2018) | $744.80 |
| 2/01/18 | AJB | HOTEL | HOTEL ACCOMMODATION | $717.63 |
| 2/01/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $58.56 |
| 2/01/18 | FDC | TRAVEL AND HOTEL | TRAVEL AND HOTEL ACCOMMODATION | $984.23 |
| 2/01/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (HOME TO SJU AIRPORT) | $18.95 |
| 2/01/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (JFK TO HOTEL) | $58.56 |
| 2/01/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT NY | $68.56 |
| 2/01/18 | HMK | AIRFARE | TRAVEL TO NY | $306.74 |
| 2/01/18 | HMK | HOTEL | HOTEL ACCOMMODATION | $545.60 |
| 2/02/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $9.30 |
| 2/02/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (SHERATON TO PROSKAUER) | $10.30 |
| 2/02/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT NY | $9.23 |
| 2/03/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (SHERATON TO PROSKAUER) | $5.80 |
| 2/04/18 | AJB | GROUND TRANSPORT | GROUND TRANSPORT TAXI FROM HOTEL TO JFK | $71.50 |
| 2/04/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $14.30 |
| 2/04/18 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | $25.00 |
| 2/04/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (SHERATON TO JFK) | $75.00 |
| 2/06/18 | OFFICE | PRINTING | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY | $24.08 |
| 2/06/18 | OFFICE | PRINTING | DOCUMENT REPRODUCTION | $18.00 |
| 2/07/18 | OFFICE | PRINTING | DOCUMENT REPRODUCTION(EXTERNAL SERVICES): ART TEK | $120.42 |
| 2/07/18 | OFFICE | INTERNAL REVENUE STAMPS | INTERNAL REVENUE STAMPS TRANSLATION OF DOCUMENTS | $141.00 |

| Date | Timekeeper | Type | Memo | Amount |
| --- | --- | --- | --- | --- |
| 2/26/18 | AJB | AIRFARE | TRAVEL SAN JUAN TO NY (FROM 2/26 TO 3/1/2018) | $1,009.80 |
| 2/26/18 | AJB | HOTEL | HOTEL ACCOMMODATION | $609.84 |
| 2/26/18 | AJB | GROUND TRANSPORT | GROUND TRANSPORT TAXI FROM JFK TO HOTEL | $71.06 |
| 2/26/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $58.56 |
| 2/26/18 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | $25.00 |
| 2/26/18 | FDC | TRAVEL AND HOTEL | TRAVEL AND HOTEL ACCOMMODATION | $1,007.02 |
| 2/26/18 | HMK | AIRFARE | TRAVEL TO NY | $558.83 |
| 2/26/18 | HMK | HOTEL | HOTEL ACCOMMODATION | $609.04 |
| 2/26/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (JFK TO SHERATON) | $82.75 |
| 2/28/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (SHERATON TO JFK) | $68.56 |
| 3/01/18 | FDC | TRAVEL | TRAVEL EXPENSES: BAGS FEE | $34.00 |
| 3/01/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $58.56 |
| 3/01/18 | FDC | AIRFARE | TRAVEL EXPENSES: BAGS FEE | $25.00 |
| 3/08/18 | FDC | TRAVEL AND HOTEL | TRAVEL AND HOTEL ACCOMMODATION | $1,184.87 |
| 3/08/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT SAN JUAN | $36.74 |
| 3/08/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $63.06 |
| 3/08/18 | HMK | AIRFARE | FLIGHT TO NY | $507.80 |
| 3/08/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (JFK TO HOTEL) | $66.18 |
| 3/08/18 | HMK | HOTEL | HOTEL ACCOMMODATION | $986.10 |
| 3/11/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT NY | $58.56 |
| 3/11/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT (SHERATON TO JFK) | $70.27 |
| 3/11/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT SAN JUAN | $30.00 |
| 3/31/18 | BGM | DOCUMENT DELIVERY | DOCUMENT DELIVERY SERVICES | $40.00 |
| 4/12/18 | BGM | PRINTING | DOCUMENT REPRODUCTION | $10.80 |
| 4/17/18 | BGM | PRINTING | DOCUMENT REPRODUCTION | $11.30 |

| Date | Timekeeper | Type | Memo | Amount |
|---|---|---|---|---|
| 4/17/18 | BGM | PRINTING | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | $132.69 |
| 4/25/18 | BGM | PRINTING | DOCUMENT REPRODUCTION | $12.00 |
| 4/27/18 | BGM | POSTAGE | POSTAGE (MAILING SERVICES) | $27.90 |
| 4/30/18 | BGM | PRINTING | DOCUMENT REPRODUCTION (EXTERNAL SERVICES) | $138.48 |
| 5/02/18 | BGM | PRINTING | DOCUMENT REPRODUCTION | $8.40 |
| 5/09/18 | AJB | AIRFARE | FLIGHT SAN JAN-CHICAGO-SAN JUAN | $602.80 |
| 5/09/18 | AJB | GROUND TRANSPORT | GROUND TRANSPORT FROM AIRPORT TO HOTEL | $53.25 |
| 5/09/18 | AJB | HOTEL | HOTEL ACCOMMODATION AT THE WESTIN CHICAGO | $2,073.36 |
| 5/09/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT SAN JUAN | $17.41 |
| 5/09/18 | FDC | TRAVEL AND HOTEL | TRAVEL AND ACCOMMODATION - CHICAGO | $1,458.87 |
| 5/09/18 | FDC | AIRFARE | OTHER TRAVEL FEE | $63.00 |
| 5/09/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT SAN JUAN | $19.30 |
| 5/09/18 | HMK | AIRFARE | FLIGHT SAN JUAN-CHICAGO-SAN JUAN | $602.80 |
| 5/09/18 | HMK | HOTEL | HOTEL ACCOMMODATOIN AT WESTIN CHICAGO | $1,409.46 |
| 5/11/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT CHICAGO | $55.40 |
| 5/14/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT AIRPORT TO HOTEL | $70.26 |
| 5/14/18 | FDC | TRAVEL AND HOTEL | TRAVEL AND HOTEL ACCOMMODATION - NYC | $1,323.52 |
| 5/14/18 | FDC | AIRFARE | OTHER TRAVEL FEE | $50.00 |
| 5/14/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT SAN JUAN | $21.09 |
| 5/14/18 | HMK | AIRFARE | FLIGHT SAN JUAN-NYC-SAN JUAN | $624.80 |
| 5/14/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT JFK-MANHATTAN | $75.67 |
| 5/14/18 | HMK | HOTEL | HOTEL ACCOMMODATION AT ELEMENT WESTIN | $1,525.27 |
| 5/16/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT HOTEL TO AIRPORT | $77.24 |
| 5/16/18 | FDC | AIRFARE | OTHER TRAVEL FEE | $45.00 |

| Date | Timekeeper | Type | Memo | Amount |
|---|---|---|---|---|
| 5/17/18 | FDC | GROUND TRANSPORT | GROUND TRANSPORT - SAN JUAN | $28.00 |
| 5/17/18 | HMK | GROUND TRANSPORT | GROUND TRANSPORT MANHATTAN - JFK | $84.87 |
| **Total** | | | | **$21,979.16** |