# EXHIBIT B

## Summary of FTI Consulting, Inc. Hours Worked and Fees Incurred by Professional by Location

| Professional | Position | Blended Billing Rate | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gibson, Wayne | Senior Managing Director | $ 695 | 7.2 | $ 5,004.00 | - | $ - | 7.2 | $ 5,004.00 |
| Gumbs, Sean | Senior Managing Director | 1,075 | 360.8 | 387,860.00 | 20.5 | 22,037.50 | 381.3 | 409,897.50 |
| Malloy, Michael | Senior Managing Director | 815 | 44.1 | 35,941.50 | - | - | 44.1 | 35,941.50 |
| Simms, Steven | Senior Managing Director | 1,075 | 19.8 | 21,285.00 | - | - | 19.8 | 21,285.00 |
| Smith, Ellen | Senior Managing Director | 1,020 | 8.0 | 8,160.00 | - | - | 8.0 | 8,160.00 |
| Smith, Lawrence | Senior Managing Director | 910 | 1.0 | 910.00 | - | - | 1.0 | 910.00 |
| Maddox, Brian | Senior Managing Director I | 850 | 0.6 | 510.00 | - | - | 0.6 | 510.00 |
| Fish, Mark | Managing Director | 675 | 11.5 | 7,762.50 | - | - | 11.5 | 7,762.50 |
| Grunwald Kadar, Andrea | Managing Director | 915 | 232.2 | 212,463.00 | 2.5 | 2,287.50 | 234.7 | 214,750.50 |
| Heeren, Ana | Managing Director | 700 | 30.6 | 21,420.00 | - | - | 30.6 | 21,420.00 |
| Mulkeen, Tara | Managing Director | 705 | 68.6 | 48,363.00 | - | - | 68.6 | 48,363.00 |
| Park, Ji Yon | Managing Director | 855 | 315.6 | 269,838.00 | - | - | 315.6 | 269,838.00 |
| Robertson, David | Managing Director I | 700 | 1.0 | 700.00 | - | - | 1.0 | 700.00 |
| Lee, Calvin | Senior Director | 765 | 123.0 | 94,095.00 | - | - | 123.0 | 94,095.00 |
| LaMagna, Matthew | Director | 450 | 1.5 | 675.00 | - | - | 1.5 | 675.00 |
| Chu, Josephine | Senior Consultant | 455 | 75.7 | 34,443.50 | - | - | 75.7 | 34,443.50 |
| Emerton, Charlie [1] | Senior Consultant | 453 | 189.6 | 85,952.00 | - | - | 189.6 | 85,952.00 |
| Leese, Nicholas [2] | Senior Consultant | 495 | 67.8 | 33,527.50 | - | - | 67.8 | 33,527.50 |
| Mossop, Julian | Senior Consultant | 580 | 236.0 | 136,880.00 | - | - | 236.0 | 136,880.00 |
| Sombuntham, Natalie [1] | Senior Consultant | 493 | 533.0 | 262,517.00 | - | - | 533.0 | 262,517.00 |
| Garcia Pelaez, Andres [2] | Senior Consultant I | 394 | 27.7 | 10,900.00 | - | - | 27.7 | 10,900.00 |
| Mann, Sarah | Senior Consultant I | 350 | 1.3 | 455.00 | - | - | 1.3 | 455.00 |
| Cherian, Ritika [2] | Consultant | 304 | 135.8 | 41,334.00 | - | - | 135.8 | 41,334.00 |
| Elliott, Charles [2] | Consultant | 312 | 134.3 | 41,844.00 | - | - | 134.3 | 41,844.00 |
| Locke, William | Consultant | 200 | 27.2 | 5,440.00 | - | - | 27.2 | 5,440.00 |
| Maassen, Thomas [2] | Consultant | 350 | 121.7 | 42,546.00 | - | - | 121.7 | 42,546.00 |
| Miles, Edan [2] | Consultant | 315 | 89.0 | 28,059.50 | - | - | 89.0 | 28,059.50 |
| Teixeira, Anabel | Consultant I | 250 | 72.3 | 18,075.00 | - | - | 72.3 | 18,075.00 |
| Hellmund-Mora, Marili | Associate | 270 | 43.5 | 11,745.00 | - | - | 43.5 | 11,745.00 |
| **SUBTOTAL** | | | **2,980.4** | **$ 1,868,705.50** | **23.0** | **$ 24,325.00** | **3,003.4** | **$ 1,893,030.50** |
| Less: 50% discount for non-working travel time | | | | (15,936.00) | | - | | (15,936.00) |
| **TOTAL BEFORE WITHHOLDING** | | | **2,980.4** | **$ 1,852,769.50** | **23.0** | **$ 24,325.00** | **3,003.4** | **$ 1,877,094.50** |
| Less: 7% withholding on on-island fees | | | | - | | (1,702.75) | | (1,702.75) |
| **GRAND TOTAL** | | | **2,980.4** | **$ 1,852,769.50** | **23.0** | **$ 22,622.25** | **3,003.4** | **$ 1,875,391.75** |

(1): Professionals who were promoted during the Third Interim Fee Application period.
(2): Professionals whose rates were subject to periodic increases during the Third Interim Fee Application period.