# EXHIBIT C

## Summary of FTI Consulting, Inc. Hours Worked and Fees Incurred by Task Code by Location

| Task Code | Task Description | Mainland Fees Hours | Mainland Fees | On-island Fees Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 1 | Current Operating Results & Events | 117.6 | $ 68,359.50 | - | $ - | 117.6 | $ 68,359.50 |
| 2 | Cash & Liquidity Analysis | 14.0 | 10,431.50 | - | - | 14.0 | 10,431.50 |
| 3 | Mediation | 645.9 | 510,102.00 | 8.8 | 9,460.00 | 654.7 | 519,562.00 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 233.1 | 162,708.00 | 2.5 | 2,687.50 | 235.6 | 165,395.50 |
| 5 | Analysis of the Fiscal Plan – Expenses | 21.0 | 11,912.50 | - | - | 21.0 | 11,912.50 |
| 6 | Analysis of the Fiscal Plan – Revenue Measures | 17.8 | 11,523.00 | - | - | 17.8 | 11,523.00 |
| 7 | Analysis of the Fiscal Plan – Expense Measures | 40.5 | 28,106.50 | - | - | 40.5 | 28,106.50 |
| 10 | Case Management | 19.3 | 14,238.50 | - | - | 19.3 | 14,238.50 |
| 11 | Prepare for and Attend Court Hearings | 7.9 | 8,060.50 | - | - | 7.9 | 8,060.50 |
| 12 | Analysis of Annual Budgets | 20.0 | 8,565.50 | - | - | 20.0 | 8,565.50 |
| 13 | Analysis of Other Miscellaneous Motions | 2.5 | 2,277.00 | - | - | 2.5 | 2,277.00 |
| 14 | Analysis of Claims/Liab Subject to Compromise | 142.6 | 104,544.00 | 0.7 | 752.50 | 143.3 | 105,296.50 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 208.8 | 118,140.00 | 0.5 | 537.50 | 209.3 | 118,677.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 88.9 | 70,165.50 | 4.0 | 4,300.00 | 92.9 | 74,465.50 |
| 19 | General Mtgs with FOMB & FOMB's Professionals | 2.0 | 1,930.00 | - | - | 2.0 | 1,930.00 |
| 21 | General Mtgs with UCC & UCC Counsel | 10.8 | 8,833.00 | - | - | 10.8 | 8,833.00 |
| 24 | Preparation of Fee Application | 148.5 | 73,373.50 | - | - | 148.5 | 73,373.50 |
| 25 | Travel Time | 32.8 | 31,872.00 | - | - | 32.8 | 31,872.00 |
| 27 | Strategic Communications | 122.7 | 53,769.50 | - | - | 122.7 | 53,769.50 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 956.9 | 469,388.00 | 6.5 | 6,587.50 | 963.4 | 475,975.50 |
| 30 | PREPA Matters | 126.8 | 100,405.50 | - | - | 126.8 | 100,405.50 |
| | **SUBTOTAL** | **2,980.4** | **$ 1,868,705.50** | **23.0** | **$ 24,325.00** | **3,003.4** | **$ 1,893,030.50** |
| | Less: 50% discount for non-working travel time | | (15,936.00) | | - | | (15,936.00) |
| | **TOTAL BEFORE WITHHOLDING** | **2,980.4** | **$ 1,852,769.50** | **23.0** | **$ 24,325.00** | **3,003.4** | **$ 1,877,094.50** |
| | Less: 7% withholding on on-island fees | | - | | (1,702.75) | | (1,702.75) |
| | **GRAND TOTAL** | **2,980.4** | **$ 1,852,769.50** | **23.0** | **$ 22,622.25** | **3,003.4** | **$ 1,875,391.75** |