# **EXHIBIT E**

**Detailed Time Records for FTI Consulting Inc. Performed on the Island**

**EXHIBIT E**
**DETAIL OF TIME ENTRIES - ON-ISLAND FEES**
**FOR THE PERIOD FEBRUARY 1, 2018 TO MAY 31, 2018**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 3 | 2/6/2018 | Gumbs, Sean | 0.5 | Correspond with Jenner and Bennazar ▮ |
| 3 | 2/7/2018 | Gumbs, Sean | 0.8 | Read and study due diligence materials uploaded to the data room. |
| 3 | 4/17/2018 | Gumbs, Sean | 0.4 | Correspond with Counsel ▮ |
| 3 | 4/17/2018 | Gumbs, Sean | 1.6 | Review ▮ |
| 3 | 4/18/2018 | Gumbs, Sean | 1.3 | Participate in meeting with Retiree Committee Chair and Counsel to ▮ |
| 3 | 4/18/2018 | Gumbs, Sean | 2.0 | Participate in ▮ |
| 3 | 4/18/2018 | Gumbs, Sean | 2.2 | Participate in ▮ |
| **3 Total** | | | **8.8** | |
| 4 | 2/7/2018 | Gumbs, Sean | 2.1 | Participate in a ▮ |
| 4 | 2/7/2018 | Gumbs, Sean | 0.4 | Participate in ▮ |
| **4 Total** | | | **2.5** | |
| 14 | 2/7/2018 | Gumbs, Sean | 0.2 | Participate in ▮ |
| 14 | 2/7/2018 | Gumbs, Sean | 0.5 | Analyze ▮ |
| **14 Total** | | | **0.7** | |
| 17 | 2/6/2018 | Gumbs, Sean | 0.5 | Assess ▮ |
| **17 Total** | | | **0.5** | |
| 18 | 2/7/2018 | Gumbs, Sean | 4.0 | Participate in ▮ |
| **18 Total** | | | **4.0** | |
| 28 | 2/6/2018 | Gumbs, Sean | 1.5 | Read Congressional Task Force report in advance of ▮ |
| 28 | 2/7/2018 | Grunwald Kadar, Andrea | 1.4 | Analyze ▮ |
| 28 | 2/7/2018 | Grunwald Kadar, Andrea | 1.1 | Prepare correspondence with the team re: ▮ |
| 28 | 2/8/2018 | Gumbs, Sean | 1.0 | Participate in meeting with A. Grunwald (FTI) to ▮ |
| 28 | 2/8/2018 | Gumbs, Sean | 1.5 | Participate in meeting with ▮ |
| **28 Total** | | | **6.5** | |
| **Grand Total** | | | **23.0** | |