# EXHIBIT F

## Summary of FTI Consulting, Inc. Expenses

| Expense Type | Amount |
|---|---|
| Airfare | $ 6,504.24 |
| Lodging | 4,214.90 |
| Transportation | 2,286.61 |
| Working Meals | 1,495.53 |
| Other | 8,166.35 |
| **Subtotal** | **$ 22,667.63** |
| Less: Voluntary Reductions[1] | (4,299.18) |
| **Grand Total** | **$ 18,368.45** |

(1): Expenses have been reduced to comply with the Fee Examiner Guidelines, namely in-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while train and airfares have been reduced to coach-equivalent or least expensive rates.