# **EXHIBIT G**

**Detailed Expense Records for FTI Consulting, Inc.**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2018 TO FEBRUARY 28, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/06/18 | Gumbs, Sean | Airfare | Airfare - Round trip - Business, JFK - SJU, 02/06/18 - 02/08/18 (includes travel agent and change fees). Roundtrip fare to attend Puerto Rico meetings. | $ 905.80 |
|  |  | **Airfare Total** |  | **$ 905.80** |
| 01/17/18 | Gumbs, Sean | Transportation | Taxi from airport to hotel. Travel to Puerto Rico to attend meetings. | 48.82 |
| 02/02/18 | Gumbs, Sean | Transportation | Taxi from dinner to hotel. Travel to Puerto Rico to attend meetings. | 19.75 |
| 02/03/18 | Gumbs, Sean | Transportation | Taxi from hotel to mediation meeting. Travel to Puerto Rico to attend case meetings. | 21.62 |
| 02/06/18 | Gumbs, Sean | Transportation | Taxi from hotel to airport while traveling to attend Puerto Rico case meetings. | 22.00 |
| 02/06/18 | Grunwald Kadar, Andrea | Transportation | Taxi from airport to hotel. Travel to Puerto Rico to attend meetings. | 23.18 |
| 02/08/18 | Gumbs, Sean | Transportation | Taxi from home to airport. Travel to attend case meetings. | 79.36 |
| 02/08/18 | Gumbs, Sean | Transportation | Taxi from Hotel to meeting in San Juan. Travel to Puerto Rico to attend case meetings. | 7.97 |
| 02/08/18 | Gumbs, Sean | Transportation | Taxi from meeting to hotel in San Juan. Travel to Puerto Rico to attend case meetings. | 14.53 |
| 02/08/18 | Gumbs, Sean | Transportation | Taxi from airport to home. Travel to Puerto Rico to attend case meetings. | 78.81 |
| 02/08/18 | Gumbs, Sean | Transportation | Taxi from meeting to hotel in San Juan. Travel to Puerto Rico to attend case meetings. | 16.00 |
| 02/09/18 | Malloy, Michael | Transportation | Parking at train station. Travel to attend deposition. | 6.00 |
| 02/12/18 | Malloy, Michael | Transportation | Taxi from deposition to home after attending deposition. | 66.68 |
| 02/12/18 | Malloy, Michael | Transportation | Taxi from home to law firm to attend deposition. | 61.10 |
| 02/28/18 | Fish, Mark | Transportation | Taxi from home to station. Travel to NY to attend Puerto Rico meeting at Zolfo Cooper's offices. | 38.04 |
| 02/28/18 | Fish, Mark | Transportation | Taxi from meeting to station. Travel to NY to attend Puerto Rico meeting at Zolfo Cooper's offices. | 52.27 |
| 02/28/18 | Fish, Mark | Transportation | Rail - Coach - ALB - NY PENN, 02/28/18 - 02/28/18. Travel to attend meeting with Zolfo Cooper representatives. | 44.00 |
|  |  | **Transportation Total** |  | **$ 600.13** |
| 12/20/17 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 19.70 |
| 01/10/18 | Mossop, Julian | Working Meals | Dinner while working late on the Puerto Rico case. | 24.45 |
| 02/05/18 | Park, Ji Yon | Working Meals | Dinner while working late on the Puerto Rico case. | 24.85 |
| 02/05/18 | Mossop, Julian | Working Meals | Dinner while working late on the Puerto Rico case. | 18.36 |
| 02/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 19.70 |
| 02/08/18 | Grunwald Kadar, Andrea | Working Meals | Dinner while traveling to Puerto Rico to attend case meetings. | 74.04 |
| 02/08/18 | Gumbs, Sean | Working Meals | Breakfast for self while traveling to Puerto Rico to attend case meetings. | 39.78 |
| 02/09/18 | Malloy, Michael | Working Meals | Working lunch while preparing for the Malloy deposition. | 25.41 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD FEBRUARY 1, 2018 TO FEBRUARY 28, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 02/12/18 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 20.27 |
