## Exhibit A

**Expense Detail**

# Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Blanca Paniagua                                      **Period Covered:** From February to May 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|------|-------------|-----------------|---------|------------------|-------|-----------------|------------------------|---------|-------|-----------------|
| February 7 | San Juan | Committee Meeting | | 13 $6.95 | | | | | | |
| March 15 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| April 12 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| April 18 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| April 25 | San Juan | Committee meeting | | 13 $6.95 | | | | | | |
| **Totals** | | | | **$34.75** | | | | | | |

**Additional Information:**                                                        **Total: $34.75**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Carmen Núñez                    **Period Covered:** From February to May, 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|------|--------------|-----------------|---------|------------------------------|-------|-----------------|------------------------|---------|-------|-----------------|
| February 7 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| March 15 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| April 12 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| April 18 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| April 25 | San Juan | Committee Meeting | | 12 $6.42 | $1.10 | | | | | |
| **Totals** | | | | $32.10 | $5.50 | | | | | |

**Additional Information:**                                        **Total: $37.60**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** <u>Mr. José Marín</u>                     **Period Covered:** <u>From February to April 2018</u>

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|------|-------------|-----------------|---------|------------------------------|-------|-----------------|------------------------|---------|-------|-----------------|
| February 7 | San Juan | Committee Meeting | | 75 miles $40.12 | $6.75 | | | | | |
| March 15 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| April 12 | San Juan | Committee meeting | | 75 miles $40.12 | $6.75 | | | | | |
| **Totals** | | | | $120.36 | $20.25 | | | | | |

**Additional Information:**                                      **Total: $140.61**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** <u>Juan Ortiz</u>                          **Period Covered:** <u>From February to May 2018</u>

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|------|-------------|-----------------|---------|------------------------------|-------|------------------|------------------------|---------|-------|-----------------|
| February 7 | San Juan | Committee Meeting | | 78 miles $41.73 | $6.75 | | | | | |
| March 15 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| April 12 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| April 18 | San Juan | Committee meeting | | 78 miles $41.73 | $6.75 | | | | | |
| **Totals** | | | | $166.92 | $27 | | | | | |

**Additional Information:**                                              **Total: $193.92**

**Note: Attach all receipts**

# Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** <u>Marcos López</u>                          **Period Covered:** <u>From February to May 2018</u>

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|------|-------------|-----------------|---------|------------------|-------|-----------------|------------------------|---------|-------|-----------------|
| February 7 | San Juan | Committee Meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| March 15 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| April 12 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| April 18 | San Juan | Committee meeting | | 16.7 miles $8.93 | $2.30 | | | | | |
| **Totals** | | | | $35.72 | $9.20 | | | | | |

**Additional Information:**                                                    **Total: $44.92**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** <u>Mr. Miguel Fabre</u>                                        **Period Covered:** <u>From February to May 2018</u>

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| April 12 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| April 18 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| April 25 | San Juan | Committee meeting | | 10 m $5.35 | $1.10 | | | | | |
| Totals | | | | **$21.40** | **$4.40** | | | | | |

**Additional Information:**                                                                                **Total: $25.80**

**Note: Attach all receipts**

## Official Committee of Retired Employees
## Of the Commonwealth of Puerto Rico

**Name:** Milagros Acevedo                    **Period Covered:** From February to May 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|---|---|---|---|---|---|---|---|---|---|---|
| February 7 | San Juan | Committee Meeting | | 16 miles $8.56 | $1.10 | | | | | |
| March 15 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| April 12 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| April 18 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| April 25 | San Juan | Committee meeting | | 16 miles $8.56 | $1.10 | | | | | |
| **Totals** | | | | **$42.80** | **$5.50** | | | | | |

**Additional Information:**                                   **Total: $48.30**

**Note: Attach all receipts**

# Official Committee of Retired Employees
# Of the Commonwealth of Puerto Rico

**Name:** Rosario Pacheco                    **Period Covered:** From February to May 2018

**Address:**

| Date | City Visited | Purpose of Trip | Parking | Miles (53.5 cents per mile) | Tolls | Airfare (coach) | Taxi or transportation | Lodging | Meals | Misc. (specify) |
|------|-------------|-----------------|---------|------------------------------|-------|-----------------|------------------------|---------|-------|-----------------|
| February 7 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | | | |
| March 15 | San Juan | Committee meeting | | 5 miles $2.68 | | | | | | |
| April 12 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | | | |
| April 18 | San Juan | Committee meeting | | 5 miles $2.68 | | | | | | |
| April 25 | San Juan | Committee Meeting | | 5 miles $2.68 | | | | | | |
| **Totals** | | | | $13.40 | | | | | | |

**Additional Information:**                                                    **Total: $13.40**

**Note: Attach all receipts**