UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------x

ORDER SCHEDULING BRIEFING OF COFINA AGENT'S URGENT MOTION TO COMPEL
THE PUERTO RICO DEPARTMENT OF TREASURY TO COMPLY
WITH THE ORDERS SETTING PROCEDURES
FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

The Court has received and reviewed the *COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket Entry No. 3544 in Case No. 17-3283, the "Motion to Compel") and the *COFINA Agent's Urgent Motion to Expedite Consideration of COFINA Agent's Urgent Motion to Compel the Puerto Rico Department of Treasury to Comply with the Orders Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (Docket Entry No. 3546 in Case No. 17-3283, the "Motion to Expedite") filed by the COFINA Agent (the "Movant").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Motion to Expedite is granted to the extent provided herein. Opposition papers to the Motion to Compel must be filed by **July 20, 2018 at 12:00 p.m. (Atlantic Standard Time)**. Movant's reply papers must be filed by **July 22, 2018 at 12:00 p.m. (Atlantic Standard Time)**. The Court will hear oral argument on the Motion in connection with the Omnibus Hearing scheduled for **July 25, 2018 at 9:30 a.m. (Atlantic Standard Time)**.

This Order resolves Docket Entry No. 3546 in Case No. 17-3283.

SO ORDERED.

Dated: July 16, 2018

    /s/ Laura Taylor Swain  
LAURA TAYLOR SWAIN  
United States District Judge