# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

     Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------x

## COVER SHEET TO TENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2018 through February 28, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,464.30 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,464.30 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's tenth monthly fee application in these cases.

On May 22, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:     Professor Arthur J. González
            FOMB Board Member
                  and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:     Martin J. Bienenstock, Esq.
            Ehud Barak, Esq.,
                  and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:     Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:     Brady T. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:     Luc. A. Despins, Esq.
            Andrew V. Tenzer, Esq.
            Michael E. Comerford, Esq.
            G. Alexander Bongartz, Esq.
                  and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:     Juan J. Casillas Ayala, Esq.
            Diana M. Batlle-Barasorda, Esq.
            Alberto J.E. Añeses Negrón, Esq.
            Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:     John J. Rapisardi, Esq.
            Suzzanne Uhland, Esq.
            Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)
                  and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees**:
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:     Robert Gordon, Esq.
            Richard Levin, Esq.
                  And
Bennazar, García & Millian, C.S.P.
Edificio Unión Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:     A.J. Bennazar-Zequeira, Esq.

**HTA TITLE III**
**Summary of Legal Fees for the Period February 1 through February 28, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 4.90 | $ 1,421.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.60 | $ 126.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 0.40 | $ 80.00 |

|  |  |  |
|---|---|---|
| Totals | 5.90 | $ 1,627.00 |
| Less: 10% Courtesy discount | | $ (162.70) |
| SUMMARY OF LEGAL FEES | | $ 1,464.30 |

**HTA TITLE III**
**Summary of Disbursements for the Period February 1 through February 28, 2018**

| Description - Expenses | Amounts |
|---|---|
|  | $ - |

|  |  |
|---|---|
| Totals | $ - |
| SUMMARY OF DISBURSEMENTS | $ - |

## HTA TITLE III
### Summary of Legal Fees for the Period February 1 through February 28, 2018

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 203 | Hearings and other Non Filed Communications with the Court | 0.10 | $ 29.00 |
| 207 | Non-Board Court Filings | 0.30 | $ 87.00 |
| 208 | Stay Matters | 2.00 | $ 532.00 |
| 209 | Adversary Proceeding | 0.20 | $ 58.00 |
| 210 | Analysis and Strategy | 0.60 | $ 138.00 |
| 212 | General Administration | 2.70 | $ 783.00 |
| | | | $1,627.00 |

**Less: 10% Courtesy Discount**      $ (162.70)

| | | | |
|---|---|---|---|
| **TOTALS** | | **5.90** | **$1,464.30** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,317.87, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,317.87.

# Exhibit A

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

March 6, 2018
Bill #: 319875
Billing Attorney: CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2018:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,431.00 |
| Less Discount | $ -143.10 |
| Net Professional Services | $ 1,287.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,287.90** |



In account with

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1703 . 0**
**RE: GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/18 | HDB | 207 | Receive and review Clarification and Reply to Opposition to Joinder of Financial Guaranty Insurance Company to Motion of National Public Finance Guarantee Corporation for Entry of an Order Under Bankruptcy Rule 2004 Authorizing Limited Discovery of the Government Development Bank for Puerto Rico | .10 | 290.00 | 29.00 |
| 2/02/18 | HDB | 203 | Receive and review Order denying FGIC Joinder regarding National Rule 2004 Motion. | .10 | 290.00 | 29.00 |
| 2/02/18 | UMF | 208 | Review notice of stay from Rexach and attend conference call with N. Zouairabani. | .60 | 210.00 | 126.00 |
| 2/05/18 | HDB | 208 | Review correspondence from counsel for movant (.10) and responses (.10) in connection with the lift stay notice for Autoridad de Carreteras y Transportación de P.R. v. Corporación Rexach Hermanos, Inc. y Otros, Civil Num. K EF2004-1050 | .20 | 290.00 | 58.00 |
| 2/13/18 | HDB | 208 | Receive and review Motion to Lift Stay filed on behalf of Consuelo Ramos Aguiar.(.20) Draft e-mail regarding same.(.10) | .30 | 290.00 | 87.00 |
| 2/14/18 | HDB | 208 | Review Stay Relief Request by Luis Hidalgo Polanco.(.20) Draft e-mails regarding same.(.10) | .30 | 290.00 | 87.00 |
| 2/14/18 | HDB | 212 | Review edits to draft Stipulation to Resolve HTA Movants Executory Contract Assumption Motion.(.20) E-mail on issues regarding response and meeting.(.10) | .30 | 290.00 | 87.00 |
| 2/17/18 | HDB | 212 | Coordinate meeting regarding HTA Contract Assumption Stipulation.(.10) Draft e-mails regarding same.(.10) | .20 | 290.00 | 58.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  319875

March 6, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/19/18 | HDB | 212 | Review documents and prepare for meeting with counsel for Movants on Lease Assumption Motion.(.30) Meeting with counsel on Lease Assumption Motion.(.90) Edit draft Stipulation.(.20) Draft e-mail regarding same.(.10) | 1.50 | 290.00 | 435.00 |
| 2/19/18 | HDB | 208 | Review and follow-up on stay relief request for Realty & Finance Corporation vs. la Autoridad de Carreteras y Transportación.(.10) Draft e-mail regarding the same.(.10) | .20 | 290.00 | 58.00 |
| 2/19/18 | HDB | 208 | Review follow-up regarding lift stay notice regarding Fiori Vilella Garcia (Finca Guarema - eminent domain).(.10) Draft e-mail regarding the same.(.10) | .20 | 290.00 | 58.00 |
| 2/22/18 | HDB | 212 | Review edits to draft HTA Executory Construction Contract stipulation.(.10)  Exchange e-mails with Proskauer regarding same.(.20) Draft e-mail to Movants counsel.(.10) | .40 | 290.00 | 116.00 |
| 2/27/18 | HDB | 212 | Tel. conf with counsel for movant on the lease assumption motion regarding adjournment and draft stipulation.(.20)  Draft e-mails regarding same.(.10) | .30 | 290.00 | 87.00 |
| 2/27/18 | HDB | 208 | Receive and review follow-up regarding stay relief request by Corporación Rexach Hermanos Inc.(.10) Draft e-mail regarding same.(.10) | .20 | 290.00 | 58.00 |
| 2/27/18 | HDB | 207 | Review Motion Informing Status  of Claims and Request for Order filed by Adrian Mercado Jimenez. | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES             $ 1,431.00

Less Discount                          $ -143.10

NET PROFESSIONAL SERVICES:             $ 1,287.90

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 4.50 | 290.00 | 1,305.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 210.00 | 126.00 |
| **Total** | **5.10** | | **$ 1,431.00** |

**TOTAL THIS INVOICE**             $ 1,287.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

March 6, 2018
FOMB IN RE HTA TITLE III                                          Bill #:   319876
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2018:

**Client.Matter: P1703 - 802**

**RE:  17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB** 

| | |
|---|---|
| Total Professional Services | $ 58.00 |
| VOLUME DISCOUNT | $ -5.80 |
| Net Professional Services | $ 52.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 52.20** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 802**
**RE:  17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/09/18 | HDB | 209 | Review Notice of Appeal of dismissal of adversary proceeding 17-AP-156. | .20 | 290.00 | 58.00 |

|  | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 58.00 |
| VOLUME DISCOUNT | | $ -5.80 |
| NET PROFESSIONAL SERVICES: | | $ 52.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| **Total** | **.20** | | **$ 58.00** |

**TOTAL THIS INVOICE**      **$ 52.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

In account with

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

O'Neill & Borges LLC

FOMB IN RE HTA TITLE III

March 29, 2018
Bill #:   321740
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2018:

**Client.Matter: P1703 - 804**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 138.00 |
| VOLUME DISCOUNT | $ -13.80 |
| Net Professional Services | $ 124.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 124.20** |

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 804**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/14/18 | ETF | 210 | Call with EY regarding HTA special revenue funds. | .20 | 200.00 | 40.00 |
| 2/28/18 | HDB | 210 | Review queries and responses concerning transfer of Tren Urbano from HTA to PRITA (regarding HTA Fiscal Plan). | .20 | 290.00 | 58.00 |
| 2/28/18 | ETF | 210 | Answer McKinsey's questions regarding Act 123 and transfer of Tren Urbano to PRITA. | .20 | 200.00 | 40.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 138.00 |
| VOLUME DISCOUNT | | $ -13.80 |
| NET PROFESSIONAL SERVICES: | | $ 124.20 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| EMILIANO TRIGO FRITZ | .40 | 200.00 | 80.00 |
| **Total** | **.60** | | **$ 138.00** |

**TOTAL THIS INVOICE**                    **$ 124.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

## COVER SHEET TO ELEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF MARCH 1, 2018 THROUGH MARCH 31, 2018

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2018 through March 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,684.25 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,684.25 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's eleventh monthly fee application in these cases.

00551942; 1

On May 22, 2018 sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:    Professor Arthur J. González
            FOMB Board Member
            and
Proskauer Rose LLP,
Eleven Times Square
New York, NY 10036
Attn:    Martin J. Bienenstock, Esq.
            Ehud Barak, Esq.,
            and
Proskauer Rose LLP
70 West Madison Street
Chicago, IL 60602
Attn:    Paul V. Possinger, Esq.

**Fee Examiner:**
Godfrey & Kahn, S.C.
Attn:    Brady C. Williamson
bwilliam@gklaw.com

**Co-Counsel for the Official Committee of
Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:    Luc. A. Despins, Esq.
            Andrew V. Tenzer, Esq.
            Michael E. Comerford, Esq.
            G. Alexander Bongartz, Esq.
            and
Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:    Juan J. Casillas Ayala, Esq.
            Diana M. Batlle-Barasorda, Esq.
            Alberto J.E. Añeses Negrón, Esq.
            Ericka C. Montull-Novoa, Esq.

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq.
            Suzzanne Uhland, Esq.
            Diana M. Pérez, Esq.

