# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

The blended hourly rate for CST Law timekeepers who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters") during the twelve-month period beginning on January 1, 2016 and ending on December 31, 2016 was, in the aggregate, approximately $177.00 per hour (the "Non-Bankruptcy Blended Hourly Rate"). The blended hourly rate for CST Law's timekeepers in the Title III Cases during the Application Period was approximately $150.00[14] per hour (the "Debtor Blended Hourly Rate"). A detailed comparison of these rates follows:

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | NON-BANKRUPTCY BLENDED HOURLY RATE | DEBTOR BLENDED HOURLY RATE |
| Partner | $243.00 | $270.00 |
| Junior Partner | $174.00 | $103.29 |
| Counsel | $150.00 | $102.23 |
| Senior Associate | $143.00 | $124.43 |
| Associate | $124.00 | $147.10 |
| All timekeepers aggregated | $177.00 | $150.00 |

---

[14] Please note that the average hourly rate is significantly lower due to CST Law's agreement to review documents on a fixed hourly rate of $100.00 per hour. The usual rate for Junior Partners and Counsel is $240.00, for Senior Associates is $200.00 and for Associates is $170.00.