**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD**

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas Ayala | Partner | Labor and Litigation | 1997 | $109,377.00 | 405.10 | $270.00 | 0 |
| Juan J. Casillas Ayala | Partner | Labor and Litigation | 1997 | $4,333.50 | 32.10 | $135.00 | 0 |
| Luis L. Torres Marrero | Partner | Corporate and Taxes | 1997 | $10,530.00 | 39.00 | $270.00 | 0 |
| Miguel A. Santiago Rivera | Partner | Corporate and Taxes | 1998 | $20,277.00 | 75.10 | $270.00 | 0 |
| | | **Total Partner:** | | **$144,517.50** | **551.30** | | |
| Israel Fernández | Junior Partner | Labor and Litigation | 2006 | $9,024.00 | 37.60 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$9,024.00** | **37.60** | | |
| René Comas | Special Counsel | Labor and Litigation | 1997 | $1,248.00 | 5.20 | $240.00 | 0 |
| René Comas | Special Counsel | Labor and Litigation | 1997 | $2,740.00 | 27.40 | $100.00 | 0 |
| | | **Total Special Counsel:** | | **$3,988.00** | **32.60** | | |
| Diana M. Alcaraz Irizarry | Senior Associate | Corporate and Taxes | 2005 | $700.00 | 3.50 | $200.00 | 0 |
| Diana M. Alcaraz Irizarry | Senior Associate | Corporate and Taxes | 2005 | $540.00 | 5.40 | $100.00 | 0 |
| Ericka Montull Novoa | Senior Associate | Labor and Litigation | 2011 | $6,940.00 | 34.70 | $200.00 | 0 |

| Name | Title | Department | Year | Fees | Hours | Rate | |
|---|---|---|---|---|---|---|---|
| Ericka Montull Novoa | Senior Associate | Labor and Litigation | 2011 | $5,600.00 | 56.00 | $100.00 | 0 |
| Lorimar Barreto Vincenty | Senior Associate | Labor and Litigation | 2005 | $1,970.00 | 19.70 | $100.00 | 0 |
| Viviana Sierra | Senior Associate | Labor and Litigation | 2011 | $7,260.00 | 36.30 | $200.00 | 0 |
| Viviana Sierra | Senior Associate | Labor and Litigation | 2011 | $4,200.00 | 42.00 | $100.00 | 0 |
| | | **Total Senior Associate:** | | **$27,210.00** | **197.60** | | |
| Alberto J. E. Añeses Negrón | Associate | Corporate and Taxes | 2014 | $57,307.00 | 337.10 | $170.00 | 0 |
| Alberto J. E. Añeses Negrón | Associate | Corporate and Taxes | 2014 | $790.50 | 9.30 | $85.00 | 0 |
| Cristina Fernández Niggeman | Associate | Labor and Litigation | 2015 | $20,451.00 | 120.30 | $170.00 | 0 |
| Cristina Fernández Niggeman | Associate | Labor and Litigation | 2015 | $4,880.00 | 48.80 | $100.00 | 0 |
| Jessica M. Quilichini | Associate | Labor and Litigation | 2005 | $760.00 | 7.60 | $100.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $23,137.00 | 136.10 | $170.00 | 0 |
| Viviana Currais | Associate | Labor and Litigation | 2017 | $1,666.00 | 19.60 | $85.00 | 0 |
| | | **Total Associate:** | | **$108,991.50** | **678.80** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $389.50 | 4.10 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$389.50** | **4.10** | | |
| | | **Total:** | | **$294,120.50** | **1,502.00** | | |
| | | **Blended Rate:** | | | | **$195.82** | |
| | | **Blended Rate Excluding Paraprofessionals:** | | | | **$196.10** | |