# EXHIBIT C-1

# BUDGET

**Period Covered:** February 1, 2018 through February 28, 2018[15]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period February 1, 2018 through February 28, 2018 |
|---|---|
| B110 Case Administration | 40 |
| B112 General Creditor Inquiries | 5 |
| B113 Pleadings Review | 75 |
| B120 Asset Analysis and Recovery | 5 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 50 |
| B155 Court Hearings | 60 |
| B160 Employment / Fee Applications | 40 |
| B161 Budgeting (Case) | 5 |
| B180 Avoidance Action Analysis | 20 |
| B185 Assumption / Rejection of Leases and Contracts | 5 |
| B190 Other Contested Matters | 75 |
| B191 General Litigation | 700 |
| B195 Non-Working Travel[16] | 15 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 35 |
| B220 Employee Benefits / Pensions | 5 |
| B230 Financing / Cash Collections | 5 |

---

[15] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[16] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | |
|---|---:|
| B231 Security Document Analysis | 30 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 20 |
| B261  Investigations | 115 |
| B310 Claims Administration and Objections | 25 |
| B320 Plan and Disclosure Statement | 50 |
| **TOTAL HOURS** | **1,385** |
| **TOTAL ESTIMATED FEE** | **$302,567.10**[17] |

---

[17] The Total Estimated Fees are calculated based on a $218.46 blended hourly rate for the attorneys who are expected to work on this matter during the period from February 1, 2018 through February 28, 2018.

**Period Covered:** March 1, 2018 through March 31, 2018[18]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period March 1, 2018 through March 31, 2018 |
|---|---|
| B110 Case Administration | 40 |
| B112 General Creditor Inquiries | 5 |
| B113 Pleadings Review | 75 |
| B120 Asset Analysis and Recovery | 5 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 150 |
| B155 Court Hearings | 40 |
| B160 Employment / Fee Applications | 40 |
| B161 Budgeting (Case) | 5 |
| B180 Avoidance Action Analysis | 20 |
| B185 Assumption / Rejection of Leases and Contracts | 5 |
| B190 Other Contested Matters | 75 |
| B191 General Litigation | 500 |
| B195 Non-Working Travel[19] | 15 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 35 |
| B220 Employee Benefits / Pensions | 5 |
| B230 Financing / Cash Collections | 5 |
| B231 Security Document Analysis | 20 |
| B260    Meetings of and Communications with Debtors/Oversight Board | 20 |
| B261    Investigations | 80 |

---

[18] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[19] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | |
|---|---:|
| B310 Claims Administration and Objections | 25 |
| B320 Plan and Disclosure Statement | 40 |
| **TOTAL HOURS** | **1,210** |
| **TOTAL ESTIMATED FEE** | **$264,336.60**[20] |

---

[20] The Total Estimated Fees are calculated based on a $218.46 blended hourly rate for the attorneys who are expected to work on this matter during the period from March 1, 2018 through March 31, 2018.

**Period Covered:** April 1, 2018 through April 30, 2018[21]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period April 1, 2018 through April 30, 2018 |
|---|---|
| B110 Case Administration | 50 |
| B112 General Creditor Inquiries | 5 |
| B113 Pleadings Review | 75 |
| B120 Asset Analysis and Recovery | 5 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 200 |
| B155 Court Hearings | 50 |
| B160 Employment / Fee Applications | 40 |
| B161 Budgeting (Case) | 5 |
| B180 Avoidance Action Analysis | 20 |
| B185 Assumption / Rejection of Leases and Contracts | 5 |
| B190 Other Contested Matters | 75 |
| B191 General Litigation | 500 |
| B195 Non-Working Travel[22] | 15 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 35 |
| B220 Employee Benefits / Pensions | 5 |
| B230 Financing / Cash Collections | 5 |
| B231 Security Document Analysis | 20 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 20 |
| B261 Investigations | 80 |

---

[21] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[22] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | |
|---|---:|
| B310 Claims Administration and Objections | 175 |
| B320 Plan and Disclosure Statement | 40 |
| **TOTAL HOURS** | **1,430** |
| **TOTAL ESTIMATED FEE** | **$306,020.00**[23] |

---

[23] The Total Estimated Fees are calculated based on a $214.00 blended hourly rate for the attorneys who are expected to work on this matter during the period from April 1, 2018 through April 30, 2018.

