**EXHIBIT D-1**
**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | February 2018 | March 2018 | April 2018 | May 2018 | Total | February 2018 | March 2018 | April 2018 | May 2018 | Total |
| B110 Case Administration | 40.00 | 40.00 | 50.00 | 40.00 | 170.00 | 6.90 | 13.00 | 1.80 | 2.90 | 24.60 |
| B112 General Creditor Inquiries | 5.00 | 5.00 | 5.00 | 10.00 | 25.00 | 0.00 | 0.00 | 1.90 | 0.50 | 2.40 |
| B113 Pleadings Review | 75.00 | 75.00 | 75.00 | 40.00 | 265.00 | 64.80 | 31.00 | 20.60 | 50.30 | 166.70 |
| B120 Asset Analysis and Recovery | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 50.00 | 150.00 | 200.00 | 40.00 | 440.00 | 8.80 | 21.00 | 6.60 | 14.80 | 51.20 |
| B155 Court Hearings | 60.00 | 40.00 | 50.00 | 20.00 | 170.00 | 5.40 | 4.40 | 0.30 | 4.00 | 14.10 |
| B160 Employment / Fee Applications | 40.00 | 40.00 | 40.00 | 20.00 | 140.00 | 0.10 | 0.00 | 0.00 | 0.50 | 0.60 |
| B161 Budgeting (Case) | 5.00 | 5.00 | 5.00 | 5.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action Analysis | 20.00 | 20.00 | 20.00 | 5.00 | 65.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 5.00 | 5.00 | 5.00 | 10.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 75.00 | 75.00 | 75.00 | 75.00 | 300.00 | 50.60 | 39.40 | 91.30 | 87.30 | 268.60 |
| B191 General Litigation | 700.00 | 500.00 | 500.00 | 250.00 | 1,950.00 | 391.80 | 267.00 | 193.30 | 60.30 | 912.40 |
| B195 Non-Working Travel | 15.00 | 15.00 | 15.00 | 15.00 | 60.00 | 1.60 | 9.00 | 40.40 | 10.40 | 61.40 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 35.00 | 35.00 | 35.00 | 5.00 | 110.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 5.00 | 5.00 | 5.00 | 0.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 5.00 | 5.00 | 5.00 | 35.00 | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 30.00 | 20.00 | 20.00 | 5.00 | 75.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 20.00 | 20.00 | 20.00 | 20.00 | 80.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 115.00 | 80.00 | 80.00 | 25.00 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 25.00 | 25.00 | 175.00 | 40.00 | 265.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 50.00 | 40.00 | 40.00 | 15.00 | 145.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL HOURS** | **1,385.00** | **1,210.00** | **1,430.00** | **735.00** | **4,760.00** | **530.00** | **384.80** | **356.20** | **231.00** | **1,502.00** |
| **TOTAL FEES** | **$302,567.10** | **$264,336.60** | **$306,020.00** | **$150,583.33** | **$1,023,507.04** | **$93,937.50** | **$75,088.00** | **$74,507.50** | **$50,587.50** | **$294,120.50** |

## FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

### General (Matter ID:  396-00002)

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 6.70 | $1,189.00 |
| B112   - General Creditor Inquiries | 2.40 | $648.00 |
| B113   - Pleadings Reviews | 73.00 | $17,260.00 |
| B150   - Meetings of and Communications with Creditors | 37.20 | $10,044.00 |
| B155   - Court Hearings | 7.60 | $1,807.00 |
| B190   - Other Contested Matters | 4.70 | $949.00 |
| B191   - General Litigation | 16.30 | $3,558.50 |
| B195   - Non-Working Travel | 3.00 | $335.00 |
| **Total** | **150.90** | **$35,790.50** |

### COFINA Dispute Analysis  (Matter ID:  396-00003)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 2.90 | $493.00 |
| B113   - Pleadings Reviews | 15.20 | $4,104.00 |
| B155   - Court Hearings | 4.00 | $887.50 |
| B190   - Other Contested Matters | 92.30 | $19,936.00 |
| B191   - General Litigation | 395.00 | $79,285.00 |
| B195   - Non-Working Travel | 21.10 | $2,778.50 |
| **Total** | **530.50** | **$107,484.00** |

