# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### February Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $80,755.00 | $72,679.50 | $1,172.00 | $73,851.50 |
| PREPA | $13,097.50 | $11,787.75 | $0.10 | $11,787.85 |
| HTA | $85.00 | $76.50 | $0.00 | $76.50 |
| ERS | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$93,937.50** | **$84,543.75** | **$1,172.10** | **$85,715.85** |

1

**March Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $69,168.00 | $62,251.20 | $4,782.51 | $73,851.50 |
| PREPA | $5,243.00 | $4,718.70 | $0.00 | $4,718.70 |
| HTA | $473.00 | $425.70 | $0.00 | $425.70 |
| ERS | $204.00 | $183.60 | $0.00 | $183.60 |
| **Total** | **$75,088.00** | **$67,579.20** | **$4,782.51** | **$79,179.50** |

## April and May Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $102,931.00 | $92,637.90 | $6,097.48 | $98,735.38 |
| PREPA | $2,160.00 | $1,944.00 | $0.00 | $1,944.00 |
| HTA | $891.00 | $801.90 | $0.00 | $801.90 |
| ERS | $19,113.00 | $17,201.70 | $0.00 | $17,201.70 |
| **Total** | **$125,095.00** | **$112,585.50** | **$6,097.48** | **$118,682.98** |