# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>　　　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: ECF No. 3266** |

### MOTION TO WITHDRAW AAFAF'S OBJECTION TO THE MARCH FEE STATEMENT OF PAUL HASTINGS, LLP [ECF NO. 3266]

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"), through its undersigned counsel, hereby respectfully submits this motion to withdraw the objection to the Monthly Statement of Paul Hastings, LLP ("Paul Hastings") for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors (the "Unsecured Creditors Committee"), for the Period from March 1, 2018 through March 31, 2018 (the "March Fee Statement") filed by AAFAF on June 6, 2018 [ECF No. 3266] (the "Objection").

　　1.　　On June 6, 2018, AAFAF filed the Objection to the March Fee Statement objecting to certain fees and expenses requested by Paul Hastings.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Subsequent to the filing of the Objection, AAFAF and Paul Hastings engaged in conversations in an attempt to reach a consensual resolution to the Objection, in accordance with Section 2.d of the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [ECF No. 3269].

3. AAFAF hereby informs the Court that after communications with Paul Hastings and further analysis, it has decided to withdraw the Objection, without prejudice to asserting the objections made therein as part of the interim fee application process or as part of objections to future fee statements.

4. Accordingly, AAFAF reserves all rights with respect to the filing of these or other objections to Paul Hasting's Interim Fee Applications as provided by Section 2.d of the Interim Compensation Order, or to future fee statements.

**WHEREFORE**, AAFAF respectfully requests that this Court (i) take notice of the above, and (ii) grant the withdrawal of the Objection filed at ECF No. 3266, as requested herein.

Dated: July 16, 2018
San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ Peter Friedman* | */s/ Luis C. Marini* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| Suzzanne Uhland | USDC No. 222301 |
| Peter Friedman | Carolina Velaz-Rivero |
| Diana Perez | USDC No. 300913 |
| (Admitted *Pro Hac Vice*) | **MARINI PIETRANTONI MUÑIZ LLC** |
| **O'MELVENY & MYERS LLP** | MCS Plaza, Suite 500 |
| 7 Times Square | 255 Ponce de León Ave. |
| New York, NY 10036 | San Juan, Puerto Rico 00917 |
| Tel: (212) 326-2000 | Tel: (787) 705-2171 |
| Fax: (212) 326-2061 | Fax: (787) 936-7494 |

2

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*  *Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

3