# Exhibit A

## Summary of Fees Incurred By Professional

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position - New** | **Billing Rate** | **Hours** | **100% of Fees** |
| Carol Flaton | Managing Director | 940 | 719.0 | $ 656,355.00 |
| Elizabeth S. Kardos | Counsel | 565 | 35.1 | 18,984.00 |
| Enrique R. Ubarri | Senior Advisor | 850 | 335.9 | 282,327.50 |
| Robert Bingham | Senior Director | 850 | 132.5 | 112,625.00 |
| Mark A. Cervi | Senior Director | 830 | 59.5 | 49,385.00 |
| Scott Martinez | Senior Director | 810 | 861.3 | 681,048.00 |
| Eric Deichmann | Director | 675 | 438.6 | 287,111.25 |
| Michael Westermann | Manager | 510 | 949.3 | 476,952.00 |
| Rahul Yenumula | Associate | 460 | 483.0 | 218,845.00 |
| Deborah Praga | Associate | 460 | 773.0 | 355,580.00 |
| Anthony Perrella | Analyst | 320 | 32.5 | 10,400.00 |
| Laurie Verry | Paraprofessional | 300 | 27.8 | 8,340.00 |
| Lisa Bonito | Paraprofessional | 250 | 19.1 | 4,775.00 |
| **Grand Total** | | | **4,866.6** | **$ 3,162,727.75** |
| Less Agreed Upon Fee Reduction Under ZC's First Interim Fee Application | | | | (1,496.00) |
| **Total** | | | | **$ 3,161,231.75** |