# Exhibit B

## Summary of Hours and Fees by Project Category

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | |
|---|---|---|---|
| **Matter Category** | **Description** | **Hours** | **100% Fees** |
| 1 | Planning & Coordination / Case Management | 27.7 | $ 22,391.00 |
| 2 | Meetings and Communications with Committee Members and/or Professionals | 663.2 | 490,948.00 |
| 3 | Communication with Interested Parties | 497.9 | 382,047.00 |
| 4 | Liquidity and Cash Management | 92.8 | 58,572.00 |
| 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 1,250.8 | 772,040.50 |
| 6 | Financial and Other Diligence | 331.7 | 207,756.00 |
| 7 | Sales of Assets | - | - |
| 8 | Due Diligence of Commonwealth Assets | - | - |
| 9 | Debt Capacity | 290.5 | 181,935.50 |
| 10 | Investments in Puerto Rico, Including Public-Private Partnerships | 52.5 | 31,307.00 |
| 11 | Plan of Adjustment Review and Negotiations | 701.0 | 437,027.00 |
| 12 | Litigation Support and Claims Analysis | 51.9 | 38,126.00 |
| 13 | Testimony / Court Appearance | 5.0 | 4,110.00 |
| 14 | Expert Reports | 3.4 | 2,918.00 |
| 15 | Pension Matters | 21.3 | 15,447.00 |
| 16 | Retention | 1.7 | 536.50 |
| 17 | Fee Statements and Fee Applications | 243.8 | 122,619.00 |
| 18 | Non-Working Travel Time | 162.2 | 59,614.75 |
| 19 | PREPA Title III | 424.4 | 302,084.50 |
| 20 | HTA Title III | 26.9 | 17,610.00 |
| 21 | ERS Title III | 17.9 | 15,638.00 |
| **Grand Total** | | **4,866.6** | **$ 3,162,727.75** |
| Less Agreed Upon Fee Reduction Under ZC's First Interim Fee Application | | | (1,496.00) |
| **Total** | | | **$ 3,161,231.75** |