# Exhibit D

## Summary of Expenses

| EXHIBIT D: Summary of Expenses Incurred During the Interim Period | |
|---|---:|
| **Category** | **Total** |
| Travel & Lodging | $ 17,576.68 |
| Meals | 2,224.34 |
| Postage/Courier | 1,320.42 |
| Phone | 589.37 |
| Copy Charges | 9.20 |
| **Grand Total** | **$ 21,720.01** |
| Less Agreed Upon Expense Reduction Under ZC's First Interim Fee Application | (2,424.39) |
| **Total** | **$ 19,295.62** |