# Exhibit E

# Detail of Expenses by Professional

| EXHIBIT E: ZC EXPENSES INCURRED BY CATEGORY | | | | |
|---|---|---|---|---|
| **Professional** | **Date** | **Category** | **Description** | **Amount** |
| Carol Flaton | 2/3/2018 | Travel & Lodging | Home to Proskeur | $ 11.77 |
| Scott R. Martinez | 2/7/2018 | Travel & Lodging | Roundtrip NYC to San Juan | 712.80 |
| Scott R. Martinez | 2/7/2018 | Travel & Lodging | Home to JFK | 100.00 |
| Scott R. Martinez | 2/7/2018 | Travel & Lodging | Airport to hotel | 25.00 |
| Scott R. Martinez | 2/7/2018 | Travel & Lodging | Hotel to FOMB office | 20.00 |
| Scott R. Martinez | 2/7/2018 | Travel & Lodging | FOMB office to hotel | 10.12 |
| Scott R. Martinez | 2/7/2018 | Travel & Lodging | Lodging to PR | 430.92 |
| Carol Flaton | 2/7/2018 | Travel & Lodging | JFK to SJU Roundtrip | 682.80 |
| Carol Flaton | 2/7/2018 | Travel & Lodging | Home to JFK | 59.29 |
| Carol Flaton | 2/7/2018 | Travel & Lodging | Lodging to PR | 430.92 |
| Rahul Yenumula | 2/7/2018 | Travel & Lodging | NWK to SJU | 370.40 |
| Rahul Yenumula | 2/7/2018 | Travel & Lodging | Lodging to PR | 430.92 |
| Scott R. Martinez | 2/8/2018 | Travel & Lodging | Hotel to PREPA | 15.00 |
| Scott R. Martinez | 2/8/2018 | Travel & Lodging | PREPA to Hotel | 3.40 |
| Scott R. Martinez | 2/8/2018 | Travel & Lodging | Hotel to Airport | 25.00 |
| Scott R. Martinez | 2/8/2018 | Travel & Lodging | JFK to Home | 100.00 |
| Carol Flaton | 2/8/2018 | Travel & Lodging | JFK to Home | 72.72 |
| Rahul Yenumula | 2/8/2018 | Travel & Lodging | SJU to JFK | 218.40 |
| Rahul Yenumula | 2/8/2018 | Travel & Lodging | JFK to Home | 100.00 |
| Rahul Yenumula | 2/8/2018 | Travel & Lodging | Hotel - SJU | 20.00 |
| Scott R. Martinez | 3/6/2018 | Travel & Lodging | Office to Hotel | 8.50 |
| Scott R. Martinez | 3/6/2018 | Travel & Lodging | Lodging - NYC (attend hearing) | 185.95 |
| Scott R. Martinez | 3/7/2018 | Travel & Lodging | Hotel to Paul Hastings' Office | 18.59 |
| Elizabeth Kardos | 3/7/2018 | Travel & Lodging | Mileage - Home to NYC (attend hearing) | 16.50 |
| Elizabeth Kardos | 3/7/2018 | Travel & Lodging | Court to Train Station (attend hearing) | 13.00 |
| Elizabeth Kardos | 3/7/2018 | Travel & Lodging | Train - NYC to Home (attend hearing) | 14.00 |
| Elizabeth Kardos | 3/7/2018 | Travel & Lodging | Lodging - NYC (attend hearing) | 241.76 |
| Carol Flaton | 3/8/2018 | Travel & Lodging | Home - Proskauer | 12.36 |
| Scott R. Martinez | 3/9/2018 | Travel & Lodging | Lodging - NYC 3/9 | 330.55 |
| Carol Flaton | 3/10/2018 | Travel & Lodging | Home to Proskauer | 9.95 |
| Carol Flaton | 3/11/2018 | Travel & Lodging | Home to Proskauer | 8.75 |
| Michael Westermann | 3/14/2018 | Travel & Lodging | Office to Home (working late) | 15.96 |
| Carol Flaton | 3/18/2018 | Travel & Lodging | Train from hotel to ZRH (flying to PR from vacation) | 18.03 |
| Scott R. Martinez | 3/20/2018 | Travel & Lodging | JFK to SJU | 218.40 |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Scott R. Martinez | 3/20/2018 | Travel & Lodging | SJU to Hotel | 25.00 |
| Michael Westermann | 3/20/2018 | Travel & Lodging | JFK to SJU | 218.40 |
| Michael Westermann | 3/20/2018 | Travel & Lodging | Office to JFK 2 subway ($2.75pp) and 2 JFK airtrain ($5pp) (E. Deichmann) | 15.50 |
