## SCHEDULE 1

### MONTHLY STATEMENTS COVERED IN APPLICATION

### (attached hereto)

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| 4/25/18 | 2/15/18 - 3/15/18 | $27,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| 6/1/18 | 3/16/18 - 4/15/18 | $27,000.00 | $19,509.35 | $0.00 | $0.00 | $3,000.00 |
| **Total** | | **$54,000.00** | **$19,509.35** | **$0.00** | **$0.00** | **$6,000.00** |



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/2/2018 | 2018-0178 |

P.O. No.

**Bill To:**
UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| | 17137 |

| Description | Amount |
|---|---|
| CLIENT: UCC  PRODUCT: MONTHLY FEE  February, 15 to March, 15 2018  FEE MENSUAL: | 30,000.00 |

- Website
 a. Domain buying
 b. Conceptualization of the page
 c. Designing and programming
 d. Changes and revisions
 e. Maintenance

- Conference calls
1. Multiple conference calls to:
    a. Revisions of Website
    b. Next steps for proje
        i. Florida
        ii. Puerto Rico
    c. Recommendations

Artworks:
- Design of Program Summary in English and Spanish
- Ads for La Prensa and El Sentinel

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/2/2018 | 2018-0178 |

**Bill To:**
UCC
MR. FELIX SANTOS, CHAIRMAN

P.O. No.

Additional Info:

| Project | Job # |
|---|---|
|  | 17137 |

| Description | Amount |
|---|---|
| Media planning and buying<br>-Contact with media in Florida to buy space for the first Hearing Sessions.<br><br>- Media Monitoring<br>a. Daily monitoring of local media<br>b. Article translations |  |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/20/2018 | 2018-0234 |

P.O. No.

**Bill To:**
UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18008 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>March, 16 to April, 15 2018<br>FEE MENSUAL: | 30,000.00 |

Website
Changes and revisions
Maintenance

Facebook
 - 1. Open Facebook Page
 - 2. Adaptation of artworks for Facebook
 - 3. Recommendation and execution of sponsored ads

Conference calls
 - 1.   Multiple conference calls to:
         a.   Revisions of Website
         b.   Next steps for project
              ii.   Puerto Rico
         c.   Recommendations for more publicity

Artworks:
 - Design of Program Summary in English and Spanish (FINAL)
 - Ads for La Prensa and El Sentinel (Final revisions)
 - Design Ads for El Nuevo Día and La Perla
 - Adapt flyer for effort with El Nuevo Día

Media planning and buying
 - Contact with media in El Nuevo Día and La Perla to buy space for the first Hearing Sessions.
 - Ads in newspapers
 - Web banners for Elnuevodia.com
 - Contact and coordination with GFR Media for effort of flyers distribution

Total
Payments/Credits
Balance Due

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 1




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 4/20/2018 | 2018-0234 |

P.O. No.

**Bill To:**
UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | 18008 |

| Description | Amount |
|---|---|

Public Relations
- 1. Contact of editors and journalists for press release publication
- 2. Media Follow up
- 3. Recommendations to have a spokesperson as some media outlet request more information about the hearings.

Media Monitoring
- Daily monitoring of local media
- Article translations

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE

| Date | Invoice # |
|---|---|
| 4/13/2018 | 2018-0201 |

P.O. No.

**Bill To**

UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| 18006 Flyers Project | 18006 |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: FLYERS PROJECT<br>JOB: SERVICIO DE IMPRESION<br><br>FACTURA POR CONCEPTO DE<br><br>EXTERNAL WORK: | |
| SERVICIO DE IMPRESION, 6000 Flyers - Tamaño 8.5" x 11" - Full Color ambos Lados - San Juan | 1,474.03 |
| SERVICIOS DE IMPRESION, 6000 Flyers - Tamaño 8.5" x 11" - Full Color ambos Lados - Mayaguez | 1,474.03 |
| SERVICIOS DE IMPRESION, 6000 Flyers - Tamaño 8.5" x 11" - Full Color ambos Lados - Ponce | 1,773.96 |
| SERVICIOS DE IMPRESION, 6000 Flyers - Tamaño 8.5" x 11" - Full Color ambos Lados - Arecibo | 1,474.03 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $6,196.05 |
| Payments | $0.00 |
| Balance | $6,196.05 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE

| Date | Invoice # |
|---|---|
| 4/30/2018 | 2018-0252 |

P.O. No.

**Bill To**

UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

| Project | Job # |
|---|---|
| PRENSA | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: INSTITUCIONAL<br>JOB: PAUTAS PRENSA | |
| FACTURA POR CONCEPTO DE | |
| LA PRENSA<br>PAUTA FULL COLOR - 1/2 PAGINA HORIZONTAL<br>POSICION ROP<br>PUBLICO: JUEVES, 29 DE MARZO DE 2018 | 1,276.25 |
| EL SENTINEL DE ORLANDO<br>PAUTA FULL COLOR - 1/2 PAGINA HORIZONTAL<br>POSICION ROP<br>PUBLICO: SABADO, 31 DE MARZO DE 2018 | 1,575.00 |
| EL NUEVO DIA<br>PAUTA FULL COLOR - 1/4 PAGINA VERTICAL<br>POSICION ROP<br>PUBLICO: JUEVES, 5 DE ABRIL DE 2018 | 1,748.00 |
| EL NUEVO DIA<br>PAUTA FULL COLOR - 1/4 PAGINA VERTICAL<br>POSICION ROP<br>PUBLICO: MARTES, 10 DE ABRIL DE 2018 | 1,748.05 |
| LA PERLA DEL SUR<br>PAUTA - FULL COLOR - 1/4 PAGINA VERTICAL<br>POSICION ROP<br>PUBLICO: MIERCOLES, 11 DE ABRIL DE 2018 | 846.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

Total
Payments
Balance

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209




# INVOICE

| Date | Invoice # |
|---|---|
| 4/30/2018 | 2018-0252 |

P.O. No.

**Bill To**

UCC
MR. FELIX SANTOS, CHAIRMAN

Additional Info:

**Project:** PRENSA

| Description | Amount |
|---|---|
| ENDI.COM<br>BANNERS 970X90 - FULL COLOR<br>PUBLICA: 04/06/2018 AL 04/13/2018 | 2,000.00 |
| EL NUEVO DIA<br>FLYERS FULL COLOR<br>FIELD PROMOTION - HATO REY<br>FECHA: MIERCOLES, 11 DE ABRIL DE 2018 | 1,030.00 |
| EL NUEVO DIA<br>FLYERS FULL COLOR<br>FIELD PROMOTION - MAYAGUEZ<br>FECHA: MARTES, 17 DE ABRIL DE 2018 | 1,030.00 |
| EL NUEVO DIA<br>FLYERS FULL COLOR<br>FIELD PROMOTION - PONCE<br>FECHA: JUEVES, 19 DE ABRIL DE 2018 | 1,030.00 |
| EL NUEVO DIA<br>FLYERS FULL COLOR<br>FIELD PROMOTION - ARECIBO<br>FECHA: MIERCOLES, 25 DE ABRIL DE 2018 | 1,030.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $13,313.30 |
| Payments | $0.00 |
| Balance | $13,313.30 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209

Page 2