## EXHIBIT A

**RECEIPTS OF DRIVETRAIN, LLC DURING APPLICATION PERIOD**

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: David Mack

PERIOD COVERED
FROM: March 21, 2018      TO: March 23, 2018

COMPANY: ~~Bracewell, LLC - as Trustee for Doral Financial~~ Doral Financial Creditors' Trust

ADDRESS:   630 Third Ave, 21st Floor
New York, NY 10017

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|------|------|------|------|------|------|------|------|------|------|
| 3/21/18 – 3/23/18 | Puerto Rico | Unsecured Creditor Committee Meeting | | | 407.80 | 123.21 | 459.74 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | $ | $ | **$407.80** | **$123.21** | **$459.74** | $ | $ |

ADDITIONAL INFORMATION:

ATTACH ALL RECEIPTS                                                TOTAL DUE: $990.75

Page No.   1



CONDADO VANDERBILT
HOTEL

| Guest Name: | David Mack | | Room #: | 1009 |
| | 630 Third Avenue | | Folio #: | R62647SB124656 |
| | New York, NY  10017 | | | |
| | | | Group #: | |
| | | | Guests: | 1 |
| | | | Clerk: | RRIVERA |

| Arrive: 03/21/18 | Time: 12:00 PM | Depart: 03/22/18 | Time: 10:45 AM | Status: HIST |

| Date | Description | Reference | Comment | Charges | Credits |
|------|-------------|-----------|---------|---------|---------|
| 03/21/2018 | TACOS & TEQ | 60027185 | | $26.30 | $0.00 |
| 03/21/2018 | ROOM CHARGE | 1009 | | $351.00 | $0.00 |
| 03/21/2018 | HOTEL TARIFF | 1009t | HOTEL TARIFF | $63.18 | $0.00 |
| 03/21/2018 | GOVERNMENT TAX | 1009t | GOVERNMENT TAX | $45.56 | $0.00 |
| 03/22/2018 | PAY MASTERCARD | Ck Out 10:44 | ************9978 | $0.00 | ($486.04) |

| Folio Balance: | **$0.00** |

From: **JetBlue Reservations** jetblueairways@email.jetblue.com
Subject: Your itinerary for your upcoming trip
Date: February 28, 2018 at 3:36 PM
To: dmack@drivetrainadvisors.com



# jetBlue

Your upcoming trip on Wed, Mar 21

| Flight status | Change/cancel | Manage flights | Travel info | Baggage info |

# STRETCHING OUT IS SO IN.

Get ready to enjoy early boarding, early access
to overhead bins and all that extra legroom!

**LEARN MORE**



**EVEN MORE** S P A C E

## IS YOUR ID STILL OKAY TO TRAVEL?

Customers from some states must bring a passport or Global Entry card
to the airport as a primary form of identification. See if you're affected.

**LEARN MORE** 

## Your confirmation code is YTTNNR

This is not your boarding pass.

### ✈ YOUR ITINERARY

| DATE | DEPARTS/ ARRIVES | ROUTE | FLIGHT/ OPERATED BY | TRAVELERS | FREQUENT FLIER¹ | SEATS² | TERMINAL |
|------|------------------|-------|---------------------|-----------|-----------------|--------|----------|
| Wed, Mar 21 | 03:59 PM 07:59 PM | **NEW YORK, NY (JFK) to SAN JUAN, PR (SJU)** | 1903 jetBlue | David John Mack | B6 3402580161 | 1A  | 5 |
| Thu, Mar 22 | 08:59 PM 01:00 AM | **SAN JUAN, PR (SJU) to NEW YORK, NY (JFK)** | 1904 jetBlue | David John Mack | B6 3402580161 | 1A | A |

**Trip 1:**
You've purchased a **Blue Plus fare**. This fare option includes **one (1) checked bag per person**. You may
pay for additional bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk
or with an airport crewmember. Some restrictions apply. Please click here for additional information.

