# EXHIBIT B

**RECEIPTS OF THE SERVICE EMPLOYEES INTERNATIONAL UNION DURING APPLICATION PERIOD**

# CREDITORS COMMITTEE EXPENSE REPORT

NAME:   Alvin Velazquez                PERIOD COVERED FROM:   1/1/2018      TO: 4/30/2018

COMPANY: Service Employees International Union

ADDRESS:   1800 Massachusetts Ave., NW Washington, DC 20036

| DATE | CITY VISITED | PURPOSE OF TRIP | PARKING | MILES (53.5 cents per mile) | AIRFARE (coach) | TAXI OR LIMO | LODGING | MEALS | MISC (specify) |
|------|--------------|-----------------|---------|------------------------------|-----------------|--------------|---------|-------|----------------|
| 4/23-4/25 | New York | COFINA Mediation | | | 340.00 | | 158.58 | | |
| 4/2-4/4 | New York | COFINA Mediation | | | 400.00 | | 620.46 | | |
| 3/21-3/22 | San Juan | Committee Meeting | | | 596.80 | | N/A/ | | |
| 3/9-3/13 | New York | COFINA Mediation | | | 340.00 | | 468.01 | | |
| 2/1 | New York | COFINA Mediation | | | 400.00 | | N/A | | |
| 1/16-1/19 | San Juan | Committee Meeting | | | 371.80 | | | | |
| TOTALS | | | $ | | $2,448.60 | $ | $1247.05 | $ | $ |

ADDITIONAL INFORMATION:

TOTAL DUE: $3,695.65

ATTACH ALL RECEIPTS

## Travel Itinerary

### TRIP OVERVIEW

**Trip Name: Trip from Washington to San Juan**

**Start Date:** January 16, 2018

**End Date:** January 19, 2018

**Created:** January 09, 2018, Alvin Velazquez *(Modified: January 10, 2018)*

**Description:** (No Description Available)

**Agency Record Locator:** FSSXMJ

**Ticket Number(s):** 2797034987120

**Passengers:** Alvin Antonio Velazquez

**Total Estimated Cost:** $**606.18** USD

### RESERVATIONS

**Tuesday, January 16, 2018**



**Flight      Washington, DC (DCA) to San Juan (SJU)**

**JetBlue 1347**

| | |
|---|---|
| **Departure: 08:00 AM** | **Confirmation: FSSZZI** |
| Seat:**No seat assignment** | Status: **Confirmed** |
| Washington D.C. Ronald Reagan | Air Frequent Flyer Number:B6- |
| National Airport (DCA) | 2121934056 |
| Terminal:B | |
| Duration: 3 hours, 46 minutes | |
| Nonstop | |

**Arrival: 12:46 PM**
San Juan Luis Munoz Marin Intl Airport
(SJU)
Terminal:A

**Additional Details**

| | |
|---|---|
| Aircraft: Airbus A320 | Distance: 1557 miles |
| E-Ticket | |
| Emissions: 602.6 lbs $CO_2$ | |
| Cabin: Economy (Z) | |



**Budget Car Rental at: San Juan PR (SJU)**

Pick-up at: San Juan PR (SJU)

| | |
|---|---|
| **Pick Up: 12:46 PM** *Tue Jan 16* | **Confirmation: 26744437US6** |
| Pick-up at:San Juan PR (SJU) | Status:**Confirmed** |
| Number of Cars:1 | Frequent Guest Number: APP |

**Return: 07:05 PM** *Fri Jan 19*                     Rate Code:LA
Returning to:San Juan PR (SJU)

**Additional Details**
Rate: $41.00 USD daily rate, unlimited miles; $41.00 USD extra daily rate, unlimited miles; $30.76 USD extra hourly rate, unlimited miles
Total Rate: $234.38 USD                     Corporate Discount: Z378700

**Rental Details**
Intermediate / Car / Automatic transmission / Air conditioning



## XX DREAM INN PR
2009 CALLE MCLEARY
SAN JUAN, 00911, PUERTO RICO
787-200-6340

**Checking In: Tue Jan 16**                     **Confirmation: 0384206449**
Days 3, Guests 1                                **Status:Not purchased through the reservation system**

