# **EXHIBIT D**

## **SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2018 | March 2018 | April 2018 | May 2018 | Total | February 2018 | March 2018 | April 2018 | May 2018 | Total |
| B110 | Case Administration | 250 | 320 | 300 | 300 | **1170** | 172 | 172.4 | 105.1 | 150.9 | **600.4** |
| B112 | General Creditor Inquiries | 5 | 5 | 10 | 10 | **30** | 1.5 | 6.5 | 8.4 | 7.6 | **24** |
| B113 | Pleadings Review | 100 | 100 | 100 | 75 | **375** | 67 | 22.7 | 25.4 | 37 | **152.1** |
| B120 | Asset Analysis and Recovery | 10 | 10 | 10 | 10 | **40** | 1.3 | 20.6 | .9 | 2.3 | **25.1** |
| B130 | Asset Disposition | 0 | 0 | 10 | 10 | **20** | 6.1 | 0 | 7.1 | 6.6 | **19.8** |
| B140 | Relief from Stay / Adequate Protection Proceedings | 5 | 10 | 10 | 10 | **35** | 0 | 0 | 2.3 | 1.3 | **3.6** |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 100 | 350 | 150 | 150 | **750** | 96.2 | 151.2 | 146.7 | 136.7 | **530.8** |
| B155 | Court Hearings (including Preparation for Court Hearings) | 80 | 60 | 100 | 50 | **290** | 33.3 | 25.7 | 111.1 | 44.6 | **214.7** |
| B160 | Employment / Fee Applications (Paul Hastings) | 60 | 120 | 75 | 75 | **330** | 49.5 | 77.6 | 38.5 | 79.8 | **245.4** |
| B161 | Budgeting (Case) | 5 | 5 | 5 | 5 | **20** | 2.5 | .9 | .5 | .6 | **4.5** |
| B165 | Employment / Fee Applications (Other Professionals) | 0 | 0 | 5 | 10 | **15** | 4.7 | 12.2 | 9.2 | 4.7 | **30.8** |
| B180 | Avoidance Action Analysis | 25 | 25 | 25 | 5 | **80** | 0 | 0 | 0 | 0 | **0** |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 20 | 20 | **50** | 5.4 | 0 | 0 | 0 | **5.4** |
| B190 | Other Contested Matters (including GDB restructuring) | 75 | 75 | 100 | 200 | **450** | 223.1 | 95.5 | 0 | 1.1 | **319.7** |
| B191 | General Litigation | 1,300 | 1,450 | 1,600 | 1,500 | **5850** | 1,597.3 | 2,126 | 956.9 | 541.2 | **5221.4** |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | February 2018 | March 2018 | April 2018 | May 2018 | Total | February 2018 | March 2018 | April 2018 | May 2018 | Total |
| B195 | Non-Working Travel[1] | 15 | 15 | 20 | 20 | **70** | 17.2 | 29.5 | 77.7 | 21.3 | **145.7** |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 50 | 50 | 20 | 10 | **130** | 4.9 | 17.2 | 21.6 | 30.1 | **73.8** |
| B220 | Employee Benefits / Pensions | 5 | 5 | 0 | 0 | **10** | 0 | 0 | 0 | 0 | **0** |
| B230 | Financing / Cash Collections | 5 | 25 | 75 | 75 | **180** | 102.6 | 6.1 | 8.7 | 6.5 | **123.9** |
| B231 | Security Document Analysis | 40 | 5 | 5 | 5 | **55** | 1.3 | 0 | 0 | 0 | **1.3** |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 35 | 30 | 40 | 40 | **145** | 69.9 | 13.2 | 19.8 | 14.7 | **117.6** |
| B261 | Investigations | 150 | 100 | 100 | 25 | **375** | 16.4 | 37 | 40.2 | 118.5 | **212.1** |
| B310 | Claims Administration and Objections | 75 | 50 | 300 | 150 | **575** | 262.4 | 449 | 170.5 | 148 | **1029.9** |
| B312 | Objections to Claims | 0 | 0 | 0 | 150 | **150** | 0 | 0 | 0 | 0 | **0** |
| B320 | Plan and Disclosure Statement | 75 | 50 | 50 | 25 | **200** | 1.7 | 0 | .4 | 0 | **2.1** |
| B410 | General Bankruptcy Advice/Opinions | 0 | 0 | 0 | 0 | **0** | .3 | 0 | 0 | 0 | **0.3** |
| B420 | Restructurings | 0 | 0 | 0 | 0 | **0** | 3.1 | 18 | 38.7 | 159.6 | **219.4** |
| **TOTAL HOURS** | | 2,462.50 | 2,857.50 | 3,120.00 | 2,920.00 | **11,395.00** | 2,739.70 | 3,281.30 | 1,789.70 | 1,513.10 | **9,323.80** |
| **TOTAL FEES** | | $2,203,938.50[2] | $2,600,325.00 | $2,758,080.00 | $2,671,800.00 | **$10,234,143.50** | $2,519,319.00 | 3,020,139.25 | $1,696,600.75 | $1,440,053.75 | **$8,676,112.75** |
| *MINUS 20% REDUCTION*[3] | | ($440,787.50) | ($520,065.00) | ($551,616.00) | ($534,360.00) | **($2,046,828.50)** | ($503,863.80) | ($604,027.85) | ($339,320.15) | ($288,010.75) | **($1,735,222.55)** |
| **TOTAL FEES (NET OF REDUCTION)** | | $1,763,150.00 | $2,080,260.00 | $2,206,464.00 | $2,137,440.00 | **$8,187,315.00** | $2,015,455.20 | $2,416,111.40 | $1,357,280.60 | $1,152,043.00 | **$6,940,890.20** |

