**EXHIBIT E**

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN PUERTO RICO OR OUTSIDE PUERTO RICO**

**February Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth | $2,251,569.75 | $1,801,255.80 | $75,654.01 | $1,876,909.81 |
| *(a) Services Rendered Outside of Puerto Rico* | *$2,244,176.25* | *$1,795,341.00* | *$75,654.01* | *$1,870.995.01* |
| *(b) Services Rendered in Puerto Rico* | *$7,393.50* | *$5,914.80* | *$0.00* | *$5,914.80* |
| Total for HTA (all outside of Puerto Rico) | $19,868.00 | $15,894.40 | $2.97 | $15,897.37 |
| Total for ERS (all outside of Puerto Rico) | $20,639.00 | $16,511.20 | $0.00 | $16,511.20 |
| Total for PREPA | $227,242.25 | $181,793.80 | $12,132.73 | $193,926.53 |
| *(a) Services Rendered Outside of Puerto Rico* | *$204,208.25* | *$163,366.60* | *$12,132.73* | *$175,499.33* |
| *(b) Services Rendered in Puerto Rico* | *$23,034.00* | *$18,427.20* | *$0.00* | *$18,427.20* |
| **Grand Total for all Debtors** | **$2,519,319.00** | **$2,015,455.20** | **$87,789.71** | **$2,103,244.91** |

## March Fee Statement

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth | $2,812,656.75 | $2,250,125.40 | $52,703.44 | $2,302,828.84 |
| *(a) Services Rendered Outside of Puerto Rico* | *$2,773,547.25* | *$2,218,837.80* | *$52,703.44* | *$2,271,541.24* |
| *(b) Services Rendered in Puerto Rico* | *$39,109.50* | *$31,287.60* | *$0.00* | *$31,287.60* |
| Total for HTA | $5,202.00 | $4,161.60 | $0.00 | $4,161.60 |
| *(a) Services Rendered Outside of Puerto Rico* | *$4,977.00* | *$3,981.60* | *$0.00* | *$3,981.60* |
| *(b) Services Rendered in Puerto Rico* | *$225.00* | *$180.00* | *$0.00* | *$180.00* |
| Total for ERS (all outside of Puerto Rico) | $6,718.00 | $5,374.40 | $0.00 | $5,374.40 |
| Total for PREPA (all outside of Puerto Rico) | $195,562.50 | $156,450.00 | $796.98 | $157,246.98 |
| **Grand Total for all Debtors** | **$3,020,139.25** | **$2,416,111.40** | **$53,500.42** | **$2,469,611.82** |

## April Fee Statement

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $1,626,470.25 | $1,301,176.20 | $408,497.52 | $1,709,673.72 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,567,425.75* | *$1,253,940.60* | *$408,497.52* | *$1,662,438.12* |
| *(b) Services Rendered in Puerto Rico* | *$59,044.50* | *$47,235.60* | *$0.00* | *$47,235.60* |
| Total for HTA (all outside of Puerto Rico) | $5,670.00 | $4,536.00 | $0.00 | $4,536.00 |
| Total for ERS (all outside of Puerto Rico) | $1,633.00 | $1,306.40 | $0.00 | $1,306.40 |
| Total for PREPA (all outside of Puerto Rico) | $62,827.50 | $50,262.00 | $266.28 | $50,528.28 |
| **Grand Total for all Debtors** | **$1,696,600.75** | **$1,357,280.60** | **$408,763.80** | **$1,766,044.40** |

**May Fee Statement**

|  | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth | $1,246,916.75 | $997,533.40 | $34,986.62 | $1,032,520.02 |
| *(a) Services Rendered Outside of Puerto Rico* | *$1,220,785.25* | *$976,628.20* | *$34,986.62* | *1,011,614.82* |
| *(b) Services Rendered in Puerto Rico* | *$26,131.50* | *$20,905.20* | *$0.00* | *$20,905.20* |
| Total for HTA (all outside of Puerto Rico) | $57,747.00 | $46,197.60 | $5.22 | $46,202.82 |
| Total for ERS (all outside of Puerto Rico) | $540.00 | $432.00 | $0.00 | $432.00 |
| Total for PREPA (all outside of Puerto Rico) | $134,850.00 | $107,880.00 | $1,947.89 | $109,827.89 |
| **Grand Total for all Debtors** | **$1,440,053.75** | **$1,152,043.00** | **$36,939.73** | **$1,188,982.73** |