# SCHEDULE 1

## LIST OF PROFESSIONALS BY MATTER

*Official Comm. of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Molen, Neal | Partner | Appellate Practice |
| Tenzer , Andrew V. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Grogan, James T. | Counsel | Restructuring |
| Traxler, Katherine A. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Cleary Clarens, Kristin | Associate | Litigation |
| Gage, Brendan | Associate | Restructuring |
| Hegel, Peter | Associate | Corporate |
| Hennigan, Andrew | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Newman, Daniel F. | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Austin, Javii D. | Librarian | |
| Gramer, Alana | Paralegal | |
| Kuo, Jocelyn | Paralegal | |
| Reid, Alex | Librarian | |
| Suffern, Anne C. | Paralegal | |
| Wijemanne, Manel | Paralegal | |

*COFINA Dispute Analysis (Matter ID 00003)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |

| | | |
|---|---|---|
| Cooper, Samuel W. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Hansson, Kurt W. | Partner | Litigation |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Molen, Neal | Partner | Appellate Practice |
| Tenzer, Andrew V. | Partner | Restructuring |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Grogan, James T. | Counsel | Restructuring |
| Hilson, John Francis | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Baker, Jessica | Associate | Litigation |
| Barron, Douglass E. | Associate | Restructuring |
| Besnoff, Sarah G. | Associate | Employment |
| Browning, Jenna E. | Associate | Litigation |
| Buscarino, Anthony F. | Associate | Litigation |
| Cleary Clarens, Kristin | Associate | Litigation |
| Gray, Bradley R. | Associate | Litigation |
| Hennigan, Andrew | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Rodriguez, Camila | Associate | Litigation |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Austin, Javii D. | Librarian | |
| Braunthal, Kimberly A. | Case Assistant | |
| Chang, Irene | Librarian | |
| Checo, Miguel L. | Project Manager | |
| Elliott, Elizabeth | Librarian | |
| Hopkovitz, Yael | Librarian | |
| Kromer, Rosetta S. | Paralegal | |
| Kuo, Jocelyn | Paralegal | |
| Levy, Alyssa | Case Assistant | |

| Lopez, Mayra O. | Technical Operations | |
| O'Dea, Heather R. | Research Services | |
| Paredes, Xavier | Project Specialist | |
| Reid, Alex | Librarian | |
| Ross, Jennifer | Paralegal | |
| Semago, Jason T. | Librarian | |
| Suffern, Anne C. | Paralegal | |
| Weaver, Randi | Project Manager | |

*Communications w/Creditors/Website (Other than Comm. Members) (Matter ID 00004)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Hennigan, Andrew | Associate | Corporate |
| Vohra, Ravi | Associate | Restructuring |
| Cooney, Jacqueline W. | Senior Privacy Advisor | |
| Kuo, Jocelyn | Paralegal | |
| Suffern, Anne C. | Paralegal | |

*Fiscal Plan Analysis (Matter ID 00005)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Grogan, James T. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Hennigan, Andrew | Associate | Corporate |

## PREPA (Matter ID 00006)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Mollen, Neal | Partner | Appellate Practice |
| Patrizia, Charles A. | Partner | Litigation |
| Tenzer , Andrew V. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Cleary Clarens, Kristin | Associate | Litigation |
| Emam, Daniel | Associate | Employment |
| Hennigan, Andrew | Associate | Corporate |
| Lantsberg, Yana | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Checo, Miguel L. | Project Manager | |
| Doherty, Allison | Paralegal | |
| Paredes, Xavier | Project Specialist | |
| Suffern, Anne C. | Paralegal | |

## HTA (Matter ID 00007)

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Timofeyev, Igor V. | Partner | Litigation |
| Unger, Sean | Partner | Appellate Practice |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |

| Buscarino, Anthony F. | Associate | Litigation |
| --- | --- | --- |
| Hennigan, Andrew | Associate | Corporate |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | |
| O'Dea, Heather R. | Research Services | |
| Paredes, Xavier | Project Specialist | |
| Suffern, Anne C. | Paralegal | |

*ERS (Matter ID 00008)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Vohra, Ravi | Associate | Restructuring |
| Checo, Miguel L. | Project Manager | |
| Paredes, Xavier | Project Specialist | |

