## **Exhibit B**

**Monthly Statements**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------------x

-----------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING CORPORATION
("COFINA"), *et al.*,

     Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

-----------------------------------------------------------------------x

**COVER SHEET TO TENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED
OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS
ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX
FINANCING CORPORATION ("COFINA"), FOR THE PERIOD
<u>FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018</u>**


## ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
## WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | February 1, 2018 through February 28, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | **$23,944.20** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| Total Amount for this Invoice: | **$23,944.20** |

This is a:  _X_ monthly __ interim __ final application.

This is Proskauer's tenth monthly fee application in these cases and is for fees and services rendered outside of Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2018.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 13, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.


**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)


**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.


**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.


Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.


**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.


Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.


**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

**Summary of Legal Fees for the Period February 1, 2018 through February 28, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 204 | Communications with Claimholders | 0.20 | $151.80 |
| 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 1.10 | $834.90 |
| 206 | Documents Filed on Behalf of the Board | 20.30 | $15,407.70 |
| 207 | Non-Board Court Filings | 4.90 | $3,719.70 |
| 209 | Adversary Proceedings | 0.20 | $151.80 |
| 210 | Analysis and Strategy | 1.40 | $1,062.60 |
| 212 | General Administration | 1.30 | $338.00 |
| 218 | Employment and Fee Applications | 5.50 | $2,278.30 |
| | **Total** | **34.90** | **$23,944.20** |

**Summary of Legal Fees for the Period February 1, 2018 through February 28, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jonathan E. Richman | Partner | Litigation | $759.00 | 3.80 | $2,884.20 |
| Lary Alan Rappaport | Partner | Litigation | $759.00 | 0.10 | $75.90 |
| Martin J. Bienenstock | Partner | BSGR & B | $759.00 | 3.70 | $2,808.30 |
| Michael A. Firestein | Partner | Litigation | $759.00 | 0.70 | $531.30 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 0.40 | $303.60 |
| Ralph C. Ferrara | Partner | Litigation | $759.00 | 0.20 | $151.80 |
| Stephen L. Ratner | Partner | Litigation | $759.00 | 1.20 | $910.80 |
| Timothy W. Mungovan | Partner | Litigation | $759.00 | 7.00 | $5,313.00 |
| Julia D. Alonzo | Associate | Litigation | $759.00 | 9.80 | $7,438.20 |
| Mee R. Kim | Associate | Litigation | $759.00 | 1.70 | $1,290.30 |
| Melissa Digrande | Associate | Litigation | $759.00 | 1.20 | $910.80 |
| | | | **TOTAL** | **29.80** | **$22,618.20** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | Corporate | $260.00 | 3.80 | $988.00 |
| Tiffany Miller | Legal Assistant | Labor & Employment | $260.00 | 1.10 | $286.00 |
| | | | **TOTAL** | **4.90** | **$1,274.00** |

| Practice Support | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael J. Winkelspecht | EDiscovery Project Manager | Professional Resources | $260.00 | 0.20 | $52.00 |
| | | | **TOTAL** | **0.20** | **$52.00** |

| SUMMARY OF LEGAL FEES | Hours | Fees |
|---|---|---|
| | 34.90 | $23,944.20 |

6

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $21,549.78, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00, for service rendered outside of Puerto Rico) in the total amount due of $21,549.78.  This amount due is covered by a remaining balance ($33,990.64) of duplicate payment of $148,898.99 that was made in connection with Proskauer's Seventh Monthly Fee Statement.  After deducting the payment due under this Monthly Fee Statement, a credit of $12,440.86 remains, which credit will be applied on subsequent invoices.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

As stated on page 7 above, based on a duplicate payment of a prior invoice, a part of the credit balance will be applied to the amount due.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

# **Exhibit A**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170154742

0010 PROMESA TITLE III: COFINA

Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 204 | Communications with Claimholders | 0.20 | $151.80 |
| 205 | Communications with the Commonwealth and its Representatives | 1.10 | $834.90 |
| 206 | Documents Filed on Behalf of the Board | 20.30 | $15,407.70 |
| 207 | Non-Board Court Filings | 4.90 | $3,719.10 |
| 209 | Adversary Proceeding | 0.20 | $151.80 |
| 210 | Analysis and Strategy | 1.40 | $1,062.60 |
| 212 | General Administration | 1.30 | $338.00 |
| 218 | Employment and Fee Applications | 5.50 | $2,278.30 |
| | **Total** | **34.90** | **$23,944.20** |

33260 FOMB                                                                            Invoice 170154742
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
    0010 PROMESA TITLE III: COFINA                                                    Page 2

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/26/18 | Timothy W. Mungovan | 204 | Communications with E. Barak and L. Despins for Commonwealth agent concerning draft motion to expedite and motion to certify from COFINA agent. | 0.20 | $151.80 |
| **Communications with Claimholders** | | | | **0.20** | **$151.80** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/08/18 | Timothy W. Mungovan | 205 | Review communication from O'Melveny providing COFINA's production of documents in response to Ambac's Rule 2004 examination regarding SUTs. | 0.30 | $227.70 |
| 02/26/18 | Timothy W. Mungovan | 205 | Communications with P. Friedman regarding draft motion to expedite and motion to certify from COFINA agent (0.20); Communications with COFINA agent concerning draft motion to expedite and motion to certify (0.30). | 0.50 | $379.50 |
| 02/27/18 | Timothy W. Mungovan | 205 | Communications with counsel for AAFAF regarding Board's draft opposition to COFINA agent's motion to expedite and to certify. | 0.30 | $227.70 |
| **Communications with the Commonwealth and its Representatives** | | | | **1.10** | **$834.90** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/26/18 | Jonathan E. Richman | 206 | Draft and review e-mails regarding COFINA agent's certification and expedition motions (0.40); Conference with J. Alonzo regarding same (0.40); Review motion and materials for opposition to expedition motion (0.80); Teleconference with J. Alonzo regarding same (0.20); Revise opposition to expedition motion (0.90). | 2.70 | $2,049.30 |
| 02/26/18 | Julia D. Alonzo | 206 | Draft opposition to motion to expedite briefing on motion to certify questions to Puerto Rico Supreme Court in Commonwealth-COFINA dispute (4.10); Revise same (0.40). | 4.50 | $3,415.50 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170154742

