## Exhibit C

**Task Code Time Breakdown**

| Matter | 33260.0010 | PROMESA TITLE III: COFINA | | | |
|---|---|---|---|---|---|
| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
| 201 | Partners | Possinger, Paul | $759 | 1.80 | $1,366.20 |
| | Partner Total | | | 1.80 | $1,366.20 |
| 201 Total | | | | 1.80 | $1,366.20 |
| 202 | Partners | Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| | | Richman, Jonathan E. | $759 | 4.80 | $3,643.20 |
| | Partner Total | | | 5.10 | $3,870.90 |
| | Law Clerks | Carino, Elisa | $260 | 10.20 | $2,652.00 |
| | | Stevens, Elliot | $260 | 8.10 | $2,106.00 |
| | Law Clerk Total | | | 18.30 | $4,758.00 |
| 202 Total | | | | 23.40 | $8,628.90 |
| 204 | Partners | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | | Rosen, Brian S. | $759 | 2.10 | $1,593.90 |
| | Partner Total | | | 2.60 | $1,973.40 |
| 204 Total | | | | 2.60 | $1,973.40 |
| 205 | Partners | Mungovan, Timothy W. | $759 | 1.90 | $1,442.10 |
| | Partner Total | | | 1.90 | $1,442.10 |
| 205 Total | | | | 1.90 | $1,442.10 |
| 206 | Partners | Bienenstock, Martin J. | $759 | 3.70 | $2,808.30 |
| | | Firestein, Michael A. | $759 | 0.40 | $303.60 |
| | | Mungovan, Timothy W. | $759 | 4.90 | $3,719.10 |
| | | Ratner, Stephen L. | $759 | 1.90 | $1,442.10 |
| | | Richman, Jonathan E. | $759 | 14.30 | $10,853.70 |
| | Partner Total | | | 25.20 | $19,126.80 |
| | Associates | Alonzo, Julia D. | $759 | 52.20 | $39,619.80 |
| | | Digrande, Melissa D. | $759 | 3.90 | $2,960.10 |
| | Associate Total | | | 56.10 | $42,579.90 |
| 206 Total | | | | 81.30 | $61,706.70 |
| 207 | Partners | Ferrara, Ralph C. | $759 | 0.20 | $151.80 |
| | | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Mungovan, Timothy W. | $759 | 2.20 | $1,669.80 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | | Richman, Jonathan E. | $759 | 1.10 | $834.90 |
| | Partner Total | | | 3.90 | $2,960.10 |
| | Associates | Alonzo, Julia D. | $759 | 0.80 | $607.20 |
| | | Digrande, Melissa D. | $759 | 1.20 | $910.80 |

|  | **Associate Total** |  |  | **2.00** | **$1,518.00** |
|---|---|---|---|---|---|
| **207 Total** |  |  |  | **5.90** | **$4,478.10** |
| 209 | **Partners** | Ferrara, Ralph C. | $759 | 0.20 | $151.80 |
|  | **Partner Total** |  |  | **0.20** | **$151.80** |
| **209 Total** |  |  |  | **0.20** | **$151.80** |
| 210 | **Partners** | Ferrara, Ralph C. | $759 | 0.40 | $303.60 |
|  |  | Firestein, Michael A. | $759 | 0.20 | $151.80 |
|  |  | Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
|  |  | Possinger, Paul | $759 | 0.40 | $303.60 |
|  |  | Rappaport, Lary Alan | $759 | 0.10 | $75.90 |
|  |  | Ratner, Stephen L. | $759 | 0.80 | $607.20 |
|  | **Partner Total** |  |  | **2.20** | **$1,669.80** |
|  | **Associates** | Alonzo, Julia D. | $759 | 0.40 | $303.60 |
|  |  | Digrande, Melissa D. | $759 | 1.80 | $1,366.20 |
|  | **Associate Total** |  |  | **2.20** | **$1,669.80** |
| **210 Total** |  |  |  | **4.40** | **$3,339.60** |
| 212 | **Paraprofessional** | Miller, Tiffany | $260 | 1.80 | $468.00 |
|  |  | Silvestro, Lawrence T. | $260 | 1.20 | $312.00 |
|  |  | Winkelspecht, Michael J. | $260 | 1.50 | $390.00 |
|  | **Paraprofessional Total** |  |  | **4.50** | **$1,170.00** |
| **212 Total** |  |  |  | **4.50** | **$1,170.00** |
| 218 | **Associates** | Kim, Mee R. | $759 | 6.30 | $4,781.70 |
|  |  | Ma, Steve | $759 | 0.30 | $227.70 |
|  |  | Webb, Jeramy | $759 | 0.20 | $151.80 |
|  | **Associate Total** |  |  | **6.80** | **$5,161.20** |
|  | **Paraprofessionals** | Miller, Tiffany | $260 | 0.60 | $156.00 |
|  |  | Petrov, Natasha | $260 | 18.90 | $4,914.00 |
|  | **Paraprofessional Total** |  |  | **19.50** | **$5,070.00** |
| **218 Total** |  |  |  | **26.30** | **$10,231.20** |
| **Grand Total** |  |  |  | **152.30** | **$94,488.00** |

3