# Exhibit C

**Task Code Time Breakdown**

| Matter | 33260.0007 | PROMESA TITLE III: ERS | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 201 | Partners | Rosen, Brian S. | $759 | 1.70 | $1,290.30 |
| | Partner Total | | | **1.70** | **$1,290.30** |
| **201 Total** | | | | **1.70** | **$1,290.30** |
| 202 | Partners | Perra, Kevin J. | $759 | 1.90 | $1,442.10 |
| | | Weise, Steven O. | $759 | 8.00 | $6,072.00 |
| | Partner Total | | | **9.90** | **$7,514.10** |
| | Associates | Dalsen, William D. | $759 | 0.40 | $303.60 |
| | | Desatnik, Daniel | $759 | 0.10 | $75.90 |
| | | Esses, Joshua A. | $759 | 0.80 | $607.20 |
| | | Wolf, Lucy | $759 | 3.30 | $2,504.70 |
| | | Zajac, Jared | $759 | 9.60 | $7,286.40 |
| | Associate Total | | | **14.20** | **$10,777.80** |
| | Law Clerks | Stevens, Elliot | $260 | 5.00 | $1,300.00 |
| | Law Clerk Total | | | **5.00** | **$1,300.00** |
| | Paraprofessionals | Moller, Rachael Hope | $260 | 0.80 | $208.00 |
| | Paraprofessional Total | | | **0.80** | **$208.00** |
| **202 Total** | | | | **29.90** | **$19,799.90** |
| 203 | Partners | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | | Possinger, Paul | $759 | 0.40 | $303.60 |
| | Partner Total | | | **0.60** | **$455.40** |
| | Associates | Hackett, Michael R. | $759 | 0.40 | $303.60 |
| | Associate Total | | | **0.40** | **$303.60** |
| **203 Total** | | | | **1.00** | **$759.00** |
| 204 | Partners | Barak, Ehud | $759 | 0.60 | $455.40 |
| | | Bienenstock, Martin J. | $759 | 6.60 | $5,009.40 |
| | | Levitan, Jeffrey W. | $759 | 14.10 | $10,701.90 |
| | | Mungovan, Timothy W. | $759 | 2.10 | $1,593.90 |
| | | Perra, Kevin J. | $759 | 4.10 | $3,111.90 |
| | | Possinger, Paul | $759 | 15.20 | $11,536.80 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | | Rosen, Brian S. | $759 | 45.70 | $34,686.30 |
| | | Weise, Steven O. | $759 | 61.00 | $46,299.00 |
| | Partner Total | | | **149.50** | **$113,470.50** |
| | Associates | Dalsen, William D. | $759 | 1.10 | $834.90 |
| | | Esses, Joshua A. | $759 | 2.40 | $1,821.60 |
| | | Hackett, Michael R. | $759 | 8.60 | $6,527.40 |

