## **Exhibit C**

**Task Code Time Breakdown**

| Matter | 33260.0009 | PROMESA TITLE III: HTA | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| **201** | **Partners** | Ferrara, Ralph C. | $759 | 2.40 | $1,821.60 |
| | | Firestein, Michael A. | $759 | 0.20 | $151.80 |
| | | Mungovan, Timothy W. | $759 | 0.60 | $455.40 |
| | | Possinger, Paul | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **3.60** | **$2,732.40** |
| | **Associates** | Kim, Mee R. | $759 | 0.80 | $607.20 |
| | | Ma, Steve | $759 | 0.10 | $75.90 |
| | **Associate Total** | | | **0.90** | **$683.10** |
| **201 Total** | | | | **4.50** | **$3,415.50** |
| **202** | **Partners** | Firestein, Michael A. | $759 | 8.10 | $6,147.90 |
| | | Mungovan, Timothy W. | $759 | 0.60 | $455.40 |
| | **Partner Total** | | | **8.70** | **$6,603.30** |
| | **Associates** | Morris, Matthew J. | $759 | 1.20 | $910.80 |
| | | Roche, Jennifer L. | $759 | 1.40 | $1,062.60 |
| | | Webb, Jeramy | $759 | 0.20 | $151.80 |
| | **Associate Total** | | | **2.80** | **$2,125.20** |
| | **Paraprofessionals** | Petrov, Natasha | $260 | 0.80 | $208.00 |
| | **Paraprofessional Total** | | | **0.80** | **$208.00** |
| **202 Total** | | | | **12.30** | **$8,936.50** |
| **203** | **Associates** | Esses, Joshua A. | $759 | 0.10 | $75.90 |
| | **Associate Total** | | | **0.10** | **$75.90** |
| **203 Total** | | | | **0.10** | **$75.90** |
| **204** | **Partners** | Barak, Ehud | $759 | 0.40 | $303.60 |
| | | Firestein, Michael A. | $759 | 0.90 | $683.10 |
| | | Mungovan, Timothy W. | $759 | 0.40 | $303.60 |
| | | Possinger, Paul | $759 | 0.50 | $379.50 |
| | | Rappaport, Lary Alan | $759 | 0.70 | $531.30 |
| | **Partner Total** | | | **2.90** | **$2,201.10** |
| | **Associates** | Rochman, Matthew I. | $759 | 0.20 | $151.80 |
| | | Stafford, Laura | $759 | 3.50 | $2,656.50 |
| | **Associate Total** | | | **3.70** | **$2,808.30** |
| **204 Total** | | | | **6.60** | **$5,009.40** |
| **205** | **Partners** | Bienenstock, Martin J. | $759 | 1.90 | $1,442.10 |
| | | Ferrara, Ralph C. | $759 | 0.40 | $303.60 |
| | | Firestein, Michael A. | $759 | 1.50 | $1,138.50 |
| | | Mungovan, Timothy W. | $759 | 0.50 | $379.50 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Possinger, Paul | $759 | 1.50 | $1,138.50 |
