**<u>Exhibit C</u>**

**Task Code Time Breakdown**

| Matter | 33260.0022 | PROMESA TITLE III: PREPA | | | |
|---|---|---|---|---|---|
| | | | | | |
| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
| 201 | Partners | Ashton, Ann M. | $759 | 1.50 | $1,138.50 |
| | | Barak, Ehud | $759 | 10.70 | $8,121.30 |
| | | Bienenstock, Martin J. | $759 | 2.60 | $1,973.40 |
| | | Dale, Margaret A. | $759 | 0.20 | $151.80 |
| | | Ferrara, Ralph C. | $759 | 6.40 | $4,857.60 |
| | | Firestein, Michael A. | $759 | 0.80 | $607.20 |
| | | Levitan, Jeffrey W. | $759 | 2.20 | $1,669.80 |
| | | Mashberg, Gregg M. | $759 | 0.80 | $607.20 |
| | | Mungovan, Timothy W. | $759 | 0.80 | $607.20 |
| | | Possinger, Paul | $759 | 12.50 | $9,487.50 |
| | | Ratner, Stephen L. | $759 | 2.00 | $1,518.00 |
| | | Rosen, Brian S. | $759 | 0.10 | $75.90 |
| | Partner Total | | | 40.60 | $30,815.40 |
| | Associates | Desatnik, Daniel | $759 | 9.00 | $6,831.00 |
| | | Fier, Seth D. | $759 | 1.20 | $910.80 |
| | | Kim, Mee R. | $759 | 1.80 | $1,366.20 |
| | | Rochman, Matthew I. | $759 | 0.90 | $683.10 |
| | Associate Total | | | 12.90 | $9,791.10 |
| | Law Clerks | Stevens, Elliot | $260 | 5.40 | $1,404.00 |
| | Law Clerk Total | | | 5.40 | $1,404.00 |
| 201 Total | | | | 58.90 | $42,010.50 |
| 202 | Partners | Ashton, Ann M. | $759 | 0.40 | $303.60 |
| | | Barak, Ehud | $759 | 12.10 | $9,183.90 |
| | | Dale, Margaret A. | $759 | 0.60 | $455.40 |
| | | Ferrara, Ralph C. | $759 | 2.00 | $1,518.00 |
| | | Firestein, Michael A. | $759 | 4.70 | $3,567.30 |
| | | Levitan, Jeffrey W. | $759 | 3.00 | $2,277.00 |
| | | Mashberg, Gregg M. | $759 | 0.60 | $455.40 |
| | | Mungovan, Timothy W. | $759 | 0.90 | $683.10 |
| | | Ratner, Stephen L. | $759 | 0.30 | $227.70 |
| | | Richman, Jonathan E. | $759 | 28.10 | $21,327.90 |
| | | Weise, Steven O. | $759 | 2.30 | $1,745.70 |
| | Partner Total | | | 55.00 | $41,745.00 |
| | Associates | Bargoot, Alexandra V. | $759 | 11.00 | $8,349.00 |
| | | Desatnik, Daniel | $759 | 13.10 | $9,942.90 |
| | | Kim, Mee R. | $759 | 3.60 | $2,732.40 |

| | | | | | |
|---|---|---|---|---|---|
| | | Ma, Steve | $759 | 6.00 | $4,554.00 |
| | | Roberts, John E. | $759 | 4.80 | $3,643.20 |
| | | Rochman, Matthew I. | $759 | 11.40 | $8,652.60 |
| | | Stafford, Laura | $759 | 1.90 | $1,442.10 |
| | | Webb, Jeramy | $759 | 4.10 | $3,111.90 |
| | | Wolf, Lucy | $759 | 16.50 | $12,523.50 |
| | | Wolkinson, Rachel O. | $759 | 23.10 | $17,532.90 |
| | | Zajac, Jared | $759 | 3.20 | $2,428.80 |
| | **Associate Total** | | | **98.70** | **$74,913.30** |
| | **Law Clerks** | Mazurek, Carl | $260 | 0.80 | $208.00 |
| | | Stevens, Elliot | $260 | 69.80 | $18,148.00 |
| | **Law Clerk Total** | | | **70.60** | **$18,356.00** |
| **202 Total** | | | | **224.30** | **$135,014.30** |
| **203** | **Partners** | Ashton, Ann M. | $759 | 16.00 | $12,144.00 |
| | | Barak, Ehud | $759 | 36.80 | $27,931.20 |
| | | Bienenstock, Martin J. | $759 | 15.00 | $11,385.00 |
| | | Dale, Margaret A. | $759 | 9.20 | $6,982.80 |
| | | Ferrara, Ralph C. | $759 | 0.30 | $227.70 |
| | | Firestein, Michael A. | $759 | 28.50 | $21,631.50 |
| | | Levitan, Jeffrey W. | $759 | 1.60 | $1,214.40 |
| | | Mashberg, Gregg M. | $759 | 24.40 | $18,519.60 |
| | | Mungovan, Timothy W. | $759 | 36.70 | $27,855.30 |
| | | Possinger, Paul | $759 | 23.00 | $17,457.00 |
| | | Rappaport, Lary Alan | $759 | 1.00 | $759.00 |
| | | Ratner, Stephen L. | $759 | 40.10 | $30,435.90 |
| | | Richman, Jonathan E. | $759 | 15.80 | $11,992.20 |
| | | Rosen, Brian S. | $759 | 3.20 | $2,428.80 |
| | **Partner Total** | | | **251.60** | **$190,964.40** |
| | **Associates** | Alonzo, Julia D. | $759 | 0.80 | $607.20 |
| | | Bargoot, Alexandra V. | $759 | 1.40 | $1,062.60 |
| | | Desatnik, Daniel | $759 | 0.90 | $683.10 |
| | | Esses, Joshua A. | $759 | 0.10 | $75.90 |
| | | Ma, Steve | $759 | 0.20 | $151.80 |
| | | Roberts, John E. | $759 | 0.60 | $455.40 |
| | | Rochman, Matthew I. | $759 | 6.80 | $5,161.20 |
| | | Stafford, Laura | $759 | 9.80 | $7,438.20 |
| | | Wolf, Lucy | $759 | 0.90 | $683.10 |
| | | Zajac, Jared | $759 | 8.60 | $6,527.40 |
| | **Associate Total** | | | **30.10** | **$22,845.90** |
| | **Paraprofessionals** | Williams, Selena F. | | 1.20 | $312.00 |
| | **Paraprofessional Total** | | | **1.20** | **$312.00** |

