## COFINA MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
|  | | | | CASE ADMINISTRATION | | | | |
| 20180306 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review docket and pertinent deadlines and filings in anticipation of drafting and filing notice of appearance in case. | 0.7 | 193.5 | $ 135.45 |
| 20180306 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A103 Draft/revise B110 Case Administration.: Draft and edit notice of appearance for Luis Marini pursuant to filing the same in case in compliance with case management order. | 0.3 | 193.5 | $ 58.05 |
| 20180306 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A103 Draft/revise B110 Case Administration.: Draft and edit notice of appearance pursuant to filing the same in case in compliance with case management order. | 0.3 | 193.5 | $ 58.05 |
| 20180306 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B110 | A106 Communicate (with client) B110 Case Administration: Conference with ███ and J. Garau on appearances on behalf of AAFAF and omnibus hearing (.2); analysis of docket and contested matters scheduled for omnibus hearing (.4); prepare analysis, summary of each case and spreadsheet to client of pending adversary and contested matters and suggested appearances (.5). | 1.1 | 270.0 | $ 297.00 |
| 20180306 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B110 | A103 Draft/revise B110 Case Administration.: Review omnibus scheduling order for procedure and requirements for appearances (.1); edit and finalize notices of appearances (.2). | 0.3 | 270.0 | $ 81.00 |
| 20180315 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email regarding filing of a motion ████████████████████████ the Omnibus Opposition of COFINA Senior Bondholders' Coalition (Dkt. 355) and the related Omnibus Opposing Statement of Undisputed Material Facts (Dkt. 356). | 0.1 | 193.5 | $ 19.35 |
| 20180315 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email regarding conversations directly with the clerk in order to resolve issues pertaining to disclosure of confidential information following erroneous redaction associated with the Omnibus Opposition of COFINA Senior Bondholders' Coalition (Dkt. 355) and the related Omnibus Opposing Statement of Undisputed Material Facts (Dkt. 356). | 0.1 | 193.5 | $ 19.35 |
| 20180315 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email regarding sending emails to all legal counsels in relation to the Omnibus Opposition of COFINA Senior Bondholders' Coalition (Dkt. 355) and the related Omnibus Opposing Statement of Undisputed Material Facts (Dkt. 356) since these filings included erroneous redactions and will be re-filed. | 0.1 | 193.5 | $ 19.35 |
| 20180315 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email from ███████ regarding email confirming that access was restricted to filings with redaction issues, that submissions were filed with proper redactions and that all measures were taking to avoid distribution of erroneously redacted documents associated with the Omnibus Opposition of COFINA Senior Bondholders' Coalition (Dkt. 355) and the related Omnibus Opposing Statement of Undisputed Material Facts (Dkt. 356), | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | 3.1 | | $ 706.95 |
|  | | | | B140- Relief from Stay/Adequate Protection | | | | |
| 20180320 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Call with D. Perez relating to Stay Relief Procedures. | 0.1 | 162 | $ 16.20 |
| TOTAL | | | | | | 0.1 | | $ 16.20 |
|  | | | | B160- Fee/Employment applications | | | | |
| 20180307 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B160 | A104 Review/analyze B160 Fee/Employment Applications: Review omnibus order awarding interim allowance of compensation for professional services rendered and reimbursement of expenses for the first interim compensation period from May 3 through September 30, 2017. | 0.1 | | $ 19.35 |

## COFINA MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180307 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B160 | A104 Review/analyze B160 Fee/Employment Applications: Review omnibus order awarding interim allowance of compensation for professional services rendered and reimbursement of expenses for the first interim compensation period from May 3 through September 30, 2017. | 0.1 | | $ 27.00 |
| TOTAL | | | | | | 0.2 | | $ 46.35 |

### B190- Other Contested Matters

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180314 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review Ambac Assurance Corporation's joinder and further opposition to motions for summary judgment filed in Adv. Proceeding 17-00257 Official Committee of Unsecured Creditors v. Bettina Whyte. | 0.2 | 193.5 | $ 38.70 |
| 20180315 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B190 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Emails to and from OMM and [redacted] redactions to pleadings pursuant to confidentiality order. | 0.2 | 270.0 | $ 54.00 |
| 20180321 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): [Adv. 17-257]. Receipt and review of replies in support of summary judgment motions, filed by Cofina Agent (.2); Cofina Senior Bond Holders (.2); National (.1); Mutual Fund Group (.2); Ambac (.1); Commonwealth Agnet (.2); Retiree Committee; (.2); GO Bondholders (.1). | 1.3 | 270.0 | $ 351.00 |
| 20180321 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review Joinder of Ambac Assurance Corporation to the Omnibus Reply in Support of Motion for Summary Judgment by the COFINA Agent filed in Adv. Proc. No. 17-00257 Official Committee of Unsecured Creditors v. Oversight Board. | 0.1 | 193.5 | $ 19.35 |
| 20180322 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B190 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Receipt and review of scheduling order, docket no. 405. | 0.1 | 270.0 | $ 27.00 |
| 20180322 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review Commonwealth Agent's Omnibus Reply Memorandum in Support of Motion for Summary Judgment, filed in Adv. Case. No. 17-257. | 0.2 | 193.5 | $ 38.70 |
| 20180322 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review Commonwealth Agent's Responses to COFINA Senior Bondholders' Counter Statement of Additional Undisputed Facts filed in Adv. Proc. Case No. 17-257, ECF No. 401. | 0.1 | 193.5 | $ 19.35 |
| 20180322 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review Declaration of Nicholas A. Bassett in Support of Commonwealth Agent's Omnibus Reply in Support of Motion for Summary Judgment in Adv. Proc. 17-257. | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | 2.3 | | $ 567.45 |

