## ERS MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | **CASE ADMINISTRATION** | | | |
| 20180306 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review docket and pertinent deadlines and filings in anticipation of drafting and filing notice of appearance in case. | 0.8 | 193.5 | $ 154.80 |
| 20180306 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A103 Draft/revise B110 Case Administration.: Draft and edit notice of appearance for Luis Marini pursuant to filing the same in case in compliance with case management order. | 0.3 | 193.5 | $ 58.05 |
| 20180306 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A103 Draft/revise B110 Case Administration.: Draft and edit notice of appearance pursuant to filing the same in case in compliance with case management order. | 0.3 | 193.5 | $ 58.05 |
| 20180306 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A106 Communicate (with client) B110 Case Administration: Conference with M. Yassin and I. Garau on appearances on behalf of AAFAF and omnibus hearing (.2); analysis of docket and contested matters scheduled for omnibus hearing (.4); prepare analysis and spreadsheet to client of pending adversary and contested matters and suggested appearances (.5). | 1.1 | 270.0 | $ 297.00 |
| 20180306 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A103 Draft/revise B110 Case Administration.: Review omnibus scheduling order for procedure and requirements for appearances (.1); edit and finalize notices of appearances (.2). | 0.3 | 270.0 | $ 81.00 |
| 20180308 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email forwarded from AAFAF and pertaining to assumption and rejection of certain contracts by ERS and the modification of the stay of certain cases and bar date notification to all creditors of ERS. | 0.2 | 193.5 | $ 38.70 |
| 20180308 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A104 Review/analyze B110 Case Administration.: Review email forwarded from AAFAF and pertaining to assumption and rejection of certain contracts by ERS and the modification of the stay of certain cases and bar date notification to all creditors of ERS. | 0.2 | 270.0 | $ 54.00 |
| 20180309 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Phone conference with O'Melveny regarding pending matters as to ERS case. | 0.1 | 193.5 | $ 19.35 |
| 20180315 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A106 Communicate (with client) B110 Case Administration: Phone conference with general counsel for ERS, Bibiana Sarriera, representative of AAFAF Ivan Garau and Luis Marini regarding modification of the automatic stay regarding administrative and labor cases, [redacted] | 1.1 | 193.5 | $ 212.85 |
| 20180315 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email from general counsel to ERS regarding [redacted] | 0.1 | 193.5 | $ 19.35 |
| 20180320 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email from I. Garau from AAFAF providing his agreement with suggested legal strategy in relation to ERS notices and the corresponding modification of the stay. | 0.1 | 193.5 | $ 19.35 |
| 20180321 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A107 Communicate (other outside counsel) B110 Case Administration: Draft email to D. Perez from OMM as co-counsel for AAFAF regarding ERS' authorization regarding the modification of the stay through Judgment of certain administrative cases and labor cases as part of the next omnibus stay motion. | 0.1 | 193.5 | $ 19.35 |
| 20180322 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A103 Draft/revise B110 Case Administration.: Draft email to D. Perez of OMM as co-counsel for AAFAF confirming we will reach out to external counsel for ERS Atty. Guillemard in relation to draft stipulation of Vargas Moya modification of the stay request. | 0.1 | 193.5 | $ 19.35 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review title III filings for HTA, COFINA and the Commonwealth and their lists of 20 largest unsecured creditors and creditor matrixes, as amended pursuant to identifying the amounts included as owed to ERS. | 1.6 | 193.5 | $ 309.60 |

## ERS MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A103 Draft/revise B110 Case Administration.: Draft email to B. Sarriera of ERS regarding ERS listed as creditor in all Title III cases. | 0.4 | 193.5 | $ 77.40 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review email from B. Sarriera of ERS in relation ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.1 | 193.5 | $ 19.35 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: Review detail of ERS Labor claims and list of claims where "judgment" was issued by the Board of Retiree/ Board of Trustees in violation of the Automatic Stay for purposes of Omnibus motion as forwarded by B. Sarriera from ERS. | 0.4 | 193.5 | $ 77.40 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.: review email from B. Sarriera regarding ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | 7.4 | | $1,554.30 |