| 02/12/18 | Malloy, Michael | Working Meals | Working lunch for self and T. Mulkeen (FTI) while preparing for the Malloy deposition. | 96.60 |
| 02/13/18 | Mossop, Julian | Working Meals | Dinner while working late on the Puerto Rico case. | 19.76 |
| 02/14/18 | Park, Ji Yon | Working Meals | Dinner while working late on the Puerto Rico case. | 23.57 |
| 02/14/18 | Sombuntham, Natalie | Working Meals | Dinner while working late on the Puerto Rico case. | 23.57 |
| 02/21/18 | Gumbs, Sean | Working Meals | Breakfast for FTI team and Zolfo Cooper team for the in-person meeting with UCC financial advisor. | 79.63 |
| | | **Working Meals Total** | | **$ 509.69** |
| 02/09/18 | Gumbs, Sean | Other | TransPerfect Translations International Invoice for translation of the Retiree Committee presentation. | 2,406.25 |
| | | **Other Total** | | **$ 2,406.25** |
| | | **Subtotal** | | **4,421.87** |
| | | Less: Voluntary Reductions[1] | | (623.56) |
| | | **Grand Total** | | **$ 3,798.31** |

(1): In-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while airfare expenses have been reduced to coach-quivalent fares to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2018 TO MARCH 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 01/11/18 | Park, Ji Yon | Airfare | Airfare - Coach - LGA - ORD, 01/16/18 - 01/17/18 (includes travel agent fee). Travel to attend in person meeting with Committee professionals in Chicago. | $ 746.00 |
| 02/28/18 | Grunwald Kadar, Andrea | Airfare | Airfare - Business - One-way - SJU - BUD, 02/08/18. Change fee due to Committee meeting in San Juan being postponed. | 661.80 |
| 03/16/18 | Gumbs, Sean | Airfare | Airfare - Coach Equivalent - JFK - SJU, 04/25/18 - 04/26/18 (includes travel agent fee). Travel to Puerto Rico to attend case meetings. | 830.80 |
| | | **Airfare Total** | | **$ 2,238.60** |
| 01/18/18 | Park, Ji Yon | Lodging | Hotel - 01/16/18 - 01/17/18. Attended in person professionals meeting in Chicago. | 278.41 |
| | | **Lodging Total** | | **$ 278.41** |
| 01/16/18 | Park, Ji Yon | Transportation | Taxi from the office to airport. Travel to attend in person professionals meeting in Chicago. | 43.64 |
| 01/16/18 | Park, Ji Yon | Transportation | Taxi from airport to hotel in Chicago to attend in person professionals meeting. | 59.00 |
| 01/17/18 | Park, Ji Yon | Transportation | Taxi from Jenner office to airport in Chicago after attending in person professionals meeting. | 53.60 |
| 01/17/18 | Park, Ji Yon | Transportation | Taxi from airport to home in NYC after attending in person professionals meeting in Chicago. | 31.55 |
| 02/28/18 | Park, Ji Yon | Transportation | Taxi from Jenner office to Zolfo to attend in person meeting. | 9.96 |
| 03/01/18 | Malloy, Michael | Transportation | Parking to attend meeting at counsel's office | 6.00 |
| | | **Transportation Total** | | **$ 203.75** |
| 01/18/18 | Park, Ji Yon | Working Meals | Breakfast for self with attending Puerto Rico case meeting in Chicago. | 38.82 |
| 02/22/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 20.27 |
| 02/23/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 17.29 |
| 02/28/18 | Gibson, Wayne | Working Meals | Lunch while traveling to NY to attend Puerto Rico case meetings. | 29.50 |
| 03/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.59 |
| 03/09/18 | Park, Ji Yon | Working Meals | Breakfast for self with attending Puerto Rico case meeting at Proskauer. | 10.15 |
| 03/15/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 20.99 |
| 03/22/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 26.30 |
| 03/26/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 31.21 |
| 03/27/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 20.76 |