**Office of United States Trustee:**
Office of the United States Trustee
for the District of Puerto Rico
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, PR  00901
(In re:  Commonwealth of Puerto Rico)
            and
Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhart
Acting United States Trustee (Region 21)
(In re:  Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 1022-3908
Attn:    Robert Gordon, Esq.
            Richard Levin, Esq.
            And
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18
416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:    A.J. Bennazar-Zequeira, Esq.

**HTA TITLE III**
**Summary of Legal Fees for the Period March 1 through March 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 4.70 | $ 1,363.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.80 | $ 168.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $175.00 | 3.30 | $ 577.50 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 0.60 | $ 108.00 |
| Rosangela Torres Torres | Associate | Corporate | $160.00 | 3.20 | $ 512.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 1.00 | $ 200.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.40 | $ 54.00 |

|  | Totals | | | 14.00 | $ 2,982.50 |
|---|---|---|---|---|---|
|  | Less: 10% Courtesy discount | | | | $ (298.25) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 2,684.25 |

**HTA TITLE III**
**Summary of Disbursements for the Period March 1 through March 31, 2018**

| Description - Expenses | Amounts |
|---|---|
|  | $ - |

|  | Totals | $ - |
|---|---|---|
| **SUMMARY OF DISBURSEMENTS** | | $ - |

## HTA TITLE III
### Summary of Legal Fees for the Period March 1 through March 31, 2018

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|-----------|-------------------|--------------------|----------------------|
| 206 | Documents Filed on Behalf of the Board | 0.80 | $   168.00 |
| 208 | Stay Matters | 1.20 | $   348.00 |
| 209 | Adversary Proceeding | 9.00 | $1,746.00 |
| 210 | Analysis and Strategy | 1.00 | $   200.00 |
| 212 | General Administration | 1.50 | $   435.00 |
| 218 | Employment and Fee Applications | 0.40 | $    72.00 |
| 219 | Docketing | 0.10 | $    13.50 |
|  |  |  | $2,982.50 |

**Less: 10% Courtesy Discount**                    $  (298.25)

| **TOTALS** | **14.00** | **$2,684.25** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,415.83, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,415.83.

# **Exhibit A**

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 10, 2018
Bill #:   324093
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2018:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,036.50 |
| Less Discount | $ -103.65 |
| Net Professional Services | $ 932.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 932.85** |

In account with

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

Client.Matter: P1703 . 0
RE:  GENERAL

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/02/18 | HDB | 208 | Review draft Stipulation to Lift Stay regarding Constructora Hermanos Rexach. (.20) Draft e-mail regarding same. (.10) | .30 | 290.00 | 87.00 |
| 3/06/18 | HDB | 208 | Review and draft e-mails on Second Rexach Hermanos Stipulation for Modification of Stay. | .10 | 290.00 | 29.00 |
| 3/09/18 | UMF | 206 | Review and analyze certificate of service on bar date and proofs of claim. | .80 | 210.00 | 168.00 |
| 3/16/18 | HDB | 212 | Conference with counsel for GILA LLC (R. Prats) concerning issues regarding executory contracts and the assumption of its contract. | .30 | 290.00 | 87.00 |
| 3/19/18 | HDB | 212 | Review and respond to e-mail regarding pending Stipulation for assumption of contracts. (.10) Follow up with counsel for Movants. (.10) | .20 | 290.00 | 58.00 |
| 3/19/18 | DJP | 218 | Review, analyze and organize the Second Interim Fee Application of McKinsey & Company, Inc. Washington D.C. for the Period from October 1, 2017 through January 31, 2018, pertaining to the HTA Title III Case, in anticipation of its filing. | .40 | 180.00 | 72.00 |
| 3/23/18 | HDB | 212 | Review e-mail from counsel for GILA, LLC regarding assumption of contract and allowance of administrative expenses. (.20) Draft e-mail regarding same to Proskauer. (.10) | .30 | 290.00 | 87.00 |
| 3/23/18 | HDB | 212 | Review Order on the HTA Motions to Compel Assumption of Contracts. (.20) Draft e-mail to counsel for Movants (J. Cardona). (.10) | .30 | 290.00 | 87.00 |
| 3/23/18 | MMB | 219 | Docket court notice received by email dated March 23, 2018, regarding scheduling order dkt. 413 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

O'Neill & Borges LLC

Bill #:  324093                                                                    April 10, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/26/18 | HDB | 212 | Review Tamrio's Motion in Compliance with Scheduling Order (Motion to Compel). | .20 | 290.00 | 58.00 |
| 3/27/18 | HDB | 212 | Exchange e-mails with counsel for Movants in HTA Contract Assumption Motion regarding settlement stipulation and hearing. | .20 | 290.00 | 58.00 |
| 3/28/18 | HDB | 208 | Review follow-up on stay relief e-mail by Fiori Vilella Garcia. (.10)  Draft e-mail regarding same. (.10) | .20 | 290.00 | 58.00 |
| 3/30/18 | HDB | 208 | Receive and review Notice of Intention to Seek Relief from Stay on behalf of Las Monjas Realty II, SE. (.2) Draft e-mails regarding same. (.10) | .30 | 290.00 | 87.00 |
| 3/30/18 | HDB | 208 | Receive and review Notice of Intention to Seek Relief from Stay on behalf of Plaza Las Americas, Inc. (.20) Draft emails regarding same. (.10) | .30 | 290.00 | 87.00 |

|   |   |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 1,036.50 |
| Less Discount | $ -103.65 |
| NET PROFESSIONAL SERVICES: | $ 932.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | 2.70 | 290.00 | 783.00 |
| UBALDO M. FERNANDEZ BARRERA | .80 | 210.00 | 168.00 |
| DANIEL J. PEREZ REFOJOS | .40 | 180.00 | 72.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **4.00** | | **$ 1,036.50** |

**TOTAL THIS INVOICE**                                      **$ 932.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE HTA TITLE III

April 10, 2018
Bill #:   324136
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2018:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 200.00 |
| VOLUME DISCOUNT | $ -20.00 |
| Net Professional Services | $ 180.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 180.00** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/14/18 | ETF | 210 | Tel. call with McKinsey regarding HTA and employee benefits. (.20) Revise email to McKinsey regarding HTA's personnel regulations. (.80) | 1.00 | 200.00 | 200.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 200.00 |
| VOLUME DISCOUNT | | $ -20.00 |
| NET PROFESSIONAL SERVICES: | | $ 180.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | 1.00 | 200.00 | 200.00 |
| **Total** | **1.00** | | **$ 200.00** |

**TOTAL THIS INVOICE**                    **$ 180.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

April 4, 2018
Bill #:   322063
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2018:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 69.50 |
| VOLUME DISCOUNT | $ -6.95 |
| Net Professional Services | $ 62.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 62.55** |




Electronic Invoice

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/08/18 | HDB | 209 | Review order regarding scheduling of briefing and oral argument. | .10 | 290.00 | 29.00 |
| 3/09/18 | MMB | 209 | Docket court notice received by email dated March 8, 2018, regarding deadline to file opening brief in case 17-2165 in the court of appeals - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 3/19/18 | MMB | 209 | Docket court notice received by email dated March 19, 2018, regarding deadline to file paper copies of brief, appellees' brief in case 17-2165 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 3/28/18 | MMB | 209 | Docket court notice received by email dated March 27, 2018, regarding new deadline to file appellees' answering briefs - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

| | | |
|---|---|---:|
| TOTAL PROFESSIONAL SERVICES | | $ 69.50 |
| VOLUME DISCOUNT | | $ -6.95 |
| NET PROFESSIONAL SERVICES: | | $ 62.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .10 | 290.00 | 29.00 |
| MILAGROS MARCANO BAEZ | .30 | 135.00 | 40.50 |
| **Total** | **.40** | | **$ 69.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  322063                                                              April 4, 2018

### TOTAL THIS INVOICE                                              $ 62.55

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

FOMB IN RE HTA TITLE III

April 4, 2018
Bill #:   322064
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2018:

**Client.Matter: P1703 - 802**

**RE:  17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 58.00 |
| VOLUME DISCOUNT | $ -5.80 |
| Net Professional Services | $ 52.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 52.20** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 802**
**RE:   17-00156-LTS ASSURED GUARANTY V. COMM. OF P.R. ET AL-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/21/18 | HDB | 209 | Review e-mails regarding briefing schedule for appeal. | .20 | 290.00 | 58.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 58.00 |
| VOLUME DISCOUNT | $ -5.80 |
| NET PROFESSIONAL SERVICES: | $ 52.20 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .20 | 290.00 | 58.00 |
| Total | .20 |  | $ 58.00 |

**TOTAL THIS INVOICE**                     $ 52.20

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

O'NEILL & BORGES LLC

April 4, 2018
Bill #:   322065
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2018:

**Client.Matter: P1703 - 804**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 512.00 |
| VOLUME DISCOUNT | $ -51.20 |
| Net Professional Services | $ 460.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 460.80** |

IN ACCOUNT WITH

250 Ave Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1703 . 804
RE:  FISCAL PLAN

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/14/18 | RTT | 209 | Review and analyze HTA personnel regulation provisions regarding reasons and forms of dismissals. | .60 | 160.00 | 96.00 |
| 3/14/18 | RTT | 209 | Search for UTAC and HTA CBA provisions regarding personnel regulation provisions regarding reasons and forms of dismissals. | .80 | 160.00 | 128.00 |
| 3/14/18 | RTT | 209 | Summarize,(.40) translate, (.80) and draft email regarding HTA personnel regulation provisions, reasons and forms of dismissals. (.60) | 1.80 | 160.00 | 288.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 512.00 |
| VOLUME DISCOUNT | | $ -51.20 |
| NET PROFESSIONAL SERVICES: | | $ 460.80 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSANGELA TORRES TORRES | 3.20 | 160.00 | 512.00 |
| **Total** | **3.20** | | **$ 512.00** |

**TOTAL THIS INVOICE**                    **$ 460.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 4, 2018
Bill #:   322066
Billing Attorney:  CGB