**Period Covered:** May 1, 2018 through May 31, 2018[24]

| U.S. Trustee Task Code and Project Category | Estimated Hours for Period May 1, 2018 through May 31, 2018 |
|---|---:|
| B110 Case Administration | 40 |
| B112 General Creditor Inquiries | 10 |
| B113 Pleadings Review | 40 |
| B120 Asset Analysis and Recovery | 5 |
| B130 Asset Disposition | 5 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 40 |
| B155 Court Hearings | 20 |
| B160 Employment / Fee Applications | 20 |
| B161 Budgeting (Case) | 5 |
| B165 Fee and Employment Applications of Other Professionals | 5 |
| B180 Avoidance Action Analysis | 5 |
| B185 Assumption / Rejection of Leases and Contracts | 10 |
| B190 Other Contested Matters (including GDB restructuring) | 75 |
| B191 General Litigation (including Commonwealth-COFINA litigation, mediation process, and handling of adversary proceedings). | 250 |
| B195 Non-Working Travel[25] | 15 |

---

[24] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

[25] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | |
|---|---|
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 5 |
| B230 Financing / Cash Collections | 35 |
| B231 Security Document Analysis. | 5 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 20 |
| B261 Investigations (including Whitefish Contract and PBA Structure). | 25 |
| B310 Claims Administration and Objections | 40 |
| B312 Objections to Claims | 40 |
| B320 Plan and Disclosure Statement | 15 |
| **TOTAL HOURS** | **735** |
| **TOTAL ESTIMATED FEE** | **$150,583.33[26]** |

---

[26] The Total Estimated Fees are calculated based on a $216 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from May 1, 2018 through May 31, 2018.

8

# EXHIBIT C-2

# STAFFING PLAN

**Period Covered:** February 1, 2018 through February 28, 2018[27]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period February 1, 2018 through February 28, 2018 |
|---|---|---|
| **Partner** | 3 | $270.00 |
| **Junior Partner** | 2 | $240.00 |
| **Counsel** | 1 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 3 | $170.00 |
| **Paraprofessionals** | 3 | $95.00 |

---

[27] The proposed staffing plan set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed staffing plan may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. At this time, the proposed staffing plan is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

1

**Period Covered:** March 1, 2018 through March 31, 2018[28]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period March 1, 2018 through March 28, 2018 |
|---|---|---|
| **Partner** | 3 | $270.00 |
| **Junior Partner** | 2 | $240.00 |
| **Counsel** | 1 | $240.00 |
| **Senior Associate** | 4 | $200.00 |
| **Associate** | 3 | $170.00 |
| **Paraprofessionals** | 3 | $95.00 |

---

[28] The proposed staffing plan set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed staffing plan may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. At this time, the proposed staffing plan is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

**Period Covered:** April 1, 2018 through April 30, 2018[29]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period April 1, 2018 through April 30, 2018 |
|---|---|---|
| **Partner** | 3 | $270.00 |
| **Junior Partner** | 2 | $240.00 |
| **Counsel** | 1 | $240.00 |
| **Senior Associate** | 5 | $200.00 |
| **Associate** | 4 | $170.00 |
| **Paraprofessionals** | 1 | $95.00 |

---

[29] The proposed staffing plan set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed staffing plan may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. At this time, the proposed staffing plan is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.

**Period Covered:** May 1, 2018 through May 31, 2018[30]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate for period May 1, 2018 through May 31, 2018 |
|---|---|---|
| **Partner** | 3 | $270 |
| **Junior Partner & Counsel** | 2 | $240 |
| **Senior Associate** | 4 | $200 |
| **Associate** | 3 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[30] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative, including, without limitation, because the full impact of Hurricane Maria on the Puerto Rico economy and the title III cases remains uncertain at this time.