### Communications w/ Creditors/ Website (other than Committee Members) (Matter ID: 396-00004)

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 2.40 | $568.00 |
| B113   - Pleadings Reviews | 6.00 | $1,050.00 |
| B150   - Meetings of and Communications with Creditors | 8.20 | $2,214.00 |
| B190   - Other Contested Matters | 24.50 | $5,185.00 |
| B191   - General Litigation | 160.80 | $32,028.00 |
| B195   - Non-Working Travel | 36.40 | $3,609.00 |
| **Total** | **238.30** | **$44,654.00** |

**Plan Fiscal Analysis (Matter ID:  396-00005)**

| Task Code | Hours | Amount |
|---|---|---|
| B150   - Meetings of and Communications with Creditors | 0.40 | $108.00 |
| B191   - General Litigation | 1.40 | $308.00 |
| **Total** | **1.80** | **$416.00** |

**PREPA (Matter ID:  396-00006)**

| Task Code | Hours | Amount |
|---|---|---|
| B113   - Pleadings Reviews | 58.10 | $13,907.00 |
| B155   - Court Hearings | 2.50 | $675.00 |
| B190   - Other Contested Matters | 3.50 | $705.00 |
| B191   - General Litigation | 24.40 | $5,146.00 |
| B195   - Non-Working Travel | 0.50 | $67.50 |
| **Total** | **89.00** | **$20,500.50** |

**HTA (Matter ID:  396-00007)**

| Task Code | Hours | Amount |
|---|---|---|
| B113   - Pleadings Reviews | 5.00 | $1,260.00 |
| B191   - General Litigation | 0.70 | $189.00 |
| **Total** | **5.70** | **$1,449.00** |

**ERS (Matter ID:  396-00008)**

| Task Code | Hours | Amount |
|---|---|---|
| B190   - Other Contested Matters | 72.30 | $17,471.00 |
| B191   - General Litigation | 8.80 | $1,846.00 |
| **Total** | **81.10** | **$19,317.00** |

**Other Adversary Proceedings (Matter ID:  396-00009)**

| Task Code | Hours | Amount |
|---|---|---|
| B190 - Other Contested Matters | 33.90 | $6,579.00 |
| B191 - General Litigation | 4.20 | $994.00 |
| **Total** | **38.10** | **$7,573.00** |

**Mediation (Matter ID:  396-00010)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113   - Pleadings Reviews | 0.80 | $216.00 |
| B150   - Meetings of and Communications with Creditors | 5.40 | $1,268.00 |
| B190   - Other Contested Matters | 4.50 | $1,215.00 |
| B191   - General Litigation | 47.20 | $12,064.00 |
| **Total** | **57.90** | **$14,763.00** |

**Document Review (Matter ID:  396-00012)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B191 - General Litigation | 206.50 | $20,650.00 |
| **Total** | **206.50** | **$20,650.00** |

**GDB (Matter ID:  396-00013)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B190 - Other Contested Matters | 17.00 | $3,950.00 |
| B191 - General Litigation | 1.30 | $351.00 |
| **Total** | **18.30** | **$4,301.00** |

**PBAPR (Matter ID:  396-00014)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 0.30 | $81.00 |
| B113   - Pleadings Reviews | 8.20 | $2,034.00 |
| B190   - Other Contested Matters | 14.60 | $2,829.00 |
| B191   - General Litigation | 45.40 | $9,441.00 |
| B195   - Non-Working Travel | 0.40 | $40.00 |
| **Total** | **68.90** | **$14,425.00** |

**Fee Application (Matter ID:  396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110   - Case Administration | 12.30 | $2,306.00 |
| B113   - Pleadings Reviews | 0.40 | $68.00 |
| B160   - Fee/Employment Applications | 0.60 | $112.00 |
| B190   - Other Contested Matters | 1.30 | $223.50 |
| B191   - General Litigation | 0.40 | $88.00 |
| **Total** | **15.00** | **$2,797.50** |

**EXHIBIT D-2**

**SUMMARY OF EXPENSES BY CATEGORY**

| Category | Amount |
|---|---|
| Courier Expenses | $217.98 |
| Delivery Expenses | $125.00 |
| Filing Fees | $630.75 |
| Internal Revenue Stamps | $138.80 |
| Meal Expenses | $409.69 |
| Outside Photocopies | $3,193.20 |
| Photocopies | $2,510.90 |
| Postage | $587.11 |
| Service of Subpoena | $140.00 |
| Telephone Conference | $4.86 |
| Transcription Services | $562.40 |
| Travel Expenses - Airfare Expenses | $1,000.00 |
| Travel Expenses - Lodging Expenses | $2,000.00 |
| Travel Expenses - Transportation Expenses | $531.40 |
| **Total** | **$12,052.09** |