| Eric Deichmann | 3/20/2018 | Travel & Lodging | JFK - SJU | 218.40 |
| Carol Flaton | 3/21/2018 | Travel & Lodging | MIA to San Juan | 343.20 |
| Carol Flaton | 3/21/2018 | Travel & Lodging | SJU to Hotel | 25.00 |
| Carol Flaton | 3/21/2018 | Travel & Lodging | Lodging - PR 3/21 through 3/23 | 872.76 |
| Eric Deichmann | 3/22/2018 | Travel & Lodging | SJU to JFK | 493.40 |
| Eric Deichmann | 3/22/2018 | Travel & Lodging | Lodging - PR 3/20 through 3/22 | 861.84 |
| Scott R. Martinez | 3/23/2018 | Travel & Lodging | SJU to JFK | 543.20 |
| Scott R. Martinez | 3/23/2018 | Travel & Lodging | Hotel to Fortaleza | 25.00 |
| Scott R. Martinez | 3/23/2018 | Travel & Lodging | Fortaleza to SJU | 25.00 |
| Scott R. Martinez | 3/23/2018 | Travel & Lodging | JFK to Home | 100.00 |
| Scott R. Martinez | 3/23/2018 | Travel & Lodging | Lodging 3/20 through 3/23 | 1,292.76 |
| Carol Flaton | 3/23/2018 | Travel & Lodging | SJU to JFK | 418.40 |
| Carol Flaton | 3/23/2018 | Travel & Lodging | JFK to Home | 68.39 |
| Michael Westermann | 3/23/2018 | Travel & Lodging | SJU to PHL | 539.30 |
| Michael Westermann | 3/23/2018 | Travel & Lodging | PHL to Home | 98.70 |
| Michael Westermann | 3/23/2018 | Travel & Lodging | Lodging - PR 3/20 through 3/23 | 1,316.87 |
| Eric Deichmann | 3/23/2018 | Travel & Lodging | JFK to home | 100.00 |
| Deborah Praga | 3/31/2018 | Travel & Lodging | Office to Home (working late) | 9.96 |
| Michael Westermann | 4/2/2018 | Travel & Lodging | Office to Home (working late) | 15.36 |
| Deborah Praga | 4/2/2018 | Travel & Lodging | Office to Home (working late) | 8.76 |
| Enrique Ubarri | 4/2/2018 | Travel & Lodging | MIA to MCO (Centro Borincano Informative Session) | 130.20 |
| Enrique Ubarri | 4/2/2018 | Travel & Lodging | Hotel to Centro Borincano Information Session | 9.54 |
| Enrique Ubarri | 4/2/2018 | Travel & Lodging | Home to MIA | 23.53 |
| Enrique Ubarri | 4/2/2018 | Travel & Lodging | MCO to Hotel | 62.10 |
| Enrique Ubarri | 4/2/2018 | Travel & Lodging | Lodging - Orlando | 175.50 |
| Payable Accounts | 4/2/2018 | Travel & Lodging | Car Service - S. Martinez (Office, NYC to Home) | 100.00 |
| Enrique Ubarri | 4/3/2018 | Travel & Lodging | Hotel to Centro Borincano Information Session | 9.50 |
| Enrique Ubarri | 4/3/2018 | Travel & Lodging | Centro Borincano Information Session to Hotel | 20.73 |
| Enrique Ubarri | 4/3/2018 | Travel & Lodging | Lodging - Orlando | 224.38 |
| Enrique Ubarri | 4/4/2018 | Travel & Lodging | MCO to MIA (Centro Borincano Informative Session) | 130.21 |
| Enrique Ubarri | 4/4/2018 | Travel & Lodging | MIA to Home | 28.10 |
| Michael Westermann | 4/5/2018 | Travel & Lodging | Office to Home (working late) | 17.16 |
| Michael Westermann | 4/12/2018 | Travel & Lodging | Office to Home (working late) | 18.36 |
| Michael Westermann | 5/16/2018 | Travel & Lodging | Office to Home (working late) | 29.83 |
| Michael Westermann | 5/17/2018 | Travel & Lodging | Office to Home (working late) | 15.24 |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Scott R. Martinez | 5/21/2018 | Travel & Lodging | JFK to SJU | 246.40 |
| Scott R. Martinez | 5/21/2018 | Travel & Lodging | JFK to SJU (flight cancellation due to meeting change) | 207.40 |