**Trip 2:**

You've purchased a **Blue Plus fare**. This fare option includes **one (1) checked bag per person**. You may pay for additional bags online (within 24 hours of departure), or upon arrival at the airport via an airport kiosk or with an airport crewmember. Some restrictions apply. Please click here for additional information.

For a detailed receipt, select a customer

David John Mack

Ticket number(s)

2792195378289

Please click here for details regarding change and cancel policies.
[1] To provide a frequent flier number, please call 1-800-JETBLUE (538-2583).
[2] Seat requests on other airlines are not guaranteed until confirmed by the operating carrier.

| | | | $ YOUR PAYMENT | | |
| FORM OF PAYMENT | FARE TYPE | FARE | EXTRAS | TAXES & FEES | TOTAL |
| --- | --- | --- | --- | --- | --- |
| Credit Card: Master XXXXXXXXXXX9978 | NONREF - FEE FOR CHG/CXL | USD241.00 | USD110.00 | USD56.80 | **USD407.80** |

Even More Space (JFK-SJU) (x1) : USD55.00;Even More Space (SJU-JFK) (x1) : USD55.00



### Don't get carried away.

You're allowed to bring aboard 1 approved carry-on + 1 item that fits under the seat in front of you, like a purse, daypack, laptop bag or pet carrier. Click here for dimensions and details about our carry-on and checked bag policy.



### Zero in on a $0 annual fee**.

Enjoy no annual fee** and earn 10,000 bonus TrueBlue points after spending $1,000 on purchases in the first 90 days with the JetBlue Card**. Learn More.

**See Terms & Conditions for details

    BlueTales Blog

 JetBlue at your fingertips.
Download the latest version of our mobile app for iOS & Android.

From: **dmack** davidjrmack@zoho.com 
Subject: Fwd: Your Wednesday morning trip with Uber
Date: April 10, 2018 at 2:56 PM
To: dmack@drivetrainadvisors.com

============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Wed, 21 Mar 2018 05:10:49 -0400
Subject : Your Wednesday morning trip with Uber
============ Forwarded message ============



# $60.93

Thanks for choosing Uber, David

March 21, 2018 | uberX

04:39am | 190 Bergen St, Brooklyn, NY

05:10am | Terminal 5, Jamaica, NY

You rode with Muhammed

| 18.67 | 00:30:33 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

One star   two stars   three stars   four stars   five stars

**ADD A TIP**

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

# Your Fare

| | |
|---|---|
| Trip fare | 60.93 |
| Subtotal | **$60.93** |
| Before Taxes | 54.70 |
| Sales Tax (8.875%) | 4.86 |
| Black Car Fund (2.5%) | 1.37 |

CHARGED
Personal •••• 6246

# $60.93

From: **dmack** davidjrmack@zoho.com 📎
Subject: Fwd: Your Thursday morning trip with Uber
Date: April 10, 2018 at 2:56 PM
To: dmack@drivetrainadvisors.com



============ Forwarded message ============
From : Uber Receipts<uber.us@uber.com>
To : <davidjrmack@zoho.com>
Date : Fri, 23 Mar 2018 01:13:53 -0400
Subject : Your Thursday morning trip with Uber
============ Forwarded message ============



# $62.28

Thanks for choosing Uber, David

March 23, 2018 | uberX

---

12:45am | JFK Access Rd, Jamaica, NY

01:13am | 190 Bergen St, Brooklyn, NY

---

You rode with Md

| 19.36 | 00:28:22 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

One star   two stars   three stars   four stars   five stars

## ADD A TIP

 Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

# Your Fare

| | |
|---|---|
| Trip fare | 62.28 |
| **Subtotal** | **$62.28** |
| Before Taxes | 55.92 |
| Sales Tax (8.875%) | 4.96 |
| Black Car Fund (2.5%) | 1.40 |

CHARGED
Personal ●●●● 6246

# $62.28

# CREDITORS COMMITTEE EXPENSE REPORT

NAME: David Mack

PERIOD COVERED
FROM: May 21, 2018          TO: May 22, 2018

COMPANY: ~~Drivetrain, LLC   as Trustee for Doral Financial~~ Doral Financial Creditors' Trust