**Checking Out: Fri Jan 19**

**Additional Information**
Daily Rate: $115.00 USD

**Room Details**
Room Description: RoomDescriptionCodeCORP
Special Instructions: Room With Balcon

**Remarks**
CANCEL 5 DAYS PRIOR TO ARRIVAL
EARLY DEPARTURE MAY RESULT IN A FEE



**Friday, January 19, 2018**



**Flight      San Juan (SJU) to Washington, DC (DCA)**

**JetBlue 1348**

**Departure: 07:05 PM**                     **Confirmation: FSSZZI**
Seat:No seat assignment                     Status: **Confirmed**
San Juan Luis Munoz Marin Intl Airport     Air Frequent Flyer Number:B6-
(SJU)                                       2121934056
Terminal:A
Duration: 3 hours, 54 minutes
Nonstop

**Arrival: 09:59 PM**
Washington D.C. Ronald Reagan
National Airport (DCA)
Terminal:B

**Additional Details**
Aircraft: Airbus A320                     Distance: 1557 miles
E-Ticket
Emissions: 602.6 lbs $CO_2$
Cabin: Economy (P)

**Remarks**

A DEPARTURE TAX MAY EXIST.
DEPARTURE TAXES ARE PAYABLE IN LOCAL CURRENCY.

# TOTAL ESTIMATED COST

**Air**

| | | |
|---|---|---|
| Ticket Number: 2797034987120: | | $315.00 USD |
| Taxes and fees: | | $56.80 USD |
| | Air Total Price: | $371.80 USD |
| **Car:** | | $234.38 USD |
| **Total Estimated Cost:** | | $606.18 USD |

# REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
-----------------------------------------------------
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
-----------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925
FOR INFORMATION ON TRAVEL REQUIREMENTS/U.S. EMBASSIES
AND/OR HEALTH IMMUNIZATIONS VISIT WWW.TRAVEL.STATE.GOV
OR CALL 202-647-5225


.
CONTACT THE DESIGNATED GOVERNMENT AGENCY IN YOUR
COUNTRY OF CITIZENSHIP FOR PASSPORT/VISA REQUIREMENTS.
TRAVEL INTO U.S. MAY REQUIRE ESTA APPROVAL - ELECTRONIC
SYSTEM FOR TRAVEL AUTHORIZATION. FOR ESTA DETAILS VISIT
WWW.CBP.GOV AND ENTER ESTA IN THE SEARCH BOX.


.
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
TICKET IS NON REFUNDABLE/NON TRANSFERABLE.
CHANGES SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO DEPARTURE
OR YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
FOR CHANGES OR CANCELLATION OF THIS TRIP
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND FINAL
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.