---

[1]  The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

[2]  The Total Estimated Fees are calculated based on a blended hourly rate of $895, $910, $884, and $915 for the Paul Hastings attorneys who are expected to work on this matter in February, March, April, and May, respectively.  The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time.  However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% discount, would be approximately $783.

[3]  For illustrative purposes only.  Indeed, pursuant to the order authorizing the Committee's retention of Paul Hastings LLP [Docket No. 999], Paul Hastings can designate the precise fees to be waived to attain the 20% overall reduction in total fees in connection with the final fee application process.  In other words, Paul Hastings may designate its entire final fee application as the source of this reduction or a combination of reductions across other fee application.

**FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER[1]**

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 297.90 | $207,852.50 |
| B112   General Creditor Inquiries | 0.40 | $480.00 |
| B113   Pleadings Review | 50.20 | $40,145.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 2.30 | $1,403.00 |
| B150   Meetings of and Communications with Creditors | 99.80 | $102,749.50 |
| B155   Court Hearings | 29.60 | $27,034.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 245.40 | $217,807.00 |
| B161   Budgeting (Case) | 4.50 | $4,974.50 |
| B165   Employment / Fee Applications (Other Professionals) | 30.80 | $26,829.00 |
| B191   General Litigation | 1.60 | $1,920.00 |
| B195   Non-Working Travel | 25.60 | $16,978.50 |
| B210   Debtor's Financial Information and Operations/Fiscal Plan | 0.50 | $600.00 |
| B230   Financing/Cash Collections | 8.20 | $9,922.00 |
| B231   Security Document Analysis | 1.30 | $526.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 4.50 | $5,380.50 |
| B310   Claims Administration and Objections | 174.10 | $153,087.00 |
| B320   Plan and Disclosure Statement (including Business Plan) | 0.40 | $480.00 |
| **TOTAL** | **977.10** | **$818,169.50** |

*COFINA Dispute Analysis (Matter ID 00003)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B110   Case Administration | 192.40 | $64,604.50 |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B113   Pleadings Review | 26.90 | $22,307.00 |
| B150   Meetings of and Communications with Creditors | 3.40 | $3,861.00 |
| B155   Court Hearings | 141.20 | $138,315.50 |
| B191   General Litigation | 3,716.50 | $3,487,988.50 |
| B260   Meetings of and Communications with Debtors/Oversight Board | 36.70 | $40,208.00 |
| **TOTAL** | **4,117.10** | **$3,757,284.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 0.10 | $81.00 |
| B112   General Creditor Inquiries | 23.60 | $21,651.00 |
| B150   Meetings of and Communications with Creditors | 45.20 | $40,536.00 |
| B195   Non-Working Travel | 77.70 | $34,854.75 |
| B310   Claims Administration and Objections | 319.90 | $271,649.00 |
| **TOTAL** | **466.50** | **$368,771.75** |

*Fiscal Plan Analysis (Matter ID 00005)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B150   Meetings of and Communications with Creditors | 3.30 | $3,712.50 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 24.10 | $27,221.00 |
| **TOTAL** | **27.40** | **$30,933.50** |

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110   Case Administration | 37.50 | $33,101.00 |
| B113   Pleadings Review | 42.60 | $32,868.50 |
| B120   Asset Analysis and Recovery | 21.60 | $25,957.50 |
| B130   Asset Disposition | 2.10 | $2,106.00 |
| B140   Relief from Stay / Adequate Protection Proceedings | 1.30 | $1,560.00 |

-2-

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B150  Meetings of and Communications with Creditors | 7.80 | $9,082.50 |
| B155  Court Hearings | 33.10 | $38,008.50 |
| B190  Other Contested Matters | 1.10 | $891.00 |
| B191  General Litigation | 61.40 | $57,171.50 |
| B210  Debtors' Financial Information and Operations/Fiscal Plan | 38.90 | $46,316.00 |
| B230  Financing/Cash Collections | 115.70 | $133,919.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 44.70 | $54,610.50 |
| B261  Investigations | 226.80 | $201,415.00 |
| **TOTAL** | **634.60** | **$637,007.00** |

*HTA (Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 7.00 | $2,554.00 |
| B113  Pleadings Review | 10.10 | $6,332.50 |
| B150  Meetings of and Communications with Creditors | 0.20 | $225.00 |
| B191  General Litigation | 79.30 | $78,813.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 0.50 | $562.50 |
| **TOTAL** | **97.10** | **$88,487.00** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 1.20 | $1,674.00 |
| B113  Pleadings Review | 4.40 | $3,152.00 |
| B120  Asset Analysis and Recovery | 3.50 | $4,200.00 |
| **TOTAL** | **9.10** | **$9,026.00** |