*Other Adversary Proceedings (Matter ID 00009)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Timofeyev, Igor V. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Gray, Bradley R. | Associate | Litigation |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | |

| Suffern, Anne C. | Paralegal | |

## *Mediation (Matter ID 00010)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Tenzer , Andrew V. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Grogan, James T. | Counsel | Restructuring |
| Hilson, John Francis | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Hennigan, Andrew | Associate | Corporate |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Maza, Shlomo | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | |
| Suffern, Anne C. | Paralegal | |

## *GO Bond Debt Issues (Matter ID 00011)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Hennigan, Andrew | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |

| Chang, Irene | Librarian | |

*Creditors' Committee Meetings (Matter ID 00012)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Despins, Luc A. | Partner | Restructuring |
| Tenzer , Andrew V. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Grogan, James T. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Maza, Shlomo | Associate | Restructuring |
| Newman, Daniel F. | Associate | Restructuring |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kuo, Jocelyn | Paralegal | |

*Rule 2004 Investigations (Matter ID 00013)*

| Name | Title or Position | Department, Group, or Section |
|---|---|---|
| Cooper, Samuel W. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Worthington, James B. | Partner | Litigation |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Grogan, James T. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Gray, Bradley R. | Associate | Litigation |
| Kilpatrick, Ryan N. | Associate | Litigation |
| Checo, Miguel L. | Project Manager | |
| Paredes, Xavier | Project Specialist | |
| Suffern, Anne C. | Paralegal | |

| Weaver, Randi | Project Manager | |

### Constitutional Issues (Matter ID 00014)

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Kinnaird, Stephen B. | Partner | Appellate Practice |
| Mollen, Neal | Partner | Appellate Practice |
| Unger, Sean | Partner | Appellate Practice |
| Bongartz, Alex | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Besnoff, Sarah G. | Associate | Employment |
| Cedar, Christine L. | Associate | Employment |
| Hennigan, Andrew S. | Associate | Corporate |
| Kim, Anna | Associate | Employment |
| Doherty, Allison | Paralegal | |
| O'Dea, Heather R. | Research Services | |

### Rule 2004 (Whitefish) (Matter ID 00015)

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Cooper, Samuel W. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Worthington, James B. | Partner | Litigation |
| Comerford, Michael E. | Counsel | Restructuring |
| Gray, Bradley R. | Associate | Litigation |
| Rodriguez, Camila | Associate | Litigation |

### PREPA Privatization (Matter ID 00016)

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Kartheiser, Robert | Partner | Corporate |
| Comerford, Michael E. | Counsel | Restructuring |

| Hilson, John Francis | Counsel | Restructuring |
| --- | --- | --- |
| Lantsberg, Yana | Associate | Corporate |

*PBA (Matter ID 00017)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Bliss, James R. | Partner | Litigation |
| Despins, Luc A. | Partner | Restructuring |
| Bassett, Nicholas A. | Counsel | Corporate |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |
| Hilson, John Francis | Counsel | Restructuring |
| Kahn, Marguerite R. | Counsel | Municipal Finance |
| Barron, Douglass E. | Associate | Restructuring |
| Hennigan, Andrew | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Newman, Daniel F. | Associate | Restructuring |
| Rodriguez, Camila | Associate | Litigation |
| Vohra, Ravi | Associate | Restructuring |
| Zwillinger, Zachary S. | Associate | Litigation |
| Kromer, Rosetta S. | Paralegal | |
| Kuo, Jocelyn | Paralegal | |
| O'Dea, Heather R. | Research Services | |
| Semago, Jason T. | Librarian | |
| Suffern, Anne C. | Paralegal | |

*GDB (Matter ID 00018)*

| Name | Title or Position | Department, Group, or Section |
| --- | --- | --- |
| Despins, Luc A. | Partner | Restructuring |
| Bongartz, Alex | Counsel | Restructuring |
| Comerford, Michael E. | Counsel | Restructuring |

| | | |
|---|---|---|
| Grogan, James T. | Counsel | Restructuring |
| Barron, Douglass E. | Associate | Restructuring |
| Buscarino, Anthony F. | Associate | Litigation |
| Gage, Brendan | Associate | Restructuring |
| Hegel, Peter | Associate | Corporate |
| Hennigan, Andrew | Associate | Corporate |
| Maza, Shlomo | Associate | Restructuring |
| Newman, Daniel F. | Associate | Restructuring |
| Whalen, Michael C. | Associate | Litigation |
| Wijemanne, Manel | Paralegal | |