0010 PROMESA TITLE III: COFINA                                                                 Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/26/18 | Stephen L. Ratner | 206 | Review draft opposition regarding COFINA agents motion regarding certification to Puerto Rico Supreme Court. | 0.20 | $151.80 |
| 02/26/18 | Timothy W. Mungovan | 206 | Review draft motion to expedite and motion to certify from COFINA agent. | 0.40 | $303.60 |
| 02/27/18 | Julia D. Alonzo | 206 | Revise Board opposition to COFINA agent motion to expedite briefing on COFINA agent's motion to certify in Commonwealth-COFINA Dispute. | 4.20 | $3,187.80 |
| 02/27/18 | Stephen L. Ratner | 206 | Review draft opposition to COFINA agents' motion regarding certification to Puerto Rico supreme court. | 0.40 | $303.60 |
| 02/27/18 | Timothy W. Mungovan | 206 | Review M. Bienenstock's revisions to opposition to COFINA agent's motion to expedite and to certify (0.30); Review and revise opposition to COFINA agent's motion to expedite and to certify (1.30); Communications with M. Bienenstock regarding opposition to COFINA agent's motion to expedite and to certify (0.30); Communications with J. Alonzo and J. Richman regarding revisions to opposition to COFINA agent's motion to expedite and to certify (0.40). | 2.30 | $1,745.70 |
| 02/27/18 | Martin J. Bienenstock | 206 | Review and revise response to COFINA agent request for certification to Puerto Rico Supreme Court and expedited schedule. | 3.70 | $2,808.30 |
| 02/28/18 | Michael A. Firestein | 206 | Review briefings by Board and others on COFINA agent certification issues. | 0.40 | $303.60 |
| 02/28/18 | Timothy W. Mungovan | 206 | Communications with J. Alonzo regarding Board's objection to COFINA agent's motion to expedite and motion to certify questions to Puerto Rico Supreme Court (0.40); Review and revise Board's objection to COFINA agent's motion to expedite and motion to certify questions to Puerto Rico Supreme Court (0.80). | 1.20 | $910.80 |
| 02/28/18 | Julia D. Alonzo | 206 | Finalize opposition to COFINA agent's motion to expedite consideration of motion to certify questions to Puerto Rico Supreme Court in Commonwealth-COFINA dispute. | 0.30 | $227.70 |
| **Documents Filed on Behalf of the Board** | | | | **20.30** | **$15,407.70** |

33260 FOMB                                                                    Invoice 170154742
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                          Page 4

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/26/18 | Julia D. Alonzo | 207 | Review motion to expedite briefing on motion to certify questions to Puerto Rico Supreme Court in Commonwealth-COFINA dispute. | 0.80 | $607.20 |
| 02/26/18 | Michael A. Firestein | 207 | Review certification motion by COFINA agent. | 0.30 | $227.70 |
| 02/27/18 | Timothy W. Mungovan | 207 | Read and analyze COFINA agent motion to expedite and motion to certify, and joinders of Mutual and COFINA Seniors. | 0.70 | $531.30 |
| 02/27/18 | Melissa Digrande | 207 | E-mail to J. Alonzo regarding certification motions filed in Commonwealth-COFINA dispute (0.30); Review certification motions filed in Commonwealth-COFINA dispute (0.60). | 0.90 | $683.10 |
| 02/28/18 | Melissa Digrande | 207 | Review objections to certification motions filed in Commonwealth-COFINA dispute. | 0.30 | $227.70 |
| 02/28/18 | Timothy W. Mungovan | 207 | Review COFINA agent's reply in support of its motion to expedite and certify (0.40); Review Commonwealth agent's objection to COFINA agent's motion to expedite and to certify questions to Puerto Rico Supreme Court (0.40). | 0.80 | $607.20 |
| 02/28/18 | Jonathan E. Richman | 207 | Review filings regarding certification and expedition motions in agents' litigation (0.90); Conferences with J. Alonzo regarding same (0.20). | 1.10 | $834.90 |
| **Non-Board Court Filings** | | | | **4.90** | **$3,719.10** |

**Adversary Proceeding -- 209**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/05/18 | Ralph C. Ferrara | 209 | Review SUT-related discovery. | 0.20 | $151.80 |
| **Adversary Proceeding** | | | | **0.20** | **$151.80** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/26/18 | Stephen L. Ratner | 210 | E-mail with T. Mungovan, M. Bienenstock, J. Alonzo, et al., O'Melveny regarding COFINA agents motion regarding certification to Puerto Rico Supreme Court. | 0.30 | $227.70 |

33260 FOMB                                                                      Invoice 170154742
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                            Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/26/18 | Timothy W. Mungovan | 210 | Communications with M. Bienenstock regarding draft motion to expedite and motion to certify from COFINA agent. | 0.30 | $227.70 |
| 02/26/18 | Lary Alan Rappaport | 210 | Review e-mail from M. Firestein regarding COFINA agent request for certification of issues to Puerto Rico state court. | 0.10 | $75.90 |
| 02/26/18 | Paul Possinger | 210 | Review e-mails regarding COFINA agent motion to certify issues to Puerto Rico supreme court. | 0.40 | $303.60 |
| 02/27/18 | Stephen L. Ratner | 210 | E-mail, conference with T. Mungovan regarding case management, opposition to COFINA agents' motion regarding certification to Puerto Rico supreme court. | 0.30 | $227.70 |
| **Analysis and Strategy** | | | | **1.40** | **$1,062.60** |