| | | | | | |
|---|---|---|---|---|---|
| | | Zajac, Jared | $759 | 1.10 | $834.90 |
| | **Associate Total** | | | **13.20** | **$10,018.80** |
| | Law Clerks | Stevens, Elliot | $260 | 0.70 | $182.00 |
| | **Law Clerk Total** | | | **0.70** | **$182.00** |
| **204 Total** | | | | **163.40** | **$123,671.30** |
| **205** | Partners | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Mungovan, Timothy W. | $759 | 0.60 | $455.40 |
| | | Possinger, Paul | $759 | 1.50 | $1,138.50 |
| | | Rosen, Brian S. | $759 | 0.70 | $531.30 |
| | **Partner Total** | | | **3.10** | **$2,352.90** |
| | Associates | Dalsen, William D. | $759 | 0.80 | $607.20 |
| | | Zajac, Jared | $759 | 0.30 | $227.70 |
| | **Associate Total** | | | **1.10** | **$834.90** |
| **205 Total** | | | | **4.20** | **$3,187.80** |
| **206** | Partners | Barak, Ehud | $759 | 1.80 | $1,366.20 |
| | | Bienenstock, Martin J. | $759 | 3.70 | $2,808.30 |
| | | Levitan, Jeffrey W. | $759 | 18.00 | $13,662.00 |
| | | Mungovan, Timothy W. | $759 | 2.40 | $1,821.60 |
| | | Perra, Kevin J. | $759 | 10.30 | $7,817.70 |
| | | Possinger, Paul | $759 | 24.70 | $18,747.30 |
| | | Ratner, Stephen L. | $759 | 2.50 | $1,897.50 |
| | | Richman, Jonathan E. | $759 | 0.20 | $151.80 |
| | | Rosen, Brian S. | $759 | 3.90 | $2,960.10 |
| | | Weise, Steven O. | $759 | 26.50 | $20,113.50 |
| | **Partner Total** | | | **94.00** | **$71,346.00** |
| | Associates | Dalsen, William D. | $759 | 13.60 | $10,322.40 |
| | | Hackett, Michael R. | $759 | 49.80 | $37,798.20 |
| | | Zajac, Jared | $759 | 52.30 | $39,695.70 |
| | **Associate Total** | | | **115.70** | **$87,816.30** |
| **206 Total** | | | | **209.70** | **$159,162.30** |
| **207** | Partners | Bienenstock, Martin J. | $759 | 0.90 | $683.10 |
| | | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Levitan, Jeffrey W. | $759 | 3.40 | $2,580.60 |
| | | Mungovan, Timothy W. | $759 | 1.40 | $1,062.60 |
| | | Perra, Kevin J. | $759 | 5.10 | $3,870.90 |
| | | Possinger, Paul | $759 | 4.90 | $3,719.10 |
| | | Ratner, Stephen L. | $759 | 1.80 | $1,366.20 |
| | | Richman, Jonathan E. | $759 | 0.40 | $303.60 |
| | | Rosen, Brian S. | $759 | 0.40 | $303.60 |
| | | Weise, Steven O. | $759 | 3.70 | $2,808.30 |
| | **Partner Total** | | | **22.30** | **$16,925.70** |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Associates | Dalsen, William D. | $759 | 5.90 | $4,478.10 |
|  |  | Hackett, Michael R. | $759 | 6.80 | $5,161.20 |
|  |  | Zajac, Jared | $759 | 7.60 | $5,768.40 |
|  | **Associate Total** |  |  | **20.30** | **$15,407.70** |
| **207 Total** |  |  |  | **42.60** | **$32,333.40** |
| 209 | Partners | Levitan, Jeffrey W. | $759 | 0.60 | $455.40 |
|  | **Partner Total** |  |  | **0.60** | **$455.40** |
|  | Associates | Zajac, Jared | $759 | 0.50 | $379.50 |
|  | **Associate Total** |  |  | **0.50** | **$379.50** |
| **209 Total** |  |  |  | **1.10** | **$834.90** |
| 210 | Partners | Ferrara, Ralph C. | $759 | 0.50 | $379.50 |
|  |  | Levitan, Jeffrey W. | $759 | 1.80 | $1,366.20 |
|  |  | Mungovan, Timothy W. | $759 | 1.60 | $1,214.40 |
|  |  | Perra, Kevin J. | $759 | 0.80 | $607.20 |
|  |  | Possinger, Paul | $759 | 2.40 | $1,821.60 |
|  |  | Rosen, Brian S. | $759 | 1.30 | $986.70 |
|  |  | Weise, Steven O. | $759 | 2.70 | $2,049.30 |
|  | **Partner Total** |  |  | **11.10** | **$8,424.90** |
|  | Associates | Rochman, Matthew I. | $759 | 0.20 | $151.80 |
|  |  | Zajac, Jared | $759 | 1.10 | $834.90 |
|  | **Associate Total** |  |  | **1.30** | **$986.70** |
| **210 Total** |  |  |  | **12.40** | **$9,411.60** |
| 211 | Partners | Possinger, Paul | $759 | 2.20 | $1,669.80 |
|  | **Partner Total** |  |  | **2.20** | **$1,669.80** |
| **211 Total** |  |  |  | **2.20** | **$1,669.80** |
| 212 | Paraprofessionals | Giddens, Magali | $260 | 2.30 | $598.00 |
|  |  | Sherman, Tayler M. | $260 | 1.80 | $468.00 |
|  |  | Silvestro, Lawrence T. | $260 | 3.60 | $936.00 |
|  |  | Williams, Selena F. |  | 0.30 | $78.00 |
|  | **Paraprofessional Total** |  |  | **8.00** | **$2,080.00** |
| **212 Total** |  |  |  | **8.00** | **$2,080.00** |
| 213 | Partners | Hamburger, Paul M. | $759 | 0.30 | $227.70 |
|  |  | Rosen, Brian S. | $759 | 3.60 | $2,732.40 |
|  | **Partner Total** |  |  | **3.90** | **$2,960.10** |
| **213 Total** |  |  |  | **3.90** | **$2,960.10** |
| 215 | Partners | Rosen, Brian S. | $759 | 68.30 | $51,839.70 |
|  | **Partner Total** |  |  | **68.30** | **$51,839.70** |
| **215 Total** |  |  |  | **68.30** | **$51,839.70** |
| 216 | Partners | Rosen, Brian S. | $759 | 0.70 | $531.30 |
|  | **Partner Total** |  |  | **0.70** | **$531.30** |
| **216 Total** |  |  |  | **0.70** | **$531.30** |