|  |  | Rappaport, Lary Alan | $759 | 0.50 | $379.50 |
|  |  | Ratner, Stephen L. | $759 | 0.20 | $151.80 |
|  | **Partner Total** |  |  | **6.50** | **$4,933.50** |
|  | **Associates** | Ma, Steve | $759 | 0.20 | $151.80 |
|  | **Associate Total** |  |  | **0.20** | **$151.80** |
| **205 Total** |  |  |  | **6.70** | **$5,085.30** |
| 206 | **Partners** | Firestein, Michael A. | $759 | 0.60 | $455.40 |
|  |  | Harris, Mark | $759 | 0.80 | $607.20 |
|  |  | Rappaport, Lary Alan | $759 | 5.20 | $3,946.80 |
|  |  | Ratner, Stephen L. | $759 | 1.10 | $834.90 |
|  | **Partner Total** |  |  | **7.70** | **$5,844.30** |
|  | **Associates** | Webb, Jeramy | $759 | 0.20 | $151.80 |
|  | **Associate Total** |  |  | **0.20** | **$151.80** |
| **206 Total** |  |  |  | **7.90** | **$5,996.10** |
| 207 | **Partners** | Febus, Chantel L. | $759 | 0.80 | $607.20 |
|  |  | Ferrara, Ralph C. | $759 | 0.40 | $303.60 |
|  |  | Firestein, Michael A. | $759 | 2.80 | $2,125.20 |
|  |  | Indelicato, Vincent | $759 | 1.40 | $1,062.60 |
|  |  | Mungovan, Timothy W. | $759 | 2.20 | $1,669.80 |
|  |  | Rappaport, Lary Alan | $759 | 1.50 | $1,138.50 |
|  |  | Ratner, Stephen L. | $759 | 1.00 | $759.00 |
|  |  | Rosen, Brian S. | $759 | 0.80 | $607.20 |
|  | **Partner Total** |  |  | **10.90** | **$8,273.10** |
|  | **Associates** | Chalett, Zachary | $759 | 0.90 | $683.10 |
|  |  | Roche, Jennifer L. | $759 | 2.80 | $2,125.20 |
|  |  | Rochman, Matthew I. | $759 | 0.30 | $227.70 |
|  |  | Skellet, Alexandra K. | $759 | 0.30 | $227.70 |
|  | **Associate Total** |  |  | **4.30** | **$3,263.70** |
|  | **Law Clerks** | Stevens, Elliot | $260 | 1.20 | $312.00 |
|  | **Law Clerk Total** |  |  | **1.20** | **$312.00** |
| **207 Total** |  |  |  | **16.40** | **$11,848.80** |
| 208 | **Partners** | Possinger, Paul | $759 | 0.30 | $227.70 |
|  | **Partner Total** |  |  | **0.30** | **$227.70** |
|  | **Associate** | Markofsky, Lisa | $759 | 2.70 | $2,049.30 |
|  | **Associate Total** |  |  | **2.70** | **$2,049.30** |
|  | **Law Clerk** | Stevens, Elliot | $260 | 0.50 | $130.00 |
|  | **Law Clerk Total** |  |  | **0.50** | **$130.00** |
| **208 Total** |  |  |  | **3.50** | **$2,407.00** |
| 209 | **Associate** | Rochman, Matthew I. | $759 | 0.80 | $607.20 |
|  | **Associate Total** |  |  | **0.80** | **$607.20** |