| | | | | | |
|---|---|---|---|---|---|
| | **Law Clerks** | Stevens, Elliot | $260 | 25.30 | $6,578.00 |
| | **Law Clerk Total** | | | **25.30** | **$6,578.00** |
| **203 Total** | | | | **308.20** | **$220,700.30** |
| **204** | **Partners** | Ashton, Ann M. | $759 | 5.80 | $4,402.20 |
| | | Barak, Ehud | $759 | 3.30 | $2,504.70 |
| | | Bienenstock, Martin J. | $759 | 4.20 | $3,187.80 |
| | | Dale, Margaret A. | $759 | 15.10 | $11,460.90 |
| | | Ferrara, Ralph C. | $759 | 2.40 | $1,821.60 |
| | | Firestein, Michael A. | $759 | 3.90 | $2,960.10 |
| | | Levitan, Jeffrey W. | $759 | 4.10 | $3,111.90 |
| | | Mashberg, Gregg M. | $759 | 1.90 | $1,442.10 |
| | | Mungovan, Timothy W. | $759 | 21.00 | $15,939.00 |
| | | Possinger, Paul | $759 | 19.60 | $14,876.40 |
| | | Ratner, Stephen L. | $759 | 5.50 | $4,174.50 |
| | **Partner Total** | | | **86.80** | **$65,881.20** |
| | **Associates** | Desatnik, Daniel | $759 | 3.10 | $2,352.90 |
| | | Kim, Mee R. | $759 | 9.00 | $6,831.00 |
| | | Rochman, Matthew I. | $759 | 0.20 | $151.80 |
| | | Wolf, Lucy | $759 | 1.40 | $1,062.60 |
| | | Zajac, Jared | $759 | 2.30 | $1,745.70 |
| | **Associate Total** | | | **16.00** | **$12,144.00** |
| **204 Total** | | | | **102.80** | **$78,025.20** |
| **205** | **Partners** | Ashton, Ann M. | $759 | 5.10 | $3,870.90 |
| | | Barak, Ehud | $759 | 35.60 | $27,020.40 |
| | | Bienenstock, Martin J. | $759 | 9.30 | $7,058.70 |
| | | Campana, Kristen V. | $759 | 1.30 | $986.70 |
| | | Dale, Margaret A. | $759 | 3.30 | $2,504.70 |
| | | Ferrara, Ralph C. | $759 | 3.50 | $2,656.50 |
| | | Firestein, Michael A. | $759 | 3.50 | $2,656.50 |
| | | Levitan, Jeffrey W. | $759 | 7.00 | $5,313.00 |
| | | Mashberg, Gregg M. | $759 | 1.30 | $986.70 |
| | | Mungovan, Timothy W. | $759 | 14.40 | $10,929.60 |
| | | Perra, Kevin J. | $759 | 0.40 | $303.60 |
| | | Possinger, Paul | $759 | 34.30 | $26,033.70 |
| | | Ratner, Stephen L. | $759 | 9.10 | $6,906.90 |
| | | Richman, Jonathan E. | $759 | 2.10 | $1,593.90 |
| | **Partner Total** | | | **130.20** | **$98,821.80** |
| | **Associates** | Desatnik, Daniel | $759 | 14.00 | $10,626.00 |
| | | Kurland, Zachary R. | $759 | 6.90 | $5,237.10 |
| | | Ma, Steve | $759 | 0.40 | $303.60 |
| | | Morris, Matthew J. | $759 | 0.30 | $227.70 |

4

| | | | | | |
|---|---|---|---|---|---|
| | | Rochman, Matthew I. | $759 | 1.80 | $1,366.20 |
| | | Stafford, Laura | $759 | 0.90 | $683.10 |
| | | Zajac, Jared | $759 | 3.70 | $2,808.30 |
| | **Associate Total** | | | **28.00** | **$21,252.00** |
| | **Law Clerks** | Stevens, Elliot | $260 | 6.60 | $1,716.00 |
| | **Law Clerk Total** | | | **6.60** | **$1,716.00** |
| **205 Total** | | | | **164.80** | **$121,789.80** |
| **206** | **Partners** | Ashton, Ann M. | $759 | 12.80 | $9,715.20 |
| | | Barak, Ehud | $759 | 77.10 | $58,518.90 |
| | | Bienenstock, Martin J. | $759 | 29.20 | $22,162.80 |
| | | Brenner, Guy | $759 | 6.20 | $4,705.80 |
| | | Campana, Kristen V. | $759 | 40.30 | $30,587.70 |
| | | Dale, Margaret A. | $759 | 24.40 | $18,519.60 |
| | | Faust, Scott A. | $759 | 1.10 | $834.90 |
| | | Febus, Chantel L. | $759 | 12.10 | $9,183.90 |
| | | Ferrara, Ralph C. | $759 | 5.70 | $4,326.30 |
| | | Firestein, Michael A. | $759 | 8.70 | $6,603.30 |
| | | Indelicato, Vincent | $759 | 1.70 | $1,290.30 |
| | | Levitan, Jeffrey W. | $759 | 13.20 | $10,018.80 |
| | | Mashberg, Gregg M. | $759 | 54.60 | $41,441.40 |
| | | Mungovan, Timothy W. | $759 | 59.20 | $44,932.80 |
| | | Perra, Kevin J. | $759 | 1.50 | $1,138.50 |
| | | Possinger, Paul | $759 | 58.50 | $44,401.50 |
| | | Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| | | Ratner, Stephen L. | $759 | 26.70 | $20,265.30 |
| | | Richman, Jonathan E. | $759 | 93.00 | $70,587.00 |
| | | Rosen, Brian S. | $759 | 0.40 | $303.60 |
| | | Weise, Steven O. | $759 | 3.70 | $2,808.30 |
| | **Partner Total** | | | **530.40** | **$402,573.60** |
| | **Associates** | Alonzo, Julia D. | $759 | 10.40 | $7,893.60 |
| | | Bargoot, Alexandra V. | $759 | 1.60 | $1,214.40 |
| | | Chalett, Zachary | $759 | 11.50 | $8,728.50 |
| | | Desatnik, Daniel | $759 | 56.60 | $42,959.40 |
| | | Digrande, Melissa D. | $759 | 3.20 | $2,428.80 |
| | | Esses, Joshua A. | $759 | 0.30 | $227.70 |
| | | Fier, Seth D. | $759 | 7.30 | $5,540.70 |
| | | Forbes, Carl C. | $759 | 0.90 | $683.10 |
| | | Kim, Mee R. | $759 | 15.20 | $11,536.80 |
| | | Kurland, Zachary R. | $759 | 14.10 | $10,701.90 |
| | | Ma, Steve | $759 | 47.60 | $36,128.40 |
| | | Morris, Matthew J. | $759 | 19.40 | $14,724.60 |