### B310- Claims Administration and Objections

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180321 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B310 | A104 Review/analyze B310 Claims Administration and Objections: Review proof of claim filed by Cooperativa AC Barranquitas. | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | 0.1 | | $ 19.35 |
| TOTAL ALL MATTERS | | | | | | 5.8 | | $ 1,356.30 |

## COFINA APRIL TIME ENTRIES BY MATTER

### CASE ADMINISTRATION

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20180403 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Ambac Assurance Corporation and National Public Finance Corporation's (I) Limited Objection to Motion of the COFINA Agent to Certify Questions to the Supreme Court of Puerto Rico, and (II) Cross-Motion, in the Alternative, to Certify Alternative Questions to the Supreme Court of Puerto Rico filed in Adv. Proc. 17-00257. | 0.2 | 193.5 | $ 38.70 |
| 20180405 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Informative Motion of Commonwealth Agent Regarding April 10, 2018 Commonwealth-COFINA Hearing filed in Case No. 17-257. | 0.1 | 193.5 | $ 19.35 |
| 20180405 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Ambac Assurance Corporation's Informative Motion Regarding April 10, 2018 Summary Judgment Oral Argument (Docket No. 426) that was filed in Adv. Proc. 17-257. | 0.1 | 193.5 | $ 19.35 |
| 20180406 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review the Puerto Rico Funds' informative motion regarding April 10, 2018 Commonwealth-COFINA in relation to Adv. Proc. 17-257. | 0.1 | 193.5 | $ 19.35 |
| 20180409 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Joint Informative Motion of Commonwealth Agent and COFINA Agent Regarding Evidentiary Issues Relating to Motions for Summary Judgment filed in Adv. Case No. 17-257. | 0.2 | 193.5 | $ 38.70 |
| 20180410 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A107 | A107 Communicate (other outside counsel) B110 Case Administration: Review email from B. Neve from OMM requesting transcript of today's hearing in adversary proceeding number 17-00257 (.10); draft email to B. Neve confirming we will request copy of transcript (.10). | 0.2 | 193.5 | $ 38.70 |
| 20180411 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Omnibus Objection of Commonwealth Agent to (A) COFINA Agent's Motion to Certify Questions Under Puerto Rico Law to the Supreme Court of Puerto Rico [Docket No. 329]; (B) Mutual Fund Group and Puerto Rico Funds' Motion to Certify Questions of Law to the Supreme Court of Puerto Rico [Docket No. 331]; (C) Statement of the COFINA Senior Bondholders' Coalition in Support of, and Joinder to, the Motion of the COFINA Agent to Certify Questions Under Puerto Rico Law to Supreme Court of Puerto Rico [Docket No. 332]; and (D) Ambac Assurance Corporation and National Public Finance Corporation's (I) Limited Objection to Motion of COFINA Agent to Certify Questions to the Supreme Court of Puerto Rico and (II) Cross-Motion, in the Alternative, to Certify Alternative Questions to the Supreme Court of Puerto Rico [Docket No. 421] [Adv. Pro. No. 17-257, ECF No. 438]. | 0.3 | 193.5 | $ 58.05 |
| 20180412 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Commonwealth Agent's Informative Motion Providing Supplemental Information in Response to Court's Question at April 10, 2018 Hearing [Adv. Proc. No. 17-257, Docket No. 442]. | 0.1 | 193.5 | $ 19.35 |
| 20180413 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review transcript of find transcript of the April 10 hearing in Adv. Proc. 17-00257 (.20); draft email to B. Neve and R. Holm attaching transcript (.10). | 0.3 | 193.5 | $ 58.05 |
| 20180417 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Ambac Assurance Corporation and National Public Finance Corporation's Omnibus Reply in Further Support of (I) Limited Objection to Motion of the COFINA Agent to Certify Questions to the Supreme Court of Puerto Rico, and (II) Cross-Motion, in the Alternative, to Certify Alternative Questions to the Supreme Court of Puerto Rico filed in Adv. Proc. 17-257. | 0.1 | 193.5 | $ 19.35 |
| 20180418 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review Mutual Fund Group and Puerto Rico Funds' Reply in Support of Motion to Certify Questions of Law to the Supreme Court of Puerto Rico, filed in Adv. Proc. No. 17-257-LTS, ECF Dkt No. 454. | 0.1 | 193.5 | $ 19.35 |
| 20180427 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review motion to inform Fifth Supplemental Verified Statement of the COFINA Senior Bondholders' Coalition pursuant to Federal Rule of Bankruptcy Procedure 2019. | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | | 1.9 | | $ 367.65 |