### B140- Relief from Stay/Adequate Protection

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180306 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Analysis of request to lift stay by Vargas Moya. | 0.2 | 193.5 | $ 54.00 |
| 20180312 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Phone conference with I. Garau from AAFAF regarding modification of automatic stay in relation to ERS cases and case by case determination as to the same. | 0.1 | 270.0 | $ 19.35 |
| 20180313 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Analysis of consultations requested from Bibiana Sarriera Requena at ERS and respond by email. | 0.2 | 193.5 | $ 54.00 |
| 20180314 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Email to and from Bibiana Sarriera on administrative proceedures in ERS and strategy for lifting automatic stay. | 0.3 | 270.0 | $ 81.00 |
| 20180314 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Analysis of list of proceedings pending for ERS in preparation for conference with client. | 0.4 | 270.0 | $ 108.00 |
| 20180314 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Conference with general counsel at ERS and Ivan Garau to discuss pending labor claims against debtor, pending administrative pension claims, inter company claims, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and strategy to pursue with each matter. | 1.1 | 270.0 | $ 297.00 |
| 20180315 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Draft analysis and recommendation to client on labor claims against ERS and admin claims against ERS and process for modifying stay. | 0.4 | 270.0 | $ 108.00 |
| 20180315 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from B. Sarriera as general counsel for ERS forwarding proposed stipulation draft to external counsel Monique Guillemard regarding stay modification in Vargas Moya case. | 0.1 | 270.0 | $ 19.35 |
| 20180316 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Call with D. Perez relating to Stay Relief Procedures. | 0.1 | 193.5 | $ 16.20 |

## ERS MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180320 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B140 | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Email to and from client, Bibiana Sarriera, on lift of stay for Vargas Moya and various admin cases. | 0.2 | 162.0 | $ 54.00 |
| 20180320 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from B. Sarriera from ERS regarding the stipulation relating to the Vargas Moya and that drafting of said stipulation by external counsel. | 0.1 | 270.0 | $ 19.35 |
| 20180320 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Conference with Monique Guillemard, counsel to DOJ, on stipulation on Vargas Moya lift of stay | 0.2 | 193.5 | $ 54.00 |
| 20180322 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from D. Perez in relation to drafting of stipulation by external counsel as to Vargas Moya case for purposes of modifying the stay. | 0.1 | 270.0 | $ 19.35 |
| 20180322 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from D. Perez of OMM as co-counsel for AAFAF and the pertinent email thread with legal counsel for movants in relation to stipulation to be filed in case as to modification of the stay requested by Vargas Moya. | 0.2 | 193.5 | $ 38.70 |
| 20180322 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from counsel for movants regarding his confirmation that he will await draft stipulation in relation to modification of the stay requested by Vargas Moya. | 0.1 | 193.5 | $ 19.35 |
| 20180322 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Revise Caravallo-Rivera stay stipulation and changes made by OMM and Proskauer. | 0.2 | 193.5 | $ 54.00 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Emails to and from Diana Perez, OMM and client, Bibiana Sariera, ERS, on stipulation for Vargas Moya and edits thereto. | 0.4 | 270.0 | $ 108.00 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Edit, review, and finalize supplemental motion and brief and declaration filed under docket no. 2795. | 0.4 | 270.0 | $ 108.00 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Phone conference with external legal counsel M. Guillemard regarding drafting of stipulation in Vargas Moya case. | 0.3 | 270.0 | $ 58.05 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from M. Guillemard as external counsel for ERS regarding drafting of stipulation associated with Vargas Moya request for modification of the stay. | 0.1 | 193.5 | $ 19.35 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review notice of stay in relation to Cesar Caminero Ramos. | 0.2 | 193.5 | $ 38.70 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review notice of stay filed by Gerald Media Vega. | 0.1 | 193.5 | $ 19.35 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review determination by B. Sarriera from ERS regarding notices of stay filed by Cesar Caminero and Gerald Medina. | 0.1 | 193.5 | $ 19.35 |