| 03/28/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.38 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MARCH 1, 2018 TO MARCH 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Working Meals Total** | | **$ 274.26** |
| | | **Subtotal** | | **2,995.02** |
| | | Less: Voluntary Reductions[1] | | (1,135.30) |
| | | **Grand Total** | | **$ 1,859.72** |

(1): In-office meals over $20.00 have been reduced to $20.00, while airfare expenses have been reduced to coach-quivalent fares to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD APRIL 1, 2018 TO APRIL 30, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 04/02/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | $ 11.18 |
| 04/03/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.66 |
| 04/04/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 31.46 |
| 04/05/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 14.49 |
| 04/07/18 | Mossop, Julian | Working Meals | Dinner for self, N. Sombuntham (FTI), and L. Park (FTI) while working late in the office on the Puerto Rico case. | 70.59 |
| | | **Working Meals Total** | | **$ 157.38** |
| 04/19/18 | Gumbs, Sean | Other | Translation of Documents related to Commonwealth of Puerto Rico Project | 3,942.20 |
| 04/30/18 | Gumbs, Sean | Other | Translation Services related to Commonwealth of Puerto Rico engagement | 1,606.00 |
| | | **Other Total** | | **$ 5,548.20** |
| | | **Subtotal** | | **$ 5,705.58** |
| | | Less: Voluntary Reductions [1] | | (71.71) |
| | | **Grand Total** | | **$ 5,633.87** |

Note: In-office meals over $20.00 have been reduced to $20.00 to comply with the Fee Examiner Guidelines.

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2018 TO MAY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 04/09/18 | Gumbs, Sean | Airfare | Airfare (Flight Change Fee) - JFK - SJU, 04/17/18 - 04/18/18 (includes travel agent fees). Travel to Puerto Rico to attend case meetings. | $ 472.97 |
| 04/17/18 | Gumbs, Sean | Airfare | Airfare - Coach/Economy - LGA - DCA, 04/19/2018 - 04/19/2018 (includes travel agent fees). Travel to Washington D.C. to attend Puerto Rico case meetings. | 432.06 |
| 04/27/18 | Gumbs, Sean | Airfare | Airfare - Coach-equivalent (applied personal discount for lower fare) - LGA - ORD, 05/09/18 - 05/10/18 (includes travel agent fee). Travel to Chicago for in-person Puerto Rico strategy meeting with counsel and other advisors. | 558.21 |
| 05/03/18 | Park, Ji Yon | Airfare | Airfare - Coach/Economy - LGA - ORD, 05/09/18 - 05/09/18 (includes travel agent fee). Travel to Chicago for in-person Puerto Rico strategy meeting with counsel and other advisors. | 384.46 |
| 05/04/18 | Park, Ji Yon | Airfare | Airfare - Coach/Economy - ORD - IAD, 05/10/18 - 05/10/18 (includes travel agent fee). Travel from Chicago to Washington DC (in lieu of NYC) after attending in-person Puerto Rico strategy meeting with counsel and other advisors. | 394.06 |
| 05/09/18 | Lee, Calvin | Airfare | Airfare - Coach/Economy - IAH - JFK, 05/15/18 - 05/17/18 (includes travel agent fee). Travel to New York to attend PREPA fiscal plan creditor meeting. | 1,118.08 |
| | | **Airfare Total** | | **$ 3,359.84** |
| 04/18/18 | Gumbs, Sean | Lodging | Hotel - 04/17/18 - 04/18/18. Hotel stay in San Juan while traveling to Puerto Rico to attend case meetings. | 397.87 |
| 05/10/18 | Gumbs, Sean | Lodging | Hotel - 05/09/18 - 05/10/18. Hotel stay in Chicago while traveling to Puerto Rico to attend case meetings. | 1,090.91 |
| 05/11/18 | Park, Ji Yon | Lodging | Hotel - 05/09/18 - 05/10/18. Attend in-person strategy meeting in Chicago. | 891.07 |
| 05/16/18 | Lee, Calvin | Lodging | Hotel - 05/15/18 - 05/17/18. Hotel in NY while traveling to attend PR meetings. | 1,556.64 |