FOMB IN RE HTA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

| | |
|---|---:|
| Total Professional Services | $ 1,106.50 |
| VOLUME DISCOUNT | $ -110.65 |
| Net Professional Services | $ 995.85 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 995.85** |

IN ACCOUNT WITH

250 AVE MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 805**
**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/09/18 | HDB | 209 | Review issues concerning filing of due HTA bar date affidavit on behalf of EPIQ. (.10) Draft e-mail regarding same. (.10)  Review draft affidavit for filing. (.20) | .40 | 290.00 | 116.00 |
| 3/09/18 | DJP | 209 | File the bar date affidavit pertaining to the HTA case, on behalf of Epiq Bankruptcy Solutions LLC, through the court's electronic filing system in case 17-3567-LTS (Docket No. 411). | .20 | 180.00 | 36.00 |
| 3/27/18 | HDB | 209 | Commence review of HTA Adversary proceeding. (1.10) Draft e-mails outlining research under Puerto Rico Law. (.20) | 1.30 | 290.00 | 377.00 |
| 3/28/18 | PMR | 209 | Review motion filed by Siemens Transportation against PR Highways, GDB and the Commonwealth. (1.00) Research cases cited therein.(1.70) | 2.70 | 175.00 | 472.50 |
| 3/29/18 | PMR | 209 | Review the case law cited under the adversary complaint and research for defensive case law. (Siemens Claim of escrow funds for construction of railway). | .60 | 175.00 | 105.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 1,106.50 |
| VOLUME DISCOUNT | | $ -110.65 |
| NET PROFESSIONAL SERVICES: | | $ 995.85 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.70 | 290.00 | 493.00 |
| PRISCILA M. RAMIREZ SEGARRA | 3.30 | 175.00 | 577.50 |
| DANIEL J. PEREZ REFOJOS | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

1

O'Neill & Borges LLC

Bill #: 322066                                                                 April 4, 2018

| Total | 5.20 | $ 1,106.50 |

TOTAL THIS INVOICE                                    $ 995.85

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3567-LTS |
| PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

### COVER SHEET TO TWELFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF APRIL 1, 2018 THROUGH APRIL 30, 2018

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

Name of applicant                           O'Neill & Borges LLC ("O&B")

Authorized to provide professional services    Financial Oversight and Management
to:                                         Board, as Representative for the Debtor
                                            Pursuant to PROMESA Section 315(b)

Time period covered by this application:    April 1, 2018 through April 30, 2018

Amount of compensation sought as actual,     $10,989.00
reasonable and necessary:

Amount of expense reimbursement sought      $62.90
as actual, reasonable and necessary:

Total amount for this invoice:              $11,051.90

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twelfth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2018.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 9, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $290.00 | 11.70 | $ 3,393.00 |
| Jose R. Cacho | Member | Corporate | $340.00 | 5.80 | $ 1,972.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 6.80 | $ 2,244.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 0.20 | $ 71.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 5.70 | $ 1,197.00 |
| Jorge A. Candelaria | Associate | Corporate | $170.00 | 0.80 | $ 136.00 |
| Priscila M. Ramirez Segarra | Associate | Corporate | $175.00 | 7.10 | $ 1,242.50 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 9.30 | $ 1,860.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.70 | $ 94.50 |
| | **Totals** | | | **48.10** | **$ 12,210.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (1,221.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 10,989.00** |

**HTA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2018**

| Description - Expenses | | Amounts |
|---|---|---|
| Duplicating | $ | 62.90 |
| | **Totals** | **$ 62.90** |
| **SUMMARY OF DISBURSEMENTS** | | **$ 62.90** |

00565377; 1

| | **HTA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period April 1 through April 30, 2018** | | |

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 3.20 | $ 812.00 |
| 202 | Legal Research | 6.40 | $ 1,151.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.30 | $ 87.00 |
| 204 | Communications with Claim Holders | 0.40 | $ 84.00 |
| 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 0.90 | $ 219.50 |
| 206 | Documents Filed on Behalf of the Board | 14.10 | $ 3,500.00 |
| 207 | Non-Board Court Filings | 0.60 | $ 174.00 |
| 208 | Stay Matters | 3.80 | $ 942.00 |
| 209 | Adversary Proceeding | 10.40 | $ 3,156.00 |
| 210 | Analysis and Strategy | 3.40 | $ 1,011.00 |
| 212 | General Administration | 2.00 | $ 580.00 |
| 218 | Employment and Fee Applications | 1.20 | $ 252.00 |
| 219 | Docketing | 0.70 | $ 94.50 |
| 225 | Fee Applications-Proskauer | 0.70 | $ 147.00 |
| | | | **$12,210.00** |
| | **Less: 10% Courtesy Discount** | | **$ (1,221.00)** |
| | **TOTALS** | **48.10** | **$10,989.00** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $9,890.10, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $62.90) in the total amount of $9,953.00.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

00565377; 1

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2018
FOMB IN RE HTA TITLE III                                       Bill #:   324418
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2018:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 2,057.00 |
| Less Discount | $ -205.70 |
| Net Professional Services | $ 1,851.30 |
| Total Reimbursable Expenses | $ 62.90 |
| **TOTAL THIS INVOICE** | **$ 1,914.20** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/02/18 | HDB | 212 | Review Order on briefing schedule for motion filed by Adrian Mercado Jimenez. | .10 | 290.00 | 29.00 |
| 4/02/18 | UMF | 218 | Draft and finalize monthly fee statements for November, December and January of O'Neill & Borges, charts and invoices attached thereto. | 1.20 | 210.00 | 252.00 |
| 4/02/18 | MMB | 219 | Docket court notice received by email dated April 2, 2018, regarding order scheduling briefing on dkt. 406 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 4/02/18 | MMB | 219 | Docket court notice received by email dated March 29, 2018, regarding motion hearing regarding: dkt. 2595, status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 4/02/18 | MMB | 219 | Docket court notice received by email dated April 2, 2018, regarding order scheduling briefing on dkt. 406 in case 17-03567 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 4/04/18 | HDB | 212 | Review Stipulation with HTA Managerial Employees. | .30 | 290.00 | 87.00 |
| 4/06/18 | HDB | 208 | Review and respond to e-mails regarding stay relief request by Fiori Vilella García. | .20 | 290.00 | 58.00 |
| 4/06/18 | HDB | 208 | Receive and review stay relief notice filed in connection with Municipio Autonomo de Ponce vs Autoridad de Carreteras et al JAC 1993-0485 (605). | .20 | 290.00 | 58.00 |
| 4/06/18 | HDB | 208 | Draft email regarding stay relief notice filed in connection with Municipio Autonomo de Ponce vs Autoridad de Carreteras, et al. JAC 1993-0485 (605). | .10 | 290.00 | 29.00 |
| 4/06/18 | HDB | 212 | Review e-mails by counsel for Retired Judges Association (.10) and M. Bienenstock regarding JRS pension policy. (.10) | .20 | 290.00 | 58.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  324418                                                                    May 3, 2018

| Date | Init | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/09/18 | UMF | 225 | Review and finalize for filing second interim application of Proskauer Rose LLP. | .70 | 210.00 | 147.00 |
| 4/09/18 | MMB | 219 | Docket court notice received by email dated April 6, 2018, regarding order dkt. 422 resolving joint motion for extension of deadlines - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 4/11/18 | HDB | 208 | Receive and review request for relief from stay in the state court case captioned: Autoridad de Carreteras y Transportación de P. R. v. José Collazo Pérez y Otros, Civil Num. K EF2005-0084. | .20 | 290.00 | 58.00 |
| 4/12/18 | HDB | 208 | Review e-mails regarding lift stay request regarding Municipio Autonomo de Ponce vs Autoridad de Carreteras Et Als JAC 1993-0485 (605). | .20 | 290.00 | 58.00 |
| 4/12/18 | HDB | 208 | Review order modifying the stay in favor of HTA Managerial Employees. | .10 | 290.00 | 29.00 |
| 4/13/18 | HDB | 208 | Receive and review stay relief notice by Reyes Contractors, S.E. relative to extended overhead claim. (.20)  Draft e-mails regarding same. (.10) | .30 | 290.00 | 87.00 |
| 4/13/18 | HDB | 208 | Review proposed edits to the Vilella Stay Relief Stipulation. | .20 | 290.00 | 58.00 |
| 4/13/18 | HDB | 206 | Review and respond to e-mails regarding AAFAF's urgent need for extension of time to respond to Adrian Mercado Jimenez's request for payment. (.10)  Review background issues (.10)  Review draft motion for extension  (.10) Draft e-mail regarding motion (.10) | .40 | 290.00 | 116.00 |
| 4/13/18 | UMF | 204 | Review email from J. Cardona. (10) Tel. conf. on continuance of assumption motion for omnibus hearing of June 6. (.30) | .40 | 210.00 | 84.00 |
| 4/13/18 | UMF | 208 | Tel. conf. with J. Cardona. (.20) Draft email to J. Cardona and E. Barak regarding continuance of motions for assumption of contracts.(.30) | .50 | 210.00 | 105.00 |
| 4/13/18 | UMF | 208 | Tel. conf. with C. Velaz to discuss motion and matters related to Mercado motion for order on payment. (.80) Draft email to P. Possinger and E. Barak regarding same matter. (.60) | 1.20 | 210.00 | 252.00 |
| 4/17/18 | HDB | 210 | Review background concerning response to pending Adrian Mercado motion to compel. | .30 | 290.00 | 87.00 |