| Scott R. Martinez | 5/21/2018 | Travel & Lodging | SJU to Hotel | 30.00 |
| Scott R. Martinez | 5/21/2018 | Travel & Lodging | Lodging - PR 5/21/18 | 286.85 |
| Carol Flaton | 5/21/2018 | Travel & Lodging | Roundtrip JFK to SJU | 528.80 |
| Carol Flaton | 5/21/2018 | Travel & Lodging | Lodging - PR 5/21/18 | 286.85 |
| Michael Westermann | 5/21/2018 | Travel & Lodging | JFK to SJU (flight cancellation due to meeting change) | 207.40 |
| Michael Westermann | 5/21/2018 | Travel & Lodging | JFK to SJU | 236.40 |
| Michael Westermann | 5/21/2018 | Travel & Lodging | Lodging - PR 5/21/18 | 286.85 |
| Eric Deichmann | 5/21/2018 | Travel & Lodging | JFK to SJU | 207.40 |
| Eric Deichmann | 5/21/2018 | Travel & Lodging | SJU to Hotel | 19.00 |
| Eric Deichmann | 5/21/2018 | Travel & Lodging | Home to JFK | 100.00 |
| Eric Deichmann | 5/21/2018 | Travel & Lodging | SJU to JFK | 243.40 |
| Eric Deichmann | 5/21/2018 | Travel & Lodging | Lodging - PR 5/21/18 | 286.85 |
| Scott R. Martinez | 5/22/2018 | Travel & Lodging | SJU to JFK | 218.40 |
| Scott R. Martinez | 5/22/2018 | Travel & Lodging | Hotel to Airport | 30.00 |
| Scott R. Martinez | 5/22/2018 | Travel & Lodging | JFK to Home (plus stop to drop off colleague) | 200.00 |
| Carol Flaton | 5/22/2018 | Travel & Lodging | JFK to Home | 74.98 |
| Michael Westermann | 5/22/2018 | Travel & Lodging | SJU to JFK | 243.40 |
| Michael Westermann | 5/22/2018 | Travel & Lodging | JFK to Home | 54.96 |
| **Total Travel & Lodging Expense** | | | | **$ 17,576.68** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Scott R. Martinez | 2/7/2018 | Meals | 1 Business meal - Breakfast | $ 17.30 |
| Carol Flaton | 2/7/2018 | Meals | 3 Business meal - Lunch (S. Martinez and R. Yenumula) | 62.85 |
| Carol Flaton | 2/7/2018 | Meals | 1 Business meal - Breakfast | 5.72 |
| Scott R. Martinez | 2/8/2018 | Meals | 3 Business meal - Breakfast (R. Yenumula and M. Comerford (Paul Hastings)) | 105.32 |
| Scott R. Martinez | 2/8/2018 | Meals | 1 Business meal - Dinner | 7.08 |
| Carol Flaton | 2/8/2018 | Meals | 3 Business meal - Dinner (M. Comerford (Paul Hastings) and S. Martinez) | 99.07 |
| Scott R. Martinez | 3/6/2018 | Meals | 2 Business meal - Dinner (E. Kardos) | 80.00 |
| Carol Flaton | 3/8/2018 | Meals | 3 Business meal - Lunch (S. Martinez and D. Praga) | 22.75 |
| Scott R. Martinez | 3/9/2018 | Meals | 1 Business meal - Dinner | 40.00 |
| Michael Westermann | 3/14/2018 | Meals | 1 Business meal - Dinner | 20.84 |
| Scott R. Martinez | 3/20/2018 | Meals | 3 Business meal - Lunch (M. Westermann and E. Deichmann) | 55.17 |
| Scott R. Martinez | 3/20/2018 | Meals | 3 Business meal - Dinner (M. Westermann and E. Deichmann) | 120.00 |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Scott R. Martinez | 3/21/2018 | Meals | 5 Business meal - Dinner (M. Westermann, E. Deichmann, D. Mack (Drivetrain) and A. Bongartz (Paul Hastings)) | 200.00 |
| Scott R. Martinez | 3/21/2018 | Meals | 3 Business meal - Lunch (M. Westermann and E. Deichmann) | 120.00 |
| Carol Flaton | 3/21/2018 | Meals | 1 Business meal - Dinner | 10.92 |
| Eric Deichmann | 3/21/2018 | Meals | 3 Business meal - Breakfast (S. Martinez and M. Westermann) | 104.97 |