ADDRESS: 630 Third Ave, 21st Floor
New York, NY 10017

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|---|---|---|---|---|---|---|---|---|---|
| 5/21/18 – 5/22/18 | Puerto Rico – San Juan | Unsecured Creditor Committee Meeting | | | 595.80 – note includes change fee required because of addition of unplanned UCC Mediation Meeting | 122.55 | 322.21 | | |
| | | | | | | | | | |
| **TOTALS** | | | $ | $ | **$595.80** | **$122.55** | **$322.21** | $ | $ |

ADDITIONAL INFORMATION:

**ATTACH ALL RECEIPTS**

TOTAL DUE: $1040.56

# My Booking

**Report Website Problem** ↓

## You're all set to jet!

## Confirmation code: QBARQY

ITINERARY OPTIONS

Print itinerary

Download to calendar

Email itinerary

## Travelers

**Mr. David John Mack**

| Flight | Ticket number | 2792100919849 | |
|---|---|---|---|
| | Frequent Flyer | JetBlue - TrueBlue - 3402580161 | |
| | | **JFK ⟳ SJU** | **SJU ⟳ JFK** |
| | Seat | * | 02F |
| | Checked bags included | 1 bag | 1 bag |

\* You may not pre-reserve a seat at this time. Please obtain your seat assignment at the airport upon check-in.

## Your flights

| | | | |
|---|---|---|---|
| **New York-Kennedy, NY (JFK)** | **San Juan, PR (SJU)** | **Flight 803** | **Fare: Blue Plus** |
| Mon May 21 2018, **1:37 PM** | Mon May 21 2018, **5:30 PM** | JetBlue | Nonstop |

| | | | |
|---|---|---|---|
| **San Juan, PR (SJU)** | **New York-Kennedy, NY (JFK)** | **Flight 1804** | **Fare: Blue Plus** |
| Tue May 22 2018, **6:30 PM** | Tue May 22 2018, **10:27 PM** | JetBlue | Nonstop |
| A321 | | | |

## Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers | Total Fare |
|---|---|---|---|---|---|
| Adult | $429.00 | $56.80 | $485.80 | x 1 | **$485.80 USD** |

⊦ **JFK - SJU: Blue Plus details**

⊦ **SJU - JFK: Blue Plus details**

| | |
|---|---|
| **Total fare:** | **$485.80 USD** |

## Extras

### − Seats

| Even More® Space | Mr. David Mack | SJU - JFK | Seat 02F | Flight 1804 | | $55.00 USD |
| Even More® Space | Mr. David Mack | JFK - SJU | Seat null | Flight 803 | | $55.00 USD |

### − Even More Speed

| Even More® Speed | Mr. David Mack | SJU - JFK | Flight 1804 | | $0.00 USD |
| Even More® Speed | Mr. David Mack | JFK - SJU | Flight 803 | | $0.00 USD |

| | Total Extras: | $110.00 USD |
|---|---|---|

| Charged to MasterCard ending in 9978 | $128.00 USD |
| | $412.80 USD |
| Charged to MasterCard ending in 9978 | $55.00 USD |

| **Total** | **$595.80** USD |



CONDADO VANDERBILT
H O T E L

Page No.   1

| Guest Name: | David Mack | Room #: 422 |
| | 187 Bergen Street | Folio #: R62647SB128545 - 1 |
| | Brooklyn, NY  11217 | Group #: |
| | | Guests:  1 |
| | | Clerk: |

Arrive: 05/21/18   Time: 06:21 PM   Depart: 05/22/18   Time: 10:03:18   Status: FOL

| Date | Description | Reference | Comment | Charges | Credits |
|------|-------------|-----------|---------|---------|---------|
| 04/16/2018 | DEP MASTERCARD | 04168040 | ************9978 78890P | $0.00 | ($322.21) |
| 05/21/2018 | VERITAS WINE | 30039568 | | $17.50 | $0.00 |
| 05/21/2018 | ROOM CHARGE | 422 | | $246.00 | $0.00 |
| 05/21/2018 | HOTEL TARIFF | 422t | HOTEL TARIFF | $44.28 | $0.00 |
| 05/21/2018 | GOVERNMENT TAX | 422t | GOVERNMENT TAX | $31.93 | $0.00 |

| Folio Balance: | $17.50 |
|---|---|

**1055 Ashford Avenue San Juan, Puertto Rico 00907 Tel. 787.721.5500 Fax. 787.724.1949**
www.condadovanderbilttcom <http://www.condadovanderbilttcom>