.
```


**SEIU**.ORG                                           LaToya Cole <latoya.cole@seiu.org>

## EMERGENCY CANCELLATION FOR RECORD LOCATOR (CUXTLG)...
**4 messages**

**LaToya Cole** <latoya.cole@seiu.org>                        Tue, Jan 23, 2018 at 8:50 AM
To: "SEIU (US)" <seiu@bcdtravel.com>

Hello all and good morning,

Would you please cancel Alvin Velazquez's travel to NY this week that I just booked on
yesterday (1/22).

He just informed me this morning that he has food poisoning and cannot travel at all this week.

Thanks,

LaToya "Toya" Cole
Legal Administrative Coordinator
Service Employees International Union
1800 Massachussetts Avenue, NW
Washington, DC  20036
Direct Dial: **202-730-7396**
Cell (work): **202-288-3049**
**latoya.cole@seiu.org**

**SEIU** <seiu@bcdtravel.com>                                 Tue, Jan 23, 2018 at 9:13 AM
To: LaToya Cole <latoya.cole@seiu.org>

Hi Toya,

Just got off the phone with Amtrak, his return was cancelled and refunded for $170.00.  He was a no show on the
outbound train, so that was forfeited.

The hotel was also nonrefundable, he will be charged one night stay.

Thank you and kind regards,

Marianne O'Brien   |

Senior Travel Consultant   |   BCD Travel

Travel Itinerary

## TRIP OVERVIEW

**Trip Name: Trip from WAS to NYP (PR Bankruptcy)**

**Start Date:** February 01, 2018

**End Date:** February 01, 2018

**Created:** January 29, 2018, LaToya Cole *(Modified: January 29, 2018)*

**Description:** Trip from WAS to NYP (PR Bankruptcy)

**Please select your department number:** 50S Legal Department

**Please provide your Project Code:** 50-GENL

**Please provide the first and last name of the person making this reservation (example john.smith):** LaToya Cole

**Purpose of Trip:** PR Bankruptcy Work

**Please select LM2 code for this trip:** U6-Internal Union Governance

**Agency Record Locator:** ZPRQCU

**Passengers:** Alvin Antonio Velazquez

**Total Estimated Cost:** $400.00 USD

## RESERVATIONS

**Thursday, February 01, 2018**



**Train**      **Washington - Union Station, DC to New York - Penn Station, NY**

**Acela Express 2154**

**Departs: 07:00 AM**
Washington - Union Station, DC
Duration: 2 hours, 46 minutes

**Confirmation: BF2506**
Status: **Booked in Amtrak direct/BF2506**
Train Frequent Traveler Number: 7137914599

**Arrival: 09:46 AM**
New York - Penn Station, NY

**Additional Details**
Class: Acela Business Class Seat (K)



**Train**      **New York - Penn Station, NY to Washington - Union Station, DC**

**Acela Express 2173**

**Departs: 08:13 PM**
New York - Penn Station, NY
Duration: 2 hours, 52 minutes

**Confirmation: BF2506**
Status: **Booked in Amtrak direct/BF2506**
Train Frequent Traveler Number: 7137914599

**Arrival: 11:05 PM**
Washington - Union Station, DC

**Additional Details**
Class: Acela Business Class Seat (KD)

## TOTAL ESTIMATED COST

**Train:**

| | |
|---|---|
| Train Base Fare: | $400.00 USD |
| **Total Estimated Cost:** | $400.00 USD |

## REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
-----------------------------------------------------
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
-----------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925
YOUR AMTRAK RESERVATION NUMBER IS BF2506.
AMTRAK TICKETS ARE NON REFUNDABLE IF LOST OR STOLEN
OR IF RESERVATION IS NOT CANCELED PRIOR TO DEPARTURE.
AMTRAK CANCELLATION POLICIES VARY. FOR ADDITIONAL
INFORMATION VISIT WWW.AMTRAK.COM OR CALL 800-835-8725
YOUR TICKET HAS BEEN ISSUED ELECTRONICALLY WITH AMTRAK
YOU WILL NOT RECEIVE A PAPER TICKET. PLEASE PROCEED TO A
QUICK-TRAK KIOSK AND SWIPE YOUR CREDIT CARD TO PRINT
YOUR TICKET FOR BOARDING
```

## Travel Itinerary

### TRIP OVERVIEW

**Trip Name: Trip from WAS to NYP (PR Debt Mediation)**

**Start Date:** March 09, 2018

**End Date:** March 13, 2018

**Created:** March 08, 2018, LaToya Cole *(Modified: March 08, 2018)*

**Description:** Trip from WAS to NYP (PR Debt Mediation)

**Please select your department number:** 50S Legal Department

**Please provide your Project Code:** 50-GENL

**Please provide the first and last name of the person making this reservation (example john.smith):**
LaToya Cole

**Purpose of Trip:** PR Debt Mediation in NY

**Please select LM2 code for this trip:** U6-Internal Union Governance

**Agency Record Locator:** PERSWH

**Passengers:** Alvin Antonio Velazquez

**Total Estimated Cost:** $890.80 USD

### RESERVATIONS

**Friday, March 09, 2018**



**Train**        **Washington - Union Station, DC to New York - Penn Station, NY**

**Acela Express 2110**

**Departs: 11:00 AM**
Washington - Union Station, DC
Duration:2 hours, 50 minutes

**Confirmation: E2C48B**
Status:**Booked in Amtrak direct/E2C48B**
Train Frequent Traveler Number:7137914599

**Arrival: 01:50 PM**
New York - Penn Station, NY

**Additional Details**
Class: Acela Business Class Seat (KB)



**Holiday Inn Express Madison Sq Garden**
232 W 29th St
New York, New York, 10001
US
212-695-7200

**Checking In: Fri Mar 9**        **Confirmation: 63980525**

Room 1, Days 4, Guests 1                    Status:**Confirmed**

## Checking Out: Tue Mar 13

**Additional Information**
Rate:

| Mar 9 - Mar 10 | $143.10 USD |
| Mar 10 - Mar 11 | $161.10 USD |
| Mar 11 - Mar 12 | $94.50 USD |
| Mar 12 - Mar 13 | $152.10 USD |