-3-

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 8.30 | $8,504.00 |
| B113 Pleadings Review | 11.40 | $7,654.50 |
| B150 Meetings of and Communications with Creditors | 1.60 | $1,184.00 |
| B191 General Litigation | 115.60 | $123,355.50 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.90 | $1,012.50 |
| **TOTAL** | **137.80** | **$141,710.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 14.20 | $13,497.00 |
| B113 Pleadings Review | 2.70 | $2,299.00 |
| B150 Meetings of and Communications with Creditors | 20.50 | $23,957.00 |
| B191 General Litigation | 702.80 | $836,764.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 3.90 | $4,680.00 |
| **TOTAL** | **744.10** | **$881,197.00** |

*GO Bond Debt Issues (Matter ID 00011)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B310 Claims Administration and Objections | 236.90 | $189,195.00 |
| B320 Plan and Disclosure Statement (including Business Plan) | 1.70 | $1,037.00 |
| **TOTAL** | **238.60** | **$190,232.00** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 1.20 | $486.00 |
| B150 Meetings of and Communications with Creditors | 348.50 | $380,985.50 |

-4-

| | | |
|---|---:|---:|
| B195  Non-Working Travel | 40.20 | $24,826.50 |
| **TOTAL** | **389.90** | **$406,298.00** |

### *Rule 2004 Investigations (Matter ID 00013)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110  Case Administration | 31.30 | $10,125.00 |
| B113  Pleadings Review | 3.10 | $2,985.50 |
| B155  Court Hearings | 2.20 | $2,475.00 |
| B195  Non-Working Travel | 2.20 | $1,237.50 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 12.30 | $12,514.00 |
| B261  Investigations | 167.10 | $150,032.50 |
| **TOTAL** | **218.20** | **$179,369.50** |

### *Constitutional Issues (Matter ID 00014)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191  General Litigation | 230.10 | $205,056.00 |
| **TOTAL** | **230.10** | **$205,056.00** |

### *Rule 2004 (White Fish) (Matter ID 00015)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B260  Meetings of and Communications with Debtors/Oversight Board | 1.00 | $1,175.00 |
| B261  Investigations | 45.00 | $35,785.00 |
| **TOTAL** | **46.00** | **$36,960.00** |

### *PREPA Privatization (Matter ID 00016)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B130  Asset Disposition | 17.70 | $19,232.00 |
| B260  Meetings of and Communications with Debtors/Oversight Board | 4.50 | $4,803.50 |
| **TOTAL** | **22.20** | **$24,035.50** |

*PBA (Matter ID 00017)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 5.30 | $1,858.50 |
| B113 Pleadings Review | 0.70 | $518.00 |
| B150 Meetings of and Communications with Creditors | 0.50 | $452.50 |
| B155 Court Hearings | 8.60 | $7,698.00 |
| B185 Assumption/Rejection of Leases and Contracts | 5.40 | $5,502.50 |
| B190 Other Contested Matters | 318.60 | $318,582.00 |
| B191 General Litigation | 314.10 | $268,739.50 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 1.20 | $1,674.00 |
| B310 Claims Administration and Objections | 72.20 | $58,713.50 |
| B410 General Bankruptcy Advice/Opinions | 0.30 | $405.00 |
| **TOTAL** | **726.90** | **$664,143.50** |

*GDB (Matter ID 00018)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110 Case Administration | 4.00 | $4,800.00 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 10.30 | $11,190.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 7.40 | $8,568.00 |
| B420 Restructurings | 219.40 | $212,873.50 |
| **TOTAL** | **241.10** | **$237,431.50** |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
| --- | ---: |
| Travel Expenses – Airfare | $5,697.83 |
| Travel Expenses – Lodging | $4,721.15 |
| Travel Expenses - Taxi / Ground Transportation | $10,141.73 |
| Travel Expenses - Parking | $103.02 |
| Travel Expenses – Car Rental | $663.44 |
| Travel Expenses - Internet | $30.99 |
| Meals (while working on Committee matters) | $3,139.00 |
| Conference calls – Domestic | $1,588.17 |
| Courtcall | $350.00 |
| Court Reporting Services | $16,500.55 |
| Courier Service | $2,823.58 |
| Messenger | $139.55 |
| Computer Search | $60,527.15 |
| Articles and Publications | $410.74 |
| Attorney Service | $101.74 |
| Attorney Assistance | $105.00 |
| Banquet Room Rental | $2,685.49 |
| Data Base Storage | $166.00 |
| PACER | $23.40 |
| Electronic Document Retrieval | $20.85 |
| In-house Black and White Reproduction Charges (255,055 copies at $0.08 per page) | $20,404.40 |
| In-house Color Reproduction Charges (13,839 copies at $0.25 per page) | $3,459.75 |
| Outside Professional Services | $448,493.31 |
| Postage/Express Mail | $4,696.82 |
| **TOTAL** | **$586,993.66** |