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/09/18 | Michael J. Winkelspecht | 212 | Coordinate transfer of latest COFINA production to KLDiscovery to be loaded for case team review. | 0.20 | $52.00 |
| 02/28/18 | Tiffany Miller | 212 | Compile binder of pleadings related to motion to certify questions in Commonwealth /COFINA dispute. | 1.10 | $286.00 |
| **General Administration** | | | | **1.30** | **$338.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 02/08/18 | Natasha Petrov | 218 | Begin drafting Proskauer second interim fee application. | 0.40 | $104.00 |
| 02/09/18 | Natasha Petrov | 218 | Begin drafting Proskauer second interim fee application. | 0.40 | $104.00 |
| 02/12/18 | Natasha Petrov | 218 | Continue drafting Proskauer second interim fee application. | 0.30 | $78.00 |
| 02/15/18 | Mee R. Kim | 218 | Review draft November 2017 invoice for preparation of monthly fee statement. | 0.80 | $607.20 |
| 02/16/18 | Mee R. Kim | 218 | Draft November 2017 monthly fee statement and client invoice details. | 0.90 | $683.10 |
| 02/20/18 | Natasha Petrov | 218 | Continue drafting Proskauer second interim fee application. | 1.90 | $494.00 |
| 02/22/18 | Natasha Petrov | 218 | Continue drafting Proskauer second interim fee application. | 0.80 | $208.00 |
| **Employment and Fee Applications** | | | | **5.50** | **$2,278.30** |

**Total for Professional Services**                                           **$23,944.20**

33260 FOMB                                                                          Invoice 170154742
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                            Page 6

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| JONATHAN E. RICHMAN | PARTNER | 3.80 | 759.00 | $2,884.20 |
| LARY ALAN RAPPAPORT | PARTNER | 0.10 | 759.00 | $75.90 |
| MARTIN J. BIENENSTOCK | PARTNER | 3.70 | 759.00 | $2,808.30 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.70 | 759.00 | $531.30 |
| PAUL POSSINGER | PARTNER | 0.40 | 759.00 | $303.60 |
| RALPH C. FERRARA | PARTNER | 0.20 | 759.00 | $151.80 |
| STEPHEN L. RATNER | PARTNER | 1.20 | 759.00 | $910.80 |
| TIMOTHY W. MUNGOVAN | PARTNER | 7.00 | 759.00 | $5,313.00 |
| **Total for PARTNER** | | **17.10** | | **$12,978.90** |
| | | | | |
| JULIA D. ALONZO | ASSOCIATE | 9.80 | 759.00 | $7,438.20 |
| MEE R. KIM | ASSOCIATE | 1.70 | 759.00 | $1,290.30 |
| MELISSA DIGRANDE | ASSOCIATE | 1.20 | 759.00 | $910.80 |
| **Total for ASSOCIATE** | | **12.70** | | **$9,639.30** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 3.80 | 260.00 | $988.00 |
| TIFFANY MILLER | LEGAL ASSISTANT | 1.10 | 260.00 | $286.00 |
| **Total for LEGAL ASSISTANT** | | **4.90** | | **$1,274.00** |
| | | | | |
| MICHAEL J. WINKELSPECHT | PRAC. SUPPORT | 0.20 | 260.00 | $52.00 |
| **Total for PRAC. SUPPORT** | | **0.20** | | **$52.00** |
| | **Total** | **34.90** | | **$23,944.20** |
| | **Total Amount for this Matter** | | | **$23,944.20** |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

--------------------------------------------------------------------x

--------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING CORPORATION
("COFINA"), *et al.*,

     Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

--------------------------------------------------------------------x

### COVER SHEET TO ELEVENTH MONTHLY FEE APPLICATION OF PROSKAUER ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX FINANCING CORPORATION ("COFINA"), FOR THE PERIOD <u>MARCH 1, 2018 THROUGH MARCH 31, 2018</u>

### ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | <u>Proskauer Rose LLP ("Proskauer")</u> |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to <u>PROMESA Section 315(b)</u> |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | <u>March 1, 2018 through March 31, 2018</u> |
| Amount of compensation sought as actual, reasonable and necessary: | <u>**$66,004.30**</u> |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | <u>**$4,250.04**</u> |
| Total Amount for this Invoice: | <u>**$70,254.34**</u> |

This is a:  _X_ monthly __ interim __ final application.

This is Proskauer's eleventh monthly fee application in these cases and is for fees and services rendered outside of Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2018.

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 20, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
         FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
         Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
         Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
         Suzzanne Uhland, Esq.
         Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
         Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
         Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
         Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
         Central Accounting
         Omar E. Rodríguez Pérez, CPA, Assistant
         Secretary of Central Accounting
         Angel L. Pantoja Rodríguez, Deputy Assistant of
         Internal Revenue and Tax Policy
         Francisco Parés Alicea, Assistant Secretary of
         Internal Revenue and Tax Policy
         Francisco Peña Montañez, CPA, Assistant
         Secretary of the Treasury

4

**Summary of Legal Fees for the Period March 1, 2018 through March 31, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Tasks relating to the Board, its Members, its Staff, its Advisors or its Consultants | 1.80 | $1,366.20 |
| 202 | Legal Research | 20.80 | $7,952.90 |
| 204 | Communications with Claimholders | 2.40 | $1,821.60 |
| 205 | Communications with the Commonwealth, its Instrumentalities or Representatives of the Commonwealth or its Instrumentalities | 0.80 | $607.20 |
| 206 | Documents Filed on Behalf of the Board | 61.00 | $46,299.00 |
| 207 | Non-Board Court Filings | 1.00 | $759.00 |
| 210 | Analysis and Strategy | 3.00 | $2,277.00 |
| 212 | General Administration | 3.20 | $832.00 |
| 218 | Employment and Fee Applications | 6.90 | $4,089.40 |
| | **Total** | **100.90** | **$66,004.30** |