4

| 218 | Associates | Kim, Mee R. | $759 | 6.80 | $5,161.20 |
|---|---|---|---|---|---|
| | | Webb, Jeramy | $759 | 2.80 | $2,125.20 |
| | **Associate Total** | | | **9.60** | **$7,286.40** |
| | Paraprofessionals | Miller, Tiffany | $260 | 1.10 | $286.00 |
| | | Petrov, Natasha | $260 | 21.00 | $5,460.00 |
| | **Paraprofessional Total** | | | **22.10** | **$5,746.00** |
| | Law Clerks | Stevens, Elliot | $260 | 5.10 | $1,326.00 |
| | **Law Clerk Total** | | | **5.10** | **$1,326.00** |
| **218 Total** | | | | **36.80** | **$14,358.40** |
| **Grand Total** | | | | **585.90** | **$423,889.80** |

| Matter | 33260.0025 | PROMESA TITLE III: ERS (PUERTO RICO TIME) | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 215 | Partners | Rosen, Brian S. | $759 | 4.10 | $3,111.90 |
| | **Partner Total** | | | **4.10** | **$3,111.90** |
| **215 Total** | | | | **4.10** | **$3,111.90** |
| **Grand Total** | | | | **4.10** | **$3,111.90** |

| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|---|
| Matter | 33260.0045 | ERS TITLE III – ALTAIR | | | |
| 202 | Partners | Levitan, Jeffrey W. | $759 | 0.20 | $151.80 |
| | | Perra, Kevin J. | $759 | 0.50 | $379.50 |
| | **Partner Total** | | | **0.70** | **$531.30** |
| **202 Total** | | | | **0.70** | **$531.30** |
| 206 | Partners | Levitan, Jeffrey W. | $759 | 1.00 | $759.00 |
| | | Perra, Kevin J. | $759 | 0.90 | $683.10 |
| | | Possinger, Paul | $759 | 1.90 | $1,442.10 |
| | **Partner Total** | | | **3.80** | **$2,884.20** |
| | Associates | Dalsen, William D. | $759 | 0.20 | $151.80 |
| | | Hackett, Michael R. | $759 | 13.10 | $9,942.90 |
| | | Zajac, Jared | $759 | 0.20 | $151.80 |
| | **Associate Total** | | | **13.50** | **$10,246.50** |
| **206 Total** | | | | **17.30** | **$13,130.70** |
| 207 | Partners | Levitan, Jeffrey W. | $759 | 0.60 | $455.40 |
| | | Mungovan, Timothy W. | $759 | 0.70 | $531.30 |
| | | Perra, Kevin J. | $759 | 0.50 | $379.50 |
| | | Possinger, Paul | $759 | 1.10 | $834.90 |
| | | Ratner, Stephen L. | $759 | 0.20 | $151.80 |
| | | Rosen, Brian S. | $759 | 0.50 | $379.50 |
| | | Weise, Steven O. | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **4.00** | **$3,036.00** |
| | Associates | Hackett, Michael R. | $759 | 1.70 | $1,290.30 |
| | | Zajac, Jared | $759 | 0.30 | $227.70 |
| | **Associate Total** | | | **2.00** | **$1,518.00** |
| **207 Total** | | | | **6.00** | **$4,554.00** |
| 212 | Paraprofessionals | Giddens, Magali | $260 | 1.10 | $286.00 |
| | **Paraprofessional Total** | | | **1.10** | **$286.00** |
| **212 Total** | | | | **1.10** | **$286.00** |
| **Grand Total** | | | | **25.10** | **$18,502.00** |