3

| | | | | | |
|---|---|---|---|---|---|
| **209 Total** | | | | **0.80** | **$607.20** |
| **210** | **Partners** | Ferrara, Ralph C. | $759 | 2.40 | $1,821.60 |
| | | Firestein, Michael A. | $759 | 5.20 | $3,946.80 |
| | | Mashberg, Gregg M. | $759 | 0.20 | $151.80 |
| | | Mungovan, Timothy W. | $759 | 1.80 | $1,366.20 |
| | | Possinger, Paul | $759 | 0.40 | $303.60 |
| | | Rappaport, Lary Alan | $759 | 4.30 | $3,263.70 |
| | | Weise, Steven O. | $759 | 3.30 | $2,504.70 |
| | **Partner Total** | | | **17.60** | **$13,358.40** |
| | **Associates** | Ma, Steve | $759 | 0.10 | $75.90 |
| | | Morris, Matthew J. | $759 | 0.20 | $151.80 |
| | | Roche, Jennifer L. | $759 | 5.20 | $3,946.80 |
| | | Rochman, Matthew I. | $759 | 1.10 | $834.90 |
| | | Webb, Jeramy | $759 | 0.20 | $151.80 |
| | **Associate Total** | | | **6.80** | **$5,161.20** |
| | **Law Clerks** | Stevens, Elliot | $260 | 2.50 | $650.00 |
| | **Law Clerk Total** | | | **2.50** | **$650.00** |
| **210 Total** | | | | **26.90** | **$19,169.60** |
| **212** | **Partners** | Mungovan, Timothy W. | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **0.40** | **$303.60** |
| | **Associates** | Stafford, Laura | $759 | 0.80 | $607.20 |
| | | Webb, Jeramy | $759 | 0.10 | $75.90 |
| | **Associate Total** | | | **0.90** | **$683.10** |
| | **Paraprofessionals** | Giddens, Magali | $260 | 0.60 | $156.00 |
| | | Golinder, Olga A. | $260 | 1.10 | $286.00 |
| | | Mcaleavy, Mary Jane F. | $260 | 1.20 | $312.00 |
| | | Monforte, Angelo | $260 | 4.10 | $1,066.00 |
| | | Silvestro, Lawrence T. | $260 | 4.10 | $1,066.00 |
| | | Soldridge, Jeffrey J. | $260 | 1.90 | $494.00 |
| | | Wizner, Eamon | $260 | 5.10 | $1,326.00 |
| | | Wong, Naomi | $260 | 0.80 | $208.00 |
| | **Paraprofessional Total** | | | **18.90** | **$4,914.00** |
| **212 Total** | | | | **20.20** | **$5,900.70** |
| **215** | **Associates** | Hayes, Christopher M. | $759 | 2.80 | $2,125.20 |
| | **Associate Total** | | | **2.80** | **$2,125.20** |
| **215 Total** | | | | **2.80** | **$2,125.20** |
| **218** | **Associate** | Kim, Mee R. | $759 | 6.20 | $4,705.80 |
| | | Ma, Steve | $759 | 2.50 | $1,897.50 |
| | **Associate Total** | | | **8.70** | **$6,603.30** |
| | **Paraprofessionals** | Miller, Tiffany | $260 | 3.10 | $806.00 |
| | | Petrov, Natasha | $260 | 19.90 | $5,174.00 |

4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Paraprofessional Total** |  |  | **23.00** | **$5,980.00** |
| **218 Total** |  |  |  | **31.70** | **$12,583.30** |
| **219** | **Partners** | Febus, Chantel L. | $759 | 6.00 | $4,554.00 |
|  |  | Ferrara, Ralph C. | $759 | 0.20 | $151.80 |
|  |  | Firestein, Michael A. | $759 | 35.80 | $27,172.20 |
|  |  | Harris, Mark | $759 | 7.50 | $5,692.50 |
|  |  | Levitan, Jeffrey W. | $759 | 0.50 | $379.50 |
|  |  | Mungovan, Timothy W. | $759 | 13.30 | $10,094.70 |
|  |  | Possinger, Paul | $759 | 4.20 | $3,187.80 |
|  |  | Rappaport, Lary Alan | $759 | 63.30 | $48,044.70 |
|  |  | Ratner, Stephen L. | $759 | 6.70 | $5,085.30 |
|  |  | Richman, Jonathan E. | $759 | 0.10 | $75.90 |
|  |  | Weise, Steven O. | $759 | 16.50 | $12,523.50 |
|  | **Partner Total** |  |  | **154.10** | **$116,961.90** |
|  | **Associates** | Chalett, Zachary | $759 | 0.90 | $683.10 |
|  |  | Morris, Matthew J. | $759 | 35.10 | $26,640.90 |
|  |  | Roberts, John E. | $759 | 6.90 | $5,237.10 |
|  |  | Roche, Jennifer L. | $759 | 30.40 | $23,073.60 |
|  |  | Rochman, Matthew I. | $759 | 12.30 | $9,335.70 |
|  |  | Skellet, Alexandra K. | $759 | 0.20 | $151.80 |
|  |  | Stafford, Laura | $759 | 25.90 | $19,658.10 |
|  | **Associate Total** |  |  | **111.70** | **$84,780.30** |
|  | **Paraprofessionals** | Silvestro, Lawrence T. | $260 | 5.70 | $1,482.00 |
|  | **Paraprofessional Total** |  |  | **5.70** | **$1,482.00** |
|  | **Law Clerks** | Carino, Elisa | $260 | 3.60 | $936.00 |
|  | **Law Clerk Total** |  |  | **3.60** | **$936.00** |
| **219 Total** |  |  |  | **275.10** | **$204,160.20** |
| **Grand Total** |  |  |  | **415.50** | **$287,320.70** |