| | | | | | |
|---|---|---|---|---:|---:|
| | | Roberts, John E. | $759 | 57.20 | $43,414.80 |
| | | Rochman, Matthew I. | $759 | 49.00 | $37,191.00 |
| | | Stafford, Laura | $759 | 76.70 | $58,215.30 |
| | | Webb, Jeramy | $759 | 0.20 | $151.80 |
| | | Wolf, Lucy | $759 | 8.50 | $6,451.50 |
| | | Zajac, Jared | $759 | 105.30 | $79,922.70 |
| | | Zerjal, Maja | $759 | 0.30 | $227.70 |
| | **Associate Total** | | | **485.30** | **$368,342.70** |
| | **Law Clerks** | Stevens, Elliot | $260 | 75.60 | $19,656.00 |
| | **Law Clerk Total** | | | **75.60** | **$19,656.00** |
| **206 Total** | | | | **1,091.30** | **$790,572.30** |
| **207** | **Partners** | Ashton, Ann M. | $759 | 9.60 | $7,286.40 |
| | | Barak, Ehud | $759 | 8.60 | $6,527.40 |
| | | Bienenstock, Martin J. | $759 | 8.00 | $6,072.00 |
| | | Brenner, Guy | $759 | 2.40 | $1,821.60 |
| | | Dale, Margaret A. | $759 | 5.80 | $4,402.20 |
| | | Febus, Chantel L. | $759 | 0.40 | $303.60 |
| | | Ferrara, Ralph C. | $759 | 8.70 | $6,603.30 |
| | | Firestein, Michael A. | $759 | 11.60 | $8,804.40 |
| | | Indelicato, Vincent | $759 | 5.00 | $3,795.00 |
| | | Levitan, Jeffrey W. | $759 | 7.90 | $5,996.10 |
| | | Mashberg, Gregg M. | $759 | 6.00 | $4,554.00 |
| | | Mungovan, Timothy W. | $759 | 28.20 | $21,403.80 |
| | | Perra, Kevin J. | $759 | 9.00 | $6,831.00 |
| | | Possinger, Paul | $759 | 22.20 | $16,849.80 |
| | | Rappaport, Lary Alan | $759 | 0.60 | $455.40 |
| | | Ratner, Stephen L. | $759 | 9.50 | $7,210.50 |
| | | Richman, Jonathan E. | $759 | 8.50 | $6,451.50 |
| | | Rosen, Brian S. | $759 | 0.10 | $75.90 |
| | **Partner Total** | | | **152.10** | **$115,443.90** |
| | **Associates** | Desatnik, Daniel | $759 | 6.40 | $4,857.60 |
| | | Digrande, Melissa D. | $759 | 0.90 | $683.10 |
| | | Fier, Seth D. | $759 | 2.00 | $1,518.00 |
| | | Kim, Mee R. | $759 | 6.00 | $4,554.00 |
| | | Ma, Steve | $759 | 5.20 | $3,946.80 |
| | | Morris, Matthew J. | $759 | 2.80 | $2,125.20 |
| | | Roberts, John E. | $759 | 1.40 | $1,062.60 |
| | | Rochman, Matthew I. | $759 | 4.20 | $3,187.80 |
| | | Stafford, Laura | $759 | 9.90 | $7,514.10 |
| | | Webb, Jeramy | $759 | 0.20 | $151.80 |
| | | Wolf, Lucy | $759 | 3.00 | $2,277.00 |

| | | | | | |
|---|---|---|---|---:|---:|
| | | Zajac, Jared | $759 | 6.70 | $5,085.30 |
| | | Zerjal, Maja | $759 | 0.20 | $151.80 |
| | **Associate Total** | | | **48.90** | **$37,115.10** |
| | **Law Clerks** | Stevens, Elliot | $260 | 5.80 | $1,508.00 |
| | **Law Clerk Total** | | | **5.80** | **$1,508.00** |
| **207 Total** | | | | **206.80** | **$154,067.00** |
| 208 | **Partners** | Possinger, Paul | $759 | 0.50 | $379.50 |
| | **Partner Total** | | | **0.50** | **$379.50** |
| | **Associates** | Ma, Steve | $759 | 0.70 | $531.30 |
| | **Associate Total** | | | **0.70** | **$531.30** |
| | **Paraprofessionals** | Giddens, Magali | $260 | 0.30 | $78.00 |
| | **Paraprofessional Total** | | | **0.30** | **$78.00** |
| | **Law Clerks** | Stevens, Elliot | $260 | 0.20 | $52.00 |
| | **Law Clerk Total** | | | **0.20** | **$52.00** |
| **208 Total** | | | | **1.70** | **$1,040.80** |
| 209 | **Partners** | Ashton, Ann M. | $759 | 36.10 | $27,399.90 |
| | | Barak, Ehud | $759 | 11.30 | $8,576.70 |
| | | Dale, Margaret A. | $759 | 21.00 | $15,939.00 |
| | | Febus, Chantel L. | $759 | 5.40 | $4,098.60 |
| | | Firestein, Michael A. | $759 | 31.80 | $24,136.20 |
| | | Levitan, Jeffrey W. | $759 | 0.20 | $151.80 |
| | | Mashberg, Gregg M. | $759 | 3.40 | $2,580.60 |
| | | Mungovan, Timothy W. | $759 | 1.00 | $759.00 |
| | | Possinger, Paul | $759 | 17.50 | $13,282.50 |
| | | Ratner, Stephen L. | $759 | 4.70 | $3,567.30 |
| | | Richman, Jonathan E. | $759 | 1.60 | $1,214.40 |
| | **Partner Total** | | | **134.00** | **$101,706.00** |
| | **Associates** | Digrande, Melissa D. | $759 | 0.90 | $683.10 |
| | | Fier, Seth D. | $759 | 7.90 | $5,996.10 |
| | | Forbes, Carl C. | $759 | 0.80 | $607.20 |
| | | Ma, Steve | $759 | 6.80 | $5,161.20 |
| | **Associate Total** | | | **16.40** | **$12,447.60** |
| | **Paraprofessionals** | Wong, Naomi | $260 | 1.40 | $364.00 |
| | **Paraprofessional Total** | | | **1.40** | **$364.00** |
| **209 Total** | | | | **151.80** | **$114,517.60** |
| 210 | **Partners** | Ashton, Ann M. | $759 | 16.10 | $12,219.90 |
| | | Barak, Ehud | $759 | 24.20 | $18,367.80 |
| | | Bienenstock, Martin J. | $759 | 1.20 | $910.80 |
| | | Brenner, Guy | $759 | 0.70 | $531.30 |
| | | Campana, Kristen V. | $759 | 4.40 | $3,339.60 |
| | | Dale, Margaret A. | $759 | 15.50 | $11,764.50 |