### FEE/EMPLOYMENT APPLICATIONS

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20180405 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A104 | A104 Review/analyze B160 Fee/Employment Applications: Review information for April Fee Statement. | 0.9 | 162 | $ 145.80 |
| 20180416 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A103 | A103 Draft/revise B160 Fee/Employment Applications: Prepare March Fee Statement. | 2.3 | 162 | $ 372.60 |
| 20180417 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A103 | A103 Draft/revise B160 Fee/Employment Applications: Continue preparing March Fee Statement. | 0.7 | 162 | $ 113.40 |
| 20180419 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A103 | A103 Draft/revise B160 Fee/Employment Applications: Continue Preparing and Revising March Fee Statement. | 0.8 | 162 | $ 129.60 |
| TOTAL | | | | | | | 4.7 | | $ 761.40 |

### CLAIM ADMINISTRATION

## COFINA APRIL TIME ENTRIES BY MATTER

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20180413 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B310 | A104 | A104 Review/analyze B310 Claims Administration and Objections: review proof of claim filed by Fernandez Polo y Asociados, Inc. | 0.1 | 193.5 $ | 19.35 |
| 20180413 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B310 | A104 | A104 Review/analyze B310 Claims Administration and Objections: Review proof of claim filed by FERPO Consulting Group, Inc. (.10); review proof of claim filed by Grianngin Grantor and Living Trust (.10) | 0.2 | 193.5 $ | 38.70 |
| TOTAL | | | | | | | 0.3 | $ | 58.05 |
| TOTAL ALL COFINA MATTERS | | | | | | | 6.9 | $ | 1,187.10 |

| Date | Billing No. | Matter | Timekeeper Name | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | COFINA MAY ENTRIES BY TASK CODE | | | | |
| | | | | B110 CASE ADMINISTRATION | | | | |
| 5/3/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review informative motion of Commonwealth agent regarding May 9 2018 hearing on motions to certify questions to Supreme Court of Puerto Rico in Adv. Proc. 17-257 | 0.1 | $ 193.50 | $ 19.35 |
| 5/7/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review Amended Informative Motion of Commonwealth Agent Regarding May 9 2018 Hearing on Motions to Certify Questions to Supreme Court of Puerto Rico filed in Adv. Pro. No. 17-257 by official committee of unsecured creditors. | 0.1 | $ 193.50 | $ 19.35 |
| Total | | | | | | 0.2 | | $ 38.70 |
| | | | | B160 Fee Applications | | | | |
| 5/17/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Geraldine Toste | B160 | A101 Plan and prepare for B160 Fee/Employment Applications:Prepare April Fee Statement material | 0.5 | $ 112.50 | $ 56.25 |
| 5/17/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A104 Review/analyze B160 Fee/Employment Applications:Prepare April Fee Statement Materials. | 0.6 | $ 162.00 | $ 97.20 |
| 5/21/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B160 | A103 Draft/revise B160 Fee/Employment Applications:Edit tables supporting monthly fee statement and redact privileged entries. | 0.5 | $ 270.00 | $ 135.00 |
| 5/24/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A103 Draft/revise B160 Fee/Employment Applications:Further review and preparation of Consolidated March and April Fee Statement. | 0.6 | $ 162.00 | $ 97.20 |
| 5/25/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Maria Teresa Alvarez | B160 | A103 Draft/revise B160 Fee/Employment Applications:Finalize Consolidated Fee Statement for March and April. | 0.3 | $ 162.00 | $ 48.60 |
| 5/25/2018 | P104-3 | PUERTO RICO SALES TAX FINANCING CORPORATION (COFINA) | Luis Marini | B160 | A103 Draft/revise B160 Fee/Employment Applications:Edit revise redact and finalize monthly fee statement for march and april cover note and letter re same. | 1 | $ 270.00 | $ 270.00 |
| Total | | | | | | 3.5 | | $ 704.25 |
| Total COFINA | | | | | | 3.7 | | $ 742.95 |