## ERS MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from B. Sarriera of ERS as to specific cases where lift of stay will be lifted and the reasons to justify the modification. | 0.1 | 193.5 | $ 19.35 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Draft email to D. Perez of OMM as co-counsel to AAFAF regarding drafting of Vargas Moya stipulation following phone conference with legal counsel for ERS in charge of drafting the same. | 0.1 | 193.5 | $ 19.35 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Analysis of lift of stay request from Carlos Caminero Ramos. | 0.2 | 193.5 | $ 54.00 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Emails to and from client, Bibiana Sarriera, on lift of stay of Carlos Caminero. | 0.1 | 270.0 | $ 27.00 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Analysis of list of cases that ERS recommends lifting the stay. | 0.3 | 270.0 | $ 81.00 |
| TOTAL | | | | | | 6.4 | | $ 1,587.15 |

### B160-Fee Employment Applications

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180307 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B160 | A104 Review/analyze B160 Fee/Employment Applications: Review omnibus order awarding interim allowance of compensation for professional services rendered and reimbursement of expenses for the first interim compensation period from May 3 through September 30, 2017. | 0.1 | 193.5 | $ 19.35 |
| 20180307 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B160 | A104 Review/analyze B160 Fee/Employment Applications: Review omnibus order awarding interim allowance of compensation for professional services rendered and reimbursement of expenses for the first interim compensation period from May 3 through September 30, 2017. | 0.1 | 270.0 | $ 27.00 |
| 20180319 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B160 | A104 Review/analyze B160 Fee/Employment Applications: Review Motion for Interim Compensation in relation to Summary of Second Interim Application of O'Melveny & Myers LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority for the Period from October 1, 2017 through January 31, 2018) | 0.3 | 193.5 | $ 58.05 |
| TOTAL | | | | | | 0.5 | | $ 104.40 |

### B185-Assumption/Rejection of Leases and Contracts

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180309 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B185 | A103 Draft/revise B185 Assumption/Rejection of Leases and Contracts: [redacted] | 0.3 | 270.0 | $ 81.00 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B185 | A104 Review/analyze B185 Assumption/Rejection of Leases and Contracts: Receipt and review of scheduling order on motion to compel assignment or assumption of contracts. | 0.2 | 270.0 | $ 54.00 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B185 | A104 Review/analyze B185 Assumption/Rejection of Leases and Contracts: Review MOTION in Compliance with Scheduling Order Regarding Certain Motion to Compel filed by CONSTRUCTORA SANTIAGO II, CORP. | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | 0.6 | | $ 154.35 |

### B190- Other Contested Matters

## ERS MARCH TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Codes | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180313 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Receipt and review of order requiring supplemental submission on the summary judgment motions and issues under puerto Rico law to be briefed. | 0.3 | 270.0 | $ 81.00 |
| 20180321 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): [Altair Adversary Proceeding]. Receipt and review of supplemental briefing, including, FOMB's supplemental brief (.3); ERS Bondholders supplemental brief (.2); retiree committee supplemental breif (.1). | 0.6 | 270.0 | $ 162.00 |
| 20180322 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B190 | A103 Draft/revise B190 Other Contested Matters (excluding assumption/rejection motions): Analysis and review of bondholder's urgent motion to file supplemental reply (docket no. 200). | 0.2 | 270.0 | $ 54.00 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B190 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Review MOTION in Compliance with Scheduling Order Regarding Certain Motion, docket # 413 in 17 BK 03567-LTS filed by TAMRIO, INC. | 0.1 | 193.5 | $ 19.35 |
| TOTAL | | | | | | 1.2 | | $ 316.35 |