| | | **Lodging Total** | | **$ 3,936.49** |
| 04/05/18 | Park, Ji Yon | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 29.16 |
| 04/17/18 | Gumbs, Sean | Transportation | Taxi from home to JFK airport. Travel to Puerto Rico to attend case meetings. | 83.19 |
| 04/17/18 | Gumbs, Sean | Transportation | Train fare - Union Station DC - New York Penn, 04/19/18 - 04/19/18. Project Puerto Rico meetings. | 364.00 |
| 04/18/18 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend case meetings. | 73.20 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2018 TO MAY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 04/19/18 | Gumbs, Sean | Transportation | Taxi from Arlington Train to FTI DC Office. Travel to DC to attend Puerto Rico meetings. | 17.40 |
| 04/19/18 | Gumbs, Sean | Transportation | Taxi from home to airport. Travel to attend Puerto Rico meetings. | 89.82 |
| 04/23/18 | Gumbs, Sean | Transportation | Taxi from Mediation meeting to home. Travel to attend mediation meeting. | 21.95 |
| 04/24/18 | Gumbs, Sean | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 18.95 |
| 05/07/18 | Park, Ji Yon | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 34.26 |
| 05/08/18 | Park, Ji Yon | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 31.87 |
| 05/09/18 | Gumbs, Sean | Transportation | Taxi from home to LGA airport. Travel to Chicago to attend Puerto Rico meetings. | 59.20 |
| 05/09/18 | Park, Ji Yon | Transportation | Taxi from office to LGA airport. Travel to Chicago to attend Puerto Rico meetings. | 47.06 |
| 05/09/18 | Park, Ji Yon | Transportation | Taxi from O'Hare airport to hotel. Travel to Chicago to attend Puerto Rico meetings. | 60.25 |
| 05/10/18 | Gumbs, Sean | Transportation | Taxi from Jenner's office to ORD airport. Travel to Puerto Rico to attend case meetings. | 55.81 |
| 05/10/18 | Gumbs, Sean | Transportation | Taxi from JFK airport to home. Travel to Puerto Rico to attend case meetings. | 55.66 |
| 05/10/18 | Park, Ji Yon | Transportation | Taxi from office to ORD airport. Travel to Chicago to attend Puerto Rico meetings. | 56.75 |
| 05/10/18 | Park, Ji Yon | Transportation | Taxi from IAD airport to hotel in Washington DC (applied personal discount code for cheaper fare). Travel to attend Puerto Rico meetings. | 5.52 |
| 05/15/18 | Park, Ji Yon | Transportation | Taxi from office to home after attending diner with Counsel. | 48.50 |
| 05/15/18 | Lee, Calvin | Transportation | Taxi from JFK airport to hotel. Travel to NY to attend Puerto Rico meetings. | 87.00 |
| 05/15/18 | Lee, Calvin | Transportation | Taxi from home to IAH airport. Travel to NY to attend Puerto Rico meetings. | 43.98 |
| 05/16/18 | Lee, Calvin | Transportation | Taxi from Counsel's office to hotel. Travel to NY to attend Puerto Rico meetings. | 11.15 |
| 05/16/18 | Lee, Calvin | Transportation | Taxi from hotel to Counsel's office. Travel to NY to attend Puerto Rico meetings. | 13.89 |
| 05/17/18 | Lee, Calvin | Transportation | Taxi from IAH airport to home. Travel to NY to attend Puerto Rico meetings. | 45.97 |
| 05/17/18 | Lee, Calvin | Transportation | Taxi from lunch in NYC to JFK airport. Travel to NY to attend Puerto Rico meetings. | 83.91 |
| 05/17/18 | Lee, Calvin | Transportation | Taxi from hotel to lunch. Travel to NY to attend Puerto Rico meetings. | 16.32 |
| 05/21/18 | Park, Ji Yon | Transportation | Taxi from office to home after working late on the Puerto Rico case. | 27.96 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2018 TO MAY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| | | **Transportation Total** | | **$ 1,482.73** |