O'Neill & Borges LLC

Bill #:  324418                                                                                    May 3, 2018

| 4/17/18 | UMF | 208 | Review response to Mercado motion on enforcement of payment prepared by AAFAF counsel C. Velaz. | .30 | 210.00 | 63.00 |
| 4/17/18 | MMB | 219 | Docket court notice received by email dated April 14, 2018, regarding order dkt. 429 setting deadlines to file opposition to motion informing status of case and movant's reply - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 4/19/18 | HDB | 207 | Revise draft Adrian Mercado Contested Matter draft reply brief.(.30) Draft e-mail regarding same. (.10) | .40 | 290.00 | 116.00 |
| 4/25/18 | HDB | 207 | Review Informing Status of Case and Requesting Order filed by Adrian Mercado. | .20 | 290.00 | 58.00 |
| 4/26/18 | HDB | 208 | Receive and review follow-up letter regarding FDR 1500 Corp. Lift Stay Notice. (.20) Draft -mail regarding the same. (.10) | .30 | 290.00 | 87.00 |
| 4/30/18 | MMB | 219 | Docket court notice received by email dated April 26, 2018, regarding time extension to respond to adversary complaint dkt. 9 in case 18-00030 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES                                       $ 2,057.00

Less Discount                                                                $ -205.70

NET PROFESSIONAL SERVICES:                                      $ 1,851.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 3.70 | 290.00 | 1,073.00 |
| UBALDO M. FERNANDEZ BARRERA | 4.30 | 210.00 | 903.00 |
| MILAGROS MARCANO BAEZ | .60 | 135.00 | 81.00 |
| **Total** | **8.60** | | **$ 2,057.00** |

### EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 4/02/18 | DUPLICATING -  AS OF 4/02/18 (558 Copies @ $.10) | 55.80 |
| 4/03/18 | DUPLICATING -  AS OF 4/03/18 (17 Copies @ $.10) | 1.70 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  324418                                                         May 3, 2018

| | | |
|---|---|---:|
| 4/03/18 | DUPLICATING - AS OF 4/03/18 (17 Copies @ $.10) | 1.70 |
| 4/03/18 | DUPLICATING - AS OF 4/03/18 (17 Copies @ $.10) | 1.70 |
| 4/05/18 | DUPLICATING - AS OF 4/05/18 (20 Copies @ $.10) | 2.00 |

TOTAL REIMBURSABLE EXPENSES                $ 62.90

**TOTAL THIS INVOICE**                                  **$ 1,914.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2018

FOMB IN RE HTA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2018

FOMB IN RE HTA TITLE III

Bill #:  324419

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2018:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

| | |
|---|---:|
| Total Professional Services | $ 987.00 |
| VOLUME DISCOUNT | $ -98.70 |
| Net Professional Services | $ 888.30 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 888.30** |

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/18 | HDB | 210 | Review draft HTA Fiscal Plan. | .60 | 290.00 | 174.00 |
| 4/13/18 | JRC | 201 | Participate in subcommittee call to discuss issues of HTA Fiscal Plan. | 1.30 | 340.00 | 442.00 |
| 4/13/18 | ETF | 201 | Subcommittee call regarding HTA Fiscal Plan. | 1.30 | 200.00 | 260.00 |
| 4/30/18 | JP | 210 | Discuss status of HTA Fiscal Plan and related matters with H. Bauer, P. Pierluisi, E. Trigo and J. R. Cacho. | .20 | 355.00 | 71.00 |
| 4/30/18 | ETF | 201 | Briefing J. R. Cacho and J. Pietrantoni on status of HTA fiscal issues. | .20 | 200.00 | 40.00 |

TOTAL PROFESSIONAL SERVICES $ 987.00

VOLUME DISCOUNT $ -98.70

NET PROFESSIONAL SERVICES: $ 888.30

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | 1.30 | 340.00 | 442.00 |
| JULIO PIETRANTONI | .20 | 355.00 | 71.00 |
| HERMANN BAUER | .60 | 290.00 | 174.00 |
| EMILIANO TRIGO FRITZ | 1.50 | 200.00 | 300.00 |
| **Total** | **3.60** | | **$ 987.00** |

**TOTAL THIS INVOICE** **$ 888.30**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 3, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 Muñoz Rivera Ave Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2018
FOMB IN RE HTA TITLE III
Bill #: 324420
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending April 30, 2018:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---:|
| Total Professional Services | $ 4,644.50 |
| VOLUME DISCOUNT | $ -464.45 |
| Net Professional Services | $ 4,180.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,180.05** |

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 801**
**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

**PROFESSIONAL SERVICES**

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/03/18 | HDB | 210 | Review Outline of Arguments for Appeal Brief. | .60 | 290.00 | 174.00 |
| 4/17/18 | JRC | 206 | Revise draft of brief to be filed in Court of Appeals regarding issue of statutory lien (1.90). Search for examples of statutory liens under other PR statutes (.50). | 2.40 | 340.00 | 816.00 |
| 4/17/18 | ETF | 206 | Review draft Appellee brief. | 3.10 | 200.00 | 620.00 |
| 4/18/18 | JRC | 206 | Finalize review of FOMB brief (.90) and suggestions to be submitted to Proskauer to address issue of statutory lien.(1.20) | 2.10 | 340.00 | 714.00 |
| 4/18/18 | HDB | 209 | Review draft Appellee Brief regarding Peaje claims. | 2.30 | 290.00 | 667.00 |
| 4/18/18 | UMF | 206 | Review brief on appeal to be filed in First Circuit Court of Appeals. | 1.40 | 210.00 | 294.00 |
| 4/18/18 | ETF | 206 | Draft comments to Peaje appellee brief. (2.60) Research PR statutes with statutory liens. (1.50) | 4.10 | 200.00 | 820.00 |
| 4/23/18 | HDB | 210 | Review final version of Peaje Brief. | 1.40 | 290.00 | 406.00 |
| 4/23/18 | ETF | 206 | Review revised draft of the Peaje brief. | .60 | 200.00 | 120.00 |
| 4/30/18 | MMB | 219 | Docket court notice received by email dated April 27, 2018, regarding deadline to file paper copies of appellee's brief - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES $ 4,644.50

VOLUME DISCOUNT $ -464.45

NET PROFESSIONAL SERVICES: $ 4,180.05

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  324420

May 3, 2018

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JOSE R. CACHO | 4.50 | 340.00 | 1,530.00 |
| HERMANN BAUER | 4.30 | 290.00 | 1,247.00 |
| UBALDO M. FERNANDEZ BARRERA | 1.40 | 210.00 | 294.00 |
| EMILIANO TRIGO FRITZ | 7.80 | 200.00 | 1,560.00 |
| MILAGROS MARCANO BAEZ | .10 | 135.00 | 13.50 |
| **Total** | **18.10** | | **$ 4,644.50** |

**TOTAL THIS INVOICE**                     **$ 4,180.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

2

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 3, 2018

FOMB IN RE HTA TITLE III

**RE: 18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 3, 2018
FOMB IN RE HTA TITLE III                                    Bill #:   324421
Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

|                                    |            |
|------------------------------------|-----------:|
| Total Professional Services        | $ 4,521.50 |
| VOLUME DISCOUNT                     | $ -452.15  |
| Net Professional Services          | $ 4,069.35 |
| Total Reimbursable Expenses        | $ .00      |
| **TOTAL THIS INVOICE**             | **$ 4,069.35** |

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 805**
**RE:   18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/02/18 | PMR | 202 | Research case law relating to escrow agreements in Puerto Rico and regulations in Puerto Rico. | 2.70 | 175.00 | 472.50 |
| 4/02/18 | JAC | 209 | Draft preliminary comments to complaint filed by Siemens Transportation Partnership Puerto Rico, S.E., against GDB, et al. | .80 | 170.00 | 136.00 |
| 4/03/18 | CGB | 209 | Exchange emails with AAFAF counsel L. Marini and Proskauer team members to coordinate conference call to discuss initial strategy in response to Siemens complaint. | .60 | 330.00 | 198.00 |
| 4/05/18 | CGB | 209 | Review and analyze Siemens complaint allegations. | .60 | 330.00 | 198.00 |
| 4/05/18 | CGB | 209 | Tel. conf. with A. K. Skellet and A. M. Ashton to coordinate initial strategy and fact finding efforts in preparation for responding to complaint. | .40 | 330.00 | 132.00 |
| 4/05/18 | CGB | 209 | Draft email to A. K. Skellet and A. M. Ashton memorializing next steps in fact finding efforts in preparation for responding to complaint. | .20 | 330.00 | 66.00 |
| 4/05/18 | CGB | 209 | Draft email to AAFAF counsel L. Marini to coordinate conference call to discuss initial strategy in response to complaint. | .20 | 330.00 | 66.00 |
| 4/05/18 | PMR | 202 | Continue research escrow agreements legal scheme in P. R. | .80 | 175.00 | 140.00 |
| 4/05/18 | PMR | 201 | Preliminary call with Proskauer to discuss Siemens v. HTA background. | .40 | 175.00 | 70.00 |
| 4/06/18 | CGB | 210 | Revise email drafted by P. Ramirez summarizing recent statutes and executive orders impacting upon GDB's payment abilities. | .30 | 330.00 | 99.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  324421                                                                    May 3, 2018