| Scott R. Martinez | 3/22/2018 | Meals | 2 Business meal - Dinner ( M. Westermann) | 80.00 |
| Carol Flaton | 3/22/2018 | Meals | 4 Business meal - Dinner (E. Deichmann, D. Mack (Drivetrain) and A. Bongartz (Paul Hastings)) | 160.00 |
| Eric Deichmann | 3/22/2018 | Meals | 1 Business meal - Breakfast | 29.53 |
| Scott R. Martinez | 3/23/2018 | Meals | 3 Business meal - Lunch (C. Flaton and M. Westermann) | 104.50 |
| Scott R. Martinez | 3/23/2018 | Meals | 3 Business meal - Breakfast (C. Flaton and M. Westermann) | 78.90 |
| Deborah Praga | 4/2/2018 | Meals | 2 Business meal - Dinner (M. Westermann) | 37.61 |
| Carol Flaton | 4/5/2018 | Meals | 1 Business meal - Lunch | 6.39 |
| Michael Westermann | 4/5/2018 | Meals | 1 Business meal - Dinner | 27.30 |
| Carol Flaton | 4/17/2018 | Meals | 1 Business meal - Lunch | 5.45 |
| Payable Accounts | 5/14/2018 | Meals | Seamless Inv.# 2912703- Meeting with Ankura and Rothschild | 313.03 |
| Michael Westermann | 5/16/2018 | Meals | 1 Business Meal - Dinner | 19.98 |
| Deborah Praga | 5/16/2018 | Meals | 1 Business Meal - Dinner (working late) | 21.28 |
| Michael Westermann | 5/17/2018 | Meals | 1 Business Meal - Dinner | 27.57 |
| Scott R. Martinez | 5/21/2018 | Meals | 3 Business Meal - Lunch (C. Flaton, M. Westermann) | 67.70 |
| Michael Westermann | 5/21/2018 | Meals | 1 Business Meal - Dinner | 47.98 |
| Eric Deichmann | 5/21/2018 | Meals | 1 Business Meal - Lunch | 40.00 |
| Scott R. Martinez | 5/22/2018 | Meals | 2 Business Meal - Dinner (M. Westermann) | 28.77 |
| Carol Flaton | 5/22/2018 | Meals | 1 Business Meal - Dinner | 12.83 |
| Eric Deichmann | 5/22/2018 | Meals | 1 Business Meal - Dinner | 10.65 |
| Eric Deichmann | 5/22/2018 | Meals | 1 Business Meal - Breakfast | 32.88 |
| **Total Meals Expense** | | | | **$ 2,224.34** |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No. 166401766 - Fee Statement to Notice Party | $ 51.75 |
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No. 166401766 - Fee Statement to Notice Party | 51.75 |
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No. 166401766 - Fee Statement to Notice Party | 51.75 |
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No.609813602 - Fee Statement to Notice Party | 22.95 |
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No.609813602 - Fee Statement to Notice Party | 22.95 |

| Professional | Date | Category | Description | Amount |
|---|---|---|---|---|
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No.609813602 - Fee Statement to Notice Party | 49.28 |
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No.609813602 - Fee Statement to Notice Party | 23.25 |
| Payable Accounts | 2/15/2018 | Postage/Courier | Fedex Inv. No.609813602 - Fee Statement to Notice Party | 49.28 |
| Payable Accounts | 2/26/2018 | Postage/Courier | Fedex Inv. No. 610546066 - No Objection Letter | 22.68 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. #612831822 - Fee Statement to Notice Party | 22.79 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. #612831822 - Fee Statement to Notice Party | 30.56 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. #612831822 - Fee Statement to Notice Party | 22.79 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. #612831822 - Fee Statement to Notice Party | 48.93 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. No. 167365641 - Fee Statement to Notice Party | 51.39 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. No. 167365641 - Fee Statement to Notice Party | 51.39 |