5/23/2018                                     Zoho Mail - Print

| From | : | Uber Receipts <uber.us@uber.com> |
| To | : | <davidjrmack@zoho.com> |
| Subject | : | Your Monday morning trip with Uber |
| Date | : | Mon, 21 May 2018 12:32:32 -0400 |



# $66.70

Thanks for choosing Uber, David

May 21, 2018 | uberX

---

**11:44am** | 190 Bergen St, Brooklyn, NY

**12:21pm** | Jamaica, NY

---

5/23/2018                                    Zoho Mail - Print

You rode with Ahmad

| 26.50 | 00:37:39 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

One star   two stars   three stars   four stars   five stars

**ADD A TIP**

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

| | |
|---|---|
| Trip fare | $71.70 |
| Subtotal | $71.70 |

5/23/2018                                    Zoho Mail - Print

Credits                                                                    -$5.00

Before Taxes                                                              $64.37

Sales Tax (8.875%)                                                        $5.71

Black Car Fund (2.5%)                                                     $1.62

Personal •••• 6246                                              $66.70

A temporary hold of $71.70 was placed on your payment method Personal •••• 6246 at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement shortly. **Learn
More**

Affiliated with ACHT-NY,LLC (B02871)
Dispatched by Acht (B02871)
License Plate: T742247C
FHV License Number: 5806982
Driver's TLC License Number: 5756635
To submit a complaint to the NYC TLC, please call 311.

uber_card

Earn 4% back on dining, 3% back
on hotel & airfare, 2% back on
online purchases, and more with the
Uber Visa Card.
Learn more

5/23/2018                                    Zoho Mail - Print



5/23/2018                                    Zoho Mail – Print

| From | : | Uber Receipts <uber.us@uber.com> |
| To | : | <davidjrmack@zoho.com> |
| Subject | : | Your Tuesday evening trip with Uber |
| Date | : | Tue, 22 May 2018 23:29:10 -0400 |



Map data ©2018 Google

# $57.85

Thanks for choosing Uber, David

May 22, 2018 | uberX

**10:55pm |** JFK Access Rd, Jamaica, NY

**11:28pm |** 190 Bergen St, Brooklyn, NY

You rode with Sajjad

| 19.36 | 00:33:52 | uberX |
|-------|----------|-------|
| miles | Trip time | Car |

One star | two stars | three stars | four stars | five stars

**ADD A TIP**

Did you know you can order food delivery through Uber? Try Uber Eats and get 20% off your first order with the code 20ubereats. Download the app today.

## Your Fare

| | |
|---|---|
| Trip fare | $57.85 |
| **Subtotal** | **$57.85** |
| Before Taxes | $51.94 |
| Sales Tax (8.875%) | $4.60 |

5/23/2018                                    Zoho Mail - Print

Black Car Fund (2.5%)                                                    $1.31

Personal •••• 6246                                          $57.85

A temporary hold of $57.85 was placed on your payment method Personal •••• 6246 at the start of the trip.
This is not a charge and has or will be removed. It should disappear from your bank statement shortly. **Learn
More**

Affiliated with VIERZEHN-NY, LLC (B02876)
Dispatched by Vierzehn (B02876)
License Plate: T732594C
FHV License Number: 5767740
Driver's TLC License Number: 5472958
To submit a complaint to the NYC TLC, please call 311.

uber_card

Earn 4% back on dining, 3% back
on hotel & airfare, 2% back on
online purchases, and more with the
Uber Visa Card.
## Learn more

5/23/2018                                                    Zoho Mail - Print



Need help?