**Room Details**
Room Description: RoomDescriptionCodeKNGSIU
Special Instructions: Nonsmoking

**Cancellation Policy**
Non-Refundable Cancellation

**Remarks**
EARLY DEPARTURE MAY RESULT IN A FEE

## Tuesday, March 13, 2018



**Train**     **New York - Penn Station, NY to Washington - Union Station, DC**

### Acela Express 2171

**Departs: 07:04 PM**
New York - Penn Station, NY
Duration:3 hours, 1 minute

**Confirmation: E2C48B**
Status:**Booked in Amtrak direct/E2C48B**
Train Frequent Traveler Number:7137914599

**Arrival: 10:05 PM**
Washington - Union Station, DC

**Additional Details**
Class: Acela Business Class Seat (KB)

---

## TOTAL ESTIMATED COST

| | |
|---|---|
| **Train Base Fare:** | $340.00 USD |
| **Hotel:** | $550.80 USD |
| **Total Estimated Cost:** | $890.80 USD |

---

## REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
```

5/8/2018

```
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
------------------------------------------------------
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
------------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925
YOUR AMTRAK RESERVATION NUMBER IS E2C48B.
AMTRAK TICKETS ARE NON REFUNDABLE IF LOST OR STOLEN
OR IF RESERVATION IS NOT CANCELED PRIOR TO DEPARTURE.
AMTRAK CANCELLATION POLICIES VARY. FOR ADDITIONAL
INFORMATION VISIT WWW.AMTRAK.COM OR CALL 800-835-8725
YOUR TICKET HAS BEEN ISSUED ELECTRONICALLY WITH AMTRAK
YOU WILL NOT RECEIVE A PAPER TICKET. PLEASE PROCEED TO A
QUICK-TRAK KIOSK AND SWIPE YOUR CREDIT CARD TO PRINT
YOUR TICKET FOR BOARDING
```



03-14-18

| | | | |
|---|---|---|---|
| **Alvinantonio Velazquez** | Folio No. | : | **337664** |
| **3216 Woods Cove Lane** | A/R Number | : | |
| **Woodbridge VA 22192** | Group Code | : | |
| **United States** | Company | : | **Seiu Svc Employee Intl Union** |
| | Membership No. | : | |
| | Invoice No. | : | |

| | | | |
|---|---|---|---|
| Room No. | : | **1111** |
| Arrival | : | **03-09-18** |
| Departure | : | **03-12-18** |
| Conf. No. | : | **63980525** |
| Rate Code | : | **IGN04** |
| Page No. | : | **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03-09-18 | *Accommodation | 143.10 | |
| 03-09-18 | State Tax - 8.875% | 12.70 | |
| 03-09-18 | City Tax - 5.875% | 8.41 | |
| 03-09-18 | Occupancy Tax | 2.00 | |
| 03-09-18 | Javits Expansion Fee | 1.50 | |
| 03-10-18 | *Accommodation | 161.10 | |
| 03-10-18 | State Tax - 8.875% | 14.30 | |
| 03-10-18 | City Tax - 5.875% | 9.46 | |
| 03-10-18 | Occupancy Tax | 2.00 | |
| 03-10-18 | Javits Expansion Fee | 1.50 | |
| 03-11-18 | American Express          XXXXXXXXXXXX1002 | | 468.01 |
| 03-11-18 | *Accommodation | 94.50 | |
| 03-11-18 | State Tax - 8.875% | 8.39 | |
| 03-11-18 | City Tax - 5.875% | 5.55 | |
| 03-11-18 | Occupancy Tax | 2.00 | |
| 03-11-18 | Javits Expansion Fee | 1.50 | |



03-14-18

| Alvinantonio Velazquez<br>3216 Woods Cove Lane<br>Woodbridge VA 22192<br>United States | Folio No. | : 337664 | Room No. : | 1111 |
|---|---|---|---|---|
| | A/R Number | : | Arrival : | 03-09-18 |
| | Group Code | : | Departure : | 03-12-18 |
| | Company | : Seiu Svc Employee Intl Union | Conf. No. : | 63980525 |
| | Membership No. : | | Rate Code : | IGN04 |
| | Invoice No. | : | Page No. : | 2 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Total | 468.01 | 468.01 |
| | Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

This hotel assumes no responsibility for loss of money, jewels, or other valuables, unless placed in our safe deposit boxes located at the Front Desk.  The Hotel is not responsible for contents left in room or auto.  I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges.  Independently Owned Brisam Management, LLC and Operated by Hersha Hospitality Management, LP.

## Travel Itinerary

### TRIP OVERVIEW

**Trip Name: Trip from Washington to San Juan**

**Start Date:** March 21, 2018

**End Date:** March 22, 2018

**Created:** March 16, 2018, Alvin Velazquez *(Modified: March 16, 2018)*

**Description:** (No Description Available)

**Agency Record Locator:** NVMYJR

**Ticket Number(s):** 2797057092316

**Passengers:** Alvin Antonio Velazquez

**Total Estimated Cost:** $705.41 USD

### RESERVATIONS

**Wednesday, March 21, 2018**



**Flight       Washington, DC (DCA) to San Juan (SJU)**

**JetBlue 1347**

| | |