**Summary of Legal Fees for the Period March 1, 2018 through March 31, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $759.00 | 2.10 | $1,593.90 |
| Jonathan E. Richman | Partner | Litigation | $759.00 | 16.40 | $12,447.60 |
| Michael A. Firestein | Partner | Litigation | $759.00 | 0.50 | $379.50 |
| Paul Possinger | Partner | BSGR & B | $759.00 | 1.80 | $1,366.20 |
| Ralph C. Ferrara | Partner | Litigation | $759.00 | 0.60 | $455.40 |
| Stephen L. Ratner | Partner | Litigation | $759.00 | 1.60 | $1,214.40 |
| Timothy W. Mungovan | Partner | Litigation | $759.00 | 2.80 | $2,125.20 |
| Julia D. Alonzo | Associate | Litigation | $759.00 | 43.60 | $33,092.40 |
| Mee R. Kim | Associate | Litigation | $759.00 | 4.60 | $3,491.40 |
| Melissa Digrande | Associate | Litigation | $759.00 | 5.70 | $4,326.30 |
| | | | **TOTAL** | **79.70** | **$60,492.30** |

| Law Clerk | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elisa Carino | Law Clerk | Litigation | $260.00 | 10.20 | $2,652.00 |
| Elliot Stevens | Law Clerk | BSGR & B | $260.00 | 5.50 | $1,430.00 |
| | | | **TOTAL** | **15.70** | **$4,082.00** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Lawrence T. Silvestro | Legal Assistant | Litigation | $260.00 | 1.20 | $312.00 |
| Natasha Petrov | Legal Assistant | Corporate | $260.00 | 2.30 | $598.00 |
| Tiffany Miller | Legal Assistant | Labor & Employment | $260.00 | 0.70 | $182.00 |
| | | | **TOTAL** | **4.20** | **$1,092.00** |

**Summary of Legal Fees for the Period March 1, 2018 through March 31, 2018**

| Practice Support | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Michael J. Winkelspecht | EDiscovery Project Manager | Professional Resources | $260.00 | 1.30 | $338.00 |
| | | | **TOTAL** | **1.30** | **$338.00** |

| SUMMARY OF LEGAL FEES | Hours 100.90 | Fees $66,004.30 |
|---|---|---|

### Summary of Disbursements for the Period March 1, 2018 through March 31, 2018

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Reproduction | $8.30 |
| LEXIS | $2,829.00 |
| Transcripts & Depositions | $1,412.74 |
| **Total** | **$4,250.04** |

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $59,403.87, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $4,250.04, for service rendered outside of Puerto Rico) in the total amount due of $63,653.91.  This amount due is reduced by the final remaining balance ($12,440.86) of duplicate payment of $148,898.99 that was made in connection with Proskauer's Seventh Monthly Fee Statement.  The total amount due under this Monthly Fee Statement is $51,213.05.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

As stated on page 9 above, based on a duplicate payment of a prior invoice, a part of the credit balance will be applied to the amount due.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.


Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

10

# **Exhibit A**

33260 FOMB                                                                    Invoice 170156014
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                          Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 201 | Tasks relating to the Board and Associated Members | 1.80 | $1,366.20 |
| 202 | Legal Research | 20.80 | $7,952.90 |
| 204 | Communications with Claimholders | 2.40 | $1,821.60 |
| 205 | Communications with the Commonwealth and its Representatives | 0.80 | $607.20 |
| 206 | Documents Filed on Behalf of the Board | 61.00 | $46,299.00 |
| 207 | Non-Board Court Filings | 1.00 | $759.00 |
| 210 | Analysis and Strategy | 3.00 | $2,277.00 |
| 212 | General Administration | 3.20 | $832.00 |
| 218 | Employment and Fee Applications | 6.90 | $4,089.40 |
| | **Total** | **100.90** | **$66,004.30** |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156014

0010 PROMESA TITLE III: COFINA

Page 2

**Tasks relating to the Board and Associated Members -- 201**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/13/18 | Paul Possinger | 201 | Call with debt subcommittee regarding COFINA (1.30); Follow-up call with B. Rosen regarding same (0.20); Follow-up call with E. Barak regarding same (0.30). | 1.80 | $1,366.20 |
| **Tasks relating to the Board and Associated Members** | | | | **1.80** | **$1,366.20** |

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Jonathan E. Richman | 202 | Research issues for opposition to certification motion in agents' litigation. | 4.80 | $3,643.20 |
| 03/02/18 | Timothy W. Mungovan | 202 | Communications with J. Alonzo regarding legal research on certification questions to Puerto Rico Supreme Court. | 0.30 | $227.70 |
| 03/15/18 | Elisa Carino | 202 | Research motions to certify questions under Puerto Rican law for Commonwealth-COFINA dispute. | 5.40 | $1,404.00 |
| 03/19/18 | Elisa Carino | 202 | Continue research on motions to certify questions under Puerto Rican law for Commonwealth-COFINA dispute. | 4.20 | $1,092.00 |
| 03/20/18 | Elliot Stevens | 202 | Research in connection with opposition. | 2.10 | $546.00 |
| 03/21/18 | Elliot Stevens | 202 | Research for COFINA adversary proceeding. | 3.40 | $884.00 |
| 03/27/18 | Elisa Carino | 202 | Continue research on motions to certify questions under Puerto Rican law for Commonwealth-COFINA dispute. | 0.60 | $156.00 |
| **Legal Research** | | | | **20.80** | **$7,952.90** |

**Communications with Claimholders -- 204**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/01/18 | Michael A. Firestein | 204 | [REDACTED: Work relating to court-ordered mediation] (0.20); Review scheduling hearing order on certification issues (0.10). | 0.30 | $227.70 |

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156014

0010 PROMESA TITLE III: COFINA

Page 3

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/12/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (0.10); [REDACTED: Work relating to court-ordered mediation] (1.30); [REDACTED: Work relating to court-ordered mediation] (0.10). | 1.80 | $1,366.20 |
| 03/16/18 | Brian S. Rosen | 204 | [REDACTED: Work relating to court-ordered mediation] (0.20); [REDACTED: Work relating to court-ordered mediation] (0.10); | 0.30 | $227.70 |
| **Communications with Claimholders** | | | | **2.40** | **$1,821.60** |

**Communications with the Commonwealth and its Representatives -- 205**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/05/18 | Timothy W. Mungovan | 205 | [REDACTED: Work relating to court-ordered mediation]. | 0.50 | $379.50 |
| 03/07/18 | Timothy W. Mungovan | 205 | [REDACTED: Work relating to court-ordered mediation]. | 0.30 | $227.70 |
| **Communications with the Commonwealth and its Representatives** | | | | **0.80** | **$607.20** |