5

| Matter | 33260.0049 | HTA TITLE III – AMBAC | | | |
|---|---|---|---|---|---|
| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
| 205 | Partners | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.20** | **$151.80** |
| **205 Total** | | | | **0.20** | **$151.80** |
| 212 | Paraprofessionals | Miller, Tiffany | $260 | 0.10 | $26.00 |
| | **Paraprofessional Total** | | | **0.10** | **$26.00** |
| **212 Total** | | | | **0.10** | **$26.00** |
| 219 | **Partners** | Firestein, Michael A. | $759 | 6.10 | $4,629.90 |
| | | Mungovan, Timothy W. | $759 | 1.90 | $1,442.10 |
| | | Rappaport, Lary Alan | $759 | 1.40 | $1,062.60 |
| | | Ratner, Stephen L. | $759 | 0.20 | $151.80 |
| | **Partner Total** | | | **9.60** | **$7,286.40** |
| | **Paraprofessionals** | Monforte, Angelo | $260 | 0.40 | $104.00 |
| | **Paraprofessional Total** | | | **0.40** | **$104.00** |
| **219 Total** | | | | **10.00** | **$7,390.40** |
| **Grand Total** | | | | **10.30** | **$7,568.20** |

| Matter | 33260.0050 | HTA TITLE III – ASSURED | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 202 | Partners | Firestein, Michael A. | $759 | 0.40 | $303.60 |
| | Partner Total | | | **0.40** | **$303.60** |
| **202 Total** | | | | **0.40** | **$303.60** |
| 203 | Partners | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | Partner Total | | | **0.20** | **$151.80** |
| **203 Total** | | | | **0.20** | **$151.80** |
| 205 | Partners | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | Partner Total | | | **0.20** | **$151.80** |
| **205 Total** | | | | **0.20** | **$151.80** |
| 207 | Partners | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | Partner Total | | | **0.10** | **$75.90** |
| **207 Total** | | | | **0.10** | **$75.90** |
| 210 | Partners | Brenner, Guy | $759 | 0.20 | $151.80 |
| | Partner Total | | | **0.20** | **$151.80** |
| **210 Total** | | | | **0.20** | **$151.80** |
| 212 | Paraprofessionals | Silvestro, Lawrence T. | $260 | 0.90 | $234.00 |
| | **Paraprofessional Total** | | | **0.90** | **$234.00** |
| **212 Total** | | | | **0.90** | **$234.00** |
| 219 | Partners | Ferrara, Ralph C. | $759 | 0.40 | $303.60 |
| | | Firestein, Michael A. | $759 | 23.50 | $17,836.50 |
| | | Harris, Mark | $759 | 1.90 | $1,442.10 |
| | | Mungovan, Timothy W. | $759 | 6.80 | $5,161.20 |
| | | Possinger, Paul | $759 | 0.70 | $531.30 |
| | | Rappaport, Lary Alan | $759 | 33.80 | $25,654.20 |
| | | Ratner, Stephen L. | $759 | 2.10 | $1,593.90 |
| | | Weise, Steven O. | $759 | 14.30 | $10,853.70 |
| | **Partner Total** | | | **83.50** | **$63,376.50** |
| | **Associates** | Morris, Matthew J. | $759 | 28.20 | $21,403.80 |
| | | Roberts, John E. | $759 | 3.60 | $2,732.40 |
| | | Roche, Jennifer L. | $759 | 15.20 | $11,536.80 |
| | | Skellet, Alexandra K. | $759 | 1.20 | $910.80 |
| | **Associate Total** | | | **48.20** | **$36,583.80** |
| | **Paraprofessionals** | Henderson, Laurie A. | $260 | 0.30 | $78.00 |
| | | Miller, Tiffany | $260 | 0.80 | $208.00 |
| | | Silvestro, Lawrence T. | $260 | 2.30 | $598.00 |
| | **Paraprofessional Total** | | | **3.40** | **$884.00** |