| | | | | | |
|---|---|---|---|---|---|
| | | Febus, Chantel L. | $759 | 0.40 | $303.60 |
| | | Ferrara, Ralph C. | $759 | 13.20 | $10,018.80 |
| | | Firestein, Michael A. | $759 | 12.00 | $9,108.00 |
| | | Hamburger, Paul M. | $759 | 1.40 | $1,062.60 |
| | | Harris, Mark | $759 | 0.30 | $227.70 |
| | | Indelicato, Vincent | $759 | 5.00 | $3,795.00 |
| | | Levitan, Jeffrey W. | $759 | 14.90 | $11,309.10 |
| | | Mashberg, Gregg M. | $759 | 5.60 | $4,250.40 |
| | | Mungovan, Timothy W. | $759 | 21.80 | $16,546.20 |
| | | Possinger, Paul | $759 | 27.80 | $21,100.20 |
| | | Rappaport, Lary Alan | $759 | 1.90 | $1,442.10 |
| | | Ratner, Stephen L. | $759 | 14.40 | $10,929.60 |
| | | Richman, Jonathan E. | $759 | 1.80 | $1,366.20 |
| | | Weise, Steven O. | $759 | 20.00 | $15,180.00 |
| | **Partner Total** | | | **202.60** | **$153,773.40** |
| | **Associates** | Bargoot, Alexandra V. | $759 | 4.30 | $3,263.70 |
| | | Desatnik, Daniel | $759 | 10.30 | $7,817.70 |
| | | Digrande, Melissa D. | $759 | 0.80 | $607.20 |
| | | Esses, Joshua A. | $759 | 1.90 | $1,442.10 |
| | | Fier, Seth D. | $759 | 2.90 | $2,201.10 |
| | | Ma, Steve | $759 | 0.50 | $379.50 |
| | | Roberts, John E. | $759 | 0.50 | $379.50 |
| | | Rochman, Matthew I. | $759 | 19.20 | $14,572.80 |
| | | Stafford, Laura | $759 | 2.30 | $1,745.70 |
| | | Wolf, Lucy | $759 | 12.30 | $9,335.70 |
| | | Wolkinson, Rachel O. | $759 | 0.10 | $75.90 |
| | | Zajac, Jared | $759 | 7.00 | $5,313.00 |
| | **Associate Total** | | | **62.10** | **$47,133.90** |
| | **Paraprofessionals** | Sherman, Tayler M. | $260 | 0.10 | $26.00 |
| | **Paraprofessional Total** | | | **0.10** | **$26.00** |
| | **Law Clerks** | Stevens, Elliot | $260 | 6.30 | $1,638.00 |
| | **Law Clerk Total** | | | **6.30** | **$1,638.00** |
| **210 Total** | | | | **271.10** | **$202,571.30** |
| **211** | **Partners** | Ashton, Ann M. | $759 | 1.60 | $1,214.40 |
| | | Firestein, Michael A. | $759 | 6.00 | $4,554.00 |
| | | Mungovan, Timothy W. | $759 | 1.20 | $910.80 |
| | | Possinger, Paul | $759 | 5.40 | $4,098.60 |
| | **Partner Total** | | | **14.20** | **$10,777.80** |
| **211 Total** | | | | **14.20** | **$10,777.80** |
| **212** | **Associates** | Rochman, Matthew I. | $759 | 0.80 | $607.20 |
| | | Wolf, Lucy | $759 | 1.30 | $986.70 |

| | | | | | |
|---|---|---|---|---|---|
| | **Associate Total** | | | **2.10** | **$1,593.90** |
| | **Paraprofessionals** | Cooper, David C. | $260 | 16.80 | $4,368.00 |
| | | Dillon, Emma | $260 | 0.80 | $208.00 |
| | | Giddens, Magali | $260 | 16.50 | $4,290.00 |
| | | Golinder, Olga A. | $260 | 17.20 | $4,472.00 |
| | | Jones, Allen C. | $260 | 12.00 | $3,120.00 |
| | | Jones, Allison K. | $260 | 0.30 | $78.00 |
| | | Miller, Tiffany | $260 | 22.50 | $5,850.00 |
| | | Monforte, Angelo | $260 | 6.20 | $1,612.00 |
| | | Nevin, Dera J. | $260 | 1.30 | $338.00 |
| | | Reed, William A. | $260 | 5.60 | $1,456.00 |
| | | Sherman, Tayler M. | $260 | 30.80 | $8,008.00 |
| | | Silvestro, Lawrence T. | $260 | 42.90 | $11,154.00 |
| | | Urias, Gabriela A. | $260 | 0.40 | $104.00 |
| | | Williams, Selena F. | | 26.40 | $6,864.00 |
| | | Wizner, Eamon | $260 | 26.20 | $6,812.00 |
| | | Wong, Naomi | $260 | 11.70 | $3,042.00 |
| | **Paraprofessional Total** | | | **238.00** | **$61,776.00** |
| **212 Total** | | | | **239.70** | **$63,369.90** |
| 213 | **Partners** | Barak, Ehud | $759 | 2.00 | $1,518.00 |
| | | Hamburger, Paul M. | $759 | 1.20 | $910.80 |
| | | Possinger, Paul | $759 | 4.40 | $3,339.60 |
| | **Partner Total** | | | **7.60** | **$5,768.40** |
| | **Associates** | Zajac, Jared | $759 | 0.30 | $227.70 |
| | **Associate Total** | | | **0.30** | **$227.70** |
| | **Paraprofessionals** | Jones, Allen C. | $260 | 5.20 | $1,352.00 |
| | **Paraprofessional Total** | | | **5.20** | **$1,352.00** |
| **213 Total** | | | | **13.10** | **$7,348.10** |
| 214 | **Partners** | Ferrara, Ralph C. | $759 | 1.70 | $1,290.30 |
| | | Mungovan, Timothy W. | $759 | 1.70 | $1,290.30 |
| | | Possinger, Paul | $759 | 1.40 | $1,062.60 |
| | | Ratner, Stephen L. | $759 | 0.20 | $151.80 |
| | | Richman, Jonathan E. | $759 | 0.30 | $227.70 |
| | | Rosen, Brian S. | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **5.70** | **$4,326.30** |
| **214 Total** | | | | **5.70** | **$4,326.30** |
| 215 | **Partners** | Barak, Ehud | $759 | 5.80 | $4,402.20 |
| | | Bienenstock, Martin J. | $759 | 3.10 | $2,352.90 |
| | | Possinger, Paul | $759 | 2.60 | $1,973.40 |
| | **Partner Total** | | | **11.50** | **$8,728.50** |
| | **Associates** | Desatnik, Daniel | $759 | 0.70 | $531.30 |

| | | | | | |
|---|---|---|---|---|---|
| | | Esses, Joshua A. | $759 | 9.00 | $6,831.00 |
| | **Associate Total** | | | **9.70** | **$7,362.30** |
| **215 Total** | | | | **21.20** | **$16,090.80** |
| **218** | **Associates** | Kim, Mee R. | $759 | 12.10 | $9,183.90 |
| | **Associate Total** | | | **12.10** | **$9,183.90** |
| | **Paraprofessionals** | Miller, Tiffany | $260 | 1.10 | $286.00 |
| | | Petrov, Natasha | $260 | 19.80 | $5,148.00 |
| | **Paraprofessional Total** | | | **20.90** | **$5,434.00** |
| | **Law Clerks** | Stevens, Elliot | $260 | 6.70 | $1,742.00 |
| | **Law Clerk Total** | | | **6.70** | **$1,742.00** |
| **218 Total** | | | | **39.70** | **$16,359.90** |
| **219** | **Partners** | Ashton, Ann M. | $759 | 7.00 | $5,313.00 |
| | | Barak, Ehud | $759 | 6.00 | $4,554.00 |
| | | Bienenstock, Martin J. | $759 | 39.40 | $29,904.60 |
| | | Febus, Chantel L. | $759 | 184.20 | $139,807.80 |
| | | Ferrara, Ralph C. | $759 | 3.50 | $2,656.50 |
| | | Harris, Mark | $759 | 48.00 | $36,432.00 |
| | | Levitan, Jeffrey W. | $759 | 97.80 | $74,230.20 |
| | | Mashberg, Gregg M. | $759 | 0.40 | $303.60 |
| | | Mungovan, Timothy W. | $759 | 4.50 | $3,415.50 |
| | | Possinger, Paul | $759 | 1.20 | $910.80 |
| | | Rappaport, Lary Alan | $759 | 0.20 | $151.80 |
| | | Ratner, Stephen L. | $759 | 5.30 | $4,022.70 |
| | | Richman, Jonathan E. | $759 | 3.10 | $2,352.90 |
| | | Weise, Steven O. | $759 | 8.30 | $6,299.70 |
| | **Partner Total** | | | **408.90** | **$310,355.10** |
| | **Senior Counsel** | Galler, Jonathan | $759 | 16.80 | $12,751.20 |
| | **Senior Counsel Total** | | | **16.80** | **$12,751.20** |
| | **Associates** | Chalett, Zachary | $759 | 145.40 | $110,358.60 |
| | | Desatnik, Daniel | $759 | 3.80 | $2,884.20 |
| | | Digrande, Melissa D. | $759 | 5.30 | $4,022.70 |
| | | Fiur, Seth | $759 | 27.30 | $20,720.70 |
| | | Rainwater, Shiloh | $759 | 69.70 | $52,902.30 |
| | | Roberts, John E. | $759 | 35.60 | $27,020.40 |
| | | Skellet, Alexandra K. | $759 | 1.40 | $1,062.60 |
| | | Springer, Samantha | $759 | 10.40 | $7,893.60 |
| | | Stafford, Laura | $759 | 114.00 | $86,526.00 |
| | | Wolkinson, Rachel O. | $759 | 68.90 | $52,295.10 |
| | | Zajac, Jared | $759 | 83.50 | $63,376.50 |
| | **Associate Total** | | | **565.30** | **$429,062.70** |
| | **Paraprofessionals** | Golinder, Olga A. | $260 | 4.20 | $1,092.00 |