### B310- Claims Administration and Objections

| Date | Billing No. | Matter | Timekeeper Name | Activity Codes | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 20180315 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B310 | A103 Draft/revise B310 Claims Administration and Objections: Analysis of claims bar date order and procedure (.3); analysis of stay protocol and case management memorandum (.2); analysis of correspondence from client on labor claims (.2); analysis of correspondence from client on pension claims (.3). | 1 | 270.0 | $ 270.00 |
| 20180315 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B310 | A102 Research B310 Claims Administration and Objections: Analysis of query from client, Bibiana Sarriera, Esq., ███████ (.1); analysis of claim notice and order (.1); and draft recommendation to client (.2). | 0.4 | 270.0 | $ 108.00 |
| 20180321 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B310 | A104 Review/analyze B310 Claims Administration and Objections: Review proof of claim filed by Cooperativa AC Barranquitas. | 0.1 | 193.5 | $ 19.35 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B310 | A107 Communicate (other outside counsel) B310 Claims Administration and Objections: Participate in meeting with various attorneys for labor unions, M. Yassin, I. Garau, and other members of AAFAF and Treasury to discuss pension claims and rule 2004 examiantions. | 1.8 | 270.0 | $ 486.00 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B310 | A103 Draft/revise B310 Claims Administration and Objections: Email to and from Bibiana Sarriera on analysis of order on proof of claims, claims of ERS, and need to submit POC. | 0.8 | 270.0 | $ 216.00 |
| 20180323 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B310 | A104 Review/analyze B310 Claims Administration and Objections: Edit and revise proposed email to client analyzing ERS's ███████ | 0.2 | 270.0 | $ 54.00 |
| 20180326 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B310 | A104 Review/analyze B310 Claims Administration and Objections: Email to and from Bibiana Sarriera (ERS) ███████ | 0.1 | 270.0 | $ 27.00 |
| TOTAL | | | | | | 4.4 | | $ 1,180.35 |
| TOTAL ALL MATTERS | | | | | | 20.5 | | $ 4,896.90 |

## ERS APRIL TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
|  | **CASE ADMINISTRATION** |||||||||
| 20180409 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Legal analysis regarding transitioning all lift of stay notices procedures and preparing exhibits for purposes of omnibus stay motion. | 0.10 | $ 193.50 | $ 19.35 |
| 20180410 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review change to protective order on rule 2004 examination. | 0.10 | $ 270.00 | $ 27.00 |
| 20180411 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A106 | A106 Communicate (with client) B110 Case Administration: Phone conference with I. Garau of AAFAF regarding ▓▓▓▓▓▓▓▓ | 0.10 | $ 193.50 | $ 19.35 |
| 20180412 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A106 | A106 Communicate (with client) B110 Case Administration: Prepare for and participate in conference with client and OMM ▓▓▓▓▓▓ | 0.60 | $ 270.00 | $ 162.00 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 | A104 Review/analyze B110 Case Administration.: Review notice of appearance filed by legal counsel for Asociacion de Empleados del Estado Libre Asociado. | 0.10 | $ 193.50 | $ 19.35 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A103 | A103 Draft/revise B110 Case Administration.: Draft exhibits to omnibus motion to lift stay. | 0.40 | $ 270.00 | $ 108.00 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A103 | A103 Draft/revise B110 Case Administration.: Email to and from client on omnibus stay motion. | 0.20 | $ 270.00 | $ 54.00 |
| 20180421 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A107 | A107 Communicate (other outside counsel) B110 Case Administration: Brief review of production on labor union's 2004 request. | 0.30 | $ 270.00 | $ 81.00 |
| 20180423 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A107 | A107 Communicate (other outside counsel) B110 Case Administration: Analysis of request from ERS for additional modifications for stay ▓▓▓▓▓▓▓▓ | 0.30 | $ 270.00 | $ 81.00 |
| 20180426 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B110 | A103 | A103 Draft/revise B110 Case Administration.: Update to ERS on third omnibus stay order and procedure for continuing with cases. | 0.30 | $ 270.00 | $ 81.00 |
| **TOTAL** | | | | | | | **2.50** | | **$ 652.05** |
|  | **RELIEF FROM STAY** |||||||||
| 20180416 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: review email from D. Perez of OMM regarding inclusion of ERS administrative proceedings in third omnibus stay motion. | 0.10 | $ 193.50 | $ 19.35 |
| 20180416 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A106 | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Email to and from debtor on ▓▓▓▓▓▓▓▓ | 0.30 | $ 270.00 | $ 81.00 |
| 20180416 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A106 | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Conference with client on administrative orders entered during stay. | 0.20 | $ 270.00 | $ 54.00 |
| 20180417 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review Vargas Moya stipulation as forwarded by external counsel for ERS which included pertinent documentation for review and commentary. | 0.30 | $ 193.50 | $ 58.05 |
| 20180417 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from movants' counsel in relation to Vargas Moya lift of stay notice as to status of stipulation with ERS (.20); review email from D. Perez of OMM following up on status of stipulation(.10); draft email to D. Perez confirming we had received stipulation from counsel for ERS the previous night and that we will review the same (.10); review email from D. Perez asking us to respond to counsel for movants to provide them with date to forward stipulation (.10). | 0.50 | $ 193.50 | $ 96.75 |