| 04/07/18 | Park, Ji Yon | Working Meals | Breakfast for self while working in the office over the weekend on the Puerto Rico case. | 6.44 |
| 04/09/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 31.51 |
| 04/10/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 23.82 |
| 04/11/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 18.36 |
| 04/13/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 18.36 |
| 04/14/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 25.96 |
| 04/15/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 21.30 |
| 04/16/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.90 |
| 04/17/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 18.36 |
| 04/18/18 | Gumbs, Sean | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 12.60 |
| 04/23/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 18.89 |
| 04/23/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 21.05 |
| 04/24/18 | Mossop, Julian | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 29.90 |
| 04/24/18 | Sombuntham, Natalie | Working Meals | Dinner while working late in the office on the Puerto Rico case. | 30.63 |
| 05/09/18 | Park, Ji Yon | Working Meals | Dinner for self at airport. Travel to Chicago to attend Puerto Rico meetings. | 40.88 |
| 05/10/18 | Gumbs, Sean | Working Meals | Breakfast for self. Travel to Chicago to attend Puerto Rico meetings. | 28.46 |
| 05/10/18 | Park, Ji Yon | Working Meals | Dinner for self at airport. Travel to Chicago to attend Puerto Rico meetings. | 11.93 |
| 05/10/18 | Park, Ji Yon | Working Meals | Water for self at the hotel. Travel to Chicago to attend Puerto Rico meetings. | 3.00 |
| 05/15/18 | Lee, Calvin | Working Meals | Breakfast for self while traveling to NY to attend Puerto Rico meetings. | 13.63 |
| 05/16/18 | Lee, Calvin | Working Meals | Lunch for self while traveling to NY to attend Puerto Rico meetings. | 12.83 |
| 05/16/18 | Lee, Calvin | Working Meals | Dinner for self while traveling to NY to attend Puerto Rico meetings. | 39.09 |
| 05/16/18 | Lee, Calvin | Working Meals | Breakfast for self while traveling to NY to attend Puerto Rico meetings. | 44.20 |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD MAY 1, 2018 TO MAY 31, 2018**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/17/18 | Lee, Calvin | Working Meals | Lunch for self while traveling from NY to Houston after attending Puerto Rico meetings. | 17.88 |
| 05/17/18 | Lee, Calvin | Working Meals | Dinner for self while traveling from NY to Houston after attending Puerto Rico meetings. | 26.87 |
| 05/17/18 | Lee, Calvin | Working Meals | Coffee for self while traveling from NY to Houston after attending Puerto Rico meetings. | 8.35 |
| | | **Working Meals Total** | | **$ 554.20** |
| 05/03/18 | Park, Ji Yon | Other | Research - Puerto Rico cost of Living data purchase. | 150.00 |
| 05/10/18 | Gumbs, Sean | Other | WIFI - Internet service during hotel stay while away for meetings related to Project PR. | 14.95 |
| 05/11/18 | Park, Ji Yon | Other | WIFI - Internet access fee to access work email while on flight to Chicago | 14.95 |
| 05/15/18 | Lee, Calvin | Other | WIFI - Internet access fee to access work email while on flight to New York | 16.00 |
| 05/17/18 | Lee, Calvin | Other | WIFI - Internet access fee to access work email while on flight from New York | 16.00 |
| | | **Other Total** | | **$ 211.90** |
| | | **Subtotal** | | **$ 9,545.16** |
| | | Less: Voluntary Reductions[1] | | (2,468.61) |
| | | **Grand Total** | | **$ 7,076.55** |

(1): In-office meals over $20.00 and out-of-office meals over $40 have been reduced to $20.00 and $40.00, respectively, while airfares have been reduced to coach-equivalent rates to comply with the Fee Examiner Guidelines.