| Date | Init | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/06/18 | PMR | 202 | Review executive orders. (.70) Draft email setting fourth preliminary analysis of escrow issues. (.60) | 1.30 | 175.00 | 227.50 |
| 4/09/18 | CGB | 209 | Exchange emails with AAFAF and GDB counsel to coordinate initial strategy tel. conf. | .20 | 330.00 | 66.00 |
| 4/09/18 | CGB | 209 | Draft email to Proskauer team to coordinate initial strategy tel. conf. with AAFAF and GDB counsel. | .10 | 330.00 | 33.00 |
| 4/09/18 | PMR | 202 | Start draft of summary of findings on escrow analysis. | .70 | 175.00 | 122.50 |
| 4/11/18 | CGB | 205 | Tel. Conf. with AAFAF and GDB counsel to discuss key facts and initial strategy. | .40 | 330.00 | 132.00 |
| 4/11/18 | PMR | 205 | Conference call with counsel of GDB and Proskauer to discuss key facts and initial strategy. | .50 | 175.00 | 87.50 |
| 4/11/18 | PMR | 202 | Draft summary of escrow research findings. | .20 | 175.00 | 35.00 |
| 4/12/18 | CGB | 202 | Review and analyze legal memorandum discussing pertinent case law on distinctions between escrow and general deposit accounts. | .20 | 330.00 | 66.00 |
| 4/13/18 | PMR | 202 | Revise memorandum with comments from C. Garcia related to escrow account and general statutes and regulations thereto. | .50 | 175.00 | 87.50 |
| 4/18/18 | CGB | 209 | Review and analyze email from AAFAF counsel setting forth Plaintiff's conditions for requested extension of time. | .20 | 330.00 | 66.00 |
| 4/18/18 | CGB | 209 | Draft email to A. Ashton setting forth update from AAFAF counsel regarding Plaintiff's conditions for requested extension of time. | .20 | 330.00 | 66.00 |
| 4/20/18 | CGB | 209 | Email exchanges with A. Ashton, AAFAF counsel L. C. Marini and GDB counsel G. Lopez regarding Draft response to Plaintiff rejecting proposed conditions on requested extension of time to respond to complaint. | .40 | 330.00 | 132.00 |
| 4/23/18 | CGB | 209 | Email exchanges with AAFAF counsel L. C. Marini and GDB counsel G. Lopez to ascertain status of communications with Plaintiff regarding request for consent of extension of time. | .40 | 330.00 | 132.00 |
| 4/23/18 | CGB | 209 | Review and revise Draft motion for extension of time to respond to complaint drafted by A. Skellet. | .30 | 330.00 | 99.00 |
| 4/23/18 | CGB | 209 | Circulate draft motion for extension of time to respond to complaint drafted by A. Skellet  to AAFAF counsel L. C. Marini and GDB counsel G. Lopez. | .20 | 330.00 | 66.00 |

O'Neill & Borges LLC

Bill #:  324421                                                          May 3, 2018

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 4/23/18 | CGB | 209 | Tel. call to plaintiff's counsel J. Santos-Mimoso to confirm position on defendants requested extension of time. | .10 | 330.00 | 33.00 |
| 4/23/18 | HDB | 212 | Review status and alternatives regarding pending request for extension of time to respond to the Complaint. (.20) Review settlement agreement between Siemens and HTA. (.40)  Review GDB guaranty of the settlement agreement. (.20) Draft notes on agreements and strategy in anticipation of response to complaint. (.20) Draft e-mails on document production. (.10) Revise draft motion for extension of time. (.20) Review e-mails concerning timing of filing motion. (.10) | 1.40 | 290.00 | 406.00 |
| 4/24/18 | CGB | 209 | Follow-up tel. call to plaintiff's counsel J. Santos-Mimoso to attempt to ascertain position on defendants requested extension of time. | .10 | 330.00 | 33.00 |
| 4/24/18 | CGB | 209 | Finalize and file defendants' urgent motion seeking extension of time to respond to adversary complaint. | .30 | 330.00 | 99.00 |
| 4/24/18 | HDB | 209 | Review e-mails regarding draft motion for extension of time. (.10) and proposed edits to draft motion. (.10) | .20 | 290.00 | 58.00 |
| 4/24/18 | HDB | 209 | Review legal memorandum on escrow agreements and deposits. (.40) Outline potential arguments. (.20) | .60 | 290.00 | 174.00 |
| 4/25/18 | CGB | 209 | Analyze plaintiff Siemens Transportation Partnership Puerto Rico S.E.'s response to defendants' motion for extension of time to respond to complaint and request for pre-trial conference (Dkt. 10). | .20 | 330.00 | 66.00 |
| 4/25/18 | CGB | 209 | Exchange emails with co-counsel to coordinate strategy in response to plaintiff Siemens Transportation Partnership Puerto Rico S.E.'s response to defendants' motion for extension of time to respond to complaint and request for pre-trial conference (Dkt. 10). | .10 | 330.00 | 33.00 |
| 4/25/18 | CGB | 209 | Draft reply to plaintiff Siemens Transportation Partnership Puerto Rico S.E.'s response to defendants' motion for extension of time to respond to complaint and request for pre-trial conference (Dkt. 10). | .70 | 330.00 | 231.00 |
| 4/25/18 | CGB | 209 | Draft email to J. Swain and J. Dein forwarding courtesy copy of Docket No. 9. | .20 | 330.00 | 66.00 |
| 4/25/18 | HDB | 209 | Receive and review response to motion for extension of time. (.20) Review issues regarding arguments for a reply (.20)  Review draft reply. (.20) | .60 | 290.00 | 174.00 |

O'Neill & Borges LLC

Bill #:  324421                                                                                    May 3, 2018

| 4/26/18 | CGB | 209 | Analyze court order granting defendants' extension of time to respond to adversary complaint and scheduling conference. | .20 | 330.00 | 66.00 |
| 4/26/18 | HDB | 203 | Review order on answer to complaint and status conference. (.20)  Draft e-mail regarding scheduling conference. (.10) | .30 | 290.00 | 87.00 |

TOTAL PROFESSIONAL SERVICES                          $ 4,521.50

VOLUME DISCOUNT                                      $ -452.15

NET PROFESSIONAL SERVICES:                           $ 4,069.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| CARLA GARCIA BENITEZ | 6.80 | 330.00 | 2,244.00 |
| HERMANN BAUER | 3.10 | 290.00 | 899.00 |
| PRISCILA M. RAMIREZ SEGARRA | 7.10 | 175.00 | 1,242.50 |
| JORGE A. CANDELARIA | .80 | 170.00 | 136.00 |
| **Total** | **17.80** | | **$ 4,521.50** |

**TOTAL THIS INVOICE**                               **$ 4,069.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

          Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

          Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

-------------------------------------------------------------------x

### COVER SHEET TO THIRTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY FOR THE PERIOD OF MAY 1, 2018 THROUGH MAY 31, 2018

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four (4) Digits of Federal Tax ID: 3747).

00565987; 1

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2018 through May 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,639.20 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $16,639.20 |

This is a: __X__ monthly ____ interim ____ final application

This is O&B's thirteenth monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2018.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 9, 2018 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn: Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re: In re: Commonwealth of Puerto Rico

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR 00901-2419
Attn: Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq., aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR 00918
Attn: A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn: Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury:**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Alfredo Alvarez Ibanez | Member | Corporate | $300.00 | 1.80 | $ 540.00 |
| Hermann D. Bauer | Member | Litigation | $290.00 | 27.20 | $ 7,888.00 |
| Hermann D. Bauer | Member | Litigation | $145.00 | 4.00 | $ 580.00 |
| Carla Garcia Benitez | Member | Litigation | $330.00 | 9.70 | $ 3,201.00 |
| Julio Pietrantoni | Member | Corporate | $355.00 | 8.60 | $ 3,053.00 |
| Ubaldo M. Fernandez Barrera | Jr. Member | Litigation | $210.00 | 0.80 | $ 168.00 |
| Jorge A. Candelaria | Associate | Corporate | $170.00 | 6.50 | $ 1,105.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $180.00 | 8.40 | $ 1,512.00 |
| Emiliano Trigo Fritz | Associate | Corporate | $200.00 | 1.80 | $ 360.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $135.00 | 0.60 | $ 81.00 |
| | **Totals** | | | 69.40 | $ 18,488.00 |
| | **Less: 10% Courtesy discount** | | | | $ (1,848.80) |
| **SUMMARY OF LEGAL FEES** | | | | | $ 16,639.20 |

Note: This summary includes 4.0 hours of non-working travel time for attorney Hermann D. Bauer.

**HTA TITLE III**

**Summary of Disbursements for the Period May 1 through May 31, 2018**

| Description - Expenses | | | Amounts | |
|---|---|---|---|---|
| | | | $ | - |
| | **Totals** | | $ | - |
| **SUMMARY OF DISBURSEMENTS** | | | $ | - |

**HTA TITLE III**

**Summary of Legal Fees for the Period May 1 through May 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks Relating to the Board, its Members, its Staff, its Advisors or its Consultants | 0.30 | $    106.50 |
| 202 | Legal Research | 6.50 | $  1,105.00 |
| 203 | Hearings and Other Non-filed Communications with the Court | 0.40 | $    116.00 |
| 204 | Communications with Claim Holders | 0.70 | $    231.00 |
| 206 | Documents Filed on Behalf of the Board | 11.20 | $  2,324.00 |
| 207 | Non-Board Court Filings | 1.30 | $    377.00 |
| 208 | Stay Matters | 1.30 | $    377.00 |
| 209 | Adversary Proceeding | 9.00 | $  2,970.00 |
| 210 | Analysis and Strategy | 30.30 | $  9,182.50 |
| 212 | General Administration | 5.30 | $    957.00 |
| 218 | Employment and Fee Applications | 0.80 | $    168.00 |
| 219 | Docketing | 1.20 | $    255.00 |
| 223 | Assumption and Rejection of Leases | 1.10 | $    319.00 |
| | | | **$18,488.00** |
| | **Less: 10% Courtesy Discount** | | **$ (1,848.80)** |
| | **TOTALS** | **69.40** | **$16,639.20** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $14,975.28, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $14,975.28.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00565987; 1

# **Exhibit A**

00565987; 1

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2018

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 5, 2018

FOMB IN RE HTA TITLE III

Bill #:    326794

Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending May 31, 2018:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 1,275.00 |
| Less Discount | $ -127.50 |
| Net Professional Services | $ 1,147.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,147.50** |