| Payable Accounts | 3/16/2018 | Postage/Courier | Fedex Inv. No. 167365641 - Fee Statement to Notice Party | 51.39 |
| Payable Accounts | 3/27/2018 | Postage/Courier | Fedex Inv. No. 613549038 - No Objection Letter | 26.94 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #168856569 - Fee Statement to Notice Party | 50.54 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #168856569 - Fee Statement to Notice Party | 50.54 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #168856569 - Fee Statement to Notice Party | 50.54 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #617235511 - Fee Statement to Notice Party | 22.71 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #617235511 - Fee Statement to Notice Party | 22.41 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #617235511 - Fee Statement to Notice Party | 30.06 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #617235511 - Fee Statement to Notice Party | 22.41 |
| Payable Accounts | 4/27/2018 | Postage/Courier | Fedex Inv. #617235511 - Fee Statement to Notice Party | 48.13 |
| Payable Accounts | 5/8/2018 | Postage/Courier | Fedex Inv. #617902500 | 27.09 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#169608052 - Fee Statement to Notice Party | 55.06 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#169608052 - Fee Statement to Notice Party | 36.16 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#169608052 - Fee Statement to Notice Party | 36.16 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#619373783 - Fee Staement to Notice Party | 27.09 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#619373783 - Fee Staement to Notice Party | 26.79 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#619373783 - Fee Staement to Notice Party | 56.21 |

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#619373783 - Fee Staement to Notice Party | | 26.79 |
| Payable Accounts | 5/17/2018 | Postage/Courier | Fedex Inv.#619373783 - Fee Staement to Notice Party | | 52.63 |
| Payable Accounts | 5/31/2018 | Postage/Courier | Fedex Inv.#620790080 - No Objection Letter | | 27.28 |
| **Total Phone Expense** | | | | **$** | **1,320.42** |

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Elizabeth Kardos | 3/7/2018 | Phone | Court call (unable to attend hearing in peron - Courthouse closed due to weather) | $ | 70.00 |
| Payable Accounts | 3/26/2018 | Phone | PGI Conference Service Inv.#25548929 | | 173.92 |
| Payable Accounts | 4/26/2018 | Phone | PGI Conference Service Inv.#25722691 | | 256.05 |
| Payable Accounts | 5/26/2018 | Phone | PGI Confernce Service Inv.#25892969 | | 89.40 |
| **Total Phone Expense** | | | | **$** | **589.37** |

| Professional | Date | Category | Description | | Amount |
|---|---|---|---|---|---|
| Payable Accounts | 2/28/2018 | Copy Charges | 80 Copies @ $ .10 | $ | 8.00 |
| Payable Accounts | 3/31/2018 | Copy Charges | 12 Copies @ $ .10 | | 1.20 |
| **Total Copy Charges** | | | | **$** | **9.20** |
| **Total** | | | | **$** | **21,720.01** |