|---|---|
| **Departure: 08:00 AM** | **Confirmation: NVMZQN** |
| **Seat:24C (Confirmed)** | Status: **Confirmed** |
| Washington D.C. Ronald Reagan | Air Frequent Flyer Number:B6- |
| National Airport (DCA) | 2121934056 |
| Terminal:B | |
| Duration: 3 hours, 40 minutes | |
| Nonstop | |

**Arrival: 11:40 AM**
San Juan Luis Munoz Marin Intl Airport
(SJU)
Terminal:A

**Additional Details**

| | |
|---|---|
| Aircraft: Airbus A320 | Distance: 1557 miles |
| E-Ticket | |
| Emissions: 602.6 lbs $CO_2$ | |
| Cabin: Economy (M) | |



**Avis Car Rental at: San Juan PR (SJU)**

Pick-up at: San Juan PR (SJU)

| | |
|---|---|
| **Pick Up: 11:40 AM** *Wed Mar 21* | **Confirmation: 13115841US4** |
| Pick-up at:San Juan PR (SJU) | Status:**Confirmed** |
| Number of Cars:1 | Frequent Guest Number: WEB |

**Return: 06:00 PM** *Thu Mar 22*
Returning to:San Juan PR (SJU)

Rate Code: KF

**Additional Details**
Rate: $37.50 USD daily rate, unlimited miles; $37.50 USD extra daily rate, unlimited miles; $28.13 USD extra hourly rate, unlimited miles
Total Rate: $108.61 USD

Corporate Discount: B009800

**Rental Details**
Intermediate / Car / Automatic transmission / Air conditioning



### XX DREAM INN PR
2009 MCLEARY STREET
SAN JUAN PR
1-787-200 6340

**Checking In: Wed Mar 21**
Days 1, Guests 1

**Confirmation: 0384206909**
Status:**Not purchased through the reservation system**

**Checking Out: Thu Mar 22**

**Additional Information**
Daily Rate: $145.00 USD

**Room Details**
Room Description: RoomDescriptionCodeCORP
Special Instructions: Nonsm

**Remarks**
CANCEL 24 HOURS PRIOR TO ARRIVAL

## Thursday, March 22, 2018



**Flight**     **San Juan (SJU) to Washington, DC (DCA)**

### JetBlue 1348

**Departure: 06:00 PM**
Seat:**No seat assignment**
San Juan Luis Munoz Marin Intl Airport (SJU)
Terminal:A
Duration: 3 hours, 58 minutes
Nonstop

**Confirmation: NVMZQN**
Status: **Confirmed**
Air Frequent Flyer Number:B6-2121934056

**Arrival: 09:58 PM**
Washington D.C. Ronald Reagan
National Airport (DCA)
Terminal:B

**Additional Details**
Aircraft: Airbus A320
E-Ticket
Emissions: 602.6 lbs $CO_2$
Cabin: Economy (M)

Distance: 1557 miles

**Remarks**

A DEPARTURE TAX MAY EXIST.
DEPARTURE TAXES ARE PAYABLE IN LOCAL CURRENCY.

## TOTAL ESTIMATED COST

**Air**

| | |
|---|---|
| Ticket Number: 2797057092316: | $540.00 USD |
| Taxes and fees: | $56.80 USD |
| Air Total Price: | $596.80 USD |
| Car: | $108.61 USD |
| **Total Estimated Cost:** | $705.41 USD |

## REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
-----------------------------------------------------
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
-----------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925
FOR INFORMATION ON TRAVEL REQUIREMENTS/U.S. EMBASSIES
AND/OR HEALTH IMMUNIZATIONS VISIT WWW.TRAVEL.STATE.GOV
OR CALL 202-647-5225


.
CONTACT THE DESIGNATED GOVERNMENT AGENCY IN YOUR
COUNTRY OF CITIZENSHIP FOR PASSPORT/VISA REQUIREMENTS.
TRAVEL INTO U.S. MAY REQUIRE ESTA APPROVAL - ELECTRONIC
SYSTEM FOR TRAVEL AUTHORIZATION. FOR ESTA DETAILS VISIT
WWW.CBP.GOV AND ENTER ESTA IN THE SEARCH BOX.


.
WE RECOMMEND A TWO HOUR CHECK IN FOR DOMESTIC
FLIGHTS AND A THREE HOUR CHECK IN FOR INTERNATIONAL
FLIGHTS. PLEASE NOTE A GOVERNMENT-ISSUED PHOTO
ID IS REQUIRED. YOU WILL WANT TO HAVE YOUR BOARDING
PASS PRIOR TO REACHING THE MAIN SECURITY CHECK POINT.
IF YOU ARE TRAVELING INTERNATIONALLY PLEASE
RECONFIRM 72 HOURS IN ADVANCE.
TICKET IS NON REFUNDABLE/NON TRANSFERABLE.
CHANGES SUBJECT TO PENALTIES PLUS FARE INCREASE.
SOME CARRIERS REQUIRE CANCELLATION PRIOR TO DEPARTURE
OR YOUR TICKET MAY HAVE NO VALUE. CALL THE TRAVEL OFFICE
FOR CHANGES OR CANCELLATION OF THIS TRIP
CHECKED BAGGAGE POLICIES VARY BASED ON CARRIER AND FINAL
DESTINATION. FOR THE LATEST INFORMATION PLEASE CHECK
WITH YOUR TRAVEL CONSULTANT OR THE AIRLINES WEBSITE.


.
```