**Documents Filed on Behalf of the Board -- 206**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/02/18 | Julia D. Alonzo | 206 | Review brief addressing motion to expedite COFINA agent's motion to certify in Commonwealth-COFINA dispute (3.90); Begin research on opposition to COFINA agent's motion to certify in Commonwealth-COFINA dispute (3.80). | 7.70 | $5,844.30 |
| 03/09/18 | Julia D. Alonzo | 206 | Review research for opposition to COFINA agent motion to certify. | 0.60 | $455.40 |
| 03/12/18 | Julia D. Alonzo | 206 | Begin drafting outline of Board opposition to COFINA agent motion to certify. | 1.90 | $1,442.10 |
| 03/13/18 | Julia D. Alonzo | 206 | Continue drafting outline of Board opposition to COFINA agent motion to certify in Commonwealth-COFINA dispute. | 0.70 | $531.30 |
| 03/13/18 | Jonathan E. Richman | 206 | Conference with J. Alonzo regarding opposition to COFINA agent's certification motion. | 0.20 | $151.80 |

33260 FOMB                                                          Invoice 170156014
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

| | 0010 PROMESA TITLE III: COFINA | | | | Page 4 |
| --- | --- | --- | --- | --- | --- |

| Date | Timekeeper | Task | Description | Hours | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/14/18 | Jonathan E. Richman | 206 | Teleconference with S. Antonetti and H. Bauer regarding opposition to COFINA agent's motion to certify (0.10); Conference with T. Mungovan, S. Ratner, J. Alonzo regarding opposition to COFINA agent's certification motion (0.70); Revise outline of opposition brief (0.60). | 1.40 | $1,062.60 |
| 03/14/18 | Stephen L. Ratner | 206 | Review outline of opposition to COFINA agents' motion to certify to Puerto Rico Supreme Court (0.40); Conferences with H. Bauer, S. Antonetti, T. Mungovan, J. Richman, J. Alonzo regarding opposition to COFINA agents' certification motion (0.70). | 1.10 | $834.90 |
| 03/14/18 | Julia D. Alonzo | 206 | Call with T. Mungovan, S. Ratner, J. Richman, H. Bauer and S. Antonetti regarding opposition to COFINA agent's motion to certify in Commonwealth-COFINA dispute (0.90); Meet with M. DiGrande and E. Carino regarding opposition to COFINA agent's motion to certify in Commonwealth-COFINA dispute (0.40); Revise outline of opposition to COFINA agent's motion to certify in Commonwealth-COFINA dispute (1.60). | 2.90 | $2,201.10 |
| 03/14/18 | Melissa Digrande | 206 | Call with J. Alonzo and E. Carino regarding response to COFINA agent's motion to certify in Commonwealth-COFINA dispute (0.40); Review motion to certify (0.30); Review outline of opposition (0.30). | 1.00 | $759.00 |
| 03/14/18 | Timothy W. Mungovan | 206 | Teleconference with S. Ratner, J. Richman, J. Alonzo, and O'Neill & Borges to discuss COFINA agent's motion to certify question to Puerto Rico Supreme Court. | 0.70 | $531.30 |
| 03/15/18 | Julia D. Alonzo | 206 | Revise outline of Board opposition to COFINA agent motion to certify in Commonwealth-COFINA dispute. | 0.30 | $227.70 |
| 03/15/18 | Stephen L. Ratner | 206 | Review outline regarding opposition to COFINA agent's certification motion. | 0.20 | $151.80 |
| 03/15/18 | Jonathan E. Richman | 206 | Conference with J. Alonzo regarding opposition to COFINA agent's certification motion (0.20); Comment on outline of opposition to COFINA agent's certification motion (0.40). | 0.60 | $455.40 |
| 03/19/18 | Julia D. Alonzo | 206 | Review research regarding certification to Puerto Rico Supreme Court for Board opposition to COFINA agent motion to certify. | 1.60 | $1,214.40 |

33260 FOMB

Invoice 170156014

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

0010 PROMESA TITLE III: COFINA

Page 5

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/19/18 | Jonathan E. Richman | 206 | Conference with J. Alonzo regarding opposition to COFINA agent's certification motion (0.10); Review outline regarding same (0.20). | 0.30 | $227.70 |
| 03/23/18 | Jonathan E. Richman | 206 | Conference with J. Alonzo regarding opposition to COFINA agent's certification motion (0.10); Review and comment on outline of opposition (0.10); Review materials regarding same (0.70). | 0.90 | $683.10 |
| 03/26/18 | Timothy W. Mungovan | 206 | Communications with J. Alonzo and S. Antonetti regarding opposition to COFINA agent's motion to certify question to Puerto Rico Supreme Court. | 0.30 | $227.70 |
| 03/26/18 | Jonathan E. Richman | 206 | Conference with J. Alonzo regarding opposition to COFINA agent's certification motion (0.10); Draft and review e-mails regarding same (0.10); Review outline of opposition (0.40); Teleconference with J. Alonzo regarding same (0.10); Conference with J. Alonzo regarding same (0.10). | 0.80 | $607.20 |
| 03/26/18 | Julia D. Alonzo | 206 | Draft opposition to COFINA agent's certification motion in Commonwealth-COFINA dispute. | 2.70 | $2,049.30 |
| 03/27/18 | Julia D. Alonzo | 206 | Continue drafting opposition to COFINA agent certification motion in Commonwealth-COFINA dispute. | 6.10 | $4,629.90 |
| 03/28/18 | Julia D. Alonzo | 206 | Continue drafting opposition to COFINA agent certification motion in Commonwealth-COFINA dispute. | 5.30 | $4,022.70 |
| 03/28/18 | Melissa Digrande | 206 | Finish reviewing underlying certification documents in Lex Claims litigation in connection with opposition to COFINA certification motion (0.40); Finish drafting fact section of opposition brief to COFINA agent's motion to certify questions to Puerto Rico Supreme Court in Commonwealth-COFINA dispute (2.50). | 2.90 | $2,201.10 |
| 03/28/18 | Jonathan E. Richman | 206 | Review research for opposition to COFINA agents' certification motion. | 2.30 | $1,745.70 |
| 03/29/18 | Julia D. Alonzo | 206 | Continue drafting opposition brief to COFINA agent motion to certify in Commonwealth-COFINA dispute. | 6.20 | $4,705.80 |
| 03/30/18 | Julia D. Alonzo | 206 | Continue drafting opposition brief to COFINA agent motion to certify in Commonwealth-COFINA dispute. | 7.20 | $5,464.80 |
| 03/30/18 | Jonathan E. Richman | 206 | Conference with J. Alonzo regarding opposition to COFINA agent's certification motion (0.20); Review research for same (0.70). | 0.90 | $683.10 |