| | | | | | |
|---|---|---|---|---|---|
| **219 Total** | | | | 135.10 | $100,844.30 |
| **Grand Total** | | | | 137.10 | $101,913.20 |

| Matter | 33260.0051 | HTA TITLE III – PEAJE | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 201 | Partners | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Rappaport, Lary Alan | $759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.50** | **$379.50** |
| **201 Total** | | | | **0.50** | **$379.50** |
| 202 | Partners | Barak, Ehud | $759 | 1.70 | $1,290.30 |
| | | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **2.00** | **$1,518.00** |
| **202 Total** | | | | **2.00** | **$1,518.00** |
| 206 | Partners | Barak, Ehud | $759 | 2.10 | $1,593.90 |
| | | Firestein, Michael A. | $759 | 0.10 | $75.90 |
| | | Mungovan, Timothy W. | $759 | 1.00 | $759.00 |
| | **Partner Total** | | | **3.20** | **$2,428.80** |
| **206 Total** | | | | **3.20** | **$2,428.80** |
| 207 | Associates | Roche, Jennifer L. | $759 | 5.00 | $3,795.00 |
| | **Associate Total** | | | **5.00** | **$3,795.00** |
| **207 Total** | | | | **5.00** | **$3,795.00** |
| 210 | Partners | Firestein, Michael A. | $759 | 0.60 | $455.40 |
| | | Harris, Mark | $759 | 1.90 | $1,442.10 |
| | | Rappaport, Lary Alan | $759 | 1.90 | $1,442.10 |
| | | Richman, Jonathan E. | $759 | 0.10 | $75.90 |
| | | Weise, Steven O. | $759 | 3.10 | $2,352.90 |
| | **Partner Total** | | | **7.60** | **$5,768.40** |
| **210 Total** | | | | **7.60** | **$5,768.40** |
| 211 | Associates | Roberts, John E. | $759 | 2.20 | $1,669.80 |
| | **Associate Total** | | | **2.20** | **$1,669.80** |
| **211 Total** | | | | **2.20** | **$1,669.80** |
| 212 | Paraprofessionals | Giddens, Magali | $260 | 0.30 | $78.00 |
| | | Miller, Tiffany | $260 | 0.30 | $78.00 |
| | | Tarrant, Christopher M. | $260 | 1.90 | $494.00 |
| | | Wizner, Eamon | $260 | 2.70 | $702.00 |
| | **Paraprofessional Total** | | | **5.20** | **$1,352.00** |
| **212 Total** | | | | **5.20** | **$1,352.00** |
| 219 | Partners | Barak, Ehud | $759 | 8.00 | $6,072.00 |
| | | Bienenstock, Martin J. | $759 | 25.90 | $19,658.10 |
| | | Ferrara, Ralph C. | $759 | 0.50 | $379.50 |
| | | Firestein, Michael A. | $759 | 91.10 | $69,144.90 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Harris, Mark | $759 | 17.60 | $13,358.40 |
|  |  | Levitan, Jeffrey W. | $759 | 82.20 | $62,389.80 |
|  |  | Mungovan, Timothy W. | $759 | 47.70 | $36,204.30 |
|  |  | Possinger, Paul | $759 | 14.60 | $11,081.40 |
|  |  | Rappaport, Lary Alan | $759 | 145.10 | $110,130.90 |
|  |  | Ratner, Stephen L. | $759 | 22.00 | $16,698.00 |
|  |  | Weise, Steven O. | $759 | 58.00 | $44,022.00 |
|  | **Partner Total** |  |  | **512.70** | **$389,139.30** |
|  | **Associates** | Friedman, Amelia | $759 | 5.90 | $4,478.10 |
|  |  | Morris, Matthew J. | $759 | 20.80 | $15,787.20 |
|  |  | Roberts, John E. | $759 | 91.70 | $69,600.30 |
|  |  | Roche, Jennifer L. | $759 | 38.20 | $28,993.80 |
|  |  | Rochman, Matthew I. | $759 | 28.50 | $21,631.50 |
|  |  | Skellet, Alexandra K. | $759 | 6.80 | $5,161.20 |
|  |  | Stafford, Laura | $759 | 31.10 | $23,604.90 |
|  |  | Webb, Jeramy | $759 | 2.30 | $1,745.70 |
|  |  | Zerjal, Maja | $759 | 1.20 | $910.80 |
|  | **Associate Total** |  |  | **226.50** | **$171,913.50** |
|  | **Paraprofessionals** | Giddens, Magali | $260 | 5.00 | $1,300.00 |
|  |  | Golinder, Olga A. | $260 | 1.00 | $260.00 |
|  |  | Henderson, Laurie A. | $260 | 0.80 | $208.00 |
|  |  | Miller, Tiffany | $260 | 1.30 | $338.00 |
|  |  | Sherman, Tayler M. | $260 | 0.90 | $234.00 |
|  |  | Silvestro, Lawrence T. | $260 | 45.40 | $11,804.00 |
|  |  | Tarrant, Christopher M. | $260 | 4.20 | $1,092.00 |
|  |  | Wizner, Eamon | $260 | 5.20 | $1,352.00 |
|  | **Paraprofessional Total** |  |  | **63.80** | **$16,588.00** |
|  | **Law Clerks** | Carino, Elisa | $260 | 3.40 | $884.00 |
|  | **Law Clerk Total** |  |  | **3.40** | **$884.00** |
| **219 Total** |  |  |  | **806.40** | **$578,524.80** |
| **Grand Total** |  |  |  | **832.10** | **$595,436.30** |