10

| | | | | | |
|---|---|---|---|---|---|
| | | Henderson, Laurie A. | $260 | 0.80 | $208.00 |
| | | Monforte, Angelo | $260 | 8.60 | $2,236.00 |
| | | Sherman, Tayler M. | $260 | 6.90 | $1,794.00 |
| | | Silvestro, Lawrence T. | $260 | 4.30 | $1,118.00 |
| | **Paraprofessional Total** | | | **24.80** | **$6,448.00** |
| | **Law Clerks** | Fishkind, Peter | $260 | 22.90 | $5,954.00 |
| | | Stevens, Elliot | $260 | 0.60 | $156.00 |
| | **Law Clerk Total** | | | **23.50** | **$6,110.00** |
| **219 Total** | | | | **1,039.30** | **$764,727.00** |
| **220** | **Partners** | Possinger, Paul | $759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.20** | **$151.80** |
| **220 Total** | | | | **0.20** | **$151.80** |
| **Grand Total** | | | | **3,954.80** | **$2,743,460.70** |

11

| Matter | 33260.0030 | PROMESA TITLE III: PREPA (Puerto Rico Time) | | | |
|---|---|---|---|---|---|
| | | | | | |
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| **202** | **Partners** | Barak, Ehud | $759 | 1.10 | $834.90 |
| | **Partner Total** | | | **1.10** | **$834.90** |
| **202 Total** | | | | **1.10** | **$834.90** |
| **203** | **Partners** | Barak, Ehud | $759 | 3.40 | $2,580.60 |
| | **Partner Total** | | | **3.40** | **$2,580.60** |
| **203 Total** | | | | **3.40** | **$2,580.60** |
| **204** | **Partners** | Barak, Ehud | $759 | 0.80 | $607.20 |
| | **Partner Total** | | | **0.80** | **$607.20** |
| **204 Total** | | | | **0.80** | **$607.20** |
| **205** | **Partners** | Possinger, Paul | $759 | 0.80 | $607.20 |
| | **Partner Total** | | | **0.80** | **$607.20** |
| **205 Total** | | | | **0.80** | **$607.20** |
| **206** | **Partners** | Barak, Ehud | $759 | 7.10 | $5,388.90 |
| | | Faust, Scott A. | $759 | 6.10 | $4,629.90 |
| | | Possinger, Paul | $759 | 0.60 | $455.40 |
| | **Partner Total** | | | **13.80** | **$10,474.20** |
| **206 Total** | | | | **13.80** | **$10,474.20** |
| **207** | **Partners** | Barak, Ehud | $759 | 2.40 | $1,821.60 |
| | **Partner Total** | | | **2.40** | **$1,821.60** |
| **207 Total** | | | | **2.40** | **$1,821.60** |
| **209** | **Partners** | Barak, Ehud | $759 | 1.80 | $1,366.20 |
| | **Partner Total** | | | **1.80** | **$1,366.20** |
| **209 Total** | | | | **1.80** | **$1,366.20** |
| **210** | **Partners** | Possinger, Paul | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.30** | **$227.70** |
| **210 Total** | | | | **0.30** | **$227.70** |
| **Grand Total** | | | | **24.40** | **$18,519.60** |

| Matter | 33260.0032 | PREPA TITLE III – FINANCING MOTIONS | | | |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 201 | Partners | Possinger, Paul | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.30** | **$227.70** |
| **201 Total** | | | | **0.30** | **$227.70** |
| 205 | Partners | Barak, Ehud | $759 | 0.90 | $683.10 |
| | | Firestein, Michael A. | $759 | 0.20 | $151.80 |
| | | Possinger, Paul | $759 | 3.00 | $2,277.00 |
| | **Partner Total** | | | **4.10** | **$3,111.90** |
| | **Associates** | Zajac, Jared | $759 | 1.30 | $986.70 |
| | **Associate Total** | | | **1.30** | **$986.70** |
| | **Law Clerks** | Stevens, Elliot | $260 | 0.10 | $26.00 |
| | **Law Clerk Total** | | | **0.10** | **$26.00** |
| **205 Total** | | | | **5.50** | **$4,124.60** |
| 206 | Partners | Possinger, Paul | $759 | 0.50 | $379.50 |
| | | Ratner, Stephen L. | $759 | 0.20 | $151.80 |
| | **Partner Total** | | | **0.70** | **$531.30** |
| **206 Total** | | | | **0.70** | **$531.30** |
| 207 | Partners | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.30** | **$227.70** |
| **207 Total** | | | | **0.30** | **$227.70** |
| 210 | Partners | Barak, Ehud | $759 | 1.60 | $1,214.40 |
| | | Campana, Kristen V. | $759 | 2.20 | $1,669.80 |
| | | Ferrara, Ralph C. | $759 | 1.60 | $1,214.40 |
| | | Firestein, Michael A. | $759 | 3.30 | $2,504.70 |
| | | Possinger, Paul | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **9.10** | **$6,906.90** |
| | **Law Clerks** | Stevens, Elliot | $260 | 0.80 | $208.00 |
| | **Law Clerk Total** | | | **0.80** | **$208.00** |
| **210 Total** | | | | **9.90** | **$7,114.90** |
| 214 | Partners | Campana, Kristen V. | $759 | 3.50 | $2,656.50 |
| | **Partner Total** | | | **3.50** | **$2,656.50** |
| **214 Total** | | | | **3.50** | **$2,656.50** |
| **Grand Total** | | | | **20.20** | **$14,882.70** |