### ERS APRIL TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20180418 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Draft email to movant's counsel regarding Vargas Moya stipulation, confirming we will be forwarding proposed stipulation this week. | 0.10 | $ 193.50 | $ 19.35 |
| 20180419 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from counsel for ERS, Atty. Guillemard, regarding status of stipulation and any changes to the same (.10); draft email to counsel for ERS confirming receipt of stipulation pursuant to reviewing the same (.10); review response from debtors' counsel as to forwarding of stipulation once the same is reviewed (.10). | 0.30 | $ 193.50 | $ 58.05 |
| 20180419 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review language included in third omnibus stay motion as to ERS cases to be modified ▓▓▓▓▓▓▓▓▓▓▓▓▓▓. | 0.20 | $ 193.50 | $ 38.70 |
| 20180419 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review list of stay cases listed in exhibit provided by ERS to be attached to omnibus stay motion. | 0.20 | $ 193.50 | $ 38.70 |
| 20180419 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A106 | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Finalize exhibit list with cases to lift the stay and circulate to client for confirmation. | 0.30 | $ 270.00 | $ 81.00 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review comments by B. Sarriera from ERS to exhibit list of cases being modified through the omnibus stay motion (.10); review exhibit list of labor cases as forwarded by ERS which will also be included in omnibus stay motion (.30); review email from B. Sarriera confirming ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.10). | 0.50 | $ 193.50 | $ 96.75 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: review email from counsel for ERS attorney Guillemard as to status of stipulation with Vargas Moya. | 0.10 | $ 193.50 | $ 19.35 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: phone conference with attorney Guillemard as counsel fro ERS regarding status of stipulation with Vargas Moya. | 0.10 | $ 193.50 | $ 19.35 |
| 20180420 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review and edit Vargas Moya stipulation (.40); review filings in USBC pursuant to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.20); draft email attaching stipulation to S. Ma of Proskauer (.10). | 0.70 | $ 193.50 | $ 135.45 |
| 20180423 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from I. Garau ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.30); legal analysis of evaluating submitting a ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.10); review email from I. Garau regarding ▓▓▓▓▓▓▓▓▓▓▓▓ (.10); review email from B. Sarriera of ERS as to supplement to omnibus stay motion and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.10); review email from B. Sarriera confirming ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.10); review email from I. Garau confirmign ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.10); review email from B. Sarriera ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.20); review D. Perez's position, from OMM as to filing supplement to omnibus stay motion (.10); review email from B. Sarriera confirming▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (.10) | 1.20 | $ 193.50 | $ 232.20 |
| 20180423 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review changes made to Vargas Moya stipulation by S. Ma from Proskauer (.20); draft email to counsel for movants, attorney Matos, attaching proposed stipulation to be executed (.10). | 0.30 | $ 193.50 | $ 58.05 |
| 20180424 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Phone conference with legal counsel for movant Vargas Moya regarding execution of stipulation to modify the stay. | 0.10 | $ 193.50 | $ 19.35 |