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/18 | HDB | 223 | Tel. conf. with J. Cardona (counsel for movants on HTA Motions to Compel) to discuss issues concerning language in proposed stipulation. (.20) Draft e-mail regarding call. (.10) | .30 | 290.00 | 87.00 |
| 5/02/18 | HDB | 212 | Review draft sur-reply on the A. Mercado Motion to Compel (.20) Receive and review Court Order regarding supplemental briefing. (.20) | .40 | 290.00 | 116.00 |
| 5/04/18 | HDB | 208 | Receive and review Motion for Relief from Stay filed by the Municipality of Ponce. (30) Draft e-mail regarding same. (.10) | .40 | 290.00 | 116.00 |
| 5/07/18 | HDB | 223 | Tel. conf. with counsel for AAFAF and counsel for movants in HTA Motions to Compel Assumption of Contracts. | .30 | 290.00 | 87.00 |
| 5/10/18 | HDB | 223 | Draft e-mail regarding status of Stipulations to resolve HTA Motions to Compel | .20 | 290.00 | 58.00 |
| 5/11/18 | HDB | 208 | Receive and review stay relief notice regarding Finca Perseverancia. (.20)  Draft e-mails regarding same. (.10) | .30 | 290.00 | 87.00 |
| 5/16/18 | HDB | 208 | Analyze AAFAF's proposals for lift stay modifications. | .30 | 290.00 | 87.00 |
| 5/16/18 | HDB | 223 | Tel. conf. with J. Cardona (counsel for movants on motions to compel. (.20) Draft e-mail regarding same to Proskauer. (.10) | .30 | 290.00 | 87.00 |
| 5/16/18 | MMB | 219 | Docket court notice received by email dated May 2, 2018, regarding order directing supplemental briefing and status report in connection with notice of compliance and petition for payment of funds dkt. 345, due date of status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

O'Neill & Borges LLC

Bill #:  326794                                                                                           June 5, 2018

| 5/18/18 | UMF | 218 | Draft monthly fee applications for February and March 2018 relating to HTA Title III work. | .80 | 210.00 | 168.00 |
| 5/21/18 | HDB | 208 | Analyze Puerto Rico Law issues raised in Joint Status Report in Compliance with Order Directing Supplemental Briefing and Status Report of Movant Adrian Mercado Jimenez and AAFAF on Behalf of The Puerto Rico Highways and Transportation Authority | .30 | 290.00 | 87.00 |
| 5/23/18 | HDB | 207 | Analyze Motion to Strike Joint Status Report and Request for Sanctions filed by Adrian Mercado. | .20 | 290.00 | 58.00 |
| 5/24/18 | HDB | 212 | Respond to query regarding status of Stipulation to resolve Motions to Compel Assumption of Construction Agreements. | .20 | 290.00 | 58.00 |
| 5/24/18 | HDB | 212 | Analyze Order denying Motion to Strike and Sanctions filed by Adrian Mercado Jimenez. | .20 | 290.00 | 58.00 |
| 5/25/18 | DJP | 206 | File the Debtors' Response to (I) Motion for Extension of Bar Date to File Proofs of Claim and (II) Response of Official Committee of Unsecured Creditors, and supporting exhibits, through the court's electronic filing system in case 17-3567. | .20 | 180.00 | 36.00 |
| 5/29/18 | MMB | 219 | Docket court notice received by email dated May 25, 2018, regarding deadline to file proofs of claim - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 5/30/18 | HDB | 203 | Analyze Order denying Motion to Compel Payment of Funds filed by Adrian Mercado. | .20 | 290.00 | 58.00 |

TOTAL PROFESSIONAL SERVICES                        $ 1,275.00

Less Discount                                                          $ -127.50

NET PROFESSIONAL SERVICES:                        $ 1,147.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 3.60 | 290.00 | 1,044.00 |
| UBALDO M. FERNANDEZ BARRERA | .80 | 210.00 | 168.00 |
| DANIEL J. PEREZ REFOJOS | .20 | 180.00 | 36.00 |
| MILAGROS MARCANO BAEZ | .20 | 135.00 | 27.00 |
| **Total** | **4.80** | | **$ 1,275.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326794                                                                              June 5, 2018

**TOTAL THIS INVOICE**                                                          **$ 1,147.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

## O'NEILL & BORGES LLC

June 5, 2018

FOMB IN RE HTA TITLE III

**RE: NON-WORKING TRAVEL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2018

FOMB IN RE HTA TITLE III

Bill #:    326795

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2018:

**Client.Matter: P1703 - 1**

**RE:  NON-WORKING TRAVEL**

| | |
|---|---:|
| Total Professional Services | $ 580.00 |
| VOLUME DISCOUNT | $ -58.00 |
| Net Professional Services | $ 522.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 522.00** |

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1703 . 1**
**RE:  NON-WORKING TRAVEL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/30/18 | HDB | 212 | Travel from Boston to PR after Hearing in 18-AP-0030. | 4.00 | 145.00 | 580.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 580.00 |
| VOLUME DISCOUNT | | $ -58.00 |
| NET PROFESSIONAL SERVICES: | | $ 522.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.00 | 145.00 | 580.00 |
| **Total** | **4.00** | | **$ 580.00** |

**TOTAL THIS INVOICE**                    **$ 522.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2018

FOMB IN RE HTA TITLE III

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

June 5, 2018

FOMB IN RE HTA TITLE III

Bill #:   326796

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2018:

**Client.Matter: P1703 - 801**

**RE:  17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 4,651.00 |
| VOLUME DISCOUNT | $ -465.10 |
| Net Professional Services | $ 4,185.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 4,185.90** |

O'NEILL & BORGES LLC

250 Muñoz Rivera Ave Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1703 . 801**
**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/09/18 | HDB | 219 | Review Peaje's reply brief. | .60 | 290.00 | 174.00 |
| 5/23/18 | JP | 210 | Analyze plaintiff's argument that HTA bond resolutions can be considered "regulations" as to impact claims of statutory liens by bondholders. | 1.20 | 355.00 | 426.00 |
| 5/23/18 | HDB | 210 | Analysis of queries regarding the characterization of Resolutions as regulations under Puerto Rico law, in anticipation of oral arguments. | .40 | 290.00 | 116.00 |
| 5/24/18 | JP | 210 | Research legislature history and case law relating to whether HTA bond resolutions can be considered "regulations". | 5.20 | 355.00 | 1,846.00 |
| 5/24/18 | HDB | 210 | Analyze distinction between regulation and resolution under PR Law. | .40 | 290.00 | 116.00 |
| 5/24/18 | JAC | 202 | Conduct research on whether PRHTA bond resolutions could be deemed regulations under Puerto Rico law. | 5.10 | 170.00 | 867.00 |
| 5/24/18 | JAC | 202 | Draft email to J. Pietrantoni on whether PRHTA bond resolutions could be deemed regulations under Puerto Rico law. | .70 | 170.00 | 119.00 |
| 5/25/18 | JP | 201 | Email to Proskauer team relating to whether HTA bond resolutions can be considered "regulations". | .30 | 355.00 | 106.50 |
| 5/25/18 | JP | 210 | Draft memo analyzing argument of whether HTA bond resolutions can be considered "regulations" for purposes of statutory liens provisions of bankruptcy code. | 1.90 | 355.00 | 674.50 |
| 5/25/18 | HDB | 210 | Analyze e-mail regarding HTA Regulations in connection with oral argument preparation. | .30 | 290.00 | 87.00 |
| 5/25/18 | JAC | 202 | Research case law on regulations under Puerto Rico law. | .70 | 170.00 | 119.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326796                                                          June 5, 2018

TOTAL PROFESSIONAL SERVICES                        $ 4,651.00

VOLUME DISCOUNT                                    $ -465.10

NET PROFESSIONAL SERVICES:                         $ 4,185.90

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JULIO PIETRANTONI | 8.60 | 355.00 | 3,053.00 |
| HERMANN BAUER | 1.70 | 290.00 | 493.00 |
| JORGE A. CANDELARIA | 6.50 | 170.00 | 1,105.00 |
| **Total** | **16.80** | | **$ 4,651.00** |

**TOTAL THIS INVOICE**                             **$ 4,185.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2018

FOMB IN RE HTA TITLE III

**RE:   18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2018
FOMB IN RE HTA TITLE III                                    Bill #:   326797
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2018:

**Client.Matter: P1703 - 805**

**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

|  |  |
|---|---|
| Total Professional Services | $ 11,622.00 |
| VOLUME DISCOUNT | $ -1,162.20 |
| Net Professional Services | $ 10,459.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 10,459.80** |

Electronic Invoice

IN ACCOUNT WITH
250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 805**
**RE:  18-00030-LTS SIEMENS TRANSPORTATION V. PR HTA ET AL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/02/18 | CGB | 209 | Review and analyze Notice Of Hearing And Procedural Order (Dkt. 12). | .10 | 330.00 | 33.00 |
| 5/02/18 | CGB | 209 | Analyze Brief In Support Of Plaintiff Siemens Transportation Partnership Puerto Rico, S.E.'S Motion To Preserve Funds Held In Escrow And Request For Discovery In Aid Of Any Hearing Deemed Necessary By The Court (Dkt. 13). | .30 | 330.00 | 99.00 |
| 5/02/18 | CGB | 209 | Review notice Of Plaintiff Siemens Transportation Partnership Puerto Rico, S.E.'S Motion To Preserve Funds Held In Escrow And Request For Discovery In Aid Of Any Hearing Deemed Necessary By The Court (Dkt. 14). | .10 | 330.00 | 33.00 |
| 5/02/18 | CGB | 209 | Draft email to counsel for GDB and counsel for AAFAF forwarding copies of Plaintiff's court filings (Dkt. 13 and 14). | .10 | 330.00 | 33.00 |
| 5/02/18 | HDB | 207 | Coordinate issues regarding May 29, 2018 Hearing. (.10)  Analyze Motion to Preserve Funds Held In Escrow And Request For Discovery In Aid Of Any Hearing Deemed Necessary By The Court. (.50)  Examine order regarding hearing. (.10)  Draft e-mail outline legal arguments to oppose Motion to Preserve Funds. (.40) | 1.10 | 290.00 | 319.00 |
| 5/07/18 | CGB | 209 | Tel. Conf. with counsel for GDB and AAFAF to develop strategy and coordinate tasks in reaction to Plaintiff's motion to preserve funds. | .70 | 330.00 | 231.00 |
| 5/07/18 | HDB | 210 | Prepare for conference call with counsel for co-defendant. (.20) Tel. conf. with counsel for GDB and AAFAF regarding strategy to respond to complaint and oppose motion to restrict funds. (.50) | .70 | 290.00 | 203.00 |