Travel Itinerary

## TRIP OVERVIEW

**Trip Name: Trip from WAS to NYP (PR Mediation Sessions)**

**Start Date:** April 02, 2018

**End Date:** April 04, 2018

**Created:** March 28, 2018, LaToya Cole *(Modified: March 28, 2018)*

**Description:** Trip from WAS to NYP (PR Mediation Sessions)

**Please select your department number:** 50S Legal Department

**Please provide your Project Code:** 50-GENL

**Please provide the first and last name of the person making this reservation (example john.smith):** LaToya Cole

**Purpose of Trip:** Med. Sessions / COFINA debt (PR bank.)

**Please select LM2 code for this trip:** U6-Internal Union Governance

**Agency Record Locator:** OLIBBP

**Passengers:** Alvin Antonio Velazquez

**Total Estimated Cost:** $934.60 USD

## RESERVATIONS

**Monday, April 02, 2018**



**Train    Washington - Union Station, DC to New York - Penn Station, NY**

**Acela Express 2168**

**Departs: 01:50 PM**
Washington - Union Station, DC
Duration:2 hours, 56 minutes

**Confirmation: 0268DA**
Status:**Booked in Amtrak direct/0268DA**
Train Frequent Traveler Number:7137914599

**Arrival: 04:46 PM**
New York - Penn Station, NY

**Additional Details**
Class: Acela Business Class Seat (KD)



**Holiday Inn Express Madison Sq Garden**
232 W 29th St
New York, New York, 10001
US
212-695-7200

**Checking In: Mon Apr 2**       **Confirmation: 65373730**

Room 1, Days 2, Guests 1                        Status:**Confirmed**

## Checking Out: Wed Apr 4

**Additional Information**
Rate:
       **Apr 2 - Apr 3**  $224.10 USD
       **Apr 3 - Apr 4**  $310.50 USD

**Room Details**
Room Description: RoomDescriptionCodeKNGSIU
Special Instructions: Nonsmoking

**Cancellation Policy**
Must Cancel 2 Day(S) Prior To Arrival.

**Remarks**
EARLY DEPARTURE MAY RESULT IN A FEE

## Wednesday, April 04, 2018



**Train**     **New York - Penn Station, NY to Washington - Union Station, DC**

### Acela Express 2171

**Departs: 07:04 PM**                    **Confirmation: 0268DA**
New York - Penn Station, NY              Status:**Booked in Amtrak direct/0268DA**
Duration:3 hours, 1 minute               Train Frequent Traveler Number:7137914599

**Arrival: 10:05 PM**
Washington - Union Station, DC

**Additional Details**
Class: Acela Business Class Seat (K)

---

## TOTAL ESTIMATED COST

| | |
|---|---|
| **Train Base Fare:** | **$400.00 USD** |
| Hotel: | $534.60 USD |
| **Total Estimated Cost:** | $934.60 USD |

## REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
--------------------------------------------------
```

```
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
-------------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925
YOUR AMTRAK RESERVATION NUMBER IS 0268DA.
AMTRAK TICKETS ARE NON REFUNDABLE IF LOST OR STOLEN
OR IF RESERVATION IS NOT CANCELED PRIOR TO DEPARTURE.
AMTRAK CANCELLATION POLICIES VARY. FOR ADDITIONAL
INFORMATION VISIT WWW.AMTRAK.COM OR CALL 800-835-8725
YOUR TICKET HAS BEEN ISSUED ELECTRONICALLY WITH AMTRAK
YOU WILL NOT RECEIVE A PAPER TICKET. PLEASE PROCEED TO A
QUICK-TRAK KIOSK AND SWIPE YOUR CREDIT CARD TO PRINT
YOUR TICKET FOR BOARDING
```

**Express**

04-04-18

| | | | | |
|---|---|---|---|---|
| **Alvinantonio Velazquez** | Folio No. | : | Room No. : | **0510** |
| **3216 Woods Cove Lane** | A/R Number | : | Arrival : | **04-02-18** |
| **Woodbridge VA 22192** | Group Code | : | Departure : | **04-04-18** |
| **United States** | Company | : **Seiu Svc Employee Intl Union** | Conf. No. : | **65373730** |
| | Membership No. : | | Rate Code : | **IGN04** |
| | Invoice No. | : | Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---:|---:|
| 04-02-18 | *Accommodation | 224.10 | |
| 04-02-18 | State Tax - 8.875% | 19.89 | |