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170156014

0010 PROMESA TITLE III: COFINA

Page 6

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 03/31/18 | Jonathan E. Richman | 206 | Revise opposition to COFINA agents' certification motion. | 4.20 | $3,187.80 |
| **Documents Filed on Behalf of the Board** | | | | **61.00** | **$46,299.00** |

**Non-Board Court Filings -- 207**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 03/01/18 | Timothy W. Mungovan | 207 | Review summary order denying COFINA agent's motion to expedite briefing on motion to certify questions to Supreme Court of Puerto Rico (0.30); Communications with J. Alonzo, S. Ratner, S. Antonetti, and H. Bauer regarding summary order denying COFINA agent's motion to expedite briefing on motion to certify questions to Supreme Court of Puerto Rico (0.20); Review next steps to draft response (0.20). | 0.70 | $531.30 |
| 03/01/18 | Stephen L. Ratner | 207 | Review summary order regarding scheduling COFINA agent's scheduling motion. | 0.10 | $75.90 |
| 03/02/18 | Ralph C. Ferrara | 207 | Review summary order regarding COFINA agent's request for Puerto Rico Supreme Court certification. | 0.20 | $151.80 |
| **Non-Board Court Filings** | | | | **1.00** | **$759.00** |

**Analysis and Strategy -- 210**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|------------|------|-------------|-------|--------|
| 03/06/18 | Julia D. Alonzo | 210 | Correspond with T. Mungovan, S. Ratner, J. Richman, H. Bauer and S. Antonetti regarding COFINA agent's motion to certify. | 0.40 | $303.60 |
| 03/07/18 | Ralph C. Ferrara | 210 | E-mail to E. Barak regarding COFINA issues (0.10); Review summary regarding COFINA issues (0.30). | 0.40 | $303.60 |
| 03/08/18 | Michael A. Firestein | 210 | Review COFINA documents posted in data room. | 0.20 | $151.80 |
| 03/23/18 | Stephen L. Ratner | 210 | E-mail with J. Alonzo, S. Antonetti regarding COFINA agent's certification motion (0.10); Review materials regarding same (0.10). | 0.20 | $151.80 |
| 03/26/18 | Melissa Digrande | 210 | Review documents in Lex Claims litigation regarding certification motions in connection with drafting fact section of opposition to certification brief to be filed in Commonwealth-COFINA dispute. | 1.80 | $1,366.20 |
| **Analysis and Strategy** | | | | **3.00** | **$2,277.00** |

33260 FOMB                                                                                    Invoice 170156014
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                                Page 7

**General Administration -- 212**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/19/18 | Tiffany Miller | 212 | Conference with G. Urias regarding Commonwealth/COFINA binder. | 0.10 | $26.00 |
| 03/19/18 | Michael J. Winkelspecht | 212 | Transfer COFINA productions to KLDiscovery to be loaded to Relativity workspace for review. | 0.70 | $182.00 |
| 03/20/18 | Michael J. Winkelspecht | 212 | Participate in phone conference with representative from KLDiscovery regarding issues production (0.10); E-mail correspondence with representative from KLDiscovery regarding decrypting certain productions (0.10). | 0.20 | $52.00 |
| 03/20/18 | Lawrence T. Silvestro | 212 | Draft inventory of case citations in Rule 2004 Motion. | 1.20 | $312.00 |
| 03/21/18 | Michael J. Winkelspecht | 212 | Participate in correspondence with representative from KLDiscovery regarding status of uploading COFINA productions. | 0.20 | $52.00 |
| 03/22/18 | Michael J. Winkelspecht | 212 | Participate in correspondence with representative from KLDiscovery regarding status of uploading COFINA productions. | 0.20 | $52.00 |
| 03/22/18 | Tiffany Miller | 212 | Quality check binder of Commonwealth/COFINA summary judgment replies to P. Possinger (0.60) | 0.60 | $156.00 |
| **General Administration** | | | | **3.20** | **$832.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/16/18 | Natasha Petrov | 218 | Review October and November monthly fee statements in connection with preparing fee application. | 0.40 | $104.00 |
| 03/23/18 | Mee R. Kim | 218 | Review December 2017 invoice details for monthly fee statement drafting. | 0.40 | $303.60 |
| 03/26/18 | Mee R. Kim | 218 | Finalize December 2017 monthly fee statement (1.30); Discussion with A. Ashton regarding same (0.10). | 1.40 | $1,062.60 |
| 03/27/18 | Mee R. Kim | 218 | Finalize December 2017 monthly fee statement for circulation (0.40); Discussion with A. Ashton regarding same (0.10). | 0.50 | $379.50 |
| 03/27/18 | Natasha Petrov | 218 | Review draft December monthly fee statement in connection with drafting summaries of tasks performed for fee application. | 0.80 | $208.00 |
| 03/28/18 | Mee R. Kim | 218 | Review January 2018 invoice details for monthly fee statement preparation. | 0.30 | $227.70 |

33260 FOMB                                                                    Invoice 170156014
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                        Page 8

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| 03/29/18 | Mee R. Kim | 218 | Finalize January 2018 monthly fee statement. | 1.40 | $1,062.60 |
| 03/30/18 | Mee R. Kim | 218 | Finalize December 2017 and January 2018 monthly fee statements for circulation. | 0.60 | $455.40 |
| 03/30/18 | Natasha Petrov | 218 | Provide additional calculations for Proskauer second interim fee application. | 1.10 | $286.00 |
| **Employment and Fee Applications** | | | | **6.90** | **$4,089.40** |