10

| Matter | 33260.0951 | HTA TITLE III - PEAJE PUERTO RICO | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 219 | Partners | Bienenstock, Martin J. | $759 | 8.60 | $6,527.40 |
| | **Partner Total** | | | **8.60** | **$6,527.40** |
| **219 Total** | | | | **8.60** | **$6,527.40** |
| **Grand Total** | | | | **8.60** | **$6,527.40** |

| Matter | 33260.0052 | HTA TITLE III – RULE 2004 | | | |
|---|---|---|---|---|---|
| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
| 207 | Partners | Rappaport, Lary Alan | $759 | 0.40 | $303.60 |
| | Partner Total | | | 0.40 | $303.60 |
| 207 Total | | | | 0.40 | $303.60 |
| Grand Total | | | | 0.40 | $303.60 |

| Matter | 33260.0053 | HTA TITLE III – MISCELLANEOUS | | | |
|---|---|---|---|---|---|
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| **201** | **Partners** | Dale, Margaret A. | $759 | 0.20 | $151.80 |
| | | Mungovan, Timothy W. | $759 | 1.10 | $834.90 |
| | **Partner Total** | | | **1.30** | **$986.70** |
| | Associates | Skellet, Alexandra K. | $759 | 0.20 | $151.80 |
| | **Associate Total** | | | **0.20** | **$151.80** |
| **201 Total** | | | | **1.50** | **$1,138.50** |
| **203** | **Partners** | Ashton, Ann M. | $759 | 0.20 | $151.80 |
| | | Dale, Margaret A. | $759 | 5.80 | $4,402.20 |
| | | Mungovan, Timothy W. | $759 | 1.40 | $1,062.60 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | **Partner Total** | | | **7.50** | **$5,692.50** |
| | Associates | Bargoot, Alexandra V. | $759 | 1.20 | $910.80 |
| | **Associate Total** | | | **1.20** | **$910.80** |
| **203 Total** | | | | **8.70** | **$6,603.30** |
| **204** | **Partners** | Ashton, Ann M. | $759 | 0.40 | $303.60 |
| | | Dale, Margaret A. | $759 | 0.70 | $531.30 |
| | | Mungovan, Timothy W. | $759 | 1.90 | $1,442.10 |
| | | Ratner, Stephen L. | $759 | 0.50 | $379.50 |
| | **Partner Total** | | | **3.50** | **$2,656.50** |
| **204 Total** | | | | **3.50** | **$2,656.50** |
| **205** | **Partners** | Ashton, Ann M. | $759 | 1.80 | $1,366.20 |
| | | Dale, Margaret A. | $759 | 2.00 | $1,518.00 |
| | | Levitan, Jeffrey W. | $759 | 0.30 | $227.70 |
| | | Martinez, Carlos E. | $759 | 0.50 | $379.50 |
| | | Mungovan, Timothy W. | $759 | 1.20 | $910.80 |
| | | Ratner, Stephen L. | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **6.10** | **$4,629.90** |
| | Associate | Ma, Steve | $759 | 0.10 | $75.90 |
| | | Skellet, Alexandra K. | $759 | 2.10 | $1,593.90 |
| | | Zerjal, Maja | $759 | 3.00 | $2,277.00 |
| | **Associate Total** | | | **5.20** | **$3,946.80** |
| **205 Total** | | | | **11.30** | **$8,576.70** |