| Matter | 33260.0054 | PREPA TITLE III – PREC | | | |
|---|---|---|---|---|---|
| | | | | | |
| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
| 201 | Partners | Barak, Ehud | $759 | 1.10 | $834.90 |
| | | Levitan, Jeffrey W. | $759 | 1.90 | $1,442.10 |
| | | Mashberg, Gregg M. | $759 | 4.20 | $3,187.80 |
| | | Mungovan, Timothy W. | $759 | 1.30 | $986.70 |
| | | Possinger, Paul | $759 | 1.80 | $1,366.20 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | Partner Total | | | 10.40 | $7,893.60 |
| 201 Total | | | | 10.40 | $7,893.60 |
| 202 | Law Clerks | Stevens, Elliot | $260 | 1.20 | $312.00 |
| | Law Clerk Total | | | 1.20 | $312.00 |
| 202 Total | | | | 1.20 | $312.00 |
| 204 | Partners | Mashberg, Gregg M. | $759 | 0.30 | $227.70 |
| | Partner Total | | | 0.30 | $227.70 |
| 204 Total | | | | 0.30 | $227.70 |
| 205 | Partners | Barak, Ehud | $759 | 2.30 | $1,745.70 |
| | | Dale, Margaret A. | $759 | 0.20 | $151.80 |
| | | Levitan, Jeffrey W. | $759 | 5.70 | $4,326.30 |
| | | Mashberg, Gregg M. | $759 | 15.20 | $11,536.80 |
| | | Possinger, Paul | $759 | 4.10 | $3,111.90 |
| | | Ratner, Stephen L. | $759 | 2.60 | $1,973.40 |
| | Partner Total | | | 30.10 | $22,845.90 |
| | Associates | Stafford, Laura | $759 | 3.60 | $2,732.40 |
| | Associate Total | | | 3.60 | $2,732.40 |
| 205 Total | | | | 33.70 | $25,578.30 |
| 206 | Partners | Levitan, Jeffrey W. | $759 | 0.40 | $303.60 |
| | | Mashberg, Gregg M. | $759 | 4.10 | $3,111.90 |
| | | Mungovan, Timothy W. | $759 | 0.80 | $607.20 |
| | | Possinger, Paul | $759 | 0.40 | $303.60 |
| | Partner Total | | | 5.70 | $4,326.30 |
| | Associates | Stafford, Laura | $759 | 3.30 | $2,504.70 |
| | Associate Total | | | 3.30 | $2,504.70 |
| 206 Total | | | | 9.00 | $6,831.00 |
| 207 | Partners | Levitan, Jeffrey W. | $759 | 2.90 | $2,201.10 |
| | | Mashberg, Gregg M. | $759 | 7.40 | $5,616.60 |
| | | Mungovan, Timothy W. | $759 | 0.50 | $379.50 |
| | | Possinger, Paul | $759 | 1.30 | $986.70 |
| | | Richman, Jonathan E. | $759 | 0.20 | $151.80 |
| | Partner Total | | | 12.30 | $9,335.70 |

| | | | | | |
|---|---|---|---|---|---|
| | **Associates** | Stafford, Laura | $759 | 10.80 | $8,197.20 |
| | **Associate Total** | | | **10.80** | **$8,197.20** |
| **207 Total** | | | | **23.10** | **$17,532.90** |
| **210** | **Partners** | Ashton, Ann M. | $759 | 0.40 | $303.60 |
| | | Barak, Ehud | $759 | 0.20 | $151.80 |
| | | Dale, Margaret A. | $759 | 0.80 | $607.20 |
| | | Ferrara, Ralph C. | $759 | 0.10 | $75.90 |
| | | Levitan, Jeffrey W. | $759 | 7.00 | $5,313.00 |
| | | Mashberg, Gregg M. | $759 | 11.30 | $8,576.70 |
| | | Mungovan, Timothy W. | $759 | 3.90 | $2,960.10 |
| | | Possinger, Paul | $759 | 3.80 | $2,884.20 |
| | | Ratner, Stephen L. | $759 | 3.80 | $2,884.20 |
| | | Richman, Jonathan E. | $759 | 0.50 | $379.50 |
| | **Partner Total** | | | **31.80** | **$24,136.20** |
| | **Associates** | Desatnik, Daniel | $759 | 0.90 | $683.10 |
| | | Stafford, Laura | $759 | 4.30 | $3,263.70 |
| | **Associate Total** | | | **5.20** | **$3,946.80** |
| **210 Total** | | | | **37.00** | **$28,083.00** |
| **212** | **Paraprofessionals** | Silvestro, Lawrence T. | $260 | 2.80 | $728.00 |
| | **Paraprofessional Total** | | | **2.80** | **$728.00** |
| **212 Total** | | | | **2.80** | **$728.00** |
| **Grand Total** | | | | **117.50** | **$87,186.50** |

15

| Matter | 33260.0055 | PREPA TITLE III – VITOL | | | |
|---|---|---|---|---|---|
| | | | | | |
| TASK | Title | Name | Rate | Sum of Hours | Sum of Amount |
| 201 | Partners | Ashton, Ann M. | $759 | 0.50 | $379.50 |
| | Partner Total | | | 0.50 | $379.50 |
| 201 Total | | | | 0.50 | $379.50 |
| 204 | Partners | Ashton, Ann M. | $759 | 2.20 | $1,669.80 |
| | | Levitan, Jeffrey W. | $759 | 13.40 | $10,170.60 |
| | | Ratner, Stephen L. | $759 | 2.10 | $1,593.90 |
| | Partner Total | | | 17.70 | $13,434.30 |
| 204 Total | | | | 17.70 | $13,434.30 |
| 205 | Partners | Ashton, Ann M. | $759 | 1.20 | $910.80 |
| | | Levitan, Jeffrey W. | $759 | 1.50 | $1,138.50 |
| | | Ratner, Stephen L. | $759 | 1.00 | $759.00 |
| | Partner Total | | | 3.70 | $2,808.30 |
| 205 Total | | | | 3.70 | $2,808.30 |
| 206 | Partners | Levitan, Jeffrey W. | $759 | 0.30 | $227.70 |
| | Partner Total | | | 0.30 | $227.70 |
| 206 Total | | | | 0.30 | $227.70 |
| 207 | Partners | Levitan, Jeffrey W. | $759 | 0.20 | $151.80 |
| | Partner Total | | | 0.20 | $151.80 |
| 207 Total | | | | 0.20 | $151.80 |
| 210 | Partners | Ashton, Ann M. | $759 | 3.30 | $2,504.70 |
| | | Harris, Mark | $759 | 2.60 | $1,973.40 |
| | | Levitan, Jeffrey W. | $759 | 3.90 | $2,960.10 |
| | | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | | Ratner, Stephen L. | $759 | 0.40 | $303.60 |
| | Partner Total | | | 10.40 | $7,893.60 |
| | Associates | Fiur, Seth | $759 | 0.20 | $151.80 |
| | Associate Total | | | 0.20 | $151.80 |
| 210 Total | | | | 10.60 | $8,045.40 |
| 212 | Paraprofessionals | Monforte, Angelo | $260 | 0.20 | $52.00 |
| | | Silvestro, Lawrence T. | $260 | 1.10 | $286.00 |
| | | Turiano, Chelsea | $260 | 0.80 | $208.00 |
| | Paraprofessional Total | | | 2.10 | $546.00 |
| 212 Total | | | | 2.10 | $546.00 |
| 219 | Partners | Ashton, Ann M. | $759 | 0.80 | $607.20 |
| | | Harris, Mark | $759 | 2.30 | $1,745.70 |
| | | Levitan, Jeffrey W. | $759 | 7.40 | $5,616.60 |
| | | Mungovan, Timothy W. | $759 | 0.70 | $531.30 |
| | | Ratner, Stephen L. | $759 | 2.00 | $1,518.00 |