## ERS APRIL TIME ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20180424 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Review email from counsel for movants Atty. Matos regarding acceptance of stipulation and prospective execution of the same (.10); review email from counsel for movanrts regarding procedure whereas the stipulation will be included in omnibus stay motion (.10); review email for counsel for movants regarding phone conference to discuss the above (.10); draft email to counsel for movants regarding availability to discuss the above (.10). | 0.40 | $ 193.50 | $ 77.40 |
| 20180425 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Review email from Atty. Guillemard regarding next steps in relation to Vargas Moya stipulation. | 0.10 | $ 193.50 | $ 19.35 |
| 20180425 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A103 | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings: Prepare list of cases for supplement to omnibus motion and review cases pending from email. | 0.30 | $ 270.00 | $ 81.00 |
| 20180426 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: review email from B. Sarriera from ERS regarding ___ (.10); review additional table of cases provided by ERS and cross-referencing the same (.20); review email from B. Sarriera ___ (.10); review email from B. Sarriera regarding ___ 20). | 0.60 | $ 193.50 | $ 116.10 |
| 20180426 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Draft motion to counsel for ERS Atty. Guillemard regarding execution of stipulation with Vargas Moya movants. | 0.10 | $ 193.50 | $ 19.35 |
| 20180427 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Draft email to B. Sarriera from ERS regarding ___ | 0.10 | $ 193.50 | $ 19.35 |
| 20180427 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Review email from B. Sarriera from ERS regarding ___ (.10); draft email to B. Sarriera ___ (.10); review email from B. Sarriera regarding ___ (.10); Review email from B. Sarriera confirming the ___ (.10); Draft email to B. Sarriera attaching proposed stipulation (.10). | 0.50 | $ 193.50 | $ 96.75 |
| 20180427 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: review email from B. Sarriera from ERS requesting ___ (.10); review email from B. Sarriera inquiring as to ___ (.10); review email from D. Perez of OMM informing that hearing was cancelled and omnibus stay motion approved (.10). | 0.30 | $ 193.50 | $ 58.05 |
| 20180427 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings: Review email from B. Sarriera of ERS regarding instructions regarding ___ (.20); review email from B. Sarriera informing to ERS a ___ (.10). | 0.30 | $ 193.50 | $ 58.05 |
| 20180430 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A106 | A106 Communicate (with client) B140 Relief from Stay/Adequate Protection Proceedings: Review email from B. Sarriera of ERS regarding ___ | 0.10 | $ 193.50 | $ 19.35 |
| 20180430 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings: Draft email to B. Sarriera from ERS regarding ___ | 0.10 | $ 193.50 | $ 19.35 |
| TOTAL | | | | | | | 8.40 | | $ 1,709.55 |

## FEE EMPLOYMENT APPLICATIONS

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20180405 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A104 | A104 Review/analyze B160 Fee/Employment Applications: Review information for April Fee Statement. | 0.9 | $ 162.00 | $ 145.80 |
| 20180416 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A103 | A103 Draft/revise B160 Fee/Employment Applications: Prepare and Revise March Fee Statement. | 4.1 | $ 162.00 | $ 664.20 |

| Date | Billing No. | Matter | Timekeeper Name | Activity Code | Task Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ERS APRIL TIME ENTRIES BY TASK CODE | | | | | |
| 20180419 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A103 | A103 Draft/revise B160 Fee/Employment Applications: Continue preparing March Fee Statement and supporting data. | 1.10 | $ 162.00 | $ 178.20 |
| TOTAL | | | | | | | 6.10 | | $ 988.20 |
| | | | | ASSUMPTION REJECTION OF LEASES AND CONTRACTS | | | | | |
| 20180409 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B185 | A106 | A106 Communicate (with client) B185 Assumption/Rejection of Leases and Contracts: Analysis of request from ERS (Bibiana Sarriera) on consultation regarding ▓▓▓▓▓ | 0.10 | $ 270.00 | $ 27.00 |
| TOTAL | | | | | | | 0.10 | | $ 27.00 |
| | | | | OTHER CONTESTED MATTERS | | | | | |
| 20180409 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B190 | A104 | A104 Review/analyze B190 Other Contested Matters (excluding assumption/rejection motions): Analysis of rule 2004 exchange with counsel for unions. | 0.10 | $ 270.00 | $ 27.00 |
| TOTAL | | | | | | | 0.10 | | $ 27.00 |
| | | | | CLAIMS ADMINISTRATION AND OBJECTIONS | | | | | |
| 20180409 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B190 | B310 | A104 Review/analyze B310 Claims Administration and Objections: Review AEELA employees' letter inquiring as to extension of bar date to file claims and requesting ERS list of creditors. | 0.10 | $ 193.50 | $ 19.35 |
| TOTAL | | | | | | | 0.10 | | $ 19.35 |
| TOTAL ALL MATTERS | | | | | | | 17.30 | | $ 3,423.15 |