O'Neill & Borges LLC

Bill #:  326797                                                                                                    June 5, 2018

| 5/14/18 | CGB | 209 | Review (.10) and respond (.10) to email from A. Skellet regarding status of Draft objection to be filed by GDB and AAFAF in reaction to Plaintiff's request to preserve funds. | .20 | 330.00 | 66.00 |
|---|---|---|---|---|---|---|
| 5/14/18 | CGB | 209 | Draft email to GDB counsel regarding status of Draft objection to be filed by GDB and AAFAF in reaction to Plaintiff's request to preserve funds. | .20 | 330.00 | 66.00 |
| 5/15/18 | CGB | 209 | Analyze first draft of Defendants' joint Objection to Siemens Transportation Partnership Puerto Rico, S.E.'S Motion To Preserve Funds Held In Escrow And Request For Discovery In Aid Of Any Hearing Deemed Necessary By The Court. | .40 | 330.00 | 132.00 |
| 5/15/18 | CGB | 209 | Tel. conf. with GDB counsel to discuss comments and suggestions to be incorporated into first draft of Defendants' joint Objection to Siemens Transportation Partnership Puerto Rico, S.E.'S Motion To Preserve Funds Held In Escrow. | .40 | 330.00 | 132.00 |
| 5/15/18 | CGB | 209 | Draft email to A. Ashton and A. Skellet regarding status of draft and coordination of next steps with GDB counsel. | .40 | 330.00 | 132.00 |
| 5/15/18 | CGB | 209 | Revise second draft of Defendants' joint Objection to Siemens Transportation Partnership Puerto Rico, S.E.'S Motion To Preserve Funds Held In Escrow. | 1.10 | 330.00 | 363.00 |
| 5/15/18 | CGB | 204 | Analyze case law on garnishment of public funds to consider alternate arguments in objection to Plaintiff motion to preserve funds. | .70 | 330.00 | 231.00 |
| 5/15/18 | HDB | 210 | Edit draft Opposition by GDB to the Motion to Preserve Funds in Escrow and for Discovery. (.60) Draft e-mail regarding same. (.20) | .80 | 290.00 | 232.00 |
| 5/16/18 | CGB | 209 | Review Response of Financial Oversight and Management Board For Puerto Rico, On Its Own Behalf and As Representative Of The Puerto Rico Highways And Transportation Authority, to Motion Of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held In Escrow and Request For Discovery In Aid Of Any Hearing Deemed Necessary by The Court. | .40 | 330.00 | 132.00 |
| 5/16/18 | HDB | 210 | Comment revised draft opposition to motion to preserve funds in escrow. | .60 | 290.00 | 174.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797                                                                                      June 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/16/18 | HDB | 210 | Various calls to A. Ashton regarding draft opposition to motion to retail funds. (.40) Tel. conf. with J. Levitan regarding edits to GDB opposition. (.30). Edit draft Opposition. (1.10) Tel. conf. with G. Lopez Soler (.20) Draft e-mail to counsel for AAFAF/GDB regarding the same (.20) Revise FOMB draft response to motion to preserve funds. (.40) | 2.60 | 290.00 | 754.00 |
| 5/16/18 | DJP | 206 | Edit response of Financial Oversight and Management Board for Puerto Rico, on its own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Motion of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held in Escrow and Request for Discovery in Aid of Any Hearing Deemed Necessary by the Court, in anticipation of its filing. | .90 | 180.00 | 162.00 |
| 5/16/18 | DJP | 206 | File the Response of Financial Oversight and Management Board for Puerto Rico, on its own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Motion of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held in Escrow and Request for Discovery in Aid of Any Hearing Deemed Necessary by the Court, through the court's electronic filing system. | .30 | 180.00 | 54.00 |
| 5/16/18 | DJP | 206 | Draft email to Prime Clerk LLC informing of the filing of the Response of Financial Oversight and Management Board for Puerto Rico, on its own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Motion of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held in Escrow and Request for Discovery in Aid of Any Hearing Deemed Necessary by the Court, and requesting service. | .20 | 180.00 | 36.00 |
| 5/16/18 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Response of Financial Oversight and Management Board for Puerto Rico, on its own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Motion of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held in Escrow and Request for Discovery in Aid of Any Hearing Deemed Necessary by the Court. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797                                                                    June 5, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/16/18 | DJP | 206 | Draft certificate of service to be filed in connection with the Response of Financial Oversight and Management Board for Puerto Rico, on its own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Motion of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held in Escrow and Request for Discovery in Aid of Any Hearing Deemed Necessary by the Court. | .60 | 180.00 | 108.00 |
| 5/16/18 | DJP | 206 | File the certificate of service in connection with the Response of Financial Oversight and Management Board for Puerto Rico, on its own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Motion of Siemens Transportation Partnership Puerto Rico, S.E. to Preserve Funds Held in Escrow and Request for Discovery in Aid of Any Hearing Deemed Necessary by the Court, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 5/16/18 | MMB | 219 | Docket court notice received by email dated May 2, 2018, regarding hearing  5/29/2018 - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 5/17/18 | HDB | 203 | Analyze scheduling hearing Court Order. | .20 | 290.00 | 58.00 |
| 5/18/18 | MMB | 219 | Docket court notice received by email dated May 17, 2018, regarding deadline for GDB and AAFAF to file certified translations - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |
| 5/21/18 | HDB | 212 | Edit draft informative motion regarding May 29, 2018 hearing. | .20 | 290.00 | 58.00 |
| 5/21/18 | HDB | 210 | Tel. conf in anticipation of hearing with Proskauer, counsel for GDB and counsel for AAFAF. | .60 | 290.00 | 174.00 |
| 5/21/18 | DJP | 206 | Finalize the Informative Motion of Financial Oversight and Management Board, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, Regarding Request to be Heard at the May 29, 2018 Hearing, in anticipation of its filing. | .40 | 180.00 | 72.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797                                                                 June 5, 2018

| 5/21/18 | DJP | 206 | File the Informative Motion of Financial Oversight and Management Board, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, Regarding Request to be Heard at the May 29, 2018 Hearing, through the court's electronic filing system. | .30 | 180.00 | 54.00 |
|---|---|---|---|---|---|---|
| 5/21/18 | DJP | 206 | Draft email to Prime Clerk LLC informing of the filing of the Informative Motion of Financial Oversight and Management Board, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, Regarding Request to be Heard at the May 29, 2018 hearing, and requesting service. | .20 | 180.00 | 36.00 |
| 5/21/18 | DJP | 206 | Draft email to presiding judge attaching stamped version of the Informative Motion of Financial Oversight and Management Board, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, Regarding Request to be Heard at the May 29, 2018 hearing. | .20 | 180.00 | 36.00 |
| 5/22/18 | HDB | 210 | Coordinate with counsel for Siemens regarding deposition transcripts. (.20)  Analyze outline of motion to dismiss. (.30) Tel. conf regarding analysis of outline Motion to Dismiss and legal arguments with Proskauer. (.30) | .80 | 290.00 | 232.00 |
| 5/23/18 | AAI | 210 | Review outline of motion to dismiss claim against FOMB. (.30) analyze requirements of true escrows under PR law. (.70) Review and respond M. Bienenstock questions. (.90) Attend call with H. Bauer and Proskauer team regarding true escrow arguments and benefits of such treatment. (.30) | 1.80 | 300.00 | 540.00 |
| 5/23/18 | HDB | 210 | Commence revision and analysis of José Santiago Deposition Transcript in connection with development and review of arguments in the motion to dismiss. | .40 | 290.00 | 116.00 |
| 5/23/18 | HDB | 210 | Respond to legal query by Proskauer concerning escrow agreements in connection with Motion to Dismiss. (.30) Tel. conf. with Proskauer to discuss legal theory and strategy. (.60) | .90 | 290.00 | 261.00 |
| 5/24/18 | HDB | 212 | Coordinate call with J. Maldonado, General Counsel for HTA. (.20) Draft e-mails regarding the same. (.10) | .30 | 290.00 | 87.00 |
| 5/24/18 | HDB | 210 | Analyze proof of claim filed by Siemens. | .30 | 290.00 | 87.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797                                                                June 5, 2018

| 5/25/18 | HDB | 210 | Tel. conf with J. Maldonado on background facts and legal issues. | .50 | 290.00 | 145.00 |
|---------|-----|-----|---|------|--------|--------|
| 5/26/18 | HDB | 210 | Revise FOMB/HTA draft Motion to Dismiss. (.70) Draft e-mail with comments and suggestions thereto. (.20) | .90 | 290.00 | 261.00 |
| 5/27/18 | HDB | 210 | Review e-mails from Proskauer regarding concerns over GDB's draft Motion to Dismiss. (.20)  Review E. Barak's edits to draft GDB Motion to Dismiss. (.20) Revise GDB's draft Motion to Dismiss (1.70) Tel. conf with counsel for GDB regarding Motion to Dismiss. (.40) | 2.50 | 290.00 | 725.00 |
| 5/28/18 | CGB | 209 | Review Draft motion to dismiss claims as against FOMB and HTA. | .60 | 330.00 | 198.00 |
| 5/28/18 | CGB | 209 | Review Draft motion to dismiss claims as to GDB to ensure consistency of arguments being presented by FOMB and HTA. | .40 | 330.00 | 132.00 |
| 5/28/18 | CGB | 209 | Review draft email to Plaintiff's counsel to meet and confer on arguments for dismissal to be presented by FOMB and HTA. | .20 | 330.00 | 66.00 |
| 5/28/18 | CGB | 209 | Finalize (.20) and send (.10) email to Plaintiff's counsel to meet and confer on arguments for dismissal to be presented by FOMB and HTA. | .30 | 330.00 | 99.00 |
| 5/28/18 | HDB | 206 | Revise AAFAF's joinder and supplemental motion to dismiss. (.30)  Draft e-mail regarding same. (.10) Revise and edit revisions to FOMB Motion to Dismiss. (.40) Draft e-mails regarding judicial notice issues. (.20) Additional edits to GDB Motion to Dismiss. (.80)  Draft e-mail regarding same. (.10) Review issues regarding meet and confer. (.30) Draft e-mail regarding prior discussions between GDB and Siemens. (.20) Review Notice of Motion. (.20) Proposed draft Order. (.20) | 2.80 | 290.00 | 812.00 |
| 5/29/18 | CGB | 209 | Attend meet and confer Tel. Conf. with counsel for all parties to discuss arguments for dismissal to be presented by FOMB and HTA. | .40 | 330.00 | 132.00 |
| 5/29/18 | CGB | 209 | Revise the draft Memorandum Of Law Of The Financial Oversight And Management Board For Puerto Rico, On Its Own Behalf And As Representative Of The Puerto Rico Highways And Transportation Authority, In Support Of Motion To Dismiss Plaintiff's Adversary Complaint Pursuant To Fed. R. Civ. P. 12(B)(6). | .90 | 330.00 | 297.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797                                                                                      June 5, 2018