| 04-02-18 | City Tax - 5.875% | 13.17 | |
| 04-02-18 | Occupancy Tax | 2.00 | |
| 04-02-18 | Javits Expansion Fee | 1.50 | |
| 04-03-18 | *Accommodation | 310.50 | |
| 04-03-18 | State Tax - 8.875% | 27.56 | |
| 04-03-18 | City Tax - 5.875% | 18.24 | |
| 04-03-18 | Occupancy Tax | 2.00 | |
| 04-03-18 | Javits Expansion Fee | 1.50 | |
| 04-04-18 | American Express | | 620.46 |
| | **Total** | **620.46** | **620.46** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown herein. I agree that my liability for this bill is not waived and agree to be
held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these
charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

This hotel assumes no responsibility for loss of money, jewels, or other valuables, unless placed in our safe deposit boxes located at the
Front Desk. The Hotel is not responsible for contents left in room or auto. I agree that my liability for this bill is not waived and agree to be
held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these
charges. Independently Owned Brisam Management, LLC and Operated by Hersha Hospitality Management, LP.

Holiday Inn Express Chelsea
Madison Square Garden Area
232 West 29th StreetNew York, NY  10001
Telephone: (212) 695-7200   Fax: (212) 695-7209

## Travel Itinerary

---

## TRIP OVERVIEW

**Trip Name: Trip from WAS to NYP (Mediation on COFINA Debt in PR BK )**

**Start Date:** April 23, 2018

**End Date:** April 25, 2018

**Created:** April 20, 2018, LaToya Cole *(Modified: April 20, 2018)*

**Description:** Trip from WAS to NYP (Mediation on COFINA Debt in PR BK )

**Please select your department number:** 50S Legal Department

**Please provide your Project Code:** 50-GENL

**Please provide the first and last name of the person making this reservation (example john.smith):** LaToya Cole

**Purpose of Trip:** Med. Sessions / COFINA debt (PR bank.)

**Please select LM2 code for this trip:** U6-Internal Union Governance

**Agency Record Locator:** RXERCK

**Passengers:** Alvin Antonio Velazquez

**Total Estimated Cost:** $672.25 USD

---

## RESERVATIONS

**Monday, April 23, 2018**



**Train        Washington - Union Station, DC to New York - Penn Station, NY**

**Acela Express 2158**

| | |
|---|---|
| **Departs: 08:50 AM** | **Confirmation: 1807E5** |
| Washington - Union Station, DC | Status:**Booked in Amtrak direct/1807E5** |
| Duration:2 hours, 56 minutes | Train Frequent Traveler Number:7137914599 |
| **Arrival: 11:46 AM** | |
| New York - Penn Station, NY | |

**Additional Details**

Class: Acela Business Class Seat (KB)



**Comfort Inn Midtown West**

548 West 48th St
New York, New York, 10036
US
212-586-0400

| | |
|---|---|
| **Checking In: Mon Apr 23** | **Confirmation: 77727448** |

Room 1, Days 2, Guests 1      Status:**Confirmed**

### Checking Out: Wed Apr 25

**Additional Information**
Rate:
    **Apr 23 - Apr 24**  $135.15 USD
    **Apr 24 - Apr 25**  $197.10 USD

**Room Details**
Room Description: RoomDescriptionCodeVGC30D7
Special Instructions: Nonsmoking

**Cancellation Policy**
Must Cancel 1 Day(S) Prior To Arrival.

**Remarks**
EARLY DEPARTURE MAY RESULT IN A FEE

---

## Wednesday, April 25, 2018



**Train**    **New York - Penn Station, NY to Washington - Union Station, DC**

**Acela Express 2171**

**Departs: 07:04 PM**
New York - Penn Station, NY
Duration:3 hours, 1 minute

**Confirmation: 1807E5**
Status:**Booked in Amtrak direct/1807E5**
Train Frequent Traveler Number:7137914599

**Arrival: 10:05 PM**
Washington - Union Station, DC

**Additional Details**
Class: Acela Business Class Seat (KB)

---

## TOTAL ESTIMATED COST

| | |
|---|---|
| **Train Base Fare:** | **$340.00** USD |
| **Hotel:** | $332.25 USD |
| **Total Estimated Cost:** | $672.25 USD |

## REMARKS

```
TSH ACCT -SEIU US
DUE TO INCREASED SECURITY MEASURES PLEASE ALLOW 2 HRS
FOR CHECK IN PRIOR TO FLIGHT TIME.
BE PREPARED TO SHOW A GOVERNMENT ISSUED PHOTO ID.
BE ADVISED THAT TRAVELERS CAN BE DENIED BOARDING
IF NAME ON ID DOES NOT MATCH NAME ON TICKET
--------------------------------------------------
```

```
FOR ASSISTANCE WITH CANCELLATIONS OR CHANGES
PLEASE CALL 888-872-3076
-------------------------------------------------------
IF TRAVELING INTERNATIONALLY FOR EMERGENCY AFTER HOURS
ASSISTANCE PLEASE CALL COLLECT 614-210-5925
YOUR AMTRAK RESERVATION NUMBER IS 1807E5.
AMTRAK TICKETS ARE NON REFUNDABLE IF LOST OR STOLEN
OR IF RESERVATION IS NOT CANCELED PRIOR TO DEPARTURE.
AMTRAK CANCELLATION POLICIES VARY. FOR ADDITIONAL
INFORMATION VISIT WWW.AMTRAK.COM OR CALL 800-835-8725
YOUR TICKET HAS BEEN ISSUED ELECTRONICALLY WITH AMTRAK
YOU WILL NOT RECEIVE A PAPER TICKET. PLEASE PROCEED TO A
QUICK-TRAK KIOSK AND SWIPE YOUR CREDIT CARD TO PRINT
YOUR TICKET FOR BOARDING
```