**Total for Professional Services**                                                  **$66,004.30**

33260 FOMB

PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD MEMBER

Invoice 170156014

| 0010 PROMESA TITLE III: COFINA | Page 9 |
|---|---|

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|---|---|---|---|---|
| BRIAN S. ROSEN | PARTNER | 2.10 | 759.00 | $1,593.90 |
| JONATHAN E. RICHMAN | PARTNER | 16.40 | 759.00 | $12,447.60 |
| MICHAEL A. FIRESTEIN | PARTNER | 0.50 | 759.00 | $379.50 |
| PAUL POSSINGER | PARTNER | 1.80 | 759.00 | $1,366.20 |
| RALPH C. FERRARA | PARTNER | 0.60 | 759.00 | $455.40 |
| STEPHEN L. RATNER | PARTNER | 1.60 | 759.00 | $1,214.40 |
| TIMOTHY W. MUNGOVAN | PARTNER | 2.80 | 759.00 | $2,125.20 |
| **Total for PARTNER** | | **25.80** | | **$19,582.20** |
| | | | | |
| JULIA D. ALONZO | ASSOCIATE | 43.60 | 759.00 | $33,092.40 |
| MEE R. KIM | ASSOCIATE | 4.60 | 759.00 | $3,491.40 |
| MELISSA DIGRANDE | ASSOCIATE | 5.70 | 759.00 | $4,326.30 |
| **Total for ASSOCIATE** | | **53.90** | | **$40,910.10** |
| | | | | |
| LAWRENCE T. SILVESTRO | LEGAL ASSISTANT | 1.20 | 260.00 | $312.00 |
| NATASHA PETROV | LEGAL ASSISTANT | 2.30 | 260.00 | $598.00 |
| TIFFANY MILLER | LEGAL ASSISTANT | 0.70 | 260.00 | $182.00 |
| **Total for LEGAL ASSISTANT** | | **4.20** | | **$1,092.00** |
| | | | | |
| ELISA CARINO | LAW CLERK | 10.20 | 260.00 | $2,652.00 |
| ELLIOT STEVENS | LAW CLERK | 5.50 | 260.00 | $1,430.00 |
| **Total for LAW CLERK** | | **15.70** | | **$4,082.00** |
| | | | | |
| MICHAEL J. WINKELSPECHT | PRAC. SUPPORT | 1.30 | 260.00 | $338.00 |
| **Total for PRAC. SUPPORT** | | **1.30** | | **$338.00** |
| | | | | |
| **Total** | | **100.90** | | **$66,004.30** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 03/20/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $1.00 |
| 03/20/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $1.40 |
| 03/21/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $1.60 |
| 03/21/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $1.40 |
| 03/21/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $2.90 |
| | | | **Total for REPRODUCTION** | **$8.30** |

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 03/20/2018 | Elliot Stevens | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $2,078.00 |
| 03/21/2018 | Elliot Stevens | LEXIS | LEXIS Connect and Comm Time - 0:00:00 Searches - 0 Shepards and Autocite - 0 Lexsees and Lexstat - 0 | $751.00 |
| | | | **Total for LEXIS** | **$2,829.00** |

33260 FOMB                                                                          Invoice 170156014
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                            Page 10

| Date | Timekeeper | Type | Description | Amount |
|---|---|---|---|---|
| 03/20/2018 | Timothy W. Mungovan | TRANSCRIPTS & DEPOSITIONS | TRANSCRIPTS & DEPOSITIONS - - VENDOR: CGS INVESTMENTS LLC KEY DISCOVERY INVOICE NO. 1803229. MINI CONTAINING SUMMARY JUDGEMENT OPPOSITION BRIEFING FOR THE PUERTO RICO COFINA. | $605.81 |
| 03/23/2018 | Timothy W. Mungovan | TRANSCRIPTS & DEPOSITIONS | TRANSCRIPTS & DEPOSITIONS - - VENDOR: DTI TOPCO INC EPIQ EDISCOVERY SOLUTIONS INVOICE NO. 1065386 | $806.93 |
| | | | **Total for TRANSCRIPTS & DEPOSITIONS** | **$1,412.74** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|---|---|
| REPRODUCTION | 8.30 |
| LEXIS | 2,829.00 |
| TRANSCRIPTS & DEPOSITIONS | 1,412.74 |
| **Total Expenses** | **$4,250.04** |
| **Total Amount for this Matter** | **$70,254.34** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND MANAGEMENT
BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO SALES TAX FINANCING CORPORATION
("COFINA"), *et al.*,

     Debtor.

PROMESA
Title III

No. 17 BK 3284-LTS

-------------------------------------------------------------------x

**COVER SHEET TO TWELFTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP FOR COMPENSATION FOR FEES AND SERVICES RENDERED
OUTSIDE OF PUERTO RICO AND REIMBURSEMENT OF EXPENSES AS
ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR
PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO SALES TAX
FINANCING CORPORATION ("COFINA"), FOR THE PERIOD
<u>APRIL 1, 2018 THROUGH APRIL 30, 2018</u>**

# ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
# WERE INCURRED OUTSIDE OF PUERTO RICO

-------------------------

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
(Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID:
8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS)
(Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the
Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax
ID: 9686). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | April 1, 2018 through April 30, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | **$4,539.50** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$27.90** |
| Total Amount for this Invoice: | **$$4,567.40** |

This is a:  _X_ monthly __ interim __ final application.

This is Proskauer's twelfth monthly fee application in these cases and is for fees and services rendered outside of Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2018.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 3, 2018 Sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
     FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
     Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
     Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
     Suzzanne Uhland, Esq.
     Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
     Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
     Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
     Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
     Central Accounting
     Omar E. Rodríguez Pérez, CPA, Assistant
     Secretary of Central Accounting
     Angel L. Pantoja Rodríguez, Deputy Assistant of
     Internal Revenue and Tax Policy
     Francisco Parés Alicea, Assistant Secretary of
     Internal Revenue and Tax Policy
     Francisco Peña Montañez, CPA, Assistant
     Secretary of the Treasury

4

**Summary of Legal Fees for the Period April 1, 2018 through April 30, 2018**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---:|---:|
| 202 | Legal Research | 2.60 | $676.00 |
| 218 | Employment and Fee Applications | 13.90 | $3,863.50 |
| | **Total** | **16.50** | **$4,539.50** |

**Summary of Legal Fees for the Period April 1, 2018 through April 30, 2018**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Jeramy Webb | Associate | BSGR & B | $759.00 | 0.20 | $151.80 |
| Steve Ma | Associate | BSGR & B | $759.00 | 0.30 | $227.70 |
| | | | **TOTAL** | **0.50** | **$ 379.50** |

| Law Clerk | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elliot Stevens | Law Clerk | BSGR & B | $260.00 | 2.60 | $676.00 |
| | | | **TOTAL** | **2.60** | **$676.00** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | Corporate | $260.00 | 12.80 | $3,328.00 |
| Tiffany Miller | Legal Assistant | Labor & Employment | $260.00 | 0.60 | $156.00 |
| | | | **TOTAL** | **13.40** | **$3,484.00** |

| SUMMARY OF LEGAL FEES | Hours 16.50 | Fees $4,539.50 |
|---|---|---|

Summary of Disbursements for the Period April 1, 2018 through April 30, 2018

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| Reproduction | $27.90 |
| **Total** | **$ 27.90** |

Proskauer requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $4,085.55, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $27.90, for service rendered outside of Puerto Rico) in the total amount of $4,113.45.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (*i*) Proskauer Rose LLP was not doing business in Puerto Rico and (*ii*) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.


Ann M. Ashton (*pro hac vice*)

Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 600 South
Washington, DC 20004-2533
Tel: (202) 416-5825
Fax: (202) 416-6899

9

# **Exhibit A**

33260 FOMB                                                                Invoice 170157245
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER
0010 PROMESA TITLE III: COFINA                                                    Page 1

| Summary of Time Billed by Task | | Hours | Value |
|---|---|---|---|
| 202 | Legal Research | 2.60 | $676.00 |
| 218 | Employment and Fee Applications | 13.90 | $3,863.50 |
| | **Total** | **16.50** | **$4,539.50** |

33260 FOMB                                                            Invoice 170157245
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

| 0010 PROMESA TITLE III: COFINA | Page 2 |
|---|---|

**Legal Research -- 202**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/05/18 | Elliot Stevens | 202 | Review and edit COFINA fee application. | 0.20 | $52.00 |
| 04/09/18 | Elliot Stevens | 202 | Review and edit COFINA fee application. | 2.40 | $624.00 |
| **Legal Research** | | | | **2.60** | **$676.00** |

**Employment and Fee Applications -- 218**

| Date | Timekeeper | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/18 | Natasha Petrov | 218 | Draft Proskauer second interim fee application per revised invoices. | 2.70 | $702.00 |
| 04/03/18 | Natasha Petrov | 218 | Draft Proskauer second interim fee application per revised invoices. | 1.80 | $468.00 |
| 04/04/18 | Natasha Petrov | 218 | Draft and revise Proskauer second interim fee application, revised invoices and updated information from Finance Department. | 5.20 | $1,352.00 |
| 04/04/18 | Steve MA | 218 | Review and revise draft language for Proskauer's second interim fee application for COFINA. | 0.30 | $227.70 |
| 04/04/18 | Jeramy Webb | 218 | Revise and revise COFINA fee application. | 0.20 | $151.80 |
| 04/06/18 | Tiffany Miller | 218 | Format Exhibit C to COFINA fee application. | 0.60 | $156.00 |
| 04/06/18 | Natasha Petrov | 218 | Review monthly fee statements for mediation-related entries. | 0.40 | $104.00 |
| 04/08/18 | Natasha Petrov | 218 | Proof-read calculations and schedules in Proskauer second interim fee application. | 1.40 | $364.00 |
| 04/09/18 | Natasha Petrov | 218 | Finalize notice of filing of Proskauer second interim fee application (0.30); Finalize exhibits to application (0.70); Finalize complete application and forward to local counsel (0.30). | 1.30 | $338.00 |
| **Employment and Fee Applications** | | | | **13.90** | **$3,863.50** |

**Total for Professional Services**                                            **$4,539.50**

33260 FOMB
PROFESSOR ARTHUR J. GONZALEZ, FOMB BOARD
MEMBER

Invoice 170157245

0010 PROMESA TITLE III: COFINA                                                                        Page 3

**Timekeeper Summary**

| Timekeeper | Status | Hours | Rate | Value |
|------------|--------|-------|------|-------|
| JERAMY WEBB | ASSOCIATE | 0.20 | 759.00 | $151.80 |
| STEVE MA | ASSOCIATE | 0.30 | 759.00 | $227.70 |
| **Total for ASSOCIATE** | | **0.50** | | **$379.50** |
| | | | | |
| ELLIOT STEVENS | LAW CLERK | 2.60 | 260.00 | $676.00 |
| **Total for LAW CLERK** | | **2.60** | | **$676.00** |
| | | | | |
| NATASHA PETROV | LEGAL ASSISTANT | 12.80 | 260.00 | $3,328.00 |
| TIFFANY MILLER | LEGAL ASSISTANT | 0.60 | 260.00 | $156.00 |
| **Total for LEGAL ASSISTANT** | | **13.40** | | **$3,484.00** |
| | | | | |
| | **Total** | **16.50** | | **$4,539.50** |

**For Charges and Disbursements**

| Date | Timekeeper | Type | Description | Amount |
|------|-----------|------|-------------|--------|
| 04/05/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $7.20 |
| 04/05/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $7.40 |
| 04/06/2018 | Natasha Petrov | REPRODUCTION | REPRODUCTION | $0.90 |
| 04/06/2018 | Natasha Petrov | REPRODUCTION | REPRODUCTION | $5.80 |
| 04/09/2018 | Elliot Stevens | REPRODUCTION | REPRODUCTION | $6.60 |
| | | | **Total for REPRODUCTION** | **$27.90** |

**Charges and Disbursements Summary**

| Type of Disbursements | Amount |
|----------------------|--------|
| REPRODUCTION | 27.90 |
| **Total Expenses** | **$27.90** |
| | |
| **Total Amount for this Matter** | **$4,567.40** |