| **206** | **Partners** | Ashton, Ann M. | $759 | 25.30 | $19,202.70 |
| | | Barak, Ehud | $759 | 1.40 | $1,062.60 |
| | | Bienenstock, Martin J. | $759 | 2.50 | $1,897.50 |

13

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| | | Dale, Margaret A. | $759 | 28.00 | $21,252.00 |
| | | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Levitan, Jeffrey W. | $759 | 1.80 | $1,366.20 |
| | | Mungovan, Timothy W. | $759 | 14.90 | $11,309.10 |
| | | Piccirillo, Antonio N. | $759 | 3.00 | $2,277.00 |
| | | Possinger, Paul | $759 | 2.10 | $1,593.90 |
| | | Ratner, Stephen L. | $759 | 5.80 | $4,402.20 |
| | | Richman, Jonathan E. | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **85.50** | **$64,894.50** |
| | **Associates** | Alonzo, Julia D. | $759 | 0.40 | $303.60 |
| | | Ma, Steve | $759 | 0.20 | $151.80 |
| | | Skellet, Alexandra K. | $759 | 98.80 | $74,989.20 |
| | | Zerjal, Maja | $759 | 4.90 | $3,719.10 |
| | **Associate Total** | | | **104.30** | **$79,163.70** |
| | **Paraprofessionals** | Silvestro, Lawrence T. | $260 | 1.30 | $338.00 |
| | | Tarrant, Christopher M. | $260 | 15.40 | $4,004.00 |
| | **Paraprofessional Total** | | | **16.70** | **$4,342.00** |
| | **Law Clerks** | Carino, Elisa | $260 | 1.70 | $442.00 |
| | **Law Clerk Total** | | | **1.70** | **$442.00** |
| **206 Total** | | | | **208.20** | **$148,842.20** |
| **207** | **Partners** | Ashton, Ann M. | $759 | 3.30 | $2,504.70 |
| | | Barak, Ehud | $759 | 3.50 | $2,656.50 |
| | | Dale, Margaret A. | $759 | 1.20 | $910.80 |
| | | Firestein, Michael A. | $759 | 1.60 | $1,214.40 |
| | | Martinez, Carlos E. | $759 | 0.20 | $151.80 |
| | | Mungovan, Timothy W. | $759 | 2.00 | $1,518.00 |
| | | Possinger, Paul | $759 | 2.40 | $1,821.60 |
| | | Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| | | Ratner, Stephen L. | $759 | 0.90 | $683.10 |
| | **Partner Total** | | | **15.40** | **$11,688.60** |
| | **Associates** | Skellet, Alexandra K. | $759 | 7.00 | $5,313.00 |
| | | Zerjal, Maja | $759 | 1.50 | $1,138.50 |
| | **Associate Total** | | | **8.50** | **$6,451.50** |
| **207 Total** | | | | **23.90** | **$18,140.10** |
| **208** | **Partners** | Firestein, Michael A. | $759 | 0.40 | $303.60 |
| | | Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| | | Possinger, Paul | $759 | 0.20 | $151.80 |
| | | Rappaport, Lary Alan | $759 | 0.10 | $75.90 |
| | **Partner Total** | | | **1.00** | **$759.00** |
| | **Associates** | Ma, Steve | $759 | 1.60 | $1,214.40 |
| | **Associate Total** | | | **1.60** | **$1,214.40** |

| | | | | | |
|---|---|---|---|---|---|
| **208 Total** | | | | **2.60** | **$1,973.40** |
| **209** | **Associates** | Skellet, Alexandra K. | $759 | 6.60 | $5,009.40 |
| | **Associate Total** | | | **6.60** | **$5,009.40** |
| **209 Total** | | | | **6.60** | **$5,009.40** |
| **210** | **Partners** | Ashton, Ann M. | $759 | 1.00 | $759.00 |
| | | Dale, Margaret A. | $759 | 3.30 | $2,504.70 |
| | | Ferrara, Ralph C. | $759 | 0.40 | $303.60 |
| | | Firestein, Michael A. | $759 | 1.40 | $1,062.60 |
| | | Martinez, Carlos E. | $759 | 2.40 | $1,821.60 |
| | | Mungovan, Timothy W. | $759 | 3.40 | $2,580.60 |
| | | Piccirillo, Antonio N. | $759 | 1.50 | $1,138.50 |
| | | Possinger, Paul | $759 | 2.50 | $1,897.50 |
| | | Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| | | Ratner, Stephen L. | $759 | 1.50 | $1,138.50 |
| | **Partner Total** | | | **17.70** | **$13,434.30** |
| | **Associates** | Alonzo, Julia D. | $759 | 0.30 | $227.70 |
| | | Chalett, Zachary | $759 | 0.20 | $151.80 |
| | | Skellet, Alexandra K. | $759 | 3.10 | $2,352.90 |
| | | Webb, Jeramy | $759 | 0.40 | $303.60 |
| | | Zerjal, Maja | $759 | 3.20 | $2,428.80 |
| | **Associate Total** | | | **7.20** | **$5,464.80** |
| **210 Total** | | | | **24.90** | **$18,899.10** |
| **211** | **Partners** | Dale, Margaret A. | $759 | 0.40 | $303.60 |
| | | Mungovan, Timothy W. | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **0.80** | **$607.20** |
| **211 Total** | | | | **0.80** | **$607.20** |
| **212** | **Paraprofessionals** | Giddens, Magali | $260 | 9.90 | $2,574.00 |
| | | Golinder, Olga A. | $260 | 2.80 | $728.00 |
| | | Miller, Tiffany | $260 | 1.10 | $286.00 |
| | | Monforte, Angelo | $260 | 3.30 | $858.00 |
| | | Sherman, Tayler M. | $260 | 0.30 | $78.00 |
| | | Silvestro, Lawrence T. | $260 | 3.80 | $988.00 |
| | | Tarrant, Christopher M. | $260 | 5.00 | $1,300.00 |
| | | Urias, Gabriela A. | $260 | 1.00 | $260.00 |
| | | Wizner, Eamon | $260 | 3.20 | $832.00 |
| | **Paraprofessional Total** | | | **30.40** | **$7,904.00** |
| **212 Total** | | | | **30.40** | **$7,904.00** |
| **Grand Total** | | | | **322.40** | **$220,350.40** |