| | | | | | |
|---|---|---|---|---|---|
| | **Partner Total** | | | **13.20** | **$10,018.80** |
| | **Associates** | Fishkind, Peter | $759 | 41.50 | $31,498.50 |
| | | Fiur, Seth | $759 | 37.90 | $28,766.10 |
| | | Rainwater, Shiloh | $759 | 28.20 | $21,403.80 |
| | | Roberts, John E. | $759 | 12.30 | $9,335.70 |
| | | Springer, Samantha | $759 | 7.30 | $5,540.70 |
| | **Associate Total** | | | **127.20** | **$96,544.80** |
| **219 Total** | | | | **140.40** | **$106,563.60** |
| **Grand Total** | | | | **175.50** | **$132,156.60** |

| Matter | 33260.0056 | PREPA TITLE III – UTIER CBA | | | |
|--------|-----------|------------------------------|------|-----------------|------------------|
| | | | | | |
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| **210** | **Partners** | Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| | | Possinger, Paul | $759 | 0.60 | $455.40 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | | Richman, Jonathan E. | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **1.30** | **$986.70** |
| **210 Total** | | | | **1.30** | **$986.70** |
| **Grand Total** | | | | **1.30** | **$986.70** |

| | | PREPA TITLE III – RULE 2004 | | | |
|---|---|---|---|---|---|
| Matter | 33260.0057 | | | | |
| | | | | | |
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 204 | Partners | Dale, Margaret A. | $759 | 0.20 | $151.80 |
| | Partner Total | | | **0.20** | **$151.80** |
| 204 Total | | | | **0.20** | **$151.80** |
| 205 | Partners | Dale, Margaret A. | $759 | 0.20 | $151.80 |
| | Partner Total | | | **0.20** | **$151.80** |
| 205 Total | | | | **0.20** | **$151.80** |
| 210 | Partners | Mashberg, Gregg M. | $759 | 5.00 | $3,795.00 |
| | Partner Total | | | **5.00** | **$3,795.00** |
| 210 Total | | | | **5.00** | **$3,795.00** |
| Grand Total | | | | **5.40** | **$4,098.60** |

| Matter | 33260.0058 | PREPA TITLE III – RECEIVER MOTIONS | | | |
|---|---|---|---|---|---|
| | | | | | |
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| 206 | Partners | Mungovan, Timothy W. | $759 | 0.30 | $227.70 |
| | Partner Total | | | **0.30** | **$227.70** |
| | Associates | Stafford, Laura | $759 | 1.40 | $1,062.60 |
| | Associate Total | | | **1.40** | **$1,062.60** |
| 206 Total | | | | **1.70** | **$1,290.30** |
| 212 | Paraprofessionals | Giddens, Magali | $260 | 0.40 | $104.00 |
| | | Henderson, Laurie A. | $260 | 0.30 | $78.00 |
| | | Monforte, Angelo | $260 | 2.20 | $572.00 |
| | | Wizner, Eamon | $260 | 2.90 | $754.00 |
| | Paraprofessional Total | | | **5.80** | **$1,508.00** |
| 212 Total | | | | **5.80** | **$1,508.00** |
| 218 | Partners | Weise, Steven O. | $759 | 2.40 | $1,821.60 |
| | Partner Total | | | **2.40** | **$1,821.60** |
| 218 Total | | | | **2.40** | **$1,821.60** |
| 219 | Partners | Ashton, Ann M. | $759 | 0.40 | $303.60 |
| | | Bienenstock, Martin J. | $759 | 41.50 | $31,498.50 |
| | | Febus, Chantel L. | $759 | 0.40 | $303.60 |
| | | Ferrara, Ralph C. | $759 | 2.10 | $1,593.90 |
| | | Firestein, Michael A. | $759 | 2.70 | $2,049.30 |
| | | Harris, Mark | $759 | 0.50 | $379.50 |
| | | Levitan, Jeffrey W. | $759 | 19.60 | $14,876.40 |
| | | Mungovan, Timothy W. | $759 | 7.50 | $5,692.50 |
| | | Possinger, Paul | $759 | 2.80 | $2,125.20 |
| | | Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| | | Ratner, Stephen L. | $759 | 2.20 | $1,669.80 |
| | | Weise, Steven O. | $759 | 6.90 | $5,237.10 |
| | Partner Total | | | **86.90** | **$65,957.10** |
| | Associates | Bargoot, Alexandra V. | $759 | 0.50 | $379.50 |
| | | Chalett, Zachary | $759 | 28.10 | $21,327.90 |
| | | Roberts, John E. | $759 | 0.90 | $683.10 |
| | | Skellet, Alexandra K. | $759 | 10.00 | $7,590.00 |
| | | Stafford, Laura | $759 | 19.80 | $15,028.20 |
| | | Zajac, Jared | $759 | 27.00 | $20,493.00 |
| | Associate Total | | | **86.30** | **$65,501.70** |
| | Paraprofessionals | Cooper, Michael R.D. | $260 | 0.20 | $52.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | D'Errico, Megan T. | $260 | 0.50 | $130.00 |
| | | Giddens, Magali | $260 | 1.80 | $468.00 |
| | | Golinder, Olga A. | $260 | 1.00 | $260.00 |
| | | Henderson, Laurie A. | $260 | 0.40 | $104.00 |
| | | Jones, Allen C. | $260 | 10.60 | $2,756.00 |
| | | Miller, Tiffany | $260 | 1.70 | $442.00 |
| | | Monforte, Angelo | $260 | 4.40 | $1,144.00 |
| | | Sherman, Tayler M. | $260 | 0.80 | $208.00 |
| | | Silvestro, Lawrence T. | $260 | 3.50 | $910.00 |
| | | Wizner, Eamon | $260 | 2.80 | $728.00 |
| | **Paraprofessional Total** | | | **27.70** | **$7,202.00** |
| **219 Total** | | | | **200.90** | **$138,660.80** |
| **Grand Total** | | | | **210.80** | **$143,280.70** |

| Matter | 33260.0059 | PREPA TITLE III – MISCELLANEOUS | | | |
|---|---|---|---|---|---|
| | | | | | |
| **TASK** | **Title** | **Name** | **Rate** | **Sum of Hours** | **Sum of Amount** |
| **201** | **Partners** | Levitan, Jeffrey W. | $759 | 0.10 | $75.90 |
| | | Mashberg, Gregg M. | $759 | 0.20 | $151.80 |
| | | Mungovan, Timothy W. | $759 | 0.50 | $379.50 |
| | | Possinger, Paul | $759 | 1.10 | $834.90 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | **Partner Total** | | | **2.00** | **$1,518.00** |
| **201 Total** | | | | **2.00** | **$1,518.00** |
| **202** | **Partners** | Rappaport, Lary Alan | $759 | 0.30 | $227.70 |
| | **Partner Total** | | | **0.30** | **$227.70** |
| | **Associate** | Desatnik, Daniel | $759 | 3.50 | $2,656.50 |
| | **Associate Total** | | | **3.50** | **$2,656.50** |
| **202 Total** | | | | **3.80** | **$2,884.20** |
| **204** | **Partners** | Possinger, Paul | $759 | 0.60 | $455.40 |
| | | Rappaport, Lary Alan | $759 | 0.80 | $607.20 |
| | **Partner Total** | | | **1.40** | **$1,062.60** |
| | **Associates** | Desatnik, Daniel | $759 | 0.40 | $303.60 |
| | **Associate Total** | | | **0.40** | **$303.60** |
| **204 Total** | | | | **1.80** | **$1,366.20** |
| **205** | **Partners** | Mashberg, Gregg M. | $759 | 0.20 | $151.80 |
| | | Mungovan, Timothy W. | $759 | 0.20 | $151.80 |
| | | Possinger, Paul | $759 | 1.30 | $986.70 |
| | | Ratner, Stephen L. | $759 | 0.10 | $75.90 |
| | **Partner Total** | | | **1.80** | **$1,366.20** |
| | **Associates** | Desatnik, Daniel | $759 | 0.90 | $683.10 |
| | | Ma, Steve | $759 | 0.10 | $75.90 |
| | | Stafford, Laura | $759 | 0.40 | $303.60 |
| | **Associate Total** | | | **1.40** | **$1,062.60** |
| **205 Total** | | | | **3.20** | **$2,428.80** |
| **206** | **Partners** | Ashton, Ann M. | $759 | 0.60 | $455.40 |
| | | Bienenstock, Martin J. | $759 | 5.50 | $4,174.50 |
| | | Dale, Margaret A. | $759 | 0.90 | $683.10 |
| | | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Mashberg, Gregg M. | $759 | 14.90 | $11,309.10 |
| | | Mungovan, Timothy W. | $759 | 3.70 | $2,808.30 |
| | | Possinger, Paul | $759 | 5.70 | $4,326.30 |

| | | | | | |
|---|---|---|---|---|---|
| | | Rappaport, Lary Alan | $759 | 2.70 | $2,049.30 |
| | | Ratner, Stephen L. | $759 | 2.00 | $1,518.00 |
| | | Richman, Jonathan E. | $759 | 0.40 | $303.60 |
| | **Partner Total** | | | **36.70** | **$27,855.30** |
| | **Associates** | Bowman, Courtney M. | $759 | 0.20 | $151.80 |
| | | Desatnik, Daniel | $759 | 20.70 | $15,711.30 |
| | | Ma, Steve | $759 | 2.70 | $2,049.30 |
| | | Stafford, Laura | $759 | 20.00 | $15,180.00 |
| | | Webb, Jeramy | $759 | 0.90 | $683.10 |
| | **Associate Total** | | | **44.50** | **$33,775.50** |
| | **Paraprofessionals** | Golinder, Olga A. | $260 | 2.50 | $650.00 |
| | | Silvestro, Lawrence T. | $260 | 1.20 | $312.00 |
| | | Tarrant, Christopher M. | $260 | 2.50 | $650.00 |
| | **Paraprofessional Total** | | | **6.20** | **$1,612.00** |
| | **Law Clerks** | Stevens, Elliot | $260 | 1.20 | $312.00 |
| | **Law Clerk Total** | | | **1.20** | **$312.00** |
| **206 Total** | | | | **88.60** | **$63,554.80** |
| **207** | **Partners** | Bienenstock, Martin J. | $759 | 2.60 | $1,973.40 |
| | | Ferrara, Ralph C. | $759 | 0.20 | $151.80 |
| | | Firestein, Michael A. | $759 | 0.30 | $227.70 |
| | | Mashberg, Gregg M. | $759 | 0.50 | $379.50 |
| | | Mungovan, Timothy W. | $759 | 1.70 | $1,290.30 |
| | | Possinger, Paul | $759 | 2.60 | $1,973.40 |
| | | Rappaport, Lary Alan | $759 | 0.90 | $683.10 |
| | | Ratner, Stephen L. | $759 | 0.60 | $455.40 |
| | | Richman, Jonathan E. | $759 | 0.40 | $303.60 |
| | | Rosen, Brian S. | $759 | 0.20 | $151.80 |
| | **Partner Total** | | | **10.00** | **$7,590.00** |
| | **Associates** | Bowman, Courtney M. | $759 | 0.70 | $531.30 |
| | | Desatnik, Daniel | $759 | 2.30 | $1,745.70 |
| | | Stafford, Laura | $759 | 0.80 | $607.20 |
| | **Associate Total** | | | **3.80** | **$2,884.20** |
| | **Paraprofessionals** | Tarrant, Christopher M. | $260 | 1.50 | $390.00 |
| | **Paraprofessional Total** | | | **1.50** | **$390.00** |
| **207 Total** | | | | **15.30** | **$10,864.20** |
| **208** | **Partners** | Mungovan, Timothy W. | $759 | 0.60 | $455.40 |
| | | Possinger, Paul | $759 | 2.30 | $1,745.70 |
| | **Partner Total** | | | **2.90** | **$2,201.10** |
| | **Associates** | Ma, Steve | $759 | 7.90 | $5,996.10 |
| | **Associate Total** | | | **7.90** | **$5,996.10** |
| | **Law Clerks** | Stevens, Elliot | $260 | 0.30 | $78.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | **Law Clerk Total** |  |  | **0.30** | **$78.00** |
| **208 Total** |  |  |  | **11.10** | **$8,275.20** |
| **209** | **Partners** | Barak, Ehud | $759 | 1.60 | $1,214.40 |
|  | **Partner Total** |  |  | **1.60** | **$1,214.40** |
| **209 Total** |  |  |  | **1.60** | **$1,214.40** |
| **210** | **Partners** | Ferrara, Ralph C. | $759 | 0.20 | $151.80 |
|  |  | Levitan, Jeffrey W. | $759 | 0.40 | $303.60 |
|  |  | Mungovan, Timothy W. | $759 | 2.00 | $1,518.00 |
|  |  | Possinger, Paul | $759 | 3.00 | $2,277.00 |
|  |  | Rappaport, Lary Alan | $759 | 1.40 | $1,062.60 |
|  |  | Ratner, Stephen L. | $759 | 1.10 | $834.90 |
|  | **Partner Total** |  |  | **8.10** | **$6,147.90** |
|  | **Associates** | Bowman, Courtney M. | $759 | 0.20 | $151.80 |
|  |  | Desatnik, Daniel | $759 | 4.50 | $3,415.50 |
|  | **Associate Total** |  |  | **4.70** | **$3,567.30** |
| **210 Total** |  |  |  | **12.80** | **$9,715.20** |
| **212** | **Paraprofessionals** | Golinder, Olga A. | $260 | 1.10 | $286.00 |
|  |  | Miller, Tiffany | $260 | 0.80 | $208.00 |
|  | **Paraprofessional Total** |  |  | **1.90** | **$494.00** |
| **212 Total** |  |  |  | **1.90** | **$494.00** |
| **Grand Total** |  |  |  | **142.10** | **$102,315.00** |