### ERS MAY ENTRIES BY TASK CODE

#### B110 CASE ADMINISTRATION

| Date | Billing No. | Matter | Timekeeper Name | Taks Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 5/1/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review email from I. Garau of AAFAF regarding ▬▬▬▬▬▬▬▬ (.10); review email from B. Sarriera of ERS regarding the above (.10); review email from C. Juan of the DOJ confirming stipulations are not filed with the Comptroller (.10). | 0.3 | $ 193.50 | $ 58.05 |
| 5/2/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review email and attachments included therein from B. Sarriera from ERS regarding ▬▬▬▬▬▬▬▬ (.40); review email from I. Garau of AAFAF regarding the above (.10); review email from B. Sarriera regarding timeframe regarding the above (.10); review email from S. Uhland of OMM regarding availability for conference call to discuss the above (.10); review email from M. Pocha of OMM regarding conference call to discuss the above (.10); review email from M. Pocha of OMM regarding availability of financial advisor regarding conference call (.10); review email from B. Sarriera of ERS regarding contact of financial advisor and scheduling of phone conference to tomorrow (.10); review email from M. Pocha of OMM regarding specific timing tomorrow to schedule conference call (.10); review email from B. Sarriera regarding administrator's availability for conference call (.10); review email from B. Sarriera regarding availability ▬▬▬▬ for phone conference (.10); review email from financial advisor R. Longfield regarding availability for call (.10). | 1.4 | $ 193.50 | $ 270.90 |
| 5/23/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review Notice of Appearance and Request for Notice filed by Norma Bernier. | 0.1 | $ 193.50 | $ 19.35 |
| 5/23/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review and analyze motion for extension of bar date filed by Asociacion de Empleados del Estado Libre Asociado. | 0.2 | $ 193.50 | $ 38.70 |
| 5/31/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B110 | A104 Review/analyze B110 Case Administration.:Review email between B. Sarriera from ERS to C. Tirado from Comptroller section of ERS regarding third omnibus order. | 0.1 | $ 193.50 | $ 19.35 |
| Total | | | | | | 2.1 | | $ 406.35 |

#### B140 Relief from Stay/ Adequate Protwction Proceedings

| Date | Billing No. | Matter | Timekeeper Name | Taks Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 5/1/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 (ABA) Communicate (other outside counsel) L120 Analysis/Strategy:Review email from Vargas Moya's counsel regarding lift of stay procedure following execution of stipulation. | 0.1 | $ 193.50 | $ 19.35 |
| 5/2/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings:Review and analyze email from B. Sarriera of ERS regarding ▬▬▬▬▬▬▬▬▬▬▬▬ | 0.2 | $ 193.50 | $ 38.70 |

## ERS MAY ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Taks Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 5/2/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B140 | A103 Draft/revise B140 Relief from Stay/Adequate Protection Proceedings:Analysis of order granting third omnibus lift of stay and notify Proskauer of mistake in order to correct same. | 0.4 | $ 270.00 | $ 108.00 |
| 5/3/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings:Draft email to counsel for movant Vargas Moya regarding execution of stipulation (.10); review email from counsel for movants regarding his meeting with his clients to execute stipulation (.10); draft email to movant's counsel regarding execution of stipulation on behalf of ERS (.10); review email from movant's counsel confirming he will execute stipulation following his next meeting with this clients (.10). | 0.4 | $ 193.50 | $ 77.40 |
| 5/7/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A104 Review/analyze B140 Relief from Stay/Adequate Protection Proceedings:Review email from movants' counsel inquiring as to certain aspect of stipulation to be executed by ERS with his client Vargas Moya (.10); draft email to movants' counsel clarifying inquiries and attaching final executed version (.10); review email from B. Sarriera of ERS regarding execution of above stipulation (.10); draft email to B. Sarriera regarding updated as to execution of stipulation (.10). | 0.4 | $ 193.50 | $ 77.40 |
| 5/8/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings:Review email from counsel for Vargas Moya regarding his execution of stipulation to modify the stay. | 0.1 | $ 193.50 | $ 19.35 |
| 5/14/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings:Draft email to counsel for movants Vargas Moya following up on execution of stipulation. | 0.1 | $ 193.50 | $ 19.35 |
| 5/15/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings:Review email from counsel for movant Vargas Moya regarding execution of stipulation to modify the stay (.10); review inquiry from counsel for Vargas Moya regarding execution of stipulation (.10); draft email to counsel for movant Vargas Moya regarding execution of stipulation (.10); review received executed stipulation (.10); draft email to ERS' B. Sarriera attaching executed stipulation (.10). | 0.5 | $ 193.50 | $ 96.75 |
| 5/16/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B140 | A107 Communicate (other outside counsel) B140 Relief from Stay/Adequate Protection Proceedings:Review email from B. Sarriera of ERS regarding order entered with regards to supplement to omnibus stay motion (.10); draft email to B. Sarriera attaching order entered by the Court supplementing third omnibus motion (.10); review email from B. Sarriera regarding the above (.10); review email from B. Sarriera as to order entered and exhibits detailed therein (.10); draft repsonse to B. Sarriera regarding order entered by the Court (.10). | 0.5 | $ 193.50 | $ 96.75 |
| Total | | | | | | 2.7 | | $ 553.05 |
| | | | | B160 Fee applications | | | | |
| 5/16/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A103 Draft/revise B160 Fee/Employment Applications:Prepare April fee statement. | 1.5 | $ 162.00 | $ 243.00 |

### ERS MAY ENTRIES BY TASK CODE

| Date | Billing No. | Matter | Timekeeper Name | Taks Code | Description | Time Entry | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 5/16/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A104 Review/analyze B160 Fee/Employment Applications:Prepare April Fee Statement Materials. | 0.8 | $ 162.00 | $ 129.60 |
| 5/21/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B160 | A103 Draft/revise B160 Fee/Employment Applications:Edit tables supporting monthly fee statement and redact privileged entries. | 0.5 | $ 270.00 | $ 135.00 |
| 5/24/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A103 Draft/revise B160 Fee/Employment Applications:Further review and preparation of March and April Consolidated Fee Statement and Supporting Materials. | 0.6 | $ 162.00 | $ 97.20 |
| 5/25/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Maria Teresa Alvarez | B160 | A103 Draft/revise B160 Fee/Employment Applications:Finalize MPM's first consolidated fee statement for march and april. | 0.2 | $ 162.00 | $ 32.40 |
| 5/25/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Luis Marini | B160 | A103 Draft/revise B160 Fee/Employment Applications:Edit  revise  redact and finalize monthly fee statement for march and april  cover note and letter re same. | 1 | $ 270.00 | $ 270.00 |
| Total | | | | | | 4.6 | | $ 907.20 |
| | | | | B310 | | | | |
| 5/23/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B310 | A106 Communicate (with client) B310 Claims Administration and Objections:Draft email to I. Garau from AAFAF regarding motion requesting extension of bar date filed by Asociacion de Empleados (.10); review email from I. Garau of AAFAF regarding the above (.10). | 0.2 | $ 193.50 | $ 38.70 |
| 5/24/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B310 | A107 Communicate (other outside counsel) B310 Claims Administration and Objections:Phone conference with C. Cuprill as legal counsel for AEELA regarding motion to extend bar date and reasoning behind such filing. | 0.2 | $ 193.50 | $ 38.70 |
| 5/24/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B310 | A104 Review/analyze B310 Claims Administration and Objections:Review emails from P. Friedman of OMM regarding FOMB's position as to response to motion by Asociacion Empleados ELA requesting extension of bar date. | 0.1 | $ 193.50 | $ 19.35 |
| 5/25/2018 | P104-2 | EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF PUERTO RICO | Carolina Velaz | B310 | A104 Review/analyze B310 Claims Administration and Objections:Review FOMB's response to AEELA's motion seeking extension of bar date and to the Unsecured Creditors Committee response (.20); review AAFAF's position as to the above (.10); legal analysis regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.10); review email from P. Possinger regarding filing of FOMB's response (.10); review filed version of FOMB's response (.10); draft and edit motion for joinder for AAFAF to FOMB's response and proposed order (.70); draft email to P. Friedman of OMM attaching proposed draft of joinder (.10); incorporate change to proposed draft of joinder (.20); review and finalize for filing (.20). | 1.8 | $ 193.50 | $ 348.30 |
| Total | | | | | | 2.3 | | $ 445.05 |
| Total ERS | | | | | | 11.7 | | $ 2,311.65 |