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/29/18 | CGB | 209 | Exchange emails with A. Ashton and A. Skellet regarding draft language to address Plaintiff's allegations at footnote 6 in the Revised draft Memorandum Of Law Of The Financial Oversight And Management Board For Puerto Rico In Support Of Motion To Dismiss Plaintiff's Adversary Complaint Pursuant To Fed. R. Civ. P. 12(B)(6). | .30 | 330.00 | 99.00 |
| 5/29/18 | CGB | 209 | Analyze GDB's filed motion to dismiss at Docket No. 29 to ensure consistency of legal arguments for dismissal. | .40 | 330.00 | 132.00 |
| 5/29/18 | CGB | 209 | Analyze AAFAF's filed motion to dismiss at Docket No. 31 to ensure consistency of legal arguments for dismissal. | .30 | 330.00 | 99.00 |
| 5/29/18 | CGB | 209 | Draft revisions to the FOMB's Notice Of Motion Of The Financial Oversight And Management Board For Puerto Rico, On Its Own Behalf And As Representative Of The Puerto Rico Highways And Transportation Authority, To Dismiss Plaintiff's Adversary Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And Request For Hearing | .40 | 330.00 | 132.00 |
| 5/29/18 | CGB | 209 | Revise proposed order to be filed with request for dismissal. | .10 | 330.00 | 33.00 |
| 5/29/18 | CGB | 209 | Analyze Court Minutes at Docket No. 32. | .10 | 330.00 | 33.00 |
| 5/29/18 | CGB | 209 | Coordinate filing of Notice of motion to dismiss and memorandum of law in support thereof with D. Perez-Refojos. | .10 | 330.00 | 33.00 |
| 5/29/18 | HDB | 210 | Analyze and respond to e-mail from counsel for GDB regarding edits and suggestions to GDB's draft motion to dismiss. (.10)  Participate in meet and confer with Siemens. (.40) Prepare for hearing before Judge Dein. (.30)  Attend hearing (1.90) Review comments to Motion to Dismiss by Juan Maldonado, general counsel for HTA .(.20) Tel. conf with Proskauer team to develop litigation strategy .(.70)  Revise additional edits to GDB's Motion to Dismiss. (.30) | 3.90 | 290.00 | 1,131.00 |
| 5/29/18 | DJP | 206 | Discuss with A. Skellet from Proskauer Rose LLP legal strategy in connection with the filing of Motion to Dismiss the Adversary Complaint. | .30 | 180.00 | 54.00 |
| 5/29/18 | DJP | 206 | Edit proposed order to be submitted in connection with motion to dismiss adversary complaint. | .40 | 180.00 | 72.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797 June 5, 2018

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/29/18 | DJP | 206 | Incorporate changes to the preliminary draft of the Notice of Motion to be filed in connection with motion to dismiss adversary complaint. | .40 | 180.00 | 72.00 |
| 5/29/18 | DJP | 206 | Organize all exhibits to be filed in support of the motion to dismiss adversary complaint. | .60 | 180.00 | 108.00 |
| 5/29/18 | DJP | 206 | Finalize the Notice of Motion of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and request for hearing. | .30 | 180.00 | 54.00 |
| 5/29/18 | DJP | 206 | File the Notice of Motion of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and request for hearing, through the court's electronic filing system. | .20 | 180.00 | 36.00 |
| 5/29/18 | DJP | 206 | Finalize the Memorandum of Law of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, in Support of Motion to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). | .70 | 180.00 | 126.00 |
| 5/29/18 | DJP | 206 | File the Memorandum of Law of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, in Support of Motion to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and supporting exhibits, through the court's electronic filing system. | .20 | 180.00 | 36.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  326797                                                                      June 5, 2018

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/29/18 | DJP | 206 | Draft email to Prime Clerk LLC informing of the filing of the Notice of Motion of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Request for Hearing, and of the Memorandum of Law of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, in Support of Motion to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and requesting service accordingly. | .20 | 180.00 | 36.00 |
| 5/29/18 | DJP | 206 | Draft email to presiding judge attaching stamped versions of the Notice of Motion of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and Request for Hearing, and of the Memorandum of Law of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, in Support of Motion to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). | .10 | 180.00 | 18.00 |
| 5/29/18 | DJP | 206 | Draft follow up email to presiding judge attaching Word format version of the proposed order granting the Motion of the Financial Oversight and Management Board for Puerto Rico, on its Own Behalf and as Representative of the Puerto Rico Highways and Transportation Authority, to Dismiss Plaintiff's Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), as required under the Case Management Order. | .20 | 180.00 | 36.00 |
| 5/30/18 | CGB | 209 | Analyze Court Order at Docket No. 35. | .10 | 330.00 | 33.00 |
| 5/30/18 | HDB | 210 | Discuss legal and strategy issues with counsel for GDB. (.30)  Draft e-mail memorandum outline of discussions with counsel for GDB (.20) Analyze Court Orders. (.20) Strategy call with Proskauer regarding next steps and status report. (.50) | 1.20 | 290.00 | 348.00 |

O'Neill & Borges LLC

Bill #:  326797

June 5, 2018

| 5/30/18 | DJP | 206 | Contact presiding judge's courtroom deputy clerk in order to inquire the reasons why the Notice of Motion to Dismiss and Request for Hearing was removed from the record. | .40 | 180.00 | 72.00 |
| 5/30/18 | DJP | 206 | Finalize updated version of the Notice of Motion to Dismiss and Request for Hearing in anticipation of its filing. | .40 | 180.00 | 72.00 |
| 5/30/18 | DJP | 206 | File the Notice of Motion to Dismiss and Request for Hearing through the court's electronic filing system. | .30 | 180.00 | 54.00 |
| 5/30/18 | MMB | 219 | Docket entry for C. García, H. Bauer, U. Fernandez, D. Pérez, regarding deadline to file status report addressing issues identified in open court at May 29, 2018 hearing. | .10 | 135.00 | 13.50 |
| 5/31/18 | HDB | 210 | Analyze proposed alternatives structures for resolution of escrow issue raised in the Motion to Dismiss and potential impact to a GDB Title VI. | .60 | 290.00 | 174.00 |
| 5/31/18 | MMB | 219 | Docket court notice received by email dated May 29, 2018, regarding time extension to file certified translation - H. Bauer, U. Fernandez, D. Pérez. | .10 | 135.00 | 13.50 |

TOTAL PROFESSIONAL SERVICES                           $ 11,622.00

VOLUME DISCOUNT                                           $ -1,162.20

NET PROFESSIONAL SERVICES:                           $ 10,459.80

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | 9.70 | 330.00 | 3,201.00 |
| ALFREDO ALVAREZ IBANEZ | 1.80 | 300.00 | 540.00 |
| HERMANN BAUER | 21.90 | 290.00 | 6,351.00 |
| DANIEL J. PEREZ REFOJOS | 8.20 | 180.00 | 1,476.00 |
| MILAGROS MARCANO BAEZ | .40 | 135.00 | 54.00 |
| **Total** | **42.00** | | **$ 11,622.00** |

**TOTAL THIS INVOICE**                           **$ 10,459.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

June 5, 2018

FOMB IN RE HTA TITLE III

**RE:  FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

270 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

June 5, 2018
FOMB IN RE HTA TITLE III                                    Bill #:   328548
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2018:

**Client.Matter: P1703 - 2**

**RE:  FISCAL PLAN**

|                                  |              |
|----------------------------------|--------------|
| Total Professional Services      | $ 360.00     |
| VOLUME DISCOUNT                  | $ -36.00     |
| Net Professional Services        | $ 324.00     |
| Total Reimbursable Expenses      | $ .00        |
| **TOTAL THIS INVOICE**           | **$ 324.00** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 2**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/02/18 | ETF | 210 | Call with E. Arroyo regarding HTA revenue forecast letter. | .10 | 200.00 | 20.00 |
| 5/03/18 | ETF | 210 | Revise revenue forecast letter regarding HTA. (.50) Tel. call with E. Arroyo regarding same. (.40) Revise updated draft of such letter. (.30) | 1.20 | 200.00 | 240.00 |
| 5/04/18 | ETF | 210 | Tel. call with EY regarding Appendix A to HTA revenue forecast letter. (.20) Email exchange with EY and FOMB regarding freeze language. (.10) | .30 | 200.00 | 60.00 |
| 5/21/18 | ETF | 210 | Tel. conf. with M. Tulla regarding conversation with AAFAF and Ankura regarding HTA appropriation. | .10 | 200.00 | 20.00 |
| 5/21/18 | ETF | 210 | Tel. conf. with E. Arroyo regarding HTA budget. | .10 | 200.00 | 20.00 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 360.00 |
| VOLUME DISCOUNT | | $ -36.00 |
| NET PROFESSIONAL SERVICES: | | $ 324.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| EMILIANO TRIGO FRITZ | 1.80 | 200.00 | 360.00 |
| **Total** | **1.80** | | **$ 360.00** |

**TOTAL THIS INVOICE**                    **$ 324.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE